**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
| Debtors. | : | CASE NO. 08- |
| | : | |

# APPLICATION FOR DESIGNATION AS
# COMPLEX CHAPTER 11 CASES

These bankruptcy cases were filed on March 16, 2008. The undersigned party in interest believes that these cases qualify under the Court's General Order Authorizing Procedures For Complex Chapter 11 cases, dated March 31, 2003, as complex Chapter 11 cases because:

__X__   The Debtors have total liabilities of approximately $100 million;

__X__   The Debtors have total assets with a book value of $50 to $100 million;

__X__   There are more than 2000 creditors in these cases;

Dated: March 16, 2008          COZEN O'CONNOR

                               By:   */s/ Jerrold N. Poslusny, Jr.*
                                     Mark E. Felger
                                     Jerrold N. Poslusny, Jr.

                               Proposed Attorneys for the Debtors