| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>                Debtors. |

Case No. 08-

Judge:

Chapter: 11

## ORDER GRANTING COMPLEX
## CHAPTER 11 CASE TREATMENT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED:**

Page 2

Debtor:  Shapes/Arch Holdings L.L.C., et al.

Case No.

Order Granting Complex Chapter 11 Case Treatment
_____

      These bankruptcy cases were filed on March 16, 2008.  An Application for Designation as Complex Chapter 11 Cases was filed.  After review of the initial pleadings filed in these cases, the Court concludes that these cases constitute Complex Chapter 11 cases.

      **IT IS ORDERED** that the request set forth in the Application for Designation As Complex Chapter 11 Cases pursuant to the Court's General Order Governing Procedures For Complex Chapter 11 Cases is **HEREBY GRANTED**; and

      **IT IS FURTHER ORDERED** that the Guidelines Establishing Case Management and Administrative Procedures for Cases Designated as Complex Chapter 11 Cases as set forth as Exhibit F to the Court's General Order Governing Procedures For Complex Chapter 11 Cases shall apply.

CHERRY_HILL\430531\1  077771.000

2