| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>(856) 910-5075 (fax)<br><br>Proposed Attorneys for the Debtors |

| In re: | Case No. 08- |
|---|---|
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: |
| Debtors. | Chapter:  11 |

| |
|---|
| Recommended Local Form:    ☒ Followed    ☐ Modified |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-

Order Directing Joint Administration of Cases

---

Upon the motion of Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld LLC and Ultra LLC, debtors and debtors-in-possession in the above captioned cases for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the following cases for procedural purposes only,

Shapes/Arch Holdings L.L.C., 08-

Shapes L.L.C., 08-

Delair L.L.C., 08-

Accu-Weld L.L.C., 08-

Ultra L.L.C., 08-

and for good cause shown, it is

**ORDERED** that the cases listed above shall be jointly administered by the court, and it is further

**ORDERED** that case number 08-_____ shall be designated as the lead case, and it is further

**ORDERED** that nothing contained in this order or in the motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the debtors or the above captioned cases, and it is further

**ORDERED** that this Order shall be filed in each of the above listed cases.

CHERRY_HILL\429900\1  077771.000