|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>          Debtors. | Case No. 08-<br><br>Judge:<br><br>Chapter: 11 |

| Recommended Local Form: | ☐ Followed | ☑ Modified |

**ORDER AUTHORIZING RETENTION OF EPIQ BANKRUPTCY SOLUTIONS, LLC AS OFFICIAL NOTICING, CLAIMS AND/OR SOLICITATION AND BALLOTING <u>AGENT FOR THE DEBTORS</u>**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-

Order Authorizing Retention of Epiq Bankruptcy Solutions, LLC as Official Noticing, Claims and/or Solicitation and Balloting Agent for the Debtors

---

In re:       Shapes/Arch Holdings L.L.C., et al.
Case No.:    08-
Applicant:   Shapes/Arch Holdings L.L.C., et al.

❏ Trustee:          ❏ Chap. 7       ❏ Chap. 11      ❏ Chap. 13

☑ Debtors:          ☑ Chap. 11      ❏ Chap. 13

❏ Official Committee of _____

Name:     Epiq Bankruptcy Solutions, LLC ("Epiq")
Address:  757 Third Avenue, 3rd Floor
          New York, NY 10017

❏ Attorney for:     ❏ Trustee       ❏ Debtors-in-Possession

                    ❏ Official Committee of _____

❏ Accountant for:   ❏ Trustee       ❏ Debtor-in-Possession

                    ❏ Official Committee of _____

☑ Other:

                    ❏ Realtor    ❏ Appraiser       ❏ Special Counsel

                    ❏ Auctioneer ☑ Other (specify): official noticing, claims and/or solicitation and balloting agent for the Debtors

---

Upon the applicants' request for authorization to retain Epiq, It is hereby ORDERED as follows:

1. The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the capacity noted.

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-

Order Authorizing Retention of Epiq Bankruptcy Solutions, LLC as Official Noticing, Claims and/or Solicitation and Balloting Agent for the Debtors

---

    2.      The fees and expenses of Epiq are to be treated as an administrative expense of the Debtors' estates and shall be paid first from its retainer, and then by the Debtors in the ordinary course of business. Epiq has not received nor will it be entitled to any post-petition "replenishment" of its retainer.

    3.      The effective date of the retention is the date the application was filed with the Court.

CHERRY_HILL\430947\1  077771.000

3