| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08- |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: |
| Debtors. | Chapter: 11 |

| |
|---|
| Recommended Local Form:        ☑ Followed        ❏ Modified |

**ORDER AUTHORIZING RETENTION OF COZEN O'CONNOR**
<u>**AS ATTORNEYS FOR THE DEBTORS**</u>

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-

Order Authorizing Retention of Cozen O'Connor as Attorneys for the Debtors

---

In re:        Shapes/Arch Holdings L.L.C., et al.
Case No.:     08-
Applicant:    Shapes/Arch Holdings L.L.C., et al.

☐ Trustee:         ☐ Chap. 7        ☐ Chap. 11       ☐ Chap. 13

☑ Debtors:         ☑ Chap. 11       ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:     Cozen O'Connor
Address of Professional:  LibertyView, Suite 300
                          457 Haddonfield Rd.
                          Cherry Hill, NJ  08002

☑ Attorney for:    ☐ Trustee        ☑ Debtors-in-Possession

                   ☐ Official Committee of _____

☐ Accountant for:  ☐ Trustee        ☐ Debtor-in-Possession

                   ☐ Official Committee of _____

☐ Other Professional:

                   ☐ Realtor   ☐ Appraiser     ☐ Special Counsel

                   ☐ Auctioneer ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the professional capacity noted upon the terms set forth in the Application.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

Page 3

Shapes/Arch Holdings L.L.C., <u>et al.</u>

Case No: 08-

Order Authorizing Retention of Cozen O'Connor as Attorneys for the Debtors

---

       3.       The effective date of the retention is the date the application was filed with the Court.

CHERRY_HILL\429791\1  077771.000

3