| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08- |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: |
| Debtors. | Chapter: 11 |

| |
|---|
| Recommended Local Form:     ☑ Followed         ☐ Modified |

**ORDER AUTHORIZING RETENTION OF PHOENIX MANAGEMENT SERVICES, INC., AS RESTRUCTURING ADVISORS FOR THE DEBTORS**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

Page 2

Shapes/Arch Holdings L.L.C., <u>et al.</u>

Case No: 08-

Order Authorizing Retention of Phoenix Management Services, Inc., as Restructuring Advisors for the Debtors

---

In re:         <u>Shapes/Arch Holdings L.L.C., et al.</u>
Case No.:   <u>08-</u>
Applicant:  <u>Shapes/Arch Holdings L.L.C., et al.</u>

    ☐ Trustee:     ☐ Chap. 7     ☐ Chap. 11     ☐ Chap. 13

    ☒ Debtors:    ☒ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

Name of Professional:     <u>Phoenix Management Services, Inc.</u>
Address of Professional:  <u>110 Chadds Ford Commons</u>
                                       <u>Chadds Ford, PA 19317</u>

☐ Attorney for:     ☐ Trustee     ☐ Debtors-in-Possession

                    ☐ Official Committee of _____

☐ Accountant for:   ☐ Trustee     ☐ Debtor-in-Possession

                    ☐ Official Committee of _____

☒ Other Professional:

    ☐ Realtor     ☐ Appraiser     ☐ Special Counsel

    ☐ Auctioneer  ☒ Other (specify): <u>Debtors' Restructuring Advisors</u>

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the professional capacity noted.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-

Order Authorizing Retention of Phoenix Management Services, Inc., as Restructuring Advisors for the Debtors

---

3. The effective date of the retention is the date the application was filed with the Court.

CHERRY_HILL\430600\1  077771.000

3