| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>    Debtors. |

Case No. 08-

Judge:

Chapter: 11

| |
|---|
| Recommended Local Form:    ☑ Followed    ☐ Modified |

### ORDER AUTHORIZING RETENTION OF STEVENS & LEE, P.C. AS SPECIAL LABOR AND CONFLICTS COUNSEL FOR THE DEBTORS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

Page 2

Shapes/Arch Holdings L.L.C., <u>et al.</u>

Case No: 08-

Order Authorizing Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors

---

In re: Shapes/Arch Holdings L.L.C., et al.
Case No.: 08-
Applicant: Shapes/Arch Holdings L.L.C., et al.

☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13

☑ Debtors:    ☑ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Stevens & Lee, P.C.
Address of Professional: 1818 Market Street, 29th Floor
Philadelphia, PA  19103

☐ Attorney for:    ☐ Trustee    ☐ Debtors-in-Possession

☐ Official Committee of _____

☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Other Professional:

☐ Realtor    ☐ Appraiser    ☑ Special Labor and Conflicts Counsel

☐ Auctioneer ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the professional capacity noted pursuant to 11 U.S.C. §327(e).

2

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-

Order Authorizing Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors

---

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

CHERRY_HILL\430925\2  077771.000

3