**BLANK ROME LLP**
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey  08002
Joel C. Shapiro, Esquire (JCS7291)
(856) 779-3600
Counsel for Arcus ASI Funding LLC and Arcus ASI, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| Shapes/Arch Holdings L.L.C., | : |
| | : Case No. 08-14631 (GMB) |
| Debtor. | : |
| | : |
| In re: | : |
| | : Chapter 11 |
| Shapes L.L.C., | : |
| | : Case No. 08-14632 (GMB) |
| Debtor. | : |
| | : |
| In re: | : |
| | : Chapter 11 |
| Ultra L.L.C., | : |
| | : Case No. 08-14633 (GMB) |
| Debtor. | : |
| | : |
| In re: | : |
| | : Chapter 11 |
| Delair L.L.C., | : |
| | : Case No. 08-14634 (GMB) |
| Debtor. | : |
| | : |
| In re: | : |
| | : Chapter 11 |
| Accu-Weld L.L.C., | : |
| | : Case No. 08-14635 (GMB) |
| Debtor. | : |
| | : |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

900200.00001/21674780v.1

PLEASE TAKE NOTICE that the attorneys set forth below, hereby appear as counsel for Arcus ASI Funding, LLC and Arcus ASI, Inc. (collectively "Arcus") and pursuant to Bankruptcy Rules 2002 and 9010, the undersigned requests that an entry be made on the Clerk's Matrix in these cases and that all notices given or required to be given in these cases (including, without limitation, all papers filed and served and all adversary proceedings in this case, and all notices mailed only to statutory committees or their authorized agents and to creditors who file with the Court their request that all notices be mailed to them) be given to and served upon counsel for Arcus at the following address:

> Joel C. Shapiro, Esquire
> **BLANK ROME LLP**
> One Logan Square
> Philadelphia, PA 19103
> Phone: (215) 569-5746
> Fax: (215) 832-5746
> Email: shapiro-jc@blankrome.com
>
> And
>
> Lawrence Flick, Esquire
> **BLANK ROME LLP**
> The Chrysler Building
> 405 Lexington Avenue
> New York, NY 10174
> Telephone: (212) 885-5000
> Facsimile: (212) 885-5002
> Email: flick@blankrome.com

Notice is further given that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise, that affect the above-captioned debtors or property of the debtor's estate.

Please take further notice that this request shall not be deemed or construed to be a waiver of any substantive or procedural right of Arcus, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against Arcus in this or any related case or where any proceeding is to be initiated by complaint against Arcus in accordance with applicable non-bankruptcy law, service shall be made on Arcus in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United Sates District Court; (c) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) compel arbitration of any disputes arising under or relating in any way to any contract, lease or other agreement or arrangement between Arcus, the debtors or any third party; or (f) any other rights, claims, actions, or defenses to which Arcus is or may be entitled in law or at equity, all of which rights, claims, actions or defenses Arcus expressly reserves.

Dated:  March 17, 2008               **BLANK ROME LLP**

                                     By:  */s/ Joel C. Shapiro*
                                          Joel C. Shapiro, Esquire (JCS-7291)
                                          One Logan Square
                                          Philadelphia, PA 19103
                                          Phone:  (215) 569-5507
                                          Facsimile:  (215) 832-5507
                                          shapiro-jc@blankrome.com

900200.00001/21674780v.1