**BLANK ROME LLP**
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey  08002
Joel C. Shapiro, Esquire (JCS7291)
(856) 779-3600
Counsel for Arcus ASI Funding LLC and Arcus ASI, Inc.

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| Shapes/Arch Holdings L.L.C., | : |
| | : Case No. 08-14631 (GMB) |
| Debtor. | : |
| | : |
| In re: | : |
| | : Chapter 11 |
| Shapes L.L.C., | : |
| | : Case No. 08-14632 (GMB) |
| Debtor. | : |
| | : |
| In re: | : |
| | : Chapter 11 |
| Ultra L.L.C., | : |
| | : Case No. 08-14633 (GMB) |
| Debtor. | : |
| | : |
| In re: | : |
| | : Chapter 11 |
| Delair L.L.C., | : |
| | : Case No. 08-14634 (GMB) |
| Debtor. | : |
| | : |
| In re: | : |
| | : Chapter 11 |
| Accu-Weld L.L.C., | : |
| | : Case No. 08-14635 (GMB) |
| Debtor. | : |
| | : |

## **CERTIFICATE OF SERVICE**

I, *Joel C. Shapiro*, hereby certify that on March 17, 2008, I caused a copy of the following document to be served via First Class Mail upon the individuals listed below.

*Notice of Appearance and Request for Service of Papers*

*/s/ Joel C. Shapiro*
Joel C. Shapiro (No. JCS7291)

Served Upon:

Jerrold N. Poslusny, Jr.
Cozen O'Connor
Libertyview, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Office Of The U.S. Trustee
One Newark Center
Suite 2100
Newark, NJ 07102