Order Filed on
3/17/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>　　　　　Debtors. | Case No. 08-14631<br><br>Judge:<br><br>Chapter:  11 |

### ORDER REGARDING APPLICATION FOR EXPEDITED
### CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) through four (4) is hereby ORDERED.

**DATED: 3/17/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Trenton Convalescent Center Urban Renewal Associates, L.P. and Trenton Convalescent Center Operating Company, L.P.

Case No: 08-14631

Order Regarding Application for Expedited Consideration of First Day Matters

    These bankruptcy cases were filed on March 16, 2008. An Application for Expedited Consideration of First Day Matters was filed. After review of the initial pleadings filed in these cases which have been designated by counsel as requiring expedited consideration, and for good cause shown.

    IT IS HEREBY ORDERED that the following motions are set down for hearing before the Honorable  Gloria M. Burns  in Courtroom #  4C  located at 400 Cooper Street, Camden, NJ 08101  at the date and time as forth below:

Hearing Date and Time

1. VERIFIED MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION AND PROCEDURAL CONSOLIDATION. (doc. #3)     March 18, 2008 at 9:00 A.M.

2. APPLICATION FOR DESIGNATION AS COMPLEX CHAPTER 11 CASES. (doc. #2)     March 18, 2008 at 9:00 A.M.

3. VERIFIED MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING AND APPROVING POSTPETITION FINANCING; (II) GRANTING LIENS AND SECURITY INTERESTS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (III) MODIFYING AUTOMATIC STAY; AND (IV) SCHEDULING FINAL HEARING, PURSUANT TO SECTIONS 105, 362, 363 AND 364 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 AND 4001(c) AND (d). (doc. #18)     March 18, 2008 at 9:00 A.M.

4. VERIFIED MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO MAINTAIN CURRENT BANK ACCOUNTS, MAINTAIN THEIR PRE-PETITION CASH MANAGEMENT SYSTEM, AND USE EXISTING BUSINESS FORMS. (doc. #4)     March 18, 2008 at 9:00 A.M.

*Approved by Judge Gloria M. Burns March 17, 2008*

Page 3

Trenton Convalescent Center Urban Renewal Associates, L.P. and Trenton Convalescent Center Operating Company, L.P.

Case No: 07-

Order Regarding Application for Expedited Consideration of First Day Matters

---

5. DEBTORS' VERIFIED MOTION FOR AN ORDER AUTHORIZING BUT NOT DIRECTING PAYMENT OF PRE-PETITION WAGES, SALARIES, COMPENSATION, EMPLOYEE BENEFITS, BUSINESS REIMBURSEMENT EXPENSES, CERTAIN UNION PAYMENTS, AND THE CONTINUATION OF THE DEBTORS' WORKERS' COMPENSATION PROGRAM AND POLICIES PURSUANT TO 11 U.S.C. §§ 105(a), 507(a)(4) AND (5). (doc. #5)   March 18, 2008 at 9:00 AM

6. VERIFIED MOTION FOR INTERIM AND FINAL ORDERS: (I) PROHIBITING UTILITY COMPANIES FROM DISCONTINUING, ALTERING OR REFUSING SERVICES; (II) DEEMING UTILITY COMPANIES TO HAVE ADEQUATE ASSURANCE OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE PURSUANT TO 11 U.S.C. § 366. (doc. #6)   March 18, 2008 at 9:00 AM

7. VERIFIED MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO PAY PRE-PETITION SALES AND USE TAXES. (doc. #7)   March 18, 2008 at 9:00 AM

8. APPLICATION FOR RETENTION OF EPIQ BANKRUPTCY SOLUTIONS, LLC, AS OFFICIAL NOTICING, CLAIMS AND/OR SOLICITATION AND BALLOTING AGENT FOR THE DEBTORS. (doc. #10)   March 18, 2008 at 9:00 AM

9. DEBTORS' VERIFIED MOTION FOR AN ORDER ESTABLISHING A BAR DATE PURSUANT TO FED. R. BANKR. P. 2002(a)(7) AND 3003(c)(3). (doc. #9)   March 18, 2008 at 9:00 AM

10. MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS. (doc. #11)   March 18, 2008 at 9:00 AM

*Approved by Judge Gloria M. Burns March 17, 2008*

Trenton Convalescent Center Urban Renewal Associates, L.P. and Trenton Convalescent Center Operating Company, L.P.

Case No: 07-

Order Regarding Application for Expedited Consideration of First Day Matters

---

11. DEBTORS' MOTION TO: (I) TO CONFIRM GRANT OF ADMINISTRATIVE EXPENSE STATUS TO OBLIGATIONS ARISING FROM POSTPETITION DELIVERY OF GOODS, (II) ESTABLISH AUTHORITY TO PAY CERTAIN EXPENSES IN THE ORDINARY COURSE OF BUSINESS AND (III) PROHIBIT THIRD PARTIES FROM INTERFERING WITH DELIVERY OF GOODS. (doc. #8)   March 18, 2008 at 9:00 A.M.

    IT IS FURTHER ORDERED, that service of the within Order shall be made by facsimile or electronic mail upon: (1) counsel for the Lender Group (as defined in the motions), (2) counsel for Versa (as defined in the Motions), (3) the Office of the United States Trustee, (4) the Internal Revenue Service, (5) the New Jersey Attorney General, (6) the Commonwealth of Pennsylvania Department of Revenue, and (7) the Debtors' consolidated list of top 30 unsecured creditors (but no less than the five largest unsecured creditors from each case).

    IT IS FURTHER ORDERED that the Debtors' notice of the motions made by facsimile or electronic mail was good and sufficient under the circumstances of these cases.

    IT IS FURTHER ORDERED, that objections and/or responses to the First Day Matters, if any, shall be made in accordance with the Court's General Order Adopting Guidelines Governing First Day Matters.

CHERRY_HILL\431142\2  077771.000

*Approved by Judge Gloria M. Burns March 17, 2008*