MARK E. FELGER (MF9985)
JERROLD N. POSLUSNY, JR. (JP7140)
COZEN O'CONNOR
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
| Debtors. | : | CASE NO. 08-14631 |
| | : | |

CERTIFICATE OF SERVICE

I, Debbie Reyes, paralegal to the firm of Cozen O'Connor, hereby certify that I caused true and correct copies of the *Application for Expedited Consideration of First Day Matters and the Verified Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens and Security Interest and Providing Superpriority Administrative Expense Status; (III) Modifying the Automatic Stay; and (IV) Scheduling Final Hearing, Pursuant to Section 105, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedures 2002 and 4001(c) and (d)* to be served upon the persons listed on the attached service list, in the manner indicated, on March 16, 2008.

I further certify that I caused true and correct copies of the *Order Regarding Application for Expedited Consideration of First Day Matters* to be served upon the persons listed on the attached service list, in the manner indicated on March 17, 2008.

I further certify that I caused true and correct copies of the *Order Regarding Application for Expedited Consideration of First Day Matters and Verified Motion for Interim and Final*

*Orders: (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Services; (II) Deeming Utility Companies to Have Adequate Assurance of Payment; and (III) Establishing Procedures for Determining Requests for Additional Assurance Pursuant to 11 U.S.C. § 366* to be served upon the parties listed under "Utility Companies" in the manner indicated on March 17, 2008.

/s/ Debbie Reyes<br>Debbie Reyes

Dated: March 17, 2008

2

Peter J. D'Auria, Esq. (via email)
Jeffrey M. Sponder (via email)
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Mathew S. Rotenberg, Esq. (via email)
Joel Shapiro, Esq. (via email)
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

Paul A. Patterson, Esq. (via email)
Gary P. Scharmett , Esq. (via email)
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103

Internal Revenue Service (via facsimile)
Insolvency Function
P.O. Box 724
Springfield, N.J. 07081-0724
Fax # 973-921-4364

State of New Jersey  (via facsimile)
Attorney General's Office
New Jersey Attorney General's
Office Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112
Fax #609-777-3055

Commonwealth of Pennsylvania (via facsimile)
State Office Building
1400 Spring Garden Street, Room 1206
Philadelphia, PA  19130
Fax #215-560-2587

Consolidated List of 30 largest Unsecured Creditors

P.P.G. Industries Ohio, Inc. (via facsimile)
One PPP Place 9 South
Attn: Financial Services
Pittsburg, PA  15272
Fax# 800-628-0299

U.I.U. Health & Welfare (via facsimile)
1166 South 11th Street
Philadelphia, PA  19147
Fax# 215-755-3542

Polyone Corp (via facsimile)
Dept Ch 10489,
Palatine, IL  60055-0489
Fax# 936-597-7819

Penske Truck leasing (via facsimile)
Route 10, Green Hills,
PO Box 563,
Reading, PA 19603-0563
Fax# 215-245-1272

H. B. Fuller Company (via facsimile)
PO Box 73515
Chicago, IL  60673-7515
Fax# 651-236-3104

Alcoa, Inc. (via facsimile)
201 Isabella Street
Pittsburgh, PA  15212
Fax# 610-408-3732

Coil Plus  (via facsimile)
5135 Bleigh Ave
Philadelphia, PA 19136
Fax# 215-331-9538

Local 837 Health & Welfare (via facsimile)
12275 Townsend Road
Philadelphia, PA  19154
Fax# 215-637-9783

4

Acme Corrugated (via facsimile)
2700 Turnpike Drive
Hatboro, PA 19040
Fax# 215-674-4511

Uneeda Bolt & Screw Co Inc (via facsimile)
10 Capitol Dr
Moonachie, NJ 070741493
Fax# 201-440-7668

Alcan Aluminum Corporation (via facsimile)
1955 West Huntington Park Ave.
Philadelphia, Pa 19140
Fax# 514-848-1342

Rusal American Corp. (via facsimile)
550 Mamaroneck Ave.  Suite 301,
Harrison, NY  10528
Fax# 914-206-4329

Amerada Hess Corp. (via facsimile)
1185 Avenue of the Americas
New York, NY  10036
Fax# 732-750-6447

Marubeni America Corporation (via facsimile)
450 Lexington Avenue
New York, NY  10017-3984
Fax# 212-450-0730

Glencore Ltd (via facsimile)
Three Stamford Plaza
301 Tresser Boulevard
Stamford,  CT 06901
Fax# 203-978-2610

Pennsauken Township (via facsimile)
Municipal Building
5605 N. Crescent Blvd.
Pennsauken, NJ  08110
Fax# 856-665-7602

Atlantic Scrap & Processing LLC (via facsimile)
PO Box 608
Kernersville, NC  27285-0608
Fax# 336-996-0493

5

PPL Energyplus LLC (via facsimile)
Two North Ninth Street
Allentown, PA  18101-1179
Fax# 610-774-6523

Exco Usa (via facsimile)
56617 North Bay Drive
Chesterfield, MI  48051
Fax# 586-749-7360

Maryland Recycling Co. (via facsimile)
200  8th Avenue
Glen Burnie, MD  21061
Fax# 410 760 9418

American Iron & Metal (via facsimile)
15 Bloomfield Avenue
Verona, NJ  07044
Fax# 514-494-9762

Metal Management, Inc. (via facsimile)
P.O. Box 5158
Newark, NJ  07105
Fax# 973-344-8155

PSE&G (via facsimile)
PO Box  14101
New Brunswick, NJ  08906-4101
Fax# 973-253-1006

Lajoie s Auto Wrecking Co., Inc (via facsimile)
40 Meadow Street
South Norwalk, CT 06854
Fax# 203-866-6154

Zhongshan Hua Feng Lock (via facsimile)
Yongning Developing Area
Xiaolan, Zhongshan
Guangdong China
528415
Fax# 86-7602278063

Perfect Trade Development Co (via facsimile)
Room A, 7 12f., MAo Tai Century Tower
No. 83 Zhong He Bei Road
Hangzhou China
Fax# 86-5715779028

John A Steer Co (via facsimile)
28 S 2nd St
Philadelphia, PA 19106
Fax# 215-922-0784

Zhongshan Go Tin Hardware Ltd (via facsimile)
1, Taifeng No.2 Road,
Xiaolan Industries District
Xiao Lan Taown, Zhongshan City
Guangdong China
528415
Fax# 86-7602283223

Carlmax Products Inc (via facsimile)
12f, No. 294, Sec 1
Tun Hwa South Road
Taipei
Fax# 886-227846218

Combination Door Ware Ind (via Federal Express-numerous fax attempts failed)
No. 79, Lane 36, Tan Shing Road
Sec 2, Tantzu, Taichung 427
Taichung Taiwain
40099

Shanghai Jinwei Hardware Works (via facsimile)
West Ximentown
Jinshanwei
Shanghai China
Fax# 86-2157943916

Hanlix Int l Co Ltd (via facsimile)
533 Chung Shan Road, Shalu
Taiwan
Taichung Hsien
Fax# 886-47980822

7

Kambo Security Products (via Federal Express-numerous fax attempts failed)
Unit 01-02, 5-Fl.
Kwai Fung Street
Kwai Chung, N.T.
Hong Kong


Utility Companies

PSE&G (via email)
Suzanne M. Klar
80 Park Plaza
Newark, NJ 07102

Hess Corporation  (via facsimile)
One Hess Plaza
Woodbridge, NJ  07095
Fax# 732-750-6447

PPL Energyplus LLC (via facsimile)
Two North Ninth Street
Allentown, PA  18101-1179
Fax# 610-774-6523

Camden County Municipal Utilities Authority  (via facsimile)
1645 Ferry Avenue
Camden, NJ 08104
Fax# 856-964-1829

Pennsauken Sewage Authority (via facsimile)
1250 John Tipton Blvd.
Pennsauken, NJ  08110
Fax# 856-663-5718

Merchantville-Pennsauken Water (via facsimile)
P.O. Box 1205
20 W. Maple Avenue
Merchantville, NJ  08109
Fax# 856-486-7417

Arch Wireless (via facsimile)
P.O. Box 4062
Woburn, MA  01888-4062
Fax# 866-432-4410

Verizon Communications (via Federal Express)
140 West Street
New York, NY 10007

8

Sprint  (via Federal Express)
Attn: Scott Anderson, Esq.
Sprint Corporate Office
6450 Sprint Parkway
Overland Park, KS 66251

Acc Wireless LLC  (via facsimile)
P.O. Box 2331
Cinnaminson, NJ  08077
Fax# 856-764-2977

X0 Communications (via Federal Express)
14239 Collections Center Drive
Chicago, IL  60693

ETI  (via facsimile)
Centennial Center, Suite 106
175 Cross Keys Road
Berlin, NJ 08009
Fax# 856-753-9838

Verizon Wireless Bankruptcy Administration  (via facsimile)
P.O. Box 3397
Bloomington, IL 61702
Fax# 309-820-7044

AT&T (via regular mail-no response to repeated calls for fax #)
ATTN: Bankruptcy
PO Box 57907
Murray, UT 84157-0907

Aqua Pennsylvania, Inc. (via facsimile)
762 Lancaster Avenue
Bryn Mawr,  PA   19010
Fax# 610-431-4571

Bucks County Water and Sewer Authority (via facsimile)
1275 Almshouse Road
Warrington, PA 18976
Fax# 267-200-0324

PECO Energy  (via facsimile)
Customer Service Center
2301 Market Street
P.O. Box 8699
Philadelphia, PA 19101
Fax# 215-841-5160

9

Sprint Nextel (via Federal Express)
2001 Edmund Halley Drive
Reston, VA 20191

10

CHERRY_HILL\433195\1  220718.000