**Shapes/Arch Holdings, LLC**
*Summary Consolidated DIP Cash Flow*

| Post-Petition Week:<br>Week Ending: | Week 1<br>3/23/2008 | Week 2<br>3/30/2008 | Week 3<br>4/6/2008 | Week 4<br>4/13/2008 | Week 5<br>4/20/2008 | Week 6<br>4/27/2008 | Week 7<br>5/4/2008 | Week 8<br>5/11/2008 | Week 9<br>5/18/2008 | Week 10<br>5/25/2008 | Week 11<br>6/1/2008 | Week 12<br>6/8/2008 | Week 13<br>6/15/2008 | 13 Week<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Revenues** | | | | | | | | | | | | | | |
| Net Revenues | 4,642,260 | 4,655,358 | 4,659,289 | 4,667,826 | 4,667,826 | 4,667,826 | 5,123,807 | 5,240,434 | 5,290,434 | 5,340,434 | 4,920,462 | 5,550,462 | 5,600,462 | 65,026,880 |
| **Cash Receipts** | | | | | | | | | | | | | | |
| A/R Collections | 3,074,481 | 3,310,942 | 4,448,332 | 3,785,933 | 3,844,756 | 4,288,002 | 5,052,988 | 3,933,706 | 4,282,598 | 4,377,018 | 4,479,230 | 4,530,499 | 4,554,537 | 53,963,021 |
| **Total Cash Receipts** | **3,074,481** | **3,310,942** | **4,448,332** | **3,785,933** | **3,844,756** | **4,288,002** | **5,052,988** | **3,933,706** | **4,282,598** | **4,377,018** | **4,479,230** | **4,530,499** | **4,554,537** | **53,963,021** |
| **Cash Disbursements** | | | | | | | | | | | | | | |
| Material | 2,156,809 | 2,262,297 | 2,299,812 | 2,311,898 | 2,892,898 | 2,892,898 | 3,120,265 | 3,190,665 | 3,222,665 | 2,998,665 | 2,659,465 | 3,062,665 | 3,094,665 | 36,165,666 |
| Manufacturing & Warehouse | 217,361 | 245,222 | 223,965 | 344,026 | 229,026 | 1,427,026 | 253,776 | 270,174 | 245,174 | 1,443,174 | 264,073 | 242,573 | 277,573 | 5,683,144 |
| Payroll and Benefit Expenses | - | 568,720 | 483,523 | 1,838,231 | 678,523 | 1,262,749 | 483,523 | 1,838,231 | 678,523 | 1,262,749 | 483,523 | 1,262,749 | 1,254,005 | 12,095,048 |
| Delivery Expenses | 91,733 | 89,421 | 93,954 | 95,465 | 102,485 | 102,485 | 105,166 | 107,097 | 107,974 | 101,832 | 92,530 | 103,587 | 104,464 | 1,298,152 |
| Selling Expenses | 72,710 | 113,963 | 107,878 | 75,106 | 188,540 | 130,106 | 110,680 | 78,680 | 119,799 | 226,080 | 112,113 | 75,113 | 139,277 | 1,550,046 |
| G&A Expenses | 21,000 | 102,000 | 222,000 | 159,500 | 246,000 | 68,000 | 187,000 | 259,500 | 21,000 | 48,000 | 286,205 | 106,000 | 101,500 | 1,827,705 |
| CAPEX | 105,000 | 105,000 | 105,000 | 120,000 | 105,000 | 405,000 | 105,000 | 120,000 | 105,000 | 105,000 | 405,000 | 120,000 | 105,000 | 2,010,000 |
| Professional Expenses | - | 180,000 | - | - | 110,000 | - | 320,000 | 152,000 | - | 10,000 | 240,000 | - | 416,000 | 1,428,000 |
| Utility Deposits | - | - | - | 514,104 | - | - | - | - | - | - | - | - | - | 514,104 |
| Senior Lender Amortization | - | - | 130,000 | - | - | - | - | - | - | - | - | - | - | 130,000 |
| DIP Facility Interest & Fees | - | - | 517,518 | - | - | - | 535,341 | - | - | - | - | 573,542 | - | 1,626,402 |
| **Total Cash Disbursements** | **2,664,614** | **3,666,622** | **4,183,650** | **5,458,331** | **4,552,472** | **6,288,265** | **5,220,751** | **6,016,347** | **4,500,135** | **6,195,500** | **4,542,908** | **5,546,228** | **5,492,484** | **64,328,308** |
| **Net Cash Change** | 409,866 | (355,680) | 264,682 | (1,672,398) | (707,717) | (2,000,263) | (167,763) | (2,082,641) | (217,537) | (1,818,483) | (63,678) | (1,015,729) | (937,947) | (10,365,287) |
| **Cumulative Cash Change** | 409,866 | 54,187 | 318,869 | (1,353,529) | (2,061,245) | (4,061,508) | (4,229,272) | (6,311,913) | (6,529,450) | (8,347,932) | (8,411,611) | (9,427,340) | (10,365,287) | (10,365,287) |
| **DIP Facility Draws** | (409,866) | 355,680 | (264,682) | 1,672,398 | 707,717 | 2,000,263 | 167,763 | 2,082,641 | 217,537 | 1,818,483 | 63,678 | 1,015,729 | 937,947 | 10,365,287 |
| **Ending Cash Balance** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **DIP Revolver Facility - $60 Million** | | | | | | | | | | | | | | |
| Opening Balance | 41,984,467 | 42,066,576 | 42,300,475 | 41,844,881 | 42,529,872 | 43,029,992 | 43,003,856 | 42,806,224 | 43,828,247 | 44,595,129 | 45,209,133 | 45,456,152 | 46,233,342 | 41,984,467 |
| DIP Facility Draws | (409,866) | 355,680 | (264,682) | 1,672,398 | 707,717 | 2,000,263 | 167,763 | 2,082,641 | 217,537 | 1,818,483 | 63,678 | 1,015,729 | 937,947 | 10,365,287 |
| Letters of Credit: Pre-Petition | 3,555,000 | 3,555,000 | 3,555,000 | 3,555,000 | 3,555,000 | 3,555,000 | 3,555,000 | 3,555,000 | 3,555,000 | 3,555,000 | 3,555,000 | 3,555,000 | 3,555,000 | 3,555,000 |
| Letters of Credit: Post-Petition | 1,500,000 | 2,000,000 | 2,500,000 | 2,625,000 | 2,750,000 | 2,875,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 |
| Reserved Termination Interest Rate Swap | 50,000 | 100,000 | 130,000 | - | - | - | - | - | - | - | - | - | - | - |
| **Total DIP Funding Requirement** | **46,679,600** | **48,077,256** | **48,220,793** | **49,697,278** | **49,542,589** | **51,460,256** | **49,726,619** | **51,443,865** | **50,600,784** | **52,968,612** | **51,827,811** | **53,026,881** | **53,726,290** | **58,904,754** |
| **Revolver DIP Borrowing Base Availability** | 47,171,576 | 47,955,475 | 48,029,881 | 48,709,872 | 49,334,992 | 49,433,856 | 49,361,224 | 50,383,247 | 51,150,129 | 51,764,133 | 52,011,152 | 52,788,342 | 53,587,601 | 53,587,601 |
| Senior Term Loan Funding | **491,976** | **(121,780)** | **(190,913)** | **(987,406)** | **(207,596)** | **(2,026,399)** | **(365,395)** | **(1,060,618)** | **549,346** | **(1,204,479)** | **183,341** | **(238,539)** | **(138,689)** | **(5,317,153)** |
| **Total DIP Revolver Funding** | **47,171,576** | **47,955,475** | **48,029,881** | **48,709,872** | **49,334,992** | **49,433,856** | **49,361,224** | **50,383,247** | **51,150,129** | **51,764,133** | **52,011,152** | **52,788,342** | **53,587,601** | **53,587,601** |
| **DIP Term Loan Facility - $25 Million** | | | | | | | | | | | | | | |
| Opening Balance | 15,489,908 | 14,997,932 | 15,119,713 | 15,310,626 | 16,298,032 | 16,505,628 | 18,532,027 | 18,897,423 | 19,958,041 | 19,408,695 | 20,613,174 | 20,429,833 | 20,668,372 | 15,489,908 |
| Plus: Senior Term Loan Funding | (491,976) | 121,780 | 190,913 | 987,406 | 207,596 | 2,026,399 | 365,395 | 1,060,618 | (549,346) | 1,204,479 | (183,341) | 238,539 | 138,689 | 5,317,153 |
| **Total Ending DIP Term Loan** | **14,997,932** | **15,119,713** | **15,310,626** | **16,298,032** | **16,505,628** | **18,532,027** | **18,897,423** | **19,958,041** | **19,408,695** | **20,613,174** | **20,429,833** | **20,668,372** | **20,807,061** | **20,807,061** |
| Total DIP Term Loan Facility | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 |
| **Total DIP Term Loan Availability** | **10,002,068** | **9,880,287** | **9,689,374** | **8,701,968** | **8,494,372** | **6,467,973** | **6,102,577** | **5,041,959** | **5,591,305** | **4,386,826** | **4,570,167** | **4,331,628** | **4,192,939** | **4,192,939** |