John C. Kilgannon, Esquire
STEVENS & LEE, P.C.
A PA Professional Corporation
1415 Route 70, East – Suite 506
Cherry Hill, NJ 08034
Telephone: (856) 354-9200

Robert Lapowsky, Esquire
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103
Telephone: (215) 751-2885
Special Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| | : | Case. No. 08-14631 |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.,</u> | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE**
**<u>AND REQUEST FOR SERVICE OF PAPERS</u>**

　　　　PLEASE TAKE NOTICE that the undersigned appears in the above-captioned, chapter 11 case as special counsel for Shapes/Arch Holdings, et al. ("**Shapes/Arch Holdings**") pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), and hereby requests that all notices given or required to be given and all papers served or required to be served in this chapter 11 case be delivered and served upon Shapes/Arch Holdings at the address of its counsel as set forth below:

Robert Lapowsky, Esquire
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103
Telephone: 215-751-2886
Facsimile: 610-371-7958
E-mail:  rl@stevenslee.com
jck@stevenslee.com

SL1 803192v1/030026.00063

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect any of the above-captioned debtors or their property.

STEVENS & LEE, P. C.

Dated: March 18, 2008

By:  _/s/John C. Kilgannon_
John C. Kilgannon, Esquire
STEVENS & LEE, P.C.
A PA Professional Corporation
1415 Route 70, East – Suite 506
Cherry Hill, NJ 08034
Tel:  (856) 857-4019
Facsimile:  (610) 371-7954
jck@stevenslee.com

Robert Lapowsky, Esquire
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103
Telephone: (215) 751-2885
rl@stevenslee.com

*Special Counsel for Shapes/Arch Holdings*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| | : | Case. No. 08-14631 |
| SHAPES/ARCH HOLDINGS, <u>et al.</u>, | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

STATE OF PENNSYLVANIA    )
                             : ss.:
COUNTY OF PHILADELPHIA    )

      Robert Lapowsky hereby certifies that on March 18, 2008, a true and correct copy of Notice of Appearance and Request for Service of Papers was served on March 18, 2008 via the Court's ECF system, and via first class U.S. mail to the parties on the attached service list.

                                        */s/Robert Lapowsky*
                                        Robert Lapowsky

SERVICE LIST

Joel C. Shapiro, Esquire
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103

Lawrence Flick, Esquire
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Jerrold N. Poslusny,
Cozen O'Connor
Libertyview, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Office Of The U.S. Trustee
One Newark Center
Suite 2100
Newark, NJ 07102