*Order Filed on 3/18/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

　　　　Debtors.

Case No. 08-14631

Judge: Gloria M. Burns

Chapter: 11

Recommended Local Form:　　Followed　　Modified

### ORDER DIRECTING JOINT ADMINISTRATION OF CASES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: 3/18/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Shapes/Arch Holdings L.L.C., <u>et al.</u>

Case No: 08-

Order Directing Joint Administration of Cases

---

Upon the motion of Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld LLC and Ultra LLC, debtors and debtors-in-possession in the above captioned cases for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the following cases for procedural purposes only,

<u>Shapes/Arch Holdings L.L.C., 08</u>-14631

<u>Shapes L.L.C., 08</u>-14632

<u>Delair L.L.C., 08</u>-14634

<u>Accu-Weld L.L.C., 08</u>-14635

<u>Ultra L.L.C., 08</u>-14633

and for good cause shown, it is

**ORDERED** that the cases listed above shall be jointly administered by the court, and it is further

**ORDERED** that case number <u>08</u>-14631 shall be designated as the lead case, and it is further

**ORDERED** that nothing contained in this order or in the motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the debtors or the above captioned cases, and it is further

**ORDERED** that this Order shall be filed in each of the above listed cases.

CHERRY_HILL\429900\1  077771.000

*Approved by Judge Gloria M. Burns March 18, 2008*