Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 08−14631−GMB
                       Chapter: 11
                       Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22−3413451

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 18, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 31 − 5
Interim Order (related document:[5] Motion re: for an Order Authorizing, But not Directing, Payment of Pre−Petition Wages, Salaries, Compensation, Employee Benefits, Business Reimbursement Expense, Certain Union Payments, and the Continuation of the Debtors' Workers' Compensation filed by Debtor Shapes/Arch Holdings L.L.C.) The following parties were served: Debtor, Debtor's Attorney, US Trustee. Signed on 3/18/2008. (dac)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 18, 2008
JJW: dac

                                                                                             James J. Waldron
                                                                                             Clerk