Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08−14631−GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22−3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on March 18, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 33 − 7
Order Granting Motion re: Authorizing the Debtors to Pay Pre−Petition Sale and Use Taxes. (Related Doc # [7]). The following parties were served: Debtor, Debtor 's Attorney, and US Trustee. Signed on 3/18/2008. (dac)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: March 18, 2008
JJW: dac

                                                   James J. Waldron
                                                 Clerk