| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>           Debtors. |

Order Filed on 3/18/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No. 08-14631

Judge: Gloria M. Burns

Chapter:  11

**ORDER PURSUANT TO SECTIONS 105(A), 362, 503(b) AND 507 THE BANKRUPTCY CODE (I) CONFIRMING THE GRANT OF ADMINISTRATIVE EXPENSE STATUS TO OBLIGATIONS ARISING FROM THE POSTPETITION DELIVERY OF GOODS, (II) ESTABLISHING AUTHORITY TO PAY CERTAIN EXPENSES IN THE ORDINARY COURSE OF BUSINESS AND (III) PROHIBITING THIRD PARTIES <u>FROM INTERFERING WITH THE DELIVERY OF GOODS TO THE DEBTORS</u>**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 3/18/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Arch/Shapes Holdings L.L.C., et al.

Case No. 08-

Order Pursuant to Sections 105(a), 362, 503(b) and 507 of the Bankruptcy Code (I) Confirming the Grant of Administrative Expense Status to Obligations Arising from the Postpetition Delivery of Goods, (II) Establishing Authority to Pay Certain Expenses in the Ordinary Course of Business and (III) Prohibiting Third Parties from Interfering with the Delivery of Goods to the Debtors

---

Upon consideration the verified motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (the "Debtors"), for an order pursuant to sections 105(a), 362, 503(b) and 507 of the Bankruptcy Code (i) confirming the grant of administrative expense status to obligations arising from the postpetition delivery of goods, (ii) establishing authority to pay certain expenses in the ordinary course of business and (iii) prohibiting third parties from interfering with the delivery of goods to the Debtors; and notice being sufficient under the circumstances; and such relief being necessary to assure that operation of Debtors' businesses will not be disrupted and that their value as a going-concern will not be impaired, it is

**ORDERED**:

1. That the Motion is GRANTED;

2. That the Debtors' Vendors are entitled to administrative expense treatment under section 503(b) of the Bankruptcy Code for those undisputed obligations arising from the Outstanding Orders relating to Goods received and accepted by the Debtors on or after the Petition Date;

3. That the Debtors are authorizing to pay for such Goods in the ordinary course of their businesses;

4. That pursuant to sections 105 and 362 of the Bankruptcy Code, third parties are stayed or prohibited from interfering with the delivery of Goods to the Debtors.

5. Nothing contained herein shall affect any parties' rights under Section 546 of the Bankrupcty Code.

CHERRY_

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns March  18, 2008*