UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Proposed Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

         Debtors.

Case No. 08-14631

Judge: Gloria M. Burns

Chapter: 11

Order Filed on 3/18/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

Recommended Local Form:        Followed        Modified

### ORDER AUTHORIZING RETENTION OF EPIQ BANKRUPTCY SOLUTIONS, LLC AS OFFICIAL NOTICING, CLAIMS AND/OR SOLICITATION AND BALLOTING <u>AGENT FOR THE DEBTORS</u>

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 3/18/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-

Order Authorizing Retention of Epiq Bankruptcy Solutions, LLC as Official Noticing, Claims and/or Solicitation and Balloting Agent for the Debtors

---

In re:       Shapes/Arch Holdings L.L.C., et al.
Case No.:    08-
Applicant:   Shapes/Arch Holdings L.L.C., et al.

              Trustee:           Chap. 7        Chap. 11       Chap. 13

              Debtors:           Chap. 11       Chap. 13

              Official Committee of _____

Name:        Epiq Bankruptcy Solutions, LLC ("Epiq")
Address:     757 Third Avenue, 3rd Floor
             New York, NY 10017

       Attorney for:       Trustee          Debtors-in-Possession

                           Official Committee of _____

       Accountant for:     Trustee          Debtor-in-Possession

                           Official Committee of _____

       Other:

                           Realtor      Appraiser         Special Counsel

                           Auctioneer   Other (specify): official noticing, claims and/or
                                                         solicitation and balloting agent
                                                         for the Debtors

---

   Upon the applicants' request for authorization to retain Epiq, It is hereby

ORDERED as follows:

   1.   The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C.,

Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the capacity

noted.

2

*Approved by Judge Gloria M. Burns March 18, 2008*

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-

Order Authorizing Retention of Epiq Bankruptcy Solutions, LLC as Official Noticing, Claims and/or Solicitation and Balloting Agent for the Debtors

---

2. The fees and expenses of Epiq are to be treated as an administrative expense of the Debtors' estates and shall be paid first from its retainer, and then by the Debtors in the ordinary course of business. Epiq has not received nor will it be entitled to any post-petition "replenishment" of its retainer.

3. The effective date of the retention is the date the application was filed with the Court.

CHERRY_HILL\430947\1  077771.000

*Approved by Judge Gloria M. Burns March 18, 2008*