Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08−14631−GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shapes/Arch Holdings L.L.C.
    9000 River Road
    Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
    22−3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 18, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 38 − 18
Interim Order (related document:[18] Motion re: for Entry of Interim and Final Orders Authorizing and Approving Postpetition Financing; Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; Modifying Automatic Stay and Scheduling Final Hearing filed by Debtor Shapes/Arch Holdings L.L.C.) The following parties were served: Debtor, Debtor's Attorney, and US Trustee. Signed on 3/18/2008. (dac)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 18, 2008
JJW: dac

                                                                James J. Waldron
                                                                Clerk