| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors |

| In re: | Case No. 08- |
|---|---|
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: |
| Debtors. | Chapter: 11 |

| |
|---|
| Recommended Local Form:        ☒ Followed        ☐ Modified |

**CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)**

I have complied with D.N.J. LBR 2014-1(a) by mailing a copy of this application to any of the following who did not receive electronic notice from the Court: the United States Trustee, the secured creditors, the Official Committees (as applicable), and others requesting notice.

The parties listed below were served by electronic mail via the court's Electronic Case Filing System:

The parties, whose names and addresses are listed below were served by regular mail or email, postage prepaid, within one (1) day after filing with the Court. (please attach separate sheet if necessary).

Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

<u>Secured Creditors</u>

Bank Group
Paul A. Patterson, Esq.
Gary P. Scharmett , Esq.
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103

Attorneys for ASI Funding, LLC and Arcus ASI, Inc.
Mathew S. Rotenberg, Esq.
Joel Shapiro, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

| | |
|---|---|
| Date: March 19, 2008 | /s/ Jerrold N. Poslusny, Jr. |
| | Signature of Professional |
| | |
| | Jerrold N. Poslusny, Jr. |
| | Name of Professional |