Order Filed on
3/18/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>                    Debtors. | Case No. 08-14631<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

### ORDER GRANTING COMPLEX
### <u>CHAPTER 11 CASE TREATMENT</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED:**

**DATED: 3/18/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Debtor:  Shapes/Arch Holdings L.L.C., et al.

Case No.

Order Granting Complex Chapter 11 Case Treatment

_____

These bankruptcy cases were filed on March 16, 2008.  An Application for Designation as Complex Chapter 11 Cases was filed.  After review of the initial pleadings filed in these cases, the Court concludes that these cases constitute Complex Chapter 11 cases.

**IT IS ORDERED** that the request set forth in the Application for Designation As Complex Chapter 11 Cases pursuant to the Court's General Order Governing Procedures For Complex Chapter 11 Cases is **HEREBY GRANTED**; and

**IT IS FURTHER ORDERED** that the Guidelines Establishing Case Management and Administrative Procedures for Cases Designated as Complex Chapter 11 Cases as set forth as Exhibit F to the Court's General Order Governing Procedures For Complex Chapter 11 Cases shall apply.

CHERRY_HILL\430531\1  077771.000

*Approved by Judge Gloria M. Burns March  18, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1           User: dcary            Page 1 of 1           Date Rcvd: Mar 18, 2008
Case: 08-14631                 Form ID: pdf903        Total Served: 1
```

The following entities were served by first class mail on Mar 20, 2008.
db              +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2008**              Signature:    *Joseph Speetjens*