|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>(856) 910-5075 (fax)<br><br>Proposed Attorneys for the Debtors |  |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al</u>.,<br><br>        Debtors. | Case No. 08-14631<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

Order Filed on 3/18/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

| Recommended Local Form: | Followed | Modified |

### ORDER DIRECTING JOINT ADMINISTRATION OF CASES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: 3/18/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-

Order Directing Joint Administration of Cases

---

Upon the motion of Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld LLC and Ultra LLC, debtors and debtors-in-possession in the above captioned cases for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the following cases for procedural purposes only,

Shapes/Arch Holdings L.L.C., 08-14631

Shapes L.L.C., 08-14632

Delair L.L.C., 08-14634

Accu-Weld L.L.C., 08-14635

Ultra L.L.C., 08-14633

and for good cause shown, it is

**ORDERED** that the cases listed above shall be jointly administered by the court, and it is further

**ORDERED** that case number 08-14631 shall be designated as the lead case, and it is further

**ORDERED** that nothing contained in this order or in the motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the debtors or the above captioned cases, and it is further

**ORDERED** that this Order shall be filed in each of the above listed cases.

CHERRY_HILL\429900\1 077771.000

2

*Approved by Judge Gloria M. Burns March 18, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1          User: dcary              Page 1 of 1          Date Rcvd: Mar 18, 2008
Case: 08-14631                Form ID: pdf903          Total Served: 1

The following entities were served by first class mail on Mar 20, 2008.
db          +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 20, 2008**                    Signature:    *Joseph Speetjens*