| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>Debtors. | Case No. 08-14631<br>Judge: Gloria M. Burns<br>Chapter: 11 |

Order Filed on 3/18/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

**INTERIM ORDER: (I) PROHIBITING UTILITY COMPANIES FROM DISCONTINUING, ALTERING OR REFUSING SERVICE; (II) DEEMING UTILITY COMPANIES TO HAVE ADEQUATE ASSURANCE OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE PURSUANT TO 11 U.S.C. § 366**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: 3/18/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-

Interim Order: (i) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Service; (ii) Deeming Utility Companies to Have Adequate Assurance of Payment; and (iii) Establishing Procedures for Resolving Requests for Additional Assurance Pursuant to 11 U.S.C. § 366

---

Upon consideration of the verified motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (the "Debtors"), for entry of interim and final orders pursuant to 11 U.S.C. § 366:  (i) prohibiting the Utility Companies from altering, refusing or discontinuing services to the Debtors on the basis of the commencement of these cases or on account of any unpaid invoices for services provided prior to the Petition Date; (ii) deeming the Utility Companies adequately assured of future performance on the basis of the establishment of a Utility Deposit; and (iii) establishing procedures for resolving requests for additional assurance of payment, notice of the Motion being sufficient under the circumstances; and sufficient cause appearing therefor, it is ORDERED:

    1.    That the Motion is GRANTED.

    2.    That until such time as the Final Order is entered by the Court, all Utility Companies are prohibited from:  (i) altering, refusing or discontinuing services to, or discriminating against, the Debtors on the basis of the commencement of these cases or on account of any unpaid invoice for services provided prior to the Petition Date; and (ii) requiring payment of a deposit or receipt of any other security for continued services as a result of the Debtors' bankruptcy filings or any outstanding prepetition invoices other than as set forth in the Motion.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns March  18, 2008*

Page 3

Shapes/Arch Holdings L.L.C., <u>et al.</u>

Case No. 08-

Interim Order: (i) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Service; (ii) Deeming Utility Companies to Have Adequate Assurance of Payment; and (iii) Establishing Procedures for Resolving Requests for Additional Assurance Pursuant to 11 U.S.C. § 366

---

      3.      The Motion and this Interim Order shall be served, via first-class mail, on each Utility Company the Debtors believe could be affected by the Motion and all other parties required to receive service under Federal Rule of Bankruptcy Procedure 2002 within five (5) days of entry of this Interim Order.

      4.      The deadline by which objections to the Motion and the Final Order must be filed by is  4/2/2008 , at 4:00 p.m.

      5.      A final hearing, if required, on the Motion will be held on  4/3/2008  at  10:00  a.m./~~p.m.~~

      6.      If no objections are filed to the Motion, the Court may enter the Final Order without further notice or hearing.

CHERRY_HILL\430617\1  077771.000

*Approved by Judge Gloria M. Burns March 18, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1          User: dcary              Page 1 of 1              Date Rcvd: Mar 18, 2008
Case: 08-14631                Form ID: pdf903          Total Served: 1
```

The following entities were served by first class mail on Mar 20, 2008.
db            +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2008**                          Signature:    _Joseph Speetjens_