Order Filed on
**3/18/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>                Debtors. |

Case No. 08-14631

Judge: Gloria M. Burns

Chapter:  11

### ORDER AUTHORIZING THE DEBTORS TO
### PAY PRE-PETITION SALES AND USE TAXES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 3/18/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Arch/Shapes Holdings L.L.C., <u>et al.</u>

Case No. 08-

Order Authorizing Debtors To Pay Pre-Petition Sales And Use Taxes

---

Upon consideration the verified motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), for an Order authorizing the Debtors to pay pre-petition Sales and Use Taxes to the Taxing Authorities; and notice being sufficient under the circumstances; and such relief being necessary to assure that operation of Debtors' businesses will not be disrupted and that their value as a going-concern will not be impaired, it is

**ORDERED**:

1.    That the Motion is GRANTED;

2.    That the Debtors are authorized to pay the Taxing Authorities pre-petition Sales and Use Taxes incurred or collected by the Debtors in the ordinary course of their businesses on the same terms and in the same manner as prior to the Petition Date; and

3.    That nothing herein shall impair the Debtors' ability to contest the amounts of Sales and Use Taxes owed to the Taxing Authorities.

CHERRY_HILL\430489\1  077771.000

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

2

*Approved by Judge Gloria M. Burns March 18, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1           User: dcary                 Page 1 of 1         Date Rcvd: Mar 18, 2008
Case: 08-14631                 Form ID: pdf903             Total Served: 1
```

The following entities were served by first class mail on Mar 20, 2008.
db          +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2008**                    **Signature:**    _Joseph Speetjens_