UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
Proposed Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

　　　　　　　Debtors.

Case No. 08-14631

Judge: Gloria M. Burns

Chapter: 11

*Order Filed on 3/18/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

**ORDER PURSUANT TO SECTIONS 105(A), 362, 503(b) AND 507 THE BANKRUPTCY CODE (I) CONFIRMING THE GRANT OF ADMINISTRATIVE EXPENSE STATUS TO OBLIGATIONS ARISING FROM THE POSTPETITION DELIVERY OF GOODS, (II) ESTABLISHING AUTHORITY TO PAY CERTAIN EXPENSES IN THE ORDINARY COURSE OF BUSINESS AND (III) PROHIBITING THIRD PARTIES FROM INTERFERING WITH THE DELIVERY OF GOODS TO THE DEBTORS**

　　The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 3/18/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Arch/Shapes Holdings L.L.C., et al.

Case No. 08-

Order Pursuant to Sections 105(a), 362, 503(b) and 507 of the Bankruptcy Code (I) Confirming the Grant of Administrative Expense Status to Obligations Arising from the Postpetition Delivery of Goods, (II) Establishing Authority to Pay Certain Expenses in the Ordinary Course of Business and (III) Prohibiting Third Parties from Interfering with the Delivery of Goods to the Debtors

---

Upon consideration the verified motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (the "Debtors"), for an order pursuant to sections 105(a), 362, 503(b) and 507 of the Bankruptcy Code (i) confirming the grant of administrative expense status to obligations arising from the postpetition delivery of goods, (ii) establishing authority to pay certain expenses in the ordinary course of business and (iii) prohibiting third parties from interfering with the delivery of goods to the Debtors; and notice being sufficient under the circumstances; and such relief being necessary to assure that operation of Debtors' businesses will not be disrupted and that their value as a going-concern will not be impaired, it is

**ORDERED**:

1. That the Motion is GRANTED;

2. That the Debtors' Vendors are entitled to administrative expense treatment under section 503(b) of the Bankruptcy Code for those undisputed obligations arising from the Outstanding Orders relating to Goods received and accepted by the Debtors on or after the Petition Date;

3. That the Debtors are authorizing to pay for such Goods in the ordinary course of their businesses;

4. That pursuant to sections 105 and 362 of the Bankruptcy Code, third parties are stayed or prohibited from interfering with the delivery of Goods to the Debtors.

5. Nothing contained herein shall affect any parties' rights under Section 546 of the Bankrupcty Code.
CHERRY_

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

2

*Approved by Judge Gloria M. Burns March 18, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1           User: dcary              Page 1 of 1              Date Rcvd: Mar 18, 2008
Case: 08-14631                 Form ID: pdf903          Total Served: 1

The following entities were served by first class mail on Mar 20, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 20, 2008**                                **Signature:** _Joseph Speetjens_