| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>        Debtors. | Case No. 08-14631<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

Order Filed on 3/18/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

Recommended Local Form:    Followed    Modified

**ORDER AUTHORIZING RETENTION OF EPIQ BANKRUPTCY SOLUTIONS, LLC AS OFFICIAL NOTICING, CLAIMS AND/OR SOLICITATION AND BALLOTING <u>AGENT FOR THE DEBTORS</u>**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 3/18/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., <u>et al.</u>

Case No: 08-

Order Authorizing Retention of Epiq Bankruptcy Solutions, LLC as Official Noticing, Claims and/or Solicitation and Balloting Agent for the Debtors

---

| | | | |
|---|---|---|---|
| In re: | <u>Shapes/Arch Holdings L.L.C., et al.</u> | | |
| Case No.: | <u>08-</u> | | |
| Applicant: | <u>Shapes/Arch Holdings L.L.C., et al.</u> | | |

    Trustee:      Chap. 7      Chap. 11      Chap. 13

    Debtors:      Chap. 11      Chap. 13

    Official Committee of _____

Name:    <u>Epiq Bankruptcy Solutions, LLC ("Epiq")</u>
Address:    <u>757 Third Avenue, 3rd Floor</u>
    <u>New York, NY 10017</u>

    Attorney for:    Trustee    Debtors-in-Possession

        Official Committee of _____

    Accountant for:    Trustee    Debtor-in-Possession

        Official Committee of _____

    Other:

        Realtor    Appraiser    Special Counsel

        Auctioneer    Other (specify): official noticing, claims and/or solicitation and balloting agent for the Debtors

---

Upon the applicants' request for authorization to retain Epiq, It is hereby ORDERED as follows:

1.    The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the capacity noted.

2

*Approved by Judge Gloria M. Burns March 18, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-

Order Authorizing Retention of Epiq Bankruptcy Solutions, LLC as Official Noticing, Claims and/or Solicitation and Balloting Agent for the Debtors

---

    2.      The fees and expenses of Epiq are to be treated as an administrative expense of the Debtors' estates and shall be paid first from its retainer, and then by the Debtors in the ordinary course of business. Epiq has not received nor will it be entitled to any post-petition "replenishment" of its retainer.

    3.      The effective date of the retention is the date the application was filed with the Court.

CHERRY_HILL\430947\1  077771.000

3

*Approved by Judge Gloria M. Burns March 18, 2008*

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0312-1           User: dcary              Page 1 of 1              Date Rcvd: Mar 18, 2008
Case: 08-14631                 Form ID: pdf903          Total Served: 1

The following entities were served by first class mail on Mar 20, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2008**                         **Signature:**  *Joseph Speetjens*