Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  08–14631–GMB
Chapter:  11
Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shapes/Arch Holdings L.L.C.
9000 River Road
Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
22–3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 18, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 39 – 18
Interim Order (related document:[18] Motion re: for Entry of Interim and Final Orders Authorizing and Approving Postpetition Financing; Granting Liens and Security Interests and Providing Superpriority Administrative Expense Status; Modifying Automatic Stay and Scheduling Final Hearing filed by Debtor Shapes/Arch Holdings L.L.C.). The following parties were served: Debtor, Debtor's Attorney, and US Trustee. Signed on 3/18/2008. (Attachments: # (1) Debtor In Possession Revolving Credit Finance Agreement – Part 1# (2) Finance Agreement – Part 2) (dac)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 18, 2008
JJW: dac

James J. Waldron
Clerk

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1          User: dcary          Page 1 of 1          Date Rcvd: Mar 19, 2008
Case: 08-14631                Form ID: orderntc    Total Served: 1


The following entities were served by first class mail on Mar 21, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2008                 Signature:   _Joseph Speetjens_