**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman (SR 4906)

*Counsel for Glencore Ltd.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : Case No. 08-14631 (GMB) |
| | : |
| Debtors. | : Jointly Administered |

---------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### <u>DEMAND FOR SERVICE OF PAPERS</u>

**PLEASE TAKE NOTICE** that, the undersigned hereby appears as counsel for Glencore Ltd. ("<u>Glencore</u>"), a creditor and party in interest in these bankruptcy cases, and pursuant to Bankruptcy Rules 2002 and 9010(b), requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the undersigned attorney, at the address set forth below:

> **CURTIS, MALLET-PREVOST,
>  COLT & MOSLE LLP**
> Steven J. Reisman, Esq.
> 101 Park Avenue
> New York, New York 10178-0061
> Tel.:  (212) 696-6000
> Fax:   (212) 697-1559
> E-Mail: sreisman@curtis.com

-and-

4427815

Case 08-14631-GMB    Doc 67    Filed 03/24/08    Entered 03/24/08 16:08:49    Desc Main
Document      Page 2 of 3

**GLENCORE LTD**
Elitsa Golab
301 Tresser Blvd.
Stamford, CT 06901
Tel.: (203) 328-4900
Fax: (203) 978-2609
E-mail: elitsa.golab@glencore-us.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices of pleadings referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect, or seek to affect in any way, Glencore, or property in which it may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that, Glencore does not intend that this demand or any later appearance or pleading be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Glencore expressly reserves.

4427815

**PLEASE TAKE FURTHER NOTICE** that, this demand shall not be construed as an appointment of Steven J. Reisman, Curtis, Mallet-Prevost, Colt & Mosle LLP or Elitsa Golab as an authorized agent, collectively, or as authorized agents, individually, of Glencore, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

Dated: New York, New York
       March 24, 2008

Respectfully submitted,

**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**

By:  /s/ Steven J. Reisman
    Steven J. Reisman (SR 4906)
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559

*Counsel for Glencore Ltd.*