**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman (SR 4906)

*Counsel for Glencore Ltd.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------------x
In re:                                               :    Chapter 11
                                                     :
SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,          :    Case No. 08-14631 (GMB)
                                                     :
          Debtors.                                   :    Jointly Administered
------------------------------------------------------------------x

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )

Samba Silla, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age, and reside in Queens, New York.

2.  On March 24, 2008, I served a true and correct copy of the Notice of Appearance and Demand for Service of Papers [Docket No. 67] upon the parties on the attached service list by first-class United States mail.

                                                /s/ Samba Silla
                                                Samba Silla

Sworn to before me this
24th day of March 2008

/s/ James V. Drew
   Notary Public

**JAMES V. DREW
Notary Public, State of New York
No. 02-DR6079092
Qualified in Queens County
Commission Expires August 12, 2010**

4447946

**SERVICE LIST**

| | |
|---|---|
| *United States Trustee* <br> Office of the United States Trustee <br> One Newark Center, Suite 2100 <br> Newark, NJ 07102 | *Counsel for the Debtors* <br> Cozen O'Connor <br> Suite 1400, Chase Manhattan Centre <br> 1201 North Market Street <br> Wilmington, Delaware 19801 <br> Attention:  Mark E. Felger, Esq. <br> mfelger@cozen.com |
| *Counsel for the Debtors* <br> Cozen O'Connor <br> Suite 300, LibertyView <br> 457 Haddonfield Road, P.O. Box 5459 <br> Cherry Hill, New Jersey 08002 <br> Attention:  Jerrold N. Poslusny, Jr., Esq. <br> jposlusny@cozen.com | *Counsel for ASI Funding, LLC* <br> *and Arcus ASI, Inc.* <br> Blank Rome Comisky and McCauley LLP <br> One Logan Square <br> Philadelphia, PA 19103 <br> Attention:  Joel C. Shapiro, Esq. <br>             Lawrence Flick, Esq. <br> shapiro-jc@blankrome.com <br> flick@blankrome.com |
| *Special Labor and Conflicts* <br> *Counsel for the Debtors* <br> Stevens & Lee, P.C. <br> 1818 Market Street, 29th Floor <br> Philadelphia, PA 19103 <br> Attention:  Robert Lapowsky, Esq. <br>             John C. Kilgannon, Esq. <br> rl@stevenslee.com <br> jck@stevenslee.com | |

4439922