IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Jennifer M. Davies, Esquire JD0391
**LAMM RUBENSTONE LLC**
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
(215) 638-9330; (215) 638-2867 - *Facsimile*
Attorney for Creditor, Modern Handling Equipment Company

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SHAPES/ARCH HOLDINGS, L.L.C. | : | CASE NO. 08-14631-GMB |
| Debtor. | : | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Modern Handling Equipment Company, an interested party in the above-captioned case and hereby requests, pursuant to U.S. Bankruptcy Court Rules 2002 and 9007, and 11 U.S.C. §§ 342 and 1109(b) of the U.S. Bankruptcy Code, that all copies and pleadings given or filed in this case be given and served upon counsel at the following address and telephone number:

**Jennifer M. Davies, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19020-8544
Telephone No.: (215) 638-9330
Facsimile No.: (215) 638-2867
Email: jdavies@lammrubenstone.com**

PLEASE TAKE FURTHER NOTICE that under 11 U.S.C. § 1109(b) of the United States Bankruptcy Code, this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, hand

379952_1.DOC

delivery, telephone, telegraph, facsimile, telex, or otherwise: (1) that affects or seeks to affect in any way any rights or interest of any creditor or any party-in-interest in this case, including Modern Handling Equipment Company with respect to (a) the debtor; (b) property of the estate or proceeds thereof, in which the debtor may claim in interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or conduct by the delivery of any property, payment, or other conduct by Modern Handling Equipment Company.

PLEASE TAKE FURTHER NOTICE that Modern Handling Equipment Company intends that neither this Entry of Appearance nor any later appearance, claim, or other pleadings shall waive (1) Modern Handling Equipment Company's right to have final Orders in non-core matters entered only after *de novo* review by the United States District Court; (2) Modern Handling Equipment Company's right to trial by jury in any proceeding related to this case; (3) Modern Handling Equipment Company's right to have the United States District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (4) any rights, claims, actions, defensives, set-offs or recruitments to which Modern Handling Equipment Company is or may be entitled to under agreement, in law or at equity, all of which rights, claims, actions, defenses, set-off or recruitments Modern Handling Equipment Company hereby expressly reserves.

**LAMM RUBENSTONE LLC**

By:    s/Jennifer M. Davies
Jennifer M. Davies, Esquire
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
(215) 638-9330
(215) 638-2867 (facsimile)
jdavies@lammrubenstone.com (email)

379952_1.DOC