UNITED STATES BANKRUPTCY COURT        :
DISTRICT OF NEW JERSEY                :
                                      :
                                      :
Jennifer M. Davies, Esquire (JMD0391) :
LAMM RUBENSTONE LLC                   :
3600 Horizon Boulevard, Suite 200     :
Trevose, Pennsylvania 19053           :
215-638-9330; 215-638-2867f           :
                                      :
Sherry D. Lowe, Esquire               :
LAMM RUBENSTONE LLC                   :
3600 Horizon Boulevard, Suite 200     :
Trevose, Pennsylvania 19053           :
215-638-9330; 215-638-2867f           :
                                      :
Counsel for Modern Handling Equipment Company :
                                      :
IN RE:                                :    CHAPTER 11
                                      :
SHAPES/ARCH HOLDINGS, L.L.C.          :    CASE NO. 08-14631-GMB
              Debtor.                 :

## APPLICATION FOR THE ADMISSION *PRO HAC VICE* OF SHERRY D. LOWE, ESQUIRE AS COUNSEL TO MODERN HANDLING EQUIPMENT COMPANY

PLEASE TAKE NOTICE that the undersigned, as counsel to Modern Handling Equipment Company has applied to this Court for an Order requesting the admission of Sherry D. Lowe, Esquire, of Lamm Rubenstone LLC, a member of the bar of the Commonwealth of Pennsylvania, *pro hac vice* pursuant to D.N.J. LBR 2090-1 and Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey; and

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely in support of this Application, the Affidavit of Sherry D. Lowe and the Certificate of Jennifer M. Davies and proposed form of Order submitted therewith.

379953-1

Oral argument is not requested unless this Application is contested.

Dated: March 25, 2008                    s/Jennifer M. Davies
                                    Jennifer M. Davies, Esquire
                                    LAMM RUBENSTONE LLC
                                    3600 Horizon Boulevard, Suite 200
                                    Trevose, PA 19053
                                    215-638-9330; 215-938-2867f

                                    Counsel for Modern Handling Equipment Company

379953-1