| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT : <br> DISTRICT OF NEW JERSEY : <br> : <br> Jennifer M. Davies, Esquire (JMD0391) : <br> LAMM RUBENSTONE LLC : <br> 3600 Horizon Boulevard, Suite 200 : <br> Trevose, Pennsylvania 19053 : <br> 215-638-9330; 215-638-2867f : <br> : <br> Sherry D. Lowe, Esquire : <br> LAMM RUBENSTONE LLC : <br> 3600 Horizon Boulevard, Suite 200 : <br> Trevose, Pennsylvania 19053 : <br> 215-638-9330; 215-638-2867f : <br> : <br> Counsel for Modern Handling Equipment Company : <br> : <br> IN RE: : <br> : <br> SHAPES/ARCH HOLDINGS, L.L.C. : <br>                               Debtor. : | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> CHAPTER 11 <br><br> CASE NO. 08-14631-GMB |

### CERTIFICATION OF JENNIFER M. DAVIES IN SUPPORT OF APPLICATION FOR THE ADMISSION *PRO HAC VICE* OF SHERRY D. LOWE AS COUNSEL TO MODERN HANDLING EQUIPMENT COMPANY PURSUANT TO DISTRICT RULE 101.1(c) AND D.N.J. LBR 2090-1

I, Jennifer M. Davies, Esquire, hereby certify as follows:

1. I am an attorney licensed to practice in the State of New Jersey and an associate with the law firm Lamm Rubenstone LLC. I submit this Certification in support of the application of Sherry D. Lowe of Lamm Rubenstone LLC for admission *pro hac vice* in the above-captioned matter pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey and Rule 2090-1(b) of the Local Bankruptcy Rules as adopted by the United States Bankruptcy Court for the District of New Jersey.

2. The applicant, Sherry D. Lowe, is a partner of Lamm Rubenstone LLC.

379953-1

3. Ms. Lowe is a member in good standing of the bar of the Commonwealth of Pennsylvania and the Bars of the United States District Court for the Eastern, Middle and Western Districts of Pennsylvania. Attached hereto as Exhibit "A" is a Certification executed by Ms. Lowe.

4. I respectfully submit that there is a good cause for the admission of Sherry D. Lowe pro has vice inasmuch as she is familiar with the facts and circumstances of this case.

5. I respectfully request the Court enter an Order permitting Sherry D. Lowe of Lamm Rubenstone LLC to appear *pro hac vice* in these Chapter 11 proceedings and granting such other relief as is just.

I hereby certify that the foregoing statements made by me are true. If any of the statements made by me are willfully false, I am subject to punishment.

Dated: March 25, 2008

s/Jennifer M. Davies
Jennifer M. Davies, Esquire
LAMM RUBENSTONE LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
215-638-9330; 215-938-2867f

Counsel for Modern Handling Equipment Company

379953-1