|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | : <br> : <br> : |
| Jennifer M. Davies, Esquire (JMD0391)<br>LAMM RUBENSTONE LLC<br>3600 Horizon Boulevard, Suite 200<br>Trevose, Pennsylvania 19053<br>215-638-9330; 215-638-2867f | : <br> : <br> : <br> : <br> : <br> : |
| Sherry D. Lowe, Esquire<br>LAMM RUBENSTONE LLC<br>3600 Horizon Boulevard, Suite 200<br>Trevose, Pennsylvania 19053<br>215-638-9330; 215-638-2867f | : <br> : <br> : <br> : <br> : |
| Counsel for Modern Handling Equipment Company | : <br> : |
| IN RE: | :    CHAPTER 11 |
| SHAPES/ARCH HOLDINGS, L.L.C. | :    CASE NO. 08-14631-GMB |
|                                  Debtor. | : |

**AFFIDAVIT OF SHERRY D. LOWE IN SUPPORT OF
APPLICATION FOR ADMISSION *PRO HAC VICE*
<u>AS COUNSEL TO MODERN HANDLING EQUIPMENT COMPANY</u>**

SHERRY D. LOWE, of full age, being duly sworn according to law upon her oath, deposes and says:

1. I am an attorney admitted to practice in the Commonwealth of Pennsylvania and a partner of the law firm of Lamm Rubenstone LLC, 3600 Horizon Boulevard, Suite 200, Trevose, Pennsylvania 19053.

379953-1

2. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and the Bars of the United States District Court for the Eastern, Middle and Western Districts of Pennsylvania.

3. This affidavit is respectfully submitted in support of the application for my admittance to this Honorable Court *pro hac vice* as counsel for Modern Handling Equipment Company. It is submitted that there is good cause for such admission, to wit: Modern Handling Equipment Company has requested that I represent it in this action with the assistance of a New Jersey attorney.

4. I have read the General Rules of the United States District Court for the District of New Jersey, in particular Local Civil Rules 101.1 and 104.1 and Rule 2090-1(b) of the Local Rules of the U.S. Bankruptcy Court for the District of New Jersey governing the admission of attorneys, and understand my obligations thereunder.

5. All pleadings, briefs and other papers filed with the Court shall be signed by an attorney of record authorized to practice before this Court, who shall be responsible for the conduct of the case and of the undersigned.

6. I am unaware of any disciplinary proceedings pending against me in any jurisdiction and no discipline has been previously imposed upon me in any jurisdiction. I understand that, if admitted to practice before this Court *pro hac vice*, I have the continuing obligation during the period of my admission to advise this Court of the institution of any disciplinary proceedings against me.

379953-1

WHEREFORE, it is respectfully requested that the instant application of admission to this Court, *pro hac vice*, pursuant to District of New Jersey Local Bankruptcy Rules, D.N.J. LBR 2090-1 and local Civil Rule 101.1(c) of the Rules of the United States District Court for the District of New Jersey, be granted.

Dated: March 25, 2008

_____
Sherry D. Lowe, Esquire
LAMM RUBENSTONE LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
215-638-9330; 215-938-2867f

Sworn to and subscribed
Before me this 25th day of
March, 2008.

_____
Notary

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LYNNE M. STARKMAN, Notary Public
Bensalem Twp., Bucks County
My Commission Expires July 14, 2010

379953-1