Jeffrey Kurtzman, Esquire (JK-7689)
**KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS**
A Pennsylvania Limited Liability Partnership
457 Haddonfield Road, Suite 510
Cherry Hill, NJ  08002-2220
Phone: (856) 486-7900
Fax: (856) 486-4875
Attorneys for A. Jerome Grossman and Frank Kessler

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re | Chapter 11 |
| SHAPES/ARCH HOLDINGS, L.L.C., | Case No. 08-14631 (GMB) |
| Debtor. | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 11 case as counsel for A. Jerome Grossman and Frank Kessler, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), and hereby requests that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served upon their counsel at the address set forth below:

> Jeffrey Kurtzman, Esquire
> KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
> 260 S. Broad Street
> Philadelphia, PA  19102
> Phone: (215) 569-4493
> Fax: (215) 568-6603
> Email: jkurtzma@klehr.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes all notices and pleadings referred to in the above-mentioned Federal Rules of

PHIL1 779307-1

Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which in any way affect the debtor or its property.

The foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex or otherwise filed or made with regard to the above-referenced case and all proceedings therein.

Dated: March 26, 2008

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP
Attorneys for A. Jerome Grossman and
Frank Kessler

By: _____
Jeffrey Kurtzman, Esquire

2

PHIL1 779307-1