## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re | Chapter 11 |
| SHAPES/ARCH HOLDINGS, L.L.C., | Case No. 08-14631 (GMB) |
| Debtor. | |

### CERTIFICATE OF SERVICE

I hereby certify, that on this 26th day of March, 2008, a true and correct copy of Notice of Appearance and Request for Service of Papers was caused to be served on the following via first-class mail, postage prepaid:

Mark E. Felger, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 N. Market Street
Suite 1400
Wilmington, DE  19801

_____
JEFFREY KURTZMAN

PHIL1 779307-1