**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Debbie Reyes, paralegal to the firm of Cozen O'Connor, hereby certify that I caused true and correct copies of the documents listed below, to be served upon the parties listed on the attached service list, via regular mail, on March 20, 2008:

*Order Granting Complex Chapter 11 Case Treatment;*

*Order Directing Joint Administration of Cases;*

*Order Authorizing the Debtors to Maintain Current Bank Accounts and Use Existing Business Forms;*

*Interim Order Authorizing, But Not Directing, Payment of Pre-Petition Wages, Salaries, Compensation, Employee Benefits, Business Reimbursement Expense, Certain Union Payments, and the Continuation of the Debtors' Workers' Compensation Program and Policies Pursuant to 11 U.S.C. §§ 105(a), 507(a)(4) and (5);*

*Interim Order: (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Services, (II) Deeming Utility Companies to have Adequate Assurance of Payment and Establishing Procedures for Determining Requests for Additional Assurance Pursuant to 11 U.S.C. § 366;*

*Order Authorizing the Debtors to Pay Pre-Petition Sales and Use Taxes;*

*Order Pursuant to Sections 105(A), 362, 503(b) and 507 the Bankruptcy Code (I) Confirming the Grant of Administrative Expense Status to Obligations Arising From the Post Petition Delivery of Goods, (II) Establishing Authority to Pay Certain Expenses in the Ordinary Course of Business and (III) Prohibiting Third Parties From Interfering With the Delivery of Goods to the Debtors;*

*Order Establishing Bar Date for Filing Proofs of Claim and Approving Form and Manner of Notice;*

*Order Authorizing Retention of Epiq Bankruptcy Solutions, LLC as Official Noticing, Claims, and/or Solicitation and Balloting Agent for the Debtors;*

*Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals;*

*Interim Order (I) Authorizing Debtors (A) To Obtain Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant To 11 U.S.C. §§ 105, 362, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) and 364(E), and (B) to Refinance Certain Pre-Petition Secured Indebtedness; (Ii) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (III) Granting Other Relief; And (IV) Scheduling a Final Hearing Pursuant To Bankruptcy Rule 4001(C); and*

*Interim Order Pursuant to Section 364(C) of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure Authorizing Debtors (1) to Obtain Interim Post-Petition Financing, (2) Granting Senior Liens and Priority Administrative Expense Status, (3) Modifying the Automatic Stay, (4) Authorizing Debtors to Enter Into Agreements With The CIT Group/ Business Credit, Inc., for Itself and as Agent for Certain Lenders and (5) Prescribing Form and Manner of Notice and Time for Final Hearing Under Federal Rule of Bankruptcy Procedure 4001(C).*

I further certify that I caused true and correct copies of *Interim Order: (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Services, (II) Deeming Utility Companies to have Adequate Assurance of Payment and Establishing Procedures for Determining Requests for Additional Assurance Pursuant to 11 U.S.C. § 366* to be served upon the parties listed under "Utility Companies" via regular mail, on March 20, 2008.

        /s/ Debbie Reyes  
        Debbie Reyes

Dated: March 26, 2008

2

CHERRY_HILL\433195\1 220718.000

**SERVICE LIST**

Peter J. D'Auria, Esq.
Jeffrey M. Sponder, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Mathew S. Rotenberg, Esq.
Joel Shapiro, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

Paul A. Patterson, Esq.
Gary P. Scharmett, Esq.
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103

Internal Revenue Service
Insolvency Function
P.O. Box 724
Springfield, N.J. 07081-0724

State of New Jersey
Attorney General's Office
New Jersey Attorney General's
Office Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Commonwealth of Pennsylvania
State Office Building
1400 Spring Garden Street, Room 1206
Philadelphia, PA  19130

Consolidated List of 30 largest Unsecured Creditors

P.P.G. Industries Ohio, Inc.
One PPP Place 9 South
Attn: Financial Services
Pittsburg, PA  15272

U.I.U. Health & Welfare
1166 South 11th Street
Philadelphia, PA  19147

Polyone Corp
Dept Ch 10489,
Palatine, IL  60055-0489

Penske Truck leasing
Route 10, Green Hills,
PO Box 563,
Reading, PA 19603-0563

H. B. Fuller Company
PO Box 73515
Chicago, IL  60673-7515

Alcoa, Inc.
201 Isabella Street
Pittsburgh, PA  15212

Coil Plus
5135 Bleigh Ave
Philadelphia, PA 19136

Local 837 Health & Welfare
12275 Townsend Road
Philadelphia, PA  19154

Acme Corrugated
2700 Turnpike Drive
Hatboro, PA 19040

Uneeda Bolt & Screw Co Inc
10 Capitol Dr
Moonachie, NJ 070741493

Alcan Aluminum Corporation
1955 West Huntington Park Ave.
Philadelphia, Pa 19140

Rusal American Corp.
550 Mamaroneck Ave.  Suite 301,
Harrison, NY  10528

Amerada Hess Corp.
1185 Avenue of the Americas
New York, NY  10036

Marubeni America Corporation
450 Lexington Avenue
New York, NY  10017-3984

Glencore Ltd
Three Stamford Plaza
301 Tresser Boulevard
Stamford,  CT 06901

Pennsauken Township
Municipal Building
5605 N. Crescent Blvd.
Pennsauken, NJ  08110

Atlantic Scrap & Processing LLC
PO Box 608
Kernersville, NC  27285-0608

PPL Energyplus LLC
Two North Ninth Street
Allentown, PA  18101-1179

Exco Usa
56617 North Bay Drive
Chesterfield, MI  48051

Maryland Recycling Co.
200  8th Avenue
Glen Burnie, MD  21061

American Iron & Metal
15 Bloomfield Avenue
Verona, NJ  07044

5

Metal Management, Inc.
P.O. Box 5158
Newark, NJ  07105

PSE&G
PO Box  14101
New Brunswick, NJ  08906-4101

Lajoie's Auto Wrecking Co., Inc
40 Meadow Street
South Norwalk, CT 06854

Zhongshan Hua Feng Lock
Yongning Developing Area
Xiaolan, Zhongshan
Guangdong China
528415

Perfect Trade Development Co
Room A, 7 12f., MAo Tai Century Tower
No. 83 Zhong He Bei Road
Hangzhou China

John A Steer Co
28 S 2nd St
Philadelphia, PA 19106

Zhongshan Go Tin Hardware Ltd
1, Taifeng No.2 Road,
Xiaolan Industries District
Xiao Lan Taown, Zhongshan City
Guangdong China
528415

Carlmax Products Inc
12f, No. 294, Sec 1
Tun Hwa South Road
Taipei

Combination Door Ware Ind
No. 79, Lane 36, Tan Shing Road
Sec 2, Tantzu, Taichung 427
Taichung Taiwain
40099

Shanghai Jinwei Hardware Works
West Ximentown
Jinshanwei
Shanghai China

Hanlix Int l Co Ltd
533 Chung Shan Road, Shalu
Taiwan
Taichung Hsien

Kambo Security Products
Unit 01-02, 5-Fl.
Kwai Fung Street
Kwai Chung, N.T.
Hong Kong

Utility Companies

PSE&G
Suzanne M. Klar
80 Park Plaza
Newark, NJ 07102

Hess Corporation
One Hess Plaza
Woodbridge, NJ  07095

PPL Energyplus LLC
Two North Ninth Street
Allentown, PA  18101-1179

Camden County Municipal Utilities Authority
1645 Ferry Avenue
Camden, NJ 08104

Pennsauken Sewage Authority
1250 John Tipton Blvd.
Pennsauken, NJ  08110

Merchantville-Pennsauken Water
P.O. Box 1205
20 W. Maple Avenue
Merchantville, NJ  08109

Arch Wireless
P.O. Box 4062
Woburn, MA  01888-4062

7

Verizon Communications
140 West Street
New York, NY 10007

Sprint
Attn: Scott Anderson, Esq.
Sprint Corporate Office
6450 Sprint Parkway
Overland Park, KS 66251

Acc Wireless LLC
P.O. Box 2331
Cinnaminson, NJ  08077

X0 Communications
14239 Collections Center Drive
Chicago, IL  60693

ETI
Centennial Center, Suite 106
175 Cross Keys Road
Berlin, NJ 08009

Verizon Wireless Bankruptcy Administration
P.O. Box 3397
Bloomington, IL 61702

AT&T
ATTN: Bankruptcy
PO Box 57907
Murray, UT 84157-0907

Aqua Pennsylvania, Inc.
762 Lancaster Avenue
Bryn Mawr,  PA  19010

Bucks County Water and Sewer Authority
1275 Almshouse Road
Warrington, PA 18976

PECO Energy
Customer Service Center
2301 Market Street
P.O. Box 8699
Philadelphia, PA  19101

8

Sprint Nextel
2001 Edmund Halley Drive
Reston, VA 20191