UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : CASE NO. 08-14631 |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK )

REGINA AMPORFRO, being duly sworn, deposes and says:

1.  I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 21, 2008 I caused to be served the following:

    i) "Notice of Applications to Retain Professionals," dated March 21, 2008, (the "Notice of Retention Applications"),

    ii) "Application for Retention of Cozen O'Connor as Attorneys for the Debtors," dated March 16, 2008, [Docket No. 12] (the "Cozen Retention Application"),

    iii) "Application for Retention of Phoenix Management Services, Inc., as Restructuring Advisors for the Debtors," dated March 16, 2008, [Docket No. 13] (the "Phoenix Retention Application"), and

    iv) "Application for Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors," dated March 16, 2008, [Docket No. 14] (the "Stevens Retention Application")

by causing true and correct copies of the Notice of Retention Application, Cozen Retention Application,

Phoenix Retention Application and Stevens Retention Application enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Regina Amporfro

Sworn to before me this

25th day of March, 2008

_____
Notary Public

> ROSS MATRAY
> Notary Public, State of New York
> No. 01MA614899
> Qualified in New York County
> Commission Expires July 3, 20 10

**EXHIBIT A**

# SHAPES/ARCH HOLDINGS L.L.C.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| A DUIE PYLE INC | PO BOX 564, WEST CHESTER, PA 19381 |
| ACME CORRUGATED | 2700 TURNPIKE DRIVE, HATBORO, PA 19040 |
| ADVANCED FLUID SYSTEMS | 3RD & GREEN ST., ROYERSFORD, PA 19468 |
| ANCHOR SLAES ASSOCIATES | 9 HUMPHREYS DRIVE, WARMINISTER, PA 18974 |
| ARGONAUT INSURANCE COMPANY | P.O. BOX 974941, DALLAS, TX 75397-4941 |
| BARDOT PLASTICS INC | 10 MCFADDEN RD PALMER INDUSTRIAL PARK, EASTON, PA 18045-7817 |
| BAY CITIES WAREHOUSE CO INC | 31474 HAYMAN ST, HAYWARD, CA 94544 |
| CCT TRANSPORT | 107 GREEN ST, HULMEVILLE, PA 19047-5543 |
| CELADON | 1830 MOMENTUM PLACE, CHICAGO, IL 60689-5318 |
| CFM (PRECOAT) | 6754 SANTA BARBARA COURT, ELKRIDGE, MD 21075-5886 |
| CIT GROUP/BUSINESS CREDIT, INC. | 11 W. 42ND STREET, 13TH FLOOR, NEW YORK, NY 10036 |
| CIT GROUP/BUSINESS CREDIT, INC. | 11 WEST 42ND STREET, 13TH FLOOR, NEW YORK, NY 10036 |
| CON-WAY TRANSPORTATION INC | PO BOX 642080, PITTSBURGH, PA 15264-2080 |
| CUSTOM MANUFACTURING | 2542 STATE ROAD, BENSALEM, PA 19020 |
| DALLAS TRANSFER & TERMINAL WAREHOUSE | PO BOX 224301, DALLAS, TX 75222-4301 |
| DDI | PO BOX 81150, CLEVELAND, OH 44181 |
| EAGLE ENGINEERING CORP. | 8869 CITATION RD, BALTIMORE, MD 21221 |
| ESTES EXPRESS LINES | PO BOX 25612, RICHMOND, VA 23260-5612 |
| FEDERAL EXPRESS CORPORATION | PO BOX 1140, MEMPHIS, TN 38101-1140 |
| FEDERAL EXPRESS ERS | PO BOX 371461, PITTSBURGH, PA 15250-7461 |
| FEDEX | 4103 COLLECTION CENTER DR, CHICAGO, IL 60693 |
| FITZPATRICK CONTAINER | 800 EAST WALNUT STREET, NORTH WALES, PA 19454 |
| GILCO TRUCKING COMPANY INC | PO BOX 27474, SALT LAKE CITY, UT 84127 |
| GILL | 1384 BYBERRY RD, BENSALEM, PA 19020 |
| GRAFCO | 20 REGINA ROAD, WOODBRIDGE, ON L4L8L6 CANADA |
| GRAY TRUCKING | 735 BROAD STREET, BEVERLY, NJ 08010 |
| H.B. FULLER COMPANY | 5220 MAIN STREET, MINNEAPOLIS, MN 55421 |
| JEVIC TRANSPORT | PO BOX 13031, NEWARK, NJ 07188 |
| JP MORGAN CHASE BANK, N.A. | 100 E. BROAD STREET, COLUMBUS, OH 43215 |
| JP MORGAN CHASE BANK, N.A. | 100 BOARD STREET, COLUMBUS, OH 43215 |
| JP MORGAN CHASE BANK, N.A. | 100 BROAD STREET, COLUMBUS, OH 43215 |
| KVI | 1458 COUNTY LINE RD, HUNTINGTON VALLEY, PA 19006 |
| MALBER | 2115 BYBERRY RD, HUNTINGDON VALLEY, PA 19006 |
| METAL KOTING | 1430 MARTIN GROVE RD, REXDALE, ON M9W4Y1 CANADA |
| MSC | 120 ENTERPRISE AVE, MORRISVILLE, PA 19067 |
| NEW ENGLAND MOTOR FREIGHT INC | 1-71 NORTH AVE, EAST, PO BOX 6031, ELIZABETH, NJ 07207-6031 |
| NORTHSTAR SERVICES LTD | PO BOX 23148, PHILADELPHIA, PA 19124 |
| OLD DOMINION FREIGHT LINE | 1300 SUCKLE HWY, PENNSAUKEN, NJ 08110 |
| PENNSAUKEN TOWNSHIP | 5605 N. CRESCENT BLVD, PENNSAUKEN, NJ 08110 |
| PITT OHIO EXPRESS LLC | PO BOX 643271, PITTSBURGH, PA 15264-3271 |
| ROCKWELL TRANSPORT | PO BOX 803, PERKASIE, PA 18944-0803 |
| ROYAL/ARROWPOINT CAPITAL | 3600 ARCO CORPORATE DRIVE, CHARLOTTE, NC 28273 |
| SENTRY | 1800 NORTH POINT DRIVE, STEVENS POINT, WI 54481-8019 |
| SMS MEER SERVICE INC. | 234 SOUTH POTTER STREET, BELLEFONTE, PA 16823 |
| STANDARD WHSE & DIST CO INC | PO BOX 308, PENNSAUKEN, NJ 08110 |
| TEXTRON FINANCIAL/BUSINESS CREDIT | 11575 GREAT OAKS WAY, SUITE 210, ALPHARETTA, GA 30022 |
| TOCO PRODUCTS | 1129 WEST RIVER DRIVE, MAYS LANDING, NJ 08330 |
| UNITED PARCEL SERVICE | PO BOX 7247-0244, PHILADELPHIA, PA 19170-0001 |
| UPS | PO BOX 7247-0244, PHILADELPHIA, PA 19170-0001 |

SHAPES/ARCH HOLDINGS L.L.C
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS INC | 28013 NETWORK PLACE, CHICAGO, IL 60673-1280 |
| WILLIAM PARKER ASSOCIATES INC | 2845 E WESTMORELAND ST, PHILADELPHIA, PA 19134 |
| WILLIER ELECTRIC MOTOR CO. | P.O. BOX 98, GIBBSBORO, NJ 08026 |
| YELLOW TRANSPORTATION INC | PO BOX 13850, NEWARK, NJ 07188-0850 |

**Total Creditor Count 53**

```
TIME: 16:01:23                                              SHAPES/ARCH HOLDINGS LLC                                              PAGE:   1
DATE: 03/24/08                                             SHAPES SVC 3/21/08 Retentions

Name                                    Address
ACME CORRUGATED                         2700 TURNPIKE DRIVE HATBORO PA 19040
ALCAN ALUMINUM CORPORATION              1955 WEST HUNTINGTON PARK AVE. PHILADELPHIA PA 19140
ALCOA, INC.                             201 ISABELLA STREET PITTSBURGH PA 15212
AMERADA HESS CORP.                      1185 AVENUE OF THE AMERICAS NEW YORK NY 10036
AMERICAN IRON & METAL                   15 BLOOMFIELD AVENUE VERONA NJ 07044
ATLANTIC SCRAP & PROCESSING LLC         PO BOX 608 KERNERSVILLE NC 27285-0608
CARLMAX PRODUCTS INC                    12F, NO. 294, SEC 1 TUN HWA SOUTH ROAD TAIPEI   TAIWAIN
COIL PLUS                               5135 BLEIGH AVE PHILADELPHIA PA 19136
COMBINATION DOOR WARE 2ND               NO. 79, LANE 36, TAN SHING ROAD SEC 2, TANTZU, TAICHUNG 427 TAICHUNG  40099 TAIWAIN
COMMONWEALTH OF PENNSYLVANIA            STATE OFFICE BUILDING 1400 SPRING GARDEN STREET, ROOM 1206 PHILADELPHIA PA 19130
EXCO USA                                56617 NORTH BAY DRIVE CHESTERFIELD MI 48051
GLENCORE LTD                            THREE STAMFORD PLAZA 301 TRESSER BOULEVARD STAMFORD CT 06901
H. B. FULLER COMPANY                    PO BOX 73515 CHICAGO IL 60673-7515
HANLIX INT L CO LTD                     533 CHUNG SHAN ROAD, SHALU TAICHUNG HSIEN  TAIWAN
INTERNAL REVENUE SERVICE                INSOLVENCY FUNCTION P.O. BOX 724 SPRINGFIELD NJ 07081-0724
JEFFREY SPONDER                         OFFICE OF THE UNITED STATES TRUSTEE ONE NEWARK CENTER SUITE 2100 NEWARK NJ 07102
JERROLD N. POSLUSNY, JR.                COZEN O'CONNOR LIBERTYVIEW, SUITE 300 457 HADDONFIELD ROAD CHERRY HILL NJ 08002
JOEL SHAPIRO, ESQ.                      BLANK ROME LLP ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA PA 19103-6998
JOHN A STEER CO                         28 S 2ND ST PHILADELPHIA PA 19106
KAMBO SECURITY PRODUCTS                 UNIT 01-02, 5-FL. KWAI FUNG STREET KWAI CHUNG, N.T. HK  CHINA
LAJOIE S AUTO WRECKING CO., INC         40 MEADOW STREET SOUTH NORWALK CT 06854
LAWRENCE FLICK, ESQ.                    BLANK ROME LLP THE CHRYSLER BUILDING 405 LEXINGTON AVE. NEW YORK NY 10174
LOCAL 837 HEALTH & WELFARE              12275 TOWNSEND ROAD PHILADELPHIA PA 19154
MARK E. FELGER, ESQ.                    COZEN O'CONNOR CHASE MANHATTAN CENTRE 1201 NORTH MARKET ST., SUITE 1400 WILMINGTON DE 19801
MARUBENI AMERICA CORPORATION            450 LEXINGTON AVENUE NEW YORK NY 10017-3984
MARYLAND RECYCLING CO.                  200  8TH AVENUE GLEN BURNIE MD 21061
METAL MANAGEMENT, INC.                  P.O. BOX 5158 NEWARK NJ 07105
P.P.G. INDUSTRIES OHIO, INC.            ONE PPP PLACE 9 SOUTH ATTN: FINANCIAL SERVICES PITTSBURG PA 15272
PAUL A. PATTERSON, ESQ.                 GARY P. SCHARMETT , ESQ. STRADLEY RONON 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103
PENNSAUKEN TOWNSHIP                     MUNICIPAL BUILDING 5605 N. CRESCENT BLVD. PENNSAUKEN NJ 08110
PENSKE TRUCK LEASING                    ROUTE 10, GREEN HILLS, PO BOX 563, READING PA 19603-0563
PERFECT TRADE DEVELOPMENT CO            ROOM A, 7  12F., MAO TAI CENTURY TOWER NO. 83 ZHONG HE BEI ROAD HANGZHOU    CHINA
PETER J. D'AURIA, ESQ.                  JEFFREY M. SPONDER OFFICE OF THE UNITED STATES TRUSTEE ONE NEWARK CENTER, SUITE 2100 NEWARK NJ 07102
POLYONE CORP                            DEPT CH 10489, PALATINE IL 60055-0489
PPL ENERGYPLUS LLC                      TWO NORTH NINTH STREET ALLENTOWN PA 18101-1179
PSE&G                                   PO BOX 14101 NEW BRUNSWICK NJ 08906-4101
ROBERT LAPOWSKY, ESQ.                   STEVENS & LEE, P.C. 181 MARKET STREET, 29TH FLOOR PHILADELPHIA PA 19103
RUSAL AMERICAN CORP.                    550 MAMARONECK AVE.  SUITE 301, HARRISON NY 10528
SHANGHAI JINWEI HARDWARE WORKS          WEST XIMENTOWN JINSHANWEI SHANGHAI   CHINA
STATE OF NJ ATTNY GENERAL'S OFFICE      OFFICE DIVISION OF LAW ATTN: TRACY RICHARDSON RICHARD J. HUGHES JUSTICE COMPLEX 25 MARKET STREET, P.O. BOX 112 TRENTON NJ 08625-0112
U.I.U. HEALTH & WELFARE                 1166 SOUTH 11TH STREET PHILADELPHIA PA 19147
UNEEDA BOLT & SCREW CO INC              10 CAPITOL DR MOONACHIE NJ 07074-1493
ZHONGSHAN GO TIN HARDWARE LTD           1, TAIFENG NO.2 ROAD, XIAOLAN INDUSTRIES DISTRICT XIAO LAN TAOWN, ZHONGSHAN CITY GUANGDONG  528415 CHINA
ZHONGSHAN HUA FENG LOCK                 YONGNING DEVELOPING AREA XIAOLAN, ZHONGSHAN GUANGDONG  528415 CHINA


Total Number of Records Printed            44
```

EPIQ BANKRUPTCY SOLUTIONS, LLC