# L<span>E</span>C<span>LAIR</span>R<span>YAN</span>

A Virginia Professional Corporation
Two Penn Plaza East
Newark, New Jersey 07105-2249
(973) 491-3600
David W. Phillips, Esq. (DP 2099)
Attorneys for Creditor De Lage Landen Financial Services, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>SHAPES/ARCH HOLDINGS, L.L.C.<br><br>Debtor. | Case No. 08-14631-GMB |

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICES OF PAPERS**

**PLEASE TAKE NOTICE**, that David W. Phillips, Esq., Todd M. Galante, Esq. and Jeffrey M. Zalkin, Esq. of the law firm of LeClairRyan, a Virginia Professional Corporation, hereby enter their Notice of Appearance on behalf of De Lage Landen Financial Services, Inc., a creditor in the above captioned case.  Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices, pleadings and other papers (however designed) filed in this case, as well as notices given or required to be given in the above cases be given to and served upon the undersigned at the office, address, and the telephone number set forth below.

712425-1

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

> David W. Phillips, Esq.
> Todd M. Galante, Esq.
> Jeffrey M. Zalkin, Esq.
> LeClairRyan
> Two Penn Plaza East
> Newark, New Jersey 07105-2249
> David.Phillips@LeclairRyan.com
> Todd.Galante@LeclairRyan.com
> Jeffrey.Zalkin@LeclairRyan

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleading, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.  This Notice of Appearance shall not constitute a submission by De Lage Landen Financial Services, Inc., to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of De Lage Landen Financial Services, Inc.'s right, inter alia, (1) to trial by jury in any proceeding so triable in these case, controversy, or proceeding related to these cases, or (2) any other rights, claims, actions, setoffs, or recoupments to which De Lage Landen Financial Services, Inc., is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment De Lage Landen Financial Services, Inc., expressly reserves or (3) the right to challenge jurisdiction of this

712425-1

Court to adjudicate noncore matters, which right De Lage Landen Financial Services, Inc., expressly reserves without prejudice.

**PLEASE TAKE FURTHER NOTICE** if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

        **LECLAIRRYAN**
        A Virginia Professional Corporation
        Counsel to De Lage Landen Financial Services, Inc.


        By:   /s/ David W. Phillips
                David W. Phillips (DP 2099)

Dated: March 27, 2008