UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Jennifer M. Davies, Esquire (JMD0391)
Sherry D. Lowe, Esquire
LAMM RUBENSTONE LLC
3600 Horizon Boulevard, Suite 200
Trevose, Pennsylvania 19053
215-638-9330; 215-638-2867f

Counsel for Modern Handling Equipment Company

IN RE: : CHAPTER 11

SHAPES/ARCH HOLDINGS, L.L.C. : CASE NO. 08-14631-GMB
　　　　　　　Debtor.

## CERTIFICATE OF SERVICE

  I hereby certify that on the 25th day of March 2008, a true and correct copy of the Notice of Appearance and Request for Service of Papers as well as the Application for Admission Pro Hac Vice of Sherry D. Lowe, Esquire and its related papers, were caused to be served on the following interested persons:

John C. Kilgannon, Esquire (jck@stevenslee.com)
Jeffrey Kurtzman, Esquire (jkurtzma@klehr.com)
David W. Phillips, Esquire (david.Phillips@leclairryan.com)
Jerrold N. Poslusny, Jr., Esquire (jposlusny@cozen.com)
Steven J. Reisman, Esquire (sreisman@cm-p.com)
Joel C. Shapiro, Esquire (Shapiro-jc@blankrome.com)

Shapes/Arch Holdings LLC
9000 River Road
Delair, New Jersey 08110

            s/Jennifer M. Davies
            Jennifer M. Davies, Esquire
            LAMM RUBENSTONE LLC
            3600 Horizon Boulevard, Suite 200
            Trevose, PA 19053
            215-638-9330; 215-938-2867f

            Counsel for Modern Handling Equipment Company

380052-1