|  |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Emmanuel J. Argentieri (#3162)** <br> PARKER McCAY P.A. <br> P.O. Box 974 <br> Marlton, New Jersey  08053 <br> (856) 596-8900 <br> **Attorneys for Pennsauken Township** |

| In Re: <br> SHAPES/ARCH HOLDINGS, LLC et al. <br><br> Debtor | Chapter 11 <br><br> Case No: 08-14631 (GMB) |
|---|---|

LAW OFFICE
**PARKER McCAY**

  PLEASE TAKE NOTICE that PARKER McCAY P.A., hereby enters its appearance as attorneys for Secured Creditor, PENNSAUKEN TOWNSHIP in the above proceeding, and pursuant to Bankruptcy Rule 2002 and 9010, requests that their name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

**EMMANUEL J. ARGENTIERI**
**PARKER McCAY**
**P.O. Box 974**
**Marlton, New Jersey  08053**
**(856) 596-8900**

  PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to

these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

This appearance and request for notice is made without prejudice to PENNSAUKEN TOWNSHIP's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit PENNSAUKEN TOWNSHIP to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: March 27, 2008         PARKER McCAY

*/s/EMMANUEL J. ARGENTIERI*
EMMANUEL J. ARGENTIERI
P.O. Box 974
Marlton, New Jersey  08053
(856) 596-8900

LAW OFFICE
**PARKER McCAY**