| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Emmanuel J. Argentieri (#3162)** <br> PARKER McCAY P.A. <br> P.O. Box 974 <br> Marlton, New Jersey  08053 <br> (856) 596-8900 <br> **Attorneys for Pennsauken Township** | |
| In Re: <br> SHAPES/ARCH HOLDINGS, LLC et al. <br><br>                             Debtor | Chapter 11 <br><br> Case No: 08-14631 (GMB) <br><br> Judge: Gloria M. Burns |

**CERTIFICATE OF SERVICE**

I, NATALIA ARENA, of full age, hereby certify as follows:

1. I am employed in the offices of PARKER McCAY P.A., attorneys for the Secured Creditor, Township of Pennsauken., in the above-entitled matter.

2. On March 31, 2008 I served, by facsimile and FedEx Overnight Delivery, Limited Objection by Pennsauken Township to Debtor's Request for a Final Order Authorizing Debtor's Obtainment of Post-Petition Financing in the above captioned matter to:

> Mark E. Felger, Esquire – Fax No. (856) 910-5075
> Cozen O'Connor
> Liberty View, Suite 300
> 457 Haddonfield Road
> Cherry Hill, NJ 08002
> **Debtor's Counsel**

John C. Kilgannon - Fax No. (610) 371-7954
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, PA 19103

Joel C. Shapiro, Esquire – Fax No. (215) 832-5746
Blank Rome, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
**Counsel for Arcus Holders**

Paul A. Patterson, Esquire – Fax No. (215) 564-8120
Stradley, Ronon, Stevens and Young
2600 One Commerce Square
Philadelphia, PA 19103
**Counsel for CIT**

Office of the United States Trustee – Fax No. (973) 645-5993
One Newark Center
Suite 2100
Newark, NJ 07102

3. I hereby certify under penalty of perjury that the foregoing is true and correct.


  */s/ NATALIA ARENA*
  **NATALIA ARENA**

**Dated: 3/31/08**