**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

---

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et</u> | : |
| <u>al.</u>, | CHAPTER 11 |
| | : |
| Debtors. | CASE NO. 08-14631 |
| | : (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, Debbie Reyes, paralegal to the firm of Cozen O'Connor, hereby certify that true and

correct copies of the documents listed below, were served upon the parties listed on the attached

service list, via regular mail, on March 28, 2008:

> *Notice of Motion for an Order Authorizing the Debtors to Retain, Employ and*
> *Compensate Professionals in the Ordinary Course Nunc Pro Tunc to March 16, 2008;*
>
> *Verified Motion for an Order Authorizing the Debtors to Retain, Employ and*
> *Compensate Professionals in the Ordinary Course Nunc Pro Tunc to March 16, 2008;*
> *and*
>
> *Proposed Order.*

/s/ Debbie Reyes
Debbie Reyes

Dated: March 31, 2008

<u>**SERVICE LIST**</u>

Peter J. D'Auria, Esq.
Jeffrey M. Sponder, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Robert Lapowsky, Esq.
Stevens & Lee, P.C.
181 Market Street, 29th Floor
Philadelphia, PA  19103
Special Counsel to Debtors

Joel Shapiro, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Lawrence Flick, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY  10174
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Paul A. Patterson, Esq.
Gary P. Scharmett , Esq.
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103
Attorneys for The CIT Group/Business Credit, Inc.

Jennifer M. Davies, Esq.
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
Attorneys for Modern Handling Equipment Co.

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attorneys for Glencore Ltd.

2

John R. Morton, Jr. Esq.
Law Offices of John R. Morton, Jr.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys for Jaguar Credit Corporation

Robert M. Marshall, Esq.
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ 07470
Attorneys for Alumet Supply, Inc.

Joe M. Lozano, Jr., Esq.
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
Attorneys for Bank of America

Jeffrey Kurtzman, Esq.
Klehr Harrison Harvey Branzbug & Ellers
260 South Broad Street
Philadelphia, PA 19102
Attorneys for A. Jerome Grossman and Frank Kessler

Internal Revenue Service
Insolvency Function
P.O. Box 724
Springfield, N.J. 07081-0724

New Jersey Attorney General's
Office Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Commonwealth of Pennsylvania
State Office Building
1400 Spring Garden Street, Room 1206
Philadelphia, PA 19130

Consolidated List of 30 largest Unsecured Creditors

P.P.G. Industries Ohio, Inc.
One PPP Place 9 South
Attn: Financial Services
Pittsburg, PA  15272

U.I.U. Health & Welfare
1166 South 11th Street
Philadelphia, PA  19147

Polyone Corp
Dept Ch 10489,
Palatine, IL  60055-0489

Penske Truck leasing
Route 10, Green Hills,
PO Box 563,
Reading, PA 19603-0563

H. B. Fuller Company
PO Box 73515
Chicago, IL  60673-7515

Alcoa, Inc.
201 Isabella Street
Pittsburgh, PA  15212

Coil Plus
5135 Bleigh Ave
Philadelphia, PA 19136

Local 837 Health & Welfare
12275 Townsend Road
Philadelphia, PA  19154

Acme Corrugated
2700 Turnpike Drive
Hatboro, PA 19040

Uneeda Bolt & Screw Co Inc
10 Capitol Dr
Moonachie, NJ 070741493

Alan Inc.
c/o Brian Bull
1188 Sherbrooke Street West
Montreal, Quebec H3A 3G2
Canada

Rusal American Corp.
550 Mamaroneck Ave.  Suite 301,
Harrison, NY  10528

Hess Corporation
Attn: Joe DeJianne
One Hess Plaza
Woodbridge, NJ  07095

Marubeni America Corporation
450 Lexington Avenue
New York, NY  10017-3984

Glencore Ltd
Attn: Elitsa Golab
301 Tresser Blvd.
Stamford, CT  06901

Pennsauken Township
Municipal Building
5605 N. Crescent Blvd.
Pennsauken, NJ  08110

Atlantic Scrap & Processing LLC
PO Box 608
Kernersville, NC  27285-0608

PPL Energyplus LLC
Two North Ninth Street
Allentown, PA  18101-1179

Exco Usa
56617 North Bay Drive
Chesterfield, MI  48051

Maryland Recycling Co.
200  8th Avenue
Glen Burnie, MD  21061

American Iron & Metal
15 Bloomfield Avenue
Verona, NJ  07044

Metal Management, Inc.
P.O. Box 5158
Newark, NJ  07105

PSE&G
Suzanne M. Klar
80 Park Plaza
Newark, NJ 07102

Lajoie s Auto Wrecking Co., Inc
40 Meadow Street
South Norwalk, CT 06854

Zhongshan Hua Feng Lock
Yongning Developing Area
Xiaolan, Zhongshan
Guangdong China
528415

Perfect Trade Development Co
Room A, 7 12f., MAo Tai Century Tower
No. 83 Zhong He Bei Road
Hangzhou China

John A Steer Co
c/o Al Dutch
28 S 2nd St
Philadelphia, PA 19106

Zhongshan Go Tin Hardware Ltd
1, Taifeng No.2 Road,
Xiaolan Industries District
Xiao Lan Taown, Zhongshan City
Guangdong China
528415

Carlmax Products Inc
12f, No. 294, Sec 1
Tun Hwa South Road
Taipei

CHERRY_HILL\434575\1  220718.000

Combination Door Ware Ind
No. 79, Lane 36, Tan Shing Road
Sec 2, Tantzu, Taichung 427
Taichung Taiwain
40099

Shanghai Jinwei Hardware Works
West Ximentown
Jinshanwei
Shanghai China

Hanlix Int l Co Ltd
533 Chung Shan Road, Shalu
Taiwan
Taichung Hsien

Kambo Security Products
Unit 01-02, 5-Fl.
Kwai Fung Street
Kwai Chung, N.T.
Hong Kong

CHERRY_HILL\434575\1  220718.000