UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : | CASE NO. 08-14631 |
| Debtors. | : | (Jointly Administered) |
| | : | |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK  )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served true and correct copies of the following:

    a) "Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines," dated March 20, 2008, a sample of which is attached hereto as <u>Exhibit A</u>, (the "Notice of Chapter 11 Case"),
    b) "Notice of Deadline to File Proofs of Claim," dated March 20, 2008, a sample of which is attached as <u>Exhibit B</u> hereto, (the "Bar Date Notice"),
    c) a blank "Proof of Claim," a sample of which is attached hereto as <u>Exhibit C</u>, (the Blank Proof of Claim"),
    d) "Notice of Hearing on Disclosure Statement," dated March 20, 2008, a sample of which is attached hereto as <u>Exhibit D</u>, (the "Disclosure Statement Hearing Notice")
    e) "Notice of Applications to Retain Professionals," dated March 21, 2008, (the "Notice of Retention Applications"),
    f) "Application for Retention of Cozen O'Connor as Attorneys for the Debtors," dated March 16, 2008, [Docket No. 12] (the "Cozen Retention Application"),
    g) "Application for Retention of Phoenix Management Services, Inc., as Restructuring Advisors for the Debtors," dated March 16, 2008, [Docket No. 13] (the "Phoenix Retention Application"), and
    h) "Application for Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors," dated March 16, 2008, [Docket No. 14] (the "Stevens Retention Application")

by causing true and correct copies to be delivered as follows:

i) the Bar Date Notice, Blank Proof of Claim, Disclosure Statement Hearing Notice, Notice of Chapter 11 Case, Notice of Retention Applications, Cozen Retention Application, Phoenix Retention Application, and Stevens Retention Application, enclosed securely in prepaid postage envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit E, on March 26, 2008.

ii) the Bar Date Notice, Blank Proof of Claim, Disclosure Statement Hearing Notice, and Notice of Chapter 11 Case, enclosed securely in prepaid postage envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit F, on March 28, 2008.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Regina Amporfro

Sworn to before me this

28th day of March, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20 10

# EXHIBIT B

# EXHIBIT A

| B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/07) | Case Number: 08-14631 (GMB) |
|---|---|

## UNITED STATES BANKRUPTCY COURT
### for the District of New Jersey

### Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on March 16, 2008.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| Debtors(s) names(s) and address(es):<br><br>Shapes/Arch Holdings, LLC et al.<br>9000 River Road<br>Delair, NJ 08110 | Case Number: 08-14631 (GMB) |
|---|---|
| | United States Bankruptcy Judge:<br>Honorable Gloria M. Burns |
| | Individual Taxpayer-ID (ITIN) No(s):<br><br>22-3413451 |
| All other names used by the Debtor(s) in the last 8 years (include trade names):<br><br>Telephone number: | Attorney for Debtor(s) (name and address):<br><br>Mark E. Felger<br>Jerrold N. Poslusny<br>Cozen O'Connor<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br><br>Telephone number: (856) 910-5000 |

### Meeting of Creditors

Date: 4/15/08    Time: 10:00 A.M    Location:    Office of the United States Trustee
Bridge View Building, Suite 102
800 Cooper Street
Camden, NJ 08101

### Deadline to File a Proof of Claim

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

### May 15, 2008 at 5 p.m. Prevailing Eastern Time

| For all creditors (except a governmental unit):<br>May 15, 2008 at Prevailing Eastern Time | For a governmental unit:<br>May 15, 2008 at Prevailing Eastern Time |
|---|---|

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br><br>401 Market Street<br>Second Floor<br>Camden, NJ 08101<br><br>**Telephone number:** (856) 757-5485 | For the Court:<br>Clerk of the Bankruptcy Court:<br><br>James J. Waldron |
|---|---|
| Hours Open: 8:30 pm – 4:00pm Monday-Friday (except holidays) | Date: Date: 3/20/08 |

| EXPLANATIONS B9F (Official Form 9F ) (12/07) ||
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Refer To Other Side For Important Deadlines and Notices ||

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

## NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM

TO:   ALL PERSONS OR ENTITIES WITH CLAIMS AGAINST THE
      DEBTORS

Please take notice that the Bankruptcy Court for the District of New Jersey has entered an Order in the above-captioned cases (the "Bar Date Order") establishing **May 15, 2008 at 5 p.m. Prevailing Eastern Time**, as the claims bar date (the "Bar Date"). Except as described below, the Bar Date Order requires that any claims against the Debtors be filed by submitting a proof of claim with the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC ("Epiq"), Grand Central Station, P.O. Box 4601, New York, NY  10163-4601 (for regular mail) or 757 Third Avenue, Third Floor, New York, NY 10017 (for overnight mail or hand delivery), so that such proof of claim is actually received on or before the Bar Date.

Proofs of claim are deemed filed only when they are actually received by Epiq and email and facsimile submissions will not be accepted. Form proofs of claim are available from Epiq at the same address, **or from Epiq's website:** http://chapter11.epiqsystems.com/shapes - **click on "Documents"**. A copy of the Proof of Claim or Interest must also be served upon the Debtors' counsel at the following address: Cozen O'Connor, LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ,  08002, Attn: Jerrold N. Poslusny, Jr., Esq.

**Epiq Bankruptcy Solutions, LLC ("Epiq"), the Debtors' claims agent may be contacted at (866) 890-1550 if there are questions with respect to this Notice.**

Pursuant to the Bar Date Order, all persons or entities including, without limitations, individuals, partnerships, corporations, estates, trusts, unions and governmental units (individually, a "Creditor", and collectively, the "Creditors") possessing claims against the Debtors (whether secured, priority or unsecured) that arose prior to March 16, 2008 (the "Petition Date") are required to file a proof of claim by the Bar Date.

The following Creditors must file a proof of claim on or before the Bar Date, unless otherwise provided herein: (a) any Creditor whose claim is listed in the Debtors' schedules of assets and liabilities

(the "Schedules") as "disputed", "contingent" or "unliquidated" and who desires to participate in these Chapter 11 cases or share in any distribution; (b) any Creditor whose Claim is improperly classified in the Schedules or is listed in an incorrect amount and who desires to have its Claim allowed in a classification or amount other than what is set forth in the Schedules; (c) any Creditor asserting a Claim that is not listed in the Schedules; or (d) Claims asserted by governmental units (as defined in 11 U.S.C. § 101(27)).

The following Creditors do not need to file a proof of claim on or before the Bar Date: (a) any Creditor that (i) agrees with the nature, classification and amount of such Claim set forth in the Schedules and (ii) whose Claim against the Debtors is not listed as "disputed," "contingent," or "unliquidated" in the Schedules; (b) any Creditor that has already properly filed a proof of claim against the Debtors; (c) any Creditor whose Claim against the Debtors previously has been allowed by, or paid pursuant to, an order of this Court; (d) any Creditor asserting a Claim allowable under §§ 503(b) and 507(a)(1) of the Bankruptcy Code as an administrative expense of the Debtors' Chapter 11 cases (except as provided herein); or (e) any holder of equity securities of the Debtors solely with respect to such holder's ownership interest in or possession of such equity securities.

**Any Creditor that is required to a file a Proof of Claim in these Chapter 11 cases but that fails to do so in a timely manner, shall be forever barred, estopped and enjoined from: (a) asserting any Claim against the Debtors that such Creditor has that (i) is in an amount that exceeds the amount, if any, that is set forth in the Schedules, or (ii) is of a different nature or in a different classification (any such Claim referred to as an "Unscheduled Claim"); and (b) voting upon, or receiving distributions under, any plan or plans of reorganization in these Chapter 11 cases in respect of an Unscheduled Claim; and the Debtors and their property shall be forever discharged from any and all indebtedness or liability with respect to such Unscheduled Claim.**

Dated: March 20, 2008                    COZEN O'CONNOR

By:  /s/ Jerrold N. Poslusny, Jr.
Mark E. Felger
Jerrold N. Poslusny, Jr.

Proposed Attorneys for the Debtors

| Debtor | Address | Case No. |
|---|---|---|
| Shapres/Arch Holdings, LLC | 9000 River Road<br>Delair, NJ 08110 | 08-14631-GMB |
| Shapes L.L.C. | 9000 River Road<br>Delair, NJ 08110 | 08-14632-GMB |
| Ultra L.L.C. | 1777 Hylton Rd<br>Pennsauken, NJ 08110 | 08-14633-GMB |
| Delair L.L.C. | 8600 River Rd<br>Delair, NJ 08110 | 08-14634-GMB |
| Accu-Weld L.L.C. | 1211 Ford Rd<br>Bensalem, PA 19020 | 08-14635-GMB |

**EXHIBIT C**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | **PROOF OF CLAIM** |
|---|---|
| In Re:<br>Shapes/Arch Holdings LLC et al.<br>Debtors. | Chapter 11<br>Case No. 08-14631 through 08-14635<br>(GMB) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
  (*If known*)

Filed on: _____

Telephone number:                Email Address:

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:                Email Address:

1. **Amount of Claim as of Date Case Filed:** $ _____

    If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
    If all or part of your claim is entitled to priority, complete Item 5.

    ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** _____
    (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
    3a. Debtor may have schedules account as: _____
        (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

    Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
    Describe: _____
    Value of Property: $_____ Annual Interest Rate _____%
    Amount of arrearage and other charges as of time case filed included in secured claim, if any:
    $_____ Basis for perfection: _____

    Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

    Specify the priority of the claim:

    ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

    ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

    ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

    ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

    ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

    ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

    **Amount entitled to priority:**

    $_____

    *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.
A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# EXHIBIT D

Form 195 – ntchrgdsclstat

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey
401 Market Street
Camden, NJ 08102

Case Nos.: 08-14631 through 08-14635
Chapter: 11
Judge: Gloria M. Burns

In Re:  Shapes/Arch Holdings L.L.C.     Ultra L.L.C.              Shapes L.L.C.
        9000 River Road                  1777 Hylton Road          9000 River Road
        Delair, NJ  08110                Pennsauken, NJ  08110     Delair, NJ  08110
        Tax i.d.: 22-3413451             Tax i.d.: 22-3413459      Tax i.d.: 22-3413455

        Delair L.L.C.                    Accu-Weld L.L.C.
        8600 River Road                  1211 Ford Road
        Delair, NJ  08110                Bensalem, PA  19020
        Tax i.d.: 22-3413446             Tax i.d.: 23-2829810

**NOTICE OF HEARING ON DISCLOSURE STATEMENT**

A Disclosure Statement and Plan were filed by the above-listed Debtors, on March 16, 2008, pursuant to Fed. R. Bankr. P. 3016.

A hearing as to the adequacy of the disclosure statement shall be heard before The Honorable Gloria M. Burns on:

Date:      April 17, 2008
Time:      10:00 a.m.

Location:  Courtroom 4C
           United States Bankruptcy Court
           Mitchell H. Cohen U.S. Courthouse
           400 Cooper Street, 4th Floor
           Camden, NJ 08101

Copies of the Disclosure Statement have been provided to: (a) the United States Trustee; (b) the attorney for the Creditors' Committee, if any; (c) the Securities and Exchange Commission; and (d) all parties that have requested notice in these cases. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon: (a) the attorneys for the Debtors, Mark E. Felger, Esquire, and Jerrold N. Poslusny, Jr., Esquire, Cozen O'Connor, LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ 08002; (b) the attorneys for the Creditors' Committee, if any; (c) counsel for the Arcus Holders (as defined in the Plan) Joel C. Shapiro, Esquire, Blank Rome, LLP, One Logan Square, 130 North 18th Street, Philadelphia, PA 19103-6998; (d) counsel for the CIT (as defined in the Plan) Paul A. Patterson, Esquire, Stradley Ronon Stevens and Young, 2600 One Commerce Square, Philadelphia, PA

19103; and (e) the Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102, no later than April 14, 2008 at 4:00 p.m.

To request copies of the Disclosure Statement, contact the proponent:

Jerrold N. Poslusny, Jr., Esquire – Counsel for the Debtors
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
Email: jposlusny@cozen.com

Dated: March 20, 2008


JJW: jpp

**EXHIBIT E**

Jeffrey Kurtzman, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 S. Broad Street
Philadelphia, PA 19102

Steven J. Reisman, Esq.
101 Park Avenue
New York, NY 10178-0061

Elitsa Golab
Glencore Ltd
301 Tresser Blvd.
Stamford, CT 06901

Lawrence Flick, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Joel C. Shapiro, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Bank of America, N.A.
475 Crosspoint Parkway
PO Box 9000
Getzville, NY 14068

Alan Inc.
c/o Brian Bull
1188 Sherbrooke Street West
Montreal, Quebec H3A 3G2
Canada

John R. Morton, Jr. Esq.
Law Offices of John R. Morton, Jr.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057

Jennifer M. Davies, Esq.
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

Robert M. Marshall, Esq.
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ 07470

| | |
|---|---|
| Joe M. Lozano, Jr., Esq. | Robert Lapowsky, Esq. |
| Brice, Vander Linden & Wernick, P.C. | Stevens & Lee, P.C. |
| 9441 LBJ Freeway, Suite 350 | 181 Market Street, 29th Floor |
| Dallas, TX  75243 | Philadelphia, PA  19103 |

**EXHIBIT F**

Synthane-Taylor Corp.
145 Gibson Rd.
Markham, Ontario L3R 3K7
Canada

CSC
2711 Centerville Road, Suite 400
Wilmington, DE 19808