**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
| Debtors. | : : | CASE NO. 08-14631 (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED ON APRIL 3, 2008 AT 10:00 A.M.**

**CONTINUED MATTERS**

    **None**

**UNCONTESTED MATTERS**

    1.    Verified Motion for an Order Authorizing, But Not Directing, Payment of Pre-Petition Wages, Salaries, Compensation, Employee Benefits, Business Reimbursement Expense, Certain Union Payments, and the Continuation of the Debtors' Workers' Compensation Program and Policies Pursuant to 11 U.S.C. §§ 105(a), 507(a)(4) and (5) [Docket No. 5].

- Response Deadline: March 31, 2008
- Responses Received: None
- Related Documents: None
- Status: No objections have been filed.

    2.    Verified Motion for Interim and Final Orders: (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Services, (II) Deeming Utility Companies to have Adequate Assurance of Payment and Establishing Procedures for Determining Requests for Additional Assurance Pursuant to 11 U.S.C. § 366 [Docket #6].

- Response Deadline: April 2, 2008
- Responses Received: Informal responses received from PSE&G and PECO Energy Company.  PECO response has been resolved.  The Debtors anticipate resolving the PSE&G response prior to the hearing.
- Related Documents: None
- Status: Stipulations resolving the informal responses received from PSE&G and PECO are being prepared.  No other objections have been received.

**PRETRIAL CONFERENCES**

**None**

**CONTESTED MATTERS**

**None**

**CONTESTED MATTERS-EVIDENTIARY HEARING REQUIRED**

3.  Verified Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens and Security Interest and Providing Superpriority Administrative Expense Status; (III) Modifying the Automatic Stay; and (IV) Scheduling Final Hearing, Pursuant to Section 105, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedures 2002 and 4001(c) and (d), [Docket #18].

- Response Deadline: March 31, 2008-extended to April 1, 2008 for Creditors' Committee.
- Responses Received: Limited objection filed by Pennsauken Township.  Objection filed by Arch Acquisition I, LLC.
- Related Documents: None
- Status: This matter is going forward.

**FEE APPLICATIONS**

**None**

Dated: April 1, 2008                            COZEN O'CONNOR


                                                By:   /s/ Jerrold N. Poslusny, Jr.
                                                    Mark E. Felger
                                                    Jerrold N. Poslusny, Jr.

                                                    Proposed Attorneys for the Debtors

2

CHERRY_HILL\434587\1 220718.000