**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (CAMDEN)**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>STRADLEY RONON STEVENS & YOUNG, LLP<br>Woodland Falls Corporate Park<br>200 Lake Drive East, Suite 100<br>Cherry Hill, NJ 08002<br>856-321-2400<br>Mark J. Dorval, Esquire (MD-3304)<br><br>In Re:<br>SHAPES/ARCH HOLDINGS, L.L.C., et al. | Case No. 08-14631-GMB (Jointly Administered)<br><br>Chapter 11<br><br>Judge Gloria M. Burns<br><br>Hearing Date: n/a<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

     **PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned Chapter 11 case as counsel for The CIT Group/Business Credit, Inc. ("CIT") pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), and request that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case, be delivered and served upon CIT at the address of its counsel as set forth below:

>Paul A. Patterson, Esquire
>Michael J. Cordone, Esquire
>Mark J. Dorval, Esquire
>Stradley, Ronon, Stevens & Young, LLP
>2600 One Commerce Square
>Philadelphia, PA 19103-7098
>E-mail addresses:
>ppatterson@stradley.com
>mcordone@stradley.com
>mdorval@stradley.com
>Telephone: (215) 564-8000
>Facsimile: (215) 564-8120

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect the above-captioned debtor or its property.

**PLEASE TAKE FURTHER NOTICE** that CIT does not intend for this notice of appearance or any later appearance, pleading, claim or suit to constitute a waiver of (1) the right of CIT to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of CIT to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of CIT to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which CIT is or may be entitled.

>STRADLEY, RONON, STEVENS & YOUNG, LLP

Dated: April 1, 2008

>By: /s/Mark J. Dorval
>Mark J. Dorval, Esquire
>Stradley, Ronon, Stevens & Young, LLP
>Woodland Falls Corporate Park
>200 Lake Drive East, Suite 100
>Cherry Hill, NJ 08002
>Telephone: 856-321-2400
>
>Attorneys for The CIT Group/Business Credit, Inc

B # 768311 v.1