| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **GREENBERG TRAURIG, LLP**<br>200 Park Avenue<br>Florham Park, New Jersey 07932<br>Telephone: (973) 360-7900<br>Facsimile: (973) 301-8410<br>Louis T. DeLucia, Esquire (LD-3879)<br>Alan J. Brody, Esquire (AB-4777)<br>Alyson M. Fiedler, Esquire (AF-9058)<br>Attorneys for Arch Acquisition I, LLC | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 08-14631 (GMB)<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## <u>DEMAND FOR SERVICE OF PAPERS</u>

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 9007, and

9010(b), Arch Acquisition I, LLC ("Arch"), by and through its counsel, Greenberg Traurig, LLP,

hereby respectfully submits this Notice of Appearance and Demand for Service of Papers in the

above-captioned case and requests that all notices and all papers served or required to be served

in this case by the Court, the Debtor, and/or any other parties-in-interest, be given to and served

upon the following:

GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Louis T. DeLucia, Esquire
Alan J. Brody, Esquire
Alyson M. Fiedler, Esquire
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
E-mail Addresses:
delucial@gtlaw.com
brodya@gtlaw.com
fiedlera@gtlaw.com

*NJ 226,380,788v1*

-and-

GREENBERG TRAURIG, LLP
Metlife Building
200 Park Avenue
New York, New York 10166
Nancy A. Mitchell, Esquire
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email Address: mitchelln@gtlaw.com

-and-

GREENBERG TRAURIG, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
Diane E. Vuocolo, Esquire
Telephone: (215) 988-7800
Facsimile: (215) 988-7801
Email Address: vuocolod@gtlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes,

without limitation, notices and papers referred to in the Bankruptcy Rule 2002 and also includes,

without limitation, any plans of reorganization and disclosure statements and objections thereto,

notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities,

operating reports, answering or reply papers, memoranda and briefs in support of any of the

foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought

before this Court with respect to these proceedings, whether formal or informal, whether written

or oral, and whether transmitted or conveyed by mail, courier service, delivery service,

telephone, telegraph, telex, or otherwise.

This appearance and request for notice is without prejudice to the rights, remedies

and claims of Arch against other entities or any objection by Arch that may be made to the

2

subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed

or construed to submit Arch to the jurisdiction of the Court.  All rights, remedies and claims are

hereby expressly reserved, including without limitation, the making of a motion seeking

abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.


Dated: Florham Park, New Jersey
           April 1, 2008                                    **GREENBERG TRAURIG, LLP**


                                                    By: */s/Alyson M. Fiedler*
                                                          Louis T. DeLucia, Esq.
                                                          Alan J. Brody, Esq.
                                                          Alyson M. Fiedler, Esq.
                                                          Greenberg Traurig, LLP
                                                          200 Park Avenue
                                                          Florham Park, New Jersey 07932
                                                          Telephone: (973) 360-7900
                                                          Facsimile: (973) 301-8410

                                                          Nancy A. Mitchell, Esq.
                                                          Greenberg Traurig, LLP
                                                          Metlife Building
                                                          200 Park Avenue
                                                          New York, New York 10016
                                                          Telephone: (212) 801-9200
                                                          Facsimile: (212) 801-6400

                                                          Diane E. Vuocolo, Esq.
                                                          Greenberg Traurig, LLP
                                                          Two Commerce Square, Suite 2700
                                                          2001 Market Street
                                                          Philadelphia, PA 19103
                                                          Telephone: (215) 988-7800
                                                          Facsimile: (215) 988-7801

                                                          Attorneys for Arch Acquisition I, LLC