**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (CAMDEN)**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

STRADLEY RONON STEVENS & YOUNG, LLP
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, NJ 08002
856-321-2400
Mark J. Dorval, Esquire (MD-3304)

In Re:

SHAPES/ARCH HOLDINGS L.L.C., et al

Case No. 08-14631-GMB (Jointly Administered)

Chapter 11

Judge Gloria M. Burns

Hearing Date: n/a

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice of Appearance and Request for Notice and Service of Papers was served via electronic transmission on the date indicated below, upon the following:

| | |
|---|---|
| United States Trustees Office | Emmanuel J. Argentieri<br>eargentieri@parkermccay.com |
| Jerrold N. Poslusny, Jr., Esquire<br>jposlusny@cozen.com<br>dreyes@cozen.com | Alan J. Brody<br>brodya@gtlaw.com |
| John C. Kilgannon, Esquire<br>jck@stevenslee.com | Jeffry Kurtzman<br>jkurtzman@klehr.com |

B # 768632 v.1

| | |
|---|---|
| Jennifer M. Davies<br>jdavies@lammrubenstone.com<br>mdenton@lammrubenstone.com | John R. Morton<br>jrmecf@verizon.net |
| Robert M. Marshall<br>rmarshall@mqlaw.net | Steven J. Reisman<br>sreisman@cm-p.com<br>jdrew@cm-p.com<br>lharrison@cm-p.com |
| David W. Phillips<br>david.phillips@leclairryan.com | Joel C. Shapiro<br>shapiro-jc@blankrome.com<br>hutches@blankrome.com |

/s/ Mark J. Dorval
Mark J. Dorval

Dated: April 1, 2008

B # 768632 v.1