

**U.S. Department of Justice**

*Office of the United States Trustee*
*District of New Jersey*

One Newark Center     (973) 645-3014 Telephone
Suite 2100     (973) 645-5993 Facsimile
Newark, NJ 07102

In the matter of:

| | |
|---|---|
| Shapes/Arch Holdings, LLC | Case No.: 08-14631 (GMB) |
| Shapes, LLC | Case No.: 08-14632 (GMB) |
| Ultra, LLC | Case No.: 08-14633 (GMB) |
| Delair, LLC | Case No.: 08-14634 (GMB) |
| Accu-Weld, LLC | Case No.: 08-14635 (GMB) |
| | (Jointly Administered) |

Debtor(s)

### APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Unsecured Creditors' Committee in connection with the above captioned case:

| | | |
|---|---|---|
| Brian Bull, *Co-Chairperson* | Richard A. Kellner, *Co-Chairperson* | Suzanne M. Klar, Esq. |
| **Alcan** | **RUSAL America Corp.** | **PSE&G** |
| 1188 Sherbrooke Street West | 550 Mamaroneck Ave. | 80 Park Plaza, T5D |
| Montreal, Quebec | Harrison, NY 10528 | Newark, NJ 07102 |
| H3A 3G2 | Tel: 914-670-5771 | Tel: 973-430-6483 |
| Canada | Fax: 914-670-0473 | Fax: 973-645-1103 |
| Tel: 514-847-3574 | | |
| Fax: 514-848-1463 | | |
| | | |
| Elitsa Golab | Hugh Graney | Chang Qing Li |
| **Glencore Ltd.** | **Coil Plus PA, Inc.** | **Perfect Trade Development Co./Kotech Industry and Co., Ltd** |
| 301 Tresser Blvd. | 5135 Bleigh Ave. | Rm. 903, Bldg A |
| Stamford, CT 06901 | Philadelphia, PA 19136 | Hua Hong Mansion |
| Tel: 203-328-4900 | Tel: 215-331-5200 X 228 | 238 Tian Mu Shan Rd. |
| Fax: 203-328-2456 | Fax: 215-331-2249 | Hangzhou 310013 |
| | | China |
| | | Tel: 86-571-85779108 |
| | | Fax: 86-571-85779028 |

Page 2

In the matter of:

| | |
|---|---|
| Shapes/Arch Holdings, LLC | Case No.: 08-14631 (GMB) |
| Shapes, LLC | Case No.: 08-14632 (GMB) |
| Ultra, LLC | Case No.: 08-14633 (GMB) |
| Delair, LLC | Case No.: 08-14634 (GMB) |
| Accu-Weld, LLC | Case No.: 08-14635 (GMB) |
| | (Jointly Administered) |

| Steven D. Sass, Esq. | David Platt | Donald E. Smale |
|---|---|---|
| **UPS** | **Acme Corrugated Box Co.** | **Colorworks Graphic Services, Inc.** |
| 307 International Circle | 2700 Turnpike Drive | P.O. Box 80 |
| Suite 270 | Hatboro, PA 18966 | Boyertonn, PA 19512 |
| Hunt Valley, MD 21030 | Tel: 215-444-8006 | Tel: 610-367-7599 X 226 |
| Tel: 410-773-4040 | Fax: 215-956-0675 | Fax: 610-367-5881 |
| Fax: 410-773-4057 | | |

Counsel for Committee:

Local Counsel:

| | |
|---|---|
| Alan Halperin, Esq. | Michael D. Sirota, Esq. |
| Halperin Battaglia Raicht, LLP | Cole Schotz Meisel Forman & Leonard, PA |
| 555 Madison Avenue, 9TH floor | 25 Main Street |
| New York, NY 10022 | Hackensack, NJ 07601 |
| Tel: 212-765-9100 | Tel: 201-489-3000 |
| Fax: 212-765-0964 | Fax: 201-489-1536 |

Kelly Beaudin Stapleton
United States Trustee
Region 3

By: */s/ Martha R. Hildebrandt*
    Martha R. Hildebrandt
    Assistant United States Trustee

As of: March 31, 2008
Case Attorney: Jeffrey M. Sponder, Esq.