**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Proposed Co-Counsel to the Official
Committee of Unsecured Creditors of
Shapes/Arch Holdings L.L.C., et al.

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| | HON. GLORIA M. BURNS |
| | CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | |
| | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF**
**DOCUMENTS**

TO:    Clerk, United States Bankruptcy Court
        District of New Jersey

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance as

proposed co-counsel to the Official Committee of Unsecured Creditors of the above-captioned

debtors,[1] pursuant to applicable provisions of the Bankruptcy Code and Bankruptcy Rules 2002

and 9010(b), and demands that all notices given or required to be given in these cases and all

---

[1] The Debtors are Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld
L.L.C., and Ultra L.L.C.

papers served or required to be served in these cases be given to and served upon the

undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the

notices and pleadings referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, notices of any application, motion, petition, pleading, request, complaint, or

demand, whether formal or informal, whether written or oral, and whether transferred or

conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to

affect in any way the Debtors or their respective property and/or property of their estates.

> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
> Proposed Co-Counsel for the Official
> Committee of Unsecured Creditors of
> Shapes/Arch Holdings L.L.C., et al.
>
>
> By:     /s/Michael D. Sirota
> Michael D. Sirota
> Ilana Volkov
> Warren A. Usatine
> Court Plaza North
> 25 Main Street
> P.O. Box 800
> Hackensack, New Jersey 07602-0800
> Telephone: (201) 489–3000
> Facsimile: (201) 489–1536
> Email: msirota@coleschotz.com
>           ivolkov@coleschotz.com
>           wusatine@coleshotz.com

DATED: April 2, 2008

2

CERTIFICATION OF SERVICE

I certify that on April 2, 2008, this office caused the within Notice of Appearance and

Request for Service of Documents to be filed with the Clerk of the United States Bankruptcy

Court, 401 Market Street, Second Floor, Camden, New Jersey 08101, *via electronic filing*, and

served copies of said Notice on all parties in interest, *via electronic notice and/or regular mail,*

*first class delivery*:

*/s/Michael D. Sirota*
Michael D. Sirota

DATED:  April 2, 2008

99999/9999-1516277v2