**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : |
| | CHAPTER 11 |
| | : |
| Debtors. | CASE NO. 08-14631 |
| | : (Jointly Administered) |

## AMENDED NOTICE OF AGENDA OF MATTERS
## <u>SCHEDULED ON APRIL 3, 2008 AT 10:00 A.M.</u>

## <u>CONTINUED MATTERS</u>

1.      Verified Motion for Entry of Interim and Final Orders (I) Authorizing and

Approving Postpetition Financing; (II) Granting Liens and Security Interest and Providing

Superpriority Administrative Expense Status; (III) Modifying the Automatic Stay; and (IV)

Scheduling Final Hearing, Pursuant to Section 105, 362, 363 and 364 of the Bankruptcy Code

and Federal Rules of Bankruptcy Procedures 2002 and 4001(c) and (d), [Docket #18].

- Response Deadline: March 31, 2008-extended to April 8, 2008 at 10:00 a.m. for Creditors' Committee.
- Responses Received: Limited objection filed by Pennsauken Township. Objection filed by Arch Acquisition I, LLC.
- Related Documents: None
- **Status: Adjourned to April 9, 2008 at 2:00 p.m.**  Debtors intend to submit bridge orders extending the interim orders through the date of the adjourned hearing.

## <u>UNCONTESTED MATTERS</u>

2.      Verified Motion for an Order Authorizing, But Not Directing, Payment of Pre-

Petition Wages, Salaries, Compensation, Employee Benefits, Business Reimbursement Expense,

Certain Union Payments, and the Continuation of the Debtors' Workers' Compensation Program

and Policies Pursuant to 11 U.S.C. §§ 105(a), 507(a)(4) and (5) [Docket  No. 5].

- Response Deadline: March 31, 2008
- Responses Received: None
- Related Documents: None
- Status: No objections have been filed.

3.      Verified Motion for Interim and Final Orders: (I) Prohibiting Utility Companies

from Discontinuing, Altering or Refusing Services, (II) Deeming Utility Companies to have

Adequate Assurance of Payment and Establishing Procedures for Determining Requests for

Additional Assurance Pursuant to 11 U.S.C. § 366 [Docket #6].

- Response Deadline: April 2, 2008
- Responses Received: Informal responses received from PSE&G and PECO Energy Company.  No objections have been filed with the Court.
- Related Documents: None
- Status: PECO response has been resolved and a stipulation will be filed with the Court.  The Debtors are attempting to resolve the issues raised by PSE&G.

**PRETRIAL CONFERENCES**

   **None**

**CONTESTED MATTERS**

   **None**

**CONTESTED MATTERS-EVIDENTIARY HEARING REQUIRED**

   **None**

**FEE APPLICATIONS**

   **None**

Dated: April 2, 2008                              COZEN O'CONNOR


                                          By:    */s/ Jerrold N. Poslusny, Jr.*
                                               Mark E. Felger
                                               Jerrold N. Poslusny, Jr.

                                               Proposed Attorneys for the Debtors

CHERRY_HILL\435524\1 220718.000