| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Alan D. Halperin, Esq.<br>Walter Benzija, Esq.<br>Debra J. Cohen, Esq.<br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br><br>Proposed Attorneys for the Official Committee<br>of Unsecured Creditors |

| | |
|---|---|
| In re:<br><br>**SHAPES/ARCH HOLDINGS L.L.C., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns |

<b>NOTICE OF APPEARANCE AND<br><u>DEMAND FOR SERVICE OF PAPERS</u></b>

**PLEASE TAKE NOTICE** that Halperin Battaglia Raicht, LLP hereby appears as the Proposed Attorneys for the Official Committee of Unsecured Creditors in the above-referenced Chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that Halperin Battaglia Raicht, LLP hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and §§ 102(1), 342 and 1109(b) of the Bankruptcy Code, that all notices given or required to be given and all papers served or required to be served in these cases be given to

00061584

and served on:

>Alan D. Halperin, Esq.
>Walter Benzija, Esq.
>Debra J. Cohen, Esq
>**HALPERIN BATTAGLIA RAICHT, LLP**
>555 Madison Avenue, 9th Floor
>New York, New York 10022
>Telephone: (212) 765-9100
>Facsimile: (212) 765-0964
>Emails: ahalperin@halperinlaw.net
>wbenzija@halperinlaw.net
>dcohen@halperinlaw.net

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, hand delivery, overnight courier, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights or interests of the Proposed Attorneys for the Official Committee of Unsecured Creditors, in the above-captioned chapter 11 cases.

Dated:  New York, New York
April 2, 2008

>**HALPERIN BATTAGLIA RAICHT, LLP**
>Proposed Attorney to the Official
>Committee of Unsecured Creditors
>
>By: /s/ Alan D. Halperin
>Alan D. Halperin, Esq.
>Walter Benzija, Esq.
>Debra J. Cohen, Esq.
>555 Madison Avenue – 9th Floor
>New York, New York 10022
>(212) 765-9100

00061584

2