# SHAPES/ARCH HOLDINGS L.L.C.
## CASE NO. 08-14631 (GMB) (JOINTLY ADMINISTERED)
## <u>MASTER SERVICE LIST</u>

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
Attorneys for Debtors

Mark E. Felger, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801
Attorneys for Debtors

Robert Lapowsky, Esq.
Stevens & Lee, P.C.
181 Market Street, 29th Floor
Philadelphia, PA 19103
Special Counsel to Debtors

Peter J. D'Auria, Esq.
Jeffrey M. Sponder, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Brian Bull
Alcan
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada
Creditors' Committee Co-Chairperson

Richard A. Kellner
Rusal America Corp.
550 Mamaroneck Ave.
Harrison, NY 10528
Creditors' Committee Co-Chairperson

Alan D. Halperin, Esq.
Walter Benzija, Esq.
Debra J. Cohen, Esq.
Halperin Battaglia Raicht, LLP
555 Madison Avenue-9th Floor
New York, NY 10022-3301
Counsel for The Creditors' Committee

Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
PO Box 800
Hackensack, NJ 07601
Local Counsel for The Creditors' Committee

Joel Shapiro, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Lawrence Flick, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY  10174
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Paul A. Patterson, Esq.
Michael Cordone, Esq.
Mark J. Dorval, Esq.
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103
Attorneys for The CIT Group/Business Credit, Inc.

Louis T. DeLucia, Esq.
Alan J. Brody, Esq.
Alyson M. Fiedler, Esq.
Greenberg Traurig, LLP
200 Park Ave.
Florham Park, NJ 07932
Attorneys for Arch Acquisition I, LLC

Nancy A. Mitchell, Esq.
Greenberg Traurig, LLP
Metlife Building
200 Park Ave.
New York, NY 10016
Attorneys for Arch Acquisition I, LLC

Diane E. Vuocolo, Esq.
Greenberg Traurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
Attorneys for Arch Acquisition I, LLC

Jennifer M. Davies, Esq.
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
Attorneys for Modern Handling Equipment Co.

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attorneys for Glencore Ltd.

Glencore Ltd
Attn: Elitsa Golab
301 Tresser Blvd.
Stamford, CT 06901

John R. Morton, Jr. Esq.
Law Offices of John R. Morton, Jr.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys for Jaguar Credit Corporation

3

Robert M. Marshall, Esq.
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ 07470
Attorneys for Alumet Supply, Inc.

Joe M. Lozano, Jr., Esq.
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX  75243
Attorneys for Bank of America

Jeffrey Kurtzman, Esq.
Klehr Harrison Harvey Branzbug & Ellers
260 South Broad Street
Philadelphia, PA 19102
Attorneys for A. Jerome Grossman and Frank Kessler

David W. Phillips, Esq.
Todd M. Galante, Esq.
Jeffrey M. Zalkin, Esq.
LeClairRyan
Two Penn Plaza East
Newark, NJ  07105-2249
Attorneys for De Lage Landen Financial Services, Inc.

Emmanuel J. Argentieri, Esq.
Parker McCay
PO Box 974
Marlton, NJ  08053
Attorneys for Pennsauken Township

Stephen Richman, Esq.
Thomas Kohn, Esq.
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
Attorneys for U.I.U. Health & Welfare

Richard McNeill, Esq.
McNeill & Walker
230 South Broad Street
Suite 700
Philadelphia, PA 19102
Attorneys for Teamsters Local 837

4

Internal Revenue Service (IRS)
P.O. Box 21126
Philadelphia, PA 19114

New Jersey Attorney General's
Office Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Commonwealth of Pennsylvania
State Office Building
1400 Spring Garden Street, Room 1206
Philadelphia, PA  19130

U.S. Environmental Protection Agency
Region 2
290 Broadway, 17th Floor
New York, NY 10007-1866

New Jersey Department of Environmental Protection
Attorney General of New Jersey
25 Market Street
P.O. Box 093
Trenton, NJ  08625