# SHAPES/ARCH HOLDINGS L.L.C.
## CASE NO. 08-14631 (GMB) (JOINTLY ADMINISTERED)
### CORE SERVICE LIST

Shapes/Arch Holdings L.L.C.
c/o Steven Grabell
9000 River Road
Delair, NJ 08110

Shapes L.L.C.
c/o Steven Grabell
9000 River Road
Delair, NJ 08110

Ultra L.L.C.
c/o Daniel Carpey
1777 Hylton Road
Pennsauken, NJ 08110

Delair L.L.C.
c/o Richard Grossman
8600 River Road
Delair, NJ 08110

Accu-Weld L.L.C.
c/o Steven Grabell
1211 Ford Road
Bensalem, PA 19020

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
Attorneys for Debtors

Mark E. Felger, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801
Attorneys for Debtors

Peter J. D'Auria, Esq.
Jeffrey M. Sponder, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Brian Bull
Alcan
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada
Creditors' Committee Co-Chairperson

Richard A. Kellner
Rusal America Corp.
550 Mamaroneck Ave.
Harrison, NY  10528
Creditors' Committee Co-Chairperson

Alan D. Halperin, Esq.
Walter Benzija, Esq.
Debra J. Cohen, Esq.
Halperin Battaglia Raicht, LLP
555 Madison Avenue-9th Floor
New York, NY 10022-3301
Counsel for The Creditors' Committee

Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
PO Box 800
Hackensack, NJ 07601
Local Counsel for The Creditors' Committee

Joel Shapiro, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

CHERRY_HILL\434571\1 220718.000

Lawrence Flick, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY  10174
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Paul A. Patterson, Esq.
Michael Cordone, Esq.
Mark J. Dorval, Esq.
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103
Attorneys for The CIT Group/Business Credit, Inc.