| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.,<br><br>                            Debtors. | Case No. 08-14631<br><br>Judge:  Gloria M. Burns<br><br>Chapter:  11 |

Order Filed on 4/3/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

**BRIDGE ORDER EXTENDING INTERIM ORDER PURSUANT TO SECTION 364(C) OF THE BANKRUPTCY CODE AND RULE 4001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING DEBTORS (1) TO OBTAIN INTERIM POST-PETITION FINANCING, (2) GRANTING SENIOR LIENS AND PRIORITY ADMINISTRATIVE EXPENSE STATUS, (3) MODIFYING THE AUTOMATIC STAY, (4) AUTHORIZING DEBTORS TO ENTER INTO AGREEMENTS WITH THE CIT GROUP/ BUSINESS CREDIT, INC., FOR ITSELF AND AS AGENT FOR CERTAIN LENDERS, AND (5) PRESCRIBING FORM AND MANNER OF NOTICE AND TIME FOR FINAL <u>HEARING UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001 (C)</u>**

The relief set forth on the following pages numbered 2 through 3 is hereby ORDERED AND GRANTED.

**DATED: 4/3/2008**

_/s/ Gloria M. Burns_
Honorable Gloria M Burns
United States Bankruptcy Court Judge

THIS MATTER came before the Court on April 3, 2008, with respect to the Motion previously filed by the Debtors on March 17, 2008, seeking authority to, <u>inter alia</u>, grant liens security interests and administrative priority claims, and enter into agreements with The CIT Group/Business Credit, Inc., for itself and as agent for certain lenders (the "Motion"), and with respect to which this Court previously entered an interim order on March 18, 2008, at docket no. 39 approving such financing and other related matters (the "Interim Order"); and it

APPEARING that, subsequent to the entry of the Interim Order, a committee of unsecured creditors of the Debtors (the "Committee") was organized and formed on or about March 31, 2008, and, shortly on or after that date, selected the firm of Halperin, Battaglia and Raicht, LLP as its counsel; and it further

APPEARING that, on the request of the Committee and its counsel for an adjournment of the hearing seeking a final approval of the matters requested with respect to the Motion, and such adjournment having been agreed to by the Debtors, the Committee, The CIT Group/Business Credit, Inc., (for itself and as agent for certain lenders) and Arcus ASI Funding, LLC, with such hearing being adjourned and continued until Wednesday, April 9, 2008, at 2:00 p.m. before this Court; and it further

APPEARING that, pursuant to the Interim Order, the Debtors authority to obtain loans and other extensions of credit under the DIP Revolving Credit Agreement (as defined in the Interim Order) was provided for through and including the period ending April 3, 2008, and it further appearing that the Debtors require additional extensions of credit under the DIP Revolving Credit Agreement between April 3, 2008, and the date of April 9, 2008, which is now set as the final hearing with respect to the Motion.

*Approved by Judge Gloria M. Burns April 03, 2008*

NOW, THEREFORE, based upon the foregoing, and good cause having been shown, and all of the parties referenced above having consented to the entry of this bridge order,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of the terms, conditions and other provisions of the Interim Order, including, without limitation, the Debtors ability to obtain credit under the DIP Revolving Credit Agreement and the liens, security interests and all other rights and remedies provided to the Agent and the Lenders (as defined in the Interim Order) are extended through and including April 9, 2008, including, without limitation, the Agent and each of the Lenders (as defined in the DIP Revolving Credit Agreement) being entitled to all of the liens, security interests, claims, rights, priorities and protections granted to them pursuant to the Interim Order and the Financing Agreements ( as defined in the DIP Revolving Credit Agreement) with respect to any credit extended by the Agent and/or the Lenders to or for the benefit of the Debtors for the period from April 3, 2008, through and including April 9, 2008, inclusive; and it is further

ORDERED, ADJUDGED, AND DECREED that, as to the Committee only, the deadline for filing and serving any objection to the relief sought at the final hearing with respect to the Motion, as set forth in Section 34 of the Interim Order, is extended to April 8, 2008, at 12:00 P.M. prevailing Eastern time (such deadline having previously expired as to any other party in interest who did not file and serve any objection prior to the time set forth in Section 34 of the Interim Order).

B # 769085 v.2

*Approved by Judge Gloria M. Burns April  03, 2008*