

Harrisburg, PA 17121          www.dli.state.pa.us

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY (CAMDEN)

**In Re: Shapes/Arch Holdings LLC**

    **Debtor**    :
            :  **Bankruptcy No. 08-14631-GMB**
            :
            :  **Chapter 11**
            :

#### REQUEST FOR NOTICES

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Timothy A. Bortz, hereby requests that a copy of all notices and papers in this action be served at the agent's office at below captioned address.

Dated:  March 31, 2008

              By: _____
              Timothy A. Bortz
              UC Tax Agent/Bankruptcy Representative
              Commonwealth of Pennsylvania
              Department of Labor and Industry
              Reading Bankruptcy & Compliance Unit
              625 Cherry Street - Room 203
              Reading, PA 19602-1184
              Telephone No.:  (610) 378-4044
              Fax No.: (610) 378-4459
              E-mail: tbortz@state.pa.us

KLHFBAE
NXYSTP
Sbchxak

KLHFBAE
NXYSTP
Sbchxak

KLHFBAE
NXYSTP
Sbchxak

A copy of this notice could not be mailed to a creditor listed below because the court does not have both a city and state for the creditor or, if being mailed to a foreign country, both a city and country. Immediately contact the court in writing if you believe it failed to properly add to its database all of the addresses you provided in your mailing matrix. Please be advised that a creditor's failure to receive some notice of your case could mean the debt owed to that creditor may not be discharged (debtor should contact their attorney with questions).

**IMPORTANT NOTE: YOU MUST SEND A COPY OF THIS NOTICE TO THE CREDITORS LISTED BELOW. THE COURT WILL NOT MAIL THIS NOTICE AGAIN.**

For future notices, to correct a creditor's address listed below you must:

(1) Cross out all incorrect information on this page and clearly insert all updated information; (2) Date and sign in the space provided on the bottom of this form; AND (3) Immediately return this page to the court.

IMPORTANT NOTE: YOU MUST ALWAYS INCLUDE ANY ALPHABETIC OR NUMERIC CODE LOCATED TO THE LEFT OF THE CREDITOR'S NAME WHEN CONTACTING THE COURT TO CORRECT A CREDITOR'S ADDRESS!

IMPORTANT NOTE: WHILE YOU MAY CORRECT A CREDITOR'S ADDRESS USING THE ABOVE INSTRUCTIONS, IT IS IMPORTANT TO NOTE THAT, IF YOU WISH TO AMEND YOUR SCHEDULES TO ADD A PREVIOUSLY UNLISTED CREDITOR, YOU MUST CONTACT THE COURT FOR INSTRUCTIONS. LISTING SUCH A CREDITOR ON THIS PAGE IS INSUFFICIENT, AND WILL NOT RESULT IN THE CREDITOR BEING ADDED.

The list of each recipient who was not mailed a copy of this notice, including the portion of the address contained in the court's database for the creditor, is as follows:

505000575    eCAST Settlement Corp., assignee of, ~~MBNA America Bank, N.A.    P.O. Box 15480~~

505000575 ECAST SETTLEMENT CORP.
OF NEWARK NJ. 07193-5480

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ
08 APR -2 AM 9:17
JAMES J. WALDRON
BY:
DEPUTY CLERK

03-25-08
Date

[signatures]
Debtor/Debtor's Attorney

REX J. RILAN

037015

Case No.: 02-19156-GMB
Chapter: 13
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Harvey L. Kendricks Jr
645 Behl Road
Franklinville, NJ 08322-2861

Eleanor P Kendricks
645 Behl Road
Franklinville, NJ 08322-2861

Social Security No.:
xxx-xx-2066

xxx-xx-0185

Employer's Tax I.D. No.:

---

# DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED :**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: March 25, 2008

Gloria M. Burns
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

037015

payments under the chapter 13 plan: it is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are **not** discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor, vessel, or aircraft vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

037015    18609037090016

037015 37015 1 MB 0.360 08322 30 5933-1-37286

Harvey L Kendricks, Jr
645 Behl Road
Franklinville, NJ 08322-2861



Electronic Bankruptcy Noticing

~~Go Green!~~
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster than through US Mail.

Try our new Email Link service.

To find out how, visit:
http://www.EBNuscourts.com

037015       18609037090025