| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Alan D. Halperin, Esq.<br>Walter Benzija, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br><br>Proposed Co-Counsel to the Official Committee of Unsecured Creditors of Shapes/Arch Holdings L.L.C., et al. |

| | |
|---|---|
| In re:<br><br>**SHAPES/ARCH HOLDINGS L.L.C., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns, USBJ |

**ORDER APPROVING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
RETENTION OF J.H. COHN LLP AS FINANCIAL ADVISOR**

The relief set forth on the following page numbered two (2) is hereby

**ORDERED**.

{00061609.1 / 0631-001}

(Page 2)
Debtor:              SHAPES/ARCH HOLDINGS, L.L.C., *et al.*
Case No:             08-14631
Caption of Order:    ORDER APPROVING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RETENTION OF J.H. COHN LLP AS FINANCIAL ADVISOR

---

THIS MATTER having been opened to the Court by the Official Committee of Unsecured Creditors (the "Committee") of Shapes/Arch Holdings, L.L.C., *et al.* (the "Debtors"), upon the Application for entry of an Order approving the Committee's employment and retention of J.H. Cohn LLP ("JHC") as its financial advisor and forensic accountant in this proceeding; and the Court having considered the Application and the Affidavit of Bernard A. Katz in support thereof; and the Court being satisfied that JHC does not hold or represent any interest adverse to the Debtors, their estates or creditors, and is a disinterested person within the meaning of Sections 328, 1103(b) and 101(14) of the Bankruptcy Code, and that said employment would be in the best interests of the estates; and notice of the proposed retention having been given in accordance with the requirements of D.N.J. LBR 2014-1(a); and for good cause shown,

IT IS ORDERED as follows:

1.     The employment and retention of J.H. Cohn LLP as financial advisor and forensic accountant to the Committee is hereby authorized and approved effective as of March 31, 2008.

2.     Any and all compensation to be paid to J.H. Cohn for services rendered on the Committee's behalf shall be fixed by application to this Court in accordance with Sections 330 and 331 of the Bankruptcy Code and such Rules of Local and Federal Bankruptcy Procedure as may then be applicable, unless an alternate arrangement for interim compensation is authorized by the Court.

3.     A copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

{00061609.1 / 0631-001}