**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Alan D. Halperin, Esq.
Walter Benzija, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Proposed Co-Counsel to the Official
Committee of Unsecured Creditors of
Shapes/Arch Holdings L.L.C., et al.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Chapter 11<br>(Jointly Administered) |
|  | HEARING DATE: May 5, 2008, at 10:00 a.m.<br><br>ORAL ARGUMENT WAIVED UNLESS<br>OBJECTIONS TIMELY FILED |

**NOTICE OF MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
FOR AN ORDER CONFIRMING THAT THE COMMITTEE IS NOT REQUIRED TO
PROVIDE GENERAL ACCESS OR OTHERWISE GENERALLY DISCLOSE (A)
CONFIDENTIAL INFORMATION OF THE DEBTORS OR (B) INFORMATION
<u>SUBJECT TO ANY PRIVILEGE</u>**

TO:   All Parties–in–Interest on the Attached Service List
            - AND -
      All Receiving Electronic Notification From the CM/ECF System

PLEASE TAKE NOTICE that on May 5, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, proposed co-counsel for the Official Committee of Unsecured Creditors of Shapes/Arch Holdings L.L.C., et al., (the "Committee"), shall move before the Honorable Gloria M. Burns, United States Bankruptcy Judge, at the United States Bankruptcy Court, 401 Market Street, Second Floor, Camden, New Jersey 08101, for entry of an Order confirming that the Committee is not required to provide general access or otherwise generally disclose (a) confidential information of the Debtors or (b) information subject to any privilege (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Application, which sets forth the relevant factual and legal bases upon which the requested relief should be granted. A proposed Order granting the requested relief also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance

with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned waives oral argument unless objections to the Motion are filed timely.

DATED: April 4, 2008

**HALPERIN BATTAGLIA RAICHT, LLP**
Proposed Counsel to the Official Committee of Unsecured Creditors of Shapes/Arch Holdings L.L.C., et al.

By: _____/s/ Alan D. Halperin_____
    Alan D. Halperin, Esq.
    Walter Benzija, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN &LEONARD, P.A.**
Proposed Co-Counsel to the Official Committee of Unsecured Creditors of Shapes/Arch Holdings L.L.C., et al.

By: _____/s/ Michael D. Sirota_____
    Michael D. Sirota, Esq.
    Ilana Volkov, Esq.
    Warren A. Usatine, Esq.

**IN RE SHAPES/ARCH HOLDINGS L.L.C.**
**CASE NO. 08-14631 (GMB)**

**SERVICE LIST**

*Via Regular Mail*

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
*Attorneys for Debtors*

Mark E. Felger, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Attorneys for Debtors*

Peter J. D'Auria, Esq.
Jeffrey M. Sponder, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Joel Shapiro, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
*Attorneys for ASI Funding, LLC and Arcus ASI, Inc.*

Lawrence Flick, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
*Attorneys for ASI Funding, LLC and Arcus ASI, Inc.*

Paul A. Patterson, Esq.
Michael Cordone, Esq.
Mark J. Dorval, Esq.
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103
*Attorneys for The CIT Group/Business Credit, Inc.*

Stephen Richman, Esq.
Thomas Kohn, Esq.
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
*Attorneys for U.I.U. Health & Welfare*

Nancy A. Mitchell, Esq.
Greenberg Traurig, LLP
Metlife Building
200 Park Ave.
New York, NY 10016
*Attorneys for Arch Acquisition I, LLC*

Diane E. Vuocolo, Esq.
Greenberg Traurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
*Attorneys for Arch Acquisition I, LLC*

Richard McNeill, Esq.
McNeill & Walker
230 South Broad Street
Suite 700
Philadelphia, PA 19102
*Attorneys for Teamsters Local 837*