25876
JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Equipment Finance, Inc.
JM5630_____

|  |  |
|---|---|
| IN RE:  ALUMINUM SHAPES, INC. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|  | CHAPTER 11<br>CASE NO.: 08-14631(GMB)<br>HEARING DATE: |
|  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Wells Fargo Equipment Finance, Inc. hereby enters its appearance and the law firm of

John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their

appearance as attorneys for Wells Fargo Equipment Finance, Inc. with regard to all

matters and proceedings in the above captioned case, showing counsel's name, office

address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Wells Fargo Equipment Finance, Inc., pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Wells Fargo Equipment Finance, Inc.,by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

Wells Fargo Equipment Finance, Inc.
1540 W. Fountainhead Pkwy., MAC S-3966-010
Tempe, AZ 85260

Wells Fargo Equipment Finance, Inc., pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/   John R. Morton, Jr.
    John R. Morton, Jr., Esquire
    Attorney for Wells Fargo
    Equipment Finance, Inc.

Dated: