**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
| Debtors. | : : | CASE NO. 08-14631 (GMB) (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED ON APRIL 9, 2008 AT 2:00 P.M.**

**CONTINUED MATTERS**

    None

**UNCONTESTED MATTERS**

    None

**PRETRIAL CONFERENCES**

    None

**CONTESTED MATTERS**

    1.    Application For Retention of Cozen O'Connor as Attorneys for the Debtors

[Docket #12].

- Response Deadline: April 7, 2008-extended to April 8, 2008 at 5:00 p.m. for the Office of U.S. Trustee and the Creditors' Committee.
- Responses Received: Informal response received from the Office of U.S. Trustee.
- Related Documents: None
- Status: This matter is going forward. The Debtors anticipate resolving the response received from the Office of the U.S. Trustee prior to the hearing.

2. Application for Retention of Phoenix Management Services, Inc. as Restructuring Advisors to the Debtors (Docket #13).

- Response Deadline: April 7, 2008-extended to April 8, 2008 at 5:00 p.m. for the Office of U.S. Trustee.
- Responses Received: Informal response received from the Office of U.S. Trustee.
- Related Documents: None
- Status: This matter is going forward. The Debtors anticipate resolving the response received from the Office of the U.S. Trustee prior to the hearing.

3. Application for Stevens & Lee, P.C. as Special Labor and Conflicts Counsel to the Debtors [Docket No. 14].

- Response Deadline: April 7, 2008-extended to April 8, 2008 at 5:00 p.m. for the Office of U.S. Trustee.
- Responses Received: Informal response received from the Office of U.S. Trustee.
- Related Documents: None
- Status: This matter is going forward. The Debtors anticipate resolving the response received from the Office of the U.S. Trustee prior to the hearing.

**CONTESTED MATTERS-EVIDENTIARY HEARING REQUIRED**

4. Verified Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens and Security Interest and Providing Superpriority Administrative Expense Status; (III) Modifying the Automatic Stay; and (IV) Scheduling Final Hearing, Pursuant to Section 105, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedures 2002 and 4001(c) and (d), [Docket #18].

- Response Deadline: March 31, 2008-extended to April 8, 2008 at 12:00 p.m. for Creditors' Committee.
- Responses Received: Limited objection filed by Pennsauken Township [Docket #80]. Objection filed by Arch Acquisition I, LLC [Docket #81]. Objection filed by Wells Fargo Equipment Finance, Inc. [Docket #107].
- Related Documents: None
- Status: This matter is going forward.

**FEE APPLICATIONS**

  **None**

Dated: April 7, 2008         COZEN O'CONNOR

                By: */s/ Jerrold N. Poslusny, Jr.*
                  Mark E. Felger
                  Jerrold N. Poslusny, Jr.

                  Proposed Attorneys for the Debtors

CHERRY_HILL\436107\1 220718.000