**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Proposed Co-Counsel to the Official
Committee of Unsecured Creditors of
Shapes/Arch Holdings L.L.C., et al.

|  |  |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**CERTIFICATION OF COMPLIANCE**<br>**WITH D.N.J. LBR 2014-1(a)** |

  I hereby certify that I have complied with the requirements of D.N.J. LBR 2014-1(a) by mailing copies by regular mail or by ECF to all parties-in-interest of the following pleadings:

  1. Application for an Order Approving the Retention of Cole, Schotz, Meisel, Forman & Leonard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors of

45765/0001-1516297v1

Shapes/Arch Holdings L.L.C., et al.,[1] *nunc pro tunc* to March 31, 2008; pursuant to 11 U.S.C. §§ 328(a) and 1103(b), with Affidavit of Michael D. Sirota, Esq. and proposed form of Order;

2. Application for Entry of an Order Authorizing the Retention of Halperin Battaglia Raicht, LLP as Counsel to the Official Committee of Unsecured Creditors *nunc pro tunc* to March 31, 2008, with Affidavit of Alan D. Halperin, Esq. and proposed form of Order; and

3. Application for an Order Approving the Employment and Retention of J.H. Cohn LLP as Financial Advisor and Forensic Accountant to the Official Committee of Unsecured Creditors pursuant to 11 U.S.C. §§ 328(a) and 1103(b), with Affidavit of Bernard A. Katz and proposed form of Order.

                                                                */s/ Ilana Volkov*
                                                                ILANA VOLKOV

DATED: April 7, 2008

---

[1] The Debtors are Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.