**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT : FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (GMB) (Jointly Administered) : |

**APPLICATION FOR ORDER SHORTENING TIME PERIOD FOR NOTICE OF VERIFIED MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363 AUTHORIZING CONTINUATION OF CERTAIN CUSTOMER PRACTICES AND PROGRAMS**

TO:     THE HONORABLE GLORIA M. BURNS

Your applicant, Jerrold N. Poslusny, Jr., respectfully represents:

1. Your applicant is a member with the firm of Cozen O'Connor, attorneys for the above captioned debtors and debtors-in-possession (the "Debtors"). I am familiar with the facts of this case.

2. Your applicant has filed a motion for an order pursuant to 11 U.S.C. §§ 105(a) and 363 authorizing the continuation of certain customer practices and programs (the "Motion").

3. A shortened hearing date is requested as the Debtors have been contacted by numerous customers with regards to honoring its customer practices, including honoring warranties. A delay in continuing the customer practices could damage the Debtors' reputation

and its relationship with its customers, which in turn could negatively impact the Debtors' future sales and market share.

4. Your Applicant requests a hearing be scheduled on April 17, 2008, at 10:00 a.m., as there is currently a hearing scheduled in these cases at the time.

5. Reduction of the time period in question is not prohibited under Fed. R. Bankr. P. 9006(c)(1) and the Rules listed therein.

WHEREFORE, your applicant requests entry of the Order submitted herewith.

Dated:  April 7, 2008                           COZEN O'CONNOR


                                                By:   */s/ Jerrold N. Poslusny, Jr.*
                                                      Mark E. Felger
                                                      Jerrold N. Poslusny, Jr.

                                                      Proposed Attorneys for the Debtors

2