UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Alan D. Halperin, Esq.
Walter Benzija, Esq.
Debra J. Cohen, Esq.
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

Proposed Attorneys for the Official Joint
Committee of Unsecured Creditors

| | |
|---|---|
| In re: | Chapter 11 |
| **SHAPES/ARCH HOLDINGS L.L.C., et al.,** | Case No. 08-14631 (Jointly Administered) |
| Debtors. | Judge: Gloria M. Burns |

State of New York    )
                     )    ss.:
County of New York  )

## AFFIDAVIT OF SERVICE

Mary Charles-Kennedy, being duly sworn, deposes and says:

I am not a party to the action.  I am over the age of eighteen years and reside in Queens, New York.

On April 2, 2008, I served a copy of the below-referenced document by causing true and correct copies of the same to be sent by First Class, United States Mail, postage prepaid to the persons on the attached list.

*Notice of Appearance and Demand for Service of Papers.*

*/s/ Mary Charles-Kennedy*
Mary Charles-Kennedy

Sworn to before me this 7th
day of April, 2008.

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00061858.1 / 0631-001}

# Service List

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
Attys. Official Committee of Unsecured Creditors
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ  07602-0800
Attn: Michael  Sirota, Ilana Volkov & Warren Usatine, Esqs.

**LeClair Ryan**
Attys. for De Lage Landen Financial Services, Inc.
Two Penn Plaza East
Newark, NJ  07105-2249
Attn: David W. Phillips, Todd M. Galante & Jeffrey M. Zalkin, Esqs.

**Parker McCay P.A.**
Atty.  for Pennsauken Township
P.O. Box 974
Marlton, NJ  08053
Attn: Emmanuel J. Argentieri, Esq.

**Klehr, Harrison, Harvey, Branzburg & Ellers LLP**
Atty. for A. Jerome Grossman and Frank Kessler
260 S. Broad Street
Philadelphia, PA  19102
Attn: Jeffrey Kurtzman, Esq.

**Lamm Rubenstone LLC**
Atty. for Modern Handling Equipment Company
3600 Horizon Blvd., Suite 200
Trevose, PA  19020-8544
Attn: Jennifer M. Davies, Esq.

**Curtis, Mallet-Prevost, Colt & Mosle LLP**
Atty. for Glencore Ltd. ("Glencore")
101 Park Avenue
New York, NY  10178-0061
Attn: Steven J. Reisman, Esq.

**Stevens & Lee, P.C.**
Attys for Shapes/Arch Holdings, et al. ("Shapes/Arch Holdings")
1818 Market Street, 29th Floor
Philadelphia, PA  19103
Attn: Robert Lapowsky & John C. Kilgannon,  Esqs.

**Blank Rome LLP**
Atty. for Arcus ASI Funding, LLC and Arcus ASI, Inc. (Collectively "Arcus")
One Logan Square
Philadelphia, PA  19103
Attn: Joel C. Shapiro, Esq.

**Blank Rome LLP**
Atty. for Arcus ASI Funding, LLC and Arcus ASI, Inc. (Collectively "Arcus")
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Attn: Lawrence Flick, Esq.

**Stradley Ronon Stevens & Young, LLP**
Atty. for The CIT Group/Business Credit, Inc ("CIT")
2600 One Commerce Square
Philadelphia, PA  19103-7098
Attn: Paul A. Patterson, Michael J. Cordone & Mark J. Dorval, Esqs.

**Parker McCay P.A.**
Three Greentree Centre, Suite 401
7001 Lincoln Drive West
P.O. Box 974
Marlton, NJ  08053
Attn: Emmanuel J. Argentieri, Esq.

**Greenberg Traurig, LLP**
200 Park Avenue
Florham Park, NJ  07932
Attn: Alan J. Brody & Alyson M. Fiedler,  Esqs.

**Cozen O'Connor**
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
Attn: Jerrold N. Poslusny, Jr., Esq.

**Glencore Lte.**
301 Tresser Blvd
Stamford, CT  06901
Attn: Elitsa Golab, Esq.