**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Alan D. Halperin, Esq.
**Walter Benzija, Esq.**

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

**Proposed Co-Counsel to the Official**
**Committee of Unsecured Creditors**
**of Shapes/Arch Holdings L.L.C.,** *et al.*

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| | : HON. GLORIA M. BURNS |
| | : CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.,* : | |
| | : Chapter 11 |
| Debtors. | : (Jointly Administered) |
| | : |

**AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| STATE OF NEW JERSEY | ) | |
| | ) | SS.: |
| COUNTY OF BERGEN | ) | |

    CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

1.       I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., proposed co-counsel to the Official Committee of Unsecured Creditors of Shapes/Arch Holdings L.L.C., *et al.* (the "Committee").

2.       On April 4, 2008, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

a.       Notice of Motion of Official Committee of Unsecured Creditors for an Order Confirming that the Committee is Not Required to Provide General Access or Otherwise Generally Disclose (A) Confidential Information of the Debtors or (B) Information Subject to Any Privilege;

b.       Supporting Application; and

c.       Proposed form of Order.

3.       On April 4, 2008, this office caused to be served, *via United States Mail, first class delivery*, on all parties on the attached Service List, copies of all pleadings as referenced above.

4.       All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above referenced pleading *via electronic service*.

I swear that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


                                                          */s/ Cynthia Braden*
                                                          CYNTHIA BRADEN

Sworn and subscribed to before me
this 7th day of April, 2008.

*/s/ Frances Pisano*
FRANCES PISANO
A Notary Public of New Jersey
My Commission Expires 12/02/08

45765/0001-1517054v1

**IN RE SHAPES/ARCH HOLDINGS L.L.C.**
**CASE NO. 08-14631 (GMB)**

**SERVICE LIST**


***Via Regular Mail***

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
*Attorneys for Debtors*

Mark E. Felger, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Attorneys for Debtors*

Peter J. D'Auria, Esq.
Jeffrey M. Sponder, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Joel Shapiro, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
*Attorneys for ASI Funding, LLC and Arcus ASI, Inc.*

Lawrence Flick, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
*Attorneys for ASI Funding, LLC and Arcus ASI, Inc.*

Paul A. Patterson, Esq.
Michael Cordone, Esq.
Mark J. Dorval, Esq.
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103
*Attorneys for The CIT Group/Business Credit, Inc.*

Stephen Richman, Esq.
Thomas Kohn, Esq.
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
*Attorneys for U.I.U. Health & Welfare*

Nancy A. Mitchell, Esq.
Greenberg Traurig, LLP
Metlife Building
200 Park Ave.
New York, NY 10016
*Attorneys for Arch Acquisition I, LLC*

Diane E. Vuocolo, Esq.
Greenberg Traurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
*Attorneys for Arch Acquisition I, LLC*

Richard McNeill, Esq.
McNeill & Walker
230 South Broad Street
Suite 700
Philadelphia, PA 19102
*Attorneys for Teamsters Local 837*

2