RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Kevin J. Larner, Esq. (KL-8627)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

- and -

CASE, KNOWLSON, JORDAN & WRIGHT LLP
Edwin I. Lasman, Esq. (CA Bar No. 105943)
2029 Century Park East
Suite 2500
Los Angeles, California 90067
(310) 552-2766

*Counsel to Zhongshan Hua Feng Lock Products Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>　　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Hon. Gloria M. Burns, U.S.B.J. |

**NOTICE OF DEMAND FOR RECLAMATION BY
ZHONGSHAN HUA FENG LOCK PRODUCTS CO., LTD.**

PLEASE TAKE NOTICE that on April 7, 2008, pursuant to 11 U.S.C. §§ 503 and 546, and applicable non-bankruptcy law, Zhongshan Hua Feng Lock Products Co., Ltd. ("Hua Feng"), by and through its undersigned counsel, served its written demand for reclamation of goods totaling $610,260.72, along with details of the invoices related to the subject goods, upon one of the Chapter 11 debtors herein, Ultra L.L.C. ("Ultra"), through Ultra's claims agent, Epiq Bankruptcy Solutions L.L.C., via

overnight mail, and upon Cozen O'Connor, counsel to Ultra and its affiliated debtors (collectively, the "Debtors"), via facsimile and overnight mail.  A copy of the written demand, with attached listing of invoices, is annexed hereto and incorporated by reference as Exhibit A.

Hua Feng reserves all of its rights with respect to the goods referenced in this Notice and reserves the right to assert any additional rights it may have under applicable law, including Hua Feng's right to administrative expense payment status for goods received by the Debtors within twenty (20) days of the petition date, pursuant to 11 U.S.C. 503(b)(9) and goods received by the Debtors subsequent to the Debtors' filing of their bankruptcy petitions.

DATED: April 7, 2008

        RIKER, DANZIG, SCHERER, HYLAND
         & PERRETTI LLP

        By:   /s/ Joseph L. Schwartz
            Joseph L. Schwartz, Esq. (JS-5525)
            Kevin J. Larner, Esq. (KL-8627)

            Attorneys For Zhongshan Hua Feng Lock
            Products Co., Ltd.