# EXHIBIT A



**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI** LLP

ATTORNEYS AT LAW

Joseph L. Schwartz
Partner

Direct:
973.451.8506
jschwartz@riker.com
Reply to: Morristown

April 7, 2008

<u>**Via Facsimile & Federal Express**</u>
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
Attn: Mark E. Felger, Esq.
Attn: Jerrold N. Poslusny, Jr., Esq.

<u>**Via Federal Express**</u>
Shapes/Arch Holdings L.L.C.
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, Third Floor
New York, NY 10017

Re: **In re Shapes/Arch Holdings L.L.C.**, et al.,
**Case No. 08-14631 (GMB)
In re Shapes L.L.C.,
Case No. 08-14632 (GMB)
In re Ultra L.L.C.,
Case No. 08-14633 (GMB)
In re Delair L.L.C.,
Case No. 08-14634 (GMB)
In re Accu-Weld L.L.C.,
Case No. 08-14635 (GMB)**

Ladies and Gentlemen:

This firm represents Zhongshan Hua Feng Lock Products Co., Ltd. ("Hua Feng"), a creditor of Ultra L.L.C. ("Ultra"), one of the affiliated debtors in the above referenced bankruptcy cases (collectively, the "Debtors").

Pursuant to Section 2-702 of the Uniform Commercial Code, which is applicable in this case, and 11 U.S.C. § 546(c), Hua Feng hereby demands reclamation of all goods received by Ultra within the applicable prepetition period, including, but not limited to, all goods which were delivered to Ultra that are referenced in the invoices listed on the enclosure hereto. The total for all goods claimed pursuant to this reclamation demand is $610,260.72.

Hua Feng demands an immediate accounting and inventory from the Debtors of all goods subject to reclamation pursuant to this reclamation demand and demands that all goods subject to reclamation pursuant to this reclamation demand be segregated

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com

Cozen O'Connor
Epiq Bankruptcy Solutions, LLC
April 7, 2008
Page 2

from other goods in Ultra's possession. Please send a copy of the accounting and inventory to Hua Feng's undersigned counsel at:

Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962
Attn: Joseph L. Schwartz, Esq.

Hua Feng further expressly reserves all of its rights with respect to the goods subject to this reclamation demand, including its rights to an administrative claim for the value of all goods received by Ultra within twenty (20) days prior to March 16, 2008 pursuant to 11 U.S.C. § 503(b)(9). Hua Feng's total claim pursuant to 11 U.S.C. § 503(b)(9) is at least $70,419.12.

Additionally, Hua Feng further expressly reserves all of its right to assert an administrative claim for any goods received by Ultra on or after March 16, 2008 pursuant to the Order Pursuant to Sections 105(A), 362, 503(b) and 507 of the Bankruptcy Code (I) Confirming the Grant of Administrative Expense Status to Obligations Arising From the Postpetition Delivery of Goods, (II) Establishing Authority to Pay Certain Expenses in the Ordinary Course of Business and (III) Prohibiting Third Parties From Interfering with the Delivery of Goods to the Debtors, which was entered by the Bankruptcy Court on March 18, 2008.

This reclamation demand is given for notice purposes only in order to set forth Hua Feng's reclamation claim. Hua Feng reserves the right to amend and supplement this reclamation demand or to file additional demands or claims, including, without limitation, all other claims at law or in equity.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Joseph L. Schwartz
JLS:kl

Enclosure

cc:    Daniel Case, Esq. & Edwin I. Lasman, Esq. (w/encl., via first class mail and electronic mail)

3845506.1

**ZHONGSHAN HUA FENG LOCK PRODUCT CO./LTD**

Yongning Developing Area Xiaolan/Zhongshan/Guangdong/China

Tel:0760-2259118    Fax:0760-6740512

Detail of Reclamation Claim in Ultra LLC Bankruptcy:

| PO # | INVOICE # | INVOICE AMOUNT |
|---|---|---|
| 8009280/8009143/8009186/8009239/8009279 | EX07122615 | $ 91,295.28 |
| 8009239/8009279/8009280/8009344/8009408 | EX08010202 | $ 106,464.24 |
| 8009303/8009412 | EX08011501 | $ 69,947.28 |
| 8009079/8009279/8009186/8009280/8009344/8009303/8009408/8009183 | EX08011601 | $ 105,876.48 |
| 8009079/8009279/8008239/8009344/8009303 | EX08011701 | $ 97,654.80 |
| 8009408/8009412/8009448/8009508 | EX08012601 | $ 68,603.52 |
| 8009279/8009344/8009408/8009448/8009508/8009509/8009338/8009340/8009417/8009345 | EX08012908 | $ 67,475.28 |
| 8009279/8009508 | EX08022202 | $ 2,943.84 |
| **TOTAL:** | | **$610,260.72** |