*BROWN & CONNERY, LLP*
Joseph M. Garemore (JG 5790)
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933
*Attorneys for Pollution Control Financing*
*Authority of Camden County*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>SHAPES/ARCH HOLDINGS, LLC, et al,<br><br>Debtors. | CHAPTER 11<br><br>Case No. 08-14631 (GMB)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned, subject to the limitations and conditions set forth hereafter, appears for Pollution Control Financing Authority of Camden County, a creditor and party in interest in the above-captioned proceedings. Request is hereby made pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case, and all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the undersigned law firm, which firm is appearing herein as counsel for Pollution Control Financing Authority of Camden County.

*BROWN & CONNERY, LLP*
*Attorneys for* Pollution Control Financing
Authority of Camden County

Dated: April 7, 2008        By: /s/   Joseph M. Garemore
                                Joseph M. Garemore