SHAPESNJ0001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY, CAMDEN DIVISION

IN RE: SHAPES ARCH HOLDINGS L L C    : CHAPTER: 11
                                     :
    AKA:ALUMINUM SHAPES INC           :
                                     : BANKRUPTCY NO: 08-14631-GMB

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701**

By:    /s/Gilbert B. Weisman
       ―――――――――――――――――――――――
       Gilbert B Weisman Esquire PA59872
       Attorney/Agent for creditor
       POB 3001
       MALVERN PA 19355-0701
       PHONE:   (610) 644-7800
       FAX  :   (610) 993-8493
       EMAIL:   notices@becket-lee.com

       DATE: April 08, 2008

PET: 03/16/2008

AMC