Cheryl L. Cooper, Esquire (9240)
Holston, MacDonald, Uzdavinis, Eastlack, Ziegler & Lodge
66 Euclid St.
P.O. Box 358
Woodbury, NJ  08096
(856) 848-5858

_____
                                                          :      UNITED STATES BANKRUPTCY
In re:  Shapes/Arch Holdings, LLC,    :      DISTRICT OF NEW JERSEY
          et al                                          :
                                                          :
              Debtor                            :      CHAPTER 11, CASE NUMBER 08-14631
                                                          :
_____

## ENTRY OF APPEARANCE

Please enter the appearance of Cheryl L. Cooper, Esquire of the firm of Holston, MacDonald, Uzdavinis, Eastlack, Ziegler & Lodge, 66 Euclid Street, P.O. Box 358, Woodbury, N.J. 08096, as attorney for the Creditor, Steven Battle (improperly listed as Mark Battel), in the above-captioned matter.

                                        HOLSTON, MacDONALD, UZDAVINIS
                                        EASTLACK, ZIEGLER & LODGE
                                        *A Professional Corporation*

                                        By: /s /*Cheryl L. Cooper*
                                                Cheryl L. Cooper, Esquire

Dated:   April 8, 2008

1