**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (GMB) |
| | : (Jointly Administered) |

### AMENDED NOTICE OF AGENDA OF MATTERS
### SCHEDULED ON APRIL 9, 2008 AT 2:00 P.M.

# HEARING IS CANCELLED

**CONTINUED MATTERS**

    1.    Verified Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens and Security Interest and Providing Superpriority Administrative Expense Status; (III) Modifying the Automatic Stay; and (IV) Scheduling Final Hearing, Pursuant to Section 105, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedures 2002 and 4001(c) and (d), [Docket No. 18].

- Response Deadline: March 31, 2008-extended to April 14, 2008 at 5:00 p.m. for Creditors' Committee.
- Responses Received: Limited objection filed by Pennsauken Township [Docket No. 80]. Objection filed by Arch Acquisition I, LLC [Docket No. 81]. Objection filed by Wells Fargo Equipment Finance, Inc. [Docket No. 107].
- Related Documents: None
- Status: **Adjourned to April 17, 2008 at 10:00 a.m.**

**UNCONTESTED MATTERS**

    **None**

**PRETRIAL CONFERENCES**

    **None**

**CONTESTED MATTERS**

    2.    Application For Retention of Cozen O'Connor as Attorneys for the Debtors [Docket No. 12].

- Response Deadline: April 7, 2008-extended to April 8, 2008 at 5:00 p.m. for the Office of U.S. Trustee and the Creditors' Committee.
- Responses Received: Informal response received from the Office of U.S. Trustee and the Creditors' Committee.
- Related Documents: None
- Status: **Revised order will be submitted to Court to address the informal responses received from the Office of the U.S. Trustee and the Creditors' Committee.**

    3.    Application for Retention of Phoenix Management Services, Inc. as Restructuring Advisors to the Debtors (Docket No. 13].

- Response Deadline: April 7, 2008-extended to April 8, 2008 at 5:00 p.m. for the Office of U.S. Trustee.
- Responses Received: Informal response received from the Office of U.S. Trustee.
- Related Documents: None
- Status: **Revised order will be submitted to Court to address the informal response received from the Office of the U.S. Trustee.**

    4.    Application for Stevens & Lee, P.C. as Special Labor and Conflicts Counsel to the Debtors [Docket No. 14].

- Response Deadline: April 7, 2008-extended to April 8, 2008 at 5:00 p.m. for the Office of U.S. Trustee.
- Responses Received: Informal response received from the Office of U.S. Trustee.
- Related Documents: None
- Status: **Revised order will be submitted to Court to address the informal response received from the Office of the U.S. Trustee.**

**CONTESTED MATTERS-EVIDENTIARY HEARING REQUIRED**

    **None.**

CHERRY_HILL\436320\1 220718.000

**FEE APPLICATIONS**

    **None**

Dated: April 9, 2008                      COZEN O'CONNOR

                                                    By:   */s/ Jerrold N. Poslusny, Jr.*
                                                             Mark E. Felger
                                                            Jerrold N. Poslusny, Jr.

                                                            Proposed Attorneys for the Debtors