**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey  07932-0677
Tel:  (973) 360-7900
Fax:  (973) 295-1333
Diane E. Vuocolo, Esq. (DV-9904)
Louis T. DeLucia, Esq. (LD-3879)
Alan J. Brody, Esq. (AB-4777)
Alyson M. Fiedler, Esq. (AF-9058)
**Counsel for Arch Acquisition I, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | | |
|---|---|---|
| In re: | : | Case No.  08-14631 (GMB) |
| | : | (Jointly Administered) |
| | : | |
| Shapes/Arch Holdings L.L.C., *et al*. | : | Chapter 11 |
| | : | |
| Debtors. | : | |
| | : | |

### APPLICATION FOR THE ADMISSION OF
### NANCY A. MITCHELL, ESQUIRE TO BE ADMITTED
### *PRO HAC VICE* AS COUNSEL TO ARCH ACQUISITION I, LLC

PLEASE TAKE NOTICE that the undersigned, as counsel for Arch Acquisition I, LLC ("Arch"), a party-in-interest in this case, has applied to this Court for an Order requesting the admission of Nancy A. Mitchell, Esquire, a member of the bar of the State of Illinois and the State of New York, *pro hac vice*, pursuant to D.N.J. LBR 2090-1 and Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey; and

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely, in support of this application, upon the Affidavit of Nancy A. Mitchell, the Certification of

*CHI 57,142,632v1*

Diane E. Vuocolo in Support Of Application To Admit Nancy A. Mitchell, Esquire To This Court *Pro Hac Vice* for Arch Acquisition I, LLC Pursuant to District Court Rule 101.1(c) and a proposed form of Order submitted herewith.

Oral argument is not requested unless this application is contested.

Dated: April 9, 2008

**GREENBERG TRAURIG, LLP**
*Counsel for Arch Acquisition I, LLC*

By: /s/ Diane E. Vuocolo
Diane E. Vuocolo (DV-9904)
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 988-7803
Fax: (215) 717-5230
vuocolod@gtlaw.com

*CHI 57,142,632v1*