**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey  07932-0677
Tel:  (973) 360-7900
Fax:  (973) 295-1333
Diane E. Vuocolo, Esq. (DV-9904)
Louis T. DeLucia, Esq. (LD-3879)
Alan J. Brody, Esq. (AB-4777)
Alyson M. Fiedler, Esq. (AF-9058)
**Counsel for Arch Acquisition I, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| In re: | : : : | Case No.  08-14631 (GMB)
(Jointly Administered) |
| Shapes/Arch Holdings L.L.C., *et al*. | : : | Chapter 11 |
| Debtors. | : : |  |

**CERTIFICATION OF DIANE E. VUOCOLO IN SUPPORT OF APPLICATION
FOR THE ADMISSION OF NANCY A. MITCHELL, ESQUIRE TO THIS
COURT *PRO HAC VICE* AS COUNSEL TO ARCH ACQUISITION I, LLC
PURSUANT TO DISTRICT COURT RULE 101.1(c) AND D.N.J. LBR 2090-1**

I, Diane E. Vuocolo, Esquire, hereby certify as follows:

1. I am a shareholder at the law firm of Greenberg Traurig, LLP with offices at Two Commerce Square, 2001 Market Street, Philadelphia, PA  19103.  I am admitted to practice law in the State of New Jersey.

2. I am a member in good standing since 1986 in both the federal and state courts of New Jersey.

CHI 57,142,692v1

3. The applicant, Nancy A. Mitchell, Esquire, is a shareholder in the law firm of Greenberg Traurig, LLP.

4. Ms. Mitchell is admitted to practice in (1) the State of Illinois (admitted in 1988); and (2) the State of New York (admitted in 2007).

5. I know Ms. Mitchell to be of good character.

6. Ms. Mitchell has extensive experience in the area of bankruptcy law and has particular expertise in this matter and has been requested by Arch Acquisition I, LLC to represent it as lead bankruptcy counsel.

7. This Certification is submitted in support of an application to admit Nancy A. Mitchell, Esquire *pro hac vice* in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 9, 2008

**GREENBERG TRAURIG, LLP**
*Counsel for Arch Acquisition I, LLC*

By: /s/ Diane E. Vuocolo
Diane E. Vuocolo (DV-9904)
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 988-7803
Fax: (215) 717-5230
vuocolod@gtlaw.com

CHI 57,142,692v1