**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932-0677
Tel: (973) 360-7900
Fax: (973) 295-1333
Diane E. Vuocolo, Esq. (DV-9904)
Louis T. DeLucia, Esq. (LD-3879)
Alan J. Brody, Esq. (AB-4777)
Alyson M. Fiedler, Esq. (AF-9058)
**Counsel for Arch Acquisition I, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| In re: | Case No. 08-14631 (GMB) |
|  | (Jointly Administered) |
| Shapes/Arch Holdings L.L.C., *et al.* | Chapter 11 |
| Debtors. |  |

### AFFIDAVIT OF NANCY A. MITCHELL IN SUPPORT
### OF APPLICATION FOR *PRO HAC VICE* ADMISSION
### AS COUNSEL TO ARCH ACQUISITION I, LLC COMPANY

NANCY A. MITCHELL, of full age, being duly sworn according to law upon his oath, deposes and says:

1. I am an attorney admitted to practice in the State of Illinois and the State of New York and a shareholder of the law firm of Greenberg Traurig, LLP with offices at MetLife Building 200 Park Avenue, New York NY 10166.

2. I am a member in good standing of the bar of (1) the State of Illinois, date of admission 1988; and (2) the State of New York, date of admission 2007.

57142714v1 CHI

3.  This affidavit is respectfully submitted in support of Diane E. Vuocolo, Esquire's application for my admittance to this Honorable Court *pro hac vice* as counsel for Arch Acquisition I, LLC. It is submitted that there is good cause for such admission, to wit: Arch Acquisition I, LLC has expressed a high degree of confidence and trust in Greenberg Traurig, LLP and desires that I represent them as lead bankruptcy counsel in this action with the assistance of Greenberg Traurig's New Jersey counsel.

4.  I have read the General Rules of the United States District Court for the District of New Jersey, in particular Local Civil Rules 101.1 and 104.1 and Rule 2090-1(b) of the Local Rules of the U.S. Bankruptcy Court for the District of New Jersey governing the admission of attorneys, and understand my obligations thereunder.

5.  I am unaware of any disciplinary proceedings pending against me in any jurisdiction and no discipline has been previously imposed upon me in any jurisdiction. I understand that, if admitted to practice before this Court *pro hac vice*, I have the continuing obligation during the period of my admission to advise this Court of the institution of any disciplinary proceeding against me.

WHEREFORE, it is respectfully requested that the instant application of admission to this Court, *pro hac vice*, pursuant to the District of New Jersey Local Bankruptcy Rules, D.N.J. LBR 2090-1 and Local Civil Rule 101.1(c) of the Rules of the United States District Court for the District of New Jersey, be granted.

_____
Nancy A. Mitchell

57142714v1 CHI