Order Filed on
4/9/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors |

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>　　　　　Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

| |
|---|
| 　　Recommended Local Form:　　☐ Followed　　☒ Modified |

**ORDER AUTHORIZING RETENTION OF PHOENIX MANAGEMENT
SERVICES, INC., AS RESTRUCTURING ADVISORS FOR THE DEBTORS**

　The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 4/9/2008**

_/s/ Gloria M. Burns_
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-14631(GMB)

Order Authorizing Retention of Phoenix Management Services, Inc., as Restructuring Advisors for the Debtors

---

In re: Shapes/Arch Holdings L.L.C., et al.
Case No.: 08-14631 (GMB)
Applicant: Shapes/Arch Holdings L.L.C., et al.

☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13

☒ Debtors:   ☒ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Phoenix Management Services, Inc.
Address of Professional: 110 Chadds Ford Commons
Chadds Ford, PA 19317

☐ Attorney for:   ☐ Trustee   ☐ Debtors-in-Possession

☐ Official Committee of _____

☐ Accountant for:   ☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☒ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel

☐ Auctioneer ☒ Other (specify): Debtors' Restructuring Advisors

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the professional capacity noted. Notwithstanding the foregoing, the United States Trustee and Phoenix Management Services, Inc., have agreed that the issue of an "evergreen" retainer will be deferred and resolved in due course.

2

*Approved by Judge Gloria M. Burns April 09, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-14631(GMB)

Order Authorizing Retention of Phoenix Management Services, Inc., as Restructuring Advisors for the Debtors

---

      2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

      3.      The effective date of the retention is the date the application was filed with the Court.

CHERRY_HILL\430600\2  077771.000

3

*Approved by Judge Gloria M. Burns April 09, 2008*