| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>        Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

Order Filed on 4/9/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

Recommended Local Form:        ☐ Followed        ☒ Modified

## ORDER AUTHORIZING RETENTION OF STEVENS & LEE, P.C. AS SPECIAL LABOR AND CONFLICTS COUNSEL FOR THE DEBTORS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 4/9/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-14631(GMB)

Order Authorizing Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors

---

In re: Shapes/Arch Holdings L.L.C., et al.
Case No.: 08-14631(GMB)
Applicant: Shapes/Arch Holdings L.L.C., et al.

☐ Trustee:  ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13

☑ Debtors:  ☑ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Stevens & Lee, P.C.
Address of Professional: 1818 Market Street, 29th Floor
Philadelphia, PA 19103

☐ Attorney for:  ☐ Trustee  ☐ Debtors-in-Possession

☐ Official Committee of _____

☐ Accountant for:  ☐ Trustee  ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Other Professional:

☐ Realtor  ☐ Appraiser  ☑ Special Labor and Conflicts Counsel

☐ Auctioneer  ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the professional capacity noted pursuant to 11 U.S.C. §327(e).

2

*Approved by Judge Gloria M. Burns April 09, 2008*

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-14631(GMB)

Order Authorizing Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors

---

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

4. If Stevens & Lee, P.C., is named as a defendant in any avoidance action, it shall not represent the estates as plaintiff's counsel on any other avoidance actions, and shall withdraw as counsel of record in any avoidance actions which it had initiated on the estates' behalf prior to being named a defendant.

5. The United States Trustee and Stevens & Lee, P.C., have agreed that the issue of an "evergreen" retainer will be deferred and resolved in due course.

CHERRY_HILL\430925\2  077771.000

*Approved by Judge Gloria M. Burns April  09, 2008*