**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

| | |
|---|---|
| In re: : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, : | CHAPTER 11 |
| Debtors. : | CASE NO. 08-14631 |
| : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Debbie Reyes, paralegal to the firm of Cozen O'Connor, hereby certify that I caused true and correct copies of the documents listed below, to be served upon the parties listed on the attached service list, in the manner indicated, on April 4, 2008:

*Amended Motion for an Order Authorizing the Debtors to Retain, Employ and Compensate Professionals in the Ordinary Course Nunc Pro Tunc to March 16, 2008; and*

*Proposed Order.*

                                              /s/ Debbie Reyes
                                              Debbie Reyes

Dated: April 10, 2008

**SERVICE LIST**

Peter J. D'Auria, Esq. (via email)
Jeffrey M. Sponder, Esq. (via email)
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Robert Lapowsky, Esq. (via email)
Stevens & Lee, P.C.
181 Market Street, 29th Floor
Philadelphia, PA 19103
Special Counsel to Debtors

Alan D. Halperin, Esq. (via email)
Debra J. Cohen, Esq. (via email)
Walter Benzija, Esq. (via email)
Halperin Battaglia Raicht, LLP
555 Madison Avenue-9th Floor
New York, NY 10022-3301
Counsel for The Creditors' Committee

Michael D. Sirota, Esq. (via email)
Ilana Volkov, Esq. (via email)
Warren A. Usatine, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
PO Box 800
Hackensack, NJ 07601
Local Counsel for The Creditors' Committee

Joel Shapiro, Esq. (via email)
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Lawrence Flick, Esq. (via email)
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

2

CHERRY_HILL\435181\1 220718.000

Paul A. Patterson, Esq. (via email)
Michael Cordone, Esq. (via email)
Mark J. Dorval, Esq. (via email)
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103
Attorneys for The CIT Group/Business Credit, Inc.

Louis T. DeLucia, Esq. (via email)
Alan J. Brody, Esq. (via email)
Alyson M. Fiedler, Esq. (via email)
Greenberg Traurig, LLP
200 Park Ave.
Florham Park, NJ 07932
Attorneys for Arch Acquisition I, LLC

Nancy A. Mitchell, Esq. (via email)
Greenberg Traurig, LLP
Metlife Building
200 Park Ave.
New York, NY 10016
Attorneys for Arch Acquisition I, LLC

Diane E. Vuocolo, Esq. (via email)
Greenberg Traurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
Attorneys for Arch Acquisition I, LLC

Jennifer M. Davies, Esq. (via email)
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
Attorneys for Modern Handling Equipment Co.

Steven J. Reisman, Esq. (via email)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attorneys for Glencore Ltd.

Glencore Ltd (via email)
Attn: Elitsa Golab
301 Tresser Blvd.
Stamford, CT 06901

3

John R. Morton, Jr. Esq. (via email)
Law Offices of John R. Morton, Jr.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys for Jaguar Credit Corporation

Robert M. Marshall, Esq. (via email)
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ 07470
Attorneys for Alumet Supply, Inc.

Joe M. Lozano, Jr., Esq. (via email)
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
Attorneys for Bank of America

Jeffrey Kurtzman, Esq. (via email)
Klehr Harrison Harvey Branzbug & Ellers
260 South Broad Street
Philadelphia, PA 19102
Attorneys for A. Jerome Grossman and Frank Kessler

David W. Phillips, Esq. (via email)
Todd M. Galante, Esq. (via email)
Jeffrey M. Zalkin, Esq. (via email)
LeClairRyan
Two Penn Plaza East
Newark, NJ 07105-2249
Attorneys for De Lage Landen Financial Services, Inc.

Emmanuel J. Argentieri, Esq. (via email)
Parker McCay
PO Box 974
Marlton, NJ 08053
Attorneys for Pennsauken Township

Stephen Richman, Esq. (via regular mail)
Thomas Kohn., Esq. (via regular mail)
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
Attorneys for U.I.U. Health & Welfare Fund

Richard McNeill, Esq. (via regular mail)
McNeill & Walker
230 South Broad Street
Suite 700
Philadelphia, PA 19102
Attorneys for Teamsters Local 837

Internal Revenue Service (via regular mail)
Insolvency Function
P.O. Box 724
Springfield, N.J. 07081-0724

New Jersey Attorney General's (via regular mail)
Office Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Timothy A. Bortz  (via email)
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street-Room 203
Reading, PA  19602-1184

Commonwealth of Pennsylvania (via regular mail)
State Office Building
1400 Spring Garden Street, Room 1206
Philadelphia, PA  19130

U.S. Environmental Protection Agency (via regular mail)
Region 2
290 Broadway, 17th Floor
New York, NY 10007-1866

New Jersey Department of Environmental Protection (via regular mail)
Attorney General of New Jersey
25 Market Street
P.O. Box 093
Trenton, NJ  08625

CHERRY_HILL\435181\1 220718.000