MARKOWITZ & RICHMAN
R. Matthew Pettigrew, Jr. (RP-9788)
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
215-875-3132
Counsel for United Independent Union Health & Welfare Fund

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Shapes/Arch Holdings, L.L.C., et al. | : | Case No. 08-14631 (GMB) |
| | : | (Jointly Administered) |
| Debtor | : | |

---

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

---

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for United

Independent Union Health & Welfare Fund and, pursuant to Section 1109(b) of the United States

Code and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests

that all notices given or required to be given in the above case and all papers served in the case be

given to and served upon the undersigned:

R. Matthew Pettigrew, Jr., Esquire
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
215-875-3132 (phone)
215-790-0668 (fax)
mpettigrew@markowitzandrichman.com



PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and

papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

notices of any application, complaint, demand, hearing, motion, order, petition, pleading, request,

or other document brought before this Court, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, hand delivery, fax, or otherwise that affects the

Debtors or their estates.

MARKOWITZ & RICHMAN

_____April 7, 2008_____
Date

R. Matthew Pettigrew, Jr. (RP-9788)
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
215-875-3132 (phone)
215-790-0668 (fax)
mpettigrew@markowitzandrichman.com

Attorneys for United Independent Union
Health & Welfare Fund

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that a true a correct copy of the forgoing notice of appearance and request

for notices was served on this date, via first-class mail, upon the following:

Jerrold N. Poslusny, Jr., Esquire
Cozen O'Connor
Liberty View - Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Peter J. D'Auria, Esquire
Office of the United States Trustee
Suite 2100
One Newark Center
Newark, NJ 07102

MARKOWITZ & RICHMAN

<u>April 7, 2008</u>
Date

R. Matthew Pettigrew, Jr. (RP 9788)
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
215-875-3132 (phone)
215-790-0668 (fax)
mpettigrew@markowitzandrichman.com

Attorneys for United Independent Union
Health & Welfare Fund

LAW OFFICES
# MARKOWITZ & RICHMAN
1100 NORTH AMERICAN BUILDING
121 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19107
————
(215) 875-3100
TELECOPIER (215) 790-0668
WWW.MARKOWITZANDRICHMAN.COM
DIRECT DIAL
## 215-875-3132

April 7, 2008

RICHARD H. MARKOWITZ *
STEPHEN C. RICHMAN *
PAULA R. MARKOWITZ
QUINTES D. TAGLIOLI
JONATHAN WALTERS ++
ANTHONY C. BUSILLO II
THOMAS H. KOHN ***
RUTH SKOGLUND
R. MATTHEW PETTIGREW, JR.**
PETER H. DEMKOVITZ +
MATTHEW D. AREMAN +

* ALSO ADMITTED IN NEW YORK
  AND DISTRICT OF COLUMBIA
+ ALSO ADMITTED IN NEW JERSEY
++ ALSO ADMITTED IN DISTRICT OF COLUMBIA
** ALSO ADMITTED IN NEW JERSEY AND NEW YORK
*** ALSO ADMITTED IN VIRGINIA
  AND DISTRICT OF COLUMBIA

ALLENTOWN OFFICE
SUITE 200 COMMONWEALTH BLDG.
512 HAMILTON STREET
ALLENTOWN, PA 18101-1505
(610) 820-9531

NEW JERSEY OFFICE
24 WILKINS AVENUE
HADDONFIELD, NJ 08033
(856) 616-2930

NEW YORK OFFICE
880 THIRD AVENUE
NINTH FLOOR
NEW YORK, NY 10022
(212) 752-6761

HARRISBURG OFFICE
27 SOUTH ARLENE STREET
P.O. BOX 6865
HARRISBURG, PA 17112-6865
(717) 541-9475

## VIA FIRST-CLASS MAIL

Mr. Scott R. Liddle, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, NJ 08608

> Re:  Shapes/Arch Holdings, L.L.C., et al.
>      Case No. 08-14631 (GMB)(Jointly Administered)

Dear Mr. Liddle:

This law firm represents United Independent Union Health & Welfare Fund, a creditor in the above-referenced case. Enclosed please find the original and one copy of my notice of appearance and request for service of papers. Please file the original, date-stamp the copy, and return it to me. I have enclosed a self-addressed, stamped envelope for that purpose.

Thank you for your assistance in this matter.

Very truly yours,

R. Matthew Pettigrew, Jr.

cc:   Jerrold N. Poslusny, Jr., Esquire
      Peter J. D'Auria, Esquire