| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Robyn F. Pollack (RP 8974)<br>SAUL EWING LLP<br>A Delaware Limited Liability Partnership<br>750 College Road East, Suite 100<br>Princeton, NJ 08540-6617<br>(609) 452-3100 (phone)<br>(609) 452-3122 (fax)<br>Attorneys for SL Industries, Inc.<br><br>In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Case No. 08-14631 (GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

**ENTRY OF APPEARANCE AND DEMAND FOR SERVICE
OF PAPERS PURSUANT TO SECTION 1109(b) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002**

TO THE PERSONS ON THE ANNEXED SERVICE LIST:

NOTICE IS HEREBY GIVEN pursuant to section 1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Saul Ewing LLP ("Saul Ewing") hereby appears for SL Industries, Inc. in the above-captioned case.

NOTICE IS FURTHER GIVEN that Saul Ewing requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon Saul Ewing at

1062681.1 4/11/08

the following address and telephone number:

>Saul Ewing LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA 19102
>Attn: Robyn F. Pollack, Esquire
>Phone: (215) 972-7537
>Fax: (215) 972-1946
>E-mail: rpollack@saul.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtors or the property of such debtors or the debtors' estates.

>SAUL EWING LLP
>
>By: /s/ Robyn F. Pollack
>_____
>Robyn F. Pollack
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA 19102
>(215) 972-7537
>
>-and-
>
>750 College Road East
>Suite 100
>Princeton, NJ 08540
>(609) 452-3100 (phone)
>(609) 452-3122 (fax)
>
>Attorneys for SL Industries, Inc.

Dated: April 11, 2008