| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Robyn F. Pollack (RP 8974)<br>SAUL EWING LLP<br>A Delaware Limited Liability Partnership<br>750 College Road East, Suite 100<br>Princeton, NJ 08540-6617<br>(609) 452-3100 (phone)<br>(609) 452-3122 (fax)<br>Attorneys for SL Industries, Inc.<br><br>In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>Debtors. | Case No. 08-14631 (GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

## CERTIFICATE OF SERVICE

I, Robyn F. Pollack, Esquire, hereby certify that on this 11th day of April 2008, I caused a true and correct copy of the foregoing Entry of Appearance and Demand for Service of Papers Pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 9010 and 2002 to be served by First Class mail, postage prepaid, upon each of the parties or counsel listed on the attached Service List.

                    /s/
                  Robyn F. Pollack

1062681.1 4/11/08

## SERVICE LIST

| | |
|---|---|
| Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, New Jersey 08002<br>Telephone: (856) 910-5000<br>Facsimile: (856) 910-5075<br>Email: jposlusny@cozen.com<br>***Attorneys for Debtor*** | Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-2087<br>Facsimile: (302) 295-2013<br>***Attorneys for Debtor*** |
| John C. Kilgannon, Esq.<br>Stevens & Lee<br>1415 Route 70 East, Suite 506<br>Cherry Hill, New Jersey 08034<br>Telephone: (856) 857-4019<br>Facsimile: (610) 371-7954<br>Email: jck@stevenslee.com<br>***Attorneys for Debtor*** | Robert Lapowsky, Esq.<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 751-2886<br>Facsimile: (610) 371-7958<br>Email: rl@stevenslee.com;<br>rl@stevenslee.com<br>***Attorneys for Debtor*** |
| Peter J. D'Auria, Esq.<br>Jeffrey M. Sponder, Esq.<br>**Office of the United States Trustee**<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: USTPRegion03.NE.ECF@usdoj.gov | Paul A. Patterson, Esquire<br>Michael J. Cordone, Esquire<br>Mark J. Dorval, Esquire<br>Stradley Ronon Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 564-8052<br>Facsimile: (215) 564-8120<br>Email: ppatterson@stradley.com<br>***Attorneys for The CIT Group/Business Credit, Inc.*** |
| Brian Bull<br>Alcan<br>1188 Sherbrooke Street West<br>Montreal, Quebec<br>H3A 3G2<br>Canada<br>***Creditors' Committee Co-Chairperson*** | Richard A. Kellner<br>Rusal America Corp.<br>550 Mamaroneck Avenue<br>Harrison, NY 10528<br>***Creditors' Committee Co-Chairperson*** |

| | |
|---|---|
| Alan D. Halperin, Esquire<br>Walter Benziga, Esquire<br>Debra J. Cohen, Esquire<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue, 9th floor<br>New York, NY 10022-3301<br>Telephone: 212-765-9100<br>***Attorneys for Creditors' Committee*** | Michael D. Sirota, Esquire<br>Ilana Volkov, Esquire<br>Warren A. Usatine, Esquire<br>Cole Schotz Meisel Forman & Leonard PA<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07601<br>***Local Counsel to Creditors' Committee*** |
| Joel C. Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>Telephone: (215) 569-5507<br>Facsimile: (215) 832-5507<br>Email: shapiro-jc@blankrome.com<br>***Attorneys for Arcus ASI Funding LLC and Arcus ASI, Inc.*** | Lawrence Flick, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Telephone: (212) 885-5000<br>Facsimile: (212) 885-5002<br>Email: flick@blankrome.com<br>***Attorneys for Arcus ASI Funding LLC and Arcus ASI, Inc.*** |
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone: (212) 696-6000<br>Facsimile: (212) 697-1559<br>Email: sreisman@curtis.com<br>***Attorneys for Glencore Ltd.*** | Jennifer M. Davies, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Boulevard, Suite 200<br>Trevose, PA 19020-8544<br>Telephone: (215) 638-9330<br>Facsimile: (215) 638-2867<br>Email: jdavies@lammrubenstone.com<br>***Attorneys for Modern Handling Equipment Company*** |
| Jeffrey Kurtzman, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers LLP<br>260 S. Broad Street<br>Philadelphia, PA 19102<br>Telephone: (215) 569-4493<br>Facsimile: (215) 568-6603<br>Email: jkurtzma@klehr.com<br>***Attorneys for A. Jerome Grossman and Frank Kessler*** | David W. Phillips, Esq.<br>Todd M. Galante, Esq.<br>Jeffrey M. Zalkin, Esq.<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, New Jersey 07105-2249<br>Telephone: (973) 491-3600<br>Facsimile: (973) 491-3555<br>Email: David.Phillips@LeclairRyan.com;<br>Todd.Galante@LeclairRyan.com;<br>Jeffrey.Zalkin@LeclairRyan.com<br>***Attorneys for De Lage Landen Financial Services, Inc.*** |

| | |
|---|---|
| Emmanuel J. Argentieri, Esq.<br>Parker McCay<br>The Greentree Centre<br>7001 Lincoln Drive West<br>P.O. Box 974<br>Marlton, New Jersey 08053<br>Telephone: (856) 596-8900<br>Facsimile: (856) 596-9631<br>Email: eargentieri@parkermccay.com<br>***Attorneys for Pennsauken Township*** | Louis T. DeLucia, Esquire<br>Alan J. Brody, Esquire<br>Alyson M. Fiedler, Esquire<br>Greenberg Traurig LLP<br>200 Park Avenue<br>Florham Park, NJ 07932<br>Telephone: 973-360-7900<br>email: delucial@gtlaw.com<br>***Attorneys for Arch Acquisition I, LLC*** |
| Diane E. Vuocolo, Esquire<br>Greenberg Traurig, LLP<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215-988-7803<br>email: vuocolod@gtlaw.com<br>***Attorneys for Arch Acquisition I, LLC*** | Nancy A. Mitchell, Esquire<br>Greenberg Traurig, LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10016<br>email: mitchelln@gtlaw.com<br>***Attorneys for Arch Acquisition I, LLC*** |
| Glencore Ltd.<br>Attention: Elitsa Golab<br>301 Tresser Blvd.<br>Stamford, CT 06901 | John R. Morton, Jr., Esquire<br>Law Offices of John R. Morton, Jr.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057<br>***Attorneys for Jaguar Credit Corporation***<br>***Attorneys for Wells Fargo Equipment Financing, Inc.*** |
| Robert M. Marshall, Esquire<br>Marshall & Quentzel, L.L.C.<br>155 Willowbrook Boulevard<br>Wayne, NJ 07470<br>***Attorneys for Alumet Supply, Inc.*** | Joe M. Lozano, Jr., Esquire<br>Brice, Vander, Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br>***Attorneys for Bank of America*** |
| Stephen Richman, Esquire<br>Thomas Kohn, Esquire<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107<br>***Attorneys for U.I.U. Health & Welfare*** | Richard McNeill, Esquire<br>McNeill & Walker<br>230 South Broad Street<br>Suite 700<br>Philadelphia, PA 19102<br>***Attorneys for Teamsters Local 837*** |
| Internal Revenue Service (IRS)<br>P.O. box 21126<br>Philadelphia, PA 19114 | New Jersey Attorney General's Office<br>Division of Law<br>Attention: Tracy Richardson<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 112<br>Trenton, NJ 08625-0112 |

| | |
|---|---|
| Commonwealth of Pennsylvania<br>State Office Building<br>1400 Spring Garden Street, Room 1206<br>Philadelphia, PA 19130 | U.S. Environmental Protection Agency<br>Region 2<br>290 Broadway, 17th floor<br>New York, NY 10007-1866 |
| New Jersey Department of Environmental Protection<br>Attorney General of New Jersey<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625 | Shapes/Arch Holdings L.L.C.<br>c/o Steven Grabell<br>9000 River Road<br>Delair, NJ 08110 |
| Shapes L.L.C.<br>c/o Steven Grabell<br>9000 River Road<br>Delair, NJ 08110 | Ultra L.L.C.<br>c/o Daniel Carpey<br>1777 Hylton Road<br>Pennsauken, NJ 08110 |
| Delair L.L.C.<br>c/o Richard Grossman<br>8600 River Road<br>Delair, NJ 08110 | Accu-Weld L.L.C.<br>c/o Steven Grabell<br>1211 Ford Road<br>Bensalem, PA 19020 |
| Christine R. Etheridge<br>Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708<br>Telephone: 800-480-6513 | Wells Fargo Equipment Finance, Inc.<br>1540 W. Fountainhead Pkwy.<br>MAC S-3966-010<br>Temple, AZ 85260 |
| Timothy A. Bortz<br>UC Tax Agent/Bankruptcy Representative<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1184<br>Telephone: 610-378-4044<br>Fax: 610-378-4459<br>email: tbortz@state.pa.us | |