**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*
By:    Kelly A. Krail, Esquire
       Kathleen J. Collins, Esquire
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ  08002
(856) 854-3636
Attorneys for Creditor Quickway, Inc.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY  (CAMDEN)**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SHAPES/ARCH HOLDINGS, L.L.C., | ) | Case No. 08-14631-GMB |
| | ) | |
| Debtors. | ) | |

---

**NOTICE OF APPEARANCE AND
REQUST FOR SERVICE OF DOCUMENTS**

To the Clerk in charge of bankruptcy operations:

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Quickway, Inc., pursuant to 11 U.S.C. § 1109(b), and that, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, the undersigned requests that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served, in this case, be given to and served upon:

| | |
|---|---|
| Kelly A. Krail, Esquire | Kathleen J. Collins, Esquire |
| Litchfield Cavo LLP | Litchfield Cavo LLP |
| 1800 Chapel Avenue West Suite 360 | 1800 Chapel Avenue West, Suite 360 |
| Cherry Hill, NJ  08002 | Cherry Hill, NJ  08002 |
| (856) 854-3636 | (856) 854-3636 |
| (856) 751-1230 (facsimile) | (856) 751-1230 (facsimile) |
| Email: krail@litchfieldcavo.com | Email: collins@litchfieldcavo.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which any of the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by the undersigned.

          **LITCHFIELD CAVO LLP**

          By: _/s/ Kelly A. Krail_
               Kelly A. Krail, Esquire

          **LITCHFIELD CAVO LLP**

          By: _//s//_
               Kathleen J. Collins, Esquire

Dated: April 11, 2008