**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*
By:    Kelly A. Krail, Esquire
       Kathleen J. Collins, Esquire
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ  08002
(856) 854-3636
Attorneys for Creditor Quickway, Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY  (CAMDEN)**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SHAPES/ARCH HOLDINGS, L.L.C., | ) | Case No. 08-14631-GMB |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Kelly A. Krail, Esquire, hereby certify that on this 11 day of April, 2008, I did cause a true and correct copy of the foregoing Notice of Appearance and Request for Service of Documents to be served via First Class Mail, postage pre-paid, upon those persons listed on the attached Service List.

LITCHFIELD CAVO LLP

By: _____
         Kelly A. Krail, Esquire

Dated:  April 11, 2008

## SERVICE LIST

Jerrold N. Poslusny, Jr.
Cozen & O'Connor
Libertyview Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002

John C. Kilgannon
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, PA  19103

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ  07102