*Order Filed on 4/9/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>          Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

| |
|---|
| Recommended Local Form:      ☐ Followed      ☒ Modified |

### ORDER AUTHORIZING RETENTION OF STEVENS & LEE, P.C. AS SPECIAL LABOR AND CONFLICTS COUNSEL FOR THE DEBTORS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 4/9/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., <u>et al.</u>

Case No: 08-14631(GMB)

Order Authorizing Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors

---

In re: Shapes/Arch Holdings L.L.C., et al.
Case No.: 08-14631(GMB)
Applicant: Shapes/Arch Holdings L.L.C., et al.

☐ Trustee:     ☐ Chap. 7     ☐ Chap. 11     ☐ Chap. 13

☒ Debtors:     ☒ Chap. 11     ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Stevens & Lee, P.C.
Address of Professional: 1818 Market Street, 29th Floor
Philadelphia, PA 19103

☐ Attorney for:     ☐ Trustee     ☐ Debtors-in-Possession

☐ Official Committee of _____

☐ Accountant for:     ☐ Trustee     ☐ Debtor-in-Possession

☐ Official Committee of _____

☒ Other Professional:

☐ Realtor     ☐ Appraiser     ☒ Special Labor and Conflicts Counsel

☐ Auctioneer  ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the professional capacity noted pursuant to 11 U.S.C. §327(e).

2

*Approved by Judge Gloria M. Burns April 09, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-14631(GMB)

Order Authorizing Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors

---

     2.     Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

     3.     The effective date of the retention is the date the application was filed with the Court.

     4.     If Stevens & Lee, P.C., is named as a defendant in any avoidance action, it shall not represent the estates as plaintiff's counsel on any other avoidance actions, and shall withdraw as counsel of record in any avoidance actions which it had initiated on the estates' behalf prior to being named a defendant.

     5.     The United States Trustee and Stevens & Lee, P.C., have agreed that the issue of an "evergreen" retainer will be deferred and resolved in due course.

CHERRY_HILL\430925\2  077771.000

*Approved by Judge Gloria M. Burns April  09, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1          User: dfitzger             Page 1 of 1            Date Rcvd: Apr 10, 2008
Case: 08-14631                Form ID: pdf903            Total Served: 1

The following entities were served by first class mail on Apr 12, 2008.
db            +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 12, 2008**                              **Signature:**     _Joseph Speetjens_