**TRENK, DiPASQUALE, WEBSTER,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ  07052
(973) 243-8600
Sam Della Fera, Jr. (SD-4840)
*Attorneys for Metal Management Northeast, Inc. and*
*Metal Management Connecticut, Inc., Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 08-14631 (GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Chapter 11 |
| Debtors. | |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Metal Management Northeast, Inc. and Metal Management Connecticut, Inc., creditors of the above-captioned Debtors, hereby appear in this case by their counsel:

Sam Della Fera, Jr., Esq.
Trenk, DiPasquale, Webster,
Della Fera & Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
Telephone No.:  (973) 243-8600
Telecopy No.:  (973) 243-8677
email: sdellafera@trenklawfirm.com

**REQUEST IS HEREBY MADE** pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given in this case, and all papers, pleadings, motions, or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon the above-referenced counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interests of Metal Management Northeast, Inc. and Metal Management Connecticut, Inc. with respect to the Debtors or the property or proceeds in which the Debtors may claim an interest.

**TRENK, DiPASQUALE, WEBSTER, DELLA FERA & SODONO, P.C.**
*Attorneys for Metal Management Northeast, Inc. and Metal Management Connecticut, Inc., Creditors*

By:  /s/ Sam Della Fera, Jr.
        Sam Della Fera, Jr.

Dated: April 14, 2008

F:\WPDOCS\A-M\Metal Mgmt\Shapes Bankruptcy\Notice of Appearance.doc