Our File No.: 25804
JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Jaguar Credit Corporation
JM5630_____

|  |  |
|---|---|
| IN RE:<br>  SHAPES L.L.C. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 11<br>CASE NO: 08-14632(GMB)<br>HEARING DATE:<br><br>NOTICE OF MOTION OF JAGUAR CREDIT CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY |

To:

    Shapes L.L.C.
    9000 River Road
    Delair, NJ 08110
    Debtors

    Jerrold N. Poslusny, Jr., Esq.
    Liberty View, Suite 300
    457 Haddonfield Road
    Cherry Hill, NJ 08002
    Attorney for the debtors

    Office of the US Trustee
    One Newark Center
    Suite 2100
    Newark, NJ 07102
    Trustee

CONTINUED

Michael D. Sirota, Esq.
25 Main Street
Hackensack, NJ 07601
Attorney for the Official Joint Committee of Unsecured Creditors

John R. Morton, Jr., Esquire, attorney for Jaguar Credit Corporation, has filed papers with the Court for relief from the automatic stay to permit Jaguar Credit Corporation to repossess and sell the motor vehicle(s) described in the attached pleadings. Your rights may be affected. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult with one.** If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the motion, then no later than seven (7) days before the hearing date, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your position) at:

United States Bankruptcy Court
1 John F. Gerry Plaza
4th. & Cooper Streets
Camden, NJ 08101

If you mail your (request) (response) to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

TAKE FURTHER NOTICE that the facts movant relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion, and TAKE FURTHER NOTICE that oral argument is hereby not requested.

Attend the hearing scheduled to be held on                    at          a.m. in Courtroom         , United States Bankruptcy Court, Mitchell Cohen Federal Court House, 1 John F. Gerry Plaza, 4th. & Cooper Streets, 4th. Floor, Camden, New Jersey 08102.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order.

Date:                                           /s/ John R. Morton, Jr., Esquire
                                                John R. Morton, Jr., Esquire
                                                Attorney for Jaguar Credit
                                                Corporation