25804

Law Office of John R. Morton, Jr., Esq.
William E. Craig, Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: (609)866-0100
Attorney for: Jaguar Credit Corporation
JM-5630_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>SHAPES L.L.C. | ) Case No. 08-14632(GMB)<br>)<br>) CHAPTER 11<br>)<br>) Hearing Date:<br>)<br>) CERTIFICATION IN SUPPORT OF<br>)<br>) MOTION OF JAGUAR CREDIT<br>)<br>) CORPORATION FOR RELIEF FROM THE<br>)<br>) AUTOMATIC STAY |

BARBARA CODD certifies as follows:

1. I am employed by Ford Motor Credit Company and am familiar
   with the facts of this case. Ford Motor Credit acts as
   servicer for Jaguar Credit ("Jaguar").

2. On 5-18-05, the debtor executed a Motor Vehicle Lease
   Agreement for the lease of a 2005 Jaguar XJ8 more particularly
   described in the following paragraph.  The lease was assigned
   to Jaguar Credit Corporation and the debtor became indebted to
   Jaguar Credit Corporation in accordance with the terms of
   same.  Jaguar Credit Corporation is the owner of the vehicle.
   True copies of the lease and title are annexed hereto as
   exhibits A and B.

25804

3. The following information sets forth the make, model and
   serial number of the vehicle, the original terms of the lease,
   the average retail and trade-in value of the vehicle, and the
   current status of the debtor's lease:

   A. Make, model and serial number of motor vehicle:

      2005 Jaguar XJ8

      Serial number:  SAJWA79C35SG44976

   B. Original contract terms:

      (i) Total of payments:  $42192.00 plus lease end purchase
          option, sales tax and other charges if vehicle purchased
          at lease end.

      (ii) Term:  48 months

      (iii) Monthly payment: $879.00

      (iv) First payment due:  5-18-05

   C. Average retail value: $33700*

      Average trade-in value:  $29125*

      *Values derived from NADA Official Trade-in Guide, April
      2008

   D. Delinquency status:  Lease is past due from 2-17-08 to
      3-17-08

      Arrears:  $1,808.00 plus late charges and counsel fees

   E. Statement of amount due

      (i) Remaining lease payments:  $12306.00*

        * remaining lease payments do not include lease end
        purchase option, sales tax, official fees, counsel fees
        or other charges if vehicle is purchased at lease end.

25804

4. Jaguar Credit demands stay relief for the following reasons:

   a. The debtor has failed to make lease payments and is
      failing to provide Jaguar Credit with adequate
      protection.

I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE.   I
AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE
WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

BARBARA CODD

ANN M. BLOETSCHER
Notary Public Wayne County Michigan
My Commission Expires July 27, 2011

**Pennsylvania**
**Motor Vehicle Lease Agreement**

1-800-945-7000

JAGUAR
CREDIT

Leased (and Co-Lessee) - Name and Address (including County):
SHAPES LLC

Lessor - Name and Address
PHILDEHN IMPORTED CAR COMPANY
620 LANCASTER AVENUE
BRYN MAWR, PA 19010

CAB EAST LLC

"Jaguar Credit" is Jaguar Credit. The "Holder" is ____ and its assigns. By signing "Yes" (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms on the front and back of this lease.

| New/Used Demo | Mileage at Delivery | Year/Make/Model | GVW if Truck (lbs.) | Vehicle Identification Number | Vehicle Use |
|---|---|---|---|---|---|
| NEW | 300 | JAGUAR XJ | | SAJWA79C35B944576 | PERSONAL |

| Amount Due At Lease Signing or Delivery (itemized below) | Monthly Payments | Other Charges (not part of Your monthly payment) | Total of Payments (The amount You will have paid by the end of the lease) |
|---|---|---|---|
| $ 4359.00 | Your first monthly payment of $ 875.00 is due on 08/18/05, followed by 47 payments of $ 875.00, due on the 17TH day of each month. The total of Your monthly payments is $ 42150.00 | Disposition fee (if You do not purchase the Vehicle) $395.00 N/A N/A Total $ 395.00 | $ 46509.00 |

**Itemization of Amount Due at Lease Signing or Delivery**

Amounts Due At Lease Signing or Delivery:
| | |
|---|---|
| Capitalized cost reduction | $ 2799.00 |
| First monthly payment | 875.00 |
| Refundable security deposit | N/A |
| Title fees | 82.50 |
| Registration fees | 295.50 |
| ACQUISITION FEE | 495.00 |
| DOC FEE | 50.00 |
| TIRE TAX | 5.00 |
| UPFRONT TAXES | N/A |
| Total $ | 4359.00 |

How the Amount Due At Lease Signing or Delivery will be paid:
| | |
|---|---|
| Net trade-in allowance | $ N/A |
| Rebates and noncash credits | N/A |
| Amount to be paid in cash | N/A |
| Total $ | 4359.00 |

**Your monthly payment is determined as shown below:**

| | |
|---|---|
| Gross capitalized cost. The Agreed upon value of the Vehicle [$ 63210.38 ] and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) itemized below* | $ 65475.00 |
| Capitalized cost reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost | − 2799.00 |
| Adjusted capitalized cost. The amount used in calculating Your base monthly payment | = 62775.00 |
| Residual value. The value of the Vehicle at the end of the lease used in calculating Your base monthly payment | − 26454.15 |
| Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term | = 37321.73 |
| Rent charge. The amount charged in addition to the depreciation and any amortized amounts | + 4878.27 |
| Total of base monthly payments. The depreciation and any amortized amounts plus the rent charge | = 42150.00 |
| Lease payments. The number of payments in Your lease | ÷ 48 |
| Base monthly payment | = 875.00 |
| Monthly sales / use tax | + N/A |
| ____ Surcharge/ Fee ____ | + N/A |
| ____ | + N/A |
| Total monthly payment | = 875.00 |
| Lease term in months | 48 |

**Early Termination.** You may have to pay a substantial charge if You end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.

**Excess Wear and Use.** You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, unless You purchase the Vehicle, You must pay to Lessor ____ cents per mile for each mile in excess of ____ miles shown on the odometer. See Items 3 and 7 on back for additional excess wear and use terms.

**Excess Mileage Option Credit.** At the scheduled end of this lease, You will receive a credit of ____ N/A cents per mile for unused miles for the number of unused miles between ____ N/A and ____ N/A miles, less any amounts You owe Lessor. You will not receive any credit if the Vehicle is destroyed, if You terminate Your lease early, exercise any purchase option, are in default or the credit is less than $1.00.

**Purchase Option at End of Lease Term.** $ 26454.15 plus official fees and taxes is Your lease end purchase option price. You have the option to purchase the Vehicle from Lessor in cash for the purchase option price at the end of the lease term if You are not in default.

**Other Important Terms.** See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late and default charges, insurance, and any security interests, if applicable.

**WARRANTY.** The Vehicle is covered by any warranty, extended warranty or service contract indicated below:

☐ Standard new Vehicle warranty provided by the manufacturer or distributor of the Vehicle.
☐ ____

If the Vehicle is of a type normally used for personal use and the Lessor, or the Vehicle's manufacturer, estimate a written warranty or service contract covering the Vehicle within 90 days from the date of this lease, You get implied warranties of merchantability and fitness for a particular purpose covering the Vehicle. Otherwise, You understand and agree that there are no such implied warranties, except as otherwise required by state law.

**OFFICIAL FEES AND TAXES** $ ____ 3031.38
The estimated total amount You will pay for official and license fees, registration, title and taxes over the term of Your lease, whether included with Your monthly payments or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.
LESSOR SERVICES N/A
(See Item 2 on back)
**LATE PAYMENTS** You will pay a late charge on each payment that is not received within 10 days after it is due. The charge is 7.5% of the late amount of the scheduled payment or $50.00 whichever is less.

**Itemization of Gross Capitalized Cost**

| Agreed Upon Value of the Vehicle | Sales/Use Tax and Other Applicable Taxes | Title Fee | License and Registration Fees | Extended Warranty and Service Contract | Lessor Services |
|---|---|---|---|---|---|
| $ 63210.38 | $ 2965.38 | $ N/A | $ N/A | $ N/A | $ N/A |
| Acquisition Fee | Documentation Fee | | | | Total Gross Capitalized Cost |
| $ N/A | $ N/A | $ N/A | | | $ 65475.00 |

**SIGNATURES AND IMPORTANT NOTICES**

Modification: This lease sets forth all of the agreements of Lessor and You for the leased Vehicle. There is no other agreement. Any change in this lease must be in writing and signed by You and Jaguar Credit.

Lessee: Shapes LLC   By: X ____   Title: ____

Co-Lessee: ____ By: X ____ Title: ____

**YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.**

NOTICE: (1) Do not sign this lease before You read it or if it has any blank space to be filled in. (5) You have the right to get a filled-in copy of this lease. You state that You have been given a filled-in copy of this lease at the time You sign it and notice of an assignment of this lease by the Lessor to Holder.

Lessee: Shapes LLC   By: X ____   Title: ____

Co-Lessee: ____ By: X ____ Title: ____

Lessor is hereby notified that Holder has assigned (a "Intermediary," as defined in the Jaguar Credit Lease Assignment, its rights (but not its obligations) with respect to the purchase of this Vehicle and the sale of this Vehicle at lease termination. Lessor assigns this lease and assigns it to Holder under the terms of the Jaguar Credit Finance Plan for Dealers agreement between Lessor and Holder, unless otherwise indicated here:

Lessor: PHILDEHN IMPORTED CAR COMPANY   By: X ____   Title: ____

JC 10026-P May 03   NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION
Previous editions may NOT be used.
PA

ORIGINAL



# CERTIFICATE

HOLD TO LIGHT TO VIEW WATERMARK

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| SAJWA | 79C35 SG449 | 76 | 2005 | JAG | | 4 DR. |

| TYPE OF TITLE | DUPLICATE NO | GVW/NO/LGTH | COLOR/TRIM/BAND | DEALER I.D. | AXLES/GRP/PGP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 8 | EBONY | | 2 | |

| FEE | ISSUE DATE | VIN-REPLACEMENT | MILEAGE | STATUS |
|---|---|---|---|---|
| 20.00 | 06-10-2005 | | 500    A | |

13629 85193 03480

CAB EAST LLC
PO BOX 105704
ATLANTA          GA 30348 5704

F-FLOOD          S-SALVAGE
P-POLICE         T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
R NOT THE ACTUAL MILEAGE
M MILEAGE EXCEEDS THE
  MECHANICAL LIMITS

NUMBER OF
OWNERS          1

NUMBER OF
LIENHOLDERS

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN IF ANY AS STATED

CONTROL
NUMBER     261052E

SIGNATURE

## State of New Jersey
### MOTOR VEHICLE COMMISSION

DATE

RECORD
LIENHOLDER

DATE

FIRST
LIENHOLDER

LIEN RELEASED BY

SIGNATURE _____

RECORD
RELEASE

TITLE _____    DATE _____

LIEN RELEASED BY

SIGNATURE _____

FIRST
RELEASE

TITLE _____    DATE _____

RB   GU20051610041

NSM/SS-1 (R6/04)

# VOID IF ALTERED