JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Jaguar Credit Corporation
JM5630_____

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:
SHAPES L.L.C.

CHAPTER 11
CASE NO: 08-14632(GMB)
HEARING DATE:

CERTIFICATION OF SERVICE

JOHN R. MORTON, JR., attorney for Jaguar Credit Corporation hereby certifies as follows:

1. I am the attorney for Jaguar Credit Corporation and am fully familiar with the facts of this case.

2. On 4/14/2008, I mailed by regular mail a copy of the notice of motion, certification in support of motion and order to the following individuals:

   Shapes L.L.C.
   9000 River Road
   Delair, NJ 08110
   Debtors

   Jerrold N. Poslusny, Jr., Esq.
   Liberty View, Suite 300
   457 Haddonfield Road
   Cherry Hill, NJ 08002
   Attorney for the debtors

   Office of the US Trustee
   One Newark Center
   Suite 2100
   Newark, NJ 07102
   Trustee

CONTINUED

Michael D. Sirota, Esq.  
25 Main Street  
Hackensack, NJ 07601  
Attorney for the Official Joint Committee of Unsecured Creditors

## CERTIFICATION

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

/s/ John R. Morton, Jr.  
JOHN R. MORTON, JR.  
Attorney for Jaguar Credit Corporation