**DRINKER BIDDLE & REATH LLP**
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103
(215) 988-2700
Bonnie A. Barnett (BB 1196)
David B. Aaronson (DA 8387)
Deborah L. Shuff (DS 9470)
*Attorneys for Sears Holding Management Corporation;*
*Georgia-Pacific Corp.; The Glidden Co.;*
*Avery Dennison; Borden Foods; Crowley Corp.;*
*Garrett-Buchanan; Southeastern Pennsylvania Transportation Authority*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**(CAMDEN VICINAGE)**

| | |
|---|---|
| In re: | (Hon. Gloria M. Burns) |
| Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C. | Chapter 11 |
| | Lead Case No. 08-14631 (GMB) |
| | (Jointly Administered) |
| Debtors | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Sears Holding Management Corporation, Georgia-Pacific Corp., The Glidden Co., Avery Dennison, Borden Foods, Crowley Corp., Garrett-Buchanan, and Southeastern Pennsylvania Transportation Authority, parties in interest in the above-captioned proceeding, hereby appear in the above captioned bankruptcy cases through **DRINKER BIDDLE & REATH LLP,** its undersigned attorneys, and demands service of all notice and papers herein upon:

Bonnie A. Barnet, Esquire
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
215-988-2700/telephone
215-988-2757/fax
bonnie.barnet@dbr.com

and

Deborah L. Shuff, Esquire
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
215-988-2700/telephone
215-988-2757/fax
deborah.shuff@dbr.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property, or its estate.  The undersigned requests that the above attorneys be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**DRINKER BIDDLE & REATH LLP**

Dated: April 14, 2008

By: /s/ David B. Aaronson
David B. Aaronson