**DRINKER BIDDLE & REATH LLP**
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103
(215) 988-2700
Bonnie A. Barnett (BB 1196)
David B. Aaronson (DA 8387)
Deborah L. Shuff (DS 9470)
*Attorneys for Sears Holding Management Corporation;*
*Georgia-Pacific Corp.; The Glidden Co.;*
*Avery Dennison; Borden Foods; Crowley Corp.;*
*Garrett-Buchanan; Southeastern Pennsylvania Transportation Authority*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**(CAMDEN VICINAGE)**

| | |
|---|---|
| In re: | (Hon. Gloria M. Burns) |
| Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C. | Chapter 11 |
| | Lead Case No. 08-14631 (GMB) |
| | (Jointly Administered) |
| Debtors | |

**CERTIFICATE OF SERVICE**

      I, David B. Aaronson, hereby certify that on this 14th day of April, 2008, I caused to be served by United States mail a copy of the Objection Of Sears Holding Management Corporation, Georgia-Pacific Corp., The Glidden Co., Avery Dennison, Borden Foods, Crowley Corp., Garrett-Buchanan, And Southeastern Pennsylvania Transportation Authority To The Joint Disclosure Statement For The Debtors' Joint Plan Of Reorganization and a copy of the Notice of Appearance and Demand for Service of Papers upon the following:

**Ilana Volkov**
Cole, Schotz, Meisel, Forman & Leonard
25 Main St.
Hackensack, NJ 07601

**Walter Benzija**
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

**United States Trustee**  
Office of the United States Trustee  
One Newark Center  
Suite 2100  
Newark, NJ 07102  

**Jerrold N. Poslusny, Jr.**  
Cozen O'Connor  
LibertyView, Suite 300  
457 Haddonfield Road  
Cherry Hill, NJ 08002  

**John C. Kilgannon**  
Stevens & Lee  
1818 Market Street  
29th Floor  
Philadelphia, PA 19103  

Dated:  April 14, 2008

By: /s/ David B. Aaronson  
      David B. Aaronson