| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Robyn F. Pollack (RP 8974)<br>SAUL EWING LLP<br>A Delaware Limited Liability Partnership<br>750 College Road East, Suite 100<br>Princeton, NJ 08540-6617<br>(609) 452-3100 (phone)<br>(609) 452-3122 (fax)<br>Attorneys for SL Industries, Inc.<br><br>In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Case No. 08-14631 (GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11<br><br>Hearing Date: April 17, 2008 at 10:00 a.m. |

## CERTIFICATE OF SERVICE

I, Robyn F. Pollack, Esquire, hereby certify that on this 14th day of April 2008, I caused a true and correct copy of the foregoing Objection of SL Industries, Inc. to Joint Disclosure Statement for the Debtors' Joint Plan of Reorganization to be served by First Class mail, postage prepaid, upon each of the parties or counsel listed on the attached Service List.

/s/
Robyn F. Pollack

-2-

Jerold N. Poslusny, Jr., Esquire
Cozen O'Connor
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
*Attorneys for Debtor*

Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
*Attorneys for Debtor*

Alan D. Halperin, Esquire
Walter Benziga, Esquire
Debra J. Cohen, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022-3301
*Attorneys for Creditors' Committee*

Michael D. Sirota, Esquire
Ilana Volkov, Esquire
Warren A. Usatine, Esquire
Cole Schotz Meisel Forman & Leonard PA
Court Plaza North
25 Main Street
P. O. Box 800
Hackensack, NJ 07601
*Attorneys for Creditors' Committee*

Joel C. Shapiro, Esquire
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103
*Attorneys for Arcus ASI Funding LLC
   and Arcus ASI, Inc.*

Lawrence Flick, Esquire
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
*Attorneys for Arcus ASI Funding LLC
   and Arcus ASI, Inc.*

Paul A. Patterson, Esquire
Michael J. Cordone, Esquire
Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
*Attorneys for The CIT Group/Business Credit, Inc.*

Peter J. D'Auria, Esquire
Jeffrey M. Sponder, Esquire
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102