**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*
By:   Kelly A. Krail, Esquire
      Kathleen J. Collins, Esquire
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ 08002
(856) 854-3636
Attorneys for Creditor Quickway, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (CAMDEN)

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SHAPES/ARCH HOLDINGS, L.L.C., | ) | Case No. 08-14631-GMB |
| | ) | |
| Debtors. | ) | |

---

NOTICE OF WITHDRAWAL OF
OBJECTION TO DISCLOSURE STATEMENT, DOCUMENT # 151

To the Clerk in charge of bankruptcy operations:

**PLEASE TAKE NOTICE** of this formal request to withdraw document #151, Quickway Inc.'s Objection to Disclosure Statement filed by

> Kelly A. Krail, Esquire
> Litchfield Cavo LLP
> 1800 Chapel Avenue West Suite 360
> Cherry Hill, NJ 08002
> (856) 854-3636
> (856) 751-1230 (facsimile)
> Email: krail@litchfieldcavo.com

                                        **LITCHFIELD CAVO LLP**

By: _____
             Kelly A. Krail, Esquire

**LITCHFIELD CAVO LLP**

By: _____//s//_____
             Kathleen J. Collins, Esquire

Dated: April 14, 2008