**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932-0677
Tel: (973) 360-7900
Fax: (973) 295-1333
Louis T. DeLucia, Esq. (LD-3879)
Alan J. Brody, Esq. (AB-4777)
Diane Vuocolo, Esq. (DV-9904)
Alyson M. Fiedler, Esq. (AF-9058)
Counsel for Arch Acquisition I, LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No.: 08-14631 (GMB) |
| | (Jointly Administered) |
| Shapes/Arch Holdings L.L.C., *et al.* | Chapter 11 |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, ALAN J. BRODY, of full age, hereby certifies pursuant to Title 28 of the United States Code, Section 1746, as follows:

1. I am a shareholder with the law firm of Greenberg Traurig, LLP, 200 Park Avenue, Florham Park, New Jersey 07932.

2. On April 14, 2008, I caused a true and correct copy of the following document to be served upon the parties listed on the attached Service List *via* facsimile:

- *Objection of Arch Acquisition I, LLC to Debtors' Disclosure Statement.*

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of April 2008.

_____
Alan J. Brody

## SERVICE LIST

| | |
|---|---|
| Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, New Jersey 08002<br>Telephone: (856) 910-5000<br>Facsimile: (856) 910-5075<br>Email: jposlusny@cozen.com<br>***Attorneys for Debtor*** | Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-2087<br>Facsimile: (302) 295-2013<br>***Attorneys for Debtor*** |
| John C. Kilgannon, Esq.<br>Stevens & Lee<br>1415 Route 70 East, Suite 506<br>Cherry Hill, New Jersey 08034<br>Telephone: (856) 857-4019<br>Facsimile: (610) 371-7954<br>Email: jck@stevenslee.com<br>***Attorneys for Debtor*** | Robert Lapowsky, Esq.<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 751-2886<br>Facsimile: (610) 371-7958<br>Email: rl@stevenslee.com;<br>rl@stevenslee.com<br>***Attorneys for Debtor*** |
| Peter J. D'Auria, Esq.<br>Jeffrey M. Sponder, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email:<br>USTPRegion03.NE.ECF@usdoj.gov | Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email:<br>USTPRegion03.NE.ECF@usdoj.gov |
| Paul A. Patterson, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 564-8052<br>Facsimile: (215) 564-8120<br>Email: ppatterson@stradley.com<br>***Attorneys for Revolving Credit Agent*** | Joel C. Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>Telephone: (215) 569-5507<br>Facsimile: (215) 832-5746<br>Email: shapiro-jc@blankrome.com<br>***Attorneys for Arcus ASI Funding LLC<br>and Arcus ASI, Inc.*** |

| | |
|---|---|
| Lawrence Flick, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Telephone: (212) 885-5000<br>Facsimile: (212) 885-5002<br>Email: flick@blankrome.com<br>***Attorneys for Arcus ASI Funding LLC and Arcus ASI, Inc.*** | Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone: (212) 696-6000<br>Facsimile: (212) 697-1559<br>Email: sreisman@curtis.com<br>***Attorneys for Glencore Ltd.*** |
| Jennifer M. Davies, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Boulevard, Suite 200<br>Trevose, PA 19020-8544<br>Telephone: (215) 638-9330<br>Facsimile: (215) 638-2867<br>Email: jdavies@lammrubenstone.com<br>***Attorneys for Modern Handling Equipment Company*** | Jeffrey Kurtzman, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers LLP<br>260 S. Broad Street<br>Philadelphia, PA 19102<br>Telephone: (215) 569-4493<br>Facsimile: (215) 568-6603<br>Email: jkurtzma@klehr.com<br>***Attorneys for A. Jerome Grossman and Frank Kessler*** |
| David W. Phillips, Esq.<br>Todd M. Galante, Esq.<br>Jeffrey M. Zalkin, Esq.<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, New Jersey 07105-2249<br>Telephone: (973) 491-3600<br>Facsimile: (973) 491-3555<br>Email: David.Phillips@LeclairRyan.com;<br>Todd.Galante@LeclairRyan.com;<br>Jeffrey.Zalkin@LeclairRyan.com<br>***Attorneys for De Lage Landen Financial Services, Inc.*** | Emmanuel J. Argentieri, Esq.<br>Parker McCay<br>The Greentree Centre<br>7001 Lincoln Drive West<br>P.O. Box 974<br>Marlton, New Jersey 08053<br>Telephone: (856) 596-8900<br>Facsimile: (856) 596-9631<br>Email: eargentieri@parkermccay.com<br>***Attorneys for Pennsauken Township*** |
| Ilana Volkov, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard<br>25 Main Street<br>Hackensack, NJ 07602-0800<br>Telephone: (201) 489-3000<br>Facsimile: (201) 489-1536<br>Email: msirota@coleschotz.com;<br>ivolkov@coleschotz.com<br>***Attorneys for Creditor Committee*** | Donna Lieberman, Esq.<br>Halperin, Battaglia, Raicht, LLP<br>555 Madison Avenue, 9th Floor<br>New York, NY 10022<br>Telephone: (212) 765-9100<br>Facsimile: (212) 765-0964<br>Email: wbenzija@halperinlaw.net;<br>ahalperin@halperinlaw.net<br>***Attorneys for Creditor Committee*** |

NJ 226,381,981v1