**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, : | CHAPTER 11 |
| Debtors. : | CASE NO. 08-14631 (GMB) (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED ON APRIL 17, 2008 AT 10:00 A.M.**

**CONTINUED MATTERS**

    **None**

**UNCONTESTED MATTERS**

    1.    Amended Motion for an Order Authorizing the Debtors to Retain, Employ and Compensate Professionals in the Ordinary Course *Nunc Pro Tunc* to March 16, 2008 [Docket No. 102].

- Response Deadline: April 10, 2008
- Responses Received: None.
- Related Documents: Verified Motion for an Order Authorizing the Debtors to Retain, Employ and Compensate Professionals in the Ordinary Course *Nunc Pro Tunc* to March 16, 2008 [Docket No. 79].
- Status: No objections have been received and a Certificate of No Objection will be filed.

    2.    Verified Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing Continuation of Certain Customer Practices and Programs [Docket No. 114].

- Response Deadline: Objections can be presented at the hearing.
- Responses Received: None.
- Related Documents: Application for Order Shortening Time Period for Notice [Docket No. 115]. Order Shortening Time Period for Notice and Setting Hearing [Docket No. 117].
- Status: This matter is going forward.

**PRETRIAL CONFERENCES**

None

**CONTESTED MATTERS**

None

**CONTESTED MATTERS-EVIDENTIARY HEARING REQUIRED**

3. Verified Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens and Security Interest and Providing Superpriority Administrative Expense Status; (III) Modifying the Automatic Stay; and (IV) Scheduling Final Hearing, Pursuant to Section 105, 362, 363 and 364 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedures 2002 and 4001(c) and (d) [Docket No. 18].

- Response Deadline: March 31, 2008-extended to April 16, 2008 at 11:00 a.m. for Creditors' Committee.
- Responses Received:
  Limited objection filed by Pennsauken Township [Docket No. 80].
  Objection filed by Arch Acquisition I, LLC [Docket No. 81].
  Objection filed by Wells Fargo Equipment Finance, Inc. [Docket No. 107].
  Objection filed by the Office of the U.S. Trustee [Docket No. 154].
- Related Documents: Interim Order (Acrus) [Docket No. 38]; Interim Order (CIT) [Docket No. 39]; Bridge Order (CIT) [Docket No. 98 & 99]; Bridge Order (Acrus) [Docket No. 125]; Second Bridge Order (Arcus) [Docket No. 134]; Second Bridge Order (CIT) [Docket No. 135].
- Status: This matter is going forward.

4. Joint Disclosure Statement for the Debtors' Joint Plan of Reorganization [Docket No. 16].

- Response Deadline: April 14, 2008- extended to April 16, 2008 at 11:00 a.m. for Creditors' Committee and The CIT Group/Business Credit, Inc.
- Responses Received:

2

       Objection filed by Pollution Control Financing Authority of Camden County [Docket No. 145].
       Objection filed by Sears Holding Management Corporation, Georgia-Pacific Corp., The Glidden Co., Avery Dennison, Borden Foods, Crowley Corp., Garrett-Buchanan and Southeastern Pennsylvania Transportation Authority [Docket No. 149].
       Objection filed by Quick-Way, Inc. [Docket No. 151].
       Objection filed by SL Industries, Inc. [Docket No. 152].
       Objection filed by Arch Acquisition I, LLC [Docket No. 153].
       Objection filed by Quick-Way, Inc. [Docket No. 155].
       Notice of Withdrawal of Objection to Disclosure Statement, Docket No. 151 [Docket No. 156].
       Objection filed by the Office of the U.S. Trustee [Docket No. 157].

- Related Documents: Debtors' Joint Plan of Reorganization [Docket No. 15]; Notice of Filing of Supplement to the Debtors' Joint Plan of Reorganization [Docket No. 159].
- Status: This matter is going forward.

## FEE APPLICATIONS

**None**

Dated: April 15, 2008                COZEN O'CONNOR

                                          By:   */s/ Jerrold N. Poslusny, Jr.*
                                              Mark E. Felger
                                              Jerrold N. Poslusny, Jr.

                                              Attorneys for the Debtors