**GIANSANTE & COBB, LLC**
By:  Carol R. Cobb, Esq. (3574)
     Louis Giansante, Esq. (9585)
23 East Main Street
Moorestown, NJ  08057-3309
(856) 273-8866
giansantecobb@verizon.net
**Attorneys for the Creditor,
Ward Sand & Materials, Inc.**

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ
08 APR 14 PM 3:49
JAMES J. WALDRON
BY:_____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS, L.L.C., et al., | CASE NO. 08-14631(GMB) |
| Debtors. | |

**PLEASE TAKE NOTICE** that the law firm of **GIANSANTE & COBB, LLC** hereby enters its appearance as attorneys for unsecured creditor, **WARD SAND AND MATERIALS COMPANY, LLC/successor J.D. MORRISSEY, INC.** in the above proceeding, and pursuant to Bankruptcy Rule 2002 and 9010, requests that their name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

CAROL ROGERS COBB, ESQ.
GIANSANTE & COBB, LLC
23 E. Main Street
Moorestown, New Jersey 08057-3309
(856) 273-88866
<u>giansantelaw@verizon.net</u>

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

This appearance and request for notice is made without prejudice to Ward Sand and Materials Company, Inc.'s rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit WARD SAND AND MATERIALS COMPANY, INC. to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: April 14, 2008

GIANSANTE & COBB, LLC

Carol Rogers Cobb (#3574)
23 E. Main Street
Moorestown, NJ 08057-3309
(856) 273-8866

Louis Giansante (#9585)
23 E. Main Street
Moorestown, NJ 08057-3309
(856) 273-8866