**GIANSANTE & COBB, LLC**
By:  Carol R. Cobb, Esq. (3574)
     Louis Giansante, Esq. (9585)
23 East Main Street
Moorestown, NJ  08057-3309
(856) 273-8866
giansantecobb@verizon.net
**Attorneys for the Creditor,**
**Ward Sand & Materials, Inc.**

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

08 APR 14 PM 3: 48

JAMES J. WALDRON
BY:_____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **In Re:** ) | **Chapter 11** |
| ) | |
| ) | **CASE NO. 08-14631(GMB)** |
| SHAPES/ARCH HOLDINGS, L.L.C., ) | |
| et al., ) | |
| Debtors. ) | |

**PROOF OF SERVICE**
**OF**
**WARD SAND & MATERIALS, INC.'S**
**OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT**
**AND NOTICE OF APPEARANCE**

The attached Response to debtors' objection to Debtor's Disclosure Statement has been hand-delivered and filed with the Clerk of the Court to:

Mark E. Felger, Esq.
Jerrold N. Poslusny, Jr.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000

and overnighted to:

John C. Kilgannon
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, PA 19103

       Office of the United States Trustee
       One Newark Center, Suite 2100
       Newark, NJ 07102

Dated: April 14, 2008          GIANSANTE & COBB, LLC

                                    /s/ Carol Cobb
                                    Carol Rogers Cobb (#3574)
                                    on the brief
                                    23 E. Main Street
                                    Moorestown, NJ 08057-3309
                                    (856) 273-8866