# EXHIBIT A

1  Q   Okay.  And how would you describe the credit markets today?
2  A   The level of uncertainty and the instability, it is in a
3  situation that I've never witnessed it.  You can have a
4  commitment one day and it goes away the next.  People don't ask
5  about pricing anymore.  The key is just getting a deal approved
6  and that's a monumental task these days.
7  Q   So would you say it's a difficult setting for a borrower
8  these days?
9  A   That's putting it mildly, yes.
10 Q   Okay.  So the lenders that you did approach, were they
11 folks that you would characterize as regular participants in
12 the DIP financing market?
13 A   I would not only characterize them as normal participants
14 but one of the -- some of the few remaining participants in
15 this market right now.
16 Q   And walk us through what -- what you found as a result of
17 these calls with potential alternative lenders.
18 A   I approached probably the four largest lending institutions
19 that we have done business with in the past, ones that I have
20 experience in providing DIP facilities.  With regard to the
21 revolver, the $60 million revolver which is somewhat of an
22 attractive facility to a lender post-petition, it's one of the
23 more secure facilities, the pricing that I was told that I
24 could expect was Libor plus 2.75 to 4 -- 400.
25          And right now, the bank -- the CIT facility is

# EXHIBIT B

1   the company, which is while the term loan would be
2   collateralized by the fixed assets, I had no free cash flow to
3   support or to service that loan.  That turned off two of the
4   banks completely.
5           Their policy was they would not fund into a situation
6   where they couldn't show positive cash flow because our DIP
7   model basically shows that the term loan is funding the losses
8   for the next 13 weeks.  The banks that said well, if we got out
9   hands around the credit and we could talk to the revolver bank
10  and if we provided that, their pricing was more like Libor plus
11  four-and-a-half to five.  In this case, the pricing for the
12  term loan is prime plus six.
13          So, it's a little in the high range but basically
14  right there with what I was hearing from the other banks.  The
15  fees were two to three points on the term loan and in the case
16  of our term loan, it's one-and-a-half percent on the total
17  facility of $85 million.  The collateral fees and the agent
18  fees are 40,000 respectfully a month and that's about what the
19  market is charging now to monitor a company this size with the
20  collateral package that we have.  So I quickly concluded and
21  reported back to you that not only is this a competitive
22  package, it's under market right now, particularly for the
23  revolver.
24          And from a credit point of view and given the
25  company's credit situation as we stand now in a cash-negative