MARK E. FELGER (MF9985)
JERROLD N. POSLUSNY, JR. (JP7140)
COZEN O'CONNOR
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>:<br>: CHAPTER 11<br>:<br>: CASE NO. 08-14631<br>: (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION OF NOTICE OF BAR DATE

STATE OF NEW JERSEY     :
                        : ss.
COUNTY OF CAMDEN        :

JERROLD N. POSLUSNY, JR. of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am a member of the firm of Cozen O'Connor, which firm is attorneys for the Debtors in the above-captioned matter.

2. Pursuant to the Order Establishing Bar Date for Filing Proofs of Claim and Approving Form and Manner of Notice, entered on March 18, 2008, I caused publication of the Notice of Deadline to File Proofs of Claim to be made in The Courier-Post, The Philadelphia Inquirer, The Wall Street Journal (US Circulation) and The Wall Street Journal (International Circulation) on March 21, 2008, March 27, 2008, March 27, 2008 and April 1, 2008, respectively.

3.  A copy of the Affidavits of Publication executed by the agents of <u>The Courier-Post</u>, <u>The Philadelphia Inquirer</u> and <u>The Wall Street Journal</u>, together with the format of the published notices, are annexed hereto as <u>Exhibit "A"</u>.

/s/ *Jerrold N. Poslusny, Jr.*
Jerrold N. Poslusny, Jr.

Sworn and subscribed to
before me this 14th day
of April, 2008.

/s/ Debbie Reyes
Debbie Reyes
Notary Public of New Jersey
My Commission Expires August 5, 2009

**NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM**

Please take notice that the Bankruptcy Court for the District of New Jersey has entered an Order (the "Bar Date Order") in the Chapter 11 bankruptcy cases of Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C. (collectively, the "Debtors") Case Nos. 08-14631 (Jointly Administered) establishing May 15, 2008, as the claims bar date (the "Bar Date"). The Bar Date Order requires that any claims against the Debtors be filed by submitting a proof of claim with the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4601, New York, NY 10163-4601 (by regular mail) or 757 Third Avenue, Third Floor, New York, NY 10017 (by overnight mail), so that such proof of claim is actually received on or before the Bar Date. A copy of the Proof of Claim must also be served upon the Debtors' counsel at the following address: Cozen O'Connor, LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ, 08002, Attn: Jerrold N. Poslusny, Jr., Esq. If you believe that you have a potential claim against the Debtors (whether secured, priority or unsecured), that arose prior to the Petition Date and you have not received a Notice from the Debtors regarding same, please contact the Debtors' attorney at the address above or at (856) 910-5000 to request a copy of the Bar Date Order. The Bar Date Order provides important information, including, but not limited to: (a) which persons or entities are required to file proofs of claim by the Bar Date; (b) which persons or entities are not required to file proofs of claim by the Bar Date; and (c) the form to be utilized by any persons or entities wishing to submit claims. Any person or entity that is required to a file a proof of claim in these cases but fails to do so in a timely manner, shall be forever barred, estopped and enjoined from: (a) asserting any claim against the Debtors that such creditor has that (i) is in an amount that exceeds the amount, if any, that is set forth in the Debtors' schedules of liabilities, or (ii) is of a different nature or in a different classification (any such claim referred to as an "Unscheduled Claim"); and (b) voting upon, or receiving distributions under, any plan or plans of reorganization in these cases in respect of an Unscheduled Claim; and the Debtors and their property shall be forever discharged from any and all indebtedness or liability with respect to such Unscheduled Claim.
(1238179) ($55.08)

---

**STATE OF NEW JERSEY** § 
**CAMDEN COUNTY**

**OLGA VELEZ**

of full age, being duly sworn, according to law, says that he/she is bookkeeper of the

## COURIER-POST

and that a Notice, of which the annexed is a true copy, was published daily in the *Courier-Post*, a newspaper printed and published daily in the county of Camden, Burlington and Gloucester, State of New Jersey, once a 21st day of March  A.D. 2008

Sworn and subscribed before me this 21st day of March A.D. 2008

_____ Notary Public

BRANDON R. HAWKINS
Notary Public
State of New Jersey
My Commission Expires May 11, 2012

Affidavit legal noticesCP

## Proof of Publication in The Philadelphia Inquirer
### Under Act. No 160, P.L. 877, July 9, 1976

**STATE OF PENNSYLVANIA**
**COUNTY OF PHILADELPHIA**

Anna Dickerson being duly sworn, deposes and says that **The Philadelphia Inquirer** is a daily newspaper published at Broad and Callowhill Streets, Philadelphia County, Pennsylvania, which was established in the year 1829, since which date said daily newspaper has been regularly published and distributed in said County, and that a copy of the printed notice of publication is attached hereto exactly as the same was printed and published in the all editions and issues of said daily newspaper on the following dates:

March 27, 2008

Affiant further deposes and says that she is an employee of the publisher of said newspaper and has been authorized to verify the foregoing statement and that she is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

*Anna Dickerson* (signature)

Sworn to and subscribed before me this 27th day of March, 2008

*Mary Anne Logan* (signature)
Notary Public

My Commission Expires:

NOTARIAL SEAL
Mary Anne Logan, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 30, 2009

**Copy of Notice of Publication**

**NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM**
Please take notice that the Bankruptcy Court for the District of New Jersey has entered an Order (the "Bar Date Order") in the Chapter 11 bankruptcy cases of Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C. (collectively, the "Debtors") Case Nos. 08-14631 (Jointly Administered) establishing **May 15, 2008**, as the claims bar date (the "Bar Date"). The Bar Date Order requires that any claims against the Debtors be filed by submitting a proof of claim with the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4601, New York, NY 10163-4601 (by regular mail) or 757 Third Avenue, Third Floor, New York, NY 10017 (by overnight mail or hand delivery), so that such proof of claim is actually received on or before the Bar Date. A copy of the Proof of Claim must also be served upon the Debtors' counsel at the following address: Cozen O'Connor, LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ, 08002, Attn: Jerrold N. Poslusny, Jr., Esq. If you believe that you have a potential claim against the Debtors (whether secured, priority or unsecured), that arose prior to the Petition Date and you have not received a Notice from the Debtors regarding same, please contact the Debtors' attorney at the address above or at (856) 910-5000 to request a copy of the Bar Date Order. The Bar Date Order provides important information, including, but not limited to: (a) which persons or entities are required to file proofs of claim by the Bar Date; (b) which persons or entities are not required to file proofs of claim by the Bar Date; and (c) the form to be utilized by any persons or entities wishing to submit claims. Any person or entity that is required to a file a proof of claim in these cases but fails to do so in a timely manner, shall be forever barred, estopped and enjoined from: (a) asserting any claim against the Debtors that such creditor has that (i) is in an amount that exceeds the amount, if any, that is set forth in the Debtors' schedules of liabilities, or (ii) is of a different nature or in a different classification (any such claim referred to as an "Unscheduled Claim"); and (b) voting upon, or receiving distributions under, any plan or plans of reorganization in these cases in respect of an Unscheduled Claim; and the Debtors and their property shall be forever discharged from any and all indebtedness or liability with respect to such Unscheduled Claim.

STATE OF TEXAS           )
                         ) ss:
CITY AND COUNTY OF DALLAS)

I, Michael Swaim, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL (Global), a daily national newspaper published and of general circulation in The United States of America, Asia, Europe and that the attached advertisement has been published in THE WALL STREET JOURNAL (Global) for one insertion(s) on the following date(s): 3/27/2008 (US circ) and 4/1/2008 (int'l circ); advertiser Shapes/Arch Holdings L.L.C. and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

_____

Sworn to before me this

2nd day of April 2008

_____
Notary Public

ERIN N. MCBRAYER
Notary Public, State of Texas
My Commission Expires
May 18, 2011

**BANKRUPTCIES**

**NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM**

Please take notice that the Bankruptcy Court for the District of New Jersey has entered an Order (the "Bar Date Order") in the Chapter 11 bankruptcy cases of Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C. (collectively, the "Debtors") Case Nos. 08-14631 (Jointly Administered) establishing May 15, 2008, as the claims bar date (the "Bar Date"). The Bar Date Order requires that any claims against the Debtors be filed by submitting a proof of claim with the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4601, New York, NY 10163-4601 (by regular mail) or 757 Third Avenue, Third Floor, New York, NY 10017 (by overnight mail or hand delivery), so that such proof of claim is actually received on or before the Bar Date. A copy of the Proof of Claim must also be served upon the Debtors' counsel at the following address: Cozen O'Connor, LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ, 08002, Attn: Jerrold N. Poslusny, Jr., Esq. If you believe that you have a potential claim against the Debtors (whether secured, priority or unsecured), that arose prior to the Petition Date and you have not received a Notice from the Debtors regarding same, please contact the Debtors' attorney at the address above or at (856) 910-5000 to request a copy of the Bar Date Order. The Bar Date Order provides important information, including, but not limited to: (a) which persons or entities are required to file proofs of claim by the Bar Date; (b) which persons or entities are not required to file proofs of claim by the Bar Date; and (c) the form to be utilized by any persons or entities wishing to submit claims. Any person or entity that is required to a file a proof of claim in these cases but fails to do so in a timely manner, shall be forever barred, estopped and enjoined from: (a) asserting any claim against the Debtors that such creditor has that (i) is in an amount that exceeds the amount, if any, that is set forth in the Debtors' schedules of liabilities, or (ii) is of a different nature or in a different classification (any such claim referred to as an "Unscheduled Claim"); and (b) voting upon, or receiving distributions under, any plan or plans of reorganization in these cases in respect of an Unscheduled Claim; and the Debtors and their property shall be forever discharged from any and all indebtedness or liability with respect to such Unscheduled Claim.