|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |  |
| **Caption in Compliance with D.N.J. LBR 9002-2(c)**<br><br>Stradley Ronon Stevens & Young, LLP<br>A Pennsylvania Limited Liability Partnership<br>Woodland Falls Corporate Park<br>200 Lake Drive East<br>Suite 100<br>Cherry Hill, NJ 08002<br>856-321-2400<br>Paul A. Patterson, Esquire<br>Mark J. Dorval, Esquire (MD-3304)<br>Attorneys for The CIT Group/Business Credit, Inc. | Case No. 08-14631-GMB (Jointly Administered)<br><br>Judge: Honorable Gloria M. Burns<br><br>Chapter 11 |
| IN RE:<br><br>SHAPES/ARCH HOLDINGS, L.L.C., et al,<br><br>Debtor. | Certificate of Service |

 I hereby certify that on or about the 16th day of April, 2008, I caused a true and correct copy of the Response and Reservation of Rights of The CIT Group/Business Credit, Inc., for Itself and as Agent, to Debtor's Disclosure Statement (the "Response"), to be served via electronic transmission on the following:

| | |
|---|---|
| United States Trustee's Office<br>USTPRegion03.NE.ECF@usdoj.gov | David B. Aaronson<br>david.aaronson@dbr.com |
| Emmanuel J. Argentieri<br>eargentieri@parkermccay.com | Walter Benzija<br>wbenzija@halperinlaw.net<br>eganc@halperinlaw.net<br>cmitchell@halperinlaw.net<br>jmoore@halperinlaw.net |

B # 776193 v.1

| | |
|---|---|
| Alan J. Brody<br>brodya@gtlaw.com | Cheryl L. Cooper<br>phil@holstonlaw.com |
| Jennifer M. Davies<br>jdavies@lammrubenstone.com<br>mdenton@lammrubenstone.com | Sam Della Fera<br>sdellafera@trenklawfirm.com |
| Alyson M. Fiedler<br>fiedlera@gtlaw.com | Joseph M. Garemore<br>jgaremore@brownconnery.com |
| John C. Kilgannon<br>jck@stevenslee.com | Suzanne M. Klar<br>suzanne.klar@pseg.com<br>joel.taylor@pseg.com<br>peter.siebeljr@pseg.com |
| Kelly A. Krail<br>krail@litchfieldcavo.com<br>collins@litchfieldcavo.com | Jeffrey Kurtzman<br>jkurtzma@klehr.com |
| Robert M. Marshall<br>rmarshall@mqlaw.net | John R. Morton<br>jrmecf@verizon.net |
| Office of Unemployment Compensation Tax Services (OUCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | David W. Phillips<br>david.phillips@leclairryan.com |
| Robyn Pollack<br>rpollack@saul.com | Jerrold N. Poslusny<br>jposlusny@cozen.com<br>dreyes@cozen.com |
| Steven J. Reisman<br>sreisman@cm-p.com<br>jdrew@curtis.com<br>lharrison@cm-p.com | Joseph L. Schwartz<br>jschwartz@riker.com |
| Joel C. Shapiro<br>shapiro-jc@blankrome.com<br>hutches@blankrome.com<br>senese@blankrome.com | Michael D. Sirota<br>msirota@coleschotz.com |

|  |  |
|---|---|
| Ilana Volkov | Diane E. Vuocolo |
| ivolkov@coleschoz.com | vuocolod@gtlaw.com |

Also, on or about April 16, 2008, I caused a copy of the Response to be served via first class United States mail, postage prepaid on the following:

|  |  |
|---|---|
| Carol R. Cobb | IKON Financial Services |
| 23 East Main Street | Bankruptcy Administration |
| Moorestown, NJ 08057-3309 | 1738 Bass Road |
|  | PO Box 13708 |
|  | Macon, GA 31208-3708 |
|  |  |
| Sherry D. Lowe | Markowitz & Richman |
| Lamm Rubenstone LLC | 1100 North American Building |
| 3600 Horizon Boulevard | 121 South Broad Street |
| Suite 200 | Philadelphia, PA 19107 |
| Trevose, PA 19053 |  |

Phoenix Management Services, Inc.
110 Chadds Ford Commons
Chadds Ford, PA 19317

/s/Mark J. Dorval
Mark J. Dorval (MD 3304)
Paul A. Patterson
STRADLEY RONON STEVENS & YOUNG, LLP
Woodland Falls Corporate Park
200 Lake Drive East
Suite 100
Cherry Hill, NJ 08002
(856) 321-2400
Attorneys for Respondent The CIT Group/Business Credit, Inc.