**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (GMB) : (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING AMENDED MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO RETAIN, EMPLOY AND COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE *NUNC PRO TUNC* TO MARCH 16, 2008 [DOCKET NO. 102].**

The undersigned hereby certifies that, as of April 16, 2008, Cozen O'Connor has received no answer, objection or other responsive pleading to the Amended Motion for an Order Authorizing the Debtors to Retain, Employ and Compensate Professionals in the Ordinary Course *Nunc Pro Tunc* to March 16, 2008 [Docket No. 102], filed on April 4, 2008. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appeared thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than April 10, 2008.

CHERRY_HILL\438089\1  220718.000

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: April 16, 2008                    COZEN O'CONNOR

                                           By:    */s/ Jerrold N. Poslusny, Jr.*
                                                 Mark E. Felger
                                                 Jerrold N. Poslusny, Jr.

                                                 Attorneys for the Debtors