| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Emmanuel J. Argentieri (#3162)** <br> PARKER McCAY P.A. <br> P.O. Box 974 <br> Marlton, New Jersey 08053 <br> (856) 596-8900 <br> **Attorneys for Pennsauken Township** | |
| In Re: <br> SHAPES/ARCH HOLDINGS, LLC et al. <br><br> Debtor | Chapter 11 <br><br> Case No: 08-14631 (GMB) <br><br> Judge: Gloria M. Burns |

## CERTIFICATE OF SERVICE

I, NATALIA ARENA, of full age, hereby certify as follows:

1. I am employed in the offices of PARKER McCAY P.A., attorneys for the Secured Creditor, Township of Pennsauken, in the above-entitled matter.

2. On April 16, 2008 I served, by regular mail Pennsauken Township Objection to Debtor's Joint Disclosure Statement in the above captioned matter to:

Jerrold N. Poslusny, Jr.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

LAW OFFICE
**PARKER McCAY**

John C. Kilgannon
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, PA 19103

Michael D. Sirota
Cole, Schotz, Meisel, Forman & Leonard, P.A.
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800

Ilana Volkov
Cole, Schotz, Meisel, Forman & Leonard
25 Main St.
Hackensack, NJ 07601

Walter Benzija, Esquire
Alan D. Halperin, Esquire
Debra J. Cohen, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

David W. Phillips, Esq.
Todd M. Galante, Esq.
Jeffrey M. Zalkin, Esq.
LeClairRyan
Two Penn Plaza East
Newark, New Jersey 07105-2249

Paul A. Patterson, Esquire
Michael J. Cordone, Esquire
Mark J. Dorval, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098

Louis T. DeLucia, Esquire
Alan J. Brody, Esquire
Alyson M. Fiedler, Esquire
Joel C. Shapiro, Esquire
GREENBERG TRAURIG, LLP

200 Park Avenue
Florham Park, New Jersey 07932

Blank Rome, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

Paul A. Patterson, Esquire
Stradley, Ronon, Stevens and Young
2600 One Commerce Square
Philadelphia, PA 19103

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

BROWN & CONNERY, LLP
Joseph M. Garemore, Esquire
6 North Broad Street, Suite 100
Woodbury, NJ 08096

DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103

Sam Della Fera, Jr., Esquire
Trenk, DiPasquale, Webster,
Della Fera & Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052

Susan D. Lowe, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

Jennifer Davies, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

Christine R. Etheridge
Bankruptcy Administration

LAW OFFICE
**PARKER McCAY**

IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

Robyn F. Pollack, Esquire
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Kelly A. Krail, Esquire
Kathleen J. Collins, Esquire
Litchfield Cavo LLP
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ 08002

Timothy Brotz
UC Tax Agent
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street – Room 203
Reading, PA 19602-1184

3. I hereby certify under penalty of perjury that the foregoing is true and correct.

                */s/ NATALIA ARENA*
                **NATALIA ARENA**

**Dated: April 16, 2008**

LAW OFFICE
**PARKER McCAY**