**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Proposed Co-Counsel to the Official
Committee of Unsecured Creditors of
Shapes/Arch Holdings L.L.C., et al.

|  |  |
|---|---|
| In re: <br><br> SHAPES/ARCH HOLDINGS L.L.C., et al., <br><br> Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY <br> HON. GLORIA M. BURNS <br> CASE NO. 08-14631(GMB) <br><br> Chapter 11 <br> (Jointly Administered) <br><br> **SUPPLEMENTAL AFFIDAVIT OF MICHAEL D. SIROTA, ESQ. PURSUANT TO SECTIONS 328(a), 1103 AND 504 OF THE BANKRUPTCY CODE AND DISCLOSURE PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014(a) AND 2016(b)** |

STATE OF NEW JERSEY    )
                                            ) SS.:
COUNTY OF BERGEN      )

MICHAEL D. SIROTA, of full age, being duly sworn according to law, upon his oath, deposes and states:

1. I am an attorney-at-law of the State of New Jersey and a member of Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole Schotz"). I submit this Supplemental Affidavit pursuant to Sections 328(a), 1103(b) and 504 of the Bankruptcy Code and Federal Rules of Bankruptcy

45765/0001-1518000v2

Procedure 2014(a) and 2016(b) in support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of Shapes/Arch Holdings L.L.C., <u>et al</u>. (the "Debtors"),[1] to approve its retention of Cole Schotz as co-counsel to the Committee in these Chapter 11 proceedings, *nunc pro tunc* to March 31, 2008.

2. On March 16, 2008 (the "Filing Date"), the Debtors each filed a voluntary petition for relief pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"). Since the Filing Date, the Debtors have remained in possession of their assets and continued in management of their businesses as debtors-in-possession pursuant to Section 1107 and 1108 of the Bankruptcy Code.

3. On March 31, 2008, the Office of the United States Trustee for the District of New Jersey appointed the Committee. On April 3, 2008, the Committee filed its Application to retain Cole Schotz as co-counsel in these Chapter 11 proceedings and Affidavit of Michael D. Sirota, Esq. in support thereof (the "Initial Affidavit").

---

[1] The Debtors are Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.

4.  In the Initial Affidavit, I indicated that Cole Schotz represents H.I.G. Capital ("HIG"), whose portfolio company is Signature Aluminum, an affiliate of Arch Acquisition I, LLC, an alleged creditor and a party interested in providing alternate debtor-in-possession financing and/or acquiring substantially all the Debtors' assets, on matters unrelated to the Debtors. Since the filing of the Initial Affidavit, Cole Schotz has continued to search its records regarding relationships the firm had or may have to creditors and other parties-in-interest. As a result of that continuing conflict search, it has come to my attention that Cole Schotz has concluded its representation of HIG.

*/s/ Michael D. Sirota*
MICHAEL D. SIROTA

Sworn and subscribed to
before me this 17th day of April, 2008.

*/s/ Frances Pisano*
FRANCES PISANO
A Notary Public of New Jersey
My Commission Expires 12/02/08

45765/0001-1518000v2