**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey  07932-0677
Tel:  (973) 360-7900
Fax:  (973) 295-1333
Diane E. Vuocolo, Esq. (DV-9904)
Louis T. DeLucia, Esq. (LD-3879)
Alan J. Brody, Esq. (AB-4777)
Alyson M. Fiedler, Esq. (AF-9058)
**Counsel for Arch Acquisition I, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | | |
|---|---|---|
| In re: | : | Case No.  08-14631 (GMB) |
| | : | (Jointly Administered) |
| | : | |
| Shapes/Arch Holdings L.L.C., *et al.* | : | Chapter 11 |
| | : | |
| Debtors. | : | **Objection Deadline:  April 16, 2008** |
| | : | **Hearing Date:  TBD only if objections are timely filed** |

### CERTIFICATION OF NO OBJECTION TO THE APPLICATION FOR THE ADMISSION OF NANCY A. MITCHELL, ESQUIRE TO BE ADMITTED *PRO HAC VICE* AS COUNSEL TO ARCH ACQUISITION I, LLC
### [DOCKET NO. 126]

The undersigned hereby certifies that the deadline for filing objections has passed and that no answer, objection or any other pleading has been received in response to the Application For The Admission Of Nancy A. Mitchell, Esquire To Be Admitted *Pro Hac Vice* As Counsel To Arch Acquisition I, LLC [Docket No. 126] (the "Application") which was filed on April 9, 2008.  Pursuant to the electronic case filing notice which accompanied the Application, objections to the Application were to be filed no later than April 16, 2008.  The Court's docket reflects that no objections were filed

and no objections to the Application have been received by counsel for Arch Acquisition I, LLC.

Accordingly, Arch Acquisition I, LLC respectfully requests that the Court enter the order attached to the Application at the Court's earliest convenience.

Dated: April 17, 2008

                                      **GREENBERG TRAURIG, LLP**
*Counsel for Arch Acquisition I, LLC*

By: /s/ Diane E. Vuocolo
     Diane E. Vuocolo (DV-9904)
     Two Commerce Square
     2001 Market Street
     Philadelphia, PA 19103
     Tel: (215) 988-7803
     Fax: (215) 717-5230
     vuocolod@gtlaw.com

*CHI 57,158,229v1*