Alan P. Fox, Esq.
CAPEHART & SCATCHARD, P.A.
Laurel Corporate Center - Suite 300 S
8000 Midlantic Drive
Mount Laurel, N.J.  08054
(856) 234-6800
**Attorneys for Creditor, Color Source, Inc.**
**By:  Alan P. Fox, Esq.**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
|  | : |  |
|  | : | CASE NO:   08-14631-GMB |
| SHAPES/ARCH HOLDINGS LLC ET AL | : |  |
|  | : |  |
| Debtor. | : |  |

**NOTICE OF APPEARANCE**

To:     United States Bankruptcy Court           Donald F. MacMaster, Esq.
        Martin Luther King, Jr. Federal Building  United States Trustee
        50 Walnut Street                          Suite 2100
        Newark, NJ 07102                          One Newark Center
                                                  Newark, NJ 07102

        Jerrold Poslusny Jr. , Esq.
        Cozen O'Connor
        Ste 300
        457 Haddonfield Road
        Cherry Hill, NJ 08002
        E-mail: jposlusny@cozen.com

**PLEASE TAKE NOTICE** that the undersigned, Alan P. Fox, Esquire, appearing on

behalf of unsecured creditor Color Source, Inc. and, pursuant to Bankruptcy Rules 2002 and

970536

9007, demands that all notices that are required to be given in this case be given to the undersigned at the office, post office, and telephone number set forth below:

        **Alan P. Fox, Esquire**
        **Capehart & Scatchard, P.A.**
        **8000 Midlantic Drive - Suite 300 S**
        **Mt. Laurel, NJ   08054**
        **(856) 234.6800**

        **CAPEHART & SCATCHARD, P.A.**
        Attorneys for Norfolk Southern Railway Corp.

Dated:  April 17, 2008

        By:    /s/ Alan P. Fox
                Alan P. Fox

970536