| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **GREENBERG TRAURIG, LLP**<br>200 Park Avenue<br>Florham Park, New Jersey 07932<br>Telephone: (973) 360-7900<br>Facsimile: (973) 301-8410<br>Louis T. DeLucia, Esquire (LD-3879)<br>Diane E. Vuocolo, Esquire (DV-9904)<br>Alan J. Brody, Esquire (AB-4777)<br>Alyson M. Fiedler, Esquire (AF-9058)<br>Attorneys for Arch Acquisition I, LLC | Chapter 11 |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered) |

## ORDER SHORTENING TIME PERIOD
## FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through (3) is hereby ORDERED.

Upon consideration of the application of Arch Acquisition I, LLC ("**Arch Acquisition**") for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 90013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on Motion of Arch Acquisition, Pursuant to 11 U.S.C. § 1121(d) for Order (1) Terminating Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereto; (2) Adjourning the Hearing on the Adequacy of the Debtors' Disclosure Statement; and (3) Providing for a Joint Balloting Process, is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on _____, 2008 at _____ .m. in the United States Bankruptcy Court _____, Courtroom No. _____.

3. True copies of this order, the application for it, and the moving papers shall be served upon _____ by:

- ☐ fax,
- ☐ email,
- ☐ regular mail,
- ☐ overnight mail,
- ☐ hand delivery,

and within

- ☐ _____ day(s) of the date hereof, or
- ☐ on the same date as the order.

4. Immediate telephone notice of entry of this order shall also be given to said parties.

2

5. Any objections to said motion/application:

☐ shall be filed and served as to be received no later than _____

☐ may be presented at the hearing.

6. ☐ Court appearances will be required to prosecute said motion/application and any objections.

☐ Any objector may appear by telephone at the hearing.

☐ The hearing will be held by telephone conference call, to be arranged by the applicant.

*NJ 226,386,718v1*

3