**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212)765-0964 Facsimile
Alan D. Halperin, Esq.
Donna Lieberman, Esq.
Proposed Co-Counsel for the Official Committee of Unsecured Creditors

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street, P. O. Box 800
Hackensack, New Jersey  07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.
Proposed Co-Counsel for the Official
Committee of Unsecured Creditors

|  |  |
|---|---|
| In the Matter of: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS, L.L.C., et al., | CASE NO. 08-14631(GMB) |
|  | (Jointly Administered) |
| Debtors. | Chapter 11 |
|  | **LIST OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WITNESSES AND RESERVATION OF RIGHTS** |
|  | HEARING DATE AND TIME: May 1, 2008, 10:00 a.m. |

TO:    HONORABLE GLORIA M. BURNS
         United States Bankruptcy Judge

The Official Committee of Unsecured Creditors (the "Committee") of Shapes/Arch

Holdings L.L.C., Shapes L.L.C., Delair, L.L.C., Accu-Weld, L.L.C., and Ultra L.L.C., the within

45765/0001-2604459v2

debtors and debtors-in-possession (collectively, "Debtors"), by and through its proposed attorneys, in compliance with the Court's directive on April 17, 2008, hereby submits the following list of witnesses to be called to testify in connection with: (a) the Debtors' request for approval of the adequacy of their proposed joint disclosure statement pursuant to 11 U.S.C. § 1125 and (b) the Debtors' motion for entry final orders authorizing the Debtors to obtain post-petition financing from Arcus ASI Funding, LLC and CIT Group/Business Credit, Inc. pursuant to 11 U.S.C. §§§§ 105, 362, 363 and 364, the hearings on which contested matters are scheduled for May 1, 2008 (the "Hearing"):

1. Steven Grabell[1] of the Debtors

2. Vincent Colistra, Phoenix Management Services, Inc.

3. Paul Halpern, Versa Capital Management, Inc.

4. Bernard A. Katz, J.H. Cohn LLP

5. Sean Ozbolt, HIG Capital

The Committee reserves all rights to supplement this list of witnesses in advance of the Hearing through the submission of a final list on April 25, 2008 in accordance with the Court's directive on April 17, 2008. Given the scheduling of depositions through April 29, 2008, the Committee also reserves all rights to (i) supplement the final witness list and (ii) offer any

---

[1] The Debtors have committed to have Messrs. Grabell and Colistra in Court on the May 1, 2008 hearing date so that the issuance of trial subpoenas will not be necessary. Likewise, Arcus has agreed to have Mr. Halpern in Court on the May 1, 2008 hearing date.

45765/0001-2604459v2

witnesses and/or experts at the Hearing in rebuttal or in aid of impeachment to any evidence presented by any other party at the Hearing.

**HALPERIN BATTAGLIA RAICHT, LLP**
Proposed Co-counsel to the Official Committee of Unsecured Creditors

By:  */s/ Alan D. Halperin*
　　　Alan D. Halperin, Esq.
　　　Donna H. Lieberman, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
Proposed Co-Counsel to the Official Committee of Unsecured Creditors

By:  */s/ Michael D. Sirota*
　　　Michael D. Sirota
　　　Ilana Volkov
　　　Warren A. Usatine

DATED:  April 21, 2008

45765/0001-2604459v2