IRA R. DEICHES, ESQ. (ID 2461)
**DEICHES & FERSCHMANN**
A Professional Corporation
25 Wilkins Avenue
Haddonfield, New Jersey 08033
(856) 428-9696
Attorneys for Northeast Metal Traders, Inc.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In the Matter of:

Shapes/Arch Holdings LLC, et al            Case No. 08-14631 through
                                                     08-14635-GMB

            Debtors.                       Chapter 11


**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appear for Northeast Metal Traders Inc., Creditor and party-in-interest (hereinafter referred to as "Creditor"), and pursuant to Rules 2002(g) and 2002(i) and 9007 of the F.R.Bankr.P., demand that all notices that are required to be given in this case, and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address, telephone number and e-mail address set forth below:

>    Ira R. Deiches, Esq.
>    Deiches & Ferschmann
>    A Professional Corporation
>    25 Wilkins Avenue
>    Haddonfield, New Jersey 08033-2482
>    (856) 428-9696
>    ideiches@deicheslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral or

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

    1.  Which affect or seek to affect in any way any of the Creditor's rights or interests with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of the Creditor which the Debtor may seek to use; or

    2.  Which require or seek to require any act, delivery of any property, payment or any other conduct by the Creditor.

                                DEICHES & FERSCHMANN
                                Attorneys for Northeast Metal Traders Inc.

Dated: April 23, 2008        By: */s/Ira R. Deiches*
                                Ira R. Deiches