D.N.J. Local Form 24

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE |

In re

Shapes/Arch Holdings, LLC et al.
*Case Nos. 08-14631 thru 35 (GMB)

Chapter 11

Case Number    08-14631(GMB)*

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such cases, a proof of claim should be filed in accordance with Official Form 10.

Name of Creditor
(The person or other entity to whom the debtor owed money or property.)

Cooper Electric Supply Co.

Name and Addresses Where Notices Should Be Sent:
Nord & DeMaio
190 Highway 18, Suite 201
East Brunswick, NJ 08816

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
            Aluminum Shapes, Inc.

Check here if this request:
☐ replaces a previously filed request, dated:
☐ amends a previously filed request, dated:

1. BASIS FOR CLAIM

☑        Goods Sold
☐        Services performed
☐        Money loaned
☐        Personal injury/wrongful death
☐        Taxes
☐        Other (Describe briefly)

☐        Retiree benefits as defined in 11 U.S.C. 1114(a)
☐        Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED:        2/26/08-3/14/08

3.    TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:
      $6,244.74

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4.    Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
      Brief Description of Collateral:

      ☐    Real Estate            ☐ Motor Vehicle
      ☐    Other (Describe briefly)_____

      Value of Collateral: $_____

☑ Check this box if there is no collateral or lien securing your claim.

5. Credits: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. Supporting Documents: Attach copies of supporting documents, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

      DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7.    Date-Stamped Copy: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

Date:

4-21-08

Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).

_Johnese Dorsey_

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with Bankruptcy Rule 9013.

Local Form 24, new. 8/1/06.jml



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

**Invoice**
S002611990.001
02/26/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 793069 | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002611990.001 | CDLN | 02/26/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207305856 | A-B 1492JD3P IEC 2-Ckt Feed-Through Blk, Plug-In, 2.5mm | 50 | 50 | 3.180 | e | 159.00 |
| 61132087186 | A-B 1492FPK2120 Fuse Plug w/ Blown Fuse Ind (60 - 150 V) | 60 | 50 | 5.660 | e | 283.00 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/27/2008

| | |
|---|---|
| Sub Total | 442.00 |
| S & H CHGS | 0.00 |
| Sales Tax | 30.94 |
| Total Due | 472.94 |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



sonepar
usa

** Reprint ** Reprint ** Reprint **    02/26/08
Signature                    Date
Mr. PARDONZA 8:15



**Cooper Electric supply co.**

COOPER ELECTRIC SUPPLY CO.
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002611990.002
02/26/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793069 | | RELEASE # | | ORDERED BY RA | |
|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002611990.002 | | SHIPPING BRANCH CDLN | SHIP DATE 02/26/08 | SHIP VIA OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 61132087186 | A-B 1492FPK2120<br>Fuse Plug w/ Blown Fuse Ind (60 - 150 V) | 10 | 10 | 5.660 | e | 56.60 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/27/2008

| | |
|---|---|
| Sub Total | 56.60 |
| S & H CHGS | 0.00 |
| Sales Tax | 3.96 |
| **Total Due** | **60.56** |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Signature _____

02/26/08

Date _____

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO.
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

**Invoice**
S002713738.001
02/26/08

Page 1 of 1

5958374

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793510 | RELEASE # | | ORDERED BY RA | |
|---|---|---|---|---|---|

| SALESMAN JIM TOMASELLI | INVOICE NUMBER S002713738.001 | SHIPPING BRANCH CCHE | SHIP DATE 02/26/08 | SHIP VIA DIRECT |
|---|---|---|---|---|

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78351026089 | HOFF A12P10G<br>Panel, J Box / 10.75x8.88fits 12x10 | 1 | 1 | 6.750 | e | 6.75 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/27/2008

| | |
|---|---|
| Sub Total | 6.75 |
| S & H CHGS | 5.76 |
| Sales Tax | 0.88 |
| **Total Due** | **13.39** |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**sonepar** usa

** Reprint ** Reprint ** Reprint **



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS United States**



**Tracking**

Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers

Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment ▪
Help

Log-In  User ID:          Password:          🔲   | Forgot Password          Register

# Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Detail**                                    Printer Friendly ▢ | Help ▢

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 562 087 03 3954 184 8 |
| Type: | Package |
| Status: | **Delivered** Proof of Delivery ▢ |
| Delivered On: | 02/28/2008 9:37 A.M. |
| Signed By: | MARK |
| Location: | RECEPTION |
| Delivered To: | PENNSAUKEN, NJ, US |
| Shipped/Billed On: | 02/28/2008 |
| Service: | GROUND |
| Weight: | 3.00 Lbs |

*h v.*
*5 258374*



**Find Answers to Your
Tracking Questions**

→ Go to Tracking FAQ

To view additional tracking information, please log in to My UPS.

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| LAWNSIDE, NJ, US | 02/28/2008 | 9:37 A.M. | DELIVERY |
| | 02/28/2008 | 4:59 A.M. | OUT FOR DELIVERY |
| | 02/28/2008 | 2:01 A.M. | ARRIVAL SCAN |
| HORSHAM, PA, US | 02/28/2008 | 12:55 A.M. | DEPARTURE SCAN |
| HORSHAM, PA, US | 02/27/2008 | 10:47 P.M. | ARRIVAL SCAN |
| HODGKINS, IL, US | 02/26/2008 | 1:18 P.M. | DEPARTURE SCAN |
| | 02/26/2008 | 12:30 P.M. | ARRIVAL SCAN |
| MAPLE GROVE, MN, US | 02/25/2008 | 10:37 P.M. | DEPARTURE SCAN |
| | 02/25/2008 | 7:03 P.M. | ORIGIN SCAN |
| US | 02/25/2008 | 6:18 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS:  04/11/2008 3:46 P.M. ET



# Invoice

S002713738.003
02/27/08

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

Page 1 of 1

5260011

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | | RELEASE # | | ORDERED BY | |
| 24725 | 793510 | | | | RA | |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
| JIM TOMASELLI | | S002713738.003 | CCHE | 02/27/08 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|-----|-------------|-----------|----------|------------|-----|-----------|
| 78351025829 | HOFF A12106CHEMCSS | 1 | 1 | 500.580 | e | 500.58 |
| | J Box Typ 4X EMC, Hinged | | | | | |
| | Cover12.00x10.00x6.00 | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/28/2008

| | |
|---|---|
| Sub Total | 500.58 |
| S & H CHGS | 7.40 |
| Sales Tax | 35.56 |
| Total Due | 543.54 |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide




**UPS United States**

Tracking

Log-In   User ID:          Password:          🔒 | Forgot Password          Register

Tracking

Track Shipments
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers
  ◓
  Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment ◓
Help



Track UPS packages
from your mobile device

Find Answers to Your
Tracking Questions

➜ Go to Tracking FAQ

## Track Shipments

Track Packages & Freight     Quantum View     Flex Global View

**Tracking Detail**                                    Printer Friendly 🖨 | Help 🔲

### Your package has been delivered.

| | |
|---|---|
| Tracking Number: | 1Z 562 087 03 3954 414 9 |
| Type: | Package |
| Status: | **Delivered** Proof of Delivery 🗐 |
| Delivered On: | 02/29/2008 9:03 A.M. |
| Signed By: | RANT |
| Location: | RECEIVER |
| Delivered To: | PENNSAUKEN, NJ, US |
| Shipped/Billed On: | 02/26/2008 |
| Service: | GROUND |
| Weight: | 10.00 Lbs |

*Jnv*
*52600ll*

To view additional tracking information, please log in to My UPS.

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| LAWNSIDE, NJ, US | 02/29/2008 | 9:03 A.M. | DELIVERY |
| | 02/29/2008 | 4:47 A.M. | OUT FOR DELIVERY |
| | 02/29/2008 | 2:41 A.M. | ARRIVAL SCAN |
| HORSHAM, PA, US | 02/29/2008 | 1:28 A.M. | DEPARTURE SCAN |
| HORSHAM, PA, US | 02/28/2008 | 10:36 P.M. | ARRIVAL SCAN |
| MAPLE GROVE, MN, US | 02/26/2008 | 9:29 P.M. | DEPARTURE SCAN |
| | 02/26/2008 | 5:07 P.M. | ORIGIN SCAN |
| US | 02/26/2008 | 1:52 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 04/11/2008 3:46 P.M. ET

Printer Friendly 🖨



**Cooper electric supply co.**
COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

**Invoice**
S002742494.001
02/27/08

Page 1 of 1

JJBH24-01-A1
1299W70003905

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ  08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793646 | RELEASE # | | ORDERED BY RA | |
|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002742494.001 | SHIPPING BRANCH CCHE | SHIP DATE 02/27/08 | SHIP VIA DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78118019356 | A-B 600TAX4 MANUAL STARTING SWITCH, TOGGLE TYPE | 1 | 1 | 48.450 | e | 48.45 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/28/2008



**sonepar**
usa

** Reprint ** Reprint ** Reprint **

| Sub Total | 48.45 |
|---|---|
| S & H CHGS | 7.40 |
| Sales Tax | 3.91 |
| **Total Due** | **59.76** |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



☒Close Window

# Tracking Summary

Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 99W 700 03 9053 795 9 |
| Type | Package |
| Status: | **Delivered** |
| Delivered On: | 02/28/2008 |
| | 9:37 A.M. |
| Delivered To: | PENNSAUKEN, NJ, US |
| Signed By: | MARK |
| Service: | GROUND |

Tracking results provided by UPS: 04/11/2008 3:41 P.M. ET

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

**Invoice**

S002750452.001
02/27/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793640 | RELEASE # | | ORDERED BY JW | |
|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002750452.001 | SHIPPING BRANCH CDLN | SHIP DATE 02/27/08 | SHIP VIA OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78358533008 | HUBW 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 STRAIN REL | 3 | 3 | 12.300 | e | 36.90 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.

All payments are due by 03/28/2008



s o n e p a r
USA

*Ron Collen* 02/27/08
Signature          Date

** Reprint ** Reprint ** Reprint **

Ron Gillec Ron...

| | |
|---|---|
| Sub Total | 36.90 |
| S & H CHGS | 0.00 |
| Sales Tax | 2.58 |
| Total Due | 39.48 |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Invoice**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002668190.001
02/28/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 793482 | | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002668190.001 | CDLN | 02/28/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 06893872127 | FRZ RFS300 | 3 | 1 | 163.960 | e | 163.96 |
| | 600V RENEWABLE FUSE | | | | | |
| 06893873125 | FRZ RLS300 | 6 | 6 | 9.230 | e | 55.38 |
| | 600V RENEWAL LINK | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/29/2008

| | |
|---|---|
| Sub Total | 219.34 |
| S & H CHGS | 0.00 |
| Sales Tax | 15.35 |
| Total Due | 234.69 |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Signature  02/28/08

M. PASTORIZA  8:30

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Invoice**

COOPER ELECTRIC SUPPLY CO.
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002755881.001
03/03/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 793711 | | JW |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002755881.001 | CDLN | 03/03/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 04613535027 | SUN 259 | 28 | 28 | 25.000 | c | 7.00 |
| | MINIATURE LAMP | | | | | |
| 78118039401 | A-B 199DR1 | 3 | 3 | 6.350 | e | 19.05 |
| | ZINC PLATED, CHROMATED STEEL | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/02/2008

| Sub Total | 26.05 |
|---|---|
| S & H CHGS | 0.00 |
| Sales Tax | 1.82 |
| Total Due | 27.87 |


sonepar
usa

** Reprint ** Reprint ** Reprint ** 03/03/08
Signature                    Date
MARK PASTORIA

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

Invoice

S008835409.021
03/05/08

Page 1 of 1

50198 7AD

| SOLD TO: | SHIPPED TO: 24725 |
|---|---|
| ALUMINUM SHAPES INC<br>PO BOX 90397C<br>DELAIR, NJ   08110-0720 | ALUMINUM SHAPES INC 27992.24L<br>.<br>9000 RIVER ROAD<br>DELAIR NJ 08110 |

| ACCOUNT NUMBER<br>24725 | CUSTOMER PO NUMBER<br>767282 | RELEASE #<br>08835409 | ORDERED BY<br>JIM |
|---|---|---|---|

| SALESMAN<br>JIM TOMASELLI | INVOICE NUMBER<br>S008835409.021 | SHIPPING BRANCH<br>CCHE | SHIP DATE<br>03/05/08 | SHIP VIA<br>PROJECT BILLI |
|---|---|---|---|---|

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^GMS-ASSET ON SITE INVENTORY<br>10 | 1 | 1 | 1747.100 | | 1747.10 |

| | |
|---|---|
| Sub Total | 1747.10 |
| S & H CHGS | 0.00 |
| Sales Tax | 122.30 |
| Total Due | 1869.40 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/04/2008



**sonepar** usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**COOPER ELECTRIC SUPPLY CO**
2020 SPRINGDALE ROAD UNIT 280
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**
S002791534.001
03/07/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 793114-ADD | | | JW |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002791534.001 | CDLN | 03/07/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78312676301 | OZ-G 270 | 9 | 9 | 2.100 | e | 18.90 |
| | 3/4 COND BODY COVER A | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/06/2008

| | |
|---|---|
| Sub Total | 18.90 |
| S & H CHGS | 0.00 |
| Sales Tax | 1.32 |
| Total Due | 20.22 |



** Reprint ** Reprint ** Reprint **    03/07/08

Signature                    Date
M. VALTORiA 9:31

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



# Invoice

**COOPER ELECTRIC SUPPLY CO**
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

S002755972.001
03/10/08

Page 1 of 1

JJCP13-01-A1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

1Z4399X50329768413

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 793645 | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002755972.001 | CCHE | 03/10/08 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | A-B 513-CABD-1L-44 | 1 | 1 | 1847.250 | e | 1847.25 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/09/2008


**sonepar**
USA

** Reprint ** Reprint ** Reprint **

| | |
|---|---|
| Sub Total | 1847.25 |
| S & H CHGS | 20.67 |
| Sales Tax | 130.75 |
| **Total Due** | **1998.67** |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



⊠Close Window

# Tracking Summary

Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 432 9X5 03 2976 841 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/13/2008<br>9:09 A.M. |
| Delivered To: | PENNSAUKEN, NJ, US |
| Signed By: | MIKE |
| Service: | GROUND |

Tracking results provided by UPS: 04/11/2008 3:43 P.M. ET

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.



# Invoice

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002791549.001
03/11/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 793845 | | JW |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002791549.001 | CDLN | 03/11/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 04613537387 | SUN 1835<br>55V.05A T3-1/4 MINBAY | 6 | 6 | 135.000 | c | 8.10 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/10/2008

| | |
|---|---|
| Sub Total | 8.10 |
| S & H CHGS | 0.00 |
| Sales Tax | 0.57 |
| Total Due | 8.67 |



sonepar
usa

** Reprint ** Reprint ** 03/11/08

Signature                     Date

M. PASTORIZA

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



# Invoice

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 900
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

S002804825.001
03/11/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793879 | | RELEASE # | | ORDERED BY RA | |
|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002804825.001 | SHIPPING BRANCH CCHE | | SHIP DATE 03/11/08 | SHIP VIA SALESPERSON |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78118089603 | A-B 1489A1D030 UL489 MINIATURE CIRCUIT BIEC60947-2 MINIATURE CIRC | 1 | 1 | 47.780 | e | 47.78 |
| 78118089606 | A-B 1489A1D050 UL489 MINIATURE CIRCUIT BIEC60947-2 MINIATURE CIRC | 1 | 1 | 47.780 | e | 47.78 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/10/2008

| Sub Total | 95.56 |
|---|---|
| S & H CHGS | 0.00 |
| Sales Tax | 6.69 |
| Total Due | 102.25 |



sonepar
usa

Signature

Regina Altshuler   03/12/08

Date

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



cooper
electric
supply co.

2020 SPRINGDALE ROAD UNIT 2
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

Desc Main.001
03/12/08

Page 1 of 1

JJwn13-a-t

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

1279W700039075606061

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793845 | | RELEASE # | | ORDERED BY JW | |
|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002806780.001 | | SHIPPING BRANCH CCHE | SHIP DATE 03/12/08 | SHIP VIA DIRECT |
| SKU | DESCRIPTION | | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| 61132031442 | A-B 1769IT6 6 CHANNEL THERMOCOUPLE/MILLIVOLT INPUT MODULE | | 1 | 1 | 705.000 | e | 705.00 |

|  |  |
|---|---|
| Sub Total | 705.00 |
| S & H CHGS | 7.40 |
| Sales Tax | 49.87 |
| Total Due | 762.27 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/11/2008



sonepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



⊠Close Window

# Tracking Summary

Tracking Numbers

Tracking Number:    1Z 99W 700 03 9075 606 1
Type:               Package
Status:             **Delivered**
Delivered On:       03/13/2008
                    9:09 A.M.
Delivered To:       PENNSAUKEN, NJ, US
Signed By:          MIKE
Service:            GROUND

Tracking results provided by UPS: 04/11/2008 3:44 P.M. ET

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.



# Invoice

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

S002827108.001
03/14/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793904 | | RELEASE # | | ORDERED BY JW | |
|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002827108.001 | | SHIPPING BRANCH CDLN | SHIP DATE 03/14/08 | SHIP VIA OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 04613549908 | SYL QTP4X32T8/UNV-ISN-SC-B | 2 | 2 | 14.500 | e | 29.00 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/13/2008

| | |
|---|---|
| Sub Total | 29.00 |
| S & H CHGS | 0.00 |
| Sales Tax | 2.03 |
| **Total Due** | **31.03** |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Signature                    03/14/08
                             Date
M. PASTOR 2A  8:05

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500