**NORD & DeMAIO**
Attorneys at Law
Michael J. Stafford, Esq.
Turnpike Metroplex, Suite 201
190 State Highway 18
E. Brunswick, NJ  08816
(732) 214-0303
Attorneys for Cooper Electric Supply Co.

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | : | CASE NOS.:  08-14631 (GMB) |
| | : | 08-14632 |
| SHAPES / ARCH HOLDINGS, LLC et al. | : | 08-14633 |
| | : | 08-14634 |
| Debtors. | : | 08-14635 |
| | : | Chapter 11 Proceedings |
| | : | Jointly Administered |
| : | | |
| | : | Hearing Date:  May 27, 2008 |
| | | 10:00 a.m. |
| | | Oral Argument Requested if Opposed |

**NOTICE OF MOTION TO COMPEL PAYMENT OF AN ADMINISTRATIVE EXPENSE
CLAIM PURSUANT TO 11 U.S.C. §503(a) and §503(b)(9)**

**PLEASE TAKE NOTICE** that Cooper Electric Supply Co. ("Cooper"), a creditor and party-in-interest in the above-referenced matter, by and through its attorneys, Nord & DeMaio, respectfully moves for an Order compelling the payment of Cooper's administrative expense claim pursuant to Sections §503(a) and §503(b)(9) of Title 11 of the United States Bankruptcy Code ("Code"), and D.N.J. LBR 9013-1.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the within Application, Certification of Johnese Dorsey, and the exhibits annexed thereto.

                                    **NORD & DeMAIO**
                                    Attorneys for Cooper Electric Supply, Co.

                                    BY:  */s/ Michael Stafford*           .
Dated: April 23, 2008                        Michael J. Stafford, Esq. (MJS-2700)