**NORD & DeMAIO**

Attorneys at Law

Michael J. Stafford, Esq.

Turnpike Metroplex, Suite 201

190 State Highway 18

E. Brunswick, NJ  08816

(732) 214-0303

Attorneys for Cooper Electric Supply Co.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CASE NOS.:    08-14631 (GMB) |
| | : | 08-14632 |
| SHAPES / ARCH HOLDINGS, LLC et al. | : | 08-14633 |
| | : | 08-14634 |
| Debtors. | : | 08-14635 |
| | : | Chapter 11 Proceedings |
| | : | Jointly Administered |
| : | | |
| | : | |

## CERTIFICATION OF JOHNESE DORSEY IN SUPPORT OF COOPER ELECTRIC SUPPLY CO.'S MOTION TO COMPEL PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(a) and §503(b)(9)

I, JOHNESE DORSEY, of full age, hereby certify the following to be true:

1.    I am the Assistant Credit Manager of Cooper Electric Supply Co. ("Cooper"), and am duly authorized to make this Certification.   I submit this Certification in support of Cooper's Motion To Compel Payment Of An Administrative Expense Claim Pursuant To 11 U.S.C. §503(a) and §503(b)(9).

2.    I am fully familiar with the books and business of Cooper relative to this matter.

3.    Upon information and belief, one or more of the debtors named herein formerly did business during the period at issue as "Aluminum Shapes, Inc."  The statement of account of Aluminum Shapes, Inc. ("Debtor") annexed hereto ("Statement") is a true and accurate copy of

the books of original entry of Cooper as of March 25, 2008.  (See Exhibit "A" annexed hereto).

4.      The materials and/or services for which the book account charges reflected in the Statement were incurred ("Materials") were sold, delivered to, and accepted by the Debtor in the ordinary course of business.  Said charges are fair and reasonable, and as per agreement.

5.      The Debtor's execution of  Cooper's Credit Application dated November 11, 1995, along with the list of credit references subsequently provided by the Debtor, were conditions precedent to Cooper's supply of the aforesaid Materials, and said Materials were supplied pursuant to, and in reliance upon, said documents. (See Exhibit "B" annexed hereto).

6.      Prior to the Petition Date, and in response to purchase orders received from the Debtor, Cooper supplied approximately $24,771.43 of its materials ("Materials") to the Debtor on credit.

7.      To date, Cooper has not been paid for any of its aforesaid Materials.

8.      Of the total amount of Cooper's Materials supplied pre-Petition, $6,244.74 of those Materials were supplied within twenty (20) days prior to the Petition Date.

9.      Based upon the foregoing, Cooper has filed through counsel a Request for Payment of an Administrative Expense in these matters for the sum of $6,244.74 ("Administrative Expense Claim").  (See Exhibit "C" annexed hereto).

10.      Cooper has also filed through counsel a Proof of Claim in these matters for the sum of $18,526.69.  (See Exhibit "D" annexed hereto).

11.     I hereby certify that the foregoing statements made by me are true.  I am aware that

if any of the foregoing statements made by me are willfully false, I am subject to punishment.

COOPER ELECTRIC SUPPLY CO.

BY: _____
        JOHNESE DORSEY
        Assistant Credit Manager

DATED:

# EXHIBIT "A"

# Cooper electric supply co.

## Monthly Statement

| | | |
|---|---|---|
| Augusta, NJ | Fairview, NJ | Neptune, NJ |
| Bay Shore, NY | Flemington, NJ | New York, NY |
| Bergenfield, NJ | Freehold, NJ | Newburgh, NY |
| Bethlehem, PA | Garden City, NY | Paterson, NJ |
| Bricktown, NJ | Hamilton, NJ | Phillipsburg, NJ |
| Brooklyn, NY | Jersey City, NJ | Plainfield, NJ |
| Cherry Hill, NJ | Lansdowne, PA | Tinton Falls, NJ |
| Egg Harbor, NJ | Linden, NJ | Vineland, NJ |
| Elmsford, NY | Manahawkin, NJ | West Berlin, NJ |
| Fairfield, NJ | Middletown, NJ | West Deptford, NJ |

**COOPER ELECTRIC SUPPLY CO**
**2020 SPRINGDALE ROAD UNIT 200**
**CHERRY HILL, NJ 08034**
**856-985-2443 Phone**

**Payment Information:**

Please check off invoices paid
and include tear-off strip with
your payment.

Payment Mailing Address:
**COOPER ELECTRIC SUPPLY CO**
**PO BOX 8500-41095**
**PHILADELPHIA, PA 19178-8500**

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ 08110-0720

**Ship to:** ALUMINUM SHAPES INC

Page 1 of 2

Page 1 of 2

| Invoice Date | Invoice Number | Purchase Order # | Invoice Amount | Invoice Balance | Running Balance | | Invoice Number | Invoice Balance | ✓ |
|---|---|---|---|---|---|---|---|---|---|
| 06/04/07 | Unapplied CR | 111644 | 0.00 | -927.00 | -927.00 | | Unapplied CR | -927.00 | |
| 11/29/07 | S002176029.004 | 791333 | 223.08 | 223.08 | -703.92 | | S002176029.004 | 223.08 | |
| 12/03/07 | S001662069.001 | 784535 | 386.27 | 386.27 | -317.65 | | S001662069.001 | 386.27 | |
| 12/03/07 | S002351323.001 | 792027 | 587.68 | 587.68 | 270.03 | | S002351323.001 | 587.68 | |
| 12/03/07 | S002381471.001 | 792025 | 329.03 | 329.03 | 599.06 | | S002381471.001 | 329.03 | |
| 12/04/07 | S002374377.001 | 792011 | 613.91 | 204.63 | 803.69 | | S002374377.001 | 204.63 | |
| 12/06/07 | S002351323.003 | 792027 | 149.14 | 149.14 | 952.83 | | S002351323.003 | 149.14 | |
| 12/06/07 | S002393437.001 | 792143 | 890.84 | 890.84 | 1,843.67 | | S002393437.001 | 890.84 | |
| 12/06/07 | S002401524.001 | 792143 | 17.01 | 17.01 | 1,860.68 | | S002401524.001 | 17.01 | |
| 12/10/07 | S002410162.001 | 792192 | 152.70 | 152.70 | 2,013.38 | | S002410162.001 | 152.70 | |
| 12/10/07 | S002414477.001 | 792213 | 66.02 | 66.02 | 2,079.40 | | S002414477.001 | 66.02 | |
| 12/11/07 | S002420148.001 | 792246 | 453.06 | 453.06 | 2,532.46 | | S002420148.001 | 453.06 | |
| 12/11/07 | S002421545.001 | 792248 | 255.78 | 255.78 | 2,788.24 | | S002421545.001 | 255.78 | |
| 12/12/07 | S002274439.001 | 791595 | 3,002.42 | 3,002.42 | 5,790.66 | | S002274439.001 | 3,002.42 | |
| 12/12/07 | S002392872.001 | 792288 | 234.28 | 234.28 | 6,024.94 | | S002392872.001 | 234.28 | |
| 12/12/07 | S002429102.001 | 792289 | 129.72 | 129.72 | 6,154.66 | | S002429102.001 | 129.72 | |
| 12/17/07 | S002445647.001 | 792367 | 554.27 | 554.27 | 6,708.93 | | S002445647.001 | 554.27 | |
| 12/17/07 | S002447484.001 | 792161 | 50.83 | 50.83 | 6,759.76 | | S002447484.001 | 50.83 | |
| 12/18/07 | S002452728.001 | 792399 | 99.37 | 99.37 | 6,859.13 | | S002452728.001 | 99.37 | |
| 12/19/07 | S002401524.002 | 792143 | 11.34 | 11.34 | 6,870.47 | | S002401524.002 | 11.34 | |
| 12/20/07 | S002431329.001 | 792430 | 1,566.00 | 1,566.00 | 8,436.47 | | S002431329.001 | 1,566.00 | |
| 12/21/07 | S001662069.003 | 784535 | 624.56 | 624.56 | 9,061.03 | | S001662069.003 | 624.56 | |
| 01/02/08 | S002351323.005 | 792027 | 822.40 | 822.40 | 9,883.43 | | S002351323.005 | 822.40 | |
| 01/02/08 | S002464785.001 | 792516 | 834.09 | 834.09 | 10,717.52 | | S002464785.001 | 834.09 | |
| 01/02/08 | S002476491.001 | 792517 | 34.45 | 34.45 | 10,751.97 | | S002476491.001 | 34.45 | |
| 01/02/08 | S002478102.001 | 791685 | 31.03 | 31.03 | 10,783.00 | | S002478102.001 | 31.03 | |
| 01/04/08 | S002505780.001 | 792571 | 621.94 | 621.94 | 11,404.94 | | S002505780.001 | 621.94 | |
| 01/07/08 | S002512013.001 | 792599 | 223.99 | 223.99 | 11,628.93 | | S002512013.001 | 223.99 | |
| 01/09/08 | S002526942.001 | 792772 | 45.26 | 45.26 | 11,674.19 | | S002526942.001 | 45.26 | |
| 01/10/08 | S002516723.001 | 792784 | 561.42 | 561.42 | 12,235.61 | | S002516723.001 | 561.42 | |
| 01/10/08 | S002534630.001 | 792815 | 60.19 | 60.19 | 12,295.80 | | S002534630.001 | 60.19 | |
| 01/11/08 | S002523467.001 | 792854 | 875.19 | 875.19 | 13,170.99 | | S002523467.001 | 875.19 | |
| 01/11/08 | S002534552.001 | 792785 | 376.16 | 376.16 | 13,547.15 | | S002534552.001 | 376.16 | |
| 01/15/08 | S002397018.001 | 792110 | 249.31 | 249.31 | 13,796.46 | | S002397018.001 | 249.31 | |
| 01/25/08 | S002593065.001 | 793062 | 166.67 | 166.67 | 13,963.13 | | S002593065.001 | 166.67 | |

| Account Summary | | | |
|---|---|---|---|
| Current | 30 Days | 60 Days | 90 Days |
| | Continued | | |



| | |
|---|---|
| Account Number: | **24725** |
| Statement Date: | **March 25, 2008** |
| Amount Due By: | **April 10, 2008** |
| Total Amount Due: | *Continued* |

**24725**
**March 25, 2008**
**April 10, 2008**
*Continued*

Past due balances are subject to late charges, up to maximum allowable by law.

# Cooper Electric supply co.

## Monthly Statement

**COOPER ELECTRIC SUPPLY CO**
**2020 SPRINGDALE ROAD UNIT 200**
**CHERRY HILL, NJ 08034**
**856-985-2443 Phone**

| | | |
|---|---|---|
| Augusta, NJ | Fairview, NJ | Neptune, NJ |
| Bay Shore, NY | Flemington, NJ | New York, NY |
| Bergenfield, NJ | Freehold, NJ | Newburgh, NY |
| Bethlehem, PA | Garden City, NY | Patterson, NJ |
| Bricktown, NJ | Hamilton, NJ | Phillipsburg, NJ |
| Brooklyn, NY | Jersey City, NJ | Plainfield, NJ |
| Cherry Hill, NJ | Lansdowne, PA | Tinton Falls, NJ |
| Egg Harbor, NJ | Linden, NJ | Vineland, NJ |
| Elmsford, NY | Manahawkin, NJ | West Berlin, NJ |
| Fairfield, NJ | Middletown, NJ | West Deptford, NJ |

**Payment Information:**

Please check off invoices paid
and include tear-off strip with
your payment.

Payment Mailing Address:
**COOPER ELECTRIC SUPPLY CO**
**PO BOX 8500-41095**
**PHILADELPHIA, PA 19178-8500**

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ 08110-0720

Ship to:   ALUMINUM SHAPES INC                                 Page 2 of 2

| Invoice Date | Invoice Number | Purchase Order # | Invoice Amount | Invoice Balance | Running Balance |
|---|---|---|---|---|---|
| 01/25/08 | S002593065.003 | 793062 | 166.66 | 166.66 | 14,129.79 |
| 01/25/08 | S002601699.001 | 791333 | 91.23 | 91.23 | 14,221.02 |
| 01/28/08 | S002610276.001 | 793103 | 97.09 | 97.09 | 14,318.11 |
| 02/01/08 | S002601676.001 | 791333 | -215.64 | -215.64 | 14,102.47 |
| 02/01/08 | S002618611.001 | 793114 | 42.86 | 42.86 | 14,145.33 |
| 02/05/08 | S002650662.001 | 793238 | 31.03 | 31.03 | 14,176.36 |
| 02/11/08 | S002638329.001 | 793114 | 619.05 | 619.05 | 14,795.41 |
| 02/12/08 | S002618611.002 | 793114 | 129.36 | 129.36 | 14,924.77 |
| 02/13/08 | S002688244.001 | 793384 | 6.66 | 6.66 | 14,931.43 |
| 02/19/08 | S008835409.019 | 767282 | 1,869.40 | 1,869.40 | 16,800.83 |
| 02/20/08 | S002618611.003 | 793114 | 27.85 | 27.85 | 16,828.68 |
| 02/21/08 | S002688244.002 | 793384 | 804.11 | 804.11 | 17,632.79 |
| 02/22/08 | S002731263.001 | 793566 | 42.35 | 42.35 | 17,675.14 |
| 02/26/08 | S002611990.001 | 793069 | 472.94 | 472.94 | 18,148.08 |
| 02/26/08 | S002611990.002 | 793069 | 60.56 | 60.56 | 18,208.64 |
| 02/26/08 | S002713738.001 | 793510 | 13.39 | 13.39 | 18,222.03 |
| 02/27/08 | S002713738.003 | 793510 | 543.54 | 543.54 | 18,765.57 |
| 02/27/08 | S002742494.001 | 793646 | 59.76 | 59.76 | 18,825.33 |
| 02/27/08 | S002750452.001 | 793640 | 39.48 | 39.48 | 18,864.81 |
| 02/28/08 | S002668190.001 | 793482 | 234.69 | 234.69 | 19,099.50 |
| 03/03/08 | S002755881.001 | 793711 | 27.87 | 27.87 | 19,127.37 |
| 03/05/08 | S008835409.021 | 767282 | 1,869.40 | 1,869.40 | 20,996.77 |
| 03/07/08 | S002791534.001 | 793114-ADD | 20.22 | 20.22 | 21,016.99 |
| 03/10/08 | S002755972.001 | 793645 | 1,998.67 | 1,998.67 | 23,015.66 |
| 03/11/08 | S002791549.001 | 793845 | 8.67 | 8.67 | 23,024.33 |
| 03/11/08 | S002804825.001 | 793879 | 102.25 | 102.25 | 23,126.58 |
| 03/12/08 | S002806780.001 | 793845 | 762.27 | 762.27 | 23,888.85 |
| 03/14/08 | S002827108.001 | 793904 | 31.03 | 31.03 | 23,919.88 |

Page 2 of 2

| Invoice Number | Invoice Balance | ✓ |
|---|---|---|
| S002593065.003 | 166.66 | |
| S002601699.001 | 91.23 | |
| S002610276.001 | 97.09 | |
| S002601676.001 | -215.64 | |
| S002618611.001 | 42.86 | |
| S002650662.001 | 31.03 | |
| S002638329.001 | 619.05 | |
| S002618611.002 | 129.36 | |
| S002688244.001 | 6.66 | |
| S008835409.019 | 1,869.40 | |
| S002618611.003 | 27.85 | |
| S002688244.002 | 804.11 | |
| S002731263.001 | 42.35 | |
| S002611990.001 | 472.94 | |
| S002611990.002 | 60.56 | |
| S002713738.001 | 13.39 | |
| S002713738.003 | 543.54 | |
| S002742494.001 | 59.76 | |
| S002750452.001 | 39.48 | |
| S002668190.001 | 234.69 | |
| S002755881.001 | 27.87 | |
| S008835409.021 | 1,869.40 | |
| S002791534.001 | 20.22 | |
| S002755972.001 | 1,998.67 | |
| S002791549.001 | 8.67 | |
| S002804825.001 | 102.25 | |
| S002806780.001 | 762.27 | |
| S002827108.001 | 31.03 | |

| Account Summary | | | |
|---|---|---|---|
| *Current* | *30 Days* | *60 Days* | *90 Days* |
| **6,244.74** | **3,454.12** | **5,159.99** | **9,061.03** |



sonepar
usa

| Account Number: | 24725 | 24725 |
|---|---|---|
| Statement Date: | **March 25, 2008** | **March 25, 2008** |
| Amount Due By: | **April 10, 2008** | **April 10, 2008** |
| Total Amount Due: | **23,919.88** | **23,919.88** |

Past due balances are subject to late charges, up to maximum allowable by law.

# EXHIBIT "B"



# cooper electric supply co.    Bergenfield/ cooper electric supply co.

**REPLY TO:  Credit Dept. 1715 Highway 35**
**P.O. Box 4070, Middletown, NJ 07748-9990**
**(908) 706 - 0800**

**Referred By:** _____

## PLEASE TYPE OR PRINT ALL INFORMATION

The undersigned hereby applies for credit with COOPER ELECTRIC SUPPLY CO. and BERGENFIELD/COOPER ELECTRIC SUPPLY CO. and agrees to abide by its standard terms and conditions of sale as printed below as to any presently outstanding or future account balances.

CORPORATE NAME: _Aluminum Shapes, Inc._    LIST ALL TRADE NAMES USED: _____

BILL TO (Name and Address)                SHIP TO (If different from billing)
_Aluminum Shapes, Inc._                   _Aluminum Shapes Inc_
_P. O. Box C90397_                        _9000 River Road_
_Delair  N.J._    ZIP _08110_             _Delair  N. J._    ZIP _08110_
TEL. NO. ( _609_ ) - _662_ - _5500_
FAX. NO. ( _609_ ) - _488_ - _5332_

Principle Business Activity _____Aluminum Extruders._
What types of products will you purchase from us _Electrical Supplies + Components_
Bank: _See attached_    Address _____
Account Number _____    Officer _____
Are you:  Corporation _X_    Partnership ____    Proprietor _____
D&B Number _00-233-8267_
Are you Sales Tax Exempt?  YES ____  NO _X_  (Valid certificate MUST accompany form)
Have you ever dealt with COOPER ELECTRIC or BERGENFIELD LIGHTING before?  YES ____  NO _✓_
If name is different please provide name _____

### TRADE REFERENCES: (MUST have complete mailing address and telephone number)

1. _See attached_    2. _____    3. _____

Estimated Annual Purchases  $ _____

Purchasing Agent _Mr. Kenneth J. Akerson_        Mailing List  YES _✓_  NO ____
Plant Manager _Mr. John Collins_                 Mailing List  YES ____  NO _✓_
Accounts Payable Manager _Mr. Paul Sorensen_     Mailing List  YES ____  NO _✓_

## BONDING (Builders and Contractors MUST complete)

Surety Company used on jobs requiring bonds _____
Address _____
Agents Name & Address _____



FAXED

OVER →

**PRINCIPLES or OFFICERS**

| Name | Title | Residence | Soc. Sec. Number |
|------|-------|-----------|------------------|
| Stephen Kendall | President | | / / |
| Al Jerome Grossman | V. President | | / / |
| Norman Capra | V. President Fin | | / / |

**AUTHORIZED PURCHASERS:**

| | |
|---|---|
| Sam Catertin | |
| Ken Okerson | |
| Bob James | |
| Tom Pape | |

Please notify COOPER ELECTRIC SUPPLY CO. and BERGENFIELD/COOPER ELECTRIC SUPPLY CO. of any additions/deletions/changes to the above list of authorized purchasers IN WRITING. Changes become effective upon receipt of written notice by the companies.

## GENERAL TERMS AND CONDITIONS AND PERSONAL GUARANTEE

1. COOPER ELECTRIC SUPPLY CO. and BERGENFIELD/COOPER ELECTRIC SUPPLY CO. pays all freight charges on items shipped from our normal stock items, on orders exceeding $25.00 or shipped direct for our convenience. Freight on all special orders or small orders will be invoiced at cost and is not subject to cash discount or tax.

2. Our Standard Cash Discount for all out of stock or normal stock items is the terms of the manufacturer and is extended only for payment on or before the 10th day of the month following that month in which the purchase is made. Payments not made by the 10th of the month will be due Net on the 25th of the month following that month in which the purchase is made. A 2% Per Month Service Charge will be added to all invoices past due 30 days or more to cover the expense of carrying and additional bookkeeping costs. Should an account be placed for collection, Purchaser agrees to pay all reasonable collection costs allowed by law. Purchaser also agrees to pay the highest interest rate allowed by law, but not exceeding 24% annum.

3. Cash Discounts for special items, direct shipments or negotiated jobs will be the same as the manufacturer making shipment and will be so indicated on our invoice. All other terms and conditions outlined in Paragraph 1 and 2 will also apply.

4. Minimum Billing: $25.00

5. Delinquent accounts are subject to a finance charge applied monthly at the rate of twenty-four percent (24%) per annum.

6. In the event this contract is placed in the hands of an attorney for collection after default, the customer agrees to pay 30% of the unpaid balance for attorney's fees together with applicable costs.

7. PERSONAL GUARANTEE: IF THE PURCHASER IS A CORPORATION, THEN THOSE SIGNING THE APPLICATION, WHETHER EXECUTING THIS AGREEMENT AS AN OFFICER OR NOT, DO HEREBY PERSONALLY GUARANTEE PAYMENT FOR ANY AND ALL OBLIGATIONS AS SET FORTH HEREIN.

8. COOPER ELECTRIC SUPPLY or an authorized representative has my authorization to contact any references given here.

### I HAVE READ THE ABOVE STATEMENT AND AGREE TO THESE TERMS STATED

DATE ___11/3/45___        ALUMINUM SHAPES INC

Company

Norman Legow        Individual Signature        Norman Legow   Print Name

CORP V.P.

Title

WITNESSED BY: _____

or

NOTARY: _____



**ALUMINUM SHAPES**
An Arch America Company

FEB 01 2002

## CREDIT REFERENCES

**PNC BANK**
1000 Market Street
22nd Floor
Philadelphia, PA 19103
Fax (215) 585-6987
Attn: Joe Meterchick    *(phone 856-489-3765)*

**MORRIS MATERIAL HANDLING**
Tinicum Industrial Park
10 Industrial Highway
Mail Stop 80 Complex E
Lester, PA 19113
Phone (800) 346-2098
Fax    (610)-521-5908

**LUMBERMEN ASSOCIATES, INC.**
PO Box 720
2101 Hunter Road
Bristol, PA 19007-0720
(215) 785-4600
Fax (215) 785-5645

**WILLER ELECTRIC**
1 Linden Avenue
Gibbsboro, NJ 08021
Phone (856)627-3535 - Don Willier, Jr.
Fax   (856) 627-5271

**ALUMINUM SHAPES** LLC.
An Arch America Company

9000 RIVER ROAD
DELAIR, NJ 08110
Telephone: (856) 317-5306
Fax: (856) 488-5336
Email: jcackowski@shapeallc.com

**Jim Cackowski**
Purchasing Manager

**UNITED ELECTRIC SUPPLY**
1150 W. Garden Road
Vineland, NJ 08360
Phone (856) 691-6668
Fax  (856) 691-6699

**EXCO DIES/CANADA**
130 Spy Court, Unit 1
Markham, Ontario
L3R 5H6
Canada
Phone (800) 461-6298
Fax (905) 477-6304

ALUMINUM SHAPES L.L.C. ▲ 9000 River Road ▲ Delair, NJ 08110
856-662-5500 ▲ Fax: 856-488-5336

Dec. 12 '95 11:09 0000    TRANSFAX5 SERIES                TEL                        PAGE 04

Case 08-14631-GMB    Doc 197-2    Filed 04/23/08    Entered 04/23/08 12:13:25    Desc
Certification in Support of Motion with Exhibits A    B    C & D    Page 11 of 36



**ALUMINUM SHAPES**

9000 River Road
P.O. Box C9039/
Delair, NJ 08110-0397
(609) 662-5500
FAX: (609) 662-5605

## CREDIT REFERENCES

**MIDLANTIC BANK**
1500 Market Street
Philadelphia, PA 19102
(215) 564-7365 - Credit Line Dept.

**BILLOWS ELECTRIC SUPPLY CO.**
7225 Frankford Avenue
Philadelphia, PA 19135
(215) 332-9700 - Jackie Powers

**THUMB TOOL ENGINEERING COMPANY**
354 Liberty Street
Bad Axe, MI 48413
(517) 269-9731 - Jean Rochefort

**INDUSTRIAL LIFT**
Route 206
Vincentown, NJ    08088
(609) 859-81-- · Steve Reese, V.P.
Fax: (609) 859-5119

**CAMDEN TOOL, INC.**
129 York Street
Camden, NJ 08101
(609) 966-6800 - Martha Castillo

**WILLIER ELECTRIC**
1 Linden Avenue
Gibbsboro, NJ 08021
(609) 627-3535 - Don Willier, Jr.

**CRUCIBLE SERVICE CENTER**
5639 West Genesee Street
Camillus, NY 13031
Fax to: Patty Hughes, Credit Dept.
        (315) 487-4028

# EXHIBIT "C"

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE |
|---|---|

| In re | Chapter 11 |
|---|---|
| Shapes/Arch Holdings, LLC et al.<br>*Case Nos. 08-14631 thru 35 (GMB) | Case Number    08-14631(GMB)* |

**NOTE:** This form should not be used for an unsecured claim arising prior to the commencement of the case. In such cases, a proof of claim should be filed in accordance with Official Form 10.

| | |
|---|---|
| Name of Creditor<br>(The person or other entity to whom the debtor owed money or property.)<br><br>Cooper Electric Supply Co.<br><br>Name and Addresses Where Notices Should Be Sent:<br>Nord & DeMaio<br>190 Highway 18, Suite 201<br>East Brunswick, NJ 08816 | ☐  Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐  Check box if you have never received any notices from the bankruptcy court in this case.<br>☐  Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
Aluminum Shapes, Inc.

Check here if this request:
☐ replaces a previously filed request, dated:
☐ amends a previously filed request, dated:

**1. BASIS FOR CLAIM**

☑  Goods Sold
☐  Services performed
☐  Money loaned
☐  Personal injury/wrongful death
☐  Taxes
☐  Other (Describe briefly)

☐  Retiree benefits as defined in 11 U.S.C. 1114(a)
☐  Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

**2. DATE DEBT WAS INCURRED:**    2/26/08-3/14/08

**3.  TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:**
$6,244.74

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

**4.  Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:

☐  Real Estate        ☐  Motor Vehicle
☐  Other (Describe briefly)_____

Value of Collateral:  $_____

☑ Check this box if there is no collateral or lien securing your claim.

**5. Credits:** The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

THIS SPACE IS FOR COURT USE ONLY

**6. Supporting Documents:** *Attach copies of supporting documents,* such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7.    Date-Stamped Copy:** To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

| Date:<br>4-21-08 | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>*Johnese Dorsey* |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE:  The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with Bankruptcy Rule 9013.

*Local Rule 24,new. 8/1/06.jml*

# Cooper electric supply co.

**Invoice**

2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002611990.001
02/26/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 793069 | | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002611990.001 | CDLN | 02/26/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207305856 | A-B 1492JD3P IEC 2-Ckt Feed-Through Blk, Plug-In, 2.5mm | 50 | 50 | 3.180 | e | 159.00 |
| 61132087186 | A-B 1492FPK2120 Fuse Plug w/ Blown Fuse Ind (60 - 150 V) | 60 | 50 | 5.660 | e | 283.00 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.

All payments are due by 03/27/2008

| | |
|---|---|
| Sub Total | 442.00 |
| S & H CHGS | 0.00 |
| Sales Tax | 30.94 |
| Total Due | 472.94 |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500


sonepar
usa

** Reprint ** Reprint ** Reprint **    02/26/08
Signature                    Date
Mr. PALOWZA 8:15

# Cooper electric supply co.

**Invoice**

S002611990.002
02/26/08

2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 793069 | | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002611990.002 | CDLN | 02/26/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 61132087186 | A-B 1492FPK2120<br>Fuse Plug w/ Blown Fuse Ind (60 - 150 V) | 10 | 10 | 5.660 | e | 56.60 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/27/2008

| | |
|---|---|
| Sub Total | 56.60 |
| S & H CHGS | 0.00 |
| Sales Tax | 3.96 |
| Total Due | 60.56 |


sonepar
usa

** Reprint ** Reprint ** Reprint **

Signature _____

02/26/08
Date

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

**Cooper**
**electric**
**supply co.**

2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

**Invoice**
Desc
S002713738.001
02/26/08

Page 1 of 1

5258374

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793510 | RELEASE # | | ORDERED BY RA |
|---|---|---|---|---|

| SALESMAN JIM TOMASELLI | INVOICE NUMBER S002713738.001 | SHIPPING BRANCH CCHE | SHIP DATE 02/26/08 | SHIP VIA DIRECT |
|---|---|---|---|---|

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78351026089 | HOFF A12P10G Panel, J Box / 10.75x8.88fits 12x10 | 1 | 1 | 6.750 | e | 6.75 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/27/2008

| | |
|---|---|
| Sub Total | 6.75 |
| S & H CHGS | 5.76 |
| Sales Tax | 0.88 |
| Total Due | 13.39 |


sonepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide

**UPS United States**

Shipping **Tracking**

Tracking

**Track Shipments**
 Track by Reference
 Track by E-mail
 Signature Tracking
 Import Tracking Numbers
 Wireless Tracking
 Track with Quantum View
 Access Flex Global View
 Integrate Tracking Tools
 Void a Shipment
 Help

Log-In User ID:        Password:          | Forgot Password

Register

# Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

**Tracking Detail**                                    Printer Friendly  | Help

**Your package has been delivered.**



| | |
|---|---|
| Tracking Number: | 1Z 562 087 03 3954 184 8 |
| Type: | Package |
| Status: | **Delivered** Proof of Delivery |
| Delivered On: | 02/28/2008 9:37 A.M. |
| Signed By: | MARK |
| Location: | RECEPTION |
| Delivered To: | PENNSAUKEN, NJ, US |
| Shipped/Billed On: | 02/28/2008 |
| Service: | GROUND |
| Weight: | 3.00 Lbs |

*handwritten: A U. 5258374*

To view additional tracking information, please log in to My UPS.

**Find Answers to Your
Tracking Questions**

→ Go to Tracking FAQ

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| LAWNSIDE, NJ, US | 02/28/2008 | 9:37 A.M. | DELIVERY |
| | 02/28/2008 | 4:59 A.M. | OUT FOR DELIVERY |
| | 02/28/2008 | 2:01 A.M. | ARRIVAL SCAN |
| HORSHAM, PA, US | 02/28/2008 | 12:55 A.M. | DEPARTURE SCAN |
| HORSHAM, PA, US | 02/27/2008 | 10:47 P.M. | ARRIVAL SCAN |
| HODGKINS, IL, US | 02/26/2008 | 1:18 P.M. | DEPARTURE SCAN |
| | 02/26/2008 | 12:30 P.M. | ARRIVAL SCAN |
| MAPLE GROVE, MN, US | 02/25/2008 | 10:37 P.M. | DEPARTURE SCAN |
| | 02/25/2008 | 7:03 P.M. | ORIGIN SCAN |
| US | 02/25/2008 | 6:18 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 04/11/2008 3:46 P.M. ET

# Cooper electric supply co.

**Invoice**

COOPER ELECTRIC SUPPLY CO.
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002713738.003
02/27/08

Page 1 of 1

5260011

**SOLD TO:**

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

**SHIPPED TO: 24725**

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793510 | RELEASE # | | ORDERED BY RA | |
|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002713738.003 | SHIPPING BRANCH CCHE | SHIP DATE 02/27/08 | SHIP VIA DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78351025829 | HOFF A12106CHEMCSS | 1 | 1 | 500.580 | e | 500.58 |
| | J Box Typ 4X EMC, Hinged | | | | | |
| | Cover12.00x10.00x6.00 | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/28/2008

| | |
|---|---|
| Sub Total | 500.58 |
| S & H CHGS | 7.40 |
| Sales Tax | 35.56 |
| **Total Due** | **543.54** |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**sonepar** usa

** Reprint ** Reprint ** Reprint **



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS United States**

Tracking

Log-In  User ID: _____  Password: _____  [ ] | Forgot Password    Register

Tracking

**Track Shipments**
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers
  Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment
Help



Track UPS packages
from your mobile device

**Find Answers to Your
Tracking Questions**

➔ Go to Tracking FAQ

# Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

### Tracking Detail                          Printer Friendly 🖨 | Help ⏹

#### Your package has been delivered.

| | |
|---|---|
| Tracking Number: | 1Z 562 087 03 3954 414 9 |
| Type: | Package |
| Status: | **Delivered** Proof of Delivery 🖅 |
| Delivered On: | 02/29/2008 9:03 A.M. |
| Signed By: | RANT |
| Location: | RECEIVER |
| Delivered To: | PENNSAUKEN, NJ, US |
| Shipped/Billed On: | 02/26/2008 |
| Service: | GROUND |
| Weight: | 10.00 Lbs |

*(handwritten notes at right: "Dn" "52600"?)*

To view additional tracking information, please log in to My UPS.

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| LAWNSIDE, NJ, US | 02/29/2008 | 9:03 A.M. | DELIVERY |
| | 02/29/2008 | 4:47 A.M. | OUT FOR DELIVERY |
| | 02/29/2008 | 2:41 A.M. | ARRIVAL SCAN |
| HORSHAM, PA, US | 02/29/2008 | 1:28 A.M. | DEPARTURE SCAN |
| HORSHAM, PA, US | 02/28/2008 | 10:36 P.M. | ARRIVAL SCAN |
| MAPLE GROVE, MN, US | 02/26/2008 | 9:29 P.M. | DEPARTURE SCAN |
| | 02/26/2008 | 5:07 P.M. | ORIGIN SCAN |
| US | 02/26/2008 | 1:52 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 04/11/2008 3:46 P.M. ET

Printer Friendly 🖨

# Cooper electric supply co.

**Invoice**

2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

S002742494.001
02/27/08

Page 1 of 1

JJBH24-01-A1
1299W700039705

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793646 | | RELEASE # | | ORDERED BY RA | |
|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002742494.001 | SHIPPING BRANCH CCHE | | SHIP DATE 02/27/08 | SHIP VIA DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78118019356 | A-B 600TAX4 MANUAL STARTING SWITCH, TOGGLE TYPE | 1 | 1 | 48.450 | e | 48.45 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/28/2008

| | |
|---|---|
| Sub Total | 48.45 |
| S & H CHGS | 7.40 |
| Sales Tax | 3.91 |
| Total Due | 59.76 |



** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



⊠Close Window

# Tracking Summary

Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 99W 700 03 9053 795 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 02/28/2008 |
| | 9:37 A.M. |
| Delivered To: | PENNSAUKEN, NJ, US |
| Signed By: | MARK |
| Service: | GROUND |

Tracking results provided by UPS: 04/11/2008 3:41 P.M.  ET

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

**Cooper electric supply co.**

**Invoice**

2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002750452.001
02/27/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793640 | RELEASE # | | ORDERED BY JW | |
|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | INVOICE NUMBER S002750452.001 | | SHIPPING BRANCH CDLN | SHIP DATE 02/27/08 | SHIP VIA OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78358533008 | HUBW 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 STRAIN REL | 3 | 3 | 12.300 | e | 36.90 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/28/2008

| | |
|---|---|
| Sub Total | 36.90 |
| S & H CHGS | 0.00 |
| Sales Tax | 2.58 |
| Total Due | 39.48 |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Signature                    02/27/08
                             Date

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

# Cooper electric supply co.

COOPER ELECTRIC SUPPLY CO.
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002668190.001
02/28/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | | RELEASE # | ORDERED BY | |
|---|---|---|---|---|---|
| 24725 | 793482 | | | RA | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002668190.001 | CDLN | 02/28/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 06893872127 | FRZ RFS300 | 3 | 1 | 163.960 | e | 163.96 |
| | 600V RENEWABLE FUSE | | | | | |
| 06893873125 | FRZ RLS300 | 6 | 6 | 9.230 | e | 55.38 |
| | 600V RENEWAL LINK | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/29/2008

| | |
|---|---|
| Sub Total | 219.34 |
| S & H CHGS | 0.00 |
| Sales Tax | 15.35 |
| Total Due | 234.69 |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Signature _____  02/28/08
                           Date
M. PASTORIZA  8:8d

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

# Cooper electric supply co.

**Invoice**

S002755881.001
03/03/08

2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|
| 24725 | 793711 | | | JW | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002755881.001 | CDLN | 03/03/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 04613535027 | SUN 259 | 28 | 28 | 25.000 | c | 7.00 |
| | MINIATURE LAMP | | | | | |
| 78118039401 | A-B 199DR1 | 3 | 3 | 6.350 | e | 19.05 |
| | ZINC PLATED, CHROMATED STEEL | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/02/2008

| | |
|---|---|
| Sub Total | 26.05 |
| S & H CHGS | 0.00 |
| Sales Tax | 1.82 |
| Total Due | 27.87 |


sonepar
USA

** Reprint ** Reprint ** Reprint ** 03/03/08
Signature                Date
MARK PASTOVIA

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

# Cooper electric supply co.

**Invoice**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S008835409.021
03/05/08

Page 1 of 1

50198 7AD

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ   08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
.
9000 RIVER ROAD
DELAIR NJ 08110

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 767282 | | RELEASE # 08835409 | | ORDERED BY JIM | | |
|---|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S008835409.021 | SHIPPING BRANCH CCHE | | SHIP DATE 03/05/08 | SHIP VIA PROJECT BILLI | |
| SKU | DESCRIPTION | | | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| | ^GMS-ASSET ON SITE INVENTORY 10 | | | 1 | 1 | 1747.100 | | 1747.10 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.

All payments are due by 04/04/2008

| Sub Total | 1747.10 |
|---|---|
| S & H CHGS | 0.00 |
| Sales Tax | 122.30 |
| Total Due | 1869.40 |



**Payment Mailing Address:**
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

** Reprint ** Reprint ** Reprint **

# Invoice

**COOPER ELECTRIC SUPPLY CO**
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002791534.001
03/07/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|
| 24725 | 793114-ADD | | | JW | |
| **SALESMAN** | | **INVOICE NUMBER** | **SHIPPING BRANCH** | **SHIP DATE** | **SHIP VIA** |
| JIM TOMASELLI | | S002791534.001 | CDLN | 03/07/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78312676301 | OZ-G 270 | 9 | 9 | 2.100 | e | 18.90 |
| | 3/4 COND BODY COVER A | | | | | |

| | |
|---|---|
| Sub Total | 18.90 |
| S & H CHGS | 0.00 |
| Sales Tax | 1.32 |
| **Total Due** | **20.22** |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/06/2008

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



sonepar
USA

** Reprint ** Reprint ** Reprint ** 03/07/08

Signature        Date
M. PASTORiA 9:31

# Invoice

**COOPER ELECTRIC SUPPLY CO**
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002755972.001
03/10/08

Page 1 of 1

JJCP13-01-A1

**SOLD TO:**

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

**SHIPPED TO: 24725**

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

1243?9x503?9?o8413

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793645 | | RELEASE # | | ORDERED BY RA | |
|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002755972.001 | SHIPPING BRANCH CCHE | | SHIP DATE 03/10/08 | SHIP VIA DIRECT |
| SKU | DESCRIPTION | | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| | A-B 513-CABD-1L-44 | | 1 | 1 | 1847.250 | e | 1847.25 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/09/2008

| | |
|---|---|
| Sub Total | 1847.25 |
| S & H CHGS | 20.67 |
| Sales Tax | 130.75 |
| **Total Due** | **1998.67** |



sonepar
USA

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

☒Close Window



# Tracking Summary

Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 432 9X5 03 2976 841 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/13/2008 |
| | 9:09 A.M. |
| Delivered To: | PENNSAUKEN, NJ, US |
| Signed By: | MIKE |
| Service: | GROUND |

Tracking results provided by UPS: 04/11/2008 3:43 P.M.  ET

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

# Cooper electric supply co.

**Invoice**

S002791549.001
03/11/08

COOPER ELECTRIC SUPPLY CO.
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 793845 | | | JW |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| JIM TOMASELLI | | S002791549.001 | CDLN | 03/11/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 04613537387 | SUN 1835<br>55V.05A T3-1/4 MINBAY | 6 | 6 | 135.000 | c | 8.10 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/10/2008

| | |
|---|---|
| Sub Total | 8.10 |
| S & H CHGS | 0.00 |
| Sales Tax | 0.57 |
| **Total Due** | **8.67** |



sonepar
USA

** Reprint ** Reprint ** 03/11/08

Signature                    Date
M. PASTORIZA

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

# Invoice

**cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002804825.001
03/11/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ   08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|
| 24725 | 793879 | | | RA | |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| JIM TOMASELLI | | S002804825.001 | CCHE | 03/11/08 | SALESPERSON |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78118089603 | A-B 1489A1D030 | 1 | 1 | 47.780 | e | 47.78 |
| | UL489 MINIATURE CIRCUIT BIEC60947-2 | | | | | |
| | MINIATURE CIRC | | | | | |
| 78118089606 | A-B 1489A1D050 | 1 | 1 | 47.780 | e | 47.78 |
| | UL489 MINIATURE CIRCUIT BIEC60947-2 | | | | | |
| | MINIATURE CIRC | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/10/2008

| | | |
|---|---|---|
| Sub Total | | 95.56 |
| S & H CHGS | | 0.00 |
| Sales Tax | | 6.69 |
| **Total Due** | | **102.25** |


sonepar
usa

_Kandy Altshul_       03/12/08
Signature                Date

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

**cooper
electric
supply co.**

CHERRY HILL NJ 08034

856-985-2443 Fax 856-983-3402

Page 1 of 1

*JSwn13-α+*

**SOLD TO:**

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

**SHIPPED TO: 24725**

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

*1299W70003907560601*

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 793845 | | | JW |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002806780.001 | CCHE | 03/12/08 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 61132031442 | A-B 1769IT6 | 1 | 1 | 705.000 | e | 705.00 |
| | 6 CHANNEL THERMOCOUPLE/MILLIVOLT | | | | | |
| | INPUT MODULE | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/11/2008

| | |
|---|---|
| Sub Total | 705.00 |
| S & H CHGS | 7.40 |
| Sales Tax | 49.87 |
| **Total Due** | **762.27** |



**s o n e p a r**
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



⊠Close Window

# Tracking Summary

Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 99W 700 03 9075 606 1 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/13/2008 |
| | 9:09 A.M. |
| Delivered To: | PENNSAUKEN, NJ, US |
| Signed By: | MIKE |
| Service: | GROUND |

Tracking results provided by UPS: 04/11/2008 3:44 P.M. ET

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

**cooper electric supply co.**

CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | | RELEASE # | | | ORDERED BY | |
| 24725 | 793904 | | | | | JW | |
| SALESMAN | | INVOICE NUMBER | | SHIPPING BRANCH | | SHIP DATE | SHIP VIA |
| JIM TOMASELLI | | S002827108.001 | | CDLN | | 03/14/08 | OT OUR-TRUCK |
| SKU | DESCRIPTION | | | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| 04613549908 | SYL QTP4X32T8/UNV-ISN-SC-B | | | 2 | 2 | 14.500 | e | 29.00 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 04/13/2008

| Sub Total | 29.00 |
| S & H CHGS | 0.00 |
| Sales Tax | 2.03 |
| Total Due | 31.03 |

**sonepar** usa

** Reprint ** Reprint ** Reprint **

Signature                    03/14/08
                             Date
M. PASTOR 2A 8:05

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

# EXHIBIT "D"

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF NEW JERSEY _____ | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Shapes/Arch Holdings LLC et al. | Case Number<br>08-14631 through 08-14635 (GMB) Chapter 11 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Cooper Electric Supply Co. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Name and address where notices should be sent:<br>Cooper Electric Supply Co. c/o Nord & DeMaio<br>190 Hwy 18, Suite 201<br>E. Brunswick, NJ 08816<br>Telephone number: (732) 214-0303 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☑ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Last four digits of account or other number by which creditor identifies debtor:  4725 | Check here ☐ replaces<br>if this claim ☐ amends   a previously filed claim, dated:_____ | |

**1. Basis for Claim**
☑ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Other_____

☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #:____
Unpaid compensation for services performed
From _____ to _____
(date)              (date)

**2. Date debt was incurred:** 02/22/2008

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $_____ 18,526.69

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate     ☐ Other_____
☐ Motor Vehicle
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 18,526.69 _____ _____ 18,526.69
(unsecured)    (secured)    (priority)    (total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>4-8-08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any). Cooper Electric Supply Co.<br>By: Diane M. Beresford,<br>Corp. Credit Manager  *Diane M. Beresford* |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Cooper Electric Supply Co. Confidential                    4/3/2008                                    Page 1

## 24725  ALUMINUM SHAPES INC

| Inv Date | Inv Number | Cust PO# | Balance Open | |
|----------|------------|----------|--------------|--|
| 6/4/2007 | CK#111644 | 111644 | $ | (927.00) |
| 11/29/2007 | S002176029.004 | 791333 | $ | 223.08 |
| 12/3/2007 | S001662069.001 | 784535 | $ | 386.27 |
| 12/3/2007 | S002351323.001 | 792027 | $ | 587.68 |
| 12/3/2007 | S002381471.001 | 792025 | $ | 329.03 |
| 12/4/2007 | S002374377.001 | 792011 | $ | 204.63 |
| 12/6/2007 | S002351323.003 | 792027 | $ | 149.14 |
| 12/6/2007 | S002393437.001 | 792143 | $ | 890.84 |
| 12/6/2007 | S002401524.001 | 792143 | $ | 17.01 |
| 12/10/2007 | S002410162.001 | 792192 | $ | 152.70 |
| 12/10/2007 | S002414477.001 | 792213 | $ | 66.02 |
| 12/11/2007 | S002420148.001 | 792246 | $ | 453.06 |
| 12/11/2007 | S002421545.001 | 792248 | $ | 255.78 |
| 12/12/2007 | S002274439.001 | 791595 | $ | 3,002.42 |
| 12/12/2007 | S002392872.001 | 792288 | $ | 234.28 |
| 12/12/2007 | S002429102.001 | 792289 | $ | 129.72 |
| 12/13/2007 | S002440541.001 | GENERATOR SERVICE | $ | 851.55 |
| 12/17/2007 | S002445647.001 | 792367 | $ | 554.27 |
| 12/17/2007 | S002447484.001 | 792161 | $ | 50.83 |
| 12/18/2007 | S002452728.001 | 792399 | $ | 99.37 |
| 12/19/2007 | S002401524.002 | 792143 | $ | 11.34 |
| 12/20/2007 | S002431329.001 | 792430 | $ | 1,566.00 |
| 12/21/2007 | S001662069.003 | 784535 | $ | 624.56 |
| 1/2/2008 | S002351323.005 | 792027 | $ | 822.40 |
| 1/2/2008 | S002464785.001 | 792516 | $ | 834.09 |
| 1/2/2008 | S002476491.001 | 792517 | $ | 34.45 |
| 1/2/2008 | S002478102.001 | 791685 | $ | 31.03 |
| 1/4/2008 | S002505780.001 | 792571 | $ | 621.94 |
| 1/7/2008 | S002512013.001 | 792599 | $ | 223.99 |
| 1/9/2008 | S002526942.001 | 792772 | $ | 45.26 |
| 1/10/2008 | S002516723.001 | 792784 | $ | 561.42 |
| 1/10/2008 | S002534630.001 | 792815 | $ | 60.19 |
| 1/11/2008 | S002523467.001 | 792854 | $ | 875.19 |
| 1/11/2008 | S002534552.001 | 792785 | $ | 376.16 |
| 1/15/2008 | S002397018.001 | 792110 | $ | 249.31 |
| 1/25/2008 | S002593065.001 | 793062 | $ | 166.67 |
| 1/25/2008 | S002593065.003 | 793062 | $ | 166.66 |
| 1/25/2008 | S002601699.001 | 791333 | $ | 91.23 |
| 1/28/2008 | S002610276.001 | 793103 | $ | 97.09 |
| 2/1/2008 | S002601676.001 | 791333 | $ | (215.64) |
| 2/1/2008 | S002618611.001 | 793114 | $ | 42.86 |
| 2/5/2008 | S002650662.001 | 793238 | $ | 31.03 |
| 2/11/2008 | S002638329.001 | 793114 | $ | 619.05 |
| 2/12/2008 | S002618611.002 | 793114 | $ | 129.36 |
| 2/13/2008 | S002688244.001 | 793384 | $ | 6.66 |
| 2/19/2008 | S008835409.019 | 767282 | $ | 1,869.40 |
| 2/20/2008 | S002618611.003 | 793114 | $ | 27.85 |
| 2/21/2008 | S002688244.002 | 793384 | $ | 804.11 | Proof of Claim: |
| 2/22/2008 | S002731263.001 | 793566 | $ | 42.35 | $ 18,526.69 |