**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey  07932-0677
Tel:  (973) 360-7900
Fax:  (973) 295-1333
Diane E. Vuocolo, Esq. (DV-9904)
Louis T. DeLucia, Esq. (LD-3879)
Alan J. Brody, Esq. (AB-4777)
Alyson M. Fiedler, Esq. (AF-9058)
**Counsel for Arch Acquisition I, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |
|---|---|
| In re: | Case No.  08-14631 (GMB) |
|  | (Jointly Administered) |
| Shapes/Arch Holdings L.L.C., *et al*. | Chapter 11 |
| Debtors. | **Objection Deadline:** _____ |
|  | **Hearing Date:  To Be Determined Only If Objections Are Timely Filed** |

**APPLICATION FOR THE ADMISSION OF
JOSEPH P. DAVIS, ESQUIRE TO BE ADMITTED
*PRO HAC VICE* AS COUNSEL TO ARCH ACQUISITION I, LLC**

PLEASE TAKE NOTICE that the undersigned, as counsel for Arch Acquisition I, LLC ("Arch"), a party-in-interest in this case, has applied to this Court for an Order requesting the *pro hac vice* admission of Joseph P. Davis, Esquire, a member in good standing of the bars of the Commonwealth of Massachusetts, the U.S. District Court for the District of Massachusetts, the U.S. District Court for the Eastern District of Michigan, the U.S. Court of Appeals for the First and Ninth Circuits, and the United States Supreme Court, pursuant to D.N.J. LBR 2090-1 and Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey; and

*CHI 57,178,868v1*

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely, in support of this application, upon the Affidavit of Joseph P. Davis, the Certification of Diane E. Vuocolo in Support Of Application To Admit Joseph P. Davis, Esquire To This Court *Pro Hac Vice* for Arch Acquisition I, LLC Pursuant to District Court Rule 101.1(c) and a proposed form of Order submitted herewith.

Oral argument is not requested unless this application is contested.

Dated: April 22, 2008

**GREENBERG TRAURIG, LLP**
*Counsel for Arch Acquisition I, LLC*

By: /s/ Diane E. Vuocolo
Diane E. Vuocolo (DV-9904)
Greenberg Traurig, LLP
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 988-7803
Fax: (215) 717-5230
vuocolod@gtlaw.com

*CHI 57,178,868v1*