**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey  07932-0677
Tel:  (973) 360-7900
Fax:  (973) 295-1333
Diane E. Vuocolo, Esq. (DV-9904)
Louis T. DeLucia, Esq. (LD-3879)
Alan J. Brody, Esq. (AB-4777)
Alyson M. Fiedler, Esq. (AF-9058)
**Counsel for Arch Acquisition I, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | | |
|---|---|---|
| In re: | : | Case No.  08-14631 (GMB) |
| | : | (Jointly Administered) |
| | : | |
| Shapes/Arch Holdings L.L.C., *et al.* | : | Chapter 11 |
| | : | |
| Debtors. | : | **Objection Deadline:** _____ |
| | : | **Hearing Date:  To Be Determined Only If Objections Are Timely Filed** |

**CERTIFICATION OF DIANE E. VUOCOLO IN SUPPORT OF APPLICATION
FOR THE ADMISSION OF JOSEPH P. DAVIS, ESQUIRE TO THIS COURT
*PRO HAC VICE* AS COUNSEL TO ARCH ACQUISITION I, LLC
<u>PURSUANT TO DISTRICT COURT RULE 101.1(c) AND D.N.J. LBR 2090-1</u>**

I, Diane E. Vuocolo, Esquire, hereby certify as follows:

1. I am a shareholder at the law firm of Greenberg Traurig, LLP with offices at Two Commerce Square, 2001 Market Street, Philadelphia, PA  19103.  I am admitted to practice law in the State of New Jersey.

2. I am a member in good standing since 1986 in both the federal and state courts of New Jersey.

*CHI 57,178,913v1*

3. The applicant, Joseph P. Davis, Esquire, is a shareholder in the law firm of Greenberg Traurig, LLP.

4. Mr. Davis is admitted to practice law in the Commonwealth of Massachusetts and is in good standing to practice law in the Commonwealth of Massachusetts.

5. I know Mr. Davis to be of good character.

6. Mr. Davis has extensive experience in business and bankruptcy-related litigation and has particular expertise in this matter and has been requested by Arch Acquisition I, LLC to represent it as lead bankruptcy trial counsel.

7. This Certification is submitted in support of an application to admit Joseph P. Davis, Esquire *pro hac vice* in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 22, 2008

**GREENBERG TRAURIG, LLP**
*Counsel for Arch Acquisition I, LLC*

By: /s/ Diane E. Vuocolo
Diane E. Vuocolo (DV-9904)
Greenberg Traurig, LLP
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel:  (215) 988-7803
Fax:  (215) 717-5230
vuocolod@gtlaw.com

*CHI 57,178,913v1*