**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

---

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (GMB) (Jointly Administered) |

---

**FIRST INTERIM MONTHLY FEE STATEMENT OF COZEN O'CONNOR, ATTORNEYS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 16, 2008 THROUGH MARCH 31, 2008**

TO:   HONORABLE GLORIA M. BURNS
      UNITED STATES BANKRUPTCY JUDGE

This First Interim Monthly Fee Statement for Compensation and Reimbursement of Expenses (the "First Interim Fee Statement") is filed by Cozen O'Connor ("CO"), attorneys to Shapes/Arch Holdings L.L.C. and its related debtor entities, the debtors and debtors-in-possession (collectively the "Debtors")[1], requesting compensation and reimbursement of expenses for services provided by CO as attorneys to the Debtors for the period from March 16, 2008 through March 31, 2008 (the "First Interim Period").

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("Shapes/Arch"), the following entities, all of which are wholly owned subsidiaries or Shapes/Arch, also filed petitions on the Petition Date (defined below):  Shapes L.L.C. ("Shapes"); Delair L.L.C. ("Delair"); Accu-Weld L.L.C. ("Accu-Weld"); and Ultra L.L.C. ("Ultra").

**Background**

1.    On March 16, 2008 (the "Petition Date"), the Debtors filed their petitions for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

2.    The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3.    No trustee or examiner has been appointed in these cases.

4.    An official committee of unsecured creditors (the "Committee") was appointed on March 31, 2008 and has been actively involved in these cases since that time.

5.    By Order dated April 9, 2008 CO was retained to represent the Debtors as their attorneys in these bankruptcy proceedings on the terms set forth in CO's retention application, effective as of March 16, 2008.

6.    On March 18, 2008, the Administrative Order Pursuant To 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures Order") was entered by the Court.  CO submits this First Interim Fee Statement for compensation and reimbursement of actual, necessary costs and expenses for its service to the Debtors.

7.    During this First Interim Period, CO has been faithfully performing its duties under 11 U.S.C. § 327.

8.    The professionals and paraprofessionals of CO who have rendered services in these cases for which CO seeks compensation are reflected on the attached Exhibit "A", which provides the name of the professionals and paraprofessionals that have rendered services in these cases, their hourly rates and amount of time spent by each professional in these cases.

CHERRY_HILL\435786\2  220718.000

9.      In accordance with the Compensation Procedures Order, and as set forth in Local Rule 2016-1 and the Court's General Order Adopting Guidelines Governing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals, a detailed chronological itemization of the services rendered by each professional and paraprofessional during the First Interim Period, calculated by tenths of an hour, is attached hereto as Exhibit "B".

10.     During the First Interim Period, CO provided services to the Debtors in the total amount of $67,889.00.

11.     Attached hereto as Exhibit "C" is a summary of the actual and necessary expenses incurred.  During this First Interim Period, CO incurred actual and necessary expenses in the total amount of $9,408.04.

12.     Pursuant to the Compensation Procedures Order, CO seeks approval of 80% of the total compensation equal to $54,311.20 ($67,889.00 x 80%) and 100% reimbursement of expenses ($9,408.04) incurred by CO during the First Interim Period.

13.     Prior to the commencement of these cases, CO was paid a retainer totaling $180,227.67, which CO will utilize to satisfy the fees requested in this First Interim Fee Statement.

14.     Lastly, by way of disclosure, the final payment to CO prior to the Petition Date for services rendered prior to the Petition Date was insufficient to satisfy its outstanding fees and expenses due to certain expenses that did not "hit the system" until after the Petition Date.  These expenses total less than $2,000.  CO waives any claim for these expenses.

3

WHEREFORE, CO respectfully requests that, for the period from March 16, 2008 through March 31, 2008, a first interim allowance be made to CO in the total amount of $54,311.20 ($67,889.00 x 80% total fees incurred during the First Interim Period) for compensation and $9,408.04 for reimbursement of actual, necessary costs and expenses and that such amounts be authorized for payment from the prepetition retainer held by CO.

Dated: April 23, 2008                    COZEN O'CONNOR


                                         By:   _/s/ Jerrold N. Poslusny, Jr._
                                               Mark E. Felger
                                               Jerrold N. Poslusny, Jr.

                                         Attorneys for the Debtors

4

**EXHIBIT "A"**

| PROFESSIONAL | PRACTICE AREA | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Sandra A. Bloch | Corporate | 1979 | 5.60 | 550.00 | 3,080.00 |
| Mark E. Felger* | Bankruptcy | 1989 | 55.60 | 525.00 | 29,190.00 |
| Jerrold N. Poslusny, Jr. | Bankruptcy | 1999 | 53.70 | 375.00 | 20,137.50 |
| William D. Hogan | Real Estate | 1968 | .70 | 320.00 | 224.00 |
| Jennifer S. Reynolds | Corporate | 2002 | 13.50 | 315.00 | 4,252.50 |
| Sarah P. O'Donnell | Corporate | 2005 | 4.10 | 230.00 | 943.00 |
| Debbie Reyes, paralegal | Bankruptcy | n/a | 51.60 | 195.00 | 10,062.00 |
| TOTAL: | | | 184.80 | | **$67,889.00** |

*  Mr. Felger was certified by the American Board of Certification in business bankruptcy in 2005.



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832


April 23, 2008


SHAPES/ARCH HOLDINGS


RE:  SHAPES/ARCH HOLDINGS/BANKRUPTCY

OUR FILE NO.:  220718.000

```
                    FEES FOR PROFESSIONAL SERVICES:    $67,889.00
                    EXPENSES INCURRED:                  $9,408.04
        TOTAL AMOUNT OF INVOICE NO: 587223            $77,297.04
```

```
*--------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER---------*    RATE    HOURS           FEES
S. A. BLOCH                     550.00     5.60          3080.00
M.E. FELGER                     525.00    55.60         29190.00
W. HOGAN                        320.00      .70           224.00
D. REYES                        195.00    51.60         10062.00
J.N. POSLUSNY, JR.              375.00    53.70         20137.50
S.P. O'DONNELL                  230.00     4.10           943.00
J.S. REYNOLDS                   315.00    13.50          4252.50
                     TOTALS              184.80         67889.00


SPECIAL COPY                                             925.65
MISCELLANEOUS                                              2.00
COURIER SERVICE                                           31.50
DUPLICATING                                            1319.60
POSTAGE                                                   24.86
TRAVEL & MEALS SUBJECT TO I.R.S. LIMITATIONS ON          50.48
```


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Apr 23, 2008    PAGE    2
FILE NUMBER: 220718.000
INVOICE NO.: 587223

    LONG DISTANCE TELEPHONE                      49.95
    FAX CHARGES                                1789.00
    FILING FEES/RJI                            5195.00
    TRAVEL RELATED EXPENSES                       20.00

        EXPENSES INCURRED              $9,408.04


        GRAND TOTAL                   $77,297.04
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:        587223
File/Matter No:  220718.000
Amount Due:        77,297.04

Please remit check payable to COZEN O'CONNOR to:

        W1385
        Cozen O'Connor
        P.O. Box 7777
        Philadelphia, PA 19175-0775

Please send wire transfers to:

        Account Name:    Cozen O'Connor Executive Account
        Account No:      2953925
        Bank Name:       Mellon Bank
        Bank ABA No:     031000037
        Bank Address:    1735 Market Street
            :            Philadelphia, PA 19103
        Swift Code*:     MELNUS3P
        * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

INVOICE NO.:  587223                    INVOICE DATE:  Apr 23, 2008

09273.0001.000 SHAPES/ARCH HOLDINGS
220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY

| DATE | ATTY | DESCRIPTION OF SERVICES | CODE | HOURS |
|------|------|-------------------------|------|-------|
| | | ASSET DISPOSTION | | |
| 03/21/08 | JNP | CORRESPONDENCE FROM L. KOMKOV RE: INTEREST IN ASSET PURCHASE. | BKG102 | 0.10 |
| 03/26/08 | JNP | TELEPHONE CALL WITH I. PEARLMUTTER RE: INTEREST IN PURCHASING ASSETS. | BKG102 | 0.20 |
| | | TOTAL ASSET DISPOSTION | | 0.30    $112.50 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        Apr 23, 2008      PAGE   5
FILE NUMBER: 220718.000
INVOICE NO.: 587223

            BUSINESS OPERATIONS

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 03/17/08 | JNP | TELEPHONE CALL WITH P. SORENSEN RE: WAGE MOTION. | BKG103 | 0.20 |
| 03/17/08 | MEF | MEMOS TO PECO RE: FILING ISSUES (3) | BKG103 | 0.30 |
| 03/19/08 | JNP | DRAFT NOTICES OF DISCLOSURE STATEMENT HEARING AND CASE FILING. | BKG103 | 1.60 |
| 03/19/08 | D R | WORK ON SERVICE OF UTILITY ORDER ON ALL UTILITY COMPANIES. | BKG103 | 0.60 |
| 03/19/08 | MEF | TELEPHONE CONFERENCE WITH PECO RE: DEPOSIT MOTION | BKG103 | 0.20 |
| 03/20/08 | MEF | BEGIN TO DRAFT CUSTOMER PROGRAMS MOTION | BKG103 | 0.50 |
| 03/20/08 | MEF | MEMOS TO PECO RE: DEPOSIT ISSUE | BKG103 | 0.20 |
| 03/20/08 | JNP | READ/REPLY TO EMAIL FROM M. FELGER RE: UTILITY MOTION - PECO SETTLEMENT. | BKG103 | 0.10 |
| 03/20/08 | JNP | REVIEW INSURANCE INFORMATION FROM D. GOLLIN. | BKG103 | 0.20 |
| 03/21/08 | MEF | REVIEW AND REVISE CUSTOMER PRACTICES MOTION | BKG103 | 0.50 |
| 03/21/08 | JNP | RESEARCH RE: PAYMENT OF COMMISSIONS AS PRIORITY. | BKG103 | 0.20 |
| 03/21/08 | JNP | TELEPHONE CALL WITH J. VENABLE RE: WINDOW DEPOT ISSUES. | BKG103 | 0.20 |
| 03/21/08 | JNP | EMAIL M. FELGER RE: WINDOW DEPOT ISSUE. | BKG103 | 0.10 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008      PAGE    6
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 03/21/08 | JNP | TELEPHONE CALL WITH M. FELGER RE; WINDOW DEPOT ISSUES; ORDINARY COURSE PROFESSIONALS. | BKG103 | 0.40 |
| 03/25/08 | JNP | DRAFT STIPULATION WITH PECO FOR SECURITY DEPOSIT. | BKG103 | 1.30 |
| 03/25/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: INSURANCE ISSUES. | BKG103 | 0.20 |
| 03/26/08 | JNP | REVISE MOTION TO MAINTAIN CUSTOMER PRACTICES. | BKG103 | 1.80 |
| 03/26/08 | MEF | REVIEW AND REVISE PECO STIPULATION | BKG103 | 0.30 |
| 03/26/08 | JNP | EDIT STIPULATION WITH PECO FOR UTILITY DEPOSIT. | BKG103 | 0.20 |
| 03/26/08 | JNP | EMAILS FROM D. GOLLIN RE: WARRANTY PROGRAMS. | BKG103 | 0.30 |
| 03/27/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: PROCEDURES AND PRACTICES MOTION; MOTION FOR PAYMENT OF COMMISSIONS. | BKG103 | 0.30 |
| 03/27/08 | JNP | EMAIL FROM D. GOLLIN RE: UIU NOTICE TO EMPLOYEES. | BKG103 | 0.10 |
| 03/27/08 | JNP | REVISE MOTION TO CONTINUE CUSTOMER PRACTICES. | BKG103 | 1.40 |
| 03/27/08 | JNP | TELEPHONE CALL WITH P. MILLS RE: VALLEY NATIONAL GAS RECOVERY OF TANKS. | BKG103 | 0.10 |
| 03/27/08 | JNP | EMAIL S. KLAR RE: SECURITY DEPOSIT WITH PSE&G. | BKG103 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Apr 23, 2008    PAGE    7
FILE NUMBER: 220718.000
INVOICE NO.: 587223
```

| | | | |
|---|---|---|---|
| 03/27/08 JNP | TELEPHONE CALL WITH P. LEWIS RE: ISSUES WITH UIU. | BKG103 | 0.20 |
| 03/28/08 JNP | TELEPHONE CALL WITH M. FELGER RE: UIU ISSUES; WAGES MOTION. | BKG103 | 0.30 |
| 03/28/08 JNP | EMAILS FROM D. GOLLIN RE: UIU ISSUES. | BKG103 | 0.20 |
| 03/28/08 JNP | TELEPHONE CALL WITH D. GOLLIN RE: ISSUES WITH UIU. | BKG103 | 0.20 |
| 03/28/08 SAB | TELEPHONE CALL WITH SGRABELL; REVIEW E-MAILS | BKG103 | 0.30 |
| 03/28/08 MEF | REVIEW AND REVISE CUSTOMER PRACTICES MOTION | BKG103 | 0.80 |
| 03/28/08 JNP | TELEPHONE CALL WITH B. STATTLER RE: FULLER CO. PROVIDING GOODS TO ACCU-WELD. | BKG103 | 0.10 |
| 03/28/08 JNP | READ/REPLY TO EMAILS FROM D. GOLLIN RE: IP/TRADEMARK ISSUE WITH CALIFORNIA COMPANY. | BKG103 | 0.20 |
| 03/28/08 JNP | REVIEW WAGE ORDER RE: UIU PAYMENTS. | BKG103 | 0.20 |
| 03/28/08 JNP | EMAIL P. MILLS RE: VALLEY GAS PROPANE TANKS. | BKG103 | 0.10 |
| 03/29/08 JNP | DRAFT CUSTOMER PRACTICES MOTION. | BKG103 | 1.20 |
| 03/31/08 JNP | REVIEW SIGNATURE OBJECTION TO DIP FINANCING. | BKG103 | 0.30 |
| 03/31/08 MEF | REVIEW AND REVISE CUSTOMER PRACTICES MOTION | BKG103 | 0.50 |

```
     TOTAL BUSINESS OPERATIONS                      16.00    $6439.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        Apr 23, 2008        PAGE    8
FILE NUMBER: 220718.000
INVOICE NO.: 587223

            CASE ADMINISTRATION

03/16/08 JNP    EDIT, FILE AND SERVE FIRST DAY        BKG104      7.20
                PLEADINGS PER FINAL COMMENTS/MEETING
                WITH M. FELGER RE:
                FILING/PREPARATION OF DOCUMENTS FOR
                FILING

03/16/08 MEF    REVIEW AND REVISE FIRST DAY PLEADINGS  BKG104      1.00

03/16/08 MEF    TELEPHONE CONFERENCE WITH P.          BKG104      0.30
                PATTERSON RE: DIP FINANCING AND PLAN
                ISSUES

03/16/08 D R    COORDINATE SERVICE OF DIP MOTION AND  BKG104      1.00
                APPLICATION FOR EXPEDITED
                CONSIDERATION ON PARTIES VIA FAX OR
                EMAIL.

03/16/08 MEF    OFFICE CONFERENCE WITH J. POSLUSNY    BKG104      0.70
                RE: PLAN ISSUES AND FILING
                ISSUES/LOGISTICS

03/16/08 MEF    MEMOS TO PARTIES RE: FILING LOGISTICS  BKG104      0.30

03/16/08 D R    CONTINUE WITH PREPARING/REVISING      BKG104      7.50
                FIRST DAY MOTIONS, APPLICATION AND
                SCHEDULES; EFILING OF FIVE PETITIONS
                AND ALL RELATED MOTIONS/APPLICATIONS.

03/16/08 MEF    TELEPHONE CONFERENCES WITH S. BLOCH   BKG104      0.40
                RE: FILING LOGISTICS AND FINANCING
                ISSUES (3)

03/17/08 D R    PREPARE/AND UPLOAD CREDITORS (APPROX  BKG104      1.20
                15,000) IN COURT'S ECF SYSTEM.

03/17/08 D R    PREPARE CERTIFICATE OF SERVICE FOR    BKG104      1.00
                FIRST DAY DOCUMENTS AND EFILING OF
                SAME.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Apr 23, 2008      PAGE   9
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/17/08 D R   PREPARE/SERVICE OF FIRST DAY      BKG104    4.20
               DOCUMENTS VIA FACSIMILE, EMAIL OR
               OVERNIGHT MAIL ON REQUIRED PARTIES,
               CONSOLIDATED 30 LIST AND UTILITY
               COMPANIES.  RESEARCH RE: SERVICE
               ADDRESS/FAX #S.

03/17/08 JNP   TELEPHONE CALL WITH CHAMBERS RE:   BKG104    0.10
               EXHIBITS WITH DIP LOAN ORDER.

03/17/08 D R   PREPARE DOCUMENTS REQUESTED BY     BKG104    1.50
               CHAMBERS AND PREPARE DOCUMENT BINDER
               FOR HEARINGS.

03/17/08 JNP   TELEPHONE CALL WITH CHAMBERS RE:   BKG104    0.20
               FIRST DAY HEARING.

03/17/08 JNP   EMAIL M. FELGER RE: U.S. TRUSTEE   BKG104    0.20
               POSITIONS ON FIRST DAY MOTIONS.

03/17/08 JNP   TELEPHONE CALL WITH CHAMBERS RE:   BKG104    0.20
               PLEADINGS BINDERS.

03/17/08 JNP   REVIEW ORDER ON FIRST DAY HEARING; BKG104    0.20
               ARRANGE FOR SERVICE.

03/17/08 JNP   TELEPHONE CALL WITH M. VISCOUNT RE: BKG104   0.10
               CASE BACKGROUND.

03/17/08 JNP   TELEPHONE CALL WITH G. GALLIN RE:   BKG104   0.10
               ISSUE WITH CUSTOMER.

03/17/08 JNP   TELEPHONE CALL WITH COURT RE: FIRST BKG104   0.10
               DAY HEARING.

03/17/08 JNP   TELEPHONE CALL WITH J. FIORELLA RE: BKG104   0.20
               CASE BACKGROUND.

03/17/08 JNP   PREPARATION FOR FIRST DAY HEARINGS. BKG104   0.60
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008        PAGE   10
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| | | | | |
|---|---|---|---|---|
| 03/17/08 JNP | TELEPHONE CALL WITH J. MYERS RE: CASE BACKGROUND. | BKG104 | 0.20 |
| 03/17/08 MEF | TELEPHONE CONFERENCE CLIENT RE: FILING AND HEARING ISSUES | BKG104 | 0.30 |
| 03/17/08 JNP | TELEPHONE CALL WITH P. D'AURIA RE: U.S. TRUSTEE POSITIONS ON FIRST DAYS. | BKG104 | 0.40 |
| 03/17/08 JNP | TELEPHONE CALL WITH T. PETERSON RE: CASE BACKGROUND. | BKG104 | 0.10 |
| 03/18/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: AMENDMENTS TO PLAN AND SCHEDULE AND SOFAS | BKG104 | 0.30 |
| 03/18/08 D R | PREPARE DOCUMENTS FOR HEARING ON FIRST DAY MOTIONS. | BKG104 | 0.30 |
| 03/18/08 MEF | OFFICE CONFERENCE WITH J. POSLUSNY RE: SERVICE ISSUES | BKG104 | 0.30 |
| 03/18/08 D R | TELEPHONE CALLS (X5) FROM PARTIES RE: RECEIPT OF CASE INFORMATION QUESTIONS ON HEARING/CLAIMS ISSUES. | BKG104 | 0.60 |
| 03/18/08 JNP | TELEPHONE CALL WITH COURT RE: HEARING SCHEDULE. | BKG104 | 0.20 |
| 03/18/08 D R | FOLLOW UP WITH ISSUES RE: SERVICE OF FIRST DAY DOCUMENTS ON REQUIRED PARTIES. | BKG104 | 0.30 |
| 03/18/08 JNP | EMAIL M. FELGER RE: COMMITTEE ISSUES. | BKG104 | 0.10 |
| 03/18/08 JNP | EMAIL FROM K. ARDELEAN RE: U.S. TRUSTEE INFORMATION REQUEST. | BKG104 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008      PAGE   11
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| | | | | |
|---|---|---|---|---|
| 03/19/08 MEF | TELEPHONE CONFERENCE WITH D. GOLLIN (3) RE: CONTRACT, SETOFF, AND RECLAMATION ISSUES | BKG104 | 0.80 |
| 03/19/08 D R | WORK ON NEWSPAPER NOTICE OF BAR DATE TO BE PUBLISHED IN THE WALL STREET JOURNAL, PHILLY INQUIRER AND COURIER POST. | BKG104 | 1.00 |
| 03/19/08 D R | WORK ON FORM NOTICES TO BE SENT BY EPIQ TO CREDITORS. | BKG104 | 0.30 |
| 03/19/08 W H | CONFERENCE WITH J. POSLUSNY RE: TAX APPEAL. | BKG104 | 0.10 |
| 03/19/08 MEF | TELEPHONE CONFERENCE WITH P. SORENSON RE: PECO AND STATUS | BKG104 | 0.30 |
| 03/19/08 JNP | TELEPHONE CALL WITH G. MARKS RE: CASE BACKGROUND. | BKG104 | 0.10 |
| 03/19/08 D R | CONTINUE WORKING ON PREPARING DOCUMENTS REQUESTED BY EPIQ FOR NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST. | BKG104 | 1.50 |
| 03/19/08 MEF | REVIEW ORDERS AS ENTERED | BKG104 | 0.20 |
| 03/19/08 MEF | TELEPHONE CONFERENCES WITH J. POSLUSNY RE: NUMEROUS MATTERS (2) | BKG104 | 0.30 |
| 03/19/08 JNP | DRAFT RESPONSE TO RECLAMATION LETTERS. | BKG104 | 0.20 |
| 03/19/08 JNP | TELEPHONE CALL WITH COURT RE: POTENTIAL ISSUES WITH FIRST DAY ORDERS. | BKG104 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                    Apr 23, 2008        PAGE  12
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 03/19/08 | JNP | TELEPHONE CALL FROM B. STRICKLAND AND EXCHANGE EMAILS RE: LIFE INSURANCE ISSUES. | BKG104 | 0.10 |
| 03/19/08 | MEF | TELEPHONE CONFERENCE WITH S. BLOCH RE: CASE STATUS | BKG104 | 0.20 |
| 03/19/08 | MEF | MEMOS TO PARTIES RE: FORMATION MEETING (5) | BKG104 | 0.30 |
| 03/19/08 | JNP | TELEPHONE CALL WITH J. O'NEILL RE: CASE BACKGROUND. | BKG104 | 0.20 |
| 03/19/08 | JNP | READ/REPLY TO EMAILS FROM POTENTIAL COMMITTEE REPS. | BKG104 | 0.30 |
| 03/19/08 | D R | PREPARE MASTER SERVICE LIST. | BKG104 | 0.50 |
| 03/20/08 | MEF | MEMOS TO D. REYES RE: CRITICAL DATES MEMO | BKG104 | 0.30 |
| 03/20/08 | MEF | TELEPHONE CONFERENCE WITH D. GOLLIN RE: CONTRACTS AND CUSTOMER ISSUES | BKG104 | 0.30 |
| 03/20/08 | MEF | MEMOS TO S. GRABELL RE: FORMATION MEETING, AND CUSTOMER AND OCP MOTIONS (3) | BKG104 | 0.20 |
| 03/20/08 | MEF | REVIEW NOTICES AND MEMOS TO EPIQ RE: 3/20 SERVICE (4) | BKG104 | 0.30 |
| 03/20/08 | MEF | REVIEW AND FILE NOTICE OF BANKRUPTCY | BKG104 | 0.20 |
| 03/20/08 | MEF | TELEPHONE CONFERENCES WITH J. POSLUSNY RE: PENDING MATTERS AND FORMATION OF 341 MEETINGS (2) | BKG104 | 0.20 |
| 03/20/08 | MEF | MEMOS TO D. GOLLIN RE: VARIOUS FIRST DAY ISSUES (4) | BKG104 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Apr 23, 2008      PAGE  13
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/20/08  JNP    CORRESPONDENCE FROM AMERICAN IRON    BKG104    0.10
                 RE: RECLAMATION DEMAND.

03/20/08  JNP    READ/REPLY TO EMAIL FROM J. SPONDER  BKG104    0.10
                 RE: FORMATION MEETING.

03/20/08  JNP    READ/REPLY TO EMAILS FROM EPIQ RE:   BKG104    0.20
                 NOTICES TO SEND.

03/20/08  D R    CONTINUE PREPARATION OF CRITICAL     BKG104    0.50
                 DATES MEMORANDUM.

03/20/08  D R    COORDINATE SERVICE OF FIRST DAY      BKG104    0.50
                 ORDERS ON REQUIRED PARTIES.

03/20/08  D R    WORK WITH EPIQ RE: SERVICE OF        BKG104    1.00
                 DOCUMENTS, INCLUDING 341 NOTICE AND
                 NOTICE OF DISCLOSURE STATEMENT.

03/20/08  JNP    EXCHANGE EMAILS WITH EPIQ RE: 341    BKG104    0.30
                 MEETING NOTICE, DISCLOSURE STATEMENT
                 HEARING NOTICE.

03/20/08  JNP    TELEPHONE CALL WITH D. GOLLIN RE:    BKG104    0.10
                 INSURANCE CERTIFICATES TO U.S.
                 TRUSTEE.

03/20/08  JNP    MEETING WITH D. REYES RE: SERVICE    BKG104    0.20
                 ISSUES; CASE DEADLINES; USE OF EPIQ.

03/20/08  JNP    REVIEW MASTER SERVICE LIST; EMAIL D. BKG104    0.10
                 REYES WITH ADDITIONS.

03/21/08  D R    PREPARE AND EMAILING REQUESTED       BKG104    0.30
                 INFORMATION TO UNIONS.

03/21/08  JNP    TELEPHONE CALL WITH D. PLATT RE:     BKG104    0.10
                 CASE INFORMATION.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE   14
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/21/08 MEF     TELEPHONE CONFERENCE WITH J.        BKG104      0.30
                 POSLUSNY RE: PENDING MATTERS

03/21/08 D R     FOLLOW UP WITH ISSUES ON NEWSPAPER  BKG104      0.50
                 NOTICES; EMAIL TO A. LEVINE WITH
                 INSTRUCTIONS FOR PUBLICATION IN WALL
                 STREET JOURNAL AND PHILADELPHIA
                 INQUIRER.

03/21/08 JNP     TELEPHONE CALL WITH S. KIMMELMAN RE: BKG104     0.10
                 CASE BACKGROUND.

03/21/08 D R     PREPARE/SCAN AND EMAILING OF US      BKG104     0.50
                 GUIDELINES TO M. JACOBY AT PHOENIX
                 WITH INSTRUCTIONS FOR INITIAL REPORT
                 AND SUBSEQUENT MONTHLY REPORTS/FEES.

03/21/08 D R     CONTINUE DRAFTING MEMO RE:           BKG104     0.50
                 DATES/DEADLINES.

03/21/08 D R     RESPOND TO CALLS (X3) FROM CREDITORS BKG104     0.30
                 RECEIVING NOTICE RE: FILING ISSUES.

03/21/08 JNP     CORRESPONDENCE FROM J. SPONDER RE:   BKG104     0.10
                 FORMATION MEETING NOTICE.

03/21/08 JNP     TELEPHONE CALL WITH R. MARSHALL RE:  BKG104     0.20
                 CASE BACKGROUND.

03/21/08 JNP     TELEPHONE CALL WITH COURT RE:        BKG104     0.10
                 NOTICES SENT BY EPIQ.

03/21/08 JNP     READ/REPLY TO EMAILS FROM A. LEVIN   BKG104     0.20
                 AND EMAIL TO P. SORENSEN RE:
                 PUBLICATION NOTICES.

03/21/08 JNP     TELEPHONE CALL WITH J. SCHWARTZ RE:  BKG104     0.20
                 CASE BACKGROUND.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Apr 23, 2008      PAGE   15
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/21/08 MEF    MEMO TO PHOENIX RE: SOFAS          BKG104      0.20

03/21/08 D R    PREPARE NOTICE OF APPLICATION TO   BKG104      1.60
                APPOINT PROFESSIONALS. COORDINATE
                WITH EPIQ ON SERVICE OF RETENTION
                APPLICATIONS ON MASTER SERVICE LIST
                AND ALL SECURED CREDITORS.

03/24/08 MEF    CONFERENCE CALL WITH D. GOLLIN AND  BKG104     0.80
                ULTRA MANAGEMENT RE: ULTRA
                CUSTOMER/VENDOR ISSUES

03/24/08 D R    PREPARE/EMAILING REQUESTED DOCUMENTS BKG104    0.20
                TO D. GOLIN.

03/24/08 D R    TELEPHONE CALLS (X10) FROM PARTIES  BKG104     0.80
                RECEIVING NOTICES (RE: CLAIMS AND
                DISCLOSURE STATEMENT HEARING).

03/24/08 JNP    TELEPHONE CALL WITH A. SODONO RE:   BKG104     0.20
                CASE BACKGROUND.

03/24/08 MEF    TELEPHONE CONFERENCE WITH D. GOLLIN BKG104     0.70
                RE: NUMEROUS TRANSITION ISSUES

03/24/08 D R    FOLLOW UP RE: STATUS OF NEWSPAPER   BKG104     0.20
                NOTICES; CONTACT PAUL SORENSON RE:
                NOTICE.

03/24/08 MEF    MEMO TO D. GOLLIN RE:               BKG104     0.30
                CUSTOMER/CONTRACT ISSUES

03/24/08 MEF    MEMO TO SHAPIRO RE: ULTRA ISSUES AND BKG104    0.20
                EPA ISSUES

03/24/08 MEF    REVIEW DOCKET AND VARIOUS NOTICES   BKG104     0.20
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Apr 23, 2008      PAGE   16
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/24/08 W H    CONFERENCE WITH J. POSLUSNY RE:      BKG104    0.20
                COUNTY TAX BOARD DEADLINE AND
                PROSPECTIVE ATTORNEYS/APPRAISERS.

03/25/08 JNP    DRAFT VOICE MAIL MESSAGE FOR CALLS    BKG104    0.80
                FOR CASE INFORMATION.

03/25/08 JNP    TELEPHONE CALL WITH M. FELGER RE:     BKG104    0.40
                ORDINARY COURSE PROFESSIONALS; U.S.
                TRUSTEE DOCUMENT REQUEST.

03/25/08 MEF    MEMO TO U.S. TRUSTEE RE: OPERATING    BKG104    0.30
                AGREEMENT

03/25/08 MEF    TELEPHONE CONFERENCE WITH J.          BKG104    0.30
                POSLUSNY RE: PENDING MATTERS

03/25/08 MEF    TELEPHONE CONFERENCE WITH W. BORGES   BKG104    0.20
                RE: PENDING LITIGATION

03/25/08 MEF    MEMOS TO J. SHAPIRO RE: LITIGATION    BKG104    0.20
                ANALYSIS AND PENDING MATTERS

03/26/08 D R    FOLLOW UP WITH UTILITY ISSUES RE:     BKG104    0.40
                RESPONSES RECEIVED.

03/26/08 D R    PREPARE CERTIFICATE OF SERVICE RE:    BKG104    0.90
                SERVICE OF FIRST DAY ORDERS ON
                REQUIRED PARTIES AND SERVICE OF
                UTILITY ORDER ON UTILITY COMPANIES.

03/26/08 D R    PREPARATION OF CORE SERVICE LIST AND  BKG104    1.30
                MASTER SERVICE LIST.

03/26/08 D R    UPDATE SERVICE LIST RE: ATTORNEY      BKG104    0.80
                APPEARANCES AND ADVISE EPIQ RE: SAME.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        Apr 23, 2008      PAGE   17
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 03/26/08 | MEF | CONFERENCE CALL WITH BLANK ROME, ULTRA MANAGEMENT, GRABELL AND GOLLIN RE: ULTRA/CHINA ISSUES | BKG104 | 0.70 |
| 03/26/08 | JNP | EMAIL FROM M. JACOBY RE: REVISIONS TO SCHEDULES AND SOFAS. | BKG104 | 0.20 |
| 03/26/08 | JNP | REVIEW INSURANCE CERTIFICATES AND EMAIL U.S. TRUSTEE RE: SAME. | BKG104 | 0.10 |
| 03/26/08 | D R | PREPARE AGENDA FOR APRIL 3, 2008 HEARING. | BKG104 | 0.80 |
| 03/26/08 | MEF | REVIEW AND REVISE CRITICAL DATES MEMO | BKG104 | 0.10 |
| 03/26/08 | MEF | TELEPHONE CONFERENCE WITH P. SORENSON AND M. JACOBY RE: SCHEDULES ISSUES | BKG104 | 0.30 |
| 03/26/08 | MEF | MEMO TO D. GOLLIN RE: EMPLOYEE COMMUNICATION RE: BAR DATE | BKG104 | 0.40 |
| 03/26/08 | MEF | TELEPHONE CONFERENCE WITH D. GOLLIN RE: CLAIM AND OPERATIONAL ISSUES | BKG104 | 0.30 |
| 03/26/08 | MEF | REVISE LETTER TO U.S. TRUSTEE RE: OPERATING AGREEMENT | BKG104 | 0.20 |
| 03/26/08 | D R | FOLLOW UP WITH ISSUES OF SERVICE ON CERTAIN ULTRA CREDITORS. | BKG104 | 0.20 |
| 03/26/08 | D R | PREPARE/EFILING OF CERTIFICATES OF SERVICE RECEIVED FROM EPIQ RE: SERVING OF BAR DATE AND DISCLOSURE STATEMENT NOTICE. | BKG104 | 0.30 |
| 03/27/08 | MEF | MEMOS TO FILE RE: INITIAL CLIENT/DEBTORS INTERVIEW | BKG104 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008        PAGE   18
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| | | | | |
|---|---|---|---|---|
| 03/27/08 | MEF | MEMOS TO PARTIES RE: 3/18 HEARING TRANSCRIPT (4) | BKG104 | 0.20 |
| 03/27/08 | MEF | MEMOS TO J. POSLUSNY AND CLIENT RE: UNION ISSUES (3) | BKG104 | 0.30 |
| 03/27/08 | MEF | MEMO TO CLIENT RE: CRITICAL DATES MEMO | BKG104 | 0.20 |
| 03/27/08 | D R | REVISE AGENDA FOR APRIL 3 HEARING. | BKG104 | 0.30 |
| 03/27/08 | D R | CONTACT COURT AND TRANSCRIBER RE: TRANSCRIPT REQUEST OF FIRST DAY HEARING; PREPARE/FAX REQUEST. | BKG104 | 0.40 |
| 03/27/08 | D R | TELEPHONE CALLS TO/FROM HESS CORPORATION RE: SERVICE AND CONTACT INFORMATION. | BKG104 | 0.20 |
| 03/27/08 | D R | FOLLOW WITH RETURNED NOTICES; ATTEMPT TO LOCATE CORRECT SERVICE ADDRESSES. | BKG104 | 0.50 |
| 03/27/08 | JNP | EXCHANGE EMAILS WITH U.S. TRUSTEE RE: INITIAL DEBTOR INTERVIEW; EMAIL CLIENT RE: SAME. | BKG104 | 0.20 |
| 03/27/08 | JNP | TELEPHONE CALL WITH P. SORENSEN RE: INFORMATION FOR IDI. | BKG104 | 0.10 |
| 03/27/08 | D R | RESEARCH TO OBTAIN PROPER SERVICE ADDRESS FOR RETURN NOTICE SENT TO UTILITY COMPANIES. | BKG104 | 0.30 |
| 03/27/08 | D R | PREPARE ATTORNEY DISCLOSURE STATEMENT AND EMAILING OF SAME. | BKG104 | 0.50 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Apr 23, 2008      PAGE   19
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/27/08 D R    RETURN CALLS (X14) TO PARTIES       BKG104      1.10
                LEAVING MESSAGES RE: SHAPES
                FILING/CLAIMS PROCEDURES.

03/27/08 D R    WORK ON CRITICAL DATES MEMO.        BKG104      0.50

03/27/08 D R    PREPARE NOTICE OF MOTION AND ORDER  BKG104      1.00
                FOR MOTION TO EMPLOY ORDINARY COURSE
                PROFESSIONALS.

03/28/08 MEF    MEMOS TO S. GRABELL RE: COMMITTEE   BKG104      0.20
                MEETING (3)

03/28/08 JNP    TELEPHONE CALL WITH M. SCHWARTZ RE: BKG104      0.10
                CASE BACKGROUND.

03/28/08 MEF    TELEPHONE CONFERENCE WITH INTERESTED BKG104     0.40
                PARTIES RE: CASE STATUS

03/28/08 MEF    MEMOS TO J. POSLUSNY RE: UTILITIES  BKG104      0.30
                MOTION, CUSTOMER PRACTICES MOTION
                AND OCP MOTION

03/28/08 MEF    TELEPHONE CONFERENCES WITH D. GOLLIN BKG104     0.30
                (2) RE CLAIM AND CONTRACT ISSUES

03/28/08 MEF    TELEPHONE CONFERENCE WITH G.        BKG104      0.20
                SCHARMETT RE: CASE STATUS

03/28/08 MEF    MEMOS TO J. SHAPIRO RE: OCP         BKG104      0.30
                PROFESSIONAL MOTION, UNION ISSUES
                AND PENDING MATTERS

03/28/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO BKG104     0.30
                RE COMMITTEE AND PROFESSIONALS
                RETENTION ISSUES

03/28/08 MEF    MEMOS TO D. GOLLIN RE: UNION ISSUES BKG104      0.20
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  20
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/31/08 MEF   MEMOS TO J. SHAPIRO RE: FORMATION      BKG104   0.20
               MEETING AND DIP OBJECTIONS

03/31/08 D R   PREPARE AND EFILING OF CERTIFICATE     BKG104   0.50
               OF SERVICE OF MOTION TO RETAIN
               ORDINARY COURSE PROFESSIONALS AND
               SUPPLEMENTAL CERTIFICATE OF SERVICE
               OF EPIQ.

03/31/08 D R   RETURN CALLS (X8) TO CREDITORS         BKG104   0.50
               INQUIRING AS TO CASE FILING ISSUES.

03/31/08 MEF   REVIEW AND REVISE AGENDA NOTICE        BKG104   0.20

03/31/08 D R   PREPARE AND FORWARD TO REQUESTING      BKG104   0.20
               PARTIES FILED PLAN/DISCLOSURE
               STATEMENT AND DIP ORDERS.

03/31/08 MEF   MEMOS TO COMMITTEE PROFESSIONALS RE:   BKG104   0.30
               RETENTION AND CONFERENCE CALL (4)

03/31/08 D R   UPDATE MASTER SERVICE LIST, AGENDA     BKG104   0.50
               FOR APRIL 3 HEARING AND CALENDAR.

03/31/08 MEF   TELEPHONE CONFERENCE WITH D. GOLLIN    BKG104   0.40
               RE: UNION ISSUES

03/31/08 D R   RESEARCH ADDRESS FOR RETURNED          BKG104   0.20
               MAILINGS OF FIRST DAY PLEADINGS.

        TOTAL CASE ADMINISTRATION                     72.30   $22635.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                      Apr 23, 2008      PAGE   21
FILE NUMBER: 220718.000
INVOICE NO.: 587223

CLAIMS ADMINISTRATION AND OBJECTIONS

| Date | | Description | | |
|------|------|-------------|------|------|
| 03/17/08 | JNP | TELEPHONE CALL WITH J. SLEDMERE RE: EXCO CLAIM AND FIRST DAY MOTIONS. | BKG105 | 0.20 |
| 03/18/08 | JNP | CORRESPONDENCE FROM J. SLEDMERE RE: EXCO CLAIM AND BANKRUPTCY TERMS OF PAYMENT. | BKG105 | 0.10 |
| 03/18/08 | JNP | TELEPHONE CALL WITH D. MCELHINNEY RE: SERVICE OF BAR DATE NOTICE AND DISCLOSURE STATEMENT HEARING NOTICE. | BKG105 | 0.30 |
| 03/18/08 | D R | FOLLOW UP WITH EQIP AND PREPARE INFORMATION REQUESTED RE: NOTICE TO PARTIES. | BKG105 | 0.30 |
| 03/18/08 | JNP | MEETING WITH M. FELGER RE: BAR DATE AND DISCLOSURE STATEMENT HEARING AND NOTICE ISSUES. | BKG105 | 0.40 |
| 03/18/08 | JNP | REVIEW PROPOSED NOTICES FROM D. MCELHINNEY. | BKG105 | 0.20 |
| 03/18/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: ISSUES WITH CREDITORS. | BKG105 | 0.30 |
| 03/18/08 | JNP | EDIT NOTICE OF BAR DATE AND SEND TO D. MCELHINNEY. | BKG105 | 0.20 |
| 03/18/08 | JNP | EMAIL D. REYES RE: PUBLICATION NOTICE. | BKG105 | 0.10 |
| 03/18/08 | D R | WORK ON PREPARING INFORMATION FOR US TRUSTEE RE: NOTICE TO TOP 20 CREDITORS FOR EACH CASE. | BKG105 | 0.40 |
| 03/19/08 | JNP | EMAIL FROM M. FELGER RE: RECLAMATION LETTERS. | BKG105 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        Apr 23, 2008        PAGE    22
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| 03/19/08 | MEF | DRAFT RECLAMATION RESPONSE LETTER AND SUGGESTIONS OF BANKRUPTCY | BKG105 | 0.60 |
| 03/19/08 | JNP | CORRESPONDENCE FROM STAUFFER GLOVE RE: RECLAMATION DEMAND. | BKG105 | 0.10 |
| 03/19/08 | D R | WORK ON FAX/EMAIL LIST OF 20 LARGEST CREDITORS FOR EACH COMPANY FOR SENDING TO US TRUSTEE. | BKG105 | 1.20 |
| 03/19/08 | D R | FOLLOW UP WITH ISSUES RELATED TO DEMANDS FOR RECLAMATION. | BKG105 | 0.40 |
| 03/19/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: RECLAMATION ISSUES; NOTICE OF BAR DATE. | BKG105 | 0.40 |
| 03/19/08 | JNP | REVIEW REVISED PROOF OF CLAIM FORM FROM EPIQ. | BKG105 | 0.10 |
| 03/19/08 | JNP | REVIEW RECLAMATION LETTER FROM AIRGAS. | BKG105 | 0.10 |
| 03/19/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: RECLAMATION CLAIMS; CUSTOMER RETURNS. | BKG105 | 0.20 |
| 03/19/08 | JNP | CORRESPONDENCE FROM ALCOA RE: RECLAMATION DEMAND. | BKG105 | 0.10 |
| 03/19/08 | JNP | EMAILS TO J. SPONDER RE: COMMITTEE FORMATION AND 341 HEARING. | BKG105 | 0.10 |
| 03/20/08 | JNP | EMAILS FROM D. GOLLIN AND M. FELGER RE: ISSUES WITH CHINESE SUPPLIERS. | BKG105 | 0.20 |
| 03/20/08 | JNP | DRAFT CORRESPONDENCE IN RESPONSE TO RECLAMATION CLAIMS. | BKG105 | 0.60 |

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE   23
FILE NUMBER: 220718.000
INVOICE NO.: 587223
```

| Date | | Description | | |
|------|-----|-------------|--------|------|
| 03/20/08 | JNP | REVIEW MOTION INDUSTRIES RECLAMATION LETTER. | BKG105 | 0.10 |
| 03/24/08 | JNP | READ/REPLY TO CORRESPONDENCE FROM S. SCARINCI RE: RUSAL RECLAMATION. | BKG105 | 0.20 |
| 03/24/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: RECLAMATION CLAIMS. | BKG105 | 0.20 |
| 03/24/08 | JNP | READ/REPLY TO EMAIL FROM EPIQ RE: BAR DATE NOTICE. | BKG105 | 0.10 |
| 03/25/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: ISSUES WITH JOHN STEER CO. | BKG105 | 0.20 |
| 03/25/08 | JNP | READ/REPLY TO EMAIL FROM JOHN STEER CO. RE: PROOF OF CLAIM AND COMMITTEE. | BKG105 | 0.10 |
| 03/25/08 | JNP | READ/REPLY TO PPG RECLAMATION DEMAND. | BKG105 | 0.20 |
| 03/25/08 | JNP | REVIEW FINAL PROOFS FOR BAR DATE NOTICE. | BKG105 | 0.30 |
| 03/25/08 | JNP | TELEPHONE CALL WITH D. WHITTEY RE: DAN JOHN MARINE CLAIM. | BKG105 | 0.10 |
| 03/25/08 | JNP | TELEPHONE CALL WITH S. WEISS RE: SUMMIT RECLAMATION CLAIM. | BKG105 | 0.10 |
| 03/25/08 | JNP | RESEARCH RE: RECLAMATION RIGHTS. | BKG105 | 0.30 |
| 03/25/08 | JNP | READ/REPLY TO RECLAMATION LETTER OF ALUMET. | BKG105 | 0.20 |
| 03/26/08 | JNP | CORRESPONDENCE FROM C. TUTTEN RE: BREAK DOWN OF ALCOA CLAIM. | BKG105 | 0.10 |
| 03/26/08 | JNP | READ/REPLY TO EMAIL FROM CLERK'S OFFICE RE: PROCEDURES WITH EPIQ. | BKG105 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Apr 23, 2008       PAGE   24
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/26/08 JNP     EMAIL EPIQ RE: CLAIMS ISSUES WITH      BKG105    0.10
                 CLERK'S OFFICE.

03/26/08 JNP     TELEPHONE CALL WITH CLERK'S OFFICE     BKG105    0.20
                 RE: HANDLING CLAIMS WITH EPIQ.

03/27/08 JNP     TELEPHONE CALL WITH G. COLLINS RE:     BKG105    0.30
                 CASE INFORMATION; POTENTIAL RECOVERY
                 ON HIS CLAIM.

03/28/08 MEF     REVIEW COMMISSIONS SCHEDULES           BKG105    0.20

         TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS               9.80    $3381.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  25
FILE NUMBER: 220718.000
INVOICE NO.: 587223

        FEE/EMPLOYMENT APPLICATIONS

03/19/08 D R   PREPARE/EFILING OF CERTIFICATION OF   BKG107   0.30
               SERVICE/COMPLIANCE RE: APPLICATIONS
               TO RETAIN PROFESSIONALS.

03/20/08 JNP   DRAFT 2016 STATEMENT.                 BKG107   0.20

03/21/08 MEF   REVIEW AND REVISE NOTICE OF           BKG107   0.20
               RETENTION APPLICATION

03/21/08 MEF   REVIEW NEW JERSEY LOCAL RULE AND      BKG107   0.30
               RULE 6003

03/21/08 MEF   MEMOS TO PROFESSIONALS RE: RULE 6003  BKG107   0.30
               ISSUES (4)

03/21/08 D R   WORK ON MOTION TO RETAIN, EMPLOY AND  BKG107   2.50
               COMPENSATION ORDINARY COURSE
               PROFESSIONALS.

03/21/08 MEF   MEMO TO U.S. TRUSTEE RE PREFERENCE    BKG107   0.70
               ANALYSIS

03/21/08 JNP   EDIT NOTICE OF RETENTION              BKG107   0.20
               APPLICATIONS.

03/24/08 D R   PREPARATION OF MOTION TO EMPLOYEE     BKG107   1.20
               PROFESSIONALS IN THE ORDINARY COURSE.

03/24/08 JNP   EDIT ORDINARY COURSE PROFESSIONAL     BKG107   0.60
               MOTION DRAFTED BY D. REYES.

03/24/08 JNP   READ/REPLY TO EMAIL FROM J. SPONDER   BKG107   0.10
               RE: CO RETENTION ISSUES.

03/25/08 JNP   TELEPHONE CALL WITH D. GOLLIN RE:     BKG107   0.20
               ORDINARY COURSE PROFESSIONALS.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  26
FILE NUMBER: 220718.000
INVOICE NO.: 587223
```

| Date | | Description | | |
|---|---|---|---|---|
| 03/25/08 | JNP | CONTINUE EDITING MOTION FOR ORDINARY COURSE PROFESSIONALS. | BKG107 | 1.40 |
| 03/25/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: ORDINARY COUSE PROFESSIONALS; EMAIL CLIENT RE: SAME. | BKG107 | 0.20 |
| 03/26/08 | D R | CONFERENCE WITH J. POSLUSNY RE: ATTORNEY DISCLOSURE STATEMENT. | BKG107 | 0.10 |
| 03/26/08 | JNP | DRAFT ORDINARY COURSE PROFESSIONAL MOTION. | BKG107 | 1.30 |
| 03/27/08 | MEF | REVISE OCP MOTION | BKG107 | 0.20 |
| 03/27/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: COMMENTS TO ORDINARY COURSE PROFESSIONAL MOTION. | BKG107 | 0.30 |
| 03/27/08 | JNP | EDIT ORDINARY COURSE PROFESSIONAL MOTION PER COMMENTS FROM M. FELGER. | BKG107 | 0.40 |
| 03/28/08 | MEF | REVISE 2016 AFFIDAVIT | BKG107 | 0.30 |
| 03/31/08 | JNP | REVIEW CHANGES TO R. 1016 STATEMENT FOR FILING. | BKG107 | 0.20 |
| 03/31/08 | MEF | REVIEW AND REVISE 2016 AFFIDAVIT | BKG107 | 0.20 |
| 03/31/08 | D R | REVISE ATTORNEY DISCLOSURE STATEMENT. | BKG107 | 0.60 |
| 03/31/08 | JNP | TELEPHONE CALL WITH D. REYES AND READ/REPLY TO EMAILS FROM D. REYES RE: ORDINARY COURSE PROFESSIONALS MOTION. | BKG107 | 0.20 |

```
           TOTAL FEE/EMPLOYMENT APPLICATIONS           12.20    $4059.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008      PAGE   27
FILE NUMBER: 220718.000
INVOICE NO.: 587223

                    FINANCING

03/16/08 JSR    RECEIPT AND REVIEW OF REVISED        BKG109      0.40
                FINANCING AGREEEMENT.

03/16/08 SPO    MEETING WITH BRIAN MCTEAR AT BLANK    BKG109      1.40
                ROME TO EXCHANGE SIGNATURE PAGES.

03/16/08 JSR    RECEIPT AND REVIEW OF REVISED        BKG109      0.20
                EXHIBITS TO FINANCING ORDER.

03/16/08 JSR    RECEIPT AND REVIEW OF REVISED        BKG109      0.60
                ENVIRONMENTAL INDEMNIFICATION
                AGREEMENT.

03/16/08 JSR    RECEIPT AND REIVEW OF INTERIM        BKG109      0.30
                FINANCING ORDER.

03/16/08 SPO    REVISE CLOSING DOCUMENTS TO REFLECT   BKG109      1.00
                CORRECT CLOSING DATE.

03/16/08 JSR    PREPARE FOR CLOSING.                 BKG109      1.50

03/16/08 MEF    REVIEW FINAL REVISION OF DIP         BKG109      0.50
                FINANCING AGREEMENT AND ORDER

03/16/08 MEF    MEMOS TO PARTIES RE: DIP FINANCING   BKG109      0.80
                ORDER (15)

03/16/08 MEF    TELEPHONE CONFERENCES WITH M. JACOBY  BKG109      0.40
                RE: DIP FINANCING AND FIRST DAY
                HEARING ISSUES (2)

03/16/08 MEF    REVIEW AND REVISE DIP FINANCING      BKG109      1.00
                ORDERS

03/16/08 MEF    REVIEW DIP FINANCING BUDGET          BKG109      0.30

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  28
FILE NUMBER: 220718.000
INVOICE NO.: 587223
```

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 03/16/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: PLAN ISSUES AND DIP FINANCING ISSUES (2) | BKG109 | 0.40 |
| 03/17/08 | JNP | EXCHANGE EMAILS WITH J. REYNOLDS RE: SCHEDULES FOR DIP AGREEMENT. | BKG109 | 0.20 |
| 03/17/08 | MEF | CONFERENCE CALL WITH COUNSEL FOR LENDER RE: HEARING ISSUES AND PRESENTATION | BKG109 | 1.80 |
| 03/17/08 | JNP | REVIEW SCHEDULES FOR DIP AGREEMENT. | BKG109 | 1.40 |
| 03/17/08 | MEF | REVIEW REVISED 13 WEEK CASH FLOW MODEL | BKG109 | 0.30 |
| 03/17/08 | JNP | TELEPHONE CALL WITH V. COLLISTRA RE: BUDGET. | BKG109 | 0.10 |
| 03/17/08 | SPO | ORGANIZE SIGNATURE PAGES AND SEND SAME TO CLIENT. | BKG109 | 0.90 |
| 03/17/08 | JNP | CONFERENCE CALL WITH CIT AND VERSA RE: DIP BUDGET AND FIRST DAYS. | BKG109 | 1.30 |
| 03/17/08 | MEF | REVIEW REVISED DIP FINANCING ORDERS | BKG109 | 0.50 |
| 03/17/08 | JSR | RECEIPT AND REVIEW OF REVISED ENVIRONMENTAL INDEMNIFICATION AGREEMENT. | BKG109 | 0.20 |
| 03/17/08 | JSR | CONFERENCE WITH CLIENT REGARDING SIGNATURE PAGES. | BKG109 | 0.20 |
| 03/17/08 | JSR | REVISION TO MEMBERSHIP CERTIFICATES. | BKG109 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008     PAGE  29
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/17/08 JSR   COMPARISON OF NUMBERS PREPARED BY      BKG109   2.20
               PHOENIX FOR BANKRUPTCY SCHEDULES AND
               SCHEDULES FOR LOAN AGREEMENTS AND
               REVISION OF SCHEDULES.

03/17/08 JSR   CONFERENCE WITH M. FELGER REGARDING    BKG109   0.30
               SCHEDULES.

03/17/08 JSR   NEGOTIATION WITH C. ROSENBLEETH        BKG109   0.40
               REGARDING CIT FACILITY FEE LETTER.

03/17/08 JSR   REVIEW EXHIBITS B TO REVOLVING         BKG109   0.30
               CREDIT AGREEMENT, ASSIGNMENT AND
               TRANSFER AGREEMENT.

03/17/08 JSR   RECEIPT AND REVIEW OF FINAL VERSION    BKG109   0.50
               TO ALL ANCILLARY DOCUMENTS TO CIT
               CREDIT FACILITY.

03/17/08 SAB   REVIEW DIP FACILITY LETTER             BKG109   0.20

03/17/08 SAB   TELEPHONE CALL WITH CLIENT REGARDING   BKG109   0.40
               FINANCING

03/17/08 SAB   REVIEW CLOSING DOUCMENTS FOR           BKG109   0.50
               FINANCING

03/17/08 SAB   CONFERENCE WITH JSCHERER REGARDING     BKG109   0.10
               FINANCING AGREEMENT AND CLOSING

03/17/08 SAB   REVIEW MATTERS RELATING TO SCHEDULES   BKG109   0.50
               TO FINANCING AGREEMENT

03/17/08 SAB   REVIEW AND RESPOND TO E-MAILS          BKG109   0.50
               REGARDING FINANCING AGREEMENT

03/17/08 SAB   E-MAILS REGARDING SIGNATURES TO        BKG109   0.60
               FINANCING AGREEMENTS (10X)
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  30
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/17/08 JSR    CONFERENCE WITH S. TROODLER      BKG109      0.30
                REGARDING SCHEDULES TO FINANCING
                AGREEMENT.

03/18/08 JSR    TELEPHONE CONFERENCE WITH CLIENT RE:   BKG109   0.30
                FINANCING

03/18/08 JSR    OBTAINING INFORMATION FOR RECURRING   BKG109   0.20
                ADVANCE LETTER.

03/18/08 JSR    CONFIRM ALL SIGNATURE PAGES OF    BKG109      1.00
                PARTIES.

03/18/08 JSR    REVISIONS TO SIGNATURE PAGES,    BKG109      0.20
                DISTRIBUTION OF SAME.

03/18/08 JSR    RECEIPT AND REVIEW OF ORGANIZATIONAL   BKG109   0.30
                DOCUMENTS FOR LOAN.

03/18/08 SAB    LETTER TO ARCUS FOR GRABELL      BKG109      0.70
                SIGNATURE.

03/18/08 SAB    TELEPHONE CALL WITH GRABELL      BKG109      0.20
                REGARDING LOAN DOCUMENT SIGNING.

03/18/08 SAB    REVIEW CERTIFICATES FOR CLOSING    BKG109      0.40

03/18/08 SAB    REVIEW MATTERS RELATING TO CLOSING   BKG109   0.90
                OF FINANCING

03/18/08 JSR    REVIEW AND RECEIPT OF BANK'S EXIT    BKG109   0.30
                FACILITY COMMITMENT LETTER.

03/18/08 JSR    RECEIPT AND REVIEW OF REVISED     BKG109      0.30
                INTERCREDITOR AGREEMENT AND
                SIGNATURE PAGES.

03/18/08 JSR    RECEIPT AND REVIEW OF FINAL TERM    BKG109    0.40
                LOAN DOCUMENTS.
```

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  31
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| | | | |
|---|---|---|---|
| 03/18/08 JSR | REVIEW AND RECEIPT OF CIT SIGNATURE PAGES TO MORTGAGE SUBORDINATION DOCUMENTS. | BKG109 | 0.50 |
| 03/18/08 D R | WORK ON CHANGES/FINALIZING TWO DIP ORDERS AND FORWARDING OF SAME TO CHAMBERS. | BKG109 | 0.80 |
| 03/18/08 D R | PREPARE ORIGINAL SIGNATURES ON LOAN DOCUMENTS AND EMAILING OF SAME TO J. REYNOLDS. | BKG109 | 1.10 |
| 03/18/08 D R | FOLLOW UP WITH ISSUES ON FINALIZED DIP ORDERS AND EXHIBITS; CONTACT COUNSEL RE: EXHIBITS TO ORDERS FOR SUBMITTING TO CHAMBERS; PREPARE ORDERS FOR CHAMBERS. | BKG109 | 0.30 |
| 03/18/08 D R | PREPARE/EFILING OF EXHIBIT TO DIP MOTION. | BKG109 | 0.20 |
| 03/18/08 JNP | PREPARATION FOR DIP FINANCING HEARING AND OTHER FIRST DAYS. | BKG109 | 1.80 |
| 03/19/08 MEF | REVIEW LOAN CLOSING DOCUMENTS | BKG109 | 0.20 |
| 03/19/08 MEF | TELEPHONE CONFERENCE WITH P. PATTERSON RE: DIP ORDERS | BKG109 | 0.10 |
| 03/19/08 JSR | CONFERENCE AND NEGOTIATION WITH S. TROODLER REGARDING FEES DISBURSED. | BKG109 | 0.30 |
| 03/19/08 JSR | REVIEW OF SCHEDULE OF ALL ARCUS TERM LOAN DOCUMENTS. | BKG109 | 0.30 |
| 03/19/08 JSR | MULTIPLE TELEPHONE CALLS TO CLIENT REGARDING CONFIRMATION OF FEES IN DISBURSEMENT LETTER. | BKG109 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008       PAGE   32
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 03/19/08 | JSR | RECEIPT AND REVIEW OF UPDATED DISBURSEMENT AUTHORIZATION LETTER WITH DISBURSEMENT INFORMATION ATTACHED. | BKG109 | 0.50 |
| 03/19/08 | JSR | CONFIRMATION OF FEES WITH BUDGET, LOAN AGREEMENT AND CASH FLOW MODEL. | BKG109 | 0.20 |
| 03/19/08 | JSR | AUTHORIZATION TO ATTACH SIGNATURE PAGES TO DISBURSEMENT LETTER AND RELEASE OF ALL SIGNATURE PAGES FROM ESCROW. | BKG109 | 0.20 |
| 03/19/08 | SAB | ISSUES RELATING TO DISBURSEMENT OF DIP LOAN | BKG109 | 0.30 |
| 03/19/08 | JSR | CONFER WITH CLIENT REGARDING FUNDING STATUS. | BKG109 | 0.20 |
| 03/20/08 | JSR | REVIEW ORIGINAL SIGNATURE PAGES OF CLIENT FROM CHERRY HILL OFFICE PRIOR TO SENDING TO LENDERS. | BKG109 | 0.50 |
| 03/25/08 | MEF | TELEPHONE CONFERENCE WITH V. COLISTRA RE: 4/3 HEARING ISSUES | BKG109 | 0.30 |
| 03/28/08 | SPO | REVIEW CLOSING BINDERS SENT BY BLANK ROME AND SEND COPY OF CLOSING BINDER TO STEVE GRABELL. | BKG109 | 0.80 |
| 03/31/08 | MEF | REVIEW OBJECTIONS TO DIP MOTION | BKG109 | 0.30 |
| 03/31/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: OBJECTIONS TO DIP FINANCING MOTION | BKG109 | 0.30 |
| 03/31/08 | D R | REVIEW OBJECTIONS TO DIP MOTION AND UPDATE AGENDA. | BKG109 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008        PAGE   33
FILE NUMBER: 220718.000
INVOICE NO.: 587223

    TOTAL FINANCING                                     37.50   $14197.50

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008      PAGE  34
FILE NUMBER: 220718.000
INVOICE NO.: 587223

    LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGAT

| Date | Tkpr | Description | Task | Hours |
|---|---|---|---|---|
| 03/17/08 | MEF | NUMEROUS MEMOS TO PARTIES RE: HEARING ISSUES (15) | BKG110 | 0.80 |
| 03/17/08 | MEF | REVIEW DOCUMENTS AND PLEADINGS OF OUTLINE TESTIMONY AND COURT PRESENTATION FOR HEARING | BKG110 | 2.50 |
| 03/18/08 | MEF | MEMOS TO CLIENT RE: HEARINGS | BKG110 | 0.20 |
| 03/18/08 | MEF | ATTEND HEARING RE: FIRST DAY PLEADINGS | BKG110 | 5.80 |
| 03/18/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: FIRST DAY HEARINGS | BKG110 | 0.30 |
| 03/18/08 | MEF | MEETING WITH S. GRABELL AND V. COLISTRA RE: HEARING PREPARATION | BKG110 | 1.60 |
| 03/18/08 | JNP | ATTEND FIRST DAY HEARING AND DIP FINANCING HEARING. | BKG110 | 5.30 |
| 03/20/08 | D R | PREPARE NOTICE OF BANKRUPTCY IN AMES V. ULTRA CASE AND EFILING/SERVICE OF SAME. | BKG110 | 0.50 |
| 03/24/08 | D R | PREPARE LETTER TO B. GOLD SERVING NOTICE OF BANKRUPTCY - AMES V. ULTRA. | BKG110 | 0.20 |
| 03/25/08 | JNP | TELEPHONE CALL WITH R. FITZGERALD RE: STAY OF PRE-PETITION LITIGATION. | BKG110 | 0.10 |
| 03/31/08 | MEF | TELEPHONE CONFERENCE WITH V. COLISTRA RE 4/3 HEARING ISSUES | BKG110 | 0.20 |
| 03/31/08 | MEF | MEMOS TO PATTERSON AND SHAPIRO RE: 4/3 HEARING (2) | BKG110 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Apr 23, 2008      PAGE  35
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/31/08 MEF   MEMOS TO CLIENT RE: 4/3 HEARING      BKG110    0.10
               ISSUES (3)

      TOTAL LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGA    17.80    $8304.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  36
FILE NUMBER: 220718.000
INVOICE NO.: 587223

            MEETINGS OF CREDITORS

03/19/08 JNP   TELEPHONE CALL WITH J. SPONDER RE:      BKG112    0.20
               COMMITTEE FORMATION AND 341 HEARING.

03/20/08 MEF   MEMOS TO PATTERSON AND SHAPIRO RE:      BKG112    0.20
               FORMATION MEETING

03/20/08 MEF   MEMOS TO PARTIES RE: FORMATION          BKG112    0.30
               MEETING (8)

03/31/08 MEF   ATTEND COMMITTEE FORMATION MEETING      BKG112    1.20

03/31/08 D R   PREPARE DOCUMENTS FOR FORMATION         BKG112    1.50
               MEETING.

03/31/08 MEF   MEMOS TO CLIENT RE COMMITTEE            BKG112    0.20
               FORMATION (3)

03/31/08 MEF   TRAVEL TO CREDITORS COMMITTEE           BKG112    3.00
               FORMATION MEETING WITH CLIENT
               (PREPARE FOR MEETING)

        TOTAL MEETINGS OF CREDITORS                    6.60    $2940.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Apr 23, 2008      PAGE   37
FILE NUMBER: 220718.000
INVOICE NO.: 587223

PLAN AND DISCLOSURE STATEMENT

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 03/16/08 | MEF | TELEPHONE CONFERENCE WITH CLIENT RE: NUMEROUS FILINGS AND PLAN ISSUES | BKG113 | 0.40 |
| 03/16/08 | MEF | REVIEW AND REVISE PLAN AND DISCLOSURE STATEMENT | BKG113 | 0.50 |
| 03/19/08 | JNP | TELEPHONE CALL WITH B. GALLERIE RE: NOTICE OF DISCLOSURE STATEMENT HEARING AND CASE FILING. | BKG113 | 0.20 |
| 03/19/08 | MEF | REVISE DISCLOSURE STATEMENT NOTICE | BKG113 | 0.20 |
| 03/20/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: PLAN ISSUES | BKG113 | 0.30 |
| 03/20/08 | MEF | TELEPHONE CONFERENCE WITH P. SORENSON AND M. JACOBY RE: PLAN AND LIQUIDATION ANALYSIS | BKG113 | 0.60 |
| 03/21/08 | MEF | MEMOS TO J. SHAPIRO RE: PLAN ISSUES (2) | BKG113 | 0.20 |
| 03/21/08 | MEF | REVIEW AND REVISE PLAN ADMINISTRATOR AGREEMENT | BKG113 | 0.60 |
| 03/21/08 | MEF | REVIEW AND REVISE DISCLOSURE STATEMENT | BKG113 | 0.70 |
| 03/24/08 | JNP | EMAILS FROM M. FELGER AND P. PATTERSON RE: DIP LOAN AND PLAN. | BKG113 | 0.20 |
| 03/24/08 | MEF | REVIEW DRAFT LIQUIDATION ANALYSIS | BKG113 | 0.50 |
| 03/24/08 | MEF | REVISE DISCLOSURE STATEMENT | BKG113 | 0.40 |
| 03/25/08 | MEF | REVIEW MEMOS FROM PATTERSON RE: PLAN | BKG113 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Apr 23, 2008      PAGE  38
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/25/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO    BKG113    0.40
                RE: PLAN ISSUES AND 4/3 HEARING
                ISSUES

03/25/08 MEF    CONFERENCE CALL WITH M. JACOBY, S.      BKG113    1.30
                GRABELL AND P. SORENSON RE:
                LIQUIDATION ANALYSIS

03/26/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO    BKG113    0.30
                RE: PLAN ISSUES AND PENDING MATTERS

03/28/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY     BKG113    0.20
                RE: LIQUIDATION ANALYSIS

03/28/08 MEF    MEMO TO S. GRABELL RE: PLAN ISSUES      BKG113    0.10

03/28/08 MEF    REVIEW REVISED LIQUIDATION ANALYSIS     BKG113    0.50

03/28/08 MEF    TELEPHONE CONFERENCE WITH J. PASEK      BKG113    0.20
                RE: WARN ISSUES

03/28/08 MEF    MEMO TO CLIENT RE: LIQUIDATION          BKG113    0.10
                ANALYSIS

03/31/08 MEF    REVIEW AND REVISE LIQUIDATION           BKG113    0.30
                ANALYSIS

        TOTAL PLAN AND DISCLOSURE STATEMENT             8.30    $4297.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  39
FILE NUMBER: 220718.000
INVOICE NO.: 587223

               RELIEF FROM STAY PROCEEDINGS

03/27/08 MEF   TELEPHONE CONFERENCE WITH D. GOLLIN    BKG114    0.20
               RE: UNION TERMINATION NOTICE

03/27/08 JNP   RESEARCH RE: UIU TERMINATION NOTICE.   BKG114    1.80

03/27/08 MEF   REVIEW UNION TERMINATION NOTICE        BKG114    0.10

03/27/08 JNP   CORRESPONDENCE TO UIU RE:              BKG114    0.30
               TERMINATION OF HEALTH COVERAGE.

03/27/08 JNP   TELEPHONE CALL WITH D. GOLLIN RE:      BKG114    0.20
               STAY VIOLATION BY UIU.

        TOTAL RELIEF FROM STAY PROCEEEDINGS                     2.60      $1020.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  40
FILE NUMBER: 220718.000
INVOICE NO.: 587223

        TAX ISSUES

03/19/08 JNP   MEETING WITH W. HOGAN RE: REAL      BKG123    0.20
               ESTATE TAX ISSUES.

03/21/08 W H   TAX APPEAL CONFERENCE WITH JNP RE:  BKG123    0.20
               TAX COURT U.S. COUNTY TAX BOARD;
               RESEARCH CO. TAX BOARD APPEAL
               DEADLINE

03/24/08 JNP   MEETING WITH W. HOGAN RE: REAL      BKG123    0.20
               ESTATE TAX APPEAL; EMAIL S. GRABELL
               RE: SAME.

03/27/08 JNP   TELEPHONE CALL WITH S. GRABELL AND  BKG123    0.30
               F. FERRUGIA RE: REAL ESTATE TAX
               APPEAL.

03/28/08 JNP   REVIEW PROPOSED TAX COMPLAINT FROM  BKG123    0.30
               D. ZAZZALI.

03/28/08 W H   CONFERENCE WITH J. POSLUSNY RE: TAX BKG123    0.20
               COURT APPEAL DEADLINE AND DATA;

        TOTAL TAX ISSUES                                     1.40    $503.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  41
FILE NUMBER: 220718.000
INVOICE NO.: 587223
```

ACTIVITY RECAP

| | HOURS | AMOUNT |
|---|---|---|
| ASSET DISPOSTION | 0.30 | 112.50 |
| BUSINESS OPERATIONS | 16.00 | 6,439.50 |
| CASE ADMINISTRATION | 72.30 | 22,635.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 9.80 | 3,381.00 |
| FEE/EMPLOYMENT APPLICATIONS | 12.20 | 4,059.00 |
| FINANCING | 37.50 | 14,197.50 |
| LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGA | 17.80 | 8,304.00 |
| MEETINGS OF CREDITORS | 6.60 | 2,940.00 |
| PLAN AND DISCLOSURE STATEMENT | 8.30 | 4,297.50 |
| RELIEF FROM STAY PROCEEEDINGS | 2.60 | 1,020.00 |
| TAX ISSUES | 1.40 | 503.00 |
| TOTALS | 184.80 | 67,889.00 |

*Fees and costs are due upon receipt of bill*

## EXHIBIT "C"

SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research | |
| b) Facsimile (with rates) <br> No. of Pages _1,789_   Rate per Page  _$1.00_  (Max. $1.00/pg.) | 1,789.00 |
| c) Long Distance Telephone | 49.95 |
| d) In-House Reproduction <br> No. of Pages _6,598_   Rate per Page  _.20_      (Max. .20¢/pg.) | 1,319.60 |
| e) Outside Reproduction | 925.65 |
| f) Outside Research | 0 |
| g) Filing/Court Fees (filing fees of five petitions $1,039 each) | 5,195.00 |
| h) Court Reporting | 0 |
| i) Travel | 72.48 |
| j) Courier & Express Carriers (e.g. Federal Express) | 31.50 |
| k) Postage | 24.86 |
| l) Other (Explain) | 0 |
| DISBURSEMENT TOTAL: | $9,408.04 |