**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)
Attorneys for the Debtors

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : | CHAPTER 11 |
| | : | |
| Debtors. | : | CASE NO. 08-14631(GMB) |
| | : | |

**FIRST INTERIM MONTHLY FEE STATEMENT OF PHOENIX MANAGEMENT SERVICES, INC., RESTRUCTURING ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 16, 2008 THROUGH MARCH 30, 2008**

TO:    HONORABLE GLORIA M. BURNS
          UNITED STATES BANKRUPTCY JUDGE


This First Interim Monthly Fee Statement for Compensation and Reimbursement of

Expenses (the "<u>First Interim Fee Statement</u>") is filed by Phoenix Management Services, Inc.

("<u>Phoenix</u>"), restructuring advisor to Shapes/Arch Holdings L.L.C. and its related debtor entities,

the debtors and debtors-in-possession (collectively the "<u>Debtors</u>")[1], requesting compensation and

reimbursement of expenses for services provided by Phoenix as restructuring advisor to the

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("<u>Shapes/Arch</u>"), the following entities, all of which are wholly owned subsidiaries or Shapes/Arch, also filed petitions on the Petition Date (defined below):  Shapes L.L.C. ("<u>Shapes</u>"); Delair L.L.C. ("<u>Delair</u>"); Accu-Weld L.L.C. ("<u>Accu-Weld</u>"); and Ultra L.L.C. ("<u>Ultra</u>").

CHERRY_HILL\438193\1  220718.000

Debtors for the period from March 16, 2008 through March 30, 2008[2] (the "First Interim

Period").

## Background

1.      On March 16, 2008 (the "Petition Date"), the Debtors filed their petitions for

relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

2.      The Debtors are operating their businesses and managing their properties as

debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3.      No trustee or examiner has been appointed in these cases.

4.      An official committee of unsecured creditors (the "Committee") was appointed on

March 31, 2008 and has been actively involved in these cases since that time.

5.      By Order dated April 9, 2008, Phoenix was retained to represent the Debtors as its

restructuring advisor in this bankruptcy proceeding, effective as of March 16, 2008.

6.      On March 18, 2008, the Administrative Order Pursuant To 11 U.S.C. §§ 105(a)

and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses of

Professionals (the "Compensation Procedures Order") was entered by the Court.  Phoenix

submits this First Interim Fee Statement for compensation and reimbursement of actual,

necessary costs and expenses for its service to the Debtors.

7.      Phoenix has not previously submitted a Monthly Fee Statement.

8.      During this First Interim Period, Phoenix has been faithfully performing its duties

under 11 U.S.C. § 327.

9.      The Phoenix professionals who have rendered services in these cases for which

Phoenix seeks compensation are reflected on the attached Exhibit "A", which provides the name

---

[2] Phoenix calculates its time on a weekly basis ending on Sundays.  Therefore the First Interim
Fee Statement is calculated through Sunday, March 30, 2008.

CHERRY_HILL\438193\1  220718.000

of the professionals that have rendered services in these cases, their hourly rates and amount of time spent by each professional in these cases.

10.    In accordance with the Compensation Procedures Order, and as set forth in Local Rule 2016-1 and the Court's General Order Adopting Guidelines Governing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals, a detailed chronological itemization of the services rendered by each professional during the First Interim Period, calculated by tenths of an hour, is attached hereto as Exhibit "B".

11.    During the First Interim Period, Phoenix provided services to the Debtors in the total amount of $41,385.00.

12.    Attached hereto as Exhibit "C" is a summary of the actual and necessary expenses incurred. During this First Interim Period, Phoenix incurred actual and necessary expenses in the total amount of $253.81.

13.    Pursuant to the Compensation Procedures Order, Phoenix seeks approval of 80% of the total compensation equal to $33,108.00 ($41,385.00 x 80%) and 100% reimbursement of expenses ($253.81) expended by Phoenix under this First Interim Fee Statement, and for authorization for the Debtors to reimburse Phoenix for same.

WHEREFORE, Phoenix respectfully requests that, for the period from March 16, 2008 through March 30, 2008, a First interim allowance be made to Phoenix in the total amount of $33,108.00 ($41,385.00 x 80% total fees incurred during the First Interim Period) for compensation and $253.81 for reimbursement of actual, necessary costs and expenses and that such amounts be authorized for payment.

Dated: April 23, 2008                      PHOENIX MANAGEMENT SERVICES, INC.

                                           By:_____
                                               Michael E. Jacoby

3

CHERRY_HILL\438193\1 220718.000

Submitted By,

COZEN O'CONNOR


By:    */s/ Jerrold N. Poslusny, Jr.*
    Mark E. Felger
    Jerrold N. Poslusny, Jr.

    Attorneys for the Debtors

4

## EXHIBIT "A"

| NAME OF PROFESSIONAL | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Albert J. Mink | Director | 1.00 | $305.00 | $305.00 |
| 2. Gregory Felix | Analyst | 4.00 | $155.00 | $620.00 |
| 3. Mark A. Karbiner | Vice President | 28.60 | $245.00 | $7,007.00 |
| 4. Michael E. Jacoby | Managing Director | 59.70 | $405.00 | $24,178.50 |
| 5. Vincent J. Colistra | Managing Director | 22.90 | $405.00 | $9,274.50 |
| TOTAL: | | **33.00** | | **$41,385.00** |

**Exhibit B**

**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                      **3/16/08  thru 3/30/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 1 | MEJ | 3/16/2008 | Review DIP Motions | 1.20 | $ 405.00 | $ 486.00 |
| | | | Various phone calls and emails with MF re: DIP orders | | | |
| 2 | MEJ | 3/16/2008 | and carve out | 1.10 | $ 405.00 | $ 445.50 |
| 3 | GF | 3/17/2008 | Research Liquidation Analyses | 4.00 | $ 155.00 | $ 620.00 |
| 4 | MAK | 3/17/2008 | Emails re: Cash Flow | 0.50 | $ 245.00 | $ 122.50 |
| 5 | MAK | 3/17/2008 | Update Cash Flow | 3.20 | $ 245.00 | $ 784.00 |
| 6 | MAK | 3/17/2008 | Phone calls with VC re: Cash Flow | 1.00 | $ 245.00 | $ 245.00 |
| 7 | MAK | 3/17/2008 | Update Cash Flow | 3.00 | $ 245.00 | $ 735.00 |
| 8 | MAK | 3/17/2008 | Phone calls with VC re: Cash Flow | 0.50 | $ 245.00 | $ 122.50 |
| 9 | MAK | 3/17/2008 | Update Cash Flow | 2.30 | $ 245.00 | $ 563.50 |
| 10 | MAK | 3/17/2008 | Phone calls with VC re: Cash Flow | 0.60 | $ 245.00 | $ 147.00 |
| 11 | MEJ | 3/17/2008 | Emails re: Cash Flow | 0.10 | $ 405.00 | $ 40.50 |
| | | | Discussion with Dave Pichler of Versa re: Liquidation | | | |
| 12 | MEJ | 3/17/2008 | Analysis, etc. | 0.40 | $ 405.00 | $ 162.00 |
| 13 | MEJ | 3/17/2008 | Phone calls with VC re: Cash Flow | 0.10 | $ 405.00 | $ 40.50 |
| 14 | MEJ | 3/17/2008 | Review Cash Flow | 0.20 | $ 405.00 | $ 81.00 |
| 15 | MEJ | 3/17/2008 | Discussion with GF re: comparable liquidation analyses | 0.10 | $ 405.00 | $ 40.50 |
| | | | Analyze detailed monthly expenses for each operating | | | |
| 16 | MEJ | 3/17/2008 | entity | 2.80 | $ 405.00 | $ 1,134.00 |
| 17 | MEJ | 3/17/2008 | Discussions with KR re: Availability | 0.30 | $ 405.00 | $ 121.50 |
| | | | Work on 13 week DIP cash flow to be submitted to the | | | |
| 18 | VJC | 3/17/2008 | court for the DIP hearing 3/18 | 11.00 | $ 405.00 | $ 4,455.00 |
| | | | Conference call with the lawyers for Versa, the banks | | | |
| | | | and the debtor to review the 13 week DIP cash flow | | | |
| 19 | VJC | 3/17/2008 | and get comments on the model. | 0.50 | $ 405.00 | $ 202.50 |
| | | | Attend court hearing and meetings/discussions before, | | | |
| 20 | MEJ | 3/18/2008 | during and after | 7.70 | $ 405.00 | $ 3,118.50 |
| | | | Multiple discussions and emails with PS, ZK, DP, BQ | | | |
| 21 | MEJ | 3/18/2008 | re: 1st day funding, Arcus availability, and bbase | 1.20 | $ 405.00 | $ 486.00 |
| 22 | MEJ | 3/18/2008 | Discussion with Felger re: Feasibility | 0.20 | $ 405.00 | $ 81.00 |
| 23 | MEJ | 3/18/2008 | Discuss availability with PS | 0.20 | $ 405.00 | $ 81.00 |
| 24 | MEJ | 3/18/2008 | Review Arcus fundingg requirements | 0.20 | $ 405.00 | $ 81.00 |
| | | | Prep for Testimony of the DIP Interin Financing order | | | |
| 25 | VJC | 3/18/2008 | with Debtor's counsel | 2.00 | $ 405.00 | $ 810.00 |
| 26 | VJC | 3/18/2008 | Discussion w/M. Jacoby re Liquidation Analysis | 0.70 | $ 405.00 | $ 283.50 |
| | | | Attend court hearing and meetings/discussions before, | | | |
| 27 | VJC | 3/18/2008 | during and after | 7.70 | $ 405.00 | $ 3,118.50 |
| 28 | MEJ | 3/19/2008 | Discussion with ZK re: funding and availability | 0.10 | $ 405.00 | $ 40.50 |
| 29 | MEJ | 3/19/2008 | Discussion with PS re: funding and availability | 0.10 | $ 405.00 | $ 40.50 |
| 30 | MEJ | 3/20/2008 | Template for fee application | 0.40 | $ 405.00 | $ 162.00 |
| 31 | MEJ | 3/20/2008 | Review liquidation analyses from other cases | 0.40 | $ 405.00 | $ 162.00 |
| 32 | MEJ | 3/20/2008 | Discussion with PS re: vendors | 0.30 | $ 405.00 | $ 121.50 |
| 33 | MEJ | 3/20/2008 | Discussion with PS and MF re: Liquidation Analysis | 0.60 | $ 405.00 | $ 243.00 |
| 34 | MEJ | 3/20/2008 | Begin Liquidation Analysis | 1.40 | $ 405.00 | $ 567.00 |
| 35 | MEJ | 3/20/2008 | Continue work on Liquidation Analysis | 1.80 | $ 405.00 | $ 729.00 |
| 36 | MEJ | 3/20/2008 | Discussion with Versa re: Liq Analysis | 0.40 | $ 405.00 | $ 162.00 |
| 37 | MEJ | 3/20/2008 | Discussion with Dave Gollin re: Environmental | 0.10 | $ 405.00 | $ 40.50 |
| 38 | MEJ | 3/20/2008 | Discussion with PS re: Shapes inventory | 0.20 | $ 405.00 | $ 81.00 |
| 39 | MEJ | 3/20/2008 | Discussion with MK re: Scorecard | 0.40 | $ 405.00 | $ 162.00 |
| 40 | MEJ | 3/21/2008 | Continue work on Liquidation Analysis | 1.90 | $ 405.00 | $ 769.50 |
| 41 | MEJ | 3/21/2008 | Review Dovebid and Cushman & Wakefield Appraisals | 0.30 | $ 405.00 | $ 121.50 |
| 42 | MEJ | 3/21/2008 | Continue work on Liquidation Analysis | 3.10 | $ 405.00 | $ 1,255.50 |
| 43 | MEJ | 3/21/2008 | Continue work on Liquidation Analysis | 1.70 | $ 405.00 | $ 688.50 |
| 44 | MEJ | 3/22/2008 | Continue work on Liquidation Analysis | 0.80 | $ 405.00 | $ 324.00 |
| 45 | MEJ | 3/22/2008 | Continue work on Liquidation Analysis | 1.90 | $ 405.00 | $ 769.50 |
| 46 | MEJ | 3/23/2008 | Continue work on Liquidation Analysis | 2.80 | $ 405.00 | $ 1,134.00 |
| | | | Prepare a detailed follow up schedule for client needed | | | |
| 47 | Al Mink | 3/24/2008 | to prepare ammended schedules and SOFA | 1.00 | $ 305.00 | $ 305.00 |
| 48 | MAK | 3/24/2008 | Begin cash flow scorecard | 3.50 | $ 245.00 | $ 857.50 |
| 49 | MAK | 3/24/2008 | Revise cash flow scorecard | 2.00 | $ 245.00 | $ 490.00 |
| 50 | MAK | 3/24/2008 | Review cash flow scorecard with Mr. Sorensen | 1.00 | $ 245.00 | $ 245.00 |
| 51 | MAK | 3/24/2008 | Revise cash flow scorecard | 2.50 | $ 245.00 | $ 612.50 |
| 52 | MEJ | 3/24/2008 | Finalize 1st draft if Liquidation Analysis | 4.70 | $ 405.00 | $ 1,903.50 |

**Exhibit B**

**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                              3/16/08  thru 3/30/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 53 | MEJ | 3/24/2008 | Review Scorecard template with MK | 0.10 | $ 405.00 | $ 40.50 |
| 54 | MEJ | 3/24/2008 | Discuss Scorecard Issues with PS | 0.20 | $ 405.00 | $ 81.00 |
| 55 | MEJ | 3/24/2008 | Review Liquidation Analysis with PS | 1.10 | $ 405.00 | $ 445.50 |
| 56 | MEJ | 3/24/2008 | Incorporate PS comments in Liq Analysis | 1.40 | $ 405.00 | $ 567.00 |
| 57 | MEJ | 3/24/2008 | Discuss/review avail and scorecard with PS and MK | 0.30 | $ 405.00 | $ 121.50 |
| 58 | MAK | 3/25/2008 | Begin rolling 13-week cash flow scorecard | 4.00 | $ 245.00 | $ 980.00 |
| 59 | MAK | 3/25/2008 | Review rolling 13-week cash flow scorecard with Mr. Sorensen | 1.20 | $ 245.00 | $ 294.00 |
| 60 | MAK | 3/25/2008 | Revise rolling 13-week cash flow scorecard | 3.30 | $ 245.00 | $ 808.50 |
| 61 | MEJ | 3/25/2008 | Review SOFA and Schedules "To Do' List | 0.40 | $ 405.00 | $ 162.00 |
| 62 | MEJ | 3/25/2008 | Review and Discuss Scorecard | 0.40 | $ 405.00 | $ 162.00 |
| 63 | MEJ | 3/25/2008 | Conference call with MF and SG re: Liquidation Analysis | 1.70 | $ 405.00 | $ 688.50 |
| 64 | VJC | 3/25/2008 | Reviewed updated 13 week DIP cash flow and Score Card for first week | 0.50 | $ 405.00 | $ 202.50 |
| 65 | VJC | 3/25/2008 | Reviewed Liquidation analysis for M. Jacoby | 0.50 | $ 405.00 | $ 202.50 |
| 66 | MEJ | 3/26/2008 | Comments from VC on Liq Analysis | 0.30 | $ 405.00 | $ 121.50 |
| 67 | MEJ | 3/26/2008 | Comments from SG on Liq Analysis | 0.70 | $ 405.00 | $ 283.50 |
| 68 | MEJ | 3/26/2008 | Conference Call with Versa re: Liq Analaysis | 1.00 | $ 405.00 | $ 405.00 |
| 69 | MEJ | 3/26/2008 | Conversation with Paul re: Financial Forecast | 0.40 | $ 405.00 | $ 162.00 |
| 70 | MEJ | 3/26/2008 | Additional comments from SG on Liq Analysis | 1.10 | $ 405.00 | $ 445.50 |
| 71 | MEJ | 3/26/2008 | Begin Updating Liq Analysis | 1.50 | $ 405.00 | $ 607.50 |
| 72 | MEJ | 3/26/2008 | Discussion with MF and PS re: Schedules and SOFAS | 0.40 | $ 405.00 | $ 162.00 |
| 73 | MEJ | 3/26/2008 | Discussions with Paul and Dave re: checks, Ultra | 0.30 | $ 405.00 | $ 121.50 |
| 74 | MEJ | 3/27/2008 | Review Dovebid Inventory Appraisal - Shapes, Delair, Ultra | 1.70 | $ 405.00 | $ 688.50 |
| 75 | MEJ | 3/27/2008 | Review Dovebid Inventory Appraisal - AW | 0.30 | $ 405.00 | $ 121.50 |
| 76 | MEJ | 3/27/2008 | Analyze a/r liquidation - other cases | 0.20 | $ 405.00 | $ 81.00 |
| 77 | MEJ | 3/27/2008 | Update liquidation analysis | 5.20 | $ 405.00 | $ 2,106.00 |
| 78 | MEJ | 3/28/2008 | Review PS forecast; provide comments | 0.80 | $ 405.00 | $ 324.00 |
| 79 | MEJ | 3/28/2008 | Review PS follow-up to Liq Analysis questions | 0.30 | $ 405.00 | $ 121.50 |
| 80 | MEJ | 3/28/2008 | Update with MF | 0.10 | $ 405.00 | $ 40.50 |
| 81 | MEJ | 3/29/2008 | Finalize 1st draft of Liquidation Analysis for Supplemental Plan | 0.60 | $ 405.00 | $ 243.00 |
| Total - 1st Fee Application | | | | **116.20** | | **$ 41,385.00** |

2

## EXHIBIT "C"

| SUMMARY OF DISBURSEMENTS | |
|---|---|
| **DISBURSEMENTS** | **AMOUNT** |
| Telephone | |
| Mileage (430 miles at $0.505 per mile) | 217.15 |
| Tolls | 18.00 |
| Parking | 6.50 |
| Meals | 12.16 |
| **DISBURSEMENT TOTAL** | $ 253.81 |

CHERRY_HILL\438193\1  220718.000