**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SHAPES/ARCH HOLDINGS LLC, et al. | : | Case No. 08-14631 (GMB) |
| | : | |
| Debtors. | : | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that PPL ENERGYPLUS, LLC hereby appears through its undersigned counsel, DRINKER BIDDLE & REATH LLP, and demands service of all notices and papers herein upon:

DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Attn: Andrew J. Flame, Esq.
Howard A. Cohen, Esq.
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, his property, or his estate. The undersigned requests that its name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any

WM\8165\1

proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 23, 2008                    Respectfully submitted,

             By: /s/ Andrew J. Flame
                Andrew J. Flame, Esquire (AF0551)
                DRINKER BIDDLE & REATH LLP
                A Delaware Limited Liability Company
                105 College Road East – Suite 300
                P.O. Box 627
                Princeton, NJ 08542-0627
                Telephone: (609) 716-6500
                Facsimile:  (609) 799-7000

                Attorneys for PPL ENERGYPLUS, LLC