**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SHAPES/ARCH HOLDINGS LLC, et al. | : | Case No. 08-14631 (GMB) |
| Debtors. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below I served a copy of PPL ENERGYPLUS, LLC'S *Notice of Appearance and Demand for Service of Papers* to be served by U.S. Mail, postage pre-paid on Debtors' counsel at the address below and via CM/ECF.

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002


Dated: April 23, 2008                             /s/  Andrew J. Flame
                                                              Andrew J. Flame


WM\8165\1