| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br><br><br>Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br><br>Chapter:  11 |

**ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363**
**AUTHORIZING CONTINUATION OF CERTAIN**
**<u>CUSTOMER PRACTICES AND PROGRAMS</u>**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 4/23/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing Continuation of Certain Customer Practices and Programs

---

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (the "Debtors"), for an order pursuant to 11 U.S.C. §§ 105(a) and 363, authorizing the Debtors to continue certain policies and practices related to the sale of products and services to their customers (the "Customer Practices") prior to and after the Petition Date; the Court finding that the relief requested in the Motion is necessary to assure that operation of the Debtors' businesses will not be disrupted and that the value thereof will not be impaired; it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is required; after due deliberation thereon; and sufficient cause appearing therefore; it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. §§ 105(a) and 363, the Debtors are authorized, but not directed, to continue their Customer Practices, in the ordinary course of their businesses and consistent with their past business practices and are authorized, but not required to make all payments in connection therewith, regardless of whether such payments would result in the satisfaction of prepetition claims against the Debtors.

3. The Court shall retain jurisdiction over the Debtors with respect to any matters, claims, rights or disputes arising from or related to the Motion or implementation of this Order.

4. Except as otherwise set forth in the Motion, nothing herein shall be deemed: (a) as a waiver of the Debtors' right to dispute any claim, including, but not limited to, any claim relating to the Customer Practices, (b) as an approval, assumption or adoption of any agreement

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns April 23, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing Continuation of Certain Customer Practices and Programs

---

or contract pursuant to 11 U.S.C. § 365, or (c) to prejudice the Debtors' right to seek relief under any section of the Bankruptcy Code on account of any amounts owed in respect of the Customer Practices.

5.    The Debtors are hereby authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

6.    Neither the provisions contained herein, nor the making of any payments by the Debtors of, or in any way impair, limit or otherwise affect, any cause of action the Debtors may have with respect to prepetition transfers pursuant to Chapter 5 of the Bankruptcy Code.

CHERRY_HILL\434583\1  220718.000

*Approved by Judge Gloria M. Burns April 23, 2008*