**Our File No.: 25876**
JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Wells Fargo Equipment Financing, Inc.
JM5630_____

|  |  |
|---|---|
| IN RE:<br><br>  SHAPES/ARCH HOLDINGS L.L.C. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 11<br>CASE NO: 08-14631(GMB)<br>HEARING DATE:<br><br>NOTICE OF MOTION OF WELLS FARGO EQUIPMENT FINANCING, INC. FOR RELIEF FROM THE AUTOMATIC STAY |

    To:

        Shapes/Arch Holdings L.L.C.
        9000 River Road
        Delair, NJ 08110
        Debtors

        Jerrold N. Poslusny, Jr., Esq.
        Liberty View, Suite 300
        457 Haddonfield Road
        Cherry Hill, NJ 08002
        Attorney for the debtors

        Office of the U.S. Trustee
        One Newark Center
        Suite 2100
        Newark, NJ 07102
        Trustee

        Michael D. Sirota, Esq.
        25 Main Street
        Hackensack, NJ 07601
        Attorney to Creditor Committee

John R. Morton, Jr., Esquire, attorney for Wells Fargo Equipment Financing, Inc., has filed papers with the Court for relief from the automatic stay to permit Wells Fargo Equipment Financing, Inc. to repossess and sell the motor vehicle(s) described in the attached pleadings. Your rights may be affected.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult with one.**  If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the motion, then no later than seven (7) days before the hearing date, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your position) at:

United States Bankruptcy Court
1 John F. Gerry Plaza
4th. & Cooper Streets
Camden, NJ 08101

If you mail your (request) (response) to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

TAKE FURTHER NOTICE that the facts movant relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion, and TAKE FURTHER NOTICE that oral argument is hereby not requested.

Attend the hearing scheduled to be held on                              at           a.m. in Courtroom          , United States Bankruptcy Court, Mitchell Cohen Federal Court House, 1 John F. Gerry Plaza, 4th. & Cooper Streets, 4th. Floor, Camden, New Jersey 08102.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order.

Date:                                           /s/ John R. Morton, Jr., Esquire
                                                John R. Morton, Jr., Esquire
                                                Attorney for Wells Fargo Equipment
                                                Financing, Inc.