JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Wells Fargo Equipment Financing, Inc.
JM5630_____

United States Bankruptcy Court
For the District of New Jersey

IN RE:
 SHAPES/ARCH HOLDINGS L.L.C.

HEARING DATE:
CHAPTER  11
CASE NO:  08-14631(GMB)

APPLICATION FOR ORDER
SHORTENING TIME
PERIOD FOR NOTICE
UNDER FEDERAL RULES
OF BANKRUPTCY
PROCEDURE  9006(c) (1)

   The application of John R. Morton, Jr., Esquire, respectfully represents:

1. I am the attorney for Wells Fargo Equipment Financing, Inc. and am fully familiar with the facts of this case.

2. Wells Fargo Equipment Financing, Inc. requests that the motion to modify the stay be heard on shortened time for the reasons set forth in the certification in support of the motion for stay relief and this application.

3. Reduction of the time period in question is not prohibited under Fed. R. Bankr. P. 9006 (c)(2) and the rules listed therein.

WHEREFORE, applicant requests entry of the order submitted herewith.

                /s/ JOHN R. MORTON, JR., ESQUIRE
                JOHN R. MORTON, JR., ESQUIRE
                Attorney for Wells Fargo Equipment Financing, Inc.