UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

ORDER SHORTENING TIME PERIOD
FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

Upon consideration of the application of _____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 [or Fed. R. Bankr. P. 2002 or other rule] for notice of hearing on [identify underlying motion or application] is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on _____, 20 _____ at _____.m. in the United States Bankruptcy Court _____, Courtroom No. _____ .

3. True copies of this order, the application for it, and the moving papers shall be served upon _____ by [method of service] within _____ day(s) of the date hereof.

4. Immediate telephone notice of entry of this order shall also be given to said parties.

5. Any objections to said motion/application shall be filed and served so as to be received no later than _____ [or, objections can be represented at the hearing].

6. Court appearances will be required to prosecute said motion/application and any objections.

[Effective April 15, 1993; revised 5-23-02]