# EXHIBIT A

[THE PLAN IS PROVIDED AS A SEPARATE DOCUMENT]