Shapes/Arch Holdings, LLC
Projected Profit & Loss Statement

| | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | Total |
|---|---|---|---|---|---|---|---|
| Net Sales | $ 21,969,809 | $ 21,206,640 | $ 18,437,429 | $ 20,583,204 | $ 17,159,993 | $ 12,002,945 | $ 111,360,021 |
| COGS | | | | | | | |
| Material Costs | 12,564,332 | 11,644,784 | 10,303,222 | 11,396,144 | 9,429,016 | 6,756,151 | 62,093,648 |
| Mfg Expenses | 5,740,721 | 5,803,760 | 5,422,246 | 5,868,988 | 5,444,510 | 4,256,832 | 32,537,057 |
| | 18,305,053 | 17,448,544 | 15,725,468 | 17,265,132 | 14,873,526 | 11,012,982 | 94,630,705 |
| Gross Profit | $ 3,664,756 | $ 3,758,096 | $ 2,711,961 | $ 3,318,073 | $ 2,286,467 | $ 989,963 | $ 16,729,315 |
| Operating Expenses | | | | | | | |
| Delivery | 1,073,065 | 1,038,784 | 930,640 | 1,018,750 | 886,073 | 661,167 | 5,608,479 |
| Selling | 841,006 | 833,078 | 765,398 | 805,738 | 792,006 | 652,098 | 4,689,324 |
| General & Admin | 1,497,221 | 1,463,166 | 1,443,845 | 1,494,021 | 1,414,940 | 1,455,561 | 8,768,755 |
| | 3,411,292 | 3,335,028 | 3,139,884 | 3,318,509 | 3,093,019 | 2,768,827 | 19,066,559 |
| Operating Income | $ 253,464 | $ 423,068 | $ (427,923) | $ (436) | $ (806,552) | $ (1,778,864) | $ (2,337,243) |
| Interest Expense | 478,637 | 454,760 | 459,079 | 431,233 | 428,926 | 425,821 | 2,678,457 |
| Other Income | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 162,000 |
| Net Income | $ (198,173) | $ (4,692) | $ (860,002) | $ (404,670) | $ (1,208,478) | $ (2,177,686) | $ (4,853,701) |
| EBITDA | $ 1,046,458 | $ 1,216,061 | $ 365,069 | $ 792,555 | $ (13,562) | $ (987,875) | $ 2,418,706 |

Shapes/Arch Holdings, LLC
Projected Monthly Balance Sheet

| | Opening 7/1/08 | 7/31/08 | 8/31/08 | 9/30/08 | 10/31/08 | 11/30/08 | 12/31/08 |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Cash | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable | 37,686,000 | 33,118,663 | 32,562,682 | 30,758,883 | 30,366,639 | 29,132,476 | 23,247,344 |
| Inventory | 43,222,000 | 41,162,342 | 42,679,042 | 42,265,792 | 42,043,122 | 43,511,533 | 45,078,511 |
| Prepaids | 1,604,000 | 1,301,000 | 1,532,000 | 1,304,000 | 1,231,000 | 1,357,000 | 998,000 |
| **Current Assets** | $ 82,512,000 | $ 75,582,005 | $ 76,773,723 | $ 74,328,675 | $ 73,640,760 | $ 74,001,010 | $ 69,323,855 |
| Net PPE | 66,205,000 | 65,995,000 | 65,785,000 | 65,575,000 | 65,365,000 | 65,155,000 | 64,945,000 |
| Other Asset | - | - | - | - | - | - | - |
| **Total Assets** | $ 148,717,000 | $ 141,577,005 | $ 142,558,723 | $ 139,903,675 | $ 139,005,760 | $ 139,156,010 | $ 134,268,855 |
| **Liabilities** | | | | | | | |
| Accounts Payable | $ 336,000 | $ 1,603,643 | $ 2,469,463 | $ 3,113,021 | $ 4,150,309 | $ 4,519,893 | $ 3,774,863 |
| Accrued Expenses | 6,241,000 | 5,848,000 | 5,121,000 | 5,326,000 | 7,069,000 | 5,882,000 | 5,317,000 |
| **Current Liabilities** | $ 6,577,000 | $ 7,451,643 | $ 7,590,463 | $ 8,439,021 | $ 11,219,309 | $ 10,401,893 | $ 9,091,863 |
| Revolver | 47,057,000 | 39,240,536 | 40,088,125 | 37,444,521 | 34,170,988 | 36,347,132 | 34,947,693 |
| Term Loan | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 |
| Members Equity | 70,083,000 | 69,884,827 | 69,880,135 | 69,020,133 | 68,615,463 | 67,406,985 | 65,229,299 |
| **Total Liabilities & Equity** | $ 148,717,000 | $ 141,577,005 | $ 142,558,723 | $ 139,903,675 | $ 139,005,760 | $ 139,156,010 | $ 134,268,855 |
| Memo: Revolver Availability | | 2,393,851 | 1,820,169 | 2,898,037 | 5,684,478 | 3,048,319 | 360,451 |

Shapes/Arch Holdings, LLC
Projected Monthly Cash Flow Statement

| | 7/31/08 | 8/31/08 | 9/30/08 | 10/31/08 | 11/30/08 | 12/31/08 | Total |
|---|---|---|---|---|---|---|---|
| Net Income/(Loss) | $ (198,173) | $ (4,692) | $ (860,002) | $ (404,670) | $ (1,208,478) | $ (2,177,686) | $ (4,853,701) |
| Depreciation/Amortization | 765,994 | 765,994 | 765,992 | 765,991 | 765,990 | 763,989 | 4,593,950 |
| A/R Reserve | - | - | - | - | - | - | - |
| Accounts Receivable | 4,567,337 | 555,982 | 1,803,799 | 392,244 | 1,234,162 | 5,885,132 | 14,438,656 |
| Inventory | 2,059,658 | (1,516,700) | 413,250 | 222,670 | (1,468,412) | (1,566,978) | (1,856,511) |
| Prepaids | 303,000 | (231,000) | 228,000 | 73,000 | (126,000) | 359,000 | 606,000 |
| Accounts Payable | 1,267,643 | 865,820 | 643,558 | 1,037,288 | 369,583 | (745,030) | 3,438,863 |
| Accrued Expenses | (393,000) | (727,000) | 205,000 | 1,743,000 | (1,187,000) | (565,000) | (924,000) |
| **Cash from Operations** | 8,372,458 | (291,596) | 3,199,596 | 3,829,524 | (1,620,154) | 1,953,427 | 1,953,427 |
| Capital Expenditures | (555,994) | (555,994) | (555,992) | (555,991) | (555,990) | (553,989) | (3,333,950) |
| Revolver Borrowing | (7,816,464) | 847,590 | (2,643,604) | (3,273,533) | 2,176,144 | (1,399,438) | (12,109,307) |
| Amortization Term Loan | - | - | - | - | - | - | - |
| Net Cash Available | (0) | 0 | 0 | (0) | 0 | 0 | 0 |
| Beginning Cash | - | (0) | (0) | 0 | (0) | 0 | - |
| **Ending Cash** | (0) | (0) | 0 | (0) | 0 | 0 | 0 |