# EXHIBIT D-1

**Aluminum Shapes USEPA Lead Off-Site Environmental Liability CERCLA §106 Sites**

- <u>Ewan Superfund Site, Shamong Township, NJ</u>

  - o   National Priorities List Site; EPA ID #NJD980761365
  - o   USEPA Estimated Costs:
  - o   Aluminum Shapes Estimated Percentage Share of Costs: 2.42% cap
  - o   Natural Resource Damages: (complaint filed)[*]

- <u>D'Imperio Superfund Site, Hamilton Township, NJ</u>

  - o   National Priorities List Site; EPA ID #NJD980529416
  - o   USEPA Estimated Costs:
  - o   Aluminum Shapes Estimated Percentage Share of Costs: 1.86% cap
  - o   Natural Resource Damages:  (unknown at this time)

- <u>Swope Oil and Chemical Company Superfund Site, Pennsauken Township, NJ</u>

  - o   National Priorities List Site;  EPA ID #NJD041743220
  - o   USEPA Estimated Costs:
  - o   Aluminum Shapes Estimated Percentage Share of Costs:
  - o   Natural Resource Damages: (unknown at this time)

---

[*] This claim is a NJDEP Claim.

**II. Aluminum Shapes USEPA Lead Off-Site Environmental Liability Non-CERCLA §106 Sites**

- Puchack Wellfield, Pennsauken Township, New Jersey*

  o National Priorities List Site;  EPA ID #NJD981084767
  o USEPA Estimated Costs – $17,000,000.00
  o Aluminum Shapes Estimated Percentage Share of Costs
  o Natural Resource Damages: (unknown at this time)

- Lightman Drum Company Site, Winslow Township, NJ
  o CERCLA ID #02-2000-2034
  o USEPA Estimated Costs:
  o Aluminum Shapes Estimated Percentage Share of Costs: 1.90%
  o Natural Resource Damages: (unknown at this time)

- Chemical Control Corporation, Elizabeth, NJ

  o National Priorities List Site; EPA ID #NJD000607481
  o USEPA Estimated Costs:
  o Aluminum Shapes Estimated Percentage Share of Costs: de minimis contributor; less than .0467% (believe Aluminum Shapes may have previously settled)
  o Natural Resource Damages: (unknown at this time)
  o (Liability may be resolved pursuant to a consent decree or settlement agreement and subject to confirmation)

- Berks Associates/Douglassville Disposal, Douglassville, PA

  o National Priorities List Site; CERCLIS ID #PAD002384865
  o USEPA Estimated Costs:
  o Aluminum Shapes Estimated Percentage Share of Costs: de minimis contributor; 0.15283% of past costs, 0.07803% future costs (Aluminum Shapes may have previously settled for $119,975.98 – awaiting confirmation)
  o Natural Resource Damages: (unknown at this time)
  o (Liability may be resolved pursuant to a consent decree or settlement agreement and subject to confirmation)

* This site is also subject to NJDEP directives.

**III.    Aluminum Shapes New Jersey Department of Environmental Protection Lead Off-
Site Environmental Liabilities**

- NONE -

**IV.     State Environmental Claims and Environmental Litigation**

- 9000 River Road, NJDEP 1992 Directive and Notice to Insurers

  - Directed Aluminum Shapes to identify and address all sources contributing to chromium contamination in the soil and groundwater at Aluminum Shapes' facility and to prevent migration of chromium contamination.
  - Aluminum Shapes and NJDEP entered into a Memorandum of Agreement dated June 23, 1993 in which Aluminum Shapes agreed to undertake remedial activities and to pay 80% of the cost of performing those activities.  Remediation at the site is ongoing.

- Harris v. Advanced Supply Process Company, et al.; Superior Court of New Jersey, Camden County, Law Division, Docket No.: L-03815-02

  - Class action lawsuit in which Aluminum Shapes is identified as a defendant.
  - Plaintiffs allege that Aluminum Shapes was negligent in the operation of its metal plating business resulting in the discharge of hazardous substances to soil and groundwater.

- Pennsauken Solid Waste Management Authority, et al. v. Ward Sand Material Co., Inc., et al., Superior Court of New Jersey, Camden County, Law Division, Docket No.: L-13345-91

  - Aluminum Shapes is identified as a defendant.
  - Plaintiffs allege that defendants are responsible for the surface and groundwater contamination at the Pennsauken Landfill.

- Buzby Brothers Landfill, Voorhees, NJ

  - Not a National Priorities List Site:  EPA ID #NJD000305524
  - USEPA Estimated Costs:
  - Aluminum Shapes Estimated Percentage Share of Costs: de minimis contributor (Aluminum Shapes may have previously settled for $60,000 subject to confirmation)
  - Natural Resource Damages: (yes, complaint filed)
  - (Liability may be resolved pursuant to a consent decree or settlement agreement, and subject to confirmation)