**Shapes/Arch Holdings, LLC**
**Consolidate Profit and Loss Statement**

|  | ACTUAL Jan-08 | ACTUAL Feb-08 | ACTUAL 2 Months |
|---|---:|---:|---:|
| **SALES** | | | |
| SALES | $ 19,536,386 | $ 19,200,547 | $ 38,736,933 |
| INTER-COMPANY ELIMINATIONS | (2,131,000) | (1,937,000) | (4,068,000) |
| NET SALES | $ 17,405,386 | $ 17,263,547 | $ 34,668,933 |
| **COST OF SALES** | | | |
| MATERIAL COST | 12,824,404 | 11,873,000 | 24,697,404 |
| INTER-COMPANY ELIMINATIONS | (2,258,000) | (2,064,000) | (4,322,000) |
| MANUFACTURING EXPENSES | 5,177,330 | 5,059,600 | 10,236,930 |
|  | 15,743,734 | 14,868,600 | 30,612,334 |
| **GROSS PROFIT** | $ 1,661,652 | $ 2,394,947 | $ 4,056,599 |
| MATERIAL COST % | 65.64% | 61.84% | 63.76% |
| GROSS PROFIT % | 9.55% | 13.87% | 11.70% |
| **OPERATING EXPENSES** | | | |
| DELIVERY EXPENSES | 910,000 | 963,000 | 1,873,000 |
| SELLING EXPENSES | 759,500 | 767,700 | 1,527,200 |
| DEPRECIATION/AMORTIZATION | 778,000 | 764,000 | 1,542,000 |
| GENERAL & ADMINISTRATIVE | 1,507,170 | 1,452,700 | 2,959,870 |
| INTER-COMPANY ELIMINATIONS | (6,000) | (6,000) | (12,000) |
| **TOTAL OPERATING EXPENSES** | 3,948,670 | 3,941,400 | 7,890,070 |
| **OPERATING INCOME** | $ (2,287,018) | $ (1,546,453) | $ (3,833,471) |
| **INTEREST EXPENSE** | 319,000 | 266,000 | 585,000 |
| **OTHER INCOME** | 157,000 | 145,000 | 302,000 |
| INTER-COMPANY ELIMINATIONS | (133,000) | (133,000) | (266,000) |
| **NET OTHER INCOME** | 24,000 | 12,000 | 36,000 |
| **EXTRAORDINARY ITEMS** | - | - | - |
| **PRETAX NET INCOME** | $ (2,582,018) | $ (1,800,453) | $ (4,382,471) |
| **EBITDA** | $ (1,485,018) | $ (770,453) | $ (2,255,471) |

**Shapes/Arch Holdings, LLC**
**Monthly Balance Sheet**

| Assets | | 12/31/07 | | 1/31/08 | | 2/29/08 |
|---|---|---|---|---|---|---|
| Cash | $ | - | $ | - | $ | - |
| Accounts Receivable | | 21,684,000 | | 23,877,000 | | 29,167,000 |
| Inventory | | 45,871,000 | | 44,044,000 | | 44,302,000 |
| Prepaids | | 1,420,000 | | 1,261,000 | | 1,345,000 |
| **Current Assets** | $ | 68,975,000 | $ | 69,182,000 | $ | 74,814,000 |
| | | | | | | |
| Net PPE | | 67,565,000 | | 67,214,000 | | 66,802,000 |
| | | | | | | |
| Other Asset | | 579,000 | | 560,000 | | 541,000 |
| | | | | | | |
| **Total Assets** | $ | 137,119,000 | $ | 136,956,000 | $ | 142,157,000 |
| | | | | | | |
| **Liabilities** | | | | | | |
| Accounts Payable | | 27,988,000 | | 31,268,000 | | 35,663,000 |
| Accrued Expenses | | 5,454,000 | | 4,637,000 | | 6,142,000 |
| **Current Liabilities** | $ | 33,442,000 | $ | 35,905,000 | $ | 41,805,000 |
| | | | | | | |
| Revolver | | 41,693,000 | | 41,815,000 | | 43,081,146 |
| Term Loan | | 8,844,000 | | 8,678,000 | | 8,514,000 |
| Subordinated Debt | | 5,991,000 | | 5,991,000 | | 5,991,000 |
| | | | | | | |
| Members Equity | | 47,149,000 | | 44,567,000 | | 42,765,854 |
| | | | | | | |
| **Total Liabilities & Equity** | $ | 137,119,000 | $ | 136,956,000 | $ | 142,157,000 |