| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **BLANK ROME LLP**<br>Joel C. Shapiro, Esquire<br>Shlomo B. Troodler, Esquire<br>Woodland Falls Corporate Park<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ  08002<br>(856) 779-3600<br>Counsel for Arcus ASI Funding, LLC | |
| In re: | Case No. 08-14631 |
| Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.,<br><br>                              Debtors. | Judge: Gloria M. Burns<br><br>Chapter: 11 |

### APPLICATION FOR THE ADMISSION OF EARL M. FORTE, ESQUIRE *PRO HAC VICE* AS COUNSEL TO ARCUS ASI FUNDING, LLC

PLEASE TAKE NOTICE that the undersigned, as counsel for Arcus ASI Funding, LLC, Arcus ASI, LLC and Arcus ASI, Inc. (collectively, "Arcus"), parties-in-interest in this case, has applied to this Court for an Order requesting the admission of Earl M. Forte, Esquire, who is admitted to practice and a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of California, the Supreme Court of the United States, the United States Courts of Appeals for the Third, Sixth, Ninth and Eleventh Circuits, United States district courts for the Eastern and Middle Districts of Pennsylvania, the Eastern District of Wisconsin, the District of Arizona and all federal districts within the State of California, *pro hac vice*, pursuant to D.N.J. LBR 2090-1 and Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey; and

123285.01601/21683682v.1

PLEASE TAKE NOTICE that the undersigned shall rely, in support of this application, upon the Affidavit of Earl M. Forte, the Certification of Joel C. Shapiro in Support of Application for the Admission of Earl M. Forte, Esquire to This Court *Pro Hac Vice* To Arcus ASI Funding, LLC Pursuant to District Court Rule 101.1(c), and a proposed form of Order submitted herewith.

April 24, 2008

**BLANK ROME LLP**

_____
Joel C. Shapiro, Esquire
Shlomo B. Troodler, Esquire
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
(856) 779-3600
Counsel for Arcus ASI Funding LLC