| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **BLANK ROME LLP**<br>Joel C. Shapiro, Esquire<br>Shlomo B. Troodler, Esquire<br>Woodland Falls Corporate Park<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002<br>(856) 779-3600<br>Counsel for Arcus ASI Funding, LLC |
| In re: |
| Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.,<br><br>Debtors. |

Case No. 08-14631

Judge: Gloria M. Burns

Chapter: 11

### CERTIFICATION OF JOEL C. SHAPIRO IN SUPPORT OF APPLICATION FOR THE ADMISSION OF EARL M. FORTE, ESQUIRE *PRO HAC VICE* AS COUNSEL TO ARCUS ASI FUNDING, LLC PURSUANT TO DISTRICT COURT RULE 101.1(C) AND D.N.J. LBR 2090-1

I, Joel C. Shapiro, Esquire, hereby certify as follows:

1.  I am a partner at the law firm of Blank Rome LLP with offices at Woodland Falls Corporate Park, 210 Lake Drive East, Suite 200, Cherry Hill, NJ 08002 and One Logan Square, Philadelphia, PA 19103. I am admitted to practice law in the State of New Jersey.

2.  I am a member in good standing since 1984 in both the federal and state courts of New Jersey.

3.  The applicant, Earl M. Forte, Esquire, is a partner in the law firm of Blank Rome LLP.

4.  Mr. Forte is admitted to practice before the Supreme Court of the United States, the United States Courts of Appeals for the Third, Sixth, Ninth and Eleventh Circuits and is

123285.01601/21683682v.1

admitted, practicing and in good standing before the Supreme Court and inferior courts of Pennsylvania (admitted 1987) and California (admitted 1986) and the United States District Courts for the Eastern and Middle Districts of Pennsylvania and all United States district courts within the State of California..

5. I know Mr. Forte to be of good character.

6. Mr. Forte has extensive experience in the area of commercial litigation and bankruptcy litigation.

7. This Certification is submitted in support of an application to admit Earl M. Forte, Esquire *pro hac vice* in this matter as counsel for Arcus.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

April 24, 2008

BLANK ROME LLP

_____
Joel C. Shapiro, Esquire
Shlomo B. Troodler, Esquire
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 779-3600
Counsel for Arcus ASI Funding LLC

123285.01601/21683682v.1