| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **BLANK ROME LLP**<br>Joel C. Shapiro, Esquire<br>Shlomo B. Troodler, Esquire<br>Woodland Falls Corporate Park<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ  08002<br>(856) 779-3600<br>Counsel for Arcus ASI Funding, LLC | |
| In re:<br><br>Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.,<br><br>Debtors. | Case No. 08-14631<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

### AFFIDAVIT OF EARL M. FORTE, ESQUIRE IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION AS COUNSEL TO ARCUS ASI FUNDING, LLC

I, Earl M. Forte, of full age, being duly sworn according to law upon his oath, deposes and says:

1. I am an attorney admitted to practice and in good standing before the Supreme Court of the United States, the United States Courts of Appeal for the Third, Sixth, Ninth and Eleventh Circuits and the Supreme Courts and inferior courts of Pennsylvania and California. I am also admitted to practice and in good standing in the United States district courts for the Eastern and Middle Districts of Pennsylvania, all federal district courts within the State of California, the Eastern District of Wisconsin and the District of Arizona. I am a partner with the law firm of Blank Rome LLP with an office at 130 N. 18th Street, One Logan Square, Philadelphia, PA 19103.

123285.01601/21683682v.1

2.  I have been a member in good standing of the State Bar of California since 1986 and the bar of Pennsylvania since 1987.

3.  This affidavit is respectfully submitted in support of Joel C. Shapiro, Esquire's application for my admittance to this Honorable Court *pro hac vice* as counsel for Arcus ASI Funding LLC and affiliates. It is submitted that there is good cause for such admission.

4.  I have read the General Rules of the United States District Court for the District of New Jersey, in particular Local Civil Rules 101.1 and 104.1 and Rule 2090(1)(b) of the Local Rules of the U.S. Bankruptcy Court for the District of New Jersey governing the admission of attorneys, and understand my obligations thereunder.

5.  I am unaware of any disciplinary proceedings pending against me in any jurisdiction and no discipline has been previously imposed upon me in any jurisdiction. I understand that, if admitted to practice before this Court *pro hac vice*, I have the continuing obligation during the period of my admission to advise this Court of the institution of any disciplinary proceeding against me.

WHEREFORE, it is respectfully requested that the instant application of admission to this Court, *pro hac vice*, pursuant to Local Civil Rule 101.1(c) of the Rules of the United States District Court for the District of New Jersey, be granted.

April 24, 2008

_____
Earl M. Forte

123285.01601/21683682v.1