| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **BLANK ROME LLP**<br>Joel C. Shapiro, Esquire<br>Shlomo B. Troodler, Esquire<br>Woodland Falls Corporate Park<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002<br>(856) 779-3600<br>Counsel for Arcus ASI Funding, LLC | |
| In re:<br><br>Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C.,<br>and Ultra L.L.C.,<br><br>Debtors. | Case No. 08-14631<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

### CERTIFICATE OF SERVICE

I, Joel C. Shapiro, hereby certify that on April 25, 2008, I caused a copy Application for the Admission of Earl M. Forte, Esquire to Be Admitted *Pro Hac Vice* as Counsel to Arcus ASI Funding LLC to be served upon the parties listed on the attached Master Service List via Email (where indicated) or First Class Mail.

Joel C. Shapiro, Esquire
Shlomo B. Troodler, Esquire
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 779-3600
Counsel for Arcus ASI Funding LLC

123285.01601/21683682v.1

**SHAPES/ARCH HOLDINGS L.L.C.**
**CASE NO. 08-14631 (GMB) (JOINTLY ADMINISTERED)**
**<u>MASTER SERVICE LIST</u>**

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
Email:  jposlusny@cozen.com
Attorneys for Debtors

Mark E. Felger, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801
Email:  mfelger@cozen.com
Attorneys for Debtors

Robert Lapowsky, Esq.
Stevens & Lee, P.C.
181 Market Street, 29th Floor
Philadelphia, PA  19103
Email:  RL@stevenslee.com
Special Counsel to Debtors

Peter J. D'Auria, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102
Email:  Peter.J.D'Auria@usdoj.gov

Brian Bull
Alcan
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada
Creditors' Committee Co-Chairperson

Richard A. Kellner
Rusal America Corp.
550 Mamaroneck Ave.
Harrison, NY  10528
Creditors' Committee Co-Chairperson

Alan D. Halperin, Esq.
Donna Lieberman, Esq.
Debra J. Cohen, Esq.
Halperin Battaglia Raicht, LLP
555 Madison Avenue-9th Floor
New York, NY 10022-3301
Email:  ahalperin@halperinlaw.net
Email:  dlieberman@halperinlaw.net
Email:  dcohen@halperinlaw.net
Counsel for The Creditors' Committee

Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
Court Plaza North
25 Main Street
PO Box 800
Hackensack, NJ 07601
Email:  msirota@coleschotz.com
Email:  ivolkov@coleschotz.com
Local Counsel for The Creditors' Committee

Joel Shapiro, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Email:  Shapiro-jc@blankrome.com
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Lawrence Flick, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
Email: Flick@blankrome.com
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Paul A. Patterson, Esq.
Michael Cordone, Esq.
Mark J. Dorval, Esq.
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103
Email: ppatterson@stradley.com
Email: mcordone@stradley.com
Attorneys for The CIT Group/Business Credit, Inc.

Louis T. DeLucia, Esq.
Alan J. Brody, Esq.
Alyson M. Fiedler, Esq.
Greenberg Traurig, LLP
200 Park Ave.
Florham Park, NJ 07932
Email: delucial@gtlaw.com
Email: brodya@gtlaw.com
Email: fiedlera@gtlaw.com
Attorneys for Arch Acquisition I, LLC

Nancy A. Mitchell, Esq.
Greenberg Traurig, LLP
Metlife Building
200 Park Ave.
New York, NY 10016
Email: mitchelln@gtlaw.com
Attorneys for Arch Acquisition I, LLC

Diane E. Vuocolo, Esq.
Greenberg Traurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
Email: vuocolod@gtlaw.com
Attorneys for Arch Acquisition I, LLC

Jennifer M. Davies, Esq.
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
Email: jdavies@lammrubenstone.com
Attorneys for Modern Handling Equipment Co.

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Email: sreisman@curtis.com
Attorneys for Glencore Ltd.

Glencore Ltd
Attn: Elitsa Golab
301 Tresser Blvd.
Stamford, CT 06901
Email: elitsa.golab@glencore-us.com

John R. Morton, Jr. Esq.
Law Offices of John R. Morton, Jr.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Email: jrmecf@verizon.net
Attorneys for Jaguar Credit Corporation and Wells Fargo Equipment Finance, Inc.

Robert M. Marshall, Esq.
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ 07470
Email: rmarshall@mqlaw.net
Attorneys for Alumet Supply, Inc.

Joe M. Lozano, Jr., Esq.
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX  75243
Email:  notice@bkcylaw.com
Attorneys for Bank of America

Jeffrey Kurtzman, Esq.
Klehr Harrison Harvey Branzbug & Ellers
260 South Broad Street
Philadelphia, PA 19102
Email:  jkurtzma@klehr.com
Attorneys for A. Jerome Grossman and Frank Kessler

David W. Phillips, Esq.
Todd M. Galante, Esq.
Jeffrey M. Zalkin, Esq.
LeClairRyan
Two Penn Plaza East
Newark, NJ  07105-2249
Email:  David.Phillips@leclairryan.com
Email:  Todd.Galante@leclairryan.com
Email:  Jeffrey.Zalkin@leclairryan.com
Attorneys for De Lage Landen Financial Services, Inc.

Emmanuel J. Argentieri, Esq.
Parker McCay
PO Box 974
Marlton, NJ  08053
Email:  eargentieri@parkermccay.com
Attorneys for Pennsauken Township

Joseph M. Garemore, Esq.
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ  08096
Email:  jgaremore@brownconnery.com
Attorneys for Pollution Control Financing Authority of Camden County

American Express Travel Related Services Inc. Corp Card
Attn:  Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701
Email:  notices@becket-lee.com

Cheryl L. Cooper, Esq.
Holston, MacDonald, et al.
66 Euclid Street
PO Box 358
Woodbury, NJ  08096
Email:  ccooper@holstonlaw.com
Attorneys for Steven Battle

Robyn F. Pollack, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
Email:  RPollack@saul.com
Attorneys for SL Industries, Inc.

Kelly A. Krail, Esq.
Kathleen J. Collins, Esq.
1800 Chapel Ave. West, Suite 360
Cherry Hill, NJ  08002
Email:  krai@litchfieldcavo.com
Email:  collins@litchfieldcavo.com
Attorneys for Quickway, Inc.

Sam Della Fera, Jr., Esq.
Trenk, DiPasquale, et al.
347 Mt. Pleasant Ave., Suite 300
West Orange, NJ  07052
Email:  sdellafera@trenklawfirm.com
Attorneys for Metal Management Northeast, Inc. and
Metal Management Connecticut, Inc.

3

Bonnie A. Barnett, Esq.
Deborah Shuff, Esq.
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103
Email:  bonnie.barnett@dbr.com
Email:  deborah.shuff@dbr.com
Attorneys for Sears Holding Management Corporation, Georgia-Pacific Corp, The Glidden Co., Avery Dennison, Borden Foods, Crowley Corp, Garrett-Buchanan, Southeastern Pennsylvania Transportation Authority

Alan P. Fox, Esq.
Capehart & Scatchard, P.A.
Laurel Corporate Center-Suite 300 S
8000 Midlantic Drive
Mount Laurel, NJ  08054
Email:  afox@capehart.com
Attorneys for Color Source, Inc.

Carol Rogers Cobb, Esq.
Giansante & Cobb, LLC
23 E. Main Street
Moorestown, NJ  08057-3309
Email:  carolrogerscobb@verizon.net
Attorneys for Ward Sand & Materials, Inc.

William G. Wright, Esquire
Farr, Burke, Gambacorta & &Wright, P.C.
1000 Atrium Way, Suite 401
PO Box 669
Mt. Laurel, NJ  08054
Attorneys for General Electric Capital Corporation

Ira Deiches, Esquire
Deiches & Ferschman
25 Wilkins Avenue
Haddonfield, NJ  08033
Attorneys for Northeast Metal Traders, Inc.

R. Matthew Pettigrew, Jr., Esq.
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
Email: mpettigrew@markowitzandrichman.com
Attorneys for U.I.U. Health & Welfare Fund

Richard McNeill, Esq.
McNeill & Walker
230 South Broad Street
Suite 700
Philadelphia, PA 19102
Attorneys for Teamsters Local 837

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA  31208-4708

Internal Revenue Service (IRS)
P.O. Box 21126
Philadelphia, PA 19114

New Jersey Attorney General's Office Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Commonwealth of Pennsylvania
State Office Building
1400 Spring Garden Street, Room 201
Philadelphia, PA  19130

Timothy A. Bortz
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street-Room 203
Reading, PA  19602-1184
Email:  tbortz@state.pa.us

4

U.S. Environmental Protection Agency
Region 2
290 Broadway, 17th Floor
New York, NY 10007-1866

New Jersey Department of Environmental
Protection
Attorney General of New Jersey
25 Market Street
P.O. Box 093
Trenton, NJ  08625