| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **BLANK ROME LLP**<br>Joel C. Shapiro, Esquire<br>Shlomo B. Troodler, Esquire<br>Woodland Falls Corporate Park<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ  08002<br>(856) 779-3600<br>Counsel for Arcus ASI Funding, LLC | |
| In re:<br><br>Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.,<br><br>                    Debtors. | Case No. 08-14631<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

### APPLICATION FOR THE ADMISSION OF JOHN E. LUCIAN, ESQUIRE *PRO HAC VICE* AS COUNSEL TO ARCUS ASI FUNDING, LLC

PLEASE TAKE NOTICE that the undersigned, as counsel for Arcus ASI Funding, LLC, Arcus ASI, LLC and Arcus ASI, Inc. (collectively, "Arcus"), parties-in-interest in this case, has applied to this Court for an Order requesting the admission of John E. Lucian, Esquire, who is admitted to practice before the State of Maryland, Commonwealths of Pennsylvania and Virginia, State of Florida and District of Columbia, *pro hac vice*, pursuant to D.N.J. LBR 2090-1 and Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey; and

PLEASE TAKE NOTICE that the undersigned shall rely, in support of this application, upon the Affidavit of John E. Lucian, the Certification of Joel C. Shapiro in Support of Application for the Admission of John E. Lucian, Esquire to This Court *Pro Hac Vice* To Arcus

123285.01601/21684857v.1

ASI Funding, LLC Pursuant to District Court Rule 101.1(c), and a proposed form of Order submitted herewith.

April 24, 2008

BLANK ROME LLP

_____
Joel C. Shapiro, Esquire
Shlomo B. Troodler, Esquire
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 779-3600
Counsel for Arcus ASI Funding LLC