| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **BLANK ROME LLP**<br>Joel C. Shapiro, Esquire<br>Shlomo B. Troodler, Esquire<br>Woodland Falls Corporate Park<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ  08002<br>(856) 779-3600<br>Counsel for Arcus ASI Funding, LLC | |
| In re:<br><br>Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.,<br><br>Debtors. | Case No. 08-14631<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

**CERTIFICATION OF JOEL C. SHAPIRO IN SUPPORT OF APPLICATION FOR THE ADMISSION OF JOHN E. LUCIAN, ESQUIRE *PRO HAC VICE* AS COUNSEL TO ARCUS ASI FUNDING, LLC PURSUANT TO DISTRICT COURT RULE 101.1(C) AND D.N.J. LBR 2090-1**

I, Joel C. Shapiro, Esquire, hereby certify as follows:

1. I am a partner at the law firm of Blank Rome LLP with offices at Woodland Falls Corporate Park, 210 Lake Drive East, Suite 200, Cherry Hill, NJ  08002 and One Logan Square, Philadelphia, PA 19103.  I am admitted to practice law in the State of New Jersey.

2. I am a member in good standing since 1984 in both the federal and state courts of New Jersey.

3. The applicant, John E. Lucian, Esquire, is a member of the law firm of Blank Rome LLP.

123285.01601/21684857v.1

4. Mr. Lucian is admitted to practice before State of Maryland (admitted 1998), Commonwealths of Pennsylvania (admitted 2004) and Virginia (admitted 1999), State of Florida (admitted 1999) and District of Columbia (admitted (1999).

5. I know Mr. Lucian to be of good character.

6. Mr. Lucian has extensive experience in the area of commercial litigation and bankruptcy litigation.

7. This Certification is submitted in support of an application to admit John E. Lucian, Esquire *pro hac vice* in this matter as counsel for Arcus.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

April 24, 2008

**BLANK ROME LLP**

_____
Joel C. Shapiro, Esquire
Shlomo B. Troodler, Esquire
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 779-3600
Counsel for Arcus ASI Funding LLC