**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, : | CHAPTER 11 |
| : Debtors. : | CASE NO. 08-14631 (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Debbie Reyes, paralegal to the firm of Cozen O'Connor, hereby certify that true and correct copies of the documents listed below, were served upon the parties listed on the attached service list, in the manner indicated, on April 24-25, 2008:

*Joint Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization; and*

*Debtors' First Amended Joint Chapter 11 Plan of Reorganization.*

                                          /s/ Debbie Reyes
                                          Debbie Reyes

Dated: April 25, 2008

**SHAPES/ARCH HOLDINGS L.L.C.**
**CASE NO. 08-14631 (GMB) (JOINTLY ADMINISTERED)**
<u>**MASTER SERVICE LIST**</u>

Robert Lapowsky, Esq. (via email on April 24, 2008)
Stevens & Lee, P.C.
181 Market Street, 29th Floor
Philadelphia, PA 19103
Special Counsel to Debtors

Donald F. Macmaster, Esq. (via email on April 24, 2008)
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Brian Bull (via regular mail on April 25, 2008)
Alcan
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada
Creditors' Committee Co-Chairperson

Richard A. Kellner (via regular mail on April 25, 2008)
Rusal America Corp.
550 Mamaroneck Ave.
Harrison, NY 10528
Creditors' Committee Co-Chairperson

Alan D. Halperin, Esq. (via email on April 24, 2008)
Donna Liebernman, Esq. (via email on April 24, 2008)
Debra J. Cohen, Esq. (via email on April 24, 2008)
Halperin Battaglia Raicht, LLP
555 Madison Avenue-9th Floor
New York, NY 10022-3301
Counsel for The Creditors' Committee

Michael D. Sirota, Esq. (via email on April 24, 2008)
Ilana Volkov, Esq. (via email on April 24, 2008)
Warren A. Usatine, Esq. (via email on April 25, 2008)
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
PO Box 800
Hackensack, NJ 07601
Local Counsel for The Creditors' Committee

2

Joel Shapiro, Esq. (via email on April 24, 2008)
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Lawrence Flick, Esq. (via email on April 24, 2008)
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Paul A. Patterson, Esq. (via email on April 24, 2008)
Michael Cordone, Esq. (via email on April 24, 2008)
Mark J. Dorval, Esq. (via email on April 24, 2008)
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103
Attorneys for The CIT Group/Business Credit, Inc.

Louis T. DeLucia, Esq. (via email on April 24, 2008)
Alan J. Brody, Esq. (via email on April 24, 2008)
Alyson M. Fiedler, Esq. (via email on April 24, 2008)
Greenberg Traurig, LLP
200 Park Ave.
Florham Park, NJ 07932
Attorneys for Arch Acquisition I, LLC

Nancy A. Mitchell, Esq. (via email on April 24, 2008)
Greenberg Traurig, LLP
Metlife Building
200 Park Ave.
New York, NY 10016
Attorneys for Arch Acquisition I, LLC

Diane E. Vuocolo, Esq. (via email on April 24, 2008)
Greenberg Traurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
Attorneys for Arch Acquisition I, LLC

3

Jennifer M. Davies, Esq. (via email on April 24, 2008)
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
Attorneys for Modern Handling Equipment Co.

Steven J. Reisman, Esq. (via email on April 24, 2008)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attorneys for Glencore Ltd.

Glencore Ltd (via email on April 24, 2008)
Attn: Elitsa Golab
301 Tresser Blvd.
Stamford, CT  06901

John R. Morton, Jr. Esq. (via email on April 24, 2008)
Law Offices of John R. Morton, Jr.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys for Jaguar Credit Corporation and
Wells Fargo Equipment Finance, Inc.

Robert M. Marshall, Esq. (via email on April 24, 2008)
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ 07470
Attorneys for Alumet Supply, Inc.

Joe M. Lozano, Jr., Esq. (via email on April 24, 2008)
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX  75243
Attorneys for Bank of America and VW Credit, Inc.

Jeffrey Kurtzman, Esq. (via email on April 24, 2008)
Klehr Harrison Harvey Branzbug & Ellers
260 South Broad Street
Philadelphia, PA 19102
Attorneys for A. Jerome Grossman and Frank Kessler

4

David W. Phillips, Esq. (via email on April 24, 2008)
Todd M. Galante, Esq. (via email on April 24, 2008)
Jeffrey M. Zalkin, Esq. (via email on April 24, 2008)
LeClairRyan
Two Penn Plaza East
Newark, NJ  07105-2249
Attorneys for De Lage Landen Financial Services, Inc.

Emmanuel J. Argentieri, Esq. (via email on April 24, 2008)
Parker McCay
PO Box 974
Marlton, NJ  08053
Attorneys for Pennsauken Township

Joseph M. Garemore, Esq. (via email on April 24, 2008)
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ  08096
Attorneys for Pollution Control Financing
Authority of Camden County

American Express Travel Related Services (via email on April 24, 2008)
Inc. Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701

Cheryl L. Cooper, Esq. (via email on April 24, 2008)
Holston, MacDonald, et al.
66 Euclid Street
PO Box 358
Woodbury, NJ  08096
Attorneys for Steven Battle

Robyn F. Pollack, Esq. (via email on April 24, 2008)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
Attorneys for SL Industries, Inc.

Kelly A. Krail, Esq. (via email on April 24, 2008)
Kathleen J. Collins, Esq.
1800 Chapel Ave. West, Suite 360
Cherry Hill, NJ  08002
Attorneys for Quickway, Inc.

Sam Della Fera, Jr., Esq. (via email on April 24, 2008)
Trenk, DiPasquale, et al.
347 Mt. Pleasant Ave., Suite 300
West Orange, NJ  07052
Attorneys for Metal Management Northeast, Inc. and
Metal Management Connecticut, Inc.

Bonnie A. Barnett, Esq. (via email on April 24, 2008)
Deborah Shuff, Esq. (via email on April 24, 2008)
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103
Attorneys for Sears Holding Management Corporation,
Georgia-Pacific Corp, The Glidden Co., Avery Dennison,
Borden Foods, Crowley Corp, Garrett-Buchanan
Southeastern Pennsylvania Transportation Authority

Andrew J. Flame, Esq. (via email on April 25, 2008)
Howard A. Cohen, Esq. (via email on April 25, 2008)
Drinker, Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801-1254
Attorneys for PPL Energyplus, LLC

Alan P. Fox, Esq. (via email on April 24, 2008)
Capehart & Scatchard, P.A.
Laurel Corporate Center-Suite 300 S
8000 Midlantic Drive
Mount Laurel, NJ  08054
Attorneys for Color Source, Inc.

Carol Rogers Cobb, Esq. (via email on April 24, 2008)
Giansante & Cobb, LLC
23 E. Main Street
Moorestown, NJ  08057-3309
Attorneys for Ward Sand & Materials, Inc.

William G. Wright, Esq. (via email on April 24, 2008)
Farr, Burke, Gambacorta & Wright, P.C.
1000 Atrium Way, Suite 401
PO Box 669
Mt. Laurel, NJ  08054
Attorneys for General Electric Capital Corporation

Ira Deiches, Esq. (via email on April 24, 2008)
Deiches & Ferschmann
25 Wilkins Ave.
Haddonfield, NJ 08033
Attorneys for Northeast Metal Traders, Inc.

R. Matthew Pettigrew, Jr., Esq. (via email on April 24, 2008)
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
Attorneys for U.I.U. Health & Welfare Fund

Richard McNeill, Esq. (via regular mail on April 25, 2008)
McNeill & Walker
230 South Broad Street
Suite 700
Philadelphia, PA 19102
Attorneys for Teamsters Local 837

Bankruptcy Administration (via regular mail on April 25, 2008)
IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA  31208-4708

Internal Revenue Service (IRS) (via regular mail on April 25, 2008)
P.O. Box 21126
Philadelphia, PA 19114

New Jersey Attorney General's (via regular mail on April 25, 2008)
Office Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Commonwealth of Pennsylvania  (via regular mail on April 25, 2008)
State Office Building
1400 Spring Garden Street, Room 201
Philadelphia, PA  19130

Timothy A. Bortz (via email on April 24, 2008)
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street-Room 203
Reading, PA  19602-1184

U.S. Environmental Protection Agency (via regular mail on April 25, 2008)
Region 2
290 Broadway, 17th Floor
New York, NY 10007-1866

New Jersey Department of Environmental Protection (via regular mail on April 25, 2008)
Attorney General of New Jersey
25 Market Street
P.O. Box 093
Trenton, NJ  08625

Securities and Exchange Commission (via regular mail on April 25, 2008)
Philadelphia District Office
The Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532