## EXHIBIT A

## LEASES BETWEEN SHAPES AND DE LAGE LANDEN

| Schedule No. | Date of Lease | Equipment | Buyout Terms[1] |
|---|---|---|---|
| 9 | 01/04/05 | 1 Hyster Model H60XM Forklift with accessories | FMV |
| 10 | 07/20/05 | 1 Hyster Model H60XM Forklift | FMV |
| 11 | 09/07/05 | 1 Hubtex Side Loader | $1.00 |
| 12 | 09/20/05 | 1 Hyster Model H110XM Forklift | FMV |
| 13 | 09/19/05 | 1 Hyster Model H110XM Forklift with Rotator | FMV |
| 14 | 09/19/05 | 2 Hyster Model H60XM Forklifts | FMV |
| 15 | 12/06/05 | 2 Hyster Model H60FT Forklifts | FMV |
| 16 | 12/06/05 | 3 Hyster Model H155XL2 Forklifts | FMV |
| 17 | 12/06/05 | 1 Hyster Model H60FT Forklifts | FMV |
| 19 | 01/12/06 | 3 Drexel Model SLT30 Forklifts | $1.00 |
| 20 | 02/08/06 | 1 Hyster Model H60FT Forklifts | FMV |
| 21 | 02/17/06 | 1 New Holland Model LW110 Loader | $1.00 |
| 22 | 03/01/06 | 2 Drexel Model SLT30 Forklifts | $1.00 |
| 23 | 02/28/06 | 4 Drexel Model SLT30 Forklifts | $1.00 |
| 25 | 07/12/06 | 1 Hyster Model H60FT Forklifts | FMV |
| 25 | 03/01/07 | 1 Nissan Model PL 60LP Forklift | FMV |

---

[1] FMV means that Le Lage Lande retains the title to the equipment and that if there is no default, Shapes may purchase the equipment at the end of the term of the lease for its fair market value.  $1.00 means that Shapes holds the title to the equipment and if there is no default, it may purchase any remaining interest held by De Lage Landen for $1.00 at the end of the term of the lease.