**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone:(800) 331-3282    Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

509630 IDE LAGE1

UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071

5595614

NJNJ

2126420-7

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Shapes L.L.C.

1c. MAILING ADDRESS: 9000 River Rd.
CITY: Delair
STATE: NJ
POSTAL CODE: 08110

1e. TYPE OF ORGANIZATION: Limited Liability Corporation
1f. JURISDICTION OF ORGANIZATION: NJ
1g. ORGANIZATIONAL ID #: 0600024238

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: DE LAGE LANDEN FINANCIAL SERVICES

3c. MAILING ADDRESS: 1111 OLD EAGLE SCHOOL RD.
CITY: WAYNE
STATE: PA
POSTAL CODE: 19087

4. This FINANCING STATEMENT covers the following collateral:
DEBTOR GRANTS TO SECURED PARTY, FOR ALL LIABILITIES AND OBLIGATIONS, A SECURITY INTEREST IN ALL NOW OWNED OR HEREAFTER ACQUIRED OR ARISING ACCOUNTS, ACCOUNTS RECEIVABLE, MACHINERY, INVENTORY, FURNITURE, FIXTURES, EQUIPMENT, GENERAL TANGIBLES, CHATTEL PAPER, CONTRACT RIGHTS, DOCUMENTS, INSTRUMENTS, DEPOSIT ACCOUNTS AND INVESTMENT PROPERTY, AND ALL CASH AND NON-CASH PROCEEDS THEREOF (INCLUDING INSURANCE PROCEEDS) AND PROCEEDS OF PROCEEDS.

1162948
233766

8. OPTIONAL FILER REFERENCE DATA
5595614            MH&C            9630

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
Prepared by UCC Direct
Glendale, CA 91209-9

**EXHIBIT C**

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Diligenz, Inc.   1-800-858-5294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

6069588
Diligenz, Inc.
6500 Harbour Heights Pkwy
Suite 400
Mukilteo, WA 98275

Filed in: New Jersey (S.O.S.)

DEPARTMENT OF TREASURY
UCC SECTION
FILED

2003 NOV 17 A 5:00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
21264207   10/11/2002

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [X] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
[X] CHANGE name and/or address
[ ] DELETE name
[ ] ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME: Shapes, L.L.C.

7. CHANGED (NEW) OR ADDED INFORMATION:
(blank)

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [X] restated collateral description, or describe collateral [ ] assigned.

COLLATERAL DESCRIPTION AMMENDED TO READ AS FOLLOWS:
ALL EQUIPMENT OF ANY MAKE OR MANUFACTURE, TOGETHER WITH ALL ACCESSORIES AND ATTACHMENTS FINANCED BY OR LEASED TO LESSEE BY LESSOR UNDER MASTER LEASE AGREEMENT NUMBER 215.

EQUIPMENT CURRENTLY UNDER MLA215 IS NINE (9) HYSTER FORKLIFTS W/ACCESSORIES AND ATTACHMENTS.

*S/326988*
*S 2543944*

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT
9a. ORGANIZATION'S NAME: De Lage Landen Financial Services, Inc.

10. OPTIONAL FILER REFERENCE DATA
24458043 - ML215 - DLP

6069588

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)