## EXHIBIT D

## LEASES BETWEEN DELAIR AND DE LAGE LANDEN

| Date of Lease | Equipment | Buyout Terms[1] |
|---|---|---|
| 06/04/03 | 1 Savin Model 99450PE Copier with AROF/ Finisher/Print Control/ N.I.C./ Console | FMV |
| 04/08/04 | 2 Minolta Digital Model Di551 Copiers | FMV |
| 05/13/05 | 1 Konica Minolta Model Di5510 Copier | FMV |
| 01/31/07 | 4 Nissan PL50LP Forklifts | $1.00 |

---

[1] FMV means that De Lage Landen retains the title to the equipment and that if there is no default, Shapes may purchase the equipment at the end of the term of the lease for its fair market value.  $1.00 means that Shapes holds the title to the equipment and if there is no default, it may purchase any remaining interest held by De Lage Landen for $1.00 at the end of the term of the lease.