| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9002-2(c)**<br><br>Stradley Ronon Stevens & Young, LLP<br>A Pennsylvania Limited Liability Partnership<br>Woodland Falls Corporate Park<br>200 Lake Drive East<br>Suite 100<br>Cherry Hill, NJ 08002<br>856-321-2400<br>Paul A. Patterson, Esquire<br>Mark J. Dorval, Esquire (MD-3304)<br>Attorneys for The CIT Group/Business Credit, Inc. | Case No. 08-14631-GMB (Jointly Administered)<br><br>Judge: Honorable Gloria M. Burns<br><br>Chapter 11 |
| IN RE:<br><br>SHAPES/ARCH HOLDINGS, L.L.C., et al,<br><br>Debtor. | Certificate of Service |

I hereby certify that on or about the 28th day of April, 2008, I caused a true and correct copy of the Reservation of Rights of The CIT Group/Business Credit, Inc., for Itself and as Agent, Concerning Witnesses (the "Reservation"), to be served via electronic transmission on the following:

United States Trustee's Office
USTPRegion03.NE.ECF@usdoj.gov

David B. Aaronson
david.aaronson@dbr.com

Emmanuel J. Argentieri
eargentieri@parkermccay.com

Walter Benzija
wbenzija@halperinlaw.net
eganc@halperinlaw.net
cmitchell@halperinlaw.net
jmoore@halperinlaw.net

Alan J. Brody
brodya@gtlaw.com

Cheryl L. Cooper
phil@holstonlaw.com

B # 781186 v.1

Jennifer M. Davies
jdavies@lammrubenstone.com
mdenton@lammrubenstone.com

Sam Della Fera
sdellafera@trenklawfirm.com

Ira Deiches
ideiches@deicheslaw.com

Andrew J. Flame
Andrew.flame@dbr.com

Alan P. Fox
afox@capehart.com
bankruptcy@capehart.com

Alyson M. Fiedler
fiedlera@gtlaw.com

Joseph M. Garemore
jgaremore@brownconnery.com

John C. Kilgannon
jck@stevenslee.com

Suzanne M. Klar
suzanne.klar@pseg.com
joel.taylor@pseg.com
peter.siebeljr@pseg.com

Oren Klein
oklein@parkermccay.com
sseiden@parkermccay.com
narena@parkermccay.com

Kelly A. Krail
krail@litchfieldcavo.com
collins@litchfieldcavo.com

Jeffrey Kurtzman
jkurtzma@klehr.com

Robert M. Marshall
rmarshall@mqlaw.net

John R. Morton
jrmecf@verizon.net

Office of Unemployment Compensation
Tax Services (OUCTS), Department of
Labor and Industry, Commonwealth of
Pennsylvania

David W. Phillips
david.phillips@leclairryan.com

Robyn Pollack
rpollack@saul.com

Jerrold N. Poslusny
jposlusny@cozen.com
dreyes@cozen.com

Steven J. Reisman
sreisman@cm-p.com
jdrew@curtis.com
lharrison@cm-p.com

Joseph L. Schwartz
jschwartz@riker.com

Joel C. Shapiro
shapiro-jc@blankrome.com
hutches@blankrome.com
senese@blankrome.com

Michael D. Sirota
msirota@coleschotz.com

| | |
|---|---|
| Michael Stafford<br>mjsnorddemaio@aol.com<br>norddemaio@aol.com | Ilana Volkov<br>ivolkov@coleschoz.com |
| Diane E. Vuocolo<br>vuocolod@gtlaw.com | William G. Wright<br>wgw_efn@farrlawnet.com<br>jl_efn@farrlawnet.com |

Also, on or about April 28, 2008, I caused a copy of the Reservation to be served via first

class United States mail, postage prepaid on the following:

| | |
|---|---|
| Carol R. Cobb<br>23 East Main Street<br>Moorestown, NJ 08057-3309 | IKON Financial Services<br>Bankruptcy Administration<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |
| Sherry D. Lowe<br>Lamm Rubenstone LLC<br>3600 Horizon Boulevard<br>Suite 200<br>Trevose, PA 19053 | Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107 |
| Phoenix Management Services, Inc.<br>110 Chadds Ford Commons<br>Chadds Ford, PA 19317 | Nancy A. Mitchell<br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 |

/s/Mark J. Dorval
Mark J. Dorval (MD 3304)
Paul A. Patterson
STRADLEY RONON STEVENS & YOUNG, LLP
Woodland Falls Corporate Park
200 Lake Drive East
Suite 100
Cherry Hill, NJ 08002
(856) 321-2400
Attorneys for Respondent The CIT Group/Business Credit,
Inc.

B # 781186 v.1