PPG\Shapes-Arch Holdings\appearance

**THE CHARTWELL LAW OFFICES, LLP**
John J. Winter, Esquire
NJ ID No. JW9777
2621 Van Buren Avenue
Norristown, PA 19403
Telephone: (610) 666-7700
Telecopier: (610) 666-7704
Attorneys for PPG Industries, Inc.

_____

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| **SHAPES/ARCH HOLDINGS, LLC,** | : DISTRICT OF NEW JERSEY |
| **et al.,** | : Chapter 11 Case Nos. 08-14631 through |
| Debtors | :    08-14635 (GMB) (jointly administered) |
| _____ | : |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS, FILED ON BEHALF OF PPG INDUSTRIES, INC.

    **PLEASE TAKE NOTICE** that the undersigned appears for PPG Industries, Inc., a trade creditor of certain of the above-captioned debtors and party in interest herein, and demands that all notices given or required to be given in this case pursuant to any of the applicable provisions of the United States Bankruptcy Code, including, without limitation, 11 U.S.C. Sections 341, 362, 363, 364, 365, 502, 503, 506, 523, 524, 542, 543, 544, 545, 547, 548, 549, 553, 554, 706, 707, 727, 1102, 1106, 1109, 1125, 1128, 1301, 1307, 1324, 1328, and any applicable provisions of the Federal Rules of Bankruptcy Procedure, including, without limitation, Rules 2002, 9007 and /or 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") be served upon the undersigned at the address set forth below pursuant to Bankruptcy Rule 2002(g).

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and documents referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders, notices of any meetings of creditors, applications, motions, petitions, pleadings, requests, complaints, objections or demands, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way the rights or interests of the debtors, or of PPG Industries, Inc., or any other creditor or party in interest in this case; and/or (2) which require or seek to require any act, delivery or any property, payment or

other conduct by the debtors, PPG Industries, Inc., or any other creditor or party in interest in this case.

                              **THE CHARTWELL LAW OFFICES, LLP**

Dated: April 28, 2008

                              By: /s/ John J. Winter
                                  John J. Winter, Esquire
                                  NJ ID No. JW9777
                            2621 Van Buren Avenue
                            Norristown, PA 19403
                            Telephone Number (610) 666-7700
                            Telecopier Number (610) 666-7704
                            Attorneys for PPG Industries, Inc.