**WHEREFORE,** Arch Acquisition respectfully requests the entry of an Order consistent with the relief sought herein and providing for such other and further relief as this Court deems just and proper.

Dated: April 18, 2008

**GREENBERG TRAURIG, LLP**
*Counsel for Arch Acquisition I, LLC*

By:    /s/ Louis T. DeLucia
Louis T. DeLucia (LD-3879)
Diane E. Vuocolo (DV-9904)
Alan J. Brody (AB-4777)
Alyson M. Fiedler (AF-9058)
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932-0677
Tel: (973) 360-7900
Fax: (973) 295-1333

- and -

Nancy A. Mitchell
MetLife Building
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*NJ 226,389,897v1*