**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932-0677
Tel: (973) 360-7900
Fax: (973) 295-1333
Louis T. DeLucia, Esq. (LD-3879)
Alan J. Brody, Esq. (AB-4777)
Diane Vuocolo, Esq. (DV-9904)
Alyson M. Fiedler, Esq. (AF-9058)
Counsel for Arch Acquisition I, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: 08-14631 (GMB) |
| | : | (Jointly Administered) |
| | : | |
| Shapes/Arch Holdings L.L.C., *et al*. | : | Chapter 11 |
| | : | |
| Debtors. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

  I, MARIA R. VECCHIONE, of full age, hereby certifies pursuant to Title 28 of the United States Code, Section 1746, as follows:

  1. I am a legal secretary with the law firm of Greenberg Traurig, LLP, 200 Park Avenue, Florham Park, New Jersey 07932.

  2. On April 29, 2008, I caused a true and correct copy of the following document to be served upon the parties listed on Service List A *via* facsimile and the parties listed on Service List B *via* first class mail:

- *Objection of Arch Acquisition I, LLC, to Debtors' First Amended Disclosure Statement.*

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of April 2008.

_____
Maria R. Vecchione

## SHAPES/ARCH HOLDINGS L.L.C.
### BKY. CASE NO. 08-14631-GMB (Jointly Administered)

## SERVICE LIST A
(*via* facsimile)

| | |
|---|---|
| Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, New Jersey 08002<br>Telephone: (856) 910-5000<br>Facsimile: (856) 910-5075<br>Email: jposlusny@cozen.com<br>**Attorneys for Debtor** | Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-2087<br>Facsimile: (302) 295-2013<br>**Attorneys for Debtor** |
| John C. Kilgannon, Esq.<br>Stevens & Lee<br>1415 Route 70 East, Suite 506<br>Cherry Hill, New Jersey 08034<br>Telephone: (856) 857-4019<br>Facsimile: (610) 371-7954<br>Email: jck@stevenslee.com<br>**Attorneys for Debtor** | Robert Lapowsky, Esq.<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 751-2886<br>Facsimile: (610) 371-7958<br>Email: rl@stevenslee.com;<br>rl@stevenslee.com<br>**Attorneys for Debtor** |
| Peter J. D'Auria, Esq.<br>Jeffrey M. Sponder, Esq.<br>**Office of the United States Trustee**<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: USTPRegion03.NE.ECF@usdoj.gov | Paul A. Patterson, Esquire<br>Michael J. Cordone, Esquire<br>Mark J. Dorval, Esquire<br>Stradley Ronon Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 564-8052<br>Facsimile: (215) 564-8120<br>Email: ppatterson@stradley.com<br>**Attorneys for The CIT Group/Business Credit, Inc.** |
| Brian Bull<br>Alcan<br>1188 Sherbrooke Street West<br>Montreal, Quebec<br>H3A 3G2<br>Canada<br>Telephone: +1 (514) 848-8000<br>Facsimile: +1 (514) 848-1463<br>**Creditors' Committee Co-Chairperson** | Richard A. Kellner<br>Rusal America Corp.<br>550 Mamaroneck Avenue<br>Harrison, NY 10528<br>Telephone: (914) 670-5771<br>Facsimile: (914) 670-5786<br>**Creditors' Committee Co-Chairperson** |

# SHAPES/ARCH HOLDINGS L.L.C.
## BKY. CASE NO. 08-14631-GMB (Jointly Administered)

## SERVICE LIST A
(*via* facsimile)

| | |
|---|---|
| Alan D. Halperin, Esquire<br>Walter Benziga, Esquire<br>Debra J. Cohen, Esquire<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue, 9th Floor<br>New York, NY 10022-3301<br>Telephone: (212) 765-9100<br>Facsimile: (212) 765-0964<br>***Attorneys for Creditors' Committee*** | Michael D. Sirota, Esquire<br>Ilana Volkov, Esquire<br>Warren A. Usatine, Esquire<br>Cole Schotz Meisel Forman & Leonard PA<br>Court Plaza North<br>25 Main Street, P.O. Box 800<br>Hackensack, NJ 07601<br>Telephone: (201) 489-3000<br>Facsimile: (201) 489-1536<br>***Local Counsel to Creditors' Committee*** |
| Joel C. Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>Telephone: (215) 569-5507<br>Facsimile: (215) 832-5507<br>Email: shapiro-jc@blankrome.com<br>***Attorneys for Arcus ASI Funding LLC<br>and Arcus ASI, Inc.*** | Lawrence Flick, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Telephone: (212) 885-5000<br>Facsimile: (212) 885-5002<br>Email: flick@blankrome.com<br>***Attorneys for Arcus ASI Funding LLC<br>and Arcus ASI, Inc.*** |
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone: (212) 696-6000<br>Facsimile: (212) 697-1559<br>Email: sreisman@curtis.com<br>***Attorneys for Glencore Ltd.*** | Jennifer M. Davies, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Boulevard, Suite 200<br>Trevose, PA 19020-8544<br>Telephone: (215) 638-9330<br>Facsimile: (215) 638-2867<br>Email: jdavies@lammrubenstone.com<br>***Attorneys for Modern Handling Equipment<br>Company*** |
| Jeffrey Kurtzman, Esq.<br>Klehr, Harrison, Harvey, Branzburg<br>  & Ellers LLP<br>260 S. Broad Street<br>Philadelphia, PA 19102<br>Telephone: (215) 569-4493<br>Facsimile: (215) 568-6603<br>Email: jkurtzma@klehr.com<br>***Attorneys for A. Jerome Grossman and<br>  Frank Kessler*** | David W. Phillips, Esq.<br>Todd M. Galante, Esq.<br>Jeffrey M. Zalkin, Esq.<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, New Jersey 07105-2249<br>Telephone: (973) 491-3600<br>Facsimile: (973) 491-3555<br>Email: David.Phillips@LeclairRyan.com;<br>Todd.Galante@LeclairRyan.com;<br>Jeffrey.Zalkin@LeclairRyan.com<br>***Attorneys for De Lage Landen Financial<br>  Services, Inc.*** |

## SHAPES/ARCH HOLDINGS L.L.C.
## BKY. CASE NO. 08-14631-GMB (Jointly Administered)

### SERVICE LIST A
(*via* facsimile)

| | |
|---|---|
| Emmanuel J. Argentieri, Esq.<br>Parker McCay<br>The Greentree Centre<br>7001 Lincoln Drive West<br>P.O. Box 974<br>Marlton, New Jersey 08053<br>Telephone: (856) 596-8900<br>Facsimile: (856) 596-9631<br>Email: eargentieri@parkermccay.com<br>***Attorneys for Pennsauken Township*** | John R. Morton, Jr., Esquire<br>Law Offices of John R. Morton, Jr.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057<br>Telephone: (856) 866-0100<br>Facsimile: (856) 722-1554<br>***Attorneys for Jaguar Credit Corporation***<br>***Attorneys for Wells Fargo Equipment Financing, Inc.*** |
| Glencore Ltd.<br>Attention: Elitsa Golab<br>301 Tresser Blvd.<br>Stamford, CT 06901<br>Telephone: (203) 328-4900<br>Facsimile: (203) 328-2456 | Joe M. Lozano, Jr., Esquire<br>Brice, Vander, Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br>Telephone: (972) 643-6600<br>Facsimile: (972) 643-6698<br>***Attorneys for Bank of America*** |
| Robert M. Marshall, Esquire<br>Marshall & Quentzel, L.L.C.<br>155 Willowbrook Boulevard<br>Wayne, NJ 07470<br>Telephone: (973) 812-4499<br>Facsimile: (973) 812-4489<br>***Attorneys for Alumet Supply, Inc.*** | Christine R. Etheridge<br>Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708<br>Telephone: (800) 480-6513<br>Facsimile: (912) 471-2369 |
| Stephen Richman, Esquire<br>Thomas Kohn, Esquire<br>Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107<br>Telephone: (215) 875-3100<br>Facsimile: (215) 790-0668<br>***Attorneys for U.I.U. Health & Welfare*** | R. Matthew Pettigrew, Jr., Esquire<br>Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107<br>Telephone: (215) 875-3132<br>Facsimile: (215) 790-0668<br>mpettigew@markowitzandrichman.com<br>***Attorneys for Union Health & Welfare Fund*** |

3

## SHAPES/ARCH HOLDINGS L.L.C.
### BKY. CASE NO. 08-14631-GMB (Jointly Administered)

### SERVICE LIST A
(*via* facsimile)

| | |
|---|---|
| Timothy A. Bortz<br>UC Tax Agent/Bankruptcy Representative<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1184<br>Telephone: (610) 378-4044<br>Facsimile: (610) 378-4459<br>email: tbortz@state.pa.us | Kelly A. Krail, Esquire<br>Kathleen J. Collins, Esquire<br>Litchfield Cavo LLP<br>1800 Chapel Avenue West, Ste. 360<br>Cherry Hill, NJ 08002<br>Telephone: (856) 854-3636<br>Fax: (856) 751-1230<br>krail@litchfieldcavo.com<br>collins@litchfieldcavo.com<br>***Attorneys for Quickway, Inc.*** |
| Robyn F. Pollack, Esquire<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7537<br>Facsimile: (215) 972-1946<br>rpollack@saul.com<br>***Attorneys for SL Industries, Inc.*** | Carol Rogers Cobb, Esquire<br>Giansante & Cobb, LLC<br>23 E. Main Street<br>Moorestown, NJ 08057-3309<br>Telephone: (856) 273-8866<br>Facsimile: (856) 273-8988<br>giansantecobb@verizon.net |
| Bonnie A. Barnet, Esquire<br>Deborah L. Shuff, Esquire<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103<br>Telephone: (215) 988-2700<br>Facsimile: (215) 988-2757<br>bonnie.barnet@dbr.com<br>***Attorneys for Sears Holding Management Corp.; George-Pacific Corp.; The Glidden Co.; Avery Dennison; Borden Foods; Crowley Corp.; Garrett-Buchanan; Southeastern Pennsylvania Transportation Authority*** | Joseph M. Garemore, Esquire<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096<br>Telephone: (856) 812-8900<br>Facsimile: (856) 853-9933<br>***Attorneys for Pollution Control Financing of Camden County*** |

4

| SHAPES/ARCH HOLDINGS L.L.C. BKY. CASE NO. 08-14631-GMB (Jointly Administered) SERVICE LIST A (*via* facsimile) ||
|---|---|
| *American Express Travel Related Svcs Co Inc Corp Card* <br> c/o Becket and Lee LLP <br> 16 General Warren Blvd. <br> P.O. Box 3001 <br> Malvern, PA 19355-0701 <br> Telephone: (610) 644-7800 <br> Facsimile: (610) 993-8493 | Sam Della Fera, Jr., Esquire <br> Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. <br> 347 Mt. Pleasant Avenue, Suite 300 <br> West Orange, NJ 07052 <br> Telephone: (973) 243-8600 <br> Facsimile: (973) 243-8677 <br> sdellafera@trenklawfirm.com <br> ***Attorneys for Metal Management Northeast, Inc. and Metal Management Connecticut, Inc.*** |

## SHAPES/ARCH HOLDINGS L.L.C.
## BKY. CASE NO. 08-14631-GMB (Jointly Administered)

### SERVICE LIST B
(*via* first class mail)

| | |
|---|---|
| Richard McNeill, Esquire<br>McNeill & Walker<br>230 South Broad Street, Suite 700<br>Philadelphia, PA 19102<br>Telephone: (215) 735-2890<br>**Attorneys for Teamsters Local 837** | New Jersey Attorney General's Office<br>Division of Law<br>Attention: Tracy Richardson<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 112<br>Trenton, NJ 08625-0112 |
| Internal Revenue Service (IRS)<br>P.O. Box 21126<br>Philadelphia, PA 19114 | U.S. Environmental Protection Agency<br>Region 2<br>290 Broadway, 17th Floor<br>New York, NY 10007-1866 |
| Commonwealth of Pennsylvania<br>State Office Building<br>1400 Spring Garden Street, Room 1206<br>Philadelphia, PA 19130 | Shapes/Arch Holdings L.L.C.<br>c/o Steven Grabell<br>9000 River Road<br>Delair, NJ 08110 |
| New Jersey Department of Environmental Protection<br>Attorney General of New Jersey<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625 | Ultra L.L.C.<br>c/o Daniel Carpey<br>1777 Hylton Road<br>Pennsauken, NJ 08110 |
| Shapes L.L.C.<br>c/o Steven Grabell<br>9000 River Road<br>Delair, NJ 08110 | Accu-Weld L.L.C.<br>c/o Steven Grabell<br>1211 Ford Road<br>Bensalem, PA 19020 |
| Delair L.L.C.<br>c/o Richard Grossman<br>8600 River Road<br>Delair, NJ 08110 | Wells Fargo Equipment Finance, Inc.<br>1540 W. Fountainhead Pkwy.<br>MAC S-3966-010<br>Temple, AZ 85260 |

NJ 226,397,245v1

6