| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Alan D. Halperin, Esq.<br>Donna Lieberman, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br><br>Co-Counsel to the Official Committee of Unsecured<br>Creditors of Shapes/Arch Holdings L.L.C., et al. |

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns<br><br>Hearing Date: May __, 2008 |

## ORDER APPOINTING CHAPTER 11 TRUSTEE
## PURSUANT TO 11 U.S.C. §§ 1104 AND 1106

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

45765/0001-1519882v1

(Page 2)
Debtor:            SHAPES/ARCH HOLDINGS L.L.C., et al.
Case No.           08-14631(GMB) (JOINTLY ADMINISTERED)
Caption of Order:  ORDER APPOINTING CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. §§ 1104 AND 1106

THIS MATTER having been opened to the Court by The Official Committee of Unsecured Creditors (the "Committee") of Shapes/Arch Holdings L.L.C., *et al*. (the "Debtors"), by and through its co-counsel, upon motion for an order appointing a Chapter 11 trustee in these Chapter 11 cases pursuant to 11 U.S.C. §§1104 and 1106 (the "Motion); and good and sufficient notice of the hearing on the Motion having been provided in accordance with the Order Shortening Time entered by the Court on April ___, 2008, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the moving papers, the opposition thereto, if any, and the oral arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1.     Pursuant to 11 U.S.C. §§ 1104 and 1106, the Office of the United States Trustee for the District of New Jersey shall appoint a Chapter 11 Trustee for the Debtors forthwith.

2.     A true copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

45765/0001-1519882v1                     2