| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Alan D. Halperin, Esq.<br>Donna Lieberman, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br><br>Co-Counsel to the Official Committee of Unsecured<br>Creditors of Shapes/Arch Holdings L.L.C., et al. |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>           Debtors. |

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Hon. Gloria M. Burns

Hearing Date: May ___, 2008

# ORDER TERMINATING THE DEBTORS' EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THERETO PURSUANT TO 11 U.S.C. § 1121(d)

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

45765/0001-1519895v1

(Page 2)
Debtor:            SHAPES/ARCH HOLDINGS L.L.C., et al.
Case No.           08-14631(GMB) (JOINTLY ADMINISTERED)
Caption of Order:  ORDER TERMINATING THE DEBTORS' EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THERETO PURSUANT TO 11 U.S.C. § 1121(d)

THIS MATTER having been opened to the Court by The Official Committee of Unsecured Creditors of Shapes/Arch Holdings L.L.C., *et al*. (the "Debtors"), by and through its co-counsel, upon motion for an order terminating the Debtors' exclusive right to file a plan of reorganization and solicit acceptances thereto pursuant to 11 U.S.C. §1121(d) (the "Motion); and good and sufficient notice of the hearing on the Motion having been provided in accordance with the Order Shortening Time entered by the Court on April ___, 2008, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the moving papers, the opposition thereto, if any, and the oral arguments of counsel; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. Pursuant to 11 U.S.C. §1121(d), the Debtors' exclusive right to file a plan of reorganization and solicit acceptances thereto be and hereby are terminated effective immediately.

2. A true copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.