Bruce Buechler, Esq. (BB 0324)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973)597-2500
Fax: (973)597-2400

*Counsel to Sun Capital Partners Group IV, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C, <u>et al.</u>, | Case Number: 08-14631 (GMB) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
PAPERS PURSUANT TO SECTION 1109(B) OF THE BANKRUPTCY CODE AND
<u>BANKRUPTCY RULES 2002(G) AND 9010</u>**

**NOTICE IS HEREBY GIVEN** pursuant to pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that Lowenstein Sandler PC appears for Sun Capital Partners Group IV, Inc. ("Sun Capital"), a party in interest in the above-captioned chapter 11, and requests that all notices given or required to be given (including, without limitation, all papers filed and served in the chapter 11 case and all adversary and other proceedings which affects property of the Debtors' estates, and all notices mailed only to any statutory committees, trustees or their authorized agents, and to parties in interest who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax:(973) 597-2400

Attn: Bruce Buechler, Esq.
E-Mail: bbuechler@lowenstein.com

99960/17
04/29/2008 6387768.1

-2-

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors and debtors-in-possession or the property of such Debtors or their estates.

Dated: April 29, 2008

                                      **LOWENSTEIN SANDLER PC**

*s/ Bruce Buechler*
Bruce Buechler, Esq. (BB 0324)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973)597-2500
Fax: (973)597-2400

*Counsel to Sun Capital Partners Group IV, Inc.*