# EXHIBIT D-1

**Aluminum Shapes USEPA Lead Off-Site Environmental Liability CERCLA §106 Sites**

- <u>Ewan Superfund Site, Shamong Township, NJ</u>

    o National Priorities List Site; EPA ID #NJD980761365
    o USEPA Estimated Costs:
    o Aluminum Shapes Estimated Percentage Share of Costs: 2.42% cap
    o Natural Resource Damages: (complaint filed)[*]

- D'Imperio Superfund Site, Hamilton Township, NJ

    o National Priorities List Site; EPA ID #NJD980529416
    o USEPA Estimated Costs:
    o Aluminum Shapes Estimated Percentage Share of Costs: 1.86% cap
    o Natural Resource Damages: (unknown at this time)

- <u>Swope Oil and Chemical Company Superfund Site, Pennsauken Township, NJ</u>

    o National Priorities List Site;  EPA ID #NJD041743220
    o USEPA Estimated Costs:
    o Aluminum Shapes Estimated Percentage Share of Costs:
    o Natural Resource Damages: (unknown at this time)

---

[*] This claim is a NJDEP Claim.

**II. Aluminum Shapes USEPA Lead Off-Site Environmental Liability Non-CERCLA §106 Sites**

- Puchack Wellfield, Pennsauken Township, New Jersey*

    - National Priorities List Site; EPA ID #NJD981084767
    - USEPA Estimated Costs – $17,000,000.00
    - Aluminum Shapes Estimated Percentage Share of Costs
    - Natural Resource Damages: (unknown at this time)

- Lightman Drum Company Site, Winslow Township, NJ
    - CERCLA ID #02-2000-2034
    - USEPA Estimated Costs:
    - Aluminum Shapes Estimated Percentage Share of Costs: 1.90%
    - Natural Resource Damages: (unknown at this time)

- Chemical Control Corporation, Elizabeth, NJ

    - National Priorities List Site; EPA ID #NJD000607481
    - USEPA Estimated Costs:
    - Aluminum Shapes Estimated Percentage Share of Costs: de minimis contributor; less than .0467% (believe Aluminum Shapes may have previously settled)
    - Natural Resource Damages: (unknown at this time)
    - (Liability may be resolved pursuant to a consent decree or settlement agreement and subject to confirmation)

- Berks Associates/Douglassville Disposal, Douglassville, PA

    - National Priorities List Site; CERCLIS ID #PAD002384865
    - USEPA Estimated Costs:
    - Aluminum Shapes Estimated Percentage Share of Costs: de minimis contributor; 0.15283% of past costs, 0.07803% future costs (Aluminum Shapes may have previously settled for $119,975.98 – awaiting confirmation)
    - Natural Resource Damages: (unknown at this time)
    - (Liability may be resolved pursuant to a consent decree or settlement agreement and subject to confirmation)

\*    This site is also subject to NJDEP directives.

**III.     Aluminum Shapes New Jersey Department of Environmental Protection Lead Off-Site Environmental Liabilities**

- **NONE** -

**IV.    State Environmental Claims and Environmental Litigation**

- 9000 River Road, NJDEP 1992 Directive and Notice to Insurers

    o  Directed Aluminum Shapes to identify and address all sources contributing to chromium contamination in the soil and groundwater at Aluminum Shapes' facility and to prevent migration of chromium contamination.
    o  Aluminum Shapes and NJDEP entered into a Memorandum of Agreement dated June 23, 1993 in which Aluminum Shapes agreed to undertake remedial activities and to pay 80% of the cost of performing those activities.  Remediation at the site is ongoing.

- Harris v. Advanced Supply Process Company, et al.; Superior Court of New Jersey, Camden County, Law Division, Docket No.: L-03815-02

    o  Class action lawsuit in which Aluminum Shapes is identified as a defendant.
    o  Plaintiffs allege that Aluminum Shapes was negligent in the operation of its metal plating business resulting in the discharge of hazardous substances to soil and groundwater.

- Pennsauken Solid Waste Management Authority, et al. v. Ward Sand Material Co., Inc., et al., Superior Court of New Jersey, Camden County, Law Division, Docket No.: L-13345-91

    o  Aluminum Shapes is identified as a defendant.
    o  Plaintiffs allege that defendants are responsible for the surface and groundwater contamination at the Pennsauken Landfill.

- Buzby Brothers Landfill, Voorhees, NJ

    o  Not a National Priorities List Site:  EPA ID #NJD000305524
    o  USEPA Estimated Costs:
    o  Aluminum Shapes Estimated Percentage Share of Costs: de minimis contributor (Aluminum Shapes may have previously settled for $60,000 subject to confirmation)
    o  Natural Resource Damages: (yes, complaint filed)
    o  (Liability may be resolved pursuant to a consent decree or settlement agreement, and subject to confirmation)