**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : | CHAPTER 11 |
| Debtors. | : : | CASE NO. 08-14631 (GMB) (Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS**
**SCHEDULED ON MAY 1, 2008 AT 10:00 A.M.**

**CONTINUED MATTERS**

    None

**UNCONTESTED MATTERS**

    None

**PRETRIAL CONFERENCES**

    None

**CONTESTED MATTERS**

    None

**CONTESTED MATTERS-EVIDENTIARY HEARING REQUIRED**

    1.    Verified Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Postpetition Financing; (II) Granting Liens and Security Interest and Providing Superpriority Administrative Expense Status; (III) Modifying the Automatic Stay; and (IV)

Scheduling Final Hearing, Pursuant to Section 105, 362, 363 and 364 of the Bankruptcy Code and

Federal Rules of Bankruptcy Procedures 2002 and 4001(c) and (d) [Docket No. 18].

- • Response Deadline: March 31, 2008-extended to April 16, 2008 at 11:00 a.m. for Creditors' Committee.
- • Responses Received:
  Limited objection filed by Pennsauken Township [Docket No. 80].
  Objection filed by Arch Acquisition I, LLC [Docket No. 81].
  Objection filed by Wells Fargo Equipment Finance, Inc. [Docket No. 107].
  Objection filed by the Office of the U.S. Trustee [Docket No. 154].
  Objection filed by the Creditors' Committee re: Arcus [Docket No. 164].
  Objection filed by the Creditors' Committee re: CIT [Docket No. 165].
  Objection filed by De Lage Landen Financial Services, Inc. [Docket No. 222].
  Objection filed by Sun Capital Partners Group IV, Inc. [Docket No. 240].
- • Related Documents: Interim Order (Acrus) [Docket No. 38]; Interim Order (CIT) [Docket No. 39]; Bridge Order (CIT) [Docket Nos. 98 & 99]; Bridge Order (Acrus) [Docket No. 125]; Second Bridge Order (Arcus) [Docket No. 134]; Second Bridge Order (CIT) [Docket No. 135]. Third Bridge Order (Arcus) [Docket No. 201]. Third Bridge Order (CIT) [Docket No. 202].
- • Status: This matter is going forward.

2. Joint Disclosure Statement for the Debtors' Joint Plan of Reorganization [Docket

No. 16].

- • Response Deadline: April 14, 2008- extended to April 16, 2008 at 11:00 a.m. for Creditors' Committee and The CIT Group/Business Credit, Inc.
- • Responses Received:
  Objection filed by Pollution Control Financing Authority of Camden County [Docket No. 145].
  Objection filed by Sears Holding Management Corporation, Georgia-Pacific Corp., The Glidden Co., Avery Dennison, Borden Foods, Crowley Corp., Garrett-Buchanan and Southeastern Pennsylvania Transportation Authority [Docket No. 149].
  Objection filed by Quick-Way, Inc. [Docket No. 151].
  Objection filed by SL Industries, Inc. [Docket No. 152].
  Objection filed by Arch Acquisition I, LLC [Docket No. 153].
  Objection filed by Quick-Way, Inc. [Docket No. 155].
  Notice of Withdrawal of Objection to Disclosure Statement, Docket No. 151 [Docket No. 156].
  Objection filed by the Office of the U.S. Trustee [Docket No. 157].
  Objection filed by Ward Sand & Materials, Inc. [Docket No. 162].
  Response filed by The CIT Group/Business Credit, Inc. [Docket No. 166].
  Objection filed by the Creditors' Committee [Docket No. 167].

2

- Objection filed by Wells Fargo Equipment Finance, Inc. [Docket No. 169].
  Objection filed by Pennsauken Township [Docket No. 173].
  Response of Arcus ASI Funding to Objections [Docket No. 177].
  Objection to Amended Disclosure Statement filed by the Creditors' Committee [Docket No. 230].
  Objection to Amended Disclosure Statement filed by Arch Acquisition I, LLC [Docket No. 231.
  Objection to Amended Disclosure Statement filed by the Office of the U.S. Trustee [Docket No. 233].
  Objection filed by Sun Capital Partners Group IV, Inc. [Docket No. 240].
  Omnibus Response to Objections filed by Arcus ASI Funding, LLC [Docket No. 242].
- Related Documents: Debtors' Joint Plan of Reorganization [Docket No. 15]. Notice of Filing of Supplement to the Debtors' Joint Plan of Reorganization [Docket No. 159]. Amended Disclosure Statement [Docket No. 208]. Amended Chapter 11 Plan [Docket No. 209]. Revised Disclosure Statement [Docket No. 243]. Revised Exhibit H to Plan Supplement [Docket No. 244].
- Status: This matter is going forward.

**FEE APPLICATIONS**

**None**

Dated: April 30, 2008                COZEN O'CONNOR

By:   */s/ Jerrold N. Poslusny, Jr.*
     Mark E. Felger
     Jerrold N. Poslusny, Jr.

     Attorneys for the Debtors

CHERRY_HILL\442582\1  220718.000