**DRINKER BIDDLE & REATH LLP**
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103
(215) 988-2700
Bonnie A. Barnett (BB 1196)
David B. Aaronson (DA 8387)
Deborah L. Shuff (DS 9470)
*Attorneys for Sears Holding Management Corporation;*
*Georgia-Pacific Corp.; The Glidden Co.;*
*Avery Dennison; Borden Foods; Crowley Corp.;*
*Garrett-Buchanan; Southeastern Pennsylvania Transportation Authority*
*PPL EnergyPlus LLC, Henkel Corporation and*
*Union Carbide Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**(CAMDEN VICINAGE)**

| | |
|---|---|
| In re: | (Hon. Gloria M. Burns) |
| Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C., | Chapter 11<br><br>Lead Case No. 08-14631 (GMB)<br>(Jointly Administered) |
| Debtors. | |

**VERIFIED STATEMENT OF DRINKER BIDDLE & REATH LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Drinker Biddle & Reath LLP ("DBR") submits this verified statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure, and respectfully represents:

1.      DBR currently represents the following parties in interest (collectively, the "Listed Parties") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"):

        (a)     Sears Holding Management Corporation, 3333 Beverly Road, B6-374A, Hoffman Estates, IL 60179 that in its capacity as a creditor in these chapter 11 cases holds a claim in an unliquidated amount;

    (b)    Georgia-Pacific Corp, P.O. Box 105605, Atlanta, Georgia 30303-5605 that in its capacity as a creditor in these chapter 11 cases holds a claim in an unliquidated amount;

    (c)    The Glidden Co., ICI Paints North American Headquarters, East Building, 15885 West Sprague Road, Strongsville, Ohio 44136 that in its capacity as a creditor in these chapter 11 cases holds a claim in an unliquidated amount;

    (d)    Avery Dennison, 409 Fortune Boulevard, Suite 202, Milford, Mass 01757 that in its capacity as a creditor in these chapter 11 cases holds a claim in an unliquidated amount;

    (e)    Borden Foods, 180 East Broad Street, 30th Floor, Columbus, OH 43215 that in its capacity as a creditor in these chapter 11 cases holds a claim in an unliquidated amount;

    (f)    Crowley Corp., 155 Grand Avenue, Oakland, California 94612 that in its capacity as a creditor in these chapter 11 cases holds a claim in an unliquidated amount;

    (g)    Garrett-Buchanan, P.O. Box 105605, Atlanta, Georgia 30303-5605 that in its capacity as a creditor in these chapter 11 cases holds a claim in an unliquidated amount;

    (h)    Southeastern Pennsylvania Transportation Authority, 1234 Market Street - Fifth Floor, Philadelphia, Pennsylvania 19106 that in its capacity as a creditor in these chapter 11 cases holds a claim in an unliquidated amount;

    (i)    PPL EnergyPlus LLC, Two North Ninth Street, Allentown, PA 18101, that in its capacity as creditor in these chapter 11 cases holds a claim in the amount of $646,936.95;

    (j)    Henkel Corporation, PO Box 27950, Scottsdale, AZ 85255 that in its capacity as a creditor in these chapter 11 cases holds a claim in an unliquidated amount; and

    (k)    Union Carbide Corporation, 2030 Dow Center, Midland, MI 48674 that in its capacity as a creditor in these chapter 11 cases holds a claim in an unliquidated amount.

2.    DBR does not presently own, nor has it previously owned, any claims against, or interests in, the Debtors.

3.    The undersigned certifies that this verified statement is true and accurate, to the best of his knowledge, information, and belief. DBR reserves the right to revise, supplement and/or amend this verified statement as may be appropriate or necessary.

Dated: April 30, 2008

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103
(215) 988-2700

By:   /s/ David B. Aaronson
      David B. Aaronson

*Attorneys for Sears Holding Management Corporation;Georgia-Pacific Corp.; The Glidden Co.; Avery Dennison; Borden Foods; Crowley Corp.;Garrett-Buchanan; Southeastern Pennsylvania Transportation Authority, PPL EnergyPlus LLC, Henkel Corporation and Union Carbide Corporation*