UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE, REGION 3
Donald F. MacMaster, Esq.  (DM 0977)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| SHAPES/ARCH HOLDINGS, L.L.C. *et al.*, | Case No. 08-14631 (GMB) |
| Debtors. | Hearing Date: |

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION OF THE UNITED STATES TRUSTEE FOR
AN ORDER DIRECTING THE APPOINTMENT OF A
CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104**

**TO: ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that the United States Trustee will move before the Honorable Gloria M. Burns on May ____, 2008 at _____ a.m., or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 401 Market Street, Camden, NJ 08101, for an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104 and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee will rely upon the Certification of Tina Oppelt and the Memorandum of Law attached hereto at the hearing.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than May ___, 2008. If opposing papers are not filed and served within the required time, the Motion shall be deemed uncontested pursuant to District of New Jersey Local Bankruptcy Rule 9013-1(a) and an Order Directing The Appointing of a Chapter 11 Trustee, may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to District of New Jersey Local Bankruptcy Rule 9013-1(f), oral argument is requested.

            KELLY BEAUDIN STAPLETON
            UNITED STATES TRUSTEE
            REGION 3

             */s/ Donald F. MacMaster*
            Donald F. MacMaster
            Trial Attorney

DATED: Newark, New Jersey
     April 30, 2008