UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE, REGION 3
Donald F. MacMaster, Esquire (DM 0977)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

| | |
|---|---|
| In Re: | Case No.: 08-14631 (GMB) |
| SHAPES/ARCH HOLDINGS, L.L.C., *et al.*, | Chapter 11 |
| Debtors | Hearing Date: |
| | Judge: Gloria M. Burns |

## ORDER DIRECTING THE APPOINTMENT OF A TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

SHAPES/ARCH HOLDINGS, L.L.C., *et al.*,

Chapter 11, Case No. 08-14631 (GMB)

**Order Directing the Appointment of a Trustee**

_____

     Upon consideration of the Motion for an Order Directing the Appointment of a Trustee pursuant to 11 U.S.C. § 1104(a) brought by the United States Trustee and the Court having considered the Motion and any objections thereto, and notice of the motion having been given to Debtors' counsel, counsel for the unsecured creditors' committee and all parties in interest, and the Court having found cause for the appointment of a Trustee pursuant to 11 U.S.C. § 1104(a) and for the reasons stated on the record, it is hereby:

     **ORDERED** that the United States Trustee is directed to appoint a Trustee.