UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE, REGION 3
Donald F. MacMaster, Esq.  (DM 0977)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | |
|  | : | Chapter 11 |
| SHAPES/ARCH HOLDINGS, L.L.C. | : | Case No. 08-14631 (GMB) |
| *et al.*, | : | |
|  | : | |
| Debtor(s). | : | Hearing Date: |

**ORDER SHORTENING TIME PERIOD, LIMITING NOTICE AND SETTING HEARING UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(C)(1)**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**(Page 2)**

SHAPES/ARCH HOLDINGS, L.L.C., *et al.*

Chapter 11, Case No. 08-14631 (GMB)

**Order Shortening Time Period, Limiting Notice and Setting Hearing under Federal Rule of Bankruptcy Procedure 9006(c)(1)**

_____

Upon consideration of the application of The United States Trustee, by and through her counsel, for an order shortening time for notice under Federal Rule of Bankruptcy Procedure 9006(c)(1), and for cause shown,

**ORDERED** as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 for notice of hearing on the Motion by the United States Trustee Directing the Appointment of a Chapter 11 Trustee pursuant to 11 U.S.C. § 1104(a) is hereby shortened as set forth herein.

2. The hearing shall be conducted on the aforesaid Motion on _____ 2008 at _____ _.m. in the United States Bankruptcy Court, District of New Jersey, 401 Markey Street, Camden, Newark, New Jersey 08101.

3. True copies of this Order, the Application submitted in support, and other moving papers shall be served via Facsimile and/or Federal Express upon Debtors' counsel, counsel for the Unsecured Creditors' Committee and all parties who have filed Notices of Appearance in this matter by _____.

4. Any objections to the Motion shall be filed and served so as to be received no later than _____.

5. Court appearances will be required to prosecute said Motion and any objections.