EXHIBIT "B"

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

| | | |
|---|---|---|
| | : | UNITED STATES BANKRUPTCY COURT |
| In re: | : | FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
| | | CASE NO. 08-14631 (GMB) |
| Debtors. | | (Jointly Administered) |

**AFFIDAVIT IN SUPPORT OF ORDINARY COURSE RETENTION**

STATE OF              )
                      ) ss:
COUNTY OF             )

**FRANK E. FERRUGGIA** declares as follows:

1.      I am a partner of the firm of McCarter & English, LLP (the "Firm"), which

maintains offices at Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102.

2.      This Affidavit is submitted in connection with an order of the United States

Bankruptcy Court for the District of New Jersey dated __April 23__, 2008, authorizing

Shapes/Arch Holdings L.L.C, Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C.

(the "Debtors") to retain certain professionals in the ordinary course of business during the

pendency of the Debtors' Chapter 11 cases. The Debtors have requested, and the Firm has

agreed, to continue to represent and advise the Debtors pursuant to Section 327(e) of Title 11 of

the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

ME1 7283396v.1

3.      The Firm has provided, and/or intends to provide, the following services to the

Debtors from and after the Petition Date:  Representation of Debtor in property tax appeal before

New Jersey Tax Court with respect to property located in the Township of Pennsauken, New

Jersey, at 8600 River Road and 9000 River Road.

4.      To the best of my knowledge, information and belief, formed after due inquiry, (i)

the Firm does not currently provide services to any party in any matter related to the Debtors,

and (ii) the Firm does not represent or hold an interest adverse to the Debtors.

5.      The Firm may now, or in the future, provide services to certain creditors of the

Debtors or other parties in matters to the Debtors and their estates, but in this regard, the Firm's

work for these clients will not include representation on any matters relating to the Debtors'

Chapter 11 cases.

6.      The Firm further states that it has not shared, nor agreed to share any

compensation received in connection with these Chapter 11 cases with another party or person,

other than as permitted by Section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

7.      The foregoing constitutes the statement of the Firm pursuant to Sections 329 and

504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FRANK E. FERRUGGIA
Partner
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102

Sworn to before me
this 15th day of April , 2008

Notary Public

PATRICIA CIESLINSKI
A NOTARY PUBLIC OF NEW JERSEY
Commission Expires March 29, 2013

-2-

ME1 7283396v.1

## EXHIBIT "C"

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Proposed Attorneys for the Debtors

---

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| | : |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et</u> al., | : CHAPTER 11 |
| | CASE NO. 08-1463 1 (GMB) |
| Debtors. | (Jointly Administered) |

---

## RETENTION QUESTIONNAIRE

**TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY**
Shapes/Arch Holdings L.L.C, Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and/or Ultra
L.L.C. (the "Debtors")

**FILE THIS QUESTIONNAIRE WITH THE COURT.**
**RETURN A COPY OF IT TO:**

1. Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair,NJ 08110
   Attn: David Gollin, Esq.

2. Cozen O'Connor
   Chase Manhattan Centre
   1201 North Market St.
   Suite 140
   Wilmington, DE 19801
   Attn: Mark B. Felger, Bsq.

ME1 7284148v.1

3.      Cozen O'Connor
        LibertyView, Suite 300
        457 Haddonfield Road
        Cherry Hill, NJ 08002
        Attn: Jerrold N. Poslusny, Jr., Esq.

4.      Office of the United States Trustee
        One Newark Center
        Suite 2100
        Newark, NJ 07102
        Attn: Peter J. D'Auria, Esq.
        Attn: Jeffrey M. Sponder, Esq.

5.      Blank Rome LLP
        One Logan Square
        130 North 18th Street
        Philadelphia, PA 19103-6998
        Attn: Joel Shapiro, Esq.

6.      Blank Rome LLP
        The Chrysler Building
        405 Lexington Ave.
        New York, NY 10174
        Attn: Lawrence Flick, Esq.

7.      Stradley Ronon
        2600 One Commerce Square
        Philadelphia, PA 19103
        Attn: Paul A. Patterson, Esq.
        Attn: Gary P. Scharmett, Esq.

If more space is needed, please complete on a separate page and attach.

1.      Name and address of firm:

        McCarter & English, LLP
        Four Gateway Center
        100 Mulberry Street
        Newark, New Jersey  07102

2.      Date of Retention:  March 27, 2008

3.      Type of Service Provided (accounting, legal, etc.):

        Legal

-2-

4.    Brief description of services to be provided:

Representation of Debtor in property tax appeal before
New Jersey Tax Court with respect to property located in
the Township of Pennsauken, New Jersey at 8600 River
Road and 9000 River Road

5.    Arrangements for compensation (hourly, contingent, etc.):
Hourly

(a)    Average hourly rate (if applicable): Varies by level of experience of attorney
working on the matter.

(b)    Estimated average monthly compensation based on pre-
petition retention (if firm was employed pre-petition):

_____

6.    Pre-petition claims against any of the Debtors held by the firm:
Amount of claim: $ N/A
Date claim arose: _____
Source of claim: _____

7.    Pre-petition claims against any of the Debtors held individually by any member,
associate or professional employee of the firm:

Name: __N/A_____
Status: _____
Amount of claim: $_____
Date claim arose: _____
Source of claim: _____

8.    Disclose the nature and provide a brief description of any interest adverse to the
Debtors or to their estates with respect to the matters on which the above-named
firm is to be employed:
__N/A_____
_____
_____

-3-

ME1 7284148v.1