R. Matthew Pettigrew, Jr. (RP-9788)
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
215-875-3132
Counsel for United Independent Union Health & Welfare Fund

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Shapes/Arch Holdings, L.L.C., et al. | : | Case No. 08-14631 (GMB) |
| | : | (Jointly Administered) |
| Debtor | : | |

_____

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

_____

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for United Independent Union Health & Welfare Fund and, pursuant to Section 1109(b) of the United States Code and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in the above case and all papers served in the case be given to and served upon the undersigned:

      R. Matthew Pettigrew, Jr., Esquire
      Markowitz & Richman
      1100 North American Building
      121 South Broad Street
      Philadelphia, PA 19107
      215-875-3132 (phone)
      215-790-0668 (fax)
      mpettigrew@markowitzandrichman.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading, request, or other document brought before this Court, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, fax, or otherwise that affects the Debtors or their estates.

MARKOWITZ & RICHMAN

|  |  |
|---|---|
| May 5, 2008 | /s/   R. Matthew Pettigrew, Jr. |
| Date | R. Matthew Pettigrew, Jr. (RP-9788) |
|  | 1100 North American Building |
|  | 121 South Broad Street |
|  | Philadelphia, PA 19107 |
|  | 215-875-3132 (phone) |
|  | 215-790-0668 (fax) |
|  | mpettigrew@markowitzandrichman.com |
|  |  |
|  | Attorneys for United Independent Union Health & Welfare Fund |