R. Matthew Pettigrew, Jr. (RP-9788)
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
215-875-3132

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

___

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| Shapes/Arch Holdings, L.L.C., et al. | : | Case No. 08-14631 (GMB) |
|  | : | (Jointly Administered) |
| Debtor | : |  |

___

CERTIFICATE OF SERVICE

___

I hereby certify that a true a correct copy of the forgoing notice of appearance and request for notices was served on this date, via first-class mail, upon the following:

Jerrold N. Poslusny, Jr., Esquire
Cozen O'Connor
Liberty View - Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Peter J. D'Auria, Esquire
Office of the United States Trustee
Suite 2100
One Newark Center
Newark, NJ 07102


May 5, 2008
Date

/s/  R. Matthew Pettigrew, Jr.
R. Matthew Pettigrew, Jr. (RP-9788)
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
215-875-3132 (phone)
215-790-0668 (fax)
mpettigrew@markowitzandrichman.com