| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **BLANK ROME LLP**<br>Joel C. Shapiro, Esquire<br>Shlomo B. Troodler, Esquire<br>Woodland Falls Corporate Park<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ  08002<br>(856) 779-3600<br>Counsel for Arcus ASI Funding, LLC | |
| In re: | Case No. 08-14631 |
| Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.,<br><br>                    Debtors. | Judge: Gloria M. Burns<br><br>Chapter: 11 |

### WITHDRAWAL OF APPLICATION FOR THE ADMISSION OF JOHN E. LUCIAN, ESQUIRE *PRO HAC VICE* AS COUNSEL TO ARCUS ASI FUNDING, LLC

Arcus ASI Funding, LLC, by and through its undersigned counsel, hereby withdraws its Application for the Admission of John E. Lucian, Esquire *Pro Hac Vice* as Counsel To Arcus ASI Funding, LLC [Dkt. No. 211].

May 7, 2008                                    **BLANK ROME LLP**


                                               */s/ Joel C. Shapiro*
                                               Joel C. Shapiro, Esquire
                                               Shlomo B. Troodler, Esquire
                                               Woodland Falls Corporate Park
                                               210 Lake Drive East, Suite 200
                                               Cherry Hill, NJ  08002
                                               (856) 779-3600
                                               Counsel for Arcus ASI Funding LLC

123285.01601/21688533v.1