| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**BLANK ROME LLP**<br>Joel C. Shapiro, Esquire<br>Shlomo B. Troodler, Esquire<br>Woodland Falls Corporate Park<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ  08002<br>(856) 779-3600<br>Counsel for Arcus ASI Funding, LLC | |
| In re:<br><br>Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.,<br><br>Debtors. | Case No. 08-14631<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2007, a copy of the foregoing Notice of Withdrawal was served electronically via the Court's ECF system on all subscribed parties.  In addition, a copy was mailed first class, postage prepaid, to:

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
Email:  jposlusny@cozen.com
Attorneys for Debtors

Mark E. Felger, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801
Email:  mfelger@cozen.com
Attorneys for Debtors

Peter J. D'Auria, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102
Email:  Peter.J.D'Auria@usdoj.gov

*/s/ Joel C. Shapiro*
Joel C. Shapiro, Esquire
Counsel for Arcus ASI Funding LLC

2

123285.01601/21688533v.1