| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **BLANK ROME LLP**<br>Joel C. Shapiro, Esquire<br>Shlomo B. Troodler, Esquire<br>Woodland Falls Corporate Park<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ  08002<br>(856) 779-3600<br>Counsel for Arcus ASI Funding, LLC | |
| In re:<br><br>Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.,<br><br>               Debtors. | Case No. 08-14631<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

### CERTIFICATE OF NO OBJECTION TO THE APPLICATION
### FOR THE ADMISSION OF EARL M. FORTE, ESQUIRE TO BE ADMITTED
### *PRO HAC VICE* AS COUNSEL TO ARCUS ASI FUNDING, LLC

The undersigned hereby certifies that the deadline for filing objections has passed and that no answer, objection or any other pleading ha been received in response to the Application for the Admission Of Earl M. Forte, Esquire To Be Admitted *Pro hac Vice* As Counsel To Arcus ASI Funding, LLC [Dkt. 210] (the "Application"), which was filed on April 25, 2008.  Pursuant to the Application, objections to the Application were to have been filed no later than May 2, 2008.  The Court's docket reflects that no objections were filed and no objections to the Application have been received by counsel for Arcus ASI Funding, LLC.

123285.01601/21687671v.1

Accordingly, Arcus ASI Funding, LLC respectfully requests that the Court enter the order attached to the Application at the Court's earliest convenience.

May 7, 2008                                     **BLANK ROME LLP**

                                                */s/ Joel C. Shapiro*
                                                Joel C. Shapiro, Esquire
                                                Shlomo B. Troodler, Esquire
                                                Woodland Falls Corporate Park
                                                210 Lake Drive East, Suite 200
                                                Cherry Hill, NJ  08002
                                                (856) 779-3600
                                                Counsel for Arcus ASI Funding LLC

123285.01601/21687671v.1