| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER AUTHORIZING BUT NOT DIRECTING PAYMENT OF PREPETITION
SALES COMMISSIONS PURSUANT TO 11 U.S.C. §§ 105(a), 507(a)(4) AND (5)**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631(GMB) (Jointly Administered)

Order Authorizing but not Directing Payment of Prepetition Sales Commissions Pursuant to 11 U.S.C. §§ 105(a), 507(a)(4) and (5)

---

Upon consideration the verified motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (the "Debtors"), for an Order Authorizing but not Directing Payment of Prepetition Sales Commissions Pursuant to 11 U.S.C. §§ 105(a), 507(a)(4) and (5); and notice being sufficient under the circumstances; and such relief being necessary to assure that operation of the Debtors' businesses will not be disrupted, it is ORDERED:

1.  That the Motion is GRANTED.

2.  That the Debtors are authorized but not directed to pay and/or honor prepetition sales commissions owed to employees and independent sales representatives, as described in the Motion.

CHERRY_HILL\436063\1  220718.000

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.