**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT : FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (GMB) (Jointly Administered) : |

**APPLICATION FOR ORDER SHORTENING TIME PERIOD FOR NOTICE OF DEBTORS' VERIFIED MOTION FOR AN ORDER AUTHORIZING BUT NOT DIRECTING PAYMENT OF PREPETITION SALES COMMISSIONS PURSUANT TO 11 U.S.C. §§ 105(a), 507(a)(4) AND (5)**

TO:   THE HONORABLE GLORIA M. BURNS

Your applicant, Jerrold N. Poslusny, Jr., respectfully represents:

1.   Your applicant is a member with the firm of Cozen O'Connor, attorneys for the above captioned debtors and debtors-in-possession (the "<u>Debtors</u>").  I am familiar with the facts of this case.

2.   Your applicant has filed a motion for entry of an order authorizing but not directing payment of prepetition sales commissions (the "<u>Motion</u>").

3.   A shortened hearing date is requested as Debtors owe approximately $122,000 in commissions to employees and independent sales representatives.  Failing to timely honor prepetition commissions may irreparably damage the Debtors' relationship with their valued sales representatives, resulting in a significant loss of revenue.

CHERRY_HILL\443045\1  220718.000

  4. Your Applicant requests a hearing be scheduled on May 19 or 23, 2008, dates on which the Court has already scheduled hearings in these cases and that responses to the Motion be filed no later than two business days prior to the hearing date.

  5. Reduction of the time period in question is not prohibited under Fed. R. Bankr. P. 9006(c)(1) and the Rules listed therein.

  WHEREFORE, your applicant requests entry of the Order submitted herewith.

Dated: May 5, 2008       COZEN O'CONNOR

             By: */s/ Jerrold N. Poslusny, Jr.*
               Mark E. Felger
               Jerrold N. Poslusny, Jr.

               Attorneys for the Debtors