PPG\Shapes-Arch Holdings\motion to compel administrative expense

**THE CHARTWELL LAW OFFICES, LLP**
John J. Winter, Esquire
NJ ID No. JW9777
2621 Van Buren Avenue
Norristown, PA 19403
Telephone: (610) 666-7700
Telecopier: (610) 666-7704
Attorneys for PPG Industries, Inc.

_____

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| **SHAPES/ARCH HOLDINGS, LLC,** | : DISTRICT OF NEW JERSEY |
| **et al.,** | : Chapter 11 Case Nos. 08-14631 through |
| Debtors | :     08-14635 (GMB) (jointly administered) |
| | : Hearing Date: June 9, 2008, 10:00 A.M. |
| _____ | : Oral Argument Requested if Opposed |

**NOTICE OF MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE
CLAIMS PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) AND 503(b)(9),
<u>FILED ON BEHALF OF PPG INDUSTRIES, INC.</u>**

**PLEASE TAKE NOTICE** that PPG Industries, Inc. ("PPG"), a creditor of certain of the above-captioned debtors and party in interest herein, by and through its attorneys, The Chartwell Law Offices, LLP, respectfully moves for an Order compelling payment of PPG's administrative expense claims pursuant to 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) and 503(b)(9), and D.N.J. LBR 9013-1.

**PLEASE TAKE FURTHER NOTICE** that PPG shall rely upon the within Application, Certification of Kevin B. Stiffler, and the exhibits annexed thereto.

| | |
|---|---|
| | **THE CHARTWELL LAW OFFICES, LLP** |
| Dated: May 10, 2008 | |
| | By: /s/ John J. Winter |
| |     John J. Winter, Esquire |
| |     NJ ID No. JW9777 |
| | 2621 Van Buren Avenue |
| | Norristown, PA 19403 |
| | Telephone Number (610) 666-7700 |
| | Telecopier Number (610) 666-7704 |
| | Attorneys for PPG Industries, Inc. |