**EXHIBIT "A"**

**PPG Industries, Inc. shipments made to Accu-Weld, LLC A/R3222527**

| Invoice # | Invoice Date | Date Shipped | Invoice Amt. | Due Date | PO# Or Misc Ref# |
|---|---|---|---|---|---|
| 902823 | 26-Feb-08 | 26-Feb-08 | $ 10,368.73 | 27-Apr-08 | 23715 |
| 903864 | 3-Mar-08 | 3-Mar-08 | $ 10,368.73 | 3-May-08 | 23764 |
| 904463 | 5-Mar-08 | 5-Mar-08 | $ 10,457.94 | 5-May-08 | 23765 |
| 905256 | 10-Mar-08 | 10-Mar-08 | $ 10,368.73 | 10-May-08 | 23814 |
| 905558 | 11-Mar-08 | 11-Mar-08 | $ 10,368.73 | 11-May-08 | 23815 |
| 905826 | 12-Mar-08 | 12-Mar-08 | $ 11,468.54 | 12-May-08 | 23871 |
| | | | $ 63,401.40 | **Total shipped during Administrative Expense Claim period 20 days** | |
| 899070 | 12-Feb-08 | 6-Feb-08 | $ 11,296.09 | 13-Apr-08 | 23523 |
| 899339 | 12-Feb-08 | 6-Feb-08 | $ 11,296.09 | 13-Apr-08 | 23524 |
| 901178 | 18-Feb-08 | 16-Feb-08 | $ 13,875.48 | 19-Apr-08 | 23582 |
| 901475 | 19-Feb-08 | 18-Feb-08 | $ 9,441.37 | 20-Apr-08 | 23651 |
| 901980 | 21-Feb-08 | 21-Feb-08 | $ 8,852.32 | 22-Apr-08 | 2-Oct-64 |
| | | | $ 54,761.35 | | |
| | | | **$ 118,162.75** | **Overall Total shipped during Reclamation period 2/1/08 thru 3/16/08** | |