**EXHIBIT "B"**

PPG Industries, Inc. shipments made to Aluminum Shapes Inc A/R# 01832237)

| Inv. # | Invoice Date | Date Shipped | Inv. Amt. | Due Date | PO Number |
|---|---|---|---|---|---|
| 1183570 | 27-Feb-08 | 25-Feb-08 | 3,900.60 | 27-May-08 | 793339 |
| 1186391 | 6-Mar-08 | 5-Mar-08 | 267.20 | 4-Jun-08 | 793689 |
| 1188528 | 14-Mar-08 | 13-Mar-08 | 20,933.00 | 12-Jun-08 | 793883 |
| 1187050 | 17-Mar-08 | 14-Mar-08 | 2,062.00 | 15-Jun-08 | 793736 |
| | | | 27,162.80 | Total shipped during Administrative Expense Claim Period 20 days | |
| 1182131 | 4-Feb-08 | 1-Feb-08 | 20,933.00 | 4-May-08 | 793202 |
| 1182132 | 7-Feb-08 | 6-Feb-08 | 3,960.00 | 7-May-08 | 793202 |
| 1181589 | 15-Feb-08 | 13-Feb-08 | 3,880.80 | 15-May-08 | 793144 |
| 1183569 | 18-Feb-08 | 15-Feb-08 | 4,124.00 | 18-May-08 | 793339 |
| 1183571 | 18-Feb-08 | 15-Feb-08 | 3,093.00 | 18-May-08 | 793339 |
| 1183568 | 20-Feb-08 | 19-Feb-08 | 2,640.00 | 20-May-08 | 793339 |
| | | | 38,630.80 | | |
| | | | 65,793.60 | Overall Total shipped during Reclamation period 2/1/08 thru 3/16/08 | |

Apr 28 2008 2:39PM  C Amorose    412 881 8405    p.1