**EXHIBIT "C"**

# PPG Glass Technology
## Since 1883

# ELECTRONIC INVOICE

| | |
|---|---|
| Works No: | 06  CARLISLE, PA |
| Shipped To: | ACCU-WELD |
| | 1211 FORD ROAD |
| | BENSALEM  PA  19020 |
| District: | 45 |

**PLEASE REFER TO OUR INVOICE NUMBER WHEN REMITTING TO:**

PPG INDUSTRIES, INC.
P. O. BOX 36075
PITTSBURGH , PA 15251

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 0902823 | 02/26/2008 | 1 of 1 |

**TERMS**
CASH DISCOUNT OF $ 103.68
MAY BE TAKEN IF PAID BY 03/07/2008
30 DAYS NET

**SOLD TO**
ACCU-WELD
1211 FORD ROAD
BENSALEM  PA  19020

| DATE SHIPPED | ROUTING | B/L NO. |
|---|---|---|
| 02/26/2008 | PYLR | 06 / 18300 |

| CAR/TRUCK NO. | WEIGHT |
|---|---|
| 7066 | 44020 |

| Item Ref No. | Customer Order # | PPG Order # | Size | No. Cont. | Lites /Cont | Footage Per Lite | Total Footage | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| FLOAT 3.0MM CLEAR GLAZING STC STEEL | | | | | | | | | |
| G | 23715 | 45943  72 | X 84 | 1 | 55 | 42.00 | 2310.00 | .2550 | 589.05 |
| G | 23715 | 45943  72 | X 84 | 4 | 80 | 42.00 | 13440.00 | .2550 | 3427.20 |
| PART # 1457 | | | | | | | | | |
| FLOAT 3.0MM CLEAR GLAZING SOLARBAN 60 STC STEEL | | | | | | | | | |
| G | 23715 | 45943  72 | X 84 | 3 | 80 | 42.00 | 10080.00 | .5310 | 5352.48 |
| PART # 8056 | | | | | | | | | |
| G | | | | | | | | | 1000.00 |
| | | | ENERGY SURCHARGE | | | | | | 10368.73 |

CALL CATHY LYNCH 800-774-0546 OR FAX 800-628-0299

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of The Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof. For all shipments that include Herculite and Herculite K tempered safety glasses manufactured by PPG and so permanently labeled said bearing the additional label "16 CFR 1201 CII" are certified as conforming to CPSC 16 CFR 1201 and may be used in category I or category II Architectural Products and were manufactured on the date and place indicated thereon. All claims for loss or damage in transit should be made direct with the carrier. All purchases of PPG Glass or Paint FOR RESALE are eligible to be identified as PPG Product Dealers. All current promotional aids are available through your PPG Branch.

# Glass Technology
*Since 1883*

# ELECTRONIC INVOICE

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 0903364 | 03/03/2008 | 1 of 1 |

| TERMS | |
|---|---|
| A CASH DISCOUNT OF | $ 103.68 |
| MAY BE TAKEN IF PAID BY | 03/13/2008 |
| 30 DAYS NET | |

| DATE SHIPPED | B/L NO. |
|---|---|
| 03/03/2008 | 06 / 18492 |

| ROUTING | |
|---|---|
| PYLR | |

| CAR/TRUCK NO. | WEIGHT |
|---|---|
| 6453 | 44020 |

**SOLD TO**
ACCU-WELD
1211 FORD ROAD
BENSALEM PA 19020

**Works No:** 06 CARLISLE,PA
**Shipped To:** ACCU-WELD
1211 FORD ROAD
BENSALEM PA 19020

**District: 45**

PLEASE REFER TO OUR INVOICE
NUMBER WHEN REMITTING TO:
PPG INDUSTRIES, INC.
P.O. BOX 360175
PITTSBURGH ,PA 15251

| Ref | Customer Order # | PPG Order # | Size | No. Cont. | Lites /Cont | Footage Per Lite | Total Footage | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| FLOAT 3.0MM CLEAR GLAZING STC STEEL | | | | | | | | | |
| G | 23764 | 03750 72 | X 84 | 1 | 55 | 42.00 | 2310.00 | .2550 | 589.05 |
| G | 23764 | 03750 72 | X 84 | 4 | 80 | 42.00 | 13440.00 | .2550 | 3427.20 |
| PART # 1457 | | | | | | | | | |
| FLOAT 3.0MM CLEAR GLAZING SOLARBAN 60 STC STEEL | | | | | | | | | |
| G | 23764 | 03750 72 | X 84 | 3 | 80 | 42.00 | 10080.00 | .5310 | 5352.48 |
| PART # 8056 | | | | | | | | | |
| G | | | ENERGY SURCHARGE | | | | | | 1000.00 |
| | | | | | | | | | 10368.73 |

CALL CATHY LYNCH 800-774-0546 OR FAX 800-628-0299

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of The Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof. For all shipments that include Herculite and Herculite K tempered safety glasses manufactured by PPG and so permanently labeled and bearing the additional label "16 CFR 1201 CII" are certified as conforming to CPSC 16 CFR 1201 and may be used in category I or category II Architectural Products and were manufactured on the date and place indicated thereon. All claims for loss or damage in transit should be made direct with the carrier. All purchasers of PPG Glass or Paint FOR RESALE are eligible to be identified as PPG Product Dealers. All current promotional aids are available through your PPG Branch.

# Glass Technology
Since 1883

# ELECTRONIC INVOICE

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 0904463 | 03/05/2008 | 1 of 1 |

| TERMS |
|---|
| A CASH DISCOUNT OF $ 104.57 MAY BE TAKEN IF PAID BY 03/15/2008 30 DAYS NET |

| DATE SHIPPED | ROUTING | BL NO. |
|---|---|---|
| 03/05/2008 | PYLR | 06 / 18495 |

| CAR/TRUCK NO. | WEIGHT |
|---|---|
| 7723 | 44280 |

**SOLD TO**
ACCU-WELD
1211 FORD ROAD
BENSALEM PA 19020

**Works No:** 06  CARLISLE,PA
**Shipped To:** ACCU-WELD
1211 FORD ROAD
BENSALEM  PA 19020

**District: 45**

PLEASE REFER TO OUR INVOICE
NUMBER WHEN REMITTING TO:
PPG INDUSTRIES, INC.
P.O. BOX 360175
PITTSBURGH ,PA 15251

| Item No. | Ref | Customer Order # | PPG Order # | Size | No. Cont. | Lites /Cont | Footage Per Lite | Total Footage | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| FLOAT 3.0MM CLEAR GLAZING STC STEEL | | | | | | | | | | |
| G | | 23765 | 03821 | 72 X 84 | 1 | 55 | 42.00 | 2310.00 | .2550 | 589.05 |
| G | | 23765 | 03821 | 72 X 84 | 4 | 80 | 42.00 | 13440.00 | .2550 | 3427.20 |
| PART # 1457 | | | | | | | | | | |
| FLOAT 3.0MM CLEAR GLAZING SOLARBAN 60 STC STEEL | | | | | | | | | | |
| G | | 23765 | 03821 | 72 X 84 | 2 | 80 | 42.00 | 6720.00 | .5310 | 3568.32 |
| PART # 8056 | | | | | | | | | | |
| G | | 23765 | 03821 | 72 X 84 | 1 | 84 | 42.00 | 3528.00 | .5310 | 1873.37 |
| PART # 8056 | | | | | | | | | | |
| G | | | | ENERGY SURCHARGE | | | | | | 1000.00 |
| | | | | | | | | | | 10457.94 |

CALL CATHY LYNCH 800-774-0546 OR FAX 800-628-0299

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of The Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof. For all shipments that include Herculite and Herculite K tempered safety glasses manufactured by PPG and so permanently labeled and bearing the additional label "16 CFR 1201 CII" are certified as conforming to CPSC 16 CFR 1201 and maybe used in category I or category II Architectural Products and were manufactured on the date and place indicated thereon. All claims for loss or damage in transit should be made direct with the carrier. All purchases of PPG Glass or Paint FOR RESALE are eligible to be identified as PPG Product Dealers. All current promotional aids are available through your PPG Branch.

# PPG Glass Technology
Since 1883

# ELECTRONIC INVOICE

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 0905256 | 03/10/2008 | 1 of 1 |

**TERMS**
A CASH DISCOUNT OF $ 103.68 MAY BE TAKEN IF PAID BY 03/20/2008
30 DAYS NET

| DATE SHIPPED | B/L NO. |
|---|---|
| 03/10/2008 | 06 / 18729 |

| ROUTING | CAR/TRUCK NO. | WEIGHT |
|---|---|---|
| PYLR | 7222 | 43898 |

**SOLD TO**
ACCU-WELD
1211 FORD ROAD
BENSALEM PA 19020

**Works No:** 06  CARLISLE,PA     District: 45
**Shipped To:** ACCU-WELD
1211 FORD ROAD
BENSALEM  PA  19020

PLEASE REFER TO OUR INVOICE NUMBER WHEN REMITTING TO:
PPG INDUSTRIES, INC.
P. O. BOX 360175
PITTSBURGH  ,PA 15251

| Item No | Ref | Customer Order # | PPG Order # | Size | No. Cont. | Lites /Cont. | Footage Per Lite | Total Footage | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FLOAT 3.0MM CLEAR GLAZING STC STEEL | | | | | | |
| 01 | G | 23814 | 10362 | 72 X 84 | 1 | 55 | 42.00 | 2310.00 | .2550 | 589.05 |
| 02 | G | 23814 | 10362 | 72 X 84 | 4 | 80 | 42.00 | 13440.00 | .2550 | 3427.20 |
| | | PART # 1457 | | | | | | | | |
| | | | | FLOAT 3.0MM CLEAR GLAZING SOLARBAN 60 STC STEEL | | | | | | |
| 03 | G | 23814 | 10362 | 72 X 84 | 3 | 80 | 42.00 | 10080.00 | .5310 | 5352.48 |
| | | PART # 8056 | | | | | | | | |
| | G | | | ENERGY SURCHARGE | | | | | | 1000.00 |
| | | | | | | | | | | 10368.73 |

CALL CATHY LYNCH 800-774-0546 OR FAX 800-628-0299

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of The Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof. For all shipments that include Herculite and Herculite K tempered safety glasses manufactured by PPG and so permanently labeled and bearing the additional label "16 CFR 1201 CII" are certified as conforming to CPSC 16 CFR 1201 and may be used in category I or category II Architectural Products and were manufactured on the date and place indicated thereon. All claims for loss or damage in transit should be made direct with the carrier. All purchasers of PPG Glass or Paint FOR RESALE are eligible to be identified as PPG Product Dealers. All current promotional aids are available through your PPG Branch.

# PPG Glass Technology
Since 1883

## ELECTRONIC INVOICE

| INVOICE NO. | DATE | PAGE | DATE SHIPPED | B/L NO. | | Works No: | 06 CARLISLE,PA | District: 45 |
|---|---|---|---|---|---|---|---|---|
| 0905558 | 03/11/2008 | 1 of 1 | 03/11/2008 | 06 / 18727 | | Shipped To: | ACCU-WELD | |
| | | | | | | | 1211 FORD ROAD | |
| | | | | | | | BENSALEM PA 19020 | |

| TERMS | CAR/TRUCK NO. | WEIGHT | | SOLD TO | PLEASE REFER TO OUR INVOICE NUMBER WHEN REMITTING TO: |
|---|---|---|---|---|---|
| A CASH DISCOUNT OF $ 103.68 MAY BE TAKEN IF PAID BY 03/21/2008 | 7809 | 43945 | | ACCU-WELD 1211 FORD ROAD BENSALEM PA 19020 | PPG INDUSTRIES, INC. P.O. BOX 360175 PITTSBURGH, PA 15251 |

30 DAYS NET

| Ref No. | Customer Order # | PPG Order # | Size | No. Cont. | Lites /Cont | Footage Per Lite | Total Footage | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| FLOAT 3.0MM CLEAR GLAZING STC STEEL | | | | | | | | | |
| G | 23815 | 10367 72 | X 84 | 1 | 55 | 42.00 | 2310.00 | .2550 | 589.05 |
| G | 23815 | 10367 72 | X 84 | 4 | 80 | 42.00 | 13440.00 | .2550 | 3427.20 |
| PART # 1457 | | | | | | | | | |
| FLOAT 3.0MM CLEAR GLAZING SOLARBAN 60 STC STEEL | | | | | | | | | |
| G | 23815 | 10367 72 | X 84 | 3 | 80 | 42.00 | 10080.00 | .6310 | 6352.48 |
| PART # 8056 | | | | | | | | | |
| G | | | ENERGY SURCHARGE | | | | | | 1000.00 |
| | | | | | | | | | 10368.73 |

CALL CATHY LYNCH 800-774-0546 OR FAX 800-628-0299

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of The Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof. For all shipments that include Herculite and Herculite K tempered safety glasses manufactured by PPG and so permanently labeled and bearing the additional label "16 CFR 1201 CII" are certified as conforming to CPSC 16 CFR 1201 and may be used in category I or category II Architectural Products and were manufactured on the date and place indicated thereon. All claims for loss or damage in transit should be made direct with the carrier. All purchasers of PPG Glass or Paint FOR RESALE are eligible to be identified as PPG Product Dealers. All current promotional aids are available through your PPG Branch.

# PPG Glass Technology Since 1883

## ELECTRONIC INVOICE

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 0905826 | 03/12/2008 | 1 of 1 |

| TERMS | |
|---|---|
| A CASH DISCOUNT OF | $ 114.68 |
| MAY BE TAKEN IF PAID BY | 03/22/2008 |
| 30 DAYS NET | |

| DATE SHIPPED | B/L NO. |
|---|---|
| 03/12/2008 | 06 / 18946 |

| ROUTING |
|---|
| PYLR |

| CAR/TRUCK NO. | WEIGHT |
|---|---|
| 7198 | 39844 |

**SOLD TO:**
ACCU-WELD
1211 FORD ROAD
BENSALEM PA 19020

**Works No:** 06  CARLISLE,PA
**Shipped To:** ACCU-WELD
1211 FORD ROAD
BENSALEM  PA  19020

**District:** 45

PLEASE REFER TO OUR INVOICE NUMBER WHEN REMITTING TO:
PPG INDUSTRIES, INC.
P. O. BOX 360175
PITTSBURGH  ,PA 15251

| Ref | Customer Order # | PPG Order # | Size | No. Cont. | Lites /Cont | Footage Per Lite | Total Footage | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| FLOAT 3.0MM CLEAR GLAZING STC STEEL | | | | | | | | | |
| G | 23871 | 16625 | 72 X 84 | 3 | 80 | 42.00 | 10080.00 | .2550 | 2570.40 |
| PART # 1457 | | | | | | | | | |
| FLOAT 3.0MM CLEAR GLAZING SOLARBAN 60 STC STEEL | | | | | | | | | |
| G | 23871 | 16625 | 72 X 84 | 2 | 80 | 42.00 | 6720.00 | .5310 | 3568.32 |
| PART # 8056 | | | | | | | | | |
| FLOAT 3.0MM CLEAR GLAZING SOLARBAN 70XL STC STEEL | | | | | | | | | |
| G | 23871 | 16625 | 72 X 84 | 1 | 80 | 42.00 | 3380.00 | .7510 | 2523.36 |
| FLOAT 3.0MM CLEAR GLAZING SOLARBAN 60 STC STEEL | | | | | | | | | |
| G | 23871 | 16625 | 72 X 84 | 1 | 81 | 42.00 | 3402.00 | .5310 | 1806.46 |
| PART # 8056 | | | | | | | | | |
| G | | | ENERGY SURCHARGE | | | | | | 1000.00 |
| | | | | | | | | | 11468.54 |

CALL CATHY LYNCH 800-774-0546 OR FAX 800-628-0299

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of The Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof. For all shipments that include Herculite and Herculite K tempered safety glasses manufactured by PPG and so permanently labeled and bearing the additional label "16 CFR 1201 CIT" are certified as conforming to CPSC 16 CFR 1201 and maybe used in category I or category II Architectural Products and were manufactured on the date and place indicated thereon. All claims for loss or damage in transit should be made direct with the carrier. All purchasers of PPG Glass or Paint FOR RESALE are eligible to be identified as PPG Product Dealers. All current promotional aids are available through your PPG Branch.