**PPG**
COATINGS
AND
RESINS
GROUP

PPG INDUSTRIES, INC.
P O BOX 360175
PGH PA 15251-6175

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

1183570
02-27-08

200

PAYMENT REFERENCE NO: 1183570

| RETURN ORDER CO. | CUSTOMER ORDER NO. | PAYMENT TERMS | FREIGHT TERMS | FOR SHIPPING POINT |
|---|---|---|---|---|
| | 039339 | NET 30 DAYS | PREPAID | |

| DATE SHIPPED | B.L. NO. | SHIPPED VIA |
|---|---|---|
| 02-25-08 | 70386 | FEDEX FREIGHT EA |

SPRINGDALE FACTORY

| PRODUCT | PRODUCT INFORMATION | CONT. SHIPPED | QTY. SHIPPED | UNIT | PRICE PER UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| UC75623 | PART NO: WEI 10 DAYS<br>DURACRON5600 39 BEIGE TEX<br>REL NO : 793339<br>LOT NO : 40275<br>SZ: QDOCK | 4 | 160.00 | GAL | 19.800 | 3,168.00 |
| UC75623 | PART NO: WEI 10 DAYS<br>DURACRON5600 39 BEIGE TEX<br>REL NO : 793339<br>LOT NO : 40275<br>SZ: QDOCK | 1 | 37.00 | GAL | 19.800 | 732.60 |

PPG ORDER NO. 0811-83565-01-01-1
CUSTOMER NO. 039840184

FED-X
PO # 146803579-3

3,900.60

PPG INDUSTRIES INC.
OCINVOICEINQUIRY@PPG.COM
10800 S. 13TH ST.
OAK CREEK, WI 53154
1-800-338-8391

CERTIFY THAT THESE GOODS WERE PRODUCE IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

CUSTOMER-ORIGINAL

PAGE 1 OF 1

Apr 28 2008 2:39PM    C Amorose    412 881 8405    p.2

Page 2 of 2

**FedEx**

## DELIVERY RECEIPT

Freight Bill  1468835793 R0

| | |
|---|---|
| Ship Date 02/25/2008 | Bill of Lading 70325 |
| P.O. 793229 | Shipper Reference |
| Origin CCT | Destination CIN |

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.369.4569

Trailer # X1004

Consignee
ALCHEM HARMS
1000 RIVER RD
IN 08110-3204  US

Shipper
ATZ INDUSTRIES 1141
C/O S & S PAINT CO
1141
IN 47353  US

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

Received by:  M. ZAMORA

INV # 1183570

**DELIVERY RECEIPT**

FedEx Freight

Freight Bill  1668835793  RO

Page 1 of 1

8200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.888.393.4888

Ship Date 02/25/2008

P.O. 193339

Origin OCI

Trailer # 21094

Bill of Lading 70385

Shipper Reference

Destination CIM

Shipper

Consignee

| | | | | | | | 2077 | 855 |
| | | | | | | | 140 | 056 |
| | | | | | | | 145 | |

**TRUCK COPY**

Received by:
☐ Over    ☐ Damage    Exceptions:
☐ Short   ☐ Wrap Broken

**PPG**

COATINGS
AND
RESINS
GROUP

**PPG INDUSTRIES, INC.**

P O BOX 360175
PGH  PA  15251-6175

| | | | | | |
|---|---|---|---|---|---|
| SOLD TO | | | SHIP TO | | |

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

1186391
03-06-08

200

**PAYMENT REFERENCE NO: 1186391**

| CUSTOMER PO NO. | | FREIGHT TERMS | PAYMENT TERMS | | DATE SHIPPED | BILL NO. | SHIPPED VIA |
|---|---|---|---|---|---|---|---|
| 91689 | | PREPAID | NET 30 DAYS | | 03-05-08 | 88142 | SOUTHEASTERN FRE |

| FOB SHIPPING POINT | PPG ORDER NO. | CUSTOMER NO. |
|---|---|---|
| SPRINGDALE FACTORY | 0811-86031-01-01-1 | 038984018 |

| PRODUCT | QTY SHIPPED | UNIT | PRICE PER UNIT | AMOUNT |
|---|---|---|---|---|
| UC108243 | | | | |
| POLYCRON HERBS AQUA | | | | |
| REL NO : 793689 | | | | |
| LOT NO : 42192 | 10.00 GAL | | 26.720 | 267.20 |
| SZ: PAIL | | | | |

**CUST SHIPPED 2**

*(handwritten)* South Ceastern Freight
*(handwritten)* ADD # 378845893-1

PPG INDUSTRIES INC.
OCINVOICEINQIRY@PPG.COM
10800 S. 13TH ST.
OAK CREEK, WI 53154
1-800-338-8391

CUSTOMER-ORIGINAL

PAGE 1 OF 1

# A. Dale Pyle, Inc.

PYLE

**DELIVERY RECEIPT**

ICO NO. 39140
P.U.C. NO. A 00107225
FED. I.O. NO. 23-1417980

MAIN OFFICE : P.O. BOX 564 • WEST CHESTER, PA 19381-0564
TOLL FREE - 800-523-5020                   610-696-5800

www.pylesco.com          1 88

**HAZARDOUS**

PRO/FREIGHT BILL#      9037 0586

3:46:43AM SCU

| CONSIGNEE   ALDEØR | SHIPPER   PPEA13 | PICK UP DATE | PAGE |
|---|---|---|---|
| ALUMINUM SHAPES LLC | P P G COATINGS & RESINS 13 | 03/06/08 | 1 OF 1 |
| 9000 RIVER RD | 1377 OAKLEIGH DR | PICK UP DRIVER | PICK UP DAY |
| | | SEFL - WEH | ZS2874 |
| DELAIR              NJ | EAST POINT          GA | SHIPPERS BILL OF LADING # |
| SUR3792D2    08110 | 30344 | 88142 |
| CALL EXT:2   856-662-5500 | NB    404-761-7771 | PURCHASE ORDER# |
| 581345  TR11  5357L | | 793689 |
| E-2 CENTRAL NJ 4 | 3CEJ4 | PPEA13 PPC004 PREPAID |

**C**IF DRUMS - FREIGHT MUST BE PALLETIZED *

| PIECES | CONT | HM | FREIGHT DESCRIPTION | CLASS | WGT/LBS | RATE | INV AMT |
|---|---|---|---|---|---|---|---|
| | | | ** FOR CHEMICAL EMERGENCY INFORMATION ** | | | | |
| | | | ***    CALL: 800-424-9300    *** | | | | |
| | | | ***************************************** | | | | |
| | | | HAZARDOUS SHIPMENT | | | | |
| | | | HG#0 PALLET | | | | |
| | | | ALS   PAINT 3 UN1263 PG III | | | | |
| 2 PCS | | X | T-149380-2 | 05 | 112 | | |
| | | | EMERGENCY CONTACT 800 424 9300 | | | | |
| | | | MINIMUM FREIGHT CHARGE | | | | |
| | | | | | | | |
| | | | FUEL SURCHARG | | | | |
| | | | SPECIAL CHG. HANDLING HAZARDOUS MATERIAL | | | | |
| | | | TRANSFERRED FROM: SOC016  REF# 378458931 | EX: | D03 NB | MP, VA | 23101 |
| | | | | | | | |
| | | | Protect your shipments in the winter- | | | | |
| | | | impacted Northeast. From November | | | | |
| | | | through mid-April, our cold-weather | | | | |
| | | | protection plan operates 24 hours a day, | | | | |
| | | | seven days a week.  Contact our sales | | | | |
| | | | department at 800-523-5020. | | | | |

INV#1186391

| 2 | TOTAL PIECES | *** C H A R G E S   M I S S I N G *** | TOTAL WEIGHT | 112 | TOTAL CHARGES |
|---|---|---|---|---|---|

| C.O.D. TOTAL | PCS | DATE | DRIVER | FIRM NAME |
|---|---|---|---|---|
| | 2 | 3708 | T611 | Aluminum Shapes |

INSIDE DELIVERY        SORT & SEG   # PCS:
LIFTGATE               PRISON
RESIDENTIAL            MILITARY INSTALLATION    SIGNATURE  BY:
CONSTRUCTION SITE      OVER DIMENSION           PRINT NAME BY:

# PPG

COATINGS
AND
RESINS
GROUP

PPG INDUSTRIES, INC.

P O BOX 360175
PGH PA 15251-6175

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

| | | 1188528 |
| | | 03-14-08 |

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

200

PAYMENT REFERENCE NO:  1188528

| CUSTOMER ORDER NO | | | DATE SHIPPED | CR. NO. | SHIPPED VIA | | CUSTOMER NO. |
|---|---|---|---|---|---|---|---|
| 179883 | | | 03-13-08 | 82191 | PYLE A. DUIE | | 038984018 4 |
| PAYMENT TERMS | | | FOR SHIPPING POINT | | | PLG ORDER NO. | |
| NET 30 DAYS | | | SPRINGDALE FACTORY | | | 0811-87895-01-01-1 | |

| FRIGHT TERMS | | |
|---|---|---|
| PREPAID | | |

| PRODUCT | PRODUCT INFORMATION | SIZE | CONT. SHIPPED | QTY. SHIPPED | UNIT | PRICE PER UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|
| UCB5949 | POLYCRON III S/G BLACK  REL NO : 793883  LOT NO : 39760 | 52: DRUM | 22 | 1,100.00 | GAL | 19.030 | 20,933.00 |

*Pyle ; Pyle Duie ✓*
*Pro # 141165829*

PPG INDUSTRIES INC.
OCIINVOICEINQUIRY@PPG.COM
10800 S. 13TH ST.
OAK CREEK, WI 53154
1-800-338-8391

PAGE 1 OF 1

CUSTOMER-ORIGINAL

09:42 MAR 18, 2008  ID: A. DUIE PYLE, INC.                          #458508  PAGE: 2/2

# A. Duie Pyle, Inc.    PYLE    DELIVERY RECEIPT

MAIN OFFICE: P.O. BOX 564 • WEST CHESTER, PA 19381-0564
TOLL FREE · 800-523-5020                        610-696-5800

www.pyleoo.com        6 58        *** H O L D ***        PRO/FREIGHT BILL#  141 165 825
                                  #HAZARDOUS#

ORG: PBH    DST: WCH                              4:59:34AM SCU

| CONSIGNEE  ALDE0R | SHIPPER  PPSP12 | PICKUP DATE | PAGE |
| ALUMINUM SHAPES LLC | P P G COATINGS & RESINS 08 | 03/13/08 | 1 OF 1 |
| 9000 RIVER RD | 125 COLFAX ST | PICK UP DRIVER | PICK UP UNIT |
| | | POLLARD, G | 6767HL |
| DELAIR        NJ | SPRINGDALE        PA | SHIPPER'S BILL OF LADING # |
| 5UR3592D2    08110 | 15144 | 82191 |
| CALL EXT:2  856-662-5500 | JERRY SCHE  724-274-7900 | PURCHASE ORDER # |
| 582114  TB11  5357L | | 793803 |
| E-2 CENTRAL NJ 4 I  SCEJ4 | CA | PPSP12 PPCD04 PREPAID |

*C**IF DRUMS - FREIGHT MUST BE PALLETIZED *

| PIECES | CONT | HM | FREIGHT DESCRIPTION | CLASS | WGT/LBS | RATE | INV AMT |
|---|---|---|---|---|---|---|---|
| | | | ** FOR CHEMICAL EMERGENCY INFORMATION ** | | | | |
| | | | ***    CALL: 800-424-9300    *** | | | | |
| * APPT: 03/17/08  8:00AM TO  2:00PM @ RDN 856-662-5500* | | | | | | | |
| | | | CLOSED 03/21/08 | | | | |
| | | | | | | | |
| | | | ***************************************** | | | | |
| 22 DRM | X | | PAINT, 3, UN1263, PGIII | 65 | 1186C | | |
| | | | 6 PL T STC 22 | | | | |
| | | | 7-330 | | | | |
| | | | CALL | | | | |
| | | | JACK | | | | |
| | | | CHARGEABLE PALLET WEIGHT | 70 | 528 | | |
| | | | HAZARDOUS | | | | |
| | | | | | | | |
| | | | Looking for a simple way to receive your | | | | |
| | | | invoice? Switch to email invoicing | | | | |
| | | | today.  Sign up at www.mypyle.com. | | | | |

INV# 1188528

| 22 | TOTAL PIECES | *** C H A R G E S  M I S S I N G *** | TOTAL WEIGHT | >1814 | TOTAL CHARGES | > |

| C.O.D. TOTAL | | POS | DATE | DRIVER | FIRM NAME |
| | | 22 | 31708 | TB1 | Aluminum SHAPES |

| INSIDE DELIVERY | SORT & SEG | #PCS: | |
| LIFTGATE | PRISON | SIGNATURE  BY: |
| RESIDENTIAL | MILITARY INSTALLATION | |
| CONSTRUCTION SITE | OVER DIMENSION | PRINT NAME  BY: M. PSTORIZA |

# PPG INDUSTRIES, INC.

**PPG COATINGS AND RESINS GROUP**

HERE P O BOX 360175
PGH PA 15251-6175

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

1187050
03-17-08

200

**PAYMENT REFERENCE NO: 1187050**

| CUSTOMER ORDER NO. | PAYMENT TERMS | DATE SHIPPED | PR. NO. | FOB SHIPPING POINT | CONT. SHIPPED |
|---|---|---|---|---|---|
| | PREPAID | 03-14-08 | 70465 | SPRINGDALE FACTORY | 2 |

VENDOR/BOOK NO. 799736

PAYMENT TERMS: NET 30 DAYS

| PRODUCT INFORMATION | SZ: DRUM | QTY. SHIPPED | UNIT | PRICE PER UNIT | AMOUNT |
|---|---|---|---|---|---|
| PART NO: WBI-10 DAYS POLYCRON III SMOOTH GLOBAL WHI REL NO : 793736 LOT NO : 42666 | | 100.00 | GAL | 20.620 | 2,062.00 |

FEDEX FREIGHT EA

PREL ORDER NO. 0811-86615-01-01-1

CUSTOMER NO. 038984 0184

FOB-X

PRO # 1198015449

2,062.00

PPG INDUSTRIES INC.
OCINVOICEINQUIRY@PPG.COM
10800 S. 13TH ST.
OAK CREEK, WI 53154
1-800-338-8391

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

CUSTOMER ORIGINAL

PAGE 1 OF 1



INV # 1187050

**FedEx.**

**DELIVERY RECEIPT**

Page 1 of 1

Freight Bill   1199201544  R0

| | |
|---|---|
| 2200 FORWARD DRIVE HARRISON, AR 72601 | Ship Date 03/14/2008 | Bill of Lading 70463 |
| | P.O. 793736 | Shipper Reference |
| fedex.com 1.800.353.4585  Origin OCZ | | Destination CIB |

Consignee
SYNDICATED GRAPHES
Trailer # K1804

Shipper

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

| | | | | 1304 | | 950 |
| | | | | 79 | | 655 |
| | | | | 79 | | |

Customer Requirements/Appointment Instruction
CLOSED 3/21/007 __V __B

Received by:

**PPG INDUSTRIES, INC.**

COATINGS AND RESINS GROUP

**PPG**

REMIT TO:
PGH PA  15251-6175
P O BOX 360175

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR  NJ  08110
UNITED STATES OF AMERICA

INVOICED:    1182131
INVOICE DATE:    02-04-08

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR  NJ  08110
UNITED STATES OF AMERICA

200

PAYMENT REFERENCE NO:  1182131

| CUSTOMER ORDER NO. | FREIGHT TERMS | PAYMENT TERMS |
|---|---|---|
| 793202 | PREPAID | NET 30 DAYS |

| DATE SHIPPED | BOL NO. | SALESPERSON | FOB SHIPPING POINT |
|---|---|---|---|
| 02-01-08 | 80345 | PYLE A. DUTE | SPRINGDALE FACTORY |

| PRODUCT | PRODUCT INFORMATION | CONF. SHIPPED | QTY. SHIPPED | UNIT | PRICE PER UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| UC85949 | POLYCRON III S/G BLACK    SZ: DRUM<br>REL NO : 793202<br>LOT NO : 27216 | 22 | 1,100.00 | GAL | 19.030 | 20,933.00 |

PO # 1679935923

PPG INDUSTRIES INC.
OCINVOICEINQUIRY@PPG.COM
10800 S. 13TH ST.
OAK CREEK, WI 53154
1-800-336-8391

| CUSTOMER NO. |
|---|
| 03898840184 |

| PPG ORDER NO |
|---|
| 0811-82330-01-1 |

CUSTOMER-ORIGINAL

PAGE 1 OF 1

14:43 MAR 26, 2008  ID: A. DUIE PYLE, INC.                    #459808  PAGE: 3/3

## A. Duie Pyle, Inc.

ICC NO.39140
P.U.C.NO. A 00 107288
PED. I.D. NO. 23-1477088

**PYLE**          **DELIVERY RECEIPT**

MAIN OFFICE: P.O. BOX 564 • WEST CHESTER, PA 19381-0564
TOLL FREE - 800-523-5020                      610-696-5800

www.pyleco.com          6 88          *HAZARDOUS*

PRO/FREIGHT BILL#   167 935 983

ORB: PBH   DST: WCH                              G:03:03AM SCU

| CONSIGNEE   ALDEOR | SHIPPER        PPSP12 | PICK UP DATE | PAGE |
|---|---|---|---|
| ALUMINUM SHAPES LLC | P P G COATINGS & RESINS 08 | 02/01/08 | 1 OF 1 |
| 9000 RIVER RD | 125 COLFAX ST | PICK UP DRIVER | PICK UP UNIT |
| | | POLLARD, S | 6749R |
| DELAIR          NJ | SPRINGDALE        PA | SHIPPERS BILL OF LADING # | |
| BUR35592D9   08110 | 15144 | 16785 | |
| CALL EXT:2   856-662-5500 | | PURCHASE ORDER # | |
| 578408  TB11 5397L | TERRY SCHE  724-274-7900 | 793202 | |
| E-2 CENTRAL NJ 4 I 3CEJ4 | | PPSP12 PP:004 PA:PA(D | |

*C**IF DRUMS – FREIGHT MUST BE PALLETIZED *

| PIECES | CONT | HM | FREIGHT DESCRIPTION | CLASS | WGT/LBS | RATE | INV AMT |
|---|---|---|---|---|---|---|---|
| | | | ** FOR CHEMICAL EMERGENCY INFORMATION ** | | | | |
| | | | ***   CALL: 800-424-9300   *** | | | | |
| | | | ******************************** | | | | |
| 22 | DRM | X | PAINT, 3, UN1263, III | 55 | 11250 | | |
| | | | 5 PLT STC 22 | | | | |
| | | | CHARGEABLE PALLET WEIGHT | 70 | 528 | | |
| | | | HAZARDOUS | | | | |
| | | | Protect your shipments in the winter-impacted Northeast. From November through mid-April, our cold-weather protection plan operates 24 hours a day, seven days a week. Contact our sales department at 800-523-5020. | | | | |

INV # 118213 1

| 22 | < TOTAL PIECES *** C H A R G E S   M I S S I N G *** | TOTAL WEIGHT > | 11786 | TOTAL CHARGES > | |
|---|---|---|---|---|---|

| C.O.D. TOTAL | PCS | DATE | DRIVER | FIRM NAME |
|---|---|---|---|---|
| | 22 | 2408 | TB11 | Aluminum SHAPES |

INSIDE DELIVERY ___   SORT & SEG ___   # PCS: ___
LIFTGATE ___          PRISON ___
RESIDENTIAL ___       MILITARY INSTALLATION ___   SIGNATURE  BY: _____
CONSTRUCTION SITE ___ OVER DIMENSION ___           PRINT NAME BY: Mark Pastorita

RECEIVED IN GOOD CONDITION/SHRINK WRAP IN TACT UNLESS OTHERWISE NOTED. SIGNATURE ACKNOWLEDGES DESIGNATED SPECIAL SERVICES WERE AUTHORIZED AND PERFORMED

**PPG**

COATINGS
AND
RESINS
GROUP

PPG INDUSTRIES, INC.
P O BOX 360175
PGH PA 15251-6175

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

1182132
02-07-08

200

PAYMENT REFERENCE NO:   1182132

| CUSTOMER ORDER NO | FREIGHT TERMS | DATE SHIPPED | BILL OF LADING | SHIPPED VIA | PO SHIPPING POINT | PPG ORDER NO | CUSTOMER NO |
|---|---|---|---|---|---|---|---|
| 0793202 | PREPAID | 02-06-08 | 87896 | FEDEX FREIGHT EA | SPRINGDALE FACTORY | 0811-82331-01-1 | 0389840184 |

**PAYMENT TERMS**
NET 30 DAYS

| PRODUCT | | QTY SHIPPED | UNIT | PRICE PER UNIT | AMOUNT |
|---|---|---|---|---|---|
| 037941 | PRODUCT INFORMATION | | | | |
| POLYCRON III CHAMPAGNE METALLI | SZ: DRUM | 150.00 GAL | | 26.400 | 3,960.00 |
| REL NO : 793202 | | | | | |
| LOT NO : 39387 | | | | | |

Req # 36103647-0

PPG INDUSTRIES INC.
OCINVOICEINQUIRY@PPG.COM
10800 S. 13TH ST
OAK CREEK, WI 53154
1-800-338-8391

PAGE 1 OF 1

CUSTOMER-ORIGINAL

Apr 28 2008 2:42PM  C Amorose      412 881 8405      p.14

TO:BRIAN                    FROM:FedEx Freight          03/27/2008 08:22AM p.    2 of 3

Page    2   of   3

**FedEx** Freight

## DELIVERY RECEIPT

| Freight Bill | 361036470 | RO |

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex com 1 866 393 4585

| Ship Date 02/06/2008 | Bill of Lading 87896 |
| PO 793202 | Shipper Reference |
| Origin ATL | Destination CIN |

Consignee                         Trailer # X1904
ALUMINUM SHAPES
9000 RIVER RD
DELAIR
NJ 08110-3204      US

Shipper
PPG INDUSTRIES INC 0815
1377 OAKLEIGH DR
EAST POINT
GA 30344-1824      US

| PIECES | H/U | HM | DESCRIPTION | WT(LBS) | NMFC | FRT CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | FUEL SURCHG LTL SHPT 7 80% | | | | | |
| | | | ** PAX RATES APPLIED ** | | | | | |

DRIVER COPY

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

| 3 | (1) | PREPAID - WILL INVOICE THIRD PARTY | 1483 | |

ACCESSORIAL SERVICES PERFORMED
☐ INSIDE DELIVERY        ☐ SORT & SEGREGATE    ☐ DETENTION
☐ RESIDENTIAL LIMITED ACCESS   ☐ LIFT GATE      ☐ OTHERS

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

_GILLEPIE_

| Delv Driver & # | O,MEJIA 161123 | | |
| Date 2/8/08 | Arrive 1140 | Depart 1150 | |
| # of Skids | # of Pcs | OS&D # | |

Shipment received in apparent good order with wrap intact unless otherwise noted

Received by _Gillepie_      Exceptions
☐ Over   ☐ Damage
☐ Short  ☐ Wrap Broken

Customer Requirements/Appointment Instruction
CLOSED 2/18/08?  _Y_  _N_

INV # 118.2132

TO:BRIAN                    FROM:FedEx Freight              03/27/2008 08:22AM p.    3 of 3

Page 1 of 2

**FedEx** Freight

# DELIVERY RECEIPT

| Freight Bill | 361036470 | RO |
|---|---|---|

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex com 1 866 393 4585

| | |
|---|---|
| Ship Date 02/06/2008 | Bill of Lading 87896 |
| P O 793202 | Shipper Reference |
| Origin ATL | Destination CIN |

| Consignee                     Trailer # X1994 | Shipper |
|---|---|
| ALUMINUM SHAPES<br>3000 RIVER RD<br>DELAIR<br>NJ 08110-3204    US | PPG INDUSTRIES INC 0815<br>1377 OAKLEIGH DR<br>EAST POINT<br>GA 30344-1824    US |

| PIECES | HM | HAZ | DESCRIPTION | WT(LBS) | NMFC | FCP CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3 | | X | POB 793202<br>HAZARDOUS MATERIAL CHARGE<br>CHEM EMER 304-843-1300<br>1-404-781-7771   SHIP PHONE #<br>MUST DELIVER ON ETA DO NOT<br>HOLD FOR ANY REASON<br>DRUM, PAINT,3,UN1263,PGIII<br>1<br>SKIDS<br>3 DRUMS ON 1 SKID<br>856-662-5500    CONS PHONE #<br>RECV HRS MON-FRI 7AM-330PM<br>EMERGENCY CONTACT<br>800-424-9300<br>17138               BL4 | 1483 | 149980-02 | 055 | | |
| | | | ** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES ** | | | | | |
| | | | PREPAID - WILL INVOICE THIRD PARTY | | | | | |

| ACCESSORIAL SERVICES PERFORMED | | | PREPAID - WILL INVOICE |
|---|---|---|---|
| __ ☐ INSIDE DELIVERY | __ ☐ SORT & SEGREGATE | ___ ☐ DETENTION | RESPONSIBLE PARTY |
| __ ☐ RESIDENTIAL LIMITED ACCESS | __ ☐ LIFT GATE | ___ ☐ OTHERS | |

| Delv  Driver & # | | | |
|---|---|---|---|
| Date | Arrive | Depart | Customer Requirements/Appointment Instruction |
| # of Skids | # of Pcs | OS&D # | CLOSED 2/18/08?  __Y  __N |

Shipment received in apparent good order with wrap intact unless otherwise noted

Received by
☐ Over   ☐ Damage   Exceptions
☐ Short  ☐ Wrap Broken

INV# 1182132

DRIVER COPY

**PPG INDUSTRIES, INC.**

COATINGS AND RESINS GROUP

P O BOX 360175
PGH   PA   15251-6175

1181589
02-15-08

200

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR   NJ   08110
UNITED STATES OF AMERICA

ALUMINUM SHAPES   INC
9000 RIVER ROAD
DELAIR   NJ   08110
UNITED STATES OF AMERICA

| CUSTOMER ORDER NO | | | | |
|---|---|---|---|---|
| 793144 | | | | |

| FREIGHT TERMS | PAYMENT REFERENCE NO: 1181589 | | | |
|---|---|---|---|---|
| PREPAID | | | | |

PAYMENT TERMS

NET 30 DAYS

| PRODUCT | | | | | DATE SHIPPED | US NO | SHIPPED VIA | PPG ORDER NO |
|---|---|---|---|---|---|---|---|
| UC75623 | P R O D U C T   I N F O R M A T I O N | | | | 02-13-08 | 70351 | FEDEX FREIGHT EA | 0811-81000-01-01-1 |
| | | | | | | | CUSTOMER NO |
| | PART NO: WBI 10 DAYS | | S2: QDOCK | | | | 0389840184 |
| | DURACRON8600 39 BEIGE TEX | | | | | | |
| | REL NO : 793144 | | | | FOR SHIPPING PO&F | | |
| | LOT NO : 39088 | | | | SPRINGDALE FACTORY | | |

| | | | CONC. SHIPPED | QTY. SHIPPED | UNIT | PRICE PER UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|
| UC75623 | PART NO: WBI 10 DAYS | S2: QDOCK | 4 | 160.00 GAL | | 19.800 | 3,168.00 |
| | DURACRON8600 39 BEIGE TEX | | | | | | |
| | REL NO : 793144 | S2: QDOCK | 1 | 36.00 GAL | | 19.800 | 712.80 |
| | LOT NO : 39088 | | | | | | |

CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

PPG INDUSTRIES INC.
OCINVOICEINQUIRY@PPG.COM
10900 S. 13TH ST.
OAK CREEK, WI 53154
1-800-338-8391

*(handwritten: Po #MWOOPNJVN 1366-00-00300 1366 003303-0)*

CUSTOMER-ORIGINAL

Apr 28 2008 2:43PM   C Amorose   412 881 8405   P.17

TO:BRIAN                    FROM:FedEx Freight        03/27/2008 08:34AM p.   2 of 2

Page 1 of 1

# FedEx. Freight          DELIVERY RECEIPT

| Freight Bill  1366003030 RO |
|---|

| 2200 FORWARD DRIVE | Ship Date 02/13/2008 | Bill of Lading 17555 |
|---|---|---|
| HARRISON, AR 72601 | P.O. | Shipper Reference |
| fedex.com 1.866.393.4585 | Origin CCI | Destination CIN |

| Consignee | Trailer # X1904 | Shipper |
|---|---|---|
| ALUMINUM SHAPES 9000 RIVER RD DELAIR NJ 08110-3204   US | | PPG INDUSTRIES 1341 216 BROWNSVILLE AVE & D & L PAINT CO Store: 1341 LIBERTY IN 47353   US |

**DRIVER COPY**

| 5 | X | HAZARDOUS MATERIAL CHARGE 1-765-458-5157    :SHIP PHONE # MUST DELIVER ON ETA DO NOT HOLD FOR ANY REASON URIM, PAINT,3,UN1263,PGII 0000900  FREE WEIGHT 0000140  CHARGEABLE WEIGHT | 2069 140 | | 055 055 | |
|---|---|---|---|---|---|---|
| | | 2        SKIDS PALLET WEIGHT EMERGENCY CONTACT: 8004249300     FUEL SURCHG LTL SHPT 7.00% ** FAK RATES APPLIED ** | 140 | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

| 5 | 2 | PREPAID - WILL INVOICE THIRD PARTY | 2209 | | | |
|---|---|---|---|---|---|---|

| ACCESSORIAL SERVICES PERFORMED: ☐ INSIDE DELIVERY          ☐ SORT & SEGREGATE    ☐ DETENTION ☐ RESIDENTIAL/LIMITED ACCESS  ☐ LIFT GATE            ☐ OTHERS | * PREPAID - WILL INVOICE *RESPONSIBLE PARTY |
|---|---|
| Delv. Driver & #:  D.MEJIA 161123 | |
| Date: 2/15/08 | Arrive: 1159 | Depart: 1234 | Customer Requirements/Appointment Instruction |
| # of Skids: 2 | # of Pcs: | OS&D #: | CLOSED 2/18/08?  __Y  __N |
| Shipment received in apparent good order with wrap intact unless otherwise noted. Received by: _____  M PASTORE2  Exceptions: ☐ Over  ☐ Damage ☐ Short  ☐ Wrap Broken | |

INV# 1181589

# PPG

COATINGS
AND
RESINS
GROUP

**PPG INDUSTRIES, INC**
P O BOX 360175
PGH PA 15251-6175

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

1183569
02-18-08

200

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

| CUSTOMER PURCHASE NO. | PAYMENT TERMS | FREIGHT TERMS | FOB SHIPPING POINT | DATE SHIPPED | CONF. SHIPPED | BILL NO. | SHIPPED VIA | PPG ORDER NO. | CUSTOMER NO. |
|---|---|---|---|---|---|---|---|---|---|
| 252339 | NET 30 DAYS | PREPAID | SPRINGDALE FACTORY | 02-15-08 | 4 | 87981 | SOUTHEASTERN FRE | 0811-83564-01-01-1 | 0389840184 |

**PAYMENT REFERENCE NO: 1183569**

| PRODUCT | PRODUCT INFORMATION | QTY SHIPPED | UNIT | PRICE PER UNIT | AMOUNT |
|---|---|---|---|---|---|
| UPC89322 | POLYCRON III FENC BRZ III<br>REL NO : 793339<br>LOT NO : 40274<br>S2: DRUM | 200.00 | GAL | 20.620 | 4,124.00 |

Ap # 37798 224-6

CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PPG INDUSTRIES INC.
OCINVOICEINQUIRY@PPG.COM
10800 S. 13TH ST.
OAK CREEK, WI 53154
1-800-338-8391

CUSTOMER ORIGINAL

PAGE 1 OF 1



**PPG**

COATINGS
AND
RESINS
GROUP

PPG INDUSTRIES, INC.
P O BOX 360175
PGH PA 15251-6175

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

1183571
02-18-08

200

ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

PAYMENT REFERENCE NO: 1183571

| CUSTOMER'S P.O. | FREIGHT TERMS | DATE SHIPPED | PA NO. | SHIPPED VIA | CUSTOMER NO. |
|---|---|---|---|---|---|
| 174339 | PREPAID | 02-13-08 | 87981 | SOUTHEASTERN FRE | |
| OUR VENDOR NO. | | | | | |
| PAYMENT TERMS | | FOR SHIPPING AGENT | | PUR ORDER NO | CUSTOMER NO. |
| NET 30 DAYS | | SPRINGDALE FACTORY | | 0811-83566-01-01-1 | 039084018A |

| PRODUCT | CONT. SHIPPED | QTY. SHIPPED | UNIT | PRICE PER UNIT | AMOUNT |
|---|---|---|---|---|---|
| PC75626 | 3 | 150.00 | GAL | 20.620 | 3,093.00 |

P R O D U C T   I N F O R M A T I O N

POLYCRON III 37 BEIGE
REL NO : 793339
LOT NO : 40276            SZ: DRUM

Pos W 37798229-6

PPG INDUSTRIES INC.
OCINVOICEINQUIRY@PPG.COM
10800 S. 13TH ST.
OAK CREEK, WI 53154
1-800-338-8391

CUSTOMER ORIGINAL

PAGE 1 OF 1

04/01/2008 09:07 FAX                                                              ☑001/001
03/27/2008 8:35:11 AM -0400 SEFL FAXCOM 5600                     PAGE 4 OF 4

ATTN: CARLA AMOROSE

## A. Dule Pyle, Inc.   PYLE          DELIVERY RECEIPT

MAIN OFFICE: P.O. BOX 564 • WEST CHESTER, PA 19381-0564
TOLL FREE • 800-523-5020                    610-699-5800

www.pyleco.com        2 BS
                                *HAZARDOUS*        PRO/FREIGHT BILL#    9033 5449

                                                  3:25:23AM SCU

| CONSIGNEE    ALDEOR            | SHIPPER      PPEA13         | PICK UP DATE    | |
| ALUMINUM SHAPES LLC           | P P G COATINGS & RESINS 13  | 02/18/08        | 1 OF 1 |
| 9000 RIVER RD                 | 1377 OAKLEIGH DR            | PICK UP UNIT    | |
| DELAIR           NJ           | EAST POINT            GA    | SEFL - WEH      ZH2401 |
| BUR35920R     08110           |                      30344  | SHIPPERS BILL OF LADING # |
| CALL EXT:2    855-662-5500    | NS    404-761-7771          | 87901           | |
| 579707 MK11  9347L            |                             | PURCHASE ORDER# 793209 | |
| E-2 CENTRAL NJ 4 | 3CEJ4      |                             | PPEA13 PPICO4 PREPAID | |

*C**IF DRUMS - FREIGHT MUST BE PALLETIZED *

| PIECES | CONT.DM | FREIGHT DESCRIPTION | CLASS | WGT/LBS | RATE | INV AMT |
|--------|---------|---------------------|-------|---------|------|---------|
| | | ** FOR CHEMICAL EMERGENCY INFORMATION ** | | | | |
| | | *** CALL: 800-424-9300 *** | | | | |
| | | *************************************** | | | | |
| | | HAZARDOUS SHIPMENT | | | | |
| | | 46*0 PALLET | | | | |
| 7 DRM | | DRB  PAINT 3 UN1263 PG III | | | | |
| | | IT-149980-2 | 55 | 3717 | | |
| | | EMERGENCY CONTACT 800 424 9300 | | | | |
| | | | | | | |
| | | FUEL SURCHARG | | | | |
| | | SHIPPERS PHONE 404-761-7771 | | | | |
| | | SPECIAL CHG. HANDLING HAZARDOUS-MATERIAL | | | | |
| | | TRANSFERRED FROM: SDC016  REF# 377982296 | EX: DAX NB MD, VA 23101 | | | |
| | | Protect your shipments in the Winter- | | | | |
| | | impacted Northeast. From November | | | | |
| | | through mid-April, our cold-weather | | | | |
| | | protection plan operates 24 hours a day, | | | | |
| | | seven days a week. Contact our sales | | | | |
| | | department at 800-523-5020. | | | | |

INV#'s 1183569 and
1183571

| 7 | TOTAL PIECES | *** CHARGES MISSING *** | | TOTAL WEIGHT ▶ 3717 | TOTAL CHARGES ▶ | |
|---|---|---|---|---|---|---|

| C.O.D. TOTAL | PCS | DATE | DRIVER | FIRM NAME |
| | 7 | 2-19-08 | MK11 | |

___ INSIDE DELIVERY        ___ SORT & SEG  # PCS:
___ LIFTGATE               ___ PRISON                         SIGNATURE   BY: Rod Gilbert
___ RESIDENTIAL            ___ MILITARY INSTALLATION
___ CONSTRUCTION SITE      ___ OVER DIMENSION                 PRINT NAME  BY: Rod G. Tisdale  2/19/08

412 881-8405 .

03/27/2008 8:35:11 AM -0400 SEFL FAXCOM 5800                    PAGE 2    OF 4

SOUTHEASTERN FREIGHT LINES, INC.      P.O. Box 1691 Columbia, SC 29202 · FED> ID # 57-0591199
Consignee:              Shipper:                        PRO#:                        Page: 1 of 2
ALUMINUM SHAPES INC     PPG INDUSTRIES INC             577662266
9000 RIVER RD           1377 OAKLEIGH DR
DELAIR                  HJ E POINT           GA         OSD    K4    CR    MAT    OSD    02/18/08
                        08110                G0344
                                                        87081                790339

Shipment Instructions:        |Oen. Del Date |    TRAILER    | Orig. Carrier| | Frt Bill # | Intl Trs. |
HAZARDOUS SHIPMENT            02/18/08          FYLE7491        SEFL
XXXXX
                              FYLE               0+    7=    7

Pieces| Description_____| Type Chg/Class | Weight | Rate | Revenue

          ********** CORRECTED BILL **********
  7  X069    PAINT G NR1283 PG III        CLASS  55.0       9615
     IT-149000-2
     EMERGENCY CONTACT 800 424 9308        EMERGENCY #
                                           AB WEIGHT         50##
                                           DEFICIT          1055
                                           GROSS FRT CHG
                                           53.00% DISC
                                           NET FRT CHG
                                           HAZ MATERIAL
          LTL FUEL SURCHARGE OF  7.96%
  7  QUESTIONS? CALL US AT: 704-921-9761   TOTAL           3915
     SHIPPERS PHONE 404-761-7771

          ADDITIONAL INFORMATION
     INVOICE NUMBERS

03/27/2008 8:35:11 AM -0400 SEFL FAXCOM 5600                    PAGE 3    OF 4

SOUTHEASTERN FREIGHT LINES, INC.     P.O. Box 1691 Columbia, SC 29202 - FED* ID # 57-0001199
Consignee:                 Shipper:                        Pro:                          Page: 2 of 2
ALUMINUM SHAPES INC        PPG INDUSTRIES INC              577002206
9000 RIVER RD              1977 OAKLEIGH DR
DELAIR                     NJ E POINT             GA       OSD   K4   CR   MAT   CSO   02/16/08
                    09119                        30644     07091         795339

Shipment Instructions:         | Dcs. Orl Date  |   TRAILER      | Orig. Carrier: | Frt Bill # | Intl Trn. |
HAZARDOUS SHIPMENT              |    02/16/08    |   PYLE7401     |     SEFL
XXXXX
                                   PYLE             6+   7=  7

| Pieces | Description_____ | Type Chg/Class | Weight | Rate | Revenue |

         83500
         83571
         ORDER NUMBER
         83504011101
         83500011101
         CONSIGNEE PHONE
         8500020500
         REFERENCE NUMBER
         17772
0                                                    7              3915

                                   PREPAID


577002206          Previously Delivered On: 02/18/08 Check For Duplicate
Recvd By: PYLE     PYLE7401     DATE: 02/18/08 TIME: 08:08  DRIVER: 28885   **ICC Regs. Require Payment within 15 days **

**PPG COATINGS AND RESINS GROUP**

PPG INDUSTRIES, INC.
P O BOX 360175
PGH PA 15251-6175

SOLD TO:
ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

SHIP TO:
ALUMINUM SHAPES INC
9000 RIVER ROAD
DELAIR NJ 08110
UNITED STATES OF AMERICA

INVOICE NO: 1183568
02-20-08

200

PAYMENT REFERENCE NO: 1183568

| CUSTOMER ORDER NO. | | | | | | |
|---|---|---|---|---|---|---|
| 479339 | | | | | | |

| PAYMENT TERMS | | DATE SHIPPED | BILL REL | SHIPPED VIA | CUSTOMER PO |
|---|---|---|---|---|---|
| PREPAID | | 02-19-08 | 81106 | PYLE A. DUIE | 039640184 |

PAYMENT TERMS: NET 30 DAYS

PPG ORDER NO. 0011-83563-01-01-1

| PRODUCT | PRODUCT INFORMATION | FOB SHIPPING POINT | QTY. SHIPPED | UNIT. PRICE PER UNIT | AMOUNT |
|---|---|---|---|---|---|
| UCI00645 | POLYCRON III COPPER METALLIC | SPRINGDALE FACTORY | | | |
| | REL NO : 799339 | | | | |
| | LOT NO : 40273. | | | | |
| | 52: DRUM | 2 | 100.00 GAL | 26.400 | 2,640.00 |

P.O. # 153243415

2,640.00

PPG INDUSTRIES INC.
OCEINVOICEINQUIRY@PPG.COM
10800 S. 13TH ST
OAK CREEK, WI 53154
1-800-338-8391

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

CUSTOMER-ORIGINAL

PAGE 1 OF 1

14:42 MAR 26, 2008  ID: A. DUIE PYLE, INC.                        #459808   PAGE: 2/3

# A. Duie Pyle, Inc.
ICC NO. 89149
R.U.C. NO. A 09167389
FED. I.D. NO. 23-1417983

**PYLE**          **DELIVERY RECEIPT**

MAIN OFFICE: P.O. BOX 564 • WEST CHESTER, PA 19381-0564
TOLL FREE - 800-523-5020
610-696-5800

www.pyleco.com          1 BS

**#HAZARDOUS#**

PRO/FREIGHT BILL#   153 243 415

3:29:46AM S:U

| | |
|---|---|
| DRB: PGH   DST: WCH | SHIPPER   PPSP12 |
| CONSIGNEE   ALDEOR | P P G COATINGS & RESINS 06 |
| ALUMINUM SHAPES LLC | 125 COLFAX ST |
| 9000 RIVER RD | |
| DELAIR          NJ | SPRINGDALE          PA |
| BUR35928?   08110 | 15144 |
| CALL EXT:2   855-662-9500 | TERRY BCHE   724-274-7900 |
| 579821   MAIL   5353L | |
| E-2 CENTRAL NJ 4 | 3CEJ4 | |

PICK UP DATE   02/19/08
PAGE   1 OF 1
PICK UP DRIVER   ENOS, TERR
PICK UP UNIT   C046HL
SHIPPERS BILL OF LADING#   17940
PURCHASE ORDER#   793339

PPSP12 PPIX004 PREPAID

*C**IF DRUMS - FREIGHT MUST BE PALLETIZED *

Pull Into Decin group
Ind pent John Tippen
Scale In-5 out

| PIECES | CONT | HM | FREIGHT DESCRIPTION | CLASS | WGT/LBS | RATE | INV AMT |
|---|---|---|---|---|---|---|---|
| | | | ** FOR CHEMICAL EMERGENCY INFORMATION ** | | | | |
| | | | *** CALL: 800-424-9300 *** | | | | |
| | | | **************************** | | | | |
| 2 | DRM | X | PAINT, 3, UN1263, III | 55 | 976 | | |
| | | | 1 PLT STC 2 | | | | |
| | | | 7-3:30 | | | | |
| | | | CHARGEABLE PALLET WEIGHT | 70 | 88 | | |
| | | | HAZARDOUS | | | | |
| | | | Protect your shipments in the winter-impacted Northeast. From November through mid-April, our cold-weather protection plan operates 24 hours a day, seven days a week.  Contact our sales department at 800-523-5020. | | | | |
| | | | INV# 1183568 | | | | |

| 2 | < TOTAL PIECES > *** C H A R G E S   M I S S I N G *** | TOTAL WEIGHT > | 1064 | TOTAL CHARGES > | |

| | PCS | DATE | DRIVER | FIRM NAME |
|---|---|---|---|---|
| C.O.D. TOTAL | 2 | 2-20-08 | | Aluminum Shapes LLC |

| __ INSIDE DELIVERY | __ SOFT & BBG   # PCS: | RECEIVED IN GOOD CONDITION/SHRINK WRAP IN TACT UNLESS OTHERWISE NOTED. SIGNATURE ACKNOWLEDGES DESIGNATED SPECIAL SERVICES WERE AUTHORIZED AND PERFORMED AT DELIVERY. |
| __ LIFTGATE | __ PRISON | SIGNATURE   BY: |
| __ RESIDENTIAL | __ MILITARY INSTALLATION | |
| __ CONSTRUCTION SITE | __ OVER DIMENSION | PRINT NAME   BY: Ron Giller E 2/20/08 |