PPG\Shapes-Arch Holdings, LLC\proposed order

**THE CHARTWELL LAW OFFICES, LLP**
John J. Winter, Esquire
NJ ID No. JW9777
2621 Van Buren Avenue
Norristown, PA 19403
Telephone: (610) 666-7700
Telecopier: (610) 666-7704
Attorneys for PPG Industries, Inc.

_____

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| **SHAPES/ARCH HOLDINGS, LLC,** | : DISTRICT OF NEW JERSEY |
| **et al.,** | : Chapter 11 Case Nos. 08-14631 through |
| Debtors | :    08-14635 (GMB) (jointly administered) |
| | : Hearing Date: June 9, 2008, 10:00 A.M. |
| _____ | : Oral Argument Requested if Opposed |

Recommended Local Form:   X  Followed   ____ Modified

**ORDER GRANTING MOTION
TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) AND 503(b)(9),
<u>FILED ON BEHALF OF PPG INDUSTRIES, INC.</u>**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby

ORDERED.

Dated: _____, 2008
       Camden, New Jersey

**BY THE COURT:**

_____
Honorable Gloria M. Burns
United States Bankruptcy Judge

ORDER GRANTING MOTION
TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) AND 503(b)(9),
FILED ON BEHALF OF PPG INDUSTRIES, INC.

**THIS MATTER** having been opened to the Court by PPG Industries, Inc., by and through its counsel, upon Motion to Compel Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) and 503(b)(9) filed on behalf of PPG Industries, Inc. (the "Motion"), and good and sufficient notice of the hearing on the Motion having been provided, and the Court having considered the moving papers, the opposition thereto, if any, and the oral arguments of counsel, and the Court having determined that good cause exists for the entry of this Order,

**IT IS ORDERED,** that the Motion is **GRANTED;** and.

**IT IS FURTHER ORDERED** that PPG Industries, Inc. is hereby allowed an unsecured claim entitled to administrative priority against the Debtor, Accu-Weld, LLC, in the amount of $_____, said claim being afforded administrative priority in accordance with 11 U.S.C. §§ 503(a) and 503(b)(9); and

**IT IS FURTHER ORDERED** that PPG Industries, Inc. is hereby allowed an unsecured claim entitled to administrative priority against the Debtor, Shapes, LLC, in the amount of $_____, said claim being afforded administrative priority in accordance with 11 U.S.C. §§ 503(a) and 503(b)(9); and

**IT IS FURTHER ORDERED** that foregoing administrative claims shall be deemed to have been filed in the respective bankruptcy cases of Accu-Weld, LLC and Shapes, LLC, without the need for separate or further filings therein by PPG Industries, Inc.; and

2

**IT IS FURTHER ORDERED** that the Movant shall serve a copy of this Order on the Debtors, any trustee and any other party who entered an appearance on the Motion.