PPG\Shapes-Arch Holdings\motion to compel administrative expense

**THE CHARTWELL LAW OFFICES, LLP**
John J. Winter, Esquire
NJ ID No. JW9777
2621 Van Buren Avenue
Norristown, PA 19403
Telephone: (610) 666-7700
Telecopier: (610) 666-7704
Attorneys for PPG Industries, Inc.

_____

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| **SHAPES/ARCH HOLDINGS, LLC,** | : DISTRICT OF NEW JERSEY |
| **et al.,** | : Chapter 11 Case Nos. 08-14631 through |
|           Debtors | :    08-14635 (GMB) (jointly administered) |
| | : Hearing Date: June 9, 2008, 10:00 A.M. |
| _____ | : Oral Argument Requested if Opposed |

**CERTIFICATION OF SERVICE OF MOTION
TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) AND 503(b)(9),
<u>FILED ON BEHALF OF PPG INDUSTRIES, INC.</u>**

    **John J. Winter, Esquire**, hereby certifies as follows:

    1.    I am a member of the law firm of The Chartwell Law Offices, LLP, located at 2621 Van Buren Avenue, Norristown, PA 19403.
.
    2.    On the 10th day of May, 2008, I caused to be delivered to the Clerk of the United States Bankruptcy Court for the District of New Jersey, Camden Vicinage, by Electronic Case Filing, true and correct copies of the following documents for filing:

    (a)    Notice of Motion to Compel Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) and 503(b)(9);

    (b)    Application to Compel Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) and 503(b)(9);

    (c)    Certification of Kevin B. Stiffler in Support of Motion to Compel Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) and 503(b)(9):

    (d)    Proposed Form of Order Granting Motion to Compel Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) and 503(b)(9); and

(e) Certification of Service of Motion to Compel Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) and 503(b)(9).

3. On the 10th day of May, 2008, due to their having been filed with the Court by Electronic Case Filing, the foregoing documents also became available for viewing and downloading, and were therefore served upon all e-filers that have entered their appearances in these cases, including without limitation, the following parties:

Mark E. Felger, Esquire, Jerrold N. Poslusny, Jr., Esquire
Cozen O'Connor
Liberty View, Suite 300, 475 Haddonfield Road
Cherry Hill, NJ 08002
*(Counsel for Debtors)*

John C. Kilgannon, Esquire
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103
*(Co-Counsel for Debtors)*

Michael D. Sirota, Esquire, Ilana Volkov, Esquire
Cole, Schotz, Meisel, Forman & Leonard
25 Main Street, Hackensack, NJ 07601
*(Counsel for Official Committee of Unsecured Creditors)*

Alan D. Halperin, Esquire, Walter Benzija, Esquire, Debra J. Cohen, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor, New York, NY 10022
*(Co-Counsel for Official Committee of Unsecured Creditors)*

Joel C. Shapiro, Esquire
Blank Rome LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
*(Counsel for Arcus Funding, LLC and Arcus ASI, Inc.)*

Louis T. Delucia, Esquire, Alan J. Brody, Esquire, Alyson M. Fiedler, Esquire
Greenberg Traurig LLP
200 Park Avenue, Florham Park, NJ 07932
*(Counsel for Arch Acquisition I, LLC)*

Paul A. Patterson, Esquire, Michael J. Cordone, Esquire, Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young LLP
Woodland Falls Corporate Park, 200 Lake Drive East, Suite 100
Cherry Hill, NJ 08002
*(Counsel for The CIT Group/Business Credit, Inc.)*

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
*(Claims Noticing Agent)*

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, N J 07102

|  |  |
|---|---|
| Dated: May 10, 2008 | **THE CHARTWELL LAW OFFICES, LLP**<br><br>By: /s/ John J. Winter<br>    John J. Winter, Esquire<br>    NJ ID No. JW9777<br>2621 Van Buren Avenue<br>Norristown, PA 19403<br>Telephone Number (610) 666-7700<br>Telecopier Number (610) 666-7704<br>Attorneys for PPG Industries, Inc. |