Order Filed on
5/13/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

**ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: 5/13/2008**

_/s/ Gloria M. Burns_
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

---

Upon consideration of the application of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>")[1], for notice under Federal Rule Bankruptcy Procedure 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1.    The time period required by Local Bankruptcy Rule 9013-1 for notice of hearing on the Joint Disclosure Statement for the Debtors' Second Amended Joint Plan of Reorganization (the "<u>Disclosure Statement</u>") is hereby shortened as set forth herein.

2.    A hearing shall be conducted on the aforesaid Disclosure Statement on May 23, 2008 at 10:00 a.m. in the United States Bankruptcy Court, 400 Cooper Street, Camden, New Jersey 08101, Courtroom # 4C.

3.    True copies of this order, the application for it, and the moving papers shall be served upon (a) counsel for the Lender Group, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) the Internal Revenue Service, (e) the New Jersey Attorney General, (f) the Commonwealth of Pennsylvania Department of Revenue, (g) counsel to the Creditors' Committee and (h) all parties on the Master Service List by:

- ☐ fax,
- ☑ overnight mail,
- ☑ email,
- ☐ hand delivery,
- ☐ regular mail,

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns May 13, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

---

      and within

      ☐    day(s) of the date hereof, or

      ☑    on the same date as the Order.

4.    Any objections to said motion:

      ☑    shall be filed and served as to be received no later than <u>May 21, 2008, at 5:00 p.m.</u>

      ☐    may be presented at the hearing.

5.    ☑    Court appearances will be required to prosecute said motion and any objections.

      ☐    Any objector may appear by telephone at the hearing.

      ☐    The hearing will be held by telephone conference call, to be arranged by the applicant.

CHERRY_HILL\443950\1 220718.000

*Approved by Judge Gloria M. Burns May  13, 2008*