# EXHIBIT "B"

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
|  | : |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : CHAPTER 11 |
|  |  |
| Debtors. | CASE NO. 08-14631 (GMB) |
|  | (Jointly Administered) |

## AFFIDAVIT IN SUPPORT OF ORDINARY COURSE RETENTION

STATE OF <u>New Jersey</u>)
           )   ss:
COUNTY OF <u>Gloucester</u>)

**Gregory D. Martin** declares as follows:

1. I am a <u>Vice President</u> of the firm of <u>Roux Associates, Inc.</u> (the "<u>Firm</u>"), which maintains offices at 1222 Forest Parkway, West Deptford, NJ 08066.

2. This Affidavit is submitted in connection with an order of the United States Bankruptcy Court for the District of New Jersey dated <u>April 23,</u> 2008 authorizing Shapes/Arch Holdings L.L.C, Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C. (the "<u>Debtors</u>") to retain certain professionals in the ordinary course of business during the pendency of the Debtors' Chapter 11 cases. The Debtors have requested, and the Firm has agreed, to continue to represent and advise the Debtors pursuant to Section 327(e) of Title 11 of the United States Code, 11 U.S.C. §§ 101 <u>et seq.</u> (the "<u>Bankruptcy Code</u>").

3. The Firm has provided, and/or intends to provide, the following services to the Debtors from and after the Petition Date: <u>environmental consulting, environmental compliance, regulatory compliance, remedial investigative and remedial action services.</u>*
   *See also Attachment A

4. To the best of my knowledge, information and belief, formed after due inquiry, (i) the Firm does not currently provide services to any party in any matter related to the Debtors, and (ii) the Firm does not represent or hold an interest adverse to the Debtors.*

*See also Attachment A

5. The Firm may now, or in the future, provide services to certain creditors of the Debtors or other parties in matters to the Debtors and their estates, but in this regard, the Firm's work for these clients will not include representation on any matters relating to the Debtors' Chapter 11 cases.*

*See also Attachment A

6. The Firm further states that it has not shared, nor agreed to share any compensation received in connection with these Chapter 11 cases with another party or person, other than as permitted by Section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

*See also Attachment A

7. The foregoing constitutes the statement of the Firm pursuant to Sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

_____
Gregory D. Martin
Vice President
Roux Associates, Inc.
1222 Forest Parkway
West Deptford, NJ 08066

Sworn to before me
this 13 day of MAY, 2008

_____
Notary Public

**JASON ERIC KOHL**
**Notary Public of New Jersey**
**Commission Expires 3/27/2013**

# EXHIBIT "C"

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| | : |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : CHAPTER 11 |
| | |
| Debtors. | CASE NO. 08-14631 (GMB) |
| | (Jointly Administered) |

## RETENTION QUESTIONNAIRE

**TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY**
Shapes/Arch Holdings L.L.C, Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and/or Ultra L.L.C. (the "<u>Debtors</u>")

**FILE THIS QUESTIONNAIRE WITH THE COURT.**
**RETURN A COPY OF IT TO**:

1. Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110
   Attn: David Gollin, Esq.

2. Cozen O'Connor
   Chase Manhattan Centre
   1201 North Market St.
   Suite 140
   Wilmington, DE 19801
   Attn: Mark E. Felger, Esq.

3. Cozen O'Connor
   LibertyView, Suite 300
   457 Haddonfield Road
   Cherry Hill, NJ 08002
   Attn: Jerrold N. Poslusny, Jr., Esq.

4. Office of the United States Trustee
   One Newark Center
   Suite 2100
   Newark, NJ 07102
   Attn: Peter J. D'Auria, Esq.
   Attn: Jeffrey M. Sponder, Esq.

5. Blank Rome LLP
   One Logan Square
   130 North 18th Street
   Philadelphia, PA 19103-6998
   Attn: Joel Shapiro, Esq.

6. Blank Rome LLP
   The Chrysler Building
   405 Lexington Ave.
   New York, NY 10174
   Attn: Lawrence Flick, Esq.

7. Stradley Ronon
   2600 One Commerce Square
   Philadelphia, PA 19103
   Attn: Paul A. Patterson, Esq.
   Attn: Gary P. Scharmett , Esq.

If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:
   Roux Associates, Inc.
   1222 Forest Parkway
   West Deptford, NJ 08066

2. Date of Retention:   April 15, 2008

3. Type of Service Provided (accounting, legal, etc.):
   Environmental Services

**ROUX ASSOCIATES INC**                                                                 *OA99088J.976*

4. Brief description of services to be provided:
   Environmental consulting, environmental compliance, regulatory compliance, remedial investigative and remedial action services.*
   *See also Attachment A

5. Arrangements for compensation (hourly, contingent, etc.):
   hourly
   (a) Average hourly rate (if applicable): See rate sheet as Attachment B
   (b) Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):
   Variable based on assignment

6. Pre-petition claims against any of the Debtors held by the firm:
   Amount of claim: $0.00 (see Attachment A)
   Date claim arose: Not Applicable
   Source of claim: Not Applicable

7. Pre-petition claims against any of the Debtors held individually by any member, associate or professional employee of the firm:

   Name: Not Applicable
   Status: Not Applicable
   Amount of claim: Not Applicable
   Date claim arose: Not Applicable
   Source of claim: Not Applicable

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed:
   No adverse interest known*

   *See also Attachment A

**ROUX ASSOCIATES INC**                                                                              *OA99088J.976*

## ATTACHMENT A

Notwithstanding anything to the contrary in Exhibits B and C, Roux Associates, Inc. ("Roux Associates") provides the disclosures herein to clarify its responses to the "Affidavit in Support of Ordinary Course Retention ("Exhibit B")" and the "Retention Questionnaire ("Exhibit C")":

1) Clarification for Exhibit B, paragraphs 3, 4, 5, and 8, and Exhibit C, paragraph 4:  As disclosed in Exhibits B and C, Roux Associates provides environmental services ("Services") directly for the Debtor and the continuation of these Services is the subject of the Ordinary Course Retention.  These Services are distinct and different from the services described in Item 2 below.

2) Clarification for Exhibit B, paragraphs 3, 4, 5, and 8, and Exhibit C, paragraph 4:  Roux Associates is also currently conducting remedial investigative services and expects to conduct remedial investigative services and remedial action services in the future with respect to environmental contamination both on the Debtors' property and potentially beyond the property boundaries (collectively "Insurance Services").  The Insurance Services has and is expected to include installation of monitoring wells, measurements of ground water, sampling, report preparation and other related activities.  The currently anticipated Insurance Services are described in two workplans submitted to the New Jersey Department of Environmental Protection (NJDEP) in response to an August 14, 2007 "Notice of Deficiency" from the NJDEP.

    All of the Insurance Services described in this Item 2 have been paid for in the past and are anticipated to be paid for in the future directly by the insurance companies of the Debtors (Insurance Companies).  Implementation of the Insurance Services described in this Item 2 will not be done under the Ordinary Course Retention.

3) Clarification for Exhibit C, paragraph 6: Roux Associates currently has approximately $18,000 in outstanding accounts receivables with respect to the Insurance Services described in Item 2.  As in the past, Roux Associates expects to be paid directly by the Insurance Companies.  As a result, Roux Associates has not listed these monies as "pre-petition claims" against the Debtors.

4) Clarification for Exhibit B, paragraph 6: In the normal course of conducting Services for the Debtors under the Ordinary Course Retention, it is hereby disclosed that Roux Associates may subcontract certain required Services such as those provided by drilling, analytical laboratory, equipment rental, surveying, disposal or remedial contractors.

5) Clarification for Exhibit B, paragraph 5: It is anticipated that Services provided under the Ordinary Course Retention may include consulting services and preparation of documents on behalf of the Debtors for compliance with New Jersey's Industrial Site Recovery Act (ISRA).

**ATTACHMENT B**
**ROUX ASSOCIATES INC.**
**Standard Schedule of Fees**
*Effective January 2007*

| CATEGORIES | HOURLY FEE |
|---|---|
| Word Processing/Document Production | $60 – $75 |
| Project Support (Technical Editing/Database Management) | $75 – $100 |
| Drafting | $80 – $100 |
| Technician | $75 – $90 |
| Staff | $85 – $100 |
| Project | $100 – $120 |
| Senior | $125 – $160 |
| Principal | $170 – $210 |
| Officer | $200 – $275 |

Technical disciplines include hydrogeologists, geologists, engineers, geochemists, geophysicists, soil scientists, toxicologists, and industrial hygienists.

Labor rates **do not include** all reasonable travel and living expenses, vehicle mileage, long distance calls, in-house reproduction, express freight, specialized field and computer equipment and those items purchased solely for the project. All incidental expenses will be billed at cost. Other billable items are summarized below.

**EXPENSES**

| | |
|---|---|
| Company Trucks | $110 per day |
| Personal Vehicles | IRS Prevailing Rate |
| In-house Reproduction | |
| *Black & White* | |
| 8.5 x 11 and 11 x 17 | $ .15 per page |
| D & E Size Drawings | $2.50 per page |
| *Color* | |
| 8.5 x 11 and 11 x 17 | $1.50 per page |
| In-house Color Prints | |
| D & E Size Drawings | $5.00 per print |
| Graphics Scanning | $50 per scan |
| Long Distance Telephone | At Cost |
| Overnight Delivery | At Cost |
| Company Field Equipment | Rate schedule available upon request |
| Computer Modeling, Computer Graphics/ Drafting, and Data Management | $35.00 per hour |
| Equipment and Supplies | Cost plus 10 percent |
| Subcontractor Costs | Cost plus 15 percent |

All invoices are payable upon receipt. Invoices not paid within 30 days are subject to interest at 1.5 percent per month. Individual billing rates will be adjusted on an annual basis in January of each year.

**ROUX ASSOCIATES INC**                                                                                           *OA99088J.976*