**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212) 765-0964 Facsimile
Alan D. Halperin, Esq.
Donna Lieberman, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey  07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Co-Counsel for the Official
Committee of Unsecured Creditors

| | |
|---|---|
| In the Matter of: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS, L.L.C., et al., | CASE NO. 08-14631(GMB) |
| Debtors. | (Jointly Administered) |
| | Chapter 11 |
| | **APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF ADMISSION OF ATTORNEY *PRO HAC VICE* PURSUANT TO D.N.J. LBR 2090-1 AND LOC. CIV. R. 101.1** |

TO:   HONORABLE GLORIA M. BURNS
         United States Bankruptcy Judge

The Application of the Official Committee of Unsecured Creditors (the "Committee") of

Shapes/Arch Holdings L.L.C., *et al*. (the "Debtors"), by and through its co-counsel, Cole,

45765/0001-1521527v1

Schotz, Meisel, Forman & Leonard, P.A., for entry of an Order granting *pro hac vice* admission of Donna H. Lieberman, Esq. ("Ms. Lieberman"), respectfully represents as follows:

1. On March 16, 2008 (the "Filing Date"), the Debtors filed their respective voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Petitions") and have continued in the management of their businesses and properties as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2. On March 31, 2008, the Office of the United States Trustee for the District of New Jersey appointed the Committee. The Committee is represented by the law firms of Halperin Battaglia Raicht, LLP ("HBR") and Cole, Schotz, Meisel, Forman & Leonard, P.A.

3. Ms. Lieberman is the one of the attorneys at HBR who has been primarily involved in this matter. Accordingly, because of her familiarity with the facts and circumstances, documents and strategy relevant to the Debtors' cases, the Committee requests that Ms. Lieberman be allowed to appear *pro hac vice* on its behalf in the Debtors' cases.

4. As set forth in the accompanying Certification of Ms. Lieberman, Ms. Lieberman is a member in good standing of the bar of the State of New York and is admitted to the United States District Court for the Southern and Eastern Districts of New York. Ms. Lieberman is not under suspension or disbarment by any court.

5. If admitted *pro hac vice*, Ms. Lieberman has represented that she will adhere to the disciplinary jurisdiction of this Court. Ms. Lieberman also will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the applicable annual fee and shall pay the $150.00 fee required by L. Civ. R. 101.1(c)(3) for *pro hac vice* admission to this Court.

WHEREFORE, it is respectfully requested that the Court grant the Committee's Application pursuant to D.N.J. LBR 2090-1 and L. Civ. R. 101.1(c) to admit Ms. Lieberman *pro hac vice* in this matter and such other relief as the Court deems just and appropriate.

        Respectfully submitted,

        **COLE, SCHOTZ, MEISEL,**
        **FORMAN & LEONARD, P.A.**
        Co-Counsel to the Official Committee of
        Unsecured Creditors

        By:   */s/ Michael D. Sirota*
              Michael D. Sirota
              Ilana Volkov
              Warren A. Usatine

DATED: May 13, 2008