**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212) 765-0964 Facsimile
Alan D. Halperin, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey  07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Co-Counsel for the Official
Committee of Unsecured Creditors

|  |  |
|---|---|
| In the Matter of: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| | : HONORABLE GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS, L.L.C., et al., | : CASE NO. 08-14631(GMB) |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Chapter 11 |
| | : |
| | : **CERTIFICATION OF DONNA H.** |
| | **LIEBERMAN, ESQ. IN SUPPORT OF** |
| | **ADMISSION OF ATTORNEY _PRO HAC_** |
| | **_VICE_ PURSUANT TO D.N.J. LBR 2090-1** |
| | **AND LOC. CIV. R. 101.1** |

DONNA H. LIEBERMAN, ESQ., of full age, hereby certifies as follows:

1.    I am Of Counsel to the firm of Halperin Battaglia Raicht, LLP ("HBR").

My office is located at 555 Madison Avenue, 9th floor, New York, New York  10022.

HBR is co-counsel for the Official Committee of Unsecured Creditors (the "Committee")

of Shapes/Arch Holdings L.L.C., *et al.* (the "Debtors") in the Debtors' bankruptcy cases.

2.    I am a member in good standing of the bar of the State of New York.  I

also am admitted to the United States District Court for the Southern and Eastern

Districts of New York.

3.    I submit this Certification in support of the Committee's application for

my admission *pro hac vice* to appear and participate in this Chapter 11 proceeding on its

behalf, together with Cole, Schotz, Meisel, Forman & Leonard, P.A., Court Plaza North,

25 Main Street, P.O. Box 800, Hackensack, New Jersey  07602-0800, which firm is

serving as co-counsel of record.

4.    I am not under suspension or disbarment by any Court.

5.    If admitted to appear *pro hac vice*, I agree to abide by this Court's local

rules, to submit myself to the disciplinary jurisdiction of this Court, and to make payment

to the New Jersey Lawyer's Fund for Client Protection as provided in L.Civ.R. 101.1(c).

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

*Donna H. Lieberman*

DONNA H. LIEBERMAN

DATED:  May 13, 2008