

ATTORNEYS AT LAW

**Parker McCay P.A.**
Three Greentree Centre
7001 Lincoln Drive West
P.O. Box 974
Marlton, NJ 08053-0974

P: 856-596-8900
F: 856-596-9631
www.parkermccay.com

May 13, 2008

File No. 07608-0127

To All Parties on the Attached Service List:

    Re:    **Pennsauken Township v. Shapes/Arch Holdings LLC et**
              **Chapter 11 Bankruptcy Case No: 08-14631 (GMB)**

Dear Ladies and Gentlemen:

    Enclosed please find a copy of Pennsauken Township's Proof of Claim which was filed with the U.S. Bankruptcy Court and with the Claim Agent on May 13, 2008.

    Thank you for your attention in this matter.

Very truly yours,

OREN KLEIN

OK/na
Enclosures

Marlton, New Jersey  |  Lawrenceville, New Jersey  |  Atlantic City, New Jersey

SERVICE LIST
SHAPES/ARCH HOLDINGS
CHAPTER 11 BANKRUPTCY CASE NO. 08-14631 (GMB)

| | |
|---|---|
| Shapes/Arch L.L.C.<br>c/o Epiq Bankruotcy Solutions, LLC<br>Grand Central Station<br>PO Box 4601<br>New York, NY 10163-4601<br>***Served via Regular Mail*** | Shapes/Arch Holdings L.L.C.<br>c/o Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue<br>Third Floor<br>New York, NY 10017<br>***Served via Federal Express*** |
| Alan Halperin, Esquire<br>Halperin, Battaglia, Raicht, LLP<br>555 Madison Avenue, 9th Floor<br>New York, NY 10022<br>***Sent via Federal Express*** | Michael D. Sirota, Esquire<br>Cole, Schotz, Meisel, Forman & Leonard, PA<br>25 Main Street<br>Hackensack, NJ 07601<br>***Sent via Federal Express*** |
| Jerrold N. Poslusny, Jr., Esquire<br>Cozen O'Connor<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>***Sent via Federal Express*** | Alan Brody, Esquire<br>200 Park Avenue<br>Florham, NJ 07932<br>***Sent via Federal Express*** |