## CONFIRMATION REQUEST

The Debtors hereby requests confirmation of the Plan pursuant sections 1129(a) and (b) of the Bankruptcy Code.

DATED:  May 12, 2008               Respectfully submitted,

                                   Shapes/Arch Holdings L.L.C.

                                   By: _____
                                   Name: Steven Grabell
                                   Title:  CEO

DATED:  May 12, 2008

                                   Shapes L.L.C.

                                   By: _____
                                   Name: Steven Grabell
                                   Title: CEO

DATED:  May 12, 2008

                                   Accu Weld L.L.C.

                                   By: _____
                                   Name: Steven Grabell
                                   Title:  VP

DATED:  May 12, 2008

                                   Ultra, L.L.C.

                                   By: _____
                                   Name: Barnet Carpen
                                   Title: President

DATED:  May 12, 2008

                                   Delair, L.L.C.

                                   By: Richard M Brown
                                   Name: Richard M Grossman
                                   Title:  EVP