## CONCLUSION

The Debtors believe the Plan is in best interest of all creditors and recommends that Impaired creditors vote to accept the Plan.

DATED: May 12, 2008                     Respectfully submitted,

                                        Shapes/Arch Holdings L.L.C.

                                        By: _____
                                        Name: Steven Grabell
                                        Title: CEO


DATED: May 12, 2008

                                        Shapes L.L.C.

                                        By: _____
                                        Name: Steven Grabell
                                        Title: CEO


DATED: May 12, 2008

                                        Delair L.L.C.

                                        By: _____
                                        Name: Richard M Grossman
                                        Title: EVP


DATED: May 12, 2008

                                        Accu-Weld L.L.C.

                                        By: _____
                                        Name: Steven Grabell
                                        Title: VP


DATED: May 12, 2008

                                        Ultra L.L.C.

                                        By: _____
                                        Name: Daniel Carpen
                                        Title: President

54

CHERRY_HILL\442557\4