## VERIFICATION

Steven Grabell of full age, certifies and states as follows:

1.  I am the Chief Executive Officer of Shapes/Arch Holdings L.L.C. and Shapes L.L.C.[3], and I am fully authorized to make this Verification on all of the Debtors' behalf.

2.  I have read the foregoing Motion and I hereby certify and verify that all of the statements contained therein are true.

3.  I hereby verify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

_____
Steven Grabell

---

[3] Unless otherwise defined capitalized terms shall have the same meaning ascribed to them in the Motion.

24