**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Alan D. Halperin, Esq.
Walter Benzija, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Co-Counsel to the Official
Committee of Unsecured Creditors
of Shapes/Arch Holdings L.L.C., *et al.*

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| | : HON. GLORIA M. BURNS |
| | : CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, : | |
| | : Chapter 11 |
| Debtors. | : (Jointly Administered) |
| | : |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY      )
                                            ) SS.:
COUNTY OF BERGEN         )

  CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

45765/0001-1521744v1

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel to the Official Committee of Unsecured Creditors of Shapes/Arch Holdings L.L.C., *et al.* (the "Committee").

2. On May 13, 2008, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following documents:

    a. Application of Official Committee of Unsecured Creditors in Support of Admission of Attorney Pro Hac Vice Pursuant to D.N.J. LBR 2090-1 and Loc.Civ.R. 101.1;

    b. Certification of Donna H. Lieberman, Esq. in Support of Application; and

    c. Proposed form of Order.

3. On May 13, 2008, this office caused to be served, *via United States Mail, first class delivery*, on all parties on the attached Service List, a copy of the pleadings as referenced above.

4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                              */s/ Cynthia Braden*
                                                              CYNTHIA BRADEN

Sworn and subscribed to before me
this 14th day of May, 2008.

*/s/ Frances Pisano*
FRANCES PISANO
A Notary Public of New Jersey
My Commission Expires 12/02/08

45765/0001-1521744v1

**IN RE SHAPES/ARCH HOLDINGS L.L.C.
CASE NO. 08-14631 (GMB)**

**SERVICE LIST**

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Attorneys for Debtors
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Mark E. Felger, Esq.
Cozen O'Connor
Attorneys for Debtors
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801

Robert Lapowsky, Esq.
Stevens & Lee, P.C.
Special Counsel to Debtors
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Brian Bull
Alcan
Creditors' Committee Co-Chairperson
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada

Richard A. Keliner
Rusal America Corp.
Creditors' Committee Co-Chairperson
550 Mamaroneck Ave.
Harrison, NY 10528

Joel Shapiro, Esq.
Blank Rome LLP
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

Lawrence Flick, Esq.
Blank Rome LLP
Attorneys for ASI Funding, LLC and Arcus ASI, Inc
The Chrysler Building
405 Lexington Ave.
New York, NY 10174

Paul A. Patterson, Esq.
Michael Cordone, Esq.
Mark J. Dorval, Esq.
Stradley Ronon
Attorneys for the CIT Group/Business Credit, Inc.
2600 One Commerce Square
Philadelphia, PA 19103

Louis T. DeLucia, Esq.
Alan J. Brody, Esq.
Alyson M. Fiedler, Esq.
Greenberg Traurig, LLP
Attorneys for Arch Acquisition I, LLC
200 Park Ave.
Florham Park, NJ 07932

Nancy A. Mitchell, Esq.
Greenberg Traurig, LLP
Attorneys for Arch Acquisition I, LLC
Metlife Building
200 Park Ave.
New York, NY 10016

2

Diane E. Vuocolo, Esq.
Greenberg Traurig, LLP
Attorneys for Arch Acquisition I, LLC
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103

Jennifer M. Davies, Esq.
Lamm Rubenstone LLC
Attorneys for Modern Handling Equipment Co.
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
Attorneys for Glencore Ltd.
101 Park Avenue
New York, NY 10178

Glencore Ltd
Attn: Elitsa Golab
301 Tresser Blvd.
Stamford, CT 06901

John R. Morton, Jr. Esq.
Law Offices of John R. Morton, Jr.
Attorneys for Jaguar Credit Corporation &
Wells Fargo Equipment Finance, Inc.
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

Robert M. Marshall, Esq.
Marshall & Quentzel, L.L.C.
Attorneys for Alumet Supply, Inc.
155 Willowbrook Boulevard
Wayne, NJ 07470

Joe M. Lozano, Jr., Esq.
Brice, Vander Linden & Wernick, P.C.
Attorneys for Bank of America
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

3

Jeffrey Kurtzman, Esq.
Klehr Harrison Harvey Branzbug & Ellers
Attorneys for A. Jerome Grossman and Frank Kessler
260 South Broad Street
Philadelphia, PA 19102

David W. Phillips, Esq.
Todd M. Galante, Esq.
Jeffrey M. Zalkin, Esq.
LeClairRyan
Attorneys for De Lage Landen Financial Services, Inc.
Two Penn Plaza East
Newark, NJ 07105-2249

Emmanuel J. Argentieri, Esq.
Parker McCay
Attorneys for Pennsauken Township
PO Box 974
Marlton, NJ 08053

Stephen Richman, Esq., Thomas Kohn, Esq.
R. Matthew Pettigrew, Jr., Esq.
Markowitz & Richman
Attorneys for U.I.U. Health & Welfare Fund
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107

Richard McNeill, Esq.
McNeill & Walker
Attorneys for Teamsters Local 837
230 South Broad Street
Suite 700
Philadelphia, PA 19102

Internal Revenue Service (IRS)
P.O. Box 21126
Philadelphia, PA 19114

4

New Jersey Attorney General
Office Division of Law
Attn: Tracy Richardson, Esq.
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Commonwealth of Pennsylvania
State Office Building
1400 Spring Garden Street, Room 201
Philadelphia, PA 19130

U.S. Environmental Protection Agency
Region 2
290 Broadway, 17th Floor
New York, NY 10007-1866

New Jersey Department of Environmental Protection
Attorney General of New Jersey
25 Market Street
P.O. Box 093
Trenton, NJ 08625

Christine R. Etheridge, Bankruptcy Administration
IKON Financial Services
1738 Bass Road, P.O. Box 13708
Macon, GA 31208-3708

Gilbert B. Weisman, Esq.
c/o Becket and Lee LLP
Attorney/Agent for American Express Travel Related
Svcs Co. Inc. Corp Card
P.O. Box 3001
Malvern, PA 19355-0701

Timothy A. Bortz, UC Tax Agent/Bankruptcy Rep.
On behalf of Creditor, Office of Unemployment
Comp. Tax Services
Commonwealth of Pennsylvania, Dept. of Law & Ind.
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602-1184

45765/0001-2602357v3

Cheryl L. Cooper, Esq.
Holston, MacDonald, Uzdavinis
Eastlack, Ziegler & Lodge
Attorneys for Steven Battle
66 Euclid Street, P.O. Box 358
Woodbury, NJ  08096

Sam Della Fera, Jr., Esq.
Trenk, DiPasquale, Webster,
Della Fera & Sodono, P.C.
Attorneys for Metal Management Northeast, Inc.
and Metal Management Connecticut, Inc.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ  07052

David Aaronson, Bonnie Barnet, Deborah Shuff
Drinker Biddle & Reath LLP
Attys for Sears Holding, Georgia-Pacific, The Glidden
Co., Avery Dennison, Borden Foods, Crowley Corp.,
Garrett-Buchanan, Southeastern PA Trans. Authority
One Logan Square, 18th and Cherry Streets
Philadelphia, PA  19103

Andrew J. Flame, Esq.
Drinker Biddle & Reath LLP
Attorneys for PPL Energyplus, LLC
105 College Road East, Suite 300
P.O. Box 627
Princeton, NJ  08562-0627

Carol R. Cobb, Esq.
Louis Giansante, Esq.
Giansante & Cobb, LLC
Attorneys for Ward Sand & Materials, Inc.
23 East Main Street
Moorestown, NJ  08057-3309

Joseph M. Garemore, Esq.
Brown & Connery, LLP
Attorneys for Pollution Control Financing
Authority of Camden County
6 North Broad Street, Suite 100
Woodbury, NJ  08096

45765/0001-2602357v3

Alan P. Fox, Esq.
Capehart & Scatchard, P.A.
Attorneys for Creditor, Color Source, Inc.
Laurel Corporate Centet – Suite 300 S
8000 Midlantic Drive
Mount Laurel, NJ  08054

Ira R. Deiches, Esq.
Deiches & Ferschmann
Attorneys for Northeast Metal Traders, Inc.
25 Wilkins Avenue
Haddonfield, NJ  08033

William G. Wright, Esq.
Farr, Burke, Gambacorta & Wright, P.C.
Attorneys for General Electric Capital Corporation
Atrium I, Suite 401
1000 Atrium Way
Mt. Laurel, NJ  08054

Robyn F. Pollack, Esq.
Saul Ewing LLP
Attorneys for SL Industries, Inc.
750 College Road East, Suite 100
Princeton, NJ  08540-6617

Kelly A. Krail, Esq. & Kathleen J. Collins, Esq.
Litchfield Cavo LLP
Attorneys for Creditor Quickway, Inc.
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ  08002

Suzanne M. Klar, Esq./Joel Taylor, Esq.
Peter Siegel, Jr., Esq.
Attorney for PSE&G
80 Park Plaza, P.O. Box 570 - T5D
Newark, NJ  07102
The Chartwell Law Offices, LLP
John J. Winter, Esq.
Attorneys for PPG Industries, Inc.
2621 Van Buren Avenue
Norristown, PA  19403

7

45765/0001-2602357v3

Nord & DeMaio
Michael J. Stafford, Esq.
Attorneys for Cooper Electric Supply Co.
Turnpike Metroplex, Suite 201
190 State Highway 18
E. Burnswick, NJ  08816

Riker, Danzig, Scherer, Hyland & Perretti, LP
Joseph L. Schwartz/Kevin J. Larner, Esqs.
Attorneys for Zhongshan Hua Feng Lock
Products Co., Ltd.
Headquarters Plaza
One Speedwell lAvenue
Morristown, NJ   07962-1981

Bruce Buechler, Esq.
Lowenstein Sandler PC
Attorneys for Sun Capital Partners Group IV, Inc.
65 Livingston Avenue
Roseland, NJ  07068

8