UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ATTORNEY FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: | APPLICANT: Halperin Battaglia Raicht, LLP |
| SHAPES/ARCH HOLDINGS L.L.C., *et al*. | |
| CASE NO.: 08-14631 (GMB) | CLIENT: Official Committee of Unsecured Creditors |
| CHAPTER: 11 | CASES FILED: March 16, 2008 |

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  <u>RETENTION ORDER ATTACHED</u>.

<u>/s/ Alan D. Halperin</u>            <u>5/14 /08</u>
ALAN D. HALPERIN            Date

---

**SECTION I**
**FEE SUMMARY**

---

First Monthly Fee Statement Covering the Period
March 31, 2008 through April 30, 2008

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $0.00 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer (if applicable): | N/A |
| Total Holdback (if applicable): | N/A |
| Total Received by Applicant: | $0.00 |

| | Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 1. | Alan D. Halperin, Partner | 1991 | 170.00 | $435.00 | $73,950.00 |
| 2. | Christopher J. Battaglia, Partner | 1997 | 1.60 | $385.00 | $616.00 |
| 3. | Robert D. Raicht, Partner | 1987 | .40 | $410.00 | $164.00 |
| 4. | Walter Benzija, Of Counsel | 1996 | 4.20 | $370.00 | $1554.00 |
| 5. | Donna H. Lieberman, Of Counsel | 1984 | 103.70 | $350.00 | $36,295.00 |
| 6. | Debra J. Cohen, Associate | 1992 | 50.50 | $335.00 | $16,917.50 |
| 7. | Julie D. Dyas, Associate | 2003 | 27.00 | $275.00 | $7,425.00 |
| 8. | Ethan D. Ganc, Associate | 2001 | 52.00 | $280.00 | $14,560.00 |
| 9. | Carrie E. Mitchell, Associate | 2005 | 20.50 | $225.00 | $4,612.50 |
| 10. | Sydia N. Cooper, Paralegal | N/A | 1.40 | $80.00 | $112.00 |
| 11. | Monique A. Minto-Gonzalez, Paralegal | N/A | .60 | $100.00 | $60.00 |
| 12. | Mary M. Charles-Kennedy, Paralegal | N/A | 9.60 | $75.00 | $720.00 |
| | TOTALS | | 441.50 | | $156,986.00 |

FEE TOTALS (Page 3) $156,986.00
DISBURSEMENTS TOTALS (Page 4) $4,196.71
TOTAL FEE APPLICATION $161,182.71

# SECTION II
# SUMMARY OF SERVICES

| | Services Rendered | Hours | Fee |
|---|---|---|---|
| (a) | Claims Review & Analysis | 3.80 | $1,548.00 |
| (b) | Committee Matters | 6.90 | $2,311.50 |
| (c) | DIP Financing | 2.60 | $988.50 |
| (d) | Discovery | 0.40 | $90.00 |
| (e) | Fee Application | 0.20 | $45.00 |
| (f) | Financing | 33.60 | $12,787.00 |
| (g) | General | 170.60 | $56,521.50 |
| (h) | Meetings & Hearings | 53.90 | $22,765.00 |
| (i) | Motions & Applications | 54.90 | $17,314.50 |
| (j) | Plan & Disclosure Statement | 77.60 | $32,255.00 |
| (k) | Pleadings | 37.0 | $10,360.00 |
| SERVICES TOTALS | | 441.50 | $156,986.00 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| Disbursements | | Amount |
|---|---|---|
| (a) Westlaw | | $977.49 |
| (b) PACER | | $233.76 |
| (c) Facsimile | | |
| No. of Pages: 9 Rate per Page:$1.00 | | $9.00 |
| (d) Long Distance Telephone | | $4.38 |
| (e) Photocopying: | | |
| No. of Pages: 4,589 Rate per Page: $.20 | | $917.80 |
| (f) Travel | | |
| Car Service | $225.50 | |
| Rail | $474.00 | |
| Accommodations | $430.89 | $1,130.39 |
| (g) Postage | | $7.38 |
| (h) Federal Express | | $11.76 |
| (i) Other (explain): | | |
| Conference Call Service | $370.04 | |
| Reimbursable Meals | $534.71 | $904.75 |
| DISBURSEMENT TOTAL | | $4,196.71 |

# SECTION IV
# CASE HISTORY

(NOTE: Items (3) through (6) are not applicable to applications under 11 U.S.C. § 506)

(1)   Date cases filed: March 16, 2008

(2)   Chapter under which cases commenced: Chapter 11

(3)   Date of retention: Order signed April 25, 2008, effective March 31, 2008
      (Annex copy of order(s).) **See Exhibit A.**
      If limit on number of hours or other limitations to retention, set forth: N/A

(4)   Summarize in brief the benefits to the estate and attach supplements as needed:

   (a)   Attended numerous meetings and telephone conferences with Committee members/co-counsel and professionals, Debtors' counsel, Arch Acquisition I, LLC and its counsel, Versa and its counsel, and other parties regarding the cases, the Debtors' motion to obtain post-petition financing and plan of reorganization;

   (b)   Drafted and circulated confidentiality agreement;

   (c)   Worked with co-counsel to draft and/or review and revise and ultimately finalize for filing with the Court motions for entry of orders (i) regarding disclosure of confidential information; and (ii) granting the Committee derivative standing to commence action against the Debtors' officers and directors and others for breach of fiduciary duty;

   (d)   Drafted motions for entry of orders (i) appointing a chapter 11 trustee; and (ii) terminating exclusivity;

   (e)   Reviewed, revised and/or negotiated concerning the Debtors' post-petition financing facilities with Arcus ASI Funding, LLC and Arcus ASI, Inc. (jointly, "Arcus") and Arch Acquisition I, LLC ("Arch");

   (f)   Reviewed the Debtors' initial and amended Disclosure Statements and Plans of Reorganization and numerous objections thereto;

   (g)   Drafted objections to the Debtors' initial and amended Disclosure Statements;

   (h)   Reviewed Arch's proposed plan of reorganization, and financing proposal;

   (i)   Reviewed and worked with co-counsel to prepare and finalize objections to the Debtors' motion for entry of a Final Order authorizing them to obtain post-petition financing from Arcus;

    (j)    Conducted legal research in connection with the Debtors' various motions and the Committee's objections;

    (k)    Reviewed and worked with co-counsel to finalize motion to quash the subpoena;

    (l)    Strategized with co-counsel and reviewed deposition transcripts of Steven Grabell, Vincent Colistra and Paul Halpern in connection with the hearing on the DIP Financing Motion;

    (m)    Attended deposition of Sean Ozbalt;

    (n)    Prepared for and attended hearings on the Debtors' DIP Financing Motion and adequacy of the Debtors' Disclosure Statement; and

    (o)    Drafted numerous memos and updates for the Committee.

**INVOICES ITEMIZING SERVICES RENDERED AND OUT-OF-POCKET EXPENSES INCURRED ARE ATTACHED AS EXHIBITS "B" AND "C", RESPECTIVELY.**

(5)    Anticipated distribution to creditors:

    (a)    Administration expense: Unknown at this time.

    (b)    Secured creditors: Unknown at this time.

    (c)    Priority creditors: Unknown at this time.

    (d)    General unsecured creditors: Unknown at this time.

(6)    Final disposition of cases and percentage of dividend paid to creditors (if applicable): This is a first monthly fee statement. Final dividend percentages are unknown at this time.