# EXHIBIT C

5/14/2008                      Halperin Battaglia Raicht, LLP
5:04 PM                               Listing                                                   Page 1

## Selection Criteria

| | |
|---|---|
| Slip.Date | 3/31/2008 - 4/30/2008 |
| Clie.Selection | Include: Shapes-CC |
| Slip.Slip Type | Expense |

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 171335<br>3/31/2008<br>WIP<br>Mass transit and/or car service expenses. | EXP | ADH<br>Transportation<br>Shapes-CC | 1 | 28.00 | 28.00 |
| 171352<br>3/31/2008<br>WIP<br>Long distance charges for the month. | EXP | JBM<br>Long Distance<br>Shapes-CC | 1 | 0.34 | 0.34 |
| 171386<br>3/31/2008<br>WIP<br>Public access to court electronic records. | EXP | JBM<br>PACER<br>Shapes-CC | 1 | 15.68 | 15.68 |
| 171220<br>4/1/2008<br>WIP<br>Reimbursable breakfast, lunch or dinner expenses. | EXP | ADH<br>Meal<br>Shapes-CC | 1 | 14.41 | 14.41 |
| 171222<br>4/7/2008<br>WIP<br>Reimbursable breakfast, lunch or dinner expenses. | EXP | ADH<br>Meal<br>Shapes-CC | 1 | 355.28 | 355.28 |
| 171340<br>4/15/2008<br>WIP<br>Reimbursable breakfast, lunch or dinner expenses. | EXP | ADH<br>Meal<br>Shapes-CC | 1 | 150.19 | 150.19 |
| 173402<br>4/30/2008<br>WIP<br>Federal Express charges for the month. | EXP | JBM<br>FedEx<br>Shapes-CC | 1 | 11.76 | 11.76 |
| 173711<br>4/30/2008<br>WIP<br>Long distance charges for the month. | EXP | JBM<br>Long Distance<br>Shapes-CC | 1 | 4.04 | 4.04 |
| 173503<br>4/30/2008<br>WIP<br>Mass transit and/or car service expenses. | EXP | EDG<br>Transportation<br>Shapes-CC | 1 | 9.00 | 9.00 |
| 173405<br>4/30/2008<br>WIP<br>Postage for the month. | EXP | JBM<br>Postage<br>Shapes-CC | 1 | 7.38 | 7.38 |
| 173404<br>4/30/2008<br>WIP<br>Photocopy charges for the month. | EXP | JBM<br>Photocopies<br>Shapes-CC | 4589 | 0.20 | 917.80 |

5/14/2008     Halperin Battaglia Raicht, LLP
5:04 PM     Listing     Page 2

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 173403    EXP<br>4/30/2008<br>WIP<br>Facsimile transmissions for the month. | JBM<br>Fax<br>Shapes-CC | 9 | 1.00 | 9.00 |
| 172893    EXP<br>4/30/2008<br>WIP<br>Mass transit and/or car service expenses. | ADH<br>Transportation<br>Shapes-CC | 1 | 172.50 | 172.50 |
| 173401    EXP<br>4/30/2008<br>WIP<br>Conference call services. | JBM<br>Deracom<br>Shapes-CC | 1 | 370.04 | 370.04 |
| 173391    EXP<br>4/30/2008<br>WIP<br>Westlaw online legal research usage. | JBM<br>Westlaw<br>Shapes-CC | 1 | 977.49 | 977.49 |
| 173390    EXP<br>4/30/2008<br>WIP<br>Public access to court electronic records. | JBM<br>PACER<br>Shapes-CC | 1 | 218.08 | 218.08 |
| 172766    EXP<br>4/30/2008<br>WIP<br>Reimbursable breakfast, lunch or dinner expenses. | ADH<br>Meal<br>Shapes-CC | 1 | 14.83 | 14.83 |
| 171767    EXP<br>4/30/2008<br>WIP<br>Deposition travel expenses. | ADH<br>Transportation<br>Shapes-CC | 1 | 366.00 | 366.00 |
| 171766    EXP<br>4/30/2008<br>WIP<br>Deposition travel expenses. | DHL<br>Transportation<br>Shapes-CC | 1 | 554.89 | 554.89 |

Grand Total

| | | | |
|---|---|---|---|
| Billable | 0.00 | | 4196.71 |
| Unbillable | 0.00 | | 0.00 |
| Total | 0.00 | | 4196.71 |