UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ATTORNEY FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: | APPLICANT:<br>Cole, Schotz, Meisel, |
| SHAPES/ARCH HOLDINGS L.L.C., *et al*. | Forman & Leonard, P.A. |
| CASE NO.: 08-14631 (GMB) | CLIENT: Official Committee of Unsecured Creditors |
| CHAPTER: 11 | CASES FILED: March 16, 2008 |

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  <u>RETENTION ORDER ATTACHED</u>.

          */s/ Michael D. Sirota*    5/14/08
          MICHAEL D. SIROTA    Date

**SECTION I
FEE SUMMARY**

First Monthly Fee Statement Covering the Period
March 31, 2008 through April 30, 2008

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $0.00 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer (if applicable): | N/A |
| Total Holdback (if applicable): | N/A |
| Total Received by Applicant: | $0.00 |

| | Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 1. | Michael D. Sirota, Member | 1986 | 117.20 | $625.00 | $73,250.00 |
| 2. | Ilana Volkov, Member | 1991 | 125.80 | 450.00 | 56,610.00 |
| 3. | Warren A. Usatine, Member | 1995 | 112.40 | 450.00 | 50,580.00 |
| 4. | Alan Rubin, Member | 1983 | 17.90 | 500.00 | 8,950.00 |

45765/0001-1520410v1

|     | Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|-----|-------------------------------|---------------|-------|------|-----|
| 5.  | Sheryll S. Tahiri, Associate  | 1999          | 92.80 | 325.00 | 30,160.00 |
| 6.  | Felice R. Yudkin, Associate   | 2005          | 108.30| 240.00 | 25,992.00 |
| 7.  | Neoma M. Ayala, Associate     | 2006          | 0.40  | 205.00 | 82.00 |
| 8.  | Peter E. Lembesis, Associate  | 2006          | 3.40  | 195.00 | 663.00 |
| 9.  | Jessica Juste, Associate      | 2007          | 3.00  | 195.00 | 585.00 |
| 10. | Michael H. Tully, Associate   | 2007          | 3.80  | 200.00 | 760.00 |
| 11. | Daniel S. Zavodnick, Associate| 2007          | 14.40 | 195.00 | 2,808.00 |
| 12. | Cynthia Braden, Paralegal     | N/A           | 54.00 | 165.00 | 8,910.00 |
|     | TOTALS                        |               | 653.40|        | $259,350.00 |

FEE TOTALS (Page 3)                                           $259,350.00
DISBURSEMENTS TOTALS (Page 4)                                 $11,772.40
TOTAL FEE APPLICATION                                         $271,122.40

2

## SECTION II
## SUMMARY OF SERVICES

| Services Rendered | | Hours | Fee |
|---|---|---|---|
| (a) | Telephone Calls | 29.70 | $14,939.50 |
| (b) | Correspondence Drafted | 75.40 | 30,030.00 |
| (c) | Correspondence Reviewed | 105.50 | 44,465.00 |
| (d) | Legal Research | 36.00 | 9,792.00 |
| (e) | Court Appearance | 3.20 | 1,877.50 |
| (f) | Preparation of Pleadings and Briefs | 134.20 | 48,103.50 |
| (g) | Internal Office Meetings: | | |
| | (1)   solely w/applicant's staff | 20.20 | 7,771.00 |
| | (2)   third party conferences | 47.70 | 20,305.50 |
| (h) | Out of Office Meetings | 23.00 | 13,237.50 |
| (i) | Review of File | 3.60 | 594.00 |
| (j) | Travel Time | 30.00 | 14,355.00 |
| (k) | Prepare for Court Appearance | 50.80 | 23,902.50 |
| (l) | Prepare for Deposition | 53.20 | 17,630.50 |
| (m) | Review Documents Produced by Adversary | 40.90 | 12,346.50 |
| SERVICES TOTALS | | 653.40 | $259,350.00 |

3

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Disbursements | | Amount |
|---|---|---|
| (a) Telephone | | $415.80 |
| (b) Photocopying: | | |
| No. of Pages: 13,583 Rate per Page: $.20 | | 2,716.60 |
| (c) Travel (attach details - U.S. Govt. Rate) | | |
| Miles/Tolls | 176.88 | |
| Public Transportation | 195.00 | |
| Rail | 230.00 | 601.88 |
| (d) Postage | | 84.80 |
| (e) Other (explain): | | |
| Copy of Official Documents | 371.76 | |
| Service of Process/Subpoena | 230.00 | |
| Transcript of Testimony | 135.60 | |
| Westlaw | 7,215.96 | 7,953.32 |
| DISBURSEMENT TOTAL | | $11,772.40 |

4

**SECTION IV**
**CASE HISTORY**

(NOTE: Items (3) through (6) are not applicable to applications under 11 U.S.C. § 506)

(1)  Date cases filed: March 16, 2008

(2)  Chapter under which cases commenced: Chapter 11

(3)  Date of retention: Order signed April 25, 2008, effective March 31, 2008
     (Annex copy of order(s).) **See Exhibit A.**
     If limit on number of hours or other limitations to retention, set forth: N/A

(4)  Summarize in brief the benefits to the estate and attach supplements as needed:

   (a)  Attended numerous meetings and telephone conferences with Committee members/co-counsel and financial advisors, Debtors' counsel, Arch Acquisition I, LLC and its counsel and other parties regarding the cases, the Debtors' motion to obtain post-petition financing and plan of reorganization;

   (b)  Attended Section 341(a) meeting of creditors;

   (c)  Worked with co-counsel to draft and/or review and revise and ultimately finalize for filing with the Court motions for entry of orders (i) regarding disclosure of confidential information; (ii) granting the Committee derivative standing to commence action against the Debtors' officers and directors and others for breach of fiduciary duty; (iii) appointing a chapter 11 trustee; and (iii) terminating exclusivity;

   (d)  Reviewed Debtors' pre-petition loan documents with The CIT Group/Business Credit, Inc., as agent for itself and for JP Morgan Chase Bank, N.A. and Textron Financial Corporation ("CIT");

   (e)  Reviewed, revised and/or negotiated the Debtors' post-petition financing facilities with CIT, Arcus ASI Funding, LLC and Arcus ASI, Inc. (jointly, "Arcus") and Arch Acquisition I, LLC ("Arch");

   (f)  Reviewed the Debtors' initial and amended Disclosure Statements and Plans of Reorganization and numerous objections thereto;

   (g)  Reviewed Arch's proposed plan of reorganization;

   (h)  Reviewed and worked with co-counsel to prepare and finalize objections to the Debtors' (i) motion for entry of a Final Order authorizing them to obtain post-petition financing from Arcus (the "DIP Financing Motion") and (ii) Disclosure Statement;

5

    (i)    Conducted legal research in connection with the Debtors' various motions and the Committee's objections;

    (j)    Prepared subpoenas issued to the Debtors and Arcus and reviewed voluminous documents produced by said parties in response to the subpoenas;

    (k)    Prepared for and conducted depositions of Steven Grabell, Vincent Colistra and Paul Halpern in connection with the hearing on the DIP Financing Motion;

    (l)    Prepared for and attend hearings on the Debtors' DIP Financing Motion and adequacy of the Debtors' Disclosure Statement;

    (m)    Prepared motions (i) to quash subpoena issued by Arcus and (ii) for stay pending appeal with respect to DIP Financing Motion; and

    (n)    Prepared complaint against the Debtors' officers and directors and others for breach of fiduciary duty.

**INVOICES ITEMIZING SERVICES RENDERED AND OUT-OF-POCKET EXPENSES INCURRED ARE ATTACHED AS EXHIBITS "B" AND "C", RESPECTIVELY.**

(5)    Anticipated distribution to creditors:

    (a)    Administration expense: Per Plan

    (b)    Secured creditors: Per Plan

    (c)    Priority creditors: Per Plan

    (d)    General unsecured creditors: Per Plan

(6)    Final disposition of cases and percentage of dividend paid to creditors (if applicable): The Debtors have filed an Amended Plan of Reorganization and Disclosure Statement with Arch as the "stalking horse" plan proponent, as well as a competitive process motion which is returnable on May 19, 2008. Therefore, the final dividend percentages are unknown at this time.