# EXHIBIT C

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 45765

Invoice No. 626084
May 14, 2008
Page 34

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/08 | TRAVEL - MILEAGE / TOLLS -  MICHAEL D. SIROTA | 14.00 |
| 04/02/08 | TRAVEL - MILEAGE / TOLLS | 18.18 |
| 04/02/08 | TRAVEL - MILEAGE / TOLLS -  WARREN A. USATINE | 7.90 |
| 04/03/08 | TELEPHONE TOLL CHARGE 19733607900 | 1.98 |
| 04/03/08 | TELEPHONE TOLL CHARGE 12127659100 | 2.97 |
| 04/03/08 | TELEPHONE TOLL CHARGE 12127659100 | 2.97 |
| 04/03/08 | TELEPHONE TOLL CHARGE 12127659100 | 0.99 |
| 04/03/08 | TELEPHONE TOLL CHARGE 18569105000 | 1.98 |
| 04/03/08 | TELEPHONE TOLL CHARGE 12127659100 | 1.98 |
| 04/03/08 | PHOTOCOPYING | 7.00 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 04/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/03/08 | TRAVEL - MILEAGE / TOLLS -  WARREN A. USATINE | 14.75 |
| 04/04/08 | PHOTOCOPYING Qty: 1506 | 301.20 |
| 04/04/08 | PHOTOCOPYING Qty: 429 | 85.80 |
| 04/04/08 | TELEPHONE TOLL CHARGE 18567575485 | 1.98 |
| 04/04/08 | TELEPHONE TOLL CHARGE 18567575485 | 0.99 |
| 04/04/08 | TELEPHONE TOLL CHARGE 18567575485 | 0.99 |
| 04/04/08 | TELEPHONE TOLL CHARGE 18567575485 | 0.99 |
| 04/04/08 | TELEPHONE TOLL CHARGE 12127659100 | 4.95 |
| 04/04/08 | TELEPHONE TOLL CHARGE 19734023441 | 3.96 |
| 04/04/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/04/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/04/08 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 04/04/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 45765

Invoice No. 626084
May 14, 2008
Page 35

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/04/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/07/08 | PHOTOCOPYING Qty: 1 | 0.20 |
| 04/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 04/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/07/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/07/08 | TRAVEL - PUBLIC TRANSPORTATION - MICHAEL D. SIROTA | 60.00 |
| 04/08/08 | WESTLAW | 19.26 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 45765

Invoice No. 626084
May 14, 2008
Page 36

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 04/09/08 | TELEPHONE TOLL CHARGE 13022952087 | 23.76 |
| 04/09/08 | TELEPHONE TOLL CHARGE 12127659100 | 29.70 |
| 04/09/08 | TELEPHONE TOLL CHARGE 17326353111 | 2.97 |
| 04/09/08 | TELEPHONE TOLL CHARGE 17326353101 | 11.88 |
| 04/09/08 | TELEPHONE TOLL CHARGE 17326353111 | 0.99 |
| 04/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 04/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 04/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 04/10/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 04/10/08 | TELEPHONE TOLL CHARGE 12155695746 | 0.99 |
| 04/10/08 | TELEPHONE TOLL CHARGE 12127659100 | 15.84 |
| 04/10/08 | PHOTOCOPYING Qty: 22 | 4.40 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.96 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.96 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.96 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 45765

Invoice No. 626084
May 14, 2008
Page 37

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.96 |
| 04/12/08 | POSTAGE | 64.80 |
| 04/12/08 | POSTAGE | 20.00 |
| 04/13/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/13/08 | COPY OF OFFICIAL DOCUMENTS | 1.04 |
| 04/13/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 04/14/08 | TELEPHONE TOLL CHARGE 12155648052 | 0.99 |
| 04/14/08 | TELEPHONE TOLL CHARGE 18569105000 | 1.98 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 1.04 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 1.04 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 1.04 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL                          Invoice No. 626084
Client No. 45765                                                   May 14, 2008
                                                                      Page 38

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/14/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 04/15/08 | WESTLAW | 1,271.16 |
| 04/15/08 | TELEPHONE TOLL CHARGE 12155618052 | 39.60 |
| 04/15/08 | TELEPHONE TOLL CHARGE 19734433543 | 2.97 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/15/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/15/08 | TRAVEL - MILEAGE / TOLLS -  SHERYLL TAHIRI | 100.05 |
| 04/15/08 | TRAVEL - MILEAGE / TOLLS -  MICHAEL D. SIROTA | 22.00 |
| 04/15/08 | TRAVEL - RAIL -  MICHAEL D. SIROTA | 230.00 |
| 04/16/08 | WESTLAW | 385.47 |
| 04/16/08 | WESTLAW | 19.26 |
| 04/16/08 | PHOTOCOPYING Qty: 33 | 6.60 |
| 04/16/08 | PHOTOCOPYING Qty: 39 | 7.80 |
| 04/16/08 | PHOTOCOPYING Qty: 88 | 17.60 |
| 04/16/08 | TELEPHONE TOLL CHARGE 17326353101 | 7.92 |
| 04/16/08 | TELEPHONE TOLL CHARGE 16109372356 | 8.91 |
| 04/16/08 | TELEPHONE TOLL CHARGE 18569105000 | 0.99 |
| 04/16/08 | TELEPHONE TOLL CHARGE 12127659100 | 15.84 |
| 04/16/08 | TELEPHONE TOLL CHARGE 17326353104 | 20.79 |
| 04/16/08 | TELEPHONE TOLL CHARGE 18567575485 | 1.98 |
| 04/16/08 | TELEPHONE TOLL CHARGE 18567575375 | 0.99 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 45765

Invoice No. 626084
May 14, 2008
Page 39

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.96 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/16/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/17/08 | WESTLAW | 87.89 |
| 04/17/08 | PHOTOCOPYING Qty: 420 | 84.00 |
| 04/17/08 | PHOTOCOPYING Qty: 112 | 22.40 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 1.04 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 2.16 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 2.16 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 45765

Invoice No. 626084
May 14, 2008
Page 40

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 1.04 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/17/08 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 04/17/08 | TRAVEL - PUBLIC TRANSPORTATION -  MICHAEL D. SIROTA | 135.00 |
| 04/18/08 | WESTLAW | 296.31 |
| 04/18/08 | TELEPHONE TOLL CHARGE 18567575174 | 2.97 |
| 04/18/08 | TELEPHONE TOLL CHARGE 12127659100 | 1.98 |
| 04/18/08 | TELEPHONE TOLL CHARGE 18567575174 | 2.97 |
| 04/18/08 | TELEPHONE TOLL CHARGE 18567575485 | 1.98 |
| 04/18/08 | TELEPHONE TOLL CHARGE 18564357172 | 4.95 |
| 04/18/08 | PHOTOCOPYING Qty: 1 | 0.20 |
| 04/18/08 | PHOTOCOPYING Qty: 6 | 1.20 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 45765

Invoice No. 626084
May 14, 2008
Page 41

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 2.24 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.84 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.92 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 2.24 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.84 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL                                    Invoice No. 626084
Client No. 45765                                                        May 14, 2008
                                                                        Page 42

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.96 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 04/18/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 04/18/08 | SERVICE OF PROCESS / SUBPOENA - DGR, THE ONLY SOURCE FOR LEGAL SUPPORT | 230.00 |
| 04/21/08 | WESTLAW | 90.86 |
| 04/21/08 | WESTLAW | 263.78 |
| 04/21/08 | TELEPHONE TOLL CHARGE 18567575174 | 0.99 |
| 04/21/08 | TELEPHONE TOLL CHARGE 18564357172 | 1.98 |
| 04/21/08 | PHOTOCOPYING Qty: 1 | 0.20 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL

Client No. 45765

Invoice No. 626084

May 14, 2008

Page 43

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/21/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 04/21/08 | TRANSCRIPT OF TESTIMONY - DIANA DOMAN TRANSCRIBING | 135.60 |
| 04/22/08 | WESTLAW | 241.29 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 04/23/08 | WESTLAW | 690.42 |
| 04/23/08 | WESTLAW | 2,378.29 |
| 04/23/08 | PHOTOCOPYING Qty: 1 | 0.20 |
| 04/23/08 | PHOTOCOPYING Qty: 421 | 84.20 |
| 04/23/08 | TELEPHONE TOLL CHARGE 17326353104 | 14.85 |
| 04/23/08 | TELEPHONE TOLL CHARGE 17326353104 | 1.98 |
| 04/23/08 | TELEPHONE TOLL CHARGE 19734433543 | 2.97 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 45765

Invoice No. 626084
May 14, 2008
Page 44

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.16 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.32 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 1.68 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/24/08 | WESTLAW | 395.31 |
| 04/24/08 | WESTLAW | 424.95 |
| 04/24/08 | TELEPHONE TOLL CHARGE 12155695442 | 0.99 |
| 04/24/08 | TELEPHONE TOLL CHARGE 16102540467 | 2.97 |
| 04/24/08 | TELEPHONE TOLL CHARGE 12155695442 | 0.99 |
| 04/24/08 | TELEPHONE TOLL CHARGE 18567575375 | 1.98 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 15765

Invoice No. 626084
May 14, 2008
Page 45

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/24/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 04/25/08 | WESTLAW | 181.65 |
| 04/25/08 | PHOTOCOPYING Qty: 15 | 3.00 |
| 04/25/08 | PHOTOCOPYING Qty: 85 | 17.00 |
| 04/25/08 | PHOTOCOPYING Qty: 4173 | 834.60 |
| 04/25/08 | PHOTOCOPYING Qty: 76 | 15.20 |
| 04/25/08 | PHOTOCOPYING Qty: 680 | 136.00 |
| 04/25/08 | TELEPHONE TOLL CHARGE 12675140700 | 3.96 |
| 04/25/08 | TELEPHONE TOLL CHARGE 12155695728 | 0.99 |
| 04/25/08 | TELEPHONE TOLL CHARGE 12672286923 | 0.99 |
| 04/25/08 | TELEPHONE TOLL CHARGE 12155695442 | 0.99 |
| 04/25/08 | TELEPHONE TOLL CHARGE 17326353104 | 6.93 |
| 04/25/08 | TELEPHONE TOLL CHARGE 17326353104 | 0.99 |
| 04/25/08 | TELEPHONE TOLL CHARGE 12155695442 | 0.99 |
| 04/25/08 | TELEPHONE TOLL CHARGE 19732244693 | 7.92 |
| 04/25/08 | TELEPHONE TOLL CHARGE 12127659100 | 7.92 |
| 04/25/08 | PHOTOCOPYING Qty: 41 | 8.20 |
| 04/25/08 | PHOTOCOPYING Qty: 43 | 8.60 |
| 04/25/08 | PHOTOCOPYING Qty: 1 | 0.20 |
| 04/25/08 | PHOTOCOPYING Qty: 4 | 0.80 |
| 04/25/08 | PHOTOCOPYING Qty: 38 | 7.60 |
| 04/25/08 | PHOTOCOPYING Qty: 40 | 8.00 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 2.08 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 45765

Invoice No. 626084
May 14, 2008
Page 46

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.96 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/25/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 04/26/08 | PHOTOCOPYING Qty: 290 | 58.00 |
| 04/26/08 | PHOTOCOPYING Qty: 470 | 94.00 |
| 04/26/08 | PHOTOCOPYING Qty: 20 | 4.00 |
| 04/26/08 | PHOTOCOPYING Qty: 295 | 59.00 |
| 04/26/08 | TELEPHONE TOLL CHARGE 17326353104 | 12.87 |
| 04/26/08 | PHOTOCOPYING Qty: 4 | 0.80 |
| 04/26/08 | PHOTOCOPYING Qty: 14 | 2.80 |
| 04/26/08 | PHOTOCOPYING Qty: 15 | 3.00 |
| 04/26/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 04/27/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/27/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 04/27/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/27/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/27/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/27/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/27/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 45765

Invoice No. 626084
May 14, 2008
Page 47

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/08 | PHOTOCOPYING Qty: 17 | 3.40 |
| 04/28/08 | PHOTOCOPYING Qty: 8 | 1.60 |
| 04/28/08 | PHOTOCOPYING Qty: 90 | 18.00 |
| 04/28/08 | PHOTOCOPYING Qty: 12 | 2.40 |
| 04/28/08 | PHOTOCOPYING Qty: 6 | 1.20 |
| 04/28/08 | PHOTOCOPYING Qty: 36 | 7.20 |
| 04/28/08 | PHOTOCOPYING Qty: 48 | 9.60 |
| 04/28/08 | PHOTOCOPYING Qty: 45 | 9.00 |
| 04/28/08 | PHOTOCOPYING Qty: 57 | 11.40 |
| 04/28/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 04/28/08 | PHOTOCOPYING Qty: 492 | 98.40 |
| 04/28/08 | PHOTOCOPYING Qty: 64 | 12.80 |
| 04/28/08 | PHOTOCOPYING Qty: 18 | 3.60 |
| 04/28/08 | PHOTOCOPYING Qty: 368 | 73.60 |
| 04/28/08 | PHOTOCOPYING Qty: 320 | 64.00 |
| 04/28/08 | PHOTOCOPYING Qty: 237 | 47.40 |
| 04/28/08 | PHOTOCOPYING Qty: 90 | 18.00 |
| 04/28/08 | TELEPHONE TOLL CHARGE 18567575375 | 0.99 |
| 04/28/08 | TELEPHONE TOLL CHARGE 18567575485 | 1.98 |
| 04/28/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 04/28/08 | PHOTOCOPYING Qty: 10 | 2.00 |
| 04/28/08 | PHOTOCOPYING Qty: 5 | 1.00 |
| 04/28/08 | PHOTOCOPYING Qty: 8 | 1.60 |
| 04/28/08 | PHOTOCOPYING Qty: 20 | 4.00 |
| 04/28/08 | PHOTOCOPYING Qty: 19 | 3.80 |
| 04/28/08 | PHOTOCOPYING Qty: 39 | 7.80 |
| 04/28/08 | PHOTOCOPYING Qty: 27 | 5.40 |
| 04/28/08 | PHOTOCOPYING Qty: 45 | 9.00 |
| 04/28/08 | PHOTOCOPYING Qty: 21 | 4.20 |
| 04/28/08 | PHOTOCOPYING Qty: 1 | 0.20 |
| 04/28/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 04/28/08 | PHOTOCOPYING Qty: 44 | 8.80 |
| 04/28/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 04/28/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/28/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/28/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/28/08 | COPY OF OFFICIAL DOCUMENTS | 1.60 |
| 04/28/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL                                    Invoice No. 626084
Client No. 45765                                                           May 14, 2008
                                                                            Page 48

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 04/28/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/28/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 04/29/08 | WESTLAW | 470.06 |
| 04/29/08 | PHOTOCOPYING Qty: 44 | 8.80 |
| 04/29/08 | PHOTOCOPYING Qty: 16 | 3.20 |
| 04/29/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 04/29/08 | PHOTOCOPYING Qty: 9 | 1.80 |
| 04/29/08 | PHOTOCOPYING Qty: 5 | 1.00 |
| 04/29/08 | PHOTOCOPYING Qty: 15 | 3.00 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 1.60 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 1.60 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 1.76 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 1.76 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 04/29/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/30/08 | PHOTOCOPYING Qty: 124 | 24.80 |
| 04/30/08 | PHOTOCOPYING Qty: 91 | 18.20 |
| 04/30/08 | PHOTOCOPYING Qty: 10 | 2.00 |
| 04/30/08 | PHOTOCOPYING Qty: 56 | 11.20 |
| 04/30/08 | PHOTOCOPYING Qty: 1 | 0.20 |
| 04/30/08 | PHOTOCOPYING Qty: 10 | 2.00 |
| 04/30/08 | PHOTOCOPYING Qty: 1036 | 207.20 |
| 04/30/08 | PHOTOCOPYING Qty: 10 | 2.00 |
| 04/30/08 | PHOTOCOPYING Qty: 389 | 77.80 |
| 04/30/08 | PHOTOCOPYING Qty: 10 | 2.00 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL                                    Invoice No. 626084
Client No. 45765                                                          May 14, 2008
                                                                            Page 49

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/30/08 | PHOTOCOPYING Qty: 1 | 0.20 |
| 04/30/08 | PHOTOCOPYING Qty: 10 | 2.00 |
| 04/30/08 | PHOTOCOPYING Qty: 20 | 4.00 |
| 04/30/08 | TELEPHONE TOLL CHARGE 19089100980 | 1.98 |
| 04/30/08 | TELEPHONE TOLL CHARGE 18569838484 | 1.98 |
| 04/30/08 | TELEPHONE TOLL CHARGE 18567575485 | 1.98 |
| 04/30/08 | TELEPHONE TOLL CHARGE 18567575425 | 0.99 |
| 04/30/08 | TELEPHONE TOLL CHARGE 12157907857 | 2.97 |
| 04/30/08 | TELEPHONE TOLL CHARGE 17326353104 | 3.96 |
| 04/30/08 | TELEPHONE TOLL CHARGE 18569838484 | 1.98 |
| 04/30/08 | TELEPHONE TOLL CHARGE 12156058889 | 41.58 |
| 04/30/08 | TELEPHONE TOLL CHARGE 12155695442 | 0.99 |
| 04/30/08 | TELEPHONE TOLL CHARGE 12159887872 | 10.89 |
| 04/30/08 | TELEPHONE TOLL CHARGE 17326353101 | 38.61 |
| 04/30/08 | PHOTOCOPYING Qty: 35 | 7.00 |
| 04/30/08 | PHOTOCOPYING Qty: 18 | 3.60 |
| 04/30/08 | PHOTOCOPYING Qty: 27 | 5.40 |
| 04/30/08 | PHOTOCOPYING Qty: 70 | 14.00 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 01/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 1.68 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
Client No. 45765

Invoice No. 626084
May 14, 2008
Page 50

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 1.68 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 1.68 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |

TOTAL COSTS ADVANCED:                                       $    11,772.40

TOTAL SERVICES AND COSTS:                                   $   262,446.40