Donald G. Frankel
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
Department of Justice
One Gateway Center
Suite 616
Newton, MA 02458
617-450-0442
Fax: 617-450-0448
donald.frankel@usdoj.gov
Counsel for Environmental Protection Agency, Department of the Interior, and National Oceanic
   and Atmospheric Administration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In re: | : | Case No. 08-14631 (GMB) |
|  | : | (Jointly Administered) |
| Shapes/Arch Holdings L.L.C., et al. | : |  |
|  | : | Chapter 11 |
| Debtors | : |  |
|  | : |  |

NOTICE OF APPEARANCE

This is to Notice the appearance of Donald G. Frankel, Trial Attorney, U.S. Department of Justice, Environment and Natural Resources Division, Environmental Enforcement Section, as attorney of record for the United States Environmental Protection Agency, the United States Department of the Interior, and the National Oceanic and Atmospheric Administration, in the above-captioned proceeding.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environmental Enforcement Section
Environment and Natural Resources
      Division
U.S. Department of Justice



/s/ Donald G. Frankel
DONALD G. FRANKEL
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
One Gateway Center
Suite 616
Newton, MA 02458
617-450-0442
donald.frankel@usdoj.gov

CHRISTOPHER J. CHRISTIE
U.S. Attorney

ANTHONY LABRUNA
Assistant United States Attorney
United States Attorney's Office
970 Broad Street
Seventh Floor
Newark, NJ 07102
973-645-2700