U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ
08 MAY 15 AM 9:21
JAMES J. WALDRON
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------- x
                                         :
In re                                    :   Chapter 11
                                         :
SHAPES/ARCH HOLDINGS, L.L.C., et al.     :   Case No. 08-14631
                                         :
                                         :
             Debtor.                     :
                                         :
---------------------------------------- x

## ROHM AND HAAS COMPANY NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

The undersigned attorney for the Rohm and Haas Company hereby notices his appearance and request service of all notices, motions, pleadings, petitions, plans and other documents pursuant to the Federal Rules of Bankruptcy Procedure.

Please serve all notices, regardless of form, on:

> Tyler S. Graden, Esquire
> CONRAD O'BRIEN GELLMAN & ROHN, P.C.
> 1515 Market Street, 16th Floor
> Philadelphia PA  19102-1916
> 215-864-9600 (ph)
> 215-864-9620 (fax)
> tgraden@cogr.com

Nothing herein shall relieve the debtor or any party from service required by due process of law, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the Local Rules of practice. This demand requires an additional notice and does not alter or modify the responsibility of any entity to provide notice and/or service otherwise required.

The filing of this Notice shall not constitute a voluntary submission to the jurisdiction and/or venue of this Court and shall not be the basis for jurisdiction and/or venue by this Court.

The Creditor preserves all objections and rights relative to this proceeding, including objections to jurisdiction and venue, notwithstanding the filing of this notice.

Attorney for Rohm and Haas Company

CONRAD O'BRIEN GELLMAN & ROHN, P.C.

By:

*/s/ Tyler S. Graden*
Tyler S. Graden
1515 Market Street, 16th Floor
Philadelphia, PA  19102-1916
(215) 864-9600
Fax: (215) 864-9620

Dated: May 14, 2008