Donald G. Frankel
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
Department of Justice
One Gateway Center
Suite 616
Newton, MA 02458
617-450-0442
Fax: 617-450-0448
donald.frankel@usdoj.gov
Counsel for Environmental Protection Agency, Department of the Interior, and National Oceanic and Atmospheric Administration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Case No. 08-14631 (GMB) |
|  | : | (Jointly Administered) |
| Shapes/Arch Holdings L.L.C., et al. | : |  |
|  | : | Chapter 11 |
| Debtors | : |  |
|  | : |  |

### CERTIFICATE OF SERVICE

The undersigned certifies that the Notice of Appearance filed by the undersigned on May 15, 2008, through the Court's ECF system, was electronically sent to the registered participants as identified on the Notice of Electronic Filing. In addition, on May 15, 2008, paper copies of the Notice of Appearance were sent via first class mail to the following persons:

Carol R. Cobb
23 East Main Street
Moorestown, NJ 08057-3309

Michael J. Cordone
Stradley Ronon Stevens & Young LLP
Woodland Falls Corporation Park
200 Lake Drive East
Cherry Hill, NJ 08002

IKON Financial Services
Bankruptcy Administration
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

Sherry D Lowe
Lamm Rubenstone LLC
3600 Horizon Boulevard
Suite 200
Trevose, PA 19053

Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107

Nancy A. Mitchell
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY 10166

Paul A. Patterson
Stradley Ronon Stevens & Young LLP
Woodland Falls Corporation Park
200 Lake Drive East
Cherry Hill, NJ 08002

Phoenix Management Services, Inc.
110 Chadds Ford Commons
Chadds Ford, PA 19317

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environmental Enforcement Section
Environment and Natural Resources
    Division
U.S. Department of Justice


/s/ Donald G. Frankel
DONALD G. FRANKEL
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
One Gateway Center
Suite 616
Newton, MA 02458
617-450-0442
donald.frankel@usdoj.gov

CHRISTOPHER J. CHRISTIE
U.S. Attorney

ANTHONY LABRUNA
Assistant United States Attorney
United States Attorney's Office
970 Broad Street
Seventh Floor
Newark, NJ 07102
973-645-2700