UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : CASE NO. 08-14631 |
| | (Jointly Administered) |
| Debtors. | : |
| | : |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

BRIDGET GALLERIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 14, 2008, I caused to be served true and correct copies of the "APPLICATION FOR RETENTION OF NATCITY INVESTMENTS, INC. AS SALES CONSULTANT/INVESTMENT BANKER FOR THE DEBTORS PURSUANT TO SECTIONS 327 AND 328(A), EFFECTIVE AS OF MAY 7, 2008," [Docket No. 284], dated May 13, 2008, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "A".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Bridget Gallerie

Sworn to before me this
16th day of May, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| A DUIE PYLE INC | PO BOX 564, WEST CHESTER, PA 19381 |
| ACME CORRUGATED | 2700 TURNPIKE DRIVE, HATBORO, PA 19040 |
| ADVANCED FLUID SYSTEMS | 3RD & GREEN ST., ROYERSFORD, PA 19468 |
| ANCHOR SLAES ASSOCIATES | 9 HUMPHREYS DRIVE, WARMINISTER, PA 18974 |
| ARGONAUT INSURANCE COMPANY | P.O. BOX 974941, DALLAS, TX 75397-4941 |
| ASI FUNDING, LLC & ARCUS ASI, INC. | C/O LAWRENCE FLICK, ESQ, BLANK ROME LLP, THE CHRYSLER BUILDING 405 LEXINGTON AVE, NEW YORK, NY 10174 |
| ASI FUNDING, LLC & ARCUS ASI, INC. | C/O JOEL SHAPIRO, ESQ, BLANK ROME LLP, ONE LOGAN SQ; 130 N 18TH ST, PHILADELPHIA, PA 19103-6998 |
| BARDOT PLASTICS INC | 10 MCFADDEN RD PALMER INDUSTRIAL PARK, EASTON, PA 18045-7817 |
| BAY CITIES WAREHOUSE CO INC | 31474 HAYMAN ST, HAYWARD, CA 94544 |
| CCT TRANSPORT | 107 GREEN ST, HULMEVILLE, PA 19047-5543 |
| CELADON | 1830 MOMENTUM PLACE, CHICAGO, IL 60689-5318 |
| CFM(PRECOAT) | 6754 SANTA BARBARA COURT, ELKRIDGE, MD 21075-5886 |
| CIT GROUP/BUSINESS CREDIT, INC. | 11 W. 42ND STREET, 13TH FLOOR, NEW YORK, NY 10036 |
| CIT GROUP/BUSINESS CREDIT, INC. | 11 WEST 42ND STREET, 13TH FLOOR, NEW YORK, NY 10036 |
| CON-WAY TRANSPORTATION INC | PO BOX 642080, PITTSBURGH, PA 15264-2080 |
| CUSTOM MANUFACTURING | 2542 STATE ROAD, BENSALEM, PA 19020 |
| DALLAS TRANSFER & TERMINAL WAREHOUSE | PO BOX 224301, DALLAS, TX 75222-4301 |
| DDI | PO BOX 81150, CLEVELAND, OH 44181 |
| EAGLE ENGINEERING CORP. | 8869 CITATION RD, BALTIMORE, MD 21221 |
| ESTES EXPRESS LINES | PO BOX 25612, RICHMOND, VA 23260-5612 |
| FEDERAL EXPRESS CORPORATION | PO BOX 1140, MEMPHIS, TN 38101-1140 |
| FEDERAL EXPRESS ERS | PO BOX 371461, PITTSBURGH, PA 15250-7461 |
| FEDEX | 4103 COLLECTION CENTER DR, CHICAGO, IL 60693 |
| FITZPATRICK CONTAINER | 800 EAST WALNUT STREET, NORTH WALES, PA 19454 |
| GALLAGHER, ED | 9903 SANTA MONICA BLVD # 497, BEVERLY HILLS, CA 90212 |
| GILCO TRUCKING COMPANY INC | PO BOX 27474, SALT LAKE CITY, UT 84127 |
| GILL | 1384 BYBERRY RD, BENSALEM, PA 19020 |
| GRAFCO | 20 REGINA ROAD, WOODBRIDGE, ON L4L8L6 CANADA |
| GRAY TRUCKING | 735 BROAD STREET, BEVERLY, NJ 08010 |
| H.B. FULLER COMPANY | 5220 MAIN STREET, MINNEAPOLIS, MN 55421 |
| JAQUAR CREDIT CORPORATE | PO BOX 537950, LIVONIA, MI 48153-7950 |
| JEVIC TRANSPORT | PO BOX 13031, NEWARK, NJ 07188 |
| JP MORGAN CHASE BANK | 10420 HIGHLAND MANOR DRIVE, TAMPA, FL 33610 |
| JP MORGAN CHASE BANK, N.A. | 100 E. BROAD STREET, COLUMBUS, OH 43215 |
| JP MORGAN CHASE BANK, N.A. | 100 BOARD STREET, COLUMBUS, OH 43215 |
| JP MORGAN CHASE BANK, N.A. | 100 BROAD STREET, COLUMBUS, OH 43215 |
| KVI | 1458 COUNTY LINE RD, HUNTINGTON VALLEY, PA 19006 |
| MALBER | 2115 BYBERRY RD, HUNTINGDON VALLEY, PA 19006 |
| METAL KOTING | 1430 MARTIN GROVE RD, REXDALE, ON M9W4Y1 CANADA |
| MSC | 120 ENTERPRISE AVE, MORRISVILLE, PA 19067 |
| NEW ENGLAND MOTOR FREIGHT INC | 1-71 NORTH AVE, EAST, PO BOX 6031, ELIZABETH, NJ 07207-6031 |
| NISSAN-INFINITI LT | ATTN ELIZABETH FREELAND, BANKRUPTCY SPECIALIST, PO BOX 660366, DALLAS, TX 75266-0366 |
| NORTHSTAR SERVICES LTD | PO BOX 23148, PHILADELPHIA, PA 19124 |
| OLD DOMINION FREIGHT LINE | 1300 SUCKLE HWY, PENNSAUKEN, NJ 08110 |
| PENNSAUKEN TOWNSHIP | 5605 N. CRESCENT BLVD, PENNSAUKEN, NJ 08110 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | ATTN: JAMES M. FOSTER, CHIEF, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |

| Claim Name | Address Information |
|---|---|
| PITT OHIO EXPRESS LLC | PO BOX 643271, PITTSBURGH, PA 15264-3271 |
| ROCKWELL TRANSPORT | PO BOX 803, PERKASIE, PA 18944-0803 |
| ROYAL/ARROWPOINT CAPITAL | 3600 ARCO CORPORATE DRIVE, CHARLOTTE, NC 28273 |
| SELEE CORPORATION | ATTN TIMOTHY P KRIEGEL, CFO, 700 SHEPHERD STREET, HENDERSONVILLE, NC 28792 |
| SENTRY | 1800 NORTH POINT DRIVE, STEVENS POINT, WI 54481-8019 |
| SENTRY INSURANCE, A MUTUAL COMPANY | ATTN: KEN ERLER, 1800 NORTH POINT DRIVE, STEVENS POINT, WI 54481 |
| SMS MEER SERVICE INC. | 234 SOUTH POTTER STREET, BELLEFONTE, PA 16823 |
| STANDARD WAREHOUSE & DISTRIBUTING CO. | ATTN WILLIAM G STECH, PRESIDENT, PO BOX 308, PENNSAUKEN, NJ 08110 |
| STANDARD WHSE & DIST CO INC | PO BOX 308, PENNSAUKEN, NJ 08110 |
| TEXTRON FINANCIAL/BUSINESS CREDIT | 11575 GREAT OAKS WAY, SUITE 210, ALPHARETTA, GA 30022 |
| TOCO PRODUCTS | 1129 WEST RIVER DRIVE, MAYS LANDING, NJ 08330 |
| UNITED PARCEL SERVICE | PO BOX 7247-0244, PHILADELPHIA, PA 19170-0001 |
| UPS | PO BOX 7247-0244, PHILADELPHIA, PA 19170-0001 |
| UPS SUPPLY CHAIN SOLUTIONS INC | 28013 NETWORK PLACE, CHICAGO, IL 60673-1280 |
| VERSA CAPITAL MANAGEMENT, INC. | CIRA CENTRE, 2929 ARCH ST, PHILADELPHIA, PA 19104-2868 |
| VW CREDIT, INC. | ATTN JOE M LOZANO, JR., PO BOX 829009, DALLAS, TX 75382-9009 |
| WELLS FARGO EQUIPMENT FINANCING, INC. | JOHN MORTON, ATTY FOR WELLS FARGO EPIQ, 110 MARTER AVE SUITE 301, MOORESTOWN, NJ 08057 |
| WELLS FARGO EQUIPMENT FINANCING, INC. | ATTN JOHN R MORTON JR., ATTORNEY, 1540 W FOUNTAINHEAD PARKWAY, TEMPE, AZ 85282 |
| WELLS FARGO EQUIPMENT FINANCING, INC. | 1540 W. FOUNTAINHEAD PARKWAY, TEMPE, AZ 85282 |
| WILLIAM PARKER ASSOCIATES INC | 2845 E WESTMORELAND ST, PHILADELPHIA, PA 19134 |
| WILLIER ELECTRIC MOTOR CO. | P.O. BOX 98, GIBBSBORO, NJ 08026 |
| YELLOW TRANSPORTATION INC | PO BOX 13850, NEWARK, NJ 07188-0850 |

**Total Creditor Count 68**