| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>　　　　　Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

## ORDER APPROVING DEBTORS' MOTION TO ESTABLISH DEADLINE FOR FILING REQUESTS FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSES AND APPROVING AND AUTHORIZING NOTICE <u>WITH RESPECT THERETO</u>

　　　　The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED:**

Shapes/Arch Holdings, L.L.C., et al.

Case No. 08-14631(GMB)

Order Approving Debtors' Motion to Establish Deadline for Filing Requests for Allowance of Chapter 11 Administrative Expenses and Approving and Authorizing Notice With Respect Thereto

---

Upon consideration of the Debtors' Motion (the "<u>Motion</u>") [1] for entry of an Order (i) establishing the deadline for filing requests for allowance of administrative expenses; and (ii) approving a form of notice regarding the deadline; and this Court having jurisdiction to consider the Motion and that under the circumstances such notice is adequate; and after due deliberation and sufficient cause appearing therefore; it is hereby ORDERED;

1.  That the Motion is GRANTED;

2.  That June 30, 2008 (the "<u>Administrative Expense Bar Date</u>") is the last date by which all persons or entities who assert any Administrative Expense allowable under 11 U.S.C. §503, except for claims arising under §503(b)(2), arising on or prior to June 15, 2008, may file with the Bankruptcy Court and serve Requests for Allowance of Administrative Expenses;

3.  That a Notice, substantially in the form of Notice attached to this Order as <u>Exhibit "A"</u> is approved;

4.  That the Debtors are authorized to serve the Notice on (a) all creditors identified by the Debtors as being Administrative Creditors; (b) all parties who have filed pending requests for allowance and/or payment of Administrative Expenses, and (c) all parties having filed a request for Notice pursuant to Bankruptcy Rule 2002;

5.  That any person or entity that is required to but fails to file and serve an Administrative Expense Claim Request in accordance with this Order on or before the

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meanings ascribed to them in the Motion.

2

Page 3

Shapes/Arch Holdings, L.L.C., et al.

Case No. 08-14631(GMB)

Order Approving Debtors' Motion to Establish Deadline for Filing Requests for Allowance of Chapter 11 Administrative Expenses and Approving and Authorizing Notice With Respect Thereto

---

Administrative Expense Bar Date shall be forever barred and estopped and enjoined from asserting an Administrative Expense Claim against the Debtors or the Debtors' Estates;

6.      That each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that asserts an Administrative Expense against the Debtors that arose on or prior to June 15, 2008, must file with the Bankruptcy Court and serve on the Debtors a request for payment of Administrative Expenses on or before June 30, 2008, the Administrative Expense Bar Date or forever be barred from asserting claims for such Administrative Expenses;

7.      That this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation or interpretation of this Order.