**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., : | CHAPTER 11 |
| Debtors. : : | CASE NO. 08-14631 (GMB) (Jointly Administered) |

**APPLICATION FOR ORDER SHORTENING TIME PERIOD FOR NOTICE OF DEBTORS' MOTION FOR AN ORDER ESTABLISHING DEADLINE FOR FILING REQUESTS FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSES AND APPROVING NOTICE WITH RESPECT THERETO**

TO:   THE HONORABLE GLORIA M. BURNS

Your applicant, Jerrold N. Poslusny, Jr., respectfully represents:

1. Your applicant is a member with the firm of Cozen O'Connor, attorneys for the above captioned debtors and debtors-in-possession (the "Debtors").[1] I am familiar with the facts of this case.

2. Your applicant has filed a motion for entry of an Order Establishing Deadline for Filing Requests for Allowance of Chapter 11 Administrative Expenses and Approving Notice with Respect Thereto (the "Motion").

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

3.  A shortened hearing date is requested as the Debtors submit that setting a deadline for the filing of Administrative Expenses will provide adequate notice of the Administrative Expense Bar Date to persons or entities who assert or may assert claims for Administrative Expenses, while enabling the Debtors, the Committee and Arch to receive, review and evaluate Administrative Expenses in a timely and efficient manner prior to the confirmation hearings, which is scheduled for July 8, 2008.

4.  Reduction of the time period will maximize the notice of the Administrative Expense Bar Date and provide Administrative Creditors with as much time as possible to file requests for payment of their Administrative Claims.

5.  Your Applicant requests that the Motion be heard at the hearing currently scheduled on May 23, 2008 at 10:00 a.m.

6.  Reduction of the time period in question is not prohibited under Fed. R. Bankr. P. 9006(c)(1) and the Rules listed therein.

WHEREFORE, your applicant requests entry of the Order submitted herewith.

Dated: May 19, 2008         COZEN O'CONNOR

By: _/s/ Jerrold N. Poslusny, Jr._
Mark E. Felger
Jerrold N. Poslusny, Jr.

Attorneys for the Debtors

CHERRY_HILL\444624\1  220718.000