**D.N.J. LOCAL FORM 3**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ATTORNEY FEE APPLICATION COVER SHEET

IN RE:    Shapes/Arch Holdings L.L.C. et al        APPLICANT:  Stevens & Lee, P.C.

CASE NO: 08-14631                                  CLIENT: Debtors and Debtors in Possession
CHAPTER: 11                                        CASE FILED: March 16, 2008

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY. RETENTION ORDERS ATTACHED.

_____
SIGNATURE OF APPLICANT                     DATE

_____
SECTION I
FEE SUMMARY

INTERIM FEE APPLICATION NO.: First
TOTAL PREVIOUS FEE REQUESTED:        $          0
TOTAL FEES ALLOWED TO DATE:          $          0
TOTAL RETAINER (IF APPLICABLE)       $50,000.00
TOTAL HOLDBACK (IF APPLICABLE)       $
TOTAL RECEIVED BY APPLICANT          $          0

| PROFESSIONAL | PRACTICE AREA | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Paul R. Lewis | Labor | 1973-PA | 76.00 | $500.00 | $38,000.00 |
| Frank C. Sabatino | Labor | 1981-NJ 1979-PA | 1.40 | $490.00 | $686.00 |
| Robert Lapowsky | Bankruptcy | 1981-NJ 1979-PA | 9.20 | $480.00 | $4,416.00 |
| Jo Bennett | Labor | 1996-NJ 1996-PA | .50 | $395.00 | $197.50 |
| John C. Kilgannon | Bankruptcy | 1998-NJ 1998-PA | 3.60 | $360.00 | $1,296.00 |
| Alexandra Minehart | Bankruptcy Paralegal | | 9.00 | $185.00 | $1,665.00 |
| Allison M. Decker | Bankruptcy Paralegal | | 1.50 | $185.00 | $277.50 |

SL1 817780v1/103456.00001

| | | | | | |
|---|---|---|---|---|---|
| Rebecca K. Kunkel | Labor Paralegal | | .40 | $125.00 | $50.00 |
| TOTAL: | | | **101.6** | | **$46,588.00** |

[Page 2]

SECTION II
SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  Telephone Calls | 22.10 | $11,031.50 |
| b)  Correspondence Drafted | 16.10 | $7,813.00 |
| c)  Correspondence Reviewed | 1.00 | $342.50 |
| d)  Legal Research | | |
| e)  Court Appearance | | |
| f)  Preparation of Pleadings and Briefs | 5.90 | $2,32650 |
| g)  Internal Office Meetings (1):<br>    (1)  Solely w/applicants staff;<br>    (2)  third party conferences: | .40 | $192.00 |
| h)  Out of Office Meetings | 30.80 | $15,400.00 |
| i)  Review of File | 16.90 | $7,415.00 |
| j)  Travel Time | | |
| k)  Fee Application Preparation | 8.40 | $2,067.50 |
| l)  Other Services:<br><br>_____<br><br>(Continue other services to separate page if needed). | | |
| SERVICES TOTAL | 101.6 | $46,588.00 |

[Page 3]

SECTION III
SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research (Westlaw) | $549.84 |
| b) Facsimile (with rates)<br>No. of Pages _____ Rate per Page _$1.00_ (Max. $1.00/pg.) | |
| c) Long Distance Telephone | $24.31 |
| d) In-House Reproduction<br>No. of Pages _142_ Rate per Page _____.20___ (Max. .20¢/pg.) | $28.40 |
| e) Outside Reproduction | |
| f) Outside Research<br><br>_____<br>_____<br>_____ | |
| g) Filing/Court Fees | |
| h) Court Reporting | |
| i)        Travel (miles) | $128.79 |
|          Parking | $107.00 |
| j) Courier & Express Carriers (e.g. Federal Express) | |
| k) Postage | $6.37 |
| l) Other (Explain)<br>meeting meals | $91.24 |
| DISBURSEMENT TOTAL: | $935.95 |

D.N.J. Local Form 3

[Page 4]

SECTION IV
CASE HISTORY
(NOTE:  Items 3 – 6 are not applicable to applications under 11 U.S.C. § 506)

(1)  DATE CASE FILED: March 16, 2008

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: Chapter 11

(3)  DATE OF RETENTION: Application: March 16, 2008; Order: April 9, 2008
    (ANNEX COPY OF ORDERS(S))
    IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS
    TO RETENTION, SET FORTH: None

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH
    SUPPLEMENTS AS NEEDED:  Pursuing negotiation of modifications to collective
    bargaining agreements for the benefit of the estate

(5)  ANTICIPATED DISTRIBUTION TO CREDITORS:
    (A)  ADMINISTRATION EXPENSES:
    (B)  SECURED CREDITORS:
    (C)  PRIORITY CREDITORS:
    (D)  GENERAL UNSECURED CREDITORS:

(6)  FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO
    CREDITOR (IF APPLICABLE):

Order Filed on
**4/9/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **MARK E. FELGER (MF9985)** **JERROLD N. POSLUSNY, JR. (JP7140)** **COZEN O'CONNOR** LibertyView, Suite 300 457 Haddonfield Road Cherry Hill, NJ 08002 (856) 910-5000 Proposed Attorneys for the Debtors | |
| In re: SHAPES/ARCH HOLDINGS L.L.C., et al., Debtors. | Case No. 08-14631 (GMB) (Jointly Administered) Judge: Gloria M. Burns Chapter: 11 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER AUTHORIZING RETENTION OF STEVENS & LEE, P.C. AS SPECIAL LABOR AND CONFLICTS COUNSEL FOR THE DEBTORS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 4/9/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-14631(GMB)

Order Authorizing Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors

---

In re:          Shapes/Arch Holdings L.L.C., et al.
Case No.:       08-14631(GMB)
Applicant:      Shapes/Arch Holdings L.L.C., et al.

☐ Trustee:        ☐ Chap. 7        ☐ Chap. 11        ☐ Chap. 13

☑ Debtors:        ☑ Chap. 11        ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:      Stevens & Lee, P.C.
Address of Professional:   1818 Market Street, 29th Floor
                           Philadelphia, PA  19103

☐ Attorney for:    ☐ Trustee      ☐ Debtors-in-Possession

                   ☐ Official Committee of _____

☐ Accountant for:  ☐ Trustee      ☐ Debtor-in-Possession

                   ☐ Official Committee of _____

☑ Other Professional:

                   ☐ Realtor    ☐ Appraiser        ☑ Special Labor and
                                                       Conflicts Counsel

                   ☐ Auctioneer ☐ Other (specify):_____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.       The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C.,

Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the professional

capacity noted pursuant to 11 U.S.C. §327(e).

2

*Approved by Judge Gloria M. Burns April  09, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-14631(GMB)

Order Authorizing Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors

_____

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon
proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the
Court.

4.      If Stevens & Lee, P.C., is named as a defendant in any avoidance action, it shall
not represent the estates as plaintiff's counsel on any other avoidance actions, and shall withdraw
as counsel of record in any avoidance actions which it had initiated on the estates' behalf prior to
being named a defendant.

5.      The United States Trustee and Stevens & Lee, P.C., have agreed that the issue of
an "evergreen" retainer will be deferred and resolved in due course.

CHERRY_HILL\430925\2  077771.000

3

*Approved by Judge Gloria M. Burns April  09, 2008*