STEVENS & LEE, P.C.
1415 Marlton Pike East
Suite 506
Cherry Hill, NJ 08034-2210
P: 856-354-9200
F: 856-354-8111
John C. Kilgannon, Esq. (JK-3649)
jck@stevenslee.com

STEVENS & LEE, P.C.
1818 Market Street, 20th Floor
Philadelphia, PA 19103
P: 215-575-0100
F: 215-851-0214
Frank C. Sabatino, Esq. (FS-30147)
Robert Lapowsky, Esq. (RL-30991)
Jo Bennett, Esq. (JB-78333)
fcs@stevenslee.com
rl@stevenslee.com
jb@stevenslee.com

STEVENS & LEE, P.C.
620 Freedom Business Center
Suite 200
P. O. Box 62330
King of Prussia, PA 19406
P: 610-205-6000
F: 610-337-4374
Paul R. Lewis, Esq. (PL-17985)
prl@stevenslee.com

Special Counsel to the Debtors
and Debtors in Possession

| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|---|
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
| Debtors. | : : | CASE NO. 08-14631 (GMB) (Jointly Administered) |

**FIRST INTERIM MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C., AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 16, 2008 THROUGH APRIL 30, 2008**

SL1 812876v1/103456.00001

TO:  HONORABLE GLORIA M. BURNS
     UNITED STATES BANKRUPTCY JUDGE

This First Interim Monthly Fee Statement for Compensation and Reimbursement of Expenses (the "First Interim Fee Statement") is filed by Stevens & Lee, P.C. ("S&L"), special counsel to Shapes/Arch Holdings L.L.C. and its related debtor entities, the debtors and debtors-in-possession (collectively the "Debtors")[1], requesting compensation and reimbursement of expenses for services provided by S&L as special counsel to the Debtors for the period from March 16, 2008 through April 30, 2008 (the "First Interim Period").

## Background

1.  On March 16, 2008 (the "Petition Date"), the Debtors filed their petitions for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

2.  The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3.  No trustee or examiner has been appointed in these cases.

4.  An official committee of unsecured creditors (the "Committee") was appointed on March 31, 2008 and has been actively involved in these cases since that time.

5.  By Order dated April 9, 2008, S&L was retained as special counsel to the Debtors in these bankruptcy proceedings on the terms set forth in S&L's retention application, effective as of March 16, 2008.

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("Shapes/Arch"), the following entities, all of which are wholly owned subsidiaries or Shapes/Arch, also filed petitions on the Petition Date (defined below): Shapes L.L.C. ("Shapes"); Delair L.L.C. ("Delair"); Accu-Weld L.L.C. ("Accu-Weld"); and Ultra L.L.C. ("Ultra").

2

6.  On March 18, 2008, the Administrative Order Pursuant To 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures Order") was entered by the Court. S&L submits this First Interim Fee Statement for compensation and reimbursement of actual, necessary costs and expenses for its service to the Debtors.

7.  During this First Interim Period, S&L has been faithfully performing its duties under 11 U.S.C. § 327.

8.  The professionals and paraprofessionals of S&L who have rendered services in these cases for which S&L seeks compensation are reflected on the attached Exhibit "A", which provides the name of the professionals and paraprofessionals who have rendered services in these cases, their hourly rates and amount of time spent by each professional in these cases.

9.  In accordance with the Compensation Procedures Order, and as set forth in Local Rule 2016-1 and the Court's General Order Adopting Guidelines Governing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals, a detailed chronological itemization of the services rendered by each professional and paraprofessional during the First Interim Period, calculated by tenths of an hour, is attached hereto as Exhibit "B".

10. During the First Interim Period, S&L provided services to the Debtors in the total amount of $46,588.00.

11. Attached hereto as Exhibit "C" is a summary of the actual and necessary expenses incurred. During this First Interim Period, S&L incurred actual and necessary expenses in the total amount of $935.95.

12. Pursuant to the Compensation Procedures Order, S&L seeks approval of 80% of the total compensation equal to $37,270.40 ($46,588.00 x 80%) and 100% reimbursement of expenses ($935.95) incurred by S&L during the First Interim Period.

3

SL1 812876v1/103456.00001

13. Prior to the commencement of these cases, S&L was paid a retainer totaling $50,000.00, which S&L will utilize to satisfy the fees requested in this First Interim Fee Statement.

14. Lastly, by way of disclosure, the final payment to S&L prior to the Petition Date for services rendered prior to the Petition Date was insufficient to satisfy its outstanding fees and expenses due to certain expenses that did not "hit the system" until after the Petition Date. These fees and expenses total less than $3,483.00. S&L waives any claim for these expenses.

WHEREFORE, S&L respectfully requests that, for the period from March 16, 2008 through April 30, 2008, a first interim allowance be made to S&L in the total amount of $37,270.00 ($46,588.00 x 80% total fees incurred during the First Interim Period) for compensation and $935.95 for reimbursement of actual, necessary costs and expenses and that such amounts be authorized for payment from the prepetition retainer held by S&L.

Dated: May 20, 2008            STEVENS & LEE, P.C.

By: */s/ John C. Kilgannon*
John C. Kilgannon, Esq.
Robert Lapowksy, Esq.
Paul R. Lewis, Esq.

Special Counsel to the Debtor and
Debtor in Possession

## **EXHIBIT "A"**

| PROFESSIONAL | PRACTICE AREA | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Paul R. Lewis | Labor | 1973-PA | 76.00 | $500.00 | $38,000.00 |
| Frank C. Sabatino | Labor | 1981-NJ<br><br>1979-PA | 1.40 | $490.00 | $686.00 |
| Robert Lapowsky | Bankruptcy | 1981-NJ<br><br>1979-PA | 9.20 | $480.00 | $4,416.00 |
| Jo Bennett | Labor | 1996-NJ<br><br>1996-PA | .50 | $395.00 | $197.50 |
| John C. Kilgannon | Bankruptcy | 1998-NJ<br><br>1998-PA | 3.60 | $360.00 | $1,296.00 |
| Alexandra Minehart | Bankruptcy Paralegal | | 9.00 | $185.00 | $1,665.00 |
| Allison M. Decker | Bankruptcy Paralegal | | 1.50 | $185.00 | $277.50 |
| Rebecca K. Kunkel | Labor Paralegal | | .40 | $125.00 | $50.00 |
| TOTAL: | | | **101.6** | | **$46,588.00** |

SL1 812876v1/103456.00001

5

**"Exhibit B"**

| Date | Matter | Client | Atty | Hours | Amount | Rate | Code | Description |
|---|---|---|---|---|---|---|---|---|
| 3/16/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | PRL | 5.50 | $2,750.00 | $ 500.00 | B | DRAFT AND REVISE ACCU-WELD PROPOSALS FOR A SINGLE CBA |
| 3/17/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | AD | 1.00 | $185.00 | $ 185.00 | F | DRAFTED RL NOTICE OF APPEARANCE; RETRIEVED DOCUMENTS FROM DOCKET FOR RL |
| 3/17/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | PRL | 0.60 | $300.00 | $ 500.00 | A | PROOFREAD AND MAKE FINAL CHANGES TO ACCU-WELD CONSOLIDATED PROPOSALS - T/C WITH D GOLLIN RE SAME AND E-MAIL DRAFT TO D GOLLIN |
| 3/17/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | PRL | 5.30 | $2,650.00 | $ 500.00 | H | MTG WITH D GOLLIN AND B OXENFORD AT SHAPES RE MTGS WITH UNIONS (1.5) - MTG AT UIU (1.8) - MTG AT LOCAL 837 (2.0) |
| 3/17/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | PRL | 0.50 | $250.00 | $ 500.00 | A | T/CS WITH RL AND D GOLLIN RE PRIORITY TREATMENT OF PRE-PETITION WAGE AND BENEFIT CONTRIBUTION CLAIMS |
| 3/17/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | RL | 2.50 | $1,200.00 | $ 480.00 | F | EXCHANGE EMAILS M FELGER RE FILING & EMAIL A DECKER RE ENTRY APPEARANCE & PULL DOCKETS & PETITION & REVIEW/ANALYZE DOCKETS & PETITION & EMAIL J SHAPIRO RE DIRECTION & REVIEW/ANALYZE INTERIM DIP RE CARVE-OUT & BRIEF REVIEW/ANALYZE OTHER FIRST DAY PAPERS & PLAN RE PAYMENT OF PROFESSIONALS & PLAN LABOR PROVISIONS & CONFER PRL RE MEETING UNION & CONFER PRL RE CAP ON DELINQUENT PLAN PRIORITY LIABILITY (2.5) |
| 3/17/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | AM | 0.80 | $148.00 | $ 185.00 | I | ATTN TO OPENING NEW CASE / CLIENT FOR RL IN DEBTOR CASE, MULTI EMAILS AND DRAFT EMAIL MEMO TO RL & PRL RE SETTING UP PROPER PROCEDURES FOR NJ BANKRUPTCY RULES |
| 3/18/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | AD | 0.50 | $92.50 | $ 185.00 | F | UPDATED AND FILED NOTICE OF APPEARANCE |
| 3/18/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | AM | 0.80 | $148.00 | $ 185.00 | I | CALL TO PAUL LEWIS'S ASSISTANT RE SETTING UP A NEW SPECIAL COUNSEL TO THE DEBTOR CLIENT AND NEW BUSINESS MEMO. |
| 3/18/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | PRL | 0.40 | $200.00 | $ 500.00 | F | PREP SUGGESTION OF BANKRUPTCY FOR FILING IN BATTEL CASE |

| Date | Matter | Description | Atty | Hours | Rate | Amount | Task |
|---|---|---|---|---|---|---|---|
| 3/16/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | PRL | 5.50 | $2,750.00 | $500.00 | B | DRAFT AND REVISE ACCU-WELD PROPOSALS FOR A SINGLE CBA |
| 3/18/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | PRL | 0.30 | $150.00 | $500.00 | A | T/C WITH D GOLLIN RE ACCU-WELD PROPOSALS AND COMMUNICATIONS WITH UIU AND LOCAL 837 |
| 3/18/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | PRL | 0.50 | $250.00 | $500.00 | B | E-MAIL TO S HOFFMAN RE ACCU-WELD PROPOSALS AND 3/17/08 MEETINGS WITH UIU AND LOCAL 837 |
| 3/18/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | RKK | 0.20 | $25.00 | $125.00 | F | SUBMIT SUGGESTION OF BANKRUPTCY FILING WITH NJ SUPERIOR COURT FOR VERSA REGARDING THE UNION NEGOTIATIONS |
| 3/18/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | RL | 0.40 | $192.00 | $480.00 | B | EXCHANGE EMAILS M FELGER RE PECO & CONFER PRL (.4) |
| 3/18/08 | 103456-00001 | ALUMINUM SHAPES/ARCH/BANKRU PTCY | JCK | 0.30 | $108.00 | $360.00 | C | EMAIL TO/FROM RL RE FILING ENTRY OF APPEARANCE (.2), REVIEWED PLEADINGS (.1) |
| 3/19/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | PRL | 0.30 | $150.00 | $500.00 | A | T/C WITH D GOLLIN RE NEGOTIATIONS WITH UIU AND LOCAL 837 AND MTG WITH VERSA HR OVERSIGHT PERSON |
| 3/19/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | PRL | 0.30 | $150.00 | $500.00 | A | T/C WITH T KOHN RE NEGOTIATIONS WITH UIU FOR NEW CBA |
| 3/19/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | PRL | 0.40 | $200.00 | $500.00 | A | T/CS WITH BATTEL'S ATTY, D GOLLIN AND RL RE STAY OF BATTEL LITIGATION |
| 3/19/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | PRL | 0.20 | $100.00 | $500.00 | A | T/C D GOLLIN RE LISTING OF BATTEL CASE ON BANKRUPTCY SCHEDULES |
| 3/19/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | PRL | 0.40 | $200.00 | $500.00 | B | E-MAIL UNION CONTRACT PROPOSALS TO T KOHN AND R MCNEILL |
| 3/19/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | PRL | 0.30 | $150.00 | $500.00 | A | T/C WITH T KOHN RE UIU NEGOTIATIONS |
| 3/19/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | PRL | 0.30 | $150.00 | $500.00 | B | E-MAILS WITH R MCNEILL AND D GOLLIN RE LOCAL 837 REQUEST FOR INFORMATION WITH RESPECT TO THE BR PROCEEDING |
| 3/19/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | PRL | 1.00 | $500.00 | $500.00 | A | T/C WITH D GOLLIN RE BATTEL MATTER AND INCLUSION IN BR FILINGS - REVIEW PERTINENT SCHEDULES/EXHIBITS TO BR FILING - LETTER TO BATTEL'S COUNSEL RE AUTOMATIC STAY |
| 3/19/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | RL | 0.20 | $96.00 | $480.00 | G1 | CONFER P LEWIS RE BR ISSUES (.2) |

| Date | Matter | Atty | Hours | Rate | Code | Description |
|---|---|---|---|---|---|---|
| 3/16/08 | 030026-00063 ALUMINUM SHAPES/LABOR ISSUES | PRL | 5.50 | $2,750.00 | $500.00 B | DRAFT AND REVISE ACCU-WELD PROPOSALS FOR A SINGLE CBA |
| 3/20/08 | 030026-00063 ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | PRL | 0.50 | $250.00 | $500.00 A | T/C WITH R MCNEILL RE NEGOTIATIONS |
| 3/20/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | JB | 0.20 | $79.00 | $395.00 C | REVIEW GOLLIN E-MAIL RE: BANKRUPTCY AND ATTACHED NOTICE - EDIT NOTICE RE: PURPOSES OF DOL AUDIT |
| 3/21/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | JB | 0.20 | $79.00 | $395.00 B | DRAFT CORRESPONDENCE TO DOL AND E-MAIL SAME |
| 3/25/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | AM | 0.40 | $74.00 | $185.00 B | MEMO EMAIL TO RL AND MES RE TASKS AND FEE APP SET UP. |
| 3/26/08 | 030026-00063 ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | RL | 0.40 | $192.00 | $480.00 F | REVIEW/ANALYZE MISCL PLEADINGS & ORDER RE INTERIM COMPENSATION |
| 3/27/08 | 030026-00063 ALUMINUM SHAPES/LABOR ISSUES | RL | 0.20 | $96.00 | $480.00 G1 | CONFER P LEWIS RE STATUS UNION NEGOTIATIONS (2) |
| 3/27/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | $500.00 C | REVIEW TERMINATION OF BENEFITS NOTICE FROM UIU H&W FUND CUTTING OFF BENEFITS TO ACCU-WELD EMPLOYEES (2) |
| 3/27/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 1.30 | $650.00 | $500.00 A | T/C WITH T KOHN RE NEGOTIATIONS WITH UIU (.2) - T/CS WITH D GOLLIN RE UIU H&W BENEFITS CUT-OFF AND NEGOTIATIONS FOR ACCU-WELD EMPLOYEES WITH UIU (.5) - T/CS WITH S RICHMAN (UIU FUND COUNSEL) RE CUT-OFF OF ACCU-WELD EMPLOYEES' BENEFITS (.6) |
| 3/28/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | FCS | 0.10 | $49.00 | $490.00 I | REVIEW DELINQUENCY POLICIES |
| 3/28/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.50 | $250.00 | $500.00 A | T/C WITH D GOLLIN RE H&W COVERAGE FOR ACCU-WELD EMPLOYEES |
| 3/28/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.50 | $250.00 | $500.00 A | T/C WITH S RICHMAN RE UIU FUND REINSTATING BENEFITS FOR ACCU-WELD EMPLOYEES |
| 3/28/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | $500.00 A | T/C WITH D GOLLIN RE ACCU-WELD EMPLOYEES' BENEFITS |
| 3/28/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.30 | $150.00 | $500.00 A | T/C WITH S RICHMAN RE UIU FUND REINSTATEMENT OF BENEFITS FOR ACCU-WELD EMPLOYEES |
| 3/28/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | $500.00 A | T/C WITH T KOHN RE UIU NEGOTIATIONS |

| Date | Number | Client | Atty | Hours | Amount | Rate | Code | Description |
|---|---|---|---|---|---|---|---|---|
| 3/16/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | PRL | 5.50 | $2,750.00 | $500.00 | B | DRAFT AND REVISE ACCU-WELD PROPOSALS FOR A SINGLE CBA |
| 3/28/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | $500.00 | A | T/C WITH D GOLLIN RE UIU NEGOTIATIONS |
| 3/28/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | PRL | 0.80 | $400.00 | $500.00 | A | MULTIPLE T/CS WITH D GOLLIN RE ACCU-WELD/UIU NEGOTIATIONS AND BENEFIT CUT-OFF BY UIU WELFARE FUND |
| 3/28/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | PRL | 1.40 | $700.00 | $500.00 | A | MULTIPLE T/CS WITH S RICHMAN AND T KOHN RE ACCU-WELD/UIU NEGOTIATIONS AND BENEFIT CUT-OFF AND RESTORATION BY UIU WELFARE FUND |
| 3/28/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | PRL | 0.80 | $400.00 | $500.00 | B | E-MAIL TO T/C WITH D GOLLIN RE UIU WELFARE FUND COUNSEL'S E-MAIL CONCERNING RESTORATION OF BENEFITS BY UIU WELFARE FUND |
| 3/28/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | PRL | 0.30 | $150.00 | $500.00 | B | EXTENSIVE E-MAIL TO S RICHMAN RE RESTORATION OF BENEFITS FOR ACCU-WELD EMPLOYEES |
| 3/29/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | FCS | 0.60 | $294.00 | $490.00 | I | REVIEW DELINQUENCY AND AUDIT ISSUES - EMAIL TO D CULLIN AND P LEWIS ON THESE ISSUES |
| 3/30/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | PRL | 0.30 | $150.00 | $500.00 | B | LETTER TO C COOPER RE STAY OF PROCEEDINGS IN BATTEL CASE |
| 3/31/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | RL | 0.40 | $192.00 | $480.00 | F | CONFER R KUNKEL RE COPY PETITION FOR STAY IN STATE COURT MATTER & REVIEW/ANALYZE MISCL PLEADINGS (.4) |
| 3/31/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | AM | 0.30 | $55.50 | $185.00 | C | EMAIL FROM RL RE BANKRUPTCY CASE SET UP |
| 3/31/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | $500.00 | A | T/CS WITH D GOLLIN RE ACCU-WELD EMPLOYEES INSURANCE COVERAGE THROUGH UIU FUND |
| 3/31/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | $500.00 | A | T/C WITH S RICHMAN RE ACCU-WELD EMPLOYEES COVERAGE BY UIU H&W FUND |
| 3/31/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | PRL | 0.30 | $150.00 | $500.00 | A | T/CS WITH D GOLLIN RE ACCU-WELD MEDICAL INS COVERAGE ISSUES |
| 3/31/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | PRL | 0.30 | $150.00 | $500.00 | A | T/C WITH S RICHMAN RE ACCU-WELD MEDICAL INSURANCE ISSUE AND REVIEW FAX FORM S RICHMAN RE SAME |

| Date | Matter | Atty | Hours | Amount | Task | Description |
|---|---|---|---|---|---|---|
| 3/16/08 | 030026-00063 ALUMINUM SHAPES/LABOR ISSUES | PRL | 5.50 | $2,750.00 | B | DRAFT AND REVISE ACCU-WELD PROPOSALS FOR A SINGLE CBA |
| 3/31/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.30 | $150.00 | B | E-MAIL TO D GOLLIN FORWARDING NOTICE TO EMPLOYEES FROM UIU FUND TO ACCU-WELD EMPLOYEES RE RESTORATION OF MEDICAL AND PRESCRIPTION BENEFITS AND SUMMARIZING CONVERSATION WITH S RICHMAN |
| 3/31/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.80 | $400.00 | A | MULTIPLE ADDITIONAL T/CS WITH D GOLLIN RE UIU FUND CUT-OFF OF BENEFITS AT ACCU-WELD |
| 3/31/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.80 | $400.00 | A | MULTIPLE ADDITIONAL T/CS WITH S RICHMAN RE UIU FUND CUT-OFF OF BENEFITS TO ACCU-WELD EMPLOYEES |
| 4/1/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.40 | $200.00 | A | T/CS WITH D GOLLIN RE UIU FUND BENEFIT RESTORATION AT ACCU-WELD |
| 4/1/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | A | T/CS WITH S RICHMAN RE RESTORATION OF UIU FUND BENEFITS AT ACCU-WELD |
| 4/1/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | A | T/C WITH D GOLLIN RE UNION MTG WITH EMPLOYEES AT ACCU-WELD RE BENEFITS |
| 4/1/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | A | T/C WITH S RICHMAN RE UNION MTG WITH EMPLOYEES AT ACCU-WELD - FAILURE TO ADHERE TO AGREEMENT BETWEEN COUNSEL |
| 4/1/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.50 | $250.00 | B | REVISE LETTER TO NJ SUPERIOR COURT IN BATTEL CASE RE BANKRUPTCY PETITION |
| 4/1/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.40 | $200.00 | A | T/C WITH D GOLLIN RE UIU NEGOTIATIONS |
| 4/1/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.30 | $150.00 | A | T/C WITH T KOHN RE UIU NEGOTIATIONS |
| 4/1/08 | 103456-00001 SHAPES/ARCH/BANKRU PRL | PRL | 1.50 | $750.00 | I | PREP FOR UIU NEGOS |
| 4/1/08 | 103456-00001 SHAPES/ARCH/BANKRU RKK | RKK | 0.20 | $25.00 | B | PREPARE AND SEND LETTER TO SUPERIOR COURT JUDGE ENCLOSING BANKRUPTCY PETITION |
| 4/2/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 4.00 | $2,000.00 | H | ATTEND UIU NEGOTIATIONS FOR ACCU-WELD |
| 4/2/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | AM | 0.60 | $111.00 | K | ATTN TO CASE SET UP CALLS TO ACCOUNTING, CALL WITH MES EMAILS TO RL - DISCUSS SAME WITH BILLING ATTORNEY'S ASSISTANT. |

| Date | Matter | Atty | Hours | Amount | Rate | Description |
|---|---|---|---|---|---|---|
| 3/16/08 | 030026-00063 ALUMINUM SHAPES/LABOR ISSUES | PRL | 5.50 | $2,750.00 | $500.00 B | DRAFT AND REVISE ACCU-WELD PROPOSALS FOR A SINGLE CBA |
| 4/2/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 2.50 | $1,250.00 | $500.00 I | PREP FOR NEGOTIATIONS WITH UIU RE ACCU-WELD |
| 4/3/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 1.50 | $750.00 | $500.00 I | PREP FOR SHAPES/DELAIR UNION NEGOTIATIONS |
| 4/3/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 5.00 | $2,500.00 | $500.00 H | ATTEND SHAPES/DELAIR UNION NEGOTIATIONS |
| 4/3/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | $500.00 B | E-MAIL TO AAA RE RESCHEDULING ULTRA HARDWARE HIDALGO ARBITRATION |
| 4/5/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.80 | $400.00 | $500.00 B | E-MAIL TO S HOFFMAN UPDATING THE NEGOTIATIONS WITH THE UIU AT ACCU-WELD AND LOCAL 837 AT SHAPES/DELAIR |
| 4/8/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 6.50 | $3,250.00 | $500.00 H | ATTEND NEGOTIATIONS WITH LOCAL 837 RE SHAPES/DELAIR |
| 4/10/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | $500.00 A | T/C WITH D GOLLIN RE MARCH CONTRIBUTION PAYMENTS TO LOCAL 837 FUNDS |
| 4/11/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 5.50 | $2,750.00 | $500.00 A | ATTEND ACCU-WELD NEGOTIATIONS WITH UIU |
| 4/16/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.20 | $100.00 | $500.00 A | T/C WITH S RICHMAN RE CONTRIBUTIONS TO UIU LEGAL FUND |
| 4/18/08 | 103456-00001 SHAPES/ARCH/BANKRU JB | JB | 0.10 | $39.50 | $395.00 A | T/C OXENFORD RE OFFICIAL AUDIT |
| 4/18/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.60 | $300.00 | $500.00 A | T/C WITH D GOLLIN, B OXENFORD AND D JOHNSON RE ACCU-WELD NEGOS |
| 4/21/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 1.50 | $750.00 | $500.00 H | MTG WITH D GOLLIN AND B OXENFORD RE ACCU-WELD NEGOTIATIONS |
| 4/21/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 4.50 | $2,250.00 | $500.00 H | ATTEND NEGOTIATIONS WITH UIU RE ACCU-WELD |
| 4/22/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.30 | $150.00 | $500.00 A | T/C WITH T KOHN RE ACCU-WELD NEGOTIATIONS |
| 4/22/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.30 | $150.00 | $500.00 A | T/C WITH D GOLLIN RE ACCU-WELD NEGOTIATIONS |
| 4/22/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 1.50 | $750.00 | $500.00 B | MEMO TO RL, J GOLDSTEIN AND S HOFFMAN RE STATUS OF UNION NEGOTIATIONS |
| 4/22/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 1.50 | $750.00 | $500.00 I | PREP FOR NEGOTIATIONS WITH LOCAL 837 RE SHAPES/DELAIR |
| 4/23/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 4.00 | $2,000.00 | $500.00 H | ATTEND NEGOTIATIONS WITH LOCAL 830 RE SHAPES/DELAIR CBA |

| Date | Matter | Atty | Hours | Amount | Rate | Task | Description |
|---|---|---|---|---|---|---|---|
| 3/16/08 | 030026-00063 ALUMINUM SHAPES/LABOR ISSUES | PRL | 5.50 | $2,750.00 | $500.00 | B | DRAFT AND REVISE ACCU-WELD PROPOSALS FOR A SINGLE CBA |
| 4/23/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.80 | $400.00 | $500.00 | I | PREP FOR NEGOS WITH LOCAL 837 RE SHAPES/DELAIR |
| 4/23/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 2.30 | $1,150.00 | $500.00 | B | DRAFT AND FINALIZE STATUS REPORT ON UNION NEGOTIATIONS TO S HOFFMAN |
| 4/23/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | RL | 1.50 | $720.00 | $480.00 | I | REVIEW/ANALYZE MEMO P LEWIS RE STATUS UNION NEGOTIATIONS & DRAFT INSERT TO DISCLOSURE STATEMENT FOR STATUS LABOR NEGOTIATIONS & EMAIL TO P LEWIS FOR REVIEW (1.5) |
| 4/24/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | AM | 1.00 | $185.00 | 185.00 | K | MULTI EMAILS, CALLS RL AND PJL RE DEADLINE TO FILE FEE APPS 25TH (.3) MULTI CALLS WITH ACCOUNTING RE PUTTING TOGETHER A FEE APP (.5) REVIEW OF PREBILLS WITH TIME AND BILLING (.2) |
| 4/24/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.60 | $300.00 | 500.00 | K | REVIEW BILLS FOR MARCH TIME IN PREP FOR FEE PETITION |
| 4/24/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.50 | $240.00 | 480.00 | F | REVIEW/ANALYZE P LEWIS REVISIONS TO INSERT TO DISCLOSURE STATEMENT & EXCHANGE EMAILS P LEWIS & D GOLLIN RE SAME & EMAIL J SHAPIRO & M FELGER RE SAME (.5) |
| 4/24/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | RL | 0.40 | $192.00 | 480.00 | K | REVIEW/ANALYZE FEE STATEMENTS COZEN & PHOENIX & REVIEW/ANALYZE INTERIM FEE ORDER & EMAIL PRL RE S&L FEE STATEMENT (.4) |
| 4/24/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | RL | 0.30 | $144.00 | 480.00 | K | REVIEW/ANALYZE 1ST INTERIM FEE STATEMENT & EMAIL A MINEHART RE SAME (.3) |
| 4/24/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | RL | 0.40 | $192.00 | 480.00 | A | TELEPHONE CONFERENCE W/ M FELGER RE STATUS (.4) |
| 4/24/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | AM | 1.80 | $333.00 | 185.00 | K | PREP FEE APPLICATION FOR THE 1/2 MONTH OF MARCH PUT THE TIME IN ORDER |

| Date | Matter | Atty | Hours | Amount | Rate | Task | Description |
|---|---|---|---|---|---|---|---|
| 3/16/08 | 030026-00063 ALUMINUM SHAPES/LABOR ISSUES | PRL | 5.50 | $2,750.00 | 500.00 | B | DRAFT AND REVISE ACCU-WELD PROPOSALS FOR A SINGLE CBA |
| 4/25/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | AM | 3.30 | $610.50 | 185.00 | K | ATTN TO DRAFTING FEE APPLICATION AND FORM FOR NJ BANKRUPTCY RULES (2.1) ATTN TO PUTTING TOGETHER THE NUMBERS (.8) MULTI EMAILS WITH RL AND PJL RE SAME AND CALLS WITH ACCOUNTING RE OUTSTANDING BALANCES IN OTHER SHAPES MATTERS(.4) |
| 4/25/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | RL | 0.30 | $144.00 | 480.00 | I | REVIEW/ANALYZE FILED AMENDED PLAN & DISCLOSURE STATEMENT (.3) |
| 4/25/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | RL | 0.40 | $192.00 | 480.00 | K | REVIEW/REVISE INTERIM FEE STATEMENT & EMAIL M FELGER RE SAME (.4) |
| 4/30/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | JCK | 3.30 | $1,188.00 | 360.00 | I | CONFERENCE WITH PAUL LEWIS RE RESEARCH (.2), RESEARCH RE TREATMENT OF PBGC CLAIMS IN BANKRUPTCY (3.1) |
| 4/30/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | FCS | 0.70 | $343.00 | 490.00 | B | EMAILS AND CALLS WITH P LEWIS TO REVISE DISCLOSURE STATEMENT |
| 4/30/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.40 | $200.00 | 500.00 | A | T/C AND E-MAILS WITH D GOLLIN RE INSERT FOR REVISED DISCLOSURE STATEMENT CONCERNING POSSIBLE TERMINATION LIABILITY IF WITHDRAWAL FROM LOCAL 837 PENSION FUND TRIGGERS THAT PLAN'S TERMINATION |
| 4/30/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.50 | $250.00 | 500.00 | B | E-MAILS AND T/C WITH FCS, RL AND JCK RE TERMINATION LIABILITY AND POSSIBLE PRIORITY STATUS |
| 4/30/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | PRL | 0.40 | $200.00 | 500.00 | I | REVIEW PORTIONS OF DRAFT REVISED DISCLOSURE STATEMENT WITH RESPECT TO ADDITION OF PROVISION CONCERNING POSSIBLE PLAN TERMINATION LIABILITY; REVISE INSERT RE SAME |
| 4/30/08 | 103456-00001 SHAPES/ARCH/BANKRU PTCY | RL | 0.30 | $144.00 | 480.00 | I | REVIEW/ANALYZE EMAILS RE DESCRIPTION PENSION TERMINATION CLAIM IN DISCLOSURE STATEMENT & CONFER P LEWIS RE SAME (.3) |

| Date | Index | Client/Matter | Atty | Hours | Amount | Rate | T | Description |
|---|---|---|---|---|---|---|---|---|
| 3/16/08 | 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES | PRL | 5.50 | $2,750.00 | $500.00 | B | DRAFT AND REVISE ACCU-WELD PROPOSALS FOR A SINGLE CBA |
| 4/30/08 | 103456-00001 | SHAPES/ARCH/BANKRU PTCY | RL | 1.00 | $480.00 | $480.00 | I | REVIEW/ANALYZE COMMITTEE MOTION REVIEW/ANALYZE UST MOTION TRUSTEE & TRUSTEE & UST MOTION REVIEW/ANALYZE REVISED DISCLOSURE STATEMENT (1.0) |
| | | | | 101.60 | $46,588.00 | | | |

## **EXHIBIT "C"**

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research (Westlaw) | $549.84 |
| b) Facsimile (with rates)<br>   No. of Pages _____ Rate per Page ____$1.00____<br>   (Max. $1.00/pg.) | |
| c) Long Distance Telephone | $24.31 |
| d) In-House Reproduction<br>   No. of Pages____142 Rate per Page ___.20____ (Max. .20¢pg.) | $28.40 |
| e) Outside Reproduction | |
| f) Outside Research | |
| g) Filing/Court Fees | |
| h) Court Reporting | |
| i)   Travel (miles) | $128.79 |
|     Parking | $107.00 |
| j) Courier & Express Carriers (e.g. Federal Express) | |
| k) Postage | $6.37 |
| l) Other (Explain)<br>meeting meals | $91.24 |
| DISBURSEMENT TOTAL: | $935.95 |

| Matter | Client | Description | Date | Type | Amount |
|---|---|---|---|---|---|
| 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | | 3/21/08 | Document reproduction | $2.20 |
| 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | | 3/25/08 | Document reproduction | $3.20 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 4/1/08 | Document reproduction | $0.40 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 4/11/08 | Document reproduction | $20.00 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 4/29/08 | Document reproduction | $1.20 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 4/29/08 | Document reproduction | $1.40 |
| | | | | | **$28.40** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 3/24/08 | Postage | $0.82 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 3/24/08 | Postage | $0.82 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 4/8/08 | Postage | $4.73 |
| | | | | | **$6.37** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 3/14/08 | Telephone charges | $2.50 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 3/14/08 | Telephone charges | $1.94 |
| 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | | 3/21/08 | Telephone charges | $1.94 |
| 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | | 3/21/08 | Telephone charges | $3.62 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 3/21/08 | Telephone charges | $2.31 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 3/21/08 | Telephone charges | $2.12 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 3/21/08 | Telephone charges | $2.12 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 4/1/08 | Telephone charges | $1.94 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 4/1/08 | Telephone charges | $1.94 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 4/25/08 | Telephone charges | $1.94 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 4/25/08 | Telephone charges | $1.94 |
| | | | | | **$24.31** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 4/2/08 | Travel / Miles | $16.67 |
| 103456-00002 | SHAPES/ARCH/BANKRUPTCY | | 4/3/08 | Travel / Miles | $26.26 |
| 103456-00003 | SHAPES/ARCH/BANKRUPTCY | | 4/8/08 | Travel / Miles | $26.26 |
| 103456-00004 | SHAPES/ARCH/BANKRUPTCY | | 4/11/08 | Travel / Miles | $16.67 |
| 103456-00005 | SHAPES/ARCH/BANKRUPTCY | | 4/21/08 | Travel / Miles | $16.67 |
| 103456-00006 | SHAPES/ARCH/BANKRUPTCY | | 4/23/08 | Travel / Miles | $26.26 |
| | | | | | **$128.79** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | | 4/2/08 | Parking | $23.00 |
| 103456-00002 | SHAPES/ARCH/BANKRUPTCY | | 4/8/08 | Parking | $19.00 |
| 103456-00003 | SHAPES/ARCH/BANKRUPTCY | | 4/11/08 | Parking | $23.00 |
| 103456-00004 | SHAPES/ARCH/BANKRUPTCY | | 4/21/08 | Parking | $23.00 |
| 103456-00005 | SHAPES/ARCH/BANKRUPTCY | | 4/23/08 | Parking | $19.00 |
| 103456-00006 | SHAPES/ARCH/BANKRUPTCY | | 4/23/08 | Parking | $19.00 |

| | | | |
|---|---|---|---|
| 103456-00006 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 Meals | **$107.00** |
| 103456-00006 | SHAPES/ARCH/BANKRUPTCY | 4/11/08 Meals | $48.26 |
| | | | $42.98 |
| | | | **$91.24** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 Westlaw research | $47.62 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 Westlaw research | $84.39 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 Westlaw research | $89.55 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 Westlaw research | $105.88 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 Westlaw research | $222.40 |
| | | | **$549.84** |

TOTAL 935.95