

Order Filed on
**5/20/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Attorneys for the Debtors

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

<u>**ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING**</u>

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: 5/20/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

Upon consideration of the application of the above-captioned debtors and debtors-in-possession (the "Debtors")[1], for notice under Federal Rule Bankruptcy Procedure 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1.       The time period required by Local Bankruptcy Rule 9013-1 for notice of hearing on the Motion (the "Motion") for an entry of an Order Establishing Deadline for Filing Requests for Allowance of Chapter 11 Administrative Expenses and Approving Notice with Respect Thereto is hereby shortened as set forth herein.

2.       A hearing shall be conducted on the aforesaid Motion on May 23, 2008, at 10:00 a.m. in the United States Bankruptcy Court, 400 Cooper Street, Camden, New Jersey 08101, Courtroom # 4C.

3.       True copies of this order, the application for it, and the moving papers shall be served upon (a) counsel for the Lender Group, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) the Internal Revenue Service, (e) the New Jersey Attorney General, (f) the Commonwealth of Pennsylvania Department of Revenue, (g) counsel to the Creditors' Committee and (h) all parties on the Master Service List by:

☐       fax,                    ☑       overnight mail,

☑       email,                 ☐       hand delivery,

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

2

*Approved by Judge Gloria M. Burns May  20, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

☐    regular mail,

and within

☐    day(s) of the date hereof, or

☑    on the same date as the Order.

4.    Any objections to said motion:

☐    shall be filed and served as to be received no later than _____

☑    may be presented at the hearing.

5.    ☑    Court appearances will be required to prosecute said motion and any objections.

☑    Any objector may appear by telephone at the hearing.

☐    The hearing will be held by telephone conference call, to be arranged by the applicant.

CHERRY_HILL\443950\1  220718.000

3

*Approved by Judge Gloria M. Burns May  20, 2008*