UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**5/20/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:     ❒   Followed     ❒   Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 5/20/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Upon the motion of _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

❏    Real property more fully described as:

❏    Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

*Approved by Judge Gloria M. Burns May 20, 2008*