

Order Filed on
5/20/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>           Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

**ORDER AUTHORIZING BUT NOT DIRECTING PAYMENT OF PREPETITION
SALES COMMISSIONS PURSUANT TO 11 U.S.C. §§ 105(a), 507(a)(4) AND (5)**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: 5/20/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631(GMB) (Jointly Administered)

Order Authorizing but not Directing Payment of Prepetition Sales Commissions Pursuant to 11 U.S.C. §§ 105(a), 507(a)(4) and (5)

---

Upon consideration the verified motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (the "Debtors"), for an Order Authorizing but not Directing Payment of Prepetition Sales Commissions Pursuant to 11 U.S.C. §§ 105(a), 507(a)(4) and (5); and notice being sufficient under the circumstances; and such relief being necessary to assure that operation of the Debtors' businesses will not be disrupted, it is ORDERED:

1. That the Motion is GRANTED.

2. That the Debtors are authorized but not directed to pay and/or honor prepetition sales commissions owed to employees and independent sales representatives, as described in the Motion.

CHERRY_HILL\436063\1  220718.000

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns May  20, 2008*