# **EXHIBIT A**

| Master Lease Schedule No. | Term (Months) | Monthly Payment | Months Remaining | Remaining Balance | Equipment |
|---|---|---|---|---|---|
| 11 | 60 | $2,549.00 | 30 | $76,470.00 | HUBTEX Side Loader, s/n JU4356 |
| 19 | 60 | $2,317.00 | 35 | $77,595.00 | DREXEL Forklift Model SLT 30, s/n 9458661051<br>DREXEL Forklift Model SLT 30, s/n 9645161549<br>DREXEL Forklift Model SLT 30, s/n 899037081 |
| 21 | 36 | $2,093.08 | 11 | $23,023.88 | NEW HOLLAND Loader Model LW110, s/n ZEFOLW11000495124 |
| 22 | 60 | $1,544.60 | 35 | $51,730.00 | DREXEL Forklift Model SLT 30, s/n 934288604<br>DREXEL Forklift Model SLT 30, s/n 9573961363 |
| 23 | 60 | $3,089.33 | 34 | $100,504.00 | DREXEL Forklift Model SLT 30, s/n 917783206<br>DREXEL Forklift Model SLT 30, s/n 9598341404<br>DREXEL Forklift Model SLT 30, s/n 935962693<br>DREXEL Forklift Model SLT 30, s/n943875887 |