# EXHIBIT D

| Master Lease Schedule No. | Term (Months) | Monthly Payment | Months Remaining | Remaining Balance | Equipment |
|---|---|---|---|---|---|
| n/a | 60 | $1,807.94 | 47 | $87,934.18 | NISSAN Model PL50LP, s/n PL02-9H3650<br>NISSAN Model PL50LP, s/n PL02-9H3651<br>NISSAN Model PL50LP, s/n PL02-9H3656<br>NISSAN Model PL50LP, s/n PL02-9H3657 |