# EXHIBIT E

## DE LAGE LANDEN FINANCIAL SERVICES, INC
Application #: MAT42252

## EQUIPMENT LEASE AGREEMENT

**Lessee**
- Lessee Name (Full Legal Name): DELAIR GROUP LLC
- Address: 8600 RIVER ROAD DELAIR, NJ 08110
- Equipment Location (if not the same as above): 8600 RIVER ROAD, DELAIR, NJ 08110
- Phone Number: (858)663-2900
- Purchase Order Number: 24798209
- Send Invoice to Attention of:

| Equipment Quantity | New / Used | Equipment Make | Equipment Model | Serial Number(s) | Equipment Description |
|---|---|---|---|---|---|
| | | See Attachment A | | | |

- Lease Term in Months: 60
- Lease Payment: $1,870.94
- Payment Frequency: Monthly
- End of Lease Options: $1.00 Purchase Option

**Payment Information:** You agree to pay, at the time you sign this Lease, $3,497.10 as advance rent. If more than one Lease Payment is due in advance, the additional Lease Payment(s) will be applied to the end of the Lease Term. In addition to the Lease Payment, YOU agree to pay all applicable sales and use taxes, unless YOU (a) provide US a valid tax exempt certificate; or (b) the sales and use tax is financed as a part of the Equipment cost as noted in the Additional Provisions section below. YOU also agree to pay all other taxes, in addition to sales and use taxes, in accordance with Section 8 of this Lease.

**Additional Provisions:** Lease includes sales tax of $6266.93

If the End of Lease Option is Fair Market Value, see attached Survey of mutually agreeable operating conditions and use of the Equipment, as made part of this Lease.

### TERMS AND CONDITIONS

1. **LEASE.** YOU ("Lessee") agree to Lease from US ("Lessor"), the Equipment listed above (and on any attached schedule) including all replacement parts, repairs, additions and accessories ("Equipment"), YOU authorize US to adjust the Lease Payments by not more than fifteen percent (15%) if the cost of the Equipment or taxes is more or less than the supplier's estimate. YOU agree that a facsimile copy of this Lease with facsimile signatures may be treated as an original and will be admissible as evidence of the Lease. Whenever any Payment is not made within 5 days of its due date, you agree to pay US, a late charge of 5% of each payment or $10.00, whichever is greater, but only to the extent permitted by law. YOU agree to pay US a fee not to exceed $250.00 to reimburse OUR expenses for preparing financing statements, other documentation costs and all ongoing administration costs during the Lease term

2. **TERM:** The Lease starts on the day the Equipment is delivered to YOU ("Commencement Date") and the Lease Payments shall be payable in advance beginning on the Commencement Date or any later date we designate and thereafter until all amounts are fully paid. YOUR Lease obligations are absolute, unconditional, and are not subject to cancellation, reduction, setoff or counterclaim. YOU agree to accept the Equipment when it is delivered and to sign the Certificate of Acceptance supplied by US.

3. **EQUIPMENT USE, MAINTENANCE AND WARRANTIES:** We are leasing the Equipment to you "AS IS" AND MAKE NO WARRANTIES, EXPRESS, OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. We transfer to YOU any manufacturer warranties. YOU must, at YOUR cost, keep the Equipment in good working condition. If Lease Payments include third-party maintenance and/or service costs, you agree that (i) we are not responsible to provide the maintenance or service, (ii) YOU will make all maintenance and service related claims to the third party, and (iii) any maintenance or service claims will not impact YOUR Lease Payment obligations. The Equipment cannot be moved from the location above without OUR prior written consent. WE have the right to inspect the Equipment. YOU will not subject the Equipment to any abrasive, corrosive or abnormal working conditions or any environmentally hazardous substance (under any applicable federal, state or local law, rule or regulation).

4. **TITLE:** Unless YOU have a $1.00 purchase option, WE own the Equipment and YOU have the right to use the Equipment for the full Lease term provided YOU comply with the terms of this Lease. If YOU have a $1.00 purchase option and/or the Lease is deemed to be a security agreement, YOU grant US a security interest in the Equipment and all proceeds and authorize US to file financing statements.

5. **ASSIGNMENT:** YOU agree not to transfer, sell, sublease, assign, pledge or encumber either the EQUIPMENT or any rights under this Lease without OUR prior written consent. YOU agree that WE may sell, assign or transfer this Lease and if WE do, the new owner will have the same rights and benefits that WE now have and the rights of the new owner will not be subject to any claims, defenses, or setoffs that YOU may have against US or any supplier ("Supplier") of the Equipment.

6. **RETURN, PURCHASE OPTION AND RENEWAL:** Upon at least 60, but not more than 120 days written notice to US prior to the expiration of the Lease term (or any renewal), YOU shall advise US of YOUR intention to either return or purchase the Equipment, whereupon YOU may: a) return the Equipment to any location designated by US, freight and insurance prepaid, in as good condition as when it was delivered to YOU, ordinary wear and tear resulting from proper use only excepted. If WE reasonably determine the Equipment is not in the condition required above, WE may repair the Equipment to achieve such condition, and YOU will reimburse US for all OUR reasonable expenses to do so, or b) provided you are not in default hereunder, purchase all but not less than all of the Equipment on the terms as indicated in the End of Lease Purchase Option checked above. Any FMV purchase option amount will be determined by US based on the Equipment's in place value, and is "AS IS", WITHOUT REPRESENTATION OR WARRANTY, WHETHER EXPRESS OR IMPLIED. If YOU fail to timely notify US, or if YOU do not t a) purchase or b) return the Equipment, in each case as provided herein, this Lease shall renew at the same Lease Payment for consecutive 60 day periods.

7. **RISK OF LOSS AND INSURANCE:** YOU shall bear all risk of Equipment loss or damage. If any such loss or damage occurs, YOU still must satisfy all of YOUR Lease obligations. YOU will (i) keep the Equipment insured against all risks of loss or damage for an amount equal to its replacement cost, (ii) list US as the insurance sole loss payee and (iii) give US written proof of the insurance. If YOU do not provide such insurance, we have the right, without obligation, to obtain such insurance and add an insurance fee (which may include a profit) to the amount due from YOU. WE have no responsibility for any losses or injuries caused by or relating to the Equipment and YOU will reimburse US and defend US against any such claims, which obligation will survive Lease termination. YOU will obtain and maintain comprehensive public liability insurance naming US as an additional insured with coverages and amounts acceptable to US. YOU grant to US an irrevocable power of attorney to make claim for and receive and endorse all checks and other documents received as payment for such insurance policies

8. **TAXES:** YOU agree to pay when due, either directly or as reimbursement to US, all taxes (including without limit sales, use and personal property) and charges in connection with ownership and use of the Equipment, plus a fee to US for collecting and administering any such taxes and charges and remitting them to the appropriate authorities and interest thereon at the highest legal rate allowed from the date due until fully paid

YOU will indemnify US on an after-tax basis, on demand, against the loss or unavailability of any lessor-anticipated EQUIPMENT ownership tax benefits caused by YOUR acts or omissions.

9. **DEFAULT AND REMEDIES:** YOU are in default of this Lease if a) YOU fail to pay any Lease Payment or other sum when due; b) YOU breach any obligation under this Lease, or any other agreement with US; or c) YOU or any partner or guarantor dies; becomes insolvent, bankrupt, merges or is sold. Upon any default, WE may do one or more of the following: (i) declare the entire balance of the unpaid Lease Payments for the full term immediately due and payable; (ii) sue YOU for and receive all Lease Payments and any other payments then accrued or accelerated under this Lease or any other agreement plus the estimated fair market value of the Equipment at the end of the originally scheduled Lease Term, and all accelerated Lease Payments and the estimated fair market value to be discounted to the date of default at the lesser of (A) a per annum interest rate equivalent to that of a U.S. Treasury constant maturity obligation (as reported by the U.S Treasury Department) that would have a repayment term equal to the remaining Lease term, all as reasonably determined by US; or (B) 3% per annum, but only to the extent permitted by law; (iii) charge YOU interest on all monies due US at the rate of eighteen percent (18%) per year from the date of default until paid, but only to the extent permitted by law, (iv) charge YOU a return-check or non-sufficient funds charge ("NSF Charge") of $25.00 for a check that is returned, and (v) require that YOU immediately return the Equipment to US or we may peaceably repossess it. Such return or repossession of the Equipment will not constitute a termination of this Lease. If the Equipment is returned or repossessed, WE may sell or re-rent the Equipment at any terms we determine, at one or more public or private sales, with or without notice to YOU, and apply the net proceeds, after deducting the related costs and expenses, to YOUR obligations with YOU remaining liable for any deficiency and with any excess being retained by US. YOU are also required to pay (i) all expenses incurred by US in connection with enforcement of any remedies, including all expenses of repossessing, storing, shipping, repairing and selling the Equipment, and (ii) reasonable attorney's fees.

10. **MISCELLANEOUS:** YOU agree, that WE are authorized, without notice to YOU, to supply missing information or correct obvious errors in this Lease. This Lease was made in Pennsylvania ("PA"); is deemed to be performed in PA and shall be governed and construed in accordance with the laws of PA. YOU CONSENT TO THE NON-EXCLUSIVE JURISDICTION, PERSONAL OR OTHERWISE, IN ANY STATE OR FEDERAL COURT IN PA, AT OUR OPTION, AND WAIVE TRIAL BY JURY. YOU agree that this Lease is a Finance Lease as that term is defined in Article 2A of the Uniform Commercial Code ("UCC"). YOU acknowledge that WE have given YOU the name of the Supplier of the Equipment. WE hereby notify YOU that YOU may have rights under the contract with the Supplier and YOU may contact the Supplier for a description of any rights or warranties that YOU may have under such supply contract. YOU also waive any and all rights and remedies granted YOU under Sections 2A-508 through 2A-522 of the UCC. WE shall not be liable to YOU for indirect, special or consequential damages.

**LESSEE SIGNATURE:** You agree to all the Terms and Conditions contained in this Lease, and in any attachments to same (all of which are included by reference) and become part of this Lease. You agreed this is a non-cancelable Lease.
- Signature: Jean Pickel
- Date: 12-6-06
- Print Name: JEAN PICKEL
- Title: Buyer
- For: DELAIR GROUP LLC

**ACCEPTANCE:** You acknowledge that the equipment has been received, has been put in use, is in good working order and is satisfactory and acceptable.
- Signature: Jean Pickel
- Date: 1/31/07
- Print Name: Jean Pickel
- Title: Buyer
- For: DELAIR GROUP LLC

**LESSOR:**
- Signature: Lisa Zablowski
- Date: 2/6/07
- Print Name: Lisa Zablowski
- Title: Contract Specialist
- For: De Lage Landen Financial Services, Inc
- Agreement Number: 24798209

2006 All Rights Reserved. 66MHDOC053 One Page ELA 1.0 Version 2

2

## Attachment A – Equipment Description

Application Number: MAT42252

Attachment forming part of the Equipment Lease Agreement by and between ("Lessor") and DELAIR GROUP LLC ("Lessee").

## Equipment Information:

| Quantity | New/Used | Equipment Make | Model | Serial Number (s) | Description |
|---|---|---|---|---|---|
| 1 | N | NISSAN | PL50LP | PL02-9H3650 | Battery 0 Charger 0 Attachment 0 |
| 1 | N | NISSAN | PL50LP | PL02-9N3651 | Battery 0 Charger 0 Attachment 0 |
| 1 | N | NISSAN | PL50LP | PL02-9H3656 | Battery 0 Charger 0 Attachment 0 |
| 1 | N | NISSAN | PL50LP | PL02-9N3657 | Battery 0 Charger 0 Attachment 0 |

**Lessee Signature**
Lessee: DELAIR GROUP LLC
Signature: Sea Pickel
Print Name: Sean Pickel
Title: Buyer
Date: 12-6-06

**Lessor Signature**
Lessor:
Signature:
Print Name:
Title:
Date:

@Once AA 05MHDOC044A Version 2