# EXHIBIT F

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Diligenz    8008585294

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

```
DILIGENZ, INC.
6500 HARBOR HEIGHTS PARKWAY
SUITE 400

MUKILTEO WA 98275
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 02:21 PM 02/08/2007*
*INITIAL FILING # 2007 0511898*

*SRV: 070142679*

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DELAIR GROUP LLC | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8600 RIVER RD | DELAIR | NJ | 08110 | US |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|
| LTD LIABILITY COMPANY | DE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1111 OLD EAGLE SCHOOL ROAD | WAYNE | PA | 19087 | US |

**5. ALTERNATIVE DESIGNATION –** 2006

**8. OPTIONAL FILER REFERENCE DATA**
24798209MAT042252    [24400339]



EXHIBIT F

## UCC FINANCING STATEMENT ADDENDUM - COLLATERAL

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| DELAIR GROUP LLC | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

This FINANCING STATEMENT covers the following collateral

1 NISSAN PL50LP PL02-9H3650 2 NISSAN PL50LP PL02-9H3651 3 NISSAN PL50LP PL02-9H3656 4 NISSAN PL50LP PL02-9H3657
INCLUDING ALL COMPONENTS, ADDITIONS, UPGRADES, ATTACHMENTS, ACCESSIONS, SUBSTITUTIONS, REPLACEMENT AND PROCEEDS OF THE FOREGOING.