# EXHIBIT G

LECLAIRRYAN, A Professional Corporation
David W. Phillips, Esq. (DP2099)
Two Penn Plaza East
Newark, New Jersey 07105
Telephone:  (973) 491-3600
Facsimile:  (973) 491-3555

Counsel for De Lage Landen Financial Services, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SHAPES/ARCH HOLDINGS, LLC, et al., | : | Case No. 08-14631 (GMB) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Hearing Date:** |
| | | May __, 2008 at ___ _.m. |

**ORDER VACATING AUTOMATIC STAY OF 11 U.S.C. § 362**

The relief set forth on the following page is hereby **ORDERED** and **GRANTED.**

Dated:  May ___, 2008        _____
The Honorable Gloria M. Burns
United States Bankruptcy Court Judge

2

Upon the motion of De Lage Landen Financial Services, Inc. (the "Movant") for relief from the automatic stay of 11 U.S.C. § 362 as to certain property of the Debtors as herein after set forth, and for good and sufficient cause shown, it is

ORDERED that the automatic stay of 11 U.S.C. § 362 is vacated to the extent necessary to allow the Movant to exercise its rights under applicable non-bankruptcy law in the following personal property:

HUBTEX Side Loader, s/n JU4356
DREXEL Forklift Model SLT 30, s/n 9458661051
DREXEL Forklift Model SLT 30, s/n 9645161549
DREXEL Forklift Model SLT 30, s/n 899037081
NEW HOLLAND Loader Model LW110, s/n ZEFOLW11000495124
DREXEL Forklift Model SLT 30, s/n 934288604
DREXEL Forklift Model SLT 30, s/n 9573961363
DREXEL Forklift Model SLT 30, s/n 917783206
DREXEL Forklift Model SLT 30, s/n 9598341404
DREXEL Forklift Model SLT 30, s/n 935962693
DREXEL Forklift Model SLT 30, s/n 943875887

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of anyconversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that this Order shall become effective immediately upon entry by the Court.

The Movant shall serve this Order on the Debtors, their counsel, counsel for the Official Committee, the United States Trustee, any trustee appointed in the case, and any other party who entered an appearance on the motion.