# L<span>eclair</span>R<span>yan</span>

A Virginia Professional Corporation

David W. Phillips, Esq. (DP 2099)
Todd A. Galante, Esq.
Two Penn Plaza East
Newark, New Jersey 07105
Telephone: (973) 491-3600
Facsimile: (973) 491-3555

William E. Callahan, Esq.
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
Telephone: (540) 777-3068
Facsimile: (540) 510-3050

Counsel for De Lage Landen Financial Services, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SHAPES/ARCH HOLDINGS, LLC, et al., | : | Case No. 08-14631 (GMB) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Hearing Date:**<br>**June 16, 2008 at 10:00 a.m.** |

### CERTIFICATION OF SERVICE

David W. Phillips, Esq., attorney for De Lage Landen Financial Services, Inc. certifies as follows:

1. I am attorney for De Lage Landen Financial Services, Inc. in this case and am fully familiar with the facts of this case.

2. On May 21, 2008, I caused a true and complete copy of the NOTICE OF MOTION OF DE LAGE LANDEN FINANCIAL SERVICES, INC. FOR AN ORDER (1) GRANTING RELIEF FROM THE AUTOMATIC STAY PROVISIONS OF 11

U.S.C. § 362(a), the VERIFIED MOTION OF DE LAGE LANDEN FINANCIAL SERVICES, INC. FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PROVISIONS OF 11 U.S.C. § 362(a), and all Exhibits thereto, to be served by first class mail upon the following:

| | |
|---|---|
| Shapes, LLC<br>9000 River Road<br>DeLair, NJ 08110 | Jerrold N. Poslusny<br>COZEN O'CONNER<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 |
| Donald F. McMaster<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 071102 | Michael D. Sirota<br>COLE, SHOTZ, MEISEL, FOREMAN &<br>LEONARD<br>25 Main Street<br>Hackensack, NJ 07601<br>Counsel for the Official Joint Committee of<br>Unsecured Creditors |

I hereby certify that the foregoing statements by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

DATED: May 21, 2008

/s/
David W. Phillips, Esq. (DP 2099)
Two Penn Plaza East
Newark, New Jersey 07105
Telephone: (973) 491-3600
Facsimile: (973) 491-3555
Counsel for De Lage Landen Financial
Services, Inc.