# L<small>E</small>C<small>LAIR</small>R<small>YAN</small>

A Virginia Professional Corporation

David W. Phillips, Esq. (DP 2099)
Todd A. Galante, Esq.
Two Penn Plaza East
Newark, New Jersey 07105
Telephone:  (973) 491-3600
Facsimile:  (973) 491-3555

William E. Callahan, Esq.
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
Telephone: (540) 777-3068
Facsimile: (540) 510-3050

Counsel for De Lage Landen Financial Services, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SHAPES/ARCH HOLDINGS, LLC, et al., | : | Case No. 08-14631 (GMB) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Hearing Date:** |
| | | **June 16, 2008 at 10:00 a.m.** |

**NOTICE OF MOTION
OF DE LAGE LANDEN FINANCIAL SERVICES, INC.
FOR AN ORDER (1) GRANTING RELIEF FROM THE AUTOMATIC
STAY PROVISIONS OF 11 U.S.C. § 362(a) AND (2) COMPELLING DEBTORS
TO ASSUME OR REJECT UNEXPIRED LEASES OF PERSONAL PROPERTY**

PLEASE TAKE NOTICE that De Lage Landen Financial Services, Inc. ("De Lage Landen"), by and through its counsel, LeclairRyan, a Virginia Professional Corporation, has filed a motion seeking entry of an Order granting relief from the automatic stay provisions of 11 U.S.C. § 362(a) and compelling the Debtors to assume or reject certain unexpired leases of personal property (the "Motion").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested by the Movant, or if you want the Court to consider your views on the Motion, then on or before June 6, 2008, you or your attorney must:

File with the Court an answer explaining your position at:  Clerk, U.S. Bankruptcy Court, 400 Cooper Avenue, Camden, New Jersey 08101.  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.  You **must** also mail a copy to:  David W. Phillips, Esq., LECLAIRRYAN, Two Penn Plaza East, Newark, New Jersey 07105; and

Attend a hearing scheduled to be held on June 16, 2008, at 10:00 a.m. in Courtroom 4C, United States Bankruptcy Court, 400 Cooper Avenue, 4th Floor, Camden, New Jersey 08101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated:  May 21, 2008                **LECLAIRRYAN**
A Virginia Professional Corporation
Counsel for De Lage Landen
  Financial Services, Inc.

By:     /s/
David W. Phillips, Esq. (DP 2099)
Todd A. Galante, Esq.
Two Penn Plaza East
Newark, New Jersey 07105
Telephone:  (973) 491-3600
Facsimile:  (973) 491-3555

- 2 -

William E. Callahan, Esq.
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
Telephone: (540) 777-3068
Facsimile: (540) 510-3050