# EXHIBIT A

| Master Lease Schedule No. | Term (Months) | Monthly Payment | Months Remaining | Remaining Balance | Equipment |
|---|---|---|---|---|---|
| 9 | 60 | $749.54 | 22 | $9,113.50 | HYSTER Forklift Model H60XM, s/n H177B51607B |
| 10 | 60 | $749.54 | 29 | $12,013.25 | HYSTER Forklift Model H60XM, s/n H177B57841C |
| 12 | 36 | $1,357.20 | 7 | $6,382.46 | HYSTER Forklift Model H110XM, s/n L005V05877C |
| 13 | 36 | $1,571.51 | 7 | $7,698.81 | HYSTER Forklift Model H110XM w/ Rotator, s/n L005V05876C |
| 14 | 60 | $1,272.00 | 29 | $23,026.00 | HYSTER Forklift Model H60XM, s/n H177B34386Z<br><br>HYSTER Forklift Model H60XM, s/n H177B34422Z |
| 15 | 36 | $2,885.12 | 11 | $14,331.46 | HYSTER Forklift Model H60FT, s/n L177B01761C<br><br>HYSTER Forklift Model H60FT, s/n L177B01776C |

| Master Lease Schedule No. | Term (Months) | Monthly Payment | Months Remaining | Remaining Balance | Equipment |
|---|---|---|---|---|---|
| 16 | 36 | $5,363.19 | 10 | $36,626.10 | HYSTER Forklift Model H155XL2, s/n G006V03416C<br><br>HYSTER Forklift Model H155XL2, s/n G006V03418C<br><br>HYSTER Forklift Model H155XL2, s/n G006V03422C |
| 17 | 48 | $884.29 | 24 | $10,080.00 | HYSTER Forklift Model H60FTm s/n L177B03333C |
| 20 | 36 | $1,180.93 | 11 | $9,089.41 | HYSTER H60FT Forklift, s/n L177B01775C |
| 25 | 60 | $797.43 | 40 | $17,702.40 | HYSTER H60FT Forklift, s/n L177B03453C |
| 25 | 60 | $602.60 | 47 | $20,097.20 | NISSAN PL60LP Forklift, s/n UG1F2-9L0009 |