# EXHIBIT B

1

*24617140*

# DE LAGE LANDEN                    MASTER LEASE SCHEDULE

Schedule Number 9                    Purchase Order Number _____

This Master Lease Schedule No. 9 ("Lease") is by and between Shapes L.L.C. ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor) and incorporates the terms and conditions of that certain Master Lease Agreement Number 215 ("Agreement") between Lessee and Lessor. The words you and your are used in this Lease to mean the Lessee identified above and the words we, us and our are used in this Lease to mean the Lessor identified above.

We hereby lease to you and you hereby lease from us the equipment described below for the initial Term and on the terms and conditions set forth herein.

## LESSEE INFORMATION

Lessee Name:        Shapes L.L.C.                    Phone Number:  _____
Street Address:     9000 River Rd.
City/State/Zip:     Delair, NJ  08110

## SUPPLIER INFORMATION

Supplier Name:      Modern Handling Equipment - PA          Phone Number:   (215) 943-9100
Supplier Address:   2501 Durham Rd., Bristol, PA  19007

## EQUIPMENT DESCRIPTION

Quantity/Make/Model/Serial number: One (1) new Hyster model H60XM forklift together with all accessories and attachments
S/N: H177B51607B
Equipment Location:   9000 River Rd., Delair, Camden County, NJ  08110
(address/city/county/state/zip)

## TERM AND LEASE PAYMENT SCHEDULE  ~749.54~

Rental Payment: $796.22 (plus applicable taxes)      Initial Term: 60 Months

Per-Diem Rent: $n/a (plus applicable taxes)

You agree to pay per-diem rent from the date you accept the Equipment to the last day of the month in which you accept the Equipment. The total per-diem rent is due with your first or second Rental Payment as billed by us.

You agree to pay at the time you sign this Lease One (1) Rental Payment(s) plus applicable taxes as advance rent.

If more than one Rental Payment is required in advance, the additional amount will be applied at the end of the Initial Term.

If checked here ☒ the Lease Payment includes maintenance fees for maintenance provided by Supplier and/or manufacturer under a separate maintenance agreement.

Additional Provisions:

## OPERATING CONDITIONS

☒ If your use of any Equipment exceeds 2,000 hours per year, you will pay us additional rent equal to $2.50 for each hour of excess use per year.

☒ See the survey of mutually agreeable operating conditions and use of the Equipment ("Survey") attached to and made a part of this Lease. You represent and warrant that the terms and conditions of the Survey are true and correct and agree to comply with the terms therein.

---

SHAPES L.L.C.                          DE LAGE LANDEN FINANCIAL SERVICES, INC.
(Lessee)                               (Lessor)
Signature: _____             Signature: _____
Print Name:  Joe Casperson             Print Name: _____
Title:  Sr Buyer                       Title:  Contract Specialist
Date:   1/4/08                         Date:  3-8-05
                                       Lease #  24617140

DLL MLA NPO SCH rev 050401                                    MAT 24696

# DE LAGE LANDEN

## CERTIFICATE OF DELIVERY AND ACCEPTANCE

To: **DE LAGE LANDEN FINANCIAL SERVICES, INC.** ("Lessor")

Equipment:    One (1) new Hyster model H60XM forklift together with all accessories and attachments

Serial Number:    H177B51607B

The undersigned hereby acknowledges and agrees that the undersigned has unconditionally accepted all of the Equipment described above in accordance with Master Lease Schedule No. 9 ("Lease") issued pursuant to Master Lease Agreement Number 215 ("Agreement") between Shapes L.L.C. ("Lessee") and Lessor, and that the Equipment has been delivered, inspected, installed and is in good working condition. The undersigned hereby approves and authorizes payment by Lessor to the Supplier of the Equipment.

Date: ____1/4/05____

**SHAPES L.L.C.**
(Lessee)
Signature: _____
Print name: ____Joe Castrator____
Title: ____Sr. Buyer____

1

24651226

# de lage landen ⑥
### partners in finance

## MASTER LEASE SCHEDULE

| Schedule No. TEN (10) | Purchase Order No. |
|---|---|

This Master Lease Schedule No. TEN (10) ("Lease") is by and between SHAPES, LLC ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor") and incorporates the terms and conditions of that certain Master Lease Agreement Number 215 ("Agreement") between Lessee and Lessor. The words you and your are used in this Lease to mean the Lessee identified above and the words we, us and our are used in this Lease to mean the Lessor identified above.

We hereby lease to you and you hereby lease from us the equipment described below for the Initial Term and on the terms and conditions set forth herein.

**LESSEE**

Lessee Name
SHAPES, LLC

Address
9000 RIVER RD.

| City DELAIR | State NJ | Zip 08110 |
|---|---|---|

Phone
856-662-5500

**SUPPLIER**

Supplier Name
MODERN HANDLING EQUIPMENT - PA

Address
2501 DURHAM RD.

| City BRISTOL | State PA | Zip 19007 |
|---|---|---|

Phone
215-943-9100

**EQUIPMENT INFORMATION**

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) H177B57841C | Description |
|---|---|---|---|---|---|
| 1 | NEW | HYSTER | H60XM | | FORKLIFT |

Equipment Location
SAME AS ABOVE

| City | County | State | Zip |
|---|---|---|---|

**PAYMENT INFORMATION**

| Rental Payment (plus applicable taxes) $749.54 | Initial Term in Months 60 | Per-Diem Rent (plus applicable taxes) |
|---|---|---|

You agree to pay per-diem rent from the date you accept the Equipment to the last day of the month in which you accept the Equipment. The total per-diem rent is due with your first or second Rental Payment as billed by us. You agree to pay at the time you sign this Lease ONE (1) Rental Payment(s) plus applicable taxes as an advance payment. If more than one Rental Payment is required in advance, the additional amount will be applied to the end of the Initial Term.

☑ Lease Payment includes maintenance fees for maintenance provided by Supplier and/or manufacturer under a separate maintenance agreement.

Additional Provisions

**OPERATING CONDITIONS**

☑ If your use of any Equipment exceeds 2000 hours per year, you will pay as additional rent equal to $ 2.50 for each hour of excess use per year.

☑ See the survey of mutually agreeable operating conditions and use of the Equipment ("Survey") attached to and made part of this Lease. You represent and warrant that the terms and conditions of the Survey are true and correct and agree to comply with the terms therein.

Documentation Fees
175.00

**LESSEE SIGNATURE**

Signature X

Date 7-20-05

Print Name Joe Casperson

Title Sr. Buyer

For SHAPES, LLC

**LESSOR SIGNATURE**

Signature

Date 8/1/05

Print Name Lisa Brabowski

Title Contract Specialist

For DE LAGE LANDEN FINANCIAL SERVICES, INC.

Lease Number

©2004 All Rights Reserved. Printed in the U.S.A. 04MFDCC024A 12/04

04MHDDC024A

2



## CERTIFICATE OF DELIVERY AND ACCEPTANCE
### (Master Lease)

To: DE LAGE LANDEN FINANCIAL SERVICES, INC. ("Lessor")

| | Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description | | |
|---|---|---|---|---|---|---|---|---|
| EQUIPMENT INFORMATION | 1 | NEW | HYSTER | H60XM | H177B57841C | FORKLIFT | | |
| | | | | | | | | |
| | | | | | | | | |
| | Equipment Location SAME AS ABOVE | | | | | | | |
| | City | | | County | | State | | Zip |

The undersigned hereby acknowledges and agrees that the undersigned has unconditionally accepted all of the Equipment described above in accordance with Master Lease Schedule No. TEN (10)_____ ("Lease") issued pursuant to Master Lease Agreement Number 215_____ ("Agreement") between the undersigned lessee and Lessor, and that the Equipment has been delivered, inspected, installed and is in good-working condition. The undersigned hereby approves and authorizes payment by Lessor to the Supplier of the Equipment. **The undersigned agrees that a facsimile copy of this certificate with facsimile signatures may be treated as an original and will be admissible as evidence of this certificate and Lessee's acceptance of the Equipment.**



| LESSEE SIGNATURE | Lessee SHAPES, LLC | |
|---|---|---|
| | Signature X | |
| | Print Name Joe Casperson | |
| | Title X | |
| | Date 7-20-05 | |

04MHDOC032B

©2004 All Rights Reserved  Printed in the U.S.A.  04MHDOC032B  12/04

1

24667805

# de lage landen ⓛ
partners in finance

# MASTER LEASE SCHEDULE

| Schedule No. TWELEVE (12) | Purchase Order No. |
|---|---|

This Master Lease Schedule No. TWELEVE (12) ("Lease") is by and between SHAPES, LLC ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor") and incorporates the terms and conditions of that certain Master Lease Agreement Number 215 ("Agreement") between Lessee and Lessor. The words you and your are used in this Lease to mean the Lessee identified above and the words we, us and our are used in this Lease to mean the Lessor identified above.

We hereby lease to you and you hereby lease from us the equipment described below for the Initial Term and on the terms and conditions set forth herein.

**LESSEE**
Lessee Name: SHAPES, LLC
Address: 9000 RIVER RD.
City: DELAIR   State: NJ   Zip: 08110
Phone: 856-662-5500

**SUPPLIER**
Supplier Name: MODERN HANDLING EQUIPMENT - PA
Address: 2501 DURHAM RD.
City: BRISTOL   State: PA   Zip: 19007
Phone: 215-943-9100

**EQUIPMENT INFORMATION**

| Quant'ty | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | NEW | HYSTER | H110XM | L005V05877C | FORKLIFT |

Equipment Location: SAME AS ABOVE
City:   County:   State:   Zip:

**PAYMENT INFORMATION**

Rental Payment (plus applicable taxes): $1,357.20
Initial Term in Months: 60
Per-Diem Rent (plus applicable taxes):

You agree to pay per-diem rent from the date you accept the Equipment to the last day of the month in which you accept the Equipment. The total per-diem rent is due with your first or second Rental Payment as billed by us. You agree to pay at the time you sign this Lease ONE (1) Rental Payment(s) plus applicable taxes as an advance payment. If more than one Rental Payment is required in advance, the additional amount will be applied to the end of the Initial Term.

☑ Lease Payment includes maintenance fees for maintenance provided by Supplier and/or manufacturer under a separate maintenance agreement.

Additional Provisions

**OPERATING CONDITIONS**

☑ If your use of any Equipment exceeds 2400 hours per year, you will pay us additional rent equal to $ $2.50 for each hour of excess use per year.

☑ See the survey of mutually agreeable operating conditions and uses of the Equipment ("Survey") attached to and made part of this Lease. You represent and warrant that the terms and conditions of the Survey are true and correct and agree to comply with the terms herein.

Documentation Fees: 175.00



**LESSEE SIGNATURE**
Signature: [signature]   Date: 9-20-05
Print Name: Joe Capperson
Title: Sr. Buyer
For: SHAPES, LLC

**LESSOR SIGNATURE**
Signature: [signature]   Date: 11-10-05
Print Name:
Title: Contract Specialist
For: DE LAGE LANDEN FINANCIAL SERVICES, INC.
Lease Number: 24667805

©2004 All Rights Reserved. Printed in the U.S.A. 04MHDDC024A 12/04



# CERTIFICATE OF DELIVERY AND ACCEPTANCE
## (Master Lease)

To: **DE LAGE LANDEN FINANCIAL SERVICES, INC.** ("Lessor")

| | Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|---|
| EQUIPMENT INFORMATION | 1 | NEW | HYSTER | H110XM | L005V05877C | FORKLIFT |
| | | | | | | |
| | | | | | | |

Equipment Location
SAME AS ABOVE

| City | County | State | Zip |
|---|---|---|---|

The undersigned hereby acknowledges and agrees that the undersigned has unconditionally accepted all of the Equipment described above in accordance with Master Lease Schedule No. TWELEVE (12)   ("Lease") issued pursuant to Master Lease Agreement Number 215   ("Agreement") between the undersigned lessee and Lessor, and that the Equipment has been delivered, inspected, installed and is in good-working condition. The undersigned hereby approves and authorizes payment by Lessor to the Supplier of the Equipment. The undersigned agrees that a facsimile copy of this certificate with facsimile signatures may be treated as an original and will be admissible as evidence of this certificate and Lessee's acceptance of the Equipment.



Lessee
SHAPES, LLC
Signature
X
First Name
Joe Caisperson
Title
Sr. Buyer
Date
10-20-05

©2004 All Rights Reserved. Printed in the U.S.A. 04MHDDC032B 12/04

24667811

# de lage landen

**partners in finance**

## MASTER LEASE SCHEDULE

| Schedule No. THIRTEEN (13) | Purchase Order No. |
|---|---|

This Master Lease Schedule No. **THIRTEEN (13)** ("Lease") is by and between **SHAPES, LLC** ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor") and incorporates the terms and conditions of that certain Master Lease Agreement Number **215** ("Agreement") between Lessee and Lessor. The words you and your are used in this Lease to mean the Lessee identified above and the words we, us and our are used in this Lease to mean the Lessor identified above.

We hereby lease to you and you hereby lease from us the equipment described below for the Initial Term and on the terms and conditions set forth herein.

**LESSEE**

| Lessee Name | SHAPES, LLC | | |
|---|---|---|---|
| Address | 9000 RIVER RD. | | |
| City DELAIR | | State NJ | Zip 08110 |
| Phone 856-662-5500 | | | |

**SUPPLIER**

| Supplier Name | MODERN HANDLING EQUIPMENT - PA | | |
|---|---|---|---|
| Address | 2501 DURHAM RD. | | |
| City BRISTOL | | State PA | Zip 19007 |
| Phone 215-943-9100 | | | |

**EQUIPMENT INFORMATION**

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | NEW | HYSTER | H110XM | L005V05876C | FORKLIFT W/ROTATOR |

| Equipment Location | SAME AS ABOVE | | | |
|---|---|---|---|---|
| City | | County | State | Zip |

**PAYMENT INFORMATION**

| Rental Payment (plus applicable taxes) $1,571.51 | Initial Term in Months ONE (1) 60 | Per-Diem Rent (plus applicable taxes) |
|---|---|---|

You agree to pay per-diem rent from the date you accept the Equipment to the last day of the month in which you accept the Equipment. The total per-diem rent is due with your first or second Rental Payment as billed by us. You agree to pay at the time you sign this Lease Rental Payment(s) plus applicable taxes as an advance payment. If more than one Rental Payment is required in advance, the additional amount will be applied to the end of the Initial Term.

☑ Lease Payment includes maintenance fees for maintenance provided by Supplier and/or manufacturer under a separate maintenance agreement.

Additional Provisions

**OPERATING CONDITIONS**

☑ If your use of any Equipment exceeds **2400** hours per year, you will pay us additional rent equal to $ **$2.50** for each hour of excess use per year.

☑ See the survey of mutually agreed operating conditions and use of the Equipment ("Survey") attached to and made part of this Lease. You represent and warrant that the terms and conditions of the Survey are true and correct and agree to comply with the terms therein.

Documentation Fee
175.00

**LESSEE SIGNATURE**

| Signature | Date 7-18-05 |
|---|---|
| Print Name Joe Casperson | |
| Title Sr. Buyer | |
| For SHAPES, LLC | |

**LESSOR SIGNATURE**

| Signature | Date 11-10-05 |
|---|---|
| Print Name | |
| Title Contract Specialist | |
| For DE LAGE LANDEN FINANCIAL SERVICES, INC. | |
| Lease Number 2466 7811 | |

©2004 All Rights Reserved. Printed in the U.S.A. C4MHDOC824A 12/04

04MHDOC824A

3



## CERTIFICATE OF DELIVERY AND ACCEPTANCE
### (Master Lease)

To: **DE LAGE LANDEN FINANCIAL SERVICES, INC. ("Lessor")**

| | Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|---|
| EQUIPMENT INFORMATION | 1 | NEW | HYSTER | H110XM | L005V05876C | FORKLIFT W/ROTATOR |
| | | | | | | |
| | | | | | | |

Equipment Location
SAME AS ABOVE

| City | County | State | Zip |
|---|---|---|---|

The undersigned hereby acknowledges and agrees that the undersigned has unconditionally accepted all of the Equipment described above in accordance with Master Lease Schedule No. THIRTEEN (13) ("Lease") issued pursuant to Master Lease Agreement Number 215 ("Agreement") between the undersigned lessee and Lessor, and that the Equipment has been delivered, inspected, installed and is in good-working condition. The undersigned hereby approves and authorizes payment by Lessor to the Supplier of the Equipment. The undersigned agrees that a facsimile copy of this certificate with facsimile signatures may be treated as an original and will be admissible as evidence of this certificate and Lessee's acceptance of the Equipment.



Lessee SHAPES LLC
Signature
Print Name  Joe Casperson
Title
Date  10-20-05

04MHDDC032B

©2004 All Rights Reserved. Printed in the U.S.A. 04MH-DDC032B V2/04

1

**de lage landen** 🔵
partners in finance

24663906

**MASTER LEASE SCHEDULE**

| Schedule No. FOURTEEN (14) | Purchase Order No. |
|---|---|

This Master Lease Schedule No. **FOURTEEN (14)** ("Lease") is by and between **SHAPES, LLC** ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor") and incorporates the terms and conditions of that certain Master Lease Agreement Number **215** ("Agreement") between Lessee and Lessor. The words you and your are used in this Lease to mean the Lessee identified above and the words we, us and our are used in this Lease to mean the Lessor identified above.

We hereby lease to you and you hereby lease from us the equipment described below for the Initial Term and on the terms and conditions set forth herein.

| LESSEE | | SUPPLIER | |
|---|---|---|---|
| Lessee Name SHAPES, LLC | | Supplier Name MODERN HANDLING EQUIPMENT - PA | |
| Address 9000 RIVER RD. | | Address 2501 DURHAM RD. | |
| City DELAIR | State NJ    Zip 08110 | City BRISTOL | State PA    Zip 19007 |
| Phone 856-662-5500 | | Phone 215-943-9100 | |

**EQUIPMENT INFORMATION**

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | USED | HYSTER | H60XM | H177B34386Z | FORKLIFT |
| 1 | USED | HYSTER | H60XM | H177B34422Z | FORKLIFT |

| Equipment Location 9000 RIVER RD. | | | |
|---|---|---|---|
| | County | State NJ | Zip 08110 |
| City DELAIR | | | |

**PAYMENT INFORMATION**

| Rental Payment (plus applicable taxes) $1,272.00 | Initial Term in Months 60 | Per-Diem Rent (plus applicable taxes) |
|---|---|---|

You agree to pay per-diem rent from the date you accept the Equipment to the last day of the month in which you accept the Equipment. The total per-diem rent is due with your first or second Rental Payment as billed by us. You agree to pay at the time you sign this Lease **ONE (1)** Rental Payment(s) plus applicable taxes as an advance payment. If more than one Rental Payment is required in advance, the additional amount will be applied to the end of the Initial Term.

☑ Lease Payment includes maintenance fees for maintenance provided by Supplier and/or manufacturer under a separate maintenance agreement.

Additional Provisions

**OPERATING CONDITIONS**

☑ If your use of any Equipment exceeds **1500** hours per year, you will pay us additional rent equal to $ **$2.50** for each hour of excess use per year.

☑ See the survey of mutually agreeable operating conditions and use of the Equipment ("Survey") attached to and made part of this Lease. You represent and warrant that the terms and conditions of the Survey are true and correct and agree to comply with the terms therein.

Documentation Fees
125.00

**LESSEE SIGNATURE**

| Signature | Date 9-19-05 |
|---|---|
| Print Name Joe Casperson | |
| Title Sr. Buyer | |
| For SHAPES, LLC | |

**LESSOR SIGNATURE**

| Signature | Date 10-21-05 |
|---|---|
| Print Name | |
| Title Contract Specialist | |
| For DE LAGE LANDEN FINANCIAL SERVICES, INC. | |
| Lease Number 24663904 | |

©2004 All Rights Reserved. Printed in the U.S.A. 04MHDOC24A 12/04

**de lage landen**
partners in finance

## CERTIFICATE OF DELIVERY AND ACCEPTANCE
### (Master Lease)

To: DE LAGE LANDEN FINANCIAL SERVICES, INC. ("Lessor")

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | USED | HYSTER | H80XM | H177B34389Z | FORKLIFT |
| 1 | USED | HYSTER | H80XM | H177B34422Z | FORKLIFT |
| | | | | | |

Equipment Location
8600 RIVER RD.

| City | County | State | Zip |
|---|---|---|---|
| DELAIR | | NJ | 08110 |

The undersigned hereby acknowledges and agrees that the undersigned has unconditionally accepted all of the Equipment described above in accordance with Master Lease Schedule No. FOURTEEN (14) ("Lease") issued pursuant to Master Lease Agreement Number 215 ("Agreement") between the undersigned lessee and Lessor, and that the Equipment has been delivered, inspected, installed and is in good-working condition. The undersigned hereby approves and authorizes payment by Lessor to the Supplier of the Equipment. The undersigned agrees that a facsimile copy of this certificate with facsimile signatures may be treated as an original and will be admissible as evidence of this certificate and Lessee's acceptance of the Equipment.

Lessee
SHAPES, LLC

Signature

Print Name    Joe C---rson

Title    Jr. B---r

Date    4-19-05

DAte +
Initial
Please

P4JHDDC0328

©2004 All Rights Reserved. Printed in the U.S.A. P4JHDDC0328 12/04

1

24690897

# de lage landen ⓛⓓ
p a r t n e r s   i n   f i n a n c e

## MASTER LEASE SCHEDULE

| Schedule No. | Purchase Order No. |
|---|---|
| 15 | |

This Master Lease Schedule No. 15_____ ("Lease") is by and between SHAPES, LLC_____ ("Lessee") and De Lage Landen Financial Services, Inc.
("Lessor") and incorporates the terms and conditions of that certain Master Lease Agreement Number 215_____ ("Agreement") between Lessee and Lessor. The words you and your are used in this Lease to mean the Lessee identified above and the words we, us and our are used in this Lease to mean the Lessor identified above.

We hereby lease to you and you hereby lease from us the equipment described below for the Initial Term and on the terms and conditions set forth herein.

**LESSEE**
Lessee Name
SHAPES, LLC
Address
9000 RIVER RD.
City DELAIR     State NJ     Zip 08110
Phone
856-662-5500

**SUPPLIER**
Supplier Name
MODERN HANDLING EQUIPMENT - PA
Address
2501 DURHAM RD.
City BRISTOL     State PA     Zip 19007
Phone
215-943-9100

**EQUIPMENT INFORMATION**

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | NEW | HYSTER | H60FT | L177B01761C | FORKLIFT |
| 1 | NEW | HYSTER | H60FT | L177B01776C | FORKLIFT |

Equipment Location
9000 RIVER RD.
City DELAIR     County CAMDEN     State NJ     Zip 08110

**PAYMENT INFORMATION**

| Rental Payment (plus applicable taxes) | Initial Term in Months | Per-Diem Rent (plus applicable taxes) |
|---|---|---|
| 2,885.12 | 36 | |

You agree to pay per-diem rent from the date you accept the Equipment to the last day of the month in which you accept the Equipment. The total per-diem rent is due with your first or second Rental Payment as billed by us. You agree to pay at the time you sign this Lease ONE (1) Rental Payment(s) plus applicable taxes as an advance payment. If more than one Rental Payment is required in advance, the additional amount will be applied to the end of the Initial Term.

☑ Lease Payment includes maintenance fees for maintenance provided by Supplier and/or manufacturer under a separate maintenance agreement.

Additional Provisions

**OPERATING CONDITIONS**

☑ If your use of any Equipment exceeds XXXX 4000 hours per year, you will pay us additional rent equal to $ 2.50 for each hour of excess use per year.

☑ See the survey of mutually agreeable operating conditions and use of the Equipment ("Survey") attached to and made part of this Lease. You represent and warrant that the terms of the Survey are true and correct and agree to comply with the terms therein.

Documentation Fees
195

**LESSEE SIGNATURE**
Signature ✗ [signature]     Date 12-6-05
Print Name  Joe Casperson
Title  Sr. Buyer
For
SHAPES, LLC

**LESSOR SIGNATURE**
Signature     Date
Print Name
Title
For
DE LAGE LANDEN FINANCIAL SERVICES, INC.
Lease Number

©2004 All Rights Reserved. Printed in the U.S.A. GME-DOC024A 12/04

04MHDOC024A

3



## de lage landen
partners in finance

# CERTIFICATE OF DELIVERY AND ACCEPTANCE
## (Master Lease)

To: <u>DE LAGE LANDEN FINANCIAL SERVICES, INC. ("Lessor")</u>

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|----------|----------|----------------|-------|------------------|-------------|
| 1 | NEW | HYSTER | H60FT | L177B01761C | FORKLIFT |
| 1 | NEW | HYSTER | H60FT | L177B01776C | FORKLIFT |

Equipment Location
9000 RIVER RD.

| City | County | State | Zip |
|------|--------|-------|-----|
| DELAIR | CAMDEN | NJ | 08110 |

The undersigned hereby acknowledges and agrees that the undersigned has unconditionally accepted all of the Equipment described above in accordance with Master Lease Schedule No. <u>15</u> ("Lease") issued pursuant to Master Lease Agreement Number <u>215</u> ("Agreement") between the undersigned lessee and Lessor, and that the Equipment has been delivered, inspected, installed and is in good working condition. The undersigned hereby approves and authorizes payment by Lessor to the Supplier of the Equipment. The undersigned agrees that a facsimile copy of this certificate with facsimile signatures may be treated as an original and will be admissible as evidence of this certificate and Lessee's acceptance of the Equipment.



Lessee
SHAPES LLC
Signature
Print Name
Joe Crimerson
Title
Sr-Buyer
Date
2-20-06

©2004 All Rights Reserved. Printed in the U.S.A. 04MHDC0032B 12/04

1

**de lage landen** (LL)™
partners in finance

2468181

# MASTER LEASE SCHEDULE

| Schedule No. 16 | Purchase Order No. |
|---|---|

This Master Lease Schedule No. 16 ("Lease") is by and between SHAPES, LLC ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor") and incorporates the terms and conditions of that certain Master Lease Agreement Number 215 ("Agreement") between Lessee and Lessor. The words you and your are used in this Lease to mean the Lessee identified above and the words we, us and our are used in this Lease to mean the Lessor identified above.

We hereby lease to you and you hereby lease from us the equipment described below for the Initial Term and on the terms and conditions set forth herein.

**LESSEE**

| Lessee Name | SHAPES, LLC |
|---|---|
| Address | 9000 RIVER RD. |
| City | DELAIR | State | NJ | Zip | 08110 |
| Phone | 856-662-5500 |

**SUPPLIER**

| Supplier Name | MODERN HANDLING EQUIPMENT - PA |
|---|---|
| Address | 2501 DURHAM RD. |
| City | BRISTOL | State | PA | Zip | 19007 |
| Phone | 215-943-9100 |

**EQUIPMENT INFORMATION**

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | NEW | HYSTER | H155XL2 | G006V03416C | FORKLIFT |
| 1 | NEW | HYSTER | H155XL2 | G006V03418C | FORKLIFT |
| 1 | NEW | HYSTER | H155XL2 | G006V03422C | FORKLIFT |

| Equipment Location | 9000 RIVER RD. |
|---|---|
| City | DELAIR | County | CAMDEN | State | NJ | Zip | 08110 |

**PAYMENT INFORMATION**

| Rental Payment (plus applicable taxes) | 5363.19 | Initial Term in Months | 36 | Per-Diem Rent (plus applicable taxes) | |
|---|---|---|---|---|---|

You agree to pay per-diem rent from the date you accept the Equipment to the last day of the month in which you accept the Equipment. The total per-diem rent is due with your first or second Rental Payment as billed by us. You agree to pay at the time you sign this Lease ONE (1) Rental Payment(s) plus applicable taxes as an advance payment. If more than one Rental Payment is required in advance, the additional amount will be applied to the end of the Initial Term.

☑ Lease Payment includes maintenance fees for maintenance provided by Supplier and/or manufacturer under a separate maintenance agreement.

Additional Provisions

**OPERATING CONDITIONS**

☑ If your use of any Equipment exceeds ~~XXXX~~ 2400 hours per year, you will pay us additional rent equal to $ .52.50 for each hour of excess use per year.

☑ See the survey of mutually agreeable operating conditions and use of the Equipment ("Survey") attached to and made part of this Lease. You represent and warrant that the terms and conditions of the Survey are true and correct and agree to comply with the terms therein.

Documentation Fees
225.00

**LESSEE SIGNATURE**

| Signature | X | Date 12-6-05 |
|---|---|---|
| Print Name | Joe Casperson |
| Title | Sr. Buyer |
| For | SHAPES, LLC |

**LESSOR SIGNATURE**

| Signature | |
|---|---|
| Print Name | Lisa Blackwith |
| Title | Contract Specialist |
| For | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| Lease Number | 2468181 |

©2004 All Rights Reserved. Printed in the U.S.A. 04MHDOC024A 12/04

04MHDOC024A

2

**de lage landen** ⓛ
partners in finance

**CERTIFICATE OF DELIVERY AND ACCEPTANCE**
**(Master Lease)**

To: <u>DE LAGE LANDEN FINANCIAL SERVICES, INC.</u> ("Lessor")

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|----------|----------|----------------|-------|------------------|-------------|
| 1 | NEW | HYSTER | H155XL2 | G006V03416C | FORKLIFT |
| 1 | NEW | HYSTER | H155XL2 | G006V03418C | FORKLIFT |
| 1 | NEW | HYSTER | H155XL2 | G006V03422C | FORKLIFT |

Equipment Location
9000 RIVER RD.

| City | County | State | Zip |
|------|--------|-------|-----|
| DELAIR | CAMDEM | NJ | 08110 |

The undersigned hereby acknowledges and agrees that the undersigned has unconditionally accepted all of the Equipment described above in accordance with Master Lease Schedule No. 16 _____ ("Lease") issued pursuant to Master Lease Agreement Number 215 _____ ("Agreement") between the undersigned lessee and Lessor, and that the Equipment has been delivered, inspected, installed and is in good-working condition. The undersigned hereby approves and authorizes payment by Lessor to the Supplier of the Equipment. The undersigned agrees that a facsimile copy of this certificate with facsimile signatures may be treated as an original and will be admissible as evidence of this certificate and Lessee's acceptance of the Equipment.

Lessee
SHAPES, LLC

Signature
X _____

Print Name
Joe Casperson

Title
Sr. Buyer

Date
12-21-05

©2004 All Rights Reserved. Printed in the U.S.A. 04MHD0C0332B 12/04

**de lage landen** (L)™
partners in finance

**MASTER LEASE SCHEDULE**

2469226l *(handwritten)*

| Schedule No. | Purchase Order No. |
|---|---|
| 17 | |

This Master Lease Schedule No. 17_____ ("Lease") is by and between SHAPES, LLC_____ ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor") and incorporates the terms and conditions of that certain Master Lease Agreement Number 215_____ ("Agreement") between Lessee and Lessor. The words you and your are used in this Lease to mean the Lessee identified above and the words we, us and our are used in this Lease to mean the Lessor identified above.

We hereby lease to you and you hereby lease from us the equipment described below for the Initial Term and on the terms and conditions set forth herein.

**LESSEE**

Lessee Name
SHAPES, LLC

Address
9000 RIVER RD.

| City | State | Zip |
|---|---|---|
| DELAIR | NJ | 08110 |

Phone
856-662-5500

**SUPPLIER**

Supplier Name
MODERN HANDLING EQUIPMENT – PA

Address
2501 DURHAM RD.

| City | State | Zip |
|---|---|---|
| BRISTOL | PA | 19007 |

Phone
215-943-9100

**EQUIPMENT INFORMATION**

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | NEW | HYSTER | H60FT | L177B03333C | FORKLIFT |

Equipment Location
9000 RIVER RD.

| City | County | State | Zip |
|---|---|---|---|
| DELAIR | CAMDEN | NJ | 08110 |

**PAYMENT INFORMATION**

| Rental Payment (plus applicable taxes) | Initial Term in Months | Per-Diem Rent (plus applicable taxes) |
|---|---|---|
| 884.29 | 48 | |

You agree to pay per-diem rent from the date you accept the Equipment to the last day of the month in which you accept the Equipment. The total per-diem rent is due with your first or second Rental Payment as billed by us. You agree to pay at the time you sign this Lease ONE (1) Rental Payment(s) plus applicable taxes as an advance payment. If more than one Rental Payment is required in advance, the additional amount will be applied to the end of the Initial Term.

☑ Lease Payment includes maintenance fees for maintenance provided by Supplier and/or manufacturer under a separate maintenance agreement.

Additional Provisions

**OPERATING CONDITIONS**

☑ If your use of any Equipment exceeds 2500 hours per year, you will pay us additional rent equal to $ 2.50 for each hour of excess use per year.

☑ See the survey of mutually agreeable operating conditions and use of the Equipment ("Survey") attached to and made part of this Lease. You represent and warrant that the terms and conditions of the Survey are true and correct and agree to comply with the terms therein.

Documentation Fees
195.00

**LESSEE SIGNATURE**

| Signature | Date |
|---|---|
| *(signature)* | 12-6-05 |

Print Name
Joe Casperson

Title
Sr. Buyer

For
SHAPES, LLC

**LESSOR SIGNATURE**

| Signature | Date |
|---|---|
| *(signature)* | 3/20/06 |

Print Name
Lisa Szablowski *(handwritten)*

Title
Contract Specialist *(handwritten)*

For
DE LAGE LANDEN FINANCIAL SERVICES, INC.

Lease Number
2469336l *(handwritten)*

04MHDDC024A

©2004 All Rights Reserved. Printed in the U.S.A. 04MHDDC024A 12/04



**de lage landen**
partners in finance

# CERTIFICATE OF DELIVERY AND ACCEPTANCE
## (Master Lease)

To: <u>DE LAGE LANDEN FINANCIAL SERVICES, INC. ("Lessor")</u>

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | NEW | HYSTER | H60FT | L177B033330 | FORKLIFT |
| | | | | | |
| | | | | | |

Equipment Location: 9000 RIVER RD.

| City | County | State | Zip |
|---|---|---|---|
| DELAIR | CAMDEM | NJ | 08110 |

The undersigned hereby acknowledges and agrees that the undersigned has unconditionally accepted all of the Equipment described above in accordance with Master Lease Schedule No. 17 ("Lease") issued pursuant to Master Lease Agreement Number 215 ("Agreement") between the undersigned lessee and Lessor, and that the Equipment has been delivered, inspected, installed and is in good-working condition. The undersigned hereby approves and authorizes payment by Lessor to the Supplier of the Equipment. The undersigned agrees that a facsimile copy of this certificate with facsimile signatures may be treated as an original and will be admissible as evidence of this certificate and Lessee's acceptance of the Equipment.

| LESSEE SIGNATURE | |
|---|---|
| Lessee | SHAPES, LLC |
| Signature | |
| Print Name | Joe Casperson |
| Title | Sr. Buyer |
| Date | 2-20-06 |

04MHD0C032B

©2004 All Rights Reserved  Printed in the U.S.A.  04MHD0C032B  12/04

24690894

**de lage landen** Ⓛ™
— partners in finance

## MASTER LEASE SCHEDULE

| Schedule No. 20 | Purchase Order No. |
|---|---|

This Master Lease Schedule No. 20 _____ ("Lease") is by and between SHAPES L.L.C. _____ ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor") and incorporates the terms and conditions of that certain Master Lease Agreement Number 215 _____ ("Agreement") between Lessee and Lessor. The words you and your are used in this Lease to mean the Lessee identified above and the words we, us and our are used in this Lease to mean the Lessor identified above.

We hereby lease to you and you hereby lease from us the equipment described below for the Initial Term and on the terms and conditions set forth herein.

**LESSEE**
Lessee Name
SHAPES L.L.C.
Address
9000 RIVER RD
City DELAIR    State NJ    Zip 08110
Phone

**SUPPLIER**
Supplier Name
MODERN HANDLING EQUIPMENT - PA
Address
2501 DURHAM RD.
City BRISTOL    State PA    Zip 19007
Phone
(215) 943-9100

**EQUIPMENT INFORMATION**

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | NEW | HYSTER | H60FT | L177B01775C | FORKLIFT |
| | | | | | |
| | | | | | |

Equipment Location
SAME AS ABOVE
City _____ County _____ State _____ Zip _____

**PAYMENT INFORMATION**

| Rental Payment (plus applicable taxes) | Initial Term in Months | Per-Diem Rent (plus applicable taxes) |
|---|---|---|
| 1180.93 | 36 | |

You agree to pay per-diem rent from the date you accept the Equipment to the last day of the month in which you accept the Equipment. The total per-diem rent is due with your first or second Rental Payment as billed by us. You agree to pay at the time you sign this Lease ONE _____ Rental Payment(s) plus applicable taxes as an advance payment. If more than one Rental Payment is required in advance, the additional amount will be applied to the end of the Initial Term.

☑ Lease Payment includes maintenance fees for maintenance provided by Supplier and/or manufacturer under a separate maintenance agreement.
Additional Provisions

**OPERATING CONDITIONS**

☑ If your use of any Equipment exceeds 2400 _____ hours per year, you will pay us additional rent equal to $ 2.50 _____ for each hour of excess use per year.

☑ See the survey of mutually agreeable operating conditions and use of the Equipment ("Survey") attached to and made part of this Lease. You represent and warrant that the terms and conditions of the Survey are true and correct and agree to comply with the terms therein.

Documentation Fees
195.00

**LESSEE SIGNATURE**
Signature _____ Date 12-8-06
Print Name Joe Casperson
Title Sr. Buyer
For SHAPES L.L.C.

**LESSOR SIGNATURE**
Signature _____ Date 3/8/0_
Print Name Lisa Szablewski
Title Contract Specialist
For DE LAGE LANDEN FINANCIAL SERVICES, INC.
Lease Number 24690894

04MHDC0024A

©2004 All Rights Reserved. Printed in the U.S.A.  04MHDC0024A  12/04


**de lage landen**
partners in finance

# CERTIFICATE OF DELIVERY AND ACCEPTANCE
## -(Master Lease)

To: DE LAGE LANDEN FINANCIAL SERVICES, INC. ("Lessor")

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | NEW | HYSTER | H60FT | L177B01775C | FORKLIFT |
| | | | | | |
| | | | | | |

Equipment Location: SAME AS ABOVE

| City | County | State | Zip |
|---|---|---|---|

The undersigned hereby acknowledges and agrees that the undersigned has unconditionally accepted all of the Equipment described above in accordance with Master Lease Schedule No. 20 _____ ("Lease") issued pursuant to Master Lease Agreement Number 215 _____ ("Agreement") between the undersigned lessee and Lessor, and that the Equipment has been delivered, inspected, installed and is in good-working condition. The undersigned hereby approves and authorizes payment by Lessor to the Supplier of the Equipment. The undersigned agrees that a facsimile copy of this certificate with facsimile signatures may be treated as an original and will be admissible as evidence of this certificate and Lessee's acceptance of the Equipment.



Lessee SHAPES L.L.C.
Signature
Print Name  Joe Cexperson
Title  S. Buyer
Date  2-8-06

©2004 All Rights Reserved  Printed in U.S.A.  04MHDOC0032B  12/04

1

24747729



**de lage landen**
partners in finance

# MASTER LEASE SCHEDULE
## (Fair Market Value Purchase Option)

| Schedule No. | Purchase Order No. |
|---|---|
| 25 | |

This Master Lease Schedule No. 25 ("Lease") is by and between SHAPES L.L.C. ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor") and incorporates the terms and conditions of that certain Master Lease Agreement Number 215 ("Agreement") between Lessee and Lessor. The words you and your are used in this Lease to mean the Lessee identified above and the words we, us and our are used in this Lease to mean the Lessor identified above.

We hereby lease to you and you hereby lease from us the equipment described below for the Initial Term and on the terms and conditions set forth herein.

**LESSEE**

| | |
|---|---|
| Lessee Name | SHAPES L.L.C. |
| Address | 9000 RIVER RD |
| City DELAIR | State NJ  Zip 081103204 |
| Phone | |

**SUPPLIER**

| | |
|---|---|
| Supplier Name | MODERN HANDLING EQUIPMENT |
| Address | 2501 DURHAM RD |
| City BRISTOL | State PA  Zip 19007 |
| Phone | |

**EQUIPMENT INFORMATION**

| Quantity | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|
| 1 | HYSTER | H60FT | L177B03453C | FORKLIFT |

| Equipment Location | 9000 RIVER RD | | |
|---|---|---|---|
| City DELAIR | County | State NJ | Zip 081103204 |

**PAYMENT INFORMATION**

| Rental Payment (plus applicable taxes) | Initial Term in Months | Per-Diem Rent (plus applicable taxes) |
|---|---|---|
| $797.43 | 60 | |

You agree to pay per-diem rent from the date you accept the Equipment to the last day of the month in which you accept the Equipment. This total per-diem rent is due with your first or second Rental Payment as billed by us. You agree to pay at the time you sign this Lease ZERO Rental Payment(s) plus applicable taxes as an advance payment. If more than one Rental Payment is required in advance, the additional amount will be applied to the end of the Initial Term.

☐ Lease Payment includes maintenance fees for maintenance provided by Supplier and/or manufacturer under a separate maintenance agreement.

Additional Provisions
Lease inclusive of maintenance fees.

**PURCHASE OPTION**

If no Event of Default exists under this Lease, you will have the option at the end of the Initial Term or any Renewal Term to purchase all (but not less than all) of the Equipment for a purchase price equal to the Equipment's fair market value. You must give us at least 60 days written notice before the end of the Initial Term, or any Renewal Term as applicable, that you will purchase the Equipment for the fair market value or that you will return the Equipment to us. We will use our reasonable judgment to determine the Equipment's fair market value. If you do not agree with our determination of the Equipment's fair market value, the fair market value (on a retail basis) will be determined at your expense by an independent appraiser selected by us. Upon payment of the Equipment's fair market value, we shall transfer our interest in the Equipment to you "AS-IS, WHERE-IS" without any representation or warranty whatsoever and this Lease will terminate.

**OPERATING CONDITIONS**

☐ If your use of any Equipment exceeds 2000 hours per year, you will pay us additional rent equal to $2.5 for each hour of excess use per year.

☑ See the survey of mutually agreeable operating conditions and use of the Equipment ("Survey") attached to and made part of this Lease. You represent and warrant that the terms and conditions of the Survey are true and correct and agree to comply with the terms therein.

**LESSEE SIGNATURE**

| | |
|---|---|
| Signature | Date 1-12-06 |
| Print Name | Joe Capperson |
| Title | Sr Buyer |
| For | SHAPES L.L.C. |

**LESSOR SIGNATURE**

| | |
|---|---|
| Signature | Date |
| Print Name | |
| Title | |
| For | DE LAGE LANDEN FINANCIAL SERVICES, INC. |
| Lease Number: | |

©2006 All Rights Reserved. Printed in the U.S.A.  06MHDOC094 5/06

06MHDOC094

# de lage landen

partners in finance

# MASTER LEASE AGREEMENT

Master Lease Agreement No.    215

**TO OUR VALUED CUSTOMER:** This Master Lease Agreement ("Agreement") has been written in "Plain English". The words you and your are used in this Agreement to mean the Lessee identified below. The words we, us and our are used in this Agreement to mean the Lessor, which is DE LAGE LANDEN FINANCIAL SERVICES, INC. and any of its affiliates, subsidiaries, successors or assigns. Our address is 1111 Old Eagle School Road, Wayne, PA 19087.

| LESSEE | | |
|---|---|---|
| Full Legal Name | | |
| SHAPES L.L.C. | | |
| Address | | |
| 9000 RIVER RD | | |
| City | State | Zip |
| DELAIR | NJ | 081103204 |

**INSURANCE & TAXES:** You are required to provide and maintain insurance related to the Equipment, and to pay any property, use and other taxes related to this Agreement, any Master Lease Schedule to this Agreement or the Equipment. (See Sections 4 and 6 of this Agreement.)

## TERMS AND CONDITIONS

This Agreement is dated as of _____, and is by and between De Lage Landen Financial Services, Inc., the "Lessor", with offices and a Lease Processing Center located at 1111 Old Eagle School Road, Wayne, Pennsylvania 19087, its successors and assigns and the above referenced lessee. The parties hereto for good and valuable consideration and intending to be legally bound hereby agree as follows:

1. **LEASE; DELIVERY AND ACCEPTANCE.** You agree to lease from us and we agree to lease to you the equipment and other items (collectively "Equipment") described in any Master Lease Schedule to this Agreement. The general terms and conditions of this Agreement will be incorporated by reference into each such Master Lease Schedule. Each Master Lease Schedule to this Agreement shall hereinafter be referred to as a "Lease". Each Lease shall constitute a separate lease agreement incorporating all the terms and conditions of this Agreement. If there is a conflict between this Agreement and a Lease, the provisions of the Lease shall govern. You will arrange, at your sole cost and expense, for the delivery of the Equipment to you at the Equipment location specified in the Lease. If, for any reason, the Supplier (as defined in Section 3) and/or the manufacturer of the Equipment fails to deliver, or delays the delivery of the Equipment or if, for any reason the Equipment is unsatisfactory, you agree that we are not liable for, and you shall not make any claim against us for, damages or for specific performance of this Agreement and/or any Lease. When the Equipment is delivered to you, you agree to inspect it to determine if it is in good working order. The initial term of each Lease ("Initial Term") will begin on the date when the Equipment is irrevocably accepted by you. The Equipment will be irrevocably accepted by you upon: a) delivery to us of a signed Certificate of Delivery and Acceptance (if requested by us); or b) 10 days after delivery of the Equipment to you if previously we have not received written notice from you of your non-acceptance. The Initial Term shall continue for the period specified in each Lease. Any renewal term ("Renewal Term") shall begin at the expiration, as applicable, of the Initial Term or any preceding Renewal Term. The Initial Term and any Renewal Terms shall collectively be referred to as the "Term". You agree to pay any advance Rental Payments as set forth in each Lease when the Equipment is accepted by you and remaining Rental Payments on the first day of each successive month thereafter or as otherwise directed by us through the expiration of the Term. You will make all payments required under each Lease to us at such address as we may specify in writing. Whenever any payment is not made by you within 10 days of its due date, you agree to pay to us, not later than one month thereafter, a late charge equal to the rate of five percent (5%) of each such delayed payment, or $100, whichever is greater, but only to the extent permitted by law. YOUR OBLIGATION TO PAY SUCH RENTAL PAYMENTS SHALL BE ABSOLUTE AND UNCONDITIONAL, AND IS NOT SUBJECT TO ANY ABATEMENT, SET-OFF, DEFENSE, OR COUNTER-CLAIM FOR ANY REASON WHATSOEVER.

2. **WARRANTY MATTERS.** We transfer to you for the Term any warranties made by the manufacturer or the Supplier under any purchase or supply contract ("Supply Contract"). We are leasing the Equipment to you "AS-IS" and you agree that we are not responsible for the performance, maintenance or servicing of the Equipment. YOU ACKNOWLEDGE THAT WE DO NOT MANUFACTURE THE EQUIPMENT, WE DO NOT REPRESENT THE MANUFACTURER OR THE SUPPLIER, AND YOU HAVE SELECTED THE EQUIPMENT AND THE SUPPLIER BASED UPON YOUR OWN JUDGMENT. WE MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR OTHERWISE. YOU AGREE THAT REGARDLESS OF CAUSE, WE ARE NOT RESPONSIBLE FOR AND YOU WILL NOT ASSERT ANY CLAIM AGAINST US FOR ANY LOSS, DAMAGE OR INJURY CAUSED BY OR ALLEGED TO BE CAUSED DIRECTLY, INDIRECTLY, INCIDENTALLY OR CONSEQUENTIALLY BY THE EQUIPMENT, ANY INADEQUACY, DEFICIENCY OR DEFECT OF OR RELATED TO THE EQUIPMENT, OR BY ANY INTERRUPTION OR LOSS OF SERVICE OR USE OF THE EQUIPMENT, OR ANY LOSS OF BUSINESS OR ANY DAMAGE WHATSOEVER AND HOWSOEVER CAUSED. YOU ACKNOWLEDGE THAT NO REPRESENTATION, GUARANTY OR WARRANTY BY ANY SALESPERSON, EMPLOYEE OR AGENT OF THE SUPPLIER IS BINDING ON US NOR GIVES RISE TO ANY LIABILITY, NEGLIGENCE OR OTHERWISE, OR IN CONNECTION WITH THE EQUIPMENT, ARISING IN STRICT LIABILITY, NEGLIGENCE OR OTHERWISE, OR IN ANY WAY RELATED TO OR ARISING OUT OF THIS AGREEMENT OR ANY LEASE. YOU AGREE THAT NEITHER THE SUPPLIER NOR ANY SALESPERSON, EMPLOYEE OR AGENT OF THE SUPPLIER IS OUR AGENT OR HAS ANY AUTHORITY TO SPEAK FOR US OR TO BIND US IN ANY WAY. WE MAKE NO WARRANTY AS TO THE TREATMENT OF THIS AGREEMENT AND/OR ANY LEASE FOR TAX OR ACCOUNTING PURPOSES.

3. **EQUIPMENT LOCATION; USE AND REPAIR; RETURN.** You will keep and use the Equipment only at the Equipment location specified in the Lease. You may not move the Equipment without our prior written consent, which we will not unreasonably withhold. At your own expense, you will keep, use and maintain the Equipment as required by applicable insurance policies, all applicable laws and regulations and all applicable Supplier and manufacturer requirements and instructions. You will keep the Equipment in as good operating condition as when it was delivered to you, ordinary wear and tear resulting from proper use only excepted, and will provide all maintenance and service and make all repairs or replacements reasonably necessary for such purpose. In the event the Rental Payments include the cost of maintenance and/or service being provided by the Supplier and/or manufacturer, you agree that we are not responsible for providing any such maintenance and/or service. You will make all claims for maintenance and/or service directly to the Supplier and/or manufacturer and your obligation to make all required Rental Payments will remain unconditional. You will not in any event subject the Equipment to any abrasive, corrosive or abnormal working conditions or any environmentally hazardous substance (under any applicable federal, state or local law, rule or regulation), without our prior written consent. You will not make any alterations, additions or replacements to the Equipment without our prior written consent. All alterations, additions and replacements will become part of the Equipment and our property at no cost or expense to us. We may inspect the Equipment at any reasonable time. Unless otherwise stated, you must give us written notice at least 60 days prior to the expiration of the Term of your intent to return the Equipment at the end of the Term. Provided you have given such notice, you will immediately, at the end of the Term, deliver the Equipment in the condition required under this Agreement and/or any Lease to the supplier stated on the Lease ("Supplier") or to any other location specified by us. If we reasonably determine that the Equipment, once it is returned, is not in the condition required above, we may repair, service, upgrade, modify or overhaul the Equipment to achieve such condition and, upon demand, you will reimburse us for all our expenses associated with doing so. You will pay all expenses of shipping, and you will insure the Equipment for its full replacement value during shipping. If you fail to notify us, or having notified us, fail to return the Equipment in accordance with the terms and conditions of this Agreement and/or the Lease, the Lease will automatically renew for consecutive 60 day periods and you agree to continue to make Rental Payments equal to the monthly Rental Payment in the Initial Term or the last Renewal Term as applicable, until you give us notice and deliver the Equipment to us as provided above.

4. **TAXES AND FEES.** You will comply with all laws, regulations and orders relating to this Agreement, any Lease or any Master Lease Schedule. You will be responsible for and when due and shall indemnify and hold us harmless from and against all present and future taxes and other governmental charges, including, without limitation, those for sales, use, leasing and stamp taxes, license and registration fees, and amounts in lieu of such taxes and charges plus any penalties or interest on any of the above, (all of the foregoing are collectively the "Taxes"), imposed, levied upon, assessed in connection with, or as a result of the purchase, ownership, delivery, leasing, possession or use of the Equipment, or based upon or measured by the Rental Payments or receipts with respect to this Agreement or any Lease. If you do not pay any of the Taxes, we have the right, but not the obligation, to pay them on your behalf. You will not, however, be obligated to pay any taxes on or measured by our net income. You authorize us to add to the amount of each Rental Payment any Taxes that may be imposed on or measured by such Rental Payment. We do not have to contest any Taxes, fines or penalties. We will file all personal property, use or other Tax returns as required by law. You will pay to us on demand, as an additional Rental Payment, the amount of the personal property tax we are required to pay. You agree to reimburse us with the next Rental Payment that you owe, plus any late charge that is due to us for collecting and administering any Taxes and remitting them to the appropriate authorities and interest thereon at the highest legal rate allowed, from the date due until fully paid. If you do not pay this reimbursement with the next Rental Payment you agree to pay us interest on those amounts at the highest legal rate allowed from the due date until paid in full.

5. **LOSS OR DAMAGE.** As between you and us, you assume and shall be responsible for the entire risk of loss, theft or destruction of, or damage to the Equipment from any and every cause whatsoever (collectively, the "Loss"), whether or not insured, until it is returned to us at the end of the Term. You are required to make all Rental Payments even if there is a Loss. You must notify us in writing immediately of any Loss. Then, at our option, you will either (a) repair the Equipment so that it is in good condition and working order, or (b) pay us the amounts specified in Section 9(b) below.

6. **INSURANCE.** You will provide and maintain at your sole cost and expense and during the entire Term (a) property insurance against all risk of loss, theft, or destruction of or damage to the Equipment from any cause whatsoever for its full replacement value, naming us and our successors and assigns as sole loss payee, and (b) comprehensive public liability and third party property insurance covering any liability resulting from the purchase, ownership, leasing, maintenance, use, operation or return of the Equipment, naming us and our successors and assigns as an additional insured. You will give us insurance certificates or other evidence of such insurance when requested. Such insurance will be in a form, amount and with companies acceptable to us, and will provide that we will be given 30 days advance notice of any cancellation or material change of such insurance. You hereby appoint us as your attorney-in-fact (which power is coupled with an interest) to make claim for, receive payment of, and execute and endorse all documents, checks or drafts received in payment for loss or damage under any such insurance policy. If you do not give us evidence of insurance acceptable to us, we have the right, but not the obligation, to obtain insurance covering our interest in the Equipment for all or any portion of the Term from an insurer of our choice, including an insurer that is our affiliate, in the event that we do obtain such insurance, you agree to pay an Insurance fee ("Insurance Charge") in addition to each Rental Payment due from you, on which we may make a profit. You will pay the Insurance Charge in equal installments allocated to the remaining Rental Payments or as directed by us. If we purchase insurance, you will cooperate with our insurance agent with respect to the placement of insurance and the processing of claims. Nothing in this Agreement or any Lease will create an insurance relationship of any type between us and any other person. You acknowledge that we are not required to secure or maintain any insurance, and we will not be liable to you if we maintain any insurance coverage that we arrange. If we replace or renew any insurance coverage, we are not obligated to provide replacement or renewal coverage under the same terms, costs, limits, or conditions as the previous coverage.

7. **TITLE; TAX FILINGS; DOCUMENTATION FEES.** Unless you have a $1.00 purchase option, we are the owner of and will hold title to the Equipment. You will keep, and at your sole expense promptly take all actions necessary to keep, the Equipment free of all liens and encumbrances. Although the Equipment may become attached to real estate, it is and will remain personal property. If we feel it is necessary, you agree to provide us with waivers of interest or liens from anyone claiming any interest in the real estate on which any item of Equipment is located. You agree that this transaction is intended to be a true lease, and the filing of a financing statement under the Uniform Commercial Code ("UCC") or other applicable law shall not be construed as evidence that any security interest was intended to be created, but only to give public notice of our ownership of the Equipment. If any Lease hereunder has a $1.00 purchase option, or this Agreement or any Lease hereunder is otherwise deemed at any time to be one intended as security, then you grant us a security interest in the Equipment and the proceeds from each sale, lease or other disposition of the Equipment. You appoint us or our designee as your attorney-in-fact to sign and file financing statements covering the Equipment on your behalf where permitted by the UCC or other applicable law, and to do all other things necessary to protect our title and interest in the Equipment. You agree we can file a copy of this Agreement or any Lease as a financing statement under the UCC or other applicable law. You agree to pay us a fee ("Documentation Fee") not to exceed $250.00 to reimburse our expenses for the preparation and filing of all financing statements, for our other documentation costs and for all ongoing administration costs during the Initial Term or any Renewal Term of any Lease hereunder.

8. **DEFAULT.** Each of the following shall constitute an "Event of Default" under this Agreement and all Leases: (a) you fail to pay any Rental Payment, or any other payment, as it becomes due and such failure is not cured within 10 days of such due date; (b) you do not perform any of your other obligations under this Agreement, any Lease or in any other agreement with us or with any of our affiliates and this failure continues for 10 days after we have notified you of the same; (c) any representation or warranty made by you proves to be incorrect in any material respect when made; (d) you become insolvent or are generally unable to pay your debts when due, you dissolve or are dissolved, you assign your assets for the benefit of your creditors or seek appointment of a receiver, custodian or other similar official for you or for your assets, or you commence or have commenced against you any action relating to bankruptcy, insolvency, reorganization laws; (e) any guarantor of your obligations under this Agreement and/or any Lease dies, does not perform its obligations under a guaranty, or becomes subject to one of the events listed in clause (d) above; or (f) any letter of credit required under this Agreement and/or any Lease is breached, cancelled, terminated or not renewed.

9. **REMEDIES.** Upon the occurrence of an Event of Default, we may do one or more of the following: (a) we may cancel or terminate this Agreement and any or all Leases and any or all other agreements that we have entered into with you or withdraw any offer of credit; (b) we may declare the entire unpaid balance of all Rental Payments for the unexpired term of any or all of the Leases immediately due and payable without notice or demand and require you to immediately pay us, as compensation for loss of our bargain and not as a penalty, a sum equal to (i) the present value of all unpaid Rental Payments for the remainder of the applicable Term plus the present value of our reasonably anticipated residual interest in the Equipment which we have predetermined, each discounted to the date of default at the lesser of (i) a per annum interest rate equivalent to that of U.S. Treasury constant maturity obligations (as reported by the U.S. Treasury Department) that would have a repayment term equal to the remaining term of the applicable Lease(s), or (ii) 6%, plus (ii) all other amounts due or that become due under the Lease; (c) we may require you to return the Equipment to us as set forth in Section 3; (d) we or our agent may enter upon the premises where the Equipment is located without liability or legal process wherever the Equipment is located and take and remove the Equipment without notice to you, and you waive any claims against us for damages or disabling the Equipment, and you waive and will not make any claims against us for damages or trespass or any other reason; (e) we may charge you interest on all monies due to us at the rate of eighteen percent (18%) per annum from the date of default until paid but in no event more than the maximum rate permitted by law; and (f) we may exercise any other right or remedy available at law or in equity. You are also required to pay all of our costs of enforcing our rights and remedies against you including, without limitation, reasonable attorneys' fees. If we take possession of the Equipment, we may sell, rent or otherwise dis-

pose of it with or without notice, at a public or private sale, on your premises or elsewhere and apply the net proceeds (after we have deducted all costs incident to the sale or disposition of the Equipment) to the amounts that you owe us. You agree that if notice of sale is required by law to be given, 10 days' notice will constitute reasonable notice. You will remain responsible for any amounts that are due after we have applied such net proceeds. These remedies are cumulative of every other right or remedy under this Agreement and/or any Lease or now or hereafter existing at law or in equity or by statute or otherwise, and may be enforced concurrently or separately. No failure or delay on our part in exercising any right or remedy shall operate as a waiver thereof or modify the terms of this Agreement or any Lease. A waiver of a default shall not be a waiver of any other or subsequent default. Our recovery hereunder will in no event exceed the maximum recovery permitted by law.

10. **FINANCE LEASE STATUS.** You agree and we agree that each Lease is a Finance Lease as that term is defined in Article 2A of the Uniform Commercial Code. You acknowledge and agree that either (a) you have reviewed, approved, and received, a copy of the Supply Contract prior to execution of any Lease or (b) that we have informed you of the identity of the Supplier, that you may have rights under the Supply Contract, and that you may contact the Supplier for a description of those rights. TO THE EXTENT PERMITTED BY APPLICABLE LAW, YOU WAIVE ANY AND ALL RIGHTS AND REMEDIES (INCLUDING, WITHOUT LIMITATION, ALL RIGHTS AND REMEDIES SET FORTH IN SECTIONS 508 THROUGH 522 OF ARTICLE 2A) CONFERRED UPON A LESSEE BY ARTICLE 2A OF THE UNIFORM COMMERCIAL CODE.

11. **ASSIGNMENT. YOU MAY NOT ASSIGN THIS AGREEMENT, ANY LEASE OR THE RIGHTS HEREUNDER NOR WILL YOU SUBLEASE OR LEND THE EQUIPMENT OR SUBMIT IT TO BE USED BY ANYONE OTHER THAN YOUR EMPLOYEE'S WITHOUT OUR PRIOR WRITTEN CONSENT;** provided, however, that you may sublease the Equipment or assign your rights under a Lease to your affiliate or wholly-owned subsidiary if: (a) you lease the Equipment or assign your rights under a Lease to your affiliate or wholly-owned subsidiary if; (a) you and such sublessee or assignee execute and deliver to us a writing (to be provided by us) in which the sublessee or assignee agrees to assume joint and several liability with you for the full and prompt payment, observance and performance when due of all of your obligations under such Lease; and (b) we consent to such sublease or assignment, which consent shall not be unreasonably withheld. In no event, however, will any such sublease or assignment discharge or diminish any of your obligations to us under such Lease. We may, without notifying you, sell, assign, or transfer this Agreement or any Lease or our rights to any Equipment. You agree that the new owner will have the same rights and benefits that we have now under this Agreement and any applicable Lease, but not our obligations. The rights of the new owner will not be subject to any claim, defense or set off that you may have against us.

12. **INDEMNIFICATION.** You are responsible for any losses, damages, penalties, claims, suits and actions (collectively "Claims"), whether based on a theory of strict liability or otherwise caused by or related to (a) the manufacture, acquisition, delivery, installation, ownership, use, lease, possession, maintenance, operation or rejection of the Equipment or (b) any defects in the Equipment. You shall reimburse us for and, if we request, defend us against, any Claims.

13. **REPRESENTATIONS, WARRANTIES AND COVENANTS.** You represent, warrant and covenant that: (a) you are duly organized, validly existing and in good standing under all Leases and authority to enter into this Agreement and all Leases and other related instruments or documents (collectively, "Fundamental Documents") to the Fundamental Agreements are legal, valid and binding obligations of you and are enforceable against you in accordance with their terms and do not violate or create a default under any other instrument or agreement which you are a party to; (d) there are no pending or threatened actions or proceedings before any court or administrative agency that could have a material adverse effect on you; (e) you will obtain any necessary governmental approvals and comply in all material respects with all Federal, state and municipal laws and regulations the violation of which could have a material adverse effect on use of the Equipment or your performance of your obligations to us; (f) each Fundamental Agreement will be effective against your creditors under applicable law, including fraudulent conveyances and bulk transfer laws, and will raise no presumption of fraud; (g) annually, within ninety (90) days of your fiscal year-end, you will furnish to us your financial statements prepared in accordance with generally accepted accounting principles that accurately represent your financial position as of the dates given on such statements; (h) you will provide to us such information, records, reports and other documentation as we may reasonably request; (i) ALL leases of counsel, resolutions, and such other information and documents as we may reasonably request. (i) ALL EQUIPMENT IS LEASED FOR BUSINESS PURPOSES ONLY, AND NOT FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES; and (j) all Equipment is tangible personal property. You will be deemed to have made the foregoing each time you execute a Fundamental Agreement. Your representations, warranties and covenants shall survive beyond the Term of any Lease. We warrant that we will not interfere with your quiet enjoyment of the Equipment so long as no Event of Default occurs and no event has occurred that with notice, the lapse of time or both would constitute an Event of Default.

14. **TAX TREATMENT AND INDEMNIFICATION.** Unless you have a $1.00 purchase option, the following provisions shall apply:
(a) Unless otherwise provided for in a specific Lease, it is acknowledged and agreed by the parties that they are entering into the Agreement and each Lease on the following income tax assumptions: (i) that we and the consolidated group of which we are a member (all references to "we" in this Section include such consolidated group) will be treated for all federal income tax purposes (and to the extent allowable, for state and local tax purposes) as the owner of all Equipment leased pursuant to this Agreement and each Lease; (ii) that, for federal and state income tax purposes, each Lease will be treated as a "true lease" of the Equipment; (iii) that we will be entitled to take (1) accelerated depreciation deductions under applicable state law ("Depreciation Deductions"), (v) accelerated cost recovery deductions ("Recovery Deductions") under Section 167(a) and Section 168(b)(1) of the Internal Revenue Code of 1986, as amended, and the regulations promulgated thereunder (the "Code"), and (2) special depreciation allowance ("Bonus Deduction") under Code Section 168 (k); and (iv) that we will have the maximum federal and state income tax rate applicable to corporations in effect as of the date of our Lease execution ("Determination Date") during each applicable Lease Term which maximum federal and state income tax rate shall remain constant during such term).
(b) You acknowledge and agree that each Lease has been executed by us based upon your following representations and warranties: (i) We will not, under the Code, be required to include in its gross income, for federal income tax purposes, any amount with respect to any improvement, modification or addition made, or that may be made, by or for you to any item of Equipment; (ii) at the time you accept each item of Equipment each Lease, such item of Equipment shall have been placed in service within the meaning of Code Sections 167 and Code Section 168, but not prior thereto, and the "original use" (as the term is used under the Code) of such item shall commence with us; (iii) we shall be entitled to (x) the maximum available Depreciation Deductions applicable to corporations (determined as of the Determination Date) based on the cost of each item of Equipment as specified in the applicable Lease ("Cost"), (y) Recovery Deductions based upon each item of Equipment Cost over the recovery period, and to those percentages of the Equipment's unadjusted basis (reduced under any Code requirements) for the years, indicated in the applicable Lease, by using (A) the 200% declining balance method permitted under Code Section 168, changing to straight line at such time as will maximize the recovery deductions, (B) the half year convention and (C) no salvage value, unless otherwise required by operation of Code Section 168 (d) (3) (A), and (z) the Bonus Deduction based upon the applicable Equipment Cost for the year and Equipment percentage indicated in the applicable Lease; (iv) for purposes of determining the amount of the Recovery Deductions, our basis for the Equipment will at least equal the Equipment Cost; (v) no item of Equipment is limited use property within the meaning of Rev. Proc. 76-30; (vi) for federal income tax purposes, all amounts included in our gross income with respect to each item of Equipment will be treat-

ed as derived from or allocable to sources within the United States; and (vii) all Equipment information furnished by you in writing to us or our agents was accurate at the time given.
(c) If by reason of (1) the breach or inaccuracy in law or in fact of any of the representations or warranties set forth in Subsection (b) of this Section, (2) the inaccuracy of any statement or information in any letter or document furnished to us by or on behalf of you in connection with the transactions contemplated under this Agreement or any Lease ("Related Documents"), (3) you, an Affiliate (defined below), assignee or sublessee of you or any user or person or entity in possession of any Equipment (x) committing any act, irrespective of whether such act is permitted or permitted by this Agreement or any Lease (including but not limited to any modification, addition, alteration, substitution, replacement or relocation of any item or any improvement, modification, addition, alteration, substitution, replacement or relocation of any Item of Equipment, or (y) failing or omitting to take any action required under this Agreement, or any Lease or Related Document or otherwise or (4) any change in the Code occurring after the date hereof, we shall lose, the right to claim, will not have the right to claim or shall not claim as the result of its good faith determination that such claim is not properly allowable, or shall suffer a disallowance or deferral of, or shall be required to recapture all or any portion of the Recovery Deductions, Depreciation Deductions and/or Bonus Deduction as to any item of the Equipment, (ii) be required to include in its gross income any amount in respect to (x) any alteration, modification or addition, any item, other than an alteration, modification or addition which is any alteration, modification or addition, any item, other than an alteration, modification or addition which is permitted without adverse tax consequences under Rev. Procs. 75-21, 75-30 or 79-48 or (y) any lease-action contemplated by this Agreement or any Lease (other than rent paid by you), or (iii) suffer a decrease in our net return over the then remaining portion of the Lease Term (any such occurrence referred to hereinafter as "Loss"), then at our option either (x) the rent will, on and after the next succeeding date for the payment thereof upon notice to you by us that a Loss has occurred, and describing the amount as to which we intend thereof upon notice to you by us that a Loss has occurred, and describing the amount as to which we intend to claim indemnification and the reason for such adjustment in reasonable detail, be increased by such amount which will cause our net return over the then remaining portion of the Lease Term (taking into account the effect from deferred utilization of tax basis resulting from changes in the method of calculating Recovery Deductions, Depreciation Deductions and Bonus Deduction) to equal the net return that would have been available (since it such loss had not occurred, or (Y) in lieu of a rent increase, you shall pay to us on such next succeeding date for the payment of rent such sum as will cause our net return over the term of the Lease in respect of the Equipment to equal to the net return that would have been available if such Loss had not occurred (all such net return computations to be determined by us). If such Loss occurs (after the expiration or termination of a Lease, we will notify you of such Loss and you will, within sixty (60) days after such notice, pay to us such sum as required by the preceding clause (Y). You will forthwith pay on demand to us an amount on an after-tax basis which will be equal to the amount of any interest and/or penalties which may be assessed by the United States or any state against us as a result of the Loss.
(d) You agree that neither you nor any person controlled by you, in control of you, or under common control with you, directly or indirectly (an "Affiliate"), will at any time file any Federal, state or local income tax return in the United States that is inconsistent with the assumptions set forth in Subsection (a) of this Section or with the representations and warranties set forth in Subsection (b) of this Section or file any other document that causes a Loss. You and each of your Affiliates will file such returns, execute such documents and take such actions as may be reasonable and necessary to facilitate accomplishment of the intent hereof. You will maintain sufficient records to enable us to determine and verify our federal and state income tax liability with respect to the transactions contemplated by each Lease and to determine and verify our potential tax liability with respect to each other taxing jurisdiction. In addition, within 30 days after notice you shall file tax liability with respect to each other taxing jurisdiction. In addition, within 30 days after notice you shall provide such information as we may reasonably request to enable us to fulfill its tax return filing obligation, to respond to requests for information, to verify information in connection with any income tax audit and to participate effectively in any tax contest.
(e) For purposes of this Section, a Loss will occur upon the earliest of (1) the happening of any event which may cause such Loss, (2) the payment by us to the Internal Revenue Service of the tax increase resulting from such Loss, or (3) the adjustment of the tax return of us to reflect such Loss. We will be responsible for, and will be entitled to a payment under this Section on account of any Loss due solely to one or more of the following events: (i) the failure of us to have sufficient taxable income to benefit from the Recovery Deductions, Depreciation Deductions and/or Bonus Deduction; (ii) any disposition of the Equipment by us prior to an Event of Default which has occurred and is continuing under the Lease; or (iii) the failure of us to timely claim any of the Recovery Deductions, Depreciation Deductions and/or Bonus Deduction on its tax return, provided that we have previously sought to claim such Recovery Deductions, Depreciation Deductions and/or Bonus Deduction but such claim was not allowable by reason of the application of any of the returns, unless we shall have previously made such claim based upon a written opinion of law counsel to us, that substantial authority does not exist in favor of making such claim or such failure is due to your not timely providing us with information required by Subsection (d).
(f) The indemnities and assumptions of liability provided herein and all our rights and privileges herein will inure to the benefit of our successors and assigns and will continue in full force and effect notwithstanding the expiration or termination of the Lease.
15. **MISCELLANEOUS.** You agree that the terms and conditions contained in this Agreement and each Lease make up the entire agreement between you and us regarding the lease of the Equipment. No agreements or understandings shall be binding on you or us unless set forth in writing and signed by you and us. Any change in any of the terms and conditions of this Agreement or any Lease must be in writing and signed by us. You agree, however, that we are authorized, without notice to you, to supply missing letter signed by us. You agree, however, that we are authorized, without notice to you, to supply missing information and/or correct inaccuracies in this Agreement and/or any Lease hereunder. Time is of the essence mailed or correct inaccuracies in this Agreement and/or any Lease hereunder. Time is of the essence under this Agreement and each Lease. Any waiver by us of any breach or default will not constitute a waiver by us of any additional or subsequent breach or default nor shall it be a waiver of any of our rights. All notices shall be given in writing by the party sending the notice and shall be effective when deposited in the U.S. mail, addressed to the party receiving the notice at its address shown on the front of this Agreement (or to any other address specified by that party in writing) with first class postage prepaid. All of our rights and indemnities will survive the termination of this Agreement. Our rights, privileges and indemnities, to the extent they are fairly attributable to events or conditions occurring or existing during the Term of any Lease, shall survive and be enforceable by us and our successors and assigns. If any provision of this Agreement or any Lease is, for any reason, held unenforceable in any jurisdiction, such provision shall be ineffective in such jurisdiction without affecting the enforceability of any other provisions of this Agreement or any Lease. Any provision which is unenforceable in one jurisdiction shall not affect the enforceability of such provision in other jurisdictions. THIS AGREEMENT AND EACH LEASE HEREUNDER SHALL BE GOVERNED BY THE INTERNAL LAWS (AS OPPOSED TO THE CONFLICT OF LAW PROVISIONS) OF THE COMMONWEALTH OF PENNSYLVANIA. You hereby consent and agree that non-exclusive jurisdiction, personal or otherwise, over you and the Equipment shall be with the courts of the Commonwealth of Pennsylvania or Federal District Court for the Eastern District of Pennsylvania, solely at our option, with respect to any provision of this Agreement or any Lease hereunder. You waive any objection relating to improper venue or forum non conveniens to the conduct of any proceeding in any such court. YOU ALSO AGREE TO WAIVE YOUR RIGHT TO A TRIAL BY JURY. The parties agree that the charges in this Agreement and/or any Lease shall not be a violation of usury or other law. Any such excess charges shall be applied to such order to conform this Agreement and/or any Lease to whichever is applicable law(s). If you do not perform any of your obligations under this Agreement and/or any Lease, we have the right, but not the obligation, to take any action or pay any amounts that we believe are necessary to protect our interests. You agree to reimburse us immediately upon our demand for any such amounts that we pay. If more than one Lessee has signed this Agreement or any Lease, each of you agree that your liability is joint and several.

**BY SIGNING THIS AGREEMENT AND EACH LEASE: (I) YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS ON EACH PAGE OF THIS AGREEMENT AND EACH LEASE, (II) YOU AGREE THAT THIS AGREEMENT AND EACH LEASE IS A NET LEASE THAT YOU CANNOT TERMINATE OR CANCEL, YOU HAVE AN UNCONDITIONAL OBLIGATION TO MAKE ALL PAYMENTS DUE UNDER THIS AGREEMENT AND EACH LEASE, AND YOU CANNOT WITHHOLD, SETOFF OR REDUCE SUCH PAYMENTS FOR ANY REASON, (III) YOU WARRANT THAT THE PERSON SIGNING THIS AGREEMENT AND EACH LEASE FOR YOU HAS THE AUTHORITY TO DO SO AND TO GRANT THE POWERS OF ATTORNEY SET FORTH IN THIS AGREEMENT, AND (IV) YOU CONFIRM THAT YOU HAVE DECIDED TO ENTER INTO THIS AGREEMENT AND EACH LEASE RATHER THAN PURCHASE THE EQUIPMENT FOR THE TOTAL PURCHASE PRICE.**

| LESSEE SIGNATURE | | LESSOR | |
|---|---|---|---|
| Signature | Date 7-12-06 | Signature | Date 7-21-06 |
| Print Name Joe Casperson | | Print Name Helen Jarmuth | |
| Title Sr. Buyer | | Title Contract Specialist | |
| For SHAPES, L.L.C. | | For DE LAGE LANDEN FINANCIAL SERVICES, INC.   2747729 | |

06MHDOC091


**de lage landen**
partners in finance

# CERTIFICATE OF DELIVERY AND ACCEPTANCE
## (Master Lease)

To: **DE LAGE LANDEN FINANCIAL SERVICES, INC.** ("Lessor")

| | Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|---|
| EQUIPMENT INFORMATION | 1 | NEW | HYSTER | H60FT | L177B03453C | FORKLIFT |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Equipment Location
9000 RIVER RD

| City | County | State | Zip |
|---|---|---|---|
| DELAIR | | NJ | 081103204 |

The undersigned hereby acknowledges and agrees that the undersigned has unconditionally accepted all of the Equipment described above in accordance with Master Lease Schedule No. 25 ("Lease") issued pursuant to Master Lease Agreement Number 215 ("Agreement") between the undersigned lessee and Lessor, and that the Equipment has been delivered, inspected, installed and is in good-working condition. The undersigned hereby approves and authorizes payment by Lessor to the Supplier of the Equipment. The undersigned agrees that a facsimile copy of this certificate with facsimile signatures may be treated as an original and will be admissible as evidence of this certificate and Lessee's acceptance of the Equipment.

| LESSEE SIGNATURE | Lessee SHAPES, L.L.C. |
|---|---|
| | Signature |
| | Print Name   Joe Coperson |
| | Title   Sr. Buyer |
| | Date   3/1/06 |

06MHDOC103

©2005 All Rights Reserved. Printed in the U.S.A. 06MHDOC103 5/05

# SURVEY OF OPERATING CONDITIONS AND USE OF THE EQUIPMENT    ("Survey")

_____ ("Lessor") Lease Agreement/Lease Schedule ("Lease") relating to the below described

equipment ("Equipment")

| | Year | Full Serial Number | Make | Model | Description |
|---|---|---|---|---|---|
| **EQUIPMENT INFORMATION** | NEW | L177B03453C | HYSTER | H60FT | LIFT TRUCK |
| | | | | | |

Please fill out this Survey completely. This document is the survey of mutually agreeable operating conditions and use of the equipment referenced in the above Lease.

Full Legal Name ___SHAPES L.L.C.___

Equipment Location ___9000 RIVER RD___

City ___DELAIR___                                State ___NJ___    Zip Code ___081103204___

**I. Maximum annual usage:** ___2000___ hours (per unit)
(Please note that any hours in excess of the amount specified above will be charged an overage amount per the terms of this Lease.)

**II. Specific Equipment Usage:** (for example: raw apples in bushel crates being moved from loading dock to processing; or boxed jars of apple sauce being moved from warehouse to loading dock)

Describe the products or material ("Product") to be moved or transported by or with the Equipment: ___Manufacturing of aluminum___
___extrusion + moving pallets of misc freight___

Describe conditions adversely affecting the Equipment, if any (Please provide all applicable details): _____

_____

Please note any exposure to:    ☐ Corrosives    ☐ Heat    ☐ Metal Shavings    ☐ Hazardous Materials/Environment    (Please check the appropriate box)

Lessor understands that equipment is occasionally operated in an industry that may indicate a more severe application than the particular usage of the specific equipment (e.g. a forklift in a foundry used to unload and load trucks which does not ever go near the furnace and is not exposed to high heat or dust). In an instance like this, it is especially important for Lessee to provide a detailed explanation in this Section II.

**III. Application Guide:** Please check the box for the application which best describes how and where the Equipment will be used.

☑ **Normal/Clean:** The Equipment will encounter few (if any) abrasive, corrosive, abnormal or adverse conditions.
Typically, this would apply to light manufacturing, general warehousing, pharmaceuticals and transportation.

☐ **Not Normal/Clean:** Applications where "Clean", "Moderate and "Severe" do NOT apply and/or usage is not normal.
Typically, this would apply to lightly dusty and/or fibrous conditions, slightly wet applications, uneven/rutted floors, brickyards, lumberyards, plastics manufacturing.

☐ **Moderate:** Applications where additional options and/or maintenance are required because of the operating environment.
Typically, this would apply to paper mills, textile mills, concrete handling, cold storage, freezer, highly dusty and/or fibrous operating environments, agriculture, sand, textiles manufacturing and very wet conditions.

☐ **Severe:** Operating environments that will clearly reduce the Equipment's useful life.
Typically, this would apply to foundries, forging, furnaces, refractories, paper or metal recycling, abrasive manufacturing, acid, brine and pickling, salt water environments, chemical plants, corrosives, fertilizer plants, metalworking, steel mills, poultry and fish processing, tanneries and hide processing plants/locations.

The undersigned, duly authorized on behalf of the Lessee, hereby certifies that the above information is true and correct as of the date hereof.

| **DEALER CONCURRENCE** | Dealer MODERN HANDLING EQUIPMENT | | **LESSEE SIGNATURE** | Lessee SHAPES L.L.C. |
|---|---|---|---|---|
| | Signature X _Gerald Couch_ | | | Signature X _____ |
| | Print Name Gerald Couch | | | Print Name Joe Casperson |
| | Title President | | | Title Sr Buyer |
| | Date 7-14-06 | | | Date 7-12-06 |

©2006 All Rights Reserved. Printed in the U.S.A. 08MHDDC060 5/06

08MHDDC060

**de lage landen** ⓛ™
p a r t n e r s   i n   f i n a n c e

**24809234**
**MASTER LEASE SCHEDULE**

| Schedule No. | Purchase Order No. |
|---|---|
| 25 | |

This Master Lease Schedule No. 25_____ ("Lease") is by and between ....SHAPES L.L.C.......... ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor") and incorporates the terms and conditions of that certain Master Lease Agreement Number 215_____ ("Agreement") between Lessee and Lessor. The words **you** and **your** are used in this Lease to mean the **Lessee** identified above and the words **we, us** and **our** are used in this Lease to mean the **Lessor** identified above.

We hereby lease to you and you hereby lease from us the equipment described below for the Initial Term and on the terms and conditions set forth herein.

**LESSEE**

Lessee Name
SHAPES L.L.C.
Address
9000 RIVER RD

| City | State | Zip |
|---|---|---|
| DELAIR | NJ | 081103204 |

Phone

**SUPPLIER**

Supplier Name
MATERIAL HANDLING SUPPL
Address
PO BOX 827043

| City | State | Zip |
|---|---|---|
| PHILADELPHIA | PA | 19182 |

Phone

**EQUIPMENT INFORMATION**

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | NEW | NISSAN | PL60LP | LLG1F2-9L000? | FORKLIFT |

Equipment Location:
9000 RIVER RD

| City | County | State | Zip |
|---|---|---|---|
| DELAIR | | NJ | 081103204 |

**PAYMENT INFORMATION**

| Rental Payment (plus applicable taxes) | Initial Term in Months | Per-Diem Rent (plus applicable taxes) |
|---|---|---|
| $602.60 | 60 | |

You agree to pay per-diem rent from the date you accept the Equipment to the last day of the month in which you accept the Equipment. The total per-diem rent is due with your first or second Rental Payment as billed by us. You agree to pay at the time you sign this Lease __TWO(2)__ Rental Payment(s) **plus applicable taxes** as an advance payment. If more than one Rental Payment is required in advance, the additional amount will be applied to the end of the Initial Term

☑ Lease Payment includes maintenance fees for maintenance provided by Supplier and/or manufacturer under a separate maintenance agreement.

Additional Provisions
    Lease includes sales tax and maintenance fees.

**OPERATING CONDITIONS**

At the end of Lease Option is Fair Market Value, see attached Survey of mutual agreeable operating conditions and use of the Equipment, as made part of this Lease

**LESSEE SIGNATURE**

Signature _____    Date 3-1-07
Print Name   Joe Casperson
Title    Sr. Buyer
For
SHAPES L.L.C.

**LESSOR SIGNATURE**

Signature _____    Date 3-23-07
Print Name
Title    CSB
For
DE LAGE LANDEN FINANCIAL SERVICES, INC.
Lease Number   2-4869234

06MHDOC696v1

©2006 All Rights Reserved  Printed in the U.S.A  06MHDOC696v1  8/06


partners in finance

# CERTIFICATE OF DELIVERY AND ACCEPTANCE
## (Master Lease)

To: **DE LAGE LANDEN FINANCIAL SERVICES, INC. ("Lessor")**

| Quantity | New/Used | Equipment Make | Model | Serial Number(s) | Description |
|---|---|---|---|---|---|
| 1 | NEW | NISSAN | PL60LP | UG1F2-9L0009 | FORKLIFT |
| | | | | | |

Equipment Location
9000 RIVER RD

| City | County | State | Zip |
|---|---|---|---|
| DELAIR | | NJ | 081103204 |

The undersigned hereby acknowledges and agrees that the undersigned has unconditionally accepted all of the Equipment described above in accordance with Master Lease Schedule No. 25 _____ ("Lease") issued pursuant to Master Lease Agreement Number 215 _____ ("Agreement") between the undersigned lessee and Lessor, and that the Equipment has been delivered, inspected, installed and is in good-working condition. The undersigned hereby approves and authorizes payment by Lessor to the Supplier of the Equipment. **The undersigned agrees that a facsimile copy of this certificate with facsimile signatures may be treated as an original and will be admissible as evidence of this certificate and Lessee's acceptance of the Equipment.**

| LESSEE SIGNATURE | |
|---|---|
| Lessee | SHAPES L.L.C. |
| Signature | |
| Print Name | Joe Casperson |
| Title | Sr. Buyer |
| Date | 3-1-07 |

©2006 All Rights Reserved Printed in the U.S.A. 06MHD0C103 5/06

06MHD0C103

3

# SURVEY OF OPERATING CONDITIONS AND USE OF THE EQUIPMENT                ("Survey")

DLLFS, INC _____ ("Lessor") Lease Agreement/Lease Schedule ("Lease") relating to the below described equipment ("Equipment")

| Year | Full Serial Number | Make | Model | Description |
|------|--------------------|------|-------|-------------|
| NEW | LLG1F2-9L0009 | NISSAN | PL60LP | FORKLIFT |
| | | | | |
| | | | | |

Please fill out this Survey completely. This document is the survey of mutually agreeable operating conditions and use of the equipment referenced in the above Lease.

Full Legal Name  SHAPES L.L.C.

Equipment Location  9000 RIVER RD

City  DELAIR                                           State  NJ          Zip Code  081103204

I. If YOUR use of any unit of Equipment exceeds ___2000_____ hours ("Allowed Hours") per year, respectively, YOU agree to pay US as additional rent for each excess hour per year per applicable unit(s) of Equipment, respectively, an amount determined by multiplying the monthly Lease Payment applicable to each applicable unit of Equipment by *2, dividing the resulting number by the number of Allowed Hours, and then multiplying the number resulting from such division by 1.25 for each unit of Equipment that exceeds the Allowed Hours.

II. Specific Equipment Usage:  (for example: raw apples in bushel crates being moved from loading dock to processing; or boxed jars of apple sauce being moved from warehouse to loading dock)

Describe the products or material ("Product") to be moved or transported by or with the Equipment: _____

_____

Describe conditions adversely affecting the Equipment, if any (Please provide all applicable details): _____

_____

Please note any exposure to:    ☐ Corrosives    ☐ Heat    ☐ Metal Shavings    ☐ Hazardous Materials/Environment    (Please check the appropriate box)

Lessor understands that equipment is occasionally operated in an industry that may indicate a more severe application than the particular usage of the specific equipment (e.g. a forklift in a foundry used to unload and load trucks which does not ever go near the furnace and is not exposed to high heat or dust). In an instance like this, it is especially important for Lessee to provide a detailed explanation in this Section II.

III. Application Guide: Please check the box for the application which best describes how and where the Equipment will be used.

☑ Normal/Clean: The Equipment will encounter few (if any) abrasive, corrosive, abnormal or adverse conditions.
Typically, this would apply to light manufacturing, general warehousing, pharmaceuticals and transportation.

☐ Not Normal/Clean: Applications where "Clean", "Moderate" and "Severe" do NOT apply and/or usage is not normal.
Typically, this would apply to lightly dusty and/or fibrous conditions, slightly wet applications, uneven/rutted floors, brickyards, lumberyards, plastics manufacturing.

☐ Moderate: Applications where additional options and/or maintenance are required because of the operating environment.
Typically, this would apply to paper mills, textile mills, concrete handling, cold storage, freezer, highly dusty and/or fibrous operating environments, agriculture, sand, textiles manufacturing and very wet conditions.

☐ Severe: Operating environments that will clearly reduce the Equipment's useful life.
Typically, this would apply to foundries, forging, furnaces, refractories, paper or metal recycling, abrasive manufacturing, acid, brine and pickling, salt water environments, chemical plants, corrosives, fertilizer plants, metalworking, steel mills, poultry and fish processing, tanneries and hide processing plants/locations.

The undersigned, duly authorized on behalf of the Lessee, hereby certifies that the above information is true and correct as of the date hereof.

| DEALER CONCURRENCE | | LESSEE SIGNATURE | |
|---|---|---|---|
| Dealer  MATERIAL HANDLING SUPPL | | Lessee  SHAPES L.L.C. | |
| Signature X _____ | | Signature X _____ | |
| Print Name _____ | | Print Name  Joe Casperson | |
| Title _____ | | Title  Sr. Buyer | |
| Date _____ | | Date  3-1-07 | |

©2006 All Rights Reserved  Printed in the U.S.A.  DEMHDOC002v1 8/06