# EXHIBIT C

| Master Lease Schedule No. | Term (Months) | Monthly Payment | Months Remaining | Remaining Balance | Equipment |
|---|---|---|---|---|---|
| n/a | 60 | $93.28 | 2 | $186.56 | SAVIN Copier Model 99450PE w/ AROF, Finisher, Print Control, NIC, Console, s/n 5306400051 |
| n/a | 60 | $1,662.00 | 12 | $21,068.88 | MINOLTA Digital Copier Model Di551, s/n 31008842<br><br>MINOLTA Digital Copier Model Di551, s/n 31011587 |
| n/a | 36 | $577.70 | 2 | $1,155.40 | KONICA MINOLTA Copier Model Di551 s/n 31006854 |