# EXHIBIT E

LECLAIRRYAN, A Professional Corporation
David W. Phillips, Esq. (DP2099)
Two Penn Plaza East
Newark, New Jersey 07105
Telephone: (973) 491-3600
Facsimile: (973) 491-3555

Counsel for De Lage Landen Financial Services, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
|---|---|---|
| SHAPES/ARCH HOLDINGS, LLC, et al., | : | Case No. 08-14631 (GMB) (Jointly Administered) |
| Debtors. | : | **Hearing Date:** May __, 2008 at ___ _.m. |

**ORDER VACATING AUTOMATIC STAY OF 11 U.S.C. § 362**

The relief set forth on the following page is hereby **ORDERED** and **GRANTED.**

Dated: May ___, 2008        _____
                            The Honorable Gloria M. Burns
                            United States Bankruptcy Court Judge

2

Upon the motion of De Lage Landen Financial Services, Inc. (the "Movant") for relief from the automatic stay of 11 U.S.C. § 362 as to certain property of the Debtors as herein after set forth, and for good and sufficient cause shown, it is

ORDERED that the automatic stay of 11 U.S.C. § 362 is vacated to the extent necessary to allow the Movant to exercise its rights under applicable non-bankruptcy law in the following personal property:

HYSTER Forklift Model H60XM, s/n H177B51607B
HYSTER Forklift Model H60XM, s/n H177B57841C
HYSTER Forklift Model H110XM, s/n L005V05877C
HYSTER Forklift Model H110XM w/ Rotator, s/n L005V05876C
HYSTER Forklift Model H60XM, s/n H177B34386Z
HYSTER Forklift Model H60XM, s/n H177B34422Z
HYSTER Forklift Model H60FT, s/n L177B01761C
HYSTER Forklift Model H60FT, s/n L177B01776C
HYSTER Forklift Model H155XL2, s/n G006V03416C
HYSTER Forklift Model H155XL2, s/n G006V03418C
HYSTER Forklift Model H155XL2, s/n G006V03422C
HYSTER Forklift Model H60FT, s/n L177B03333C
HYSTER H60FT Forklift, s/n L177B01775C
HYSTER H60FT Forklift, s/n L177B03453C
NISSAN PL60LP Forklift, s/n UG1F2-9L0009
SAVIN Copier Model 99450PE w/ AROF, Finisher, Print Control, NIC, Console, s/n 5306400051
MINOLTA Digital Copier Model Di551, s/n 31008842
MINOLTA Digital Copier Model Di551, s/n 31011587
KONICA MINOLTA Copier Model Di551, s/n 31006854

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of anyconversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that this Order shall become effective immediately upon entry by the Court.

The Movant shall serve this Order on the Debtors, their counsel, counsel for the Official Committee, the United States Trustee, any trustee appointed in the case, and any other party who entered an appearance on the motion.

3