# L<small>E</small>C<small>LAIR</small>R<small>YAN</small>

A Virginia Professional Corporation

David W. Phillips, Esq. (DP 2099)
Todd A. Galante, Esq.
Two Penn Plaza East
Newark, New Jersey 07105
Telephone: (973) 491-3600
Facsimile: (973) 491-3555

William E. Callahan, Esq.
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
Telephone: (540) 777-3068
Facsimile: (540) 510-3050

Counsel for De Lage Landen Financial Services, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
|---|---|---|
| SHAPES/ARCH HOLDINGS, LLC, et al., | : | Case No. 08-14631 (GMB) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | **Hearing Date:** |
|  |  | **June 16, 2008 at 10:00 a.m.** |

**CERTIFICATION OF SERVICE**

    David W. Phillips, Esq., attorney for De Lage Landen Financial Services, Inc. certifies as follows:

    1.    I am attorney for De Lage Landen Financial Services, Inc. in this case and am fully familiar with the facts of this case.

    2.    On May 21, 2008, I caused a true and complete copy of the NOTICE OF MOTION OF DE LAGE LANDEN FINANCIAL SERVICES, INC. FOR AN ORDER (1) GRANTING RELIEF FROM THE AUTOMATIC STAY PROVISIONS OF 11

U.S.C. § 362(a), the VERIFIED MOTION OF DE LAGE LANDEN FINANCIAL SERVICES, INC. FOR AN ORDER (1) GRANTING RELIEF FROM THE AUTOMATIC STAY PROVISIONS OF 11 U.S.C. § 362(a) AND (2) COMPELLING DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF PERSONAL PROPERTY, and all Exhibits thereto, to be served by first class mail upon the following:

Shapes, LLC
9000 River Road
DeLair, NJ 08110

Jerrold N. Poslusny
COZEN O'CONNER
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Donald F. McMaster
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 071102

Michael D. Sirota
COLE, SHOTZ, MEISEL, FOREMAN & LEONARD
25 Main Street
Hackensack, NJ 07601
Counsel for the Official Joint Committee of Unsecured Creditors

I hereby certify that the foregoing statements by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

DATED: May 21, 2008

/s/
David W. Phillips, Esq. (DP 2099)
Two Penn Plaza East
Newark, New Jersey 07105
Telephone: (973) 491-3600
Facsimile: (973) 491-3555
Counsel for De Lage Landen Financial Services, Inc.

2