# EXHIBIT "A"

Case 08-14631-GMB    Doc 318-1    Filed 05/21/08    Entered 05/21/08 13:28:22    Desc
Exhibit A to Objection of SL Industries    Page 1 of 4

# LITCHFIELD
## ——— CAVO LLP*
Attorneys at Law

WRITER'S ADDRESS:
1800 Chapel Avenue West
Suite 360
Cherry Hill, NJ 08002
(856) 382-2270
(856) 751-1230 Fax
Email: Collins@litchfieldcavo.com

---

*An Illinois Limited Liability Partnership*

K.Collins, New Jersey Managing Attorney

April 23, 2008

Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801

      **Re:**   **Shapes/Arch Holdings L.L.C.**
             **Case No.:**   **08-14631 (GMB) (Jointly Administered)**
             **Our File No.: 1967-13S**

Dear Mr. Felger:

I am writing to follow-up our conversation at the April 15, 2008 Shapes' Rule 341 Hearing, wherein you suggested that the Pennsauken Landfill Litigation-related creditors may be able to obtain insurance-related information for Aluminum Shapes, Inc. through a more informal email request. As discussed, I am seeking information for Aluminum Shapes, Inc.'s or other applicable Shapes' policies for the period of 1950-2007 ("Relevant Time Period"). On behalf of several of the Pennsauken Landfill Litigation-related creditors, I request the following information:

1. Identify all insurance policies for the Relevant Time period, including, but not limited to:

    a. Carrier;
    b. Policy number;
    c. Type of policy;
    d. Policy period;
    e. Policy limits;
    f. Whether and to what extent each policy has been eroded;
    g. Which carriers have provided coverage for the Pennsauken Landfill Litigation;
    h. Identify each carriers' individual percentage of total coverage for the Pennsauken Landfill Litigation; and
    i. Provide copies of all policies.

---

Chicago • Hartford • Boston • New York • New Jersey • Tampa • Milwaukee • Los Angeles

www.litchfieldcavo.com

**LITCHFIELD**

Attorneys at Law **CAVO** LLP

Mark E. Felger, Esquire
April 23, 2008
Page 2

2. Whether any of the carriers identified in Question 1.g. have provided defense and/or indemnification under a Reservation of Rights.  If so, please provide a copy of the Reservation of Rights Letter.

3. Whether any carriers identified in Question 1.g. have gone bankrupt.  If so:

   a. Identify the carrier and level of insurance;
   b. Identify the state Guarantee Fund responsible for the policies;
   c. If such carriers were primary, whether any of the umbrella or excess carriers have agreed to drop-down.

4. Whether any policies identified in Question 1 have been the subject of a buy back.  If so,

   a. Provide the date, terms and Agreement for the buy back;
   b. Were any of the funds from the buy back placed in escrow.
      i. Identify the current amount in escrow;
      ii. If not, what was done with the funds from the buy back.

5. Whether Aluminum Shapes, Inc. was self-insured or had Self-Insured Retentions ("SIR") at any time during the Relevant Time Period.  If so,

   a. Identify the time period such was in existence;
   b. Identify the SIR limits and any policies related to the SIR;
   c. Whether any funds were placed into an account for payment of claims under the self-insured periods or SIRs.  If so,

      i. do these accounts still exist; and
      ii. how much money is currently in these funds.

6. To what extent, if any, are there other claims against the policies identified in Question 1.g.  If such claims exist:

   a. Identify the other claims;
   b. Identify the potential value of such claims; and
   c. Identify whether the carriers have agreed to defend and/or indemnify Aluminum Shapes, Inc. in relation to those claims and whether such is under a reservation of rights.

**LITCHFIELD**

Attorneys at Law **CAVO** LLP

Mark E. Felger, Esquire
April 23, 2008
Page 3

7.  Are there any agreements between Aluminum Shapes, Inc. and its carriers related to the defense, indemnification and/or potential allocation for Aluminum Shapes, Inc. in the Pennsauken Landfill Litigation regarding its carriers continuing to defend and/or indemnify Aluminum Shapes' despite the Chapter 11 filing.  If so,

    a.  Identify the carriers; and
    b.  Provide copies of said agreements.

Please contact me with any questions regarding the above requests.

Regards,

Kathleen J. Collins

KJC/lfn