UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Robyn F. Pollack (RP 8974)
SAUL EWING LLP
A Delaware Limited Liability Partnership
750 College Road East, Suite 100
Princeton, NJ 08540-6617
(609) 452-3100 (phone)
(609) 452-3122 (fax)
Attorneys for SL Industries, Inc.

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

Debtors.

Case No. 08-14631 (GMB)

Judge: Gloria M. Burns

Chapter: 11

Hearing Date: May 23, 2008 at 10:00 a.m.

## CERTIFICATE OF SERVICE

I, Robyn F. Pollack, Esquire, hereby certify that on this 21st day of May 2008, I caused a true and correct copy of the foregoing Objection of SL Industries, Inc. to Joint Disclosure Statement for the Debtors' Second Amended Joint Plan of Reorganization to be served by First Class mail, postage prepaid, upon each of the parties or counsel listed on the attached Service List.

                                                        s/s
                                    Robyn F. Pollack

1072898.2 5/21/08

-2-

| | |
|---|---|
| Jerold N. Poslusny, Jr., Esquire<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>*Attorneys for Debtor* | Mark E. Felger, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Debtor* |
| Alan D. Halperin, Esquire<br>Walter Benziga, Esquire<br>Debra J. Cohen, Esquire<br>Donna H. Lieberman, Esquire<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue, 9th Floor<br>New York, NY 10022-3301<br>*Attorneys for Creditors' Committee* | Michael D. Sirota, Esquire<br>Ilana Volkov, Esquire<br>Warren A. Usatine, Esquire<br>Cole Schotz Meisel Forman & Leonard PA<br>Court Plaza North<br>25 Main Street<br>P. O. Box 800<br>Hackensack, NJ 07601<br>*Attorneys for Creditors' Committee* |
| Joel C. Shapiro, Esquire<br>Blank Rome, LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>*Attorneys for Arcus ASI Funding LLC<br>and Arcus ASI, Inc.* | Lawrence Flick, Esquire<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>*Attorneys for Arcus ASI Funding LLC<br>and Arcus ASI, Inc.* |
| Paul A. Patterson, Esquire<br>Michael J. Cordone, Esquire<br>Mark J. Dorval, Esquire<br>Stradley Ronon Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103<br>*Attorneys for The CIT Group/Business Credit, Inc.* | Donald F. MacMaster, Esquire<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 |

| | |
|---|---|
| Louis T. DeLucia, Esquire<br>Alan J. Brody, Esquire<br>Alyson M. Fiedler, Esquire<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>Florham Park, NJ 07932<br>*Attorneys for Arch Acquisition I, LLC* | Nancy A. Mitchell, Esquire<br>Greenberg Traurig, LLP<br>Metlife Building<br>200 Park Avenue<br>New York, NY 10016<br>*Attorneys for Arch Acquisition I, LLC* |
| Diane E. Vuocolo, Esquire<br>Greenberg Traurig, LLP<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA 19103<br>*Attorneys for Arch Acquisition I, LLC* | Bonnie A. Barnett, Esquire<br>David B. Aaronson, Esquire<br>Deborah L. Shuff<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA 19103<br>*Attorneys for Sears Holding Management Corporation, et al.* |
| Robert Lapowsky, Esquire<br>John C. Kilgannon, Esquire<br>Stevens & Lee, P.C.<br>181 Market Street, 29th Floor<br>Philadelphia, PA 19103 | Brian Bull<br>Alcan<br>1188 Sherbrooke Street West<br>Montreal, Quebec<br>H3A 3G2<br>CANADA |
| Richard A. Kellner<br>Rusal America Corp.<br>550 Mamaroneck Avenue<br>Harrison, NY 10528 | American Express Travel Related Services Inc.<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |

-4-

Cheryl L. Cooper, Esquire
Holston, MacDonald, et al.
66 Euclid Street
P. O. Box 358
Woodbury, NJ  08096

Kelly A. Krail, Esquire
Kathleen J. Collins, Esquire
Litchfield Cavo
1800 Chapel Avenue, Suite 360
Cherry Hill, NJ  08002

Sam Della Fera, Jr., Esquire
Trenk, DiPasquale, et al.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ  07052

Alan P. Fox, Esquire
William G. Wright, Esquire
Capeheart & Scatchard, P.A.
Laurel Corporate Center, Suite 300 S
8000 Midlantic Drive
Mt. Laurel, NJ  08054

Jennifer Davies, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA  19053

Carol Rogers Cobb, Esquire
Giansante & Cobb, LLC
23 E. Main Street
Moorestown, NJ  08057-3309

William G. Wright, Esquire
Farr, Burke, Gambacorta & Wright, P.C.
1000 Atrium Way, Suite 401
P. O. Box 669
Mt. Laurel, NJ  08054

Ira Deiches, Esquire
Deiches & Ferschmann
25 Wilkins Avenue
Haddonfield, NJ  08033

1072898.2 5/21/08

| | |
|---|---|
| R. Matthew Pettigrew, Jr., Esquire<br>Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA  19107 | Richard McNeill, Esquire<br>McNeill & Walker<br>230 South Broad Street, Suite 700<br>Philadelphia, PA  19102 |
| Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>P. O. Box 13708<br>Macon, GA  31208-4708 | Internal Revenue Service (IRS)<br>P. O. Box 21126<br>Philadelphia, PA  19114 |
| Steven J. Reisman, Esquire<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY  10178 | Glencore Ltd.<br>Attn: Elitsa Golab<br>301 Tresser Blvd.<br>Stamford, CT  06901 |
| John R. Morton, Jr., Esquire<br>Law Offices of John R. Morton, Jr.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ  08057 | Robert M. Marshall, Esquire<br>Marshall & Quentzel, L.L.C.<br>155 Willowbrook Boulevard<br>Wayne, NJ  07470 |

| | |
|---|---|
| Joe M. Lozano, Jr., Esquire<br>Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX  75243 | Jeffrey Kurtzman, Esquire<br>Klehr Harrison Harvey Branzburg & Ellers<br>260 South Broad Street<br>Philadelphia, PA  19102 |
| David W. Phillips, Esquire<br>Todd M. Galante, Esquire<br>Jeffrey M. Zalkin, Esquire<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, NJ  07105-2249 | Emmanuel J. Argentieri, Esquire<br>Parker McCay<br>P. O. Box 974<br>Marlton, NJ  08053 |
| New Jersey Attorney General's Office<br>Division of Law<br>Attn: Tracy Richardson<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 112<br>Trenton, NJ  08625-0112 | Commonwealth of Pennsylvania<br>State Office Building<br>1400 Spring Garden Street<br>Room 201<br>Philadelphia, PA  19130 |
| Timothy A. Bortz<br>UC Tax Agent/Bankruptcy Representative<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street, Room 203<br>Reading, PA  19602-1184 | U.S. Environmental Protection Agency<br>Region 2<br>290 Broadway, 17th Floor<br>New York, NY  10007-1866 |

Certificate of Service to Objection of SL Industries    Inc.    Page 7 of 8

| | |
|---|---|
| New Jersey Department of Environmental Protection Agency<br>Attorney General of New Jersey<br>25 Market Street<br>P. O. Box 093<br>Trenton, NJ  08625 | Securities and Exchange Commission<br>Philadelphia District Office<br>The Mellon Independence Center<br>701 Market Street<br>Philadelphia, PA  19106-1532 |
| Joseph M. Garemore, Esquire<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ  08096 | Bruce D. Buechler, Esquire<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ  07068 |
| Donald Goodfriend Frankel<br>US Department of Justice<br>Environmental Enforcement Section<br>One Gateway Center, Suite 616<br>Newton, MA  02458 | Suzanne M. Klar<br>PSE&G Service Corp.<br>80 Park Plaza<br>Newark, NJ  07101 |
| Joseph L. Schwartz, Esquire<br>Riker, Danig, Scherre, Hyland, Perretti<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ  07960 | John J. Winter, Esquire<br>The Chartwell Law Offices, LLP<br>2624 Van Buren Avenue<br>Norristown, PA  19403 |

| | |
|---|---|
| Tyler S. Graden<br>1515 Market Street, 16th Floor<br>Philadelphia, PA  19102 | Sherry D. Lowe, Esquire<br>Lamm Rubenstone LLC<br>3600 Horizon Boulevard, Suite 200<br>Trevose, PA  19053 |
| Barry C. Reed, Jr., Esquire<br>Reed & Giordano<br>101 Tremont Street, Suite 900<br>Boston, MA  02108 | Michael Stafford, Esquire<br>Nord & DeMaio<br>190 State Highway 18<br>East Brunswick, NJ  08816 |