**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (GMB) : (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED ON MAY 23, 2008 AT 10:00 A.M.**

**CONTINUED MATTERS**

    **None**

**UNCONTESTED MATTERS**

    1.    Motion for an Order Establishing Deadline for Filing Requests for Allowance of Chapter 11 Administrative Expense [Docket No. 307].

- Response Deadline: Objections may be presented at the hearing.
- Responses Received: None.
- Related Documents: None.
- Status: This matter is going forward.

**PRETRIAL CONFERENCES**

    **None**

**CONTESTED MATTERS**

    **None**

**CONTESTED MATTERS-EVIDENTIARY HEARING REQUIRED**

    2.    Joint Disclosure Statement for the Debtors' Second Amended Joint Plan [Docket No. 274].

- Response Deadline: May 21, 2008
- Responses Received: Objection to Second Amended Joint Plan filed by Sears Holding Management Corporation, Georgia-Pacific Corp., The Glidden Co., Avery Dennison, Borden Foods, Crowley Corp., Garrett-Buchanan and Southeastern Pennsylvania Transportation Authority [Docket No. 314].
- Related Documents:
  Debtors' Joint Plan of Reorganization [Docket No. 15].
  Joint Disclosure Statement for the Debtors' Joint Plan of Reorganization [Docket No. 16].
  Objection filed by Pollution Control Financing Authority of Camden County [Docket No. 145].
  Objection filed by Sears Holding Management Corporation, Georgia-Pacific Corp., The Glidden Co., Avery Dennison, Borden Foods, Crowley Corp., Garrett-Buchanan and Southeastern Pennsylvania Transportation Authority [Docket No. 149].
  Objection filed by Quick-Way, Inc. [Docket No. 151].
  Objection filed by SL Industries, Inc. [Docket No. 152].
  Objection filed by Arch Acquisition I, LLC [Docket No. 153].
  Objection filed by Quick-Way, Inc. [Docket No. 155].
  Notice of Withdrawal of Objection to Disclosure Statement, Docket No. 151 [Docket No. 156].
  Objection filed by the Office of the U.S. Trustee [Docket No. 157].
  Notice of Filing of Supplement to the Debtors' Joint Plan of Reorganization [Docket No. 159].
  Objection filed by Ward Sand & Materials, Inc. [Docket No. 162].
  Response filed by The CIT Group/Business Credit, Inc. [Docket No. 166].
  Objection filed by the Creditors' Committee [Docket No. 167].
  Objection filed by Wells Fargo Equipment Finance, Inc. [Docket No. 169].
  Objection filed by Pennsauken Township [Docket No. 173].
  Response of Arcus ASI Funding to Objections [Docket No. 177].
  Amended Disclosure Statement [Docket No. 208].
  Amended Chapter 11 Plan [Docket No. 209].
  Objection to Amended Disclosure Statement filed by the Creditors' Committee [Docket No. 230].
  Objection to Amended Disclosure Statement filed by Arch Acquisition I, LLC [Docket No. 231].
  Objection to Amended Disclosure Statement filed by the Office of the U.S. Trustee [Docket No. 233].
  Objection filed by Sun Capital Partners Group IV, Inc. [Docket No. 240].

        Omnibus Response to Objections filed by Arcus ASI Funding, LLC [Docket No. 242].
Revised Disclosure Statement [Docket No. 243].
Revised Exhibit H to Plan Supplement [Docket No. 244].
Second Modified Chapter 11 Plan [Docket No. 273].

- Status: This matter is going forward and an amended plan and disclosure statement will be filed.

**FEE APPLICATIONS**

    **None**

Dated: May 21, 2008        COZEN O'CONNOR

        By: _/s/ Jerrold N. Poslusny, Jr._
            Mark E. Felger
            Jerrold N. Poslusny, Jr.

        Attorneys for the Debtors