|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | CHAPTER 11 |
| Debtors. | CASE NO. 08-14631 (GMB) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         : ss.:
COUNTY OF NEW YORK  )

Allison Decker, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York.

On May 20, 2008, deponent served true and correct copies of First Interim Monthly Fee Statement of Stevens & Lee, P.C., as Special Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses for the Period from March 16, 2008 through April 30, 2008 upon the attached service list by first class U.S. Mail.

                                                             /s/Allison Decker
                                                             Allison Decker

Sworn to before me this
21st day of May 2008

    /s/Constantine D. Pourakis
Notary Public

## SERVICE LIST

David B. Aaronson
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

Emmanuel J. Argentieri
Parker McCay P.A.
Three Greentree Centre, Suite 401
7001 Lincoln Drive West
P.O. Box 974
Marlton, NJ 08053

Walter Benzija
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

Alan J. Brody
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932

Bruce D. Buechler
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Carol R. Cobb
23 East Main Street
Moorestown, NJ 08057-3309

Suzanne M. Klar
PSEG Service Corp
80 Park Plaza
Newark, NJ 07101

Oren Klein
Parker McCay P.A.
3 Greentree Centre
7001 Lincoln Drive West
PO Box 974
Marlton, NJ 08053

Kelly A Krail
Litchfield Cavo
1800 Chapel Avenue W.
Cherry Hill, NJ 08002

Jeffrey Kurtzman
Klehr Harrison Harvey Branzbug & Ellers
260 South Broad Street
Philadelphia, PA 19102

Rachel Jeanne Lehr
Attorney General of New Jersey
R.J. Hughes Justice Complex; CN 093
PO. Box 093, 25 Market St.
Trenton, NJ 08625

Sherry D Lowe
Lamm Rubenstone LLC
3600 Horizon Boulevard
Suite 200
Trevose, PA 19053

| | |
|---|---|
| Cheryl L. Cooper<br>Holston, MacDonald, Uzdavinis et al<br>66 Euclid St., P.O. Box 358<br>Woodbury, NJ 08096 | Donald F. MacMaster<br>Office of the United States Trustee<br>One Newark Ctr, Suite 2100<br>Newark, NJ 07102 |
| Michael J. Cordone<br>Stradley Ronon Stevens & Young LLP<br>Woodland Falls Corporation Park<br>200 Lake Drive East<br>Cherry Hill, NJ 08002 | Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107 |
| Jennifer M. Davies<br>Lamm Rubenstone LLC<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053 | Nancy A. Mitchell<br>Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 |
| Louis T. DeLucia<br>Greenberg Traurig, LLP<br>200 Park Ave<br>Florham Park, NJ 07932 | John R. Morton, Jr.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 |
| Ira Deiches<br>Deiches & Ferschmann<br>25 Wilkins Ave.<br>Haddonfield, NJ 08033 | Paul A. Patterson<br>Stradley Ronon Stevens & Young LLP<br>Woodland Falls Corporation Park<br>200 Lake Drive East<br>Cherry Hill, NJ 08002 |
| Sam Della Fera<br>Trenk, DiPasquale, Webster et al.<br>347 Mt. Pleasant Avenue<br>Suite 300<br>West Orange, NJ 07052 | R. Matthew Pettigrew, Jr.<br>Markowitz & Richman<br>1100 North American Bldg.<br>121 South Broad Street<br>Philadelphia, PA 19107 |

| | |
|---|---|
| Mark J. Dorval<br>Stradley, Ronon, Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103 | David W. Phillips<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, NJ 07105 |
| Alyson M. Fiedler<br>Greenberg Traurig, LLP<br>200 Park Ave<br>Florham Park, NJ 07932 | Robyn Pollack<br>Saul Ewing LLP<br>214 Carregie Center<br>Suite 202<br>Princeton, NJ 08540 |
| Andrew J. Flame<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | Jerrold N. Poslusny, Jr.<br>Cozen O'Connor<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 |
| Alan P. Fox<br>Capehart & Scatchard<br>8000 Midlantic Drive<br>Suite 300<br>Mount Laurel, NJ 08054 | Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Donald Goodfriend Frankel<br>US Department of Justice<br>Environmental Enforcement Section<br>One Gateway Center<br>Suite 616<br>Newton, MA 02458 | Joseph L. Schwartz<br>Riker, Danig, Scherer, Hyland, Perretti<br>Headquarters Plaza<br>One Speedwell Ave<br>Morristown, NJ 07960 |
| Joseph M. Garemore<br>Brown & Connery, LLP<br>6 North Broad Street<br>Woodbury, NJ 08096 | Joel C. Shapiro<br>Blank Rome Comisky and McCauley LLP<br>One Logan Square<br>Philadelphia, PA 19103 |

Tyler S. Graden
1515 Market Street
16th Floor
Philadelphia, PA 19102-1916

Michael D. Sirota
Cole, Schotz, Meisel, Forman & Leonard
25 Main St.
Hackensack, NJ 07601

John J. Winter
The Chartwell Law Offices, LLP
Valley Forge Corporate Center
2621 Van Buren Avenue
Norristown, PA 19403

Michael Stafford
Nord & DeMaio
Turnpike Metroplex, Suite 201
190 State Highway 18
East Brunswick, NJ 08816

William G. Wright
Capehart & Scatchard, P.A.
8000 Midlantic Drive
Suite 300S
Mt. Laurel, NJ 08054

Ilana Volkov
Cole, Schotz, Meisel, Forman & Leonard
25 Main St.
Hackensack, NJ 07601

Mark E. Felger, Esq.
Cozen O'Conner
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Diane E. Vuocolo
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Lawrence Flick, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Brian Bull
Alcan1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
**CANADA**

Richard A. Keliner
Rusal America Corp.
550 Mamaroneck Ave.
Harrison, NY 10528

Glencore Ltd.
Attn: Elitsa Golab
301 Tresser Blvd.
Stamford, CT 06901

SL1 819153v1/103456.00001

Joe M. Lozano, Jr., Esq.
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

Timothy A Bortz
Commonwealth of PA, Dept. of Law & Ind.
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602-1184

Gilbert B. Weisman, Esq.
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA  19355-0701

Richard McNeill, Esq.
McNeill & Walker
230 South Broad Street
Suite 700
Philadelphia, PA  19102

Christine Etheridge
IKON Financial Services
1738 Bass Road, P.O. Box 13708
Macon, GA  31208-3708

Bonnie A. Barnet, Esq.
Deborah Shuff, Esq.
Drinker Biddle & Reath LLP
One Logan Square, 18th and Cherry Streets
Philadelphia, PA  19103