**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*
By:    Kelly A. Krail, Esquire
         Kathleen J. Collins, Esquire
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ  08002
(856) 854-3636
Attorneys for Creditor Quickway, Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY  (CAMDEN)**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SHAPES/ARCH HOLDINGS, L.L.C., | ) | Case No. 08-14631-GMB |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Kelly A. Krail, Esquire, hereby certify that on this 21st day of May, 2008, I did cause a true and correct copy of the foregoing Notice of Objection to Second Amended Disclosure Statement and Creditor Quick-way Inc's Objections to the Second Amended Disclosure Statement to be served via electronic service, upon those persons listed on the attached Service List.

LITCHFIELD CAVO LLP


By:    /s Kelly Krail
         Kelly A. Krail, Esquire

Dated:  May 21, 2008

## SERVICE LIST

Jerrold N. Poslusny, Jr.
Cozen & O'Connor
Libertyview Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002

John C. Kilgannon
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, PA  19103

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ  07102