**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

---

| | |
|---|---|
| In re: | : |
| | : |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : |
| | : |
| Debtors. | : |
| | : |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

CHAPTER 11

CASE NO. 08-14631 (GMB)
(Jointly Administered)

---

**SECOND INTERIM MONTHLY FEE STATEMENT OF COZEN O'CONNOR,
ATTORNEYS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM APRIL 1, 2008 THROUGH APRIL 30, 2008 AND REQUEST FOR APPROVAL
OF EVERGREEN RETAINER**

TO:    HONORABLE GLORIA M. BURNS
       UNITED STATES BANKRUPTCY JUDGE

This Second Interim Monthly Fee Statement for Compensation and Reimbursement of

Expenses (the "<u>Second Interim Fee Statement</u>") is filed by Cozen O'Connor ("<u>CO</u>"), attorneys to

Shapes/Arch Holdings L.L.C. and its related debtor entities, the debtors and debtors-in-

possession (collectively the "<u>Debtors</u>")[1], requesting compensation and reimbursement of

expenses for services provided by CO as attorneys to the Debtors for the period from April 1,

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("<u>Shapes/Arch</u>"), the following entities, all of
which are wholly owned subsidiaries or Shapes/Arch, also filed petitions on the Petition Date
(defined below):  Shapes L.L.C. ("<u>Shapes</u>"); Delair L.L.C. ("<u>Delair</u>"); Accu-Weld L.L.C.
("<u>Accu-Weld</u>"); and Ultra L.L.C. ("<u>Ultra</u>").

2008 through April 30, 2008 (the "Second Interim Period") and request for approval of evergreen retainer.

## Background

1.      On March 16, 2008 (the "Petition Date"), the Debtors filed their petitions for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

2.      The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3.      No trustee or examiner has been appointed in these cases.

4.      An official committee of unsecured creditors (the "Committee") was appointed on March 31, 2008 and has been actively involved in these cases since that time.

5.      By Order dated April 9, 2008 CO was retained to represent the Debtors as their attorneys in these bankruptcy proceedings on the terms set forth in CO's retention application, effective as of March 16, 2008.

6.      On March 18, 2008, the Administrative Order Pursuant To 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures Order") was entered by the Court.  CO submits this Second Interim Fee Statement for compensation and reimbursement of actual, necessary costs and expenses for its service to the Debtors.

7.      CO's previously submitted Monthly Fee Statements, are as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|
| 4/23/08 | March 16, 2008 through March 31, 2008 | $67,889 | $9,408.04 | $54,311.20 ($67,889 x 80%) | $9,408.04 |

CHERRY_HILL\444401\2 220718.000

8.      During this Second Interim Period, CO has been faithfully performing its duties under 11 U.S.C. § 327.

9.      The professionals and paraprofessionals of CO who have rendered services in these cases for which CO seeks compensation are reflected on the attached Exhibit "A", which provides the name of the professionals and paraprofessionals that have rendered services in these cases, their hourly rates and amount of time spent by each professional in these cases.

10.     In accordance with the Compensation Procedures Order, and as set forth in Local Rule 2016-1 and the Court's General Order Adopting Guidelines Governing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals, a detailed chronological itemization of the services rendered by each professional and paraprofessional during the Second Interim Period, calculated by tenths of an hour, is attached hereto as Exhibit "B".

11.     During the Second Interim Period, CO provided services to the Debtors in the total amount of $198,979.

12.     Attached hereto as Exhibit "C" is a summary of the actual and necessary expenses incurred.  During this Second Interim Period, CO incurred actual and necessary expenses in the total amount of $3,366.02.

13.     Pursuant to the Compensation Procedures Order, CO seeks approval of 80% of the total compensation equal to $159,183.20 ($198,979 x 80%) and 100% reimbursement of expenses ($3,366.02) incurred by CO during the Second Interim Period.

14.     Prior to the commencement of these cases, CO was paid a retainer totaling $180,227.67, a portion of which was utilized by C0 to satisfy the fees and expenses requested in CO's First Interim Statement.  The amount presently held by CO as a retainer is $116,508.43.

3

15.      In CO's retention application, CO requested that its retainer be treated as an "evergreen" retainer, i.e. that it be held by CO and applied against fees and expenses due in CO's final fee application in these cases.

16.      The US Trustee raised an informal objection to CO's request for an evergreen retainer.  In light of the informal objection, and the carveout provision in the Arcus interim debtor in possession financing order, CO did not press this issue at the time of its retention but rather preserved the right to do so at a later time in its retention Order.

17.      CO hereby renews its request that the balance of its retainer in the amount of $116,508.43 be treated as an evergreen retainer.  CO's bankruptcy group's general practice is to hold retainers and apply them against the final invoices for matters, and it is CO's understanding and belief that this practice is customary in the marketplace.  Evergreen retainers have been regularly approved in the courts in the Third Circuit.  See In re Insilico, 291 B.R. 628 (Bankr. D.Del. 2003), In re CTC Commc'ns. Group, Inc., Case No. 02-12873(PJW) (Bankr. D.Del. 2003).  See also In re United Artists Theatre Co., 315 F.3d 217, 229 (3d. Cir. 2003) (courts should refer to the marketplace when considering the reasonableness of retention agreements).

WHEREFORE, CO respectfully requests that, for the period from April 1, 2008 through April 30, 2008, a second interim allowance be made to CO in the total amount of $159,183.20 ($198,979 x 80% total fees incurred during the Second Interim Period) for compensation and $3,366.02 for reimbursement of actual, necessary costs and expenses and that such amounts be

authorized for payment from the Debtors, and that the balance of its retainer be held and applied

against amounts due under CO's final fee application in these cases.

Dated: May 21, 2008                           COZEN O'CONNOR


                                        By:   _/s/ Jerrold N. Poslusny, Jr._
                                              Mark E. Felger
                                              Jerrold N. Poslusny, Jr.

                                              Attorneys for the Debtors

**EXHIBIT "A"**

| PROFESSIONAL | PRACTICE AREA | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Arthur J. Abramowitz | Bankruptcy | 1972 | .90 | 580.00 | 522.00 |
| Sandra A. Bloch | Corporate | 1979 | 44.60 | 550.00 | 24,530.00 |
| Eric D. Freed | Bankruptcy | 1983 | 24.10 | 550.00 | 13,255.00 |
| Deborah M. Minkoff | Insurance | 1984 | .40 | 470.00 | 188.00 |
| Mark E. Felger* | Bankruptcy | 1989 | 177.00 | 525.00 | 92,925.00 |
| Jerrold N. Poslusny, Jr. | Bankruptcy | 1999 | 131.70 | 375.00 | 49,387.50 |
| Jennifer S. Reynolds | Corporate | 2002 | 12.60 | 315.00 | 3,969.00 |
| Jonathan M. Stemerman | Bankruptcy | 2004 | 2.90 | 290.00 | 841.00 |
| Sarah P. O'Donnell | Corporate | 2005 | 4.00 | 230.00 | 920.00 |
| Debbie Reyes, paralegal | Bankruptcy | n/a | 57.70 | 195.00 | 11,251.50 |
| Rachael White | Practice Support | n/a | 6.80 | 175.00 | 1,190.00 |
| TOTAL: | | | 462.70 | | **$198,979.00** |

*  Mr. Felger was certified by the American Board of Certification in business bankruptcy in 2005.

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

May 14, 2008

SHAPES/ARCH HOLDINGS

RE:  SHAPES/ARCH HOLDINGS/BANKRUPTCY

OUR FILE NO.:  220718.000

FEES FOR PROFESSIONAL SERVICES:     $198,979.00
EXPENSES INCURRED:                    $3,366.02
TOTAL AMOUNT OF INVOICE NO: 589726   $202,345.02

```
*------------------------TIME AND FEE SUMMARY--------------------*
*---------TIMEKEEPER---------*    RATE    HOURS              FEES
D. M. MINKOFF                    470.00     .40            188.00
E D FREED                        550.00   24.10          13255.00
S. A. BLOCH                      550.00   44.60          24530.00
M.E. FELGER                      525.00  177.00          92925.00
A. ABRAMOWITZ                    580.00     .90            522.00
D. REYES                         195.00   57.70          11251.50
J.N. POSLUSNY, JR.               375.00  131.70          49387.50
RACHAEL WHITE                    175.00    6.80           1190.00
S.P. O'DONNELL                   230.00    4.00            920.00
J.M. STEMERMAN                   290.00    2.90            841.00
J.S. REYNOLDS                    315.00   12.60           3969.00
                        TOTALS           462.70         198979.00
```

```
COURT REPORTER              99.77
LUNCHEON MEETING           120.38
FEDERAL EXPRESS            170.32
SECRETARIAL OVERTIME       162.21
COURIER SERVICE             25.00
DUPLICATING               2202.20
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                              May 14, 2008       PAGE    2
FILE NUMBER: 220718.000
INVOICE NO.: 589726

   POSTAGE                                            128.98
   TRAVEL & MEALS SUBJECT TO I.R.S. LIMITATIONS ON     39.79
   LONG DISTANCE TELEPHONE                             13.62
   FAX CHARGES                                         20.00
   SPECIAL COPY                                          .00
   ON LINE RESEARCH                                     3.75
   TRAVEL RELATED EXPENSES                            380.00

        EXPENSES INCURRED              $3,366.02


        GRAND TOTAL                  $202,345.02
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:        589726
File/Matter No:  220718.000
Amount Due:      202,345.02

Please remit check payable to COZEN O'CONNOR to:

        W1385
        Cozen O'Connor
        P.O. Box 7777
        Philadelphia, PA 19175-0775

Please send wire transfers to:

        Account Name:     Cozen O'Connor Executive Account
        Account No:       2953925
        Bank Name:        Mellon Bank
        Bank ABA No:      031000037
        Bank Address:     1735 Market Street
                 :        Philadelphia, PA 19103
        Swift Code*:      MELNUS3P
        * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

INVOICE NO.:  589726                    INVOICE DATE:  May 14, 2008

09273.0001.000 SHAPES/ARCH HOLDINGS
220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY

| DATE | ATTY | DESCRIPTION OF SERVICES | | HOURS | |
|------|------|-------------------------|------|-------|--|
| DATE | | DESCRIPTION  OF SERVICES | CODE | HOURS | |
| | | ASSET ANALYSIS AND RECOVERY | | | |
| 04/02/08 | MEF | REVIEW MEMO RE: SALE EFFORTS | BKG101 | 0.20 | |
| | | TOTAL ASSET ANALYSIS AND RECOVERY | | 0.20 | $105.00 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      May 14, 2008      PAGE   5
FILE NUMBER: 220718.000
INVOICE NO.: 589726

        ASSET DISPOSTION

04/04/08 JNP    TELEPHONE CALL WITH J. MORTON RE:     BKG102    0.20
                TREATMENT OF WELLS FARGO.

04/08/08 MEF    REVIEW DRAFT APA AND LETTER FROM      BKG102    0.80
                HIG'S COUNSEL

04/08/08 MEF    MEMOS TO COMMITTEE RE: HIG ISSUES     BKG102    0.20

04/08/08 MEF    MEMOS TO S. BLOCH RE: HIG APA         BKG102    0.20

04/08/08 MEF    TELEPHONE CONFERENCE WITH B. KATZ     BKG102    0.30
                RE: HIG ISSUES

04/08/08 MEF    REVIEW MEMOS RE: HIG APA ISSUES       BKG102    0.20

04/08/08 SAB    REVIEW HIG APA                        BKG102    0.60

04/09/08 SAB    TELEPHONE CALL WITH CLIENT, PHOENIX,  BKG102    1.20
                M.FELGER RE: HIG APA

04/09/08 MEF    CONFERENCE CALL WITH GRABELL, BLOCH,  BKG102    1.20
                JACOBY AND SORENSON RE: HIG APA

04/09/08 SAB    ANALYZE HIG APA                       BKG102    1.10

04/16/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:     BKG102    0.20
                EXECUTORY CONTRACT ISSUES.

04/17/08 SAB    REVIEW CONFIDENTIALITY AGREEMENT      BKG102    0.20

04/18/08 SAB    E-MAILS REGARDING CONFIDENTIALITY     BKG102    0.20
                AGREEMENT (6X)

04/18/08 SAB    PREPARE CONFIDENTIALITY AGREEMENT     BKG102    0.80

04/18/08 SAB    TELEPHONE CALL WITH LRAPPAPORT        BKG102    0.10

04/18/08 SAB    REVISE CONFIDENTIALITY AGREEMENT      BKG102    0.50
```

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                            May 14, 2008      PAGE    6
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/24/08 MEF    MEMO TO BUECHLER AND REVIEW SUN      BKG102    0.20
                LETTERS

04/24/08 MEF    MEMOS TO HALPERIN AND BRODY RE: DUE  BKG102    0.40
                DILIGENCE (4)

04/24/08 MEF    MEMOS TO BRODY AND FORTE RE:         BKG102    0.20
                CONFIDENTIALITY ISSUES

04/24/08 MEF    TELEPHONE CONFERENCE WITH A.         BKG102    0.30
                HALPERIN RE: SUN AND LONGROAD, AND
                VERSA OFFERS

04/24/08 MEF    MEMOS TO M. SIROTA RE: SUN           BKG102    0.20
                CONFIDENTIALITY ISSUES

04/25/08 MEF    MEMOS TO SHAPIRO RE: SUN AND         BKG102    0.20
                LONGROAD REQUESTS (3)

04/27/08 MEF    MEMOS TO A. HALPERIN RE: SUN AND     BKG102    0.20
                LONGROAD INTEREST

04/28/08 MEF    MEMOS TO B. BUECHLER RE: SUN'S       BKG102    0.10
                INTEREST

        TOTAL ASSET DISPOSTION                                9.80    $5202.50
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008     PAGE   7
FILE NUMBER: 220718.000
INVOICE NO.: 589726

        BUSINESS OPERATIONS

04/01/08 SPO    RESEARCH REGARDING ISSUES LIMITED      BKG103    1.10
                LIABILITY CORPORATION

04/02/08 JNP    CORRESPONDENCE TO PPG RE: SECOND       BKG103    0.10
                RECLAMATION LETTER.

04/02/08 JNP    CONFERENCE CALL WITH M. FELGER, S.     BKG103    1.20
                BLOCH AND CLIENT RE: HIG OFFER.

04/02/08 JNP    TELEPHONE CALL WITH S. KLAR RE:        BKG103    0.20
                PSE&G DEPOSIT.

04/02/08 MEF    MEMOS TO PARTIES RE UTILITIES MOTION   BKG103    0.30
                (5)

04/02/08 JNP    READ/REPLY TO EMAIL FROM O. KLEIN      BKG103    0.10
                RE: DIP LOAN ISSUES.

04/02/08 JNP    EMAIL S. KLAR RE: PSE&G DEPOSIT.       BKG103    0.10

04/02/08 JNP    REVIEW COUNTER-OFFER FROM PSE&G RE:    BKG103    0.20
                UTILITY DEPOSIT.

04/02/08 JNP    READ/REPLY TO EMAILS FROM D. REYES     BKG103    0.40
                AND TELEPHONE CALL WITH D. REYES
                (X2) RE: PSE&G DEPOSIT.

04/02/08 JNP    EMAIL M. FELGER RE: PSE&G DEPOSIT.     BKG103    0.10

04/02/08 JNP    TELEPHONE CALL WITH P. SORENSON RE:    BKG103    0.20
                PSE&G DEPOSIT.

04/02/08 SPO    CONTINUE TO RESEARCH ISSUES LIMITED    BKG103    2.90
                LIABILITY COMPANY

04/02/08 JNP    CORRESPONDENCE FROM N. MITCHELL RE:    BKG103    0.10
                HIG OFFER.
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                         May 14, 2008      PAGE    8
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| | | | |
|---|---|---|---|
| 04/02/08 JNP | EMAIL TO AND FROM S. KLAR RE: SETTLEMENT WITH PSE&G. | BKG103 | 0.20 |
| 04/02/08 JNP | READ/REPLY TO EMAIL FROM S. GRABELL RE: PARTIES WITH POTENTIAL INTEREST IN CASE. | BKG103 | 0.10 |
| 04/03/08 JNP | EDIT CUSTOMER PRACTICES MOTION PER COMMENTS FROM M. FELGER AND CLIENT. | BKG103 | 0.80 |
| 04/03/08 JNP | EMAIL CONFIDENTIALITY AGREEMENT WITH COMMITTEE. | BKG103 | 0.20 |
| 04/03/08 JNP | DRAFT STIPULATION WITH PSE&G FOR DEPOSIT. | BKG103 | 0.70 |
| 04/03/08 JNP | TELEPHONE CALL WITH D. GOLLIN RE: CUSTOMER PRACTICES MOTION; SALES COMMISSIONS; ISSUES WITH CUSTOMERS. | BKG103 | 0.40 |
| 04/03/08 JNP | MEETING WITH D. REYES RE: RECLAMATION CLAIMS. | BKG103 | 0.20 |
| 04/03/08 JNP | EDIT FINAL UTILITY ORDER TO SHOW PECO AND PSE&G SETTLEMENTS. | BKG103 | 0.40 |
| 04/03/08 JNP | CORRESPONDENCE FROM AND TO W. FIORE RE: BADER PLASTICS RECLAMATION. | BKG103 | 0.10 |
| 04/03/08 JNP | REVIEW EMAILS FROM M. JACOBY AND M. FELGER RE: COMMITTEE ISSUES. | BKG103 | 0.20 |
| 04/03/08 JNP | READ/REPLY TO CORRESPONDENCE FROM M. CONNOLLY RE: LAJOIE'S RECLAMATION LETTER. | BKG103 | 0.10 |
| 04/03/08 JNP | TELEPHONE CALLS (X2) WITH D. GOLLIN RE: PAYMENT OF CUSTOMS. | BKG103 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008      PAGE    9
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| .04/03/08 MEF | MEMOS TO PARTIES RE ULTRA/CHINA ISSUES | BKG103 | 0.10 |
| 04/04/08 JNP | TELEPHONE CALL WITH D. GOLLIN RE: SALES COMMISSION MOTION. | BKG103 | 0.20 |
| 04/04/08 JNP | REVIEW PROOF OF CLAIM FILED BY LOCAL 837. | BKG103 | 0.10 |
| 04/04/08 JNP | REVIEW COMMITTEE COMMENTS TO PLAN AND DIP LOANS. | BKG103 | 0.30 |
| 04/04/08 JNP | TELEPHONE CALL WITH M. FELGER RE: OPEN ISSUES. | BKG103 | 0.20 |
| 04/04/08 JNP | DRAFT MOTION TO PAY SALES COMMISSIONS. | BKG103 | 2.50 |
| 04/04/08 JNP | TELEPHONE CALL WITH D. GOLLIN RE: COMMENTS TO CUSTOMER PRACTICES MOTION. | BKG103 | 0.20 |
| 04/05/08 JNP | EMAILS FROM M. FELGER RE: ISSUES WITH COMMITTEE. | BKG103 | 0.10 |
| 04/05/08 JNP | DRAFT CUSTOMS MOTION. | BKG103 | 1.20 |
| 04/07/08 JNP | ATTEND MEETING WITH COMMITTEE. | BKG103 | 3.00 |
| 04/07/08 JNP | EMAIL FROM M. FELGER RE: DISCUSSION POINTS WITH HIG. | BKG103 | 0.10 |
| 04/07/08 JNP | MEETING WITH M. FELGER, M. JACOBY, S. GRABELL AND P. SORENSON RE: PREPARATION FOR MEETING WITH COMMITTEE. | BKG103 | 1.50 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   10
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 04/07/08 | JNP | CONFERENCE CALL WITH M. FELGER, S. BLOCH, S. GRABELL AND HIG RE: POTENTIAL SALE PROCESS. | BKG103 | 0.80 |
| 04/07/08 | JNP | DRAFT CUSTOMS PRACTICES MOTION. | BKG103 | 1.00 |
| 04/08/08 | JNP | EDIT APPLICATION AND ORDER TO SHORTEN TIME FOR MOTION TO PAY CUSTOMS DRAFTED BY D. REYES. | BKG103 | 0.20 |
| 04/08/08 | JNP | EMAIL FROM M. FELGER RE: TOWN AND COUNTRY LEASE. | BKG103 | 0.10 |
| 04/08/08 | JNP | READ/REPLY TO RECLAMATION LETTER FROM M. CONNOLLY RE: LAJOIE'S AUTO WRECKING (SECOND DEMAND). | BKG103 | 0.10 |
| 04/08/08 | JNP | READ/REPLY TO RECLAMATION LETTER FROM J. SCHWARTZ RE: ZHANGSHAM. | BKG103 | 0.10 |
| 04/08/08 | JNP | EMAILS FROM M. FELGER, P. PATTERSON, I. UDKOV AND J. SHAPIRO RE: DIP FINANCING ORDERS. | BKG103 | 0.20 |
| 04/08/08 | JNP | READ/REPLY TO CORRESPONDENCE FROM D. SNEED RE: GUARDIAN RECLAMATION LETTER. | BKG103 | 0.10 |
| 04/08/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: CUSTOMS MOTION; LABOR CLAIM. | BKG103 | 0.50 |
| 04/08/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: LABOZ TERMINATION; RETENTION ISSUES; CUSTOMS BOND. | BKG103 | 0.30 |
| 04/08/08 | JNP | CORRESPONDENCE FROM AND TO J. MILLEK RE: FASTENEL RECLAMATION LETTER. | BKG103 | 0.10 |
| 04/08/08 | JNP | REVIEW PROPOSED APA FROM HIG. | BKG103 | 0.70 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                         May 14, 2008    PAGE  11
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/08/08 JNP    READ/REPLY TO EMAIL FROM J. KURTZMAN    BKG103    0.20
                RE: LABOZ SEVERANCE CLAIMS.

04/08/08 JNP    DRAFT MOTION TO PAY COMMISSIONS.        BKG103    0.20

04/08/08 JNP    TELEPHONE CALL WITH A. FLAME RE: PPL    BKG103    0.20
                ISSUES; CASE BACKGROUND.

04/09/08 MEF    MEMOS TO COMMITTEE RE: CUSTOMER         BKG103    0.20
                PRACTICE MOTION (3)

04/10/08 MEF    REVIEW AND REVISE CUSTOMER MOTION       BKG103    0.40

04/10/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:       BKG103    0.30
                CUSTOMS MOTION; ULTRA EMPLOYEE ISSUE.

04/10/08 JNP    RESEARCH RE: DUTIES OF MANAGERS.        BKG103    2.80

04/11/08 JNP    TELEPHONE CALL WITH COURT RE:           BKG103    0.10
                UTILITY MOTION.

04/11/08 JNP    READ/REPLY TO EMAIL FROM C. SO RE:      BKG103    0.20
                BACKGROUND INFORMATION; PLAN.

04/14/08 JNP    TELEPHONE CALL TO M. GARFF RE: SUN      BKG103    0.10
                CAPITAL INTEREST IN PURCHASE.

04/14/08 JNP    REVIEW PSE&G COMMENTS TO UTILITY        BKG103    0.20
                DEPOSIT STIPULATION; EMAIL P.
                SORENSEN RE: SAME.

04/14/08 JNP    EDIT CUSTOMS MOTION PER COMMENTS        BKG103    0.70
                FROM M. FELGER AND D. GOLLIN.

04/15/08 JNP    READ/REPLY TO EMAIL FROM M. FELGER,     BKG103    0.20
                I. VOLKOV AND A. HALPERIN RE: ISSUES
                WITH COMMITTEE.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE  12
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/15/08 | D R | CONFERENCE WITH J. POSLUSNY RE: AGENDA, DIP AND DISCLOSURE STATEMENT OBJECTIONS. | BKG103 | 0.30 |
| 04/16/08 | MEF | REVIEW CUSTOMER PRACTICE MOTION | BKG103 | 0.30 |
| 04/16/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: CONSIGNMENT GOODS. | BKG103 | 0.20 |
| 04/17/08 | JNP | CORRESPONDENCE FROM M. GARFF RE: SUN INTEREST IN PURCHASE. | BKG103 | 0.20 |
| 04/20/08 | JNP | EDIT CUSTOMS MOTION PER COMMENTS FROM D. GOLLIN. | BKG103 | 0.40 |
| 04/21/08 | JNP | READ/REPLY TO EMAIL FROM M. FELGER RE: CUSTOMS MOTION. | BKG103 | 0.10 |
| 04/21/08 | JNP | EDIT CIT BRIDGE ORDER; EMAIL COURT RE: SAME. | BKG103 | 0.10 |
| 04/22/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: CUSTOMS MOTION. | BKG103 | 0.20 |
| 04/22/08 | JNP | TELEPHONE CALL WITH H. DAVIS RE: COMPANY WITH INTEREST IN BUYING ULTRA. | BKG103 | 0.10 |
| 04/22/08 | JNP | EDIT COMMISSIONS MOTION PER COMMENTS FROM M. FELGER. | BKG103 | 0.40 |
| 04/23/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: CUSTOMS BOND. | BKG103 | 0.30 |
| 04/24/08 | JNP | TELEPHONE CALL WITH D. GOLLIN AND EMAIL E. STEIN RE: CUSTOMS BOND. | BKG103 | 0.10 |

```
        TOTAL BUSINESS OPERATIONS                      32.80   $11861.00
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           May 14, 2008     PAGE   13
FILE NUMBER: 220718.000
INVOICE NO.: 589726

        CASE ADMINISTRATION

04/01/08 D R   PREPARE AND EMAIL REQUESTED              BKG104    0.50
               DOCUMENTS TO PARTIES (X3) RE:
               REQUEST FOR PLAN/DISCLOSURE
               STATEMENT AND CLAIM INFORMATION.

04/01/08 D R   RESPOND TO CALLS FROM CREDITORS (X6)     BKG104    0.50
               RE: FILING AND CLAIMS ISSUES.

04/01/08 D R   UPDATE MASTER AND CORE SERVICE LISTS.    BKG104    0.60

04/01/08 D R   REVIEW ISSUES RE: ORDINARY COURSE OF     BKG104    0.30
               BUSINESS MOTION.

04/01/08 D R   RESPOND TO ISSUES FROM PHOENIX RE:       BKG104    0.30
               INITIAL OPERATING REPORT; CONTACT US
               TRUSTEE RE: SAME.

04/01/08 D R   PREPARE, EFILING AND SERVICE OF          BKG104    0.60
               NOTICE OF AGENDA.

04/01/08 MEF   TELEPHONE CONFERENCE WITH D. GOLLIN      BKG104    0.40
               RE: VARIOUS PENDING MATTERS

04/01/08 MEF   TELEPHONE CONFERENCE WITH B. KATZ        BKG104    0.20
               RE: CASE ISSUES

04/01/08 MEF   DRAFT AND REVISE CONFIDENTIALITY         BKG104    0.50
               AGREEMENT WITH COMMITTEE

04/01/08 MEF   MEMOS TO COMMITTEE COUNSEL RE:           BKG104    0.30
               HEARING AND DOCUMENT REQUEST (7)

04/01/08 MEF   REVIEW COMMITTEE DOCUMENT REQUEST        BKG104    0.20

04/01/08 MEF   REVIEW TRANSCRIPT OF FIRST DAY           BKG104    0.50
               HEARING

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                            May 14, 2008      PAGE   14
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/01/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: LIQUIDATION ANALYSIS AND DOCUMENT REQUEST | BKG104 | 0.30 | |
| 04/01/08 MEF | CONFERENCE CALL WITH COMMITTEE REPRESENTATIVES AND PHOENIX RE: CASE STATUS AND ISSUES | BKG104 | 1.70 | |
| 04/01/08 SAB | CONFERENCE CALL WITH MFELGER, CLIENT AND PHOENIX RE: ARCH OBJECTION | BKG104 | 1.00 | |
| 04/01/08 MEF | MEMOS TO J. H. COHN AND COUNSEL RE: CONFIDENTIALITY AGREEMENT AND ISSUES | BKG104 | 0.30 | |
| 04/01/08 D R | PREPARE NOTICE OF MOTION FOR CUSTOMER PRACTICES MOTION; REVISIONS TO MOTION. | BKG104 | 0.50 | |
| 04/02/08 JNP | CORRESPONDENCE TO EPIQ RE: CLAIMS RECEIVED. | BKG104 | 0.10 | |
| 04/02/08 MEF | REVIEW RESOLUTIONS AND OPERATING AGREEMENT | BKG104 | 0.30 | |
| 04/02/08 A A | REVIEW CORRESPONDENCE FROM GREENBERG TRAURIG RE: ARCH; EMAIL RE: CASE ISSUES. | BKG104 | 0.30 | |
| 04/02/08 MEF | TELEPHONE CONFERENCE WITH S. BLOCH RE: LLC ISSUES | BKG104 | 0.30 | |
| 04/02/08 MEF | MEMO TO PARTIES RE: CRITICAL DATES MEMO | BKG104 | 0.10 | |
| 04/02/08 D R | PREPARE AMENDED AGENDA, CORE AND MASTER SERVICE LIST AND UPDATED CRITICAL DATES MEMO. | BKG104 | 0.80 | |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008      PAGE   15
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 04/02/08 | MEF | TELEPHONE CONFERENCE WITH JACOBY AND SORENSON RE: DOCUMENT REQUEST FROM COMMITTEE | BKG104 | 0.50 |
| 04/02/08 | JNP | READ/REPLY TO EMAILS FROM D. REYES; TELEPHONE CALL WITH D. REYES RE: AGENDA. | BKG104 | 0.30 |
| 04/02/08 | MEF | MEMOS TO JH COHN RE: DOCUMENT REQUEST | BKG104 | 0.20 |
| 04/02/08 | D R | RESPOND TO CREDITOR INQUIRIES (X4) RE: ISSUES ON CLAIMS FILINGS. | BKG104 | 0.30 |
| 04/02/08 | A A | CONFERENCE CALL RE: CORRESPONDENCE FROM ARCH. | BKG104 | 0.60 |
| 04/02/08 | MEF | REVIEW REVISED CONFIDENTIALITY AGREEMENT | BKG104 | 0.30 |
| 04/02/08 | MEF | REVISE CUSTOMER PRACTICE MOTION | BKG104 | 0.40 |
| 04/02/08 | D R | REVIEW INFORMATION RE: RESPONSE RECEIVED FROM PSEG TO UTILITY MOTION; | BKG104 | 0.50 |
| 04/02/08 | D R | UPDATE AGENDA, EFILING AND SERVICE OF SAME. | BKG104 | 0.40 |
| 04/02/08 | MEF | NUMEROUS MEMOS TO COMMITTEE RE: DIP OBJECTION, ORDER AND HEARING | BKG104 | 0.40 |
| 04/02/08 | D R | TELEPHONE CALLS TO/FROM PIEDMONT GAS CO. RE: ISSUES ON SERVICES USED BY DEBTORS. | BKG104 | 0.20 |
| 04/03/08 | JNP | TELEPHONE CALL WITH M. NORD RE: CASE BACKGROUND. | BKG104 | 0.10 |
| 04/03/08 | JNP | READ/REPLY TO EMAIL FROM U.S. TRUSTEE RE: INSURANCE CERTIFICATES. | BKG104 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE   16
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/03/08 D R    PREPARE/SUBMIT FINAL UTILITY ORDER    BKG104    0.20
                TO CHAMBERS.

04/03/08 D R    REVISE MASTER AND CORE SERVICE LISTS  BKG104    0.50
                AND DEFILING OF SAME WITH COURT.

04/03/08 JNP    CORRESPONDENCE FROM P. ARMSTRONG RE:  BKG104    0.10
                DEMAND FROM MATRIX.

04/03/08 JNP    TELEPHONE CALL WITH S. TAHIRI RE:     BKG104    0.10
                HEARING DATES.

04/03/08 D R    PREPARE ANALYSIS RELATED TO           BKG104    1.70
                RECLAMATION DEMANDS RECEIVED.

04/03/08 MEF    REVISE CONFIDENTIALITY AGREEMENT AND  BKG104    0.40
                MEMOS TO COMMITTEE RE: SAME

04/03/08 MEF    TELEPHONE CONFERENCE WITH S. BLOCH    BKG104    0.30
                RE LLC/OPERATING AGREEMENT ISSUES

04/03/08 MEF    REVIEW 2016 DISCLOSURE, WAGE ORDER    BKG104    0.30
                AND UTILITIES ORDER

04/03/08 MEF    REVIEW AND RESPOND TO MEMOS RE: U.S.  BKG104    0.20
                TRUSTEE COMMENTS TO MOTIONS (3)

04/03/08 MEF    CONFERENCE CALL WITH CLIENT, JACOBY   BKG104    1.00
                AND BLOCH RE: DOCUMENT REQUEST,
                COMMITTEE MEETING AND HIG CONFERENCE

04/03/08 MEF    MEMOS TO A. HALPERN RE: MEETING, HIG  BKG104    0.80
                CONFERENCE, CA AND MOTIONS (8)

04/04/08 SAB    CONFERENCE CALL WITH CLIENT AND       BKG104    1.00
                PHOENIX REGARDING PREPARATION FOR
                MEETING WITH CREDITORS; CONFERENCE
                CALL WITH HIG ON MONDAY


*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  17
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 04/04/08 | MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: COMMITTEE PRESENTATION | BKG104 | 0.30 |
| 04/04/08 | MEF | CONFERENCE CALL WITH GRABELL, SORENSON, JACOBY AND BLOCH RE: HIG, CONFERENCE WITH COMMITTEE MEETING ON 4/7 | BKG104 | 1.00 |
| 04/04/08 | MEF | TELEPHONE CONFERENCE WITH A. HALPERIN RE: MEETING, RETENTION APPLICATION AND HEARING | BKG104 | 0.20 |
| 04/04/08 | MEF | MEMOS TO COMMITTEE RE: CONFIDENTIALITY AGREEMENT (4) | BKG104 | 0.40 |
| 04/04/08 | MEF | MEMOS TO PARTIES RE: CORE CONTACT LIST | BKG104 | 0.10 |
| 04/04/08 | MEF | REVIEW RULE 2004 SUBPOENAS | BKG104 | 0.30 |
| 04/04/08 | MEF | REVIEW PRESENTATION FOR COMMITTEE MEETING | BKG104 | 0.30 |
| 04/04/08 | MEF | MEMOS TO PARTIES RE: COMMITTEE MEETING | BKG104 | 0.30 |
| 04/04/08 | D R | REVIEW MOTION TO CONTINUE CUSTOMER PRACTICES AND PREPARE ORDER. | BKG104 | 1.10 |
| 04/04/08 | D R | UPDATE SERVICE LIST. | BKG104 | 0.20 |
| 04/04/08 | D R | UPDATE RECLAMATION ANALYSIS. | BKG104 | 0.30 |
| 04/04/08 | JNP | CONFERENCE CALL WITH M. FELGER, S. BLOCH, M. JACOBY AND CLIENT RE: HIG AND PREPARATION FOR MEETING WITH COMMITTEE. | BKG104 | 1.00 |

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008      PAGE  18
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 04/04/08 | JNP | CORRESPONDENCE TO EPIQ RE: CLAIMS RECEIVED. | BKG104 | 0.10 |
| 04/07/08 | JNP | REVIEW COMMITTEE MOTION FOR PROCEDURES REGARDING CONFIDENTIAL INFORMATION. | BKG104 | 0.30 |
| 04/07/08 | MEF | MEMOS TO A. HALPERIN RE: COMMITTEE MEETING AND DIP ISSUES (3) | BKG104 | 0.30 |
| 04/07/08 | SAB | CONFERENCE CALL WITH HIG, MFELGER, CLIENT AND PHOENIX | BKG104 | 0.50 |
| 04/07/08 | SAB | CONFERENCE CALL WITH CLIENT, PHOENIX, MFELGER FOLLOWING HIG CALL | BKG104 | 0.50 |
| 04/07/08 | D R | FURTHER REVISIONS TO AGENDA. | BKG104 | 0.20 |
| 04/07/08 | MEF | TELEPHONE CONFERENCES WITH J. SHAPIRO RE: MEETING WITH COMMITTEE AND DIP FINANCING AND PLAN ISSUES (3) | BKG104 | 0.70 |
| 04/07/08 | MEF | MEETING WITH COMMITTEE RE: CASE STATUS, PLAN AND DIP FINANCING | BKG104 | 3.00 |
| 04/07/08 | MEF | REVIEW PRESENTATION MATERIALS FOR COMMITTEE MEETING | BKG104 | 0.50 |
| 04/07/08 | MEF | MEETING WITH CLIENT IN PREPARATION FOR COMMITTEE MEETING | BKG104 | 1.50 |
| 04/07/08 | D R | PREPARE AGENDA FOR APRIL 9 HEARING. | BKG104 | 0.30 |
| 04/07/08 | D R | REVISE, EFILING OF NOTICE OF AGENDA; COORDINATE SERVICE OF SAME. | BKG104 | 0.50 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  19
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | |
|---|---|---|---|
| 04/07/08 D R | REVIEW OF ENTERED ORDER SHORTENING TIME ON MOTION TO CONTINUE CUSTOMER PRACTICES; COORDINATE SERVICE OF SAME. | BKG104 | 0.50 |
| 04/07/08 D R | PREPARE REVISIONS TO APRIL 9 AGENDA-RE: INFORMATION ON EMPLOYMENT APPLICATIONS. | BKG104 | 0.30 |
| 04/07/08 D R | RESEARCH INFORMATION FOR J. POSLUSNY RE: PAYMENT OF CUSTOM BROKERS AND SHIPPING CHARGES. | BKG104 | 0.70 |
| 04/07/08 D R | REVISE MOTION AND PREPARE APPLICATION/ORDER SHORTENING TIME RE: MOTION TO MAINTAIN CUSTOMER PRACTICES. | BKG104 | 1.00 |
| 04/08/08 D R | RESEARCH INFORMATION FOR J. POSLUSNY RE: MOTION TO PAY CUSTOM BROKERS. | BKG104 | 0.40 |
| 04/08/08 D R | PREPARE APPLICATION/ORDER SHORTENING TIME RE: MOTION ON CUSTOM BROKERS. | BKG104 | 0.50 |
| 04/08/08 D R | RESPOND TO CREDITOR INQUIRES (X4) RE: FILING/CLAIMS ISSUES. | BKG104 | 0.30 |
| 04/08/08 D R | UPDATE SERVICE LIST. | BKG104 | 0.30 |
| 04/08/08 D R | CONFERENCE WITH J. POSLUSNY RE: HEARING ISSUES. | BKG104 | 0.20 |
| 04/08/08 D R | PREPARE NOTICE OF AMENDED AGENDA FOR APRIL 9 HEARING. | BKG104 | 0.20 |
| 04/08/08 D R | COORDINATE OVERNIGHT SERVICE OF MOTION ON REQUIRED PARTIES. | BKG104 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008      PAGE   20
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/08/08 MEF | REVIEW COMMITTEE RETENTION APPLICATION AND SECTION 1102 MOTION | BKG104 | 0.50 |
| 04/08/08 MEF | REVIEW CONFIDENTIALITY AGREEMENT | BKG104 | 0.10 |
| 04/08/08 MEF | MEMO TO A. HALPERIN RE: COMMITTEE MOTIONS | BKG104 | 0.20 |
| 04/08/08 MEF | TELEPHONE CONFERENCES WITH J. SHAPIRO RE: DIP HEARING, MEETING WITH COMMITTEE, AND RETENTION ORDER (2) | BKG104 | 0.40 |
| 04/08/08 MEF | TELEPHONE CONFERENCE J. POSLUSNY RE: ALL PENDING MATTERS | BKG104 | 0.30 |
| 04/08/08 MEF | TELEPHONE CONFERENCES WITH M. JACOBY RE: COMPARISON OF HIG APA TO PLAN (2) | BKG104 | 0.60 |
| 04/09/08 JNP | EDIT AMENDED AGENDA. | BKG104 | 0.20 |
| 04/09/08 JNP | READ/REPLY TO EMAIL FROM U.S. TRUSTEE RE: INFORMATION FOR IDI. | BKG104 | 0.10 |
| 04/09/08 JNP | TELEPHONE CALL WITH D. FISCHER RE: GPA CLAIM DEADLINE. | BKG104 | 0.10 |
| 04/09/08 JNP | TELEPHONE CALL WITH U.S. TRUSTEE RE: INITIAL REPORTS; READ/REPLY TO EMAIL FROM M. JACOBY RE: SAME. | BKG104 | 0.20 |
| 04/09/08 D R | TELEPHONE CALL TO CHAMBERS RE: BRIDGE DIP ORDERS. | BKG104 | 0.20 |
| 04/09/08 MEF | MEMOS TO PARTIES RE: 4/15 MEETING (6) | BKG104 | 0.30 |
| 04/09/08 MEF | MEMOS TO CLIENT RE: 4/15 MEETING, HIG STATUS AND COMMITTEE ISSUES | BKG104 | 0.40 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   21
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| 04/09/08 D R | CONFERENCE WITH J. POSLUSNY RE: MOTION. | BKG104 | 0.20 |
| 04/09/08 MEF | TELEPHONE CONFERENCE WITH A. BRODY RE: HIG APA AND PLAN | BKG104 | 0.30 |
| 04/09/08 MEF | MEMOS TO J. SHAPIRO RE: MEETING, INTER CREDITOR AGREEMENT, AND PLAN | BKG104 | 0.30 |
| 04/09/08 MEF | TELEPHONE CONFERENCE WITH HALPERN AND VOLKOV RE CONFIDENTIALITY AND DIP ISSUES | BKG104 | 0.40 |
| 04/10/08 D R | PREPARE CERTIFICATE OF SERVICE FOR MOTION TO CONTINUE CUSTOMER PRACTICES AND EFILING OF SAME. | BKG104 | 0.40 |
| 04/10/08 D R | FOLLOW UP WITH UTILITY ISSUES. | BKG104 | 0.20 |
| 04/10/08 JNP | REVIEW DRAFT OF SUPPLEMENTAL FILING. | BKG104 | 0.10 |
| 04/10/08 MEF | REVIEW DOCKET AND ORDERS | BKG104 | 0.10 |
| 04/10/08 JNP | REVIEW EXCHANGE OF EMAILS RE: INTERCREDITOR AGREEMENT. | BKG104 | 0.20 |
| 04/10/08 MEF | TELEPHONE CONFERENCE WITH D. GOLLIN RE: CLAIM AND CONTRACT ISSUES | BKG104 | 0.40 |
| 04/10/08 JNP | CORRESPONDENCE TO EPIQ RE: PROOF OF CLAIMS RECEIVED. | BKG104 | 0.10 |
| 04/10/08 D R | UPDATE SERVICE LIST. | BKG104 | 0.30 |
| 04/11/08 JNP | READ/REPLY TO EMAILS FROM M. FELGER AND J. JACOBY RE: UTILITY DEPOSITS. | BKG104 | 0.10 |
| 04/11/08 MEF | MEMOS TO I. VOLKOV RE: DOCUMENT REQUEST | BKG104 | 0.30 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008      PAGE   22
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/11/08 D R | RESPOND TO CALLS (X2) FROM CREDITORS RE: FILING ISSUES. | BKG104 | 0.20 |
| 04/11/08 SAB | TELEPHONE CALLS WITH JPOSLUSNY (2X) | BKG104 | 0.20 |
| 04/11/08 D R | FOLLOW UP WITH J. POSLUSNY RE: ISSUES ON FINAL UTILITY ORDER. | BKG104 | 0.20 |
| 04/14/08 JNP | EDIT PSE&G STIP PER COMMENTS FROM P. SORENSEN. | BKG104 | 0.10 |
| 04/14/08 JNP | TELEPHONE CALLS (X2) WITH D. GOLLIN RE: COMMISSIONS MOTION; TERMINATION OF EMPLOYEE; CUSTOMS MOTION. | BKG104 | 0.40 |
| 04/14/08 JNP | REVIEW BANK ACCOUNT INFORMATION FROM P. SORENSEN TO BE PROVIDED TO U.S. TRUSTEE. | BKG104 | 0.20 |
| 04/14/08 D R | UPDATE MASTER SERVICE LIST. | BKG104 | 0.30 |
| 04/14/08 SAB | CONFERENCE CALL WITH CLIENT, PHOENIX AND M.FELGER RE: MEETING WITH COMMITTEE AND VERSA | BKG104 | 1.00 |
| 04/14/08 D R | FOLLOW UP WITH PHOENIX RE: ISSUES WITH EPIQ ON SCHEDULES. | BKG104 | 0.20 |
| 04/14/08 JNP | EMAIL S. KLAR RE: PSE&G STIPULATION. | BKG104 | 0.10 |
| 04/14/08 D R | FOLLOW UP WITH ISSUES ON PECO AND PSEG OBJECTIONS; EMAIL TO CHAMBERS REQUESTED INFORMATION ON UTILITIES. | BKG104 | 0.40 |
| 04/14/08 JNP | EDIT NOTICE OF PUBLICATION DRAFTED BY D. REYES. | BKG104 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                         May 14, 2008      PAGE   23
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/14/08 MEF    CONFERENCE CALL WITH CLIENT AND      BKG104    1.00
                PROFESSIONALS RE: HIG ISSUES AND
                4/15 MEETING OF VERSA AND COMMITTEE

04/14/08 MEF    MEMOS TO P. SORENSON RE: 341 MEETING  BKG104    0.20

04/14/08 MEF    MEMOS TO PARTIES RE: 4/15 MEETING     BKG104    0.20
                LOGISTICS

04/14/08 MEF    TELEPHONE CONFERENCES WITH M. JACOBY  BKG104    0.50
                (2) RE: LIQUIDATION ANALYSIS AND
                4/15 MEETING

04/14/08 MEF    MEMO TO I. VOLKOV RE 2004 SUBPOENA    BKG104    0.40

04/14/08 D R    PREPARE DOCUMENTS FOR J. POSLUSNY     BKG104    0.40
                FOR OFFICE OF US TRUSTEE.

04/14/08 D R    TELEPHONE CALL FROM FELIX AT PHOENIX  BKG104    0.20
                RE: ISSUES ON SCHEDULES.

04/15/08 D R    PREPARE CHANGES AND REVISIONS TO      BKG104    1.50
                NOTICE OF AGENDA OF APRIL 17
                HEARING; EFILING AND SERVICE OF SAME.

04/15/08 JNP    MEETING WITH D. REYES RE:             BKG104    0.30
                PREPARATION OF AGENDA; OBJECTIONS TO
                DIP ORDER AND DISCLOSURE STATEMENT.

04/15/08 MEF    MEMO TO I. VOLKOV RE: 2004 SUBPOENA   BKG104    0.20

04/15/08 MEF    MEETING WITH P. SORENSEN RE:          BKG104    0.80
                PREPARATION FOR 341 MEETING

04/15/08 MEF    ATTEND 341 CREDITORS' MEETING AND     BKG104    2.50
                INITIAL DEBTOR INTERVIEW

04/15/08 MEF    MEMOS TO A. HALPERIN RE: 4/17         BKG104    0.20
                HEARING ISSUES (3)
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                         May 14, 2008      PAGE  24
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/15/08 | MEF | MEMOS TO A. HALPERIN RE: HIG ISSUES (2) | BKG104 | 0.40 |
| 04/16/08 | MEF | REVIEW D&O LIABILITY POLICY AND MEMOS RE: POLICY | BKG104 | 0.30 |
| 04/16/08 | D R | UPDATE SERVICE LIST. | BKG104 | 0.20 |
| 04/16/08 | JNP | READ/REPLY TO EMAILS FROM L. ZACH AND P. SORENSEN RE: PECO DEPOSIT. | BKG104 | 0.20 |
| 04/16/08 | JNP | REVIEW ON-LINE DOCKET AND EDIT AMENDED AGENDA DRAFTED BY D. REYES. | BKG104 | 0.30 |
| 04/16/08 | MEF | REVIEW OBJECTIONS TO DISCLOSURE STATEMENT AND DEBTOR IN POSSESSION FINANCING | BKG104 | 0.50 |
| 04/16/08 | MEF | MEMO TO A. HALPERIN RE: HIG ISSUES | BKG104 | 0.30 |
| 04/16/08 | MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: CLAIM ISSUES | BKG104 | 0.30 |
| 04/16/08 | D R | RETURN CALLS TO CREDITORS (X4) RE: STATUS/CLAIMS ISSUES. | BKG104 | 0.30 |
| 04/16/08 | SAB | CONFERENCE CALL WITH CLIENT, PHOENIX AND MFELGER RE: PLAN ISSUES | BKG104 | 0.50 |
| 04/16/08 | MEF | CONFERENCE CALL WITH CLIENT REPS, BLOCH, POSLUSNY AND PHOENIX RE: 4/17 HEARING ISSUES AND OBJECTIONS | BKG104 | 0.50 |
| 04/16/08 | MEF | MEMOS TO CLIENT RE: STATUS OF PENDING MATTERS | BKG104 | 0.30 |
| 04/16/08 | JNP | E-FILE AMENDED AGENDA. | BKG104 | 0.20 |
| 04/16/08 | SAB | REVIEW MARKETING CHRONOLOGY | BKG104 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE   25
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 04/17/08 | MEF | MEMOS TO I. VOLKOV RE: DISCOVERY ISSUES (5) | BKG104 | 0.80 |
| 04/17/08 | MEF | MEMOS TO HIG RE: DISCOVERY (2) | BKG104 | 0.20 |
| 04/17/08 | SAB | CONFERENCE CALL WITH CLIENT, MFELGER AND PHOENIX RE: DISCOVERY ISSUES | BKG104 | 1.00 |
| 04/17/08 | MEF | OFFICE CONFERENCE WITH J. POSLUSNY RE: HEARING, DISCOVERY AND PENDING MATTERS | BKG104 | 0.40 |
| 04/17/08 | MEF | REVISE MONTHLY FEE STATEMENT | BKG104 | 0.40 |
| 04/17/08 | MEF | ATTEND HEARING ON DIP FINANCING AND DISCLOSURE STATEMENT | BKG104 | 3.00 |
| 04/17/08 | MEF | MEETING WITH D. GOLLIN RE: CONFIDENTIALITY AND DISCOVERY | BKG104 | 0.80 |
| 04/17/08 | MEF | REVIEW THIRD BRIDGE ORDERS | BKG104 | 0.20 |
| 04/17/08 | MEF | CONFERENCE CALL WITH CLIENT AND PROFESSIONALS RE: DISCOVERY ISSUES | BKG104 | 1.00 |
| 04/17/08 | MEF | TELEPHONE CONFERENCE WITH S. BLOCH RE: CONFIDENTIALITY AGREEMENT | BKG104 | 0.30 |
| 04/17/08 | MEF | TELEPHONE CONFERENCES WITH J. SHAPIRO RE: HEARING, PLAN AND DISCOVERY (2) | BKG104 | 0.60 |
| 04/17/08 | MEF | TELEPHONE CONFERENCE WITH P. PATTERSON RE: HEARING; BRIDGE ORDER AND PLAN | BKG104 | 0.40 |
| 04/17/08 | D R | PREPARE DOCUMENTS FOR HEARING ON 4/17. | BKG104 | 0.50 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           May 14, 2008        PAGE  26
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 04/17/08 | D R | UPDATE NOTICE OF AGENDA RE: ADDITIONAL OBJECTIONS/RESPONSES RECEIVED. | BKG104 | 0.50 |
| 04/17/08 | D R | REVIEW INFORMATION FOR J. POSLUSNY RE: EPA. | BKG104 | 0.20 |
| 04/17/08 | D R | PREPARE DOCUMENTS FOR HEARING ON 4/17. | BKG104 | 0.60 |
| 04/17/08 | D R | UPDATE MASTER SERVICE LIST. | BKG104 | 0.10 |
| 04/18/08 | D R | FOLLOW UP WITH COURT RE: ISSUES ON TRANSCRIPT OF 4/17 HEARING. | BKG104 | 0.20 |
| 04/18/08 | D R | RETURN CALLS TO PARTIES LEAVING MESSAGE ON SHAPES PHONE RE: FILING/CLAIMS ISSUES. | BKG104 | 0.50 |
| 04/18/08 | D R | TELEPHONE CALL FROM C. SETH AT BLANK ROME RE: ISSUES ON SERVICE; PREPARE/EMAILING OF SERVICE INFORMATION. | BKG104 | 0.20 |
| 04/18/08 | MEF | MEMOS TO PARTIES RE: DISCOVERY ISSUES (10) | BKG104 | 0.80 |
| 04/18/08 | MEF | TELEPHONE CONFERENCE WITH D. GOLLIN RE: DISCOVERY REQUESTS | BKG104 | 0.30 |
| 04/18/08 | JNP | TELEPHONE CALL WITH P. D'AURIA RE: DOCUMENT PRODUCTION; CASE ISSUES. | BKG104 | 0.20 |
| 04/18/08 | MEF | MEMOS TO GRABELL AND COLISTRA RE: DEPOSITIONS (4) | BKG104 | 0.30 |
| 04/18/08 | SAB | E-MAIL REGARDING ENTITY STRUCTURE | BKG104 | 0.40 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                         May 14, 2008      PAGE   27
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | |
|---|---|---|---|
| 04/18/08 MEF | NUMEROUS MEMOS TO A. HALPERIN RE: BUDGET, HIG AND DISCOVERY ISSUES | BKG104 | 0.50 |
| 04/18/08 MEF | REVIEW DOCUMENTS RE: HIG AND COMMITTEE PRODUCTION | BKG104 | 0.80 |
| 04/20/08 MEF | NUMEROUS MEMOS TO PARTIES RE: DISCOVERY ISSUES | BKG104 | 0.40 |
| 04/20/08 MEF | REVIEW SUN CAPITAL LETTER | BKG104 | 0.10 |
| 04/20/08 MEF | TELEPHONE CONFERENCE WITH W. USATINE RE DISCOVERY ISSUES | BKG104 | 0.50 |
| 04/20/08 MEF | MEMOS TO V. COLISTRA RE: DEPOSITIONS (3) | BKG104 | 0.20 |
| 04/20/08 MEF | MEMOS TO COMMITTEE RE: SUN LETTER | BKG104 | 0.10 |
| 04/20/08 MEF | MEMOS TO CLIENT RE: DISCOVERY ISSUES | BKG104 | 0.20 |
| 04/20/08 MEF | REVIEW BINDER RE: EQUITY TRANSACTION | BKG104 | 0.30 |
| 04/21/08 MEF | MEMOS TO CLIENT RE: HIG DOCUMENT REQUEST (3) | BKG104 | 0.30 |
| 04/21/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: AMENDMENTS TO DISCLOSURE STATEMENT | BKG104 | 0.30 |
| 04/21/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: AMENDMENT TO PLAN AND DISCLOSURE STATEMENT | BKG104 | 0.40 |
| 04/21/08 MEF | TELEPHONE CONFERENCE WITH E. FORTE RE: DISCOVERY ISSUES | BKG104 | 0.20 |
| 04/21/08 MEF | MEMOS TO PARTIES RE: CIT BRIDGE ORDER (5) | BKG104 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   28
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| 04/21/08 MEF | MEMOS TO A. BRODY RE: HIG DOCUMENT REQUEST | BKG104 | 0.30 |
|---|---|---|---|
| 04/21/08 MEF | MEMOS TO A. HALPERIN RE: HIG DOCUMENT REQUEST (5) | BKG104 | 0.40 |
| 04/21/08 MEF | MEMOS TO W. USATINE RE: RULE 2004 SUBPOENA DOCUMENTS | BKG104 | 0.30 |
| 04/21/08 MEF | REVIEW DOCUMENTS RESPONSIVE TO RULE 2004 SUBPOENA | BKG104 | 0.70 |
| 04/21/08 MEF | REVIEW DOCUMENTS RELATIVE TO HIG REQUEST | BKG104 | 0.50 |
| 04/21/08 MEF | MEMOS TO CLIENT RE: RULE 2004 SUBPOENA DOCUMENTS (5) | BKG104 | 0.30 |
| 04/21/08 MEF | MEMOS TO ARCUS AND CIT RE: COMMITTEE DOCUMENT REQUEST | BKG104 | 0.20 |
| 04/21/08 MEF | MEMOS TO A. HALPERIN RE: WARRANTY ISSUES (2) | BKG104 | 0.20 |
| 04/21/08 SAB | REVIEW HEARING TRANSCRIPT | BKG104 | 1.00 |
| 04/21/08 MEF | MEMOS TO FILE RE: DISCOVERY AND DEPOSITION ISSUES (5) | BKG104 | 0.50 |
| 04/21/08 MEF | TELEPHONE CONFERENCES WITH M. JACOBY (2) RE: REVISED BUDGET | BKG104 | 0.40 |
| 04/21/08 MEF | REVIEW COLISTRA NOTES RE: DIP FINANCING | BKG104 | 0.20 |
| 04/21/08 MEF | TELEPHONE CONFERENCE WITH D. GOLLIN RE: DOCUMENT REQUEST AND ACCU-WELD ISSUE | BKG104 | 0.30 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008        PAGE   29
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| 04/21/08 MEF | CONFERENCE CALL WITH PARTIES RE: DISCOVERY ISSUES | BKG104 | 0.30 |
|---|---|---|---|
| 04/22/08 MEF | MEMOS TO USATINE RE RULE 2004 ISSUES | BKG104 | 0.30 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: DISCOVERY ISSUES | BKG104 | 0.20 |
| 04/22/08 MEF | REVIEW DOCUMENTS RESPONSIVE TO HIG REQUEST | BKG104 | 0.70 |
| 04/22/08 EDF | DISCUSSION WITH FELGER RE: SUBPOENA RESPONSES AND DEPOSITION PREPARATION | BKG104 | 0.20 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH E. FORTE RE: DISCOVERY ISSUES | BKG104 | 0.30 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH G. GRABELL RE: HIG, SUN AND VERSA STRATEGY | BKG104 | 0.40 |
| 04/22/08 MEF | REVIEW ARCUS RESPONSE TO OBJECTION TO DIP AND DISCLOSURE STATEMENT | BKG104 | 0.30 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH A. HALPERIN RE: HIG AND SUN ISSUES AND PENDING MATTERS | BKG104 | 0.80 |
| 04/22/08 EDF | REVIEW SUBPOENA ISSUED BY COMMITTEE AND PROVIDE LEGAL OPINION TO FELGER RE: SCOPE OF RESPONSE | BKG104 | 0.30 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE COMMITTEE MOTION AND DISCOVERY ISSUES | BKG104 | 0.30 |
| 04/22/08 SAB | CONFERENCE CALL WITH CLIENT, MFELGER, JPOSLUSNY AND PHOENIX RE: DISCOVERY ISSUES AND HIG ISSUES | BKG104 | 1.00 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   30
FILE NUMBER: 220718.000
INVOICE NO.: 589726


| 04/22/08 SAB | REVIEW REQUEST FOR DOCUMENTS | BKG104 | 0.20 |
|---|---|---|---|
| 04/22/08 MEF | MEMOS TO HALPERIN AND BRODY RE HIG DOCUMENT REQUEST (10) | BKG104 | 0.70 |
| 04/22/08 MEF | CONFERENCE CALL WITH CLIENT, PHOENIX, AND COZEN TEAM RE: DISCOVERY ISSUES, HIG AND SUN ISSUES | BKG104 | 1.00 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH E. FREED RE: DISCOVERY ISSUES | BKG104 | 0.20 |
| 04/22/08 D R | UPDATE MASTER SERVICE LIST AND EFILING OF SAME. | BKG104 | 0.50 |
| 04/22/08 MEF | MEMO TO V. COLISTRA RE: DEPOSITION | BKG104 | 0.10 |
| 04/23/08 MEF | CONFERENCE CALL WITH SHAPES TEAM RE: PLAN, BEN ISSUES, ULTRA ISSUES, AND DOCUMENT PRODUCTION AND DEPOSITION | BKG104 | 0.80 |
| 04/23/08 MEF | MEMOS TO M. JACOBY RE: HIG DOCUMENT REQUEST | BKG104 | 0.20 |
| 04/23/08 MEF | TELEPHONE CONFERENCE WITH V. COLISTRA RE: CUSTOMER DATA ISSUE AND DEPOSITION | BKG104 | 0.20 |
| 04/23/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: BEN FILING ISSUE | BKG104 | 0.30 |
| 04/23/08 MEF | TELEPHONE CONFERENCE WITH E. FORTE RE DISCOVERY AND DEPOSITION ISSUES | BKG104 | 0.20 |
| 04/23/08 MEF | MEMOS TO PARTIES RE: DEPOSITION ISSUES (4) | BKG104 | 0.40 |
| 04/23/08 EDF | EMAILS WITH FELGER RE: DEPOSITION ISSUES | BKG104 | 0.30 |


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                      May 14, 2008      PAGE   31
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/23/08 JNP    EMAIL J. KURTZMAN RE: JAGUAR STAY        BKG104    0.10
                MOTION.

04/23/08 MEF    REVIEW DOCUMENTS RESPONSIVE TO HIG       BKG104    1.00
                REQUEST

04/23/08 MEF    REVIEW COMMITTEE AND HIG SUBPOENA        BKG104    0.20

04/23/08 JNP    TELEPHONE CALL WITH J. MORTON RE:        BKG104    0.20
                JAGUAR STAY RELIEF.

04/23/08 MEF    NUMEROUS EMAILS TO BRODY AND             BKG104    0.80
                HALPERIN RE: HIG DOCUMENT REQUEST

04/23/08 EDF    SEVERAL EMAILS BETWEEN FELGER AND        BKG104    0.30
                OPPOSING COUNSEL RE: DEPOSITIONS TO
                BE TAKEN NEXT WEEK

04/23/08 MEF    TELEPHONE CONFERENCE WITH J.             BKG104    0.30
                POSLUSNY RE: DISCOVERY ISSUES

04/23/08 MEF    MEMOS TO A. HALPERIN RE: VERSA TERM      BKG104    0.20
                SHEET (2)

04/23/08 MEF    MEMOS TO A. HALPERIN RE: 1102 MOTION     BKG104    0.20
                (2)

04/24/08 D R    RESEARCH INFORMATION RE: FORM FOR        BKG104    0.20
                CUSTOMS BOND AND EMAILING OF SAME.

04/24/08 JNP    REVIEW CUSTOMER PRACTICES AND            BKG104    0.10
                ORDINARY COURSE PROFESSIONAL ORDERS.

04/24/08 MEF    TELEPHONE CONFERENCE WITH S. GRABELL     BKG104    0.30
                RE: DEPOSITIONS AND SUN AND LONGROAD
                ISSUES


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008      PAGE  32
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/24/08 | D R | CONFERENCE WITH J. POSLUSNY RE: CUSTOMS BOND ISSUES AND PLAN/DISCLOSURE STATEMENT. | BKG104 | 0.30 |
| 04/24/08 | EDF | EMAILS WITH FELGER AND OPPOSING COUNSEL RE: VARIOUS PENDING ISSUES RELATED TO DISCOVERY | BKG104 | 0.30 |
| 04/24/08 | JNP | PREPARE EXHIBITS AND PLEADINGS FOR FILING OF AMENDED PLAN AND DISCLOSURE STATEMENT; FILE SAME BY ECF. | BKG104 | 1.40 |
| 04/24/08 | EDF | IN PREPARATION FOR DEPOSITIONS, READING HEARING TRANSCRIPTS AND OBJECTIONS FILED BY CREDITORS' COMMITTEE | BKG104 | 2.70 |
| 04/24/08 | D R | UPDATE MASTER SERVICE LIST AND EMAIL SAME TO EPIQ. | BKG104 | 0.30 |
| 04/24/08 | D R | CONFERENCE WITH J. POSLUSNY RE: DOCUMENT PRODUCTION. | BKG104 | 0.10 |
| 04/24/08 | D R | UPDATE CRITICAL DATES MEMO AND CIRCULATE. | BKG104 | 0.20 |
| 04/25/08 | EDF | REVIEWING IMPORTANT DOCUMENTS IN PREPARING FOR PREPPING AND DEPOSITION OF S. GRABELL | BKG104 | 0.50 |
| 04/25/08 | JNP | REVIEW WELLS FARGO STAY MOTION ON BEAM LIFT. | BKG104 | 0.20 |
| 04/25/08 | JNP | TELEPHONE CALL WITH N. BRENNAN RE: CASE STATUS. | BKG104 | 0.10 |
| 04/25/08 | MEF | MEMOS TO CLIENT RE: HIG AND PLAN ISSUES | BKG104 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE   33
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| | | | |
|---|---|---|---|
| 04/27/08 MEF | MEMOS TO FILE RE: DEPOSITIONS, HEARING, PLAN AND HIG ISSUES (10) | BKG104 | 0.60 |
| 04/28/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: CIT ISSUES AND PLAN ISSUES | BKG104 | 0.40 |
| 04/28/08 MEF | MEMOS TO HIG'S COUNSEL RE: PLAN AND DIP FINANCING (5) | BKG104 | 0.30 |
| 04/28/08 D R | PREPARE NOTICE OF AGENDA FOR MAY 1 HEARING. | BKG104 | 0.50 |
| 04/28/08 JNP | REVIEW DOCUMENTS FROM MONROE INDUSTRIAL; CORRESPONDENCE TO MONROE RE: NEED TO COMPLETE PROOF OF CLAIM FORM. | BKG104 | 0.10 |
| 04/29/08 JNP | TELEPHONE CALL WITH P. SORENSON RE: AMENDED SCHEDULES. | BKG104 | 0.20 |
| 04/29/08 D R | PREPARE/EFILING AND SERVICE OF NOTICE OF AGENDA FOR MAY 1 HEARING. | BKG104 | 0.40 |
| 04/29/08 EDF | REVIEW DRAFT LETTER TO INSURANCE COMPANY RE: NOTICE OF POTENTIAL CLAIM AND ADVISE FELGER | BKG104 | 0.20 |
| 04/29/08 EDF | MEETING WITH FELGER AND S. BLOCH RE: INSURANCE ISSUES | BKG104 | 0.20 |
| 04/29/08 SAB | E-MAILS REGARDING LETTER FROM COMMITTEE (3) | BKG104 | 0.20 |
| 04/29/08 DMM | PROVIDE ADVICES RE: TO WHOM NOTICE SHOULD BE GIVEN IN LIGHT OF IMMINENT EXPIRATION OF POLICY | BKG104 | 0.20 |
| 04/29/08 SAB | REVIEW SGRABELL DEPOSITION | BKG104 | 1.00 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008       PAGE   34
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | | Description | | |
|---|---|---|---|---|
| 04/29/08 | SAB | TELEPHONE CALL WITH DGOLLIN RE: NOTICE | BKG104 | 0.20 |
| 04/29/08 | SAB | REVIEW NOTICE OF CLAIMS FROM CREDITORS COMMITTEE COUNSEL | BKG104 | 0.10 |
| 04/29/08 | D R | REVISE AGENDA RE: ADDITIONAL OBJECTIONS/RESPONSES RECEIVED; UPDATE MEMO RE: SAME. | BKG104 | 1.00 |
| 04/29/08 | D R | UPDATE MASTER SERVICE LIST. | BKG104 | 0.10 |
| 04/29/08 | DMM | EVALUATE AND COMMENT ON PROPOSED LETTER ADVISING OF NOTICE OF POTENTIAL CLAIM | BKG104 | 0.20 |
| 04/29/08 | SAB | REVIEW DRAFT OF LETTER TO INSURER | BKG104 | 0.20 |
| 04/29/08 | MEF | MEMOS TO HIG RE: PLAN AND DIP | BKG104 | 0.30 |
| 04/29/08 | MEF | NUMEROUS MEMOS TO CLIENT AND PHOENIX RE: PLAN, HIG AND 5/1 HEARING ISSUES | BKG104 | 0.40 |
| 04/30/08 | MEF | MEMOS TO J. SHAPIRO RE: ARCUS ISSUES AND HEARING (3) | BKG104 | 0.30 |
| 04/30/08 | SAB | MEETING WITH CLIENTS, PHOENIX AND MFELGER RE: 5/1 HEARING PREPARATION | BKG104 | 3.00 |
| 04/30/08 | JNP | READ/REPLY TO EMAIL FROM S. KLAR RE: PSE&G DEPOSIT AND PAYMENT. | BKG104 | 0.10 |
| 04/30/08 | JNP | TELEPHONE CALL WITH E. GALLAGHER RE: FILING PROOF OF CLAIM. | BKG104 | 0.10 |
| 04/30/08 | SAB | CONFERENCE WITH MFELGER REGARDING OUTSTANDING ISSUES | BKG104 | 0.40 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        May 14, 2008     PAGE   35
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| 04/30/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: JAGUAR STAY RELIEF. | BKG104 | 0.20 |
|----------|-----|---|--------|------|
| 04/30/08 | D R | PREPARE/EFILING OF AMENDED NOTICE OF AGENDA FOR MAY 1 HEARING. COORDINATE SERVICE OF SAME. | BKG104 | 0.80 |
| 04/30/08 | JNP | READ/REPLY TO EMAIL FROM L. ZACK RE: PECO DEPOSIT. | BKG104 | 0.10 |
| 04/30/08 | D R | RETRIEVE INFORMATION FOR J. POSLUSNY RE: MOTION TO APPOINT TRUSTEE. | BKG104 | 0.20 |
| 04/30/08 | SAB | MEETING WITH MFELGER AND SGRABELL RE: HEARING PREPARATION | BKG104 | 2.50 |

```
          TOTAL CASE ADMINISTRATION                     122.00  $54219.00
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008      PAGE   36
FILE NUMBER: 220718.000
INVOICE NO.: 589726

                CLAIMS ADMINISTRATION AND OBJECTIONS

04/02/08 MEF    REVIEW LEASE AND UCC RE: EQUIPMENT      BKG105    0.20
                ISSUE

04/02/08 MEF    TELEPHONE CONFERENCE WITH COUNSEL       BKG105    0.20
                RE: RECLAMATION ISSUE

04/02/08 MEF    MEMO TO B. FARLEY RE: EQUIPMENT ISSUE   BKG105    0.20

04/03/08 MEF    REVIEW RECLAMATION DEMANDS              BKG105    0.20

04/03/08 MEF    MEMOS TO PARTIES RE: UCC ISSUES (3)     BKG105    0.20

04/04/08 MEF    REVIEW UCC SEARCH FROM BLANK ROME       BKG105    0.20

04/04/08 MEF    TELEPHONE CONFERENCE WITH J. MORTON     BKG105    0.20
                RE: WELLS FARGO MATTER

04/08/08 JNP    READ/REPLY TO EMAIL FROM M. PETRET      BKG105    0.10
                RE: BANCO SABADELL PROOF OF CLAIM.

04/08/08 MEF    MEMO TO B. FARLEY RE: EQUIPMENT/UCC     BKG105    0.20
                ISSUE

04/08/08 JNP    TELEPHONE CALL WITH J. GIAMPIETRO       BKG105    0.10
                RE: HUNTER DOUGLAS CLAIM.

04/08/08 JNP    CORRESPONDENCE TO EPIQ RE: CLAIMS       BKG105    0.10
                RECEIVED.

04/11/08 JNP    CORRESPONDENCE TO EPIQ RE: PROOF OF     BKG105    0.10
                CLAIM.

04/11/08 JNP    CORRESPONDENCE FROM K. STIFFLER RE:     BKG105    0.10
                PPG PRIORITY CLAIMS.

04/11/08 JNP    TELEPHONE CALL WITH M. CHENEY RE:       BKG105    0.20
                CASE BACKGROUND; DREXEL CLAIM.

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008    PAGE  37
FILE NUMBER: 220718.000
INVOICE NO.: 589726

04/14/08 JNP   CORRESPONDENCE TO EPIQ RE: PROOF OF      BKG105   0.10
               CLAIMS RECEIVED.

04/14/08 JNP   READ/REPLY TO CORRESPONDENCE FROM J.     BKG105   0.20
               SCHWARTZ RE: HUA FENG ADMINISTRATIVE
               CLAIM.

04/14/08 D R   PREPARE AFFIDAVITS OF PUBLICATION        BKG105   0.60
               RE: BAR DATE NOTICE PUBLISHED IN
               COURIER POST, PHILADELPHIA INQUIRER
               AND NEW YORK TIMES.

04/14/08 D R   RETURN CALLS TO CREDITORS (X2) RE        BKG105   0.30
               ISSUES ON FILING CLAIMS.

04/16/08 D R   PREPARE AND EFILING OF AFFIDAVIT OF      BKG105   0.50
               PUBLICATION.

04/17/08 JNP   RESEARCH RE: DEADLINE FOR GOVERNMENT     BKG105   0.20
               UNIT TO FILE CLAIM.

04/17/08 JNP   TELEPHONE CALL WITH R. KEY RE:           BKG105   0.10
               CLAIMANT WITH QUESTIONS.

04/17/08 D R   RESPOND TO CALL FROM CREDITOR RE:        BKG105   0.20
               INFORMATION ON CLAIMS DEADLINE.

04/18/08 JNP   CORRESPONDENCE TO EPIQ RE: PROOF OF      BKG105   0.10
               CLAIMS RECEIVED.

04/18/08 JNP   TELEPHONE CALL WITH D. FRANKEL RE:       BKG105   0.20
               EPA PROOF OF CLAIM DEADLINE.

04/18/08 JNP   CORRESPONDENCE FROM J. VENABLE RE:       BKG105   0.10
               WINDOWS USA CLAIM.

04/19/08 JNP   RESEARCH RE: GOVERNMENT PROOF OF         BKG105   0.20
               CLAIM BAR DATE.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE   38
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/22/08  JNP   CORRESPONDENCE TO EPIQ RE: PROOF OF     BKG105    0.10
                CLAIMS RECEIVED.

04/22/08  JNP   TELEPHONE CALL WITH I. DEICHES RE:      BKG105    0.10
                CASE INFORMATION FOR CLAIM HOLDER.

04/22/08  MEF   REVISE COMMISSIONS MOTION               BKG105    0.30

04/22/08  JNP   EMAIL FROM E. MINUSKIN AND TO EPIQ      BKG105    0.10
                RE: PROVIDING PROOF OF CLAIM.

04/23/08  JNP   READ/REPLY TO EMAIL FROM C. SO RE:      BKG105    0.10
                CASE INFORMATION.

04/24/08  JNP   CORRESPONDENCE TO EPIQ RE: PROOF OF     BKG105    0.10
                CLAIMS RECEIVED.

           TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS             5.90    $2209.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  39
FILE NUMBER: 220718.000
INVOICE NO.: 589726

    EMPLOYEE BENEFITS/PENSIONS

04/04/08 D R   REVISIONS TO MOTION TO PAY EMPLOYEE     BKG106     0.40
               COMMISSIONS AND PREPARATION OF ORDER.

        TOTAL EMPLOYEE BENEFITS/PENSIONS                         0.40      $78.00

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE  40
FILE NUMBER: 220718.000
INVOICE NO.: 589726

FEE/EMPLOYMENT APPLICATIONS

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/03/08 | JNP | EMAIL FROM U.S. TRUSTEE RE: S & L RETENTION ISSUES. | BKG107 | 0.10 |
| 04/03/08 | D R | PREPARE ATTORNEY DISCLOSURE STATEMENT FOR EACH OF FIVE CASES. | BKG107 | 1.10 |
| 04/03/08 | D R | PREPARE MARCH 2008 MONTHLY FEE STATEMENT. | BKG107 | 0.80 |
| 04/03/08 | JNP | DRAFT AMENDED ORDINARY COURSE PROFESSIONAL PLEADINGS. | BKG107 | 1.40 |
| 04/03/08 | JNP | READ/REPLY TO EMAIL FROM U.S. TRUSTEE RE: PHOENIX RETENTION. | BKG107 | 0.10 |
| 04/03/08 | MEF | REVIEW REVISED OCP MOTION | BKG107 | 0.20 |
| 04/04/08 | MEF | MEMO TO A. HALPERIN RE: RETENTION ISSUE | BKG107 | 0.30 |
| 04/04/08 | MEF | TELEPHONE CONFERENCE WITH S. BLOCH RE: COMMITTEE RETENTION ISSUES | BKG107 | 0.30 |
| 04/04/08 | SAB | E-MAILS REGARDING RETENTION APPLICATION | BKG107 | 0.40 |
| 04/04/08 | D R | PREPARE AMENDED MOTION FOR EMPLOYMENT OF ORDINARY COURSE PROFESSIONALS AND EFILING/SERVICE OF SAME. | BKG107 | 0.50 |
| 04/04/08 | D R | REVISE MARCH 2008 MONTHLY FEE STATEMENT. | BKG107 | 0.50 |
| 04/04/08 | JNP | EDIT FORM FOR MONTHLY FEE STATEMENT DRAFTED BY D. REYES. | BKG107 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  41
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/04/08 JNP | TELEPHONE CALL WITH J. SPONDER RE: U.S. TRUSTEE OBJECTION TO RETENTION. | BKG107 | 0.20 |
| 04/04/08 JNP | EMAIL J. SPONDER RE: ISSUES WITH COZEN O'CONNOR, PHOENIX AND S & L RETENTION. | BKG107 | 0.10 |
| 04/04/08 JNP | READ/REPLY TO EMAILS FROM M. JACOBY; REVIEW PRE-PETITION PAYMENT INFORMATION FOR PHOENIX; EMAIL TO J. SPONDER RE: SAME. | BKG107 | 0.40 |
| 04/04/08 JNP | EMAIL M. FELGER AND M. JACOBY RE: RETENTION ISSUES WITH U.S. TRUSTEE. | BKG107 | 0.20 |
| 04/07/08 JNP | REVIEW RETENTION APPLICATIONS FOR COLE SCHOTZ, HALPERIN, J.H. COHN. | BKG107 | 0.40 |
| 04/07/08 MEF | MEMOS TO B. LAPOWSKY RE: RETENTION APPLICATION ISSUES (2) | BKG107 | 0.20 |
| 04/08/08 JNP | TELEPHONE CALL WITH P. D'AURIA RE: RETENTION ISSUES. | BKG107 | 0.20 |
| 04/08/08 MEF | REVIEW AND REVISE RETENTION ORDERS | BKG107 | 0.60 |
| 04/08/08 JNP | EDIT RETENTION ORDERS FOR COZEN O'CONNOR, STEVENS & LEE AND PHOENIX PER COMMENTS OF U.S. TRUSTEE. | BKG107 | 0.30 |
| 04/08/08 JNP | TELEPHONE CALL WITH M. FELGER RE: RETENTION ISSUES. | BKG107 | 0.30 |
| 04/08/08 MEF | REVIEW INTERIM DIP ORDER RE: EVERGREEN RETENTION ISSUE | BKG107 | 0.30 |
| 04/08/08 JNP | EMAIL P. D'AURIA RE: RETENTION ISSUES. | BKG107 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   42
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | | Description | | |
|------|------|------|------|------|
| 04/08/08 | JNP | DRAFT REVISED RETENTION ORDERS FOR COZEN O'CONNOR, PHOENIX AND STEVENS & LEE. | BKG107 | 0.30 |
| 04/08/08 | JNP | TELEPHONE CALL WITH P. D'AURIA RE: COZEN O'CONNOR AND PHOENIX RETENTION. | BKG107 | 0.20 |
| 04/08/08 | JNP | EMAIL J. SPONDER RE: COZEN O'CONNOR, PHOENIX AND STEVENS & LEE RETENTION. | BKG107 | 0.20 |
| 04/08/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: RETENTION APPLICATIONS. | BKG107 | 0.20 |
| 04/08/08 | JNP | TELEPHONE CALL WITH J. SPONDER RE: RETENTION APPLICATIONS. | BKG107 | 0.20 |
| 04/08/08 | MEF | MEMOS TO COMMITTEE RE: RETENTION ORDERS (2) | BKG107 | 0.20 |
| 04/09/08 | JNP | EDIT PHOENIX RETENTION ORDER; EMAIL P. D'AURIA RE: SAME. | BKG107 | 0.10 |
| 04/09/08 | JNP | READ/REPLY TO EMAIL FROM P. D'AURIA RE: RETENTION ORDERS. | BKG107 | 0.10 |
| 04/09/08 | MEF | REVIEW CASE LAW RE: RETENTION ISSUES | BKG107 | 0.40 |
| 04/09/08 | D R | FOLLOW UP WITH ISSUES RELATED TO PROFESSIONAL RETENTIONS/INFORMAL RESPONSES RECEIVED. | BKG107 | 0.30 |
| 04/09/08 | D R | PREPARE THREE RETENTION ORDERS AND EMAIL SAME TO CHAMBERS. | BKG107 | 0.30 |
| 04/10/08 | MEF | REVIEW AND REVISE FEE STATEMENT | BKG107 | 0.30 |
| 04/10/08 | D R | REVIEW OF RETENTION ORDERS. | BKG107 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE   43
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/10/08 D R    PREPARE CERTIFICATE OF SERVICE FOR     BKG107    0.50
                AMENDED MOTION AND EFILING OF SAME.

04/14/08 JNP    READ/REPLY TO EMAIL FROM D. GOLLIN     BKG107    0.10
                RE: ORDINARY COURSE PROFESSIONALS.

04/16/08 D R    PREPARE CERTICATE OF NO OBJECTION TO   BKG107    0.30
                MOTION TO EMPLOY ORDINARY COURSE
                PROFESSIONALS AND EFILING OF SAME.

04/16/08 D R    TELEPHONE CALL TO/FROM K. MCKENNA      BKG107    0.20
                RE: ORDINARY COURSE RETENTION.

04/17/08 D R    PREPARE/EMAIL INFORMATION TO K.        BKG107    0.20
                MCKENNA RE: ORDINARY COURSE
                PROFESSIONAL RETENTION.

04/17/08 D R    TELEPHONE CALL (X2) FROM K. MCKENNA    BKG107    0.20
                RE: ISSUE ON ORDINARY COURSE
                PROFESSIONAL RETENTION.

04/17/08 D R    PREPARE FEE STATEMENT FOR COZEN        BKG107    1.30
                O'CONNOR FOR MARCH 2008.

04/17/08 D R    REVISE FEE STATEMENT FOR MARCH 2008    BKG107    0.80
                FOR PHOENIX.

04/18/08 D R    FOLLOW UP WITH ATTORNEYS RE:           BKG107    0.60
                ORDINARY COURSE OF BUSINESS
                RETENTION; PREPARE AND EMAILING OF
                QUESTIONNAIRE.

04/21/08 MEF    REVIEW AND REVISE MONTHLY FEE          BKG107    0.30
                STATEMENT

04/22/08 JNP    TELEPHONE CALL WITH G. MARTIN RE:      BKG107    0.30
                ROUX ORDINARY COURSE DISCLOSURES.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008     PAGE   44
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/22/08 D R    TELEPHONE CALLS (X2) FROM ATTORNEYS      BKG107    0.30
                RE: ORDINARY COURSE PROFESSIONAL
                RETENTIONS AND PREPARE/EMAILING OF
                INFORMATION.

04/22/08 D R    PREPARE QUESTIONNAIRE AND AFFIDAVIT      BKG107    0.40
                FOR ORDINARY COURSE PROFESSIONALS
                AND EMAILING OF SAME.

04/23/08 D R    REVISE FEE STATEMENTS OF COZEN           BKG107    0.70
                O'CONNOR AND PHOENIX.

04/23/08 D R    REVISE PHOENIX FEE STATEMENT AND         BKG107    0.30
                EMAIL SAME TO M. JACOBY.

04/23/08 D R    PREPARE/EFILING OF COZEN O'CONNOR        BKG107    0.50
                AND PHOENIX MARCH FEE STATEMENT AND
                SERVICE OF SAME.

04/23/08 JNP    REVIEW COZEN O'CONNOR MONTHLY            BKG107    0.20
                STATEMENT AND EMAIL M. FELGER WITH
                COMMENTS.

04/24/08 D R    PREPARE/EMAIL INFORMATION TO STEVENS     BKG107    0.10
                & LEE RE: FEE STATEMENT.

04/24/08 D R    REVIEW OF ORDINARY COURSE OF             BKG107    0.20
                BUSINESS AND CUSTOMER PRACTICES
                ORDER AND FORWARD SAME.

04/24/08 D R    REVIEW ISSUES RE: ORDINARY COURSE OF     BKG107    0.20
                PROFESSIONAL AFFIDAVIT.

04/30/08 D R    FOLLOW UP WITH QUESTIONNAIRE FOR         BKG107    0.20
                ORDINARY COURSE OF BUSINESS
                PROFESSIONAL.

        TOTAL FEE/EMPLOYMENT APPLICATIONS                  20.20   $6184.00


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008    PAGE   45
FILE NUMBER: 220718.000
INVOICE NO.: 589726

        FEE/EMPLOYMENT OBJECTIONS

04/04/08 MEF   MEMOS TO POSLUSNY RE U.S. TRUSTEE     BKG108   0.30
               RETENTION ISSUES (3)

04/16/08 JNP   REVIEW MARCH 2008 FEE STATEMENT.      BKG108   0.20

        TOTAL FEE/EMPLOYMENT OBJECTIONS              0.50    $232.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  46
FILE NUMBER: 220718.000
INVOICE NO.: 589726

          FINANCING

| | | | | |
|---|---|---|---|---|
| 04/01/08 MEF | MEMOS TO ARCH ACQUISITION RE: OBJECTION AND LETTER | BKG109 | 0.20 |
| 04/01/08 MEF | REVIEW LETTER FROM ARCH ACQUISITIONS RE: OFFER | BKG109 | 0.10 |
| 04/01/08 JNP | CONFERENCE CALL WITH M. FELGER, S. BLOCH AND CLIENT RE: HIG FINANCING PROPOSAL. | BKG109 | 1.00 |
| 04/01/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY AND S. GRABELL RE: DIP FINANCING ISSUES | BKG109 | 0.50 |
| 04/01/08 MEF | TELEPHONE CONFERENCE WITH P. PATTERSON RE OBJECTION TO DIP AND ADJOURNMENT | BKG109 | 0.30 |
| 04/01/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE OBJECTION TO DIP (2) | BKG109 | 0.30 |
| 04/01/08 MEF | CONFERENCE CALL WITH CLIENT, PHOENIX AND S. BLOCH RE: OBJECTION BY ARCH ACQUISITION | BKG109 | 1.00 |
| 04/02/08 SAB | REVIEW AMENDMENT TO ARCUS DIP LOAN | BKG109 | 0.40 |
| 04/02/08 MEF | REVIEW BRIDGE ORDER FOR DIP MOTION | BKG109 | 0.30 |
| 04/02/08 MEF | CONFERENCE CALL WITH GRABELL, JACOBY, BLOCH AND POSLUSNY RE: OBJECTIONS TO DIP FINANCING | BKG109 | 0.70 |
| 04/02/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: DIP OBJECTION AND HEARING | BKG109 | 0.30 |
| 04/02/08 MEF | MEMOS TO ARCH ACQUISITION RE: OBJECTION (2) | BKG109 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   47
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| 04/03/08 SAB | CONFERENCE WITH JSCHERER REGARDING ARCUS AMENDMENT | BKG109 | 0.20 |
|---|---|---|---|
| 04/03/08 SAB | REVIEW WAIVER LETTERS | BKG109 | 0.10 |
| 04/03/08 SAB | PREPARE COMMENTS TO ARCUS DIP AMENDMENT | BKG109 | 0.60 |
| 04/03/08 SAB | E-MAILS REGARDING CHANGES TO ARCUS DIP AMENDMENT RELATING TO REPS (4) | BKG109 | 0.20 |
| 04/03/08 D R | PREPARE AND SUBMIT BRIDGE ORDERS TO CHAMBERS; FORMAT SAME FOR COURT FILING. | BKG109 | 0.50 |
| 04/03/08 SAB | CONFERENCE CALL WITH JSCHERER AND STRODDLER REGARDING REVISION TO ARCUS DIP LOAN AGREEMENT AMENDMENT | BKG109 | 0.30 |
| 04/03/08 SAB | REVIEW AND ANALYZE HIG LETTER AND TERM SHEET | BKG109 | 0.80 |
| 04/03/08 SAB | REVIEW CIT AMENDMENT | BKG109 | 0.10 |
| 04/03/08 MEF | MEMOS TO PARTIES RE: DIP LOAN AMENDMENTS (8) | BKG109 | 0.40 |
| 04/03/08 MEF | REVIEW DIP LOAN AMENDMENTS | BKG109 | 0.30 |
| 04/03/08 MEF | MEMOS TO P. PATTERSON RE: DIP AMENDMENTS (2) | BKG109 | 0.20 |
| 04/03/08 MEF | MEMOS TO HIG COUNSEL RE: CONFERENCE CALL (3) | BKG109 | 0.30 |
| 04/03/08 JSR | NEGOTIATION OF AMENDMENT TO ARCUS LOAN. | BKG109 | 0.80 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                May 14, 2008     PAGE   48
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| 04/03/08 JSR | MULTIPLE CONVERSATIONS WITH M. FELGER AND S. TROODLER REGARDING LANGUAGE OF AMENDMENT. | BKG109 | 0.50 |
|---|---|---|---|
| 04/03/08 JSR | RECEIPT AND REVIEW OF CIT AMENDMENT. | BKG109 | 0.20 |
| 04/03/08 JSR | REVIEW REVISED ARCUS AMENDMENT TO LOAN AGREEMENT. | BKG109 | 0.20 |
| 04/03/08 MEF | OFFICE CONFERENCE WITH J. SHAPIRO RE: FINANCING ISSUES | BKG109 | 0.40 |
| 04/04/08 JSR | RECEIPT AND REVIEW OF FINAL AMENDMENT. | BKG109 | 0.20 |
| 04/04/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: HIG OBJECTION AND TERM SHEET | BKG109 | 0.30 |
| 04/04/08 MEF | REVIEW HIG TERM SHEET AND OBJECTIONS | BKG109 | 0.30 |
| 04/04/08 MEF | MEMOS TO PARTIES RE: HIG CONFERENCE CALL | BKG109 | 0.20 |
| 04/04/08 JSR | TELEHPONE CONFERENCE WITH STRADLEY AND BLANK ROME REGARDING AMENDMENTS TO LOAN DOCUMENTS. | BKG109 | 0.20 |
| 04/04/08 MEF | MEMOS TO SHAPIRO AND PATTERSON RE: DIP FINANCING ISSUES | BKG109 | 0.20 |
| 04/04/08 MEF | MEMOS TO ARCH RE: ALTERNATE DIP FINANCING | BKG109 | 0.80 |
| 04/04/08 SAB | REVIEW E-MAIL REGARDING COMMENTS TO DIP FINANCING AGREEMENT | BKG109 | 0.40 |
| 04/04/08 MEF | TELEPHONE CONFERENCE WITH I. VOLKOV RE: DIP FINANCING ISSUES | BKG109 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008    PAGE  49
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/04/08 MEF    MEMOS TO COMMITTEE RE: DIP FINANCING   BKG109    0.20
                ISSUES

04/04/08 JSR    CONFERENCE AND DISTRIBUTION OF         BKG109    0.30
                SIGNATURE PAGES TO CLIENT.

04/04/08 MEF    REVIEW DIP COMMENTS FROM COMMITTEE     BKG109    0.30

04/07/08 JSR    RECEIPT OF SIGNATURE PAGES FOR         BKG109    0.20
                AMENDMENTS TO LOAN DOCUMENTS AND
                DISTRIBUTION OF SAME TO ARCUS AND
                CIT.

04/07/08 MEF    MEMOS TO SHAPIRO AND PATTERSON RE:     BKG109    0.20
                4/9 DIP HEARING (2)

04/07/08 MEF    CONFERENCE CALL WITH ARCH              BKG109    0.70
                ACQUISITION RE: DIP FINANCING
                PROPOSAL

04/07/08 JSR    CONFERENCE WITH S. TROODLER            BKG109    0.20
                REGARDING CLOSING DOCUMENTS.

04/08/08 MEF    CONFERENCE CALL WITH JACOBY, CLIENT    BKG109    0.60
                AND BLOCH RE: DIP ISSUES AND HIG
                ISSUES

04/08/08 MEF    TELEPHONE CONFERENCE WITH CIT'S        BKG109    0.60
                COUNSEL RE: HIG ISSUES AND DIP
                HEARING ISSUES (2)

04/08/08 JSR    RECEIPT, REVIEW AND DISTRIBUTION OF    BKG109    0.30
                2ND AMENDMENT TO CIT REVOLVER.

04/08/08 MEF    MEMOS TO J. SHAPIRO RE: DIP HEARING    BKG109    0.30
                AND BRIDGE ORDERS (3)

04/08/08 MEF    REVIEW BRIDGE ORDERS RE: FINANCING     BKG109    0.30
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008    PAGE  50
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/08/08 JSR    RECEIPT, REVIEW AND REVISIONS TO      BKG109    0.30
                SECOND AMENDMENT TO ARCUS.

04/08/08 JSR    RECEIPT AND REVIEW OF EXIT            BKG109    0.20
                COMMITMENT LETTER FROM ARCUS.

04/08/08 D R    REVIEW DIP INFORMATION RE:            BKG109    0.20
                OBJECTIONS.

04/08/08 SAB    REVIEW AND ANALYZE ARCUS EXIT         BKG109    0.60
                PROPOSAL

04/08/08 SAB    MEMO REGARDING COMMENTS TO ARCUS      BKG109    0.90
                EXIT PROPOSAL

04/09/08 D R    PREPARE/FORMAT SECOND BRIDGE DIP      BKG109    0.30
                ORDERS AND EMAIL TO CHAMBERS.

04/09/08 JSR    CONFERENCE AND VARIOUS EMAILS WITH    BKG109    0.30
                S. TROODLER REGARDING SECOND
                AMENDMENT TO LOAN AND REVISING
                AMENDMENT TO REFLECT FILED
                OBJECTIONS.

04/09/08 MEF    REVIEW BRIDGE ORDERS AND DIP          BKG109    0.30
                AMENDMENTS

04/09/08 JSR    CONFERENCE AND MULTIPLE EMAILS WITH   BKG109    0.30
                C. ROSENBLEETH REGARDING AMENDMENT
                TO CIT REVOLVER.

04/10/08 MEF    REVIEW DIP ORDER, SUPPLEMENTAL        BKG109    0.80
                AGREEMENT AND CASE LAW RE: HIG ISSUES

04/10/08 MEF    TELEPHONE CONFERENCE WITH I. VOLKOV   BKG109    0.60
                RE: 2004 SUBPOENAS
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                      May 14, 2008     PAGE  51
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/10/08 | JMS | RESEARCH CASELAW RE: NO-SHOP AND LOCK-OUT PROVISIONS IN DIP FINANCING AGREEMENTS. | BKG109 | 2.70 |
| 04/10/08 | JMS | TELEPHONE CALL AND EMAILS TO MARK FELGER RE: CASELAW RE: NO-SHOP AND LOCK UP PROVISIONS IN DIP FINANCING AGREEMENTS. | BKG109 | 0.20 |
| 04/11/08 | SAB | TELEPHONE CALL WITH LFLICK RE: HIG | BKG109 | 0.20 |
| 04/11/08 | MEF | MEMO TO SHAPIRO AND PATTERSON RE: HIG DOCUMENT REQUEST | BKG109 | 0.30 |
| 04/11/08 | MEF | REVIEW HIG DOCUMENT REQUEST | BKG109 | 0.30 |
| 04/11/08 | MEF | REVIEW HIG REVISED TERM LOAN TERM SHEET | BKG109 | 0.30 |
| 04/11/08 | JSR | RECEIPT AND DISTRIBUTION OF SIGNATURE PAGES TO AMENDMENTS TO LOAN AND DISTRIBUTION OF NEW CERTIFIED FORMATION DOCUMENTS. | BKG109 | 0.20 |
| 04/11/08 | SAB | PREPARE MEMO REGARDING EQUITY COMMITMENT | BKG109 | 0.20 |
| 04/11/08 | MEF | TELEPHONE CONFERENCES WITH S. BLOCH RE VERSA AND HIG ISSUES (2) | BKG109 | 0.40 |
| 04/14/08 | JNP | REVIEW U.S. TRUSTEE OBJECTION TO FINAL DIP LOAN ORDER. | BKG109 | 0.30 |
| 04/14/08 | SAB | REVIEW HIG LOAN AGREEMENT | BKG109 | 0.30 |
| 04/14/08 | MEF | REVIEW DIP FINANCING ORDERS | BKG109 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE  52
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/16/08 D R    PREPARE AMENDED NOTICE OF AGENDA FOR   BKG109    0.50
                APRIL 17 HEARING RE: OBJECTIONS
                FILED TO DIP FINANCING AND
                DISCLOSURE STATEMENT.

04/17/08 JSR    FOLLOW=UP WITH STADLEY RONON           BKG109    0.20
                REGARDING EXECUTED COPIES OF
                REVOLVER AGREEMENT.

04/18/08 MEF    REVIEW HIG CONFIDENTIALITY AGREEMENT   BKG109    0.80
                AND MEMOS TO A. BRODY RE: SAME (5)

04/18/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY    BKG109    0.30
                RE: BUDGET ISSUE

04/18/08 MEF    TELEPHONE CONFERENCE WITH B. KATZ      BKG109    0.20
                RE: BUDGET ISSUES

04/18/08 MEF    MEMOS TO PARTIES RE: BRIDGE ORDERS     BKG109    0.40
                (6)

04/18/08 D R    PREPARE/SUBMIT BRIDGE ORDER TO         BKG109    0.20
                CHAMBERS.

04/18/08 D R    FOLLOW UP WITH ATTORNEYS RE: STATUS    BKG109    0.30
                OF THIRD BRIDGE ORDER.

04/20/08 MEF    MEMO TO A. HALPERIN RE: HIG DOCUMENTS  BKG109    0.30

04/20/08 MEF    MEMOS TO M. JACOBY RE: NEW BUDGET      BKG109    0.40
                AND REVIEW NEW BUDGET

04/20/08 MEF    MEMO TO J. SHAPIRO AND PATTERSON RE:   BKG109    0.30
                BUDGET ISSUES

04/21/08 JSR    TELEPHONE CALL AND EMAIL TO C.         BKG109    0.10
                ROSENBLEETH.
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE  53
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 04/23/08 | D R | COORDINATE SERVICE OF THIRD BRIDGE ORDERS. | BKG109 | 0.20 |
| 04/25/08 | MEF | MEMOS TO P. PATTERSON RE: HIG DIP (2) | BKG109 | 0.10 |
| 04/28/08 | SAB | REVIEW HIG REVISED DIP LOAN AGREEMENT | BKG109 | 0.90 |
| 04/28/08 | MEF | TELEPHONE CONFERENCE WITH G. SCHARMETT RE: CIT AND HIG ISSUES | BKG109 | 0.40 |
| 04/28/08 | JNP | REVIEW HIG'S PROPOSED REVISED DIP AGREEMENT. | BKG109 | 0.40 |
| 04/28/08 | JNP | REVIEW DELAGE OBJECTION TO DIP FINANCING. | BKG109 | 0.30 |
| 04/28/08 | D R | FOLLOW UP WITH CIT BRIDGE ORDER. | BKG109 | 0.20 |
| 04/30/08 | SAB | REVIEW CLOSING DOCUMENTS | BKG109 | 0.50 |
| 04/30/08 | SAB | E-MAIL REGARDING COMMENTS TO LOAN AGREEMENT | BKG109 | 0.30 |
| 04/30/08 | JSR | REVIEW OF ARCH ACQUISITION I, LLC LOAN AGREEMENT; CLOSING CHECKLIST. | BKG109 | 2.00 |
| 04/30/08 | SAB | CONFERENCES WITH JSCHERER REGARDING HIG LOAN (3X) | BKG109 | 0.30 |
| 04/30/08 | JSR | CONFERENCE WITITH M. FELGER AND S. BLOCH REGARDING BANKRUPTCY HEARING. | BKG109 | 0.20 |
| 04/30/08 | JSR | EMAILS REGARDING CHANGES TO LOAN DOCUMENTS AND DETAILS OF LOAN TERMS. | BKG109 | 0.30 |
| 04/30/08 | JSR | REVIEW OF LOAN AND DETERMINE WHAT IS NEEDED TO SATISFY ARCUS LOAN. | BKG109 | 1.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008        PAGE   54
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/30/08 JSR | EMAIL REGARDING EXISTING ENVIRONMENTAL INDEMNITY AGREEMENT WITH ARCUS. | BKG109 | 0.20 | |
| 04/30/08 JSR | RECEIPT AND REVIEW OF AMENDED AND RESTATED HIG LOAN. | BKG109 | 0.60 | |
| 04/30/08 JSR | RECEIPT AND REVIEW OF CLIENT COMMENTS TO SCHEDULES. | BKG109 | 0.60 | |
| 04/30/08 JSR | PREPARE AND COMPARE HIG LOAN TO ORIGINAL ARCUS TERMS. | BKG109 | 0.80 | |
| 04/30/08 JSR | REVIEW WHETHER ADDITIONAL AUTHORITY NEEDED FROM SHAPES ARCH TO APPROVE HIG LOAN OR WHETHER BANKRUPTCY APPROVAL IS SUFFICIENT. | BKG109 | 0.30 | |
| 04/30/08 JSR | CONFERENCE WITH S. BLOCH ON REVISED LOAN DOCUMENTS AND STATUS OF BANKRUPTCY. | BKG109 | 0.30 | |
| 04/30/08 JSR | REVIEW OF SCHEDULES FROM ARCUS LOAN TO UPDATE AND APPLY TO HIG LOAN. | BKG109 | 0.70 | |
| 04/30/08 JSR | EMAIL TO AND FROM D. GOLLIN REQUESTING HE REVIEW AND REVISE SCHEDULES. | BKG109 | 0.40 | |
| | TOTAL FINANCING | | 44.20 | $19031.00 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008    PAGE  55
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGAT

| Date | | Description | | |
|---|---|---|---|---|
| 04/01/08 | MEF | REVISE AGENDA NOTICE | BKG110 | 0.20 |
| 04/01/08 | MEF | MEMOS TO PARTIES RE: HEARING ADJOURNMENT (5) | BKG110 | 0.30 |
| 04/02/08 | MEF | REVIEW AGENDA NOTICE FOR 4/3 HEARING | BKG110 | 0.20 |
| 04/02/08 | MEF | MEMOS TO PARTIES RE: ADJOURNMENT OF DIP HEARING (8) | BKG110 | 0.50 |
| 04/02/08 | MEF | MEMOS TO P. PATTERSON AND J. SHAPIRO RE: DIP HEARING ISSUES | BKG110 | 0.20 |
| 04/03/08 | MEF | ATTEND HEARING ON DIP FINANCING; WAGES AND UTILITIES MOTION | BKG110 | 0.80 |
| 04/07/08 | MEF | REVIEW AND REVISE AGENDA NOTICE | BKG110 | 0.10 |
| 04/07/08 | D R | PREPARE NOTICE OF BANKRUPTCY - IN DAVEN V. ACCU-WELD. | BKG110 | 0.40 |
| 04/08/08 | D R | PREPARE/SERVICE OF NOTICE OF BANKRUPTCY-DAVAN V. ACCU-WELD. | BKG110 | 0.30 |
| 04/08/08 | JNP | TELEPHONE CALL WITH COURT RE: HEARING ON APRIL 9. | BKG110 | 0.10 |
| 04/08/08 | MEF | MEMOS TO COZEN TEAM RE AGENDA, ORDERS AND HEARING (8) | BKG110 | 0.30 |
| 04/08/08 | MEF | MEMOS TO COMMITTEE COUNSEL RE: DIP HEARING AND BRIDGE ORDERS (3) | BKG110 | 0.20 |
| 04/08/08 | MEF | REVIEW 2004 SUBPOENA FROM COMMITTEE | BKG110 | 0.20 |
| 04/09/08 | D R | REVISE NOTICE OF AGENDA AND EFILING/SERVICE OF SAME. | BKG110 | 0.30 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                         May 14, 2008      PAGE   56
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/15/08 MEF | REVIEW AND REVISE AGENDA NOTICE | BKG110 | 0.10 |
| 04/15/08 MEF | MEMO TO P. PATTERSON RE: 4/17 HEARING | BKG110 | 0.20 |
| 04/15/08 MEF | MEETING WITH CLIENT AND PHOENIX RE: COMMITTEE MEETING AND 4/17 HEARING ISSUES (2) | BKG110 | 1.20 |
| 04/16/08 MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE: 4/17 HEARING PREPARATION AND ISSUES | BKG110 | 0.30 |
| 04/16/08 MEF | TELEPHONE CONFERENCES WITH J. SHAPIRO (3) RE: 4/17 HEARING AND OBJECTIONS | BKG110 | 0.80 |
| 04/16/08 MEF | TELEPHONE CONFERENCES WITH PATTERSON AND SCHARMETT (2); RE: 4/17 HEARING ISSUES | BKG110 | 0.60 |
| 04/16/08 MEF | TELEPHONE CONFERENCE WITH M. SIROTA RE: 4/17 HEARING ADJOURNMENT | BKG110 | 0.20 |
| 04/16/08 MEF | PREPARE FOR 4/17 HEARING ON DIP AND DISCLOSURE STATEMENT | BKG110 | 0.80 |
| 04/16/08 MEF | CONFERENCE CALL WITH CHAMBERS AND SIROTA RE 4/17 HEARING | BKG110 | 0.20 |
| 04/16/08 MEF | CONFERENCE CALLS WITH COMMITTEE RE: 4/17 HEARING ISSUES (2) | BKG110 | 0.40 |
| 04/16/08 MEF | TELEPHONE CONFERENCE WITH SHAPIRO AND COMMITTEE REPS RE: 4/17 HEARINGS | BKG110 | 0.40 |
| 04/16/08 MEF | REVIEW AMENDED AGENDA | BKG110 | 0.10 |
| 04/17/08 JNP | MEETING WITH M. FELGER RE: DISCOVERY ISSUES; ENVIRONMENTAL LITIGATION. | BKG110 | 0.60 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008      PAGE  57
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/17/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG110    0.20
                ENVIRONMENTAL LITIGATION ISSUES.

04/17/08 JNP    CORRESPONDENCE FROM K. MCKENNA RE:     BKG110    0.20
                ENVIRONMENTAL LITIGATION ISSUES.

04/18/08 JNP    MEETING WITH D. GOLLIN RE: DOCUMENT    BKG110    0.40
                PRODUCTION.

04/18/08 JNP    EMAILS FROM D. GOLLIN, S. GRAVELL      BKG110    0.10
                AND M. FELGER RE: ENVIRONMENTAL
                LITIGATION ISSUES.

04/18/08 JNP    EMAILS FROM M. FELGER AND A.           BKG110    0.10
                HALPERIN RE: DOCUMENT PRODUCTION.

04/18/08 JNP    TELEPHONE CALL WITH S. BLOCH RE:       BKG110    0.20
                DOCUMENT PRODUCTION AND
                CONFIDENTIALITY AGREEMENT.

04/18/08 JNP    TELEPHONE CALL WITH M. FELGER RE:      BKG110    0.40
                CONFIDENTIALITY AGREEMENT.

04/18/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG110    0.30
                ENVIRONMENTAL LITIGATION; DOCUMENT
                PRODUCTION.

04/18/08 JNP    REVIEW HIG COMMENTS TO                 BKG110    0.30
                CONFIDENTIALITY AGREEMENT; EMAIL
                FROM AND TO S. BLOCH AND M. FELGER
                RE: SAME.

04/22/08 JNP    REVIEW DOCUMENTS FOR HIG DOCUMENT      BKG110    3.90
                PRODUCTION.

04/22/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG110    0.30
                WARD AND SAND MOTION; HIG DOCUMENT
                PRODUCTION.
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           May 14, 2008      PAGE   58
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/22/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:      BKG110    0.20
                ENVIRONMENTAL LITIGATION ISSUES.

04/22/08 JNP    TELEPHONE CALL WITH M. FELGER RE:      BKG110    0.50
                HIG DOCUMENT PRODUCTION.

04/22/08 JNP    CONFERENCE CALL WITH M. FELGER, S.     BKG110    1.00
                BLOCH, M. JACOBY AND CLIENT RE:
                DISCOVERY ISSUES.

04/22/08 JNP    REVIEW WARD SAND MOTION TO AMEND       BKG110    0.40
                ENVIORNMENTAL CASE.

04/22/08 JNP    READ/REPLY TO EMAILS FROM M. FELGER    BKG110    0.20
                AND A. BORDY RE: DOCUMENT PRODUCTION.

04/22/08 MEF    REVIEW HEARING TRANSCRIPT (4/17)       BKG110    0.40

04/22/08 MEF    MEMOS TO PARTIES RE: WITNESS LIST      BKG110    0.30
                ISSUES (5)

04/23/08 JNP    REVIEW DOCUMENTS TO PROVIDE TO         BKG110    3.90
                COMMITTEE UNDER SUBPOENA.

04/23/08 JNP    MEETING WITH D. GOLLIN RE: DOCUMENT    BKG110    0.20
                PRODUCTION.

04/23/08 JNP    TELEPHONE CALLS (X2) WITH M. FELGER    BKG110    0.90
                RE: DOCUMENT PRODUCTION.

04/23/08 JNP    CONFERENCE CALL WITH M. FELGER, S.     BKG110    1.00
                BLOCH, M. JACOBY AND CLIENTS.

04/24/08 MEF    MEMOS TO M. JACOBY RE: DOCUMENT        BKG110    0.20
                PRODUCTION

04/24/08 MEF    MEMOS TO V. COLISTRA RE: DEPOSITION    BKG110    0.20
                AND MEMO


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008     PAGE   59
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/24/08 MEF    MEMOS TO W. USATINE RE: DOCUMENT        BKG110     0.30
                PRODUCTION (3)

04/24/08 MEF    TELEPHONE CONFERENCES WITH J.           BKG110     0.30
                POSLUSNY (3) RE: DISCOVERY ISSUES

04/24/08 MEF    MEMOS TO E. FORTE RE: DISCOVERY         BKG110     0.30
                ISSUES

04/24/08 SAB    REVIEW DOCUMENTS REGARDING              BKG110     0.30
                ENVIRONMENTAL CLAIMS

04/24/08 MEF    REVIEW DOCUMENTS PRODUCED TO HIG AND    BKG110     0.70
                COMMITTEE

04/24/08 MEF    REVIEW DOCUMENTS RE: GRABELL            BKG110     0.40
                DEPOSITION

04/24/08 JNP    REVIEW COOPER MOTION FOR                BKG110     0.30
                ADMINISTRATIVE EXPENSE PAYMENT;
                EMAIL CLIENT RE: SAME.

04/24/08 JNP    TELEPHONE CALL WITH M. FELGER RE:       BKG110     0.30
                DOCUMENT PRODUCTION.

04/24/08 JNP    REVIEW EMAILS AND DOCUMENTS FROM        BKG110     6.90
                CLIENT FOR DOCUMENT PRODUCTION.

04/25/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:       BKG110     0.30
                DOCUMENT PRODUCTION.

04/25/08 RW     PREPARED ELECTRONIC FILES TO BE         BKG110     0.90
                PRODUCED; INCLUDING CONVERTING EMAIL
                FILES TO PDF PER ATTORNEY JERRY
                POSLUSNY.

04/25/08 JNP    TELEPHONE CALL WITH M. FELGER RE:       BKG110     0.40
                DOCUMENT PRODUCTION.


*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008    PAGE  60
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/25/08 JNP   REVIEW DOCUMENTS FOR PRODUCTION.        BKG110   0.80

04/25/08 EDF   PREPPING S. GRABELL FOR HIS            BKG110   5.50
               DEPOSITION

04/25/08 SAB   MEETING WITH CLIENT, MFELGER, EFREED   BKG110   5.50
               REGARDING DEPOSITION PREPARATION

04/25/08 JNP   TELEPHONE CALL WITH R. WHITE RE:       BKG110   0.20
               DOCUMENT PRODUCTION.

04/25/08 MEF   MEETING WITH GRABELL, BLOCH AND        BKG110   5.50
               FREED RE: DEPOSITIONS, PLAN AND
               STRATEGY

04/25/08 MEF   TELEPHONE CONFERENCE WITH J.           BKG110   0.30
               POSLUSNY RE: DOCUMENT PRODUCTION (2)

04/25/08 MEF   MEMOS TO FORTE AND LUCIAN RE:          BKG110   0.20
               DEPOSITIONS AND HEARING (3)

04/25/08 MEF   MEMOS TO PARTIES RE: WITNESS LIST (2)  BKG110   0.30

04/25/08 MEF   MEMOS TO V. COLISTRA RE: DEPOSITION    BKG110   0.20
               (2)

04/25/08 MEF   MEMO TO W. USATINE (2) RE:             BKG110   0.20
               DEPOSITION AND DOCUMENTS

04/26/08 JNP   REVIEW DOCUMENTS FOR PRODUCTION.        BKG110   1.70

04/26/08 RW    CONTINUED PREPARATION OF ELECTRONIC    BKG110   2.90
               FILES TO BE PRODUCED; INCLUDING
               CONVERTING EMAIL FILES TO PDF PER
               ATTORNEY JERRY POSLUSNY.

04/27/08 JNP   REVIEW DOCUMENTS FOR PRODUCTION.        BKG110   4.40
```

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE   61
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/27/08  RW    CONTINUED PREPARATION OF ELECTRONIC    BKG110    2.10
                FILES TO BE PRODUCED; INCLUDING
                CONVERTING EMAIL FILES TO PDF PER
                ATTORNEY JERRY POSLUSNY.

04/27/08  MEF   REVIEW DOCUMENTS IN PREPARATION FOR    BKG110    1.80
                DEPOSITIONS

04/27/08  MEF   MEMOS TO J. POSLUSNY RE: DOCUMENT      BKG110    0.50
                PRODUCTION (6)

04/28/08  MEF   MEMOS TO CLIENT RE: 5/1 HEARING        BKG110    0.30
                ISSUES

04/28/08  MEF   MEMOS TO COMMITTEE RE: DOCUMENT        BKG110    0.30
                PRODUCTION (4)

04/28/08  MEF   MEETING WITH CLIENT TO PREPARE FOR     BKG110    1.50
                DEPOSITION

04/28/08  MEF   ATTEND DEPOSITION OF S. GRABELL        BKG110    6.00

04/28/08  JNP   TELEPHONE CALL WITH D. GOLLIN RE:      BKG110    0.30
                DOCUMENT PRODUCTION.

04/28/08  JNP   MEETING WITH M. FELGER, E. FREED AND   BKG110    0.50
                S. GRABELL RE: DEPOSITION
                PREPARATION.

04/28/08  JNP   MEETING WITH M. FELGER RE: CASE        BKG110    1.10
                STRATEGY; OPEN ISSUES.

04/28/08  JNP   REVIEW COMMITTEE MOTION TO QUASH       BKG110    0.30
                ARCUS SUBPOENA.

04/28/08  JNP   REVIEW DOCUMENTS FOR PRODUCTION TO     BKG110    0.30
                COMMITTEE.
```

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                May 14, 2008    PAGE   62
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | | Description | | |
|------|------|------|------|------|
| 04/28/08 | JNP | MEETING WITH M. FELGER, E. FREED AND S. GRABELL RE: STATUS OF DEPOSITION; ISSUES GOING FORWARD. | BKG110 | 0.60 |
| 04/28/08 | EDF | PREPARE FOR, DEFEND DEPOSITION OF STEVEN GRABELL; FOLLOWING DEPOSITION MEETING WITH S. GRABELL AND FELGER RE: DEPOSITION | BKG110 | 10.00 |
| 04/28/08 | RW | PREPARED DOCUMENTS TO BE PRODUCED PER ATTORNEY JERRY POSLUSNY. | BKG110 | 0.90 |
| 04/29/08 | EDF | MEETING WITH VINCENT COLISTRA TO PREPARE HIM FOR HIS DEPOSITION | BKG110 | 3.00 |
| 04/29/08 | JNP | TRAVEL TO AND FROM PHILLY FOR DEPOSITIONS OF P. HALPERN AND V. COLISTRA. (1/2 TIME) | BKG110 | 0.70 |
| 04/29/08 | JNP | MEETING WITH M. FELGER RE: DISCLOSURE STATEMENT ISSUES; STRATEGY. | BKG110 | 1.30 |
| 04/29/08 | JNP | ATTEND DEPOSITION OF P. HALPERN. | BKG110 | 6.00 |
| 04/29/08 | JNP | MEETING WITH M. FELGER, V. COLISTRA AND ATTORNEYS FOR CIT AND VERSA RE: PLAN AND DISCLOSURE STATEMENT ISSUES; SETTLEMENT. | BKG110 | 2.50 |
| 04/29/08 | MEF | OFFICE CONFERENCE WITH J. POSLUSNY RE: 5/1 HEARING ISSUES | BKG110 | 0.50 |
| 04/29/08 | MEF | MEETING WITH V. COLISTRA RE: PREPARATION FOR DEPOSITION | BKG110 | 3.00 |
| 04/29/08 | MEF | REVIEW D&O NOTICES | BKG110 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE  63
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 04/29/08 | MEF | TELEPHONE CONFERENCE WITH S. GRABELL RE: STATUS AND STRATEGY | BKG110 | 0.50 |
| 04/29/08 | MEF | MEMOS TO COMMITTEE RE: HIG AND 5/1 HEARING | BKG110 | 0.30 |
| 04/29/08 | MEF | ATTEND V. COLISTRA'S DEPOSITION | BKG110 | 4.00 |
| 04/30/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO (3) RE: HEARING ISSUES | BKG110 | 0.50 |
| 04/30/08 | MEF | TELEPHONE CONFERENCE WITH P. PATTERSON AND G. SCHARMETT RE HEARING ISSUES | BKG110 | 0.50 |
| 04/30/08 | MEF | MEETING WITH CLIENT TEAM RE: HEARING PREPARATION AND HIG AND ARCUS ISSUES | BKG110 | 3.00 |
| 04/30/08 | MEF | REVIEW HIG DOCUMENTS AND ARCUS DISCLOSURE STATEMENT AND PREPARE FOR HEARING | BKG110 | 1.50 |
| 04/30/08 | MEF | TELEPHONE CONFERENCE WITH A. HALPERIN AND M. SIROTTA RE: HIG AND ARCUS ISSUES | BKG110 | 0.70 |
| 04/30/08 | MEF | MEETING WITH S. GRABELL RE: HEARING PREPARATION AND PLAN ISSUES | BKG110 | 2.50 |
| 04/30/08 | MEF | ATTEND HIG DEPOSITION | BKG110 | 4.50 |
| 04/30/08 | JNP | PREPARATION OF DOCUMENTS FOR DISCLOSURE STATEMENT HEARING. | BKG110 | 0.40 |
| 04/30/08 | JNP | REVIEW U.S. TRUSTEE MOTION FOR TRUSTEE. | BKG110 | 0.30 |
| 04/30/08 | JNP | REVIEW ANALYSIS OF ARCUS AND HIG DOCUMENTS. | BKG110 | 0.30 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   64
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/30/08 SAB     TELEPHONE CALL WITH DGOLLIN RE:        BKG110    0.20
                 HEARING

04/30/08 SAB     TELEPHONE CALL WITH DGOLLIN AND        BKG110    0.20
                 MFELGER RE: HEARING

          TOTAL LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGA  128.00   $58312.50


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  65
FILE NUMBER: 220718.000
INVOICE NO.: 589726

PLAN AND DISCLOSURE STATEMENT

| | | | | |
|---|---|---|---|---|
| 04/03/08 MEF | REVIEW COMMENTS TO PLAN AND DISCLOSURE STATEMENT FROM CIT | BKG113 | 0.50 |
| 04/04/08 MEF | REVIEW MONTHLY PROJECTIONS | BKG113 | 0.30 |
| 04/04/08 MEF | MEMO TO J. SHAPIRO RE: PROJECTIONS | BKG113 | 0.10 |
| 04/04/08 MEF | REVIEW PLAN COMMENTS FROM COMMITTEE AND CIT | BKG113 | 0.30 |
| 04/05/08 JNP | REVIEW CIT COMMENTS TO PLAN AND DISCLOSURE STATEMENT. | BKG113 | 0.80 |
| 04/07/08 JNP | EMAILS FROM M. FELGER RE: PLAN AND DISCLOSURE STATEMENT ISSUES. | BKG113 | 0.10 |
| 04/07/08 D R | TELEPHONE CALL FROM DRINKER BIDDLE ATTORNEY RE: STATUS OF HEARING/PLAN AND DISCLOSURE STATEMENT. | BKG113 | 0.20 |
| 04/08/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: LIQUIDATION ANALYSIS AND DRAFT FOOTNOTES | BKG113 | 0.60 |
| 04/09/08 MEF | TELEPHONE CONFERENCE WITH A. HALPERIN RE: COMMITTEE CONFERENCE WITH HIG | BKG113 | 0.50 |
| 04/09/08 MEF | TELEPHONE CONFERENCE WITH G. SCHARMETT RE: PLAN STATUS | BKG113 | 0.30 |
| 04/09/08 MEF | REVIEW LIQUIDATION ANALYSIS AND 503(B)(9) ANALYSIS | BKG113 | 0.30 |
| 04/09/08 MEF | REVIEW EXIT FINANCING COMMITMENT LETTER | BKG113 | 0.20 |
| 04/09/08 MEF | MEMOS TO HIG COUNSEL RE: CONFERENCE | BKG113 | 0.10 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           May 14, 2008      PAGE  66
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| 04/09/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: 503 (B)(9)ANALYSIS AND UPDATED DIP MODEL | BKG113 | 0.30 |
|---|---|---|---|
| 04/10/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: LIQUIDATION ANALYSIS AND PROJECTIONS | BKG113 | 0.40 |
| 04/10/08 MEF | MEMOS TO CLIENT RE: PLAN SUPPLEMENT DOCUMENTS (4) | BKG113 | 0.40 |
| 04/10/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: PLAN ISSUES | BKG113 | 0.50 |
| 04/10/08 SAB | E-MAIL REGARDING DISBURSEMENT DOCUMENT | BKG113 | 0.20 |
| 04/10/08 SAB | REVIEW AND COMMENT ON PLAN | BKG113 | 0.80 |
| 04/10/08 SAB | REVIEW AND COMMENT ON SUPPLEMENT TO PLAN | BKG113 | 0.50 |
| 04/10/08 MEF | TELEPHONE CONFERENCE WITH A. BRODY RE: HIG PLAN AND DOCUMENT REQUEST | BKG113 | 0.30 |
| 04/11/08 MEF | MEMOS TO M. JACOBY RE: LIQUIDATION ANALYSIS | BKG113 | 0.20 |
| 04/11/08 MEF | MEMOS TO COUNSEL FOR HIG RE: PLAN AND DIP FINANCING | BKG113 | 0.30 |
| 04/11/08 MEF | MEMOS TO J. SHAPIRO RE: EXIT FINANCING AND EQUITY COMMITMENT ISSUES | BKG113 | 0.40 |
| 04/11/08 JNP | REVIEW PLAN SUPPLEMENT DRAFT. | BKG113 | 1.10 |
| 04/11/08 SAB | REVIEW EQUITY COMMMITMENT | BKG113 | 0.30 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                    May 14, 2008      PAGE  67
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/11/08 MEF    REVIEW DOCUMENTATION COMPRISING PLAN   BKG113   0.50
                SUPPLEMENT

04/11/08 MEF    MEMOS TO FILE RE: PLAN SUPPLEMENT      BKG113   0.30
                ISSUES

04/11/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO   BKG113   0.40
                RE: PLAN ISSUES AND HIG ISSUES

04/11/08 MEF    REVIEW CASE LAW RE: PLAN ISSUES        BKG113   0.50

04/11/08 MEF    CONFERENCE CALL WITH JACOBY, GRABELL   BKG113   0.70
                AND BLOCH RE: HIG ISSUES AND PLAN
                ISSUES

04/11/08 JSR    FOLLOW-UP WITH M. FELGER AND S.        BKG113   0.20
                BLOCH REGARDING EXIT COMMITMENT
                LETTER.

04/11/08 JNP    EMAIL FROM M. FELGER RE: POTENTIAL     BKG113   0.10
                COMPETING PLAN.

04/11/08 JNP    REVIEW EMAILS FROM M. FELGER AND S.    BKG113   0.20
                BLOCH RE: PLAN SUPPLEMENT.

04/11/08 JSR    TELEPHONE CALL WITH S. TROODLER        BKG113   0.10
                REGARDING EXIT COMMITMENT LETTER.

04/11/08 JNP    TELEPHONE CALL WITH M. JACOBY RE:      BKG113   0.20
                PLAN SUPPLEMENT AND RELATED ISSUES.

04/11/08 D R    CONFERENCE WITH J. POSLUSNY RE:        BKG113   0.20
                ISSUES ON PLAN SUPPLEMENT.

04/11/08 JNP    TELEPHONE CALL WITH J. SHAPIRO RE:     BKG113   0.30
                PLAN SUPPLEMENT.

04/11/08 D R    CONFERENCE WITH J. POSLUSNY RE: PLAN   BKG113   0.30
                SUPPLEMENT.


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008    PAGE  68
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| | | | | |
|---|---|---|---|---|
| 04/13/08 | JNP | REVIEW REVISED PLAN. | BKG113 | 0.80 |
| 04/14/08 | SAB | TELEPHONE CALL WITH MFELGER RE: PLAN | BKG113 | 0.50 |
| 04/14/08 | D R | PREPARE CHANGES TO PLAN SUPPLEMENT. | BKG113 | 0.50 |
| 04/14/08 | JNP | RESEARCH RE: NEW EQUITY PLAN ISSUES. | BKG113 | 1.60 |
| 04/14/08 | D R | PREPARE PLAN SUPPLEMENT FOR FILING. | BKG113 | 0.20 |
| 04/14/08 | SAB | REVIEW HIG PLAN | BKG113 | 0.40 |
| 04/14/08 | MEF | MEMOS TO PARTIES RE: AGENDA NOTICE | BKG113 | 0.10 |
| 04/14/08 | MEF | REVIEW HIG PLAN AND ALTERNATIVE DIP AGREEMENT | BKG113 | 0.60 |
| 04/14/08 | D R | TELEPHONE CALLS TO/FROM COURT RE: ISSUES ON OBJECTION DEADLINE FOR PLAN/DISCLOSURE STATEMENT. | BKG113 | 0.20 |
| 04/14/08 | MEF | REVIEW AND REVISE PLAN SUPPLEMENT DOCUMENTS AND MEMOS TO PARTIES RE: COMMENTS TO SAME | BKG113 | 0.80 |
| 04/14/08 | MEF | REVIEW DISCLOSURE STATEMENT ORDER | BKG113 | 0.30 |
| 04/14/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: PLAN ISSUES, HEARING AND COMMITTEE MEETING | BKG113 | 1.00 |
| 04/15/08 | JNP | REVIEW JAGUAR STAY MOTION. | BKG113 | 0.20 |
| 04/15/08 | MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE: DISCLOSURE STATEMENT OBJECTIONS | BKG113 | 0.30 |
| 04/15/08 | MEF | REVIEW MEMOS FROM COMMITTEE RE: DISCLOSURE STATEMENT HEARING | BKG113 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008      PAGE   69
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 04/15/08 | MEF | REVIEW OBJECTIONS TO DISCLOSURE STATEMENT | BKG113 | 0.30 |
| 04/15/08 | MEF | REVIEW CASE LAW RE: DISCLOSURE STATEMENT AND FINANCING ISSUES | BKG113 | 0.50 |
| 04/15/08 | D R | PREPARE REVISED EXHIBITS FOR PLAN SUPPLEMENT. | BKG113 | 1.20 |
| 04/15/08 | MEF | ATTEND MEETING OF COMMITTEE AND VERSA RE: PLAN NEGOTIATIONS | BKG113 | 3.00 |
| 04/15/08 | D R | PREPARE PLAN SUPPLEMENT CHANGES/EFILING AND SERVICE OF SAME. | BKG113 | 1.50 |
| 04/15/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: PLAN AND DISCLOSURE STATEMENT REVISIONS | BKG113 | 0.30 |
| 04/15/08 | SAB | E-MAIL REGARDING PLAN SUPPLEMENT | BKG113 | 0.10 |
| 04/15/08 | SAB | REVIEW UST TRUSTEE OBJECTIONS | BKG113 | 0.30 |
| 04/15/08 | SAB | REVIEW REVISED PLAN | BKG113 | 0.70 |
| 04/15/08 | SAB | REVIEW PLAN SYPPLEMENT | BKG113 | 0.40 |
| 04/16/08 | SAB | REVIEW PLAN | BKG113 | 0.40 |
| 04/16/08 | D R | REVIEW INFORMATION FROM J. POSLUSNY RE: OBJECTIONS RECEIVED TO DISCLOSURE STATEMENT. | BKG113 | 0.50 |
| 04/16/08 | D R | REVIEW J. POSLUSNY MEMO RE: DISCLOSURE STATEMENT TO INSURE ALL OBJECTIONS LISTED. | BKG113 | 0.30 |
| 04/18/08 | MEF | REVIEW MOTION TO TERMINATE EXCLUSIVITY | BKG113 | 0.40 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008      PAGE   70
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 04/18/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: PLAN ISSUES AND BRIDGE ORDER (2) | BKG113 | 0.50 |
| 04/18/08 | MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY AND S. BLOCH RE: CONFIDENTIALITY AGREEMENT AND PLAN (5) | BKG113 | 0.40 |
| 04/18/08 | D R | RETRIEVE MOTION BY ARCH TO TERMINATE EXCLUSIVITY; PREPARE AND EMAILING OF SAME. | BKG113 | 0.20 |
| 04/18/08 | D R | FOLLOW UP WITH REQUEST FOR ATTORNEY FOR INFORMATION ON PLAN/DISCLOSURE STATEMENT. | BKG113 | 0.20 |
| 04/22/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: PLAN ISSUES | BKG113 | 0.30 |
| 04/22/08 | MEF | MEMOS TO SHAPIRO RE: PLAN ISSUES (3) | BKG113 | 0.20 |
| 04/22/08 | MEF | TELEPHONE CONFERENCE WITH D. GOLLIN RE: ENVIRONMENTAL LITIGATION ISSUES | BKG113 | 0.30 |
| 04/22/08 | MEF | REVIEW MEMOS RE: DISCLOSURE STATEMENT REVISIONS | BKG113 | 0.20 |
| 04/23/08 | MEF | MEMOS TO PARTIES RE: REVISED PLAN AND DISCLOSURE STATEMENT (3) | BKG113 | 0.30 |
| 04/23/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: PLAN AND DISCOVERY ISSUES | BKG113 | 0.30 |
| 04/23/08 | MEF | REVIEW MEMO RE: INSURANCE ISSUES IN PLAN | BKG113 | 0.20 |
| 04/23/08 | MEF | REVIEW AND REVISE DISCLOSURE STATEMENT AND BID PROCEDURES | BKG113 | 2.00 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008    PAGE  71
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/23/08 MEF   TELEPHONE CONFERENCE WITH D. GOLLIN    BKG113   0.30
               RE PLAN ISSUES

04/23/08 JNP   REVIEW REVISED PLAN AND DISCLOSURE     BKG113   1.40
               STATEMENT.

04/23/08 SAB   REVIEW REVISED PLAN                    BKG113   0.90

04/24/08 JNP   REVIEW REVISED AMENDED PLAN AND        BKG113   1.10
               DISCLOSURE STATEMENT.

04/24/08 SAB   CONFERENCE CALL WITH CLIENT RE: PLAN   BKG113   1.20
               ISSUES

04/24/08 JNP   TELEPHONE CALL WITH M. FELGER, S.      BKG113   1.20
               BLOCH, M. JACOBY AND CLIENT RE:
               REVIEW OF PLAN AND DISCLOSURE
               STATEMENT ISSUES.

04/24/08 SAB   REVIEW DISCLOSURE STATEMENT            BKG113   0.90

04/24/08 SAB   REVIEW BID PROCESS                     BKG113   0.90

04/24/08 MEF   CONFERENCE CALL WITH SHAPES TEAM RE:   BKG113   1.20
               PLAN AND DISCLOSURE STATEMENT ISSUES

04/24/08 MEF   MEMOS TO J. SHAPIRO RE: PLAN           BKG113   0.30
               COMMENTS AND ISSUES (5)

04/24/08 MEF   TELEPHONE CONFERENCE WITH D. GOLLIN    BKG113   0.30
               RE: ENVIRONMENTAL INSERT TO PLAN

04/24/08 MEF   TELEPHONE CONFERENCES WITH J.          BKG113   0.80
               SHAPIRO (5) RE: PLAN AND DISCLOSURE
               STATEMENT COMMENTS AND ISSUES

04/24/08 MEF   TELEPHONE CONFERENCE WITH B.           BKG113   0.30
               LAPOWSKY RE: LABOR INSERT AND STATUS
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE   72
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/24/08 MEF    TELEPHONE CONFERENCE WITH P.        BKG113    0.30
                PATTERSON RE: PLAN ISSUES AND HIG
                ISSUES

04/24/08 MEF    TELEPHONE CONFERENCES WITH J.       BKG113    0.40
                POSLUSNY (4) RE: PLAN ISSUES

04/24/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY BKG113    0.30
                RE: PLAN COMMENTS AND ISSUES

04/24/08 MEF    REVIEW AND REVISE THREE VERSIONS OF BKG113    2.50
                PLAN, DISCLOSURE STATEMENT AND BID
                PROCEDURES

04/24/08 MEF    MEMOS TO CLIENT RE: PLAN COMMENTS   BKG113    0.30
                AND ISSUES (5)

04/25/08 MEF    MEMOS TO HIG COUNSEL RE: PLAN AND   BKG113    0.20
                ALTERNATIVE DIP (2)

04/25/08 MEF    MEMOS TO SHAPIRO RE: PLAN ISSUES (2) BKG113   0.20

04/25/08 JNP    TELEPHONE CALL WITH S. JOSEL RE:    BKG113    0.10
                WORKERS COMP CASE AND POTENTIAL STAY
                RELIEF.

04/25/08 D R    PREPARE CERTIFICATE OF SERVICE OF   BKG113    0.50
                AMENDED PLAN/DISCLOSURE STATEMENT
                AND EFILING OF SAME.

04/25/08 D R    COORDINATE SERVICE OF               BKG113    0.20
                PLAN/DISCLOSURE SERVICE ON PARTIES
                NOT RECEIVING SAME VIA EMAIL.

04/25/08 JNP    REVIEW WORKERS COMP PROGRAM AND     BKG113    0.20
                ORDER RE: POTENTIAL STAY RELIEF.

04/27/08 MEF    MEMOS TO P. PATTERSON RE: HIG ISSUES BKG113   0.20
                (2)
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   73
FILE NUMBER: 220718.000
INVOICE NO.: 589726

04/28/08 MEF    MEETING WITH CLIENT RE: PLAN ISSUES       BKG113    0.50

04/28/08 SAB    REVIEW HIG AMENDED PLAN                   BKG113    0.70

04/28/08 JNP    REVIEW HIG'S PROPOSED AMENDED PLAN.       BKG113    0.90

04/28/08 JNP    READ/REPLY TO EMAILS FROM E. GANC         BKG113    0.20
                AND A. HALPERIN RE: WELLS STAY
                MOTION (INCLUDING REVIEW OF DOCKET).

04/29/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:         BKG113    0.10
                WELLS STAY MOTION.

04/29/08 JNP    REVIEW OBJECTION TO DISCLOSURE            BKG113    0.60
                STATEMENT BY SUN AND COMMITTEE.

04/29/08 MEF    MEMOS TO ARCUS RE: PLAN                   BKG113    0.30

04/29/08 MEF    REVIEW HIG REVISED PLAN AND DIP AND       BKG113    0.50
                BID PROCEDURES

04/29/08 MEF    REVIEW OBJECTIONS TO DISCLOSURE           BKG113    0.30
                STATEMENT

04/29/08 MEF    MEETING WITH CIT LAWYER RE: HIG AND       BKG113    0.50
                PLAN STATUS

04/29/08 MEF    MEETING WITH CIT AND ARCUS COUNSEL        BKG113    0.50
                RE: HIG ISSUES

04/29/08 MEF    MEMO TO HIG RE: EXCLUSIVITY MOTION        BKG113    0.10

04/29/08 MEF    REVIEW REVISED DISCLOSURE STATEMENT       BKG113    0.40

04/29/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO      BKG113    0.30
                RE: REVISED PLAN AND 5/1 HEARING

04/30/08 MEF    MEMOS TO HIG RE: HIG DOCUMENTS (7)        BKG113    0.50

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   74
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/30/08 D R   CONFERENCE WITH J. POSLUSNY RE:        BKG113   0.20
               REVISED DISCLOSURE STATEMENT FILING.

04/30/08 D R   PREPARE REVISED DISCLOSURE STATEMENT   BKG113   0.40
               EXHIBITS AND REVISED EXHIBIT H TO
               PLAN SUPPLEMENT.

04/30/08 D R   PREPARE/EFILING OF REVISED             BKG113   1.90
               DISCLOSURE STATEMENT AND REVISED
               EXHIBIT TO PLAN SUPPLEMENT;
               COORDINATE SERVICE OF SAME ON
               CHAMBERS AND PARTIES VIA
               EMAIL/REGULAR MAIL.

04/30/08 JNP   TELEPHONE CALL WITH J. SHAPIRO RE:     BKG113   0.30
               AMENDED DISCLOSURE STATEMENT.

04/30/08 D R   PREPARE/EFILING OF CERTIFICATE OF      BKG113   0.30
               SERVICE RE: REVISED DISCLOSURE
               STATEMENT AND EXHIBIT TO PLAN
               SUPPLEMENT.

04/30/08 JNP   REVIEW/EDIT REVISED DISCLOSURE         BKG113   1.80
               STATEMENT AND EXHIBIT H TO PLAN
               SUPPLEMENT.

04/30/08 JNP   REVIEW REVISED DISCLOSURE STATEMENT    BKG113   3.20
               AND DRAFT PLEADINGS ADDRESSING
               COURT'S CONCERNS WITH DISCLOSURE
               STATEMENT.

04/30/08 JNP   TELEPHONE CALL WITH K. MCKENNA RE:     BKG113   0.30
               DISCLOSURE STATEMENT ISSUES.

04/30/08 JNP   TELEPHONE CALL WITH D. GOLLIN RE:      BKG113   0.40
               COLLECTIVE BARGAINING AGREEMENT
               LANGUAGE FOR AMENDED DISCLOSURE
               STATEMENT.


*Fees and costs are due upon receipt of bill*



**COZEN**
**O'CONNOR**
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   75
FILE NUMBER: 220718.000
INVOICE NO.: 589726

        TOTAL PLAN AND DISCLOSURE STATEMENT                68.10   $30369.50

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE   76
FILE NUMBER: 220718.000
INVOICE NO.: 589726

          RELIEF FROM STAY PROCEEEDINGS

04/10/08 JNP    REVIEW REVISED DISCLOSURE STATEMENT.    BKG114   0.40

04/11/08 JNP    TELEPHONE CALLS WITH S. BLOCH (X2)      BKG114   0.40
                RE: PLAN SUPPLEMENT.

04/14/08 JNP    EMAIL M. FELGER RE: NEW EQUITY PLAN     BKG114   0.40
                ISSUES.

04/14/08 JNP    PREPARE PLAN SUPPLEMENT.                BKG114   0.60

04/15/08 JNP    REVIEW OBJECTIONS TO DISCLOSURE         BKG114   3.50
                STATEMENT AND DRAFT MEMO TO M.
                FELGER RE: SAME.

04/15/08 JNP    REVIEW ARCH ACQUISITION OBJECTION TO    BKG114   0.30
                DISCLOSURE STATEMENT.

04/15/08 JNP    TELEPHONE CALL WITH M. FELGER RE:       BKG114   0.60
                PLAN NEGOTIATIONS; PREPARATION FOR
                DISCLOSURE STATEMENT HEARING.

04/16/08 JNP    CONFERENCE CALL WITH M. FELGER, S.      BKG114   0.60
                BLOCH, V. COLLISTRA, M. JACOBY AND
                CLIENTS RE: DISCLOSURE STATEMENT
                ISSUES; DIP LOAN.

04/16/08 JNP    CONFERENCE CALL WITH M. FELGER, M.      BKG114   0.20
                SIROTA AND COURT RE: SCHEDULE FOR
                HEARING.

04/16/08 JNP    TELEPHONE CALL WITH M. FELGER RE:       BKG114   0.60
                PLAN AND DISCLOSURE STATEMENT ISSUES.

04/16/08 JNP    TELEPHONE CALL WITH M. FELGER RE:       BKG114   0.30
                DISCLOSURE STATEMENT HEARING ISSUES.

04/16/08 JNP    EMAILS FROM M. FELGER RE:               BKG114   0.10
                DISCUSSIONS WITH COMMITTEE RE: PLAN.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008    PAGE  77
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | | Description | | Hours |
|---|---|---|---|---|
| 04/16/08 | JNP | BEGIN REVIEW OF COMMITTEE OBJECTION TO DISCLOSURE STATEMENT. | BKG114 | 0.30 |
| 04/17/08 | JNP | MEETING WITH M. FELGER RE: DISCLOSURE STATEMENT HEARING AND ISSUES. | BKG114 | 0.40 |
| 04/17/08 | JNP | TELEPHONE CALLS (X2) WITH K. MCKENNA RE: DISCLOSURE STATEMENT ISSUES WITH ENVIRONMENTAL ISSUE. | BKG114 | 1.10 |
| 04/22/08 | JNP | REVIEW COMMITTEE OBJECTION TO DISCLOSURE STATEMENT AND ARCUS REPLY. | BKG114 | 0.90 |
| 04/24/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: COMMENTS TO AMENDED PLAN AND DISCLOSURE STATEMENT. | BKG114 | 0.30 |
| 04/25/08 | JNP | REVIEW BLACKLINE OF PLAN AND DISCLOSURE STATEMENT. | BKG114 | 0.20 |
| 04/28/08 | JNP | DRAFT AMENDED MEMO DISCUSISNG OBJECTIONS TO DISCLOSURE STATEMENT. | BKG114 | 1.30 |
| 04/28/08 | JNP | DRAFT RESPONSE TO COURT'S CONCERNS WITH DISCLOSURE STATEMENT. | BKG114 | 0.40 |
| 04/30/08 | JNP | ATTEND MEETING WITH M. FELGER, S. BLOCH, V. COLISTRA, S. GRABELL AND M. JACOBY (BY TELEPHONE) TO PREPARE FOR DIP LOAN AND DISCLOSURE STATEMENT HEARING. | BKG114 | 6.40 |

```
      TOTAL RELIEF FROM STAY PROCEEEDINGS                 19.30    $7237.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008     PAGE   78
FILE NUMBER: 220718.000
INVOICE NO.: 589726

            TRAVEL

04/07/08 JNP    TRAVEL TO AND FROM NEW YORK CITY FOR    BKG116    2.00
                MEETING WITH COMMITTEE (1/2 TIME)

04/30/08 JNP    TRAVEL TO PHILADELPHIA OFFICE FOR       BKG116    0.60
                MEETING TO PREPARE FOR DIP LOAN AND
                DISCLOSURE STATEMENT HEARING. (1/2
                TIME)

        TOTAL TRAVEL                                    2.60     $975.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE   79
FILE NUMBER: 220718.000
INVOICE NO.: 589726

             CORPORATE FINANCE AND EVALUATION

04/11/08 SAB    REVIEW SECURITIES PURCHASE AGREEMENT     BKG119    0.40

04/11/08 SAB    PREPARE MEMO REGARDING SECURITIES        BKG119    0.30
                PURCHASE AGREEMENT

        TOTAL CORPORATE FINANCE AND EVALUATION            0.70    $385.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008     PAGE  80
FILE NUMBER: 220718.000
INVOICE NO.: 589726

             DATA ANALYSIS

04/23/08 D R    PREPARE DOCUMENTS IN RESPONSE TO      BKG120    2.60
                DOCUMENT REQUESTS.

04/23/08 D R    PREPARE DOCUMENTS AND LETTER TO A.    BKG120    0.50
                BRODY RE: RESPONSE TO DOCUMENT
                REQUEST; PREPARE OTHER
                CORRESPONDENCE IN RESPONSE TO
                DOCUMENT REQUESTS.

04/24/08 D R    CONTINUE PREPARATION OF DOCUMENTS IN  BKG120    1.50
                RESPONSE TO DOCUMENT REQUESTS.

        TOTAL DATA ANALYSIS                            4.60    $897.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008    PAGE 81
FILE NUMBER: 220718.000
INVOICE NO.: 589726

       LITIGATION CONSULTING

04/22/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:    BKG121    0.20
                BANKRUPTCY ISSUES IN ENVIRONMENTAL
                LITIGATION.

       TOTAL LITIGATION CONSULTING                        0.20    $75.00

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  82
FILE NUMBER: 220718.000
INVOICE NO.: 589726

                TAX ISSUES

04/03/08  JNP    TELEPHONE CALL WITH O. KLEIN RE:      BKG123    0.10
                 PENNSAUKEN TAX CLAIM.

04/09/08  JNP    CORRESPONDENCE FROM O. KLEIN RE:      BKG123    0.10
                 REAL ESTATE TAXES OWED.

04/22/08  JNP    TELEPHONE CALL WITH E. STEIN RE:      BKG123    0.20
                 CUSTOMS PAYMENT.

04/24/08  JNP    REVIEW CUSTOMS BOND; INFORMATION      BKG123    0.20
                 FROM HOMELAND SECURITY WEBSITE.

          TOTAL TAX ISSUES                                      0.60    $225.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  83
FILE NUMBER: 220718.000
INVOICE NO.: 589726

     OTHER (SPECIFY CATEGORY)

04/07/08 MEF   TRAVEL TO NEW YORK CITY FOR MEETING      BKG124    2.00
           WITH COMMITTEE (1/2 TIME)

04/21/08 EDF   EMAILS RE: DEPOSITIONS NEXT            BKG124    0.20
           WEEK/EMAILS WITH FELGER RE: STRATEGY

04/21/08 EDF   EMAILS WITH FELGER RE: SUBPOENA FOR     BKG124    0.20
           DEPOSITIONS

04/21/08 EDF   SEVERAL EMAILS WITH CO-COUNSEL RE:      BKG124    0.20
           DEPOSITIONS

     TOTAL OTHER (SPECIFY CATEGORY)                   2.60    $1380.00

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      May 14, 2008    PAGE  84
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

```
                           ACTIVITY RECAP
              HOURS          AMOUNT
ASSET ANALYSIS AND RECOVERY                    0.20         105.00
ASSET DISPOSTION                               9.80       5,202.50
BUSINESS OPERATIONS                           32.80      11,861.00
CASE ADMINISTRATION                          122.00      54,219.00
CLAIMS ADMINISTRATION AND OBJECTIONS           5.90       2,209.50
EMPLOYEE BENEFITS/PENSIONS                     0.40          78.00
FEE/EMPLOYMENT APPLICATIONS                   20.20       6,184.00
FEE/EMPLOYMENT OBJECTIONS                      0.50         232.50
FINANCING                                     44.20      19,031.00
LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGA  128.00   58,312.50
PLAN AND DISCLOSURE STATEMENT                 68.10      30,369.50
RELIEF FROM STAY PROCEEEDINGS                 19.30       7,237.50
TRAVEL                                         2.60         975.00
CORPORATE FINANCE AND EVALUATION               0.70         385.00
DATA ANALYSIS                                  4.60         897.00
LITIGATION CONSULTING                          0.20          75.00
TAX ISSUES                                     0.60         225.00
OTHER (SPECIFY CATEGORY)                       2.60       1,380.00
                         ─────────    ─────────────
                    TOTALS            462.70     198,979.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

May 14, 2008

SHAPES/ARCH HOLDINGS

RE:    SHAPES/ARCH HOLDINGS/BANKRUPTCY
       OUR FILE NO.:    220718.000
       SUPERVISING ATTORNEY: SANDRA A. BLOCH

TOTAL AMOUNT OF INVOICE NO:    589726              $3,366.02

GRAND TOTAL DUE AS OF THE ABOVE DATE             $3,366.02

    ENCLOSED HEREWITH PLEASE FIND OUR STATEMENT FOR EXPENSES
INCURRED.  WE TRUST THE ENCLOSURES ARE TO YOUR SATISFACTION.
WE WOULD APPRECIATE YOUR PAYMENT OF THE AMOUNTS DUE AT THE
EARLIEST POSSIBLE TIME.

    SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO
CONTACT ME.  WE ARE GRATEFUL FOR THIS OPPORTUNITY TO PROVIDE
SERVICE TO YOU.

                        VERY TRULY YOURS,

                        COZEN O'CONNOR

                        BY:    SANDRA A. BLOCH

ENC.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:        589726
File/Matter No:  220718.000
Amount Due:      202,345.02

Please remit check payable to COZEN O'CONNOR to:

        W1385
        Cozen O'Connor
        P.O. Box 7777
        Philadelphia, PA 19175-0775

Please send wire transfers to:

        Account Name:    Cozen O'Connor Executive Account
        Account No:      2953925
        Bank Name:       Mellon Bank
        Bank ABA No:     031000037
        Bank Address:    1735 Market Street
              :          Philadelphia, PA 19103
        Swift Code*:     MELNUS3P
        * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE    2
FILE NUMBER: 220718.000
INVOICE NO.: 589726

09273.0001.000 SHAPES/ARCH HOLDINGS
220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY

| DATE | EXPENSES INCURRED | VALUE |
|------|-------------------|-------|
| 03/27/08 | WESTLAW RESEARCH POSLUSNY,JERROLD N 03/27/2008 | 3.75 |
| 04/01/08 | DUPLICATING 4 COPIES 04/01 | 0.80 |
| 04/01/08 | DUPLICATING 5 COPIES 04/01 | 1.00 |
| 04/01/08 | DUPLICATING 21 COPIES 04/01 | 4.20 |
| 04/01/08 | DUPLICATING 2 COPIES 04/01 | 0.40 |
| 04/01/08 | DUPLICATING 154 COPIES 04/01 | 30.80 |
| 04/02/08 | DUPLICATING 11 COPIES 04/02 | 2.20 |
| 04/02/08 | DUPLICATING 149 COPIES 04/02 | 29.80 |
| 04/02/08 | LONG DISTANCE TELEPHONE 1 CALL 04/02 | 0.64 |
| 04/02/08 | DUPLICATING 7 COPIES 04/02 | 1.40 |
| 04/03/08 | DUPLICATING 34 COPIES 04/03 | 6.80 |
| 04/03/08 | FAX CHARGES 3 PAGE(S) 04/03 | 3.00 |
| 04/03/08 | DUPLICATING 102 COPIES 04/03 | 20.40 |
| 04/03/08 | FAX CHARGES 3 PAGE(S) 04/03 | 3.00 |
| 04/03/08 | DUPLICATING 2 COPIES 04/03 | 0.40 |
| 04/03/08 | FAX CHARGES 2 PAGE(S) 04/03 | 2.00 |
| 04/04/08 | DUPLICATING 42 COPIES 04/04 | 8.40 |
| 04/04/08 | FAX CHARGES 3 PAGE(S) 04/04 | 3.00 |
| 04/07/08 | DUPLICATING 86 COPIES 04/07 | 17.20 |
| 04/07/08 | DUPLICATING 2 COPIES 04/07 | 0.40 |
| 04/07/08 | FEDERAL EXPRESS  - INVOICE#8-221-67519 3/31/08 | 16.00 |
| 04/07/08 | DUPLICATING 70 COPIES 04/07 | 14.00 |
| 04/07/08 | TRAVEL AGENCY FEE, MARK E. FELGER, 30 NOV 2008, TRAVEL SERVICE, REF# ER00169358 | 40.00 |
| 04/07/08 | DUPLICATING 450 COPIES 04/07 | 90.00 |
| 04/07/08 | RAIL FARE, 07 APR 2008, MARK E. FELGER, VARIOUS FROM FROM LENDERS AND SHAPES, MEETING, MARK FELGER - NEW YORK TKT#, 5549225141203, REF# ER00169358 | 203.00 |
| 04/07/08 | RAIL FARE, 07 APR 2008, MARK E. FELGER, RETURN FROM TICKET FROM NYC MEETING W/ LENDERS AND COMPANY, COURT CALL, MARK FELGER - PHILADELPHIA TKT#, 5544881464692, REF# ER00169358 | 108.00 |

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE   3
FILE NUMBER: 220718.000
INVOICE NO.: 589726

04/07/08  PARKING/TOLLS, MARK E. FELGER, VARIOUS FROM       20.00
          FROM LENDERS AND SHAPES, MEETING, REF#
          ER00169358
04/08/08  DUPLICATING 8 COPIES 04/08                         1.60
04/08/08  DUPLICATING 19 COPIES 04/08                        3.80
04/08/08  LONG DISTANCE TELEPHONE 1 CALL 04/08               0.39
04/08/08  DUPLICATING 157 COPIES 04/08                      31.40
04/08/08  DUPLICATING 10 COPIES 04/08                        2.00
04/08/08  FAX CHARGES 3 PAGE(S) 04/08                        3.00
04/08/08  FAX CHARGES 3 PAGE(S) 04/08                        3.00
04/08/08  FAX CHARGES 3 PAGE(S) 04/08                        3.00
04/08/08  LONG DISTANCE TELEPHONE 1 CALL 04/08               0.31
04/08/08  LONG DISTANCE TELEPHONE 1 CALL 04/08               0.39
04/08/08  LONG DISTANCE TELEPHONE 1 CALL 04/08               0.70
04/09/08  DUPLICATING 5 COPIES 04/09                         1.00
04/09/08  DUPLICATING 122 COPIES 04/09                      24.40
04/09/08  DUPLICATING 5 COPIES 04/09                         1.00
04/10/08  DUPLICATING 16 COPIES 04/10                        3.20
04/10/08  DUPLICATING 26 COPIES 04/10                        5.20
04/11/08  POSTAGE 4/3/08                                     1.82
04/11/08  POSTAGE 4/3/08                                     4.60
04/11/08  POSTAGE 4/1/08                                     1.31
04/11/08  POSTAGE 4/8/08                                     4.60
04/11/08  POSTAGE 3/31/08                                    1.65
04/11/08  LONG DISTANCE TELEPHONE 1 CALL 04/11               2.56
04/11/08  POSTAGE 3/28/08                                   74.25
04/11/08  DUPLICATING 1412 COPIES 04/11                    282.40
04/11/08  DUPLICATING 234 COPIES 04/11                      46.80
04/14/08  FEDERAL EXPRESS  - INVOICE#8-218-72609 3/24/08    16.00
04/14/08  FEDERAL EXPRESS  - INVOICE#2-608-23174 3/25/08    72.56
04/14/08  DUPLICATING 3 COPIES 04/14                         0.60
04/14/08  PARKING/TOLLS, MARK E. FELGER, VARIOUS FROM        9.00
          FROM LENDERS AND SHAPES, PARKING, REF#
          ER00169358
04/14/08  DUPLICATING 58 COPIES 04/14                       11.60
04/14/08  DUPLICATING 6 COPIES 04/14                         1.20
04/15/08  DUPLICATING 33 COPIES 04/15                        6.60
04/15/08  DUPLICATING 47 COPIES 04/15                        9.40
04/15/08  DUPLICATING 7 COPIES 04/15                         1.40
04/16/08  POSTAGE 04/14/08                                   7.50
04/16/08  DUPLICATING 12 COPIES 04/16                        2.40
```

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          May 14, 2008    PAGE    4
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/16/08 DUPLICATING 291 COPIES 04/16                    58.20
04/16/08 LONG DISTANCE TELEPHONE 1 CALL 04/16             0.31
04/16/08 POSTAGE 04/11/08                                 5.05
04/16/08 LONG DISTANCE TELEPHONE 1 CALL 04/16             0.64
04/17/08 SECRETARIAL OVERTIME 03/20/08 - MONICA L.       28.63
         BRICKLEY
04/17/08 SECRETARIAL OVERTIME 03/17/08 - MONICA L.      133.58
         BRICKLEY
04/17/08 DUPLICATING 302 COPIES 04/17                    60.40
04/17/08 LONG DISTANCE TELEPHONE 1 CALL 04/17             0.64
04/17/08 DUPLICATING 102 COPIES 04/17                    20.40
04/18/08 DUPLICATING 62 COPIES 04/18                     12.40
04/18/08 DUPLICATING 14 COPIES 04/18                      2.80
04/18/08 LONG DISTANCE TELEPHONE 1 CALL 04/18             7.04
04/21/08 POSTAGE 04/17/08                                 4.60
04/21/08 POSTAGE 04/15/08                                 1.82
04/22/08 FEDERAL EXPRESS   - INVOICE#2-647-18536 4/15/08 65.76
04/22/08 DUPLICATING 3 COPIES 04/22                       0.60
04/22/08 DUPLICATING 138 COPIES 04/22                    27.60
04/23/08 DUPLICATING 4 COPIES 04/23                       0.80
04/23/08 DUPLICATING 63 COPIES 04/23                     12.60
04/23/08 DUPLICATING 7 COPIES 04/23                       1.40
04/23/08 DUPLICATING 6 COPIES 04/23                       1.20
04/24/08 DUPLICATING 4 COPIES 04/24                       0.80
04/24/08 DUPLICATING 309 COPIES 04/24                    61.80
04/24/08 DUPLICATING 57 COPIES 04/24                     11.40
04/24/08 DUPLICATING 44 COPIES 04/24                      8.80
04/25/08 DUPLICATING 119 COPIES 04/25                    23.80
04/25/08 DUPLICATING 31 COPIES 04/25                      6.20
04/25/08 DUPLICATING 2258 COPIES 04/25                  451.60
04/25/08 DUPLICATING 30 COPIES 04/25                      6.00
04/25/08 DUPLICATING 6 COPIES 04/25                       1.20
04/25/08 DUPLICATING 17 COPIES 04/25                      3.40
04/28/08 DUPLICATING 9 COPIES 04/28                       1.80
04/28/08 DUPLICATING 1073 COPIES 04/28                  214.60
04/28/08 DUPLICATING 36 COPIES 04/28                      7.20
04/28/08 DUPLICATING 165 COPIES 04/28                    33.00
04/28/08 DUPLICATING 136 COPIES 04/28                    27.20
04/28/08 DUPLICATING 24 COPIES 04/28                      4.80
04/29/08 COURT REPORTER   - NJ LEGAL COPY - INVOICE#     99.77
         83370 4/24/08 CC 4050
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008    PAGE    5
FILE NUMBER: 220718.000
INVOICE NO.: 589726

04/29/08 COURIER SERVICE  - RACER XPRESS - INVOICE# 2000    25.00
         04/28/08
04/29/08 TRAVEL & MEALS SUBJECT TO I.R.S. LIMITATIONS ON    39.79
         BUSINESS MEALS AND TRAVEL EXPENSES 1226
         M.FELGER TOASTIES EAST SEAMLESS WEB INV. 328832
         4/13/08
04/29/08 POSTAGE 04/28/08                                    4.78
04/29/08 POSTAGE 04/24/08                                    5.70
04/29/08 LUNCHEON MEETING   - SATISFARE - DEPOSITION       120.38
         LUNCHEON ATTENDED BY JUDY DAVIS, STEVE GRABELL,
         JOHN LUCIAN, TATE AND TATE 4/28/08 CC 41771
04/29/08 POSTAGE 04/23/08                                    1.48
04/29/08 DUPLICATING 4 COPIES 04/29                          0.80
04/29/08 POSTAGE 04/23/08                                    5.22
04/29/08 POSTAGE 04/22/08                                    4.60
04/29/08 DUPLICATING 65 COPIES 04/29                        13.00
04/30/08 DUPLICATING 1 COPIES 04/30                          0.20
04/30/08 DUPLICATING 4 COPIES 04/30                          0.80
04/30/08 DUPLICATING 28 COPIES 04/30                         5.60
04/30/08 SPECIAL COPY  - DIGITAL LEGAL, LLC DUPLICATING     68.20
         - INVOICE# 44676 4/21/08
04/30/08 DUPLICATING 219 COPIES 04/30                       43.80
04/30/08 Reversal from Void Check Number: 361518           (68.20)
         Bank ID: 1 Voucher ID: 919618
         Vendor: DIGITAL LEGAL SERVICES, LLC
         SPECIAL COPY  - DIGITAL LEGAL, LLC DUPLICATING
         - INVOICE# 44676 4/21/08
04/30/08 DUPLICATING 902 COPIES 04/30                      180.40
04/30/08 DUPLICATING 518 COPIES 04/30                      103.60
04/30/08 DUPLICATING 639 COPIES 04/30                      127.80

         EXPENSES INCURRED.......................    $3,366.02


         INVOICE TOTAL                             $3,366.02


         GRAND TOTAL DUE COZEN O'CONNOR
         AS OF THE ABOVE DATE                      $3,366.02
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE    6
FILE NUMBER: 220718.000
INVOICE NO.: 589726

*Fees and costs are due upon receipt of bill*

## EXHIBIT "C"

### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research | 3.75 |
| b) Facsimile (with rates)<br>   No. of Pages 20____   Rate per Page  $1.00__ (Max. $1.00/pg.) | 20.00 |
| c) Long Distance Telephone | 13.62 |
| d) In-House Reproduction<br>   No. of Pages 11,011  Rate per Page  .20____ (Max. .20¢/pg.) | 2,202.20 |
| e) Outside Reproduction | |
| f) Outside Research | |
| g) Filing/Court Fees (filing fees of five petitions $1,039 each) | |
| h) Court Reporting | 99.77 |
| i) Travel | 419.79 |
| j) Courier & Express Carriers (e.g. Federal Express) | 195.32 |
| k) Postage | 128.98 |
| l) Other (Explain) | |
|     Luncheon meeting | 120.38 |
|     Secretarial Overtime | 162.21 |
| DISBURSEMENT TOTAL: | $3,366.02 |