**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)
Attorneys for the Debtors

| | |
|---|---|
| In re: : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, : | CHAPTER 11 |
| : Debtors. : | CASE NO. 08-14631(GMB) |

**SECOND INTERIM MONTHLY FEE STATEMENT OF PHOENIX MANAGEMENT SERVICES, INC., RESTRUCTURING ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 31, 2008 THROUGH APRIL 27, 2008 AND <u>REQUEST FOR APPROVAL OF EVERGREEN RETAINER</u>**

TO:   HONORABLE GLORIA M. BURNS
      UNITED STATES BANKRUPTCY JUDGE

This Second Interim Monthly Fee Statement for Compensation and Reimbursement of Expenses (the "<u>Second Interim Fee Statement</u>") is filed by Phoenix Management Services, Inc. ("<u>Phoenix</u>"), restructuring advisor to Shapes/Arch Holdings L.L.C. and its related debtor entities, the debtors and debtors-in-possession (collectively the "<u>Debtors</u>")[1], requesting compensation and reimbursement of expenses for services provided by Phoenix as restructuring advisor to the Debtors for the period from March 31, 2008 through April 27, 2008 (the "<u>Second Interim Period</u>").

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("<u>Shapes/Arch</u>"), the following entities, all of which are wholly owned subsidiaries or Shapes/Arch, also filed petitions on the Petition Date (defined below):  Shapes L.L.C. ("<u>Shapes</u>"); Delair L.L.C. ("<u>Delair</u>"); Accu-Weld L.L.C. ("<u>Accu-Weld</u>"); and Ultra L.L.C. ("<u>Ultra</u>").

CHERRY_HILL\445395\1 220718.000

## Background

1. On March 16, 2008 (the "Petition Date"), the Debtors filed their petitions for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. No trustee or examiner has been appointed in these cases.

4. An official committee of unsecured creditors (the "Committee") was appointed on March 31, 2008 and has been actively involved in these cases since that time.

5. By Order dated April 9, 2008, Phoenix was retained to represent the Debtors as its restructuring advisor in this bankruptcy proceeding, effective as of March 16, 2008.

6. On March 18, 2008, the Administrative Order Pursuant To 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures Order") was entered by the Court. Phoenix submits this Second Interim Fee Statement for compensation and reimbursement of actual, necessary costs and expenses for its service to the Debtors.

7. Phoenix's previously submitted Monthly Fee Statement, is as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|
| 4/23/08 | March 16, 2008 thru March 30, 2008 | $33,108.00 | $253.81 | | |

8. During this Second Interim Period, Phoenix has been faithfully performing its duties under 11 U.S.C. § 327.

9. The Phoenix professionals who have rendered services in these cases for which Phoenix seeks compensation are reflected on the attached Exhibit "A", which provides the name of the professionals that have rendered services in these cases, their hourly rates and amount of time spent by each professional in these cases.

10. In accordance with the Compensation Procedures Order, and as set forth in Local Rule 2016-1 and the Court's General Order Adopting Guidelines Governing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals, a detailed chronological itemization of the services rendered by each professional during the Second Interim Period, calculated by tenths of an hour, is attached hereto as Exhibit "B".

11. During the Second Interim Period, Phoenix provided services to the Debtors in the total amount of $101,425.00.

12. Attached hereto as Exhibit "C" is a summary of the actual and necessary expenses incurred. During this Second Interim Period, Phoenix incurred actual and necessary expenses in the total amount of $954.20.

13. Pursuant to the Compensation Procedures Order, Phoenix seeks approval of 80% of the total compensation equal to $81,140.00 ($101,425.00 x 80%) and 100% reimbursement of expenses ($954.20) expended by Phoenix under this Second Interim Fee Statement, and for authorization for the Debtors to reimburse Phoenix for same.

14. Prior to the commencement of these cases, Phoenix was paid a retainer totaling $125,000, a portion of which was utilized by Phoenix to satisfy the fees and expenses requested in Phoenix's First Interim Statement. The amount presently held by Phoenix as a retainer is $91,638.19.

15.     The US Trustee raised an informal objection to Phoenix's request for an evergreen retainer.  In light of the informal objection, and the carveout provision in the Arcus interim debtor in possession financing order, Phoenix did not press this issue at the time of its retention but rather preserved the right to do so at a later time in its retention Order.

16.     Phoenix hereby renews its request that the balance of its retainer in the amount of $91,638.19 be treated as an evergreen retainer.  Phoenix's general practice is to hold retainers and apply them against the final invoices for matters, and it is Phoenix's understanding and belief that this practice is customary in the marketplace.  Evergreen retainers have been regularly approved in the courts in the Third Circuit.  See In re Insilico, 291 B.R. 628 (Bankr. D.Del. 2003), In re CTC Commc'ns. Group, Inc., Case No. 02-12873(PJW) (Bankr. D.Del. 2003).  See also In re United Artists Theatre Co., 315 F.3d 217, 229 (3d. Cir. 2003) (courts should refer to the marketplace when considering the reasonableness of retention agreements).

WHEREFORE, Phoenix respectfully requests that, for the period from March 31, 2008 through April 27, 2008, a Second interim allowance be made to Phoenix in the total amount of $81,140.00 ($101,425.00 x 80% total fees incurred during the Second Interim Period) for compensation and $954.20 for reimbursement of actual, necessary costs and expenses and that

such amounts be authorized for payment from the Debtors, and that the balance of its retainer be held and applied against amounts due under Phoenix's final fee application in these cases.

Dated: May 21, 2008

PHOENIX MANAGEMENT SERVICES, INC.

By: /s/ Michael E. Jacoby
    Michael E. Jacoby

Submitted By,

COZEN O'CONNOR

By:   /s/ Jerrold N. Poslusny, Jr.
    Mark E. Felger
    Jerrold N. Poslusny, Jr.

Attorneys for the Debtors

5

## EXHIBIT "A"

| NAME OF PROFESSIONAL | TITLE | HOURS | RATE | FEE |
| --- | --- | --- | --- | --- |
| 1. Mark A. Karbiner | Vice President | 128.00 | $245.00 | $31,360.00 |
| 2. Michael E. Jacoby | Managing Director | 157.90 | $405.00 | $63,949.50 |
| 3. Vincent J. Colistra | Managing Director | 15.10 | $405.00 | $6,115.50 |
| TOTAL: | | **301.00** | | **$101,425.00** |

**Exhibit B**
**2nd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:** 3/31/08 thru 4/27/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 1 | MAK | 3/31/2008 | Begin cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 2 | MAK | 3/31/2008 | Prepare cash flow scorecard | 1.20 | $ 245.00 | $ 294.00 |
| 3 | MAK | 3/31/2008 | Continue cash flow scorecard | 1.30 | $ 245.00 | $ 318.50 |
| 4 | MAK | 3/31/2008 | Review cash flow scorecard with Mr. Sorensen | 0.80 | $ 245.00 | $ 196.00 |
| 5 | MAK | 3/31/2008 | Revise cash flow scorecard | 1.30 | $ 245.00 | $ 318.50 |
| 6 | MAK | 3/31/2008 | Finalize cash flow scorecard | 1.70 | $ 245.00 | $ 416.50 |
| 7 | MAK | 3/31/2008 | Begin rolling 13-week cash flow scorecard | 1.70 | $ 245.00 | $ 416.50 |
| 8 | MAK | 4/1/2008 | Prepare rolling 13-week cash flow scorecard | 1.90 | $ 245.00 | $ 465.50 |
| 9 | MAK | 4/1/2008 | Review rolling 13-week cash flow scorecard with Mr. Sorensen | 0.80 | $ 245.00 | $ 196.00 |
| 10 | MAK | 4/1/2008 | Revise rolling 13-week cash flow scorecard | 1.80 | $ 245.00 | $ 441.00 |
| 11 | MAK | 4/1/2008 | Begin prep for meeting with JH Cohen | 1.10 | $ 245.00 | $ 269.50 |
| 12 | MEJ | 4/1/2008 | Review HIG Motion | 0.30 | $ 405.00 | $ 121.50 |
| 13 | MEJ | 4/1/2008 | Discuss model with PS | 0.40 | $ 405.00 | $ 162.00 |
| 14 | MEJ | 4/1/2008 | Review MOR Guidelines - Exhibit A | 0.20 | $ 405.00 | $ 81.00 |
| 15 | MEJ | 4/1/2008 | Cash flow review - Week 2 | 0.80 | $ 405.00 | $ 324.00 |
| 16 | MEJ | 4/1/2008 | Cash flow Scorecard review | 0.40 | $ 405.00 | $ 162.00 |
| 17 | MEJ | 4/1/2008 | Conference call with MF | 1.00 | $ 405.00 | $ 405.00 |
| 18 | MEJ | 4/1/2008 | Conference call with Committee Counsel and FA | 1.60 | $ 405.00 | $ 648.00 |
| 19 | MEJ | 4/1/2008 | Follow-up from Committee Call | 0.70 | $ 405.00 | $ 283.50 |
| 20 | MEJ | 4/1/2008 | Discussions with PS | 0.60 | $ 405.00 | $ 243.00 |
| 21 | MEJ | 4/1/2008 | Conference call with Versa re: Week 2 | 0.50 | $ 405.00 | $ 202.50 |
| 22 | MEJ | 4/1/2008 | emails re: Committee | 0.30 | $ 405.00 | $ 121.50 |
| 23 | VJC | 4/1/2008 | Conference call with Mgmt. and lawyers to discuss upcoming hearing and Objection by HIG | 0.50 | $ 405.00 | $ 202.50 |
| 24 | MAK | 4/2/2008 | Prep for meeting with JH Cohen | 0.90 | $ 245.00 | $ 220.50 |
| 25 | MAK | 4/2/2008 | Meeting with JH Cohen to review 13-week DIP cash flow | 6.90 | $ 245.00 | $ 1,690.50 |
| 26 | MEJ | 4/2/2008 | Review CIT loan agreement | 1.00 | $ 405.00 | $ 405.00 |
| 27 | MEJ | 4/2/2008 | Review PS Model | 1.80 | $ 405.00 | $ 729.00 |
| 28 | MEJ | 4/2/2008 | Review Committee Due Diligence request with PS and MF | 0.60 | $ 405.00 | $ 243.00 |
| 29 | MEJ | 4/2/2008 | Discuss model with PS | 0.90 | $ 405.00 | $ 364.50 |
| 30 | MEJ | 4/2/2008 | Review CF Assumptions for JH Cohn | 0.40 | $ 405.00 | $ 162.00 |
| 31 | MEJ | 4/2/2008 | Prepare for meeting with JH Cohn | 0.60 | $ 405.00 | $ 243.00 |
| 32 | MEJ | 4/2/2008 | Meeting with JH Cohn | 4.60 | $ 405.00 | $ 1,863.00 |
| 33 | MEJ | 4/2/2008 | Conference call with MF, SG re: Committee | 1.20 | $ 405.00 | $ 486.00 |
| 34 | MEJ | 4/2/2008 | Recap from JH Cohn meeting; draft emails; provide follow-up information | 1.50 | $ 405.00 | $ 607.50 |
| 35 | MAK | 4/3/2008 | Conference call with JH Cohen | 1.10 | $ 245.00 | $ 269.50 |
| 36 | MAK | 4/3/2008 | Prep revised 4-week CF budget | 1.70 | $ 245.00 | $ 416.50 |
| 37 | MAK | 4/3/2008 | Review revised 4-week CF budget with Mr. Sorensen | 0.60 | $ 245.00 | $ 147.00 |
| 38 | MEJ | 4/3/2008 | Review revised model | 0.70 | $ 405.00 | $ 283.50 |
| 39 | MEJ | 4/3/2008 | Discussion with PS re: revised model | 0.20 | $ 405.00 | $ 81.00 |
| 40 | MEJ | 4/3/2008 | Conference call with MF, SG re: HIG | 0.90 | $ 405.00 | $ 364.50 |
| 41 | MEJ | 4/3/2008 | Prepare preference analysis for UST | 0.20 | $ 405.00 | $ 81.00 |
| 42 | MAK | 4/4/2008 | Prep conversion of 13-Week CF to EBITDA | 2.30 | $ 245.00 | $ 563.50 |
| 43 | MEJ | 4/4/2008 | Prepare fee application | 1.10 | $ 405.00 | $ 445.50 |
| 44 | MEJ | 4/4/2008 | Review revised model | 0.20 | $ 405.00 | $ 81.00 |
| 45 | MEJ | 4/4/2008 | Review disbursements | 0.20 | $ 405.00 | $ 81.00 |
| 46 | MEJ | 4/4/2008 | Review borrowing base | 0.10 | $ 405.00 | $ 40.50 |

**Exhibit B**
**2nd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**    3/31/08 thru 4/27/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 47 | MEJ | 4/4/2008 | Review information for JH Cohn | 0.40 | $ 405.00 | $ 162.00 |
| 48 | MEJ | 4/4/2008 | Review monrhly financials and trial balances | 0.90 | $ 405.00 | $ 364.50 |
| 49 | MEJ | 4/4/2008 | Update with PS re: Committee | 0.30 | $ 405.00 | $ 121.50 |
| 50 | MEJ | 4/4/2008 | Update with MK re: cf analysis | 0.10 | $ 405.00 | $ 40.50 |
| 51 | MEJ | 4/4/2008 | Review information for JH Cohn | 0.80 | $ 405.00 | $ 324.00 |
| 52 | MEJ | 4/4/2008 | Conference call with JH Cohn | 1.30 | $ 405.00 | $ 526.50 |
| 53 | MEJ | 4/4/2008 | Discussion with MF and PS | 0.40 | $ 405.00 | $ 162.00 |
| 54 | MEJ | 4/4/2008 | Draft presentation for Committee meeting | 1.40 | $ 405.00 | $ 567.00 |
| 55 | MEJ | 4/4/2008 | Convert DIP Model to EBITDA estimate | 0.60 | $ 405.00 | $ 243.00 |
| 56 | MEJ | 4/4/2008 | Conference call with Versa re: liquidation analysis | 0.50 | $ 405.00 | $ 202.50 |
| 57 | MEJ | 4/4/2008 | Conference call with Cozen, SG, PS re: Committee; HIG | 1.40 | $ 405.00 | $ 567.00 |
| 58 | MEJ | 4/4/2008 | Continue work on Committee presentation and exhibits | 0.80 | $ 405.00 | $ 324.00 |
| 59 | MEJ | 4/4/2008 | Discussion with PS re: revised model | 0.10 | $ 405.00 | $ 40.50 |
| 60 | VJC | 4/4/2008 | Call w/M. Felger re upcoming Hearing and questions from Unsecured Creditors | 0.30 | $ 405.00 | $ 121.50 |
| 61 | VJC | 4/4/2008 | Review Scorecards from Mark Karbiner and updated 13 week cash flow | 0.50 | $ 405.00 | $ 202.50 |
| 62 | MEJ | 4/5/2008 | Review PS Model | 0.10 | $ 405.00 | $ 40.50 |
| 63 | MEJ | 4/5/2008 | Email to PS and MF re: Emergence Financing | 0.20 | $ 405.00 | $ 81.00 |
| 64 | MAK | 4/6/2008 | Prep revised 13-week CF DIP budget | 1.80 | $ 245.00 | $ 441.00 |
| 65 | MAK | 4/6/2008 | Prep revised 13-week CF DIP budget | 1.90 | $ 245.00 | $ 465.50 |
| 66 | MAK | 4/6/2008 | Prep revised 13-week CF DIP budget | 1.60 | $ 245.00 | $ 392.00 |
| 67 | MEJ | 4/6/2008 | Compare DIP Model with original model | 1.80 | $ 405.00 | $ 729.00 |
| 68 | MEJ | 4/6/2008 | Continue comparison - analytics | 0.80 | $ 405.00 | $ 324.00 |
| 69 | MEJ | 4/6/2008 | Discussion with VC re: DIP Model | 0.30 | $ 405.00 | $ 121.50 |
| 70 | MEJ | 4/6/2008 | Discussion with MK re: Delair Material and Interco | 0.90 | $ 405.00 | $ 364.50 |
| 71 | MEJ | 4/6/2008 | Review various spreadsheets and analysis | 0.40 | $ 405.00 | $ 162.00 |
| 72 | MEJ | 4/6/2008 | Review and revise presentation for Nov Bridge Analysis | 1.70 | $ 405.00 | $ 688.50 |
| 73 | MEJ | 4/6/2008 | Discussion with MK re: Updated DIP Model | 0.40 | $ 405.00 | $ 162.00 |
| 74 | MAK | 4/7/2008 | Begin cash flow scorecard | 0.90 | $ 245.00 | $ 220.50 |
| 75 | MAK | 4/7/2008 | Prepare cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 76 | MAK | 4/7/2008 | Continue cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 77 | MAK | 4/7/2008 | Review cash flow scorecard with Mr. Sorensen | 0.60 | $ 245.00 | $ 147.00 |
| 78 | MAK | 4/7/2008 | Revise cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 79 | MAK | 4/7/2008 | Finalize cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 80 | MAK | 4/7/2008 | Prepare Delair material purchase analysis | 0.80 | $ 245.00 | $ 196.00 |
| 81 | MAK | 4/7/2008 | Review Delair material purchase analysis with Mr. Sorenson | 0.70 | $ 245.00 | $ 171.50 |
| 82 | MAK | 4/7/2008 | Continue prep Delair material purchases analysis | 0.70 | $ 245.00 | $ 171.50 |
| 83 | MEJ | 4/7/2008 | Liquidation analysis update | 1.60 | $ 405.00 | $ 648.00 |
| 84 | MEJ | 4/7/2008 | Review materials for Conference Call with HIG | 0.40 | $ 405.00 | $ 162.00 |
| 85 | MEJ | 4/7/2008 | Conf Call with HIG and GT; Follow-up w/ Debtor | 1.30 | $ 405.00 | $ 526.50 |
| 86 | MEJ | 4/7/2008 | Review Cash Flow | 0.60 | $ 405.00 | $ 243.00 |
| 87 | MEJ | 4/7/2008 | Travel to NY; Prep for Committee Meeting; Attend Committee Meeting | 7.50 | $ 405.00 | $ 3,037.50 |
| 88 | MEJ | 4/7/2008 | Discussion with Dave Pichler re: Committee meeting | 0.30 | $ 405.00 | $ 121.50 |
| 89 | MAK | 4/8/2008 | Begin prep of new weekly CF thru 9/28 | 3.70 | $ 245.00 | $ 906.50 |
| 90 | MAK | 4/8/2008 | Continue prep weekly CF thru 9/28 | 3.10 | $ 245.00 | $ 759.50 |
| 91 | MAK | 4/8/2008 | Review of weekly CF thru 9/28 with Mr. Sorenson | 0.60 | $ 245.00 | $ 147.00 |

**Exhibit B**
**2nd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:** 3/31/08 thru 4/27/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 92 | MAK | 4/8/2008 | Revise CF thru 9/28 | 2.30 | $ 245.00 | $ 563.50 |
| 93 | MEJ | 4/8/2008 | Prepare and provide information to the Committee | 0.60 | $ 405.00 | $ 243.00 |
| 94 | MEJ | 4/8/2008 | Review APA from HIG | 0.40 | $ 405.00 | $ 162.00 |
| 95 | MEJ | 4/8/2008 | Discuss Pro Forma Balance Sheet with PS | 0.70 | $ 405.00 | $ 283.50 |
| 96 | MEJ | 4/8/2008 | Discuss and begin to analyze sources and uses at emergence | 0.90 | $ 405.00 | $ 364.50 |
| 97 | MEJ | 4/8/2008 | Discussion with Jules Kramer; review and analyze l/c and material cost issue at ultra | 2.20 | $ 405.00 | $ 891.00 |
| 98 | MEJ | 4/8/2008 | Review weekly scorecard | 0.40 | $ 405.00 | $ 162.00 |
| 99 | MEJ | 4/8/2008 | Prepare liquidation analysis to email to Committee | 0.70 | $ 405.00 | $ 283.50 |
| 100 | MEJ | 4/8/2008 | Review HIG APA | 0.30 | $ 405.00 | $ 121.50 |
| 101 | MEJ | 4/8/2008 | Conference call with JH Cohn re: Liquidation Analysis | 0.50 | $ 405.00 | $ 202.50 |
| 102 | MEJ | 4/8/2008 | Discussion with MF re: HIG analysis for JH Cohn | 0.40 | $ 405.00 | $ 162.00 |
| 103 | MEJ | 4/8/2008 | Continue conf call with JH Cohn re: Liq Analysis | 1.30 | $ 405.00 | $ 526.50 |
| 104 | MEJ | 4/8/2008 | Analyze HIG offer relative to Versa Plan | 0.40 | $ 405.00 | $ 162.00 |
| 105 | MEJ | 4/8/2008 | Review Ultra information re: open Pos and ship dates | 0.30 | $ 405.00 | $ 121.50 |
| 106 | MEJ | 4/8/2008 | Discussion with MF re: HIG | 0.40 | $ 405.00 | $ 162.00 |
| 107 | MAK | 4/9/2008 | Prep weekly CF thru 9/28 | 3.60 | $ 245.00 | $ 882.00 |
| 108 | MAK | 4/9/2008 | Review of weekly CF thru 9/28 with Mr. Sorenson | 0.80 | $ 245.00 | $ 196.00 |
| 109 | MAK | 4/9/2008 | Revise CF thru 9/28 | 4.30 | $ 245.00 | $ 1,053.50 |
| 110 | MEJ | 4/9/2008 | Review Ultra spreadsheets | 0.20 | $ 405.00 | $ 81.00 |
| 111 | MEJ | 4/9/2008 | Discussion with Howard re: HIG APA | 1.30 | $ 405.00 | $ 526.50 |
| 112 | MEJ | 4/9/2008 | Continue review of Ultra spreadsheets | 0.40 | $ 405.00 | $ 162.00 |
| 113 | MEJ | 4/9/2008 | Discussion with PS and DG re: emergence costs and contract cure amounts | 0.70 | $ 405.00 | $ 283.50 |
| 114 | MEJ | 4/9/2008 | Discussion with MK re: cash flow extension for additional 13 weeks | 0.20 | $ 405.00 | $ 81.00 |
| 115 | MEJ | 4/9/2008 | Meeting at Ultra re: material, letters of credit, timing, etc. | 1.80 | $ 405.00 | $ 729.00 |
| 116 | MEJ | 4/9/2008 | Conference call with Cozen | 1.70 | $ 405.00 | $ 688.50 |
| 117 | MEJ | 4/9/2008 | Discussion with Irv re: Liq Analysis | 0.50 | $ 405.00 | $ 202.50 |
| 118 | MEJ | 4/9/2008 | Conf Call with Howard re: Environmental and Union | 2.20 | $ 405.00 | $ 891.00 |
| 119 | MEJ | 4/9/2008 | PS re: Workers Comp | 0.40 | $ 405.00 | $ 162.00 |
| 120 | MEJ | 4/9/2008 | Begin work on 6/30 Balance Sheet | 2.10 | $ 405.00 | $ 850.50 |
| 121 | MEJ | 4/9/2008 | Discussion with MF re: HIG | 0.60 | $ 405.00 | $ 243.00 |
| 122 | MAK | 4/10/2008 | Prep weekly CF thru 9/28 | 2.30 | $ 245.00 | $ 563.50 |
| 123 | MAK | 4/10/2008 | Review of weekly CF thru 9/28 with Mr. Sorenson | 4.10 | $ 245.00 | $ 1,004.50 |
| 124 | MAK | 4/10/2008 | Revise CF thru 9/28 | 3.70 | $ 245.00 | $ 906.50 |
| 125 | MAK | 4/10/2008 | Continue prep CF thru 9/28 | 1.10 | $ 245.00 | $ 269.50 |
| 126 | MEJ | 4/10/2008 | Update with VC re: HIG, Liq Analysis | 0.40 | $ 405.00 | $ 162.00 |
| 127 | MEJ | 4/10/2008 | Review 503(b)(9) claims | 0.30 | $ 405.00 | $ 121.50 |
| 128 | MEJ | 4/10/2008 | Review/analyze re taxes | 0.20 | $ 405.00 | $ 81.00 |
| 129 | MEJ | 4/10/2008 | Continue 503(b)(9) claim review | 0.10 | $ 405.00 | $ 40.50 |
| 130 | MEJ | 4/10/2008 | Continue 6/30/08 balance sheet preparation | 2.20 | $ 405.00 | $ 891.00 |
| 131 | MEJ | 4/10/2008 | Discussion with SG re: Versa/HIG/etc | 0.20 | $ 405.00 | $ 81.00 |
| 132 | MEJ | 4/10/2008 | Sales analysis | 0.40 | $ 405.00 | $ 162.00 |
| 133 | MEJ | 4/10/2008 | Discussion with PS re: HIG vs Versa | 0.40 | $ 405.00 | $ 162.00 |
| 134 | MEJ | 4/10/2008 | Review cf extension with MK | 0.60 | $ 405.00 | $ 243.00 |
| 135 | MEJ | 4/10/2008 | Continue work on 6/30 balance sheet | 3.10 | $ 405.00 | $ 1,255.50 |
| 136 | MEJ | 4/10/2008 | Conf Call with JH Cohn re Liq Analysis | 0.60 | $ 405.00 | $ 243.00 |

**Exhibit B**
**2nd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**           3/31/08 thru 4/27/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 137 | MEJ | 4/10/2008 | Discussion with MF re: various | 0.40 | $ 405.00 | $ 162.00 |
| 138 | MEJ | 4/10/2008 | Finalize draft of pro forma balance sheet - send to Versa | 1.50 | $ 405.00 | $ 607.50 |
| 139 | MEJ | 4/10/2008 | Finalize draft of liquidation analysis - send to Versa | 1.10 | $ 405.00 | $ 445.50 |
| 140 | MEJ | 4/10/2008 | Respond to DP email re: Pro Forma BS | 0.20 | $ 405.00 | $ 81.00 |
| 141 | VJC | 4/10/2008 | Phone conversation w/M. Jacoby re upcoming hearing and Objection by HIG and cash flows | 0.80 | $ 405.00 | $ 324.00 |
| 142 | VJC | 4/10/2008 | Phone conversation with Alan S. and Julianne L rCIT re issues with Scorecard and HIG objection | 0.50 | $ 405.00 | $ 202.50 |
| 143 | MAK | 4/11/2008 | Prep weekly CF thru 9/28 | 1.10 | $ 245.00 | $ 269.50 |
| 144 | MAK | 4/11/2008 | Review of weekly CF thru 9/28 with Mr. Sorenson | 0.40 | $ 245.00 | $ 98.00 |
| 145 | MAK | 4/11/2008 | Revise CF thru 9/28 | 2.10 | $ 245.00 | $ 514.50 |
| 146 | MAK | 4/11/2008 | Prep BK filing monthly projections | 3.10 | $ 245.00 | $ 759.50 |
| 147 | MAK | 4/11/2008 | Revise BK filing monthly projections | 1.70 | $ 245.00 | $ 416.50 |
| 148 | MEJ | 4/11/2008 | Update narrative for Liq Analysis | 0.40 | $ 405.00 | $ 162.00 |
| 149 | MEJ | 4/11/2008 | Review AW A/R | 0.30 | $ 405.00 | $ 121.50 |
| 150 | MEJ | 4/11/2008 | Analyze inventory on pro forma balance sheet | 0.30 | $ 405.00 | $ 121.50 |
| 151 | MEJ | 4/11/2008 | Update liquidation analysis for final 6/29 estimates | 1.20 | $ 405.00 | $ 486.00 |
| 152 | MEJ | 4/11/2008 | Multiple discussions with Versa re: Pro Forma BS and Liq Analysis | 0.80 | $ 405.00 | $ 324.00 |
| 153 | MEJ | 4/11/2008 | Conf Call with Cozen re: HIG due diligence list and general status of Supplemental Plan filings | 0.80 | $ 405.00 | $ 324.00 |
| 154 | MEJ | 4/11/2008 | Additional updates to pf bs and liq analysis during the course of the day | 2.10 | $ 405.00 | $ 850.50 |
| 155 | MEJ | 4/11/2008 | Discussion with Howard re: HIG and historical sales process | 0.30 | $ 405.00 | $ 121.50 |
| 156 | MEJ | 4/11/2008 | Review spreadsheets for UST filing; discuss same with MK | 1.10 | $ 405.00 | $ 445.50 |
| 157 | MEJ | 4/11/2008 | Conference call with CIT and Bank Group | 0.70 | $ 405.00 | $ 283.50 |
| 158 | MEJ | 4/11/2008 | Discussions with JP re filing requirements | 0.20 | $ 405.00 | $ 81.00 |
| 159 | VJC | 4/11/2008 | Phone conversation w/mark K. to review cash flows and Mike J. re HIG Plan | 0.40 | $ 405.00 | $ 162.00 |
| 160 | MEJ | 4/13/2008 | Review HIG Plan and Term Loan Documents | 2.20 | $ 405.00 | $ 891.00 |
| 161 | MAK | 4/14/2008 | Begin cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 162 | MAK | 4/14/2008 | Prepare cash flow scorecard | 0.50 | $ 245.00 | $ 122.50 |
| 163 | MAK | 4/14/2008 | Continue cash flow scorecard | 0.90 | $ 245.00 | $ 220.50 |
| 164 | MAK | 4/14/2008 | Review cash flow scorecard with Mr. Sorensen | 0.50 | $ 245.00 | $ 122.50 |
| 165 | MAK | 4/14/2008 | Revise cash flow scorecard | 0.80 | $ 245.00 | $ 196.00 |
| 166 | MAK | 4/14/2008 | Finalize cash flow scorecard | 0.80 | $ 245.00 | $ 196.00 |
| 167 | MAK | 4/14/2008 | Begin cash flow thru 9/28/08 | 2.10 | $ 245.00 | $ 514.50 |
| 168 | MAK | 4/14/2008 | Continue cash flow thru 9/28/08 | 1.70 | $ 245.00 | $ 416.50 |
| 169 | MEJ | 4/14/2008 | Discuss HIG Plan with JH Cohn | 0.30 | $ 405.00 | $ 121.50 |
| 170 | MEJ | 4/14/2008 | Update with PS | 0.10 | $ 405.00 | $ 40.50 |
| 171 | MEJ | 4/14/2008 | Discuss Contract Cure with DG | 0.20 | $ 405.00 | $ 81.00 |
| 172 | MEJ | 4/14/2008 | Review Arcus Term Loan | 0.30 | $ 405.00 | $ 121.50 |
| 173 | MEJ | 4/14/2008 | Discuss Sun Capital and Liq Analysis with MF | 0.70 | $ 405.00 | $ 283.50 |
| 174 | MEJ | 4/14/2008 | Finalize Liq Analysis for Plan Supplement | 0.40 | $ 405.00 | $ 162.00 |
| 175 | MEJ | 4/14/2008 | Review Plan Supplement | 0.80 | $ 405.00 | $ 324.00 |
| 176 | MEJ | 4/14/2008 | Discussion with Howard | 0.90 | $ 405.00 | $ 364.50 |
| 177 | MEJ | 4/14/2008 | Discussion with Paul | 0.50 | $ 405.00 | $ 202.50 |
| 178 | MEJ | 4/14/2008 | Conference call with Cozen et al re: HIG | 0.40 | $ 405.00 | $ 162.00 |
| 179 | MEJ | 4/14/2008 | Review Schedules and SOFAS - 341 Meeting Prep | 1.10 | $ 405.00 | $ 445.50 |

**Exhibit B**
**2nd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                     3/31/08 thru 4/27/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 180 | MEJ | 4/14/2008 | Prepare items for Committee | 0.90 | $ 405.00 | $ 364.50 |
| 181 | MEJ | 4/14/2008 | Discussion with MF re: Committee | 0.60 | $ 405.00 | $ 243.00 |
| 182 | MEJ | 4/14/2008 | More preparation for Committee Request | 0.50 | $ 405.00 | $ 202.50 |
| 183 | VJC | 4/14/2008 | Phone conversation w/Felger and Mike J. re anticipated meeting w/Committee and Versa. Review material from Committee. | 0.30 | $ 405.00 | $ 121.50 |
| 184 | MAK | 4/15/2008 | Prepare cash flow thru 9/28/08 | 0.80 | $ 245.00 | $ 196.00 |
| 185 | MAK | 4/15/2008 | Prepare rolling 13-week cash flow | 1.80 | $ 245.00 | $ 441.00 |
| 186 | MAK | 4/15/2008 | Continue Prep cash flow thru 9/28/08 | 2.90 | $ 245.00 | $ 710.50 |
| 187 | MAK | 4/15/2008 | Continue prep rolling 13-week cash flow | 1.70 | $ 245.00 | $ 416.50 |
| 188 | MAK | 4/15/2008 | Begin cash reconciliation for Weeks #1 - Week#4 | 1.40 | $ 245.00 | $ 343.00 |
| 189 | MEJ | 4/15/2008 | Review Objections to Disclosure Statement | 0.60 | $ 405.00 | $ 243.00 |
| 190 | MEJ | 4/15/2008 | Update Pro Forma Balance Sheet | 0.40 | $ 405.00 | $ 162.00 |
| 191 | MEJ | 4/15/2008 | Discussion with MF | 0.30 | $ 405.00 | $ 121.50 |
| 192 | MEJ | 4/15/2008 | Discussion with Irv | 0.30 | $ 405.00 | $ 121.50 |
| 193 | MEJ | 4/15/2008 | Review model provided to Lazard | 0.20 | $ 405.00 | $ 81.00 |
| 194 | MEJ | 4/15/2008 | Continue review of objections | 0.50 | $ 405.00 | $ 202.50 |
| 195 | MEJ | 4/15/2008 | Prep for Meeting with Versa and Committee; Review Plan Supplement | 0.80 | $ 405.00 | $ 324.00 |
| 196 | MEJ | 4/15/2008 | Review Week 4 CF Scorecard | 0.70 | $ 405.00 | $ 283.50 |
| 197 | MEJ | 4/15/2008 | Discussion with DP | 0.20 | $ 405.00 | $ 81.00 |
| 198 | MEJ | 4/15/2008 | Pre-meeting, Meeting and Post-Meeting at Cozen's office with Versa and Committee | 5.40 | $ 405.00 | $ 2,187.00 |
| 199 | VJC | 4/15/2008 | Meeting at cozen's office w/Committee and Versa and lawyers. | 5.50 | $ 405.00 | $ 2,227.50 |
| 200 | MAK | 4/16/2008 | Prep cash reconciliation for Weeks #1 - Week#4 | 2.10 | $ 245.00 | $ 514.50 |
| 201 | MAK | 4/16/2008 | Prepare cash flow thru 9/28/08 | 1.30 | $ 245.00 | $ 318.50 |
| 202 | MAK | 4/16/2008 | Prepare rolling 13-week cash flow | 1.70 | $ 245.00 | $ 416.50 |
| 203 | MAK | 4/16/2008 | Prep cash reconciliation for Weeks #1 - Week#4 | 1.20 | $ 245.00 | $ 294.00 |
| 204 | MAK | 4/16/2008 | Review weekly CF thru 9/28 with Mr. Sorenson | 0.70 | $ 245.00 | $ 171.50 |
| 205 | MAK | 4/16/2008 | Review proforma balance sheet and liquidation analysis | 1.80 | $ 245.00 | $ 441.00 |
| 206 | MEJ | 4/16/2008 | Discussion with PS | 0.30 | $ 405.00 | $ 121.50 |
| 207 | MEJ | 4/16/2008 | Review and Update 503(b)(9) claims | 0.40 | $ 405.00 | $ 162.00 |
| 208 | MEJ | 4/16/2008 | Review availability | 0.20 | $ 405.00 | $ 81.00 |
| 209 | MEJ | 4/16/2008 | Discussion with Howard re: Balance Sheet, HIG, 503(b)(9) | 0.50 | $ 405.00 | $ 202.50 |
| 210 | MEJ | 4/16/2008 | Review and prepare spreadsheets for executory contract cure amounts | 0.40 | $ 405.00 | $ 162.00 |
| 211 | MEJ | 4/16/2008 | Review BR draft of updated DS and Plan | 1.20 | $ 405.00 | $ 486.00 |
| 212 | MEJ | 4/16/2008 | Review Committee Objections | 1.30 | $ 405.00 | $ 526.50 |
| 213 | MEJ | 4/16/2008 | Discussion with MF | 0.20 | $ 405.00 | $ 81.00 |
| 214 | MEJ | 4/16/2008 | Review CF Scorecard and Update | 1.30 | $ 405.00 | $ 526.50 |
| 215 | MEJ | 4/16/2008 | Review Ultra contract file | 0.10 | $ 405.00 | $ 40.50 |
| 216 | MEJ | 4/16/2008 | Discussion with Howard | 0.40 | $ 405.00 | $ 162.00 |
| 217 | MEJ | 4/16/2008 | Discussion with DG re: contracts | 0.20 | $ 405.00 | $ 81.00 |
| 218 | MEJ | 4/16/2008 | Discussion with SG | 0.40 | $ 405.00 | $ 162.00 |
| 219 | MEJ | 4/16/2008 | Review additional objections | 0.60 | $ 405.00 | $ 243.00 |
| 220 | MEJ | 4/16/2008 | Conference call with Cozen et al re: tomorrow hearing | 0.50 | $ 405.00 | $ 202.50 |
| 221 | VJC | 4/16/2008 | Phone conversation w/mark K. to review cash flows and Mike J. re HIG Plan | 0.30 | $ 405.00 | $ 121.50 |

**Exhibit B**
**2nd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                              **3/31/08 thru 4/27/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 222 | MAK | 4/17/2008 | Prep cash reconciliation for Weeks #1 - Week#4 | 1.80 | $ 245.00 | $ 441.00 |
| 223 | MAK | 4/17/2008 | Revise CF thru 9/28 | 1.70 | $ 245.00 | $ 416.50 |
| 224 | MAK | 4/17/2008 | Prep cash reconciliation for Weeks #1 - Week#4 | 2.30 | $ 245.00 | $ 563.50 |
| 225 | MAK | 4/17/2008 | Prepare rolling 13-week cash flow | 0.70 | $ 245.00 | $ 171.50 |
| 226 | MAK | 4/17/2008 | Prep cash reconciliation for Weeks #1 - Week#4 | 1.70 | $ 245.00 | $ 416.50 |
| 227 | MAK | 4/17/2008 | Revise CF thru 9/28 | 1.90 | $ 245.00 | $ 465.50 |
| 228 | MAK | 4/17/2008 | Prepare rolling 13-week cash flow | 0.70 | $ 245.00 | $ 171.50 |
| 229 | MEJ | 4/17/2008 | Review cf rollforward | 0.80 | $ 405.00 | $ 324.00 |
| 230 | MEJ | 4/17/2008 | Review BR objection to Committee | 0.70 | $ 405.00 | $ 283.50 |
| 231 | MEJ | 4/17/2008 | Review Committee Subpoena | 0.20 | $ 405.00 | $ 81.00 |
| 232 | MEJ | 4/17/2008 | Post Hearing Conf Call with Cozen | 1.80 | $ 405.00 | $ 729.00 |
| 233 | MEJ | 4/17/2008 | Review Delair cf | 0.20 | $ 405.00 | $ 81.00 |
| 234 | MEJ | 4/17/2008 | Discussion with JH Cohn re: new budget | 0.40 | $ 405.00 | $ 162.00 |
| 235 | VJC | 4/17/2008 | Conference call w/Felger, management and M. Jacoby to review and discuss what the Committee requested and HIG's doc. Request | 1.20 | $ 405.00 | $ 486.00 |
| 236 | MEJ | 4/18/2008 | Discussion with MF re new budget | 0.50 | $ 405.00 | $ 202.50 |
| 237 | MEJ | 4/18/2008 | Update with PS | 0.40 | $ 405.00 | $ 162.00 |
| 238 | MEJ | 4/18/2008 | Review Delair results | 0.20 | $ 405.00 | $ 81.00 |
| 239 | MEJ | 4/18/2008 | Conversation with Howard re; new budget | 0.30 | $ 405.00 | $ 121.50 |
| 240 | MEJ | 4/18/2008 | Review Week 4 CF Scorecard | 0.30 | $ 405.00 | $ 121.50 |
| 241 | MEJ | 4/18/2008 | Discussion with Irv re: float and week #4 | 0.40 | $ 405.00 | $ 162.00 |
| 242 | MEJ | 4/18/2008 | Review scorecard and rollforward | 0.70 | $ 405.00 | $ 283.50 |
| 243 | MEJ | 4/18/2008 | Discussion with Howard re: his email | 0.30 | $ 405.00 | $ 121.50 |
| 244 | MEJ | 4/18/2008 | Preparation of due diligence items for HIG | 1.30 | $ 405.00 | $ 526.50 |
| 245 | MEJ | 4/18/2008 | Review 13 week rollforward with PS | 1.00 | $ 405.00 | $ 405.00 |
| 246 | MEJ | 4/18/2008 | Update 13 week rollforward | 0.50 | $ 405.00 | $ 202.50 |
| 247 | MEJ | 4/18/2008 | Discussion with Howard re: DIP loan rollforward | 0.50 | $ 405.00 | $ 202.50 |
| 248 | MEJ | 4/18/2008 | Discussion with Felger re: Committee, Versa, etc. | 0.40 | $ 405.00 | $ 162.00 |
| 249 | MEJ | 4/18/2008 | Discussion with PS | 0.20 | $ 405.00 | $ 81.00 |
| 250 | MEJ | 4/18/2008 | Begin reconciliation of revolver rollforward in DIP model | 0.60 | $ 405.00 | $ 243.00 |
| 251 | MEJ | 4/19/2008 | Finalize new budget for HIG | 0.40 | $ 405.00 | $ 162.00 |
| 252 | MEJ | 4/19/2008 | Finalize reconciliation of revolver rollforward for JH Cohn | 1.20 | $ 405.00 | $ 486.00 |
| 253 | MEJ | 4/20/2008 | Various emails with Felger | 0.10 | $ 405.00 | $ 40.50 |
| 254 | VJC | 4/20/2008 | E-mails w/Felger re Deposition and info for Committee. Prepare and send info to Felger re Committee request. | 1.50 | $ 405.00 | $ 607.50 |
| 255 | MAK | 4/21/2008 | Begin cash flow scorecard | 1.00 | $ 245.00 | $ 245.00 |
| 256 | MAK | 4/21/2008 | Prepare cash flow scorecard | 0.90 | $ 245.00 | $ 220.50 |
| 257 | MAK | 4/21/2008 | Continue cash flow scorecard | 1.20 | $ 245.00 | $ 294.00 |
| 258 | MEJ | 4/21/2008 | Review transcript | 0.80 | $ 405.00 | $ 324.00 |
| 259 | MEJ | 4/21/2008 | Discussion with HK | 0.30 | $ 405.00 | $ 121.50 |
| 260 | MEJ | 4/21/2008 | Revise CF and provide to MF | 0.20 | $ 405.00 | $ 81.00 |
| 261 | MEJ | 4/21/2008 | Update with MF | 0.20 | $ 405.00 | $ 81.00 |
| 262 | MEJ | 4/21/2008 | Emails with HK | 0.10 | $ 405.00 | $ 40.50 |
| 263 | MEJ | 4/21/2008 | Discussion with MF re: DS, Liq analysis, HIG | 0.60 | $ 405.00 | $ 243.00 |
| 264 | MEJ | 4/21/2008 | Follow-up for JH Cohn | 0.40 | $ 405.00 | $ 162.00 |
| 265 | MEJ | 4/21/2008 | Intercompany update | 0.30 | $ 405.00 | $ 121.50 |
| 266 | VJC | 4/21/2008 | Prepare information for Committee | 1.20 | $ 405.00 | $ 486.00 |
| 267 | MAK | 4/22/2008 | Revise cash flow scorecard | 0.80 | $ 245.00 | $ 196.00 |

**Exhibit B**
**2nd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                3/31/08 thru 4/27/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 268 | MAK | 4/22/2008 | Continue cash flow scorecard | 0.90 | $ 245.00 | $ 220.50 |
| 269 | MAK | 4/22/2008 | Finalize cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 270 | MEJ | 4/22/2008 | Conference call with Cozen | 1.50 | $ 405.00 | $ 607.50 |
| 271 | MEJ | 4/22/2008 | Review week #5 cf | 0.40 | $ 405.00 | $ 162.00 |
| 272 | MEJ | 4/22/2008 | Respond to DS items | 0.20 | $ 405.00 | $ 81.00 |
| 273 | MEJ | 4/22/2008 | Review Committee email | 0.30 | $ 405.00 | $ 121.50 |
| 274 | MAK | 4/23/2008 | Prepare rolling 13-week cash flow | 1.90 | $ 245.00 | $ 465.50 |
| 275 | MAK | 4/23/2008 | Continue rolling 13-week cash flow | 1.30 | $ 245.00 | $ 318.50 |
| 276 | MAK | 4/23/2008 | Prepare rolling 13-week cash flow | 0.80 | $ 245.00 | $ 196.00 |
| 277 | MAK | 4/23/2008 | Continue rolling 13-week cash flow | 1.30 | $ 245.00 | $ 318.50 |
| 278 | MAK | 4/23/2008 | Finalize rolling 13-week cash flow | 0.60 | $ 245.00 | $ 147.00 |
| 279 | MEJ | 4/23/2008 | Review JH Cohn questions re: CF Rollforward | 2.00 | $ 405.00 | $ 810.00 |
| 280 | MEJ | 4/23/2008 | Update with PS | 0.30 | $ 405.00 | $ 121.50 |
| 281 | MEJ | 4/23/2008 | Conf Call with Howard | 1.50 | $ 405.00 | $ 607.50 |
| 282 | MEJ | 4/23/2008 | emails re: HIG follow-up | 0.40 | $ 405.00 | $ 162.00 |
| 283 | MEJ | 4/23/2008 | Discussion with Howard re: Versa expense reimb | 0.40 | $ 405.00 | $ 162.00 |
| 284 | MEJ | 4/23/2008 | DG re: union update | 0.30 | $ 405.00 | $ 121.50 |
| 285 | MEJ | 4/23/2008 | Review week #5 scorecard | 1.30 | $ 405.00 | $ 526.50 |
| 286 | MEJ | 4/23/2008 | Info for JH Cohn | 0.30 | $ 405.00 | $ 121.50 |
| 287 | MEJ | 4/23/2008 | Conference call with Cozen | 1.00 | $ 405.00 | $ 405.00 |
| 288 | MEJ | 4/23/2008 | Begin review of DS | 0.70 | $ 405.00 | $ 283.50 |
| 289 | MEJ | 4/24/2008 | Continue review of DS, Plan and Bid Procedures | 1.10 | $ 405.00 | $ 445.50 |
| 290 | MEJ | 4/24/2008 | Review motions and objections | 0.40 | $ 405.00 | $ 162.00 |
| 291 | MEJ | 4/24/2008 | Conference call with Cozen re: DS and Plan | 1.50 | $ 405.00 | $ 607.50 |
| 292 | MEJ | 4/24/2008 | Review Jan/Feb Financials for DS | 0.30 | $ 405.00 | $ 121.50 |
| 293 | MEJ | 4/24/2008 | Prepare/provide numbers for DS | 0.90 | $ 405.00 | $ 364.50 |
| 294 | MEJ | 4/24/2008 | Discussions/emails with Joel re: DS | 0.10 | $ 405.00 | $ 40.50 |
| 295 | MEJ | 4/24/2008 | Review disbursements | 0.40 | $ 405.00 | $ 162.00 |
| 296 | MEJ | 4/24/2008 | Discussion with Irv re: week #5 | 0.40 | $ 405.00 | $ 162.00 |
| 297 | MEJ | 4/24/2008 | Various infor requests for HIG/Committee | 0.40 | $ 405.00 | $ 162.00 |
| 298 | MEJ | 4/24/2008 | Discussion with MF | 0.30 | $ 405.00 | $ 121.50 |
| 299 | MEJ | 4/24/2008 | DS review and updates | 0.80 | $ 405.00 | $ 324.00 |
| 300 | MEJ | 4/25/2008 | Print and review filed plan, ds, etc | 0.50 | $ 405.00 | $ 202.50 |
| 301 | MEJ | 4/25/2008 | Review sun capital docs | 0.20 | $ 405.00 | $ 81.00 |
| 302 | MEJ | 4/25/2008 | Prepare jan/feb financials for JH Cohn | 0.90 | $ 405.00 | $ 364.50 |
| 303 | MEJ | 4/25/2008 | Review/analyze Centre forecast for JH Cohn | 1.40 | $ 405.00 | $ 567.00 |
| 304 | MEJ | 4/25/2008 | Discussion with Howard re: DS | 0.60 | $ 405.00 | $ 243.00 |
| 305 | MEJ | 4/25/2008 | Discussion with Howard re: Professional Fees | 0.20 | $ 405.00 | $ 81.00 |
| 306 | MEJ | 4/25/2008 | Update analysis re: professional fees | 0.30 | $ 405.00 | $ 121.50 |
| 307 | MEJ | 4/25/2008 | Update with PS | 0.20 | $ 405.00 | $ 81.00 |
| 308 | MEJ | 4/25/2008 | Review avail and cf | 0.30 | $ 405.00 | $ 121.50 |
| 309 | MEJ | 4/27/2008 | Update Pro Forma Balance Sheet for new DS items | 0.70 | $ 405.00 | $ 283.50 |
| 310 | VJC | 4/27/2008 | Prepare and review information for Deposition on Tuesday and Court Hearing on Thursday | 2.10 | $ 405.00 | $ 850.50 |

Total - 2nd Fee Application                                        301.00                101,425.00

## **EXHIBIT "C"**

| SUMMARY OF DISBURSEMENTS | |
|---|---|
| **DISBURSEMENTS** | **AMOUNT** |
| Telephone | |
| Mileage (1,206 miles at $0.505 per mile) | 609.03 |
| Air and Rail | 151.00 |
| Tolls | 56.00 |
| Parking | 68.00 |
| Meals | 70.17 |
| **DISBURSEMENT TOTAL** | $954.20 |