**GIANSANTE & COBB, LLC**
By:  Carol R. Cobb, Esq. (3574)
     Louis Giansante, Esq. (9585)
23 East Main Street
Moorestown, NJ  08057-3309
(856) 273-8866
giansantecobb@verizon.net
**Attorneys for the Creditor,
Ward Sand & Materials, Inc.**



IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| ) | CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS, L.L.C., ) | |
| et al., ) | |
| Debtors. ) | |

PROOF OF SERVICE
OF
WARD SAND & MATERIALS, INC.'S
OBJECTION TO DEBTOR'S JOINT DISCLOSURE STATEMENT OF THE
SECOND AMENDED PLAN

     The attached Response to debtors' second objection to Debtor's Disclosure Statement has been Federal Expressed and filed with the Clerk of the Court to:

Mark E. Felger, Esq.
Jerrold N. Poslusny, Jr.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

     The undersigned hereby certifies that she completed the ECF training on May 21, 2008 and will complete the testing

within the next few days and at that time will always electronically file and subsequent documents.

Dated: May 22, 2008

BY: GIANSANTE & COBB, LLC
*Carol R Cobb*
Carol Rogers Cobb (#3574)
on the brief
23 E. Main Street
Moorestown, NJ 08057-3309
(856) 273-8866