**UNITED STATES BANKRUPTCY COURT**
**_____ DISTRICT OF NEW JERSEY**

In re: **Shapes/Arch Holdings, LLC**
**Debtor**

Case No. **08-14631**
Reporting Period: March of 2008

## MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR - 1 | x | |
|    Bank Reconciliations (or copies of debtor's bank reconciliations) | MOR - 1 (CON'T) | N/A | |
|    Copies of bank statements | | N/A | |
|    Cash disbursements journal | | x | |
| Statement of Operations | MOR - 2 | x | |
| Balance Sheet | MOR - 3 | x | |
| Status of Postpetition Taxes | MOR - 4 | N/A | |
|    Copies of IRS Form 6123 or payment receipt | | N/A | |
|    Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | MOR - 4 | x | |
|    Listing of aged accounts payable | | N/A | |
| Accounts Receivable Reconciliation and Aging | MOR - 5 | x | |
| Debtor Questionnaire | MOR - 5 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  
Signature of Debtor

Date

_____  
Signature of Joint Debtor

Date

_____  
Signature of Authorized Individual*

**May 21, 2008**
Date

**Paul Sorensen, Jr.**
Printed Name of Authorized Individual*

**Chief Financial Officer**
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: <u>SHAPES/ARCH HOLDINGS L.L.C., et al.,</u>  
**Debtors**

Case No.: <u>08-14631 (GMB)</u>  
Time Period: <u>3/17/08 - 3/30/08</u>

## Schedule of Cash Receipts & Disbursements[1]

| Week Ending: | March 2008 Two Weeks (3/17/08 - 3/30/08) | Post-Filing Period-to-Date Total |
|---|---:|---:|
| **Beginning Cash Balance** | 1,229,910 | 1,229,910 |
| **Cash Receipts** | | |
| Sale of Assets | - | - |
| A/R Collections | 6,887,259 | 6,887,259 |
| Loans and Advances | - | - |
| Sale of Assets | - | - |
| Other | - | - |
| **Total Cash Receipts** | 6,887,259 | 6,887,259 |
| **Cash Disbursements** | | |
| Net Payroll | 1,178,735 | 1,178,735 |
| Payroll Taxes | 514,359 | 514,359 |
| Sales, Use and Other Taxes | 54,996 | 54,996 |
| Inventory Purchases | 5,406,748 | 5,406,748 |
| Secured, Rental, Leases | 11,955 | 11,955 |
| Commercial Insurance | 53,825 | 53,825 |
| Health Insurance | 50,935 | 50,935 |
| Union Benefits | - | - |
| Administrative & Selling | 169,462 | 169,462 |
| Manufacturing & Warehouse | 255,523 | 255,523 |
| Change in Float | (415,691) | (415,691) |
| Other | 82,500 | 82,500 |
| CAPEX | 159,222 | 159,222 |
| Net Loans and Advances | 393,823 | 393,823 |
| Professional Expenses | - | - |
| U.S. Trustee Fees | - | - |
| Court Costs | - | - |
| **Total Cash Disbursements** | 7,916,392 | 7,916,392 |
| **Net Cash Change** | 200,777 | 200,777 |
| **Ending Cash Balance[2]** | 200,777 | 200,777 |

[1] Shapes/Arch Holdings, L.L.C. had no activity at the entity level. All activity shown consists of four subsidiaries: Shapes, LLC; Delair, LLC; Accu-Weld, LLC; and, Ultra, LLC.

[2] Reflects all cash swept to Shapes, LLC.

**In re: SHAPES/ARCH HOLDINGS L.L.C., et al.,**
**Debtors**

Case No.: **08-14631 (GMB)**
Time Period: **3/17/08 - 3/31/08**

## Cash Disbursements Journal

| Date | Check # | Payee | Amount | Purpose |
|---|---|---|---:|---|
| 3/18/08 | 16557 | FCFCU | 2,312.50 | Credit Union |
| 3/18/08 | ACH | JP Morgan | 10,286.13 | Bank Charges |
| 3/19/08 | 18997 | W R Sales | 155.64 | Commission |
| 3/19/08 | 19028 | Kevin Sullivan | 42.00 | EE Expense |
| 3/19/08 | 19034 | Bay Cities Warehouse | 3,272.05 | Warehousing |
| 3/19/08 | 55548 | Senne Sales | 184.38 | Commission |
| 3/19/08 | 116520 | Standard Warehouse & Dist | 110.94 | Freight |
| 3/19/08 | 116524 | Motion Industries | 471.67 | Plant |
| 3/19/08 | 116525 | Fastcom Supply Corp. | 612.00 | Plant |
| 3/19/08 | 116526 | KGM Precision Corp. | 2,120.00 | Plant |
| 3/19/08 | 116527 | UPS | 1,868.00 | Freight |
| 3/19/08 | ACH | YELLOW | 6,759.12 | DOMESTIC TRUCKING |
| 3/19/08 | Wire | Ace Pallet Corp | 1,375.00 | pallets/materials |
| 3/19/08 | Wire | ADP | 308,962.14 | Payroll |
| 3/19/08 | Wire | ADP | 54,306.49 | Payroll |
| 3/19/08 | Wire | ADP | 81,385.26 | Payroll |
| 3/19/08 | WIRE | ADP | 14,038.95 | Payroll |
| 3/19/08 | Wire | Bardot Plastics | 5,200.00 | tooling |
| 3/19/08 | WIRE | EVERGREEN | 18,141.00 | OCEAN FREIGHT |
| 3/19/08 | WIRE | Flex | 2,432.84 | Flexspend |
| 3/19/08 | WIRE | HANJIN | 3,262.00 | OCEAN FREIGHT |
| 3/19/08 | WIRE | JOHN STEER | 4,385.69 | CUSTOMS CLEARANCE |
| 3/19/08 | Wire | Marine Fasteners Inc | 14,443.20 | materials |
| 3/19/08 | WIRE | NEW HOCHA | 63,221.43 | MATERIAL |
| 3/19/08 | WIRE | Northeast Metal | 48,803.09 | Materials |
| 3/19/08 | WIRE | PNC - 401K | 2,605.37 | 401K |
| 3/19/08 | WIRE | Rusal America | 463,823.08 | Materials |
| 3/19/08 | Wire | Swimline Corp. | 26,923.38 | liners/materials |
| 3/19/08 | WIRE | TIANJIN | 61,962.00 | MATERIAL |
| 3/19/08 | WIRE | TIANJIN | 75,780.10 | MATERIAL |
| 3/20/08 | 3737 | Phillip Daniel | 544.75 | Plant |
| 3/20/08 | 16587 | Caldwell | 3,430.98 | Material |
| 3/20/08 | 16590 | DAT | 500.00 | Freight |
| 3/20/08 | 16608 | Lil & Cathy | 250.00 | Office |
| 3/20/08 | 16610 | FCFCU | 1,937.50 | Credit Union |
| 3/20/08 | 16611 | Dan Such | 510.00 | Plant |
| 3/20/08 | 19000 | TPR Resources | 178.28 | Commission |
| 3/20/08 | 19044 | ADRIANNA BACHE | 215.72 | Selling |
| 3/20/08 | 19045 | ROBERT TOWNSEND | 700.00 | Selling |
| 3/20/08 | 55494 | Amerigas | 1,250.00 | Propane |
| 3/20/08 | 116528 | Fedex | 2,000.00 | Freight |
| 3/20/08 | 116529 | BKS Industries | 5,856.00 | Plant |
| 3/20/08 | 116530 | Konstance Pneumatics | 177.32 | Plant |
| 3/20/08 | 116531 | Lumbermen Ass | 9,948.93 | Packing Supplies |
| 3/20/08 | 116532 | Stauffer Glove | 819.12 | Plant |
| 3/20/08 | 116533 | K & M Transport LLC | 4,349.99 | Freight |
| 3/20/08 | 116534 | Ralph MacClemmy LLC | 1,875.00 | Freight |
| 3/20/08 | ACH | NJ DEPT OF REV | 377.15 | SALES TAX |

Note: Shapes/Arch Holdings, L.L.C. had no activity at the entity level. All activity shown consists of four subsidiaries: Shapes, LLC; Delair, LLC; Accu-Weld, LLC; and, Ultra, LLC.

1

In re: **SHAPES/ARCH HOLDINGS L.L.C., et al.,**        Case No.: **08-14631 (GMB)**
      **Debtors**                                      Time Period: **3/17/08 - 3/31/08**

## Cash Disbursements Journal

| Date | Check # | Payee | Amount | Purpose |
|---|---|---|---:|---|
| 3/20/08 | WIRE | A DUIE PYLE | 2,382.57 | Freight |
| 3/20/08 | WIRE | Advanced Fluid | 4,754.00 | Plant |
| 3/20/08 | Wire | Bell Container | 2,766.06 | Material |
| 3/20/08 | Wire | CCTRANS2 Corp | 1,829.20 | Freight |
| 3/20/08 | WIRE | Clendenin Brothers | 3,610.00 | Plant |
| 3/20/08 | Wire | DDI | 50,000.00 | Freight |
| 3/20/08 | Wire | HB Fuller | 16,596.00 | Material |
| 3/20/08 | Wire | Hygrade | 4,723.23 | Material |
| 3/20/08 | Wire | Medalco Metals, Inc | 58,152.00 | Material |
| 3/20/08 | WIRE | NEMF | 708.86 | Freight |
| 3/20/08 | WIRE | Noble | 127,276.96 | Material |
| 3/20/08 | WIRE | Northeast | 44,793.98 | Material |
| 3/20/08 | WIRE | OLD DOMINION | 4,620.17 | Freight |
| 3/20/08 | Wire | PolyOne | 36,750.00 | Material |
| 3/20/08 | WIRE | PPG | 4,124.00 | Material |
| 3/20/08 | Wire | PPG | 23,319.51 | Material |
| 3/20/08 | WIRE | Rusal America | 277,339.39 | Material |
| 3/20/08 | WIRE | Rusal America | 397,561.22 | Material |
| 3/20/08 | WIRE | Thumb Tool & Engineering | 1,850.00 | Dies |
| 3/20/08 | Wire | Vision | 3,590.40 | Material |
| 3/21/08 | EPT | Massachusetts | 551.12 | Sales tax - Feb 2008 |
| 3/21/08 | EPT | Phila & Pa | 8,006.92 | Sales tax - Feb 2008 |
| 3/24/08 | 3738 | Welton Burton | 566.15 | Payroll |
| 3/24/08 | 16537 | Joseph Steinroeder | 202.66 | Sales |
| 3/24/08 | 19048 | U.S. CUSTOMS | 3,181.75 | Freight |
| 3/24/08 | 19049 | U.S. CUSTOMS | 2,470.14 | Freight |
| 3/24/08 | 55603 | Rob Bradley | 216.04 | Selling |
| 3/24/08 | 55604 | Courteay Whitehurst | 308.03 | Selling |
| 3/24/08 | 55606 | Gill Powder Coating | 2,032.82 | Material |
| 3/24/08 | 55607 | Michael Hubley | 321.95 | Selling |
| 3/24/08 | 55608 | Bill MacKenzie | 45.00 | Selling |
| 3/24/08 | 55609 | Fred Schnall | 206.35 | Selling |
| 3/24/08 | 55610 | Stephen Shervin | 98.67 | Selling |
| 3/24/08 | 55611 | Sterling Technologies | 9,337.00 | Material |
| 3/24/08 | 56605 | Darryl Hurd | 5.00 | Selling |
| 3/24/08 | 116535 | Leslie Foster | 100.00 | Payroll |
| 3/24/08 | 116536 | Provident Packaging | 509.95 | Delivery Supplies |
| 3/24/08 | 116537 | NJ Treasurer | 127.00 | G&A Other |
| 3/24/08 | 16588 | Kentucky | 1,848.09 | Sales tax - Feb 2008 |
| 3/24/08 | 16589 | Maryland | 1,527.60 | Sales tax - Feb 2008 |
| 3/24/08 | 16591 | Arkansas | 820.25 | Sales tax - Feb 2008 |
| 3/24/08 | 16592 | Florida | 5,909.16 | Sales tax - Feb 2008 |
| 3/24/08 | 16593 | Georgia | 4,209.22 | Sales tax - Feb 2008 |
| 3/24/08 | 16594 | Indiana | 74.43 | Sales tax - Feb 2008 |
| 3/24/08 | 16595 | Kansas | 9.45 | Sales tax - Feb 2008 |
| 3/24/08 | 16596 | Tennessee sales tax | 3,191.00 | Sales tax - Feb 2008 |
| 3/24/08 | 16597 | Lillian Leithead | 250.00 | Office Expense |
| 3/24/08 | 16598 | Louisiana | 1,792.00 | Sales tax - Feb 2008 |

**Note: Shapes/Arch Holdings, L.L.C. had no activity at the entity level. All activity shown consists of four subsidiaries: Shapes, LLC; Delair, LLC; Accu-Weld, LLC; and, Ultra, LLC.**

2

In re: <u>**SHAPES/ARCH HOLDINGS L.L.C., et al.,**</u>        Case No.: <u>**08-14631 (GMB)**</u>
      **Debtors**        Time Period: <u>**3/17/08 - 3/31/08**</u>

## Cash Disbursements Journal

| Date | Check # | Payee | Amount | Purpose |
|---|---|---|---:|---|
| 3/24/08 | 16599 | Centier Bank | 154.80 | Payroll |
| 3/24/08 | 16600 | New York | 12,627.13 | Sales tax - Feb 2008 |
| 3/24/08 | 16601 | North Carolina | 5,453.34 | Sales tax - Feb 2008 |
| 3/24/08 | 16602 | Ohio | 922.29 | Sales tax - Feb 2008 |
| 3/24/08 | 16603 | South Carolina | 300.33 | Sales tax - Feb 2008 |
| 3/24/08 | 16604 | Tangipahoa | 2,242.80 | Sales tax - Feb 2008 |
| 3/24/08 | 16605 | Texas sales tax | 542.77 | Sales tax - Feb 2008 |
| 3/24/08 | 16606 | Va sales tax | 4,027.81 | Sales tax - Feb 2008 |
| 3/24/08 | 16609 | Lee Wapner | 550.00 | Auto Expense |
| 3/24/08 | 16610B | FCFCU | 2,432.50 | Union Dues |
| 3/24/08 | ACH | NJ Dept of Tax | 12,989.10 | Sales Tax |
| 3/24/08 | EPT | New Jersey | 940.39 | Sales tax - Feb 2008 |
| 3/24/08 | WIRE | EXCO | 106,222.96 | CapEx |
| 3/24/08 | WIRE | Flex | 2,509.14 | Payroll |
| 3/24/08 | WIRE | HANGZHOU JIARUI | 2,704.00 | Material |
| 3/24/08 | WIRE | JOHN STEER | 567.00 | Freight |
| 3/24/08 | WIRE | Miller Advertising Agency | 6,723.53 | G&A Other |
| 3/24/08 | WIRE | Noble | 64,521.78 | Material |
| 3/24/08 | WIRE | Northeast | 42,985.18 | Material |
| 3/24/08 | WIRE | PPG | 411.95 | Material |
| 3/24/08 | WIRE | Schneider Trucking | 750.00 | Freight |
| 3/24/08 | WIRE | Source Management | 6,433.92 | Freight |
| 3/24/08 | Wire | Swimline Corporation | 16,236.81 | Material |
| 3/24/08 | WIRE | TAIWAN FU HSING | 54,630.20 | Material |
| 3/24/08 | WIRE | Wagstaff | 3,750.00 | Plant Supplies |
| 3/24/08 | WIRE | YELLOW | 1,841.41 | Freight |
| 3/24/08 | WIRE | YONGFENG | 22,300.00 | Material |
| 3/25/08 | 18648 | Global Sources | 68.00 | Subscription |
| 3/25/08 | 19050 | WOOD PRODUCTS | 3,150.00 | Selling |
| 3/25/08 | 19051 | ACE PALLET | 418.50 | Plant |
| 3/25/08 | 55613 | Ace Pallet | 14,024.00 | Material |
| 3/25/08 | 116538 | J.T. Reddy | 1,111.84 | Plant Supplies |
| 3/25/08 | 166616 | Regenex | 13,145.18 | Material |
| 3/25/08 | 166617 | Household Metals | 6,566.00 | Material |
| 3/25/08 | Wire | American Finished Products | 2,164.00 | Material |
| 3/25/08 | WIRE | CLAIR HOME/LEGAND | 11,006.50 | Material |
| 3/25/08 | WIRE | DJR | 1,165.97 | Freight |
| 3/25/08 | WIRE | Noble | 118,207.70 | Material |
| 3/25/08 | WIRE | North American Mfg | 3,605.30 | Plant Supplies |
| 3/25/08 | WIRE | Northeast | 115,332.98 | Material |
| 3/25/08 | WIRE | Payroll | 679,816.35 | Payroll |
| 3/25/08 | Wire | Payroll | 155,556.00 | Payroll |
| 3/25/08 | Wire | Payroll | 180,694.02 | Payroll |
| 3/25/08 | WIRE | Payroll | 152,573.24 | Payroll |
| 3/25/08 | WIRE | PNC | 2,280.88 | 401k |
| 3/25/08 | Wire | PNC | 186.09 | 401K |
| 3/25/08 | Wire | PNC | 171.19 | 401K |
| 3/25/08 | WIRE | PPG | 7,827.05 | Material |

**Note: Shapes/Arch Holdings, L.L.C. had no activity at the entity level. All activity shown consists of four subsidiaries: Shapes, LLC; Delair, LLC; Accu-Weld, LLC; and, Ultra, LLC.**

3

In re: **SHAPES/ARCH HOLDINGS L.L.C., et al.,**　　　Case No.: **08-14631 (GMB)**
　　　　**Debtors**　　　　　　　　　　　　　　　　　Time Period: **3/17/08 - 3/31/08**

## Cash Disbursements Journal

| Date | Check # | Payee | Amount | Purpose |
|---|---|---|---:|---|
| 3/25/08 | WIRE | Rusal | 331,413.16 | Material |
| 3/26/08 | 16618 | C.H. Briggs | 3,696.00 | Material |
| 3/26/08 | 16619 | Ashland Products | 633.47 | Material |
| 3/26/08 | 16620 | Automatic Data | 368.27 | Office Expenses |
| 3/26/08 | 16621 | Con-way Central | 96.34 | Freight |
| 3/26/08 | 16622 | Citicorp Leasing | 388.16 | Office Expenses |
| 3/26/08 | 16624 | AllWeather Tempering | 2,112.69 | Material |
| 3/26/08 | 16625 | Arch Rothrock | 69.02 | Selling - Stationary |
| 3/26/08 | 16626 | L & R SHIPPING | 396.00 | Freight |
| 3/26/08 | 16627 | C.R. Lawrence | 499.25 | Shop Maintenance |
| 3/26/08 | 16628 | Leading Edge Distribution | 2,299.85 | Material |
| 3/26/08 | 16629 | May National Associates | 283.01 | Material |
| 3/26/08 | 16630 | MRP Plastics | 21,917.50 | Material |
| 3/26/08 | 16631 | Mc-Master & Carr | 259.94 | Shop Maintenance |
| 3/26/08 | 16632 | Motorcar Colors | 367.75 | Material |
| 3/26/08 | 16633 | Screws & More | 1,542.55 | Material |
| 3/26/08 | 16634 | Penske Truck Leasing | 11,003.46 | Truck Leasing |
| 3/26/08 | 16635 | Stauffer Glove & Safety | 54.20 | Shop Maintenance |
| 3/26/08 | 16636 | Ultrafab | 935.75 | Material |
| 3/26/08 | 16637 | Scott Paist | 130.00 | Service Expense |
| 3/26/08 | 16638 | FCFCU | 2,132.50 | Union Dues |
| 3/26/08 | 16639 | Daniel Suchodolski | 1,105.00 | Service Expense |
| 3/26/08 | 16640 | Ventana | 1,761.34 | Material |
| 3/26/08 | 16641 | Cintas Corporation | 43.87 | Shop Maintenance |
| 3/26/08 | 19053 | TIMOTHY WALTER | 1,500.00 | G&A |
| 3/26/08 | 55615 | Rob Bradley | 1,500.00 | Selling |
| 3/26/08 | 55616 | Courtenay Whitehurst | 1,500.00 | Selling |
| 3/26/08 | 55617 | Darryl Hurd | 1,500.00 | Selling |
| 3/26/08 | 55618 | Gerry Herson | 1,500.00 | Selling |
| 3/26/08 | 55619 | Michael Hubey | 1,500.00 | Selling |
| 3/26/08 | 55620 | Bill MacKenzie | 1,500.00 | Selling |
| 3/26/08 | 55621 | Mal-Ber Mfg | 5,368.21 | Material |
| 3/26/08 | 55622 | Mark Haberbosch | 1,500.00 | Selling |
| 3/26/08 | 55623 | Northeast Plastics Supply | 495.00 | Material |
| 3/26/08 | 55624 | Stephen Shervin | 1,500.00 | Selling |
| 3/26/08 | 55626 | Fitzpatrick Container | 3,441.80 | Material |
| 3/26/08 | 55628 | Old Dominion Freight | 928.66 | Freight |
| 3/26/08 | 116539 | Foampak, Inc. | 4,371.88 | Plant Supplies |
| 3/26/08 | 116540 | Motion Industries | 704.04 | Plant Supplies |
| 3/26/08 | 116541 | Billows Electric | 74.17 | Plant Supplies |
| 3/26/08 | 116542 | Intercontinental Tech, LTD | 1,197.28 | Plant Supplies |
| 3/26/08 | 116543 | Theodore Mozer | 596.00 | Plant Supplies |
| 3/26/08 | 116544 | Steve's Auto Body | 465.45 | Plant Supplies |
| 3/26/08 | Wire | Bell Container | 6,858.00 | Shop Maintenance |
| 3/26/08 | Wire | Caldwell | 25,007.21 | Material |
| 3/26/08 | Wire | Celadon Logistics Services Inc | 1,643.38 | Freight |
| 3/26/08 | WIRE | Guyson Corp. of USA | 1,340.00 | Plant Supplies |
| 3/26/08 | Wire | HB Fuller | 2,223.88 | Material |

**Note:** Shapes/Arch Holdings, L.L.C. had no activity at the entity level. All activity shown consists of four subsidiaries: Shapes, LLC; Delair, LLC; Accu-Weld, LLC; and, Ultra, LLC.

In re: **SHAPES/ARCH HOLDINGS L.L.C., et al.,**  Case No.: **08-14631 (GMB)**
**Debtors**  Time Period: **3/17/08 - 3/31/08**

## Cash Disbursements Journal

| Date | Check # | Payee | Amount | Purpose |
|---|---|---|---:|---|
| 3/26/08 | WIRE | K.B M. | 3,202.50 | Freight |
| 3/26/08 | WIRE | Lumberman Assoc , Inc | 9,884.16 | Delivery Supplies |
| 3/26/08 | WIRE | NEW HOCHA | 63,221.43 | Material |
| 3/26/08 | WIRE | Noble Americas | 361,066.31 | Material |
| 3/26/08 | WIRE | Northeast Metal | 118,754.22 | Material |
| 3/26/08 | Wire | Polyone | 20,646.50 | Material |
| 3/26/08 | Wire | PPG Industries | 20,143.04 | Material |
| 3/26/08 | WIRE | SHANGHAI HOUSING | 10,108.30 | Material |
| 3/26/08 | Wire | Shapes Unlimited | 6,516.86 | Material |
| 3/26/08 | Wire | TB Philly | 1,440.00 | Shop Maintenance |
| 3/26/08 | Wire | Ventana USA | 2,476.40 | Material |
| 3/27/08 | 3739 | William McCargo | 503.75 | Payroll |
| 3/27/08 | 16642 | A-Best | 354.45 | Office |
| 3/27/08 | 16643 | Void | Void | Void |
| 3/27/08 | 16644 | Airgas Safety | 937.80 | Shop Maintenance |
| 3/27/08 | 16645 | Dac | 571.25 | Material |
| 3/27/08 | 16646 | Charles Saunders | 90.00 | Service Expense |
| 3/27/08 | 16647 | Guardian | 1,349.78 | Material |
| 3/27/08 | 16648 | McMaster | 519.68 | Shop Maintenance |
| 3/27/08 | 16649 | Modern Handling | 1,531.69 | Shop Maintenance |
| 3/27/08 | 16650 | Q-Cast | 464.11 | Shop Maintenance |
| 3/27/08 | 16651 | Sherwin Williams | 1,558.05 | Material |
| 3/27/08 | 16652 | UltraFab | 170.26 | Shop Maintenance |
| 3/27/08 | 16653 | United Parcel Service | 471.20 | Freight |
| 3/27/08 | 16654 | VIP Business Forms | 4,024.10 | Selling - Stationary |
| 3/27/08 | 16655 | Endura | 541.44 | Material |
| 3/27/08 | 16656 | Cintas | 380.92 | Office |
| 3/27/08 | 16657 | Wells Fargo | 5,519.00 | Insurance |
| 3/27/08 | 16658 | American Metal | 372.50 | Shop Maintenance |
| 3/27/08 | 16659 | Commerce Bank | 10,000.00 | Petty Cash |
| 3/27/08 | 18980 | Douglas Di Bella | 7,675.00 | Store Setups |
| 3/27/08 | 19054 | CONNIE COLLING | 3,514.64 | Travel & Entertainment |
| 3/27/08 | 19055 | PITT OHIO | 81.20 | Freight |
| 3/27/08 | 19056 | WOODWARD PRINTING | 3,262.95 | Catalog |
| 3/27/08 | 19057 | WATTERS & MARTIN | 3,600.00 | Trade shows |
| 3/27/08 | 19058 | US CUSTOMS | 11,717.41 | Freight |
| 3/27/08 | 19059 | WATTERS & MARTIN | 500.00 | Trade shows |
| 3/27/08 | 19060 | WATTERS & MARTIN | 200.00 | Trade shows |
| 3/27/08 | 19062 | EHMKE MANUF | 2,345.50 | Trade shows |
| 3/27/08 | 19063 | M E B LOGISTICS | 2,957.26 | Freight |
| 3/27/08 | 19064 | MATI SALES | 3,483.70 | Material |
| 3/27/08 | 55630 | Rob Bradley | 8.00 | Selling |
| 3/27/08 | 55631 | Capital One Finance | 564.27 | Selling |
| 3/27/08 | 55633 | Garden State Dust Control | 106.18 | Plant supplies |
| 3/27/08 | 55634 | Gill Powder Coating Inc | 3,247.34 | Material |
| 3/27/08 | 55635 | Mal-Ber Mfg | 7,300.00 | Material |
| 3/27/08 | 55636 | Stephen Shervin | 7.55 | Entertainment |
| 3/27/08 | 55637 | United Electric Supply | 746.25 | Plant supplies |

Note: Shapes/Arch Holdings, L.L.C. had no activity at the entity level. All activity shown consists of four subsidiaries: Shapes, LLC; Delair, LLC; Accu-Weld, LLC; and, Ultra, LLC.

5

In re: **SHAPES/ARCH HOLDINGS L.L.C., et al.,**
**Debtors**

Case No.: **08-14631 (GMB)**
Time Period: **3/17/08 - 3/31/08**

## Cash Disbursements Journal

| Date | Check # | Payee | Amount | Purpose |
|---|---|---|---:|---|
| 3/27/08 | 55638 | United Parcel Service | 223.19 | Freight |
| 3/27/08 | 116545 | Stauffer Glove | 727.77 | Plant Supplies |
| 3/27/08 | 116547 | Del Val Chem | 2,370.69 | Plant Supplies |
| 3/27/08 | 116548 | Solar Atmospheres | 87.14 | Plant Supplies |
| 3/27/08 | ACH | PNC - 401K | 1,691.87 | Payroll |
| 3/27/08 | ACH | Prudential | 20,813.43 | 401K |
| 3/27/08 | ACH | Prudential | 6,695.93 | 401K |
| 3/27/08 | Wire | American Finished Products | 6,700.00 | Material |
| 3/27/08 | WIRE | COMBINATION DOOR | 27,471.58 | Material |
| 3/27/08 | WIRE | Cummings-Moore Graphite | 1,335.60 | Plant Supplies |
| 3/27/08 | Wire | DDI | 2,086.50 | Freight |
| 3/27/08 | WIRE | EVERGREEN | 20,115.00 | Freight |
| 3/27/08 | WIRE | GEE BRIDGE | 4,918.55 | Material |
| 3/27/08 | WIRE | Gil Travel & Tours, Inc. | 10,000.00 | Travel and Enter |
| 3/27/08 | WIRE | INNER MONGOLIA | 18,291.84 | Material |
| 3/27/08 | WIRE | JINWEI | 31,299.72 | Material |
| 3/27/08 | WIRE | Noble | 347,933.88 | Material |
| 3/27/08 | WIRE | North American | 1,610.35 | Plant Supplies |
| 3/27/08 | WIRE | Northeast Metal | 93,508.10 | Material |
| 3/27/08 | Wire | Prudential | 7,766.81 | 401K |
| 3/27/08 | WIRE | Prudential | 7,559.81 | 401K |
| 3/27/08 | WIRE | Rusal | 463,978.14 | Material |
| 3/27/08 | WIRE | SANXING | 11,365.20 | Material |
| 3/28/08 | 3741 | Lonnie Smith | 507.61 | Payroll |
| 3/28/08 | 47559 | Brenda Navarro | 82.09 | Payroll |
| 3/28/08 | 47560 | Kelvin Flores | 105.28 | Payroll |
| 3/28/08 | 47588 | Michael Marable | 76.37 | Payroll |
| 3/28/08 | 55640 | Crown Credit Company | 950.00 | Plant supplies |
| 3/28/08 | 55641 | Custom-Pak | 9,494.40 | Material |
| 3/28/08 | 55642 | Fitzpatrick Container | 4,999.51 | Material |
| 3/28/08 | 55643 | Hun Machine Works | 5,949.00 | Material |
| 3/28/08 | 55644 | Mal-Ber Mfg. Co. | 1,987.38 | Material |
| 3/28/08 | 55645 | United Parcel Service | 4,000.00 | Freight |
| 3/28/08 | 116549 | River Road | 36,168.40 | Material |
| 3/28/08 | 116550/116632 | ABF | 228.91 | Freight |
| 3/28/08 | 116551/116633 | ABS Industries | 816.04 | Plant Supplies |
| 3/28/08 | 116552/116634 | Annette Holdings | 3,205.46 | Freight |
| 3/28/08 | 116553/116635 | Arrow | 1,298.20 | Freight |
| 3/28/08 | 116554/116636 | bks Industries | 4,284.00 | Plant Supplies |
| 3/28/08 | 116555/116637 | GE Capital | 203.00 | Plant Supplies |
| 3/28/08 | 116556/116638 | Motion Industries | 1,517.70 | Plant Supplies |
| 3/28/08 | 116557/116639 | Boyle | 626.20 | Freight |
| 3/28/08 | 116558/116640 | Boyd | 4,344.43 | Freight |
| 3/28/08 | 116559/116641 | Brokerage Concepts | 50,935.21 | Payroll |
| 3/28/08 | 116560/116642 | Jay's Tire Service | 219.35 | Plant Supplies |
| 3/28/08 | 116561/116643 | Conway | 104.66 | Freight |
| 3/28/08 | 116562/116644 | Crown Credit | 273.15 | Plant Supplies |
| 3/28/08 | 116563/116645 | J.A. Cunningham | 103.32 | Plant Supplies |

Note: Shapes/Arch Holdings, L.L.C. had no activity at the entity level. All activity shown consists of four subsidiaries: Shapes, LLC; Delair, LLC; Accu-Weld, LLC; and, Ultra, LLC.

6

In re: **SHAPES/ARCH HOLDINGS L.L.C., et al.,**　　Case No.: **08-14631 (GMB)**
**Debtors**　　Time Period: **3/17/08 - 3/31/08**

## Cash Disbursements Journal

| Date | Check # | Payee | Amount | Purpose |
|---|---|---|---:|---|
| 3/28/08 | 116564/116646 | Grayson Mitchell | 5,191.42 | Freight |
| 3/28/08 | 116565/116647 | Wells Fargo | 53,825.00 | Insurance |
| 3/28/08 | 116566/116648 | K & M Transport | 5,773.00 | Freight |
| 3/28/08 | 116567/116649 | Mati Sales | 688.40 | Plant Supplies |
| 3/28/08 | 116568/116650 | MHS Lift Inc | 955.00 | Plant Supplies |
| 3/28/08 | 116569/116651 | Page Transportation | 843.10 | Freight |
| 3/28/08 | 116570/116652 | Quality concepts | 2,265.18 | Plant Supplies |
| 3/28/08 | 116571/116653 | RMAC Transport | 1,743.75 | Freight |
| 3/28/08 | 116572/116654 | Fedex | 435.55 | Freight |
| 3/28/08 | 116573/116655 | System Transport | 1,236.40 | Freight |
| 3/28/08 | 116574/116656 | Travers Tool | 28.49 | Plant Supplies |
| 3/28/08 | 116575/116657 | US Regional II | 65.00 | Plant Supplies |
| 3/28/08 | 116576,79/116658 | Unifirst | 736.04 | Plant Supplies |
| 3/28/08 | 116577/116658 | UPS | 34.37 | Freight |
| 3/28/08 | 116578/116660 | Zymotic Imports | 4,963.44 | Freight |
| 3/28/08 | WIRE | ACME | 5,934.20 | Material |
| 3/28/08 | WIRE | Beiler Hydraulics | 4,785.00 | Plant Supplies |
| 3/28/08 | Wire | CCTRANS2 Corp | 2,521.87 | Freight |
| 3/28/08 | WIRE | Exco | 43,672.04 | Capex |
| 3/28/08 | WIRE | GEE BRIDGE | 27,295.05 | Material |
| 3/28/08 | WIRE | HANGZHOU CEREALS | 2,250.00 | Material |
| 3/28/08 | WIRE | HARWELL | 12,138.65 | Material |
| 3/28/08 | Wire | Marine Fasteners | 20,459.50 | Material |
| 3/28/08 | WIRE | Melton | 17,676.23 | Freight |
| 3/28/08 | WIRE | Noble | 175,137.35 | Material |
| 3/28/08 | WIRE | Northeast Metal | 145,458.99 | Material |
| 3/28/08 | WIRE | PNC | 144.53 | 401K |
| 3/28/08 | WIRE | PNC | 2,175.37 | 401k |
| 3/28/08 | Wire | PNC | 138.45 | 401K |
| 3/28/08 | Wire | Polyone | 36,750.00 | Material |
| 3/28/08 | Wire | PPG Industries | 2,155.52 | Material |
| 3/28/08 | WIRE | Rusal | 602,724.12 | Material |
| 3/28/08 | WIRE | SHANGHAI HOUSING | 5,073.04 | Material |
| 3/28/08 | Wire | Stik-II | 303.20 | Material |
| 3/28/08 | Wire | Swimline | 13,752.98 | Material |
| 3/28/08 | WIRE | Thumb Tool & Engineering | 2,278.50 | Capex |
| 3/28/08 | WIRE | YUYAO MUNICIPAL | 8,563.20 | Material |
| | | | $ 7,854,737.11 | |

**Note:** Shapes/Arch Holdings, L.L.C. had no activity at the entity level. All activity shown consists of four subsidiaries: Shapes, LLC; Delair, LLC; Accu-Weld, LLC; and, Ultra, LLC.

7

Shapes/Arch Holdings, LLC

## Statement of Operations

|  | 3/17 - 3/31/08 |
|---|---:|
| **Sales** | $ 12,242,941 |
| Inter-Company Sales | (1,294,324) |
| **Net Sales** | 10,948,617 |
|  |  |
| Material Costs | 6,328,972 |
| Plant Labor | 1,339,170 |
| Payroll Benefits | 595,368 |
| Rent | 66,217 |
| Utilities | 554,487 |
| Supplies & Repairs | 319,206 |
| **COGS** | 9,203,421 |
|  |  |
| **Gross Profit** | 1,745,196 |
|  |  |
| **Operating Expenses** |  |
| Selling Labor | 176,753 |
| Office Labor | 259,716 |
| Freight | 279,514 |
| Sales Commissions | 93,181 |
| Advertising/Shows | 77,446 |
| Travel and Entertainment | 40,006 |
| Telephone | 6,838 |
| Insurance | 176,968 |
| Professional Fees | 169,644 |
| Real Estate Taxes | 22,449 |
| Bank Charges | 567,419 |
| Mgt Fees | 2,016 |
| Bad Debts | 8,506 |
| Depreciation | 391,765 |
| Supplies | 74,822 |
| **Operating Expenses** | 2,347,043 |
|  |  |
| **Operating Income/(Loss)** | (601,847) |
|  |  |
| **Other Income** | 67,272 |
|  |  |
| **Interest Expense** | 354,000 |
|  |  |
| **Net Profit/(Loss)** | (888,575) |
|  |  |
| **Reorganization Items** |  |
| Professional Fees | 1,494,142 |
| US Trustee Fees | - |
| Interest Earned | - |
| Gain/Loss Sale Equipment | - |
| Other Reorg Expenses | 1,275,000 |
| Total Reorg Expenses | 2,769,142 |
| Income Tax | - |
| **Net Profit/(Loss)** | $ (3,657,717) |

Note: Shapes/Arch Holdings, L.L.C. had no activity at the entity level. All activity shown consists of four subsidiaries: Shapes, LLC; Delair, LLC; Accu-Weld, LLC; and, Ultra, LLC.

5/21/2008

Shapes/Arch Holdings, LLC
Case # 08-14631

## Balance Sheet

|  | 3/31/08 |
|---|---:|
| **Assets** |  |
| Cash | $ 243,941 |
| A/R Trade | 33,084,020 |
| A/R Intercompany | - |
| A/R Allowance | (715,730) |
| Inventory | 44,059,074 |
| Inventory Reserve | (1,075,000) |
| Prepaids | 961,270 |
|  | 76,557,575 |
|  |  |
| Gross PPE | 213,638,513 |
| Acc Depreciation | (147,362,243) |
| Net PPE | 66,276,270 |
|  |  |
| Other Assets | - |
|  |  |
| **Total Assets** | $ 142,833,845 |
|  |  |
| **Liabilities** |  |
| **Post Petition** |  |
| Inter-Co Loans | - |
| AP - Post Petition | 1,263,587 |
| AP - Intercompany Post Petition | - |
| Accrued Exp | 2,146,235 |
|  | 3,409,822 |
|  |  |
| **Pre-Petition** |  |
| AP - Pre Petition | 35,825,579 |
| AP - Intercompany Pre Petition | - |
| Accrued Expenses | 2,892,376 |
| Secured Debt | 57,053,604 |
| Priority Debt | - |
| Unsecured Debt | 5,991,420 |
|  | 101,762,979 |
|  |  |
| Members Equity | 37,661,044 |
|  |  |
| **Total Liabilities & Equity** | $ 142,833,845 |

**Note: Shapes/Arch Holdings, L.L.C. had no activity at the entity level. All activity shown consists of four subsidiaries: Shapes, LLC; Delair, LLC; Accu-Weld, LLC; and, Ultra, LLC.**

5/21/2008

5/21/2008

**Shapes/Arch Holdings, LLC**
**Case # 08-14631**
**March 31, 2008**

## SUMMARY OF UNPAID POSTPETITION DEBTS

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ 408,031.36 | $ 709,010.45 | $ (3,894.00) | $ (760.57) | $ (1,714.49) | $ 1,110,672.75 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| Other: Interest Expense Due Arcus | 152,916.81 | - | - | - | - | 152,916.81 |
| Other: Intercompany AP | - | - | - | - | - | - |
| **TOTAL POSTPETITION DEBTS** | $ 560,948.17 | $ 709,010.45 | $ (3,894.00) | $ (760.57) | $ (1,714.49) | $ 1,263,589.56 |

In re: **SHAPES/ARCH HOLDINGS, L.L.C., et al.,**
Debtors

Case No.: **08-14631 (GMB)**
Time Period: **3/31/08**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING[1]

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 29,989,777 |
| (+) Amounts billed during this period | 10,126,213 |
| (-) Amounts collected during this period | (6,713,583) |
| Total Accounts Receivable at the end of the reporting period | $ 33,402,406 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 16,629,957 |
| 31 - 60 days old | 9,858,834 |
| 61 - 90 days old | 3,687,402 |
| Over 90 days old | 3,226,213 |
| Total Accounts Receivable | 33,402,406 |
| Amount Considered Uncollectible (Bad Debt) | (800,000) |
| Accounts Receivable (Net) | $ 32,602,406 |

### DEBTOR QUESTIONNAIRE

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | No |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | No |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | Yes | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | Yes | |

[1] Shapes/Arch Holdings, L.L.C. had no activity at the entity level. All activity shown consists of four subsidiaries: Shapes, LLC; Delair, LLC; Accu-Weld, LLC; and, Ultra, LLC.