Order Filed on
5/23/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Alan D. Halperin, Esq.<br>Donna Lieberman, Esq.<br><br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br><br>Co-Counsel to the Official Committee of Unsecured<br>Creditors of Shapes/Arch Holdings L.L.C., et al. |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>    Debtors. |

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Hon. Gloria M. Burns

## ORDER GRANTING *PRO HAC VICE* ADMISSION
## OF DONNA H. LIEBERMAN, ESQ.

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: 5/23/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

45765/0001-1521528v1

(Page 2)
Debtor:            SHAPES/ARCH HOLDINGS L.L.C., *ET AL.*
Case No.           08-14631 (GMB)
Caption of Order:  ORDER GRANTING *PRO HAC VICE* ADMISSION OF DONNA H. LIEBERMAN, ESQ.

THIS MATTER having been opened to the Court by the Official Committee of Unsecured Creditors (the "Committee") of Shapes/Arch Holdings L.L.C., *et al.* (the "Debtors"), upon an Application for an Order granting *pro hac vice* admission of Donna H. Lieberman, Esq.; and the Court having considered the Application and the Certification of Donna H. Lieberman, Esq. in support thereof, and for good cause shown;

IT IS ORDERED as follows:

1. Donna H. Lieberman, Esq. ("Ms. Lieberman") is permitted to appear *pro hac vice* in this matter pursuant to D.N.J. LBR 2090-1 and L. Civ. R. 101.1(c); provided, however, that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed only by an attorney who is admitted to practice in this Court and the Court of the State of New Jersey.

2. Ms. Lieberman shall arrange with the New Jersey Lawyers' Fund for Client Protection (the "Fund") for payment of the annual fee, for this year and for any year in which she continues to represent a client in a matter pending in this Court, in accordance with New Jersey Court Rule 1:28-2(a) and L. Civ. R. 101.1(c)(2), said fee to be paid within twenty (20) days of the date of the entry of this Order.

3. The $150.00 fee required by L. Civ. R. 101.1(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey also shall be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and mailed to the Clerk of the United States Bankruptcy Court for the

45765/0001-1521528v1

*Approved by Judge Gloria M. Burns May  23, 2008*

(Page 3)
Debtor:            SHAPES/ARCH HOLDINGS L.L.C., *ET AL.*
Case No.           08-14631 (GMB)
Caption of Order:  ORDER GRANTING *PRO HAC VICE* ADMISSION OF DONNA H. LIEBERMAN, ESQ.

District of New Jersey at the following address, for forwarding by the Clerk to the District Court: United States Bankruptcy Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101 (Attention: Pro Hac Vice Admission).

    4.    Ms. Lieberman shall be bound by the Local Rules of the United States Bankruptcy Court for the District of New Jersey and the Local Civil Rules of the United States District Court for the District of New Jersey, and shall be within the disciplinary jurisdiction of this Court and the United States District Court for the District of New Jersey.

    5.    The Clerk shall forward a copy of this Order to the Treasurer of the Fund within five (5) days of the date hereof.

I HEREBY CERTIFY that I served a copy of this Order on the applicant and the Treasurer of the New Jersey Lawyers' Fund for Client Protection, Richard J. Hughes Justice Complex, PO Box 961, Trenton, NJ 08625-0961 on May 27, 2008.

                      James J. Waldron, Clerk

45765/0001-1521528v1

*Approved by Judge Gloria M. Burns May 23, 2008*