# REED & GIORDANO
## A PROFESSIONAL ASSOCIATION

PHILLIP M. GIORDANO
BARRY C. REED, JR

101 TREMONT STREET
BOSTON, MASSACHUSETTS 02108
TEL: (617) 426-1166
FAX: (617) 426-5583

*U.S. BANKRUPTCY COURT FILED CAMDEN, NJ 08 MAY 27 AM 9:42 JAMES J. WALDRON BY: DEPUTY CLERK*

May 23, 2008.

Clerk's Office
United States Bankruptcy Court
District of New Jersey
P.O. Box 2067
Camden, N.J. 08101

Re:     **Delair Group, L.L.C.**
Case #:  **08-14634**

Dear Sir/Madam,

    Enclosed herewith, please find the previously filed Motion of Creditor Jennifer Sheehan to Lift Stay with certification of the hearing date which is scheduled for June 9, 2008 at 10:00 a.m.

Very truly yours,

*[signature]*

Barry C. Reed, Jr.

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

08 MAY 19 AM 9:14

JAMES J. WALDRON

BY: _____
DEPUTY CLERK

A Hearing on this matter will be held on 6/9/08 at 10:00 am
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101
Courtroom 4C

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DELAIR GROUP, L.L.C. | C.A. NO. 08-14634 (GMB) |

CERTIFICATION OF SERVICE OF THE MOTION WITH THIS DATE IS REQUIRED PRIOR TO THE HEARING DATE OR THE MOTION WILL BE DENIED.

## MOTION OF CREDITOR JENNIFER SHEEHAN TO LIFT STAY

Now comes creditor, Jennifer Sheehan, and requests that this Court grant her motion to lift the automatic stay with respect to the debtor, Delair Group, L.L.C.

As grounds, creditor Jennifer Sheehan states that she filed a personal injury/products liability action against Delair L.L.C. relating to injuries sustained in a pool accident which accident which occurred in August 2002. Delair L.L.C. is the manufacturer of the subject pool.

It is Jennifer Sheehan's counsel understanding that Delair, L.L.C. has a commercial insurance policy with limits up to 25 million dollars. In the event of a successful verdict and/or settlement, Jennifer Sheehan will only look to the insurance policy for reimbursement. Ms. Sheehan will not look to the assets of Delair L.L.C. in anyway.

For the above stated reasons, the creditor Jennifer Sheehan requests that she be allowed to pursue her personal injury case which is currently on appeal at the United States Court of Appeal for the First Circuit, Docket # 08-1519.

The creditor,
Jennifer Sheehan,
by her attorneys,

_____
Barry C. Reed, Jr.
Reed & Giordano
101 Tremont Street, Suite 900
Boston, MA 02108

## CERTIFICATE OF SERVICE

I, Barry C. Reed Jr., hereby certify that on this date I served copies of **Motion to Lift Stay** by mailing a copy of Same, first class postage prepaid to:

Joseph V. Cavanagh, Jr., Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI  02903

Signed under the pains and penalties of perjury.

_____
Barry C. Reed, Jr.
Reed & Giordano
101 Tremont Street
Boston, MA  02108
(617) 426-1166

Dated: May 16, 2008

## CERTIFICATE OF SERVICE

I, Barry C. Reed, Jr., hereby certify that on this date that I served a copy of the **Motion of Creditor Jennifer Sheehan to Lift Stay** which sets forth that a hearing is to be held on this matter on 6-9-08 at 10:00 a.m. at the U.S. Court House, 400 Cooper Street, Camden, N.J. 08101, Court Room 4-C, by mailing a copy of same, first class postage prepaid to each of the parties or counsel listed on the attached Service List.

Barry C. Reed, Jr.
Reed & Giordano
101 Tremont Street
Boston, MA 02108
(617) 426-1166

Dated: May 23, 2008.

-2-

Jerold N. Poslusny, Jr., Esquire
Cozen O'Connor
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
*Attorneys for Debtor*

Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
*Attorneys for Debtor*

Alan D. Halperin, Esquire
Walter Benziga, Esquire
Debra J. Cohen, Esquire
Donna H. Lieberman, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022-3301
*Attorneys for Creditors' Committee*

Michael D. Sirota, Esquire
Ilana Volkov, Esquire
Warren A. Usatine, Esquire
Cole Schotz Meisel Forman & Leonard PA
Court Plaza North
25 Main Street
P. O. Box 800
Hackensack, NJ 07601
*Attorneys for Creditors' Committee*

Joel C. Shapiro, Esquire
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103
*Attorneys for Arcus ASI Funding LLC
and Arcus ASI, Inc.*

Lawrence Flick, Esquire
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
*Attorneys for Arcus ASI Funding LLC
and Arcus ASI, Inc.*

Paul A. Patterson, Esquire
Michael J. Cordone, Esquire
Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
*Attorneys for The CIT Group/Business Credit, Inc.*

Donald F. MacMaster, Esquire
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Louis T. DeLucia, Esquire
Alan J. Brody, Esquire
Alyson M. Fiedler, Esquire
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932
*Attorneys for Arch Acquisition I, LLC*

Nancy A. Mitchell, Esquire
Greenberg Traurig, LLP
Metlife Building
200 Park Avenue
New York, NY 10016
*Attorneys for Arch Acquisition I, LLC*

Diane E. Vuocolo, Esquire
Greenberg Traurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
*Attorneys for Arch Acquisition I, LLC*

Bonnie A. Barnett, Esquire
David B. Aaronson, Esquire
Deborah L. Shuff
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
*Attorneys for Sears Holding Management Corporation, et al.*

Robert Lapowsky, Esquire
John C. Kilgannon, Esquire
Stevens & Lee, P.C.
181 Market Street, 29th Floor
Philadelphia, PA 19103

Brian Bull
Alcan
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
CANADA

Richard A. Kellner
Rusal America Corp.
550 Mamaroneck Avenue
Harrison, NY 10528

American Express Travel Related Services Inc.
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

-4-

Cheryl L. Cooper, Esquire
Holston, MacDonald, et al.
66 Euclid Street
P. O. Box 358
Woodbury, NJ 08096

Kelly A. Krail, Esquire
Kathleen J. Collins, Esquire
Litchfield Cavo
1800 Chapel Avenue, Suite 360
Cherry Hill, NJ 08002

Sam Della Fera, Jr., Esquire
Trenk, DiPasquale, et al.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052

Alan P. Fox, Esquire
William G. Wright, Esquire
Capeheart & Scatchard, P.A.
Laurel Corporate Center, Suite 300 S
8000 Midlantic Drive
Mt. Laurel, NJ 08054

Jennifer Davies, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

Carol Rogers Cobb, Esquire
Giansante & Cobb, LLC
23 E. Main Street
Moorestown, NJ 08057-3309

William G. Wright, Esquire
Farr, Burke, Gambacorta & Wright, P.C.
1000 Atrium Way, Suite 401
P. O. Box 669
Mt. Laurel, NJ 08054

Ira Deiches, Esquire
Deiches & Ferschmann
25 Wilkins Avenue
Haddonfield, NJ 08033

1072898 2 5/21/08

-5-

R. Matthew Pettigrew, Jr., Esquire
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA  19107

Richard McNeill, Esquire
McNeill & Walker
230 South Broad Street, Suite 700
Philadelphia, PA  19102

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P. O. Box 13708
Macon, GA  31208-4708

Internal Revenue Service (IRS)
P. O. Box 21126
Philadelphia, PA  19114

Steven J. Reisman, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178

Glencore Ltd.
Attn: Elitsa Golab
301 Tresser Blvd.
Stamford, CT  06901

John R. Morton, Jr., Esquire
Law Offices of John R. Morton, Jr.
110 Marter Avenue, Suite 301
Moorestown, NJ  08057

Robert M. Marshall, Esquire
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ  07470

Joe M. Lozano, Jr., Esquire
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

Jeffrey Kurtzman, Esquire
Klehr Harrison Harvey Branzburg & Ellers
260 South Broad Street
Philadelphia, PA 19102

David W. Phillips, Esquire
Todd M. Galante, Esquire
Jeffrey M. Zalkin, Esquire
LeClairRyan
Two Penn Plaza East
Newark, NJ 07105-2249

Emmanuel J. Argentieri, Esquire
Parker McCay
P. O. Box 974
Marlton, NJ 08053

New Jersey Attorney General's Office
Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112

Commonwealth of Pennsylvania
State Office Building
1400 Spring Garden Street
Room 201
Philadelphia, PA 19130

Timothy A. Bortz
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602-1184

U.S. Environmental Protection Agency
Region 2
290 Broadway, 17th Floor
New York, NY 10007-1866

New Jersey Department of Environmental
  Protection Agency
Attorney General of New Jersey
25 Market Street
P. O. Box 093
Trenton, NJ 08625

Securities and Exchange Commission
Philadelphia District Office
The Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Joseph M. Garemore, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

Bruce D. Buechler, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Donald Goodfriend Frankel
US Department of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA 02458

Suzanne M. Klar
PSE&G Service Corp.
80 Park Plaza
Newark, NJ 07101

Joseph L. Schwartz, Esquire
Riker, Danig, Scherre, Hyland, Perretti
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07960

John J. Winter, Esquire
The Chartwell Law Offices, LLP
2624 Van Buren Avenue
Norristown, PA 19403

-8-

Tyler S. Graden
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Sherry D. Lowe, Esquire
Lamm Rubenstone LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053

Barry C. Reed, Jr., Esquire
Reed & Giordano
101 Tremont Street, Suite 900
Boston, MA 02108

Michael Stafford, Esquire
Nord & DeMaio
190 State Highway 18
East Brunswick, NJ 08816

1072898.2 5/21/08