John Sullivan
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

Mark D. Plevin
Kelly R. Cusick
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Attorneys for Liberty Mutual Insurance Company and
Wausau Underwriters Insurance Company



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | Case No. 08-14631 (GMB) |
| Debtors. | Hon. Gloria M. Burns |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company. Under Section 1109(b) of the Bankruptcy Code and, pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that the Clerk of this Court enter the following names and addresses on the general matrix for this case, and on all special or limited matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

| | |
|---|---|
| John Sullivan | Mark D. Plevin |
| POST & SCHELL PC | Kelly R. Cusick |
| 1600 John F. Kennedy Blvd. | CROWELL & MORING LLP |
| Philadelphia, PA 19103 | 1001 Pennsylvania Avenue, N.W. |
| (215) 587-1000 | Washington, D.C. 20004-2595 |
| | (202) 624-2500 |

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, e-mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

Dated: May 23, 2008

Respectfully Submitted,

_/s/ John Sullivan_
John Sullivan
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000
Mark D. Plevin
Kelly R. Cusick
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500

Attorneys for Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company