# NORD & DeMAIO
ATTORNEYS AT LAW
TURNPIKE METROPLEX
SUITE 201
190 STATE HIGHWAY 18
EAST BRUNSWICK, NJ 08816

TELEPHONE: (732) 214-0303
TELEFAX: (732) 214-0299
E-MAIL: NORDDEMAIO@AOL.COM

MICHAEL NORD
VITO C. DeMAIO*

MICHAEL J. STAFFORD+

OF COUNSEL:
BRUCE W. SOMMERS▪

*NJ, NY & PA BARS
+ NJ & NY BARS
▪ NY BAR

TOMS RIVER OFFICE:
228 MAIN STREET
TOMS RIVER, NJ 08753
(732) 240-9960

NEW YORK OFFICE:
25 CLARA STREET
BROOKLYN, NY 11218
(732) 214-0303

May 28, 2008

**VIA E-FILING**

Honorable Gloria M. Burns, U.S.B.J.
UNITED STATES BANKRUPTCY COURT
United States Court House
U.S. Post Office and Courthouse, 2nd Floor
401 Market Street
Camden, NJ 08101

   Re: **In re: ALUMINUM SHAPES/ARCH HOLDINGS LLC, et. al.**
      **Case No. 08-14631 (GMB)**
      **Chapter 11**

Dear Judge Burns:

  We represent Cooper Electric Supply Co., a creditor and party-in-interest relative to the above-referenced bankruptcy matter. Before the Court is our client's Motion for an Order compelling the payment of an administrative expense claim pursuant to Section 503(a) and Section 503(b)(9), presently returnable on June 9, 2008.

  At this time, we wish to advise Your Honor that the undersigned has resolved the aforesaid application and claim with the Debtor's counsel. In that regard, submitted herewith is a proposed form of Order agreed to by the parties and submitted for Your Honor's consideration. If the annexed Order meets with Your Honor's approval, we respectfully request it be entered on the docket.

  Thank you for Your Honor's consideration and assistance in this regard.

           Respectfully submitted,

           NORD & DeMAIO

           /s/ *Michael J. Stafford*
           Michael J. Stafford

MJS/nmr
cc: Jerrold N. Poslusny, Esq. **(VIA E-MAIL)**
   All E-Filers
   Ms. Johnese Dorsey