**NORD & DeMAIO**
Attorneys at Law
Michael J. Stafford, Esq.
Turnpike Metroplex, Suite 201
190 State Highway 18
E. Brunswick, NJ  08816
(732) 214-0303
Attorneys for Cooper Electric Supply Co.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | : | CASE NOS.:   08-14631 (GMB) |
| | : | 08-14632 |
| SHAPES / ARCH HOLDINGS, LLC et al. | : | 08-14633 |
| | : | 08-14634 |
| Debtors. | : | 08-14635 |
| | : | Chapter 11 Proceedings |
| | : | Jointly Administered |
| : | | |
| | : | Hearing Date:  June 9, 2008 |

**ORDER COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE**

The relief set forth in the following page(s), numbered two (2) through two (2), is hereby **ORDERED**.

1

This matter having been opened to the Court upon the Motion of Cooper Electric Supply Co. ("Cooper"), a creditor and party-in-interest in these jointly administered cases, by and through its attorneys, Nord & DeMaio, Michael Stafford, Esq. appearing, for an Order compelling the payment of Cooper's administrative expense claim pursuant to Sections §503(a) and §503(b)(9) of Title 11 of the United States Bankruptcy Code ("Code"), and D.N.J. LBR 9013-1 ("Motion"); and notice of the Motion having been provided to all interested parties by electronic filing through the Court's ECF system, the sufficiency of which is hereby deemed and acknowledged; and the Court having read the moving papers and considered the arguments submitted by counsel, and the opposition thereto, if any; and for good cause shown; it is

**ORDERED** that the Motion be, and hereby is, granted as set forth herein; and it is

**FURTHER ORDERED** that Cooper Electric Supply Co.'s administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) is hereby allowed in the amount of $5,250.00 ("Administrative Expense Claim"); and it is

FURTHER ORDERED that the Administrative Expense Claim shall be paid on the Effective Date of the Plan (as defined in the Plan); and it is

**FURTHER ORDERED** that a copy of this Order shall be served upon all interested parties within __days hereof.

2