**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey  07932-0677
Tel:  (973) 360-7900
Fax:  (973) 295-1333
Diane E. Vuocolo, Esq. (DV-9904)
Louis T. DeLucia, Esq. (LD-3879)
Alan J. Brody, Esq. (AB-4777)
Alyson M. Fiedler, Esq. (AF-9058)
**Counsel for Arch Acquisition I, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| In re: | : Case No.  08-14631 (GMB) |
|  | : (Jointly Administered) |
|  | : |
| Shapes/Arch Holdings L.L.C., *et al*. | : Chapter 11 |
|  | : |
| Debtors. | : |
|  | : |

## CERTIFICATE OF SERVICE

     I, Diane E. Vuocolo, Esquire, an attorney with the law firm of Greenberg Traurig,

LLP, hereby certify that a copy of the following order has been served upon all interested

parties listed on the attached Service List via first class mail, postage pre-paid, on

May 28, 2008:

          **Order For Admission Pro Hac Vice of Joseph P. Davis**
          **[Docket No. 335]**

Dated: May 29, 2008

**GREENBERG TRAURIG, LLP**
*Counsel for Arch Acquisition I, LLC*

By: ___*/s/  Diane E. Vuocolo*_____
    Diane E. Vuocolo (DV-9904)
    Two Commerce Square
    2001 Market Street
    Philadelphia, PA 19103
    Tel:  (215) 988-7803
    Fax:  (215) 717-5230
    vuocolod@gtlaw.com

CHI 57260251v1

**SHAPES/ARCH HOLDINGS L.L.C.**
**BKY. CASE NO. 08-14631-GMB (Jointly Administered)**
**SERVICE LIST**

| | |
|---|---|
| Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, New Jersey 08002<br>Telephone: (856) 910-5000<br>Facsimile: (856) 910-5075<br>Email: jposlusny@cozen.com<br>***Attorneys for Debtor*** | Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-2087<br>Facsimile: (302) 295-2013<br>***Attorneys for Debtor*** |
| John C. Kilgannon, Esq.<br>Stevens & Lee<br>1415 Route 70 East, Suite 506<br>Cherry Hill, New Jersey 08034<br>Telephone: (856) 857-4019<br>Facsimile: (610) 371-7954<br>Email: jck@stevenslee.com<br>***Attorneys for Debtor*** | Robert Lapowsky, Esq.<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 751-2886<br>Facsimile: (610) 371-7958<br>Email: rl@stevenslee.com;<br>rl@stevenslee.com<br>***Attorneys  for Debtor*** |
| Peter J. D'Auria, Esq.<br>Jeffrey M. Sponder, Esq.<br>**Office of the United States Trustee**<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: USTPRegion03.NE.ECF@usdoj.gov | Paul A. Patterson, Esquire<br>Michael J. Cordone, Esquire<br>Mark J. Dorval, Esquire<br>Stradley Ronon Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 564-8052<br>Facsimile: (215) 564-8120<br>Email: ppatterson@stradley.com<br>***Attorneys for The CIT Group/Business***<br>***Credit, Inc.*** |
| Brian Bull<br>Alcan<br>1188 Sherbrooke Street West<br>Montreal, Quebec<br>H3A 3G2<br>Canada<br>***Creditors' Committee Co-Chairperson*** | Richard A. Kellner<br>Rusal America Corp.<br>550 Mamaroneck Avenue<br>Harrison, NY  10528<br>***Creditors' Committee Co-Chairperson*** |

| | |
|---|---|
| Alan D. Halperin, Esquire<br>Walter Benziga, Esquire<br>Debra J. Cohen, Esquire<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue, 9th floor<br>New York, NY 10022-3301<br>Telephone: 212-765-9100<br>***Attorneys for Creditors' Committee*** | Michael D. Sirota, Esquire<br>Ilana Volkov, Esquire<br>Warren A. Usatine, Esquire<br>Cole Schotz Meisel Forman & Leonard PA<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07601<br>***Local Counsel to Creditors' Committee*** |
| Joel C. Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>Telephone: (215) 569-5507<br>Facsimile: (215) 832-5507<br>Email: shapiro-jc@blankrome.com<br>***Attorneys for Arcus ASI Funding LLC<br>and Arcus ASI, Inc.*** | Lawrence Flick, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Telephone: (212) 885-5000<br>Facsimile: (212) 885-5002<br>Email: flick@blankrome.com<br>***Attorneys for Arcus ASI Funding LLC<br>and Arcus ASI, Inc.*** |
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone: (212) 696-6000<br>Facsimile: (212) 697-1559<br>Email: sreisman@curtis.com<br>***Attorneys for Glencore Ltd.*** | Jennifer M. Davies, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Boulevard, Suite 200<br>Trevose, PA 19020-8544<br>Telephone: (215) 638-9330<br>Facsimile: (215) 638-2867<br>Email: jdavies@lammrubenstone.com<br>***Attorneys for Modern Handling Equipment<br>Company*** |
| Jeffrey Kurtzman, Esq.<br>Klehr, Harrison, Harvey, Branzburg<br>& Ellers LLP<br>260 S. Broad Street<br>Philadelphia, PA 19102<br>Telephone: (215) 569-4493<br>Facsimile: (215) 568-6603<br>Email: jkurtzma@klehr.com<br>***Attorneys for A. Jerome Grossman and<br>Frank Kessler*** | David W. Phillips, Esq.<br>Todd M. Galante, Esq.<br>Jeffrey M. Zalkin, Esq.<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, New Jersey 07105-2249<br>Telephone: (973) 491-3600<br>Facsimile: (973) 491-3555<br>Email: David.Phillips@LeclairRyan.com;<br>Todd.Galante@LeclairRyan.com;<br>Jeffrey.Zalkin@LeclairRyan.com<br>***Attorneys for De Lage Landen Financial<br>Services, Inc.*** |

2

| | |
|---|---|
| Emmanuel J. Argentieri, Esq.<br>Parker McCay<br>The Greentree Centre<br>7001 Lincoln Drive West<br>P.O. Box 974<br>Marlton, New Jersey 08053<br>Telephone: (856) 596-8900<br>Facsimile: (856) 596-9631<br>Email: eargentieri@parkermccay.com<br>***Attorneys for Pennsauken Township*** | Louis T. DeLucia, Esquire<br>Alan J. Brody, Esquire<br>Alyson M. Fiedler, Esquire<br>Greenberg Traurig LLP<br>200 Park Avenue<br>Florham Park, NJ  07932<br>Telephone:  973-360-7900<br>email:  delucial@gtlaw.com<br>***Attorneys for Arch Acquisition I, LLC*** |
| Diane E. Vuocolo, Esquire<br>Greenberg Traurig, LLP<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA  19103<br>Telephone:  215-988-7803<br>email:  vuocolod@gtlaw.com<br>***Attorneys for Arch Acquisition I, LLC*** | Nancy A. Mitchell, Esquire<br>Greenberg Traurig, LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY  10016<br>email:  mitchelln@gtlaw.com<br>***Attorneys for Arch Acquisition I, LLC*** |
| Glencore Ltd.<br>Attention:  Elitsa Golab<br>301 Tresser Blvd.<br>Stamford, CT  06901 | John R. Morton, Jr., Esquire<br>Law Offices of John R. Morton, Jr.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ  08057<br>***Attorneys for Jaguar Credit Corporation***<br>***Attorneys for Wells Fargo Equipment***<br>***Financing, Inc.*** |
| Robert M. Marshall, Esquire<br>Marshall & Quentzel, L.L.C.<br>155 Willowbrook Boulevard<br>Wayne, NJ  07470<br>***Attorneys for Alumet Supply, Inc.*** | Joe M. Lozano, Jr., Esquire<br>Brice, Vander, Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX  75243<br>***Attorneys for Bank of America*** |
| Stephen Richman, Esquire<br>Thomas Kohn, Esquire<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA  19107<br>***Attorneys for U.I.U. Health & Welfare*** | Richard McNeill, Esquire<br>McNeill & Walker<br>230 South Broad Street<br>Suite 700<br>Philadelphia, PA  19102<br>***Attorneys for Teamsters Local 837*** |
| Internal Revenue Service (IRS)<br>P.O. box 21126<br>Philadelphia, PA  19114 | New Jersey Attorney General's Office<br>Division of Law<br>Attention:  Tracy Richardson<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 112<br>Trenton, NJ  08625-0112 |

3

| | |
|---|---|
| Commonwealth of Pennsylvania<br>State Office Building<br>1400 Spring Garden Street, Room 1206<br>Philadelphia, PA 19130 | U.S. Environmental Protection Agency<br>Region 2<br>290 Broadway, 17th floor<br>New York, NY 10007-1866 |
| New Jersey Department of Environmental Protection<br>Attorney General of New Jersey<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625 | Shapes/Arch Holdings L.L.C.<br>c/o Steven Grabell<br>9000 River Road<br>Delair, NJ 08110 |
| Shapes L.L.C.<br>c/o Steven Grabell<br>9000 River Road<br>Delair, NJ 08110 | Ultra L.L.C.<br>c/o Daniel Carpey<br>1777 Hylton Road<br>Pennsauken, NJ 08110 |
| Delair L.L.C.<br>c/o Richard Grossman<br>8600 River Road<br>Delair, NJ 08110 | Accu-Weld L.L.C.<br>c/o Steven Grabell<br>1211 Ford Road<br>Bensalem, PA 19020 |
| Christine R. Etheridge<br>Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708<br>Telephone: 800-480-6513 | Wells Fargo Equipment Finance, Inc.<br>1540 W. Fountainhead Pkwy.<br>MAC S-3966-010<br>Temple, AZ 85260 |
| Timothy A. Bortz<br>UC Tax Agent/Bankruptcy Representative<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1184<br>Telephone: 610-378-4044<br>Fax: 610-378-4459<br>email: tbortz@state.pa.us | R. Matthew Pettigrew, Jr., Esquire<br>Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107<br>Telephone: 215-875-3132<br>Fax: 215-790-0668<br>mpettigew@markowitzandrichman.com<br>**Attorneys for United Independent Union Health & Welfare Fund** |
| Robyn F. Pollack, Esquire<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: 215-972-7537<br>Fax: 215-972-1946<br>rpollack@saul.com<br>**Attorneys for SL Industries, Inc.** | Kelly A. Krail, Esquire<br>Kathleen J. Collins, Esquire<br>Litchfield Cavo LLP<br>1800 Chapel Avenue West, Ste. 360<br>Cherry Hill, NJ 08002<br>Telephone: 856-854-3636<br>Fax: 856-751-1230<br>krail@litchfieldcavo.com<br>collins@litchfieldcavo.com<br>**Attorneys for Quickway, Inc.** |

4

CHI 57260251v1

| | |
|---|---|
| Bonnie A. Barnet, Esquire<br>Deborah L. Shuff, Esquire<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA  19103<br>Telephone:  215-988-2700<br>Fax:  215-988-2757<br>bonnie.barnet@dbr.com<br>***Attorneys for Sears Holding Management Corp.; George-Pacific Corp.; The Glidden Co.; Avery Dennison; Borden Foods; Crowley Corp.; Garrett-Buchanan; Southeastern Pennsylvania Transportation Authority*** | Carol Rogers Cobb, Esquire<br>Giansante & Cobb, LLC<br>23 E. Main Street<br>Moorestown, NJ  08057-3309<br>Telephone:  856-273-8866<br>giansantecobb@verizon.net<br>***Attorneys for Ward Sand & Materials, Inc.*** |
| *American Express Travel Related Svcs Co Inc Corp Card*<br>c/o Beckett and Lee LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | Joseph M. Garemore, Esquire<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ  08096<br>Telephone:  856-812-8900<br>Fax:  856-853-9933<br>***Attorneys for Pollution Control Financing of Camden County*** |
| Sam Della Fera, Jr., Esquire<br>Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ  07052<br>Telephone:  973-243-8600<br>Fax:  973-243-8677<br>sdellafera@trenklawfirm.com<br>***Attorneys for Metal Management Northeast, Inc. and Metal Management Connecticut, Inc.*** | William G. Wright, Esquire<br>Farr, Burke, Gambacorta & Wright, P.C.<br>100 Atrium Way, Suite 401<br>P.O. Box 669<br>Mt. Laurel, NJ  08054<br>Telephone:  856-813-2720<br>***Attorneys for General Electric Capital Corporation*** |
| Alan P. Fox, Esquire<br>Capehart & Scatchard, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, NJ  08054<br>Telephone:  856-234-6800<br>***Attorneys for Color Source, Inc.*** | Ira R. Deiches, Esquire<br>Deiches & Ferschmann<br>A Professional Corporation<br>25 Wilkins Avenue<br>Haddonfield, NJ  08033-2482<br>Telephone:  856-428-9696<br>ideiches@deicheslaw.com<br>***Attorneys for Northeast Metal Traders, Inc.*** |

5

| | |
|---|---|
| Andrew J. Flame, Esquire<br>Howard A. Cohen, Esquire<br>Drinker Biddle & Reath LLP<br>1100 North Market Street, Suite 1000<br>Wilmington, DE  19801-1254<br>Phone:  302-467-4200<br>Fax:  302-467-4201<br>**Attorneys for Energyplus, LLC** | Cheryl L. Cooper, Esquire<br>Holston, MacDonald, et al.<br>66 Euclid Street<br>PO Box 358<br>Woodbury, NJ  08096<br>**Attorneys for Steven Battle** |
| John J. Winter, Esquire<br>The Chartwell Law Offices, LLP<br>2621 Van Buren Avenue<br>Norristown, PA  19403<br>Phone:  610-666-7700<br>Fax:  610-666-7704<br>**Attorneys for PPG Industries, Inc.** | Bruce Buechler, Esquire<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>Phone:  973-597-2500<br>Fax:  973-597-2400<br>Email:  bbuechler@lowenstein.com<br>**Attorneys for Sun Capital Partners Group IV, Inc.** |
| Donald G. Frankel, Trial Attorney<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>One Gateway Center, Suite 616<br>Newton, MA  02458<br>Phone:  617-450-0442<br>Fax:  617-450-0448<br>donald.frankel@usdoj.gov<br>**Attorneys for Environmental Protection Agency, Department of the Interior, and National Oceanic and Atmospheric Administration** | Tyler S. Graden, Esquire<br>Conrad O'Brien Gellman & Rohn, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102-1916<br>Phone:  215-864-9600<br>Fax:  215-864-9260<br>tgraden@cogr.com<br>**Attorneys for Rohm and Haas Company** |

CHI 57260251v1