| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

        Debtors.

Case No. 08-14631 (GMB)
(Jointly Administered)

Judge: Gloria M. Burns

Chapter: 11

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER VACATING PRIOR ORDER OF THIS COURT VACATING STAY [DOCKET NO. 311]**

      **I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

1.     The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

2.     The signatures represented by the */s/ Jerrold N. Poslusny, Jr.  and /s/ John R. Morton, Jr.* on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

3.     I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

4.     I will make the original consent order available for inspection upon request of the Court or any party in interest; and

5.     I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

                                                                          */s/ Jerrold N. Poslusny, Jr.*
                                                                          Mark E. Felger
                                                                          Jerrold N. Poslusny, Jr.

Date: May 29, 2008