Order Filed on
**5/23/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Alan D. Halperin, Esq.
Donna Lieberman, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Co-Counsel to the Official Committee of Unsecured
Creditors of Shapes/Arch Holdings L.L.C., et al.

---

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

                    Debtors.

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Hon. Gloria M. Burns

## ORDER GRANTING *PRO HAC VICE* ADMISSION
## OF DONNA H. LIEBERMAN, ESQ.

      The relief set forth on the following pages, numbered two (2) through three (3), is hereby
**ORDERED**.

**DATED: 5/23/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

45765/0001-1521528v1

(Page 2)
Debtor:               SHAPES/ARCH HOLDINGS L.L.C., *ET AL.*
Case No.              08-14631 (GMB)
Caption of Order:     ORDER GRANTING *PRO HAC VICE* ADMISSION OF DONNA H.
                      LIEBERMAN, ESQ.

THIS MATTER having been opened to the Court by the Official Committee of

Unsecured Creditors (the "Committee") of Shapes/Arch Holdings L.L.C., *et al*. (the "Debtors"),

upon an Application for an Order granting *pro hac vice* admission of Donna H. Lieberman, Esq.;

and the Court having considered the Application and the Certification of Donna H. Lieberman,

Esq. in support thereof, and for good cause shown;

IT IS ORDERED as follows:

1.      Donna H. Lieberman, Esq. ("Ms. Lieberman") is permitted to appear *pro*

*hac vice* in this matter pursuant to D.N.J. LBR 2090-1 and L. Civ. R. 101.1(c); provided,

however, that all pleadings, briefs, stipulations, and other papers filed with the Court

shall be signed only by an attorney who is admitted to practice in this Court and the Court

of the State of New Jersey.

2.      Ms. Lieberman shall arrange with the New Jersey Lawyers' Fund for

Client Protection (the "Fund") for payment of the annual fee, for this year and for any

year in which she continues to represent a client in a matter pending in this Court, in

accordance with New Jersey Court Rule 1:28-2(a) and L. Civ. R. 101.1(c)(2), said fee to

be paid within twenty (20) days of the date of the entry of this Order.

3.      The $150.00 fee required by L. Civ. R. 101.1(c)(3) for *pro hac vice*

admission to the District Court for the District of New Jersey also shall be payable within

twenty (20) days of entry of this Order.  Payment in the form of a check must be payable

to "Clerk, USDC" and mailed to the Clerk of the United States Bankruptcy Court for the

*Approved by Judge Gloria M. Burns May  23, 2008*

(Page 3)
Debtor:              SHAPES/ARCH HOLDINGS L.L.C., *ET AL.*
Case No.             08-14631 (GMB)
Caption of Order:    ORDER GRANTING *PRO HAC VICE* ADMISSION OF DONNA H.
                     LIEBERMAN, ESQ.

District of New Jersey at the following address, for forwarding by the Clerk to the

District Court:  United States Bankruptcy Court, District of New Jersey, Mitchell H.

Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey  08101

(Attention:  Pro Hac Vice Admission).

4.     Ms. Lieberman shall be bound by the Local Rules of the United States

Bankruptcy Court for the District of New Jersey and the Local Civil Rules of the United

States District Court for the District of New Jersey, and shall be within the disciplinary

jurisdiction of this Court and the United States District Court for the District of New

Jersey.

5.     The Clerk shall forward a copy of this Order to the Treasurer of the Fund

within five (5) days of the date hereof.

I HEREBY CERTIFY that I served a copy of this Order on the applicant and the Treasurer

of the New Jersey Lawyers' Fund for Client Protection, Richard J. Hughes Justice Complex,

PO Box 961, Trenton, NJ 08625-0961 on May 27, 2008.

James J. Waldron, Clerk

45765/0001-1521528v1

*Approved by Judge Gloria M. Burns May  23, 2008*

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1          User: dfitzger          Page 1 of 1          Date Rcvd: May 27, 2008
Case: 08-14631               Form ID: pdf903          Total Served: 1
```

```
The following entities were served by first class mail on May 29, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204
```

```
The following entities were served by electronic transmission.
NONE.                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2008**                    **Signature:** _Joseph Speetjens_