RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Kevin J. Larner, Esq. (KL-8627)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

- and -

CASE, KNOWLSON, JORDAN & WRIGHT LLP
Edwin I. Lasman, Esq. (CA Bar No. 105943)
2029 Century Park East
Suite 2500
Los Angeles, California 90067
(310) 552-2766

*Counsel to Zhongshan Hua Feng Lock Products Co., Ltd.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Hon. Gloria M. Burns, U.S.B.J. |

### CERTIFICATION OF SERVICE

SILVA DECHOYAN, of full age, hereby certifies and states as follows:

1. I am a legal assistant at the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, counsel to Community Healthcare Associates, LLC.

2. I certify that on May 29, 2008, I caused a copy of the Request of Zhongshan Hua Feng Lock Products Co., Ltd. For Allowance and Payment of Administrative

Expense Claim, which was electronically filed with the United States Bankruptcy Court on May 29, 2008, to be electronically served on all parties who receive electronic notice via CM/ECF.

       3.      I further certify that on May 30, 2008, I caused a copy of the above-referenced document to be served via first class mail upon Jerrold Poslusny, Jr., Esq., Cozen O'Connor, at LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ 08002.

      I certify, under penalty of perjury, that the foregoing statements made by me are true and correct.

                                                  /s/ Silva Dechoyan
                                                     Silva Dechoyan

Dated: May 30, 2008

3861094.1