Order Filed on
**5/30/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

                Debtors.

Case No. 08-14631 (GMB)
(Jointly Administered)

Judge: Gloria M. Burns

Chapter: 11

### CONSENT ORDER VACATING PRIOR ORDER OF THIS COURT
### VACATING STAY [DOCKET NO. 311]

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 5/30/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

**Page 2**

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Consent Order Vacating Prior Order of This Court Vacating Stay [Docket No. 311]

_____

This matter having come before the Court by Jerrold N. Poslusny, Jr., of Cozen

O'Connor, attorneys for the Debtors and John R. Morton, Jr., attorney for Wells Fargo

Equipment Financing, Inc. ("Wells Fargo"); and

WHEREAS, the Court inadvertently entered an Order Vacating Stay with respect to

property described as JLG MDL 600S Boom Lift, Vehicle Identification Number 030087915

(the "Property");

IT IS ORDERED:

1.	That the prior Order of this Court, a copy of which is attached hereto, dated May

20, 2008, [Docket No. 311] is hereby VACATED.

2.	That the hearing on Wells Fargo's motion (the "Motion") for stay relief with

respect to the Property is scheduled for July 14, 2008 at 10:00 a.m.  Objections to the Motion are

to be filed by July 7, 2008.

3.	That Wells Fargo reserves the right to request to have the Motion heard at an

earlier date in the event that Wells Fargo does not timely receive monthly payments from the

Debtors.


CONSENTED TO BY:

COZEN O'CONNOR	LAW OFFICES OF JOHN R. MORTON, JR.
Counsel for Debtor	Counsel for Wells Fargo


By:   /s/ Jerrold N. Poslusny, Jr.	By:   /s/ John R. Morton, Jr.
   Mark E. Felger	   John R. Morton, Jr.
   Jerrold N. Poslusny, Jr.

CHERRY_HILL\445908\1  220718.000

*Approved by Judge Gloria M. Burns May  30, 2008*