| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>           Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

Order Filed on 5/30/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

**CONSENT ORDER VACATING PRIOR ORDER OF THIS COURT
VACATING STAY [DOCKET NO. 311]**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 5/30/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Consent Order Vacating Prior Order of This Court Vacating Stay [Docket No. 311]

---

This matter having come before the Court by Jerrold N. Poslusny, Jr., of Cozen O'Connor, attorneys for the Debtors and John R. Morton, Jr., attorney for Wells Fargo Equipment Financing, Inc. ("Wells Fargo"); and

WHEREAS, the Court inadvertently entered an Order Vacating Stay with respect to property described as JLG MDL 600S Boom Lift, Vehicle Identification Number 030087915 (the "Property");

IT IS ORDERED:

1. That the prior Order of this Court, a copy of which is attached hereto, dated May 20, 2008, [Docket No. 311] is hereby VACATED.

2. That the hearing on Wells Fargo's motion (the "Motion") for stay relief with respect to the Property is scheduled for July 14, 2008 at 10:00 a.m. Objections to the Motion are to be filed by July 7, 2008.

3. That Wells Fargo reserves the right to request to have the Motion heard at an earlier date in the event that Wells Fargo does not timely receive monthly payments from the Debtors.

CONSENTED TO BY:

| COZEN O'CONNOR | LAW OFFICES OF JOHN R. MORTON, JR. |
| Counsel for Debtor | Counsel for Wells Fargo |

By: /s/ Jerrold N. Poslusny, Jr.                By: /s/ John R. Morton, Jr.
    Mark E. Felger                                         John R. Morton, Jr.
    Jerrold N. Poslusny, Jr.

CHERRY_HILL\445908\1 220718.000

2

*Approved by Judge Gloria M. Burns May 30, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1           User: dfitzger              Page 1 of 1           Date Rcvd: May 30, 2008
Case: 08-14631                 Form ID: pdf903             Total Served: 1
```

```
The following entities were served by first class mail on Jun 01, 2008.
db            +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204
```

```
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 01, 2008**          **Signature:**  _Joseph Speetjens_