**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212) 765-0964 Facsimile
Alan D. Halperin, Esq.
Donna Lieberman, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey  07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Co-Counsel for the Official
Committee of Unsecured Creditors

|  |  |
|---|---|
|  | : UNITED STATES BANKRUPTCY COURT |
| In the Matter of: | : FOR THE DISTRICT OF NEW JERSEY |
|  | : HONORABLE GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS, L.L.C., et al., | : CASE NO. 08-14631(GMB) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | :: |
|  | : Chapter 11 |
|  | : |

**NOTICE OF WITHDRAWAL OF MOTION OF THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN**
**ORDER APPOINTING A CHAPTER 11 TRUSTEE PURSUANT TO**
<u>**SECTIONS 1104 AND 1106 OF THE BANKRUPTCY CODE**</u>

TO THE HONORABLE GLORIA M. BURNS,
UNITED STATES BANKRUPTCY JUDGE:

  PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors of

Shapes/Arch Holdings L.L.C., *et al.*, by and through its undersigned co-counsel, hereby

45765/0001-1523839v1

withdraws without prejudice its Motion for Entry of an Order Appointing a Chapter 11 Trustee Pursuant to Sections 1104 and 1106 of the Bankruptcy Code dated April 29, 2008.

        Respectfully submitted,

**HALPERIN BATTAGLIA RAICHT, LLP**
Co-Counsel to the Official Committee of
Unsecured Creditors

By:   */s/ Alan D. Halperin*
      Alan D. Halperin, Esq.
      Donna H. Lieberman, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
Co-Counsel to the Official Committee of
Unsecured Creditors

By:   */s/ Michael D. Sirota*
      Michael D. Sirota
      Ilana Volkov
      Warren A. Usatine

Dated: June 2, 2008