**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212) 765-0964 Facsimile
Alan D. Halperin, Esq.
Donna Lieberman, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey  07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Co-Counsel for the Official
Committee of Unsecured Creditors

|  |  |
|---|---|
| | :   UNITED STATES BANKRUPTCY COURT |
| In the Matter of: | :   FOR THE DISTRICT OF NEW JERSEY |
| | :   HONORABLE GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS, L.L.C., et al., | :   CASE NO. 08-14631(GMB) |
| | : |
| | :      (Jointly Administered) |
| Debtors. | : |
| | :        Chapter 11 |
| | : |

**NOTICE OF WITHDRAWAL OF MOTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS PURSUANT TO SECTION 1121(d)
OF THE BANKRUPTCY CODE FOR AN ORDER TERMINATING
THE DEBTORS' EXCLUSIVE PERIODS TO FILE A PLAN OF
<u>REORGANIZATION AND SOLICIT ACCEPTANCES THERETO</u>**

TO THE HONORABLE GLORIA M. BURNS,
UNITED STATES BANKRUPTCY JUDGE:

      PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors of

Shapes/Arch Holdings L.L.C., *et al*., by and through its undersigned co-counsel, hereby

45765/0001-1523844v1

withdraws without prejudice its Motion Pursuant to Section 1121(d) of the Bankruptcy

Code for an Order Terminating the Debtors' Exclusive Periods to File a Plan of

Reorganization and Solicit Acceptances Thereto dated April 29, 2008.

Respectfully submitted,

**HALPERIN BATTAGLIA RAICHT, LLP**
Co-Counsel to the Official Committee of
Unsecured Creditors


By:    _/s/ Alan D. Halperin_
       Alan D. Halperin, Esq.
       Donna H. Lieberman, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
Co-Counsel to the Official Committee of
Unsecured Creditors


By:    _/s/ Michael D. Sirota_
       Michael D. Sirota
       Ilana Volkov
       Warren A. Usatine

Dated: June 2, 2008