*Motion for Relief from Stay*

822 S 8th Street
Camden, New Jersey 08103

May 29th, 2008

A Hearing on this matter will be held on __7/1/08__ at __10:00 a.m.__
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101
Courtroom 4C

[Stamp: U.S. BANKRUPTCY COURT RECEIVED CAMDEN, NJ 08 MAY 30 AM 9:30 BY: JAMES J. WALDRON DEPUTY CLERK]

The Honorable Gloria M. Burns
United States Bankruptcy Court
401 Market Street
Camden, New Jersey 08101

Re: U.S. Equal Employment Opportunity Commission Filing Appointment

Dear Judge Burns:

On Monday, May 19th, 2008, I was informed by an intake officer at the U.S. Equal Employment Opportunity Commission (EEOC), in and for the Philadelphia District Office, to contact you with concern of my filing a complaint against my employer who has filed for Chapter 11 Bankruptcy, please see enclosure of Chapter 11 Bankruptcy filing notice that was mailed to me from Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, N.y. 10017.

My civil rights has seriously been violated by my employer and as a result I wish to file complaints at EEOC.

Judge Burns, my question for you is as follow:

Since, it is, that my employer has filed a Chapter 11 Bankruptcy with the United States Bankruptcy Court, and as a result of their filing, will their filing prohibit me from filing my civil rights violation against them at EEOC?

Presently, I am scheduled for an appointment at EEOC on Monday, June 23rd, 2008, please see enclosure from EEOC.

Judge Burns, in conclusion, I greatly appreciate a letter in response to the above question before my scheduled appointment date at EEOC.

I sincerely thank you for your cooperation in this important matter.

Sincerely,

*Liston Smith, Jr.*
Mr. Liston Smith, Jr.

Enclosures

Certified Mail: 7006 2150 0001 4261 2315

FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
NEW YORK, NY
PERMIT #4427

**Epiq Bankruptcy Solutions, LLC**
757 Third Avenue, 3rd Floor
New York, NY 10017

ADDRESS SERVICE REQUESTED

**Legal Documents Enclosed -**
Please direct to the attention of the Addressee,
Legal Department or President.

SAH BDN 03-20-2008 (CREDITOR,CREDNUM) 1000001049
SMITH, LISTON
822 S 8TH ST.
CAMDEN NJ 08103-2533

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| MARK E. FELGER (MF9985)<br>JERROLD N. POSLUSNY (JP7140)<br>COZEN O'CONNOR<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

## NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM

**TO:    ALL PERSONS OR ENTITIES WITH CLAIMS AGAINST THE DEBTORS**

Please take notice that the Bankruptcy Court for the District of New Jersey has entered an Order in the above-captioned cases (the "Bar Date Order") establishing **May 15, 2008 at 5 p.m. Prevailing Eastern Time**, as the claims bar date (the "Bar Date"). Except as described below, the Bar Date Order requires that any claims against the Debtors be filed by submitting a proof of claim with the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC ("Epiq"), Grand Central Station, P.O. Box 4601, New York, NY 10163-4601 (for regular mail) or 757 Third Avenue, Third Floor, New York, NY 10017 (for overnight mail or hand delivery), so that such proof of claim is actually received on or before the Bar Date.

Proofs of claim are deemed filed only when they are actually received by Epiq and email and facsimile submissions will not be accepted. Form proofs of claim are available from Epiq at the same address, **or from Epiq's website:** http://chapter11.epiqsystems.com/shapes - **click on "Documents"**. A copy of the Proof of Claim or Interest must also be served upon the Debtors' counsel at the following address: Cozen O'Connor, LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ, 08002, Attn: Jerrold N. Poslusny, Jr., Esq.

**Epiq Bankruptcy Solutions, LLC ("Epiq"), the Debtors' claims agent may be contacted at (866) 890-1550 if there are questions with respect to this Notice.**

Pursuant to the Bar Date Order, all persons or entities including, without limitations, individuals, partnerships, corporations, estates, trusts, unions and governmental units (individually, a "Creditor", and collectively, the "Creditors") possessing claims against the Debtors (whether secured, priority or unsecured) that arose prior to March 16, 2008 (the "Petition Date") are required to file a proof of claim by the Bar Date.

The following Creditors must file a proof of claim on or before the Bar Date, unless otherwise provided herein: (a) any Creditor whose claim is listed in the Debtors' schedules of assets and liabilities

(the "Schedules") as "disputed", "contingent" or "unliquidated" and who desires to participate in these Chapter 11 cases or share in any distribution; (b) any Creditor whose Claim is improperly classified in the Schedules or is listed in an incorrect amount and who desires to have its Claim allowed in a classification or amount other than what is set forth in the Schedules; (c) any Creditor asserting a Claim that is not listed in the Schedules; or (d) Claims asserted by governmental units (as defined in 11 U.S.C. § 101(27)).

The following Creditors do not need to file a proof of claim on or before the Bar Date: (a) any Creditor that (i) agrees with the nature, classification and amount of such Claim set forth in the Schedules and (ii) whose Claim against the Debtors is not listed as "disputed," "contingent," or "unliquidated" in the Schedules; (b) any Creditor that has already properly filed a proof of claim against the Debtors; (c) any Creditor whose Claim against the Debtors previously has been allowed by, or paid pursuant to, an order of this Court; (d) any Creditor asserting a Claim allowable under §§ 503(b) and 507(a)(1) of the Bankruptcy Code as an administrative expense of the Debtors' Chapter 11 cases (except as provided herein); or (e) any holder of equity securities of the Debtors solely with respect to such holder's ownership interest in or possession of such equity securities.

**Any Creditor that is required to a file a Proof of Claim in these Chapter 11 cases but that fails to do so in a timely manner, shall be forever barred, estopped and enjoined from: (a) asserting any Claim against the Debtors that such Creditor has that (i) is in an amount that exceeds the amount, if any, that is set forth in the Schedules, or (ii) is of a different nature or in a different classification (any such Claim referred to as an "Unscheduled Claim"); and (b) voting upon, or receiving distributions under, any plan or plans of reorganization in these Chapter 11 cases in respect of an Unscheduled Claim; and the Debtors and their property shall be forever discharged from any and all indebtedness or liability with respect to such Unscheduled Claim.**

Dated: March 20, 2008                                COZEN O'CONNOR


                                                     By:  /s/ Jerrold N. Poslusny, Jr.
                                                         Mark E. Felger
                                                         Jerrold N. Poslusny, Jr.

                                                     Proposed Attorneys for the Debtors

| Debtor | Address | Case No. |
|---|---|---|
| Shapres/Arch Holdings, LLC | 9000 River Road, Delair, NJ 08110 | 08-14631-GMB |
| Shapes L.L.C. | 9000 River Road, Delair, NJ 08110 | 08-14632-GMB |
| Ultra L.L.C. | 1777 Hylton Rd, Pennsauken, NJ 08110 | 08-14633-GMB |
| Delair L.L.C. | 8600 River Rd, Delair, NJ 08110 | 08-14634-GMB |
| Accu-Weld L.L.C. | 1211 Ford Rd, Bensalem, PA 19020 | 08-14635-GMB |

2

Form 195 – ntchrgdsclstat

## UNITED STATES BANKRUPTCY COURT
District of New Jersey
401 Market Street
Camden, NJ 08102

Case Nos.: 08-14631 through 08-14635
Chapter: 11
Judge: Gloria M. Burns

In Re:  Shapes/Arch Holdings L.L.C.   Ultra L.L.C.              Shapes L.L.C.
9000 River Road                        1777 Hylton Road          9000 River Road
Delair, NJ  08110                      Pennsauken, NJ  08110     Delair, NJ  08110
Tax i.d.: 22-3413451                   Tax i.d.: 22-3413459      Tax i.d.: 22-3413455

Delair L.L.C.                          Accu-Weld L.L.C.
8600 River Road                        1211 Ford Road
Delair, NJ  08110                      Bensalem, PA  19020
Tax i.d.: 22-3413446                   Tax i.d.: 23-2829810

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

A Disclosure Statement and Plan were filed by the above-listed Debtors, on March 16, 2008, pursuant to Fed. R. Bankr. P. 3016.

A hearing as to the adequacy of the disclosure statement shall be heard before The Honorable Gloria M. Burns on:

Date:       April 17, 2008
Time:       10:00 a.m.

Location:   Courtroom 4C
            United States Bankruptcy Court
            Mitchell H. Cohen U.S. Courthouse
            400 Cooper Street, 4th Floor
            Camden, NJ 08101

Copies of the Disclosure Statement have been provided to: (a) the United States Trustee; (b) the attorney for the Creditors' Committee, if any; (c) the Securities and Exchange Commission; and (d) all parties that have requested notice in these cases. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon: (a) the attorneys for the Debtors, Mark E. Felger, Esquire, and Jerrold N. Poslusny, Jr., Esquire, Cozen O'Connor, LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ 08002; (b) the attorneys for the Creditors' Committee, if any; (c) counsel for the Arcus Holders (as defined in the Plan) Joel C. Shapiro, Esquire, Blank Rome, LLP, One Logan Square, 130 North 18th Street, Philadelphia, PA 19103-6998; (d) counsel for the CIT (as defined in the Plan) Paul A. Patterson, Esquire, Stradley Ronon Stevens and Young, 2600 One Commerce Square, Philadelphia, PA

19103; and (e) the Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102, no later than April 14, 2008 at 4:00 p.m.

To request copies of the Disclosure Statement, contact the proponent:

Jerrold N. Poslusny, Jr., Esquire – Counsel for the Debtors
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
Email: jposlusny@cozen.com

Dated: March 20, 2008

JJW: jpp



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

801 Market Street, PH, Suite 1300
Philadelphia, PA 19107-3127
(215) 440-2601
TTY (215) 440-2610
FAX (215) 440-2604, 2606, 2632

# EEOC APPOINTMENT

NAME __LISTON SMITH__

INQUIRY# _____

Your scheduled appointment time to have an intake interview with an Investigator concerning the possible filing of a charge of employment discrimination is as follows:

DAY: __MON__     DATE: __6/23/08__     TIME: __8:30__

YOUR INTERVIEWER: __MS. WATSON__

In order to facilitate the charge taking procedure, you should bring with you relevant notes, documents or letters as well as names, addresses and telephone numbers of any witnesses or other materials that you believe may support your charge. Also, if you have been given a questionnaire by EEOC, please complete and bring this with you.

**Please note that the intake appointment is normally scheduled for two hours.** This length of time is needed to insure that all intake processing and counseling can be completed without the need for you to return again to the office. Therefore, please schedule your other appointments accordingly to permit you to keep this EEOC appointment. In addition, please insure that you make travel and parking arrangements suitable to enable you to remain in the office during the allotted interview time.

> PLEASE REPORT ON TIME AS INDICATED ABOVE. **PLEASE NOTE THAT IF YOU ARRIVE MORE THAN 15 MINUTES AFTER THE SCHEDULED APPOINTMENT TIME, WE WILL MOST LIKELY BE UNABLE TO KEEP YOUR APPOINTMENT TIME AVAILABLE FOR YOU AND YOUR APPOINTMENT WILL NEED TO BE RESCHEDULED.**
>
> IF YOU CANNOT KEEP YOUR APPOINTMENT, PLEASE CALL AS SOON AS POSSIBLE TO CANCEL THAT APPOINTMENT AND ARRANGE FOR RESCHEDULING. **YOU SHOULD NOTE** THAT A RESCHEDULED APPOINTMENT DATE WILL PROBABLY BE 4-6 WEEKS AFTER YOUR ORIGINAL APPOINTMENT. THUS, IT IS TO YOUR ADVANTAGE TO KEEP THE ORIGINAL APPOINTMENT. CALLS FOR CANCELLATION AND SUBSEQUENT RESCHEDULING SHOULD BE MADE TO THE CHARGE RECEIPT/TECHNICAL INFORMATION UNIT AT (215) 440-2601. PLEASE STATE YOUR NAME, SPELL THE LAST NAME, GIVE THE DATE AND TIME OF THE PREVIOUS APPOINTMENT AND LEAVE A PHONE

Your signature below indicates your receipt of this document:

Signature: __Liston Smith Jr__     Date: __5/17/2008__

Present this form to the Receptionist when you arrive at our office

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
U.S. POST OFFICE & COURTHOUSE BLDG.
P.O. BOX 2067
CAMDEN, NJ 08101-2067

GLORIA M. BURNS
BANKRUPTCY JUDGE

(856) 757-5174

June 2, 2008

Mr. Liston Smith, Jr.
822 S. 8th Street
Camden, NJ 08103

      Re:    Shapes/Arch Holdings, L.L.C., et al., Debtors.
             Case No. 08-14631 (GMB)

Dear Mr. Smith:

     We are in receipt of your letter dated May 29, 2008 in the above-captioned matter. Please be advised that we will treat your letter as a Motion for Relief from the Automatic Stay to request the Court's permission for you to pursue an action with the EEOC. Please also be advised that the Court will waive the customary fee for such motion.

     This Motion for Relief will be scheduled for a hearing in this Court on Tuesday, July 1, 2008, at 10:00 a.m., in Courtroom 4B. Your appearance is required at the hearing. The filing of your Motion will give electronic notice to all parties who have requested notice of motions in this case, as well as inform them of the date and time of such hearing.

     If you have any questions, please feel free to contact Marie Flynn, at the Office of the Clerk of the Bankruptcy Court, at (856) 757-5485, extension 350.

     I hope this answers your inquiry.

                              Very truly yours,

                              Gloria M. Burns
                              United States Bankruptcy Judge

GMB/nar

c (w/encl.):    Jerrold N. Poslusny, Jr., Esquire (Attorney for the Debtors)
                 Michael D. Sirota, Esquire (Attorney for the Creditors' Committee)
                 Donald F. MacMaster, Esquire (Attorney for the Office Of the U.S. Trustee)