MARGOLIS EDELSTEIN
By: Jeanine D. Clark, Esquire
216 Haddon Avenue
P.O. Box 9222
Westmont, New Jersey 08108
(856) 858-7200
Attorneys for Creditor, Shaw Alloy Piping Products, Inc.
Our File No.: 30500.1-0028

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ
May 28
08-JUN-3 AM 10: 19

JAMES J. WALDRON
BY: _____
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| SHAPES/ARCH HOLDING, LLC, | |
| DEBTORS | CASE NO.: 08-14631(GMD) |
| | NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS |

**To:** Clerk for the United States Bankruptcy Court
For the District of New Jersey at Camden

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby appear as counsel for creditor, Shaw Alloy Piping Products, Inc. pursuant to 11 USC Section 1109(b), and that pursuant to the Federal Rules of Bankruptcy Procedure 2002 and 9010, the undersigned requests an entry be made on the Clerk's matrix in this matter, and that all notices given or required to be given and all papers served or required to be served in this matter be served upon:

Jeanine D. Clark, Esquire
Margolis Edelstein 216 Haddon Ave.
P.O. Box 9222
Westmont, New Jersey 08108
856-869-6734
856-858-1017 (facsimile)
E-Mail: jclark@margolisedelstein.com

        **MARGOLIS EDELSTEIN**
        Attorneys for Creditor,
        Shaw Alloy Piping Products, Inc.


        By: s/Jeanine D. Clark
              Jeanine D. Clark

Dated: May 28, 2008