SUZANNE M. KLAR, ESQ. (SK4388)
80 Park Plaza - M/C T5D
Newark, NJ 07102
(973) 430-6483
Attorney for Creditor
Public Service Electric & Gas Company
File No.: D2008-00328

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

SHAPES/ARCH HOLDINGS, L.L.C., et al.,    **CHAPTER 11**

Case No.: 08-14631 (GMB)

Debtors.

---

**CERTIFICATION IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER COMPELLING THE DEBTORS TO PAY THE ADMINISTRATIVE CLAIM OF PUBLIC SERVICE ELECTRIC AND GAS COMPANY AND FURTHER RELIEF AS MAY BE JUST AND PROPER**

---

Allison Soltys, being of full age, hereby certifies as follows:

1. I am a Credit and Collections Representative in the Collection and Call Management Center of Public Service Electric and Gas Company (hereinafter referred to as "Public Service").

2. I am fully familiar with the accounts of the Debtors (hereinafter referred to as the "Debtors") based upon personal knowledge and knowledge gained by my review of records maintained by Public Service in the ordinary course of its business.

3. Public Service supplied Debtors with utility services at the properties set forth in Exhibit "A" (hereinafter referred to as the "Property") in accordance with its Tariffs.

4. Public Service established accounts for electric and gas service in the name of the Debtors in accordance with its Tariffs.

5. The Debtors used and consumed utility services supplied by Public Service at the Properties and continue to do so.

6. Public Service billed the Debtors on a monthly basis in accordance with its Tariffs.

7. Public Service continues to supply utility services to the Debtors at the Properties.

8. Attached hereto as Exhibit "A" are true copies of Debtors' account statements.

9. As set forth in Exhibit "A", the total balance due to Public Service from the Debtors, for utility service provided is $757,312.67 for bills issued on or before June 4, 2008.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 9, 2008

_Allison Soltys_
Allison Soltys
Public Service Electric & Gas Company

# EXHIBIT "A"

```
ALUMINUM SHAPES INC DIP        01 61 001 977 31    STATUS ACTIVE      CS ACTIVITY Y
9000 RIVER RD                     RATE LVG HTS
PENNSAUKEN NJ         08110-3296 DEP Y             06-09-08  10:33:30  PRIORITY 0
                          * * GENERAL INQUIRY * *                     PAGE    01
    METER READING DATA
    LAST READ DATE 060408    LAST BILL DATE 060408    NO ER 00    SCRAP NO
    KEY LOC UNUS COND
    COLLECTION DATA
    ASSMT      CREDIT CD    REMDR NO    NOTICE YES   COLL ORD NO   DEP NOT NO
    MISCELLANEOUS DATA
    CLASS BUS IND  PEND COMPLAINT NO   PREV COMPLAINT NO  APPL CYCLING CR NO
    * * * TRANSACTIONS              EQUAL PAYMENT PLAN  NONE        * * *
      DATE    TRAN       DEBIT         CREDIT    BATCH   SEQ       BALANCE
      060408  BILL     275228.54                                   290808.73
      052008  EPAY*                   250000.00   5001   0128       15580.19
      050508  BILL     265580.19                                   265580.19
      050508  JE E     400000.00                  4705   0003
      050508  EPAY                    193498.34   3510   0098
      050108  EPAY                    400000.00   5001   0006      206501.66CR
      040408  SBIL     193498.34                                   193498.34


ENTER TRANSID      OR PF8 FOR NEXT PAGE
NO MORE PAGES AVAILABLE                                              * S 060408
```

```
ALUMINUM SHAPES INC DIP          01 61 001 976 42   STATUS ACTIVE    CS ACTIVITY Y
8600 RIVER RD                        RATE LVG C2 MD
PENNSAUKEN NJ        08110-3328 DEP Y           06-09-08  10:34:17  PRIORITY 0
                          * * GENERAL INQUIRY * *                    PAGE    01
      METER READING DATA
      LAST READ DATE 060408    LAST BILL DATE 060408    NO ER 00   SCRAP NO
      KEY LOC UNUS COND
      COLLECTION DATA
      ASSMT       CREDIT CD    REMDR NO    NOTICE NO    COLL ORD NO   DEP NOT NO
      MISCELLANEOUS DATA
      CLASS BUS IND  PEND COMPLAINT NO  PREV COMPLAINT NO  APPL CYCLING CR NO
      * * * TRANSACTIONS              EQUAL PAYMENT PLAN  NONE         * * *
       DATE     TRAN       DEBIT        CREDIT     BATCH    SEQ       BALANCE
       060408   BILL      2357.68                                     2357.68
       052108   EPAY*                  7107.69     1035    0237          0.00
       050508   BILL      7107.69                                     7107.69
       050508   JE E     22000.00                  4705    0006
       050108   EPAY                  22000.00     5001    0002     22000.00CR
       042208   EPAY                  12981.28     1119    0211          0.00
       040408   BILL     12981.28                                    12981.28


 ENTER TRANSID      OR PF8 FOR NEXT PAGE
 NO MORE PAGES AVAILABLE                                           * S 060408
```

Date: 6/9/2008 Time: 10:34:24 AM

```
ALUMINUM SMELTER INC DIP      01 61 008 956 33     STATUS ACTIVE      CS ACTIVITY Y
9000 RIVER RD                       RATE TSGNF
PENNSAUKEN NJ       08110-3296 DEP Y         06-09-08  10:34:38   PRIORITY 0
                        * * GENERAL INQUIRY * *                   PAGE    01
   METER READING DATA
   LAST READ DATE 050108    LAST BILL DATE 050108    NO ER 00   SCRAP NO
   KEY LOC UNUS COND
   COLLECTION DATA
   ASSMT     CREDIT CD    REMDR NO   NOTICE YES   COLL ORD NO   DEP NOT NO
   MISCELLANEOUS DATA
   CLASS BUS IND  PEND COMPLAINT NO   PREV COMPLAINT NO  APPL CYCLING CR NO
   * * * TRANSACTIONS              EQUAL PAYMENT PLAN  NONE         * * *
   DATE    TRAN         DEBIT          CREDIT    BATCH   SEQ      BALANCE
   052008  EPAY*                     250000.00    5001   0129    448292.88
   050108  BILL       698292.88                                  698292.88
   050508  JE E       579900.00                   4705   0004         0.00
   050508  EPAY                      336466.40    3510   0099
   050108  EPAY                      579900.00    5001   0004    243433.60CR
   040108  SBIL       336466.40                                  336466.40


ENTER TRANSID      OR PF8 FOR NEXT PAGE
NO MORE PAGES AVAILABLE                                             S 060408
```

Date: 6/9/2008 Time: 10:34:46 AM

```
ALUMINUM SHAPES DIP        *  14 61 613 456 17    STATUS ACTIVE       CS ACTIVITY Y
9000 RIVER RD LGTS                RATE PSAL
PENNSAUKEN NJ         08110-3204 DEP Y          06-09-08  10:34:59    PRIORITY 0
                          * * GENERAL INQUIRY * *                     PAGE     01
      METER READING DATA
      LAST READ DATE          LAST BILL DATE            NO ER 00   SCRAP NO
      KEY LOC UNUS COND
      COLLECTION DATA
      ASSMT 1    CREDIT CD   REMDR NO   NOTICE NO   COLL ORD NO   DEP NOT NO
      MISCELLANEOUS DATA
      CLASS BUS COM  PEND COMPLAINT NO   PREV COMPLAINT NO  APPL CYCLING CR NO
      * * * TRANSACTIONS            EQUAL PAYMENT PLAN  NONE         * * *
      DATE    TRAN        DEBIT         CREDIT    BATCH   SEQ       BALANCE
      052208  BILL        580.55                                     580.55
      050608  EPAY*                     595.91    1231    0009         0.00
      050508  JE E        600.00                  4705    0005       595.91
      050108  EPAY                      600.00    5001    0003         4.09CR
      042308  BILL        595.91                                     595.91
      040708  EPAY                      190.99    1109    0101         0.00
      032508  BILL        190.99                                     190.99


ENTER TRANSID       OR PF8 FOR NEXT PAGE
NO MORE PAGES AVAILABLE                                              U 052208
```

Date: 6/9/2008 Time: 10:35:02 AM

```
ULTRA HARDWARE PRODUCTS   *   01 61 001 498 26    STATUS ACTIVE      CS ACTIVITY Y
1777 HYLTON RD                        RATE LVG PSAL
PENNSAUKEN NJ         08110-1315 DEP Y           06-09-08  10:35:14  PRIORITY 0
                          * * GENERAL INQUIRY * *                    PAGE    01
      METER READING DATA
      LAST READ DATE 060408    LAST BILL DATE 060408   NO ER 00   SCRAP NO
      KEY LOC UNUS COND
      COLLECTION DATA
      ASSMT 3   CREDIT CD 1   REMDR NO   NOTICE YES  COLL ORD NO  DEP NOT NO
      MISCELLANEOUS DATA
      CLASS BUS COM  PEND COMPLAINT NO   PREV COMPLAINT NO  APPL CYCLING CR NO
      * * * TRANSACTIONS            EQUAL PAYMENT PLAN  NONE         * * *
        DATE   TRAN       DEBIT       CREDIT     BATCH   SEQ        BALANCE
       060408  BILL      147.78                                      452.65
       052208  EPAY*                 1369.04     1162    0142        304.87
       050508  BILL      304.87                                     1673.91
       050508  JE E     1060.00                  4705    0008
       050108  EPAY                  1060.00     5001    0005        309.04
       040408  SBIL     1369.04                                     1369.04


 ENTER TRANSID      OR PF8 FOR NEXT PAGE
 NO MORE PAGES AVAILABLE                                          * S 060408
```

```
ULTRA HARDWARE PRODUCTS    *   01 61 001 954 37    STATUS ACTIVE      CS ACTIVITY Y
1777 HYLTON RD                    RATE LPLS
PENNSAUKEN NJ       08110-1315 DEP Y         06-09-08  10:35:33   PRIORITY 0
                          * * GENERAL INQUIRY * *              PAGE    01
    METER READING DATA
    LAST READ DATE 060408    LAST BILL DATE 060408    NO ER 00   SCRAP NO
    KEY LOC UNUS COND
    COLLECTION DATA
    ASSMT      CREDIT CD    REMDR NO    NOTICE YES   COLL ORD NO   DEP NOT NO
    MISCELLANEOUS DATA
    CLASS BUS COM  PEND COMPLAINT NO   PREV COMPLAINT NO  APPL CYCLING CR NO
    * * * TRANSACTIONS            EQUAL PAYMENT PLAN  NONE         * * *
    DATE    TRAN       DEBIT        CREDIT    BATCH   SEQ       BALANCE
    060408  BILL      8276.52                                    14820.18
    052008  EPAY*                  4272.30    1029    0161        6543.66
    050508  BILL      6543.66                                    10815.96
    050508  JE E     16440.00                 4705    0007
    050108  EPAY                  16440.00    5001    0001       12167.70CR
    040408  SBIL      4272.30                                     4272.30


ENTER TRANSID      OR PF8 FOR NEXT PAGE
NO MORE PAGES AVAILABLE                                          S 060408
```

Date: 6/9/2008 Time: 10:35:36 AM