SUZANNE M. KLAR, ESQ. (SK4388)
80 Park Plaza - M/C T5D
Newark, NJ 07102
(973) 430-6483
Attorney for Creditor
Public Service Electric & Gas Company
File No.: D2008-00328

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

SHAPES/ARCH HOLDINGS, L.L.C., et al.,          **CHAPTER 11**

Case No.: 08-14631 (GMB)

Debtors.

---

**ORDER COMPELLING THE DEBTORS TO PAY THE ADMINISTRATIVE CLAIM OF PUBLIC SERVICE ELECTRIC AND GAS COMPANY AND FURTHER RELIEF AS MAY BE JUST AND PROPER**

---

Judge Gloria M. Burns
United States Bankruptcy Judge

**THIS MATTER** having been opened to the Court by Suzanne M. Klar, Esq., counsel for Public Service Electric and Gas Company ("Public Service") upon its motion (the "Motion") for entry of an Order compelling payment by the Debtors of the administrative expense claim of Public Service for post-petition utility service provided by Public Service to the Debtors and further relief as may be just and proper ; and a hearing having been held to consider the relief sought by Public Service in its Motion, and the Court having heard and considered the arguments of counsel (if any) at the hearing on the Motion; and the Court having considered all papers submitted in support of and in opposition to the relief sought by Public Service in the Motion, and due deliberation having been had thereon; and good and sufficient cause appearing therefore,

**ORDERED** that, the Debtors hereby are directed and compelled to make payment to Public Service within ten (10) days hereof in the amount of $757,312.67 on account of the administrative expense claim of Public Service for the provision of utility services incurred through June 4, 2008 hereof as awarded herein,

**FURTHER ORDERED** that, Public Service is, and hereby is, authorized to terminate utility services to the Debtors, should the Debtors fail to make the payment of the administrative claim of Public Service within ___ days of the due date; and

**FURTHER ORDERED** that, a copy of this Order shall be served upon the Debtors within ___ days of the date of this Order.