# Exhibit A

LATSHA DAVIS YOHE & McKENNA, P.C.
Kevin M. McKenna, Esquire
3000 Atrium Way, Suite 251
Mount Laurel, NJ 08054-3911
(856) 231-5351
Attorney(s) for Defendant, Shapes, LLC,
formerly known as, Aluminum Shapes, Inc.

| | | |
|---|---|---|
| Pennsauken Solid Waste Management Authority, Township of Pennsauken, and Pollution Control Financing Authority of Camden County, Successor in Interest to Pennsauken Solid Waste Management Authority | : : : : : : | SUPERIOR COURT OF NEW JERSEY CAMDEN COUNTY LAW DIVISION |
| Plaintiffs, | : : | Docket No.   L-13345-91                  L-13345-92                  L-13345-93                  L-13345-94 |
| vs. | : : : | L-5632-94                  L-10933-05 |
| WARD SAND & MATERIAL, CO., et. al. | : : | CIVIL ACTION |
| Defendants | : : : : : | |

## NOTICE OF BANKRUPTCY AND AUTOMATIC STAY OF 11 U.S.C. §362

   PLEASE TAKE NOTICE that on March 16, 2008 the following entities (collectively, the "Debtors") filed voluntary petitions for relief in bankruptcy under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey:

- Shapes/Arch Holdings L.L.C. – 08-14631 (GMB)

- Shapes L.L.C. – 08-14632 (GMB)

- Ultra L.L.C. – 08-14633 (GMB)

- Delair L.L.C. – 08-14634 (GMB)

- Accu-Weld L.L.C. – 08-14635 (GMB)

   PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §362 an automatic stay is in effect as a result of the bankruptcy filings of the Debtors including but not limited to a stay with respect to any act

to create, perfect, or enforce any lien against property of the estate as defined in 11 U.S.C. §541, and, also with respect to commencement or continuation, including issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtors that was commenced before the commencement of the bankruptcy cases under Title 11, or, to recover a claim against the Debtors that arose before the commencement of the bankruptcy cases under Title 11.

Dated: March **27**, 2008

<div style="margin-left: 40%">

Respectfully Submitted,

**LATSHA DAVIS YOHE & MCKENNA, P.C.**


By: _____
Kevin M. McKenna, Esquire
Latsha Davis Yohe & McKenna, P.C.
3000 Atrium Way, Suite 251
Mt. Laurel, New Jersey 08054-3911
(856) 231-5351
Counsel for Defendant, Shapes, LLC,
formerly known as, Aluminum Shapes, Inc.

</div>

LATSHA DAVIS YOHE & McKENNA, P.C.
Kevin M. McKenna, Esquire
3000 Atrium Way, Suite 251
Mount Laurel, NJ 08054-3911
(856) 231-5351
Attorney(s) for Defendant, Shapes LLC,
formerly known as, Aluminum Shapes, Inc.

| | |
|---|---|
| Pennsauken Solid Waste Management Authority, Township of Pennsauken, and Pollution Control Financing Authority of Camden County, Successor in Interest to Pennsauken Solid Waste Management Authority : : : : : : : Plaintiffs, : : vs. : : WARD SAND & MATERIAL CO., et al. : : Defendants. : : : : | SUPERIOR COURT OF NEW JERSEY, CAMDEN COUNTY LAW DIVISION Docket No.  L-13345-91 L-13345-92 L-13345-93 L-13345-94 L-5632-94 L-10933-05 CIVIL ACTION CERTIFICATE OF SERVICE |

I, Kevin M. McKenna, a member of the bar of this Court, hereby certify that I caused a true copy of the foregoing, Notice of Bankruptcy and Automatic Stay of 11 U.S.C. § 362 pursuant to N.J. Rule 1:6-2(C), in the above captioned action to be served by upon all Plaintiff Counsel and Liaison Counsel as required by Case Management Order No. IX via electronic and first class mail and in addition served upon all other Counsel on the attached Service List via first class mail on March 27, 2008.

Respectfully Submitted,

LATSHA DAVIS YOHE & MCKENNA, P.C.

By: _Kevin M/C_

Kevin M. McKenna, Esquire
Attorney for Defendant, Shapes, LLC
formerly known as, Aluminum Shapes, Inc.

Dated: _March 27, 2008_

### PENNSAUKEN SOLID WASTE MANAGEMENT AUTHORITY AND TOWNSHIP OF PENNSAUKEN V. NJDEPE ET AL. DOCKET NO. L-13345-91

### SERVICE LIST

Brown & Connery, LLP
Joseph T. Carney, Esq.
360 Haddon Avenue
Westmont, NJ 08108
856-854-8900 - 856-858-4967(F)

Attorney for
Pollution Control Financing
Authority of Camden Co. and
Pennsauken Solid Waste Management
Authority

Parker McCay, P.A.
David A. Luthman, Esq.
Three Greentree Centre
7001 Lincoln Drive West
Marlton, NJ 08053
856-596-8900 – 856-552-1428 (F)

Attorney for
The Township of Pennsauken

Connor, Weber & Oberlies
James L. McKenna, Esq.
Woodcrest Pavilion
Ten Melrose Avenue - Suite 450
Cherry Hill, NJ 08003
856-429-0265 - 856-354-1722(F)

Attorney for
The Township of Pennsauken
(Counterclaims)

Schmidt & Tomlinson
Sandford F. Schmidt, Esq.
29 Union Street
Medford, NJ 08055
609-714-0600 - 609-714-0610(F)

Liaison Counsel for
Transporter Defendants

Giansante & Cobb, LLC
Louis Giansante, Esq.
23 East Main Street
Moorestown, NJ 08057
856-273-8866 - 856-273-8988(F)

Ward Sand Material Co
and JD Morrissey

| | |
|---|---|
| Fox, Rothschild, O'Brien & Frankel<br>Kenneth H. Mack, Esq.<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Bldg. 3<br>Lawrenceville, NJ 08648-2311<br>609-895-6631 - 609-896-1469(F) | Liaison Counsel for<br>Third-Party Defendants |
| Langsam Stevens & Silver, LLP<br>Mark A. Stevens, Esq.<br>250 West Main Street<br>Moorestown, NJ 08057<br>856-727-0057 - 856-727-0315(F) | Liaison Counsel for<br>Municipalities |
| Dechert Price & Rhodes<br>Michael Bogdonoff, Esq.<br>Cira Center<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>215-994-2891 - 215-994-2222(F) | Liaison Counsel for<br>Swope Defendants |
| Lowenstein Sandler, PC<br>Michael D. Lichtenstein, Esq.<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791<br>973-597-2500 - 973-597-2409(F) | Liaison Counsel for<br>Palmyra Third-Party Defendants |
| Latsha Davis Yohe & McKenna<br>Kevin M. McKenna, Esq.<br>350 Eagleview Blvd<br>Suite 100<br>Exton, PA 19341<br>610-524-8454 – 610-524-9383(F) | Liaison Counsel for<br>Direct Defendant Generators/<br>Puchack Defendants |

## Service List for Municipalities Group

**David Cuneo**
Cuneo & Hensler
885 Haddon Avenue
Collingswood, NJ 08108
T: (856) 869-9066
F: (856) 869-9065
cuneoesq@verizon.net
*Attorneys for Haddon Township*

**George Styliades**
Law Offices of George N. Styliades
1060 North Kings Highway, Suite 308
Cherry Hill, NJ 08034-1910
T: (856) 482-8877
F: (856) 482-6936
gstyliades@styliadeslaw.com
*Attorneys for Haddonfield Township*

**Mark Stevens**
Langsam Stevens & Silver
1616 Walnut Street, Suite 1700
Philadelphia, PA 19103
T: (215) 732-3255
F: (215) 732-3260
mstevens@langsamstevens.com
*Attorneys for Cherry Hill Township*

**Edward F. Brennan**
Florio Perrucci Steinhardt & Fader
108 Euclid Street
Woodbury, NJ 08096
(856) 853-5530 phone
(856) 853-5531 fax
ebrennan@florioperrucci.com
*Attorneys for Borough of Merchantville*

**Steve Kunzman**
DiFrancesco, Bateman, Coley, Yospin,
Kunzman, Davis & Lehrer, P.C.
15 Mountain Blvd.
Warren, NJ 07059
T: (908) 757-7800 (x170)
F: (908) 757-8039
skunzman@newjerseylaw.net
*Attorneys for Riverton and Palmyra*

**Tim Dronson**
**Jay Branderbit**
Kent & McBride, P.C.
1617 JFK Blvd. Ste 1200
Philadelphia, PA 19103
T: (215) 568-1800
F: (215) 568-1830
tdronson@kentmcbride.com
jbranderbit@kentmcbride.com
*Attorneys for Township of Voorhees*

**Joseph J. McGovern**
Parker McCay
Three Greentree Centre
7001 Lincoln Drive West
P.O. Box 974
Marlton, NJ 08053-0974
jmcgovern@parkermccay.com
*Attorneys for Township of Cinnaminson*

Palmyra Defendants Service List

Michael David Lichtenstein, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Telephone: 973.597.2500
Fax: 973.597.2400
mlichtenstein@lowenstein.com
Liaison counsel for Palmyra Third-Party
Counsel for Cadillac Plastics Group, Inc.
f/k/a Dayco Corporation

Anthony Valenti, Esq. (until 1/31/08)
Kenneth Roth (as of 1/31/08)
Cureton Clark
3000 Midlantic Dr., Suite 200
Mt. Laurel, NJ 08054
Telephone: 856.824.1001
Fax: 856.824.1008
AValenti@curetonclark.com
kroth@curetonclark.com
Counsel for Fillit Corporation

John V. Tait, Esq.
Renzulli Law Firm, LLP
81 Main Street, Suite 508
White Plains, NY 10601-1711
Telephone: 914.285.0700
Fax: 914.285.1213
jtait@renzullilaw.com
Counsel for Jewish Federation of Greater
Dayton, Ohio

Darlene Davis Heep, Esq.
Deputy City Solicitor, Commercial Litigation
City of Philadelphia Law Department
One Parkway Building
1515 Arch Street, 17th Floor
Philadelphia, PA 19102-1595
Telephone: 215.683.5170
Fax: 215.683.5175
Darlene.heep@phila.gov
Counsel for City of Philadelphia

And

Paul Boni, Esquire
Law Offices of Paul Boni, P.C.
325 Chestnut Street, Suite 1109
Philadelphia, PA 19106
www.bonilaw.com
Ph. 215 989 0034
Fax. 215 989 0035
paulboni@bonilaw.com
Counsel for City of Philadelphia

TRANSPORTER COUNSEL LIST (January 14, 2008)

Sandford F. Schmidt, Esquire
Law Offices of Schmidt & Tomlinson
29 Union Street
Medford, NJ 08055
(609) 714-0600
(609) 714-0610 Fax
**Attorney for Atlantic Disposal**

Kathleen J. Collins, Esq.
Litchfield Cavo LLP
Commerce Center
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ 08002
(856) 854-3636
(856) 382-2270 (direct dial)
(856) 751-1230 Fax
or
303 W. Madison Street, Suite 300
Chicago, IL 60606
(312) 718-6677
(312) 718-6630 Fax
**Attorney for Quick Way**

Nicholas J. Sansone, Esq.
Naulty, Scaricamazza & McDevitt, Ltd.
Greentree Commons
9003-A Lincoln Drive West
Marlton, NJ 08053
(856) 985-2005
(856) 985-1963 Fax
**Attorney for F. H. Carting**

Michael F. DeMarco, Esquire
Koch & DeMarco, LLP
101 Greenwood Avenue
Jenkintown Plaza, Suite 460
Jenkintown, PA 19046
(215) 881-2280
(215) 881-2200 Fax
**Attorney for Nicholas Brothers, Twentieth Century Refuse
Removal Company, Inc.**

John P. Montemurro, Esq.
Law Offices of John P. Montemurro
29 Union Street
Medford, NJ 08055
(609) 953-4000
(609) 953-2266 Fax
**Attorney for Gus Bittner**

Carol Schuler Harding, Esq.
Earp Cohn P.C.
20 Brace Road - 4th Floor
Cherry Hill, NJ 08034
(856) 354-7700
(856) 354-0766 Fax
**Attorney for Reisch Trucking & Transport**

Joseph A. Manfredi, Esquire
Joseph A. Manfredi & Associates, P.C.
50 Harrison Street, Suite 209
Hoboken, NJ 07030
(201) 216-1750
(201) 216-1760 Fax
**Attorney for Schulz Bros. Container Service**

James O'Toole, Esq.
Patrick Casey, Esq.
Buchanan Ingersoll
1835 Market Street
14th Floor
Philadelphia, PA 19103-2985
215/665-3857
215/665-8760 (fax)
**Attorneys for Schiavo Brothers, Northeast Disposal, Inc.,
Waste Managment of South Jersey, Inc., Super Kwik Waste Services**

David Lucas, Esq.
Wolff, Helies & Duggan
Valley Park Prof. Center, Bldg. K, Stes 201/202
2517 Highway 35
P.O. Box 320
Manasquan, NJ 08736
(732)223-5100
(732)223-5519 Fax
**Attorney for Kasper Brothers**

Kenneth A. Seltzer, Esq.
Law Offices of Stephen E. Gertler
Monmouth Shores Corporate Park
1350 Campus Parkway
P.O. Box 1447
Wall, NJ 07719
(732)919-1110
(732)919-7732 Fax
**Attorney for Anthony Lieze**

David Michelman, Esq.
Sharon Block, Esquire
Michelman & Bricker, P.C.
2207 Chestnut Street
Philadelphia, PA 19103
(215) 557-9440
(215) 557-9450 (fax)
**Attorneys for A. Marianni's Sons, Inc.**

Eric Murdock, Esquire &
David Depippo, Esquire
Hunton & Williams
1900 K Street NW
Washington, DC 20006
(202) 955-1576
(202) 778-2201 Fax
**Attorney for BFI**

Barbara Hopkinson Kelly, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
33 Washington Street
Newark, NJ 07102-3185
(973) 624-0800
(973) 624-0799 Fax
**Attorney for Almo**

Michael T. Hamilton, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
Suite 1900
1800 John F. Kennedy Blvd.
Philadelphia, PA 19103-7477
(215) 564-6688
(215) 564-2526
**Attorney for Delaware Valley Carting**

PENNSAUKEN SOLID WASTE MANAGEMENT AUTHORITY AND
TOWNSHIP OF PENNSAUKEN v. NJDEPE, et al.
DOCKET NO.: L-13345-01

## DIRECT DEFENDANT GENERATORS GROUP

| | |
|---|---|
| Kevin M. McKenna, Esq.<br>Timothy W. Garvey, Esq.<br>Latsha Davis Yohe & McKenna, P.C.<br>3000 Atrium Way, Suite 251<br>Mt. Laurel, NJ 08054<br>**A&H Bloom Construction Co.**<br>**856-231-5351** | Kevin M. McKenna, Esq.<br>Timothy W. Garvey, Esq.<br>Latsha Davis Yohe & McKenna, P.C.<br>350 Eagleview Boulevard, Suite 100<br>Exton, PA 19341<br>**Aluminum Shapes, Inc.**<br>**610-524-8454** |
| Courtney A. Queen, Esq.<br>Dewey & LeBoeuf LLP<br>260 Franklin Street<br>Boston, MA 02110<br>**C&E Glass**<br>**617-748-6862** | David R. Greene, Esq.<br>Dewey & LeBoeuf LLP<br>Goodwin Square<br>225 Asylum Street, 13th Floor<br>Hartford, CT 06103<br>**C&E Glass**<br>**860-293-3556** |
| Martha N. Donovan, Esq.<br>Norris, McLaughlin & Marcus, P.A.<br>721 Route 202-206<br>Bridgewater, NJ 08807<br>Mailing address:<br>P.O. Box 1018<br>Somerville, NJ 08876-1018<br>**Local Counsel for C&E Glass**<br>**908-722-0700** | Philip B. Harrison, Esq.<br>Sachs, Maitlin, Fleming, Greene & Wilson<br>80 Main Street, 3rd Floor<br>West Orange, NJ 07053<br>**Our Lady of Lourdes Medical**<br>**Center, West Jersey Hospital**<br>**973-731-3400** |
| Joel Mosher, Esq.<br>Christopher M. McDonald, Esq.<br>Shook, Hardy & Bacon, L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>**C.J. Osborn Chemicals, Co., Inc.**<br>**Cook Composites and Polymers Co., Superior**<br>**Varnish & Dryer co.**<br>**816-474-6550** | John M. Simon, Esq.<br>Diana L. Buongiorno, Esq.<br>Wolff & Samson<br>One Boland Dr.<br>West Orange, NJ 07052<br>**C.J. Osborn Chemicals, Co., Inc.**<br>**Cook Composites and Polymers Co., Superior**<br>**Varnish & Dryer Co.**<br>**973-325-1500** |

| | |
|---|---|
| Bonnie Barnett, Esq.<br>Deborah L. Shuff, Esq.<br>Richard Coe, Esq.<br>Drinker Biddle & Reath, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103<br>**Devoe Coatings/Glidden Company,**<br>**Georgia Pacific, Sears Roebuck Company**<br>**215-988-2505** | Andrea A. Lipuma, Esq.<br>Saul Ewing LLP<br>750 College Rd. East Suite 100<br>Princeton, NJ 08540-6617<br>**SL Industries, Inc.**<br>**SL Modern Hard Chrome**<br>**609-452-3100** |
| Scott G. Kobil, Esq.<br>Latham & Watkins, LLP<br>One Newark Center, 16th Fl.<br>Newark, NJ 07101-3174<br>**Ford Motor Co.**<br>**973-639-1234** | James R. Barrett, Esq.<br>Latham & Watkins, LLP<br>555 Eleventh St., N.W., Suite 1000<br>Washington, DC 20004-2505<br>**Ford Motor Co.**<br>**202-637-2200** |
| James Graziano, Esq.<br>Christopher Gibson, Esq.<br>Archer & Greiner, P.C.<br>One Centennial Square<br>P.O. Box 3000<br>Haddonfield, NJ 08033<br>**Boise-Cascade, Crescent Lighting,**<br>**Weyerhaeuser Company**<br>**856-354-3055** | Nancy J. Gellman, Esq.<br>Jacqueline Ager, Esq.<br>Conrad, O'Brien, Gellman & Rohn, PC<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102<br>**Rohm and Haas Company**<br>**215-864-9600** |

PENNSAUKEN SOLID WASTE MANAGEMENT AUTHORITY AND
TOWNSHIP OF PENNSAUKEN V. NJDEPE ET AL.
DOCKET NO, L-13345-91


THIRD-PARTY DEFENDANTS
LIAISON COUNSEL - KENNETH H. MACK, ESQ.


**Archer & Greiner**
Patrick M. Flynn, Esq.                          **Attorneys for 7-Eleven, Inc.,**
One Centennial Square                           **Bridgestone/Firestone, Inc.**
P.O. Box 3000                                   **ABC Plastic Fabricators, USX Corporation**
Haddonfield, NJ 08033-0968                      **Sparks Exhibits, Crown, Cork, Seal**
856-354-3055 - 856-795-0574(F)                  **Whitesell Construction**
                                                **Aquatrols Plastics**
                                                **Chamberlain Manufacturing**


**Archer & Greiner**
John F. Lynch, Jr., Esq.                         **Attorneys for**
700 Alexandra Park                               **Imperial Metal & Chemical Company**
Suite 102                                        **Honeywell/Allied Signal, Inc.**
Princeton, NJ 08540
609-580-3700 - 609-580-0051(F)


**Archer & Greiner**
Christopher R. Gibson, Esq.                      **Attorneys for**
One Centennial Square                            **PSE&G**
P.O. Box 3000
Haddonfield, NJ 08033-0968
856-795-2121 - 856-795-0574


**Attorneys not replaced**                        **Attorneys for**
                                                 **Dresser Industries**
                                                 **A.P. Green Industries, Inc.**


**Ballard, Spahr, Andrews**
**& Ingersoll, LLP**
Glenn A. Harris, Esq.                            **Attorneys for**
Plaza 1000, Suite 500                            **Elf Atochem North America, Inc.**
Main Street                                      **Ingersoll-Rand Company**
Voorhees, NJ 08043                               **Action Manufacturing**
856-721-3440 - 856-721-1020(F)


1

**Ballard, Spahr, Andrews**
**& Ingersoll, LLP**
Leslie W. Ledogar, Esq.                                  **Attorneys for**
800 Hudson Sq., 5th Fl.                                  **Temple East, Inc.**
Suite 525                                                **Presbyterian Medical Center**
Camden, NJ 08102-1155                                    **University of Pennsylvania**
856-541-5577 - 856-541-8272(F)                           **Packaging Coordinators, Inc.**
                                                         **Pennsylvania Hospital**
                                                         **Thomas Jefferson University**
                                                         **The Lankenau Hospital**


**Begley, Carlin & Mandio**
Timothy J. Duffy, Esq.                                   **Attorneys for**
1670 White Horse-Hamilton                                **CMC Equipment Rental, Inc.**
Square Road - P.O. Box 8188
Trenton, NJ 08690
609-588-5599 - 215-750-0954(F)


**Billet & Connor**
Robert Douglas Billet, Esq.                              **Attorneys for**
30 South Haddon Avenue                                   **Discount Harry, Inc.**
Haddonfield, NJ 08033                                    **Lesam, Inc. t/a Masel Enterprises**
856-427-4300 - 856-427-0227(F)


**Black & Gerngross**
Jeffrey B. Miceli, Esq.                                  **Attorneys for**
Joseph Dunn, Esq.                                        **Stanley Marvel, Inc.**
100A Centre Blvd.
Marlton, NJ 08053
856-988-3800 - 856-751-5120(F)


**Blank, Rome, Cominsky**
**& McCauley**
J. Llewellyn Mathews, Esq.                               **Attorneys for**
210 Lake Drive East                                      **Kevon Office Center,**
Cherry Hill, NJ 08002                                    **Lorenzon Brothers Company**
856-779-3600 - 856-779-7647(F)                           **Quaker City Chemicals, Inc.**
                                                         **Concord Beverage Co.**
                                                         **David Michael & Co., Inc.**
                                                         **Pepsi Cola and National Brand**
                                                         **Beverages, Ltd.**
                                                         **Pacquisition Corp. t/a Packard Press ***
                                                         **    (SETTLEMENT AGREEMENT ONLY)****

2

**Bodell, Bove, Grace & VanHorn**
Peter G. Erdely, Esq.
Thomas McKenzie, Esq.
905 North Kings Highway
Cherry Hill, NJ 08034
856-414-1009 - 856-667-2158(F)

Attorneys for
**George S. Coyne Chemical Company**

**Bracewell and Patterson, LLP**
Albert B. Krachman, Esq.
Luis Nido, Esq.
2000 K Street, N.W.
Washington, DC 20006

Attorneys for
**Eaton Corporation**

**Brandt, Haughey, Penberthy,**
**Lewis & Hyland**
Laura Danks, Esq.
240 West Route 38 - P.O. Box 1002
Moorestown, NJ 08057-0949
856-235-1111 - 856-722-0357(F)

Attorneys for
**Ara Food Services Company**

**Buchanan Ingersoll**
Brian J. McCormick, Jr., Esq.
Eleven Penn Center
1835 Market St., 14th Fl.
Philadelphia, PA 19103
215-665-8700

Attorneys for
**R&R Chemicals, Inc.**
**City Cleaning Company**

**CSX Transportation**
Janet L. Scagnelli, Esq.
Law Dept.
P.O. Box 41401
Philadelphia, PA 19101-1401
215-209-5021 - 215-209-5023(F)

Attorneys for
**Consolidated Rail**

**Capehart & Scatchard**
Robert A. Muccilli, Esq.
Laurel Corporate Center
Suite 300
8000 Midlantic Drive
CS 5016
Mount Laurel, NJ 08054
856-234-6800 - 856-235-2786(F)

Attorneys for
**SPS Technologies, Inc. (SETTLEMENT AGREEMENT**
**ONLY)**
**Mobile Field Office Company**
**d/b/a Atco Trailer Rentals**

3

**Carella, Byrne, Bain, Gilfillan**
**Cecchi, Stewart & Olstein**
John M. Agnello, Esq.                          **Attorneys for**
6 Becker Farm Road                             **Cooper Industries**
Roseland, NJ 08068
973-994-1700 - 973-994-1744(F)

**Carella, Byrne, Bain, Gilfillan**
**Cecchi, Stewart & Olstein**
Walter G. Luger, Esq.                          **Attorneys for**
6 Becker Farm Road                             **Keebler Company**
Roseland, NJ 07068
973-994-1700 - 973-994-1744(F)

Paul Casteleiro, Esq.                          **Attorneys for**
86 Hudson Street                               **Alcan Aluminum Corporation**
Hoboken, NJ 07030
201-656-1000 - 201-656-4688(F)

**Cohen, Seglias, Pallas**
**& Greenhall, PC**
Leonard A. Windish, Esq.                       **Attorneys for**
2 White Horse Pike                             **Edward J. Melony,**
Haddon Heights, NJ 08035                        **JS Cornell & Son, Inc.**
856-310-9901 - 856-310-9902(F)                  **Murphy Quigley & Co.**
                                               **EP Guidi, Inc., Lane Company, Inc.**
                                               **Shellville Services, Inc.**
                                               **WAS Cumby & Sons, Inc.**

**Fisher & Phillips, LLP**
Kathleen McLeod Caminiti, Esq.                 **Attorneys for**
580 Howard Avenue                              **Chesapeake Packaging Company**
Corporate Park III                             **Inpeake Packing, Inc.**
Somerset, NJ 08873-1167
732-560-7100 - 732-560-0788(F)

**Conrad O'Brien Gellman & Rohn**
Robert A. Klein, Esq.                          **Attorneys for**
Sixteenth Fl.                                  **W.T. Graham, Inc.**
1515 Market Street
Philadelphia, PA 19102-1916
215-864-9600 - 215-864-9620(F)

**Segal, McCambridge, Singer &
Mahoney, LTD**
Matthew D. Colavita, Esq.                    **Attorneys for**
103 Carnegie Center, Suite 103               **Cherokee Construction**
Princeton, NJ 08540                          **Jacob Holtz Company Corp.**
609-452-1558 - 609-452-1559(F)               **Nason and Cullen, Inc.**
                                             **Triangle Container Corp.**

**William H. Howard, Esq.**
Suite 1700, 30 South 17th St.
Philadelphia, PA 19103
215-399-2017 - 215-972-8016 (F)

**Crawshaw, Mayfield, Turner,
O'Mara, Donnelly & McBride**
Marci M. Morgan, Esq.                        **Attorneys for**
2201 Route 38, Suite 300                     **C.H. Schwertner & Sons, Inc.**
Cherry Hill, NJ 08002                        **(SETTLEMENT)**
856-667-2600 - 856-667-8787(F)

**Crawshaw, Mayfield, Turner,
O'Mara, Donnelly, Thomas & McBride**
Linton W. Turner, Jr., Esq.                  **Attorneys for**
2201 Route 38, Suite 300                     **Marshalls Cleveland Wrecking,**
Cherry Hill, NJ 08002                        **Red Star Express Lines, Inc.**
856-667-2600 - 856-667-8787(F)               **now USF Red Star, Inc.,**
                                             **Electronic Enclosures**
                                             **St. Ambrose Rectory,**
                                             **York Metal Finishing**

**Reetu Dandora, Esq.**                      **Co-Counsel**

**Deasey, Mahoney & Bender, Ltd.**
James B. Burns, Esq.                         **Attorneys for**
80 Tanner Street                             **Philadelphia Maintenance Company**
Haddonfield, NJ 08033-2419
856-429-6331 - 856-429-6562(F)

1800 JFK Blvd., Suite 1300
Philadelphia, PA 19103-2978

**Dechert Price & Rhoads**
Christopher M. Roe, Esq.                      **Attorneys for**
4000 Bell Atlantic Tower                      **Philadelphia Newspapers, Inc.**
1717 Arch Street                              **AK Steel Corporation**

Philadelphia, PA 19103-2793
215-994-4000 - 215-994-2222(F)

EI du Pont de Nemours and Company
Rockwell International
TRW, Inc., Sentry Paint,


**Dechert Price & Rhoads**
William J. Kennedy, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Attorneys for
United Cerebral Palsy Assoc. of Phil.
Electro-Science Laboratories, Inc.


**Delany & O'Brien**
John J. Delany, III, Esq.
306 West Somerdale Road
Voorhees, NJ 08043
856-429-0003 - 856-429-1801(F)

Attorneys for
C. Erickson & Sons, McLean Packaging
Gilbert Spurance Co. (Swope)


**Thomas C. DeLorenzo, Esq.**
Trial Counsel
1845 Walnut St., 19th Fl.
Philadelphia, PA 19103


**Dilworth Paxton, LLP**
J. Bradford McIlvain, Esq.
3200 Mellon Bank Center
1735 Market St.
Philadelphia, PA 19103-7595

Attorneys for
Roosevelt Paper Company


**Dolchin, Slotkin & Todd**
Frank Schwartz, Esq.
402 Park Blvd.
Cherry Hill, NJ 08002
856-488-9131

Attorneys for
B&E Foods, Inc. d/b/a
Michelfelder's

**Drinker Biddle & Reath, LLP**
Deborah L. Shuff, Esq.
Bonnie Barnett, Esq.
105 College Road East, Suite 300
P.O. Box 627
Princeton, NJ 08542-0627
609-716-6500 - 609-799-7000(F)

Attorneys for
Avery Dennison Corporation
St. Mary Hospital of Langhorne
Se.Pa. Transportation Authority (SEPTA)
Garrett-Buchanan
Crowley Maritime Corporation


**Duane, Morris, LLP**
Michael W. O'Hara, Esq.
51 Haddonfield Road, Suite 340
Cherry Hill, NJ 08002-4810
856-488-7300 - 856-488-7021(F)

Attorneys for
Metalstand Company

**Duane, Morris, LLP**
Kenneth M. Denti, Esq.                         **Attorneys for**
51 Haddonfield Road, Suite 340                 **J.B. Currell Assoc., Inc.**
Cherry Hill, NJ 08002-4810
856-488-7300 - 856-488-7021(F)


**Earp Cohen, PC**
Edward F. Borden, Esq.                         **Attorneys for**
222 Haddon Avenue                              **D'Angelo Brothers, Inc.**
Westmont, NJ 08108                             **White Cross Sleep Products**
856-854-7100 - 856-854-6434(F)


**Jay L. Edelstein, Esq.**                     **Attorneys for**
One Greentree Center, Suite 201                **Edmund's Auto Body, Inc.**
Marlton, NJ 08053-1536
856-988-5520


**Epstein Becker & Green, PC**
Shiela A. Woolson, Esq.                        **Attorneys for**
Two Gateway Center, 12th Fl.                   **Xerox Corporation**
Newark, NJ 07102-5003
973-642-1900 - 973-642-0099(F)


**Farer Fersko**
Edward J. Boccher, Esq.                        **Attorneys for**
600 South Avenue                               **Supermarkets General Holdings**
P.O. Box 580                                   **Corporation**
Westfield, NJ 07091-0580
908-789-8550 - 908-789-8660(F)


**Fitzgerald, McGroarty & McFadden**
Joseph P. McGroarty, Esq.                      **Attorneys for**
401 New Road, Suite 104                        **Bateman Brothers Lumber Company, Inc.**
Linwood, NJ 08221
609-927-0015 - 609-926-3104(F)


**Fox, Rothschild, O'Brien**
**& Frankel**
Kenneth H. Mack, Esq.                          **Attorneys for**
Princeton Pike Corporate Center                **Michel's Bakery**
997 Lenox Drive, Bldg. 3
Lawrenceville, NJ 08648-2311
609-896-3600 - 609-896-1469(F)

Fox, Rothschild, O'Brien
& Frankel
Linda Mack, Esq.                                    Attorneys for
Princeton Pike Corporate Center                     Hertz Equipment Rental, Inc.
997 Lenox Drive, Bldg. 3                            FMC Corporation
Lawrenceville, NJ 08648-2311
609-896-3600 - 609-896-1469(F)

Fox, Rothschild, O'Brien
& Frankel
Samuel H. Israel, Esq.                              Attorneys for
2000 Market St., 10th Fl.
Philadelphia, PA 19103-3291                         All-Luminum Products, Inc.
215-299-2000 - 215-299-2150(F)                      Cheltenham Supply, FMC Corp.,
                                                    Supply Co., Inc., F.B. Davis & Sons
                                                    Construction Mgt., Inc.
                                                    Fishman & Tobin, (SETTLEMENT AGREEMENT ONLY)
                                                    MPC Div.,
                                                    Pennsylvania College of Optometry**
                                                        (SETTLEMENT AGREEMENT ONLY)
                                                    Regal Corrugated Box Company,
                                                    Ris Paper Co., Russell Stover Candies
                                                    TDMA, Inc./ Pickwell Find Foods
                                                        Supermarket, (SETTLEMENT AGREEMENT ONLY)
                                                    The Spectrum, Ltd.

Fox, Rothschild, O'Brien
& Frankel
Phil Hineman, Esq.                                  Attorneys for
2000 Market Street, 10th Fl.            Bissinger & Stein
Philadelphia, PA 19103-3291                         (Stein Seal Company)
215-299-2000 - 215-299-2150(F)

Gibbons, DelDeo, Dolan,
Griffinger & Vecchione
Edward F. McTiernan, Esq.                           Attorneys for
One Riverfront Plaza                                Xpedx f/k/a Resource Net
Newark, NJ 07102-5497                               International Paper Company
973-596-4500 - 973-596-0545(F)                      Jiffy Lube International

David M. Ginsberg, Esq.                             Attorneys for
1420 Walnut Street, Suite 1006                      S&G Enterprises, Inc.
Philadelphia, PA 19102-4075
215-735-4003 - 215-735-8112(F)

8

**Robert A. Gleaner, Esq.**
415 S. White Horse Pike
Audubon, NJ 08002-1165
856-546-8010 - 856-546-8707(F)

**Attorneys for**
**Airline Hydraulics Corp.**

**Jerry S. Goldman & Associates**
Steven M. Plon, Esq.
Brandon R. Wind, Esq.
Sentry Office Plaza
216 Haddon Avenue, Suite 704
Westmont, NJ 08108
856-858-3583 - 866-858-4606(F)

**Attorneys for**
**W.P. Cooke, Inc.**

**Green, Lundgren & Ryan**
Francis X. Ryan, Esq.
P.O. Box 70
Haddonfield, NJ 08033-0085
856-428-5800 - 856-428-9802(F)

**Attorneys for**
**Daubert Chemical Company**

**Grimes & Grimes, LLC**
Joseph P. Grimes, Esq.
1230 Brace Road
Cherry Hill, NJ 08034-3211
856-428-2299 - 856-429-3559(F)

**Attorneys for**
**Deval Corporation**

**Gruccio, Pepper, DeSanto**
**& Ruth, P.A.**
Thomas P. Farnoly, Esq.
817 East Landis Avenue
Vineland, NJ 08362-1502
856-691-0100 - 856-692-4095(F)

**Attorneys for**
**Thermo-King**

**Hardin, Kundla, McKeon, Poletto**
**& Polifroni**
James R. Greene, Esq.
673 Morris Avenue
Springfield, NJ 07091
973-912-5222

**Attorneys for**
**MPC Industries**

**Harvey, Pennington, Cabot,**
**Griffith & Pennusin**
Mark A. Lockett, Esq.
1835 Market Street, 29th Fl.
Philadelphia, PA 19103

**Attorneys for**
**Albert Einstein Medical Center,**
**N&N Supply**
**Germantown Hospital & Medical Center**

9

**Hecker Brown Sherry & Johnson**
John A. Wait, Esq.                          Attorneys for
24 E. Redman Avenue                         **E. Henderson, Inc.**
P.O. Box 278
Haddonfield, NJ 08033-2331
856-795-9000 - 856-795-0904(F)

**Hecker Brown Sherry & Johnson**
George Murphy, Esq.                         Attorneys for
Robert Michael Jenson, Esq.                 **Hilton Hotels Corp.**
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
215-446-6206

900 Haddon Avenue, Suite 412
Collingswood, NJ 08108
856-796-9000 - 856-796-9006(F)

**Hoagland, Longo, Morn,**
**Dunst & Doukas**
Marc S. Gaffrey, Esq.                       Attorneys for
40 Paterson Street                          **Venango House (Winn Management)**
P.O. Box 480
New Brunswick, NJ 08903
732-545-4717

**Holland & Knight, LLP**
Karen A. Mignone, Esq.                      Attorneys for
159 Millburn Avenue                         **Anzon, Inc.**
Millburn, NJ 07041
973-376-4255 - 973-379-8554(F)

**Howland, Hess, Guinan,**
**Torpey & Cassidy**
Kathleen J. Heist, Esq.                     Attorneys for
2444 Huntington Pike                        **Ernest Bock & Sons**
Huntington Valley, PA 19006-6189
215-947-6240 - 215-947-6254(F)

**Joseph Jachetti, Esq.**
3000 Atrium Way, Suite 290                  Attorneys for
Mt. Laurel, NJ 08054-3924                   **M.J. Bradley Co., Inc.**
610-892-9400 - 610-892-0422(F)

10

**Marshall, Dennehey, Warner,**
**Coleman & Goggin**
Joseph A. Daly, Esq.
1845 Walnut Street
Philadelphia, PA 19103-4797
215-575-2600 - 215-575-0856(F)

Attorneys for
**Tennant Company**

**Kelly, McLaughlin & Foster**
Jonathan Eron, Esq.
900 Haddon Avenue, Suite 332
Collingswood, NJ 08108
856-869-3103 - 856-854-4233(F)

Attorneys for
**All Trans Automotive**

**Kenny & Stearns**
Michael C. Mule, Esq.
56 Park Place
Newark, NJ 07102
973-624-7779

Attorneys for
**Mercy Hospital of Philadelphia**
**s/h/a Mercy Catholic Medical**
**Center-Miseracordia Hospital**

**Kittredge, Donley, Elson,**
**Fullem & Embick, LLP**
Lisa G. Miller, Esq.
The Bank Building
421 Chestnut St.
Philadelphia, PA 19106-2416
215-829-9900 - 215-829-9888(F)

Attorneys for
**Jacob Stern & Son, Inc.**

**Klehr, Harrison, Harvey,**
**Branzburg & Ellers, LLP**
Douglas F. Schleicher, Esq.
457 Haddonfield Road, Suite 510
Cherry Hill, NJ 08002-2220
609-486-7900 - 609-486-4875(F)

Attorneys for
**Wm. F. Comly & Sons, Inc.**
**t/a Comly Auctioneers**

**Kaplan, Stewart, Meloff, Reiter**
**& Stein**
Anthony L. Velasquez, Esq.
25 Chestnut Street
Suite 102
Haddonfield, NJ 08033

Attorneys for
**Penn Emblem Corporation**

**Roscoe L. Lamb, Esq.**
112 Prospect Street
Ridgewood, NJ 07450

Attorney for
**Trico Products Corporation**

11

**Landman Corsi Ballaine & Ford**
Amy L. Smith, Esq.
One Gateway Center, 4th Fl.
Newark, NJ 07102-5311
973-623-2700 - 973-623-4496(F)

**Attorneys for**
**National Railroad Passenger**
**Corporation**


**Latham & Watkins**
Robert A. Magnanini, Esq.
One Newark Center, 16th Fl.
Newark, NJ 07102
973-639-1234 - 973-639-7298(F)

**Attorneys for**
**Navistar International**
**Transportation Company**

**Latsha, Davis Yohe & McKenna, PC**
Kevin M. McKenna, Esq.
350 Eagleview Boulevard, Suite 100
Exton, PA 19341
610-524-8454 - 610-524-9383(F)

**Attorneys for**
**Quadra Graphics**
**Alpha Tool & Machine Co.**
**Berkeley Products (Swope)**
**Consumers Energy (Swope)**
**J&J Snack Foods**

**Latsha, Davis Yohe & McKenna, PC**
Timothy W. Garvey, Esq.
3000 Atrium Way, Suite 251
Mt. Laurel, NJ 08054
856-231-5351 - 856-231-5341(F)

**Attorneys for**
**Marvic Supply Company, Inc.**
**Meadowbrook Food Center**
**Oakdale Printing Co.**
**Quaker City Flea Market**
**V. Lester Yuritch**

**LeBoeuf, Lamb, Greene & McCrae**
Philip J. Morin, Esq.
One Riverfront Plaza
Newark, NJ 07102-5490
973-643-8000 - 973-643-6111(F)

**Attorneys for**
**Alcoa, Inc.**

**Levy Angstreich Finney**
**Baldante Rubenstein & Coren, PC**
Amy R. Brandt, Esq.
Woodcrest Pavilion, Suite 100
Ten Melrose Avenue
Cherry Hill, NJ 07003
856-424-8967 - 856-795-7447(F)

**Attorneys for**
**Alan Construction Company, Inc.**

12

**Lezenby & Zane, PA**
Philip r. Lezenby, Jr., Esq.                    **Attorneys for**
208 White Horse Pike                            **Callahan Chemical Company**
P.O. Box 699
Barrington, NJ 08007-1387
856-547-0300 - 856-546-5982(F)

**Lindabury, McCormick & Estabrook**
Steven Backfisch, Esq.                          **Attorneys for**
53 Cardinal Drive                               **Lincoln Technical Institute, Inc.**
P.O. Box 2369
Westfield, NJ 07091-2369
908-233-6800 - 908-233-5078(F)

**Lindabury, McCormick & Estabrook**
Jay Lavroff, Esq.                               **Attorneys for**
53 Cardinal Drive                               **Ruggieri & Sons Fuel Company**
P.O . Box 2369
Westfield, NJ 07091-2369
908-233-6800 - 908-233-5078(F)

**Lowenstein Sandler, PC**
Christopher E. Hartmann, Esq.                   **Attorneys for**
65 Livingston Avenue                            **Gould Paper Corporation**
Roseland, NJ 07068-1791
973-597-2500 - 973-597-2400(F)

**Lowenstein Sandler, PC**
Michael D. Lichtenstein, Esq.                   **Attorneys for**
65 Livingston Avenue                            **Bank One Corporation**
Roseland, NJ 07068-1791                         **Cadillac Plastic Group f/k/a Dayco**
973-597-2500 - 973-597-2400(F)

**Luboja & Thau**
Frank DeGrim, Esq.                              **Attorneys for**
2 University Plaza, Suite 507                    **The Pepsi Bottling Group, Inc.**
Hackensack, NJ 07601
201-488-9565 - 201-488-9255(F)

13

**Lundy, Flitter, Beldecos
& Berger, PC**
Eric C. Milby, Esq.                                **Attorneys for**
Woodland Falls Corporate Park                      **Domus Enterprises**
220 Lake Drive East - Suite 106
Cherry Hill, NJ 08002
856-338-1300

**Madden, Madden & Del Duca**
Patrick J. Madden, Esq.                            **Attorneys for**
108 Kings Highway East                             **Introcasso Construction Company**
Suite 200 - P.O. Box 210
Haddonfield, NJ 08033
856-428-9520

**Joseph A. Manfredi & Associates**
Joseph A. Manfredi, Esq.                           **Attorneys for**
50 Harrison Street, Suite 209                      **Penn Ventilator Company, Inc.**
Hoboken, NJ 07030                                  **Anthony Remodeling Co., Inc.**
201-216-1750 - 201-216-1760(F)                     **f/k/a Anthony Plumbing & Heating**
                                                   **Nooter Corporation (SETTLEMENT AGREEMENT
                                                     ONLY)**

**Gary M. Marek, Esq.**                            **Attorneys for**
7008 Normandy Drive                                **P. D'Andrea, Inc.**
Mount Laurel, NJ 08054-5978
856-802-9029 - 856-802-1136(F)

**Margolis Edelstein**
Colleen Ready, Esq.                                **Attorneys for**
P.O. Box 2222                                      **Shaw Alloy Piping Products**
216 Haddon Avenue                                  **f/k/a Alloy Piping Products**
Westmont, NJ 08108-2886
856-858-7200 - 856-858-1017(F)

**Margolis Edelstein**
Bruce E. Barrett, Esq.                             **Attorneys for**
P.O. Box 2222                                      **Green Knoll Company t/a**
216 Haddon Avenue                                  **Greenmount Cemetary**
Westmont, NJ 08108-2886
856-858-7200 - 856-858-1017(F)

**Marks, O'Neill, Reilly, O'Brien**
**& Courtney, P.C.**
Melissa Sill, Esq.                                    **Attorneys for**
Suite 1200                                            **Philadelphia Protestant Home**
1880 John F. Kennedy Boulevard
Philadelphia, PA 19103
215-564-6688 - 215-564-2526(F)

**Gilbert S. Feinberg, Attorney**
**at Law**
Gilbert S. Feinberg, Esq.                             **Attorney for**
Two Logan Square, Suite 600                           **Sterling Paper**
18th & Arch Streets
Philadelphia, PA 19103
215-988-0691   215-563-8801 (fax)
gsfesq@verizon.net

**Marks, O'Neill, O'Brien**
**& Courtney, P.C.**
Michael T. Hamilton, Esq.                             **Attorneys for**
1880 John F. Kennedy Blvd.                            **Atlanta Carting**
Suite 1200                                            **Delaware Valley Carting**
Philadelphia, PA 19103
215-564-6688 - 215-564-2526(F)

**Marshall, Dennehey, Warner,**
**Coleman & Goggin**
Paul C. Johnson, Esq.                                 **Attorneys for**
Woodland Falls Corporate Park                         **Abington Memorial Hosp.**
200 Lake Drive East, Suite 300                        **Allegheny Hospitals Inc.**
Cherry Hill, NJ 08002                                     **Successor Warminster Gen. Hosp.**
856-414-6000 - 856-414-6077(F)                        **Chestnut Hill Hosp.**
                                                      **Episcopal Hospital,**
                                                      **Frankford Hosp., Friends Hosp.**
                                                      **Holy Redeemer Hospital & Med. Center**
                                                      **Jeanes Hosp., Kensington Hosp.**
                                                      **Nazareth Hosp., Orkin Exterminating**
                                                      **Phil. Psychiatric Hospital (Belmont)**
                                                      **The Graduate Hospital**

**Mattioni, Ltd.**
Bridget C. Sciamanna, Esq.                            **Attorneys for**
216 Haddon Avenue-Suite 100                           **Metal Bank of America**
Westmont, NJ 08108
856-854-6200 - 856-854-3338(F)

**McCarthy and Schatzman**
Barbara Strapp Nelson, Esq.
Jeffrey J. Norton, Esq.
Dawn Getty Sutphine, Esq.
228 Alexander Street
P.O. Box 2329
Princeton, NJ 08543-2329
609-924-1199 - 609-683-5251(F)

**Attorneys for**
**PECO Energy Company**

**Coughlin Duffy, LLP**
Denise M. Crump, Esq.
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 07962-1917
973-267-0058 - 973-267-6442(F)

**Attorneys for**
**Thomas Baker a/k/a Garden State Tire**
**Dixon Valve and Coupling Co., Inc.**

**Coughlin Duffy, LLP**
Robert W. Muilenburg, Esq.
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 07962-1917
973-267-0058 - 973-267-6442(F)

**Attorneys for**
**American Handle Company**
**Worthington Company**
**Beaumont Birch**
**EV-Air Tight Calking Company**
**Garden State Tire**

**Brem Moldovsky, Esq.**
The Rothenberg Tower
1518 Walnut Street
Philadelphia, PA 19102
215-546-9957 - 215-546-9942(F)

**Attorneys for**
**Michael Singer Real Estate(Palmyra)**

**Montgomery, McCracken, Walker**
**& Rhoads, LLP-Libertyview**
Peter J. Fontaine, Esq.
457 Haddonfield Road, 6th Fl.
Cherry Hill, NJ 08002
609-488-7700 - 609-488-7720(F)

**Attorneys for**
**Baptist Home**

**Montgomery, McCracken, Walker**
**& Rhoads**
Charles B. Casper, Esq.
Humane L. Zia, Esq.
123 South Broad Street
Philadelphia, PA 19109-1099
215-772-1500 - 215-722-7620(F)

**Attorneys for**
**Mack Trucks, Inc.**
**Arthur A. Kober Construction Co.**
**Jeffries & Manz, Inc.**

16

**Morgan, Lewis & Bockius, LLP**
Robert A. White, Esq.
502 Carnegie Center
Princeton, NJ 08540
609-520-6600

**Attorneys for**
**The William Penn Charter School**
**Disston Precision, Inc.**
**Messinger Bearings Corporation**
**Irwin & Leighton**

**Morgan Melhuish Monaghan**
**Arvidson Abrutyn & Lisowski**
Henry G. Morgan, Esq.
651 w. Mt. Pleasant Avenue
Livingston, NJ 07039
973-994-2500 - 973-994-3375(F)

**Attorneys for**
**Thermal Chek, Inc.**

**Murland & Goldstein**
1509 Route 38
Cherry Hill, NJ 08002
215-567-3580 - 215-567-3605(F)

**Cleaners Service, Inc.**

**Mylotte, David & Fitzpatrick**
Edward J. David, Esq.
306 West Somerdale Road
Voorhees, NJ 08043
609-427-4411 - 609-429-1801(F)

**Attorneys for**
**Hachik Distributors, Inc.**

**Norris McLaughlin & Marcus**
Charles W. Miller, Esq.
721 Rt. 202-206-Box 1018
Somerville, NJ 08876
908-722-0700 - 908-722-0755(F)

**Attorneys for**
**Carl Sorg and Son Roofing**

**Obermayer Rebmann Maxell**
Cathy Pyune McEldowney, Esq.
Christopher M. Brubaker, Esq.
20 Brace Road, Suite 300
Cherry Hill, NJ 08034
856-795-3300 - 856-795-8843(F)

**Attorneys for**
**MDC Industries, Inc.**

One Penn Center
1617 JFK Blvd., 19th Fl.
Philadelphia, PA 19103-1895
215-665-3094 - 215-665-3165(F)

17

**Obermayer Rebmann Maxell**
Harry D. Madonna, Esq.
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895
215-665-3000 - 215-665-3165(F)

**Leonard P. Pasculli, Esq.**
c/o Sequa Corporation
Three University Plaza
Hackensack, NJ 07601
201-343-1122 - 201-488-2014(F)

**Pelino & Lentz**
Edward L. Ciemniecki, Esq.
30 South Haddon Avenue
Haddonfield, NJ 08033-9975

**Picillo Caruso**
Peter J. Vazquez, Jr., Esq.
371 Franklin Avenue
P.O. Box 570
Nutley, NJ 07110
973-667-8100

**Pickell Enterprises**
Edward B. Pickell, Pres.
d/b/a Parent Metal Products
1345 Bridgewater Road
Bensalem, PA 19020

**Piper & Marbury**
Neal Walters, Esq.
Princeton Forrestal Village
116 Village Blvd., Suite 200
Princeton, NJ 08540-5799
609-951-2252 - 609-951-2216(F)

**Porzio Bromberg & Newman**
Laura C. Conway, Esq.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
973-538-4006 - 973-538-5146(F)

**Attorneys for**
**JFK Hospital**

**Attorneys for**
**Chromally, a subsidiary**
**of Sequa Corporation**

**Attorneys for**
**Dietz & Watson**

**Attorneys for**
**Bunzl Job Lot Pennsylvania, Inc.**
**f/k/a G.B. Goldman Paper Co., Inc.**

**Pickell Enterprises**

**Attorneys for**
**National Forge Company**

**Attorneys for**
**Jo-Mar Textiles, Inc.**
**Coyne Textile Services**

| | |
|---|---|
| **Porzio Bromberg & Newman**<br>Charles J. Stoia, Esq.<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997<br>973-538-4006 - 973-538-5146(F) | **Attorneys for**<br>**City of Mirrors, Neemar, Inc.**<br>**R.M. Shoemaker Company**<br>**Bridge Industries, Delta Paper Corp.**<br>**General Felt Industries, Inc.,**<br>**Slattery Associates, Inc.,**<br>**Haydon Bolts, Inc.**<br>**Insinger Machine Co., Inc.,**<br>**CMH Development, LP and USA**<br>**Institutional Tax Credit Fund** |
| **Powell, Trachtman, Logan,**<br>**Carrie, Bowman & Lombardo**<br>Paul A. Logan, Esq.<br>Suite 213 - 1763 East Route 70<br>Cherry Hill, NJ 08003<br>856-663-0021 | **Attorneys for**<br>**Thomas M. Durkin & Sons** |
| **Pro Se** | **Eastern Bowling, Inc.** |
| **Reed Smith, LLP**<br>Bradford F. Whitman, Esq.<br>Caroline A. Flotron, Esq.<br>2500 Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103-7301<br>215-851-8100 - 215-851-1420(F) | **Attorneys for**<br>**General Electric,**<br>**Del Val Ink Company** |
| **Reed Smith, LLP**<br>Diane Bettino, Esq.<br>Princeton Forrestal Village<br>136 Main Street-P.O. Box 7839<br>Princeton, NJ 08540<br>609-987-0050 - 609-951-0824(F) | **Attorneys for**<br>**UCF America (Impex Spring Industries)** |
| **Rem, Zeller and Associates**<br>Brian F. Fowler, Esq.<br>Urban Plaza Building<br>25 East Salem Street<br>Hackensack, NJ 07601<br>201-488-9001 - 201-487-8030(F) | **Attorneys for**<br>**Ampco-Pittsburgh Corporation** |

19

| | |
|---|---|
| **Richman, Rudnick & Berenbaum** | **Attorneys for** |
| Charles I. Richman, Esq. | **Benjamin Bros., Inc.** |
| 2250 Chapel Avenue West-2nd Fl. | |
| Cherry Hill, NJ 08002 | |
| 856-321-0051 - 856-321-0822(F) | |

1608 Spruce Street
Philadelphia, PA 19103-6722
215-985-1300 - 215-985-2769(F)

| | |
|---|---|
| **Riker, Danzig, Scherer,** | |
| **Hyland, Perretti** | **Attorneys for** |
| David L. Isabel, Esq. | **Jessop Steel Company** |
| Headquarters Plaza | |
| One Speedwell Avenue | |
| P.O. Box 1981 | |
| Morristown, NJ 07962-1981 | |
| 973-538-0800 - 973-538-1984(F) | |

| | |
|---|---|
| **Lisa M. Kmiec, Esq.** | **Attorneys for** |
| 1645 Ferry Avenue | **Camden County Municipal Utilities** |
| Camden, NJ 08104 | |
| 856-541-3700 - 856-964-1829(F) | |

| | |
|---|---|
| **Robinson, Burns & McCarthy** | **Attorneys for** |
| Patrick A. Robinson, Esq. | **D. Carrochi, Jr., Inc.,** |
| 110 West End Avenue | **Fluidics, Inc., Tasty Baking Company,** |
| Somerville, NJ 08876 | **Ajax Electric Company,** |
| 908-526-7171 - 908-526-4554(F) | **Merion Spring Company, Inc.** |
| | **t/a The Green Spring Company,** |
| Timothy P. Burns, Esq. | **Dan Lepore & Sons,** |
| Trial Counsel | **Parts Distributor, Inc.** |
| | **J&P Millworks,** |
| | **Phillips & Jacobs Chemical** |
| | **Philadelphia Tramrail Co.** |
| | **Sykes-Scholtz-Collins Lumber** |

| | |
|---|---|
| **Rodi, Pollock, Pettker,** | |
| **Galbraith & Cahill** | |
| John F. Cermak, Jr., Esq. | **Co-Counsel** |
| 801 South Grand Ave., Suite 400 | |
| Los Angeles, CA 90017-4613 | |

**Ronan, Tuzzio & Giannone**
Gregory W. Boyle, Esq.
One Hovchild Plaza
4000 Route 66
Tinton Falls, NJ 07753-7308
732-922-3300 - 732-918-8505(F)

**Attorneys for**
**Advance Transportation Co., Inc.**
**(SETTLEMENT AGREEMENT ONLY)**

**Rubin Baum, LLP**
Paul H. Aloe, Esq.
820 Morris Turnpike
Short Hills, NJ 07078
973-564-6480 - 973-564-6493(F)

**Attorneys for**
**Magic of Aloe**

**Schenck, Price, Smith & King, LLP**
Michael J. Marotte, Esq.
10 Washington Street
P.O. Box 905
Morristown, NJ 07963
973-539-1000 - 973-540-7300(F)

**Attorneys for**
**Unclaimed Salvage & Freight**

**Saiber Schlesinger Satz**
**& Goldstein**
Joan M. Schwab, Esq.
One Gateway Center, 13th Fl.
Newark, NJ 07102
973-622-3333 - 973-622-3349(F)

**Attorneys for**
**Jefferson Smurfit**

**Saul, Ewing, Remick & Saul, LLP**
Carl Everett, Esq.
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102-2186
215-972-7121 - 215-972-1879(F)

**Attorneys for**
**American Packaging Corp.**
**Masell Industries, Inc.**
**Chevron Corp.**

**Buchanan Ingersoll**
James J. O'Toole, Jr., Esq.
1835 Market Street, 14th Floor
Philadelphia, PA 19103
215-665-3857 - 215-665-8760(F)

**Attorneys for Schiavo Brothers,**
**Northeast Disposal, Inc.,**
**Waste Management of South Jersey, Inc.,**
**Super Kwik Waste Services**

21

**Schnader Harrison Segal
& Lewis, LLP**
John M. Armstrong, Esq.
Theodore F. Haussman, Esq.
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
856-482-5222 - 856-482-6980(F)

1600 Market St., Suite 3600
Philadelphia, PA 19103-4252
215-751-2000 - 215-751-2205(F)

**Attorneys for
Gould Electronics, Inc.
Penn Motor Express
Exide Corporation
Cantol-Tech Division, Inc.
Philadelphia Coca-Cola Bottling Co.
Fogel Commercial Refrigerator**

**Shaffer, Bonfiglio, Scerni
& D'Elia, LLC**
Mark S. Kancher, Esq.
Pleasant Valley Bldg., 2nd Fl.
921 Pleasant Valley Avenue
P.O. Box 1258
Mt. Laurel, NJ 08054
856-866-1166 - 856-866-1188(F)

**Attorneys for
F.M. North & Associates, Inc.**

**Solomon, Sherman & Gabay**
Elie Gabay, Esq.
1207 Chestnut Street, 5th Fl.
Philadelphia, PA 19107
215-665-1100 - 215-665-8471(F)

**Co-Counsel**

**St. John & Wayne, LLC**
Joseph F. Lagrotteria, Esq.
Two Penn Plaza
Newark, NJ 07105-2249
973-491-3600 - 973-491-3555(F)

**Attorney for
Products Research and
Chemical Company**

**Stevens & Lee**
Harry A. Horwitz, Esq.
1415 Route 70 East - Suite 506
Cherry Hill, NJ 08034
856-354-9200 - 856-354-8111(F)

**Attorneys for
Anvil Construction Company**

22

**Stevens & Lee**
David J. Parsells, Esq.
One Glenhardie Corporate Center
1275 Drummers Lane - P.O. Box 236
Wayne, PA 19087-0236
610-293-5882 - 610-687-1384(F)

**Attorneys for
Pine Valley Precision, Inc.**

**Stradley Ronon Stevens & Young**
Andrew S. Levine, Esq.
2600 One Commerce Square
Philadelphia, PA 19103-7098
215-564-8164 - 215-564-8120(F)

**Attorneys for
Fessenden Hall**

**Tannenbaum & Chanin, LLP**
Kurt Kramer, Esq.
36 Tanner Street
Haddonfield, NJ 08033
856-427-6750 -856-427-0611(F)

**Attorneys for
Daniel J. Driscoll**

**Watson, Stevens, Fiorilla
& Rutter, LLP**
David P. Brook, Esq.
390 George Street
P.O. Box 1185
New Brunswick, NJ 08903
732-545-2250 - 732-545-3814(F)

**Attorneys for
Consolidated Rail Corporation**

**Weber, Goldstein, Greenberg
& Gallagher, LLP**
Kenneth M. Portner, Esq.
1101 North Kings Highway
Cherry Hill, NJ 08034
856-667-9111 - 856-667-9485(F)

**Attorneys for
Jowitt & Rogers**

**Weir & Partners, LLP**
Tina L. Colman, Esq.
215 Fries Mill Road
Turnersville, NJ 08012
856-740-1490 - 856-740-1491(F)

**Attorneys for
Consolidated/Drake Press**

23

**Wilson, Elser, Moskowitz,**
**Edelman & Dicker, LLP**
James C. Orr, Esq.                                      **Attorneys for**
33 Washington Street                                   **Standard Warehouse & Distributing Co.**
Newark, NJ 07102
973-624-0800 - 973-624-0799(F)


**Wilentz Goldman & Spitzer**
Marvin J. Brauth, Esq.                                 **Attorneys for**
90 Woodbridge Center Drive                             **Amerada Hess Corp.**
Woodbridge, NJ 07095


**Lila Wynne Williams, Esq.**                          **Attorneys for**
                                                       **Henkels & McCoy,**
                                                       **Sherwin Williams Company**
                                                       **Gianni Development Corp.**
                                                       **Nabisco Food Corporation**


**Wilson, Elser, Moskowitz,**
**Edelman & Dicker, LLP**
Carolyn F. O'Connor, Esq.                              **Attorneys for**
33 Washington Street                                   **Melrath Gasket Co.**
Newark, NJ 07102
973-624-0800 - 973-624-0799(F)


**Windels, Marx, Davies & Ives**
Amanda F. Shechter, Esq.                               **Attorneys for**
120 Albany Street Plaza                                **American Premier Underwriters, Inc.**
New Brunswick, NJ 08901                                **(SETTLEMENT AGREEMENT ONLY)**
732-846-7600 - 732-846-8877(F)


**Wolff & Samson**
Thomas Sabino, Esq.                                    **Attorneys for**
5 Becker Farm Road                                     **National Fiberstok Corp.**
Roseland, NJ 07068
973-740-0500 - 973-740-1407(F)


**McGivney, Kluger & Gannon**                          **Attorneys for**
Gary J. Intoccia, Esq.                                 **Anchor Dyeing & Finishing Company, Inc.**
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
973-822-1110 - 973-822-1116