# Exhibit B

# Superior Court of New Jersey



Chambers of
**F.J. FERNANDEZ-VINA**
Presiding Judge Civil

CAMDEN COUNTY

CAMDEN COUNTY HALL OF JUSTICE
101 SOUTH FIFTH STREET
CAMDEN, NEW JERSEY 08103-4001
(856) 379-2379

April 1, 2008

Kevin McKenna, Esquire
LATSHA, DAVIS, YOHE & McKENNA
350 Eagleview Boulevard, Suite 100
Exton, Pennsylvania 19341

RE: Pennsauken Solid Waste Management Authority, et al v. State of New Jersey, et al
Docket No. CAM-L-13345-91

Dear Mr. McKenna:

The Court is in receipt of the Notice of Bankruptcy and Automatic Stay of 11 U.S.C. §362 as to defendants, Shapes/Arch Holdings, L.L.C., Shapes, L.L.C., Ultra L.L.C., Delair L.L.C. and Accu-Weld, L.L.C. As you are aware, the case will remain active and proceed as to all other parties.

Sincerely,

F.J. FERNANDEZ-VINA, P.J.Cv.

FJF/d
Enclosure
cc:  Honorable John C. Lifland, Retired
     Louis Giansante, Esquire
     Michael David Lichtenstein, Esquire
     Kenneth H. Mack, Esquire
     James L. McKenna, Esquire
     Joseph T. Carney, Esquire
     Sandford F. Schmidt, Esquire
     Mark A. Stevens, Esquire
     Michael Bogdonoff, Esquire
     David F. Michelman, Esquire
     John P. Montemurro, Esquire
     David Lucas, Esquire
     Michael F. DeMarco, Esquire
     Kathleen Collins, Esquire

APR - 7 2008