# Exhibit C

Kevin M. McKenna, Esq.
Latsha Davis Yohe & McKenna, P.C.
350 Eagleview Blvd., Suite 100
Exton, PA  19341

April 21, 2008

Re:   Dismissal of Aluminum Shapes, L.L.C. from Pennsauken Joint Defense Group

Dear Kevin,

As you know, on or about March 16, 2008 Shapes/Arch Holdings L.L.C. et al. ("Shapes") filed for Chapter 11 bankruptcy. In light of the automatic stay in effect with respect to the Pennsauken litigation, which was triggered as a result of the bankruptcy petition, the undersigned parties believe that Aluminum Shapes, L.L.C.'s ("Aluminum Shapes") continued participation in the Joint Defense Group is untenable.

Aluminum Shapes no longer has the "mutual and common interests relating to the Pennsauken action" that are the foundation of the Joint Defense Agreement entered into by and among Aluminum Shapes and the other Generator Defendants. Due to the stay, Aluminum Shapes cannot actively participate in the litigation, which is the underlying purpose of the Joint Defense Group. Aluminum Shapes cannot "conduct, defend and otherwise coordinate discovery" or undertake the other tasks required under paragraph 10 of the Joint Defense Agreement. Accordingly, for good cause shown pursuant to paragraph 23 of the Joint Defense Agreement, Aluminum Shapes must withdraw from the Joint Defense Group. In light of Aluminum Shapes' failure to do so, the undersigned parties, pursuant to a unanimous vote under paragraph 8 of the Joint Defense Agreement, hereby dismiss Aluminum Shapes, L.L.C. from the Joint Defense Group.

By: _____

[1] BOISE CASCADE CORP.
[2] WEYERHAEUSER COMPANY
James Graziano, Esq.
Archer & Greiner, P.C.

_____

[3] COOK COMPOSITES AND
POLYMERS SUPERIOR VARNISH &
DRYER CO.
C.J. OSBORN CHEMICALS CO., INC.
Chris McDonald, Esq.
Joel Mosher, Esq.
Shook, Hardy & Bacon, LLP
Diana Buongiorno, Esq.
Wolff & Samson, PA

_____
[4] SL INDUSTRIES, INC.
SL MODERN HARD CHROME
Andrea A. Lipuma, Esq.
Saul Ewing, LLP

_____
[5] THE GLIDDEN CO.
[6] GEORGIA-PACIFIC CORP.
Bonnie A. Barnett, Esq.
Deborah L. Shuff, Esq.
Drinker Biddle & Reath LLP

_____
[7] ROHM AND HAAS CO.
Nancy J. Gellman, Esq.
Jacquelyn J. Ager, Esq.
Conrad O'Brien Gellman & Rohn, P.C.

_____
[8] Combustion Engineering, Inc. for
C-E GLASS, INC.
David R. Greene, Esq.
Paul C. Freeman, Esq.
Courtney A. Queen, Esq.
Dewey & LeBoeuf LLP

_____
[9] FORD MOTOR CO.
James Barrett, Esq.
Scott G. Kobil Esq.
Latham & Watkins, LLP

_____
[10] OUR LADY OF LOURDES HOSPITAL
Phillip B. Harrison, Esq.
Sachs, Maitlin, Fleming, Greene & Wilson