# Exhibit D



# LATSHA DAVIS YOHE & McKENNA, P.C.
### ATTORNEYS AT LAW

PLEASE REPLY TO: Exton
WRITER'S E-MAIL: phennessy@ldylaw.com

May 20, 2008

<u>Via Facsimile and First Class Mail</u>

Christopher McDonald, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613

Nancy J. Gellman, Esquire
Jacqueline J. Ager, Esquire
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, Pennsylvania 19102

Courtney A. Queen, Esquire
Dewey & LeBoeuf LLP
260 Franklin Street
Boston, MA 02110

    Re:    **Pennsauken Solid waste Management Authority, et al.**
             **v. State of New Jersey, et al.**
             **Docket No.: L-13345-91**

Dear Mr. McDonald, Ms. Gellman, Ms. Ager and Ms. Queen:

    As you are aware, Glenn Harris of Ballard Spahr has entered his appearance on behalf of AH Bloom. Though we remain co-counsel for Bloom in this litigation, you are to remove our firm's name from any association with the expert reports generated by Cornerstone Environmental, McLane Environmental and New England Envirostrategies submitted on behalf of the Substantive Joint Defense Group. We will provide Mr. Harris with all of the required documents.

Christopher McDonald, Esquire
Nancy Gellman, Esquire
Jacqueline Ager, Esquire
Courtney Queen, Esquire
May 20, 2008
Page 2


Thank you for your cooperation.

Sincerely,

Patricia A. Hennessy

PAH/cfg
cc:   (via Facsimile and First Class Mail)
      Andrea Lipuma, Esquire
      Deborah Shuff, Esquire
      Tyler Graden, Esquire
      Diana Buongiorno, Esquire
      James Graziano, Esquire
      Scott Kobil, Esquire
      Philip Harrison, Esquire
      Glenn Harris, Esquire
      Richard Peluso, Cornerstone Environmental
      Maura Methany, McLane Environmental
      Charles McLane, McLane Environmental
      Muriel Robinette, New England Envirostrategies



# LATSHA DAVIS YOHE & McKENNA, P.C.

### ATTORNEYS AT LAW

350 Eagleview Boulevard, Suite 100
Exton, PA 19341
(610) 524-8454
(610) 524-9383 (Fax)

| | | | |
|---|---|---|---|
| FAX TO: | CHRISTOPHER MCDONALD | FAX: | 816-421-5547 |
| FAX TO: | NANCY GELLMAN | FAX: | 215-864-0065 |
| FAX TO: | JACQUELINE AGER | FAX: | 215-864-0065 |
| FAX TO: | COURTNEY QUEEN | FAX: | 617-439-0341 |
| FAX TO: | ANDREA A. LIPUMA | FAX: | 609-452-6111 |
| FAX TO: | DEBORAH SHUFF | FAX: | 215-988-2757 |
| FAX TO: | TYLER GRADEN | FAX: | 215-523-9731 |
| FAX TO: | DIANA BUONGIORNO | FAX: | 973-530-2275 |
| FAX TO: | JAMES GRAZIANO | FAX: | 973-325-1501 |
| FAX TO: | SCOTT KOBIL | FAX: | 973-639-7298 |
| FAX TO: | PHILIP HARRISON | FAX: | 973-731-2896 |
| FAX TO: | GLENN HARRIS | FAX: | 856-761-9001 |
| FAX TO: | RICHARD PELUSO | FAX: | 845-294-5060 |
| FAX TO: | MAURA METHANY | FAX: | 609-987-8488 |
| FAX TO: | CHARLES MCLANE | FAX: | 609-987-8488 |
| FAX TO: | MURIEL ROBINETTE | FAX: | 603-556-7136 |

FAX FROM: PATRICIA A. HENNESSY, ESQUIRE

DATE: MAY 20, 2008

FILE NUMBER: 446-04

Total Pages Sent ___3___, Including Cover Page.

**REMARKS:**
Please see attached correspondence.

CONFIDENTIALITY NOTICE
The information in this transmission is intended only for the individual or entity named above. It may be legally privileged and confidential. If you have received this information in error, notify us immediately by calling our operator at the number set out below. Send the original transmission to us by mail. Return postage is guaranteed. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this communication or its contents is strictly prohibited.

*********************************

Please call (610) 524-8454 if this information is unclear or incomplete