| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**DRINKER BIDDLE & REATH LLP**<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, Pennsylvania 19103<br>(215) 988-2700<br>Bonnie A. Barnett (BB 1196)<br>Deborah L. Shuff (DS 9470)<br>David B. Aaronson (DA 8387)<br>*Attorneys for Generator Defendants* | |
| In Re:<br><br>Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.<br><br>       Debtors | Case No.: 08-14631<br><br>Hearing Date: July 1, 2008<br><br>Judge: Hon. Gloria M. Burns |

**ORDER VACATING AUTOMATIC STAY OF 11 U.S.C. § 362**

The relief set forth on the following page is hereby **ORDERED AND GRANTED.**

Upon consideration of the Motion of the Generator Defendants for Relief from the Automatic Stay to Permit Dismissal of Debtors From Joint Defense Group (the "Motion"), and after considering any response thereto, it is hereby

ORDERED that the automatic stay of Bankruptcy Code § 362(a) is modified to permit dismissal of the Debtors from the Joint Defense Group, as set forth in the Motion.