**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
| Debtors. | : : : | CASE NO. 08-14631 (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE STATEMENT OF PHOENIX MANAGEMENT SERVICES, INC. [DOCKET NO. 324]**

The undersigned hereby certifies that, as of June 12, 2008, Cozen O'Connor and Phoenix Management Services, Inc. have received no answer, objection or other responsive pleading to the Second Monthly Fee Statement of Phoenix Management Services, Inc (the "Fee Statement"), [Docket No. 324], filed on May 22, 2008. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Fee Statement appeared thereon. Pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on March 18, 2008, objections to the Fee Statement were to be filed and served no later than June 11, 2008.

Dated: June 12, 2008

                COZEN O'CONNOR

                By: _/s/ Jerrold N. Poslusny, Jr._
                      Mark E. Felger
                      Jerrold N. Poslusny, Jr.

                Attorneys for the Debtors