**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)
Attorneys for the Debtors

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | CHAPTER 11 |
| Debtors. | CASE NO. 08-14631(GMB) |

**THIRD INTERIM MONTHLY FEE STATEMENT OF PHOENIX MANAGEMENT SERVICES, INC., RESTRUCTURING ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 28, 2008 THROUGH JUNE 1, 2008**

TO:   HONORABLE GLORIA M. BURNS
      UNITED STATES BANKRUPTCY JUDGE

This Third Interim Monthly Fee Statement for Compensation and Reimbursement of Expenses (the "Third Interim Fee Statement") is filed by Phoenix Management Services, Inc. ("Phoenix"), restructuring advisor to Shapes/Arch Holdings L.L.C. and its related debtor entities, the debtors and debtors-in-possession (collectively the "Debtors")[1], requesting compensation and reimbursement of expenses for services provided by Phoenix as restructuring advisor to the Debtors for the period from April 28, 2008 through June 1, 2008 (the "Third Interim Period").

**Background**

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("Shapes/Arch"), the following entities, all of which are wholly owned subsidiaries or Shapes/Arch, also filed petitions on the Petition Date (defined below): Shapes L.L.C. ("Shapes"); Delair L.L.C. ("Delair"); Accu-Weld L.L.C. ("Accu-Weld"); and Ultra L.L.C. ("Ultra").

1. On March 16, 2008 (the "Petition Date"), the Debtors filed their petitions for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. No trustee or examiner has been appointed in these cases.

4. An official committee of unsecured creditors (the "Committee") was appointed on March 31, 2008 and has been actively involved in these cases since that time.

5. By Order dated April 9, 2008, Phoenix was retained to represent the Debtors as its restructuring advisor in this bankruptcy proceeding, effective as of March 16, 2008.

6. On March 18, 2008, the Administrative Order Pursuant To 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures Order") was entered by the Court. Phoenix submits this Third Interim Fee Statement for compensation and reimbursement of actual, necessary costs and expenses for its service to the Debtors.

7. Phoenix's previously submitted Monthly Fee Statements, are as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|
| 4/23/08 | March 16, 2008 thru March 30, 2008 | $41,385.00 | $253.81 | $33,108.00 ($41,385.00 x 80%) | $253.81 |
| 5/21/08 | March 31, 2008 thru April 27, 2008 | $101,425.00 | $954.20 | | |

8. During this Third Interim Period, Phoenix has been faithfully performing its duties under 11 U.S.C. § 327.

2

CHERRY_HILL\447753\1 220718.000

9. The Phoenix professionals who have rendered services in these cases for which Phoenix seeks compensation are reflected on the attached Exhibit "A", which provides the name of the professionals that have rendered services in these cases, their hourly rates and amount of time spent by each professional in these cases.

10. In accordance with the Compensation Procedures Order, and as set forth in Local Rule 2016-1 and the Court's General Order Adopting Guidelines Governing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals, a detailed chronological itemization of the services rendered by each professional during the Third Interim Period, calculated by tenths of an hour, is attached hereto as Exhibit "B".

11. During the Third Interim Period, Phoenix provided services to the Debtors in the total amount of $141,864.00.

12. Attached hereto as Exhibit "C" is a summary of the actual and necessary expenses incurred. During this Third Interim Period, Phoenix incurred actual and necessary expenses in the total amount of $1,485.68.

13. Pursuant to the Compensation Procedures Order, Phoenix seeks approval of 80% of the total compensation equal to $113,491.20 ($141,864.00 x 80%) and 100% reimbursement of expenses ($1,485.68) expended by Phoenix under this Third Interim Fee Statement, and for authorization for the Debtors to reimburse Phoenix for same.

14. Prior to the commencement of these cases, Phoenix was paid a retainer totaling $125,000, a portion of which was utilized by Phoenix to satisfy the fees and expenses requested in Phoenix's First Interim Statement. The amount presently held by Phoenix as a retainer is $91,638.19.

15. The US Trustee raised an informal objection to Phoenix's request for an evergreen retainer. In light of the informal objection, and the carveout provision in the Arcus interim debtor in possession financing order, Phoenix did not press this issue at the time of its retention but rather preserved the right to do so at a later time in its retention Order.

16. Phoenix renewed its request that the balance of its retainer in the amount of $91,638.19 be treated as an evergreen retainer in its Second Interim Fee Statement and no objection was filed.

WHEREFORE, Phoenix respectfully requests that, for the period from April 28, 2008 through June 1, 2008, a Third interim allowance be made to Phoenix in the total amount of $113,491.20 ($141,864.00 x 80% total fees incurred during the Third Interim Period) for compensation and $1,485.68 for reimbursement of actual, necessary costs and expenses and that such amounts be authorized for payment by the Debtors.

Dated: June 12, 2008

PHOENIX MANAGEMENT SERVICES, INC.

By: /s/ Michael E. Jacoby
Michael E. Jacoby

Submitted By,

COZEN O'CONNOR

By: /s/ Jerrold N. Poslusny, Jr.
Mark E. Felger
Jerrold N. Poslusny, Jr.

Attorneys for the Debtors

## EXHIBIT "A"

| NAME OF PROFESSIONAL | TITLE | HOURS | RATE | FEE |
| --- | --- | --- | --- | --- |
| 1. Mark A. Karbiner | Vice President | 184.70 | $245.00 | $45,251.50 |
| 2. Michael E. Jacoby | Managing Director | 199.40 | $405.00 | $80,757.00 |
| 3. Vincent J. Colistra | Managing Director | 24.30 | $405.00 | $9,841.50 |
| 4. Gregory Felix | Analyst | 38.80 | $155.00 | $6,014.00 |
| TOTAL: | | **447.20** | | **$141,864.00** |
| | | | | |

**Exhibit B**
**3rd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                                              4/28/08 thru 6/01/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---:|---|---|---|---:|---:|---:|
| 1 | MAK | 4/28/2008 | Begin cash flow scorecard | 1.60 | $ 245.00 | $ 392.00 |
| 2 | MAK | 4/28/2008 | Prepare cash flow scorecard | 0.70 | $ 245.00 | $ 171.50 |
| 3 | MAK | 4/28/2008 | Continue cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 4 | MEJ | 4/28/2008 | Various emails re: HIG | 0.30 | $ 405.00 | $ 121.50 |
| 5 | MEJ | 4/28/2008 | Discussion with MK re: CF | 0.10 | $ 405.00 | $ 40.50 |
| 6 | MEJ | 4/28/2008 | Review DIP Loan Docs | 0.60 | $ 405.00 | $ 243.00 |
| 7 | MEJ | 4/28/2008 | Discussion with MK re: various | 0.50 | $ 405.00 | $ 202.50 |
| 8 | MEJ | 4/28/2008 | Review Week #6 Scorecard | 0.40 | $ 405.00 | $ 162.00 |
| 9 | MAK | 4/29/2008 | Revise cash flow scorecard | 0.60 | $ 245.00 | $ 147.00 |
| 10 | MAK | 4/29/2008 | Continue cash flow scorecard | 0.80 | $ 245.00 | $ 196.00 |
| 11 | MAK | 4/29/2008 | Finalize cash flow scorecard | 1.30 | $ 245.00 | $ 318.50 |
| 12 | MAK | 4/29/2008 | Prepare rolling 13-week cash flow | 2.10 | $ 245.00 | $ 514.50 |
| 13 | MAK | 4/29/2008 | Continue rolling 13-week cash flow | 1.10 | $ 245.00 | $ 269.50 |
| 14 | MAK | 4/29/2008 | Prepare rolling 13-week cash flow | 0.60 | $ 245.00 | $ 147.00 |
| 15 | MAK | 4/29/2008 | Continue rolling 13-week cash flow | 0.90 | $ 245.00 | $ 220.50 |
| 16 | MAK | 4/29/2008 | Finalize rolling 13-week cash flow | 0.90 | $ 245.00 | $ 220.50 |
| 17 | MEJ | 4/29/2008 | Discussion with Joel re: DS | 0.30 | $ 405.00 | $ 121.50 |
| 18 | MEJ | 4/29/2008 | Update with PS | 0.40 | $ 405.00 | $ 162.00 |
| 19 | MEJ | 4/29/2008 | Review availability | 0.20 | $ 405.00 | $ 81.00 |
| 20 | MEJ | 4/29/2008 | Review deposition support | 0.30 | $ 405.00 | $ 121.50 |
| 21 | MEJ | 4/29/2008 | Review various DS objections | 0.50 | $ 405.00 | $ 202.50 |
| 22 | MEJ | 4/29/2008 | Develop list of Warehouseman liens | 0.60 | $ 405.00 | $ 243.00 |
| 23 | MEJ | 4/29/2008 | Review revised DS | 0.30 | $ 405.00 | $ 121.50 |
| 24 | MEJ | 4/29/2008 | Review Committee motions | 0.30 | $ 405.00 | $ 121.50 |
| 25 | MEJ | 4/29/2008 | Begin review of Transcript from Depositions | 0.90 | $ 405.00 | $ 364.50 |
| 26 | MEJ | 4/29/2008 | Review HIG Term Loan Docs | 0.20 | $ 405.00 | $ 81.00 |
| 27 | MEJ | 4/29/2008 | Review HIG Plan | 0.80 | $ 405.00 | $ 324.00 |
| 28 | VJC | 4/29/2008 | Prepare for Deposition w/Committee | 1.50 | $ 405.00 | $ 607.50 |
| 29 | MEJ | 4/30/2008 | Continue review of HIG T/L and Plan - comparison with Versa | 1.70 | $ 405.00 | $ 688.50 |
| 30 | MEJ | 4/30/2008 | Updated with Vince | 0.50 | $ 405.00 | $ 202.50 |
| 31 | MEJ | 4/30/2008 | Discussion with Howard | 0.10 | $ 405.00 | $ 40.50 |
| 32 | MEJ | 4/30/2008 | Discussion with Vince | 0.10 | $ 405.00 | $ 40.50 |
| 33 | MEJ | 4/30/2008 | Discussion with MF | 0.30 | $ 405.00 | $ 121.50 |
| 34 | MEJ | 4/30/2008 | Conference call with Cozen et al re: Game Plan for Thurs hearing; review HIG docs, etc | 4.20 | $ 405.00 | $ 1,701.00 |
| 35 | MEJ | 4/30/2008 | Review transcripts from deposition | 0.40 | $ 405.00 | $ 162.00 |
| 36 | VJC | 4/30/2008 | Prepare and review information for Deposition w/counsel. | 3.50 | $ 405.00 | $ 1,417.50 |
| 37 | VJC | 4/30/2008 | Give Deposition | 5.25 | $ 405.00 | $ 2,126.25 |
| 38 | VJC | 4/30/2008 | Discussions w/counsel after deposition | 1.25 | $ 405.00 | $ 506.25 |
| 39 | MEJ | 5/1/2008 | Continue review of transcripts from depositions | 0.90 | $ 405.00 | $ 364.50 |
| 40 | MEJ | 5/1/2008 | Update with VC | 0.40 | $ 405.00 | $ 162.00 |
| 41 | MEJ | 5/1/2008 | Meeting at Cozen, Day in Court | 10.20 | $ 405.00 | $ 4,131.00 |
| 42 | VJC | 5/1/2008 | Prepare for court w/counsel | 2.00 | $ 405.00 | $ 810.00 |
| 43 | VJC | 5/1/2008 | Discussions re settlement at Court | 8.50 | $ 405.00 | $ 3,442.50 |
| 44 | MAK | 5/2/2008 | Begin prep revised 13-week DIP model for HIG | 2.80 | $ 245.00 | $ 686.00 |
| 45 | MAK | 5/2/2008 | Continue prep revised 13-week DIP model for HIG | 2.10 | $ 245.00 | $ 514.50 |
| 46 | MAK | 5/2/2008 | Prep revised 13-week DIP model for HIG | 2.30 | $ 245.00 | $ 563.50 |
| 47 | MAK | 5/2/2008 | Begin prep cash receipts & disbursements schedule for court filing | 1.70 | $ 245.00 | $ 416.50 |

**Exhibit B**
**3rd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:** 4/28/08 thru 6/01/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---:|---|---|---|---:|---:|---:|
| 48 | MEJ | 5/2/2008 | Review various docs, including loan agreements, order | 2.20 | $ 405.00 | $ 891.00 |
| 49 | MEJ | 5/2/2008 | Review JHC's budget revisions/suggestions | 0.50 | $ 405.00 | $ 202.50 |
| 50 | MEJ | 5/2/2008 | Update with MF | 0.40 | $ 405.00 | $ 162.00 |
| 51 | MEJ | 5/2/2008 | Discussion with HK | 0.20 | $ 405.00 | $ 81.00 |
| 52 | MEJ | 5/2/2008 | Update CF | 1.80 | $ 405.00 | $ 729.00 |
| 53 | MEJ | 5/2/2008 | Continue review of loan docs | 0.90 | $ 405.00 | $ 364.50 |
| 54 | MEJ | 5/2/2008 | Review/revise Competitive Bid Process | 0.40 | $ 405.00 | $ 162.00 |
| 55 | MEJ | 5/2/2008 | Review Schedules to HIG docs | 1.00 | $ 405.00 | $ 405.00 |
| 56 | MEJ | 5/3/2008 | Various emails re: HIG | 0.30 | $ 405.00 | $ 121.50 |
| 57 | MEJ | 5/4/2008 | Conference call with Sean and Howard | 1.80 | $ 405.00 | $ 729.00 |
| 58 | MEJ | 5/4/2008 | Provide follow-up information (Sean and MK) | 0.50 | $ 405.00 | $ 202.50 |
| 59 | MAK | 5/5/2008 | Begin cash flow scorecard | 0.90 | $ 245.00 | $ 220.50 |
| 60 | MAK | 5/5/2008 | Prepare cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 61 | MAK | 5/5/2008 | Continue cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 62 | MEJ | 5/5/2008 | email to mf re: Sean | 0.10 | $ 405.00 | $ 40.50 |
| 63 | MEJ | 5/5/2008 | Review order and agreement | 0.40 | $ 405.00 | $ 162.00 |
| 64 | MEJ | 5/5/2008 | Discussion with HK re: Sean | 0.20 | $ 405.00 | $ 81.00 |
| 65 | MEJ | 5/5/2008 | Various emails re: interim budget | 0.30 | $ 405.00 | $ 121.50 |
| 66 | MEJ | 5/5/2008 | Finalize interim budget | 0.40 | $ 405.00 | $ 162.00 |
| 67 | MEJ | 5/5/2008 | Discussion with MF re: status | 0.30 | $ 405.00 | $ 121.50 |
| 68 | MAK | 5/6/2008 | Revise cash flow scorecard | 0.60 | $ 245.00 | $ 147.00 |
| 69 | MAK | 5/6/2008 | Continue cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 70 | MAK | 5/6/2008 | Finalize cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 71 | MAK | 5/6/2008 | Prepare rolling 13-week cash flow | 0.80 | $ 245.00 | $ 196.00 |
| 72 | MAK | 5/6/2008 | Continue rolling 13-week cash flow | 0.70 | $ 245.00 | $ 171.50 |
| 73 | MAK | 5/6/2008 | Prepare rolling 13-week cash flow | 0.70 | $ 245.00 | $ 171.50 |
| 74 | MAK | 5/6/2008 | Continue rolling 13-week cash flow | 3.70 | $ 245.00 | $ 906.50 |
| 75 | MAK | 5/6/2008 | Continue rolling 13-week cash flow | 3.10 | $ 245.00 | $ 759.50 |
| 76 | MEJ | 5/6/2008 | Review HIG Loan Docs | 0.40 | $ 405.00 | $ 162.00 |
| 77 | MEJ | 5/6/2008 | Analyze Section 8.20 © and send email to CIT | 0.50 | $ 405.00 | $ 202.50 |
| 78 | MEJ | 5/6/2008 | Review HIG Order | 0.40 | $ 405.00 | $ 162.00 |
| 79 | MEJ | 5/6/2008 | Review Assignment Agreement and confirm payout | 0.70 | $ 405.00 | $ 283.50 |
| 80 | MEJ | 5/6/2008 | Review CIT Order | 0.40 | $ 405.00 | $ 162.00 |
| 81 | MEJ | 5/6/2008 | Discussion with PS re: various | 0.30 | $ 405.00 | $ 121.50 |
| 82 | MEJ | 5/6/2008 | Discussion with Bernie and HK re: Section 8.20 (c | 0.40 | $ 405.00 | $ 162.00 |
| 83 | MEJ | 5/6/2008 | More review of Assignment Agreement and payout | 0.90 | $ 405.00 | $ 364.50 |
| 84 | MEJ | 5/6/2008 | Discussion with Xroads | 0.50 | $ 405.00 | $ 202.50 |
| 85 | MEJ | 5/6/2008 | Prepare Information for Xroads | 1.40 | $ 405.00 | $ 567.00 |
| 86 | MEJ | 5/6/2008 | Discussions with MF | 0.50 | $ 405.00 | $ 202.50 |
| 87 | MEJ | 5/6/2008 | Discussion with HK re: Sean | 0.30 | $ 405.00 | $ 121.50 |
| 88 | MEJ | 5/6/2008 | Discussion with Steve and Paul | 0.40 | $ 405.00 | $ 162.00 |
| 89 | MEJ | 5/6/2008 | Review Week #7 Scorecard | 1.20 | $ 405.00 | $ 486.00 |
| 90 | MEJ | 5/6/2008 | Review Week #7 Rollforward | 1.30 | $ 405.00 | $ 526.50 |
| 91 | MEJ | 5/6/2008 | Conversations with HK re: 12 or 13 weeks | 0.60 | $ 405.00 | $ 243.00 |
| 92 | MEJ | 5/6/2008 | Review loan - "Budget" definition | 0.20 | $ 405.00 | $ 81.00 |
| 93 | MEJ | 5/6/2008 | Review 8.20 c | 0.10 | $ 405.00 | $ 40.50 |
| 94 | MEJ | 5/6/2008 | Conference call with MF, HK, Cole re: 12 or 13 weeks | 0.40 | $ 405.00 | $ 162.00 |
| 95 | MEJ | 5/6/2008 | Follow-up email to SG and PS | 0.20 | $ 405.00 | $ 81.00 |
| 96 | MAK | 5/7/2008 | Continue revised 13-week DIP model for HIG | 3.10 | $ 245.00 | $ 759.50 |
| 97 | MAK | 5/7/2008 | Prep for meeting with Xroads | 2.10 | $ 245.00 | $ 514.50 |

**Exhibit B**
**3rd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                                                 **4/28/08 thru 6/01/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 98 | MAK | 5/7/2008 | Meeting with Xroads and JH Cohn to go over Shapes, Delair, Accu-Weld and Ultra businesses and to review original DIP model | 4.40 | $ 245.00 | $ 1,078.00 |
| 99 | MAK | 5/7/2008 | Prep material for HIG and Xroads | 1.60 | $ 245.00 | $ 392.00 |
| 100 | MEJ | 5/7/2008 | Emails to PS, MK | 0.20 | $ 405.00 | $ 81.00 |
| 101 | MEJ | 5/7/2008 | Discussion with MF re: 12 or 13 weeks | 0.40 | $ 405.00 | $ 162.00 |
| 102 | MEJ | 5/7/2008 | Meetings with Xroads | 4.50 | $ 405.00 | $ 1,822.50 |
| 103 | MEJ | 5/7/2008 | Conference call with Cozen and GT | 0.80 | $ 405.00 | $ 324.00 |
| 104 | MEJ | 5/7/2008 | Follow-up from conference call | 0.80 | $ 405.00 | $ 324.00 |
| 105 | MEJ | 5/7/2008 | Float analysis | 0.40 | $ 405.00 | $ 162.00 |
| 106 | MEJ | 5/7/2008 | Update with MK | 0.20 | $ 405.00 | $ 81.00 |
| 107 | MEJ | 5/7/2008 | Discussion with MF re: 13 | 0.10 | $ 405.00 | $ 40.50 |
| 108 | MEJ | 5/7/2008 | Review and comment on Phoenix retention amendment | 0.10 | $ 405.00 | $ 40.50 |
| 109 | MEJ | 5/7/2008 | Bridge for 13 week cf for Xroads | 0.80 | $ 405.00 | $ 324.00 |
| 110 | VJC | 5/7/2008 | Work on amending Affidavit | 1.30 | $ 405.00 | $ 526.50 |
| 111 | VJC | 5/7/2008 | Work on amending Affidavit. Conference call with debtor's counsel re Supplement. | 1.00 | $ 405.00 | $ 405.00 |
| 112 | MAK | 5/8/2008 | Prep material for HIG and Xroads | 1.90 | $ 245.00 | $ 465.50 |
| 113 | MAK | 5/8/2008 | Meeting with HIG, Xroads and JH Cohn to go over the businesses and to review the interim and proposed DIP budgets | 6.90 | $ 245.00 | $ 1,690.50 |
| 114 | MAK | 5/8/2008 | Prep material for HIG and Xroads | 1.80 | $ 245.00 | $ 441.00 |
| 115 | MEJ | 5/8/2008 | Review cash flows | 0.60 | $ 405.00 | $ 243.00 |
| 116 | MEJ | 5/8/2008 | Discussion with PS re: accounting and MORs | 0.70 | $ 405.00 | $ 283.50 |
| 117 | MEJ | 5/8/2008 | Review CF Bridge with MK | 1.40 | $ 405.00 | $ 567.00 |
| 118 | MEJ | 5/8/2008 | Discussion with Craig from HIG | 0.40 | $ 405.00 | $ 162.00 |
| 119 | MEJ | 5/8/2008 | Discussions with JP, VC re: Affidavit | 0.10 | $ 405.00 | $ 40.50 |
| 120 | MEJ | 5/8/2008 | Meetings with Xroads | 4.20 | $ 405.00 | $ 1,701.00 |
| 121 | MEJ | 5/8/2008 | Discussion with HK re: Meetings with xroads | 0.40 | $ 405.00 | $ 162.00 |
| 122 | MAK | 5/9/2008 | Meeting with HIG, Xroads and JH Cohn to go over the businesses and continue to review the interim and proposed DIP budgets | 6.60 | $ 245.00 | $ 1,617.00 |
| 123 | MAK | 5/9/2008 | Prep material for HIG and Xroads | 2.10 | $ 245.00 | $ 514.50 |
| 124 | MEJ | 5/9/2008 | Review Committee comments to Plan/DS | 1.60 | $ 405.00 | $ 648.00 |
| 125 | MEJ | 5/9/2008 | Discussion with PS re: Cap Ex | 0.20 | $ 405.00 | $ 81.00 |
| 126 | MEJ | 5/9/2008 | Review/analyze info for HIG | 1.40 | $ 405.00 | $ 567.00 |
| 127 | MEJ | 5/9/2008 | Discussion with PS re: Cap Ex/Union | 0.20 | $ 405.00 | $ 81.00 |
| 128 | MEJ | 5/9/2008 | Review of Delair A/R | 0.20 | $ 405.00 | $ 81.00 |
| 129 | MEJ | 5/9/2008 | Meetings with HIG/Xroads | 3.20 | $ 405.00 | $ 1,296.00 |
| 130 | MEJ | 5/9/2008 | Review motion re: Sales process | 0.40 | $ 405.00 | $ 162.00 |
| 131 | MEJ | 5/9/2008 | Discussion with JP re:Motion | 0.20 | $ 405.00 | $ 81.00 |
| 132 | MEJ | 5/9/2008 | Review union calculator with DG | 0.50 | $ 405.00 | $ 202.50 |
| 133 | MEJ | 5/9/2008 | Discussion with HK | 0.40 | $ 405.00 | $ 162.00 |
| 134 | MEJ | 5/9/2008 | Continued meetings with HIG/Xroads | 2.20 | $ 405.00 | $ 891.00 |
| 135 | MEJ | 5/9/2008 | Review/analyze Backlog | 0.30 | $ 405.00 | $ 121.50 |
| 136 | MEJ | 5/9/2008 | More union review; discussion with GF | 0.40 | $ 405.00 | $ 162.00 |
| 137 | MEJ | 5/9/2008 | Update pro forma balance sheet | 1.20 | $ 405.00 | $ 486.00 |
| 138 | MEJ | 5/10/2008 | Conference call with Cozen, SSG | 1.10 | $ 405.00 | $ 445.50 |
| 139 | MEJ | 5/10/2008 | Update pro forma balance sheet for JH Cohn | 0.30 | $ 405.00 | $ 121.50 |
| 140 | MEJ | 5/10/2008 | Various emails re: Competitive Process | 0.30 | $ 405.00 | $ 121.50 |
| 141 | MEJ | 5/11/2008 | Review GT drafts of Competitive Process Motion and Plan | 0.60 | $ 405.00 | $ 243.00 |

**Exhibit B**
**3rd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                           4/28/08 thru 6/01/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 142 | MEJ | 5/11/2008 | Update pro forma balance sheet and communicate same to HIG | 0.30 | $ 405.00 | $ 121.50 |
| 143 | GF | 5/12/2008 | Prep and begin collection of information with Mr. Dave Gollin for Collective Bargaining Agreement Calculator and Recaps | 1.50 | $ 155.00 | $ 232.50 |
| 144 | GF | 5/12/2008 | Review Collective Bargaining Agreement and design Recaps. | 5.50 | $ 155.00 | $ 852.50 |
| 145 | GF | 5/12/2008 | Prepare Collective Bargaining Agreement Calculator and Recaps | 2.40 | $ 155.00 | $ 372.00 |
| 146 | MAK | 5/12/2008 | Begin cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 147 | MAK | 5/12/2008 | Prepare cash flow scorecard | 0.90 | $ 245.00 | $ 220.50 |
| 148 | MAK | 5/12/2008 | Continue cash flow scorecard | 1.70 | $ 245.00 | $ 416.50 |
| 149 | MAK | 5/12/2008 | Prep info for HIG and XRoads | 2.10 | $ 245.00 | $ 514.50 |
| 150 | MAK | 5/12/2008 | Continue prep info for HIG and XRoads | 1.70 | $ 245.00 | $ 416.50 |
| 151 | MAK | 5/12/2008 | Revise cash flow scorecard | 0.40 | $ 245.00 | $ 98.00 |
| 152 | MAK | 5/12/2008 | Continue cash flow scorecard | 2.30 | $ 245.00 | $ 563.50 |
| 153 | MEJ | 5/12/2008 | Review GT Plan | 0.80 | $ 405.00 | $ 324.00 |
| 154 | MEJ | 5/12/2008 | Memo re: $90 million Cap | 1.20 | $ 405.00 | $ 486.00 |
| 155 | MEJ | 5/12/2008 | Discussion with MF re: Cap | 0.10 | $ 405.00 | $ 40.50 |
| 156 | MEJ | 5/12/2008 | Discussion with HK re: Cap | 0.10 | $ 405.00 | $ 40.50 |
| 157 | MEJ | 5/12/2008 | Discussion with GF re: Union | 0.10 | $ 405.00 | $ 40.50 |
| 158 | MEJ | 5/12/2008 | Discussion with HK re: Cap | 0.60 | $ 405.00 | $ 243.00 |
| 159 | MEJ | 5/12/2008 | Provide DS info for MF | 0.20 | $ 405.00 | $ 81.00 |
| 160 | MEJ | 5/12/2008 | Review Procedures Motion | 0.30 | $ 405.00 | $ 121.50 |
| 161 | MEJ | 5/12/2008 | Discussion with Irv re: Xroads | 0.20 | $ 405.00 | $ 81.00 |
| 162 | MEJ | 5/12/2008 | Update pro forma balance sheet | 0.20 | $ 405.00 | $ 81.00 |
| 163 | MEJ | 5/12/2008 | Discussion with HK re: Cap | 0.30 | $ 405.00 | $ 121.50 |
| 164 | MEJ | 5/12/2008 | Conference call with MF and SG re: cap and various other issues | 0.80 | $ 405.00 | $ 324.00 |
| 165 | MEJ | 5/12/2008 | Discussion with HK re: Cap | 0.30 | $ 405.00 | $ 121.50 |
| 166 | MEJ | 5/12/2008 | Discussion with Sean re: Cap | 0.60 | $ 405.00 | $ 243.00 |
| 167 | MEJ | 5/12/2008 | Discussion with MF re: Cap | 0.30 | $ 405.00 | $ 121.50 |
| 168 | MEJ | 5/12/2008 | Multiple emails and conversations with JH Cohn, MF re: Cap and funding issues | 1.40 | $ 405.00 | $ 567.00 |
| 169 | MEJ | 5/12/2008 | Review, discuss and analyze plan funding commitment issues | 1.10 | $ 405.00 | $ 445.50 |
| 170 | MEJ | 5/12/2008 | Discussion with MF re: DS items | 0.20 | $ 405.00 | $ 81.00 |
| 171 | GF | 5/13/2008 | Continue collection of new information with Mr. Dave Gollin for Collective Bargaining Agreement Calculator and Recaps. | 0.50 | $ 155.00 | $ 77.50 |
| 172 | GF | 5/13/2008 | Revise Collective Bargaining Agreement and Recaps | 1.50 | $ 155.00 | $ 232.50 |
| 173 | GF | 5/13/2008 | Begin Accounts Receivable analysis. | 2.20 | $ 155.00 | $ 341.00 |
| 174 | GF | 5/13/2008 | Prepare Accounts Receivable analysis | 5.30 | $ 155.00 | $ 821.50 |
| 175 | MAK | 5/13/2008 | Finalize cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 176 | MAK | 5/13/2008 | Review revised DIP budget with HIG, Xroads and JH Cohn | 1.70 | $ 245.00 | $ 416.50 |
| 177 | MAK | 5/13/2008 | Review proforma balance sheet with HIG, Xroads and JH Cohn | 1.90 | $ 245.00 | $ 465.50 |
| 178 | MAK | 5/13/2008 | Review Shapes A/R and backlog info | 1.10 | $ 245.00 | $ 269.50 |
| 179 | MAK | 5/13/2008 | Review EBITDA bridge analysis | 0.80 | $ 245.00 | $ 196.00 |
| 180 | MAK | 5/13/2008 | Prep info for HIG and XRoads | 1.40 | $ 245.00 | $ 343.00 |
| 181 | MAK | 5/13/2008 | Continue review EBITDA bridge | 0.60 | $ 245.00 | $ 147.00 |
| 182 | MAK | 5/13/2008 | Continue prep info for HIG and XRoads | 1.30 | $ 245.00 | $ 318.50 |

**Exhibit B**
**3rd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                    **4/28/08 thru 6/01/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 183 | MEJ | 5/13/2008 | Review filed docs | 1.40 | $ 405.00 | $ 567.00 |
| 184 | MEJ | 5/13/2008 | Begin bridge of 13 week Cf to monthly financial forecast | 0.60 | $ 405.00 | $ 243.00 |
| 185 | MEJ | 5/13/2008 | Update with PS and SG re: Cap and filing | 1.40 | $ 405.00 | $ 567.00 |
| 186 | MEJ | 5/13/2008 | Discussion with HK re: Cap and Xroads | 0.90 | $ 405.00 | $ 364.50 |
| 187 | MEJ | 5/13/2008 | Discussion with Craig re: Due Diligence | 0.40 | $ 405.00 | $ 162.00 |
| 188 | MEJ | 5/13/2008 | Review and analysis of A/r | 0.60 | $ 405.00 | $ 243.00 |
| 189 | MEJ | 5/13/2008 | Information request for HIG/Xroads | 0.90 | $ 405.00 | $ 364.50 |
| 190 | MEJ | 5/13/2008 | Review Week #8 Scorecard | 0.60 | $ 405.00 | $ 243.00 |
| 191 | MEJ | 5/13/2008 | Review and revise pro forma balance sheet | 0.70 | $ 405.00 | $ 283.50 |
| 192 | MEJ | 5/13/2008 | Continued due diligence with HIG/Xroads | 4.20 | $ 405.00 | $ 1,701.00 |
| 193 | MEJ | 5/13/2008 | Conference call with HIG/JHC | 1.30 | $ 405.00 | $ 526.50 |
| 194 | MEJ | 5/13/2008 | Discussion with SG and HIG re: Business issues | 1.10 | $ 405.00 | $ 445.50 |
| 195 | MEJ | 5/13/2008 | Discussion with HK re: HIG and info | 0.50 | $ 405.00 | $ 202.50 |
| 196 | GF | 5/14/2008 | Continue Accounts Receivable analysis | 3.30 | $ 155.00 | $ 511.50 |
| 197 | GF | 5/14/2008 | Finalize Accounts Receivable Analysis | 1.30 | $ 155.00 | $ 201.50 |
| 198 | GF | 5/14/2008 | Continue Collective Bargaining Agreement Calculator and Recaps. | 5.50 | $ 155.00 | $ 852.50 |
| 199 | MAK | 5/14/2008 | Prep rolling 13-week cash flow | 2.10 | $ 245.00 | $ 514.50 |
| 200 | MAK | 5/14/2008 | Conference with HIG and XRoads re Week #8 scorecard | 1.60 | $ 245.00 | $ 392.00 |
| 201 | MAK | 5/14/2008 | Continue rolling 13-week cash flow | 1.80 | $ 245.00 | $ 441.00 |
| 202 | MAK | 5/14/2008 | Prep info for HIG and XRoads | 1.10 | $ 245.00 | $ 269.50 |
| 203 | MAK | 5/14/2008 | Prepare rolling 13-week cash flow | 1.70 | $ 245.00 | $ 416.50 |
| 204 | MAK | 5/14/2008 | Continue prep info for HIG and XRoads | 1.10 | $ 245.00 | $ 269.50 |
| 205 | MAK | 5/14/2008 | Continue rolling 13-week cash flow | 1.20 | $ 245.00 | $ 294.00 |
| 206 | MEJ | 5/14/2008 | Various follow-up emails and analysis for Xroads | 0.80 | $ 405.00 | $ 324.00 |
| 207 | MEJ | 5/14/2008 | Review and analyze Delair backlog | 0.30 | $ 405.00 | $ 121.50 |
| 208 | MEJ | 5/14/2008 | Begin preparation of Executory Contracts | 0.30 | $ 405.00 | $ 121.50 |
| 209 | MEJ | 5/14/2008 | Prepare for Conference Call with Xroads and HIG | 1.00 | $ 405.00 | $ 405.00 |
| 210 | MEJ | 5/14/2008 | Review Week 8 Scorecard and Budget with PS and MK | 1.60 | $ 405.00 | $ 648.00 |
| 211 | MEJ | 5/14/2008 | Conference call with Xroads and HIG re: Collections | 1.00 | $ 405.00 | $ 405.00 |
| 212 | MEJ | 5/14/2008 | Conference call with MF and DG re: Due Diligence | 0.60 | $ 405.00 | $ 243.00 |
| 213 | MEJ | 5/14/2008 | Analysis of A/R at Shapes | 0.80 | $ 405.00 | $ 324.00 |
| 214 | MEJ | 5/14/2008 | Review Committee analysis of 503(b)(9) claims; discuss with PS; discuss with Irv | 0.70 | $ 405.00 | $ 283.50 |
| 215 | MEJ | 5/14/2008 | Ongoing discussions with HIG re: due diligence items | 1.20 | $ 405.00 | $ 486.00 |
| 216 | MEJ | 5/14/2008 | Review Bridge analysis with MK, PS, revise and send to HIG/Xroads | 0.90 | $ 405.00 | $ 364.50 |
| 217 | MEJ | 5/14/2008 | Discuss HIG's request re: E&Y with PS | 0.30 | $ 405.00 | $ 121.50 |
| 218 | MEJ | 5/14/2008 | Conference call with Xroads re: Week 8 Scorecard | 0.70 | $ 405.00 | $ 283.50 |
| 219 | MEJ | 5/14/2008 | Conference call with Cozen, etc re: Labor strategy | 0.80 | $ 405.00 | $ 324.00 |
| 220 | GF | 5/15/2008 | Begin collection of information on Trucking Unit with Mr. Dave Gollin for Collective Bargaining Agreement Calculator and Recaps | 0.40 | $ 155.00 | $ 62.00 |
| 221 | GF | 5/15/2008 | Continue Collective Bargaining Agreement Calculator and Recaps. | 4.50 | $ 155.00 | $ 697.50 |
| 222 | GF | 5/15/2008 | Build Accu-Weld Trucking Collective Bargaining Agreement Calculator and Recap | 2.30 | $ 155.00 | $ 356.50 |
| 223 | GF | 5/15/2008 | Review All Collective Bargaining Agreement Calculator and Recaps | 1.50 | $ 155.00 | $ 232.50 |

**Exhibit B**
**3rd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**    4/28/08 thru 6/01/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 224 | GF | 5/15/2008 | Finalize Collective Bargaining Agreement Calculator and Recaps. | 1.10 | $ 155.00 | $ 170.50 |
| 225 | MAK | 5/15/2008 | Prep rolling 13-week cash flow | 2.30 | $ 245.00 | $ 563.50 |
| 226 | MAK | 5/15/2008 | Prep executory contract info for BK filings | 1.90 | $ 245.00 | $ 465.50 |
| 227 | MAK | 5/15/2008 | Prep pension, health & welfare info for BK filings | 1.80 | $ 245.00 | $ 441.00 |
| 228 | MAK | 5/15/2008 | Continue prep executory contract info for BK filings | 1.10 | $ 245.00 | $ 269.50 |
| 229 | MAK | 5/15/2008 | Continue prep pension, health & welfare info for BK filings | 0.90 | $ 245.00 | $ 220.50 |
| 230 | MAK | 5/15/2008 | Prep revised DIP budget | 1.30 | $ 245.00 | $ 318.50 |
| 231 | MAK | 5/15/2008 | Conference call with HIG, Xroads and JH Cohn to review an discuss interim DIP budget | 1.80 | $ 245.00 | $ 441.00 |
| 232 | MEJ | 5/15/2008 | Discussion with HK re: HIG and Bridge | 0.30 | $ 405.00 | $ 121.50 |
| 233 | MEJ | 5/15/2008 | Discussion with MF re: Cap | 0.30 | $ 405.00 | $ 121.50 |
| 234 | MEJ | 5/15/2008 | Discussion with HK and Irv re: CF | 0.40 | $ 405.00 | $ 162.00 |
| 235 | MEJ | 5/15/2008 | Discussion with PS re: Ultra inventory | 0.20 | $ 405.00 | $ 81.00 |
| 236 | MEJ | 5/15/2008 | Discussion with Rob Munin re: Ultra Inventory | 0.10 | $ 405.00 | $ 40.50 |
| 237 | MEJ | 5/15/2008 | Review executory contract listing | 0.20 | $ 405.00 | $ 81.00 |
| 238 | MEJ | 5/15/2008 | Update with MK re: Executory contracts | 0.10 | $ 405.00 | $ 40.50 |
| 239 | MEJ | 5/15/2008 | Prepare for Conference Call with Xroads and HIG | 0.40 | $ 405.00 | $ 162.00 |
| 240 | MEJ | 5/15/2008 | Conference call with HIG, Xroads and JHC re Xroads Point of View | 1.20 | $ 405.00 | $ 486.00 |
| 241 | MEJ | 5/15/2008 | Conf Call Follow-up with MK | 0.20 | $ 405.00 | $ 81.00 |
| 242 | MEJ | 5/15/2008 | Conf Call Follow-up with HK | 0.30 | $ 405.00 | $ 121.50 |
| 243 | MEJ | 5/15/2008 | email to Felger re Conf Call | 0.10 | $ 405.00 | $ 40.50 |
| 244 | MAK | 5/16/2008 | Review and update executory contracts with Mr. Grabell and Sorensen | 0.80 | $ 245.00 | $ 196.00 |
| 245 | MAK | 5/16/2008 | Update executory contract analysis | 0.50 | $ 245.00 | $ 122.50 |
| 246 | MAK | 5/16/2008 | Prep analysis of Delair Pool and Fence sales | 1.10 | $ 245.00 | $ 269.50 |
| 247 | MAK | 5/16/2008 | Prep revised DIP budget | 2.10 | $ 245.00 | $ 514.50 |
| 248 | MAK | 5/16/2008 | Prep Week #9 daily template scorecard | 0.50 | $ 245.00 | $ 122.50 |
| 249 | MAK | 5/16/2008 | Prep info for HIG and XRoads | 1.70 | $ 245.00 | $ 416.50 |
| 250 | MAK | 5/16/2008 | Prep revised DIP budget | 0.80 | $ 245.00 | $ 196.00 |
| 251 | MAK | 5/16/2008 | Continue prep info for HIG and XRoads | 0.90 | $ 245.00 | $ 220.50 |
| 252 | MEJ | 5/16/2008 | email to Sean re: Follow up from conf call | 0.10 | $ 405.00 | $ 40.50 |
| 253 | MEJ | 5/16/2008 | Review HIG info | 0.40 | $ 405.00 | $ 162.00 |
| 254 | MEJ | 5/16/2008 | Review Union calculation | 0.80 | $ 405.00 | $ 324.00 |
| 255 | MEJ | 5/16/2008 | Debrief with PS and SG re: Conference call, cap, budget | 0.70 | $ 405.00 | $ 283.50 |
| 256 | MEJ | 5/16/2008 | Discuss Executory Contracts with SG and PS | 0.70 | $ 405.00 | $ 283.50 |
| 257 | MEJ | 5/16/2008 | Begin review of UCC | 0.30 | $ 405.00 | $ 121.50 |
| 258 | MEJ | 5/16/2008 | Conf Call with Davino re: "Change of Course" | 0.50 | $ 405.00 | $ 202.50 |
| 259 | MEJ | 5/16/2008 | Follow-up with MF re: Xroads Change | 0.50 | $ 405.00 | $ 202.50 |
| 260 | MEJ | 5/16/2008 | Discuss strategy re: cf revisions with PS | 0.40 | $ 405.00 | $ 162.00 |
| 261 | MEJ | 5/16/2008 | Finalize executory contract listing and send to MF, JHC, HIG | 0.60 | $ 405.00 | $ 243.00 |
| 262 | MEJ | 5/16/2008 | Detailed review of CF | 2.20 | $ 405.00 | $ 891.00 |
| 263 | MEJ | 5/16/2008 | Discussion with Craig re: Xroads, E&Y | 0.30 | $ 405.00 | $ 121.50 |
| 264 | MEJ | 5/16/2008 | Conference call with Counsel re: Procedures Motion and Break-Up Fee | 1.00 | $ 405.00 | $ 405.00 |
| 265 | MEJ | 5/16/2008 | Finalize review of UCC's | 0.60 | $ 405.00 | $ 243.00 |
| 266 | MEJ | 5/16/2008 | Discussion with HK re: Xroads and Cap | 0.30 | $ 405.00 | $ 121.50 |
| 267 | MEJ | 5/18/2008 | Discussion with Sean re: Cap and go forward plans | 0.60 | $ 405.00 | $ 243.00 |
| 268 | MEJ | 5/18/2008 | Follow up email re: same | 0.20 | $ 405.00 | $ 81.00 |

**Exhibit B**
**3rd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                      4/28/08 thru 6/01/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 269 | MAK | 5/19/2008 | Begin cash flow scorecard | 2.10 | $ 245.00 | $ 514.50 |
| 270 | MAK | 5/19/2008 | Prepare cash flow scorecard | 0.80 | $ 245.00 | $ 196.00 |
| 271 | MAK | 5/19/2008 | Continue cash flow scorecard | 1.50 | $ 245.00 | $ 367.50 |
| 272 | MAK | 5/19/2008 | Prep info for HIG and XRoads | 0.80 | $ 245.00 | $ 196.00 |
| 273 | MAK | 5/19/2008 | Continue prep info for HIG and XRoads | 0.40 | $ 245.00 | $ 98.00 |
| 274 | MAK | 5/19/2008 | Revise cash flow scorecard | 0.70 | $ 245.00 | $ 171.50 |
| 275 | MAK | 5/19/2008 | Finalize cash flow scorecard | 1.20 | $ 245.00 | $ 294.00 |
| 276 | MAK | 5/19/2008 | Prep info for March monthly operating report | 2.90 | $ 245.00 | $ 710.50 |
| 277 | MEJ | 5/19/2008 | Emails and Follow-up analysis re: Emergence Funding Needs | 0.80 | $ 405.00 | $ 324.00 |
| 278 | MEJ | 5/19/2008 | Update with PS re: HIG/Xroads, MORS | 0.50 | $ 405.00 | $ 202.50 |
| 279 | MEJ | 5/19/2008 | Review Union H&W pre-petition liabs | 0.20 | $ 405.00 | $ 81.00 |
| 280 | MEJ | 5/19/2008 | Discussion with HK re: Xroads, Due Diligence | 0.20 | $ 405.00 | $ 81.00 |
| 281 | MEJ | 5/19/2008 | Discussion with Adam re: Due Diligence | 0.20 | $ 405.00 | $ 81.00 |
| 282 | MEJ | 5/19/2008 | Professional Fee estimates for Greenberg | 0.30 | $ 405.00 | $ 121.50 |
| 283 | MEJ | 5/19/2008 | Backlog review/analysis | 0.20 | $ 405.00 | $ 81.00 |
| 284 | MEJ | 5/19/2008 | Review CIT Order - inventory issue | 0.20 | $ 405.00 | $ 81.00 |
| 285 | MEJ | 5/19/2008 | Additional emails re: Professional Fees | 0.10 | $ 405.00 | $ 40.50 |
| 286 | MEJ | 5/19/2008 | Review emails for follow-up | 0.80 | $ 405.00 | $ 324.00 |
| 287 | MEJ | 5/19/2008 | Discussion with SG re: Status of case, HIG, Committee | 0.40 | $ 405.00 | $ 162.00 |
| 288 | MEJ | 5/19/2008 | Discussion with Craig re: Due Diligence, E&Y, Xrods | 0.30 | $ 405.00 | $ 121.50 |
| 289 | MEJ | 5/19/2008 | More Discussion with Craig re: Due Diligence list | 0.20 | $ 405.00 | $ 81.00 |
| 290 | MEJ | 5/19/2008 | Discussion with Paul and SG re: HIG Due Diligence List | 0.40 | $ 405.00 | $ 162.00 |
| 291 | MEJ | 5/19/2008 | Additional due diligence follow-up | 0.20 | $ 405.00 | $ 81.00 |
| 292 | MEJ | 5/19/2008 | Review Week #9 Scorecard | 0.70 | $ 405.00 | $ 283.50 |
| 293 | MEJ | 5/19/2008 | Discussion with JP re: MORs | 0.10 | $ 405.00 | $ 40.50 |
| 294 | MEJ | 5/19/2008 | Discussion with HK re: HIG, Cap | 0.20 | $ 405.00 | $ 81.00 |
| 295 | MEJ | 5/19/2008 | Review GT proposal re: Cap; Incorporate into analysis and email to MF | 0.50 | $ 405.00 | $ 202.50 |
| 296 | MAK | 5/20/2008 | Review and prep info for March monthly operating report | 3.10 | $ 245.00 | $ 759.50 |
| 297 | MAK | 5/20/2008 | Continue review and prep info for March monthly operating report | 2.70 | $ 245.00 | $ 661.50 |
| 298 | MAK | 5/20/2008 | Review and prep info for March monthly operating report | 2.30 | $ 245.00 | $ 563.50 |
| 299 | MAK | 5/20/2008 | Begin 13-week CF rollforward | 1.70 | $ 245.00 | $ 416.50 |
| 300 | MEJ | 5/20/2008 | Due diligence for HIG | 0.20 | $ 405.00 | $ 81.00 |
| 301 | MEJ | 5/20/2008 | prepare weekly a/r rollforwards | 1.10 | $ 405.00 | $ 445.50 |
| 302 | MEJ | 5/20/2008 | Discussion with PS re: Cap | 0.20 | $ 405.00 | $ 81.00 |
| 303 | MEJ | 5/20/2008 | Discussion with MF re:GT proposal | 0.30 | $ 405.00 | $ 121.50 |
| 304 | MEJ | 5/20/2008 | Discussion with HK re: GT proposal | 0.20 | $ 405.00 | $ 81.00 |
| 305 | MEJ | 5/20/2008 | Review Ultra MOR | 0.20 | $ 405.00 | $ 81.00 |
| 306 | MEJ | 5/20/2008 | Discuss Ultra MOR with PS | 0.20 | $ 405.00 | $ 81.00 |
| 307 | MEJ | 5/20/2008 | Discuss Cap with HK | 0.10 | $ 405.00 | $ 40.50 |
| 308 | MEJ | 5/20/2008 | Discuss MORs with PS and KR | 0.90 | $ 405.00 | $ 364.50 |
| 309 | MEJ | 5/20/2008 | Discussion with SG re: Due Diligence | 0.20 | $ 405.00 | $ 81.00 |
| 310 | MEJ | 5/20/2008 | Attend to HIG Due Diligence requests | 0.80 | $ 405.00 | $ 324.00 |
| 311 | MEJ | 5/20/2008 | Review availability and payments | 1.10 | $ 405.00 | $ 445.50 |
| 312 | MEJ | 5/20/2008 | Attend to HIG Due Diligence requests | 0.50 | $ 405.00 | $ 202.50 |
| 313 | MEJ | 5/20/2008 | Review utility spending and forecast | 0.40 | $ 405.00 | $ 162.00 |
| 314 | MEJ | 5/20/2008 | Review A/R for MORs | 0.20 | $ 405.00 | $ 81.00 |

**Exhibit B**
**3rd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                                                 **4/28/08 thru 6/01/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 315 | MEJ | 5/20/2008 | Meet with SG, SF and HIG re: Due Diligence, scrap, etc. | 2.30 | $ 405.00 | $ 931.50 |
| 316 | MEJ | 5/20/2008 | More review of MORs | 1.20 | $ 405.00 | $ 486.00 |
| 317 | MEJ | 5/20/2008 | Discussion with MF re: Cap and DS | 0.50 | $ 405.00 | $ 202.50 |
| 318 | MEJ | 5/20/2008 | Discussion with HK re: Cap and DS | 0.30 | $ 405.00 | $ 121.50 |
| 319 | MEJ | 5/20/2008 | Attend to HIG Due Diligence requests | 0.20 | $ 405.00 | $ 81.00 |
| 320 | MEJ | 5/20/2008 | Discussion with SG re: case status and HIG | 0.60 | $ 405.00 | $ 243.00 |
| 321 | MEJ | 5/20/2008 | Review Committee proposal to GT; multiple emails with HK re: same | 0.30 | $ 405.00 | $ 121.50 |
| 322 | MEJ | 5/20/2008 | Prelim review of claims register | 0.20 | $ 405.00 | $ 81.00 |
| 323 | MAK | 5/21/2008 | Review and prep info for March monthly operating report | 2.70 | $ 245.00 | $ 661.50 |
| 324 | MAK | 5/21/2008 | Prep 13-week CF rollforward | 2.40 | $ 245.00 | $ 588.00 |
| 325 | MAK | 5/21/2008 | Continue review and prep info for March monthly operating report | 1.90 | $ 245.00 | $ 465.50 |
| 326 | MAK | 5/21/2008 | Continue prep 13-week CF rollforward | 2.60 | $ 245.00 | $ 637.00 |
| 327 | MEJ | 5/21/2008 | Detailed review of DS; provide comments | 2.20 | $ 405.00 | $ 891.00 |
| 328 | MEJ | 5/21/2008 | Discussion with HK re: Cap and Committee Proposal | 0.20 | $ 405.00 | $ 81.00 |
| 329 | MEJ | 5/21/2008 | Review Balance Sheets from MORs | 0.40 | $ 405.00 | $ 162.00 |
| 330 | MEJ | 5/21/2008 | Discussion with JP re: Shapes/Arch presentation in MOR | 0.10 | $ 405.00 | $ 40.50 |
| 331 | MEJ | 5/21/2008 | Review Complete MOR package | 0.90 | $ 405.00 | $ 364.50 |
| 332 | MEJ | 5/21/2008 | Review and analyze Week 9 CF Rollforward | 1.50 | $ 405.00 | $ 607.50 |
| 333 | MEJ | 5/21/2008 | Discussion with Chris Davino re: Xroads DD | 0.20 | $ 405.00 | $ 81.00 |
| 334 | MEJ | 5/21/2008 | Review Xroads Info Request | 0.40 | $ 405.00 | $ 162.00 |
| 335 | MEJ | 5/21/2008 | Review Committee Proposal | 0.20 | $ 405.00 | $ 81.00 |
| 336 | MEJ | 5/21/2008 | Review proposed language re: Cap | 0.20 | $ 405.00 | $ 81.00 |
| 337 | MEJ | 5/21/2008 | Discussion with JSV re: process | 0.20 | $ 405.00 | $ 81.00 |
| 338 | MEJ | 5/21/2008 | Discussion with HK re: cap | 0.20 | $ 405.00 | $ 81.00 |
| 339 | MEJ | 5/21/2008 | Discussion with MF re: DS and Cap | 1.10 | $ 405.00 | $ 445.50 |
| 340 | MEJ | 5/21/2008 | Updated DIP Budget | 0.80 | $ 405.00 | $ 324.00 |
| 341 | MEJ | 5/21/2008 | Discussion with MF re: DS and Cap | 0.70 | $ 405.00 | $ 283.50 |
| 342 | MEJ | 5/21/2008 | Update analysis re: cap | 0.30 | $ 405.00 | $ 121.50 |
| 343 | MAK | 5/22/2008 | Prep 13-week CF rollforward | 2.10 | $ 245.00 | $ 514.50 |
| 344 | MAK | 5/22/2008 | Review and prep info for April monthly operating report | 3.40 | $ 245.00 | $ 833.00 |
| 345 | MAK | 5/22/2008 | Continue review and prep info for April monthly operating report | 1.70 | $ 245.00 | $ 416.50 |
| 346 | MAK | 5/22/2008 | Continue prep 13-week CF rollforward | 1.60 | $ 245.00 | $ 392.00 |
| 347 | MEJ | 5/22/2008 | Conf Call with Nat City re: Update | 0.70 | $ 405.00 | $ 283.50 |
| 348 | MEJ | 5/22/2008 | Review DS | 0.30 | $ 405.00 | $ 121.50 |
| 349 | MEJ | 5/22/2008 | Update pro forma balance sheet | 0.50 | $ 405.00 | $ 202.50 |
| 350 | MEJ | 5/22/2008 | Discussion with PS re: Financial Projections | 0.20 | $ 405.00 | $ 81.00 |
| 351 | MEJ | 5/22/2008 | Discussion with MF re: DS | 0.10 | $ 405.00 | $ 40.50 |
| 352 | MEJ | 5/22/2008 | Review DS Order | 0.60 | $ 405.00 | $ 243.00 |
| 353 | MEJ | 5/22/2008 | Review PS Forecast | 0.20 | $ 405.00 | $ 81.00 |
| 354 | MEJ | 5/22/2008 | Discussion with PS re: Forecast | 0.20 | $ 405.00 | $ 81.00 |
| 355 | MEJ | 5/22/2008 | Update forecast for DS | 0.30 | $ 405.00 | $ 121.50 |
| 356 | MEJ | 5/22/2008 | Review NM proposed language | 0.20 | $ 405.00 | $ 81.00 |
| 357 | MEJ | 5/22/2008 | Discussion with HK re: NM Language | 0.30 | $ 405.00 | $ 121.50 |
| 358 | MEJ | 5/22/2008 | Discussion with MF re: NM language | 0.40 | $ 405.00 | $ 162.00 |
| 359 | MEJ | 5/22/2008 | Discussion with MF re: Fees | 0.20 | $ 405.00 | $ 81.00 |

**Exhibit B**
**3rd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                              **4/28/08 thru 6/01/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 360 | MEJ | 5/22/2008 | Discussion with Brody re: Fees | 0.20 | $ 405.00 | $ 81.00 |
| 361 | MEJ | 5/22/2008 | Update pro forma bs and funding spreadsheet; send to HIG and JHC | 0.50 | $ 405.00 | $ 202.50 |
| 362 | MEJ | 5/22/2008 | Discussion with Rob Munin re: xroads dd | 0.10 | $ 405.00 | $ 40.50 |
| 363 | MAK | 5/23/2008 | Review and prep info for April monthly operating report | 2.20 | $ 245.00 | $ 539.00 |
| 364 | MAK | 5/23/2008 | Review and prep info for estimated U.S. Trustee fees | 1.40 | $ 245.00 | $ 343.00 |
| 365 | MAK | 5/23/2008 | Prep 13-week CF rollforward | 0.80 | $ 245.00 | $ 196.00 |
| 366 | MAK | 5/23/2008 | Continue review and prep info for April monthly operating report | 1.70 | $ 245.00 | $ 416.50 |
| 367 | MEJ | 5/23/2008 | Review Plan | 0.50 | $ 405.00 | $ 202.50 |
| 368 | MEJ | 5/23/2008 | Review UST fee estimate | 0.10 | $ 405.00 | $ 40.50 |
| 369 | MEJ | 5/23/2008 | Discussion with Pete Ball | 0.20 | $ 405.00 | $ 81.00 |
| 370 | MEJ | 5/23/2008 | Attend Court Hearing | 5.50 | $ 405.00 | $ 2,227.50 |
| 371 | MAK | 5/27/2008 | Begin cash flow scorecard | 2.30 | $ 245.00 | $ 563.50 |
| 372 | MAK | 5/27/2008 | Prepare cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 373 | MAK | 5/27/2008 | Continue cash flow scorecard | 0.90 | $ 245.00 | $ 220.50 |
| 374 | MAK | 5/27/2008 | Review and prep info for April monthly operating report | 2.10 | $ 245.00 | $ 514.50 |
| 375 | MAK | 5/27/2008 | Continue review and prep info for April monthly operating report | 1.10 | $ 245.00 | $ 269.50 |
| 376 | MAK | 5/27/2008 | Revise cash flow scorecard | 1.20 | $ 245.00 | $ 294.00 |
| 377 | MAK | 5/27/2008 | Continue cash flow scorecard | 0.60 | $ 245.00 | $ 147.00 |
| 378 | MAK | 5/27/2008 | Begin 13-week CF rollforward | 1.60 | $ 245.00 | $ 392.00 |
| 379 | MEJ | 5/27/2008 | Update with SG re: Court and Cap | 0.30 | $ 405.00 | $ 121.50 |
| 380 | MEJ | 5/27/2008 | Reconcile Week #7 and #9 for Sean | 2.10 | $ 405.00 | $ 850.50 |
| 381 | MEJ | 5/27/2008 | Update with PS re: Court, Cap, Game Plan | 0.30 | $ 405.00 | $ 121.50 |
| 382 | MEJ | 5/27/2008 | Discussion with CK re: next steps | 0.30 | $ 405.00 | $ 121.50 |
| 383 | MEJ | 5/27/2008 | Continue Week 7 and 9 Reconciliation for Sean | 1.40 | $ 405.00 | $ 567.00 |
| 384 | MEJ | 5/27/2008 | Review drafts of Plan and DS | 0.70 | $ 405.00 | $ 283.50 |
| 385 | MEJ | 5/27/2008 | Conference call with JP and DG re: Claims | 0.40 | $ 405.00 | $ 162.00 |
| 386 | MEJ | 5/27/2008 | Follow-up emails to HIG, Xroads, JHC | 0.30 | $ 405.00 | $ 121.50 |
| 387 | MEJ | 5/27/2008 | Claims review | 0.30 | $ 405.00 | $ 121.50 |
| 388 | MEJ | 5/27/2008 | Review Nat City Offering memo | 1.10 | $ 405.00 | $ 445.50 |
| 389 | MEJ | 5/27/2008 | Review PPG claim | 0.20 | $ 405.00 | $ 81.00 |

**Exhibit B**
**3rd Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:** 4/28/08 thru 6/01/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 390 | MEJ | 5/27/2008 | Review UCC filings and leases | 0.70 | $ 405.00 | $ 283.50 |
| 391 | MEJ | 5/27/2008 | Review Ultra inventory; Discussion with Munin re: same | 0.60 | $ 405.00 | $ 243.00 |
| 392 | MEJ | 5/28/2008 | Review Week #10 Scorecard | 0.30 | $ 405.00 | $ 121.50 |
| 393 | MEJ | 5/28/2008 | Discussion with Pete Ball | 0.10 | $ 405.00 | $ 40.50 |
| 394 | MEJ | 5/28/2008 | Continue review of UCC and Leases | 0.20 | $ 405.00 | $ 81.00 |
| 395 | MEJ | 5/28/2008 | Discussions with Steve; Paul re: various | 1.40 | $ 405.00 | $ 567.00 |
| 396 | MEJ | 5/28/2008 | Discussion with HK re: Court, Cap, Next Steps | 0.20 | $ 405.00 | $ 81.00 |
| 397 | MEJ | 5/28/2008 | Create consolidating 3/31/08 balance sheet for Nat City | 1.10 | $ 405.00 | $ 445.50 |
| 398 | MEJ | 5/28/2008 | Discussions with Craig and Sean re: Various | 0.40 | $ 405.00 | $ 162.00 |
| 399 | MEJ | 5/28/2008 | Discussion with Nat City re: Memo, forecast, process | 0.20 | $ 405.00 | $ 81.00 |
| 400 | MEJ | 5/28/2008 | Discussion with JP re: warehouseman claims | 0.20 | $ 405.00 | $ 81.00 |
| 401 | MEJ | 5/28/2008 | Review Nat City Projections; create reconciliation to 4/08 Version | 1.10 | $ 405.00 | $ 445.50 |
| 402 | MEJ | 5/28/2008 | Prep for Conference call with HIG and Xroads re: Week #10 | 0.40 | $ 405.00 | $ 162.00 |
| 403 | MEJ | 5/28/2008 | Conf Call with Xroads and HIG re: Week 10 | 0.80 | $ 405.00 | $ 324.00 |
| 404 | MEJ | 5/28/2008 | Discussion with PS re: DG resignation | 0.10 | $ 405.00 | $ 40.50 |
| 405 | MEJ | 5/28/2008 | Discussion with MF Re: claims, DG, HIG, 363 | 0.40 | $ 405.00 | $ 162.00 |
| 406 | MAK | 5/29/2008 | Prep 13-week CF rollforward | 2.60 | $ 245.00 | $ 637.00 |
| 407 | MAK | 5/29/2008 | Continue prep 13-week CF rollforward | 2.70 | $ 245.00 | $ 661.50 |
| 408 | MAK | 5/29/2008 | Continue prep 13-week CF rollforward | 2.90 | $ 245.00 | $ 710.50 |
| 409 | MEJ | 5/29/2008 | Create Scorecard Variance rollforward analysis | 1.40 | $ 405.00 | $ 567.00 |
| 410 | MEJ | 5/29/2008 | Update with SG re: bonus, DG, non-competes | 0.40 | $ 405.00 | $ 162.00 |
| 411 | MEJ | 5/29/2008 | Review/Analyze Ultra sales | 0.20 | $ 405.00 | $ 81.00 |
| 412 | MEJ | 5/29/2008 | Review/compare A/P versus schedules | 1.90 | $ 405.00 | $ 769.50 |
| 413 | MEJ | 5/29/2008 | Discussion with PS re: DG and morale | 0.30 | $ 405.00 | $ 121.50 |
| 414 | MEJ | 5/29/2008 | Discussion with MG re: budget | 0.20 | $ 405.00 | $ 81.00 |
| 415 | MEJ | 5/29/2008 | Discussion with Craig re: morale | 0.40 | $ 405.00 | $ 162.00 |
| 416 | MEJ | 5/29/2008 | Discussion with MK re: Scorecard variance rollforward | 0.30 | $ 405.00 | $ 121.50 |
| 417 | MEJ | 5/29/2008 | Various discussions with JP re: claims | 0.30 | $ 405.00 | $ 121.50 |
| 418 | MEJ | 5/29/2008 | Follow-up for Xroads | 0.60 | $ 405.00 | $ 243.00 |
| 419 | MEJ | 5/29/2008 | Continue unsecured claims comparison for Shapes | 1.10 | $ 405.00 | $ 445.50 |
| 420 | MEJ | 5/29/2008 | Review information provided by Ultra to HIG | 0.30 | $ 405.00 | $ 121.50 |
| 421 | MEJ | 5/29/2008 | Discussion with Nat City | 0.20 | $ 405.00 | $ 81.00 |
| 422 | MEJ | 5/29/2008 | Develop spreadsheet of professional fees | 0.40 | $ 405.00 | $ 162.00 |
| 423 | MAK | 5/30/2008 | Revise 13-week CF | 1.70 | $ 245.00 | $ 416.50 |
| 424 | MAK | 5/30/2008 | Continue revise 13-week CF rollforward | 2.40 | $ 245.00 | $ 588.00 |
| 425 | MAK | 5/30/2008 | Revise cash flow scorecard | 0.60 | $ 245.00 | $ 147.00 |
| 426 | MEJ | 5/30/2008 | Update with PS re: plant tours/HIG | 0.20 | $ 405.00 | $ 81.00 |
| 427 | MEJ | 5/30/2008 | Update with SG re: labor, HIG, | 0.50 | $ 405.00 | $ 202.50 |
| 428 | MEJ | 5/30/2008 | Update with Craig re: labor/363 | 0.20 | $ 405.00 | $ 81.00 |
| 429 | MEJ | 5/30/2008 | Detailed review of claims | 2.30 | $ 405.00 | $ 931.50 |
| 430 | MEJ | 5/30/2008 | Review week #10 rollforward | 2.10 | $ 405.00 | $ 850.50 |
| 431 | MEJ | 5/30/2008 | Develop rollforward comparison spreadsheet | 1.20 | $ 405.00 | $ 486.00 |
| 432 | MEJ | 5/30/2008 | Conversation with SG and CK re: morale, communication | 1.90 | $ 405.00 | $ 769.50 |

Total - 3rd Fee Application                    447.20            $141,864.00

# **EXHIBIT "C"**

| SUMMARY OF DISBURSEMENTS | |
|---|---|
| **DISBURSEMENTS** | **AMOUNT** |
| Mileage (1,758 miles at $0.505 per mile) | 887.79 |
| Air and Rail | 276.00 |
| Taxi | 30.00 |
| Tolls | 84.00 |
| Parking | 69.00 |
| Meals | 78.89 |
| Telephone | $60.00 |
| **DISBURSEMENT TOTAL** | $1,485.68 |