UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY FEE APPLICATION COVER SHEET

IN RE:                                          APPLICANT:
                                                Halperin Battaglia Raicht, LLP
SHAPES/ARCH HOLDINGS L.L.C., *et al*.

CASE NO.: 08-14631 (GMB)                        CLIENT: Official Committee of Unsecured
                                                Creditors

CHAPTER: 11                                     CASES FILED: March 16, 2008

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  RETENTION ORDER ATTACHED.


/s/ Alan D. Halperin            6/10/08
ALAN D. HALPERIN                  Date

| SECTION I |
| --- |
| FEE SUMMARY |

Second Monthly Fee Statement Covering the Period
May 1, 2008 through May 31, 2008

| | |
| --- | --- |
| Total Previous Fees and Expenses Requested: | $161,182.71 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer (if applicable): | N/A |
| Total Holdback (if applicable): | N/A |
| Total Received by Applicant: | $0.00 |

| | Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 1. | Alan D. Halperin, Partner | 1991 | 87.10 | $435.00 | $37,888.50 |
| 2. | Christopher J. Battaglia, Partner | 1997 | 0.10 | $385.00 | $38.50 |
| 3. | Robert D. Raicht, Partner | 1987 | 0.80 | $410.00 | $328.00 |
| 4. | Walter Benzija, Of Counsel | 1996 | 38.90 | $370.00 | $14,393.00 |
| 5. | Donna H. Lieberman, Of Counsel | 1984 | 80.80 | $350.00 | $28,280.00 |
| 6. | Debra J. Cohen, Associate | 1992 | 0.80 | $335.00 | $268.00 |
| 7. | Julie D. Dyas, Associate | 2003 | 4.40 | $275.00 | $1,210.00 |
| 8. | Ethan D. Ganc, Associate | 2001 | 16.80 | $280.00 | $4,704.00 |
| 9. | Carrie E. Mitchell, Associate | 2005 | 9.50 | $225.00 | $2,137.50 |
| 10. | Sydia N. Cooper, Paralegal | N/A | 0.40 | $80.00 | $32.00 |
| 11. | Mary M. Charles-Kennedy, Paralegal | N/A | 1.20 | $75.00 | $90.00 |
| 12. | Jeffrey B. Moore, Paralegal | N/A | 4.50 | $95.00 | $427.50 |
| | TOTALS | | 245.30 | | $89,797.00 |

FEE TOTALS (Page 3)                                              $89,797.00
DISBURSEMENTS TOTALS (Page 4)                                   $2,702.38
TOTAL FEE APPLICATION                                           $92,499.38

<table>
<tr><td colspan="3"><strong>SECTION II<br>SUMMARY OF SERVICES</strong></td></tr>
</table>

| Services Rendered | Hours | Fee |
|---|---|---|
| (a)   Asset Sales | 0.20 | $45.00 |
| (b)   Claims Review & Analysis | 1.80 | $752.00 |
| (c)   Committee Matters | 0.80 | $268.00 |
| (d)   Financing | 12.60 | $5481.00 |
| (e)   General | 93.20 | $31,372.50 |
| (f)   Meetings & Hearings | 36.10 | $14,629.50 |
| (g)   Motions & Applications | 17.00 | $5,612.00 |
| (h)   Plan & Disclosure Statement | 67.20 | $27,045.00 |
| (i)   Pleadings | 16.40 | $4,592.00 |
| SERVICES TOTALS | 245.30 | $89,797.00 |

```
┌─────────────────────────────────────────────────────────┐
│                      SECTION III                          │
│              SUMMARY OF DISBURSEMENTS                      │
└─────────────────────────────────────────────────────────┘
```

| Disbursements | | Amount |
|---|---|---|
| (a) | Westlaw | $125.81 |
| (b) | PACER | $58.96 |
| (c) | Photocopying: | |
| | No. of Pages: 1,685 Rate per Page: $.20 | $337.00 |
| (d) | Long Distance Telephone | $10.09 |
| (e) | Travel | |
| | Car Service $1,107.90 | |
| | Rail $679.15 | $1,787.05 |
| (f) | Other (explain): | |
| | Conference Call Service $372.40 | |
| | Meal $ 11.07 | $383.47 |
| DISBURSEMENT TOTAL | | $2,702.38 |

---

**SECTION IV**
**CASE HISTORY**

---

(NOTE:  Items (3) through (6) are not applicable to applications under 11 U.S.C. § 506)

(1)     Date cases filed: March 16, 2008

(2)     Chapter under which cases commenced: Chapter 11

(3)     Date of retention: Order signed April 25, 2008, effective March 31, 2008
        **See Exhibit A.**
        If limit on number of hours or other limitations to retention, set forth: N/A

(4)     Summarize in brief the benefits to the estate and attach supplements as needed:

        (a)     Meetings and telephone conferences with Committee members/co-counsel and
                professionals, Debtors' counsel, Arch Acquisition I, LLC and its counsel, and
                other parties regarding the cases, the Debtors' proposed plan of reorganization,
                and the marketing and sale process;

        (b)     Reviewed, revised and negotiated terms of plan with new plan funder, Arch
                Acquisition I, LLC ("Arch");

        (c)     Reviewed the Debtors' second amended Disclosure Statement and related Plan of
                Reorganization and objections thereto;

        (d)     Reviewed, revised and negotiated terms of bidding procedures;

        (e)     Reviewed and commented on terms of proposed NatCity retention;

        (f)     Reviewed, analyzed and followed up with Debtors' counsel regarding ordinary
                course retentions, motions by creditors;

        (g)     Reviewed and provided comments to proposed administrative bar date papers;

        (h)     Conducted legal research in connection with the Debtors' various motions and the
                Committee's objections and analysis;

        (i)     Prepared for and attended hearings on the Debtors' new Disclosure Statement,
                bidding procedures, etc.;

        (j)     Discussions with potential bidders;

        (k)     Drafted numerous memos and updates for the Committee.

**INVOICES ITEMIZING SERVICES RENDERED AND OUT-OF-POCKET EXPENSES INCURRED ARE ATTACHED AS EXHIBITS "B" AND "C", RESPECTIVELY.**

(5)     Anticipated distribution to creditors:

      (a)     Administration expense: Unknown at this time.

      (b)     Secured creditors: Unknown at this time.

      (c)     Priority creditors: Unknown at this time.

      (d)     General unsecured creditors: Unknown at this time.

(6)     Final disposition of cases and percentage of dividend paid to creditors (if applicable): This is a second monthly fee statement.  Final dividend percentages are unknown at this time.

# EXHIBIT A

Order Filed on
**4/25/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Alan D. Halperin, Esq.
Walter Benzija, Esq.
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

Proposed Attorneys for the Official Committee
of Unsecured Creditors

| | |
|---|---|
| In re: | Chapter 11 |
| **SHAPES/ARCH HOLDINGS L.L.C., et al.,** | Case No. 08-14631 (Jointly Administered) |
| Debtors. | Judge: Hon. Gloria M. Burns, USBJ |

**ORDER AUTHORIZING THE RETENTION OF HALPERIN
BATTAGLIA RAICHT, LLP AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, *NUNC PRO TUNC*, TO MARCH 31, 2008**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

ORDERED.

**DATED: 4/25/2008**

Honorable Gloria M. Burns
United States Bankruptcy Court Judge

{00061561.1 / 0631-001}

(Page 2)
Debtor:                SHAPES/ARCH HOLDINGS L.L.C., et al.
Case No.               08-14631(GMB)
Caption of Order:      ORDER AUTHORIZING THE RETENTION OF HALPERIN
                       BATTAGLIA RAICHT, LLP AS COUNSEL TO THE OFFICIAL
                       COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO
                       TUNC*, TO MARCH 31, 2008

Upon the application of the Official Joint Committee of Unsecured Creditors (the "Committee") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned debtors and debtors-in-application for authority to retain Halperin Battaglia Raicht, LLP ("HBR"), as bankruptcy counsel to the Committee, under a general retainer, *nunc pro tunc* to March 31, 2008; and upon the affidavit of Alan D. Halperin; and due and adequate notice of the application having been provided, as evidenced by the certificate of service filed with this Court; and the Court having jurisdiction to consider the application and the relief requested therein in accordance with 28 U.S.C. §§157 and 1334; and consideration of the application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §1409; and the Court being satisfied that (a) the employment of HBR is necessary and in the best interests of the Committee, unsecured creditors, and the estates, (b) HBR does not have or represent any interest adverse to the Committee or the estates, and (c) HBR is a "disinterested person" as that term is defined in §101(14) of Title 11 of the United States Code (the "Bankruptcy Code"); and good and sufficient cause appearing for the relief sought by the application; it is

**ORDERED,** that pursuant to §1103(a) of the Bankruptcy Code, the Committee is hereby authorized to retain HBR, as bankruptcy counsel to the Committee, under a general retainer, *nunc pro tunc* to March 31, 2008; and it is further

*Approved by Judge Gloria M. Burns April 25, 2008*

(Page 3)
Debtor:                 SHAPES/ARCH HOLDINGS L.L.C., et al.
Case No.                08-14631(GMB)
Caption of Order:       ORDER AUTHORIZING THE RETENTION OF HALPERIN
                        BATTAGLIA RAICHT, LLP AS COUNSEL TO THE OFFICIAL
                        COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO
                        TUNC*, TO MARCH 31, 2008

 

        **ORDERED,** that HBR shall be compensated in accordance with the

procedures set forth in §§330 and 331 of the Bankruptcy Code, the Federal Rules of

Bankruptcy Procedure, and any orders issued by this Court.

        **ORDERED,** that a copy of this Order shall be served on all parties-in-

interest within seven (7) days hereof.

*Approved by Judge Gloria M. Burns April 25, 2008*

# EXHIBIT B

| 6/9/2008 | Halperin Battaglia Raicht, LLP | |
|---|---|---|
| 2:43 PM | Listing | Page     1 |

---

## Selection Criteria

| Slip.Date | 5/1/2008 - 5/31/2008 |
|---|---|
| Clie.Selection | Include: Shapes-CC |
| Slip.Slip Type | Time |

---

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 174068<br>5/1/2000<br>WIP<br>Emails with A. Halperin, M. Sirota regarding hearings. (.2) ; Travel and preparation with A. Halperin. (.5) ; Meetings and hearings at courthouse regarding DIP, plan, structure, etc. (9.5) ; Conference call with Committee. (.4) ; Memo to Committee. (.3) ; Follow-up with A. Halperin regarding document preparation. (.5) | TIME | DHL<br>General<br>Shapes-CC | 11.40 | 350.00 | 3990.00 |
| 175452<br>5/1/2008<br>WIP<br>Read and review email from D. Lieberman regarding status of hearing. | TIME | EDG<br>Meetings & Hearings<br>Shapes-CC | 0.10 | 280.00 | 28.00 |
| 173853<br>5/1/2008<br>WIP<br>Reviewed email from A. Halperin regarding the D&O insurance; Reviewed letter from Debtor's counsel to broker regarding D&O claim. (.1) ; Reviewed email from M. Sirota regarding U.S. Trustee motion to appoint Trustee. (.1) | TIME | DJC<br>Committee Matters<br>Shapes-CC | 0.20 | 335.00 | 67.00 |
| 175453<br>5/1/2008<br>WIP<br>Read and review email from D. Lieberman regarding review of proposed McCarter & English retention. | TIME | EDG<br>Plan&Disclosure Statement<br>Shapes-CC | 0.10 | 280.00 | 28.00 |
| 173909<br>5/1/2008<br>WIP<br>Prepare for, and participate in, hearing on final financing and disclosure statement, including extensive negotiations and efforts at a resolution, Court argument, chambers conference, negotiation of settlement and, confirmation of Committee approval of same. (13.5) ; Draft extensive email to the Committee regarding today's hearings and events. (.8) | TIME | ADH<br>Meetings & Hearings<br>Shapes-CC | 14.30 | 435.00 | 6220.50 |
| 173915<br>5/2/2008<br>WIP<br>Emails with N. Mitchell regarding competitive process. | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 174070<br>5/2/2008<br>WIP<br>Meeting with E. Ganc regarding retention. (.2) ; Placed calls (2x) to I. Volkov regarding DIP and plan, settlement. (.4) ; Review and revisions of new DIP order, plan and process memo. (3.7) ; Email exchanges with I. Volkov, M. Sirota, A. Halperin, H. | TIME | DHL<br>General<br>Shapes-CC | 5.60 | 350.00 | 1960.00 |

6/9/2008                          Halperin Battaglia Raicht, LLP
2:43 PM                                    Listing                                         Page      2

| Slip ID Dates and Time Status Description | Attorney Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Konicov, A. Brody, Committee. (.9) ; Placed call to A. Halperin regarding developments. (.2) ; Review of new budget. (.2) | | | | |
| 175458       TIME 5/2/2008 WIP Review motion and order regarding Debtor's retention of ordinary course professionals. (.6) ; Read and review proposed McCarter & English retention affidavit. (.3) ; Read and review Wells Fargo and Jaguar Finance stay relief motions. (.3) ; Draft email to A. Halperin and D. Lieberman regarding same. (.4) | EDG Pleadings Shapes-CC | 1.60 | 280.00 | 448.00 |
| 173914       TIME 5/2/2008 WIP Emails from professionals with comments, and telephone calls with D. Lieberman regarding same. | ADH Financing Shapes-CC | 0.90 | 435.00 | 391.50 |
| 173916       TIME 5/3/2008 WIP Multiple emails with counsel to various parties concerning DIP loan, budget and form of order. (.9) ; Follow-up with D. Lieberman regarding same. (.3) | ADH Financing Shapes-CC | 1.20 | 435.00 | 522.00 |
| 174072       TIME 5/3/2008 WIP Review of revised DIP order and plan. (1.0) ; Emails to Committee professionals regarding comments. (.3) ; Emails to and from A. Brody regarding issues regarding releases and control. (.2) ; Review of email traffic regarding above and I. Volkov comments. (.4) | DHL General Shapes-CC | 1.90 | 350.00 | 665.00 |
| 173917       TIME 5/4/2008 WIP Emails with counsel to lenders, Arcus, Debtors and others regarding financing issues and comments. (1.1) ; Review documents. (.8) | ADH Financing Shapes-CC | 1.90 | 435.00 | 826.50 |
| 174073       TIME 5/4/2008 WIP Review of emails from other parties. (.3) ; Emails to I. Volkov, A. Halperin and M. Sirota regarding issues. documents, budget. (.3) ; Review of further revised DIP order and plan. (.8) ; Email to A. Brody and N. Mitchell with comments. (.2) ; Left message for A. Halperin. (.1) | DHL General Shapes-CC | 1.70 | 350.00 | 595.00 |
| 173923       TIME 5/5/2008 WIP Prepare for, and participate in, multiple all hands party calls and court in effort to resolve open points. | ADH Meetings & Hearings Shapes-CC | 3.70 | 435.00 | 1609.50 |
| 173924       TIME 5/5/2008 WIP Emails with M. Felger regarding language and budget issues. (.7) ; Emails with M. Felger regarding funding needs. (.3) ; Further review of documents. (1.0) | ADH Financing Shapes-CC | 2.00 | 435.00 | 870.00 |

6/9/2008                                Halperin Battaglia Raicht, LLP
2:43 PM                                              Listing                                      Page       3

| Slip ID Dates and Time Status Description | | Attorney Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 173925 5/5/2008 WIP | TIME | ADH Plan&Disclosure Statement Shapes-CC | 3.60 | 435.00 | 1566.00 |
| Follow-up on Scott Victor engagement. (.4) ; Emails with Committee professionals regarding open issues and mechanics for resolving same. (.5) ; Review revised drafts of documents and budget revisions. (1.9) ; Telephone calls with team regarding indemnity demand, and follow-up regarding same and how to address. (.8) | | | | | |
| 174074 5/6/2008 WIP | TIME | DHL General Shapes-CC | 3.30 | 350.00 | 1155.00 |
| Review of N. Mitchell issue list for call. (.2) ; Placed call to A. Halperin regarding DIP order. (.2) ; Placed call to A. Halperin, I. Volkov and H. Konicov. (.4) ; Conference call with group. (.8) ; Placed call to A. Halperin and I. Volkov. (.3) ; Continue conference call regarding DIP order. (.8) ; Review of Arcus revisions and comments regarding same. (.3) ; Memo to A. Halperin and I. Volkov regarding remaining issues for Court. (.2) ; Review/respond to emails regarding budget. (.3) | | | | | |
| 174080 5/6/2000 WIP | TIME | DHL General Shapes-CC | 1.00 | 350.00 | 350.00 |
| Meeting with A. Halperin and memo to Committee. | | | | | |
| 174076 5/6/2008 WIP | TIME | DHL General Shapes-CC | 5.60 | 350.00 | 1960.00 |
| Conference calls with A. Halperin, I. Volkov, Committee co-chairs, group, counsel to Arcus. (4.0) ; Court call. (.8) ; Placed call to J. Garemore regarding hearings/environmental claims. (.1) ; Email to M. Felger and A. Brody regarding creditor calls. (.1) ; Email to A. Halperin, I. Volkov and M. Sirota regarding plan issues. (.2) ; Emails to and from M. Felger regarding environmental issues, McCarter retention. (.4) | | | | | |
| 174031 5/6/2008 WIP | TIME | JDD Plan&Disclosure Statement Shapes-CC | 0.20 | 275.00 | 55.00 |
| Emails from D. Lieberman regarding hearing on approval of disclosure statement, exclusivity motion, Trustee motion, and case status. | | | | | |
| 174279 5/6/2008 WIP | TIME | CEM Motions&Applications Shapes-CC | 0.20 | 225.00 | 45.00 |
| Review ECF, alert A. Halperin, D. Lieberman and E. Ganc. | | | | | |
| 175466 5/6/2008 WIP | TIME | EDG Pleadings Shapes-CC | 0.50 | 280.00 | 140.00 |
| Telephone conference with Debtor's counsel regarding Jaguar and Wells Fargo stay relief motions and EPA assertions regarding deadline to file claims. (.3) ; Draft email to A. Halperin and D. Lieberman regarding same. (.2) | | | | | |

6/9/2008                                Halperin Battaglia Raicht, LLP
2:43 PM                                            Listing                                         Page      4

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 173935<br>5/6/2008<br>WIP<br>Follow-up with D. Lieberman regarding pending motions. | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 173934<br>5/6/2008<br>WIP<br>Further review of documents. (1.3) ; Follow-up with HIG regarding process. (.3) ; Telephone call with Committee co-chair regarding sale monitor. (.3) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.90 | 435.00 | 826.50 |
| 173933<br>5/6/2008<br>WIP<br>Prepare for, and participate in, court call/hearing. | TIME | ADH<br>Meetings & Hearings<br>Shapes-CC | 0.80 | 435.00 | 348.00 |
| 173932<br>5/6/2008<br>WIP<br>Prepare for multiple telephone conferences with all parties concerning open issues. (1.8) ; Telephone conferences with Committee co-chairs to address open issues, and Versa fight. (.9) ; Review of multiple drafts of revised documents and pleadings. (1.6) ; Draft extensive email to Committee regarding closing and status. (1.0) ; Follow-up telephone calls and emails with Committee members. (.8) | TIME | ADH<br>Financing<br>Shapes-CC | 6.10 | 435.00 | 2653.50 |
| 174036<br>5/7/2008<br>WIP<br>Calendar dates for deadlines with upcoming hearings and objections on plan process. (.1) ; Emails from D. Lieberman regarding same. (.1) | TIME | JDD<br>Plan&Disclosure Statement<br>Shapes-CC | 0.20 | 275.00 | 55.00 |
| 173948<br>5/7/2008<br>WIP<br>Respond to creditor inquiries. | TIME | ADH<br>General<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 173949<br>5/7/2008<br>WIP<br>Multiple emails with M. Felger, A. Brody and J. Poslusny regarding McCarter retention. | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 173947<br>5/7/2008<br>WIP<br>Emails with HIG regarding plan. (.2) ; Emails with proposed sale faciliator regarding process and call. (.2) ; Follow-up with Committee co-chair. (.3) ; Emails with M. Felger regarding process and continuing efforts of Debtor side to control process to Committee exclusion, and follow-up regarding same. (.3) ; Emails with M. Felger regarding confidentiality agreements. (.2) ; Follow-up with S. Victor regarding retention. (.4) ; Emails with H. Konicov regarding feedback from Phoenix, meeting with Crossroads, and related issues. (.4) ; Follow-up on potentially interested parties. (.9) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 2.90 | 435.00 | 1261.50 |

6/9/2008                          Halperin Battaglia Raicht, LLP
2:43 PM                                      Listing                              Page      5

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 173946<br>5/7/2008<br>WIP<br>Emails with Committee members regarding closing | TIME | ADH<br>Financing<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 175474<br>5/7/2008<br>WIP<br>Exchange emails with D. Lieberman regarding<br>McCarter & English retention. | TIME | EDG<br>Pleadings<br>Shapes-CC | 0.20 | 280.00 | 56.00 |
| 174298<br>5/7/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman, and E.<br>Ganc. (.2) ; Review and save final DIP orders for CIT<br>and Arcus. (.7) | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.90 | 225.00 | 202.50 |
| 175504<br>5/7/2008<br>WIP<br>Review of E. Ganc summary of McCarter retention. (.2)<br>; Exchange of emails regarding budget, plan issues.<br>(.4) ; Review of confidentiality sent to other interested<br>parties. (.3) | TIME | DHL<br>General<br>Shapes-CC | 0.90 | 350.00 | 315.00 |
| 175506<br>5/7/2008<br>WIP<br>Exchange of emails regarding National City retention.<br>(.4) ; Emails regarding McCarter engagement. (.2) | TIME | DHL<br>General<br>Shapes-CC | 0.60 | 350.00 | 210.00 |
| 174308<br>5/8/2008<br>WIP<br>Review ECF, alert A. Halperin and D. Lieberman<br>regarding same. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 174086<br>5/8/2008<br>WIP<br>Placed call to I. Volkov regarding bidding procedures. | TIME | DHL<br>General<br>Shapes-CC | 0.20 | 350.00 | 70.00 |
| 174085<br>5/8/2008<br>WIP<br>Meeting with A. Halperin regarding plan issue - any<br>limit to claims. (.2) ; Emails to Committee<br>professionals, A. Brody and M. Felger. (.2) | TIME | DHL<br>General<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 174081<br>5/8/2008<br>WIP<br>Exchange of emails with M. Felger and J. Poslusny<br>regarding McCarter retention. (.3) ; Placed call to A.<br>Halperin regarding NatCity retention. (.2) ; Placed call<br>to A. Brody regarding open matters. (.1) ;<br>Review/revise NatCity engagement letter. (.3) ; Review<br>Committee responses and A. Halperin reply to query.<br>(.3) | TIME | DHL<br>General<br>Shapes-CC | 1.20 | 350.00 | 420.00 |
| 173956<br>5/8/2008<br>WIP<br>Respond to creditor inquiries. | TIME | ADH<br>General<br>Shapes-CC | 0.30 | 435.00 | 130.50 |

6/9/2008                           Halperin Battaglia Raicht, LLP
2:43 PM                                     Listing                                    Page      6

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 173955<br>5/8/2008<br>WIP<br>Emails and telephone calls with Committee members regarding NatCity role and related issues. (1.0) ; Telephone call with R. Kellner regarding sale process, Nat City, and other case issues. (.5) ; Review of plan, and discuss same with D. Lieberman. (1.8) ; Review emails regarding switch from Versa to HIG. (.3) ; Telephone calls with A. Brody regarding process, plan, and related issues. (1.3) ; Emails with Committee professionals regarding protocols. (.3) ; Follow-up with S. Victor and R. Kellner regarding potential suitors. (.5) ; Review documents and caselaw. (.9) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 6.60 | 435.00 | 2871.00 |
| 173954<br>5/8/2008<br>WIP<br>Emails with M. Felger and A. Brody regarding McCarter retention. (.3) ; Review and comment on S. Victor/NatCity retention agreement. (1.3) ; Emails with co-counsel regarding same. (.3) ; Telephone conference with S. Victor and R. Kellner to discuss process and engagement of NatCity. (.6) ; Follow-up on monthly billing statements. (.3) | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 2.80 | 435.00 | 1218.00 |
| 174333<br>5/9/2008<br>WIP<br>Office conference with J. Moore regarding ECF issues. (.2) ; Review ECF. (.1) ; Review and respond to email from D. Lieberman regarding pro hac vice admission. (.2) ; Review additional ECF filings. (.2) | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.70 | 225.00 | 157.50 |
| 174093<br>5/9/2008<br>WIP<br>Exchange of emails regarding plan issues. | TIME | DHL<br>General<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 174089<br>5/9/2008<br>WIP<br>Emails to and from I. Volkov. (.3) ; Left message for M. Felger, J. Poslusny. (.1) ; Email to A. Brody with plan comments. (.3) ; Exchange of emails regarding documents. (.2) | TIME | DHL<br>General<br>Shapes-CC | 0.90 | 350.00 | 315.00 |
| 173813<br>5/9/2008<br>WIP<br>Discuss with D. Lieberman status of amended disclosure statement for possible coverage of May 23rd hearing. | TIME | WB<br>General<br>Shapes-CC | 0.80 | 370.00 | 296.00 |
| 173965<br>5/9/2008<br>WIP<br>Legal research on plan and Committee issues. (1.4) ; Emails with A. Brody regarding plan. (.3) ; Follow-up with D. Lieberman and Debtor's counsel regarding bid procedures motion, and disclosure statement. (.4) ; Emails with S. Victor regarding interested parties and follow-up. (.5) ; Follow-up with I. Volkov regarding plan comments and CIT documents. (.2) ; Emails with I. Volkov and A. Brody regarding Debtor's filing of Commissions motion, and failure to provide revised disclosure statement or bid procedure motion. (.4) ; | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 4.50 | 435.00 | 1957.50 |

6/9/2008
2:43 PM

Halperin Battaglia Raicht, LLP
Listing

Page        7

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Commence review of revised documents. (1.3) | | | | |
| 174094                    TIME<br>5/10/2008<br>WIP<br>Review of revised plan and email to group with<br>comments. (1.6) ; Review of bidding procedures<br>motion and email with comments. (.8) | DHL<br>General<br>Shapes-CC | 2.40 | 350.00 | 840.00 |
| 173966                    TIME<br>5/10/2008<br>WIP<br>Extensive emails with parties to case regarding open<br>plan issues. | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.10 | 435.00 | 478.50 |
| 174095                    TIME<br>5/11/2008<br>WIP<br>Review of emails regarding issues regarding plan and<br>bidding procedures; Responses to same. (.5) ; Placed<br>call to A. Halperin regarding significant issues. (.3) | DHL<br>General<br>Shapes-CC | 0.80 | 350.00 | 280.00 |
| 173968                    TIME<br>5/11/2008<br>WIP<br>Telephone calls with D. Lieberman regarding plan<br>changes and open points. (.5) ; Emails with counsel to<br>Arch and Debtors and CIT regarding open points. (.6) ;<br>Preliminary review of revised documents. (.8) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.90 | 435.00 | 826.50 |
| 173975                    TIME<br>5/12/2008<br>WIP<br>Emails with S. Victor concerning Nat City retention. | ADH<br>Motions&Applications<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 173820                    TIME<br>5/12/2008<br>WIP<br>Review docket regarding amended disclosure<br>statement developments. | WB<br>General<br>Shapes-CC | 0.30 | 370.00 | 111.00 |
| 174096                    TIME<br>5/12/2008<br>WIP<br>Review of email traffic regarding plan cap, bidding and<br>responses to same. | DHL<br>General<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 173973                    TIME<br>5/12/2008<br>WIP<br>Review redlined plan and comment on same. (1.3) ;<br>Emails with M. Felger regarding revised disclosure<br>statement and other pleadings. (.5) ; Telephone<br>conferences with A. Brody regarding revisions to plan.<br>(.4) ; Review of revised documents. (.8) ; Extensive<br>discussions with N. Mitchell and A. Brody regarding<br>new cap. (.7) ; Follow-up regarding same with I. Volkov<br>and H. Konicov. (.5) ; Telephone conferences with H.<br>Konicov and B. Katz regarding status and L. Cap<br>issue. (.6) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 4.80 | 435.00 | 2088.00 |
| 173974                    TIME<br>5/12/2008<br>WIP<br>Prepare for, and participate in, all hands conference<br>call to review Nat City retention, bid procedures, and<br>plan. (2.1) ; Follow-up call with I. Volkov. (.2) | ADH<br>Meetings & Hearings<br>Shapes-CC | 2.30 | 435.00 | 1000.50 |

6/9/2008                               Halperin Battaglia Raicht, LLP
2:43 PM                                   Listing                            Page    8

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 174347<br>5/12/2008<br>WIP<br>Review ECF and alert A. Halperin, D. Lieberman. ( 2) ;<br>Review and respond to emails from Committee<br>members. (.2) ; Review motion to compel payment of<br>administrative expense and memo to A. Halperin<br>regarding same. (.4) | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.80 | 225.00 | 180.00 |
| 175437<br>5/12/2008<br>WIP<br>Read and review various pleadings including Debtor's<br>motion for an order authorizing the payment of<br>commissions, PPG motion regarding administrative<br>expenses, Roux & Associates retentions, and Panitch<br>Schwarze retention. | TIME | EDG<br>Pleadings<br>Shapes-CC | 4.20 | 280.00 | 1176.00 |
| 175435<br>5/12/2008<br>WIP<br>Read and review email from Debtor's counsel<br>regarding EPA proposal regarding claims. (.1) ; Draft<br>email to A. Halperin and D. Lieberman regarding<br>same. (.1) | TIME | EDG<br>Claims Review & Analysis<br>Shapes-CC | 0.20 | 280.00 | 56.00 |
| 173076<br>5/12/2008<br>WIP<br>Emails with C. Mitchell regarding Committee<br>administration issues. | TIME | ADH<br>General<br>Shapes-CC | 0.20 | 435.00 | 87.00 |
| 174102<br>5/13/2008<br>WIP<br>Conference call (1.3) ; Placed call to B. Katz. (.2) ;<br>Email memo to Committee professionals. (.2) | TIME | DHL<br>General<br>Shapes-CC | 1.70 | 350.00 | 595.00 |
| 174446<br>5/13/2008<br>WIP<br>Review ECF regarding filed plan and disclosure<br>statement, alert D. Lieberman and E. Ganc regarding<br>same. (.2) ; Pull filed plan and disclosure statement<br>and circulate same. (.2) | TIME | CEM<br>Plan&Disclosure Statement<br>Shapes-CC | 0.40 | 225.00 | 90.00 |
| 174796<br>5/13/2008<br>WIP<br>Preparation of monthly fee statement; Multiple<br>conferences and emails regarding same. | TIME | JBM<br>General<br>Shapes-CC | 3.00 | 95.00 | 285.00 |
| 173827<br>5/13/2008<br>WIP<br>Meeting with A. Halperin, and D. Lieberman regarding<br>plan and disclosure statement issues. (.8) ; Review<br>emails regarding same. (.8) ; Review amended<br>disclosure statement. (1.7) | TIME | WB<br>Plan&Disclosure Statement<br>Shapes-CC | 3.30 | 370.00 | 1221.00 |
| 173889<br>5/13/2008<br>WIP<br>Conference with A. Halperin and D. Lieberman<br>regarding status and upcoming hrgs/deadlines. (.3) ;<br>Reviewed email from D. Lieberman regarding same.<br>(.1) | TIME | DJC<br>Committee Matters<br>Shapes-CC | 0.40 | 335.00 | 134.00 |

6/9/2008
2:43 PM

Halperin Battaglia Raicht, LLP
Listing

Page        9

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 174447<br>5/13/2008<br>WIP<br>Telephone call with Cole Schotz regarding D.<br>Lieberman pro hac vice application, follow-up with D.<br>Lieberman. (.2) ; Review order governing monthly<br>compensation per instructions from D. Lieberman and<br>respond to questions regarding same. (.3) | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.50 | 225.00 | 112.50 |
| 174448<br>5/13/2008<br>WIP<br>Review ECF regarding bid procedures motion and to<br>shorten time, alert D. Lieberman and E. Ganc<br>regarding same and circulate same. | TIME | CEM<br>Asset Sales<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 174100<br>5/13/2008<br>WIP<br>Review/revisions to bidding procedures order. (.3) ;<br>emails regarding new retentions. (.2) ; Draft - fee<br>statement. (.2) | TIME | DHL<br>General<br>Shapes-CC | 0.70 | 350.00 | 245.00 |
| 174101<br>5/13/2008<br>WIP<br>Email to A. Brody regarding 5.2. (.1) ; Review of filed<br>plan. (.8) ; Drafting - memo to Committee. (.4) ; Review<br>of motion regarding sales commissions. (.2) | TIME | DHL<br>General<br>Shapes-CC | 1.50 | 350.00 | 525.00 |
| 174099<br>5/13/2008<br>WIP<br>Meeting with A. Halperin regarding plan calls. (.7) ;<br>Drafting - checklist of coming motions. (.2) ; Exchange<br>of emails with Committee co-chair, M. Felger, S. Victor<br>regarding interested parties. (.5) ; Emails to interested<br>parties with plan and bidding procedures. (.2) ; Review<br>of I. Volkov comments to bid procedures. (.2) ; Meeting<br>with team regarding upcoming matters, plan and<br>disclosure statement issues. (.7) ; Emails to and from<br>M. Felger regarding administrative bar date. (.2) ;<br>Email to M. Sirota regarding deposition transcripts. (.1) | TIME | DHL<br>General<br>Shapes-CC | 2.80 | 350.00 | 980.00 |
| 175445<br>5/13/2008<br>WIP<br>Draft memo to A. Halperin and D. Lieberman regarding<br>various pleadings, including motion to authorize<br>payment of sales commissions, PPG motion to<br>compel., etc. | TIME | EDG<br>Pleadings<br>Shapes-CC | 3.20 | 280.00 | 896.00 |
| 173984<br>5/13/2008<br>WIP<br>Telephone calls with A. Brody regarding plan issues<br>and motions. (.6) ; Follow-up on bevy of retention<br>motions filed by Debtor. (.5) | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 1.10 | 435.00 | 478.50 |
| 173983<br>5/13/2008<br>WIP<br>Team meeting to discuss status, open points, and<br>tasks to be done. | TIME | ADH<br>Meetings & Hearings<br>Shapes-CC | 0.70 | 435.00 | 304.50 |

6/9/2008
2:43 PM

Halperin Battaglia Raicht, LLP
Listing

Page      10

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 173982<br>5/13/2008<br>WIP<br>Emails with R. Kellner regarding interested parties. (.2) ; Emails with N. Mitchell and M. Felger regarding plan and cap. (.2) ; Emails with S. Victor regarding interested parties. (.3) ; Extensive telephone calls and emails with J. H. Cohn regarding cap and related issues. (.6) ; Follow-up regarding same. (.8) ; Review comments to documents. (.4) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 2.50 | 435.00 | 1087.50 |
| 173981<br>5/13/2008<br>WIP<br>Follow-up with C. Mitchell regarding Committee communications. (.2) ; Email to the Committee regarding case status, and follow-up with Committee members. (.8) | TIME | ADH<br>General<br>Shapes-CC | 1.00 | 435.00 | 435.00 |
| 174533<br>5/14/2008<br>WIP<br>Exchange of emails regarding HIG nos, position, plan issues. (.5) ; Meeting with A. Halperin regarding same. (.3) ; Review of disclosure statement. (.4) ; Placed call to I. Volkov. (.1) ; Email to B. Katz and H. Konicov with questions. (.2) | TIME | DHL<br>General<br>Shapes-CC | 1.50 | 350.00 | 525.00 |
| 174797<br>5/14/2008<br>WIP<br>Finalize fee statement; Email to co-counsel for filing and service. | TIME | JBM<br>General<br>Shapes-CC | 1.50 | 95.00 | 142.50 |
| 174537<br>5/14/2008<br>WIP<br>Placed call to J. Garemore regarding environ. (.2) ; Revision to fee statement. (.2) ; Revision to bidding procedures. (.2) ; Email to M. Felger, J. Poslusny. (.1) ; Placed calls (2x) to H. Konicov regarding plan issues. (.3) | TIME | DHL<br>General<br>Shapes-CC | 1.00 | 350.00 | 350.00 |
| 174538<br>5/14/2008<br>WIP<br>Email to M. Felger and J. Poslusny regarding environmental issues, J. Garemore. (.2) ; Email to J. Garemore regarding above. (.1) | TIME | DHL<br>General<br>Shapes-CC | 0.30 | 350.00 | 105.00 |
| 174570<br>5/14/2008<br>WIP<br>Preparation of documents for attorney review. | TIME | MCK<br>General<br>Shapes-CC | 0.20 | 75.00 | 15.00 |
| 174876<br>5/14/2008<br>WIP<br>Office conference with A. Halperin regarding commissions motion. (.1) ; Draft email to Debtor's counsel regarding same. (.1) ; Draft email to Committee member regarding same. (.1) ; Telephone conference with Debtor's counsel regarding ordinary course retentions. (.2) ; Review email regarding same. (.1) ; Draft email to D. Lieberman regarding same. (.2) ; Read and review email from Debtor's counsel regarding commissions motion. (.2) ; Draft email to D. | TIME | EDG<br>Pleadings<br>Shapes-CC | 1.10 | 280.00 | 308.00 |

6/9/2008
2:43 PM

Halperin Battaglia Raicht, LLP
Listing

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Lieberman regarding same. (.1) | | | | |
| 174465                    TIME<br>6/14/2008<br>WIP<br>Review ECF and related documents, alert A. Halperin,<br>D. Lieberman and E. Ganc. | CEM<br>Motions&Applications<br>Shapes-CC | 0.30 | 225.00 | 67.50 |
| 173899                    TIME<br>5/14/2008<br>WIP<br>Reviewed email from D. Lieberman regarding status<br>with HIG ( 1) : Reviewed email from I. Volkov<br>regarding same; Reviewed email from B. Katz<br>regarding same; Reviewed A. Halperin response. (.1) | DJC<br>Committee Matters<br>Shapes-CC | 0.20 | 335.00 | 67.00 |
| 174466                    TIME<br>5/14/2008<br>WIP<br>Review and respond to Committee questions. (.3) ;<br>Emails from A. Halperin. (.1) | CEM<br>General<br>Shapes-CC | 0.40 | 225.00 | 90.00 |
| 173992                    TIME<br>5/14/2008<br>WIP<br>Emails with Committee members regarding process.<br>(.2) ; Emails with H. Konicov regarding same. (.2) ;<br>Brief office conference with D. Lieberman regarding<br>HIG call. (.3) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.70 | 435.00 | 304.50 |
| ..93                    TIME<br>5/14/2008<br>WIP<br>Telephone conference with D. Smale regarding<br>pending motions and related questions. (.3) ; Discuss<br>pending motions with E. Ganc. (.2) ; Discuss<br>Committee member inquiries and responses with C.<br>Mitchell. (.2) | ADH<br>Motions&Applications<br>Shapes-CC | 0.70 | 435.00 | 304.50 |
| 173994                    TIME<br>5/14/2008<br>WIP<br>Emails with M. Felger and A. Brody regarding<br>environmental stipulation. | ADH<br>Claims Review & Analysis<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 173833                    TIME<br>5/14/2008<br>WIP<br>Discuss status of plan talks with D. Lieberman. (.4) ;<br>Review email traffic regarding same. (.5) ; Review<br>filings regarding same. (.6) | WB<br>Plan&Disclosure Statement<br>Shapes-CC | 1.50 | 370.00 | 555.00 |
| 174000                    TIME<br>5/15/2008<br>WIP<br>Emails with Debtors counsel regarding plan cap issues. | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 174485                    TIME<br>5/15/2008<br>WIP<br>Review ECF and alert D. Lieberman. (.2) ; Review<br>various monthly fee statements. (.1) | CEM<br>Motions&Applications<br>Shapes-CC | 0.30 | 225.00 | 67.50 |
| 174541                    TIME<br>5/15/2008<br>WIP<br>Review of disclosure statement and plan. (3.4) ; Memo | DHL<br>General<br>Shapes-CC | 4.80 | 350.00 | 1680.00 |

6/9/2008                              Halperin Battaglia Raicht, LLP
2:43 PM                                          Listing                                    Page    12

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| to I. Volkov with comments. (.2) ; Emails regarding administrative bar date, claims update. (.2) ; Review of emails regarding EPA and email responses regarding Committee position. (.3) ; Placed call to I. Volkov regarding disclosure statement issues. (.1) ; Placed call to A. Brody regarding bidding, plan. (.3) ; Email to J. Poslusny regarding plan administrative agreement. (.1) ; Memo to Committee regarding proposed retentions. (.2) | | | | | |
| 173997<br>5/15/2008<br>WIP<br>Emails with Committee members regarding bills. | TIME | ADH<br>General<br>Shapes-CC | 0.20 | 435.00 | 87.00 |
| 174484<br>5/15/2008<br>WIP<br>Review and respond to email from Committee members. | TIME | CEM<br>General<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 173998<br>5/15/2008<br>WIP<br>Emails with Debtors counsel and HIG counsel regarding EPA stipulation. | TIME | ADH<br>Claims Review & Analysis<br>Shapes-CC | 0.20 | 435.00 | 87.00 |
| 174882<br>5/15/2008<br>WIP<br>Draft follow-up email to Committee member regarding commissions motion. (.1) ; Read and review response and forward to D. Lieberman. (.1) ; Draft memo to Committee regarding ordinary course retentions. (1.0) | TIME | EDG<br>Pleadings<br>Shapes-CC | 1.20 | 280.00 | 336.00 |
| 173999<br>5/15/2008<br>WIP<br>Email with HIG counsel regarding budget. | TIME | ADH<br>Financing<br>Shapes-CC | 0.20 | 435.00 | 87.00 |
| 173843<br>5/16/2008<br>WIP<br>Discuss status with D. Lieberman. (.5) ; Review comments to revised disclosure statement. (1.6) | TIME | WB<br>Plan&Disclosure Statement<br>Shapes-CC | 2.10 | 370.00 | 777.00 |
| 174007<br>5/16/2008<br>WIP<br>Telephone conference with D. Lieberman and A. Brody regarding status and issues. (1.2) ; Follow-up with D. Lieberman. (.2) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.40 | 435.00 | 609.00 |
| 174009<br>5/16/2008<br>WIP<br>Office conferences with D. Lieberman, and follow-up with co-chairs, regarding status. | TIME | ADH<br>General<br>Shapes-CC | 0.20 | 435.00 | 87.00 |
| 174008<br>5/16/2008<br>WIP<br>Telephone conference with H. Konicov regarding meetings. | TIME | ADH<br>Meetings & Hearings<br>Shapes-CC | 0.50 | 435.00 | 217.50 |

6/9/2008
2:43 PM

Halperin Battaglia Raicht, LLP
Listing

Page    13

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 174545<br>5/16/2008<br>WIP<br>Placed call to R. Kellner regarding cap issue. (.2) ;<br>Emails to B. Bull and R. Kellner regarding Monday. (.1) | TIME | DHL<br>General<br>Shapes-CC | 0.30 | 350.00 | 105.00 |
| 174543<br>5/16/2008<br>WIP<br>Placed call to I. Volkov - bid precedures and plan and disclosure statement comments. (.3) ; Placed call to B. Katz regarding budget, operating nos. (.2) ; Emails regarding purposed of call. (.2) ; Review disclosure statement comments. (.2) ; Conference call with A. Brody, M. Felger, J. Poslusny, I. Volkov. (1.0) ; Conference call with M. Felger. I. Volkov regarding Monday hearings. (.6) ; Placed call to I. Volkov regarding above. (.1) ; Placed call to B. Katz regarding cap issue, plan. (.2) ; Placed call to H. Konicov regarding above. (.1) ; Placed call to A. Halperin and A. Brody regarding plan issues. (.4) | TIME | DHL<br>General<br>Shapes-CC | 3.60 | 350.00 | 1260.00 |
| 174504<br>5/16/2008<br>WIP<br>Review ECF, alert D. Lieberman and E. Ganc. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 175350<br>5/19/2008<br>WIP<br>Conference with D. Lieberman regarding status and current issues for hearing. | TIME | JDD<br>Meetings & Hearings<br>Shapes-CC | 0.20 | 275.00 | 55.00 |
| 4758<br>5/19/2008<br>WIP<br>Receive notices and pleadings and advise A. Halperin regarding same. | TIME | CJB<br>Motions&Applications<br>Shapes-CC | 0.10 | 385.00 | 38.50 |
| 174115<br>5/19/2008<br>WIP<br>Emails with D. Lieberman regarding hearing and offer on cap. | TIME | ADH<br>General<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 174546<br>5/19/2008<br>WIP<br>Review of bidding procedure motion and order. (.3) ; Email to A. Brody regarding proposed language in order. (.1) ; Conference call with R. Kellner and R. Peterson regarding plan issue, disclosure statement objection plan vs. §363 sale. (.3) ; Preparation for hearing, travel. (4.5) ; Meetings with I. Volkov. (.3) ; Meeting with M. Felger, A. Brody. (.3) ; Hearing. (2.1) ; Review of HIG proposal and email regarding same. (.2) | TIME | DHL<br>General<br>Shapes-CC | 8.10 | 350.00 | 2835.00 |
| 174120<br>5/19/2008<br>WIP<br>Review disclosure statement and emails related thereto. (2.4) ; Discuss with D. Lieberman. (.3) ; Review emails regarding today's hearing. (.5) | TIME | WB<br>Plan&Disclosure Statement<br>Shapes-CC | 3.20 | 370.00 | 1184.00 |

6/9/2008
2:43 PM

Halperin Battaglia Raicht, LLP
Listing

Page    14

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 174514<br>5/19/2008<br>WIP<br>Review and respond to emails from D. Lieberman regarding preparation for hearing. (.3) ; Prepare D. Lieberman for hearing and coordinate documents regarding same. (.6) | TIME | CEM<br>Meetings & Hearings<br>Shapes-CC | 0.90 | 225.00 | 202.50 |
| 175353<br>5/20/2008<br>WIP<br>Conferences with D. Lieberman throughout the day regarding administrative bar date application. | TIME | JDD<br>Meetings & Hearings<br>Shapes-CC | 0.30 | 275.00 | 82.50 |
| 175354<br>5/20/2008<br>WIP<br>Review administrative bar date application, notice and proposed order and comment on same. (2.9) ; Revise comments to include those of co-counsel prior to circulation. (.6) | TIME | JDD<br>Motions&Applications<br>Shapes-CC | 3.50 | 275.00 | 962.50 |
| 175389<br>5/20/2008<br>WIP<br>Placed call to I. Volkov regarding HIG, hearing. (.2) ; Exchange of emails regarding HIG proposal. (.2) ; Memo to Committee regarding same. (.2) | TIME | DHL<br>General<br>Shapes-CC | 0.60 | 350.00 | 210.00 |
| 175392<br>5/20/2008<br>WIP<br>Conference call with Committee professionals. (.4) ; Conference call with Committee regarding HIG proposal, counter; Friday hearings, administrative bar date. (.9) | TIME | DHL<br>General<br>Shapes-CC | 1.30 | 350.00 | 455.00 |
| 174433<br>5/20/2008<br>WIP<br>Conference call with professionals and then Committee to consider HIG cap offer. (1.2) ; Review emails and other materials regarding cap offer and possible counterclaims, including chart prepared by FA. (2.0) | TIME | WB<br>Plan&Disclosure Statement<br>Shapes-CC | 3.20 | 370.00 | 1184.00 |
| 175394<br>5/20/2008<br>WIP<br>Placed call to J. Drew regarding cap issue. (.2) ; Review of comments regarding administrative bar date notice and email to I. Volkov. (.2) ; Placed call to M. Felger regarding Committee position of HIG offer. (.2) ; Email to I. Volkov regarding above. (.2) | TIME | DHL<br>General<br>Shapes-CC | 0.80 | 350.00 | 280.00 |
| 174829<br>5/20/2008<br>WIP<br>Assist D. Lieberman in coordinating Committee call; Follow-up regarding same. | TIME | CEM<br>Meetings & Hearings<br>Shapes-CC | 0.60 | 225.00 | 135.00 |
| 174830<br>5/20/2008<br>WIP<br>Review ECF, alert D. Lieberman and E. Ganc regarding same. (.2) ; Pull various motions per the request of D. Lieberman and E. Ganc. (.3) | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.50 | 225.00 | 112.50 |

6/9/2008                          Halperin Battaglia Raicht, LLP
2:43 PM                                    Listing                                    Page      15

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 174993<br>5/20/2008<br>WIP<br>Preparation of documents for attorney review. | TIME | MCK<br>General<br>Shapes-CC | 0.20 | 75.00 | 15.00 |
| 174980<br>5/20/2008<br>WIP<br>Multiple emails and telephone conferences with D. Lieberman regarding CAP proposals and issues, and bid procedures. (1.0) ; Emails from Greenberg and Cozen regarding same. (.5) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.50 | 435.00 | 652.50 |
| 174862<br>5/21/2008<br>WIP<br>Review and respond to various emails from D. Lieberman. (.2) ; Review objections and other filings and forward to D. Lieberman. (.2) | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.40 | 225.00 | 90.00 |
| 174586<br>5/21/2008<br>WIP<br>Review email traffic concerning negotiations on cap issue. (1.1) ; Confer with D. Lieberman regarding same. (.6) ; Review objections filed to previous form of disclosure statement. (1.7) ; Email relevant parties regarding plan and disclosure statement issues. (.6) | TIME | WB<br>Plan&Disclosure Statement<br>Shapes-CC | 4.00 | 370.00 | 1480.00 |
| 175397<br>5/21/2008<br>WIP<br>...d call to I. Volkov - administrative bar date, offer, ...statement. (.1) ; Placed call to R. Kellner. ... R. Kellner and S. Klar regarding ...2) ; Exchange of emails with N. Mitchell ...offer. (.3) | TIME | DHL<br>General<br>Shapes-CC | 0.80 | 350.00 | 280.00 |
| 175400<br>5/21/2008<br>WIP<br>Revision to disclosure statement order. (.2) ; Review of counter-proposal and email to N. Mitchell with question. (.2) | TIME | DHL<br>General<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 175401<br>5/21/2008<br>WIP<br>Placed call to A. Brody regarding plan issues. (.6) ; Placed call to A. Halperin regarding professional fees. (.1) ; Placed call to I. Volkov regarding issues. (.2) ; Email to N. Mitchell with counter. (.2) ; Email to co-chairs of Committee. (.2) ; Email to I. Volkov. (.1) | TIME | DHL<br>General<br>Shapes-CC | 1.40 | 350.00 | 490.00 |
| 175013<br>5/21/2008<br>WIP<br>Emails and telephone calls with D. Lieberman regarding status of negotiations. (.6) ; Review emails regarding same, and follow-up. (.4) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.00 | 435.00 | 435.00 |
| 174996<br>5/21/2008<br>WIP<br>Copied documents for attorney review. | TIME | MCK<br>General<br>Shapes-CC | 0.30 | 75.00 | 22.50 |

6/9/2008                              Halperin Battaglia Raicht, LLP
2:43 PM                                            Listing                                    Page      16

| Slip ID | | | | | |
| Dates and Time | | Attorney | | | |
| Status | | Activity | | | |
| Description | | Client | | | |
| | | Reference | Units | Rate | Slip Value |
| 175404 | TIME | DHL | 1.20 | 350.00 | 420.00 |
| 5/22/2008 | | General | | | |
| WIP | | Shapes-CC | | | |
| Placed calls (3x) to W. Benzija regarding HIC negotiations, plan. (.8) ; Review of emails. (.4) | | | | | |
| 174869 | TIME | RDR | 0.80 | 410.00 | 328.00 |
| 5/22/2008 | | Meetings & Hearings | | | |
| WIP | | Shapes-CC | | | |
| Conference with W. Benzija regarding open issues to disclosure statement. | | | | | |
| 174902 | TIME | CEM | 0.20 | 225.00 | 45.00 |
| 5/22/2008 | | Motions&Applications | | | |
| WIP | | Shapes-CC | | | |
| Review ECF, alert D. Lieberman and W. Benzija. | | | | | |
| ...5008 | TIME | SNC | 0.40 | 80.00 | 32.00 |
| ...5 2008 | | General | | | |
| ...IP | | Shapes-CC | | | |
| Document organization and file maintenance. | | | | | |
| 175018 | TIME | ADH | 1.20 | 435.00 | 522.00 |
| 5/22/2008 | | Plan&Disclosure Statement | | | |
| WIP | | Shapes-CC | | | |
| Telephone conference with H. Konicov and W. Benzija regarding budget and bills. (.5) ; Telephone call with N. Mitchell regarding plan issues. (.3) ; Emails with W. Benzija and I. Volkov regarding status of negotiations, disclosure statement, objections and other issues. (.4) | | | | | |
| 175027 | TIME | WB | 7.20 | 370.00 | 2004.00 |
| 5/22/2008 | | Plan&Disclosure Statement | | | |
| WIP | | Shapes-CC | | | |
| Telephone conference with A. Halperin and H. Konicov regarding professional fee budget and resolution of issues regarding same. (.5) ; Conference with I. Volkov regarding plan issues, with N. Mitchell (HIG counsel). (2.2) ; Conference among estate professionals and HIG counsel regarding disclosure statement hearing. (.5) ; Review and comment on language chages to plan funding provision in plan and disclosure statement, including review of proposed order approving disclosure statement. (3.2) ; Telephone conference with D. Lieberman regarding statutory fee issue, other plan issues (.8) | | | | | |
| 175247 | TIME | CEM | 0.20 | 225.00 | 45.00 |
| 5/23/2008 | | Motions&Applications | | | |
| WIP | | Shapes CC | | | |
| Review ECF, alert A. Halperin, D. Lieberman and E. Ganc regarding same. | | | | | |
| 175086 | TIME | ADH | 1.00 | 435.00 | 435.00 |
| 5/23/2008 | | General | | | |
| WIP | | Shapes-CC | | | |
| Telephone calls and emails with W. Benzija regarding hearings. (.3) ; Review disclosure statement comments. (.7) | | | | | |
| 175028 | TIME | WB | 9.90 | 370.00 | 3663.00 |
| 5/23/2008 | | Meetings & Hearings | | | |
| WIP | | Shapes-CC | | | |
| Prepare for disclosure statement hearing during travel and prior to hearing. (2.5) ; Attend hearing and confer with counsel regarding approval of disclosure statement and revisions to same. (6.4) ; Review final | | | | | |

6/9/2008                          Halperin Battaglia Raicht, LLP
2:43 PM                                      Listing                                     Page    17

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| order and confer with counsel following hearing. (1.0) | | | | |
| 175409               TIME<br>5/27/2008<br>WIP<br>Review of disclosure statement order and ballots. (.5) ;<br>Placed call to R. Peterson regarding status. (.1) | DHL<br>General<br>Shapes-CC | 0.60 | 350.00 | 210.00 |
| 175406               TIME<br>5/27/2008<br>WIP<br>Email to I. Volkov regarding status. (.1) ; Review of<br>blackline of disclosure statement and plan. (1.5) ;<br>Email to J. H. Cohn. (.1) ; Drafting of memo to<br>Committee. (.3) | DHL<br>General<br>Shapes-CC | 2.00 | 350.00 | 700.00 |
| 175508               TIME<br>5/27/2008<br>WIP<br>Meeting with W. Benzija regarding hearing. | DHL<br>General<br>Shapes-CC | 0.30 | 350.00 | 105.00 |
| 175075               TIME<br>5/27/2008<br>WIP<br>Preparation of documents for attorney review. | MCK<br>General<br>Shapes-CC | 0.20 | 75.00 | 15.00 |
| 175269               TIME<br>5/27/2008<br>WIP<br>Review ECF, alert D. Lieberman. (.2) ; Review plan<br>and disclosure statement in marked form and forward<br>to D. Lieberman. (.2) ; Review and respond to emails<br>from D. Lieberman. (.2) | CEM<br>Plan&Disclosure Statement<br>Shapes-CC | 0.60 | 225.00 | 135.00 |
| 175032               TIME<br>5/27/2008<br>Review blacklined plan and disclosure statement for<br>changes. (1.5) ; Review and respond to emails<br>regarding same. (.5) ; Discuss hearing with D.<br>Lieberman. (.3) ; Review and comment on email to<br>Committee regarding results of hearing. (.5) | WB<br>Plan&Disclosure Statement<br>Shapes-CC | 2.80 | 370.00 | 1036.00 |
| 175099               TIME<br>5/27/2008<br>WIP<br>Review comments to plan and disclosure statement. | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 175098               TIME<br>5/27/2008<br>WIP<br>Emails with D. Lieberman regarding memo to the<br>Committee. | ADH<br>General<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 175284               TIME<br>5/28/2008<br>WIP<br>Review and respond to emails from D. Lieberman. (.1)<br>; Review ECF regarding plan and disclosure statement<br>filings and forward to D. Lieberman. (.2) ; Review and<br>respond to email from E. Ganc. (.1) | CEM<br>Plan&Disclosure Statement<br>Shapes-CC | 0.40 | 225.00 | 90.00 |
| 175419               TIME<br>5/28/2008<br>WIP<br>Email regarding plan reserve issue 5.2 and 5.3 | DHL<br>General<br>Shapes-CC | 0.10 | 350.00 | 35.00 |

6/9/2008
2:43 PM

Halperin Battaglia Raicht, LLP
Listing

Page    18

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 175038<br>5/28/2008<br>WIP<br>Review emails regarding plan issues. | TIME | WB<br>Plan&Disclosure Statement<br>Shapes-CC | 0.40 | 370.00 | 148.00 |
| 175488<br>5/28/2008<br>WIP<br>Review various stay relief motions, motion of Cooper Electric for administrative allowance, retention papers for Manko Gold et al. (3.4) ; Draft email to A. Halperin regarding same and review response. (.2) ; Draft email to Debtor's counsel regarding same. (.2) | TIME | EDG<br>Pleadings<br>Shapes-CC | 3.80 | 280.00 | 1064.00 |
| 175112<br>5/28/2008<br>WIP<br>Discussion with D. Lieberman regarding review of plan and related documents. (.3) ; Discuss pending motions, additional information needed and Committee position with E. Ganc. (.3) | TIME | ADH<br>General<br>Shapes-CC | 0.60 | 435.00 | 261.00 |
| 175309<br>5/29/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E. Ganc regarding same. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 175423<br>5/29/2008<br>WIP<br>Placed call to A. Brody §363 and 1113 motions, Union ...ting, plan documents. (.2) ; Revision to plan ... ...drafting of Trust agreement. (1.7) | TIME | DHL<br>General<br>Shapes-CC | 1.90 | 350.00 | 665.00 |
| 5/29/2008<br>WIP<br>Review of pleadings. (.8) ; Follow-up on pending Committee motions. (.4) | | ADH<br>Motions&Applications<br>Shapes-CC | 1.20 | 435.00 | 522.00 |
| 175323<br>5/30/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E. Ganc regarding same. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 175501<br>5/30/2008<br>WIP<br>Read and review email from A. Halperin regarding withdrawing Trustee and exclusivity termination motions. (.1) ; Telephone conference with chambers regarding same. (.1) ; Draft notice of withdrawal of motions. (.4) | TIME | EDG<br>Pleadings<br>Shapes-CC | 0.60 | 280.00 | 168.00 |
| 175051<br>5/30/2008<br>WIP<br>Review email traffic regarding plan. | TIME | WB<br>Plan&Disclosure Statement<br>Shapes-CC | 0.20 | 370.00 | 74.00 |
| 175131<br>5/30/2008<br>WIP<br>Prepare for, and participate in, Committee professionals call. | TIME | ADH<br>Meetings & Hearings<br>Shapes-CC | 1.00 | 435.00 | 435.00 |

6/9/2008                          Halperin Battaglia Raicht, LLP
2:43 PM                                    Listing                                    Page      19

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 175084<br>5/30/2008<br>WIP<br>Preparation of documents for attorney review. | TIME | MCK<br>General<br>Shapes-CC | 0.30 | 75.00 | 22.50 |
| 175132<br>5/30/2008<br>WIP<br>Emails with M. Felger et al regarding Committee's<br>Trustee motion. (.3) Review pleadings filed. (.3) | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 0.60 | 435.00 | 261.00 |
| 175429<br>6/30/2008<br>WIP<br>Drafting - trust agreement. (2.9) ; Review of notices of<br>withdrawal of motions. (.1) | TIME | DHL<br>General<br>Shapes-CC | 3.00 | 350.00 | 1050.00 |
| 175426<br>5/30/2008 | TIME | DHL<br>General<br>Shapes-CC | 1.40 | 350.00 | 490.00 |
| ...nce call with A. Halperin, I. Volkov, J. H. Cohn<br> claims. (.7) ; Emails to M. Felger. (.2) ;<br> ...th A. Halperin regarding claims, union. (.2) ;<br> D. McElhinney regarding claims register.<br>(.1) ; Exchange of emails with M. Felger regarding<br>claims. (.2) | | | | | |
| 175133<br>5/30/2008<br>WIP<br>Telephone conference with M. Felger regarding claims<br>and plan issues. | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.60 | 435.00 | 261.00 |
| 175134<br>5/30/2008<br>WIP<br>Follow-up on claims. | TIME | ADH<br>Claims Review & Analysis<br>Shapes-CC | 1.10 | 435.00 | 478.50 |

| Grand Total | | | | | |
|---|---|---|---|---|---|
| | | Billable | 245.30 | | 89797.00 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 245.30 | | 89797.00 |

# EXHIBIT C

| 6/10/2008<br>12:23 PM | Halperin Battaglia Raicht, LLP<br>Listing | Page    1 |
|---|---|---|

---

## Selection Criteria

| Slip.Date | 5/1/2008 - 5/31/2008 |
|---|---|
| Clie.Selection | Include: Shapes-CC |
| Slip.Slip Type | Expense |

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 173389<br>5/1/2008<br>WIP<br>Mass transit and/or car service expenses. | EXP | ADH<br>Transportation<br>Shapes-CC | 1 | 127.50 | 127.50 |
| 173766<br>5/1/2008<br>WIP<br>Car service expenses. | EXP | ADH<br>Transportation<br>Shapes-CC | 1 | 207.15 | 207.15 |
| 174822<br>5/19/2008<br>WIP<br>Travel expenses. | EXP | DHL<br>Transportation<br>Shapes-CC | 1 | 436.64 | 436.64 |
| 175564<br>5/23/2008<br>WIP<br>Court hearing travel expenses | EXP | WB<br>Transportation<br>Shapes-CC | 1 | 1016.76 | 1016.76 |
| 175565<br>5/23/2008<br>WIP<br>Reimbursable breakfast, lunch or dinner expenses. | EXP | WB<br>Meal<br>Shapes-CC | 1 | 11.07 | 11.07 |
| 175387<br>5/30/2008<br>WIP<br>Photocopy charges for the month. | EXP | JBM<br>Photocopies<br>Shapes-CC | 1685 | 0.20 | 337.00 |
| 175388<br>5/30/2008<br>WIP<br>Westlaw online legal research usage. | EXP | JBM<br>Westlaw<br>Shapes-CC | 1 | 125.81 | 125.81 |
| 175509<br>5/30/2008<br>WIP<br>Public access to court electronic records. | EXP | JBM<br>PACER<br>Shapes-CC | 1 | 58.96 | 58.96 |
| 175510<br>5/30/2008<br>WIP<br>Conference call services. | EXP | JBM<br>Deracom<br>Shapes-CC | 1 | 372.40 | 372.40 |
| 175563<br>5/30/2008<br>WIP<br>Long distance charges for the month. | EXP | JBM<br>Long Distance<br>Shapes-CC | 1 | 10.09 | 10.09 |
| Grand Total | | Billable | 0.00 | | 2702.38 |

6/10/2008
12:24 PM

Halperin Battaglia Raicht, LLP
Listing

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 2702.38 |