# EXHIBIT B



**COLE SCHOTZ**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law        A Professional Corporation

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201.489.3000   201.489.1536 FAX

NEW YORK

DELAWARE

MARYLAND

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
C/O BRIAN BULL, FCI CCE, CREDIT MANAGER - USA
ALCAN, INC.
1188 SHERBROOKE STREET WEST
MONTREAL QUEBEC, H3A 3GC
CANADA

Re:   **Client/Matter No. 45765-0001**
      **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Ilana Volkov
Invoice No. 627954
June 12, 2008

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2008

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/08 | TRAVEL BANKRUPTCY COURT ROUND TRIP TO CAMDEN | WU | 3.40 | 1,530.00 |
| 05/01/08 | PREPARATION BANKRUPTCY COURT 5/1 HEARING (INCLUDING PRE-MEETING WITH CO-COUNSEL) | WU | 1.20 | 540.00 |
| 05/01/08 | APPEARANCE BANKRUPTCY COURT 5/1 CONTESTED MATTERS | WU | 7.50 | 3,375.00 |
| 05/01/08 | TELEPHONE FROM CREDITOR (NATIONAL CITY BANKS) RE: STATUS | IVOL | 0.10 | 45.00 |
| 05/01/08 | REVIEW AND REVISE ARCH DIP LOAN AGREEMENT AND DIP ORDER (BEFORE THE HEARING) AND NUMEROUS E-MAIL CORRESP. RE: SAME | IVOL | 2.00 | 900.00 |
| 05/01/08 | REVIEW REVISED CIT AGREEMENT FOR COVENANT WAIVER | IVOL | 0.20 | 90.00 |
| 05/01/08 | WORK ON FILE - NUMEROUS DISCUSSIONS/E-MAILS INTERNALLY, J.H. COHN AND A. HALPERIN RE: BEFORE/DURING/AFTER HEARING; ATTEND COMMITTEE CONFERENCE CALL | IVOL | 1.50 | 675.00 |
| 05/01/08 | E-MAIL WITH P. PATTERSON RE: CIT ISSUES | IVOL | 0.10 | 45.00 |
| 05/01/08 | TRAVEL TO COURT - RE: DIP FINANCING - DISCLOSURE STATEMENT. | MDS | 4.30 | 2,687.50 |
| 05/01/08 | ATTEND COURT - RE: DIP FINANCING - DISCLOSURE STATEMENT. | MDS | 9.00 | 5,625.00 |
| 05/01/08 | PREPARE FOR COURT HEARING. | MDS | 1.40 | 875.00 |
| 05/01/08 | TELEPHONE FROM ATTORNEY/CO-COUNSEL HALPERIN - RE: HIG BUDGET. | MDS | 0.20 | 125.00 |
| 05/01/08 | E-MAIL FROM W. USATINE AND E-MAIL TO B. BUECHLER THE LINK FOR GRABELL DEPOSITION TRANSCRIPT | CAB | 0.20 | 33.00 |
| 05/01/08 | REVIEW FILING | CAB | 0.30 | 49.50 |
| 05/01/08 | RE-FILE AND ORGANIZE DOCUMENTS/PLEADINGS AFTER PREPARATION FOR TODAY'S HEARING | CAB | 0.60 | 99.00 |
| 05/01/08 | ATTEND DIP FINANCING AND HEARING ON ADEQUACY OF DISCLOSURE STATEMENT | FRY | 9.00 | 2,160.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice No. 627954
Client/Matter No. 45765-0001                                        June 12, 2008
                                                                    Page 2

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/08 | TRAVEL TO AND FROM HEARING ON DIP FINANCING AND ADEQUACY OF DISCLOSURE STATEMENT | FRY | 4.30 | 1,032.00 |
| 05/01/08 | PREPARE FOR HEARING ON DIP FINANCING AND ADEQUACY OF DISCLOSURE STATEMENT | FRY | 0.50 | 120.00 |
| 05/01/08 | CONFER WITH F. MULDER RE SERVICE LISTS | CAB | 0.20 | 33.00 |
| 05/02/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP./DISCUSSIONS WITH W. USATINE, M. SIROTA, F. YUDKIN, D. LIEBERMAN, B. KATZ, H. KONICOV RE: VARIOUS ISSUES | IVOL | 1.50 | 675.00 |
| 05/02/08 | REVIEW AND REVISE DOCUMENTS (ARCH AND CIT) | IVOL | 4.00 | 1,800.00 |
| 05/02/08 | CONFERENCE WITH P. PATTERSON RE: CIT ISSUES | IVOL | 0.20 | 90.00 |
| 05/02/08 | WORK ON FILE - NUMEROUS -E-MAIL CORRESP. WITH ADVERSARIES RE: VARIOUS ISSUES | IVOL | 1.50 | 675.00 |
| 05/02/08 | CONFERENCE WITH A. BRODY RE: ARCH ORDER | IVOL | 0.20 | 90.00 |
| 05/02/08 | CONFERENCE WITH B. KATZ/H. KONICOV RE: BUDGET ISSUES (SEVERAL) | IVOL | 0.30 | 135.00 |
| 05/02/08 | WORK ON SETTLEMENT DOCUMENT/ORDER. | MDS | 0.80 | 500.00 |
| 05/02/08 | WORK ON HIG PLAN / DISCLOSURE STATEMENT. | MDS | 2.10 | 1,312.50 |
| 05/02/08 | WORK ON FINALIZING DIP ORDERS. | MDS | 1.40 | 875.00 |
| 05/02/08 | WORK ON VARIOUS FORMS OF FINANCING ORDERS. | MDS | 1.90 | 1,187.50 |
| 05/02/08 | PREPARE FIRST MONTHLY FEE STATEMENT | CAB | 0.40 | 66.00 |
| 05/02/08 | PREPARE SERVICE LIST FOR OST ON MOTIONS TO TERMINATE EXCLUSIVITY AND APPOINT TRUSTEE | CAB | 0.70 | 115.50 |
| 05/02/08 | DRAFT LETTER TO SERVICE LIST ENCLOSING OST FOR MOTIONS TO TERMINATE EXCLUSIVITY AND APPOINT TRUSTEE | CAB | 0.20 | 33.00 |
| 05/03/08 | REVIEW AND REVISE CIT DIP LOAN AGREEMENT AND E-MAIL CORRESP. RE: SAME | IVOL | 1.00 | 450.00 |
| 05/03/08 | E-MAIL CORRESP. RE: BUDGET | IVOL | 0.30 | 135.00 |
| 05/04/08 | CONFERENCE WITH P. PATTERSON RE: CIT LOAN AGREEMENT | IVOL | 0.10 | 45.00 |
| 05/04/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. RE: CIT LOAN AGREEMENT, ARCH FINAL ORDER, ASSIGNMENT AGREEMENT AND PLAN | IVOL | 1.00 | 450.00 |
| 05/04/08 | REVIEW AND REVISE ASSIGNMENT AGREEMENT AND ARCH FINAL ORDER | IVOL | 3.20 | 1,440.00 |
| 05/04/08 | REVIEW HIG DISCLOSURE STATEMENT; POR; DIP ORDER | WU | 1.20 | 540.00 |
| 05/04/08 | E-MAIL REVIEWED; VARIOUS EMAIL FROM COUNSEL AND DEBTOR'S COUNSEL RE: COMMENTS TO HIG DOCUMENTS | WU | 0.30 | 135.00 |
| 05/05/08 | E-MAIL REVIEWED KONIKOV RE: STATUS OF DISCUSSIONS RE: | WU | 0.30 | 135.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 627954  
June 12, 2008  
Page 3

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | AMENDED BUDGET AND RELATED MATTERS | | | |
| 05/05/08 | REVIEW AMENDED HIG DOCUMENTS | WU | 0.80 | 360.00 |
| 05/05/08 | ATTENDANCE AT NUMEROUS CONFERENCE CALLS AND DISCUSSIONS IN THE MORNING RE: ORDERS, DOCUMENTS, ETC., INCLUDING CONFERENCE CALL WITH JUDGE BURNS | IVOL | 4.00 | 1,800.00 |
| 05/05/08 | ATTENDANCE AT CONFERENCE CALL WITH ADVERSARIES RE: OUTSTANDING ISSUES (IN THE EVENING) | IVOL | 1.60 | 720.00 |
| 05/05/08 | WORK ON REVIEWING, REVISING, NEGOTIATING ALL DOCUMENTS; E-MAIL CORRESP. RE: SAME WITH COUNSEL, J.H. COHN, ETC.; SEPARATE TELEPHONE DISCUSSIONS WITH COUNSEL | IVOL | 5.00 | 2,250.00 |
| 05/05/08 | E-MAIL WITH A. HALPERIN AND H. KONICOV RE: MONTHLY FEE STATEMENTS | SST | 0.10 | 32.50 |
| 05/05/08 | REVIEWING ADMINISTRATIVE ORDER RE: INTERIM COMPENSATION | SST | 0.20 | 65.00 |
| 05/05/08 | E-MAIL TO ACCOUNTING AND ATTORNEYS RE BILLING ISSUES | CAB | 0.20 | 33.00 |
| 05/05/08 | CONFER WITH S. TAHIRI RE FILING OF FIRST MONTHLY FEE STATEMENT AND COORDINATING WITH PROFESSIONALS | CAB | 0.20 | 33.00 |
| 05/05/08 | WORK ON APRIL PROFORMAS | CAB | 1.00 | 165.00 |
| 05/05/08 | PRINT RECENT NOTICES OF APPEARANCE AND UPDATE SERVICE LISTS | CAB | 0.40 | 66.00 |
| 05/05/08 | CORRESP. TO ADVERSARY FELGER - RE: VICTOR RETENTION. | MDS | 0.20 | 125.00 |
| 05/05/08 | CORRESP. FROM ACCOUNTANT KONICOV - RE: BUDGET WITH HIG. | MDS | 0.20 | 125.00 |
| 05/05/08 | TELEPHONE FROM ACCOUNTANT KATZ - RE: BUDGET FOR NEXT 3 MONTHS. | MDS | 0.20 | 125.00 |
| 05/05/08 | CALL BACK TRUSTEE DON - RE: STATUS OF CASE. | MDS | 0.20 | 125.00 |
| 05/05/08 | CALL BACK ATTORNEY/CO-COUNSEL ALAN - RE: INDEMNITY. | MDS | 0.20 | 125.00 |
| 05/06/08 | TELEPHONE FROM TRUSTEE MACMASTER - RE: STATUS RETENTION. | MDS | 0.20 | 125.00 |
| 05/06/08 | TELEPHONE FROM CO-CHAIR - RE: INDEMNITY. | MDS | 0.50 | 312.50 |
| 05/06/08 | REVIEW PROPOSED FINAL DIP ORDER. | MDS | 1.70 | 1,062.50 |
| 05/06/08 | CORRESP. TO ADVERSARY SHAPIRO - RE: RELEASES. | MDS | 0.20 | 125.00 |
| 05/06/08 | CORRESP. TO ADVERSARY FELGER - RE: RELEASES. | MDS | 0.20 | 125.00 |
| 05/06/08 | WORK ON ISSUE RE: FINALIZATION OF ALL DOCUMENTS AND ORDERS AND RESOLUTION OF ISSUES; ATTEND NUMEROUS TELEPHONE CONFERENCES (COUNSEL, COMMITTEE CHAIRS, COURT, ETC.); NUMEROUS E-MAIL CORRESP.; REVIEW OF REVISIONS, ETC. | IVOL | 5.70 | 2,565.00 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 627954  
June 12, 2008  
Page 4

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/06/08 | WORK ON FILE - ADDRESS ISSUES RE: 13-WEEK BUDGET; E-MAILS/TELEPHONE WITH J.H. COHN AND PHOENIX; M. FELGER | IVOL | 1.00 | 450.00 |
| 05/06/08 | E-MAIL CORRESP. RE: HEARING DATES FOR ALL MATTERS | IVOL | 0.30 | 135.00 |
| 05/06/08 | REVIEW A. HALPERIN'S STATUS E-MAIL TO COMMITTEE | IVOL | 0.10 | 45.00 |
| 05/06/08 | E-MAIL RE: PLAN AND DISCLOSURE STATEMENT ISSUES | IVOL | 0.20 | 90.00 |
| 05/06/08 | REVIEW D. ZAVODNICK'S MEMO RE: CIT LOAN DOCUMENTS | IVOL | 0.40 | 180.00 |
| 05/06/08 | TELEPHONE FROM ACCOUNTANT KATZ/KONIKOV RE: HIG/CIT ISSUES | WU | 0.20 | 90.00 |
| 05/06/08 | REVIEW DRAFT FINAL CIT DIP ORDERS | WU | 0.60 | 270.00 |
| 05/06/08 | REVIEW APRIL PROFORMAS | CAB | 1.20 | 198.00 |
| 05/07/08 | E-MAIL TO P. PATTERSON AND M. FELGER RE: ADDITIONAL CIT DOCUMENTS | IVOL | 0.20 | 90.00 |
| 05/07/08 | E-MAIL WITH D. ZAVODNICK RE: CIT DOCUMENT REVIEW | IVOL | 0.20 | 90.00 |
| 05/07/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. REVIEWED, INITIATED AND/OR RESPONDED TO RE: VARIOUS ISSUES SUCH AS BUDGET, NATCITY, STATUS OF PLAN AND DISCLOSURE STATEMENT, ETC. | IVOL | 0.80 | 360.00 |
| 05/07/08 | REVIEW RECENT NOTICES OF APPEARANCE AND UPDATE SERVICE LIST | CAB | 0.30 | 49.50 |
| 05/07/08 | WORK ON MONTHLY FEE STATEMENT | SST | 0.20 | 65.00 |
| 05/07/08 | RESEARCH RE: PERFECTION OF CIT LIENS | DSZ | 0.60 | 117.00 |
| 05/07/08 | EMAIL FROM/TO ILANA VOLKOV RE: PERFECTION OF CIT LIENS | DSZ | 0.20 | 39.00 |
| 05/08/08 | REVIEW DOCKET FOR RECENT NOTICES OF APPEARANCE | CAB | 0.20 | 33.00 |
| 05/08/08 | REVIEW APRIL PROFORMAS | CAB | 0.70 | 115.50 |
| 05/08/08 | REVIEW VARIOUS E-MAIL CORRESP./REPLY RE: NATCITY RETENTION, STATUS OF PLAN, DISCLOSURE STATEMENT, MOTION PAPERS AND BUDGET | IVOL | 0.80 | 360.00 |
| 05/08/08 | REVIEW VICTOR AGREEMENT LETTER AND PROVIDE COMMENTS. | MDS | 0.30 | 187.50 |
| 05/08/08 | REVIEW COMMENTS TO VICTORS AGREEMENT. | MDS | 0.20 | 125.00 |
| 05/08/08 | CORRESP. TO ACCOUNTANT KONICOV - RE: PROTOCOLS WITH DEBTOR. | MDS | 0.20 | 125.00 |
| 05/09/08 | REVIEW REVISIONS TO PROFORMA FOR ACCURACY | CAB | 0.80 | 132.00 |
| 05/09/08 | TELEPHONE FROM H. KONICOV RE: BUDGET ISSUES | IVOL | 0.10 | 45.00 |
| 05/09/08 | REVIEW HALPERIN/LIEBERMAN COMMENTS TO PLAN; E-MAIL CORRESP. WITH A. HALPERIN AND D. LIEBERMAN RE: SAME AND OTHER STATUS MATTERS | IVOL | 1.30 | 585.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 627954  
June 12, 2008  
Page 5

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/09/08 | E-MAIL CORRESP. WITH OTHER COUNSEL RE: STATUS ISSUES | IVOL | 0.20 | 90.00 |
| 05/09/08 | EMAIL FROM ILANA VOLKOV FORWARDING AMENDMENTS TO LOAN AGREEMENT; REVIEWED SAME | DSZ | 0.30 | 58.50 |
| 05/10/08 | REVIEW AND REVISE COMPETITIVE SALE PROCESS MOTION | IVOL | 1.50 | 675.00 |
| 05/10/08 | REVIEW AND REVISE SUMMARY FOR MONTHLY FEE STATEMENT | IVOL | 0.50 | 225.00 |
| 05/10/08 | REVIEW AND REVISE NATCITY RETENTION LETTER AND SEND SAME TO A. HALPERIN | IVOL | 0.80 | 360.00 |
| 05/12/08 | REVIEW POR FUNDING ANALYSIS; POR/DS FROM ARCUS | WU | 1.00 | 450.00 |
| 05/12/08 | ATTENDANCE AT CONFERENCE CALL WITH ALL COUNSEL TO DISCUSS PLAN, PROCEDURES MOTION, ETC. | IVOL | 2.00 | 900.00 |
| 05/12/08 | WORK ON FILE - NUMEROUS REVIEW OF PLAN AND PROCEDURES MOTION VERSIONS; NUMEROUS E-MAIL CORRESP. RE: SAME; NUMEROUS SIDE DISCUSSIONS WITH M. FELGER, A. HALPERIN, S. VICTOR, P. PATTERSON, A. BRODY AND H. KONICOV | IVOL | 5.00 | 2,250.00 |
| 05/12/08 | TELEPHONE FROM ATTORNEY FOR INTERESTED BUYER | IVOL | 0.10 | 45.00 |
| 05/12/08 | INTERNAL E-MAIL RE: MONTHLY FEE STATEMENT | SST | 0.10 | 32.50 |
| 05/12/08 | PREPARE PRO HAC VICE PAPERS FOR DONNA LIEBERMAN | SST | 1.20 | 390.00 |
| 05/12/08 | E-MAIL WITH A. HALPERIN AND I. VOLKOV RE: MONTHLY FEE STATEMENT | SST | 0.20 | 65.00 |
| 05/12/08 | E-MAILS FROM AND TO S. TAHIRI RE FEE STATEMENT | CAB | 0.30 | 49.50 |
| 05/12/08 | WORK ON MONTHLY FEE STATEMENT | CAB | 1.20 | 198.00 |
| 05/12/08 | E-MAIL FROM I. VOLKOV RE WITHDRAWING MOTION TO QUASH SUBPOENA | CAB | 0.10 | 16.50 |
| 05/12/08 | TELEPHONE TO JUDGE BURNS CLERK RE WITHDRAWING MOTION TO QUASH SUBPOENA AND REPORT RESULTS TO I. VOLKOV | CAB | 0.20 | 33.00 |
| 05/12/08 | REVIEW RECENTLY FILED MASTER SERVICE LIST AND CONFER WITH F. MULDER RE SAME | CAB | 0.30 | 49.50 |
| 05/12/08 | FOLLOW-UP TELEPHONE CALL TO JUDGE BURNS' CLERK RE MOTION TO QUASH | CAB | 0.10 | 16.50 |
| 05/12/08 | REVIEW DOCKET AND PRINT ORDER RE CONFIDENTIAL OR PRIVILEGED INFORMATION | CAB | 0.10 | 16.50 |
| 05/13/08 | E-MAIL REVIEWED - RE: DEPOSITION TRANSCRIPT OF SEAN OZBOLT; REVIEW FILESURF; REVIEW DOCKET; REVIEW TRANSCRIPTION SERVICE WEBSITE; DISCUSS WITH ATTORNEY/CO COUNSEL. | FP | 0.30 | 64.50 |
| 05/13/08 | CALLS AND E-MAIL WITH I. VOLKOV, D. LIEBERMAN, AND C. | SST | 0.20 | 65.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 627954  
June 12, 2008  
Page 6

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | MITCHELL RE: PRO HAC VICE PAPERS | | | |
| 05/13/08 | CONFORM SIGNATURES, PDF AND E-FILE APPLICATION FOR DONNA LIEBERMAN TO APPEAR PRO HAC VICE | CAB | 0.40 | 66.00 |
| 05/13/08 | DRAFT LETTER TO SERVICE LIST SERVING APPLICATION FOR DONNA LIEBERMAN TO APPEAR PRO HAC VICE AND COORDINATE SERVICE | CAB | 0.40 | 66.00 |
| 05/13/08 | SEVERAL DISCUSSIONS WITH ACCOUNTING RE FINAL APRIL BILL | CAB | 0.30 | 49.50 |
| 05/13/08 | REVIEW SEVERAL E-MAILS FROM S. TAHIRI RE MODIFICATIONS AND OTHER ISSUES TO FIRST MONTHLY FEE STATEMENT | CAB | 0.30 | 49.50 |
| 05/13/08 | MAKE REVISIONS TO FIRST MONTHLY FEE STATEMENT | CAB | 0.70 | 115.50 |
| 05/13/08 | REVISE AND FINALIZE PRO HAC VICE PAPERS | SST | 0.40 | 130.00 |
| 05/13/08 | REVIEW DRAFT MONTHLY FEE STATEMENT | SST | 0.30 | 97.50 |
| 05/13/08 | CALL WITH I. VOLKOV RE: MONTHLY FEE STATEMENT | SST | 0.10 | 32.50 |
| 05/13/08 | REVIEW VARIOUS DOCKET ENTRIES/CONFORMED ORDERS SHORTENING TIME | IVOL | 0.30 | 135.00 |
| 05/13/08 | REVIEW AND REVISE BIDDING PROCEDURES ORDER | IVOL | 0.80 | 360.00 |
| 05/13/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. REVIEWED, RESPONDED TO AND INITIATED RE: PLAN, BUDGET, NATCITY RETENTION, ETC. | IVOL | 1.40 | 630.00 |
| 05/13/08 | REVIEW AND REVISE FOR FINAL FORM FIRST MONTHLY FEE STATEMENT AND E-MAIL WITH S. TAHIRI RE: SAME | IVOL | 0.40 | 180.00 |
| 05/13/08 | E-MAIL TO J. SHAPIRO RE: WITHDRAWAL OF MOTION TO QUASH; TELEPHONE FROM C. FOWLER RE: SAME | IVOL | 0.10 | 45.00 |
| 05/13/08 | WORK ON MONTHLY FEE STATEMENT | SST | 0.40 | 130.00 |
| 05/13/08 | E-MAIL TO J. MOORE RE: MONTHLY FEE STATEMENT | SST | 0.10 | 32.50 |
| 05/13/08 | REVIEW REVISED PLAN OF REORGANIZATION. | MDS | 0.70 | 437.50 |
| 05/13/08 | CALL BACK ACCOUNTANT KATZ - RE: LIMITATION ON INVESTMENT. | MDS | 0.20 | 125.00 |
| 05/13/08 | TELEPHONE CALL FROM JUDGE BURN'S CLERK RE MOTION TO QUASH AND REPORT RESULTS TO I. VOLKOV | CAB | 0.20 | 33.00 |
| 05/13/08 | REVIEW FILES AND TELEPHONE CALLS TO D. LIEBERMAN RE OSBOLT DEPOSITION TRANSCRIPT | CAB | 0.50 | 82.50 |
| 05/13/08 | PREPARE BINDER OF SECOND MODIFIED PLAN DOCUMENTS FOR I. VOLKOV | CAB | 0.80 | 132.00 |
| 05/13/08 | E-MAIL EXCHANGE WITH S. TAHIRI RE FILING OF D. LIEBERMAN PRO HAC VICE MOTION | CAB | 0.20 | 33.00 |

# COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 627954  
June 12, 2008  
Page 7

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/14/08 | E-MAIL FROM S. TAHIRI FORWARDING HBR FIRST MONTHLY FEE STATEMENT, PREPARE FOR E-FILING AND PDF | CAB | 0.30 | 49.50 |
| 05/14/08 | SCAN EXHIBITS AND PDF COLE SCHOTZ FIRST MONTHLY FEE STATEMENT | CAB | 0.30 | 49.50 |
| 05/14/08 | E-FILE COLE SCHOTZ FIRST MONTHLY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 05/14/08 | E-FILE HALPERIN BATTAGLIA FIRST MONTHLY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 05/14/08 | E-FILE JH COHN FIRST MONTHLY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 05/14/08 | E-MAIL FIRST MONTHLY FEE STATEMENT FOR COLE SCHOTZ, HALPERIN BATTAGLIA AND JH COHN TO CORE SERVICE LIST | CAB | 0.20 | 33.00 |
| 05/14/08 | TELEPHONE TO D. LIEBERMAN RE: STATUS OF ISSUES | IVOL | 0.20 | 90.00 |
| 05/14/08 | REVIEW REVISED BIDDING PROCEDURES ORDER AND REVISE; E-MAIL CORRESP. RE: SAME | IVOL | 0.30 | 135.00 |
| 05/14/08 | WORK ON FILE - VARIOUS E-MAIL CORRESP. WITH D. LIEBERMAN, J.H. COHN, M. FELGER AND N. MITCHELL/A. BRODY RE: STATUS OF BUDGET/EXIT FINANCING REVIEW, ORDER, ETC. | IVOL | 0.50 | 225.00 |
| 05/14/08 | REVISE FIRST MONTHLY FEE STATEMENT | CAB | 1.00 | 165.00 |
| 05/14/08 | REVIEW E-MAILS FROM S. TAHIRI RE CHANGES TO FIRST MONTHLY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 05/14/08 | PREPARE AFFIDAVIT OF SERVICE OF D. LIEBERMAN PRO HAC VICE APPLICATION AND E-FILE WITH COURT | CAB | 0.40 | 66.00 |
| 05/14/08 | REVIEW DOCKET FOR NOTICES OF APPEARANCE/WITHDRAWALS AND UPDATE SERVICE LIST | CAB | 0.30 | 49.50 |
| 05/14/08 | E-MAIL FROM S. TAHIRI FORWARDING JH COHN FIRST MONTHLY FEE STATEMENT FOR FILING AND PDF SAME | CAB | 0.20 | 33.00 |
| 05/14/08 | CALL AND EMAIL WITH J. MOORE RE MONTHLY FEE APPLICATION | SST | 0.20 | 65.00 |
| 05/14/08 | COORDINATE WITH C. BRADEN RE FILING OF MONTHLY FEE STATEMENTS | SST | 0.30 | 97.50 |
| 05/15/08 | TELEPHONE FROM D. MACMASTER RE: BREAK-UP FEE | IVOL | 0.10 | 45.00 |
| 05/15/08 | CONFERENCE WITH A. BRODY RE: BIDDING PROCEDURES ORDER | IVOL | 0.10 | 45.00 |
| 05/15/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. RE: BIDDING PROCEDURES ORDER, DISCLOSURE STATEMENT AND PLAN, BUDGET, ADMINISTRATIVE BAR DATE MOTION | IVOL | 1.20 | 540.00 |
| 05/15/08 | REVIEW DISCLOSURE STATEMENT COMMENTS FROM CIT AND ARCH; REVISE DISCLOSURE STATEMENT WITH COMMITTEE'S COMMENTS | IVOL | 1.50 | 675.00 |
| 05/15/08 | CONFERENCE WITH D. LIEBERMAN RE: BIDDING PROCEDURES | IVOL | 0.20 | 90.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 627954  
June 12, 2008  
Page 8

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | ORDER AND DISCLOSURE STATEMENT/PLAN | | | |
| 05/15/08 | ABSTRACTED 1ST, 2ND AND 12TH AMENDMENTS | DSZ | 0.50 | 97.50 |
| 05/15/08 | WORK ON SERVICE LIST INCLUDING SEVERAL DISCUSSIONS WITH F. MULDER | CAB | 0.80 | 132.00 |
| 05/15/08 | DRAFT LETTER TO SERVICE LIST ENCLOSING FIRST MONTHLY FEE STATEMENTS | CAB | 0.20 | 33.00 |
| 05/16/08 | CORRESP. TO ATTORNEY/CO-COUNSEL DONNA - RE: PLAN TERMS. | MDS | 0.20 | 125.00 |
| 05/16/08 | CONFERENCE WITH D. LIEBERMAN RE: COMPETITIVE MOTION PROCESS, DISCLOSURE STATEMENT AND PLAN | IVOL | 0.30 | 135.00 |
| 05/16/08 | TELEPHONE FROM B. KATZ (SEVERAL TIMES) RE: COMPETITIVE MOTION PROCESS; CONFERENCE IN D. LIEBERMAN | IVOL | 0.40 | 180.00 |
| 05/16/08 | E-MAIL TO ALL COUNSEL ENCLOSING/DISCUSSING COMMENTS TO DISCLOSURE STATEMENT | IVOL | 0.40 | 180.00 |
| 05/16/08 | ATTENDANCE AT CONFERENCE CALL - DEBTOR, BRODY, D. LIEBERMAN RE: VARIOUS ISSUES | IVOL | 1.00 | 450.00 |
| 05/16/08 | WORK ON FILE - ATTEND FOLLOW-UP CALL WITH M. FELGER./J. POSLUSNY AND D. LIEBERMAN | IVOL | 0.20 | 90.00 |
| 05/16/08 | REVIEW U.S. TRUSTEE'S OBJECTION TO BREAK-UP FEE | IVOL | 0.20 | 90.00 |
| 05/16/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. WITH M. FELGER, A. BRODY, N. LIEBERMAN, A. HALPERIN, D. LIEBERMAN, B. KATZ, H. KONICOV RE: VARIOUS PENDING ISSUES | IVOL | 1.00 | 450.00 |
| 05/19/08 | TRAVEL TO BANKRUPTCY COURT | IVOL | 3.00 | 1,350.00 |
| 05/19/08 | ATTENDANCE AT HEARING ON BIDDING PROCEDURES MOTION | IVOL | 2.00 | 900.00 |
| 05/19/08 | MEETING WITH D. LIEBERMAN IN ADVANCE OF HEARING | IVOL | 1.00 | 450.00 |
| 05/19/08 | REVIEW VARIOUS E-MAIL CORRESP. RE: CAP, BUDGET, ETC.; TELEPHONE WITH H. KONICOV RE: SAME | IVOL | 0.40 | 180.00 |
| 05/19/08 | E-MAIL WITH C. BRADEN RE: FEE STATEMENT | SST | 0.10 | 32.50 |
| 05/19/08 | E-MAIL FROM AND TO S. TAHIRI, J. MOORE RE FILING OF FIRST MONTHLY FEE STATEMENTS | CAB | 0.20 | 33.00 |
| 05/19/08 | PRINT US TRUSTEE LIMITED OBJECTION TO BIDDING PROCEDURE AND PREPARE FOR HEARING BINDER | CAB | 0.30 | 49.50 |
| 05/19/08 | PREPARE AFFIDAVIT OF SERVICE OF FIRST MONTHLY FEE STATEMENTS AND E-FILE WITH COURT | CAB | 0.50 | 82.50 |
| 05/20/08 | ATTENDANCE AT CONFERENCE CALL WITH D. LIEBERMAN AND J.H. COHN RE: CAP | IVOL | 0.50 | 225.00 |
| 05/20/08 | ATTENDANCE AT COMMITTEE CONFERENCE CALL RE: PLAN | IVOL | 1.00 | 450.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 627954  
June 12, 2008  
Page 9

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | FUNDING ISSUES | | | |
| 05/20/08 | WORK ON FILE - VARIOUS E-MAIL CORRESP. - DEBTORS, HIG, J.H. COHN, D. LIEBERMAN, COMMITTEE RE: CAP ANALYSIS ISSUES; REVIEW J.H. COHN ANALYSIS RE: SAME | IVOL | 1.00 | 450.00 |
| 05/20/08 | E-MAIL WITH CREDITOR (MARINE FASTENERS) RE: STATUS OF CASE | IVOL | 0.10 | 45.00 |
| 05/20/08 | REVIEW ADMINISTRATIVE BAR DATE ORDER AND E-MAIL CORRESP. RE: SAME WITH D. LIEBERMAN (SEVERAL) | IVOL | 0.30 | 135.00 |
| 05/20/08 | REVIEW CONFORMED BIDDING PROCEDURES ORDER AND ENTER DATES IN CALENDAR | IVOL | 0.10 | 45.00 |
| 05/20/08 | CONFER WITH F. YUDKIN AND MEET WITH F. MULDER RE ARCUS AND DEBTOR DOCUMENT PRODUCTIONS | CAB | 0.50 | 82.50 |
| 05/21/08 | E-MAIL WITH M. FELGER RE: ADMINISTRATIVE BAR DATE ORDER | IVOL | 0.20 | 90.00 |
| 05/21/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. AND/OR DISCUSSIONS WITH A. BRODY/N. MITCHELL, M. FELGER, D. LIEBERMAN, COMMITTEE AND J.H. COHN RE: CAP ISSUES, DISCLOSURE STATEMENT STATUS, OBJECTIONS, ETC. | IVOL | 1.50 | 675.00 |
| 05/21/08 | CONFER WITH F. MULDER RE ARCUS AND DEBTOR'S DOCUMENT PRODUCTIONS | CAB | 0.30 | 49.50 |
| 05/22/08 | REVIEW DOCKET AND PRINT OBJECTIONS TO SECOND AMENDED DISCLOSURE STATEMENT | CAB | 0.40 | 66.00 |
| 05/22/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. AND DISCUSSIONS WITH COZEN, GREENBERG, W. BENCIJA, D. MACMASTER, P. PATTERSON, J.H. COHN (INCLUDING CONFERENCE CALL WITH COUNSEL) RE: DISCLOSURE STATEMENT ISSUES | IVOL | 3.50 | 1,575.00 |
| 05/22/08 | REVIEW AND REVISE DISCLOSURE STATEMENT, INCLUDING COMMENTS FROM ARCH AND CIT | IVOL | 2.50 | 1,125.00 |
| 05/22/08 | REVIEW RENEWED OBJECTIONS TO DISCLOSURE STATEMENT | IVOL | 0.30 | 135.00 |
| 05/22/08 | REVISE ADMINISTRATIVE BAR DATE ORDER AND E-MAIL CORRESP. WITH M. FELGER RE: SAME | IVOL | 0.40 | 180.00 |
| 05/23/08 | TRAVEL TO BANKRUPTCY COURT | IVOL | 4.00 | 1,800.00 |
| 05/23/08 | ATTENDANCE AT HEARING ON DISCLOSURE STATEMENT | IVOL | 7.00 | 3,150.00 |
| 05/23/08 | REVIEW AND REVISE DISCLOSURE STATEMENT ORDER | IVOL | 1.00 | 450.00 |
| 05/27/08 | WORK ON FILE - VARIOUS E-MAIL CORRESP. WITH FELGER, HALPERIN/LIEBERMAN AND J.H. COHN RE: PLAN DOCUMENTS, COMMITTEE'S MOTIONS, SCHEDULING INTERNAL CONFERENCE CALL TO DISCUSS STATUS | IVOL | 0.50 | 225.00 |
| 05/27/08 | REVIEW REVISED PLAN AND DISCLOSURE STATEMENT AND | IVOL | 1.00 | 450.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Client/Matter No. 45765-0001

Invoice No. 627954
June 12, 2008
Page 10

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | NUMEROUS E-MAIL CORRESP. RE: SAME | | | |
| 05/28/08 | WORK ON FILE - VARIOUS E-MAIL CORRESP. RE: PLAN FOLLOW-UP ISSUES, STATUS WITH NATCITY, ETC. | IVOL | 0.30 | 135.00 |
| 05/30/08 | ATTENDANCE AT CONFERENCE CALL - HALPERIN/LIEBERMAN AND J.H. COHN RE: STATUS AND PUNCH LIST | IVOL | 0.70 | 315.00 |
| 05/30/08 | E-MAIL CORRESP. RE: JUNE 11 MOTIONS, CIT FEES, ETC. | IVOL | 0.20 | 90.00 |
| | TOTAL HOURS | | 175.50 | |
| | PROFESSIONAL SERVICES: | | | $ 73,944.50 |