# EXHIBIT C

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 627954  
June 12, 2008  
Page 11

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/31/08 | TRAVEL - MILEAGE / TOLLS | 15.15 |
| 03/31/08 | TRAVEL - MILEAGE / TOLLS - ILANA VOLKOV | 15.70 |
| 04/02/08 | WESTLAW | 156.11 |
| 04/21/08 | WESTLAW | 165.32 |
| 04/25/08 | TRAVEL - MEALS - PETER LEMBESIS | 54.00 |
| 04/27/08 | TELEPHONE TOLL CHARGE - MICHAEL D. SIROTA | 29.60 |
| 04/28/08 | TRAVEL - MILEAGE / TOLLS | 90.90 |
| 04/28/08 | TRAVEL - MILEAGE / TOLLS - WARREN A. USATINE | 4.05 |
| 04/29/08 | TRAVEL - MILEAGE / TOLLS | 19.80 |
| 04/29/08 | TRAVEL - PUBLIC TRANSPORTATION - MICHAEL D. SIROTA | 4.80 |
| 04/29/08 | TRAVEL - MEALS - MICHAEL D. SIROTA | 8.75 |
| 04/29/08 | TRAVEL - MILEAGE / TOLLS - WARREN A. USATINE | 19.90 |
| 04/29/08 | TRAVEL - MILEAGE / TOLLS - MICHAEL D. SIROTA | 18.00 |
| 04/29/08 | TRAVEL - RAIL - MICHAEL D. SIROTA | 338.00 |
| 04/29/08 | TRAVEL - RAIL - WARREN A. USATINE | 338.00 |
| 04/30/08 | TELEPHONE TOLL CHARGE - 46156278, 44454882 | 41.65 |
| 04/30/08 | TELEPHONE TOLL CHARGE - 46232167, 45286209, 44702784, 43871241 | 77.30 |
| 04/30/08 | LUNCHEON / DINNER CONFERENCE - SOUTH 17 CAFE | 12.82 |
| 05/01/08 | PHOTOCOPYING Qty: 4 | 0.80 |
| 05/01/08 | TELEPHONE TOLL CHARGE 17326353104 | 2.97 |
| 05/01/08 | TELEPHONE TOLL CHARGE 17326353104 | 6.93 |
| 05/01/08 | TRAVEL - MILEAGE / TOLLS | 101.00 |
| 05/01/08 | TRAVEL - PUBLIC TRANSPORTATION - MICHAEL D. SIROTA | 280.00 |
| 05/01/08 | TRAVEL - MILEAGE / TOLLS - MICHAEL D. SIROTA | 20.25 |
| 05/01/08 | TRAVEL - MILEAGE / TOLLS - WARREN A. USATINE | 12.10 |
| 05/02/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 05/02/08 | TELEPHONE TOLL CHARGE 17326353101 | 3.96 |
| 05/02/08 | TELEPHONE TOLL CHARGE 12155648002 | 1.98 |
| 05/02/08 | TELEPHONE TOLL CHARGE 19734306483 | 0.99 |
| 05/02/08 | TELEPHONE TOLL CHARGE 17326353101 | 2.97 |
| 05/02/08 | TELEPHONE TOLL CHARGE 19734433543 | 0.99 |
| 05/02/08 | TELEPHONE TOLL CHARGE 12127659100 | 4.95 |
| 05/02/08 | TELEPHONE TOLL CHARGE 12127659100 | 11.88 |
| 05/02/08 | TELEPHONE TOLL CHARGE 17326353101 | 0.99 |
| 05/02/08 | PHOTOCOPYING | 8.40 |
| 05/02/08 | PHOTOCOPYING | 13.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 627954  
June 12, 2008  
Page 12

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02/08 | PHOTOCOPYING | 12.40 |
| 05/02/08 | PHOTOCOPYING | 8.00 |
| 05/02/08 | PHOTOCOPYING | 8.60 |
| 05/02/08 | PHOTOCOPYING Qty: 14 | 2.80 |
| 05/02/08 | PHOTOCOPYING Qty: 9 | 1.80 |
| 05/05/08 | PHOTOCOPYING Qty: 4 | 0.80 |
| 05/05/08 | PHOTOCOPYING Qty: 30 | 6.00 |
| 05/05/08 | TELEPHONE TOLL CHARGE 12155648052 | 0.99 |
| 05/05/08 | TELEPHONE TOLL CHARGE 17326353104 | 6.93 |
| 05/05/08 | TELEPHONE TOLL CHARGE 12127659100 | 7.92 |
| 05/06/08 | TELEPHONE TOLL CHARGE 12155695746 | 1.98 |
| 05/06/08 | TELEPHONE TOLL CHARGE 12127659100 | 1.98 |
| 05/06/08 | TELEPHONE TOLL CHARGE 12155695746 | 13.86 |
| 05/06/08 | TELEPHONE TOLL CHARGE 12127659100 | 25.74 |
| 05/08/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 05/08/08 | PHOTOCOPYING Qty: 64 | 12.80 |
| 05/08/08 | TELEPHONE TOLL CHARGE 17326353104 | 1.98 |
| 05/09/08 | TELEPHONE TOLL CHARGE 19736452187 | 2.97 |
| 05/12/08 | TELEPHONE TOLL CHARGE 12127659100 | 2.97 |
| 05/12/08 | TELEPHONE TOLL CHARGE 17326353104 | 12.87 |
| 05/12/08 | TELEPHONE TOLL CHARGE 13022952087 | 0.99 |
| 05/12/08 | TELEPHONE TOLL CHARGE 12127659100 | 30.69 |
| 05/12/08 | TELEPHONE TOLL CHARGE 18567575375 | 1.98 |
| 05/12/08 | TELEPHONE TOLL CHARGE 12127659100 | 23.76 |
| 05/12/08 | TELEPHONE TOLL CHARGE 14103479494 | 3.96 |
| 05/12/08 | TELEPHONE TOLL CHARGE 13022952087 | 0.99 |
| 05/12/08 | TELEPHONE TOLL CHARGE 12127659100 | 18.81 |
| 05/12/08 | TELEPHONE TOLL CHARGE 18567575375 | 0.99 |
| 05/12/08 | PHOTOCOPYING | 9.80 |
| 05/12/08 | PHOTOCOPYING | 5.20 |
| 05/13/08 | PHOTOCOPYING Qty: 3 | 0.60 |
| 05/13/08 | PHOTOCOPYING Qty: 1025 | 205.00 |
| 05/13/08 | TELEPHONE TOLL CHARGE 12127659100 | 1.98 |
| 05/13/08 | TELEPHONE TOLL CHARGE 12127659100 | 1.98 |
| 05/13/08 | TELEPHONE TOLL CHARGE 12127659100 | 0.99 |
| 05/13/08 | TELEPHONE TOLL CHARGE 12127659100 | 1.98 |
| 05/14/08 | TELEPHONE TOLL CHARGE 12127659100 | 13.86 |
| 05/14/08 | TELEPHONE TOLL CHARGE 12019316910 | 0.13 |
| 05/14/08 | TELEPHONE TOLL CHARGE 12127659100 | 1.98 |
| 05/14/08 | PHOTOCOPYING Qty: 36 | 7.20 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 627954  
June 12, 2008  
Page 13

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/14/08 | PHOTOCOPYING Qty: 18 | 3.60 |
| 05/15/08 | PHOTOCOPYING Qty: 78 | 15.60 |
| 05/15/08 | TELEPHONE TOLL CHARGE 12127659100 | 10.89 |
| 05/15/08 | PHOTOCOPYING | 7.80 |
| 05/15/08 | PHOTOCOPYING | 12.80 |
| 05/15/08 | PHOTOCOPYING | 2.20 |
| 05/15/08 | PHOTOCOPYING | 4.40 |
| 05/15/08 | PHOTOCOPYING | 13.60 |
| 05/15/08 | PHOTOCOPYING | 4.00 |
| 05/15/08 | PHOTOCOPYING Qty: 8 | 1.60 |
| 05/16/08 | TELEPHONE TOLL CHARGE 12127659100 | 17.82 |
| 05/16/08 | TELEPHONE TOLL CHARGE 12127659100 | 3.96 |
| 05/16/08 | TELEPHONE TOLL CHARGE 12127659100 | 0.99 |
| 05/16/08 | PHOTOCOPYING Qty: 17 | 3.40 |
| 05/19/08 | TRAVEL - MILEAGE / TOLLS | 75.75 |
| 05/19/08 | TRAVEL - MILEAGE / TOLLS - ILANA VOLKOV | 15.60 |
| 05/20/08 | PHOTOCOPYING Qty: 1 | 0.20 |
| 05/20/08 | TELEPHONE TOLL CHARGE 12127659100 | 1.98 |
| 05/20/08 | TELEPHONE TOLL CHARGE 18478582400 | 42.57 |
| 05/21/08 | TELEPHONE TOLL CHARGE 12127659100 | 1.98 |
| 05/21/08 | TELEPHONE TOLL CHARGE 17326353104 | 0.99 |
| 05/22/08 | TELEPHONE TOLL CHARGE 17326353104 | 8.91 |
| 05/22/08 | TELEPHONE TOLL CHARGE 19733607900 | 1.98 |
| 05/22/08 | TELEPHONE TOLL CHARGE 13022952087 | 0.99 |
| 05/22/08 | TELEPHONE TOLL CHARGE 13022952087 | 3.96 |
| 05/22/08 | TELEPHONE TOLL CHARGE 17326353104 | 8.91 |
| 05/22/08 | TELEPHONE TOLL CHARGE 17326353104 | 6.93 |
| 05/22/08 | TELEPHONE TOLL CHARGE 19734433543 | 0.99 |
| 05/22/08 | TELEPHONE TOLL CHARGE 12127659100 | 8.91 |
| 05/22/08 | TELEPHONE TOLL CHARGE 19736453014 | 6.93 |
| 05/22/08 | TELEPHONE TOLL CHARGE 19733607900 | 7.92 |
| 05/22/08 | TELEPHONE TOLL CHARGE 12128013085 | 25.74 |
| 05/22/08 | TELEPHONE TOLL CHARGE 17326353104 | 38.61 |
| 05/22/08 | TELEPHONE TOLL CHARGE 12127659100 | 42.57 |
| 05/22/08 | TELEPHONE TOLL CHARGE 19736453014 | 4.95 |
| 05/22/08 | TELEPHONE TOLL CHARGE 17326353104 | 9.90 |
| 05/23/08 | TRAVEL - MILEAGE / TOLLS | 106.05 |
| 05/23/08 | TRAVEL - MILEAGE / TOLLS - ILANA VOLKOV | 21.20 |
| 05/27/08 | PHOTOCOPYING Qty: 4 | 0.80 |
| 05/27/08 | PHOTOCOPYING Qty: 43 | 8.60 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
     Client/Matter No. 45765-0001

Invoice No. 627954  
June 12, 2008  
Page 14

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 05/27/08 | PHOTOCOPYING Qty: 53 | 10.60 |
| 05/27/08 | PHOTOCOPYING Qty: 38 | 7.60 |

    TOTAL COSTS ADVANCED:     $    2,925.85

    TOTAL SERVICES AND COSTS:     $    76,870.35