UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ACCOUNTANT FEE APPLICATION COVER SHEET

| | |
|---|---|
| IN RE: Shapes/Arch Holdings L.L.C., et al. | APPLICANT: J.H. Cohn LLP |
| CASE NO: 08-14631 | CASE FILED: March 16, 2008 |
| CHAPTER 11 | CLIENT: Official Committee of Unsecured Creditors |

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  RETENTION ORDER ATTACHED.

/s/ Bernard A. Katz    6/11/08
BERNARD A. KATZ         DATE

_____

SECTION I
**FEE SUMMARY**

Second Monthly Fee Statement Covering the Period May 1, 2008 through May 31, 2008

| | |
|---|---:|
| TOTAL PREVIOUS FEE REQUESTED: | $ 307,637.00 |
| TOTAL COSTS PREVIOUSLY REQUESTED: | $ 467.71 |
| TOTAL FEES ALLOWED TO DATE: | $ 0 |
| TOTAL COSTS ALLOWED TO DATE: | $ 0 |
| TOTAL RETAINER (IF APPLICABLE) | $ 0 |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 0 |
| TOTAL INTERIM PAYMENTS RECEIVED BY APPLICANT | $ 0 |
| TOTAL RECEIVED BY APPLICANT | $ 0 |

| **Name of Professional** | **Level** | **Hours Billed** | **Hourly Rate** | **Total Fees** |
|---|---|---|---|---|
| Bernard Katz | Senior Partner | 36.00 | $615 | $ 22,140.00 |
| Howard Konicov | Partner | 97.30 | 570 | 55,461.00 |
| Irv Schwarzbaum | Director | 32.00 | 465 | 14,880.00 |
| Lillian McPherson | Senior Accountant | 175.20 | 310 | 54,312.00 |
| Rosellen Martoken | Staff | 12.50 | 230 | 2,875.00 |
| **TOTAL:** | | 353.00 | | $149,668.00 |
| | | | | |
| **Blended Hourly Rate:** | | | | $423.99 |

| | | |
|---|---|---:|
| FEE TOTALS | | $149,668.00 |
| DISBURSEMENT TOTALS | (page 3) | 1,876.65 |
| TOTAL FEE APPLICATION | | $151,544.65 |

| | | Section II<br>Summary of Services by Code | | |
|---|---|---|---|---|

| Category | | Description of Task | Hours | Fee |
|---|---|---|---:|---:|
| **Administration** | | | | |
| | a | Case Administration | 6.00 | 1,874.00 |
| | b | Correspondence/correspondence review | 15.90 | 9,076.50 |
| | c | Office conferences | 7.00 | 3,846.00 |
| **Analysis of Financial information** | | | | |
| | d | Analyze assets & liabilities | 15.30 | 4,743.00 |
| | e | Monitor Debtor's post-petition operating results | 36.50 | 11,780.00 |
| | f | Document response, request & review | 0.90 | 513.00 |
| | g | Prepare/review cashflow projections/budget rev | 75.40 | 27,644.50 |
| | h | Review proposed transactions of Debtor | 4.00 | 2,406.00 |
| | i | Services relating to DIP facility | 12.90 | 6,790.00 |
| | j | Disclosure Statement services | 7.90 | 4,530.00 |
| | k | Claims analysis/reconciliation | 10.90 | 3,379.00 |
| | l | Prepare/review flash reports | 32.10 | 10,159.00 |
| | m | Plan negotiations | 16.50 | 6,215.00 |
| | n | Prepare schedules and stmt/financial affairs | 6.40 | 1,984.00 |
| | o | Business plan development | 2.10 | 976.50 |
| | p | Evaluate sale of debtor's assets | 0.50 | 285.00 |
| | q | Other financial analysis | 10.60 | 3,286.00 |
| **Meetings/teleconferences** | | | | |
| | r | Attendance at committee meetings | 1.20 | 738.00 |
| | s | Meetings with parties to case | 13.60 | 8,017.50 |
| | t | Teleconferences w/parties to case | 58.10 | 33,841.50 |
| **Travel time** | | | | |
| | u | Travel time at 50% of actual | 4.90 | 2,793.00 |
| **Litigation Support** | | | | |
| | v | Attend Court | 2.50 | 1,537.50 |
| | w | Other litigation support | 1.40 | 861.00 |
| **Fee applications and interim billing** | | | | |
| | x | Prepare/review fee application and interim billing | 10.40 | 2,392.00 |
| | | | **353.00** | **149,668.00** |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Photocopies -- (382 pages at $.15/page) | $57.30 |
| Federal Express | 52.08 |
| Telephone | 5.83 |
| Travel (mileage, tolls, parking, train) | 1,266.99 |
| Working Meals | 494.45 |
| **Total Disbursements:** | $1,876.65 |

### SECTION IV
### CASE HISTORY

(1)    DATE CASE FILED:   March 16, 2008

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED:    Chapter 11

(3)    DATE OF RETENTION:  Order signed April 25, 2008, effective as of March 31, 2008 (Exhibit "A")

(4)    PRIOR APPLICATION HISTORY:

| Applic. | Period Covered | Fees Requested | Expenses Req. | Fees at 80% | Expenses | Pmt. |
|---|---|---|---|---|---|---|
| 1st mo. | 3/31-4/30/08 | $307,637.00 | $467.71 | $246,109.60 | $467.71 | $ 0 |

3

**EXHIBIT A**

*Order Filed on 4/25/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Alan D. Halperin, Esq.<br>Walter Benzija, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br><br>Proposed Co-Counsel to the Official Committee of Unsecured Creditors of Shapes/Arch Holdings L.L.C., et al. |

| | |
|---|---|
| In re:<br><br>**SHAPES/ARCH HOLDINGS L.L.C., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns, USBJ |

**ORDER APPROVING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
RETENTION OF J.H. COHN LLP AS FINANCIAL ADVISOR**

The relief set forth on the following page numbered two (2) is hereby

**ORDERED**.

**DATED: 4/25/2008**

*Honorable Gloria M Burns*
United States Bankruptcy Court Judge

{00061609.1 / 0631-001}

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS, L.L.C., *et al.*
Case No: 08-14631
Caption of Order: ORDER APPROVING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RETENTION OF J.H. COHN LLP AS FINANCIAL ADVISOR

---

THIS MATTER having been opened to the Court by the Official Committee of Unsecured Creditors (the "Committee") of Shapes/Arch Holdings, L.L.C., *et al.* (the "Debtors"), upon the Application for entry of an Order approving the Committee's employment and retention of J.H. Cohn LLP ("JHC") as its financial advisor and forensic accountant in this proceeding; and the Court having considered the Application and the Affidavit of Bernard A. Katz in support thereof; and the Court being satisfied that JHC does not hold or represent any interest adverse to the Debtors, their estates or creditors, and is a disinterested person within the meaning of Sections 328, 1103(b) and 101(14) of the Bankruptcy Code, and that said employment would be in the best interests of the estates; and notice of the proposed retention having been given in accordance with the requirements of D.N.J. LBR 2014-1(a); and for good cause shown,

IT IS ORDERED as follows:

1. The employment and retention of J.H. Cohn LLP as financial advisor and forensic accountant to the Committee is hereby authorized and approved effective as of March 31, 2008.

2. Any and all compensation to be paid to J.H. Cohn for services rendered on the Committee's behalf shall be fixed by application to this Court in accordance with Sections 330 and 331 of the Bankruptcy Code and such Rules of Local and Federal Bankruptcy Procedure as may then be applicable, unless an alternate arrangement for interim compensation is authorized by the Court.

3. A copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

{00061609.1 / 0631-001}

*Approved by Judge Gloria M. Burns April 25, 2008*

**EXHIBIT B**

Shapes/Arch Holdings, et al.,                                                                                     Exhibit "B", Page 1
J.H. Cohn LLP Time Detail
May 1 through May 31, 2008

| Date | Professional | Activity | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 05/01/08 | Bernard A. Katz | Br DIP facility | Review changes in HIG DIP loan agreement and POR. | 0.80 | 615 | 492.00 |
| 05/01/08 | Bernard A. Katz | Gen tel conf | Telephone conferences with counsel re: status of HIG documents, debtors' acceptance of HIG plan and status of objections. | 0.70 | 615 | 430.50 |
| 05/01/08 | Bernard A. Katz | Gen meetings | Various meetings and telephone conferences with parties (Debtor, Versa, CIT and HIG) re: settlement discussions. | 5.90 | 615 | 3,628.50 |
| 05/01/08 | Bernard A. Katz | Lit attend ct | Attendance at hearing. | 2.50 | 615 | 1,537.50 |
| 05/01/08 | Bernard A. Katz | Lit trial prep | Preparation for testimony. | 1.40 | 615 | 861.00 |
| 05/01/08 | Bernard A. Katz | Gen tel conf | Telephone conference with H. Konicov re: preparation for hearing, Arch budget, covenant review, instructions on budget modifications et al | 0.60 | 615 | 369.00 |
| 05/01/08 | Bernard A. Katz | Gen tel conf | Telephone conference with H. Konicov re: modifications of DIP loan budget (.4) and results of hearing (.3) | 0.70 | 615 | 430.50 |
| 05/02/08 | Bernard A. Katz | Gen tel conf | Telephone conferences with counsel re: changes to various agreements and budget. | 0.70 | 615 | 430.50 |
| 05/02/08 | Bernard A. Katz | Gen office conf | Office conference with H. Konicov re: budget issues and finalization, covenant issues | 0.30 | 615 | 184.50 |
| 05/05/08 | Bernard A. Katz | Br DIP facility | Telephone conferences with counsel re: DIP budget and DIP orders. | 0.60 | 615 | 369.00 |
| 05/05/08 | Bernard A. Katz | Br DIP facility | Telephone conferences with H. Konicov re: DIP budget and DIP orders. | 0.40 | 615 | 246.00 |
| 05/06/08 | Bernard A. Katz | Gen tel conf | Telephone conferences with counsel re: covenants and budgets. | 1.30 | 615 | 799.50 |
| 05/06/08 | Bernard A. Katz | Gen tel conf | Telephone conferences with H. Konicov re: budget period and availability. | 0.70 | 615 | 430.50 |
| 05/06/08 | Bernard A. Katz | Gen corres rev | Review correspondence re: budget period and availability. | 0.30 | 615 | 184.50 |
| 05/07/08 | Bernard A. Katz | Br DIP facility | Telephone conferences and correspondence with counsel re: DIP budget reporting and rolling 13-week budget. | 0.80 | 615 | 492.00 |
| 05/08/08 | Bernard A. Katz | Br review trans | Review National City engagement letter and discuss with H. Konicov. | 0.40 | 615 | 246.00 |
| 05/08/08 | Bernard A. Katz | Gen tel conf | Telephone conference with Scott Victor re: National City engagement letter. | 0.30 | 615 | 184.50 |
| 05/08/08 | Bernard A. Katz | Gen tel conf | Telephone conference with counsel re: National City engagement letter. | 0.30 | 615 | 184.50 |
| 05/12/08 | Bernard A. Katz | Gen tel conf | Telephone conferences with counsel and H. Konicov re: POR and cap of HIG investment. | 1.10 | 615 | 676.50 |
| 05/12/08 | Bernard A. Katz | Br review trans | Review analysis of plan funding requirements and discuss with counsel and H. Konicov. | 0.90 | 615 | 553.50 |
| 05/12/08 | Bernard A. Katz | Gen tel conf | Telephone conferences with counsel for committee, debtors and debtors' financial advisor. | 2.30 | 615 | 1,414.50 |
| 05/13/08 | Bernard A. Katz | Gen tel conf | Telephone conferences and correspondence with counsel re: status of cap. | 0.70 | 615 | 430.50 |
| 05/13/08 | Bernard A. Katz | Gen tel conf | Telephone conference with H. Konicov re: results of meeting with HIG re: Cap. | 0.60 | 615 | 369.00 |
| 05/13/08 | Bernard A. Katz | Gen tel conf | Telephone conference with debtors' professionals re: CAP. | 0.70 | 615 | 430.50 |
| 05/13/08 | Bernard A. Katz | Gen tel conf | Telephone conference with HIG, counsel to debtor HIG and committee and Phoenix re: CAP financial issues. | 2.00 | 615 | 1,230.00 |
| 05/15/08 | Bernard A. Katz | Gen tel conf | Telephone conference with HIG and debtors' financial advisor re: budget and plan finding commitment. | 1.00 | 615 | 615.00 |
| 05/16/08 | Bernard A. Katz | Gen tel conf | Telephone conferences with counsel re: CAP. | 0.90 | 615 | 553.50 |
| 05/16/08 | Bernard A. Katz | Gen tel conf | Telephone conference with H. Konicov re: CAP and reconciliation of information. | 0.60 | 615 | 369.00 |
| 05/20/08 | Bernard A. Katz | Gen tel conf | Telephone conference with counsel re: analysis of CAP. | 0.80 | 615 | 492.00 |
| 05/20/08 | Bernard A. Katz | Br Comm. Mtg. | Committee call. | 1.20 | 615 | 738.00 |
| 05/21/08 | Bernard A. Katz | Gen tel conf | Telephone conferences with H. Konicov and counsel re: funding commitment. | 0.70 | 615 | 430.50 |
| 05/22/08 | Bernard A. Katz | Gen tel conf | Telephone conferences with H. Konicov re: funding commitment. | 0.70 | 615 | 430.50 |
| 05/23/08 | Bernard A. Katz | Br Discl. Stmt | Office conference with H. Konicov re: status of disclosure statement hearing and plan notifications | 0.60 | 615 | 369.00 |
| 05/27/08 | Bernard A. Katz | Br review trans | Review National City CM and discuss with Scott Victor and M. Gorman. | 1.30 | 615 | 799.50 |

Shapes/Arch Holdings, et al.,  Exhibit "B", Page 2
J.H. Cohn LLP Time Detail
May 1 through May 31, 2008

| Date | Professional | Activity | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 05/27/08 | Bernard A. Katz | Br review trans | Review prospective buyer's list and discuss certain names with M. Gorman. | 0.20 | 615 | 123.00 |
| 05/30/08 | Bernard A. Katz | Gen tel conf | Telephone conference with counsel re: status of CBA negotiations, 363 issues, CAP issues, etc. | 0.80 | 615 | 492.00 |
| 05/30/08 | Bernard A. Katz | Br Budget Rev. | Review budget to actual results for week ending 5/23/08. | 0.20 | 615 | 123.00 |
| | **Bernard A. Katz Total** | | | **36.00** | | **22,140.00** |
| 05/01/08 | Howard Konicov | Gen corres rev | Receipt and review of emails from counsel re: preparation for hearing and HIG preparation to make DIP loan | 0.50 | 570 | 285.00 |
| 05/01/08 | Howard Konicov | Br DIP facility | Review proposed cash receipts and cash disbursements covenants; prepared email to the working group re: findings | 0.40 | 570 | 228.00 |
| 05/01/08 | Howard Konicov | Gen tel conf | Telephone conference with B. Katz re: preparation for hearing, Arch budget, covenant review, instructions on budget modifications et al | 0.60 | 570 | 342.00 |
| 05/01/08 | Howard Konicov | Gen tel conf | Telephone conference with Ilana Volkov re: revisions to DIP loan covenants | 0.30 | 570 | 171.00 |
| 05/01/08 | Howard Konicov | Gen tel conf | Telephone conference with Committee Chair re: sales process | 0.50 | 570 | 285.00 |
| 05/01/08 | Howard Konicov | Gen corres rev | Receipt and review of email updates from Committee counsel re: committee conference call, status updates on hearing and negotiations, and summary of events of the day | 0.40 | 570 | 228.00 |
| 05/01/08 | Howard Konicov | Br DIP facility | Attention to revisions in covenant provisions; emailed changes to counsel | 0.60 | 570 | 342.00 |
| 05/01/08 | Howard Konicov | Gen tel conf | Telephone conference with B. Katz re: modifications of DIP loan budget (.4) and results of hearing (.3) | 0.70 | 570 | 399.00 |
| 05/01/08 | Howard Konicov | Gen tel conf | Telephone conference with the Committee re: approval of settlement with Versa | 0.60 | 570 | 342.00 |
| 05/01/08 | Howard Konicov | Br DIP facility | Attention to revised DIP Budget to account for changes in professional fees, terms of Versa settlement | 0.40 | 570 | 228.00 |
| 05/02/08 | Howard Konicov | Gen corres rev | Receipt and review of correspondence/documents emails re: revised CIT Documents (.4); Arch Acquisition DIP loan documents (.3); emails from Committee counsel re: carveout provisions (.1); emails from Committee counsel re: sales process (.1) | 0.90 | 570 | 513.00 |
| 05/02/08 | Howard Konicov | Gen corres | Email to Committee Counsel re: status of Arch budget | 0.20 | 570 | 114.00 |
| 05/02/08 | Howard Konicov | Gen corres | Attention to email re: carveout provisions in budget | 0.20 | 570 | 114.00 |
| 05/02/08 | Howard Konicov | Br Budget Rev. | Review/analyze budget prepared by the Debtors to conform to DIP loan terms | 1.20 | 570 | 684.00 |
| 05/02/08 | Howard Konicov | Gen corres | Email to Committee Counsel re: status of Debtors' budget presentation | 0.20 | 570 | 114.00 |
| 05/02/08 | Howard Konicov | Gen corres | Email to I. Schwarzbaum re: review of budget | 0.10 | 570 | 57.00 |
| 05/02/08 | Howard Konicov | Gen tel conf | Telephone conference with Ilana Volkov re: final DIP documents and need for approval of interim budget by Arch Acquisition | 0.20 | 570 | 114.00 |
| 05/02/08 | Howard Konicov | Gen corres | Email to B. Katz re: Ilana Volkov questions on budget process | 0.10 | 570 | 57.00 |
| 05/02/08 | Howard Konicov | Gen corres rev | Receipt and review of email from A. Hanover re: post default carve out issue. | 0.10 | 570 | 57.00 |
| 05/02/08 | Howard Konicov | Gen corres rev | Receipt and review of email from Ilana Volkov re: marketing period and issued raised by HIG's counsel | 0.10 | 570 | 57.00 |
| 05/02/08 | Howard Konicov | Gen corres rev | Receipt and review of correspondence/documents re: emails from Ilana Volkov re: CIT loan documents and fee provisions | 0.30 | 570 | 171.00 |
| 05/02/08 | Howard Konicov | Gen office conf | Office conference with B. Katz re: budget issues and finalization, covenant issues | 0.30 | 570 | 171.00 |
| 05/03/08 | Howard Konicov | Gen corres | Correspondence with B. Katz re: status of HIG approved budget | 0.30 | 570 | 171.00 |
| 05/03/08 | Howard Konicov | Gen tel conf | Telephone conference with M Jacoby re: HIG approved budget | 0.10 | 570 | 57.00 |
| 05/03/08 | Howard Konicov | Gen corres rev | Receipt and review of emails from Committee counsel re: form of order and revised DIP loan agreements | 0.30 | 570 | 171.00 |
| 05/04/08 | Howard Konicov | Gen tel conf | Telephone conference with M Jacoby and S Osbalt re: review of proposed Final DIP budget and comments | 1.60 | 570 | 912.00 |
| 05/04/08 | Howard Konicov | Gen corres rev | Receipt and review of emails from Committee counsel re: DIP loan agreements and final orders | 0.30 | 570 | 171.00 |

Shapes/Arch Holdings, LLC, et al.  Exhibit "B", Page 3
J.H. Cohn LLP Time Detail
May 1 through May 31, 2008

| Date | Professional | Activity | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 05/05/08 | Howard Konicov | Gen corres | Email to working group re: results of call with HIG and status of approved budget | 0.40 | 570 | 228.00 |
| 05/05/08 | Howard Konicov | Gen corres rev | Attention to emails re: professional fee budgets and forecasts | 0.30 | 570 | 171.00 |
| 05/05/08 | Howard Konicov | Br DIP facility | Telephone conference with B. Katz re: DIP budget and DIP orders. | 0.40 | 570 | 228.00 |
| 05/05/08 | Howard Konicov | Gen tel conf | Telephone conference with Committee Counsel, Debtors Counsel and Lenders Counsel re: DIP Order and DIP loan agreement | 2.10 | 570 | 1,197.00 |
| 05/05/08 | Howard Konicov | Br DIP facility | Attention to Arcus payoff provisions and correspondence | 1.20 | 570 | 684.00 |
| 05/05/08 | Howard Konicov | Br Budget Rev. | Review of chronology of budgets | 0.30 | 570 | 171.00 |
| 05/05/08 | Howard Konicov | Br Flash report | Attention to interim flash report to the Committee | 0.30 | 570 | 171.00 |
| 05/05/08 | Howard Konicov | Gen corres rev | Attention to email to Committee counsel re: Arcus fees and budget | 0.20 | 570 | 114.00 |
| 05/05/08 | Howard Konicov | Gen office conf | Office conference with I. Schwarzbaum re: validation of Arcus payoff amount | 0.30 | 570 | 171.00 |
| 05/05/08 | Howard Konicov | Gen tel conf | Telephone conference with M. Jacoby re: budget issues | 0.80 | 570 | 456.00 |
| 05/05/08 | Howard Konicov | Gen tel conf | Telephone conference with internal group re: budget issues and preparation for call with the Debtors and HIG | 0.70 | 570 | 399.00 |
| 05/05/08 | Howard Konicov | Br Budget Rev. | Attention to "Interim Budget" to be attached to the Final Arch DIP Order | 0.50 | 570 | 285.00 |
| 05/06/08 | Howard Konicov | Gen tel conf | Telephone conferences with Phoenix/M Jacoby re: proposed "final" budget, covenant issues associated with Term DIP Loan borrowings, cap expenditures covenant, and funding of DIP transition | 1.40 | 570 | 798.00 |
| 05/06/08 | Howard Konicov | Gen corres rev | Receipt and review of correspondence/documents re: protocols for monthly fee statements - email from Committee Counsel | 0.10 | 570 | 57.00 |
| 05/06/08 | Howard Konicov | Br Budget Rev. | Proposed budget to be submitted to HIG; proposed to be submitted as final budget; prepared analysis. | 0.30 | 570 | 171.00 |
| 05/06/08 | Howard Konicov | Gen tel conf | Telephone conference with Counsel and Phoenix re: appropriate and alternative presentation of budget to HIG | 0.50 | 570 | 285.00 |
| 05/06/08 | Howard Konicov | Br Flash report | Prepare/review flash report for period ending 4/27; reviewed and provided comments to I. Schwarzbaum | 0.50 | 570 | 285.00 |
| 05/06/08 | Howard Konicov | Br DIP facility | Services relating to DIP facility - attention to issue of held checks | 0.30 | 570 | 171.00 |
| 05/06/08 | Howard Konicov | Gen tel conf | Telephone conferences with B. Katz re: budget period and availability. | 0.70 | 570 | 399.00 |
| 05/07/08 | Howard Konicov | Gen traveltime | Travel time to Shapes facility (50% of actual travel time - billable portion) | 1.50 | 570 | 855.00 |
| 05/07/08 | Howard Konicov | Gen traveltime | Travel time (nonbillable portion at 50%of actual travel time) | 1.00 | 570 | 570.00 |
| 05/07/08 | Howard Konicov | Gen meetings | Meeting with Debtors F/A and XRoads re: HIG due diligence and DIP budget.  Meeting included sharing of financial information, review of prepetition history, and nature of DIP lending arrangement | 5.20 | 570 | 2,964.00 |
| 05/07/08 | Howard Konicov | Br DIP facility | Attention to proposed covenants re: term loan balance and capital expenditures | 1.30 | 570 | 741.00 |
| 05/07/08 | Howard Konicov | Gen tel conf | Telephone conference with Committee Counsel re: remaining open issues on indemnification and covenant issues | 0.50 | 570 | 285.00 |
| 05/08/08 | Howard Konicov | Gen billing | Billing -attention to monthly interim fee statement | 0.40 | 570 | 228.00 |
| 05/08/08 | Howard Konicov | Gen corres | Emails re: establishment of communication protocols between the debtors and committee | 0.50 | 570 | 285.00 |
| 05/08/08 | Howard Konicov | Gen tel conf | Telephone conference with ST re: monthly fee statement | 0.10 | 570 | 57.00 |
| 05/08/08 | Howard Konicov | Gen tel conf | Telephone conference with staff re: HIG due diligence procedures | 0.70 | 570 | 399.00 |
| 05/08/08 | Howard Konicov | Gen corres rev | Receipt and review of email from HIG's advisors re: capital expenditure analysis | 0.10 | 570 | 57.00 |
| 05/08/08 | Howard Konicov | Gen tel conf | Office conference with B. Katz re: comments to Nat City engagement letter | 0.30 | 570 | 171.00 |
| 05/09/08 | Howard Konicov | Gen tel conf | Telephone conference with Ilan Volkov re: competitive sales process | 0.20 | 570 | 114.00 |
| 05/09/08 | Howard Konicov | Gen tel conf | Telephone conference with staff re: Summarization of documents provided to HIG | 0.30 | 570 | 171.00 |

Shapes/Arch Holdings, L.L.C. et al.

Exhibit "B", Page 4

J.H. Cohn LLP Time Detail
May 1 through May 31, 2008

| Date | Professional | Activity | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 05/09/08 | Howard Konicov | Gen tel conf | Telephone conference with staff re: status and results of HIG due diligence and comments to the budget (.7); telephone conference with M Jacoby re: same (.3) | 1.00 | 570 | 570.00 |
| 05/09/08 | Howard Konicov | Gen office conf | Office conference with staff re: document production index | 0.30 | 570 | 171.00 |
| 05/09/08 | Howard Konicov | Gen corres rev | Receipt and review of email from I. Schwarzbaum re: documents produced to HIG/Arch Acquisition | 0.50 | 570 | 285.00 |
| 05/09/08 | Howard Konicov | Br Doc review | Attention to document index for HIG production, prepared email to B. Katz re: same | 0.50 | 570 | 285.00 |
| 05/10/08 | Howard Konicov | Gen tel conf | Telephone conference with Chris Davino re: status of HIG due diligence and information needs | 0.30 | 570 | 171.00 |
| 05/10/08 | Howard Konicov | Gen corres rev | Receipt and review of email from A. Hanover re: April fees | 0.10 | 570 | 57.00 |
| 05/10/08 | Howard Konicov | Gen corres | Email to Jacoby re: HIG production log | 0.10 | 570 | 57.00 |
| 05/10/08 | Howard Konicov | Br Doc review | Document review/index - attention to additional financial information provided to HIG and reflected same on consolidated index | 0.40 | 570 | 228.00 |
| 05/10/08 | Howard Konicov | Gen tel conf | Telephone conference with M Jacoby re: post emergence balance sheet | 0.10 | 570 | 57.00 |
| 05/10/08 | Howard Konicov | Br Discl. Stmt | Attention to post emergence balance sheet and cash required at confirmation | 0.50 | 570 | 285.00 |
| 05/12/08 | Howard Konicov | Gen office conf | Office conference with staff re: cash requirements at confirmation and analysis to be prepared for Committee Counsel | 2.10 | 570 | 1,197.00 |
| 05/12/08 | Howard Konicov | Gen corres rev | Receipt and review of correspondence/documents - post emergence balance sheet and analysis of same | 1.20 | 570 | 684.00 |
| 05/12/08 | Howard Konicov | Br plan negotiations | Attention to plan negotiations - review/revised plan | 1.20 | 570 | 684.00 |
| 05/12/08 | Howard Konicov | Gen tel conf | Telephone conference with M Jacoby re: funding committment issues | 1.20 | 570 | 684.00 |
| 05/12/08 | Howard Konicov | Gen tel conf | Telephone conference with Alan Halperin and Ilan Volkov re: plan issues | 0.40 | 570 | 228.00 |
| 05/12/08 | Howard Konicov | Gen corres rev | Attention to emails to and from counsel re: plan funding commitment issues | 1.20 | 570 | 684.00 |
| 05/12/08 | Howard Konicov | Gen office conf | Office conference with B. Katz re: plan funding commitment and amended plan issues | 1.00 | 570 | 570.00 |
| 05/12/08 | Howard Konicov | Gen tel conf | Telephone conference with Marc Felger re: amended plan and issues (.4); telephone call with M. Jacoby re: amended plan and conference call with HIG business people | 0.90 | 570 | 513.00 |
| 05/12/08 | Howard Konicov | Gen tel conf | Telephone conference with A. Halperin and B. Katz re: plan funding committment issues | 0.50 | 570 | 285.00 |
| 05/12/08 | Howard Konicov | Gen tel conf | Telephone conferences with counsel and B. Katz re: POR and cap of HIG investment. | 1.10 | 570 | 627.00 |
| 05/13/08 | Howard Konicov | Gen tel conf | Telephone conference with M Jacoby re: results of conference call withHIG to discus funding cap issues | 0.40 | 570 | 228.00 |
| 05/13/08 | Howard Konicov | Gen tel conf | Telephone conference with parties to the case to discuss seconded amended plan, funding cap issues, and budget | 1.40 | 570 | 798.00 |
| 05/13/08 | Howard Konicov | Gen tel conf | Telephone conference with M. Jacoby re: preparation for meeting with HIG, and new plan documents | 0.80 | 570 | 456.00 |
| 05/13/08 | Howard Konicov | Br Discl. Stmt | Attention to amended plan and disclosure statements, filed by the Debtors on 5/12 and 5/13 | 2.10 | 570 | 1,197.00 |
| 05/13/08 | Howard Konicov | Gen traveltime | Travel time to Delair, NJ (50% billable portion) | 1.20 | 570 | 684.00 |
| 05/13/08 | Howard Konicov | Gen traveltime | Travel time to Delair (nonbillable portion) | 1.20 | 570 | 684.00 |
| 05/13/08 | Howard Konicov | Gen meetings | Meeting with Debtors and HIG (including its financial advisors) re: amended plan provisions and plan funding commitment cap | 2.50 | 570 | 1,425.00 |
| 05/13/08 | Howard Konicov | Gen corres | Emails to and from Committee Counsel re: negotiations over funding cap commitment | 0.70 | 570 | 399.00 |
| 05/13/08 | Howard Konicov | Br Budget Rev. | Review/Analyze Budget - attention to covenant compliance report | 0.40 | 570 | 228.00 |
| 05/13/08 | Howard Konicov | Gen tel conf | Preparation for meeting with HIG and conference call with HIG and its counsel | 0.70 | 570 | 399.00 |
| 05/13/08 | Howard Konicov | Gen tel conf | Telephone conference with Committtee Counsel and Debtors Counsel subsequent to call with HIG re: status of amended plan, and funding cap issues | 0.50 | 570 | 285.00 |

Shapes/Anh Holdings, LLC, et al.  Exhibit "B", Page 5
J.H. Cohn LLP Time Detail
May 1 through May 31, 2008

| Date | Professional | Activity | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 05/13/08 | Howard Konicov | Gen tel conf | Telephone conference with B. Katz re: results of meeting with HIG re: Cap. | 0.60 | 570 | 342.00 |
| 05/14/08 | Howard Konicov | Gen tel conf | Telephone conference with Crossroads and Phoenix re: findings over review of budget | 0.50 | 570 | 285.00 |
| 05/14/08 | Howard Konicov | Gen tel conf | Telephone conference with Donna Lieberman re: 503b9 exposure | 0.20 | 570 | 114.00 |
| 05/14/08 | Howard Konicov | Br Budget Rev. | Attention to DSO assumptions in revised budget as compared to previous budget and prior year history | 1.10 | 570 | 627.00 |
| 05/14/08 | Howard Konicov | Gen office conf | Office conference with I. Schwarzbaum re: components of funding cap (i.e. 503b9 claims, executory contract cure costs) | 1.20 | 570 | 684.00 |
| 05/14/08 | Howard Konicov | Gen corres | Email from Counsel re: monthly fee statements | 0.20 | 570 | 114.00 |
| 05/14/08 | Howard Konicov | Gen corres | Attention to email to Scott Victor of Nat City - information log for documents provided to HIG | 0.50 | 570 | 285.00 |
| 05/14/08 | Howard Konicov | Gen corres rev | Receipt and review of email from S Osbalt re: budget discussions | 0.10 | 570 | 57.00 |
| 05/15/08 | Howard Konicov | Gen tel conf | Telephone conference with Chris Davino re: status of HIG evaluation of the budget | 0.30 | 570 | 171.00 |
| 05/15/08 | Howard Konicov | Gen tel conf | Telephone conference with financial advisors re: HIG comments to the budget | 1.30 | 570 | 741.00 |
| 05/15/08 | Howard Konicov | Gen tel conf | Telephone conference with M Jacoby re: results of conference call with Crossroads | 0.30 | 570 | 171.00 |
| 05/15/08 | Howard Konicov | Gen tel conf | Telephone conferences with HIG, Crossroads, and Phoenix and status of work provided | 0.40 | 570 | 228.00 |
| 05/15/08 | Howard Konicov | Br Projections | Preparation for call with Crossroads | 0.60 | 570 | 342.00 |
| 05/15/08 | Howard Konicov | Gen tel conf | Telephone conference with M Jacoby re: preparation for call with Crossroads and status of cap negotiations | 0.50 | 570 | 285.00 |
| 05/15/08 | Howard Konicov | Gen corres rev | Receipt and review of email from Feldger re: proposed resolution to cap issue, reply email to Donna Lieberman re: same | 0.40 | 570 | 228.00 |
| 05/16/08 | Howard Konicov | Gen tel conf | Telephone conference with Donna Lieberman re: preparation for Monday hearing (.2); telephone call with Chris Davino of Crossroads re: status of budget review (.3); telephone calls with Michael Jacoby re: status of Crossroads review, status of negotiations, and strategic case issues (.7) | 1.20 | 570 | 684.00 |
| 05/16/08 | Howard Konicov | Gen corres | Email to working group re: status of HIG budget review and timing issues | 0.90 | 570 | 513.00 |
| 05/16/08 | Howard Konicov | Gen tel conf | Telephone conference with Alan Halperin re: negotiation of funding cap | 0.30 | 570 | 171.00 |
| 05/16/08 | Howard Konicov | Gen tel conf | Telephone conference with I. Schwarzbaum re: preparation for call with the Debtors and Crossroads | 0.70 | 570 | 399.00 |
| 05/16/08 | Howard Konicov | Br plan negotiations | Attention to executory contract cure analysis prepared by the Debtors | 0.30 | 570 | 171.00 |
| 05/16/08 | Howard Konicov | Gen corres rev | Attention to emails re: disclosure statement issues; status of negotiations with HIG; funding cap issues; status of reconciliation of budget and cost to exit Chapter 11 | 0.30 | 570 | 171.00 |
| 05/16/08 | Howard Konicov | Gen tel conf | Telephone conference with B. Katz re: CAP and reconciliation of information. | 0.60 | 570 | 342.00 |
| 05/19/08 | Howard Konicov | Br plan negotiations | Attention to plan negotiations re: adequacy and feasibility of funding cap | 1.30 | 570 | 741.00 |
| 05/20/08 | Howard Konicov | Gen tel conf | Telephone conference with Committee re: status of negotiations with HIG (.5); telephone calls with Committee Counsel re: preparation for committee call and interpretation of HIG offer (1.) | 1.50 | 570 | 855.00 |
| 05/20/08 | Howard Konicov | Gen tel conf | Telephone conference with Scott Victor of Nat City re: results of sales process | 0.60 | 570 | 342.00 |
| 05/20/08 | Howard Konicov | Br DIP facility | Analysis of HIG offer and preparation of funding cap | 0.70 | 570 | 399.00 |
| 05/21/08 | Howard Konicov | Gen tel conf | Telephone conference with Nat City re: status of sales process | 0.50 | 570 | 285.00 |
| 05/21/08 | Howard Konicov | Gen tel conf | Telephone conference with M. Jacoby re: funding cap issues | 1.10 | 570 | 627.00 |
| 05/21/08 | Howard Konicov | Gen corres rev | Receipt and review of emails from Committee Counsel re: negotiations of plan funding cap issues | 2.00 | 570 | 1,140.00 |

Shapes/Arc Holdings, et al.
Exhibit "B", Page 6
J.H. Cohn LLP Time Detail
May 1 through May 31, 2008

| Date | Professional | Activity | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 05/21/08 | Howard Konicov | Gen tel conf | Telephone conference with I. Schwarzbaum re: calculation of funding cap for counsel | 0.20 | 570 | 114.00 |
| 05/21/08 | Howard Konicov | Br Discl. Stmt | Telephone conference with Ilana Volkov re: preparation for disclosure statement. | 0.10 | 570 | 57.00 |
| 05/21/08 | Howard Konicov | Gen tel conf | Telephone conferences with B. Katz and counsel re: funding commitment. | 0.70 | 570 | 399.00 |
| 05/22/08 | Howard Konicov | Gen tel conf | Telephone conferences with B. Katz re: funding commitment. | 0.70 | 570 | 399.00 |
| 05/22/08 | Howard Konicov | Gen tel conf | Telephone conference with M. Jacoby re: plan funding commitment language and UST fee issue | 0.30 | 570 | 171.00 |
| 05/22/08 | Howard Konicov | Br Projections | Prepare analysis of projected professional fees for Committee professionals | 1.00 | 570 | 570.00 |
| 05/22/08 | Howard Konicov | Gen corres rev | Receipt and review of email from B. Katz re: fee budget | 0.70 | 570 | 399.00 |
| 05/22/08 | Howard Konicov | Br Discl. Stmt | Review disclosure statement (amended) highlighting questions and concerns for Committee Counsel | 0.20 | 570 | 114.00 |
| 05/22/08 | Howard Konicov | Gen tel conf | Telephone conferences with Ilana Volkov re: preparation for Disclosure Statement hearing and negotiations with HIG re: funding cap issues | 0.70 | 570 | 399.00 |
| 05/22/08 | Howard Konicov | Gen tel conf | Telephone conference with Committee counsel and HIG's counsel re: negotiation of resolution for a consensual plan | 0.60 | 570 | 342.00 |
| 05/22/08 | Howard Konicov | Gen corres | Email to B. Katz re: status of negotiations and settlement | 0.60 | 570 | 342.00 |
| 05/22/08 | Howard Konicov | Gen tel conf | Telephone conference with Walter B. re: status of plan negotiations and definition of plan funding cap | 0.30 | 570 | 171.00 |
| 05/22/08 | Howard Konicov | Gen tel conf | Telephone conference with committee professionals re: fee budget issues | 0.30 | 570 | 171.00 |
| 05/23/08 | Howard Konicov | Br Eval sale | Communication with Nat. City re: status of the sales process | 0.50 | 570 | 285.00 |
| 05/23/08 | Howard Konicov | Br Case Admin. | Correspondence with Ilana Volkov re: status of hearing | 0.30 | 570 | 171.00 |
| 05/23/08 | Howard Konicov | Br Discl. Stmt | Office conference with B. Katz re: status of disclosure statement hearing and plan notifications | 0.60 | 570 | 342.00 |
| 05/23/08 | Howard Konicov | Br Discl. Stmt | Attention to blacklined plan documents and notification associated with settlement | 1.70 | 570 | 969.00 |
| 05/27/08 | Howard Konicov | Br review trans | Review of proposed transactions of Debtor re: review of sales process and solicitation materials | 1.20 | 570 | 684.00 |
| 05/28/08 | Howard Konicov | Br Discl. Stmt | Attention to third amended plan documents | 2.10 | 570 | 1,197.00 |
| 05/28/08 | Howard Konicov | Gen tel conf | Telephone conference with Nat City representatives re: status of sales process and interested buyers | 1.30 | 570 | 741.00 |
| 05/28/08 | Howard Konicov | Gen tel conf | Telephone conference with counsel re: amended plan documents | 0.30 | 570 | 171.00 |
| 05/28/08 | Howard Konicov | Gen tel conf | Telephone conference with Phoenix re: status of Debtors operations et al | 0.20 | 570 | 114.00 |
| 05/30/08 | Howard Konicov | Gen tel conf | Telephone conference with Committee Counsel re: next steps in the case | 0.60 | 570 | 342.00 |
| 05/30/08 | Howard Konicov | Gen corres rev | Receipt and review of sales process and interested buyers | 0.50 | 570 | 285.00 |
| | **Howard Konicov Total** | | | **97.30** | | **55,461.00** |
| 05/05/08 | Irv Schwarzbaum | Br DIP facility | Calculation of Versa payoff amount | 2.40 | 465 | 1,116.00 |
| 05/05/08 | Irv Schwarzbaum | Br Projections | Prepare/review cashflow projections for HIG interim budget submitted to court | 1.70 | 465 | 790.50 |
| 05/05/08 | Irv Schwarzbaum | Br DIP facility | Analysis of availability under the DIP as of the payoff of the Versa Term Loan | 1.60 | 465 | 744.00 |
| 05/05/08 | Irv Schwarzbaum | Gen office conf | Office conference with H. Konicov re: validation of Arcus payoff amount | 0.30 | 465 | 139.50 |
| 05/06/08 | Irv Schwarzbaum | Br Oper results | Review of checks clearing bank and checks being held and potentially bouncing | 1.10 | 465 | 511.50 |
| 05/07/08 | Irv Schwarzbaum | Br Projections | Meeting with HIG and Crossroads to discuss projections and results | 4.10 | 465 | 1,906.50 |
| 05/08/08 | Irv Schwarzbaum | Br Projections | Attendance at meetings with Debtor, HIG and Crossroads for due diligence of the Debtor | 7.30 | 465 | 3,394.50 |
| 05/09/08 | Irv Schwarzbaum | Br Projections | Attendance at meetings with Debtor, HIG and crossroads for due diligence of the Debtor | 5.00 | 465 | 2,325.00 |
| 05/14/08 | Irv Schwarzbaum | Gen office conf | Office conference with H. Konicov re: components of funding cap (i.e. 503b9 claims, executory contract cure costs) | 1.20 | 465 | 558.00 |
| 05/16/08 | Irv Schwarzbaum | Gen tel conf | Telephone conference with H. Konicov re: preparation for call with the Debtors and Crossroads | 0.70 | 465 | 325.50 |

Stream Ant Holdings, L.L.C. et al
J.H. Cohn LLP Time Detail
May 1 through May 31, 2008

| Date | Professional | Activity | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 05/19/08 | Irv Schwarzbaum | Br plan negotiations | Analysis and presentation of total cash necessary to exit bankruptcy including revolver, term note, priority claims, executory contracts, cure costs for contracts assumed and payment of professional fees | 2.40 | 465 | 1,116.00 |
| 05/21/08 | Irv Schwarzbaum | Gen tel conf | Telephone conference with H. Konicov re: calculation of funding cap for counsel | 0.20 | 465 | 93.00 |
| 05/29/08 | Irv Schwarzbaum | Gen other | Review of confidential memorandum prepared by Nat City | 2.10 | 465 | 976.50 |
| 05/30/08 | Irv Schwarzbaum | Br Oper results | Budget versus actual of revenues by division | 1.90 | 465 | 883.50 |
| | **Irv Schwarzbaum Total** | | | **32.00** | | **14,880.00** |
| 05/01/08 | Lillian McPherson | Br Projections | Comparison of actual January and February 2008 actuals against forecasted projections. | 3.50 | 310 | 1,085.00 |
| 05/01/08 | Lillian McPherson | Br Projections | Prepare/review cash flow projections for 13 week period ending 7/27/08 assuming increased professional fees and timing of payments | 3.20 | 310 | 992.00 |
| 05/02/08 | Lillian McPherson | Br Projections | Prepare/review cash flow projections for 13 week period ending 7/27/08 assuming increased in general and administrative expenses | 4.20 | 310 | 1,302.00 |
| 05/02/08 | Lillian McPherson | Br Projections | Prepare/review cash flow projections for 13 week period ending 7/27/08 assuming reduced sales sensitivity | 2.10 | 310 | 651.00 |
| 05/02/08 | Lillian McPherson | Br plan negotiations | Review and analysis of covenant compliance per DIP lender | 5.10 | 310 | 1,581.00 |
| 05/03/08 | Lillian McPherson | Br Flash report | Prepare/review flash report for period ending 4/27/08 for Shapes Division for Week 6 | 2.70 | 310 | 837.00 |
| 05/03/08 | Lillian McPherson | Br Flash report | Prepare/review flash report for period ending 4/27/08 for Shapes Division for cumulative six weeks | 2.20 | 310 | 682.00 |
| 05/03/08 | Lillian McPherson | Br Flash report | Prepare/review flash report for period ending 4/27/08 for Delair, AccuWeld and Ultra Division for Week 6 | 1.40 | 310 | 434.00 |
| 05/03/08 | Lillian McPherson | Br Flash report | Prepare/review flash report for period ending 4/27/08 for Delair, AccuWeld and Ultra for cumulative six weeks | 2.50 | 310 | 775.00 |
| 05/03/08 | Lillian McPherson | Br DIP facility | Reviewed and updated model for changes in DIP | 1.00 | 310 | 310.00 |
| 05/06/08 | Lillian McPherson | Br Oper results | Reviewed Debtor's post-petition operating results for week ending 5/4/08 for Shapes division for the week versus budget | 3.20 | 310 | 992.00 |
| 05/06/08 | Lillian McPherson | Br Oper results | Reviewed Debtor's post-petition operating results for week ending 5/4/08 for Shapes division for the seven weeks cumulative versus budget | 3.40 | 310 | 1,054.00 |
| 05/06/08 | Lillian McPherson | Br Oper results | Analysis of cash collection and variance versus budget for all divisions | 4.20 | 310 | 1,302.00 |
| 05/07/08 | Lillian McPherson | Br Projections | Prepare/review cashflow projections for revised projections through week 20 taking into account revised sales and collections assumptions | 6.20 | 310 | 1,922.00 |
| 05/07/08 | Lillian McPherson | Br Analyze A/R | Review and analysis of account receivables ineligible percentages | 3.20 | 310 | 992.00 |
| 05/08/08 | Lillian McPherson | Br Analyze A/R | Analysis of account receivables of Delair for dated billing and due dates | 4.10 | 310 | 1,271.00 |
| 05/09/08 | Lillian McPherson | Br Analyze A/R | Analysis of days outstanding for accounts receivables by division for the initial budget, the interim budget and the revised budget | 5.10 | 310 | 1,581.00 |
| 05/09/08 | Lillian McPherson | Br Projections | Analysis of backlog for Shapes | 6.10 | 310 | 1,891.00 |
| 05/11/08 | Lillian McPherson | Br Projections | Review of the 503(b) (9) claims analysis and detail per Debtor schedules | 6.10 | 310 | 1,891.00 |
| 05/12/08 | Lillian McPherson | Br Projections | Review and analysis of emergence balance sheet and funding requirements | 7.10 | 310 | 2,201.00 |
| 05/12/08 | Lillian McPherson | Br Exec contract | Preparation of executory contract schedule for Debtor | 6.10 | 310 | 1,891.00 |
| 05/13/08 | Lillian McPherson | Br Projections | Calculation and analysis of Cap Funding requirement assuming various scenarios | 6.10 | 310 | 1,891.00 |
| 05/13/08 | Lillian McPherson | Br assets & liab | Analysis of accrued expenses upon emergence | 6.10 | 310 | 1,891.00 |
| 05/14/08 | Lillian McPherson | Br claims recon | Calculation of potential exposure of 503b9 claims assuming that payments were applied to oldest invoices in the ordinary course versus the application to specific invoices per the Debtors analysis | 7.10 | 310 | 2,201.00 |
| 05/14/08 | Lillian McPherson | Br claims recon | Reconciling account balances for priority claims | 3.80 | 310 | 1,178.00 |
| 05/15/08 | Lillian McPherson | Br Projections | Analysis and review of Bridge analysis prepared by Debtor of the cash flow projections versus the EBITDA budget | 7.10 | 310 | 2,201.00 |
| 05/16/08 | Lillian McPherson | Br Exec contract | Review of assumed executory contracts and cure costs | 4.50 | 310 | 1,395.00 |

Stramm Ant Holdings, LLC, et al.

Exhibit "B", Page 8

J.H. Cohn LLP Time Detail

May 1 through May 31, 2008

| Date | Professional | Activity | Description | Time | Rate | Fee |
|---|---|---|---|---|---|---|
| 05/16/08 | Lillian McPherson | Br plan negotiations | Cap calculation analysis for total amount needed to exit bankruptcy | 6.20 | 310 | 1,922.00 |
| 05/19/08 | Lillian McPherson | Br Flash report | Prepare/review flash report for Committee re: postpetition operating results and compliance with covenants | 5.00 | 310 | 1,550.00 |
| 05/20/08 | Lillian McPherson | Br Flash report | Prepare/review flash report for Committee re: postpetition operating results and compliance with covenants | 6.10 | 310 | 1,891.00 |
| 05/21/08 | Lillian McPherson | Br Flash report | Prepare/review flash report for Committee re: postpetition operating results and compliance with covenants | 5.30 | 310 | 1,643.00 |
| 05/22/08 | Lillian McPherson | Br Flash report | Prepare/review flash report for Committee re: postpetition operating results and compliance with covenants | 6.10 | 310 | 1,891.00 |
| 05/23/08 | Lillian McPherson | Br Oper results | Reviewed Debtor's post-petition operating results | 7.00 | 310 | 2,170.00 |
| 05/27/08 | Lillian McPherson | Br Oper results | Reviewed Debtor's post-petition operating results for Shapes division for week 9 | 4.10 | 310 | 1,271.00 |
| 05/27/08 | Lillian McPherson | Br Oper results | Reviewed Debtor's post-petition operating results for Delair AccuWeld and Ultra division for week 9 | 4.50 | 310 | 1,395.00 |
| 05/28/08 | Lillian McPherson | Br Statement affair | Review of filed monthly operating reports | 6.40 | 310 | 1,984.00 |
| 05/29/08 | Lillian McPherson | Br Oper results | Reviewed Debtor's post-petition operating results for Shapes on a consolidated basis for collections versus budget | 7.10 | 310 | 2,201.00 |
| | **Lillian McPherson Total** | | | **175.20** | | **54,312.00** |
| 05/05/08 | Rosellen Martoken | Br fee app | Prepare/review fee application | 3.10 | 230 | 713.00 |
| 05/05/08 | Rosellen Martoken | Br Case Admin. | Docket review re: administrative order establishing procedures for interim comp. Review order and email from counsel re: first monthly application. | 2.10 | 230 | 483.00 |
| 05/05/08 | Rosellen Martoken | Br fee app | Prepare/review fee application | 1.00 | 230 | 230.00 |
| 05/06/08 | Rosellen Martoken | Br fee app | Prepare/review fee application | 4.90 | 230 | 1,127.00 |
| 05/12/08 | Rosellen Martoken | Br fee app | Prepare/review fee application - finalize application and forward to counsel for filing. | 1.40 | 230 | 322.00 |
| | **Rosellen Martoken Total** | | | **12.50** | | **2,875.00** |
| | **Grand Total** | | | **353.00** | | **149,668.00** |