| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Bruce J. Wisotsky<br>Melissa A. Peña<br>**NORRIS, McLAUGHLIN & MARCUS, PA**<br>A Professional Corporation<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876-1018<br>(908) 722-0700<br>Attorneys for Combustion Engineering, Inc.,<br>Successor by Merger to C-E Glass, Inc. | |
| In Re:<br><br>SHAPES/ARCH HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that Norris, McLaughlin & Marcus, PA, attorneys for Combustion Engineering, Inc., successor by merger to C-E Glass, Inc., hereby enters its appearance in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that request is hereby made pursuant to Section 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter shall be directed to the following:

MELISSA A. PENA
NORRIS, McLAUGHLIN & MARCUS
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone: (908) 722-0700
Fax: (908) 722-0755
E-Mail: mapena@nmmlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile or otherwise, that affect the above-captioned debtors or property of the debtors' estates.

        NORRIS, McLAUGHLIN & MARCUS, PA
        Attorneys for Combustion Engineering, Inc.,
        Successor by Merger to C-E Glass, Inc.,

By:   /s/ Melissa A. Peña
       MELISSA A. PENA

DATED: June 16, 2008