Order Filed on
**6/18/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING** TO CONSIDER DEBTOR'S MOTION TO APPROVE AUCTION PROCEDURES, BREAKUP FEE AND EXPENSES

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: 6/18/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

---

Upon consideration of the application of the above-captioned debtors and debtors-in-possession (the "Debtors")[1], for notice under Federal Rule Bankruptcy Procedure 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 for notice of hearing on the application for (I) authority to sell all or substantially all of their assets, (II) authority to assume and assign executory contracts and unexpired leases, and (III) approval of the auction procedures, break-up for and expense reimbursement related thereto (the "Application") is hereby shortened as set forth herein.

2. A hearing shall be conducted on the aforesaid Application on June 20, 2008, at 11:30 AM ~~2:00 p.m.~~ in the United States Bankruptcy Court, 400 Cooper Street, Camden, New Jersey 08101, Courtroom # 4C.

3. True copies of this order, the application for it, and the moving papers shall be served upon (a) counsel for CIT, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) the Internal Revenue Service, (e) the New Jersey Attorney General, (f) the Commonwealth of Pennsylvania Department of Revenue, (g) counsel to the Committee, (h) all parties that have signed confidentiality agreements since March 16, 2008, and (i) all parties on the Master Service List by:

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns June 18, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

---

✓ fax,    or    ✓ overnight mail,

✓ email,    hand delivery,

regular mail,

and within

day(s) of the date hereof, or

✓ on the same date as the Order.

4. Any objections to said motion:

✓    may
    ~~shall~~ be filed and served as to be received no later than  June 19, 2008
✓    or
    may be presented at the hearing.

5. ✓ Court appearances will be required to prosecute said motion and any objections.

Any objector may appear by telephone at the hearing.

The hearing will be held by telephone conference call, to be arranged by the applicant.

CHERRY_HILL\448070\1 220718.000

*Approved by Judge Gloria M. Burns June 18, 2008*