EXPENSE REPORT FOR MEMBERS OF
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
SHAPES/ARCH HOLDINGS, LLC

CODES AND EXPLANATION

PKG = Parking
M/C = Mileage Charge (at .38/mile)
T = Tolls - Bridges, Tunnels, Parkway, etc.
A/F = Airfare (at coach rates)
H = Hotel
R/R = Trains and subways
TAXI = Taxi, radio cars
R/C = Rent-a-Car
M = Meals out-of-town (Breakfast, Lunch, Dinner)
TEL = Extraordinary telephone charges - conference calls, long distance, etc.
M/E = Other Miscellaneous charges (give full description of expenses)

PLEASE ATTACH RECEIPTS WHEREVER POSSIBLE

| DATE | LOCATION | AMOUNT | CODE | EXPLANATION OF EXPENSES |
|---|---|---|---|---|
| 3/31 | Newark | $30.40 | M/C | |
| ↓ | ↓ | $14.00 | PKG | |
| ↓ | ↓ | $20.00 | T | |
| 4/7 | NYC | $26.60 | M/C | |
| ↓ | ↓ | $40.00 | PKG | |
| ↓ | ↓ | $10.00 | T | |

PLEASE TYPE OR PRINT:     TOTAL AMOUNT REQUESTED

Name of Creditors' Committee Member/Representative:

Richard Kelher

Total Amount Requested: $ 141.00

Company Name:
RUSAL

Completion of this form constitutes a certification under penalty of perjury.

Signature of Applicant     Date: 6/8/08

{00064901.1 / 0631-001}