Law Offices
PARKER McCAY P.A.
OREN KLEIN/OK 8449
Three Greentree Centre
7001 Lincoln Drive West / PO Box 974
Marlton, New Jersey 08053-0974
(856) 596-8900
Attorneys for Pennsauken Township

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | |
| | CHAPTER 11 |
| | CASE NO: 08-14631 (GMB) (Jointly Administered) |
| | CERTIFICATION OF CONSENT |
| Debtor. | |

### CERTIFICATE OF CONSENT ORDER IN LIEU OF MOTION PURSUANT TO *D.N.J. LBR* 9013-1(J) PROVIDING FOR RELIEF FROM THE AUTOMATIC STAY AS IT APPLIES TO TOWNSHIP OF PENNSAUKEN WITH RESPECT TO CERTAIN TAX COURT APPEALS COMMENCED BY THE DEBTORS

**I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(e) *If submitting the consent order and this certification to the Court conventionally*, I

acknowledge the signing of same for all purposes, including those under Fed. R. Bankr.P. 9011 (sign certification in pen and ink and the Court will scan);

                                            */s/ OREN KLEIN*
                                            **OREN KLEIN**

**Dated: 6/19/08**