## OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ULTRA/SHAPES CORP.

### EXPENSE REIMBURSEMENT REPORT

1. Name of Company — Representative for UPS

2. Date of Meeting — 3/31 & 4/7/2008

3. Location of Meeting — NJ & NY

4. Name of Representative Attending Meeting — Steven D. Sass, Esq.

5. Reimbursable Expenses:

   (a) Transportation:

      (1) Air or Rail Fare — $560.00

      (2) Personal automobile miles at $.505 per mile — $40.40

      (3) Taxi — $

      (4) Parking/Tolls — $29.00

      (5) Other (describe) — $

   (b) Lodging:

      (1) Hotel (excluding meals) — $

   (c) Meals:

      (1) Breakfast — $20.48

      (2) Lunch — $

      (3) Dinner — $

TOTAL REIMBURSEMENT SOUGHT — $649.88

I hereby certify that the above expenses were incurred by me in connection with attendance at the Committee meeting or other authorized Committee business.

(Signature of Member's Representative)
Incurring Expenses)

1419783 v1/NY





```
                                                              GIANT
                                                    YOU'VE GOT A
                                                    GIANT ON YOUR SIDE

                                                        GIANT #344
                                                      ELKRIDGE, MD. 21075
                                                        410-379-6405
                                                      WWW.GIANTFOOD.COM

                                               Welcome I'm Michelle 10:42am  3/31/08
                                               Tran 43229 Terminal   7 Cashier 00113

                                               Customer Number            XXXXX6095
                                               GENERAL MERCHANDISE
                                               CDBRY RST ALMOND              1.69 FT
                                                   BonusCard Savings        -0.69 F
                                                   PRICE PAID                1.00
                                               CDBRY RST ALMOND              1.69 FT
                                                   BonusCard Savings        -0.69 F
                                                   PRICE PAID                1.00
                                               CDBRY RST ALMOND              1.69 FT
                                                   BonusCard Savings        -0.69 F
                                                   PRICE PAID                1.00
                                               GROCERY
                                               DASANI WATER 20Z              1.49 F
                                               PF DB CHO MILANO              3.19 F
                                               PREPARED FOODS
                                               6IN ROAST BF HOG              3.99 FT

      THE MARC STATION                         Total before savings        $13.74
        THANKS YOU                             Your Total Savings           $2.07
      PLEASE COME AGAIN                        Total after savings         $11.
                                               Tax paid                    $0.
                                               Total                       $12.
 Rcpt# 41713                                   Cash Tnd                    $20.
 3/31/08 21:33  L#18 A#  1   Txn# 64965        Change                       $7.
 3/31/08 10:59 In   03/31/08 21:33 Out
                                               Total number of items sold = 6
 <t# 172683
 mex. Card       $ 9.00-
 XXXXXXXXXX2001 10/09                          YOUR SAVINGS SUMMARY
 proval No.: 521816                            BonusCard Savings           $2.07
 Reference No.: 09131212                       Your Total Savings          $2.07

                                               ***YEAR-TO-DATE SAVINGS*** $161.11
                                               ************************************

                                               THANK YOU FOR SHOPPING AT GIANT.
                                               WE'VE ENJOYED SERVING YOU, AND WE
    ***AMTRAK***        ***AMTRAK***           LOOK FORWARD TO SERVING ALL YOUR
   1 800 USA-RAIL      1 800 USA-RAIL          FUTURE SHOPPING NEEDS.
        OR                   OR
   WWW.AMTRAK.COM      WWW.AMTRAK.COM
  WE'RE MAKING TRACKS  WE'RE MAKING TRACKS     John Albini, Store Mgr.410-379-6405

 G  03-31-2008 10:28 AM  REG 03-31-2008 06:40 PM          GIANT #344
              2110-000014              2171-00010

 DA C                    CH CRACK B    $3.
 SH         $1.75        SODA C        $1.75
                         CASH          $5.25
 THANKS FOR TRAVELING    THANKS FOR TRAVELING
 ***AMTRAK***            ***AMTRAK***
 FOR NEXT RESERVATION    FOR NEXT RESERVATION
 CALL 1 800 USA-RAIL     CALL 1 800 USA-RAIL
```



```
***AMTRAK***
  1 800 USA-RAIL
        OR
  WWW.AMTRAK.COM
 WE'RE MAKING TRACKS

REG  04-07-2008 08:27 PM
          2173-000290

SODA C           $1.75
CANDCOOK B       $2.00
TL               $3.75
TOTAL            $3.75
CASH             $5.00
CHANGE           $1.25

  THANKS FOR TRAVELING
     ***AMTRAK***
  FOR NEXT RESERVATION
  CALL 1 800 USA-RAIL
```

```
MED#        3J26
04/07/08 TR 1635
START  END MILES
19:29 19:39  1.7
REGULAR FARE
RATE 1:$     7.30
SURCH: $     1.00
TOTAL: $     8.30
     THANKS
  TO CONTACT TLC
   DIAL 3-1-1
```

```
***AMTRAK***
  1 800 USA-RAIL
        OR
  WWW.AMTRAK.COM
 WE'RE MAKING TRACKS

REG  04-07-2008 08:26 AM
          2158-000010

SODA C           $1.75
BAGEL B          $1.75
TL               $3.50
CASH             $3.50

  THANKS FOR TRAVELING
     ***AMTRAK***
  FOR NEXT RESERVATION
  CALL 1 800 USA-RAIL
```

```
THE MARC STATION
   THANKS YOU
 PLEASE COME AGAIN

Rcpt# 19260
04/07/08 22:48  L#17 A# 1  Txn# 33788
04/07/08 09:04 In   04/07/08 22:48 Out
Tkt# 163394
Amex. Card        $ 9.00-
XXXXXXXXXXX2001 10/09
Approval No.: 540468
Reference No.: 09807274
```

MILEAGE 50

SHOES/ULTRA VCC

