| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER GRANTING MOTION TO DISALLOW**
<u>**CLAIMS FOR CONTRIBUTION**</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Granting Motion to Disallow Claims for Contribution

---

Upon consideration of the above-captioned debtors' (the "Debtors") motion to disallow contribution claims application of the above-captioned debtors and debtors-in-possession (the "Motion"),[1] any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Motion is GRANTED.

2. That each of the Claims listed on Exhibits "A" through "E" of the Motion are hereby disallowed for all purposes.

CHERRY_HILL\448324\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

2