# EXHIBIT "A"

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 585 | A. MARIANNI'S SONS, INC. C/O SHARON BLOCK, ESQ. MICHELMAN & BRICKER 811 CHURCH ROAD, SUITE 117A CHERRY HILL, NJ 08002 | Shapes/Arch Holdings LLC | | 0 | 77,871,002.43 | Claimed Unsecured |
| 665 | ATLANTIC DISPOSAL SERVICES, INC. N/K/A ACR, INC. C/O SANDFORD F. SCHMIDT, ESQUIRE 29 UNION STREET - SCHMIDT & TOMOINSON MEDFORD, NJ 08055 | Shapes/Arch Holdings LLC | | 0 | 77,871,002.43 | Claimed Unsecured |
| 712 | ATLANTIC DISPOSAL SERVICES, INC. N/K/A ACR, INC. C/O SANDFORD F. SCHMIDT, ESQUIRE 29 UNION STREET MEDFORD, NJ 08055 | Shapes/Arch Holdings LLC | | 665 | 77,871,002.43 | Claimed Unsecured |
| 621 | AVERY DENNISON; ET AL DEBORAH L. SHUFF, ESQ. DRINKER BIDDLE & REATH LLP ONE LOGAN SQUARE, 18TH & CHERRY STS. PHILADELPHIA, PA 19103 | Shapes/Arch Holdings LLC | | 627 | 77,871,002.43 | Claimed Unsecured |
| 625 | AVERY DENNISON; ET AL DEBORAH L. SHUFF, ESQ. DRINKER BIDDLE & REATH LLP ONE LOGAN SQUARE, 18TH & CHERRY STS. PHILADELPHIA, PA 19103 | Ultra LLC | | 627 | 77,871,002.43 | Claimed Unsecured |
| 626 | AVERY DENNISON; ET AL DEBORAH L. SHUFF, ESQ. DRINKER BIDDLE & REATH LLP ONE LOGAN SQUARE, 18TH & CHERRY STS. PHILADELPHIA, PA 19103 | Delair LLC | | 627 | 77,871,002.43 | Claimed Unsecured |
| 627 | AVERY DENNISON; ET AL DEBORAH L. SHUFF, ESQ. DRINKER BIDDLE & REATH LLP ONE LOGAN SQUARE, 18TH & CHERRY STS. PHILADELPHIA, PA 19103 | Shapes LLC | | 0 | 77,871,002.43 | Claimed Unsecured |
| 628 | AVERY DENNISON; ET AL DEBORAH L. SHUFF, ESQ. DRINKER BIDDLE & REATH LLP ONE LOGAN SQUARE, 18TH & CHERRY STS. PHILADELPHIA, PA 19103 | Accu-Weld LLC | | 627 | 77,871,002.43 | Claimed Unsecured |

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 559 | COMBUSTION ENGINEERING, INC., SUCCESSOR BY MERGER TO C-E GLASS, INC. COURTNEY A. QUEEN / DEWEY & LEBOEUF LLP 260 FRANKLIN STREET BOSTON, MA 02110 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 0 | 77,871,002.43 | Claimed Unsecured |
| 574 | COOK COMPOSITES AND POLYMERS C/O WOLFF & SAMSON PC DIANA L. BUONGIORNO ONE BOLAND DRIVE WEST ORANGE, NJ 07052-3698 | Ultra LLC | | 576 | 77,871,002.43 | Claimed Unsecured |
| 575 | COOK COMPOSITES AND POLYMERS C/O WOLFF & SAMSON PC DIANA L. BUONGIORNO ONE BOLAND DRIVE WEST ORANGE, NJ 07052-3698 | Shapes/Arch Holdings LLC | | 576 | 77,871,002.43 | Claimed Unsecured |
| 576 | COOK COMPOSITES AND POLYMERS C/O WOLFF & SAMSON PC DIANA L. BUONGIORNO ONE BOLAND DRIVE WEST ORANGE, NJ 07052-3698 | Shapes LLC | | 0 | 77,871,002.43 | Claimed Unsecured |
| 577 | COOK COMPOSITES AND POLYMERS C/O WOLFF & SAMSON PC DIANA L. BUONGIORNO ONE BOLAND DRIVE WEST ORANGE, NJ 07052-3698 | Accu-Weld LLC | | 576 | 77,871,002.43 | Claimed Unsecured |
| 578 | COOK COMPOSITES AND POLYMERS C/O WOLFF & SAMSON PC DIANA L. BUONGIORNO ONE BOLAND DRIVE WEST ORANGE, NJ 07052-3698 | Delair LLC | | 576 | 77,871,002.43 | Claimed Unsecured |
| 646 | FORD MOTOR CO. ATTN: MICHAEL BURGIN PARKLANE TOWERS WEST, SUITE 1500 THREE PARKLANE BLVD DEARBORN, MI 48126-2568 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 647 | 0.00 | Claimed Unsecured |
| 647 | FORD MOTOR CO. ATTN: MICHAEL BURGIN PARKLANE TOWERS WEST, SUITE 1500 THREE PARKLANE BLVD DEARBORN, MI 48126-2568 | Shapes LLC | UNLIQUIDATED | 0 | 0.00 | Claimed Unsecured |

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 648 | FORD MOTOR CO. ATTN: MICHAEL BURGIN PARKLANE TOWERS WEST, SUITE 1500 THREE PARKLANE BLVD DEARBORN, MI 48126-2568 | Accu-Weld LLC | UNLIQUIDATED | 647 | 0.00 | Claimed Unsecured |
| 649 | FORD MOTOR CO. ATTN: MICHAEL BURGIN PARKLANE TOWERS WEST, SUITE 1500 THREE PARKLANE BLVD DEARBORN, MI 48126-2568 | Delair LLC | UNLIQUIDATED | 647 | 0.00 | Claimed Unsecured |
| 650 | FORD MOTOR CO. ATTN: MICHAEL BURGIN PARKLANE TOWERS WEST, SUITE 1500 THREE PARKLANE BLVD DEARBORN, MI 48126-2568 | Ultra LLC | UNLIQUIDATED | 647 | 0.00 | Claimed Unsecured |
| 616 | GENLYTE GROUP, THE T/A CRESCENT LIGHTING C/O ARCHER & GREINER, P.C. ONE CENTENNIAL SQUARE ATTN: JAMES GRAZIANO HADDONFIELD, NJ 08033 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 0 | 0.00 | Claimed Unsecured |
| 441 | J&J SNACK FOODS, CORP. ATTN: DENNIS MOORE 6000 CENTRAL HIGHWAY PENNSAUKEN, NJ 08110 | Shapes/Arch Holdings LLC | | 0 | 120,000,000.00 | Claimed Unsecured |
| 469 | J&J SNACK FOODS, CORP. ATTN: DENNIS MORE 6000 CENTRAL HIGHWAY PENNSAUKEN, NJ 08110 | Shapes/Arch Holdings LLC | | 441 | 120,000,000.00 | Claimed Unsecured |
| 709 | MARIANNI'S SONS, INC C/O SHARON BLOCK, ESQ. MICHELMAN & BRICKER 811 CHURCH ROAD, SUITE 117A CHERRY HILL, NJ 08002 | Shapes/Arch Holdings LLC | | 0 | 77,871,002.43 | Claimed Unsecured |
| 464 | MEADOWBROOK FOOD CENTER ATTN: ROBERT DIPASCALE 3012 UNION AVENUE PENNSAUKEN, NJ 08109 | Shapes/Arch Holdings LLC | | 0 | 120,000,000.00 | Claimed Unsecured |
| 472 | MEADOWBROOK FOOD CENTER ATTN: ROBERT DIPASCALE 3012 UNION AVENUE PENNSAUKEN, NJ 08109 | Shapes/Arch Holdings LLC | | 464 | 120,000,000.00 | Claimed Unsecured |

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 550 | NAVISTAR, INC. (FKA INT'L TRUCK & ENGINE CORP) - ATTN: DAVID PIECH<br>INT'L TRUCK AND ENGINE CORPORATION<br>4201 WINFIELD ROAD<br>WARRENVILLE, IL 60555 | Shapes LLC | UNLIQUIDATED | 0 | 0.00 | Claimed Unsecured |
| 551 | NAVISTAR, INC. (FKA INT'L TRUCK & ENGINE CORP) - ATTN: DAVID PIECH<br>INT'L TRUCK AND ENGINE CORPORATION<br>4201 WINFIELD ROAD<br>WARRENVILLE, IL 60555 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 550 | 0.00 | Claimed Unsecured |
| 552 | NAVISTAR, INC. (FKA INT'L TRUCK & ENGINE CORP) - ATTN: DAVID PIECH<br>INT'L TRUCK AND ENGINE CORPORATION<br>4201 WINFIELD ROAD<br>WARRENVILLE, IL 60555 | Delair LLC | UNLIQUIDATED | 550 | 0.00 | Claimed Unsecured |
| 553 | NAVISTAR, INC. (FKA INT'L TRUCK & ENGINE CORP) - ATTN: DAVID PIECH<br>INT'L TRUCK AND ENGINE CORPORATION<br>4201 WINFIELD ROAD<br>WARRENVILLE, IL 60555 | Accu-Weld LLC | UNLIQUIDATED | 550 | 0.00 | Claimed Unsecured |
| 549 | NAVISTAR, INC. (FKA INT'L TRUCK & ENGINE CORP) - DAVID PIECH<br>INT'L TRUCK AND ENGINE CORPORATION<br>4201 WINFIELD ROAD<br>WARRENVILLE, IL 60555 | Ultra LLC | UNLIQUIDATED | 550 | 0.00 | Claimed Unsecured |
| 634 | NICHOLAS BROTHERS, INC.<br>C/O MICHAEL F. DEMARCO, ESQUIRE<br>KOCH & DEMARCO, LLP - SUITE 460<br>101 GREENWOOD AVENUE, JENKINTOWN PLAZA<br>JENKINTOWN, PA 19046 | Shapes/Arch Holdings LLC | | 0 | 77,871,002.43 | Claimed Unsecured |
| 528 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, BY PCFACC<br>ATTN: JOSEPH M. GAREMORE, ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | Delair LLC | UNLIQUIDATED | 530 | 77,871,002.43 | Claimed Unsecured |
| 530 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, BY PCFACC<br>ATTN: JOSEPH M. GAREMORE, ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | Shapes LLC | UNLIQUIDATED | 0 | 77,871,002.43 | Claimed Unsecured |

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 535 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, BY PCFACC<br>ATTN: JOSEPH M. GAREMORE, ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | Accu-Weld LLC | UNLIQUIDATED | 530 | 77,871,002.43 | Claimed Unsecured |
| 526 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, BY PCFACC<br>C/O BROWN & CONNERY, J. GAREMORE ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | Ultra LLC | UNLIQUIDATED | 530 | 77,871,002.43 | Claimed Unsecured |
| 533 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, BY PCFACC<br>C/O BROWN & CONNERY, J. GAREMORE<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 530 | 77,871,002.43 | Claimed Unsecured |
| 617 | OFFICEMAX F/K/A BOISE-CASCADE CORP.<br>C/O ARCHER & GREINER, P.C.<br>ONE CENTENNIAL SQUARE<br>ATTN: JAMES GRAZIANO<br>HADDONFIELD, NJ 08033 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 0 | 0.00 | Claimed Unsecured |
| 527 | POLLUTION CONTROL FINANCING AUTHORITY OF CAMDEN COUNTY-ATTN JOSEPH M GAREMORE ESQ<br>BROWN & CONNERY, LLP<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | Ultra LLC | UNLIQUIDATED | 531 | 77,871,002.43 | Claimed Unsecured |
| 529 | POLLUTION CONTROL FINANCING AUTHORITY OF CAMDEN COUNTY-ATTN JOSEPH M GAREMORE ESQ<br>BROWN & CONNERY, LLP<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | Delair LLC | UNLIQUIDATED | 531 | 77,871,002.43 | Claimed Unsecured |
| 531 | POLLUTION CONTROL FINANCING AUTHORITY OF CAMDEN COUNTY-ATTN JOSEPH M GAREMORE ESQ<br>BROWN & CONNERY, LLP<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | Shapes LLC | UNLIQUIDATED | 0 | 77,871,002.43 | Claimed Unsecured |
| 532 | POLLUTION CONTROL FINANCING AUTHORITY OF CAMDEN COUNTY-ATTN JOSEPH M GAREMORE ESQ<br>BROWN & CONNERY, LLP<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 531 | 77,871,002.43 | Claimed Unsecured |

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 534 | POLLUTION CONTROL FINANCING AUTHORITY OF CAMDEN COUNTY-ATTN JOSEPH M GAREMORE ESQ BROWN & CONNERY, LLP 6 NORTH BROAD STREET, SUITE 100 WOODBURY, NJ 08096 | Accu-Weld LLC | UNLIQUIDATED | 531 | 77,871,002.43 | Claimed Unsecured |
| 439 | QUADRA GRAPHICS ATTN: ROBERT CAMM 7120 AIRPORT HIGHWAY PENNSAUKEN, NJ 08110 | Shapes/Arch Holdings LLC | | 0 | 120,000,000.00 | Claimed Unsecured |
| 471 | QUADRA GRAPHICS ATTN: ROBERT CAMM 7120 AIRPORT HIGHWAY PENNSAUKEN, NJ 08110 | Shapes/Arch Holdings LLC | | 439 | 120,000,000.00 | Claimed Unsecured |
| 440 | QUAKER CITY FLEA MARKET ATTN: JIM AIELLO 4762 TACONY STREET PHILADELPHIA, PA 19137-1124 | Shapes/Arch Holdings LLC | | 0 | 120,000,000.00 | Claimed Unsecured |
| 467 | QUAKER CITY FLEA MARKET JIM AIELLO 4762 TACONY STREET PHILADELPHIA, PA 19137-1124 | Shapes/Arch Holdings LLC | | 440 | 120,000,000.00 | Claimed Unsecured |
| 645 | QUICK WAY, INC. C/O KATHLEEN COLLINS, ESQ. LITCHFIELD CAVO LLP 1800 CHAPEL AVENUE WEST, SUITE 360 CHERRY HILL, NJ 08002 | Shapes/Arch Holdings LLC | | 0 | 77,871,004.43 | Claimed Unsecured |
| 569 | ROHM AND HAAS COMPANY TYLER S. GRADEN, ESQ. CONRAD O'BRIEN GELLMAN & ROHN 1515 MARKET ST. 16TH FLOOR PHILADELPHIA, PA 19102-1916 | Accu-Weld LLC | | 572 | 77,871,002.43 | Claimed Unsecured |
| 570 | ROHM AND HAAS COMPANY TYLER S. GRADEN, ESQ. CONRAD O'BRIEN GELLMAN & ROHN 1515 MARKET ST. 16TH FLOOR PHILADELPHIA, PA 19102-1916 | Delair LLC | | 572 | 77,871,002.43 | Claimed Unsecured |
| 573 | ROHM AND HAAS COMPANY TYLER S. GRADEN, ESQ. CONRAD O'BRIEN GELLMAN & ROHN 1515 MARKET ST. 16TH FLOOR PHILADELPHIA, PA 19102-1916 | Shapes/Arch Holdings LLC | | 572 | 77,871,002.43 | Claimed Unsecured |

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 571 | ROHM AND HAAS COMPANY<br>TYLER S. GRADEN, ESQ.<br>CONRAD O'BRIEN GELLMAN & ROHN<br>1515 MARKET ST., 16TH FLOOR<br>PHILADELPHIA, PA 19102-1916 | Ultra LLC | | 572 | 77,871,002.43 | Claimed Unsecured |
| 572 | ROHM AND HAAS COMPANY<br>TYLER S. GRADEN, ESQ.<br>CONRAD O'BRIEN GELLMAN & ROHN<br>1515 MARKET ST., 16TH FLOOR<br>PHILADELPHIA, PA 19102-1916 | Shapes LLC | | 0 | 77,871,002.43 | Claimed Unsecured |
| 547 | SL INDUSTRIES, INC.<br>C/O ROBYN F. POLLACK, ESQUIRE<br>SAUL EWING LLP - CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA, PA 19102 | Shapes LLC | UNLIQUIDATED | 0 | 0.00 | Claimed Unsecured |
| 612 | SL INDUSTRIES, INC.<br>C/O ROBYN F. POLLACK, ESQUIRE<br>SAUL EWING LLP - CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA, PA 19102 | Shapes LLC | UNLIQUIDATED | 547 | 0.00 | Claimed Unsecured |
| 635 | TWENTIETH CENTURY REFUSE REMOVAL CO.,INC<br>C/O MICHAEL F. DEMARCO, ESQUIRE<br>KOCH & DEMARCO, LLP - SUITE 460<br>101 GREENWOOD AVENUE, JENKINTOWN PLAZA<br>JENKINTOWN, PA 19046 | Shapes/Arch Holdings LLC | | 0 | 77,871,002.43 | Claimed Unsecured |
| 705 | TWENTIETH CENTURY REFUSE REMOVAL CO.,INC<br>C/O MICHAEL F. DEMARCO, ESQUIRE<br>KOCH & DEMARCO, LLP - SUITE 460<br>101 GREENWOOD AVENUE, JENKINTOWN PLAZA<br>JENKINTOWN, PA 19046 | Shapes/Arch Holdings LLC | | 635 | 77,871,002.43 | Claimed Unsecured |
| 644 | UNITED STATES<br>DONALD G. FRANKEL, TRIAL ATTORNEY<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>ONE GATEWAY CENTER, SUITE 616<br>NEWTON, MA 02458 | Shapes/Arch Holdings LLC | UNLIQUIDATED CONTINGENT | 0 | 18,800,000.00 | Claimed Unsecured |
| 429 | V. LESTER YURITCH COMPANY<br>ATTN: VICTOR YURITCH<br>811 CHURCH ROAD<br>CHERRY HILL, NJ 08003 | Shapes/Arch Holdings LLC | | 0 | 120,000,000.00 | Claimed Unsecured |
| 470 | V. LESTER YURITCH COMPANY<br>ATTN: VICTOR YURITCH<br>811 CHURCH ROAD<br>CHERRY HILL, NJ 08003 | Shapes/Arch Holdings LLC | | 429 | 120,000,000.00 | Claimed Unsecured |

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 629 | WARD SAND AND MATERIALS COMPANY, INC. CAROL ROGERS COBB, ESQ. GIANSANTE & COBB, LLC 23 E. MAIN STREET MOORESTOWN, NJ 08057-3309 | Accu-Weld LLC | | 632 | 44,327,292.53 | Claimed Unsecured |
| 630 | WARD SAND AND MATERIALS COMPANY, INC. CAROL ROGERS COBB, ESQ. GIANSANTE & COBB, LLC 23 E. MAIN STREET MOORESTOWN, NJ 08057-3309 | Delair LLC | | 632 | 44,327,292.53 | Claimed Unsecured |
| 631 | WARD SAND AND MATERIALS COMPANY, INC. CAROL ROGERS COBB, ESQ. GIANSANTE & COBB, LLC 23 E. MAIN STREET MOORESTOWN, NJ 08057-3309 | Ultra LLC | | 632 | 44,327,292.53 | Claimed Unsecured |
| 632 | WARD SAND AND MATERIALS COMPANY, INC. CAROL ROGERS COBB, ESQ. GIANSANTE & COBB, LLC 23 E. MAIN STREET MOORESTOWN, NJ 08057-3309 | Shapes LLC | | 0 | 44,327,292.53 | Claimed Unsecured |
| 633 | WARD SAND AND MATERIALS COMPANY, INC. CAROL ROGERS COBB, ESQ. GIANSANTE & COBB, LLC 23 E. MAIN STREET MOORESTOWN, NJ 08057-3309 | Shapes/Arch Holdings LLC | | 632 | 44,327,292.53 | Claimed Unsecured |
| 638 | WASTE MANAGEMENT OF NEW JERSEY, INC. JAMES O'TOOLE, JR., ESQUIRE BUCHANAN INGERSOLL & ROONEY PC 1835 MARKET STREET, 14TH FLOOR PHILADELPHIA, PA 19103 | Shapes/Arch Holdings LLC | | 0 | 77,871,002.43 | Claimed☐Unsecured |
| 618 | WEYERHAEUSER COMPANY C/O ARCHER & GREINER, P.C. ONE CENTENNIAL SQUARE ATTN: JAMES GRAZIANO HADDONFIELD, NJ 08033 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 0 | 0.00 | Claimed Unsecured |

Note: Officemax and Weyerhaeuser Company both filed claims that alleged damages for Pennsauken Litigation and the Harris complaint.