# EXHIBIT "B"

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 468 | A & H BLOOM CONSTRUCTION COMPANY<br>C/O LEON D. DEMBO, ESQ.<br>102 BROWNING LA., BLDG., SUITE 106<br>MT. LAUREL, NJ 08054 | Shapes/Arch Holdings LLC | | 0 | 144,440,000.00 | Claimed Unsecured |
| 582 | COOK COMPOSITES AND POLYMERS<br>C/O WOLFF & SAMSON PC<br>DIANA L. BUONGIORNO ESQ.<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052-3698 | Ultra LLC | UNLIQUIDATED | 580 | 0.00 | Claimed☐Unsecured |
| 579 | COOK COMPOSITES AND POLYMERS<br>C/O WOLFF & SAMSON PC<br>DIANA L. BUONGIORNO, ESQ.<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052-3698 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 580 | 0.00 | Claimed Unsecured |
| 580 | COOK COMPOSITES AND POLYMERS<br>C/O WOLFF & SAMSON PC<br>DIANA L. BUONGIORNO, ESQ.<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052-3698 | Shapes LLC | UNLIQUIDATED | 0 | 0.00 | Claimed Unsecured |
| 581 | COOK COMPOSITES AND POLYMERS<br>C/O WOLFF & SAMSON PC<br>DIANA L. BUONGIORNO, ESQ.<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052-3698 | Accu-Weld LLC | UNLIQUIDATED | 580 | 0.00 | Claimed Unsecured |
| 583 | COOK COMPOSITES AND POLYMERS<br>C/O WOLFF & SAMSON PC<br>DIANA L. BUONGIORNO, ESQ.<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052-3698 | Delair LLC | UNLIQUIDATED | 580 | 0.00 | Claimed Unsecured |
| 619 | GLIDDEN CO., THE<br>DEBORAH L. SHUFF, ESQ.<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE, 18TH & CHERRY STS.<br>PHILADELPHIA, PA 19103 | Shapes LLC | UNLIQUIDATED | 0 | 0.00 | Claimed Unsecured |
| 620 | GLIDDEN CO., THE<br>DEBORAH L. SHUFF, ESQ.<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE, 18TH & CHERRY STS.<br>PHILADELPHIA, PA 19103 | Ultra LLC | UNLIQUIDATED | 619 | 0.00 | Claimed☐Unsecured |
| 622 | GLIDDEN CO., THE<br>DEBORAH L. SHUFF, ESQ.<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE, 18TH & CHERRY STS.<br>PHILADELPHIA, PA 19103 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 619 | 0.00 | Claimed Unsecured |

Case 08-14631-GMB    Doc 388-3    Filed 06/20/08    Entered 06/20/08 16:26:35    Desc
Exhibit B    Page 3 of 4

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 623 | GLIDDEN CO., THE<br>DEBORAH L. SHUFF, ESQ.<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE, 18TH & CHERRY STS.<br>PHILADELPHIA, PA 19103 | Accu-Weld LLC | UNLIQUIDATED | 619 | 0.00 | Claimed Unsecured |
| 624 | GLIDDEN CO., THE<br>DEBORAH L. SHUFF, ESQ.<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE, 18TH & CHERRY STS.<br>PHILADELPHIA, PA 19103 | Delair LLC | UNLIQUIDATED | 619 | 0.00 | Claimed Unsecured |
| 441 | J&J SNACK FOODS, CORP.<br>ATTN: DENNIS MOORE<br>6000 CENTRAL HIGHWAY<br>PENNSAUKEN, NJ 08110 | Shapes/Arch Holdings LLC | | 0 | 120,000,000.00 | Claimed Unsecured |
| 469 | J&J SNACK FOODS, CORP.<br>ATTN: DENNIS MORE<br>6000 CENTRAL HIGHWAY<br>PENNSAUKEN, NJ 08110 | Shapes/Arch Holdings LLC | | 441 | 120,000,000.00 | Claimed Unsecured |
| 464 | MEADOWBROOK FOOD CENTER<br>ATTN: ROBERT DIPASCALE<br>3012 UNION AVENUE<br>PENNSAUKEN, NJ 08109 | Shapes/Arch Holdings LLC | | 0 | 120,000,000.00 | Claimed Unsecured |
| 472 | MEADOWBROOK FOOD CENTER<br>ATTN: ROBERT DIPASCALE<br>3012 UNION AVENUE<br>PENNSAUKEN, NJ 08109 | Shapes/Arch Holdings LLC | | 464 | 120,000,000.00 | Claimed Unsecured |
| 617 | OFFICEMAX F/K/A BOISE-CASCADE CORP.<br>C/O ARCHER & GREINER, P.C.<br>ONE CENTENNIAL SQUARE<br>ATTN: JAMES GRAZIANO<br>HADDONFIELD, NJ 08033 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 0 | 0.00 | Claimed Unsecured |
| 439 | QUADRA GRAPHICS<br>ATTN: ROBERT CAMM<br>7120 AIRPORT HIGHWAY<br>PENNSAUKEN, NJ 08110 | Shapes/Arch Holdings LLC | | 0 | 120,000,000.00 | Claimed Unsecured |
| 471 | QUADRA GRAPHICS<br>ATTN: ROBERT CAMM<br>7120 AIRPORT HIGHWAY<br>PENNSAUKEN, NJ 08110 | Shapes/Arch Holdings LLC | | 439 | 120,000,000.00 | Claimed Unsecured |
| 440 | QUAKER CITY FLEA MARKET<br>ATTN: JIM AIELLO<br>4762 TACONY STREET<br>PHILADELPHIA, PA 19137-1124 | Shapes/Arch Holdings LLC | | 0 | 120,000,000.00 | Claimed Unsecured |

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 467 | QUAKER CITY FLEA MARKET<br>JIM AIELLO<br>4762 TACONY STREET<br>PHILADELPHIA, PA 19137-1124 | Shapes/Arch Holdings LLC | | 440 | 120,000,000.00 | Claimed Unsecured |
| 429 | V. LESTER YURITCH COMPANY<br>ATTN: VICTOR YURITCH<br>811 CHURCH ROAD<br>CHERRY HILL, NJ 08003 | Shapes/Arch Holdings LLC | | 0 | 120,000,000.00 | Claimed Unsecured |
| 470 | V. LESTER YURITCH COMPANY<br>ATTN: VICTOR YURITCH<br>811 CHURCH ROAD<br>CHERRY HILL, NJ 08003 | Shapes/Arch Holdings LLC | | 429 | 120,000,000.00 | Claimed Unsecured |
| 618 | WEYERHAEUSER COMPANY<br>C/O ARCHER & GREINER, P.C.<br>ONE CENTENNIAL SQUARE<br>ATTN: JAMES GRAZIANO<br>HADDONFIELD, NJ 08033 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 0 | 0.00 | Claimed Unsecured |

Note: Cook Composites and Polymers filed separate claims that are listed in Exhibit "A".

Note: Officemax and Weyerhaeuser Company both filed claims that alleged damages for Pennsauken Litigation and the Harris complaint.

Note: J&J Snack Foods, Meadowbrook Food Center, Quadra Graphics, Quaker City Flea Market, and V. Lester Yuritch Co. all filed claims that alleged damages for the Pennsauken Litigation and the Puchack Wellfield