# EXHIBIT "D"

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 496 | EWAN SUPERFUND SITE PRP GROUP C/O ROBERT A. GLADSTONE, ESQ. SZAFERMAN LAKIND 101 GROVERS MILL ROAD, SUITE 200 LAWRENCEVILLE, NJ 08648 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 499 | 649.34 | Claimed Unsecured |
| 499 | EWAN SUPERFUND SITE PRP GROUP C/O ROBERT A. GLADSTONE, ESQ. SZAFERMAN LAKIND 101 GROVERS MILL ROAD, SUITE 200 LAWRENCEVILLE, NJ 08648 | Shapes LLC | UNLIQUIDATED | 0 | 649.34 | Claimed Unsecured |
| 502 | EWAN SUPERFUND SITE PRP GROUP C/O ROBERT A. GLADSTONE, ESQ. SZAFERMAN LAKIND 101 GROVERS MILL ROAD, SUITE 200 LAWRENCEVILLE, NJ 08648 | Ultra LLC | UNLIQUIDATED | 499 | 649.34 | Claimed Unsecured |
| 505 | EWAN SUPERFUND SITE PRP GROUP C/O ROBERT A. GLADSTONE, ESQ. SZAFERMAN LAKIND 101 GROVERS MILL ROAD, SUITE 200 LAWRENCEVILLE, NJ 08648 | Delair LLC | UNLIQUIDATED | 499 | 649.34 | Claimed Unsecured |