# EXHIBIT "E"

| CLAIM NO. | NAME & ADDRESS | DEBTOR | CLAIMED CONTINGENT UNLIQUIDATED OR DISPUTED | RELATED CLAIM NO (IF DUP OR AMD) | CLAIMED AMOUNT | CURRENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| 498 | LIGHTMAN DRUM COMPANY SUPERFUND SITE PRP GROUP - C/O ROBERT A. GLADSTONE, ESQ. SZAFERMAN LAKIND 101 GROVERS MILL ROAD, SUITE 200 LAWRENCEVILLE, NJ 08648 | Shapes/Arch Holdings LLC | UNLIQUIDATED | 501 | 3,527.16 | Claimed Unsecured |
| 501 | LIGHTMAN DRUM COMPANY SUPERFUND SITE PRP GROUP - C/O ROBERT A. GLADSTONE, ESQ. SZAFERMAN LAKIND 101 GROVERS MILL ROAD, SUITE 200 LAWRENCEVILLE, NJ 08648 | Shapes LLC | UNLIQUIDATED | 0 | 3,527.16 | Claimed Unsecured |
| 504 | LIGHTMAN DRUM COMPANY SUPERFUND SITE PRP GROUP - C/O ROBERT A. GLADSTONE, ESQ. SZAFERMAN LAKIND 101 GROVERS MILL ROAD, SUITE 200 LAWRENCEVILLE, NJ 08648 | Ultra LLC | UNLIQUIDATED | 501 | 3,527.16 | Claimed Unsecured |
| 507 | LIGHTMAN DRUM COMPANY SUPERFUND SITE PRP GROUP - C/O ROBERT A. GLADSTONE, ESQ. SZAFERMAN LAKIND 101 GROVERS MILL ROAD, SUITE 200 LAWRENCEVILLE, NJ 08648 | Delair LLC | UNLIQUIDATED | 501 | 3,527.16 | Claimed Unsecured |
| 510 | LIGHTMAN DRUM COMPANY SUPERFUND SITE PRP GROUP - C/O ROBERT A. GLADSTONE, ESQ. SZAFERMAN LAKIND 101 GROVERS MILL ROAD, SUITE 200 LAWRENCEVILLE, NJ 08648 | Accu-Weld LLC | UNLIQUIDATED | 501 | 3,527.16 | Claimed Unsecured |