# EXHIBIT "F"

United States Bankruptcy Court
F I L E D
APR 18 2005
C.L. AUSTIN, CLERK
Milwaukee, Wisconsin

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:                                    ) Chapter 11
                                          )
FV Steel and Wire Company, et al.,[1]     ) Case No. 04-22421
                                          ) (Jointly Administered)
                    Debtors.              )

## ORDER DISALLOWING CERTAIN CLAIMS RELATING TO THE PENNSAUKEN ENVIRONMENTAL SITE

Upon the Second, Third, Fourth, Fifth, Eleventh and Fourteenth Omnibus Objections to Claims (the "Objections") of the above-captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order disallowing certain claims relating to the Pennsauken environmental site; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding that this is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2); and upon consideration of the Debtors' Objections and the affidavit of Joel L. Herz in support thereof; and the Debtors having certified that due and proper notice of the Debtors' Objections having been given; and the Court having considered the responses of

---

[1] The Debtors are the following entities: FV Steel and Wire Company, Keystone Consolidated Industries, Inc., DeSoto Environmental Management, Inc., J.L. Prescott Company, Sherman Wire Company (f/k/a DeSoto, Inc.) and Sherman Wire of Caldwell, Inc.

Bruce G. Arnold, Esq.
Daryl L. Diesing, Esq.
Patrick B. Howell, Esq.
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone: (414) 273-2100
Facsimile:  (414) 223-5000
Contact Person: barnold@whdlaw.com

-and-

David L. Eaton (ARDC No. IL 3122303)
Anne M. Huber (ARDC No. IL 6226828)
Tasneem K. Goodman (ARDC No. IL 6277779)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601-6636
Telephone: (312) 861-2000
Facsimile:  (312) 861-2200
Contact Person: deaton@kirkland.com

various creditors to the Objections; and the Court having determined that just cause exists for the relief granted herein; it is hereby

ORDERED that each of the claims listed on **Exhibit A** to this Order is disallowed for all purposes; and it is further

ORDERED that the claims of Sears, Roebuck and Co., other than as related to the Pennsauken environmental site, to the extent they relate to disputed liabilities arising from alleged lead paint and asbestos exposure, shall not be disallowed; *provided, however*, that the Debtors shall retain all rights to seek disallowance of such claims on any other grounds; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

Date: April 18, 2005

By the Court:

*Susan Kelley*

Susan V. Kelley
U.S. Bankruptcy Judge

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 7/1/04 | 2756 | A & H Bloom Construction Company | In excess of 50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2832 | A & H Bloom Construction Company | In excess of $50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3028 | A & H Bloom Construction Company | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2702 | A&H Bloom Construction | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2723 | A&H Bloom Construction | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2737 | A&H Bloom Construction | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2801 | A&H Bloom Construction | In excess of 50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/9/04 | 2982 | A&H Bloom Construction | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3049 | A&H Bloom Construction | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2701 | Alpha Tool & Machine Co | In excess of $50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2706 | Alpha Tool & Machine Co | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2727 | Alpha Tool & Machine Co | In excess of $50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2800 | Alpha Tool & Machine Co | In excess of 50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2868 | Alpha Tool & Machine Co | In excess of $50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2878 | Alpha Tool & Machine Co | In excess of $50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3003 | Alpha Tool & Machine Co | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3034 | Alpha Tool & Machine Co | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3041 | Alpha Tool & Machine Co | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2597 | Alpha Tool Harris | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2718 | Alpha Tool Harris | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2761 | Alpha Tool Harris | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |

In re FV Steel and Wire Company, et al.
Case No. 04-22421-SVK

Page 1 of 12

04/18/2005 9:11 AM
~9037988.XLS

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 7/1/04 | 2768 | Alpha Tool Harris | In excess of 50,000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2808 | Alpha Tool Harris | In excess of 50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2815 | Alpha Tool Harris | In excess of 50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 3057 | Alpha Tool Harris | In excess of 50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3067 | Alpha Tool Harris | In excess of 50000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3038 | Alpha Tools Harris | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/9/04 | 2599 | Aluminum Shapes Harris | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2719 | Aluminum Shapes Harris | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2763 | Aluminum Shapes Harris | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2811 | Aluminum Shapes Harris | In excess of 50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2816 | Aluminum Shapes Harris | In excess of 50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2819 | Aluminum Shapes Harris | In excess of 50,000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3039 | Aluminum Shapes Harris | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/9/04 | 3068 | Aluminum Shapes Harris | In excess of 50000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3077 | Aluminum Shapes Harris | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2720 | Aluminum Shapes Inc Puchack | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2721 | Aluminum Shapes Inc Puchack | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2805 | Aluminum Shapes Inc Puchack | In excess of 50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2809 | Aluminum Shapes Inc Puchack | In excess of 50,000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2814 | Aluminum Shapes Inc Puchack | In excess of 50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2826 | Aluminum Shapes Inc Puchack | In excess of $50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |

In re FV Steel and Wire Company, et al.
Case No. 04-22421-SVK

Page 2 of 12

04/18/2005 9:11 AM
~9037988.XLS

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 7/8/04 | 3044 | Aluminum Shapes Inc Puchack | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/8/04 | 3066 | Aluminum Shapes Inc Puchack | In excess of 50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/8/04 | 3069 | Aluminum Shapes Inc Puchack | In excess of 50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2637 | Aluminum Shapes Pennsauken | In excess of $50000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2738 | Aluminum Shapes Pennsauken | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2798 | Aluminum Shapes Pennsauken | In excess of 50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2812 | Aluminum Shapes Pennsauken | In excess of 50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2881 | Aluminum Shapes Pennsauken | In excess of $50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2900 | Aluminum Shapes Pennsauken | In excess of $50,000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2981 | Aluminum Shapes Pennsauken | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3024 | Aluminum Shapes Pennsauken | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3047 | Aluminum Shapes Pennsauken | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 6/29/04 | 1937 | Boise Cascade Corp | Unliquidated | Sherman Wire Company f/k/a DeSoto, Inc. | 11/15/04 | Eleventh |
| 6/29/04 | 2399 | Boise Cascade Corp | Unliquidated | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 6/30/04 | 2430 | Bracewell and Patterson LLP for Eaton Corp | See Attached | FV Steel and Wire Company | 11/15/04 | Eleventh |
| 6/30/04 | 2504 | Bracewell and Patterson LLP for Eaton Corporation | See Attached | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 6/30/04 | 2507 | Bracewell and Patterson LLP for Eaton Corporation | See Attached | Sherman Wire Company f/k/a DeSoto, Inc. | 11/15/04 | Eleventh |
| 6/29/04 | 2766 | Bridge Industrial Associates | Unliquidated | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 6/30/04 | 2505 | City of Mirrors | Unliquidated | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 8/24/04 | 3193 | City Of Philadelphia | unliquidated | Sherman Wire Company f/k/a DeSoto, Inc. | 11/15/04 | Eleventh |
| 6/30/04 | 2144 | Cook Composites & polymers Co | Portion of $100,000,000 | FV Steel and Wire Company | 11/15/04 | Eleventh |

In re FV Steel and Wire Company, et al.
Case No. 04-22421-SVK

Page 3 of 12

04/18/2005 9:11 AM
~9037988.XLS

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 6/30/04 | 2407 | Cook Composites & Polymers Co | Portion of 100000000 | Sherman Wire Company f/k/a DeSoto, Inc. | 11/15/04 | Eleventh |
| 6/30/04 | 2513 | Cook Composites & Polymers Co | Portion of $100,000,000 | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 6/30/04 | 2754 | Cooper Industries Inc | in excess of 250000.00 | DeSoto Environmental Management, Inc. | 9/20/04 | Fifth |
| 6/30/04 | 2882 | Cooper Industries Inc | In excess of $250,000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 9/20/04 | Fifth |
| 6/29/04 | 2398 | Coyne International Enterprises dba Coyne Textiles Services | Unliquidated | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 6/29/04 | 2795 | Deltapaper Corporation | Unliquidated | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 6/30/04 | 2411 | Entities Described in Addendum and Listed on Exhibit A | See Attached Addendum | Sherman Wire Company f/k/a DeSoto, Inc. | 11/15/04 | Eleventh |
| 6/30/04 | 2509 | Entities Described in Addendum and Listed on Exhibit A | See Attached Addendum | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 7/1/04 | 2214 | Fillit Corporation | Unliquidated | Sherman Wire Company f/k/a DeSoto, Inc. | 9/3/04 | Fourth |
| 6/28/04 | 2580 | Foamex International, Inc. as an alleged successor to General Felt Industries, Inc. | unliquidated | DeSoto Environmental Management, Inc. | 9/20/04 | Fifth |
| 7/1/04 | 2081 | Ford Motor Company | Unliquidated | DeSoto Environmental Management, Inc. | 9/20/04 | Fifth |
| 7/1/04 | 2239 | Ford Motor Company | Unliquidated | Sherman Wire Company f/k/a DeSoto, Inc. | 9/20/04 | Fifth |
| 7/1/04 | 2291 | Ford Motor Company | Unliquidated | FV Steel and Wire Company | 9/20/04 | Fifth |
| 6/24/04 | 1799 | Georgia Pacific Corporation | Unliquidated | Sherman Wire Company f/k/a DeSoto, Inc. | 9/20/04 | Fifth |
| 6/28/04 | 2492 | Haydon Bolts Inc | Unliquidated | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 7/1/04 | 2487 | International Truck and Engine Corp fka Navistar Int Trans Corp | Unliquidated | FV Steel and Wire Company | 9/20/04 | Fifth |
| 7/1/04 | 2083 | International Truck and Engine Corp fka Navistar Internation Transportation Corporation | Unliquidated | DeSoto Environmental Management, Inc. | 9/20/04 | Fifth |

In re FV Steel and Wire Company, et al.
Case No. 04-22421-SVK

Page 4 of 12

04/18/2005 9:11 AM
~9037988.XLS

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 7/1/04 | 2237 | International Truck and Engine Corp fka Navistar International Transportation Corporation | Unliquidated | Sherman Wire Company f/k/a DeSoto, Inc. | 9/20/04 | Fifth |
| 7/1/04 | 2328 | Interstate Waste Removal Company Inc nka Waste Management of New Jersey | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2884 | J & J Snack Foods | In excess of $50,000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3001 | J & J Snack Foods | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2590 | J&J Snack Foods | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2710 | J&J Snack Foods | In excess of $50000 | DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2726 | J&J Snack Foods | In excess of $50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2828 | J&J Snack Foods | In excess of $50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2915 | J&J Snack Foods | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/9/04 | 3029 | J&J Snack Foods | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3052 | J&J Snack Foods | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 5/5/04 | 51 | JD Morrissey Inc | A/R by Claim #3209 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 8/31/04 | 3209 | JD Morrissey Inc | $130,000.00 | Keystone Consolidated Industries, Inc. | 11/15/04 | Eleventh |
| 5/5/04 | 46 | JD Morrissey Inc | A/R by Claim #3204 | Sherman Wire of Caldwell, Inc. | 8/13/04 | Second |
| 5/5/04 | 47 | JD Morrissey Inc | A/R by Claim #3208 | | | |
| 5/5/04 | 48 | JD Morrissey Inc | A/R by Claim #3203 | FV Steel and Wire Company | 8/13/04 | Second |
| 5/5/04 | 49 | JD Morrissey Inc | A/R by Claim #3205 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 5/5/04 | 50 | JD Morrissey Inc | A/R by Claim #3207 | J.L. Prescott Company | 8/13/04 | Second |
| 8/31/04 | 3203 | JD Morrissey Inc | $130,000.00 | FV Steel and Wire Company | 11/15/04 | Eleventh |

In re FV Steel and Wire Company, et al.
Case No. 04-22421-SVK

Page 5 of 12

04/18/2005 9:11 AM
~9037988.XLS

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 8/31/04 | 3204 | JD Morrissey Inc | $130,000.00 | Keystone Consolidated Industries, Inc. | 11/15/04 | Eleventh |
| 8/31/04 | 3205 | JD Morrissey Inc | $130,000.00 | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 8/31/04 | 3207 | JD Morrissey Inc | $130,000.00 | J.L. Prescott Company | 11/15/04 | Eleventh |
| 8/31/04 | 3208 | JD Morrissey Inc | $130,000.00 | Sherman Wire of Caldwell, Inc. | 11/15/04 | Eleventh |
| 7/1/04 | 2542 | Jersey Tempered Glass | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2547 | Jersey Tempered Glass | W/D | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2598 | Jersey Tempered Glass | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2698 | Jersey Tempered Glass | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2760 | Jersey Tempered Glass | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2778 | Jersey Tempered Glass | In excess of 50,000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/8/04 | 3000 | Jersey Tempered Glass | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/8/04 | 3035 | Jersey Tempered Glass | In excess of $50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/8/04 | 3045 | Jersey Tempered Glass | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 6/28/04 | 2467 | Jo Mar Textiles INC | unliquidated | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 6/30/04 | 1837 | Keebler Company | In excess of 250000.00 | FV Steel and Wire Company | 9/20/04 | Fifth |
| 6/30/04 | 2697 | Keebler Company | In excess of 250000.00 | Keystone Consolidated Industries, Inc. | 9/20/04 | Fifth |
| 6/30/04 | 2770 | Keebler Company | In excess of 250,000 | Sherman Wire Company f/k/a DeSoto, Inc. | 9/20/04 | Fifth |
| 6/30/04 | 2775 | Keebler Company | In excess of 250,000 | J.L. Prescott Company | 9/20/04 | Fifth |
| 6/30/04 | 2777 | Keebler Company | In excess of 250,000 | Sherman Wire of Caldwell, Inc. | 9/20/04 | Fifth |
| 6/30/04 | 2879 | Keebler Company | In excess of $250,00.00 | DeSoto Environmental Management, Inc. | 9/20/04 | Fifth |
| 7/1/04 | 2739 | Marvic Supply Company Inc | In excess of $50,000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2758 | Marvic Supply Company Inc | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |

In re FV Steel and Wire Company, et al.
Case No. 04-22421-SVK

Page 6 of 12

04/18/2005 9:11 AM
~9037988.XLS

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 7/1/04 | 2762 | Marvic Supply Company Inc | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2804 | Marvic Supply Company Inc | In excess of 50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2831 | Marvic Supply Company Inc | In excess of $50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2847 | Marvic Supply Company Inc | In excess of 50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/9/04 | 3002 | Marvic Supply Company Inc | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3030 | Marvic Supply Company Inc | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3037 | Marvic Supply Company Inc | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2563 | Meadowbrook Food Center | In excess of $50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2722 | Meadowbrook Food Center | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2799 | Meadowbrook Food Center | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2870 | Meadowbrook Food Center | In excess of $50,000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3027 | Meadowbrook Food Center | In excess of 50000.00 | DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3031 | Meadowbrook Food Center | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3036 | Meadowbrook Food Center | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 3046 | Meadowbrook Food Center | In excess of 50,000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 6/30/04 | 2221 | Montgomery McCracken Walker & Rhoads | unsecured | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 6/30/04 | 2689 | Neemar Inc | Unliquidated | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| | 2665 | Northeast Disposal Inc nka Waste Management of Pennsylvania | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | | |
| 7/1/04 | 2695 | Oakdale Printing Co | In excess of $50,000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2708 | Oakdale Printing Co | In excess of $50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |

In re FV Steel and Wire Company, et al.
Case No. 04-22421-SVK

Page 7 of 12

04/18/2005 9:11 AM
~9037988.XLS

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 7/1/04 | 2725 | Oakdale Printing Co | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2807 | Oakdale Printing Co | In excess of 50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2869 | Oakdale Printing Co | In excess of $50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2876 | Oakdale Printing Co | In excess of $50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3026 | Oakdale Printing Co | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3033 | Oakdale Printing Co | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3042 | Oakdale Printing Co | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2565 | Quadra Graphics | In excess of $50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2602 | Quadra Graphics | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2757 | Quadra Graphics | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2759 | Quadra Graphics | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2813 | Quadra Graphics | In excess of 50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2830 | Quadra Graphics | In excess of $50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/9/04 | 2983 | Quadra Graphics | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3022 | Quadra Graphics | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3048 | Quadra Graphics | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2538 | Quaker City Flea Market | In excess of $50000 | DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2607 | Quaker City Flea Market | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2694 | Quaker City Flea Market | In excess of $50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2765 | Quaker City Flea Market | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2825 | Quaker City Flea Market | In excess of $50000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 7/1/04 | 2896 | Quaker City Flea Market | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/8/04 | 2999 | Quaker City Flea Market | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/8/04 | 3040 | Quaker City Flea Market | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3051 | Quaker City Flea Market | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/9/04 | 2245 | Quick Way Inc | $130,000,000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2612 | Quick Way Inc | $130,000,000.00 | DeSoto Environmental Management, Inc. | 8/24/04 | Third |
| 7/1/04 | 2817 | R M Shoemaker Company | Unliquidated | DeSoto Environmental Management, Inc. | 11/15/04 | Eleventh |
| 7/1/04 | 2596 | Richardson Ink Croda | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2705 | Richardson Ink Croda | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2709 | Richardson Ink Croda | In excess of $50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2764 | Richardson Ink Croda | In excess of 50,000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2848 | Richardson Ink Croda | In excess of $50000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3004 | Richardson Ink Croda | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3032 | Richardson Ink Croda | In excess of 50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3043 | Richardson Ink Croda | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 6/24/04 | 1790 | Rohm And Haas Company | Unliquidated | DeSoto, Inc. | 9/20/04 | Fifth |
| 6/24/04 | 1804 | Rohm and Haas Company | Unliquidated | DeSoto Environmental Management, Inc. | 9/20/04 | Fifth |
| 7/1/04 | 2666 | SCA Services of New Jersey nka Waste Management of New Jersey Inc | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | | |
| 7/1/04 | 2296 | Schiavo Brothers nka Waste Management of Pennsylvania | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2084 | Sears Roebuck & Co | Unliquidated | DeSoto Environmental Management, Inc. | 8/13/04 | Second |

In re FV Steel and Wire Company, et al.
Case No. 04-22421-SVK

Page 9 of 12

04/18/2005 9:11 AM
~9037988.XLS

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 7/1/04 | 2184 | Sears Roebuck & Co | Unliquidated | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2614 | Sears Roebuck & Co | A/R by Claim #3196 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 8/27/04 | 3196 | Sears Roebuck & Co | Unliquidated | Sherman Wire Company f/k/a DeSoto, Inc. | 9/20/04 | Fifth |
| 6/30/04 | 2153 | SL Industrial, Inc | $Unliquidated | Keystone Consolidated Industries, Inc. | | |
| 6/30/04 | 2378 | SL Industries Inc | Unliquidated | FV Steel and Wire Company | 9/20/04 | Fifth |
| 6/30/04 | 2405 | SL Industries Inc | Unliquidated | Sherman Wire Company f/k/a DeSoto, Inc. | 9/20/04 | Fifth |
| 6/30/04 | 2508 | SL Industries Inc | Unliquidated | Sherman Wire of Caldwell, Inc. | 9/20/04 | Fifth |
| 6/30/04 | 2511 | SL Industries Inc | Unliquidated | DeSoto Environmental Management, Inc. | 9/20/04 | Fifth |
| 6/30/04 | 2863 | SL Industries Inc | Unliquidated | J.L. Prescott Company | 9/20/04 | Fifth |
| 7/1/04 | 2320 | Super Kqik Inc nka Waste Management of New Jersey, Inc | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 6/24/04 | 1760 | The Glidden Company | Unliquidated | Sherman Wire Company f/k/a DeSoto, Inc. | 11/15/04 | Eleventh |
| 7/1/04 | 2324 | The OConnor Corporation nka Waste Management of New Jersey Inc | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 6/30/04 | 2383 | Third Party Defendants in Pennsauken Solid Waste Management Authority, et al. v. State of New Jersey, et al. | See Attached Addendum | FV Steel and Wire Company | | |
| 7/1/04 | 2284 | Township of Pennsauken | $120,000,000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2204 | Township of Pennsauken | $120,000,000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2305 | Township of Pennsauken | $120,000,000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2577 | Transporter Defendants as identified Pennsauken Solid Waste Mgmt Authority proceeding | $130,000,000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |

In re FV Steel and Wire Company, et al.
Case No. 04-22421-SVK

Page 10 of 12

04/18/2005 9:11 AM
~9037988.XLS

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 7/1/04 | 2606 | Transporter Defendants as identified Pennsauken Solid Waste Mgmt Authority proceeding | $130,000,000.00 | DeSoto Environmental Management, Inc. | 12/10/04 | Fourteenth |
| 7/1/04 | 2297 | Tri County Hauling Inc | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2696 | V Lester Yuritch Co | In excess of $50000 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/1/04 | 2724 | V Lester Yuritch Co | In excess of 50,000 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2740 | V Lester Yuritch Co | In excess of $50,000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2806 | V Lester Yuritch Co | In excess of 50000 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/1/04 | 2829 | V Lester Yuritch Co | In excess of $50000.00 | FV Steel and Wire Company | 8/13/04 | Second |
| 7/9/04 | 3023 | V Lester Yuritch Co | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/9/04 | 3025 | V Lester Yuritch Co | In excess of 50000.00 | DeSoto Environmental Management, Inc. | 8/13/04 | Second |
| 7/9/04 | 3050 | V Lester Yuritch Co | In excess of 50000.00 | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2316 | Waste Disposal Inc nka Waste Management of New Jersey Inc | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2163 | Waste Management of Central Jersey n/k/a Waste Management of New Jersey Inc | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 2275 | Waste Management of New Jersey | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 7/1/04 | 3008 | Waste Management of North Jersey n/k/a Waste Management of New Jersey Inc | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | 9/20/04 | Fifth |
| 7/1/04 | 2228 | Waste Management of South Jersey n/k/a Waste Management of New Jersey Inc | Unliquidated | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |
| 6/30/04 | 2406 | Weyerhaeuser Company | Unliquidated | Sherman Wire Company f/k/a DeSoto, Inc. | 9/20/04 | Fifth |
| 6/30/04 | 2510 | Weyerhaeuser Company | Unliquidated | DeSoto Environmental Management, Inc. | 9/20/04 | Fifth |

In re FV Steel and Wire Company, et al.
Case No. 04-22421-SVK

Page 11 of 12

04/18/2005 9:11 AM
-9037988.XLS

Exhibit A

| Date Filed | Claim No. | Name | Claim Amount | Debtor Name | Objection Date | Omnibus Objection |
|---|---|---|---|---|---|---|
| 7/1/04 | 2070 | WMX Technologies Inc nka Waste Management Holdings Inc | See Attached Statement | Sherman Wire Company f/k/a DeSoto, Inc. | 8/13/04 | Second |

In re FV Steel and Wire Company, et al.
Case No. 04-22421-SVK

Page 12 of 12

04/18/2005 9:11 AM
~9037988.XLS



**Joji Takada/WIEB/07/USCOURTS**
04/18/2005 09:17 AM

To slarson@whdlaw.com

cc Loretta A Gordon/WIEB/07/USCOURTS@USCOURTS, Mary Fadden/WIEB/07/USCOURTS@USCOURTS

bcc

Subject fv steel--pennsauken claim objections 04-22421

# CERTIFICATE OF SERVICE

The undersigned law clerk to Judge Susan V. Kelley, United States Bankruptcy Judge for the Eastern District of Wisconsin, hereby certifies that a copy of the attached document was, on this date, electronically or conventionally served on the parties listed below, in accordance with the Federal Rules of Bankruptcy Procedure.

Dated: April 18, 2005

/s/ Joji Takada

_____
Joji Takada
Law Clerk to Judge Susan V. Kelley

ELECTRONIC MAIL RECIPIENTS:

Stephanie Larson

CONVENTIONAL MAIL RECIPIENTS:


Keystone Order Disallowing Certain Pennsauken Claims_v1.pdf