# EXHIBIT B

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY | | P | | M |
|---|---|---|---|---|

| Name of Debtor<br>SHAPES/ARCH HOLDINGS L.L.C., et al | Case Number<br>08-14631 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Arrowood Indemnity Company f/k/a Royal Indemnity Compan | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and address where notices should be sent:<br>c/o John M. Flynn, Esq.<br>Carruthers & Roth, P.A.<br>235 N. Edgeworth Street<br>Greensboro, North Carolina 27401<br>Telephone number: 336-478-1146 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

Filed: USBC - District of New Jersey - Camden
Shapes/Arch Holdings L.L.C., Et Al.
08-14631 (GMB)
0000000484

THIS                            SE ONLY

| Account or other number by which creditor identifies debtor: | Check here ☐ replaces      a previously filed claim, dated:_____<br>if this claim ☐ amends |
|---|---|

**1. Basis for Claim**

- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other  Insurance Policies

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
        (date)              (date)

| 2. Date debt was incurred:<br>May 1, 2003 | 3. If court judgment, date obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $ _____    $393,970 _____    _____    $393,970
                                           (unsecured)        (secured)        (priority)        (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☑ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate    ☐ Motor Vehicle
- ☑ Other  Cash and letter of credit

Value of Collateral: $ 453,531

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:

- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILED / RECEIVED

MAY 1 2 2008

EPIQ BANKRUPTCY SOLUTIONS LLC

| Date<br>5/7/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  VP + <br>_David M. Davenport_ controller |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Shapes/Arch Holdings
Collateral Requirements
Valuation:   04/30/2008
Inactive Account

| Program Type | Program Effective Date | Line of Business | Incurred LDF | LCF | Aggregate | Paid to Date | Outstanding Reserve | Total Incurred | Occurrence Limit | # of Large Losses | Total Incurred Large Losses | UEL | Collateral Required | Escrow Required | Collateral Required |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DED | 4/28/01 | WC | 1.092 | 1.080 | 1,725,000 | 586,794 | 0 | 586,794 | 250,000 | 0 | 0 | 640,779 | 58,000 | 3,000 | 55,000 |
| DED | 4/28/01 | GL | 1.126 | 1.080 | 1,725,000 | 0 | 0 | 0 | 50,000 | 0 | 0 | - | - | - | - |
| DED | 4/28/02 | WC | 1.119 | 1.090 | 1,535,599 | 1,397,196 | 18,089 | 1,415,285 | 250,000 | 1 | 250,000 | 1,535,599 | 151,000 | 7,000 | 144,000 |
| DED | 4/28/02 | GL | 1.192 | 1.090 | 1,535,599 | 0 | 0 | 0 | 50,000 | 0 | 0 | - | - | - | - |
| DED | 5/1/03 | WC | 1.159 | 1.000 | 2,139,963 | 1,048,776 | 21,595 | 1,070,371 | 250,000 | 1 | 250,000 | 1,200,810 | · 152,000 | 8,000 | 144,000 |
| SIR | 5/1/03 | GL | 1.230 | 1.000 | 2,139,963 | 27,905 | 20,000 | 47,905 | 100,000 | 0 | 0 | 58,923 | - | 20,000 | - |
| DED | 5/1/03 | AL | 1.014 | 1.000 | 2,139,963 | 14,857 | 0 | 14,857 | 25,000 | 0 | 0 | 15,065 | - | - | - |

| | | |
|---|---|---|
| Unreimbursed Paid Losses through 4/30/08 DED | | 4,600.03 |
| Unreimbursed Paid Losses through 4/30/08 SIR | 8,369.87 | |

|  | Escrow Required | Collateral Required |
|---|---|---|
| TOTAL REQUIRED: | 46,370 | 347,600 |
| ON HAND: | 40,000 | 413,531 |
| INCREASE/(DECREASE): | 6,370 | (65,931) |
| Net Excess | | (59,561) |



ROYAL &
SUNALLIANCE

## Workers Compensation and Employers Liability Insurance Policy 46
## Information Page

| Insurer:<br>ROYAL INDEMNITY COMPANY<br>A DELAWARE STOCK COMPANY | Executive Office: 39<br>9300 Arrowpoint Blvd. 85<br>Charlotte, NC 28273-8135<br>www.royalsunalliance.com |
|---|---|
| Policy No.:   03 R2T0463985<br>Control No.:   0002<br>NCCI No.  10723 | RENEWAL OF:  02 R TO 463985<br>Account Number:  000614792<br>Producer Code:   8200056 |

| Item 1.   Named Insured & Address<br>ALUMINUM SHAPES, L.L.C.<br>SEE NAMED INSURED ENDORSEMENT<br>9000 RIVER ROAD<br>DELAIR          NJ 08110 | Producer Name & Address<br>THE GRAHAM COMPANY<br>ONE PENN SQUARE WEST<br>PHILADELPHIA     PA 19102 |
|---|---|
| FEIN: 21-0691716<br>NJTIN 223413455000 | Insured is:   LIMITED PARTNERSHIP<br>Issue Date:  04/25/2002 |

**Other work places not shown above-see attached Extension of Information Page**

Item 2. Policy Period: From   04/28/2002 to   05/01/2003     at 12:01 A.M. Standard Time at your
Mailing Address shown above.

Item 3. A. WORKERS COMPENSATION INSURANCE: Part One of the policy applies to the Workers
Compensation Laws of the states listed here:  Refer to Extension of Information Page
"Covered States"

   B. EMPLOYERS LIABILITY INSURANCE:  Part Two of the policy applies to work in each state listed in
   Item 3.A. The limits of our liability under Part Two are:

| Bodily Injury by Accident | $ | 100,000 | each accident |
|---|---|---|---|
| Bodily Injury by Disease | $ | 500,000 | policy limit |
| Bodily Injury by Disease | $ | 100,000 | each employee |

   C. OTHER STATES INSURANCE:  Part Three of the policy applies to the states, if any, listed here:
   Refer to Extension of Information Page "Other States Insurance"

   D. THIS POLICY INCLUDES THESE ENDORSEMENTS AND SCHEDULES:
   Refer to Extension of Information Page "List of Endorsements & Schedules"

Item 4. The Premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and
Rating Plans.  All information required below is subject to verification and change by audit.

CLASSIFICATION OF OPERATIONS - See Extension of Information Page
COMM. :   4.1%

| Deposit Premium | CA | $ | NONE | | |
|---|---|---|---|---|---|
| Minimum Premium | NJ | $ | 624 | | |
| Total Estimated Annual Premium | | | | $ | 378,800 |
| Total Estimated Surcharge | | | | $ | 86,081 |
| Total Estimated Cost | | | | $ | 464,881 |
| Deposit Premium | | | | $ | 464,881 |

ADJUSTMENTS TO PREMIUM SHALL BE MADE:   ANNUALLY

| Issuing Office:<br>RISK MANAGEMENT GLOBAL EAST<br>ONE CHASE PLAZA<br>38TH FLOOR<br>NEW YORK          NY 10005 | Countersigned _____<br>(Date)<br>By: _____<br>(Authorized Representative) |
|---|---|

WC 00 00 01A                              COMPANY COPY        **REINSURED**
                                                              LIABILITY                    X67962-2
5-3-02                      P00B   R2 TO463985 0002   T001        04252002        PO-00033773
1C

ROYAL & SUNALLIANCE

## Common Policy Declarations                    46

| Insurer: | | Executive Office: | 39 |
| --- | --- | --- | --- |
| ROYAL INSURANCE COMPANY OF AMERICA | | 9300 Arrowpoint Blvd. | 86 |
| AN ILLINOIS STOCK COMPANY | | Charlotte, NC  28273-8135 | |
| | | www.royalsunalliance.com | |

Policy No.  P  TV463986 0000

Producer Code: 8200056

| Named Insured & Address | Producer Name & Address |
| --- | --- |
| SHAPES/ARCH HOLDINGS, LLC | THE GRAHAM COMPANY |
| SEE NAMED INSURED ENDORSEMENT | ONE PENN SQUARE WEST |
| 9000 RIVER ROAD | PHILADELPHIA     PA 19102 |
| DELAIR            NJ 08110 | |

Policy Period:  From 04/28/2001 to     04/28/2002     at 12:01 A.M. Standard Time at your Mailing
Address shown above.

Business Description:   ALUMINUM EXTRUDED PR

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following Coverage Parts for which a premium is indicated.  This premium may be subject to adjustment.

| | Premium | COMM. |
| --- | --- | --- |
| COMMERCIAL PROPERTY COVERAGE PART | NOT COVERED | |
| COMMERCIAL LIABILITY COVERAGE PART(S) | $   112,401.00 | |
| COMMERCIAL CRIME COVERAGE PART | NOT COVERED | |
| COMMERCIAL INLAND MARINE COVERAGE PART | NOT COVERED | |
| COMMERCIAL BOILER AND MACHINERY COVERAGE PART | NOT COVERED | |
| COMMERCIAL AUTOMOBILE COVERAGE PART | NOT COVERED | |
| TOTAL PREMIUM $ | 112,401.00 | |

TOTAL PAYABLE DUE AT INCEPTION $     112,401.00

Forms Applicable to All Coverage Parts -     IL 00 17 11 98    LI 0004 0990-A

Countersigned_____          By: _____
        (Date)                                    (Authorized Representative)

These declarations, together with the Common Policy Conditions, Coverage Part Declarations, Coverage Forms and Endorsements, if any, issued to form a part thereof, complete the contract of insurance.

REINSURED
LIABILITY

LI 99 99 01 87                              COMPANY COPY

P00B    P  TV463986 0000    T002        08232001        P0-00023058



ROYAL &
SUNALLIANCE

## Common Policy Declarations                                       46

| Insurer: | | Executive Office: | 87 |
|---|---|---|---|
| ROYAL INSURANCE COMPANY OF AMERICA | | 9300 Arrowpoint Blvd. | 34 |
| AN ILLINOIS STOCK COMPANY | | Charlotte, NC 28273-8135 | |
| | | www.royalsualliance.com | |

Policy No.   P2 TR468734 0000              REWRITE OF:  P2 TV463986

                                           Producer Code:  8200056

| Named Insured & Address | Producer Name & Address |
|---|---|
| ALUMINUM SHAPES L.L.C. | THE GRAHAM COMPANY |
| SEE NAMED INSURED ENDORSEMENT | ONE PENN SQUARE WEST |
| 9000 RIVER ROAD | PHILADELPHIA    PA 19102 |
| DELAIR            NJ 08110 | |

Policy Period: From 05/01/2003    to    05/01/2004        at 12:01 A.M. Standard Time at your
               Mailing Address shown above.
Business Description: ALUMINUM EXTRUDED PR

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to
provide the insurance as stated in this policy.

This policy consists of the following Coverage Parts for which a premium is indicated. This premium may be
subject to adjustment.

|  | Premium | COMM. |
|---|---|---|
| COMMERCIAL PROPERTY COVERAGE PART | NOT COVERED | |
| COMMERCIAL LIABILITY COVERAGE PART(S) | $    136,500.00 | |
| CRIME AND FIDELITY COVERAGE PART | NOT COVERED | |
| COMMERCIAL INLAND MARINE COVERAGE PART | NOT COVERED | |
| COMMERCIAL BOILER AND MACHINERY COVERAGE PART | NOT COVERED | |
| COMMERCIAL AUTOMOBILE COVERAGE PART | NOT COVERED | |

                         TOTAL PREMIUM $      136,500.00
        SEE FORM LI 99 98 01 87 FOR ADDITIONAL CHARGES          48.75

              TOTAL PAYABLE DUE AT INCEPTION $      136,548.75

Forms Applicable to All Coverage Parts - IL 00 17 11 98    LI 0004 0990-A

Countersigned _____        By: _____
              (Date)                       (Authorized Representative)

These declarations, together with the Common Policy Conditions, Coverage Part Declarations, Coverage Forms
and Endorsements, if any, issued to form a part thereof, complete the contract of insurance.

LI 99 99 07 02              COMPANY COPY          **REINSURED**
                                                 LIABILITY                X67962-2

$86 5/22/03            P005    P2 TR468734 0000    T001      05142003      PD-00006138

**ROYAL &**
**SUNALLIANCE**

## Workers Compensation and Employers Liability Insurance Policy 46
## Information Page

| | |
|---|---|
| **Insurer:**<br>ROYAL INDEMNITY COMPANY<br>A DELAWARE STOCK COMPANY | **Executive Office:** 39<br>9300 Arrowpoint Blvd. 85<br>Charlotte. NC 28273-8135<br>*www.royalsunalliance.com* |
| **Policy No.:** 02 R T0463985<br>**Control No.:** 0000<br>    **NCCI No.** 10723 | **Account Number:** 000614792<br>**Producer Code:** 8200056 |

**Item 1.    Named Insured & Address**

SHAPES/ARCH HOLDINGS, LLC
SEE NAMED INSURED ENDORSEMENT
9000 RIVER ROAD
DELAIR              NJ 08110

FEIN: 21-0691716
NJTIN TBD

**Producer Name & Address**

THE GRAHAM COMPANY
ONE PENN SQUARE WEST
PHILADELPHIA    PA 19102

**Insured is:** LIMITED PARTNERSHIP
**Issue Date:** 07/24/2001

Other work places not shown above-see attached Extension of Information Page

**Item 2.** Policy Period: From  04/28/2001 to  04/28/2002    at 12:01 A.M. Standard Time at your
Mailing Address shown above.

**Item 3. A.** WORKERS COMPENSATION INSURANCE:  Part One of the policy applies to the Workers
Compensation Laws of the states listed here:  Refer to Extension of Information Page
"Covered States"

**B.** EMPLOYERS LIABILITY INSURANCE:  Part Two of the policy applies to work in each state listed in
Item 3.A. The limits of our liability under Part Two are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $   100,000 | each accident |
| Bodily Injury by Disease | $   500,000 | policy limit |
| Bodily Injury by Disease | $   100,000 | each employee |

**C.** OTHER STATES INSURANCE:  Part Three of the policy applies to the states. If any, listed here:
Refer to Extension of Information Page "Other States Insurance"

**D.** THIS POLICY INCLUDES THESE ENDORSEMENTS AND SCHEDULES:
Refer to Extension of Information Page "List of Endorsements & Schedules"

**Item 4.** The Premium for this policy will be determined by our Manuals of Rules. Classifications. Rates and
Rating Plans. All information required below is subject to verification and change by audit.

CLASSIFICATION OF OPERATIONS - See Extension of Information Page
COMM. :    .0%

| | | | | |
|---|---|---|---|---|
| Deposit Premium | CA | $ | NONE | |
| Minimum Premium | NJ | $ | 646 | |
| Total Estimated Annual Premium | | | | $   342,761 |
| Total Estimated Surcharge | | | | $    95,486 |
| Total Estimated Cost | | | | $   438,247 |
| Deposit Premium | | | | $   438,247 |

ADJUSTMENTS TO PREMIUM SHALL BE MADE:   ANNUALLY

| | |
|---|---|
| **Issuing Office:**<br>RISK MANAGEMENT GLOBAL EAST<br>ONE CHASE PLAZA<br>38TH FLOOR<br>NEW YORK          NY 10005 | Countersigned _____<br>                                    (Date)<br>By: _____ |

**REINSURED**
X67962-2 ____
LIABILITY

WC 00 00 01A                        SERVICE CENTER COri



ROYAL &
SUNALLIANCE

## Common Policy Declarations                46

| | |
|---|---|
| **Insurer:** | **Executive Office:**    86 |
| ROYAL INSURANCE COMPANY OF AMERICA | 9300 Arrowpoint Blvd.    82 |
| AN ILLINOIS STOCK COMPANY | Charlotte, NC 28273-8135 |
| | *www.royalsualliance.com* |

**Policy No.**  P2 TT468682 0000          **RENEWAL OF:**

**Producer Code:**  8200056

| **Named Insured & Address** | **Producer Name & Address** |
|---|---|
| ALUMINUM SHAPES, L.L.C. | THE GRAHAM COMPANY |
| SEE NAMED INSURED ENDORSEMENT | ONE PENN SQUARE WEST |
| 9000 RIVER ROAD | PHILADELPHIA     PA 19102 |
| DELAIR          NJ 08110 | |

**Policy Period:** From 05/01/2003    to    05/01/2004          at 12:01 A.M. Standard Time at your
Mailing Address shown above.

**Business Description:** ALUMINUM EXTRUDED

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following Coverage Parts for which a premium is indicated. This premium may be subject to adjustment.

| | Premium | COMM. |
|---|---|---|
| COMMERCIAL PROPERTY COVERAGE PART | NOT COVERED | |
| COMMERCIAL LIABILITY COVERAGE PART(S) | NOT COVERED | |
| CRIME AND FIDELITY COVERAGE PART | NOT COVERED | |
| COMMERCIAL INLAND MARINE COVERAGE PART | NOT COVERED | |
| COMMERCIAL BOILER AND MACHINERY COVERAGE PART | NOT COVERED | |
| COMMERCIAL AUTOMOBILE COVERAGE PART | $      94,080.00 | 0.0 |
| | **TOTAL PREMIUM $      94,080.00** | |
| **TOTAL PAYABLE DUE AT INCEPTION $      94,080.00** | | |

**Forms Applicable to All Coverage Parts -IL 00 17 11 98    LI 0004 0990-A**

Countersigned _____          By: _____
            (Date)                                (Authorized Representative)

These declarations, together with the Common Policy Conditions, Coverage Part Declarations, Coverage Forms and Endorsements, if any, issued to form a part thereof, complete the contract of insurance.

LI 99 99 07 02                    COMPANY COPY

# REINSURED
LIABILITY                                          X67962-2

P005    P2 TT468682 0000    T001          05222003          PO-00009425


ROYAL &
SUNALLIANCE

## Common Policy Declarations                        46

**Insurer:**
ROYAL INSURANCE COMPANY OF AMERICA
AN ILLINOIS STOCK COMPANY

**Executive Office:**        39
9300 Arrowpoint Blvd.        86
Charlotte, NC 28273-8135
www.royalsunalliance.com

Policy No.  P2 TV463986 0002

RENEWAL OF: · P  TV463986

Producer Code: 8200056

**Named Insured & Address**

ALUMINUM SHAPES L.L.C.
SEE NAMED INSURED ENDORSEMENT
9000 RIVER ROAD
DELAIR            NJ 08110

**Producer Name & Address**

THE GRAHAM COMPANY
ONE PENN SQUARE WEST
PHILADELPHIA     PA 19102

Policy Period: From 04/28/2002 to    05/01/2003    at 12:01 A.M. Standard Time at your Mailing
Address shown above.

Business Description:   ALUMINUM EXTRUDED PR

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to
provide the insurance as stated in this policy.

This policy consists of the following Coverage Parts for which a premium is indicated.  This premium may be
subject to adjustment.

|  |  | Premium | COMM. |
|---|---|---|---|
| COMMERCIAL PROPERTY COVERAGE PART |  | NOT COVERED |  |
| COMMERCIAL LIABILITY COVERAGE PART(S) | $ | 153,600.00 |  |
| COMMERCIAL CRIME COVERAGE PART |  | NOT COVERED |  |
| COMMERCIAL INLAND MARINE COVERAGE PART |  | NOT COVERED |  |
| COMMERCIAL BOILER AND MACHINERY COVERAGE PART |  | NOT COVERED |  |
| COMMERCIAL AUTOMOBILE COVERAGE PART |  | NOT COVERED |  |

TOTAL PREMIUM $    153,600.00
SEE FORM LI 99 98 01 87 FOR ADDITIONAL CHARGES          72.44

TOTAL PAYABLE DUE AT INCEPTION $    153,672.44

Forms Applicable to All Coverage Parts -    IL 00 17 11 98    LI 0004 0990-A    LI 0004 0990-F

Countersigned_____            By: _____
              (Date)                              (Authorized Representative)

These declarations, together with the Common Policy Conditions, Coverage Part Declarations, Coverage Forms
and Endorsements, if any, issued to form a part thereof, complete the contract of insurance.

# REINSURED
LI 99 99 01 87                COMPANY COPY        LIABILITY                X67962-2



P00B    P2 TV463986 0002    T001        04252002        P0-00024990



ROYAL &
SUNALLIANCE

## Workers Compensation and Employers Liability Insurance Policy 46
## Information Page

| | |
|---|---|
| **Insurer:**<br>ROYAL INDEMNITY COMPANY<br>A DELAWARE STOCK COMPANY | **Executive Office:**    39<br>9300 Arrowpoint Blvd.    85<br>Charlotte, NC  28273-8135<br>*www.royalsunalliance.com* |
| **Policy No.:**  04 R2T0463985<br>**Control No.:**  0003<br>NCCI No.  10723 | **RENEWAL OF:**  03 R2T0 463985<br>**Account Number:**  000614792<br>**Producer Code:**  8200056 |

| | |
|---|---|
| **Item 1.    Named Insured & Address**<br>ALUMINUM SHAPES, L.L.C.<br>SEE NAMED INSURED ENDORSEMENT<br>9000 RIVER ROAD<br>DELAIR          NJ 08110<br><br>FEIN: 21-0691716<br>NJTIN 223413455000 | **Producer Name & Address**<br>THE GRAHAM COMPANY<br>ONE PENN SQUARE WEST<br>PHILADELPHIA      PA 19102<br><br><br>**Insured is:**  LIMITED PARTNERSHIP<br>**Issue Date:**  05/13/2003 |

Other work places not shown above-see attached Extension of Information Page

**Item 2.** Policy Period: From  05/01/2003  to    05/01/2004    at 12:01 A.M. Standard Time at your Mailing Address shown above.

**Item 3. A.** WORKERS COMPENSATION INSURANCE: Part One of the policy applies to the Workers Compensation Laws of the states listed here:  Refer to Extension of Information Page "Covered States"

**B.** EMPLOYERS LIABILITY INSURANCE: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under Part Two are:

| | | | |
|---|---|---|---|
| Bodily Injury by Accident | $ | 1,000,000 | each accident |
| Bodily Injury by Disease | $ | 1,000,000 | policy limit |
| Bodily Injury by Disease | $ | 1,000,000 | each employee |

**C.** OTHER STATES INSURANCE: Part Three of the policy applies to the states, if any, listed here: Refer to Extension of Information Page "Other States Insurance"

**D.** THIS POLICY INCLUDES THESE ENDORSEMENTS AND SCHEDULES:
Refer to Extension of Information Page "List of Endorsements & Schedules"

**Item 4.** The Premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.

CLASSIFICATION OF OPERATIONS - See Extension of Information Page
COMM.:  3.6%

| | | | | |
|---|---|---|---|---|
| Deposit Premium | CA | $ | NONE | |
| Minimum Premium | NJ | $ | 702 | |
| Total Estimated Annual Premium | | | $ | 436,801 |
| Total Estimated Surcharge | | | $ | 107,170 |
| Total Estimated Cost | | | $ | 543,971 |
| Deposit Premium | | | $ | 543,971 |

ADJUSTMENTS TO PREMIUM SHALL BE MADE:  ANNUALLY

| | |
|---|---|
| **Issuing Office:**<br>RISK MANAGEMENT GLOBAL EAST<br>ONE CHASE PLAZA<br>38TH FLOOR<br>NEW YORK  NY 10005 | **Countersigned** _____<br>(Date)<br>By: _____<br>(Authorized Representative) |



## C|R  CARRUTHERS & ROTH, P.A.
### ATTORNEYS AT LAW

J. Neal Robbins
Direct Phone 336.478.1152
Direct Fax 336.478.1153
jnr@crlaw.com

May 9, 2008

**VIA FEDERAL EXPRESS (PRIORITY OVERNIGHT)**

Shapes/Arch Holdings L.L.C.
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue
Third Floor
New York, New York 10017

    Re:    **Proof of Claim / Case Number: 08-14631 / Debtor: Shapes/Arch Holdings
L.L.C., et al / Creditor: Arrowood Indemnity Company f/k/a Royal Indemnity Company**

Ladies and Gentlemen:

    Enclosed for filing are one (1) original and three (3) copies of the proof of claim of
Arrowood Indemnity Company f/k/a Royal Indemnity Company in the above-referenced case.

    Please file the proof of claim and return an acknowledgment copy to my attention in the
enclosed self-addressed, stamped envelope.

    Thank you and please let me know of any questions.

Very truly yours,

J. Neal Robbins

Enclosures

cc: John M. Flynn, Esq.

235 North Edgeworth Street • Post Office Box 540 (27402) • Greensboro, North Carolina 27401
Telephone 336.379.8651 • Facsimile 336.273.7885 • Litigation Facsimile 336.478.1175 • www.crlaw.com

FedEx Express

ORIGIN ID: GSXA (336) 379-8651
J. NEAL ROBBINS
CARRUTHERS & ROTH, P.A.
235 NORTH EDGEWORTH STREET

GREENSBORO, NC 27401
UNITED STATES US

Ship Date: 09MAY08
ActWgt: 0.5 LB MAN
System#: 167321/CAFE2365
Account: S 027402690

TO SHAPES/ARCH HOLDINGS L.L.C.
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

**FedEx**
Express



Ref: 818338/24888
INV:
PO:                                    Dept:

Delivery Address
Barcode

BILL SENDER

MAY 1 2 2008



PRIORITY OVERNIGHT                          MON

FedEx.
TRK# 0201 9514 5432 0809

MON - 12 MAY  A1
PRIORITY OVERNIGHT

10017
NY-US
EWR

XA OGSA



Emp# 445784 09MAY08 GSXA

*The World O*

Envelope

For FedEx Express® Shipments Only