# **EXHIBIT C**

**Argonaut Open Claims - As of March 31, 2008**

**Workers Compensation**

| Policy Year | Open Claims | Total Paid | Outstanding Reserve | Shapes/Arch Obligation | |
|---|---|---|---|---|---|
| 5/1/04-5/1/05 | Hidalgo | $ 116,005 | $ 22,961 | $ 22,961 | |
| 5/1/04-5/1/05 | Wekerle | 292,758 | 238,045 | 57,242 | Shapes/Arch deductible $350,000 |
| 5/1/05-5/1/06 | Nunez | 59,472 | 106,771 | 106,771 | |
| 5/1/05-5/1/06 | Owens | 37,404 | 36,926 | 36,926 | |
| 5/1/05-5/1/06 | Perez | 110,019 | 181,466 | 181,466 | |
| 5/1/05-5/1/06 | Lewis | 11,005 | 36,126 | 36,126 | |
| 5/1/05-5/1/06 | Rivera | 2,582 | 26,501 | 26,501 | |
| | | $ 629,245 | $ 648,796 | $ 467,993 | |
| | L/C's | | | 1,380,000 | |
| | Cash Held | | | 170,000 | |
| | Total Collateral | | | 1,550,000 | |
| | Excess Collateral | | | $ 1,082,007 | |

**Automobile**
| | |
|---|---|
| 5/1/04-5/1/05 | No open claims |
| 5/1/05-5/1/06 | No open claims |

**General Liability**
| | |
|---|---|
| 5/1/04-5/1/05 | No open claims |
| 5/1/05-5/1/06 | No open claims |