# **EXHIBIT D**

**Royal (Arrowpoint) Open Claims - As of March 31, 2008**

**Workers Compensation**

| Policy Year | Open Claims | Total Paid | Outstanding Reserve | Shapes/Arch Obligation |
|---|---|---|---|---|
| 5/1/01-5/1/02 | None | $      - | $      - | $      - |
| 5/1/02-5/1/03 | None | - | - | - |
| 5/1/03-5/1/04 | Vannockay | 50,278 | 21,596 | 21,596 |
| | | $   50,278 | $   21,596 | $   21,596 |
| | L/C's | | | 475,000 |
| | Cash Held | | | 40,000 |
| | Total Collateral | | | 515,000 |
| | Excess Collateral | | | 493,404 |
| | Open GL Reserve | | | 20,000 |
| | Net Collateral | | | $   473,404 |

**Automobile**
| | |
|---|---|
| 5/1/01-5/1/02 | No open claims |
| 5/1/02-5/1/03 | No open claims |
| 5/1/03-5/1/04 | No open claims |

**General Liability**
| | | |
|---|---|---|
| 5/1/01-5/1/02 | No open claims | |
| 5/1/02-5/1/03 | No open claims | |
| 5/1/03-5/1/04 | 1 Open claim - reserve | $   20,000 |