| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

**ORDER GRANTING MOTION TO DETERMINE ALLOWED CLAIMS OF
CLASS 9 CLAIMANTS UNDER SECTION 502(C) OF THE BANKRUPTCY CODE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Granting Motion to Determine Allowed Claims of Class 9 Claimants

---

Upon consideration of the above-captioned debtors' (the "Debtors") motion to determine allowed claims of class 9 claimants under section 502(c) of the Bankruptcy Code (the "Motion"),[1] any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Motion is GRANTED.

2. That Argonaut shall hold an Allowed Claim in the amount of $_____.

3. That Arrowood shall hold an Allowed Claim in the amount of $_____.

4. That Argonaut is directed to return excess Collateral in the amount of $_____ to the reorganized debtors.

5. That Arrowood is directed to return excess Collateral in the amount of $_____ to the reorganized debtors.

WILMINGTON\79143\1 220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.