**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : FOR THE DISTRICT OF NEW JERSEY |
|  | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (GMB) |

# ORDER GRANTING THE DEBTORS' FIRST OMNIBUS
## OBJECTION TO DUPLICATE AND/OR REDUNDANT PROOFS OF CLAIM

The relief set forth on the following pages, numbered (2) and (3) is hereby **ORDERED**.

Case 08-14631-GMB    Doc 394-2    Filed 06/21/08    Entered 06/21/08 18:43:48    Desc
Proposed Order    Page 2 of 3

Page 2

In re: Shapes/Arch Holding, L.L.C., et al.

Case No: 08-14631

Order Granting the Debtors' First Omnibus Objection to Duplicate and/or Redundant Claims
_____

Upon consideration of the Debtors' First Omnibus Objection to Duplicate and/or Redundant Proofs of Claim (the "First Omnibus Objection") for the entry of an order (the "Order") expunging and disallowing certain Filed Claims identified in Exhibit 1 and Exhibit 2 to this Order; and pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, good and sufficient notice having been provided to each holder of a claim listed on the attached exhibits; and the relief requested in the First Omnibus Objection being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed Objections to the First Omnibus Objection, if any; and upon all proceedings had before the Court; and after deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1.  The duplicate proofs of claim identified on Exhibit 1 as "List of Duplicate Claims for Same Debtor" are hereby expunged and disallowed in their entirety; and,

2.  The redundant proofs of claim identified on Exhibit 2 as "List of Redundant Claims for Multiple Debtors" are hereby expunged and disallowed in their entirety; and,

3.  This Order does not affect the claims identified in Exhibit 1 or Exhibit 2 as to the "Remaining Claim," and,

Page 3

In re: Shapes/Arch Holding, L.L.C., et al.

Case No: 08-14631

Order Granting the Debtors' First Omnibus Objection to Duplicate and/or Redundant Claims
_____

      4.    The Debtors' right to file other objections to claims, including those claims referenced in the First Omnibus Objection, is hereby fully reserved.