# EXHIBIT LIST

**Exhibit 1:**    List of Duplicate Claims for Same Debtor

**Exhibit 2:**    List of Redundant Claims for Multiple Debtors