# EXHIBIT 1

**Parties Holding Duplicate Claims for Same Debtor**
**(all parties listed alphabetically, and individuals by last name)**

**Please refer to Page 7 of the First Omnibus Objection for the stated grounds in support of the objection.**

| | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| AIR LIQUIDE INDUSTRIAL U.S. LP<br>ATTN LEGAL DEPARTMENT<br>2700 POST OAK BOULEVARD, SUITE 1800<br>HOUSTON, TX 77056 | 131 | Shapes/Arch<br>Holdings LLC | 14,437.98<br>52,483.08<br>66,921.06 | P<br>U<br>T | 121 | Shapes/Arch<br>Holdings LLC | 14,437.98<br>52,483.08<br>66,921.06 | P<br>U<br>T |
| ALCAN ALUMINUM CORP.<br>BRIAN BULL, CREDIT MANAGER<br>ALCAN, INC.<br>1188 SHERBROOKE STREET WEST<br>MONTREAL, QC H3A 362<br>CANADA | 680 | Shapes LLC | 6,581,586.45 | U | 460 | Shapes LLC | 6,581,586.45 | U |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | 673 | Delair LLC | 336,156.47 | U | 518 | Delair LLC | 336,156.47 | U |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | 694 | Delair LLC | 336,156.47 | U | 518 | Delair LLC | 336,156.47 | U |
| AMERICAN IRON & METAL COMPANY (USA), INC<br>C/O EULER HERMES ACI<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | 406 | Shapes LLC | 181,087.20 | U | 347 | Shapes LLC | 181,087.20 | U |
| ATLANTIC DISPOSAL SERVICES, INC.<br>N/K/A ACR, INC.<br>C/O SANDFORD F. SCHMIDT, ESQUIRE<br>29 UNION STREET<br>MEDFORD, NJ 08055 | 712 | Shapes/Arch<br>Holdings LLC | 77,871,002.43 | U | 665 | Shapes/Arch<br>Holdings LLC | 77,871,002.43 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 414 | Shapes/Arch<br>Holdings LLC | 250,000.00 | U | 272 | Shapes/Arch<br>Holdings LLC | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 362 | Shapes/Arch<br>Holdings LLC | 250,000.00 | U | 272 | Shapes/Arch<br>Holdings LLC | 250,000.00 | U |
| BIL-RAY ALUMINUM SIDING CORP.<br>T/A THE BIL-RAY GROUP<br>40 ELMONT ROAD<br>ELMONT, NY 11003-1603 | 420 | Accu-Weld LLC | 900,000.00 | U | 216 | Accu-Weld LLC | 900,000.00 | U |

| Name/Address of Claimant | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| BIL-RAY ALUMINUM SIDING CORP OF QNS INC<br>ATTN MARK F HEINZE<br>OFECK & HEINZE LLP<br>85 MAIN ST, STE 204<br>HACKENSACK, NJ 07601 | 282 | Accu-Weld LLC | 900,000.00 | U | 216 | Accu-Weld LLC | 900,000.00 | U |
| COILPLUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 273 | Delair LLC | 252,882.84 | U | 252 | Delair LLC | 252,882.84 | U |
| COILPLUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 334 | Delair LLC | 252,882.84 | U | 252 | Delair LLC | 252,882.84 | U |
| COILPUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 310 | Delair LLC | 252,882.84 | U | 252 | Delair LLC | 252,882.84 | U |
| COILPLUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 312 | Delair LLC | 252,822.84 | U | 252 | Delair LLC | 252,822.84 | U |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>ATTN: LARRY LEVIN<br>WAYNE, PA 19087 | 674 | Shapes/Arch Holdings LLC | 276,880.26 | U | 489 | Shapes/Arch Holdings LLC | 276,880.26 | U |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>ATTN: LARRY LEVIN<br>WAYNE, PA 19087 | 675 | Shapes/Arch Holdings LLC | 440,283.06 | U | 490 | Shapes/Arch Holdings LLC | 440,283.06 | U |
| ESTES-EXPRESS LINES<br>ATTN CREDIT DEPARTMENT<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230-3962 | 341 | Shapes/Arch Holdings LLC | 55,978.10 | U | 207 | Shapes/Arch Holdings LLC | 55,978.10 | U |
| EXCO EXTRUSION DIES<br>56617 NORTH BAY DRIVE<br>ATTN: JANET SLEDMERE, CONTROLLER<br>CHESTERFIELD, MI 48051 | 409 | Shapes/Arch Holdings LLC | 335,030.58 | U | 394 | Shapes/Arch Holdings LLC | 335,030.58 | U |

| | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| GAINSBOROUGH HARDWARE IND LTD<br>190 WHITEHORSE ROAD<br>BLACKBURN<br>VICTORIA, 3130<br>AUSTRALIA | 374 | Ultra LLC | 117,695.17 | U | 300 | Ultra LLC | 117,695.17 | U |
| GEE BRIDGE INTERNATIONAL INC<br>5TH FLOOR, NO. 44, LANE 80,<br>NAN-KANG ROAD, SEC. 3,<br>TAIPEI,<br>TAIWAN | 247 | Shapes/Arch Holdings LLC | 102,127.55 | U | 205 | Shapes/Arch Holdings LLC | 102,127.55 | U |
| INTERNATIONAL BUSINESS SYSTEMS<br>90 BLUE RAVINE ROAD<br>FOLSOM, CA 95630 | 290 | Ultra LLC | 59,820.10 | U | 186 | Ultra LLC | 59,820.10 | U |
| INTERNATIONAL FIDELITY INSURANCE CO.<br>C/O INT'L BOND & MARINE BRKGE, LTD.<br>2 HUDSON PLACE, 4TH FLOOR<br>HOBOKEN, NJ 07030 | 604 | Shapes/Arch Holdings LLC | 200,000.00 | P | 461 | Shapes/Arch Holdings LLC | 200,000.00 | P |
| JOHN A. STEER CO.<br>ATTN: ALFRED J. DUTCH, TREASURER<br>28 SO. 2ND STREET<br>PHILADELPHIA, PA 19106 | 672 | Ultra LLC | 243,545.66 | U | 519 | Ultra LLC | 243,545.66 | U |
| KERINS, JOSEPH F.<br>10 OAK LEAF DRIVE<br>NEW EGYPT, NJ 08533 | 524 | Shapes/Arch Holdings LLC | 50,000.00 | P | 481 | Shapes/Arch Holdings LLC | 50,000.00 | P |
| LUMBERMEN ASSOCIATES, INC.<br>C/O EULER HERMES ACI<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | 405 | Shapes LLC | 68,588.41 | U | 66 | Shapes LLC | 68,588.41 | U |
| LUMBERMEN ASSOCIATES, INC.<br>EULER HERMES ACI<br>800 RED BROOK BOULEVARD<br>ATTN: LINDA MAY, CLAIMS SVC REP<br>OWINGS MILLS, MD 21117 | 182 | Shapes LLC | 68,588.41 | U | 66 | Shapes LLC | 68,588.41 | U |
| M. J. METAL, INC.<br>201 HANCOCK AVENUE<br>BRIDGEPORT, CT 06605 | 219 | Shapes/Arch Holdings LLC | 66,745.02 | U | 174 | Shapes/Arch Holdings LLC | 66,745.02 | U |
| MARUBENI AMERICA CORP.<br>ATTN THOMAS E. CARLSON<br>375 LEXINGTON AVE.<br>NEW YORK, NY 10017 | 431 | Shapes/Arch Holdings LLC | 1,871,574.41 | U | 392 | Shapes/Arch Holdings LLC | 1,871,574.41 | U |

| | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| MARUBENI AMERICA CORP.<br>ATTN THOMAS E. CARLSON<br>375 LEXINGTON AVE.<br>NEW YORK, NY 10017 | 432 | Shapes/Arch Holdings LLC | 1,871,574.41 | U | 392 | Shapes/Arch Holdings LLC | 1,871,574.41 | U |
| MELTON TRUCK LINES, INC.<br>ATTN: LISA M. FOGLEMAN<br>808 N 161ST E. AVE.<br>TULSA, OK 74116 | 421 | Shapes/Arch Holdings LLC | 139,960.66 | U | 395 | Shapes/Arch Holdings LLC | 139,960.66 | U |
| METAL MANAGEMENT CONNECTICUT, INC<br>C/O SAME DELLA FERA, JR., ESQ.<br>TRENK DIPASQUALE WEBSTER DELLA FERA ETAL<br>347 MT PLEASANT AVE, STE 300<br>WEST ORANGE, NJ 07052 | 275 | Shapes/Arch Holdings LLC | 85,048.44 | U | 239 | Shapes/Arch Holdings LLC | 85,048.44 | U |
| NATIONAL CITY COMMERCIAL CAPITAL CO.,LLC<br>ATTN: LISA M. MOORE<br>995 DALTON AVE.<br>CINCINNATI, OH 45203 | 662 | Accu-Weld LLC | 129,356.51 | U | 651 | Accu-Weld LLC | 129,356.51 | U |
| PACIFIC USA CORP.<br>375 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 | 380 | Ultra LLC | 111,041.24 | U | 337 | Ultra LLC | 111,041.24 | U |
| PENNSAUKEN TOWNSHIP<br>EMMANUEL J. ARGENTIERI, ESQUIRE<br>PARKER MCCAY, P.A. - THREE GREENTREE CTR<br>7001 LINCOLN DRIVE WEST - P.O. BOX 974<br>MARLTON, NJ 08053-0974 | 597 | Shapes/Arch Holdings LLC | 837,905.30 | S | 541 | Shapes/Arch Holdings LLC | 837,905.30 | S |
| PPG INDUSTRIES, INC.<br>JOHN J. WINTER, ESQUIRE<br>THE CHARTWELL LAW OFFICES, LLP<br>2621 VAN BUREN DRIVE<br>NORRISTOWN, PA 19403 | 615 | Accu-Weld LLC | 63,401.40<br>181,006.22<br>244,407.62 | P<br>U<br>T | 539 | Accu-Weld LLC | 63,401.40<br>181,006.22<br>244,407.62 | P<br>U<br>T |
| PPG INDUSTRIES, INC.<br>JOHN J. WINTER, ESQUIRE<br>THE CHARTWELL LAW OFFICES, LLP<br>2621 VAN BUREN DRIVE<br>NORRISTOWN, PA 19403 | 613 | Shapes LLC | 27,162.80<br>134,578.16<br>161,740.96 | P<br>U<br>T | 538 | Shapes LLC | 27,162.80<br>134,578.16<br>161,740.96 | P<br>U<br>T |

| Name/Address of Claimant | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY PSE&G ATTN NANCY OLIVERAS PO BOX 490 CRANFORD, NJ 07016 | 266 | Shapes/Arch Holdings LLC | 1,548,751.18 | U | 1 | Shapes/Arch Holdings LLC | 1,548,751.18 | U |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY PSE&G ATTN NANCY OLIVERAS PO BOX 490 CRANFORD, NJ 07016 | 373 | Shapes/Arch Holdings LLC | 1,548,751.18 | U | 1 | Shapes/Arch Holdings LLC | 1,548,751.18 | U |
| T.M.C. TRANSPORTATION P.O. BOX 1774 DES MOINES, IA 50306 | 605 | Shapes LLC | 52,881.02 | U | 545 | Shapes LLC | 52,881.02 | U |
| U.S. CUSTOMS AND BORDER PROTECTION ATTN: REVENUE DIVISION, BANKRUPTCY TEAM 6650 TELECOM DRIVE, SUITE 100 INDIANAPOLIS, IN 46278 | 437 | Ultra LLC | 108,454.28 266,433.32 374,887.60 | P U T | 399 | Ultra LLC | 108,454.28 266,433.32 374,887.60 | P U T |
| UNITED PARCEL SERVICE ATTN WENDY FINNEGAN, AGENT C/O RMS BANKRUPTCY RECOVERY SERVICES PO BOX 4396 TIMONIUM, MD 21094 | 316 | Ultra LLC | 153,251.59 | U | 309 | Ultra LLC | 153,251.59 | U |
| WEKERLE, JOSEPH 116 SMITH LANE RUNNEMEDE, NJ 08078 | 314 | Shapes/Arch Holdings LLC | - | | 285 | Shapes/Arch Holdings LLC | - | - |
| WEKERLE, JOSEPH 116 SMITH LANE RUNNEMEDE, NJ 08078 | 325 | Shapes/Arch Holdings LLC | - | | 285 | Shapes/Arch Holdings LLC | - | - |
| WINDOW DEPOT USA ATTN JIM VENABLE, PRESIDENT 10800 FINANCIAL CENTER PARKWAY #280 LITTLE ROCK, AR 72211 | 279 | Accu-Weld LLC | 55,838.83 | U | 212 | Accu-Weld LLC | 55,838.83 | U |

S - Secured
A - Administrative
P - Priority
U - Unsecured
T - Total Claimed