# EXHIBIT 2

## Parties Holding Redundant Claims for Multiple Debtors
### (all parties listed alphabetically, and individuals by last name)

**Please refer to Page 8 of the First Omnibus Objection for the stated grounds in support of the objection.**

| | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 364 | Shapes LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 368 | Ultra LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 370 | Delair LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 372 | Accu-Weld LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| GLENCORE LTD.<br>ATTN DAVID PORTER<br>301 TRESSER BLVD<br>STAMFORD, CT 06901 | 335 | Shapes/Arch Holdings LLC | 2,283,078.81 | U | 336 | Shapes | 2,283,078.81 | U |
| LAJOIE'S AUTO WRECKING CO., INC.<br>MICHAEL J. CONNOLLY, ESQ.<br>BRESSLER AMERY & ROSS PC<br>PO BOX 1980<br>MORRISTOWN, NJ 07962 | 566 | Shapes/Arch Holdings LLC | 142,877.53 | A | 565 | Shapes | 142,877.53 | A |
| MATI SALES, LLC<br>PO BOX 816<br>GLENSIDE, PA 19038-0816 | 609 | Shapes/Arch Holdings LLC | 16,076.98 | U | 514 | Delair/Shapes | 16,076.98 | U |
| MOTORCAR COLORS<br>PO BOX 532<br>772 E MAIN STREET<br>MOORESTOWN, NJ 08057 | 302 | Accu-Weld LLC | 2,822.90 | U | 360 | Accu-Weld | 2,822.90 | U |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 652 | Shapes/Arch Holdings LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |

|  | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 654 | Ultra LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 655 | Delair LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 656 | Accu-Weld LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |
| TATE ENGINEERING SYSTEMS, INC.<br>1560 CATON CENTER DRIVE<br>BALTIMORE, MD 21227 | 0 | Shapes/Arch Holdings LLC | 2,096.56 | U | 86 | Shapes | 2,096.56 | U |
| VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 350 | Accu-Weld LLC | 2,534.26 | U | 328 | Accu-Weld | 2,534.26 | U |

S - Secured
A - Administrative
P - Priority
U - Unsecured
T - Total Claimed