

# PSEG
## Services Corporation

80 Park Plaza, T5D, Newark, NJ 07102-0570    Fax: 973-645-1103

**Suzanne M. Klar**
Associate General Litigation Counsel
973-430-6483

**Joel M. Taylor**
Attorney
973-430-6737

June 23, 2008

**Via E-mail and CM/ECF**
Honorable Gloria M. Burns, U.S.B.J.
United States Bankruptcy Court
400 Cooper Street
Camden, New Jersey 08101

    Re:    **Shapes/Arch Holdings, LLC**
            **Case No 08-14631 (GMB)**
            **Our File No. D2008-00328**

Dear Judge Burns:

    Please be advised that Public Service Electric & Gas Company hereby withdraws its Motion to Compel Payment of its Administrative Claim (ECF Document No. 364) returnable on July 1, 2008.

    The court's attention to this matter is greatly appreciated.

                                        Respectfully submitted,

                                        /s/Peter A. Siebel, Jr.

                                        Peter A. Siebel, Jr.
                                        Paralegal

PAS
cc:    Jerrold N. Poslusny, Jr., Esq. (via e-mail)