United States Bankruptcy Court for the District of New Jersey
Order Filed on
6/23/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

Debtors.

Case No. 08-14631(GMB)

Judge: Gloria M. Burns

Chapter: 11

**ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: 6/23/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

---

Upon consideration of the application of the above-captioned debtors and debtors-in-possession (the "Debtors")[1], for notice under Federal Rule Bankruptcy Procedure 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 for notice of hearing on the motion to disallow contribution claims and in the alternative to estimate claims (the "Motion") is hereby shortened as set forth herein.

2. A hearing shall be conducted on the aforesaid Application on July 8, 2008, at 10:00 a.m. in the United States Bankruptcy Court, 400 Cooper Street, Camden, New Jersey 08101, Courtroom # 4C.

3. Notice of this Motion has been provided to: (a) counsel for CIT, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) the Internal Revenue Service, (e) the New Jersey Attorney General, (f) the Commonwealth of Pennsylvania Department of Revenue, (g) counsel to the Committee, (h) all parties that are listed on Exhibits "A" through "E", and (i) all parties on the Master Service List. In light of the nature of the relief requested herein, the Debtors submit that no further notice is necessary.

| | |
|---|---|
| fax, | ✓ overnight mail, |
| ✓ email, | hand delivery, |

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

2

*Approved by Judge Gloria M. Burns June 23, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

---

regular mail,

and within

✓ 1 day(s) of the date hereof, or

on the same date as the Order.

4. Any objections to said motion:

shall be filed and served as to be received no later than <u>July 1, 2008 at 4:00 p.m.</u>

may be presented at the hearing.

5. ✓ Court appearances will be required to prosecute said motion and any objections.

Any objector may appear by telephone at the hearing.

The hearing will be held by telephone conference call, to be arranged by the applicant.

CHERRY_HILL\448070\1 220718.000

3

*Approved by Judge Gloria M. Burns June 23, 2008*