

Order Filed on
6/23/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>                        Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

### ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: 6/23/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

---

Upon consideration of the application of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>")[1], for notice under Federal Rule Bankruptcy Procedure 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 for notice of hearing on the motion determine allowed claims of workers compensation insurance claimants under section 502(c) of the Bankruptcy Code (the "<u>Motion</u>") is hereby shortened as set forth herein.

2. A hearing shall be conducted on the aforesaid Application on July 8, 2008, at 10:00 a.m. in the United States Bankruptcy Court, 400 Cooper Street, Camden, New Jersey 08101, Courtroom # 4C.

3. Notice of this Motion has been provided to: (a) counsel for CIT, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) counsel for Argonaut, (e) counsel for Arrowood, and (f) counsel to the Committee. In light of the nature of the relief requested herein, the Debtors submit that no further notice is necessary.



    ☐ fax,      ✓ overnight mail,

    ✓ email,      ☐ hand delivery,

    ☐ regular mail,

and within

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns June 23, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

---

  1    day(s) of the date hereof, or

on the same date as the Order.

4. Any objections to said motion:

shall be filed and served as to be received no later than <u>July 1, 2008 at 4:00 p.m.</u>

may be presented at the hearing.

5.  ✓   Court appearances will be required to prosecute said motion and any objections.

Any objector may appear by telephone at the hearing.

The hearing will be held by telephone conference call, to be arranged by the applicant.

CHERRY_HILL\448307\1  220718.000

*Approved by Judge Gloria M. Burns June 23, 2008*