**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>:<br>: CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>Debtors. | CASE NO. 08-14631 (GMB)<br>(Jointly Administered)<br><br>**Hearing Date: July 28, 2008 at 10:00 a.m.** |

### NOTICE OF THE DEBTORS' OBJECTION TO PROOFS OF CLAIM OF TEAMSTERS LOCAL 837

The above captioned Debtors and Debtors-in-Possession, by and through their undersigned counsel, have filed an objection pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure to ") to the proofs of claim of: (a) the Teamsters Local 837 Health and Welfare Fund (Claim Nos. 51, 52, 111, and 113) and (b) the Teamsters Local 837 Pension Fund (Claim Nos. 50 and 112) filed by Teamsters Local 837 (the "<u>Objection</u>").

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested by the Movant, or if you want the Court to consider your views on the Motion, then on or before July 21, 2008 you or your attorney must:

CHERRY_HILL\448355\1  220718.000

File with the Court an answer explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067 Camden, NJ 08101-2067. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also mail a copy to:

Jerrold N. Poslusny, Jr., Esquire, COZEN O'CONNOR, Liberty View, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ 08002.

Attend a hearing scheduled to be held on July 28, 2008 at 10:00 a.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: June 20, 2008                                COZEN O'CONNOR

                                                   By:   */s/ Jerrold N. Poslusny, Jr.*
                                                         Mark E. Felger
                                                         Jerrold N. Poslusny, Jr.

                                                   Attorneys for the Debtors

2