| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER WITH RESPECT TO DEBTORS' OBJECTION TO PROOFS
OF CLAIMS OF: (A) TEAMSTERS LOCAL 837 HEALTH AND
WELFARE FUND AND (B) TEAMSTERS LOCAL 837 PENSION FUND**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order With Respect to Debtors' Objection to Proofs of Claims of: (A) Teamsters Local 837 Health and Welfare Fund and (B) Teamsters Local 837 Pension Fund

---

Upon consideration of the above-captioned debtors' (the "<u>Debtors</u>") objection to the proofs of claim of: (a) the Teamsters Local 837 Health and Welfare Fund (Claim Nos. 51, 52, 111, and 113, the "<u>Health and Welfare Claims</u>") and (b) the Teamsters Local 837 Pension Fund (Claim Nos. 50 and 112, the "<u>Pension Fund Claims</u>" and with the Health and Welfare Claims, the "<u>Claims</u>" ) filed by Teamsters Local 837 (the "<u>Objection</u>"),[1] any responses or objections thereto, notice of the Objection appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1.  That the Objection is SUSTAINED.

2.  Health and Welfare Claim 111 is hereby disallowed and expunged from the claims register as a duplicate claim. Health and Welfare Claim 51 is hereby reduced and allowed in the amount of $961,755.

3.  Health and Welfare Claim 113 is hereby disallowed and expunged from the claims register as a duplicate claim.

4.  Pension Fund Claim 112 is hereby disallowed and expunged from the claims register as a duplicate claim. Pension Fund Claim 50 is hereby reduced and allowed in the amount of $93,607.00.

CHERRY_HILL\448324\1 220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.