**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

|  |  |
|---|---|
| In re:<br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br>　　　　　　Debtors. | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>: CHAPTER 11<br>:<br>: CASE NO. 08-14631 (GMB)<br>:<br>: |

## NOTICE OF FILING OF SCHEDULE 8.1 TO DEBTORS' THIRD AMENDED PLAN

**PLEASE TAKE NOTICE**, that the above-captioned Debtors (the "Debtors"),[1] hereby file their notice of the executory contracts and unexpired leases (the "Assumed Agreements") to be assumed pursuant to Section 8.1 of the Debtors' Third Amended Plan of Reorganization dated May 23, 2008 (and Article (VII)(G)(1) of the Debtor's Disclosure Statement dated May 23, 2008), and the amounts necessary to cure all pre-petition monetary defaults under the Assumed Agreements;

**PLEASE TAKE FURTHER NOTICE**, that the amounts reflected on the cure schedule annexed hereto as Exhibit "A" are the amounts reflected in the Debtors' books and records, and any counter party to an Assumed Agreement must file with the Bankruptcy Court

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("Shapes/Arch"), the following entities, all of which are wholly owned subsidiaries of Shapes/Arch, also filed petitions on the Petition Date (defined below): Shapes L.L.C. ("Shapes"); Delair L.L.C. ("Delair"); Accu-Weld L.L.C. ("Accu-Weld"); and Ultra L.L.C. ("Ultra").

WILMINGTON\79103\1  220718.000

and serve upon the undersigned counsel for the Debtors an objection to this cure notice on or before July 3, 2008 at 4:00 if the counter party disagrees with the cure amount set forth herein. The objection should set forth the basis for the objection with a reasonable degree of specificity and include the amount that the counter party believes is necessary to cure any pre-petition defaults. Further, if a counter party believes that additional amounts have come due since the commencement of these cases on March 16, 2008, then that additional amount should also be included in the objection to the cure notice;

**PLEASE TAKE FURTHER NOTICE**, that any counter party to any of the Assumed Agreements that fails to timely file and serve an objection shall be bound by the amount shown by the Debtors on Exhibit "A" and shall be forever barred, estopped and enjoined from asserting any other or additional cure claim and no objection by the Debtors to a late claim shall be necessary;

**PLEASE TAKE FURTHER NOTICE**, that any objection to this cure notice shall be considered at the confirmation hearing to occur on July 8, 2008 at 10:00 a.m. at the United States Bankruptcy Court for the District of New Jersey (Camden Vicinage), 400 Cooper Street, Camden, NJ  08101.

Dated:  June 23, 2008

                          COZEN O'CONNOR

By:    /s/ *Jerrold N. Poslusny, Jr.*
        Mark E. Felger
        Jerrold N. Poslusny, Jr.

        Attorneys for the Shapes/Arch Holdings LLC, *et al*.

WILMINGTON\79103\1 220718.000

# **EXHIBIT A**

WILMINGTON\79103\1 220718.000