**Schedule 8.1**
**Executory Contracts to be Assumed**
**Shapes / Arch Holdings, LLC.**
**Case No. 08-14631 (GMB)**

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Shapes/Arch Holdings LLC | Amerihealth | 8000 Midlantic Drive, Suite 333 Mt. Laurel, NJ 08054-1560 | Health Insurance | Assume | $ - |
| Shapes/Arch Holdings LLC | Benefits Concepts Inc. | 1021 West 8th Avenue, King of Prussia, PA 19406-1553 | COBRA Administration Service | Assume | $ - |
| Shapes/Arch Holdings LLC | Benefits Concepts Inc. | 1021 West 8th Avenue, King of Prussia, PA 19406-1553 | Plan Administration for FSA | Assume | $ - |
| Shapes/Arch Holdings LLC | Brokerage Concepts Inc. | 1021 West 8th Avenue, King of Prussia, PA 19406-1553 | Plan Administration for Prescription Plan | Assume | $ - |
| Shapes/Arch Holdings LLC | California Union | | Excess Insurance Policy 1985-1986 | Assume | $ - |
| Shapes/Arch Holdings LLC | Columbia Casualty | | Excess Insurance Policy 1984-1985 | Assume | $ - |
| Shapes/Arch Holdings LLC | Continental Casualty | | Excess Insurance Policy 1972-1973 | Assume | $ - |
| Shapes/Arch Holdings LLC | Continental Casualty | | Excess Insurance Policy 1973-1974 | Assume | $ - |
| Shapes/Arch Holdings LLC | Continental Casualty | | Excess Insurance Policy 1974-1975 | Assume | $ - |
| Shapes/Arch Holdings LLC | Continental Casualty | | Excess Insurance Policy 1975-1976 | Assume | $ - |
| Shapes/Arch Holdings LLC | Crown Credit Company | 115 North Main St, New Bremen OH 45869 | (2) Crown WP2340-45 walk-behind forklift leases | Assume | $ - |
| Shapes/Arch Holdings LLC | Crown Credit Company | 115 North Main St, New Bremen OH 45869 | Drexel SLT-30 lease (Delair) | Assume | $ - |
| Shapes/Arch Holdings LLC | De Lage Landen Financial Services, Inc/ NMHG Financial Services | 1112 Old Eagle School Road, Wayne, PA 19087/ PO Box 643749 Pittsburgh, PA 15264-3749 | Hyster H60XM lease (Delgard) | Assume | $ - |
| Shapes/Arch Holdings LLC | De Lage Landen Financial Services, Inc/ NMHG Financial Services | 1111 Old Eagle School Road, Wayne, PA 19087/ PO Box 643749 Pittsburgh, PA 15264-3749 | Hyster H80XM w/rotator lease (Paintline) | Assume | $ - |
| Shapes/Arch Holdings LLC | Executive Risk Specialty Insurance Company | 82 Hopmeadow Street, Simsbury, CT 06070-7683 | Employed Lawyer Policy for 05/01/07 - 05/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Fireman's Fund Insurance Company | | Ocean Marine Policy proposal for 09/15/07 - 09/15/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Granite State | | Excess Insurance Policy 1985-1986 | Assume | $ - |
| Shapes/Arch Holdings LLC | Guardian | 2005 Market Street, Suite 1920 Philadelphia, PA 19103 | Dental/LTD/Supplemental Life Insurances | Assume | $ - |
| Shapes/Arch Holdings LLC | Highlands Insurance | 600 Jefferson Street, Houston, TX 77002-7392 | Excess Insurance Policy 1984-1985 | Assume | $ - |
| Shapes/Arch Holdings LLC | Hudson | Skandia America Group - One Liberty Plaza, New York, NY 10006 | Excess Insurance Policy 1985-1986 | Assume | $ - |
| Shapes/Arch Holdings LLC | Interstate Fire and Casualty Co. | 55 East Monroe Street, Chicago, IL 60603 | Excess Insurance Policy 3/77-7/77 | Assume | $ - |
| Shapes/Arch Holdings LLC | Kronos | | Software License Agreement | Assume | $ - |
| Shapes/Arch Holdings LLC | Lexington Insurance Company | 100 Summer Street, Boston, MA 02110-2103 | Delair Excess Product Liability Policy for 06/07/07 - 06/30/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Lexington Insurance Company | 100 Summer Street, Boston, MA 02110-2103 | Delair Product Liability Policy for 08/01/07 - 08/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | Excess Insurance Policy 1977-1978 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | Excess Insurance Policy 1978-1979 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | Excess Insurance Policy 1979-1980 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1977-1978 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1978-1979 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1979-1980 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1980-1981 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1981-1982 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1982-1983 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1983-1984 | Assume | $ - |
| Shapes/Arch Holdings LLC | National Union Fire Insurance Company | | Excess Insurance Policy 3/77-7/77 | Assume | $ - |
| Shapes/Arch Holdings LLC | National Union Fire Insurance Company of Pittsburgh, PA (AIG World Source) | | Foreing Commercial Package Policy for 05/01/07 - 05/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Inurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | Excess Insurance Policy 1984-1985 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Inurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | General Liability Polilcy for 1974-1975 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Inurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | General Liability Polilcy for 1975-1976 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Inurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | General Liability Polilcy for 1976-1977 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Inurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | General Liability Polilcy for 1977-1978 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Inurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | General Liability Polilcy for 1973-1974 | Assume | $ - |
| Shapes/Arch Holdings LLC | NMHG Financial Services | 1010 Thomas Edison Blvd, Cedar Rapids, IA 52404 | (1) Hyster H60XM forklift (Delgard) | Assume | $ - |
| Shapes/Arch Holdings LLC | NMHG Financial Services | 1010 Thomas Edison Blvd, Cedar Rapids, IA 52404 | (3) Hyster H60XM Forklift leases (2-shipping, 1-Delgard) | Assume | $ - |
| Shapes/Arch Holdings LLC | NMHG Financial Services | 1010 Thomas Edison Blvd, Cedar Rapids, IA 52404 | (6) Hyster H60FT Forklift leases (Delair) | Assume | $ - |
| Shapes/Arch Holdings LLC | Principal Financial | 711 High Street, Des Moines, Iowa 50392-0001 | Company Life Insurance | Assume | $ - |
| Shapes/Arch Holdings LLC | Prudential Financial | Two PNC Plaza - 8th Floor, 620 Liberty Ave. Pittsburgh, PA 15222 | 401K Profit Sharing Plan Administration | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1966-1967 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1967-1968 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1968-1969 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1969-1970 | Assume | $ - |

**Schedule 8.1**
**Executory Contracts to be Assumed**
**Shapes / Arch Holdings, LLC.**
**Case No. 08-14631 (GMB)**

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1970-1971 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1971-1972 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1972-1973 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1966-1967 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1967-1968 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1968-1969 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1969-1970 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1970-1971 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1971-1972 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1972-1973 | Assume | $ - |
| Shapes/Arch Holdings LLC | Sentry Insurance a Mutal Company | 1800 North Point Drive, Stevens Point WI 54481 | Automobile Coverage Policy for 07/01/07 - 07/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Sentry Insurance a Mutal Company | 1801 North Point Drive, Stevens Point WI 54481 | General Liability Polilcy for 05/01/07 - 05/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Sentry Insurance a Mutal Company | 1802 North Point Drive, Stevens Point WI 54481 | Workes' Comp & Employers Liability Policiy for 05/01/07- 05/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | The Chubb Group of Ins. Companies | 550 Route 206, Suite 110, Bedminster, NJ 07921 | Excess Insurance Policy 1984-1985 | Assume | $ - |
| Shapes/Arch Holdings LLC | The PMA Group | 380 Sentry Parkway, Suite 200 Blue Bell PA 19422 | General Liability Polilcy for 1984-1985 | Assume | $ - |
| Shapes/Arch Holdings LLC | The PMA Group | 380 Sentry Parkway, Suite 200 Blue Bell PA 19422 | General Liability Polilcy for 1985-1986 | Assume | $ - |
| Shapes/Arch Holdings LLC | Travelers | One Tower Square, Hartford, CT 06183 | Inland Marine Policy for 03/27/07 - 03/27/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Wells Fargo Insurance Services | 701 Lee Road- Suite 205 Chesterbrook, PA 19087 | Property Insurance Policy for 07/01/07 - 0701/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Wells Fargo Insurance Services | 701 Lee Road- Suite 205 Chesterbrook, PA 19087 | Transit/Location Floater Policy proposal for 09/20/07- 09/20/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Western Employers | | Excess Insurance Policy 1984-1985 | Assume | $ - |
| Shapes/Arch Holdings LLC | Zurich American Insurance Company | One Liberty Plaza, 30th Floor New York, NY 10006 | Crime Policy for 05/01/07 to 02/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Zurich American Insurance Company | One Liberty Plaza, 30th Floor New York, NY 10006 | Directors and Officers Liability Policy for 05/01/07 - 05/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Zurich American Insurance Company | One Liberty Plaza, 30th Floor New York, NY 10006 | Umbrella Policy for 05/01/07 - 05/01/08 | Assume | $ - |

**Schedule 8.1**
**Executory Contracts to be Assumed**
**Shapes / Arch Holdings, LLC.**
**Case No. 08-14631 (GMB)**

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Shapes LLC | ADT Security Systems | 7895 Browning Road, Pennsauken NJ 08109-8109 | Security System contract | Assume | $ 2,528.95 |
| Shapes LLC | Ajax Ice, Inc. | 626 GSB Building, 1 Belmont Ave., Bala Cynwyd, PA 19004 | Ice machine lease | Assume | $ 332.00 |
| Shapes LLC | American Steel & Aluminum Corp. | 425 Homestead Ave.  Hartford, CT 06112 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Castrol Industrial Americas | 150 W. Warrenville Road  Naperville  IL  60563 | PO# 790346, Extended warranty of Lubecon equipment | Assume | $ - |
| Shapes LLC | CGIT Systems, Inc. | 51 Alder Street, Medway MA 02053 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | CIT Group/Equipment Financing, Inc. (also Wells Fargo Equipment Financing) | 1540 West Fountainhead Pkwy., Tempe, AZ 85282 | JLG 600S Boom lift lease | Assume | $ 1,620.44 |
| Shapes LLC | Cooper Electric Supply | 402 Bloomfield Drive, West Berlin, NJ 08091 | PO# 788591,Maintenance contract for Kohler generators | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (1) Hyster 110Xm forklift (Foundry) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (1) Hyster H60FT forklift (Foundry) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (2) Drexel SLT 30 leases (Delair) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (2) Used Hyster H60XM forklifts (Delair) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (3) Drexel SLT 30 leases (Delair) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (3) Hyster 155XL-2 forklifts (Foundry) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (4) Drexel SLT 30 leases (Delair) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | Hubtex Side Loader Lease ($1.00 buyout) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | Hyster H60FT forklift lease (Fabrication) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | Hyster H60FT forklift lease (Yard/Maint.) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | Hyster H60XM forklift lease (Fabrication) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | Hyster H60XM forklift lease (Yard/Maint.) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | New Holland LW110 Front End Loader lease ($1 buyout) | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc/ NMHG Financial Services | 1111 Old Eagle School Road, Wayne, PA 19087/ PO Box 643749 Pittsburgh, PA 15264-3749 | (1) Hyster 110XM w/rotator (Foundry) | Assume | $ - |
| Shapes LLC | Eagle Engineering Corp. | 8869 Citation Road, Baltimore, MD 21221 | PO# 787260, Picket/Fabricating machine (40% paid) | Assume | $ 86,700.00 |
| Shapes LLC | East Manufacturing | 1871 State Road,  Randolph, OH  44265 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Eastern Metal Supply | 2925 Stewart Creek Blvd.  Charlottte, NC  28206 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Fromm Electric Supply | 402 Bloomfield Drive, West Berlin, NJ 08091 | PO# 767282,On-site parts management agreement | Assume | $ - |
| Shapes LLC | GE Capital | 1961 Hirst Drive, Moberly, MO 65270 | lease for Mail meter & machine | Assume | $ 181.00 |
| Shapes LLC | Great Dane LP | 2555 S. Blue Island Avenue,  Chicago, IL  60608 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Hewlett Packard Company | 8000 Foothills Blvd., MS 5512, Roseville CA 95747-5512 | PO# 787979, Hardware support for Proliant Servers | Assume | $ 500.00 |
| Shapes LLC | Hewlett Packard Company | 8000 Foothills Blvd., MS 5512, Roseville CA 95747-5512 | PO# 788999, Hardware support for Delair Unix Box | Assume | $ 500.00 |
| Shapes LLC | Honeywell Industries Solutions | 2500 W. Union Hills Drive, Phoenix  AZ 85027 | PO# 782312, Calibration/Service contract for temperature instruments | Assume | $ 3,050.50 |
| Shapes LLC | IKON Financal Services | 1738 Bass Road, Macon GA 31210 | Canon copier lease(die engineering) | Assume | $ 829.86 |
| Shapes LLC | Ingersoll-Rand Air Center | 30 MacDonald Blvd., Aston, PA 19014 | PO# 790030, Service contract for Air Compressors | Assume | $ - |
| Shapes LLC | Instron Systems | 100 Royall Street, Canton, MA 02021-1089 | PO# 785162, Service/support agreement for Tensile testing machines | Assume | $ 2,601.00 |
| Shapes LLC | Kawneer Co. | 555 Guthridge Court,  Norcross, GA  30092 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Key Equipment Finance | 600 Travis Street, Suite 1400, Houston, TX 77002 | Savin copier lease (H.R.) | Assume | $ - |
| Shapes LLC | Key Equipment Finance | 600 Travis Street, Suite 1400, Houston, TX 77002 | Savin copier lease (Shipping) | Assume | $ 328.60 |
| Shapes LLC | NJDEP | One Port Center - 2 Riverside Drive, Suite 201 Camden, NJ  08103 | Settlement Agreement | Assume | $ - |
| Shapes LLC | Noble Americas Corp | Stamford Harbor Park 33 Ludlow St., Suite 1230 Stamford, CT 06902 | Premium Metal Hedging Agreement | Assume | $ - |
| Shapes LLC | NTR North America | 14881 Quorum Drive, Suite 850, Dallas, TX  75254 | SaaS Software License Agreement | Assume | $ - |
| Shapes LLC | O'Neal Steel, Inc. | 4530 Messer-Airport Hwy, Birmingham, AL  35202 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | O'Neal Steel, Inc. | 4530 Messer-Airport Hwy, Birmingham, AL  35202 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Open Purchase Orders with Customers | N/A | Purchase Order with Customer for Sale of Product | Assume | $ - |
| Shapes LLC | Penske Truck leasing | Route 10, Green Hills, PO Box 563, Reading, PA 19603-0563 | Lease for (2) Freightliner 26' job trucks -Shipping | Assume | $ 9,053.10 |
| Shapes LLC | Pinnacle Technologies | 5900 La Place Court, Suite 110, Carlsbad, CA 92008 | PO# 786046, Production server support, 24 + service | Assume | $ - |
| Shapes LLC | Pitney Bowes | PO Box 85390, Louisville, KY 40285-5390 | PO# 755786, Maint. Agreement for mail machine | Assume | $ 706.14 |
| Shapes LLC | PNC Bank | Two PNC Plaza - 8th Floor | Plan Administration for 401K | Assume | $ - |
| Shapes LLC | PPL Energy Plus | Two North Ninth Street, GENPL8, Allentown, PA 18101-1179 | Landfill Electric Agreement | Assume | $ 646,936.95 |
| Shapes LLC | PPL Energy Plus | Two North Ninth Street, GENPL8, Allentown, PA 18101-1179 | Solar Energy Agreement As Amended | Assume | $ - |
| Shapes LLC | QC Inc. | 1205 Industrial Blvd., PO Box 514, Southampton, PA 18966-0514 | PO# 793256, Monthly wastewater sampling, filtercake analysis(quarterly) | Assume | $ 839.00 |
| Shapes LLC | Quality Systems Registrars | 22630 Davis Drive, Suite 220, Sterling, VA 20164 | PO# 781847,ISO 9001:2000 registration | Assume | $ 1,500.00 |
| Shapes LLC | Ryerson | 2558 W. 16th Street,  Chicago, IL  60680 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Strategic Products & Services (Avaya) | 3 Wing Drive, Suite 100, Cedar Knolls, NJ 07927 | Avaya phone equipment maint. (physical) | Assume | $ 1,273.63 |
| Shapes LLC | Trinity Rail Car | 2548 N. 28th Street, Fort Worth, TX  76111 | Customer Supply Agreement | Assume | $ - |

**Schedule 8.1**
**Executory Contracts to be Assumed**
**Shapes / Arch Holdings, LLC.**
**Case No. 08-14631 (GMB)**

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Shapes LLC | U-Haul | 2727 N. Central Ave. | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Utility Trailer Manufacturing Co. | 17295 East Railroad Street., City of Industry, CA 91748 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Visibility Inc. | 100 Fordham Road, PO Box 50786, Wilmington, MA 01815-0786 | Software Products License Agreement | Assume | $ - |
| Shapes LLC | Wabash National | 1000 Sagamore Parkway, Lafayette, IN 47905 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | XO Communications LLC | 14239 Collections Center Drive, Chicago, IL 60693 | Phone service agreement | Assume | $ 2,576.27 |
| Shapes LLC | XO Communications LLC | 14239 Collections Center Drive, Chicago, IL 60693 | Phone service Maintenance Agreement | Assume | $ - |
|  |  |  |  |  | $ - |
| Delair LLC | B & B Pool Distributors | 5464 County Rd., # 327 Trinity, AL 35673 | Customer Agreement | Assume | $ - |
| Delair LLC | Burnett Pools | 2498 Elm Road Extension Cortland, OH | Rebate based on purchases | Assume | $ 1,450.00 |
| Delair LLC | Colonial Volkswagon Inc | 200 West Street Road Feasterville, PA 19053 | Automobile Lease | Assume | $ - |
| Delair LLC | Forster Fence Co Inc-Licensing Agreement for Delair Hinge Patent | 7795 La Corniche Circle Boca Raton, FL 33433 | Royalty agreement to use Delair patent on hinge | Assume | $ - |
| Delair LLC | Infiniti of Willow Grove | 1510 Easton Road Willow Grove, PA 19090 | Automobile Lease | Assume | $ - |
| Delair LLC | International Aquatics | 4496 Chesswood Drive Toronto, ON Canada M3J 2B9 | Rebate based on purchases | Assume | $ 1,600.00 |
| Delair LLC | Lexington Insurance | 100 Summer Street Boston, MA 02110 | Claims Made Commerial GL Insurance Coverage | Assume | $ - |
| Delair LLC | Lexington Insurance | 100 Summer Street Boston, MA 02110 | Claims Made Commerial GL Insurance Coverage ('03-'04) | Assume | $ - |
| Delair LLC | Lexington Insurance | 100 Summer Street Boston, MA 02110 | Claims Made-Excess Insurance Coverage | Assume | $ - |
| Delair LLC | Lexington Insurance | 100 Summer Street Boston, MA 02110 | Claims Made-Excess Insurance Coverage ('03-'04) | Assume | $ - |
| Delair LLC | Lexington Insurance | 100 Summer Street Boston, MA 02110 | Delair Occurrence Products Liability Ins.(Fence Products only-Home Depot & Lowe's) | Assume | $ - |
| Delair LLC | Nationwide Industries-Licensing Agreement for Delair Hinge Patent | 10333 Windhorst Road Tampa, FL 33619 | Royalty agreement to use Delair patent on hinge | Assume | $ - |
| Delair LLC | PoolCorp | 109 Northpark Boulevard Covington, LA 70433-5521 | Rebate based on purchases | Assume | $ 9,474.00 |
| Delair LLC | QAD | 100 Innovation Place Santa Barbara, CA | Software License Agreement | Assume | $ - |
| Delair LLC | Sun Wholesale | 14480 62nd Street N Clearwater, FL 33760 | Rebate based on purchases | Assume | $ 2,516.00 |
| Accu-Weld LLC | Automated Window Machinery, Inc. | 3171 Albrecht Avenue- Akron, Ohio 44312 | Equipment Purchase Agreement | Assume | $ - |
| Accu-Weld LLC | GED Integrated Solutions | 9280 Dulton Drive, Twinsburg, OH 44087 | Leading Edge Distribution provide Accu-Weld with aluminum to make window grids, a portion of the payment for aluminum is used to pay rent for the GED Grid Machine. | Assume | $ - |
| Accu-Weld LLC | WindFlite | 4000 Constitution Dr., Bartonville, Il. 61607 | Provide of Winsys software package for Manufacturing computer system. | Assume | $ - |

**Schedule 8.1**
**Executory Contracts to be Assumed**
**Shapes / Arch Holdings, LLC.**
**Case No. 08-14631 (GMB)**

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Ultra LLC | Aco Hardware | 24119 Industrial Park Drive; Farmington Hills MI 48335 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | All American Home Center | 7201E Firestone Blvd, Downey CA 90241 | Advertising Agreement | Assume | $ - |
| Ultra LLC | Alpha Sales Group Ltd | 1448 Dewey Ave, Bellmore NY 11710 | Independent Sales Representative Letter | Assume | $ - |
| Ultra LLC | AMAZON.COM | 1200 12TH AVE SOUTH SEATTLE WA 981442734 | Confirmation of Annual Rebate Agreement | Assume | $ 562.32 |
| Ultra LLC | Amazon.com 2005 New Vendor Agreement | 1200 12th Ave S. Ste 1200; Seattle WA 98144 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | American Hotel Register Co. | 100 S. Milwaukee Avenue; Vernon Hills IL 60061 | Vendor Agreement | Assume | $ - |
| Ultra LLC | AMERICAN HOTEL REGISTRY | 100 S MILWAUKEE AVE VERNON HILLS IL 60061 | Confirmation of Annual Rebate Agreement | Assume | $ 9.14 |
| Ultra LLC | Anthony Pietro | 528 Liberty Ave, Williston Park NY 11596 | Independent Sales Representative Letter | Assume | $ - |
| Ultra LLC | Ardell Sales & Marketing | 2150 E Lake Cook Rd Ste 590, Buffalo Grove IL 60089 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Associated Materials Inc. | 3773 State Road; Cuyahoga Falls OH 44223 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | BAER SUPPLY | 909 FOREST EDGE DR VERNON HILLS IL 60061 | Confirmation of Annual Rebate Agreement | Assume | $ 126.25 |
| Ultra LLC | BFS (BUILDER FIRST SOURCE) | 2001 BRYAN STREET STE 1600 Dallas TX 75201 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Biscayne Hardware | 1140 NW 159TH DR MIAMI FL 33169 | Confirmation of Annual Rebate Agreement | Assume | $ 499.98 |
| Ultra LLC | BKA Sales & Marketing | 16045 S W 89th Ave, Miami FL 33157 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | BMA / GUARDIAN | 979 Batesville Rd; Greer SC 29651 | Confirmation of Annual Rebate Agreement | Assume | $ 1,858.58 |
| Ultra LLC | Budget Hardware | 1644 NE 2nd Avenue; Miami FL 33132 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Busy Beaver | 3130 Wm. Pitt Way #A6; Pittsburgh PA 15238 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Castle Wholesalers | 3450 BLADENSBURG RD COTTAGE CITY MD 207221805 | Confirmation of Annual Rebate Agreement | Assume | $ 293.16 |
| Ultra LLC | CENTRAL WHOLESALERS | CALL 24 HRS B4 DELV/240-965-0459 LAUREL MD 20707 | Confirmation of Annual Rebate Agreement | Assume | $ 1,776.15 |
| Ultra LLC | Chadwell Supply | 1721 S King Ave; Brandon, FL 33511 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Cimarron - Sutherlands | 4000 Main St Kansas City MO 64111 | Vendor Advertising Agreement | Assume | $ - |
| Ultra LLC | CLARK REALTY - FT. BELVOIR | 203 Elden St; Ste 401, Herndon VA 20170 | Confirmation of Annual Rebate Agreement | Assume | $ 471.06 |
| Ultra LLC | CONTINENTAL HARDWARE | 400 DELANCY STREET NEWARK NJ 07105 | Confirmation of Annual Rebate Agreement | Assume | $ 249.28 |
| Ultra LLC | Contractors' Warehouse | Part of Agreement II below | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | CRB Military Housing - In process - Ft. Belvoir, VA | 4401 Wilson BLvd Ste 600; Arlington VA 22203 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | Crown Credit | 44 S. Washington Street, New Bremen, OH 45869 | Crown Lift Truck - 30TSPTN-495 | Assume | $ - |
| Ultra LLC | CRP Sales | 5481 Split Rail Dr, Brighton MI 48114 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Distribution America - @ 6% | 11111 Carmel Commons Blvd Suite 240 Charlotte NC 28226 | Confirmation of Annual Rebate Agreement | Assume | $ 5,368.43 |
| Ultra LLC | DO IT BEST | 6502 Nelson Rd Ft Wayne IN 46803 | Confirmation of Annual Rebate Agreement | Assume | $ 3,834.99 |
| Ultra LLC | Do It Best | 6502 Nelson Rd Ft Wayne IN 46803 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | Douglas Group | 9174 W 102nd Terrace, Overland Park KS 66212 | Independent Sales Representatives Agreement-not signed | Assume | $ - |
| Ultra LLC | EMERY-WATERHOUSE | WAREHOUSE ACCOUNT PORTLAND ME 04104 | Confirmation of Annual Rebate Agreement | Assume | $ 436.37 |
| Ultra LLC | ENAP | 555 HUDSON VALLEY AVE NEW WINDSOR NY 12553 | Confirmation of Annual Rebate Agreement | Assume | $ 410.12 |
| Ultra LLC | Everyday Warehousers | 642 B Ridgewood Road, Ridgeland MS | Confidential Information Agreement | Assume | $ - |
| Ultra LLC | Excel Sales | 30 State Place, Huntington NY 11743 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | EXPRESS LUMBER & PLUMBING | 1301 60TH ST BROOKLYN NY 11219 | Confirmation of Annual Rebate Agreement | Assume | $ 110.82 |
| Ultra LLC | Florida Hardware | 436 Cassat Ave; Jacksonville FL 32243 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Forever Green Holdings (Snapgate) | 117 Ft Lee Road; Unit A-11; Leonia, NJ 07605 | Distribution Agreement of Sellers Products for US Market | Assume | $ - |
| Ultra LLC | GDHWD & Eberle, Inc. | 111 Deerlake Road Ste 115, Deerfield IL 60015 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | GENERAL HARDWARE DIST | 2192 VIKING DRIVE ANCHORAGE AK 99501 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Genesis Sales Group | 19 Fox Road, Waltham MA 02451 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Grainger Global Sourcing | W.W. Grainger Inc; 100 Grainger Parkway; Lake Forest IL 6005 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | Grass Roots Sales | 7355 W Friendly Ave Ste D Greensboro NC 27410 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Grossmans | 90 Hawes Way Stoughton MA 02072 | Confirmation of Annual Rebate Agreement | Assume | $ 1,933.17 |
| Ultra LLC | Guardian | 979 Batesville Rd; Greer SC 29651 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Handy Hardware Wholesale Inc | 8300 Tewantin Drive, Houston TX 77061 | Customer's rules and terms for selling to customer | Assume | $ 12,595.08 |
| Ultra LLC | HARDWARE DISTRIBUTORS | 2580 Getty St; Muskegon MI 49444 | Confirmation of Annual Rebate Agreement | Assume | $ 295.35 |
| Ultra LLC | Hardware Sales Unlimited (formerly Sales Unlimited) | 15911 Township Glen Lane, Cypress TX 77433 | Independent Sales Representatives Agreement-not signed | Assume | $ - |
| Ultra LLC | HD Supply Inc | 10641 Scripts Summit Ct; San Diego CA 92131 | Customer's rules and terms for selling to customer | Assume | $ 53,912.69 |
| Ultra LLC | HDS REPAIR & REMODEL (formerly Contractors Whse) | FORMERLY CONTRACTORS WAREHOUSE NORTH HIGHLANDS CA 95660 | Confirmation of Annual Rebate Agreement | Assume | $ 1,939.82 |
| Ultra LLC | HOME DEPOT & YARDBIRDS | 1310 CLEGG ST PETALUMA CA 949541177 | Confirmation of Annual Rebate Agreement | Assume | $ 2,421.35 |
| Ultra LLC | House Hasson | 3125 Water Plant Rd; Knoxville TN 31914 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | IBS Software | 90 Blue Ravin Road, Folsom CA 95630 | Software Agreement | Assume | $ - |

**Schedule 8.1**
**Executory Contracts to be Assumed**
**Shapes / Arch Holdings, LLC.**
**Case No. 08-14631 (GMB)**

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Ultra LLC | IBS Software | 90 Blue Ravin Road, Folsom CA 95630 | Software Agreement | Assume | $ - |
| Ultra LLC | IBS Software | 90 Blue Ravin Road, Folsom CA 95630 | Software Agreement | Assume | $ - |
| Ultra LLC | Interline Brands | 200 E Park Drive; Mt Laurel NJ 08054 | Customer's rules and terms for selling to customer | Assume | $ 18,462.96 |
| Ultra LLC | J. Mitchell Marketing | 4295 Priceless View Dr, Gold Canyon AZ 85218 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | J.L. Smith & Associates | 3035 New Butler Road, New Castle PA 16107 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | JENSEN | E 131 Main Ave, Spokane WA 99202 | Confirmation of Annual Rebate Agreement | Assume | $ 673.16 |
| Ultra LLC | Jerry's | 2600 HWY 99 N EUGENE OR 97402 | Vendor Program Information Form | Assume | $ - |
| Ultra LLC | JERRY'S HOME IMPROVEMENT CTR | 2600 HWY 99 N EUGENE OR 97402 | Confirmation of Annual Rebate Agreement | Assume | $ 68.55 |
| Ultra LLC | Kenco | 6201 78TH AVE N STE D PINELLAS PARK FL 337812212 | Confirmation of Annual Rebate Agreement | Assume | $ 100.26 |
| Ultra LLC | Koval Williamson | 11208 47th Ave W, Mulilteo WA 98275 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | L J Cappa & Associates | 6015 NE 1st Ct, Renton WA 98059 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | LMC | 137 W WAYNE AVE WAYNE PA 190874095 | Confirmation of Annual Rebate Agreement | Assume | $ 2,643.79 |
| Ultra LLC | Maintenance Supply | 12315 PARC CREST DRIVE #100 STAFFORD TX 77477 | Confirmation of Annual Rebate Agreement | Assume | $ 338.67 |
| Ultra LLC | Menards Agreement | 4777 Menard Drive; Eau Claire WI 54701 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Menards Agreement | 4777 Menard Drive; Eau Claire WI 54701 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | METROPOLITAN LUMBER | 617 11TH AVE NEW YORK NY 10036 | Confirmation of Annual Rebate Agreement | Assume | $ 337.88 |
| Ultra LLC | MidStates | 548 S Snelling Ave; St Paul MN 55116 | Confirmation of Annual Rebate Agreement | Assume | $ 232.00 |
| Ultra LLC | MONROE HARDWARE | 101 N Sutherland Ave Monroe NC 28110 | Confirmation of Annual Rebate Agreement | Assume | $ 159.04 |
| Ultra LLC | Moore Handley | 3140 Pelham Parkway, Pelham AL 35124 | Incentive Partnership Agreement | Assume | $ - |
| Ultra LLC | MOORE-HANDLEY | 3140 Pelham Parkway, Pelham AL 35124 | Confirmation of Annual Rebate Agreement | Assume | $ 118.87 |
| Ultra LLC | Mountain Country Marketing | 890 Diana Hills Way Sandy UT 84094 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Mr. Key | 2194 NW 18TH AVE MIAMI FL 33142 | Confirmation of Annual Rebate Agreement | Assume | $ 404.44 |
| Ultra LLC | Nerio Rivera | 75 Pine Creek Estates, E. Stroudsburg PA 18301 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | NVR Building Products Co | 21 Byte Ct; Frederick MD 21702 | Pricing Contrct | Assume | $ 13,417.07 |
| Ultra LLC | Orchard Supply Hardware Agreement | 6450 Via Del Oro San Jose CA 95119 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | Orgill | 3742 Tyndale Drive Memphis TN 38125 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Pamida | 880 F Street Omaha NE 68127 | Partnership Development Agreement | Assume | $ - |
| Ultra LLC | PAMIDA INC. | 880 F Street Omaha NE 68127 | Confirmation of Annual Rebate Agreement | Assume | $ 31.09 |
| Ultra LLC | Pro Group | 6300 S Syracuse Way; Ste 500; Centennial CO 80111-6725 | Marketing Program Agreement | Assume | $ - |
| Ultra LLC | ProGroup 2008 Marketing Program | 6300 S Syracuse Way; Ste 500; Centennial CO 80111-6725 | Confirmation of Annual Rebate Agreement | Assume | $ 926.00 |
| Ultra LLC | R G Simmons Co. | 120 Broadway Ave S #100, Wayzata, MN 55391 | Independent Sales Representatives Agreement | Assume | $ 2,476.66 |
| Ultra LLC | Reliable 2008 Advertising/Marketing Program | 28100 N. Ashley Circle Suite 109 Libertyville IL , 60048 9479 | Confirmation of Annual Rebate Agreement | Assume | $ 331.24 |
| Ultra LLC | Reliable Dist. @6% | 28100 N. Ashley Circle Suite 109 Libertyville IL , 60048 9479 | Confirmation of Annual Rebate Agreement | Assume | $ 898.78 |
| Ultra LLC | Richmond Hardware | 899 WASHINGTON ST BRAINTREE MA 02184 | Confirmation of Annual Rebate Agreement | Assume | $ 67.43 |
| Ultra LLC | Rowley-Strober | 900 W. TRADE ST. CHARLOTTE NC 28202 | Confirmation of Annual Rebate Agreement | Assume | $ 1,101.56 |
| Ultra LLC | Standard Hardware | STAR DR MERRIMACK NH 03054 | Confirmation of Annual Rebate Agreement | Assume | $ 35.76 |
| Ultra LLC | Strategic Marketing Group | 3201 Sitio Montecillo, Carlsbad CA 92009 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Target.com | 33 S 6th St; Minneapolis MN 55402 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | Team Marketing | 2440 Planfield NE, Grand Rapids MI 49505 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | The Andersons Inc | 480 W Dussel Dr, Maumee OH 43537 | | Assume | $ - |
| Ultra LLC | The Douglas Group LLC Sutherlands - Cimarron | 4000 Main St Kansas City MO 64111 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | The GeMROI Company | 11901 Bowman Dr, Ste 101, Fredericksburg VA 22408 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Tibbets-Cox Lumber | 695 31 St S. St Petersburg FL 33712 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | TPR Resources | 3604 Greenwood Lane, St Charles IL 60175 | Independent Sales Representatives Agreement-not signed | Assume | $ - |
| Ultra LLC | TRU SERV | 8600 W. Bryn Mawr Ave., Chicago IL 60631-3505 | Confirmation of Annual Rebate Agreement | Assume | $ 537.73 |
| Ultra LLC | UNITED HARDWARE DIST | 5005 Nathan Lane North; Plymouth MN 55442 | Confirmation of Annual Rebate Agreement | Assume | $ 1,874.08 |
| Ultra LLC | Van Dykes | 39771 SD Hwy 34; Woonsocket SD 57385 | Vendor Agreement | Assume | $ - |
| Ultra LLC | Varsity Logistics Inc. | 91 Westborough Blvd; Suite 2000 South San Francisco, CA 94080 | Software Agreement | Assume | $ - |
| Ultra LLC | Wallace Hardware | 5050 Davey Crockett Parkway Morristown TN 37813 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | WATTERS & MARTIN | 3800 VILLAGE AVE NORFOLK VA 235025617 | Confirmation of Annual Rebate Agreement | Assume | $ 512.55 |
| Ultra LLC | WR Sales | 1475 Mt Holly Rd; Bldg O7, Edgewater Park NJ 08010 | Independent Sales Representatives Agreement | Assume | $ - |

$ 911,951.12