**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
|  | : |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : CHAPTER 11 |
|  |  |
| Debtors. | CASE NO. 08-14631 (GMB) |
|  | (Jointly Administered) |

**WITHDRAWAL OF DEBTORS' APPLICATION FOR (I) AUTHORITY TO SELL ALL OR SUBSTANTIALLY ALL OF THEIR ASSETS, (II) AUTHORITY TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) APPROVAL OF THE AUCTION PROCEDURES, BREAK-UP FEE AND EXPENSE REIMBURSEMENT RELATED THERETO [DOCKET NO. 380]**

PLEASE TAKE NOTICE that the Debtors hereby withdraw their Application for (I) Authority to Sell All or Substantially All of Their Assets, (II) Authority to Assume and Assign Executory Contracts and Unexpired Leases, and (III) Approval of the Auction Procedures, Break-Up Fee and Expense Reimbursement Related Thereto [Docket No. 380], filed on June 17, 2008, without prejudice.

Dated: June 24, 2008                COZEN O'CONNOR

                                    By:   */s/ Jerrold N. Poslusny, Jr.*
                                       Mark E. Felger
                                       Jerrold N. Poslusny, Jr.

                                    Attorneys for the Debtors

CHERRY_HILL\448495\1  220718.000