UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CASE NO. 08-14631 |
| Debtors. | : | (Jointly Administered) |
| | : | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

REGINA AMPORFRO, being duly sworn, deposes and says:

1.     I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.     On June 12, 2008, I caused to be served the following:

a)     "Joint Disclosure Statement for the Debtors' Third Amended Joint Plan of Reorganization," dated May 23, 2008, (the "Disclosure Statement"),

b)     "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization," dated May 23, 2008, (the "Plan"),

c)     "Notice of Hearing to Consider Confirmation of Debtors' Chapter 11 Plan of Reorganization," dated May 27, 2008, (the "Confirmation Hearing Notice"),

d)     Solicitation Materials Cover Letter from Shapes/Arch Holdings L.L.C., dated May 29, 2008, (the "Solicitation Letter"),

e)     "Ballot for Accepting or Rejecting the Plan of Reorganization for the Debtors" for Holders of Class 10 General Unsecured Claims, (the "Class 10 Ballot") ,

f)     "Notice of Deadline to File Requests for Allowance of Administrative Expense Claims Incurred Between March 16, 2008 Through and Including June 15, 2008," dated May 23, 2008, (the "Administrative Claim Notice"),

g)     A blank "Request for Payment of Administrative Expense," form, a sample of which is attached hereto as Exhibit J, (the "Blank Expense Claim Form"),

h) W-9 Request for Taxpayer Identification Number and Certification Form, (the "W-9 Form"),

i) Ballot Return Envelope, (the "Return Envelope"),

j) Schedule Amendment Cover Letter from Shapes/Arch Holdings L.L.C., dated June 11, 2008, a sample of which is attached hereto as <u>Exhibit K</u>, (the "Schedule Amendment Letter"),

k) "Order Respecting Amendment to Schedule D, E or F or to List of Creditors" relating to the Shapes L.L.C. schedule amendment, dated June 10, 2008, (the "Shapes Order"),

l) "Order Respecting Amendment to Schedule D, E or F or to List of Creditors" relating to the Delair L.L.C. schedule amendment, dated June 10, 2008, (the "Delair Order")

m) "Order Respecting Amendment to Schedule D, E or F or to List of Creditors" relating to the Accu-Weld L.L.C. schedule amendment, dated June 10, 2008, (the "Accu-Weld Order")

n) Shapes L.L.C. "Amendment to Schedule D, E, or F or List of Creditors", (the "Shapes Schedule Amendment")

o) Delair L.L.C. "Amendment to Schedule D, E, or F or List of Creditors", (the "Delair Schedule Amendment")

p) Accu-Weld L.L.C. "Amendment to Schedule D, E, or F or List of Creditors", (the "Accu-Weld Schedule Amendment")

by causing true and correct copies, to be delivered as follows:

      i) Class 10 Ballot, Return Envelope, Disclosure Statement, Plan, Confirmation Hearing Notice, Solicitation Letter, Administrative Claim Notice, Blank Expense Claim Form, W-9 Form, Schedule Amendment Letter, Shapes Order, Shapes Schedule Amendment enclosed securely in separate postage prepaid envelopes, to be delivered by first class mail those parties listed on annexed <u>Exhibit A,</u>

      ii) Class 10 Ballot, Return Envelope, Disclosure Statement, Plan, Confirmation Hearing Notice, Solicitation Letter, Administrative Claim Notice, Blank Expense Claim Form, W-9 Form, Schedule Amendment Letter, Delair Order, Delair Schedule Amendment enclosed securely in separate postage prepaid envelopes, to be delivered by first class mail those parties listed on annexed <u>Exhibit B,</u>

      iii) Class 10 Ballot, Return Envelope, Disclosure Statement, Plan, Confirmation Hearing Notice, Solicitation Letter, Administrative Claim Notice, Blank Expense Claim Form, W-9 Form, Schedule Amendment Letter, Accu-Weld Order, Accu-Weld Schedule Amendment enclosed securely in separate postage prepaid envelopes, to be delivered by first class mail those parties listed on annexed <u>Exhibit C,</u>

iv)    Class 10 Ballot, Return Envelope, Schedule Amendment Letter, Shapes Order, Shapes Schedule Amendment enclosed securely in separate postage prepaid envelopes, to be delivered by first class mail those parties listed on annexed Exhibit D,

v)    Class 10 Ballot, Return Envelope, Schedule Amendment Letter, Delair Order, Delair Schedule Amendment enclosed securely in separate postage prepaid envelopes, to be delivered by first class mail those parties listed on annexed Exhibit E,

vi)    Class 10 Ballot, Return Envelope, Schedule Amendment Letter, Accu-Weld Order, Accu-Weld Schedule Amendment enclosed securely in separate postage prepaid envelopes, to be delivered by first class mail those parties listed on annexed Exhibit F,

3.    On June 13, 2008, I caused to be served the following:

i)    Schedule Amendment Letter, Shapes Order, Shapes Schedule Amendment by causing true and correct copies, enclosed securely in separate postage prepaid envelopes, to be delivered by first class mail those parties listed on annexed Exhibit G,

ii)    Schedule Amendment Letter, Delair Order, Delair Schedule Amendment by causing true and correct copies, enclosed securely in separate postage prepaid envelopes, to be delivered by first class mail those parties listed on annexed Exhibit H,

iii)    Schedule Amendment Letter, Accu-Weld Order, Accu-Weld Schedule Amendment by causing true and correct copies, enclosed securely in separate postage prepaid envelopes, to be delivered by first class mail those parties listed on annexed Exhibit I,

4.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Regina Amporfro

Sworn to before me this
17th day of June, 2008

Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

**EXHIBIT A**

Shapes, LLC
Case No. 08-14632
Service List

| Name | Street1 | Street2 | City | State | Zipcode |
|------|---------|---------|------|-------|---------|
| AA ELECTRIC | 1 MADISON STREET | | EAST RUTHERFORD | NJ | 07073 |
| ANTHONY BRADLEY | GENERAL CONTRACTORS | 204 HILLTOP DRIVE | CHURCHVILLE | PA | 18966 |
| AT&T MOBILITY | 606 WM. LEIGH DRIVE | | TULLYTOWN | PA | 19007 |
| BEILER HYDRAULICS, INC. | 322 EAST MAIN STREET | | LEOLA | PA | 17540 |
| CAMDEN COUNTY MUNICIPAL | UTILITIES AUTHORITY | 1645 FERRY AVE. | CAMDEN | NJ | 08104 |
| CONTICHIM NORTH AMERICA INC. | 3511 SILVERSIDE ROAD | WILSON BLDG. SUITE 203 | WILMINGTON | DE | 19810 |
| DIE SETS INC. | 221 NIBERT ROAD | | INDIANA | PA | 15701 |
| FILTER EQUIPMENT CO., INC. | 1440 HWY 34 | | WALL TOWNSHIP | NJ | 07753 |
| FORD MOTOR CREDIT COMPANY | BOX 220564 | | PITTSBURGH | PA | 15257-2564 |
| ICHIKAWA NORTH AMERICA CORP. | 11097 HOUZE ROAD | SUITE 200 | ROSWELL | GA | 30076 |
| KPMG LLP | LOCKBOX # 890566 | DEPT. 0566 | DALLAS | TX | 75312-0566 |
| LEN DOR SPECIALTIES, INC. | 1298 S. 28TH STREET | | HARRISBURG | PA | 17111 |
| LAWNMOWERS UNLIMITED INC. | 491 ROUTE 38 WEST | | MAPLE SHADE | NJ | 08052 |
| J.J. MALONEY CO. | 7235 BOULEVARD AVENUE | | PENNSAUKEN | NJ | 08110 |
| METALLURGICAL CONSULTING | 2521 CHERRY VALLEY TURNPIKE | | MARCELLUS | NY | 13108 |
| MICRONICS INC. | 200 WEST ROAD | | PORTSMOUTH | NH | 03801 |
| MID-ATLANTIC QUICK-FIT | P.O. BOX 1008 | | BUCKINGHAM | PA | 18912 |
| OEM CONTROLS INC. | 12 CONTROLS DRIVE | | SHELTON | CT | 06484 |
| LARSON ALLEN | 18 SENTRY PARK W. STE 300 | | BLUE BELL | PA | 19422 |
| PC MALL | 2555 WEST 19TH STREET | | TORRANCE | CA | 90504 |
| PANITCH SCHWARZE JACOBS | & NADEL, P.C. | ONE COMMERCE SQUARE | PHILADELPHIA | PA | 19103 |
| QUALITY TRANSMISSON COMPONENTS | 125 RAILROAD AVENUE | | GARDEN CITY PARK | NY | 11040-5016 |
| RED WING SHOE STORE | 2000 ROUTE 70 EAST | SUITE B | CHERRY HILL | NJ | 08002 |
| JOHN M. ROWE INC. | ROUTE 419 SOUTH | P.O. BOX 362 | SCHAEFFERSTOWN | PA | 17088 |
| ROUX ASSOCIATES INC. | 209 SHAFTER STREET | | ISLANDIA | NY | 11749-5074 |
| CLEAN EARTH OF NORTH JERSEY | 115 JACOBUS AVENUE | | SOUTH KEARNY | NJ | 07032 |
| PATRICK J.KELLY DRUMS INC. | 2109 HOWELL STREET | | CAMDEN | NJ | 08105 |
| VERIZON | P.O. BOX 660748 | | DALLAS | TX | 75266-0748 |
| WARD TRUCKING | P.O. BOX 1553 | | ALTOONA | PA | 16603 |
| WINGSPAN COMMUNICATIONS | ONE BARNES PARK SOUTH | | WILLINGSFORD | CT | 06492 |
| STAPLES | ROUTE 38 | BRADLEES SHOPPING CENTER | CHERRY HILL | NJ | 08002 |
| NOBLE AMERICAS CORP. | STAMFORD HARBOR PARK | 333 LUDLOW STREET | STAMFORD | CT | 06902 |
| SERVICE ALUMINUM CORPORATION | 3300 NORTH RIDGE ROAD | SUITE 290 | ELLICOTT CITY | MD | 21043 |
| PHILADELPHIA CHAPTER M.S.C.I. | | | | | |

**EXHIBIT B**

**Delair, LLC**
**Case No.  08-14634**

| Supplier | Street1 | Street2 | Street3 | City | State | Zipcode | Contact |
|---|---|---|---|---|---|---|---|
| FRED'S TRAILER REPAIR INC | CREEK RD | PO BOX 5002 | | DELANCO | NJ | 08075 | |
| LOCAL 837 HEALTH AND WELFARE | | | | ,, | | | John Dolzak |
| SWIMLINE CORPORATION | 191 RODEO DRIVE | | | EDGEWOOD | NY | 11717 | |
| FEDERAL EXPRESS CORP | P.O. BOX 371461 | | | PITTSBURG | PA | 15250-7461 | |
| INGERSOLL-RAND AIR CENTER | 30 MCDONALD BLVD | | | ASTON | PA | 19014-3203 | |
| ATS, INC. | 203 COOPER AVE. N. | BOX 1377 | | ST. CLOUD | MN | 56302 | |
| YELLOW TRANSPORTATION, INC. | P.O. 13850 | | | NEWARK | NJ | 07188-0850 | |
| VERIZON WIRELESS-PA | P.O. BOX 25505 | | | LEHIGH VLY | PA | 18002-5505 | |
| Colorworks | 480 County Line Road | P.O. BOX 80 | | Boyertown | PA | 19512 | |
| MINOLTA FINANCIAL SVCS. | REF NO. 24431662 | P.O. BOX 41601 | | PHILADELPHIA | PA | 19101-1601 | |
| HAMILTON & CASTOR | 1615 DIXIE HWY | | | HAMILTON | OH | 45011-4087 | |
| HUN MACHINE WORKS, INC | 901 BRIDGEBORO RD. | | | RIVERSIDE | NJ | 08075 | |
| AICCO, INC | BOX 9045 | | | NEW YORK | NY | 10087-9045 | |
| LOCAL 837 Pension | | | | | | | |
| KRG LOGISTICS INC | 170 TRADERS BLVD. EAST | | | MISSISSAUGA, ONT | CN | L4Z 1W7 | |
| AT & T MOBILITY | P.O. Box 537113 | | | Atlanta | Ga | 30353-7113 | |
| BKG COMPANY INC | MECHANICAL CONTRACTORS | 2990 CLYMER AVE. | | TELFORD | PA | 18969 | |
| GRAYS TRUCKING | 735 BROAD STREET | | | BEVERLY | NJ | 08010 | |

**EXHIBIT C**

**Accu-WeldShapes, LLC**
**Case No. 08-14635**
**Service List**

| *Supplier* | *STREET1* | *STREET2* | *CITY* | *STATE* | *ZIP* |
|---|---|---|---|---|---|
| CART-ALL EXPRESS | 43 PERDUE COURT | | CALEDON, ONT. | CA | L7C0G6 |
| MARK A. DANO | 909 ARBOR FOREST LANDING | | MARIETTA | GA | 30064 |
| INTERNATIONAL PLASTIC | COMPONENTS INC | PO BOX 603 | CAMPBELL | OH | 44405 |
| JDM INFRASTRUCTURE, LLC | DEPT#4240 | P.O. BOX 87618 | CHICAGO | IL | 60680-061 |
| LIBERTY SYSTEMS, INC. | 3080 CENTERVILLE RD | | ST PAUL | MN | 55117 |
| LINE SYSTEMS, INC. | P.O. BOX 7215 | ACCOUNT #19109 | PHILA. | PA | 19175-7215 |
| ROADWAY EXPRESS, INC. | PO BOX 905587 | | CHARLOTTE | NC | 28290 |
| XO COMMUNICATIONS | 14239 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 |
| DANIEL SUCHODOLSKI, LLC | 114 LAWNTON ROAD | | WILLOW GROVE | PA | 19090 |
| MANNKRAFT CORRUGATED PACKAGING | 100 MAIN STREET | | TULLYTOWN | PA | 19007 |
| J & B EASTERN | 1613 MCKEAN STREET | | PHILADELPHIA | PA | 19145 |
| WESTERN REFLECTIONS, LLC | P.O. BOX 415000 | | NASHVILLE | TN | 37241-5000 |
| PROTOCALL | | | | | |

**EXHIBIT D**

Shapes, LLC
Case No. 08-14632
Service List

| Name | Street1 | Street2 | City | State | Zipcode |
|---|---|---|---|---|---|
| ADP, INC. | P.O. BOX 9001006 | | LOUISVILLE | KY | 40290-1006 |
| ACTION FUSE | 408 BLOOMFIELD AVE | | MONTCLAIR | NJ | 07042 |
| ABF FREIGHT SYSTEM, INC. | P.O. BOX 10048 | | FORT SMITH | AR | 72917-0048 |
| ABS INDUSTRIES, INC. | P.O. BOX 3766 | | CHERRY HILL | NJ | 08034-0581 |
| ADVANCE SCALE CO., INC. | P.O. BOX 129 | | CLEMENTON | NJ | 08021 |
| ADVANCED FLUID SYSTEMS, INC. | P.O. BOX 360 | 3RD & GREEN STREET | ROYERSFORD | PA | 19468-0360 |
| ADVANCE MANAGEMENT CORPORATION | 1530 GLEN AVE. | UNIT ONE | MOORESTOWN | NJ | 08057 |
| AIR-OIL SYSTEMS, INC. | P.O. BOX 195 | 753 WAMBOLD RD. | MAINLAND | PA | 19451-0195 |
| ACCENT CONTROL SYSTEMS | P.O. BOX 12943 | | PHILADLPHIA | PA | 19101-0943 |
| AMCOL CORPORATION | 21435 DEQUINDRE | | HAZEL PARK | MI | 48030 |
| AMCOR | 835 WEST SMITH ROAD | | MEDINA | OH | 44256 |
| AMERICAN AIR FILTER | P.O. BOX 35690 | | LOUISVILLE | KY | 40232 |
| AMERICAN EXPRESS | P.O. BOX 1270 | | NEWARK | NJ | 07101-1270 |
| ANCHOR SALES ASSOC. | 9 HUMPHREYS DRIVE | | WARMINSTER | PA | 18974 |
| ANNETT HOLDINGS | 4335 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 |
| APM A BEST | 2902 HADDONFIELD ROAD | | PENNSAUKEN | NJ | 08110 |
| AQUA DYNAMIC SYSTEMS INC. | P.O. BOX 2290 | | WILKES BARRE | PA | 18703-3514 |
| ARGONAUT INSURANCE COMPANY | P.O. BOX 974941 | | DALLAS | TX | 75397-4941 |
| ASSOCIATED INDUSTRIAL TIRE INC | 606 WM. LEIGH DRIVE | | TULLYTOWN | PA | 19007 |
| AGIS LLC | 16 POPLAR STREET | | AMBLER | PA | 19002 |
| BKS INDUSTRIES LLC | 6417-19 HEGERMAN STREET | | PHILADELPHIA | PA | 19135 |
| MARX GMBH & CO. KG | 58638 ISERLOHN | | LILIENTHALSTR 6-13 | | |
| BARTON SUPPLY INC. | 1260 MARLKRESS ROAD | P.O. BOX 2240 | CHERRY HILL | NJ | 08034 |
| BASIC CHEMICAL SOLUTIONS | 5 STEEL ROAD EAST | | MORRISVILLE | PA | 19067 |
| MOTION INDUSTRIES INC. | 28 INDUSTRIAL DR.   UNIT B | | TRENTON | NJ | 08619 |
| BILLOWS ELECTRIC SUPPLY CO. | 9100 STATE ROAD | | PHILA | PA | 19136-1694 |
| BOGGS TOOL COMPANY | 14100 ORANGE AVENUE | | PARAMOUNT | CA | 90723 |
| BOYD BROS. TRANSPORTATION INC. | 2554 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 |
| BOYLE BROS., INC. | 130 SHARP ROAD | | MARLTON | NJ | 08053 |
| JOHN BRIDGE SONS, INC. | P.O. BOX 819 | 1201 W. 9TH STREET | CHESTER | PA | 19016 |
| BULK PAK USA CORP. | 55 HAUL RD. | | WAYNE | NJ | 07470 |
| BURLINGHAM INTERNATIONAL | 1041 WEST 18TH STREET | UNIT A-109 | COSTA MESA | CA | 92627-4553 |
| TRI-STATE IND. DIST. OF N.J. | 6200 WESTFIELD AVE. | | PENNSAUKEN | NJ | 08110 |
| CDW | 200 N. MILWAUKEE AVENUE | | VERNON HILLS | IL | 60061 |
| LOUIS P. CANUSO, INC. | P.O. BOX 501 | 101 CROWN POINT RD. | THOROFARE | NJ | 08086-0501 |
| CAPP INC | 201 MARPLE AVE | P.O. BOX 127 | CLIFTON HEIGHTS | PA | 19018-0127 |
| CASTOOL TOOLING SYSTEMS | 2 PARRATT ROAD | UXBRIDGE | ONTARIO,CANADA L9P 1R1 | | |
| CLENDENIN BROS. INC. | 4309 ERDMAN AVE. | | BALTMORE | MD | 21213-2695 |
| RALPH H. COFLESH, JR., ESQ. | UNIT F-101 | 150 WEST EVERGREEN AVE. | PHILADELPHIA | PA | 19118 |
| COMMERCIAL-WAGNER INC. | 4101 ASHLAND AVE. | | BALTIMORE | MD | 21205 |
| CONSOLIDATED CERAMIC PRODUCTS | 838 CHERRY STREET | | BLANCHESTER | OH | 45107 |
| COONEY BROTHERS, INC. | 1850 N. GRAVERS RD. | | PLYMOUTH MEETING | PA | 19462 |
| NELSON WIRE ROPE CORP. | 3051 PENN AVENUE | | HATFIELD | PA | 19440 |
| CROWN GRAPHICS | 5113 CENTRAL HIGHWAY | | PENNSAUKEN | NJ | 08109 |
| CROWNFLEX ABRASIVES INC. | P.O. BOX 123 | | RIVERSIDE | NJ | 08075 |
| J.A. CUNNINGHAM EQUIPMENT INC. | 2025 TRENTON AVENUE | | PHILADELPHIA | PA | 19125 |
| SOUTHEASTERN EXTRUSION TOOL | P.O. BOX 2218 | | FLORENCE | AL | 35630 |
| CUSTOM MANUFACTURING CORP. | 2542 STATE ROAD | | BENSALEM | PA | 19020 |
| CUT-MARK | 801 SOUTH CHURCH STREET | | MT. LAUREL | NJ | 08054-2572 |
| DANLY IEM | 255 INDUSTRIAL PARKWAY | | ITHACA | MI | 48847 |
| DEL VEL CHEM COMPANY | 250 OLD MARLTON PIKE | P.O. BOX 67 | MEDFORD | NJ | 08055 |
| DELAGE LANDEN FINANCIAL | SERVICES INC. | 1111 OLD EAGLE SCHOOL ROAD | WAYNE | PA | 19087 |
| DUBELL LUMBER CO. | P.O. BOX 1449 | | MEDFORD | NJ | 08055 |
| E.W. WYLIE CORPORATION | P.O. BOX 1188 | 222-40TH STREET S.W. | FARGO | ND | 58107 |

Shapes, LLC
Case No. 08-14632
Service List

| Name | Street1 | Street2 | City | State | Zipcode |
|------|---------|---------|------|-------|---------|
| E & R INDUSTRIAL SALES | 23 CREEK CIRCLE | | BOOTHWYN | PA | 19061 |
| E.T. SABA ASSOCIATES, INC. | 916 S. OTT STREET | | ALLENTOWN | PA | 18103 |
| EKL MACHINE CO. | 500 MILL ROAD | | ANDALUSIA | PA | 19020 |
| ENVIRONMENTAL WASTE | MINIMIZATION INC. | 14 BRICK KILN COURT | NORTHAMPTON | PA | 18067 |
| EXCO USA | 56617 NORTH BAY DRIVE | | CHESTERFIELD | MI | 48051 |
| FASTENAL INDUSTRIAL SUPPLIES | 8021 ROUTE 130 UNIT 8 | | PENNSAUKEN | NJ | 08110 |
| FASTCOM SUPPLY CORP. | 795 SUSQUEHANNA AVE | | FRANKLIN LAKES | NJ | 07417 |
| FEDEX | P.O. BOX 371461 | | PITTSBURGH | PA | 15250-7461 |
| HESS CORPORATION | P.O. BOX 905243 | | CHARLOTTE | NC | 28290-5243 |
| THERMO ELECTRON NORTH AMERICA | 5225 VERONA ROAD | | MADISON | WI | 53711 |
| FOAMPAK INC. | 427 HIGH HILL ROAD | | WOOLWICH TWP | NJ | 08085 |
| FROMM ELECTRIC SUPPLY | 2020 SPRINGDALE ROAD | SUITE 200 | CHERRY HILL | NJ | 08034 |
| GLEASON REEL CORP | P.O. BOX 26 | 600 SOUTH CLARK STREET | MAYVILLE | WI | 53050 |
| GRAINGER | DEPT. 808060032 | | PALATINE | IL | 60038-0001 |
| GRANCO-CLARK, INC. | 7298 NORTH STOREY ROAD | | BELDING | MI | 48809 |
| GRAYSON MITCHELL INC. | P.O. BOX 128 | | EMPORIA | VA | 23847 |
| GUIDON CORPORATION | P.O. BOX 1351 | | MT. LAUREL | NJ | 08054 |
| GUYSON CORPORATION OF USA | W.J. GRANDE INDUSTRIAL PARK | 13 GRANDE BLVD. | SARATOGA SPRINGS | NY | 12866-9090 |
| WELLS FARGO INSURANCE | SERVICES OF PENNSYLVANIA | 701 LEE ROAD , STE 205 | CHESTERBROOK | PA | 19087 |
| HYDRAULIC SOLUTIONS | DIVISION OF EASTERN LIFT TRUCK | 549 E. LINWOOD AVENUE | MAPLE SHADE | NJ | 08052 |
| IGUS | 50 N. BROADWAY | | EAST PROVIDENCE | RI | 02916 |
| EASYLINK SERVICES | INTERNATIONAL CORPORATION | BOX 510473 | PHILADELPHIA | PA | 19175-0473 |
| IES ENGINEERS | 1720 WALTON ROAD | | BLUE BELL | PA | 19422 |
| IFM EFECTOR, INC. | 805 SPRINGDALE DRIVE | | EXTON | PA | 19341 |
| HONEYWELL INDUSTRIES SOLUTIONS | P.O. BOX 848324 | | DALLAS | TX | 75284-8324 |
| INDUSTRIAL CONTROLS | GOVERNOR PRINTZ BLVD. | | LESTER | PA | 19029 |
| ITL | 558-2 PLATE DRIVE | | EAST DUNDEE | IL | 60118 |
| AIRGAS SAFETY | 128 WHARTON ROAD | | BRISTOL | PA | 19007 |
| METALS USA | 50 CABOT BOULEVARD | | LANGHORNE | PA | 19047 |
| INTERSOURCE USA INC. | 17 EDGEBORO ROAD | SUITE D | EAST BRUNSWICK | NJ | 08816 |
| INTERNATIONAL CHEMICAL CO. | 2628-48 N. MASCHER STREET | | PHILADELPHIA | PA | 19133 |
| JOE TEX XPRESS, INC. | P.O. BOX 1638 | | MT. VERNON | TX | 75457 |
| JOE TEX, INC. | P.O. BOX 1287 | | MOUNT VERNON | TX | 75457 |
| ACE PALLET CORP. | P.O. BOX 228 | | PAULSBORO | NJ | 08066 |
| AMS MECHANICAL LLC | P.O. BOX 2252 | 1703 TAYLORS LANE | CINNAMINSON | NJ | 08077 |
| PPL ENERGYPLUS LLC | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 |
| K & M TRANSPORT LLC | 526 RAILROAD BLVD. | | BUENA | NJ | 08310 |
| KEYSTONE FIRE PROTECTION CO. | 108 PARK DRIVE | SUITE 3 | MONTGOMERYVILLE | PA | 18936 |
| LIFTING SERVICES, INC. | P.O. BOX 153 | | EAGLEVILLE | PA | 19408 |
| LUMBERMEN ASSOCIATES, INC. | 2101 HUNTER ROAD | | BRISTOL | PA | 19007-0720 |
| M-LINE | 300 OLD READING PIKE | BLDG. 8A | STOWE | PA | 19464 |
| AIR LIQUIDE IND. US LP | 180W. GERMANTOWN PIKE | SUITE B-1 | EAST NORRITON | PA | 19401 |
| MANCINE OPTICAL | 2910 ROUTE 130 NORTH | | DELRAN | NJ | 08075 |
| MANKO, GOLD & KATCHER, LLP | 401 CITY AVENUE | SUITE 500 | BALA CYNWYD | PA | 19004 |
| MATI SALES | P.O. BOX 816 | | GLENSIDE | PA | 19038-0816 |
| MCMASTER CARR SUPPLY COMPANY | P.O. BOX 7690 | | CHICAGO | IL | 60680-7690 |
| MELTON TRUCK LINES, INC. | DEPARTMENT 1974 | | TULSA | OK | 74182 |
| MATERIAL HANDLING SUPPLY INC. | CREEK AND OLD SALEM ROADS | | BROOKLAWN | NJ | 08030 |
| METROPOLITAN SOFTWARE, INC. | 11 PRINCE STREET | SUITE 1B | NEW YORK | NY | 10012 |
| MODERN HANDLING EQUIPMENT CO. | 2501 DURHAM ROAD | | BRISTOL | PA | 19007 |
| MOLTEN METAL EQUIPMENT INC. | 16286 NAUVOO ROAD | | MIDDLEFIELD | OH | 44062 |
| NMHG FINANCIAL SERVICES | P.O. BOX 643749 | | PITTSBURGH | PA | 15264-3749 |
| STONKLEEN | SERVICES INC. | ONE PARK AVE. | MAPLE SHADE | NJ | 08052 |
| NATIONAL AMMONIA | P.O. BOX 7777-W2170 | | PHILA | PA | 19175 |

Shapes, LLC
Case No.  08-14632
Service List

| Name | Street1 | Street2 | City | State | Zipcode |
|------|---------|---------|------|-------|---------|
| NATIONAL FIRE PROTECTION ASSOC | P.O. BOX 9689 | | MANCHESTER | NH | 03108-9806 |
| NAP TOOLS LLC | NORTH AMERICAN PRODUCTS | 120 SOUTH 16TH STREET | LEBANON | PA | 17042 |
| NOVATOOL, INC. | 6100 BALTIMORE NATIONAL PIKE | | BALTIMORE | MD | 21228 |
| NALCO  COMPANY | 1222 FOREST PARKWAY | SUITE 100 | PAULSBORO | NJ | 08066 |
| OILGEAR CO. MILWAUKEE REPAIR | 2300 S 51 STREET | | MILWAUKEE | WI | 53219 |
| PAGE TRANSPORTATION, INC. | P.O. BOX 920 | | WEEDSPORT | NY | 13166 |
| PALL TRINCOR | 770 PENNSYLVANIA DR. | | EXTON | PA | 19431 |
| P.S.E.& G. | P.O. BOX 14106 | | NEW BRUNSWICK | NJ | 08906-4106 |
| P.S.E. & G. | P.O. BOX 14101 | | NEW BRUNSWICK | NJ | 08906-4101 |
| PSK STEEL CORP. | 2960 GALE AVE. | PO BOX 308 | HUBBARD | OH | 44425 |
| PENNSYLVANIA STEEL COMPANY INC | P.O. BOX 40 | 1717 WOODHAVEN DRIVE | BENSALEM | PA | 19020 |
| PENSKE TRUCK LEASING CO. L.P. | P.O. BOX 827380 | | PHILADELPHIA | PA | 19182-7380 |
| PERMA INDUSTRIES, INC. | 2129 CENTER PARK DRIVE | | CHARLOTTE | NC | 28217 |
| PERMATECH INC. | 911 EAST ELM ST. | | GRAHAM | NC | 27253-1907 |
| MORRIS MATERIAL HANDLING | 1801 GALLAGHER ROAD | | PLYMOUTH MEETING | PA | 19462 |
| ALPHASOURCE INC. | 4837-49 N. | STENTON AVENUE | PHILADELPHIA | PA | 119144-3024 |
| PITNEY BOWES INC | P.O. BOX 856390 | | LOUISVILLE | KY | 40285-6390 |
| PPG INDUSTRIES, INC. | P.O. BOX 360175 | | PGH | PA | 15251-6175 |
| PYROTEK INCORPORATED | 100 CLEARBROOK ROAD | SUITE 325 | ELMSFORD | NY | 10523-1116 |
| QC INC. | 1205 INDUSTRIAL BLVD. | P.O.BOX 514 | SOUTHAMPTON | PA | 18966-0514 |
| QUALITY CONCEPTS, INC. | 730 MARNE HIGHWAY | | MOORESTOWN | NJ | 08057 |
| QUINT COMPANY | 3725 CASTOR AVENUE | | PHILADELPHIA | PA | 19124 |
| RMT INC. | 527 PLYMOUTH ROAD | SUITE 406 | PLYMOUTH MEETING | PA | 19462-1641 |
| RALPH MACCLEMMY LLC | DBA R-MAC TRANSPORT | 7339 ZIMMERMAN AVENUE | DELAIR | NJ | 08110 |
| REIT LUBRICANTS | 899 MEARNS ROAD | | WARMINSTER | PA | 18974 |
| RED WING MOBILE UNIT | 7B JULES LANE | | NEW BRUNSWICK | NJ | 08901 |
| ROOT 24 HR'S | 130 FERRY AVENUE | SUITE B | CAMDEN | NJ | 08104 |
| ARROWPOINT CAPITAL CORP. | 3600 ARCO CORPORATE DRIVE | | CHARLOTTE | NC | 28273 |
| ROYAL ELECTRIC SUPPLY COMPANY | P.O. BOX 12618 | 3233 HUNTING PARK AVENUE | PHILA | PA | 19129 |
| RUMSEY ELECTRIC COMPANY | P.O. BOX 7777- W510064 | | PHILADELPHIA | PA | 19175-0064 |
| S & S INDUSTRIES INC. | 298 MAIN STREET | SUITE 2 A | WOODBRIDGE | NJ | 07095 |
| SENTRY INSURANCE | ATTN: WHA-H3/62 | 1800 NORTH POINT DRIVE | STEVENS POINT | WI | 54481-8019 |
| SHINGLE AND GIBB | 845 LANCER DRIVE | | MOORESTOWN | NJ | 08057 |
| SICK/STEGMANN | 7496 WEBSTER ST. | | DAYTON | OH | 45414 |
| SIGBET MFG. | 3994 CHESTNUT RIDGE ROAD | | BLAIRSVILLE | PA | 15717 |
| SIPERSTEINS/ MAPLE SHADE | 2819 ROUTE 73 SOUTH | | MAPLE SHADE | NJ | 08052 |
| RADWELL INERNATIONAL | 111 MOUNT HOLLY BYPASS | | LUMBERTON | NJ | 08048 |
| SPRINGER PUMPS LLC | 861 TECH DRIVE | | TELFORD | PA | 18969 |
| SPRINT | P.O. BOX 1769 | | NEWARK | NJ | 07101-1769 |
| SPRINT | P.O. BOX 4181 | | CAROL STREAM | IL | 60197-4181 |
| STAUFFER MANUFACTURING CO. | P.O. BOX 45 | | RED HILL | PA | 18076-0045 |
| HENRY STEWART COMPANY | P.O. BOX 280 | | VILLANOVA | PA | 19085 |
| SAMUEL STRAPPING SYSTEMS | 1401 DAVEY ROAD | SUITE 300 | WOODBRIDGE | IL | 60517 |
| SUNBELT RENTALS | 3090 ROUTE 73 NORTH | | MAPLE SHADE | NJ | 08052 |
| SUPERIOR WELDING SUPPLY | 6834 CAMDEN AVE | | PENNSAUKEN | NJ | 08110-1690 |
| SYSTEM TRANSPORT, INC. | P.O. BOX 150805 | | OGDEN | UT | 84415-0805 |
| TTI ENVIRONMENTAL INC. | 1253 NORTH CHURCH ROAD | | MORRESTOWN | NJ | 08057 |
| TIP TEMPERATURE PRODUCTS | 415 KEIM BOULEVARD | SUITE # 2 | BURLINGTON | NJ | 08016 |
| TEMPLE-INLAND | 1240 CONKLIN ROAD | | CONKLIN | NY | 13748 |
| TENSILKUT ENGINEERING | CLYDESDALE STREET | BLOUNT IND. PARK | MARYVILLE | TN | 37801 |
| BRENNTAG NORTHEAST INC. | P.O. BOX13788 | POTTSVILLE PIKE,HULLER LANE | READING | PA | 19605 |
| TRAVERS TOOL CO., INC. | P.O. BOX 541550 | | FLUSHING | NY | 11354-0108 |
| TREASURER - STATE OF N. J. | | | | | |
| US REGIONAL II OF NJ | DBA. WORKNET,OBOM | P.O. BOX 827929 | PHILADELPHIA | PA | 19182-7929 |

Shapes, LLC
Case No.  08-14632
Service List

| Name | Street1 | Street2 | City | State | Zipcode |
|------|---------|---------|------|-------|---------|
| UNIVERSAL ELECTRIC | 168 GEORGETOWN ROAD | | CANONSBURG | PA | 15317 |
| USA BLUEBOOK | P.O. BOX 1186 | 3995 COMMERCIAL AVENUE | NORTHBROOK | IL | 60062 |
| UNIFIRST | 940 RIVER ROAD | | CROYDON | PA | 19021 |
| UNITED ELECTRIC SUPPLY | 1150 W. GARDEN ROAD | | VINELAND | NJ | 08360 |
| UNITED PACKAGING SUPPLY CO. | 727 WICKER AVENUE | | BENSALEM | PA | 19020 |
| VAN - AIR & HYDRAULICS INC. | 525 E. WOODLAWN AVENUE | P.O. BOX 38 | MAPLE SHADE | NJ | 08052-0038 |
| VERIZON | P.O. BOX 4833 | | TRENTON | NJ | 08650-4833 |
| VISUMATIC INDUSTRIAL PRODUCTS | 856 PORTER PLACE | | LEXINGTON | KY | 40508 |
| WAGSTAFF | 3910 NORTH FLORA ROAD | | SPOKANE | WA | 99216 |
| WM OF CAMDEN INC. | 1001 FAIRVIEW ST. | | CAMDEN | NJ | 08104 |
| WHARTON HARDWARE & SUPPLY CORP | 7724 CRESCENT BLVD. | | PENNSAUKEN | NJ | 08110 |
| WILLIER ELEC. MOTOR CO., INC. | P.O. BOX 98 | 1 LINDEN AVENUE | GIBBSSBORO | NJ | 08026 |
| HARBISON-WALKER REFRACTORIES | 4667A SOMERTON ROAD | | TREVOSE | PA | 19053-6754 |
| YARD TRUCK SPECIALIST, INC. | 1510 FORD RD. | P.O. BOX 421 | BENSALEM | PA | 19020 |
| YELLOW TRANSPORTATION, INC. | P.O. BOX 13850 | | NEWARK | NJ | 07188-0850 |
| ZYMOTIC IMPORTS, LTD. | 1361 MONMOUTH ROAD | | EASTAMPTON | NJ | 08060-3900 |
| STAPLES BUSINESS ADVANTAGE | DEPT. PHL 85103 | P.O. BOX 30851 | HARTFORD | CT | 06150-0851 |
| ATLANTIC SCRAP &PROCESSING LLC | PO BOX 608 | | KERNERSVILLE | NC | 27285-0608 |
| CROWN STAPLE & SUPPLY CO. | 96N. HARRISON AVENUE | | CONGERS | NY | 10920 |
| GLENCORE LTD | THREE STAMFORD PLAZA | 301 TRESSER BOULEVARD | STAMFORD, | CT | 06901 |
| MJ METALS | 201 HANCOCK AVENUE | | BRIDGEPORT | CT | 06605 |
| MARYLAND RECYCLING CO. | 200  8TH AVENUE | | GLEN BURNIE | MD | 21061 |
| METAL MANAGEMENT, INC. | P.O. BOX 5158 | | NEWARK | NJ | 07105 |
| HOUGHTON METAL FINISHING | 1075 WINDWARD RIDGE PKWY | SUITE 180 | ALPHARETTA | GA | 30005 |
| NORTHEAST METAL TRADERS | 7345 MILNOR STREET | | PHILADELPHIA | PA | 19136 |
| SHIELDALLOY METALLURGICAL CORP | 545 BECKETT ROAD | SUITE 208 | SWEDESBORO | NJ | 08085 |
| RUSAL AMERICA CORP. | 550 MAMARONECK AVE | SUITE 301 | HARRISON | NY | 10528 |
| SOLAR ATMOSPHERES INC. | 1969 CLEARVIEW RD. | | SOUDERTON | PA | 18964 |
| VIRGO III LTD. | 766 KNOX COURT | | YARDLEY | PA | 19067 |
| SPEEDY METALS,LLC | 2502 S. 162ND STREET | | NEW BERLIN | WI | 53151 |

**EXHIBIT E**

Delair, LLC
Case No. 08-14634
Service List

| Supplier | Street1 | Street2 | Street3 | City | State | Zipcode |
|----------|---------|---------|---------|------|-------|---------|
| ACME CORRUGATED BOX | 2700 TURNPIKE DRIVE | | | HATBORO | PA | 19040 |
| ALLOY CASTINGS | 3900 PEACHTREE ROAD | | | MESQUITE | TX | 75180 |
| AMERIGAS | 1005 ROUTE 206 | | | BORDENTOWN | NJ | 08505-2198 |
| CROWN GRAPHICS | PO BOX 1289 | | | PENNSAUKEN | NJ | 08109 |
| LAB SAFETY SUPPLY INC | PO BOX 1368 | | | JANESVILLE | WI | 53547-1368 |
| MARINE FASTENERS | 120 MARITIME DRIVE | | | SANFORD | FL | 32771 |
| MCMASTER-CARR | 473 RIDGE ROAD | | | DAYTON | NJ | 08810-0317 |
| ASSOC. OF POOL & SPA | PO BOX 1272 | | | ALEXANDRIA | VA | 22314 |
| MSC - Pre-Finish Metals | | 120 ENTERPRISE AVE. | | MORRISVILLE | PA | 19067 |
| MALBER TOOL | 2115 BYBERRY ROAD | | | HUNTINGDON VALLEY | PA | 19006 |
| SHINGLE & GIBB | 845 LANCER DRIVE | | | MOORESTOWN | NJ | 08057 |
| SUTTER MACHINE | 1059 WASHINGTON AVENUE | | | BRONX | NY | 10456 |
| SUPERIOR WELDING | 6834 CAMDEN AVENUE | | | PENNSAUKEN | NJ | 08110 |
| TEMPLE ALUMINUM AND FOUNDRY | 1145 PARK ROAD | | | BLANDON | PA | 19510-9561 |
| UNITED PACKAGING SUPPLY CO | 727 WICKER AVENUE | | | BENSALEM | PA | 19020 |
| UNITED PARCEL SERVICE | PO BOX 7247-0244 | | | PHILADELPHIA | PA | 19170-0001 |
| AMERICAN EXPRESS | PO BOX 1270 | | | NEWARK | N.J. | 07101-1270 |
| METAL KOTING | 1430 MARTIN GROVE ROAD | | | REXDALE, ONTARIO | | M9W 4Y1 |
| INDUSTRIAL SUPPLIES COMPANY | 405 ANDREWS ROAD | | | TREVOSE | PA | 19053 |
| ADP | PO BOX 9001006 | | | LOUISVILLE | KY | 40290-1006 |
| MATI SALES | P.O. BOX 816 | | | GLENSIDE | PA | 19038-0816 |
| PPG INDUSTRIES | P.O. BOX 360175 M | | | PITTSBURGH | PA | 15251-6175 |
| PSE&G | PO BOX 14101 | | | NEW BRUNSWICK | NJ | 08906-4101 |
| GILL POWDER COATING, INC. | 1384 BYBERRY ROAD | | | BENSALEM | PA | 19020 |
| LATHAM PLASTICS/COOKSON | 787 WATERVLIET-SHAKER ROAD | | | LATHAM | NY | 12110 |
| INTERNATIONAL EXTRUDERS | 2377 HOFFMAN STREET | | | BRONX | NY | 10458 |
| CUSTOMER CHOICE TRANS. INC. | 107 GREEN STREET | | | HULMEVILLE | PA | 19047-5543 |
| ABILITIES CENTER OF | 1208 DELSEA DRIVE | | | WESTVILLE | NJ | 08093 |
| J & B EASTERN | 1613 MCKEAN ST. | | | PHILADELPHIA | PA | 19145 |
| USA MOBILLITY | P.O. BOX 4062 | | | WOBURN | MA | 01888-4062 |
| HESS CORPORATION | P.O. BOX 905243 | | | CHARLOTTE | NC | 28290-5243 |
| ADHESIVE TECHNOLOGIES INC | 3 MERRILL INDUSTRIAL DRIVE | | | HAMPTON | NH | 03842 |
| COURTENAY WHITEHURST | 10 TANGLEWOOD RD. | | | NEWNAN | GA | 30263 |
| PRO AEROSOLS | 4880 BUFFALO ROAD | | | ERIE | PA | 16510 |
| KOKIDO MFY LIMITED | UNIT 1319 SUNBEAM CENTER | 27 SHING YIP STREET | KWUN TON | KOWLOON | | |
| A & A PACKAGING PRODUCTS | 9419 BELAIR ROAD | | | BALTIMORE | MD | 21236 |
| FITZPATRICK CONTAINER | 800 EAST WALNUT STREET | | | NORTH WALES | PA | 19454 |
| L & R SHIPPING SUPPLY CO. | 2554 STATE STREET | | | BENSALEM | PA | 19202 |
| ACE PALLET CORPORATION | P.O. BOX 228 | | | PAULSBORO | NJ | 08066 |
| UNITED ELECTRIC SUPPLY | 1150 W. GARDEN ROAD | | | VINELAND | NJ | 08360 |
| GRIZZLY INDUSTRIAL | P.O. BOX 2069 | | | BELLINGHAM | WA | 98221 |
| PROVIDENT PACK. & CONT. CORP | 8701 TORRESDALE AVE (REAR) | | | PHILADELPHIA | PA | 19136 |
| ROCKWELL TRANSPORTATION | SERVICES, INC | P.O BOX 803 | | PERKASIE | PA | 18944-0803 |
| BOYLE TOOL & DIE | PO BOX 1276 | | | THEROFARE | NJ | 08086 |
| BARDOT PLASTICS INC. | 10 McFADDEN ROAD | PALMER INDUSTRIAL PARK | | EASTON | PA | 18045-7817 |
| DE LAGE LANDEN FINANCIAL | PO BOX 41601 | | | PHILA | PA | 19101-1601 |
| PRECOAT METALS | 6754 SANTA BARBARA CT. | | | ELKRIDGE | MD | 21075-5886 |
| Coil Plus | 5135 Bleigh Avenue | | | Philadelphia | PA | 19136 |
| NORTHFIELD FOUNDRY AND | MACHINE CO. | 320 NORTH WATER STREET | P.O. BOX 1 | NORTHFIELD | NJ | 55057 |
| YARD TRUCK SPECIALIST, INC | 1510 FORD RD, PO BOX 421 | | | BENSALEM | PA | 19020 |
| STEWART BUSINESS SYSTEMS | 105 CONNECTICUT DRIVE | | | BURLINGTON | NJ | 08016 |
| Commerce Technologies, Inc | Attn: Client Services | 255 Fuller Road, Suite 327 | | Albany | NY | 12203 |
| MHS LIFT | OLD SALEM ROAD | NORTH OF CREEK ROAD | | BROOKLAWN | NJ | 08030 |
| NMHG FINANCIAL SERVICES | P.O. BOX 643749 | | | PITTSBURGH | PA | 15264-3749 |

**Delair, LLC**
**Case No.  08-14634**
**Service List**

| Supplier | Street1 | Street2 | Street3 | City | State | Zipcode |
|---|---|---|---|---|---|---|
| CROWN CREDIT COMPANY | PO BOX 1288 | | | CINCINNATI | OH | 45264-0352 |
| CELADON LOGISTICS SERVICES | 1830 MOMENTUM PLACE | | | CHICAGO | IL | 60689-5318 |
| Uneeda Bolt & Screw Co. | 10 Capitol Drive | | | Moonachie | NJ | 07074 |
| SLICK IDEAS INC | GEOFF SLICK | 1013 N. GRAVEL PIKE | | SCHWENKSVILLE | PA | 19473 |
| HOT WIRE FOAM FACTORY | 216 E. LAUREL AVENUE | | | LOMPOC | CA | 93436 |
| DEMAND PRODUCTS INC. | PO BOX 1294 | | | ALPHARETTA | GA | 30004 |
| LUNABRITE LIGHT TECHNOLOGY | 215 MORRIS AVE | | | MT. LAKES | NJ | 07046 |
| Interstate Plastics | 330 Commerce Circle | | | Sacramento | CA | 95815 |
| HOME TOPS | P.O. BOX 370 | 499 W. WHITEWATER ST. | | WHITEWATER | WI | 53190 |
| AUTOMATION DIRECT | PO BOX 1273 | | | CUMMING | GA | 30040 |
| CONNEY SAFETY | 3202 LATHAM DRIVE | P.O. BOX 44575 | | MADISON | WI | 53744-4575 |
| InFoPaK International,Inc. | P.O.Box 6808 | | | Bend | OR | 97708 |
| PROFORMA CORPORATE CONCEPTS | 30 MAIN STREET | | | MAPLE SHADE | NJ | 08052 |
| HANDI-RAMP | | | | | | |
| MAX TOOL | | | | | | |
| TYLER TOOL COMPANY | | | | | | |
| HUBLEY | 128 JOHN SEVIER CIRCLE | | | ROGERSVILLE | TN | 37857 |

**EXHIBIT F**

**Accu-WeldShapes, LLC**
**Case No. 08-14635**
**Service List**

| Supplier | STREET1 | STREET2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ACTIVE PRODUCT SYSTEMS CORPORATION | 53-35 97TH PLACE | | CORONA | NY | 11368 |
| AMERICAN EXPRESS, INC. | P.O. BOX 1270 | | NEWARK | NJ | 07101-1270 |
| AUTOMATIC DATA PROCESSING | PO BOX 9001006 | | LOUISVILLE | KY | 40290-1006 |
| BOWMAN DISTRIBUTION | DEPT CH 14079 | | PALATINE | IL | 60055-4079 |
| BILLOWS ELECTRIC | P.O. BOX 828404 | | PHILADELPHIA | PA | 19182-8404 |
| Bell Container Corporation | P.O. Box 5728 | 615 Ferry Street | Newark | NJ | 07105-0728 |
| COLONIAL METAL PRODUCTS, INC. | 25 N. RAILROAD STREET | | WHEATLAND | PA | 16161 |
| COLORWORKS GRAPHIC SERVICES | PO BOX 80 | 480 COUNTY LINE RD. | BOYERTOWN | PA | 19512 |
| DOUBLE DOG COMMUNICATIONS | 2615 JOPPA ROAD | | YORK | PA | 17403 |
| EXPERIAN | DEPARTMENT 1971 | | LOS ANGELES | CA | 90088-1971 |
| FEDERAL EXPRESS CORP | P.O. BOX 371461 | | PITTSBURGH | PA | 15250-7461 |
| FOAM FAIR INDUSTRIES, INC. | PO BOX 304 | MERION TERRACE | ALDAN | PA | 19018 |
| ALLWEATHER TEMPERING | 220 RIVERVIEW DRIVE | | MONESSEN | PA | 15062 |
| VALLEY NATIONAL GASES, INC. | P.O. BOX 6378 | | WHEELING | WV | 26003-0615 |
| GRAFCO | 20 REGINA ROAD | WOODBRIDGE | ONTARIO | CA | A L4L8L6 |
| GUARDIAN INDUSTRIES CORP. | 4681 COLLECTIONS CENTER | | CHIGAGO | IL | 60693 |
| HYGRADE METAL MOULDING MFG CORP | LOCKBOX #510582 | P.O. BOX 7777 | PHILA. | PA | 19175-0582 |
| L & R SHIPPING SUPPLY | 2554 STATE ROAD | | BENSALEM | PA | 19020 |
| LAB SAFETY SUPPLY INC | PO BOX 5004 | | JANESVILLE | WI | 53547-5004 |
| MC MASTER-CARR SUPPLY CO | | PO BOX 7690 | CHICAGO | IL | 60680 |
| NORTH AMERICAN PRODUCTS CORP | LOCK BOX 1396 | 1396 PAYSPHERE CIRCLE | CHICAGO | IL | 60674 |
| WASTE MANAGEMENT | PO BOX 13648 | | PHILA. | PA | 19101-3648 |
| SCREWS AND MORE, L.L.C. | 47 NORTH LAWN AVE | | ELMSFORD | NY | 10523 |
| ODL INCORPORATED | 8392 RELIABLE PARKWAY | | CHICAGO | IL | 60686 |
| P.E.C.O. | P.O. BOX 37632 | | PHILADELPHIA | PA | 19101 |
| PECO ENERGY CO. | P.O. BOX 37629 | | PHILADELPHIA | PA | 19101 |
| AQUA PA | PO BOX 1229 | | NEWARK | NJ | 07101-1229 |
| PENSKE TRUCK LEASING CO.,L.P. | P.O. BOX 827380 | | PHILADELPHIA, | PA | 19182-7380 |
| PITT OHIO EXPRESS INC | P.O. BOX 643271 | | PITTSBURGH | PA | 15264-3271 |
| P.P.G. INDUSTRIES | PO BOX 360175 | | PITTSBURGH | PA | 15251-6175 |
| RAPTURE TRAILER, INC. | 2411 BIG OAK ROAD | | LANGHORNE | PA | 19047 |
| REHABILITATION & OCCUPATIONAL | SPECIALISTS | 1854 NEW RODGERS | LEVITTOWN | PA | 19056 |
| REGENEX CORPORATION | PO BOX 608 | ONE NEW STREET | WEST MIDDLESEX | PA | 16159 |
| ROYALPLAST DOOR SYSTEMS CO. | 5770 Highway #7 West | | WOODBRIDGE, ONTARIO | CA | A L4L3A2 |
| SASHLITE, LLC | 727 POST ROAD EAST | | WESTPORT | CT | 6880 |
| CRAIG SELLER | 1211 FORD ROAD | | BENSALEM | PA | 19020 |
| SETON IDENTIFICATION PRODUCTS | P.O. BOX 95904 | | CHICAGO | IL | 60694-5904 |
| SHERWIN WILLIAMS | CHEMICAL COATINGS FACILI | 3165 TUCKER RD. | BENSALEM | PA | 19020 |
| SHAPES UNLIMITED, INC. | 590 E. WESTERN RESERVE RD. | BLDG. 4 | YOUNGSTOWN | OH | 44514 |
| STAPLES BUSINESS ADVANTAGE | DEPT PHL 85103 | PO BOX 30851 | HARTFORD | CT | 06150-0851 |
| STURTZ MACHINERY, INC. | 30500 AURORA RD. | | SOLON | OH | 44139 |
| TOTAL CARE NETWORK | PENN TREATY PARK PL | 1341 N DELAWARE AVE 403 | PHILADELPHIA | PA | 19125-4300 |
| TRUCK TIRE SERVICE CORPORATION | PO BOX 505640 | | CHELSEA | MA | 2150 |
| UNITED PARCEL SERVICE | PO BOX 7247-0244 | | PHILADELPHIA | PA | 19170-0001 |
| VISION INDUSTRIES GROUP, INC. | 500 METUCHEN RD | | SOUTH PLAINFIELD | NJ | 7080 |
| YELLOW FREIGHT SYSTEM, INC. | PO BOX 13850 | | NEWARK | NJ | 07188-0850 |
| WINDFLITE COMPUTER SYSTEMS, INC. | 4000 CONSTITUTION DRIVE | | BARTONVILLE | IL | 61607 |
| Acrilex Inc. | 223 Witmer Road | | Horsham | PA | 19044 |
| SCOTT PAIST | 4753 CYPRESS AVE. | | TREVOSE | PA | 19053 |
| F.C.F.C.U. | 3301 S. GALLOWAY ST. | ROOM 241 | PHILADELPHIA | PA | 19148 |
| ACORE DOOR CO | 421 RACE ST | | COLDWATER | MI | 49036 |
| HOUSEHOLD METALS, INC. | 645 E. ERIE AVE. | | PHILADELPHIA | PA | 19134 |
| TRILLUIM CONSTRUCTION/DRIVERS | PO BOX 67000 | DEPARTMENT 185401 | DETROIT | MI | 48267-1854 |
| VENTANA USA | POBOX 1391 | PHILADELPHIA ST | INDIANA | PA | 15701 |
| UPS SUPPLY CHAIN SOLUTIONS | P O BOX 800 | | CHAMPLAIN | NY | 12919 |
| CINTAS CORPORATION #061 | 10080 SANDMEYER LANE | | PHILADELPHIA | PA | 19116 |
| ACCOUNTEMPS | 12400 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 |

**EXHIBIT G**

SAH: 6/12/08 Supp Sol NVG SLLC

SUNBELT RENTALS
3090 ROUTE 73 NORTH
MAPLE SHADE, NJ 08052

SAH: 6/12/08 Supp Sol NVG SLLC

METROPOLITAN SOFTWARE, INC.
11 PRINCE STREET
SUITE 1B
NEW YORK, NY 10012

SAH: 6/12/08 Supp Sol NVG SLLC

VIRGO III LTD.
766 KNOX COURT
YARDLEY, PA 19067

SAH: 6/12/08 Supp Sol NVG SLLC

TENSILKUT ENGINEERING
CLYDESDALE STREET
BLOUNT IND. PARK
MARYVILLE, TN 37801

SAH: 6/12/08 Supp Sol NVG SLLC

GLEASON REEL CORP
P.O. BOX 26
600 SOUTH CLARK STREET
MAYVILLE, WI 53050

SAH: 6/12/08 Supp Sol NVG SLLC

SENTRY INSURANCE
ATTN: WHA-H3/62
1800 NORTH POINT DRIVE
STEVENS POINT, WI 54481-8019

SAH: 6/12/08 Supp Sol NVG SLLC

HONEYWELL INDUSTRIES SOLUTIONS
P.O. BOX 848324
DALLAS, TX 75284-8324

SAH: 6/12/08 Supp Sol NVG SLLC

BURLINGHAM INTERNATIONAL
1041 WEST 18TH STREET
UNIT A-109
COSTA MESA, CA 92627-4553

**EXHIBIT H**

SAH: 6/12/08 Supp Sol NVG DLLC

HANDI-RAMP

SAH: 6/12/08 Supp Sol NVG DLLC

MAX TOOL

SAH: 6/12/08 Supp Sol NVG DLLC

TYLER TOOL COMPANY

SAH: 6/12/08 Supp Sol NVG DLLC

LUNABRITE LIGHT TECHNOLOGY
215 MORRIS AVE
MT. LAKES, NJ 07046

SAH: 6/12/08 Supp Sol NVG DLLC

AMERICAN EXPRESS
PO BOX 1270
NEWARK, N.J. 07101-1270

SAH: 6/12/08 Supp Sol NVG DLLC

STEWART BUSINESS SYSTEMS
105 CONNECTICUT DRIVE
BURLINGTON, NJ 08016

SAH: 6/12/08 Supp Sol NVG DLLC

BOYLE TOOL & DIE
PO BOX 1276
THEROFARE, NJ 08086

SAH: 6/12/08 Supp Sol NVG DLLC

ABILITIES CENTER OF
1208 DELSEA DRIVE
WESTVILLE, NJ 08093

SAH: 6/12/08 Supp Sol NVG DLLC

CROWN GRAPHICS
PO BOX 1289
PENNSAUKEN, NJ 08109

SAH: 6/12/08 Supp Sol NVG DLLC

UNITED ELECTRIC SUPPLY
1150 W. GARDEN ROAD
VINELAND, NJ 08360

SAH: 6/12/08 Supp Sol NVG DLLC

SUTTER MACHINE
1059 WASHINGTON AVENUE
BRONX, NY 10456

SAH: 6/12/08 Supp Sol NVG DLLC

YARD TRUCK SPECIALIST, INC
1510 FORD RD, PO BOX 421
BENSALEM, PA 19020

SAH: 6/12/08 Supp Sol NVG DLLC

PROVIDENT PACK. & CONT. CORP
8701 TORRESDALE AVE (REAR)
PHILADELPHIA, PA 19136

SAH: 6/12/08 Supp Sol NVG DLLC

SLICK IDEAS INC
GEOFF SLICK
1013 N. GRAVEL PIKE
SCHWENKSVILLE, PA 19473

SAH: 6/12/08 Supp Sol NVG DLLC

ASSOC. OF POOL & SPA
PO BOX 1272
ALEXANDRIA, VA 22314

SAH: 6/12/08 Supp Sol NVG DLLC

KOKIDO MFY LIMITED
UNIT 1319 SUNBEAM CENTER
27 SHING YIP STREET
KWUN TONG
KOWLOON
HONG KONG

SAH: 6/12/08 Supp Sol NVG DLLC

DEMAND PRODUCTS INC.
PO BOX 1294
ALPHARETTA, GA 30004

SAH: 6/12/08 Supp Sol NVG DLLC

AUTOMATION DIRECT
PO BOX 1273
CUMMING, GA 30040

SAH: 6/12/08 Supp Sol NVG DLLC

CROWN CREDIT COMPANY
PO BOX 1288
CINCINNATI, OH 45264-0352

SAH: 6/12/08 Supp Sol NVG DLLC

HOME TOPS
P.O. BOX 370
499 W. WHITEWATER ST.
WHITEWATER, WI 53190

SAH: 6/12/08 Supp Sol NVG DLLC

NORTHFIELD FOUNDRY AND
MACHINE CO.
320 NORTH WATER STREET
P.O. BOX 140
NORTHFIELD, NJ 55057

SAH: 6/12/08 Supp Sol NVG DLLC

ALLOY CASTINGS
3900 PEACHTREE ROAD
MESQUITE, TX 75180

SAH: 6/12/08 Supp Sol NVG DLLC

HOT WIRE FOAM FACTORY
216 E. LAUREL AVENUE
LOMPOC, CA 93436

SAH: 6/12/08 Supp Sol NVG DLLC

Interstate Plastics
330 Commerce Circle
Sacramento, CA 95815

SAH: 6/12/08 Supp Sol NVG DLLC

InFoPaK International,Inc.
P.O.Box 6808
Bend, OR 97708

**EXHIBIT I**

SAH: 6/12/08 Supp Sol NVG ACC

AMERICAN EXPRESS, INC.
P.O. BOX 1270
NEWARK, NJ 07101-1270

SAH: 6/12/08 Supp Sol NVG ACC

BILLOWS ELECTRIC
P.O. BOX 828404
PHILADELPHIA, PA 19182-8404

SAH: 6/12/08 Supp Sol NVG ACC

ACORE DOOR CO
421 RACE ST
COLDWATER, MI 49036

SAH: 6/12/08 Supp Sol NVG ACC

LAB SAFETY SUPPLY INC
PO BOX 5004
JANESVILLE, WI 53547-5004

SAH: 6/12/08 Supp Sol NVG ACC

SETON IDENTIFICATION PRODUCTS
P.O. BOX 95904
CHICAGO, IL 60694-5904

SAH: 6/12/08 Supp Sol NVG ACC

WINDFLITE COMPUTER SYSTEMS, INC.
4000 CONSTITUTION DRIVE
BARTONVILLE, IL 61607

SAH: 6/12/08 Supp Sol NVG ACC

STURTZ MACHINERY, INC.
30500 AURORA RD.
SOLON, OH 44139

**EXHIBIT J**

D.N.J. Local Form 24

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE |
|---|---|

In re

Chapter 11

Case Number

**NOTE:** This form should not be used for an unsecured claim arising prior to the commencement of the case. In such cases, a proof of claim should be filed in accordance with Official Form 10.

Name of Creditor (The person or other entity to whom the debtor owed money or property.)

_____

Name and Addresses Where Notices Should Be Sent:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this request:
☐ replaces a previously filed request, dated:
☐ amends a previously filed request, dated:

1. BASIS FOR CLAIM
- ☐ Goods Sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED:

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:
_____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other (Describe briefly)_____
Value of Collateral: $_____
☐ Check this box if there is no collateral or lien securing your claim.

5. **Credits:** The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. **Supporting Documents:** *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

Date:

Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).

_____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with Bankruptcy Rule 9013.

*Local Form 24, new. 8/1/06.jml*

*Approved by Judge Gloria M. Burns May 28, 2008*

**EXHIBIT K**



## COZEN
## O'CONNOR

SUITE 300    LIBERTYVIEW    457 HADDONFIELD ROAD    P.O. BOX 5459    CHERRY HILL, NJ 08002-2220
856.910.5000    800.989.0499    856.910.5075 FAX    www.cozen.com

June 11, 2008

**Jerrold N. Poslusny, Jr.**
Direct Phone 856.910.5005
Direct Fax    877.526.3069
jposlusny@cozen.com

TO:    ALL CREDITORS LISTED IN THE
       ATTACHED AMENDMENT

Re:    Shapes/Arch Holdings L.L.C., et al.
       Case No. 08-14631 (GMB)

Dear Sir/Madam:

Please be advised that this office represents Shapes/Arch Holdings L.L.C. and its related debtor entities (collectively the "Debtors")[1]. You have recently been added as a creditor in the Debtors' bankruptcy proceedings or the amount of your scheduled claim has been changed. For your reference, a copy of the amended schedule (the "Amendment") is enclosed herewith, together with a copy of the Order Respecting Amendment to Schedule D, E or F entered by the Court on June 10, 2008 (the "Order"). The Order and the Amendment specify which Debtor entity has added you as a claimant or amended the amount of your scheduled claim.

Because you have been added as a creditor or the amount of your scheduled claim has changed, this correspondence serves as your notice (pursuant to the enclosed Order) of the following information;

1.    The Debtors' Chapter 11 Petitions for relief were filed on March 16, 2008 (the Petition Date");

2.    The first meeting of creditors as provided for under 11 U.S.C. § 341(a) was held on April 15, 2008;

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("Shapes/Arch"), the following entities, all of which are wholly owned subsidiaries of Shapes/Arch, also filed petitions on the Petition Date (defined below): Shapes L.L.C. ("Shapes"); Delair L.L.C. ("Delair"); Accu-Weld L.L.C. ("Accu-Weld"); and Ultra L.L.C. ("Ultra").

CHERRY HILL\447532\1 220718.000

To: All Creditors Listed in the Attached Amendment
June 11, 2008
Page 2

3.    You have sixty (60) days from the date of the Order to file a proof of claim if you dispute the scheduled amount.  Please note that your claim was scheduled by the Debtors as not being disputed, contingent or unliquidated;

4.    The Debtors may be examined by subpoena pursuant to D.N.J. LBR 2004-1; and

5.    The Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan") and the Joint Disclosure Statement (the "Disclosure Statement") both dated May 23, 2008, were filed with the Court on May 27, 2008.  On May 23, 2008, the Court approved the Disclosure Statement and procedures for soliciting votes on the Plan.  The Plan and Disclosure Statement, together with a ballot for voting on the Plan, are being forwarded to you in a separate mailing.  A confirmation hearing has been scheduled for July 8, 2008 at 10:00 a.m.  The deadline to file a ballot is June 27, 2008 at 4:00 p.m. (Eastern Time) and the deadline to object to confirmation of the Debtors' Plan is June 30, 2008 at 4:00 p.m. (Eastern Time).

Please contact me with any questions.

Very truly yours,

COZEN O'CONNOR

By:    Jerrold N. Poslusny, Jr.

JNP/dlr
Enclosures

CHERRY_HILL\447532\1 220718.000