**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 : (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jill L. Deeney, paralegal to the firm of Cozen O'Connor, hereby certify that I caused true and correct copies of the following documents, to be served upon the parties listed on the attached service lists, via regular mail, on June 20, 2008:

*Notice of the Debtors' Objection to Proof of Claim of Tennessee Department of Revenue, Debtor's Objection to Proof of Claim of Tennessee Department of Revenue and Proposed Order Disallowing and Expunging Claim of Tennessee Department of Revenue,* (SERVED ON PARTY LISTED ON EXHIBIT "A");

*Notice of the Debtors' Objection to Proof of Claim of New Jersey Division of Taxation, Debtors' Objection to Proof of Claim of New Jersey Division of Taxation and Proposed Order Disallowing and Expunging Claim of New Jersey Division of Taxation (SERVED ON PARTY LISTED ON EXHIBIT "B"); and*

*Notice of the Debtors' First Omnibus Objection to Duplicate and/or Redundant Proofs of Claim, Debtors' First Omnibus Objection to Duplicate and/or Redundant Proofs of Claim and Proposed Order Granting the Debtors' First Omnibus Objection to Duplicate and/or Redundant Proofs of Claim (SERVED ON PARTIES LISTED ON EXHIBIT "C").*

Jill L. Deeney

Dated: June 24, 2008

CHERRY_HILL\448586\1 220718.000

# EXHIBIT "A"

Tennessee Department of Revenue
c/o Attorney General
P.O. Box 20207
Nashville, TN  37202

## EXHIBIT "B"

State of New Jersey
Division of Taxation
Compliance Activity
P.O. Box 245
Trenton, NJ  08646

**EXHIBIT "C"**

|  | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| AIR LIQUIDE INDUSTRIAL U.S. LP<br>ATTN LEGAL DEPARTMENT<br>2700 POST OAK BOULEVARD, SUITE 1800<br>HOUSTON, TX 77056 | <br><br><br>131 | <br><br>Shapes/Arch<br>Holdings LLC | 14,437.98<br>52,483.08<br><br>66,921.06 | P<br>U<br><br>T | <br><br><br>121 | <br><br>Shapes/Arch<br>Holdings LLC | 14,437.98<br>52,483.08<br><br>66,921.06 | P<br>U<br><br>T |
| ALCAN ALUMINUM CORP.<br>BRIAN BULL, CREDIT MANAGER<br>ALCAN, INC.<br>1188 SHERBROOKE STREET WEST<br>MONTREAL, QC H3A 362<br>CANADA | 680 | Shapes LLC | 6,581,586.45 | U | 460 | Shapes LLC | 6,581,586.45 | U |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | 673 | Delair LLC | 336,156.47 | U | 518 | Delair LLC | 336,156.47 | U |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | 694 | Delair LLC | 336,156.47 | U | 518 | Delair LLC | 336,156.47 | U |
| AMERICAN IRON & METAL COMPANY (USA), INC<br>C/O EULER HERMES ACI<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | 406 | Shapes LLC | 181,087.20 | U | 347 | Shapes LLC | 181,087.20 | U |
| ATLANTIC DISPOSAL SERVICES, INC.<br>N/K/A ACR, INC.<br>C/O SANDFORD F. SCHMIDT, ESQUIRE<br>29 UNION STREET<br>MEDFORD, NJ 08055 | 712 | Shapes/Arch<br>Holdings LLC | 77,871,002.43 | U | 665 | Shapes/Arch<br>Holdings LLC | 77,871,002.43 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 414 | Shapes/Arch<br>Holdings LLC | 250,000.00 | U | 272 | Shapes/Arch<br>Holdings LLC | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 362 | Shapes/Arch<br>Holdings LLC | 250,000.00 | U | 272 | Shapes/Arch<br>Holdings LLC | 250,000.00 | U |
| BIL-RAY ALUMINUM SIDING CORP.<br>T/A THE BIL-RAY GROUP<br>40 ELMONT ROAD<br>ELMONT, NY 11003-1603 | 420 | Accu-Weld LLC | 900,000.00 | U | 216 | Accu-Weld LLC | 900,000.00 | U |

| | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| BIL-RAY ALUMINUM SIDING CORP OF QNS INC<br>ATTN MARK F HEINZE<br>OFECK & HEINZE LLP<br>85 MAIN ST, STE 204<br>HACKENSACK, NJ 07601 | 282 | Accu-Weld LLC | 900,000.00 | U | 216 | Accu-Weld LLC | 900,000.00 | U |
| COILPLUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 273 | Delair LLC | 252,882.84 | U | 252 | Delair LLC | 252,882.84 | U |
| COILPLUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 334 | Delair LLC | 252,882.84 | U | 252 | Delair LLC | 252,882.84 | U |
| COILPUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 310 | Delair LLC | 252,882.84 | U | 252 | Delair LLC | 252,882.84 | U |
| COILPLUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 312 | Delair LLC | 252,822.84 | U | 252 | Delair LLC | 252,822.84 | U |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>ATTN: LARRY LEVIN<br>WAYNE, PA 19087 | 674 | Shapes/Arch Holdings LLC | 276,880.26 | U | 489 | Shapes/Arch Holdings LLC | 276,880.26 | U |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>ATTN: LARRY LEVIN<br>WAYNE, PA 19087 | 675 | Shapes/Arch Holdings LLC | 440,283.06 | U | 490 | Shapes/Arch Holdings LLC | 440,283.06 | U |
| ESTES-EXPRESS LINES<br>ATTN CREDIT DEPARTMENT<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230-3962 | 341 | Shapes/Arch Holdings LLC | 55,978.10 | U | 207 | Shapes/Arch Holdings LLC | 55,978.10 | U |
| EXCO EXTRUSION DIES<br>56617 NORTH BAY DRIVE<br>ATTN: JANET SLEDMERE, CONTROLLER<br>CHESTERFIELD, MI 48051 | 409 | Shapes/Arch Holdings LLC | 335,030.58 | U | 394 | Shapes/Arch Holdings LLC | 335,030.58 | U |

| Name/Address of Claimant | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| GAINSBOROUGH HARDWARE IND LTD<br>190 WHITEHORSE ROAD<br>BLACKBURN<br>VICTORIA, 3130<br>AUSTRALIA | 374 | Ultra LLC | 117,695.17 | U | 300 | Ultra LLC | 117,695.17 | U |
| GEE BRIDGE INTERNATIONAL INC<br>5TH FLOOR, NO. 44, LANE 80,<br>NAN-KANG ROAD, SEC. 3,<br>TAIPEI,<br>TAIWAN | 247 | Shapes/Arch Holdings LLC | 102,127.55 | U | 205 | Shapes/Arch Holdings LLC | 102,127.55 | U |
| INTERNATIONAL BUSINESS SYSTEMS<br>90 BLUE RAVINE ROAD<br>FOLSOM, CA 95630 | 290 | Ultra LLC | 59,820.10 | U | 186 | Ultra LLC | 59,820.10 | U |
| INTERNATIONAL FIDELITY INSURANCE CO.<br>C/O INT'L BOND & MARINE BRKGE, LTD.<br>2 HUDSON PLACE, 4TH FLOOR<br>HOBOKEN, NJ 07030 | 604 | Shapes/Arch Holdings LLC | 200,000.00 | P | 461 | Shapes/Arch Holdings LLC | 200,000.00 | P |
| JOHN A. STEER CO.<br>ATTN: ALFRED J. DUTCH, TREASURER<br>28 SO. 2ND STREET<br>PHILADELPHIA, PA 19106 | 672 | Ultra LLC | 243,545.66 | U | 519 | Ultra LLC | 243,545.66 | U |
| KERINS, JOSEPH F.<br>10 OAK LEAF DRIVE<br>NEW EGYPT, NJ 08533 | 524 | Shapes/Arch Holdings LLC | 50,000.00 | P | 481 | Shapes/Arch Holdings LLC | 50,000.00 | P |
| LUMBERMEN ASSOCIATES, INC.<br>C/O EULER HERMES ACI<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | 405 | Shapes LLC | 68,588.41 | U | 66 | Shapes LLC | 68,588.41 | U |
| LUMBERMEN ASSOCIATES, INC.<br>EULER HERMES ACI<br>800 RED BROOK BOULEVARD<br>ATTN: LINDA MAY, CLAIMS SVC REP<br>OWINGS MILLS, MD 21117 | 182 | Shapes LLC | 68,588.41 | U | 66 | Shapes LLC | 68,588.41 | U |
| M. J. METAL, INC.<br>201 HANCOCK AVENUE<br>BRIDGEPORT, CT 06605 | 219 | Shapes/Arch Holdings LLC | 66,745.02 | U | 174 | Shapes/Arch Holdings LLC | 66,745.02 | U |
| MARUBENI AMERICA CORP.<br>ATTN THOMAS E. CARLSON<br>375 LEXINGTON AVE.<br>NEW YORK, NY 10017 | 431 | Shapes/Arch Holdings LLC | 1,871,574.41 | U | 392 | Shapes/Arch Holdings LLC | 1,871,574.41 | U |

| Name/Address of Claimant | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| MARUBENI AMERICA CORP.<br>ATTN THOMAS E. CARLSON<br>375 LEXINGTON AVE.<br>NEW YORK, NY 10017 | 432 | Shapes/Arch Holdings LLC | 1,871,574.41 | U | 392 | Shapes/Arch Holdings LLC | 1,871,574.41 | U |
| MELTON TRUCK LINES, INC.<br>ATTN: LISA M. FOGLEMAN<br>808 N 161ST E. AVE.<br>TULSA, OK 74116 | 421 | Shapes/Arch Holdings LLC | 139,960.66 | U | 395 | Shapes/Arch Holdings LLC | 139,960.66 | U |
| METAL MANAGEMENT CONNECTICUT, INC<br>C/O SAME DELLA FERA, JR., ESQ.<br>TRENK DIPASQUALE WEBSTER DELLA FERA ETAL<br>347 MT PLEASANT AVE, STE 300<br>WEST ORANGE, NJ 07052 | 275 | Shapes/Arch Holdings LLC | 85,048.44 | U | 239 | Shapes/Arch Holdings LLC | 85,048.44 | U |
| NATIONAL CITY COMMERCIAL CAPITAL CO.,LLC<br>ATTN: LISA M. MOORE<br>995 DALTON AVE.<br>CINCINNATI, OH 45203 | 662 | Accu-Weld LLC | 129,356.51 | U | 651 | Accu-Weld LLC | 129,356.51 | U |
| PACIFIC USA CORP.<br>375 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 | 380 | Ultra LLC | 111,041.24 | U | 337 | Ultra LLC | 111,041.24 | U |
| PENNSAUKEN TOWNSHIP<br>EMMANUEL J. ARGENTIERI, ESQUIRE<br>PARKER MCCAY, P.A. - THREE GREENTREE CTR<br>7001 LINCOLN DRIVE WEST - P.O. BOX 974<br>MARLTON, NJ 08053-0974 | 597 | Shapes/Arch Holdings LLC | 837,905.30 | S | 541 | Shapes/Arch Holdings LLC | 837,905.30 | S |
| PPG INDUSTRIES, INC.<br>JOHN J. WINTER, ESQUIRE<br>THE CHARTWELL LAW OFFICES, LLP<br>2621 VAN BUREN DRIVE<br>NORRISTOWN, PA 19403 | 615 | Accu-Weld LLC | 63,401.40<br>181,006.22<br>244,407.62 | P<br>U<br>T | 539 | Accu-Weld LLC | 63,401.40<br>181,006.22<br>244,407.62 | P<br>U<br>T |
| PPG INDUSTRIES, INC.<br>JOHN J. WINTER, ESQUIRE<br>THE CHARTWELL LAW OFFICES, LLP<br>2621 VAN BUREN DRIVE<br>NORRISTOWN, PA 19403 | 613 | Shapes LLC | 27,162.80<br>134,578.16<br>161,740.96 | P<br>U<br>T | 538 | Shapes LLC | 27,162.80<br>134,578.16<br>161,740.96 | P<br>U<br>T |

|  | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY PSE&G ATTN NANCY OLIVERAS PO BOX 490 CRANFORD, NJ 07016 | 266 | Shapes/Arch Holdings LLC | 1,548,751.18 | U | 1 | Shapes/Arch Holdings LLC | 1,548,751.18 | U |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY PSE&G ATTN NANCY OLIVERAS PO BOX 490 CRANFORD, NJ 07016 | 373 | Shapes/Arch Holdings LLC | 1,548,751.18 | U | 1 | Shapes/Arch Holdings LLC | 1,548,751.18 | U |
| T.M.C. TRANSPORTATION P.O. BOX 1774 DES MOINES, IA 50306 | 605 | Shapes LLC | 52,881.02 | U | 545 | Shapes LLC | 52,881.02 | U |
| U.S. CUSTOMS AND BORDER PROTECTION ATTN: REVENUE DIVISION, BANKRUPTCY TEAM 6650 TELECOM DRIVE, SUITE 100 INDIANAPOLIS, IN 46278 | 437 | Ultra LLC | 108,454.28 266,433.32 374,887.60 | P U T | 399 | Ultra LLC | 108,454.28 266,433.32 374,887.60 | P U T |
| UNITED PARCEL SERVICE ATTN WENDY FINNEGAN, AGENT C/O RMS BANKRUPTCY RECOVERY SERVICES PO BOX 4396 TIMONIUM, MD 21094 | 316 | Ultra LLC | 153,251.59 | U | 309 | Ultra LLC | 153,251.59 | U |
| WEKERLE, JOSEPH 116 SMITH LANE RUNNEMEDE, NJ 08078 | 314 | Shapes/Arch Holdings LLC | - |  | 285 | Shapes/Arch Holdings LLC | - | - |
| WEKERLE, JOSEPH 116 SMITH LANE RUNNEMEDE, NJ 08078 | 325 | Shapes/Arch Holdings LLC | - |  | 285 | Shapes/Arch Holdings LLC | - | - |
| WINDOW DEPOT USA ATTN JIM VENABLE, PRESIDENT 10800 FINANCIAL CENTER PARKWAY #280 LITTLE ROCK, AR 72211 | 279 | Accu-Weld LLC | 55,838.83 | U | 212 | Accu-Weld LLC | 55,838.83 | U |

S - Secured
A - Administrative
P - Priority
U - Unsecured
T - Total Claimed

| | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 364 | Shapes LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 368 | Ultra LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 370 | Delair LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 372 | Accu-Weld LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| GLENCORE LTD.<br>ATTN DAVID PORTER<br>301 TRESSER BLVD<br>STAMFORD, CT 06901 | 335 | Shapes/Arch Holdings LLC | 2,283,078.81 | U | 336 | Shapes | 2,283,078.81 | U |
| LAJOIE'S AUTO WRECKING CO., INC.<br>MICHAEL J. CONNOLLY, ESQ.<br>BRESSLER AMERY & ROSS PC<br>PO BOX 1980<br>MORRISTOWN, NJ 07962 | 566 | Shapes/Arch Holdings LLC | 142,877.53 | A | 565 | Shapes | 142,877.53 | A |
| MATI SALES, LLC<br>PO BOX 816<br>GLENSIDE, PA 19038-0816 | 609 | Shapes/Arch Holdings LLC | 16,076.98 | U | 514 | Delair/Shapes | 16,076.98 | U |
| MOTORCAR COLORS<br>PO BOX 532<br>772 E MAIN STREET<br>MOORESTOWN, NJ 08057 | 302 | Accu-Weld LLC | 2,822.90 | U | 360 | Accu-Weld | 2,822.90 | U |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 652 | Shapes/Arch Holdings LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |

| | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 654 | Ultra LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 655 | Delair LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 656 | Accu-Weld LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |
| TATE ENGINEERING SYSTEMS, INC.<br>1560 CATON CENTER DRIVE<br>BALTIMORE, MD 21227 | 0 | Shapes/Arch Holdings LLC | 2,096.56 | U | 86 | Shapes | 2,096.56 | U |
| VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 350 | Accu-Weld LLC | 2,534.26 | U | 328 | Accu-Weld | 2,534.26 | U |

S - Secured
A - Administrative
P - Priority
U - Unsecured
T - Total Claimed