## VERIFICATION

Paul Sorensen certifies and states as follows:

1.    I am the Chief Financial Officer of Shapes/Arch Holdings L.L.C. and Shapes L.L.C.[2], and I am fully authorized to make this Verification on all of the Debtors' behalf.

2.    I have read the foregoing Motion and I hereby certify and verify that all of the statements contained therein are true.

3.    I hereby verify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

                                                                            _____
                                                                            Paul Sorensen

Dated: June 20, 2008

---

[2] Unless otherwise defined capitalized terms shall have the same meaning ascribed to them in the Motion.

CHERRY_HILL\448327\1 220718.000