UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : CASE NO. 08-14631 |
| | (Jointly Administered) |
| Debtors. | : |
| | : |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2008 I caused to be served the following:

   i) "Application for Order Shortening Time Period for Notice of Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims," dated June 20, 2008, [Docket No. 392], (the "Application"),

   ii) "Order Shortening Time Period for Notice and Setting Hearing," dated June 23, 2008, [Docket No. 397], (the "Order Shortening Time"), and

   iii) "Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims," dated June 20, 2008, [Docket No. 391] (the "Motion to Disallow"),

by causing true and correct copies of the Application, Order Shortening Time, and Motion to Disallow, enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Regina Amporfro

Sworn to before me this

24th day of June, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

# EXHIBIT A

SHAPES/ARCH HOLDINGS LLC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| A & H BLOOM CONSTRUCTION COMPANY | C/O LEON D. DEMBO, ESQ., 102 BROWNING LA., BLDG., SUITE 106, MT. LAUREL, NJ 08054 |
| A. MARIANNI'S SONS, INC. | C/O SHARON BLOCK, ESQ., MICHELMAN & BRICKER, 811 CHURCH ROAD, SUITE 117A, CHERRY HILL, NJ 08002 |
| ATLANTIC DISPOSAL SERVICES, INC. | N/K/A ACR, INC., C/O SANDFORD F. SCHMIDT, ESQUIRE, 29 UNION STREET - SCHMIDT & TOMOINSON, MEDFORD, NJ 08055 |
| ATLANTIC DISPOSAL SERVICES, INC. | N/K/A ACR, INC., C/O SANDFORD F. SCHMIDT, ESQUIRE, 29 UNION STREET, MEDFORD, NJ 08055 |
| AVERY DENNISON; ET AL | DEBORAH L. SHUFF, ESQ., DRINKER BIDDLE & REATH LLP, ONE LOGAN SQUARE, 18TH & CHERRY STS., PHILADELPHIA, PA 19103 |
| COMBUSTION ENGINEERING, INC., SUCCESSOR | BY MERGER TO C-E GLASS, INC., COURTNEY A. QUEEN / DEWEY & LEBOEUF LLP, 260 FRANKLIN STREET, BOSTON, MA 02110 |
| COOK COMPOSITES AND POLYMERS | C/O WOLFF & SAMSON PC, DIANA L. BUONGIORNO, ONE BOLAND DRIVE, WEST ORANGE, NJ 07052-3698 |
| COOK COMPOSITES AND POLYMERS | C/O WOLFF & SAMSON PC, DIANA L. BUONGIORNO, ESQ., ONE BOLAND DRIVE, WEST ORANGE, NJ 07052-3698 |
| D'IMPERIO SUPERFUND SITE PRP GROUP | C/O ROBERT A. GLADSTONE, ESQ., SZAFERMAN LAKIND, 101 GROVERS MILL ROAD, SUITE 200, LAWRENCEVILLE, NJ 08648 |
| EWAN SUPERFUND SITE PRP GROUP | C/O ROBERT A. GLADSTONE, ESQ., SZAFERMAN LAKIND, 101 GROVERS MILL ROAD, SUITE 200, LAWRENCEVILLE, NJ 08648 |
| FORD MOTOR CO. | FORD MOTOR CO C/O SCOTT KOBIL, LATHAM & WATKINS LLP, ONE NEWARK CENTER, 16TH FLOOR, NEWARK, NJ 07101-3174 |
| FORD MOTOR CO. | ATTN: MICHAEL BURGIN, PARKLANE TOWERS WEST, SUITE 1500, THREE PARKLANE BLVD, DEARBORN, MI 48126-2568 |
| GENLYTE GROUP, THE T/A CRESCENT LIGHTING | C/O ARCHER & GREINER, P.C., ONE CENTENNIAL SQUARE, ATTN: JAMES GRAZIANO, HADDONFIELD, NJ 08033 |
| GLIDDEN CO., THE | DEBORAH L. SHUFF, ESQ., DRINKER BIDDLE & REATH LLP, ONE LOGAN SQUARE, 18TH & CHERRY STS., PHILADELPHIA, PA 19103 |
| J&J SNACK FOODS, CORP. | ATTN: DENNIS MOORE, 6000 CENTRAL HIGHWAY, PENNSAUKEN, NJ 08110 |
| J&J SNACK FOODS, CORP. | ATTN: DENNIS MORE, 6000 CENTRAL HIGHWAY, PENNSAUKEN, NJ 08110 |
| LIGHTMAN DRUM COMPANY SUPERFUND SITE PRP | GROUP - C/O ROBERT A. GLADSTONE, ESQ., SZAFERMAN LAKIND, 101 GROVERS MILL ROAD, SUITE 200, LAWRENCEVILLE, NJ 08648 |
| MARIANNI'S SONS, INC | C/O SHARON BLOCK, ESQ., MICHELMAN & BRICKER, 811 CHURCH ROAD, SUITE 117A, CHERRY HILL, NJ 08002 |
| MEADOWBROOK FOOD CENTER | ATTN: ROBERT DIPASCALE, 3012 UNION AVENUE, PENNSAUKEN, NJ 08109 |
| NAVISTAR, INC. (FKA INT'L TRUCK & ENGINE | SCOTT KOBIL C/O INTL TRUCK & ENGINE CORP, LATHAM & WATKINS LLP, ONE NEWARK CENTER, 16TH FLOOR, NEWARK, NJ 07101-3174 |
| NAVISTAR, INC. (FKA INT'L TRUCK & ENGINE | ATTN: SCOTT KOBIL, LATHAM & WATKINS LLP, ONE NEWARK CENTER, 16TH FLOOR, NEWARK, NJ 07101-3174 |
| NAVISTAR, INC. (FKA INT'L TRUCK & ENGINE | CORP) - DAVID PIECH, INT'L TRUCK AND ENGINE CORPORATION, 4201 WINFIELD ROAD, WARRENVILLE, IL 60555 |
| NAVISTAR, INC. (FKA INT'L TRUCK & ENGINE | CORP) - ATTN: DAVID PIECH, INT'L TRUCK AND ENGINE CORPORATION, 4201 WINFIELD ROAD, WARRENVILLE, IL 60555 |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL | PROTECTION, BY PCFACC, C/O BROWN & CONNERY, J. GAREMORE ESQ., 6 NORTH BROAD STREET, SUITE 100, WOODBURY, NJ 08096 |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL | PROTECTION, BY PCFACC, ATTN: JOSEPH M. GAREMORE, ESQ., 6 NORTH BROAD STREET, SUITE 100, WOODBURY, NJ 08096 |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL | PROTECTION, BY PCFACC, C/O BROWN & CONNERY, J. GAREMORE, 6 NORTH BROAD STREET, SUITE 100, WOODBURY, NJ 08096 |
| NICHOLAS BROTHERS, INC. | C/O MICHAEL F. DEMARCO, ESQUIRE, KOCH & DEMARCO, LLP - SUITE 460, 101 GREENWOOD AVENUE, JENKINTOWN PLAZA, JENKINTOWN, PA 19046 |
| OFFICEMAX F/K/A BOISE-CASCADE CORP. | C/O ARCHER & GREINER, P.C., ONE CENTENNIAL SQUARE, ATTN: JAMES GRAZIANO, HADDONFIELD, NJ 08033 |

| Claim Name | Address Information |
|---|---|
| POLLUTION CONTROL FINANCING AUTHORITY OF | CAMDEN COUNTY-ATTN JOSEPH M GAREMORE ESQ,BROWN & CONNERY, LLP,6 NORTH BROAD STREET, SUITE 100, WOODBURY, NJ 08096 |
| QUADRA GRAPHICS | ATTN: ROBERT CAMM,7120 AIRPORT HIGHWAY, PENNSAUKEN, NJ 08110 |
| QUAKER CITY FLEA MARKET | ATTN: JIM AIELLO,4762 TACONY STREET, PHILADELPHIA, PA 19137-1124 |
| QUAKER CITY FLEA MARKET | JIM AIELLO,4762 TACONY STREET, PHILADELPHIA, PA 19137-1124 |
| QUICK WAY, INC. | C/O KATHLEEN COLLINS, ESQ.,LITCHFIELD CAVO LLP,1800 CHAPEL AVENUE WEST, SUITE 360, CHERRY HILL, NJ 08002 |
| ROHM AND HAAS COMPANY | TYLER S. GRADEN, ESQ.,CONRAD O'BRIEN GELLMAN & ROHN,1515 MARKET ST. 16TH FLOOR, PHILADELPHIA, PA 19102-1916 |
| SL INDUSTRIES, INC. | C/O ROBYN F. POLLACK, ESQUIRE,SAUL EWING LLP - CENTRE SQUARE WEST,1500 MARKET STREET, 38TH FLOOR, PHILADELPHIA, PA 19102 |
| TWENTIETH CENTURY REFUSE REMOVAL CO.,INC | C/O MICHAEL F. DEMARCO, ESQUIRE,KOCH & DEMARCO, LLP - SUITE 460,101 GREENWOOD AVENUE, JENKINTOWN PLAZA, JENKINTOWN, PA 19046 |
| UNITED STATES | CHRISTOPHER J. CHRISTIE, US ATTORNEY,ANTHONY LABRUNA, ASST US ATTORNEY,US ATTORNEY'S OFFICE,970 BROAD STREET, SEVENTH FLOOR, NEWARK, NJ 07102 |
| UNITED STATES | DONALD G. FRANKEL, TRIAL ATTORNEY,ENVIRONMENTAL ENFORCEMENT SECTION,ONE GATEWAY CENTER, SUITE 616, NEWTON, MA 02458 |
| V. LESTER YURITCH COMPANY | ATTN: VICTOR YURITCH,811 CHURCH ROAD, CHERRY HILL, NJ 08003 |
| WARD SAND AND MATERIALS COMPANY, INC. | CAROL ROGERS COBB, ESQ.,GIANSANTE & COBB, LLC,23 E. MAIN STREET, MOORESTOWN, NJ 08057-3309 |
| WASTE MANAGEMENT OF NEW JERSEY, INC. | JAMES O'TOOLE, JR., ESQUIRE,BUCHANAN INGERSOLL & ROONEY PC,1835 MARKET STREET, 14TH FLOOR, PHILADELPHIA, PA 19103 |
| WEYERHAEUSER COMPANY | C/O ARCHER & GREINER, P.C.,ONE CENTENNIAL SQUARE,ATTN: JAMES GRAZIANO, HADDONFIELD, NJ 08033 |

**Total Creditor Count 42**