UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CASE NO. 08-14631 |
| Debtors. | : | (Jointly Administered) |
| | : | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 16, 2008, I caused to be served the following:

   a) "Joint Disclosure Statement for the Debtors' Third Amended Joint Plan of Reorganization," dated May 23, 2008, (the "Disclosure Statement"),

   b) "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization," dated May 23, 2008, (the "Plan"),

   c) "Notice of Hearing to Consider Confirmation of Debtors' Chapter 11 Plan of Reorganization," dated May 27, 2008, (the "Confirmation Hearing Notice"),

   d) Solicitation Materials Cover Letter from Shapes/Arch Holdings L.L.C., dated May 29, 2008, (the "Solicitation Letter"),

   e) "Ballot for Accepting or Rejecting the Plan of Reorganization for the Debtors" for Holders of Class 10 General Unsecured Claims, (the "Class 10 Ballot"),

   f) "Notice of Deadline to File Requests for Allowance of Administrative Expense Claims Incurred Between March 16, 2008 Through and Including June 15, 2008," dated May 23, 2008, (the "Administrative Claim Notice"),

   g) A blank "Request for Payment of Administrative Expense," form, a sample of which is attached hereto as Exhibit J, (the "Blank Expense Claim Form"),

    h) W-9 Request for Taxpayer Identification Number and Certification Form, (the "W-9 Form"),

    i) Ballot Return Envelope, (the "Return Envelope"),

by causing true and correct copies, to be delivered as follows:

    i) Class 10 Ballot, Return Envelope, Disclosure Statement, Plan, Confirmation Hearing Notice, Solicitation Letter, Administrative Claim Notice, Blank Expense Claim Form, W-9 Form, to be delivered by overnight mail to those parties listed on annexed <u>Exhibit A</u>,

    ii) Class 6 Ballot, Return Envelope, Disclosure Statement, Plan, Confirmation Hearing Notice, Solicitation Letter, Administrative Claim Notice, Blank Expense Claim Form, W-9 Form, to be delivered by overnight mail to the parties listed on annexed <u>Exhibit B</u>,

    4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*[signature]*
Regina Amporfro

Sworn to before me this
24th day of June, 2008

*[signature]*
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

**EXHIBIT A**

| CLAIMANT NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| CART-ALL EXPRESS | 43 PERDUE COURT | | | CALEDON | ON | L7C0G6 | CANADA |
| KRG LOGISTICS INC | 170 TRADERS BLVD. EAST | | | MISSISSAUGA | ON | L4Z 1W7 | CANADA |
| ALCAN ALUMINUM CORP. | BRIAN BULL, CREDIT MANAGER | ALCAN, INC. | 1188 SHERBROOKE STREET WEST | MONTREAL | QC | H3A 3G2 | CANADA |
| ANDREW'S INTERNATIONAL CO LTD | ROOM 1003, 96 CHUN-SHAN N. RD. | SEC. 2 | | TAIPEI | | | TAIWAN |
| CAN-ENG FURNACES INTERNATIONAL | ATTN: MARK W. CAMPBELL,DIRECT OF FINANCE | 6800 MONTROSE ROAD | | NIAGARA FALLS, ONTARIO | | L2E 6V5 | CANADA |
| CARLMAX PRODUCTS INC | 12F, NO. 294, SEC 1 | TUN HWA SOUTH ROAD | | TAIPEI | | | TAIWAN |
| CASTOOL TOOLING SYSTEMS | ATTN SIRI SUGIRTHALINGAM, CONTROLLER | 2 PARRATT ROAD | | UXBRIDGE | ON | L9P 1R1 | CANADA |
| CHAMP PROSPERITY ENT CO LTD | ROOM 34, 6TH FL, KUO-PIN BLDG | NO 2 CHENG KUNG ROAD | PO BOX 428 | TAINAN | | | TAIWAN |
| CHUNG HSIN ENTERPRISE LTD | NO. 16, SEC. 1 GUOR GUANG RD. | DAH LII | TAICHUNG COUNTY 412 | TAICHUNG | | | TAIWAN |
| CLAIR HOME PRODUCTS | 311-16 HONG-CHU VILLAGE | LU-CHU HSIANG | | TAO-YUAN | | | TAIWAN |
| COMBINATION DOOR WARE IND | NO. 79, LANE 36, TAN SHING ROAD | SEC 2, TANTZU, TAICHUNG 427 | | TAICHUNG | | 40099 | TAIWAN |
| COMPANHIA INDUSTRIAL FLUMINENSE | SAO JOAO DEL REI | ATTN: EDMUNDO ALVES SOUZA | | MINAS GERAIS | | | BRAZIL |
| DANIELI-BREDA EXTRUSION AND | FORGING PRESSES S.P.A. | VIALE FULVIO TESTI, 124 | | 20092 CINISELLO BALSAMO | | | |
| ELHAUS INDUSTRIEANLAGEN GMBH | RUDOLF-DIESEL-STR 1-3 | 78239 RIELASINGEN-WORBLINGEN | | | | | GERMANY |
| EVERSAFETY PRECISION INDUSTRY | (TIANJIN) CO LTD | LIAO HO BEI ROAD | HI-TECH PARK | TAICHUNG | | 300402 | CHINA |
| EVERTEK INDUSTRIES INC | SUITE C, 16F, 447, SEC. 3 | WEN-SHIN ROAD | | TAICHUNG | | | CHINA |
| FOSHAN HUGE ALUMINUM CO LTD | #8 WEST RD,GUANGLONG INDUST PARK | CHENCUN TOWN, SHUNDE, FOSHAN | | GUANGDONG PROVINCE | | | CHINA |
| FUEL'S | RR01 BOX 11835 | | | MANATI | PR | 00674 | |
| GAINSBOROUGH HARDWARE IND LTD | 190 WHITEHORSE ROAD | | | BLACK BURN, VICTORIA | | 3130 | AUSTRALIA |
| GEE BRIDGE INTERNATIONAL INC | 5TH FLOOR, NO. 46, LANE 80, | NAN-KING ROAD, SEC. 3, | | TAIPEI | | | TAIWAN |
| GENIUS PRODUCT CO., LTD. | ATTN LEUNG CHUN KAU, DIRECTOR | ROOM 1501-3 15/FL METRO CENTRE 1 | 32 LAM HING STREET | KOWLOON BAY, KOWLOON | | | HONG KONG |
| GOODWIN IMPORT AND EXPORT | CO LTD OF ZHONGSHAN | 3/F NO 86 BLDG, SHUN JING GARDEN | | ZHONGSHAN GD | | | CHINA |
| GRAFCO | 20 REGINA ROAD | | | WOODBRIDGE | ON | L4L 8L6 | CANADA |
| GUANG ZHOU SHUN MING HARDWARE | YUANGANG VILLAGE, SAN JIANG | SHITAN TOWN, ZENGCHENG CITY | | GUANGDONG PROVINCE | | | CHINA |
| GUANGZHOU WELOON METALWORK | SHASHUI INDUSTRIAL DISTRICT | SONGGANG, NANHAI | | FOSHAN | | | CHINA |
| HAINING ANJIE LOCKS CO LTD | 88 XIUCHUAN E, | ROAD CHANGGAN TOWN HANNING | | ZHEJIANG | | | CHINA |
| HANGZHOU GREAT STAR TOOLS CO | NO. 35 JIU HUAN RD | JIUBAO TOWN, HANGZHOU | | HANGZHOU | | 310019 | CHINA |
| HANLIX INT'L CO LTD | 533 CHUNG SHAN ROAD, SHALU | | | TAICHUNG HSIEN | | | TAIWAN |
| HARWELL INDUSTRIES LTD | PO BOX 267 | NO 157, LANE 175, GWO-SHENG RD | | CHANGHUA | | | TAIWAN |
| HENG HING METAL FACTORY LTD | HENG HING METAL FACTORY LTD | RM 515,5/F,VANTA INDUSTRIAL CENTRE, | 21-33 TAI LIN PAI ROAD | KWAI CHUNG | | | CHINA |
| INNER MONGOLIA ACME | HARDWARE CO LTD | ROOM 1-4302, FANG TING GARDEN | NO 535 DONG FENG ROAD | HOHHOT | | | CHINA |
| JASON HARDWARE CO., LTD | ATTN JASON WANG, CEO | LI-DE INDUSTRIAL ESTATE LIANXIA, | CHENGHAI DISTRICT, SHAN TOU CITY | GUANG DONG PROVINCE | | 515834 | CHINA |
| JETSTAR CO LTD | 16F, NO401, SEC 1, CHUNG SHAN ROAD | | | CHANG HUA CITY | | | TAIWAN |
| JIAXIN YINMAO INTL TRADING CO | NO. 562 HONGXING ROAD | | | JIAXING | | 314001 | CHINA |
| KAMBO SECURITY PRODUCTS | UNIT 01-02, 5-FL. | | | KWAI CHUNG, N.T. | | | CHINA |
| KAM WAH METALWARE MAUFACTURING, LIMITED | B5, 11F., HONG KONG INDUSTRIAL CENTRE | 489-491 CASTLE PEAK ROAD | | KOWLOON | | | HONG KONG |
| KINSUN INTERNATIONAL | TRADE CO LTD | A-1203, NO 129, XINHUA RD | | WUHAN | | | CHINA |
| LARSEN & SHAW LIMITED | 575 DURHAM ST WEST | PO BOX 1420 | | WALKERTON | ON | N0G 2V0 | CANADA |
| L C INDUSTRIAL (HONG KONG) LTD | ROOM 1209 KWONG SANG HONG CTR | 12/F 151 HOI BUN RD KWUM TONG | | KOWLOON | | | CHINA |
| LEE'S GROUP HOLDINGS CO. LTD. | NANHAI FOSHAN | XING XIAN RD,M DALI TOWN | 9-15, KWAI CHEONG ROAD | KWAI CHUNG, N.T. | | | CHINA |
| LONDON & SCANDINAVIAN METALLURGICAL CO. | BLK A, 6/F | 6F, GUANGFA MANSION | ROTHERHAM | SOUTH YORKSHIRE | | S60 1DL | ENGLAND |
| LOXON LOCK CO | LTD. / ATTN DIE BEARE, FINANCIAL DIR. | 25050 RODENGO SAIANO BS | FULLERTON ROAD | TAIPEI | | 10074 | TAIWAN |
| MACOWARE COMPANY LIMITED | 6F,NO.76 SEC.1, ROOSEVELT RD | VIA STACCA, 2 | | | | | ITALY |
| MARX GMBH & CO. KG | ROOM 1410, 14/F., | WORLD WIDE INDUSTRIAL CENTRE | 43-47 SHAN MEI STREET, FO TAN | SHATIN, NT | | | CHINA |
| MATALCO INC. | 58638 ISERLOHN | | | LILIENTHALSTR 6-13 | | | GERMANY |
| METALALL CO LTD | 850 INTERMODAL DRIVE | | | BRAMPTON | ON | L6T 0B5 | CANADA |
| METAL KOTING | 6F-4, NO. 186, SEC. 2 | MEI-TSUN ROAD | | TAICHUNG | | | TAIWAN |
| MIRILLAS OPTICAS, S.L. | 1430 MARTIN GROVE ROAD | | | REXDALE | ON | M9W 4Y1 | CANADA |
| NANHAI KAILI HDW PROD CO LTD | ATTN JOSE M PEDRET, ADMINISTRATOR | ATTN: TONY FARRUGIA | | PARETS DEL VALLES | | 08150 | BARCELONA, SPAIN |
| NEW HOCHA ALUMINUM IND CO LTD | SHUNXING RD, HEGUI INDUSTRY CITY | CUARTEL DE LEVANTE, 7 | | GUANGDONG | | 528241 | CHINA |
| NINGBO JINTIAN IMPORT | NANHAI FOSHAN | HESHUN, NANHAI | NANHAI CITY, 321 NATIONAL RD | GUANGDONG | | 528231 | CHINA |
| OMAV S.P.A. | & EXPORT CO LTD | JINSHANWEI | 473 LINGQIAO RD | NINGBO | | 315000 | CHINA |
| PERFECT TRADE DEVELOPMENT CO | DBA FLATWORLD SOLUTIONS INC | LEIJU TOWN | | | | | ITALY |
| ROYALPLAST DOOR SYSTEMS INC. | 55-10 BEEN CHOU ROAD | #210 5A CROSS, | NO. 83 ZHONG HE BEI ROAD | HANGZHOU | | | CHINA |
| SHANGHAI ELECTRIC INTL | NO 168 BALDI ROAD, NANKAI DISTRICT | KANGSHAN | NO 268 ZHONGSHAN ROAD(S) | WOODBRIDGE | ON | L4L 3A2 | CANADA |
| SHANGHAI HOUSING PROD CO LTD | RM 101, NO 19, INGXIANG YUAN, | SHANGHAI RESOURCE PLAZA | ZHOUPU TOWN, PUDONG, | SHANGHAI | | 200010 | CHINA |
| SHANGHAI JINWEI HARDWARE WORKS | WEST XIMENTOWN | LANE 501, NIANJIABANG ROAD | | SHANGHAI | | | CHINA |
| SHUNDE HUATAI METAL GOODS | NO. 1 HEAN INDUSTRY ROAD | | SHUNDE CITY | GUANGDONG | | | CHINA |
| STYLUS SYSTEMS INC | | 3RD BLOCK, HRBR LAYOUT | | BANGALORE | | 560043 | INDIA |
| TAIWAN FU HSING IND CO LTD | ROOM A, 7/12F., | MAO TAI CENTURY TOWER | | KAOHSIUNG HSIEN | | | TAIWAN |
| TIANJIN ZONGHENG IND&TRADE CO | 5770 HIGHWAY #7 WEST | | | TIANJIN | | | CHINA |
| TOKING HARDWARE INDUSTRIAL CO LTD | F6, TOWER 1, | | | KL | | | HONG KONG |
| TRADUCTA INC | UNIT 503 5/F SILVERCORP TOWER | 30 CANTON ROAD TSIM SHA TSUI | | ST-BASILE-LE-GRAND | QC | J3N 1L1 | CANADA |
| TRANS-LINK HARDWARE CO LTD | 35, CHEMIN BELLA VISTA | SEC. 4 | | TAICHUNG | | | TAIWAN |
| T.Y. MANUFACTURING I/E CO. LIMITED | FL 14-2, NO. 637 WEN SHIN RD. | LUCIDA INDUSTRIAL BUILDING, | 43-47 WANG LUNG STREET | TSUEN WAN | | | HONG KONG |
| YONG AN PRINTING CO LTD | ROOM 3, 24/FLOOR | CHEN YONG INDUSTRIAL PARK | PAN YU, GUANGZHOU | GUANGZHOU | | | CHINA |
| YONGFENG ALUMINUM CO LTD | JING YE STREET | NANHAI FOSHAN CITY | | GUANGDONG | | | CHINA |
| | XIEBIAN INDUSTRIAL AREAL, DALI TOWN | | | | | | |

| Company | Address 1 | Address 2 | City/Region | Postal | Country |
|---|---|---|---|---|---|
| YUHUA AUTOMOBILE SPARE PARTS MANUFACTURING CO LTD | NO 3 ZHENGDA ROAD | HAIBEI INDUSTRIAL, HAIAN | RUIAN | | CHINA |
| YUYAO HOLY METAL CO LTD | INDUSTRY A BOROUGH | HUANG JIABU TOWN | YUYAO | | CHINA |
| YUYAO MUNICIPAL COMMERCIAL FOREIGN TRADE CO LTD | NO 57 YANGMING EAST ROAD | | YUYAO | | CHINA |
| ZHEJIANG METALS & MINERALS I/E | 102 FENGQI ROAD | | HANGZHOU | | CHINA |
| ZHEJIANG ZITIC IMPORT & EXPORT | ROOM H, 21/F., TOWER A, | INTERNATIONAL GARDEN | HANGZHOU | | CHINA |
| ZHONGMEI PLASTIC & HARDWARE | #8 ZHONGHUO RD, WUXI IND. PARK | ZHULIAO, ZHONGLUOTON TOWN | BAIYUN DISTRICT | 510450 | CHINA |
| ZHONGSHAN GO TIN HARDWARE LTD | 1, TAIFENG NO.2 ROAD, | XIAOLAN INDUSTRIES DISTRICT | GUANGZHOU GUANGDONG | 528415 | CHINA |
| ZHONGSHAN HUA FENG LOCK | YONGNING DEVELOPING AREA | XIAOLAN, ZHONGSHAN | XIAO LAN TAOWN, ZHONGSHAN CITY GUANGDONG | 528415 | CHINA |

**EXHIBIT B**

| CLAIMANT NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| GRAFCO | 20 REGINA ROAD | | | WOODBRIDGE | ON | L4L8L6 | CANADA |
| METAL KOTING | 1430 MARTIN GROVE RD | | | REXDALE | ON | M9W4Y1 | CANADA |