**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

---

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et | : |
| al., | CHAPTER 11 |
| | : |
| Debtors. | CASE NO. 08-14631 |
| | : (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION OF PUBLICATION NOTICE

STATE OF NEW JERSEY   :
                                      : ss.
COUNTY OF CAMDEN    :

JERROLD N. POSLUSNY, JR. of full age, being duly sworn according to law, upon his

oath, deposes and says:

1.      I am a member of the firm of Cozen O'Connor, which firm is attorneys for the

Debtors in the above-captioned matter.

2.      Pursuant to the Order Approving Joint Disclosure Statement for the Third

Amended Joint Plan of Reorganization, entered on May 23, 2008, I caused publication of the

Publication Notice to be made in The Courier-Post, The Philadelphia Inquirer and The Wall

Street Journal (Global Circulation) on June 2, 2008, June 3, 2008, and June 3, 2008, respectively.

3.    A copy of the Affidavits of Publication executed by the agents of <u>The Courier-Post</u>, <u>The Philadelphia Inquirer</u> and <u>The Wall Street Journal</u>, together with the format of the published notices, are annexed hereto as <u>Exhibit "A"</u>.

*/s/ Jerrold N. Poslusny, Jr.*
Jerrold N. Poslusny, Jr.

Sworn and subscribed to
before me this 24th day
of June, 2008.

/s/ Debbie Reyes
Debbie Reyes
Notary Public of New Jersey
My Commission Expires August 5, 2009

2

**Legal Notices**     **2010**

Please take notice that on May 23, 2008, the Bankruptcy Court for the District of New Jersey (the "Court") entered an Order (the "Solicitation Order") in the Chapter 11 bankruptcy cases of Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C. (collectively, the "Debtors") Case No. 08-14631 (Jointly Administered), approving the Joint Disclosure Statement for the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as may be amended, the "Disclosure Statement") in support of Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as may be amended, the "Plan"). All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or the Solicitation Order.

The Solicitation Order established June 27, 2008, at 4:00 p.m. (Eastern Time) as the deadline for voting to accept or reject the Plan unless such time is extended. Objections to the Plan must comply with the Solicitation Order and be filed by June 30, 2008, at 4:00 p.m. (Eastern Time). The Confirmation Hearing will be held on July 8, 2008 at 10:00 a.m. (Eastern Time), convened at the United States Bankruptcy Court for the District of New Jersey, 400 Cooper Street, Fourth Floor, Camden, NJ 08101.

Any party in interest wishing to obtain copies of the Disclosure Statement, the Plan, the Solicitation Order or other information about the solicitation procedures may request such information by visiting www.epiqsystems. com or by contacting the Voting Agent by: (i) first class mail addressed to Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5112, New York, New York 10150-5112; (ii) personal delivery or overnight courier to Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; or (iii) telephone: (646) 282-2500.

10314038          ($38.22)

STATE OF NEW JERSEY     §
CAMDEN COUNTY

## CHARLES PIPES

of full age, being duly sworn, according to law, says that he/she is bookkeeper of the

## COURIER-POST

and that a Notice, of which the annexed is a true copy, was published daily in the *Courier-Post*, a newspaper printed and published daily in the county of Camden, Burlington and Gloucester, State of New Jersey, once a <u>2nd</u> day of <u>June</u> A.D. 2008

Sworn and subscribed before me    2ND
this

day of    June          A.D. 2008

_____
                            *Notary Public*

BRANDON R. HAWKINS
Notary Public
State of New Jersey
My Commission Expires May 11, 2012

CPAffidavitform.doc

## Proof of Publication in The Philadelphia Inquirer
### Under Act. No 160, P.L. 877, July 9, 1976

STATE OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

**Copy of Notice of Publication**

Anna Dickerson being duly sworn, deposes and says
that **The Philadelphia Inquirer** is a daily newspaper published
at Broad and Callowhill Streets, Philadelphia County,
Pennsylvania, which was established in the year 1829, since
which date said daily newspaper has been regularly published
and distributed in said County, and that a copy of the printed
notice of publication is attached hereto exactly as the same
was printed and published in the all editions and issues of
said daily newspaper on the following dates:

June 3, 2008

Affiant further deposes and says that she is an employee
of the publisher of said newspaper and has been authorized
to verify the foregoing statement and that she is not interested
in the subject matter of the aforesaid notice of publication, and
that all allegations in the foregoing statement as to time, place
and character of publication are true.

Please take notice that on May 23, 2008, the Bankruptcy Court for the District of New Jersey (the "Court") entered an Order (the "Solicitation Order") in the Chapter 11 bankruptcy cases of Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C. (collectively, the "Debtors") Case No. 08-14631 (Jointly Administered), approving the Joint Disclosure Statement for the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as may be amended, the "Disclosure Statement") in support of Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as may be amended, the "Plan"). All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or the Solicitation Order.

The Solicitation Order established June 27, 2008, at 4:00 p.m. (Eastern Time) as the deadline for voting to accept or reject the Plan unless such time is extended. Objections to the Plan must comply with the Solicitation Order and be filed by June 30, 2008, at 4:00 p.m. (Eastern Time). The Confirmation Hearing will be held on July 8, 2008 at 10:00 a.m. (Eastern Time), convened at the United States Bankruptcy Court for the District of New Jersey, 400 Cooper Street, Fourth Floor, Camden, NJ 08101.

Any party in interest wishing to obtain copies of the Disclosure Statement, the Plan, the Solicitation Order or other information about the solicitation procedures may request such information by visiting www.epiqsystems.com or by contacting the Voting Agent by: (i) first class mail addressed to Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5112, New York, New York 10150-5112; (ii) personal delivery or overnight courier to Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; or (iii) telephone: (646) 282-2500.

*Anna Dickerson*

Sworn to and subscribed before me this 3rd day of
June, 2008

*Mary Anne Logan*
Notary Public

My Commission Expires:

NOTARIAL SEAL
Mary Anne Logan, Notary Public
City of Philadelphia, Phila. County
My Commission Expires 3/30/2009

STATE OF TEXAS                    )
                                 )   ss:
CITY AND COUNTY OF DALLAS)

I, <u>Michael Swaim</u>, being duly sworn, depose and say that I am the Advertising Clerk of

the Publisher of <u>THE WALL STREET JOURNAL</u> (Global), a daily national newspaper

published and of general circulation in The United States of America, Asia, Europe and

that the attached advertisement has been published in <u>THE WALL STREET JOURNAL</u>

(Global) for <u>one</u> insertion(s) on the following date(s): <u>6/3/2008</u>; advertiser Shapes/Arch

Holdings LLC and that the foregoing statements are true and correct to the best of my

knowledge, information, and belief.

# LEGAL NOTICES

EE MW SW WE

## BANKRUPTCIES

Please take notice that on May 23, 2008, the Bankruptcy Court for the District of New Jersey (the "Court") entered an Order (the "Solicitation Order") in the Chapter 11 bankruptcy cases of Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C. (collectively, the "Debtors") Case No. 08-14631 (Jointly Administered), approving the Joint Disclosure Statement for the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as may be amended, the "Disclosure Statement") in support of Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (as may be amended, the "Plan"). All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or the Solicitation Order.

The Solicitation Order established June 27, 2008, at 4:00 p.m. (Eastern Time) as the deadline for voting to accept or reject the Plan unless such time is extended. Objections to the Plan must comply with the Solicitation Order and be filed by June 30, 2008, at 4:00 p.m. (Eastern Time). The Confirmation Hearing will be held on July 8, 2008 at 10:00 a.m. (Eastern Time), convened at the United States Bankruptcy Court for the District of New Jersey, 400 Cooper Street, Fourth Floor, Camden, NJ 08101.

Any party in interest wishing to obtain copies of the Disclosure Statement, the Plan, the Solicitation Order or other information about the solicitation procedures may request such information by visiting www.epiqsystems.com or by contacting the Voting Agent by: (i) first class mail addressed to Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5112, New York, New York 10150-5112; (ii) personal delivery or overnight courier to Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; or (iii) telephone: (646) 282-2500.

Sworn to before me this

13th day of June 2008

_____
Notary Public



ERIN N. MCBRAYER
Notary Public, State of Texas
My Commission Expires
May 18, 2011