DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
Attorneys for Nationwide Industries, Inc.
A. Dennis Terrell (DT 8331)
Michael J. Reynolds (MR 2185)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Case No. 08-14631 (GMB) |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS AND OTHER DOCUMENTS**

To:   James J. Waldron, Clerk
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, NJ 08101

TO:   ALL PARTIES ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE,** that Drinker Biddle & Reath LLP, attorneys for the Nationwide Industries, Inc. ("Nationwide"), a party-in-interest in the above referenced case hereby enters an appearance for and on behalf of Nationwide.

**PLEASE TAKE FURTHER NOTICE,** that request is hereby made pursuant to Federal Rules of Bankruptcy Procedure 2002, 3007, 3017, 9007 and 9010, and Bankruptcy Code

§1109(b), that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served upon the following parties:

> A. Dennis Terrell, Esq.
> DRINKER BIDDLE & REATH LLP
> 500 Campus Drive
> Florham Park, New Jersey 07932-1047
> (973) 360-1100 (telephone)
> (973) 360-9831 (fax)
> Email: dennis.terrell@dbr.com
>
> Michael J. Reynolds, Esq.
> DRINKER BIDDLE & REATH LLP
> 500 Campus Drive
> Florham Park, New Jersey 07932-1047
> (973) 360-1100 (telephone)
> (973) 360-9831 (fax)
> Email: michael.reynolds@dbr.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax or otherwise, which may affect or seek to affect in any way, Shapes/Arch Holdings L.L.C., et al. ("the Debtors"), the Debtors' estates, claims against or interests in the Debtors, or other rights or interests of creditors of the Debtors or other parties in interest in this case.

**PLEASE TAKE FURTHER NOTICE,** that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in this case.

**PLEASE TAKE FURTHER NOTICE,** that neither this Notice of Appearance or any prior or later appearance, pleading, claim, or suit shall waive any right of Nationwide: (1) to have

-2-

final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any other case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all or which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

## **NOTICE**

A copy of this Notice has been served by first class mail upon (a) Mark E. Felger, Esq. and Jerrold N. Poslusny, Jr., Cozen O'Connor, attorneys for the Debtors; (b) the Office of the United States Trustee for this Region; and (c) all parties listed on the attached Service List. Notice has also been served electronically on all persons who have entered notices of appearances in this case and are receiving electronic notice via the Court's ECF/ECM System. In light of the nature of this pleading, Nationwide submits that no other or further notice is required.

                                          DRINKER BIDDLE & REATH LLP
                                        A Delaware Limited Liability Partnership
                                        500 Campus Drive
                                        Florham Park, New Jersey 07932-1047
                                        (973) 360-1100
                                        Attorneys for Nationwide Industries, Inc.

                                        By: /s/ A. Dennis Terrell
                                                  A. Dennis Terrell

                                        By: /s/ Michael J. Reynolds
                                                  Michael J. Reynolds

Dated: June 26, 2008
       Florham Park, New Jersey

## **CERTIFICATE OF MAILING**

I hereby certify on this 26th day of June, 2008, I served a true copy of the Notice of Appearance and Request for Service of Papers and Other Documents upon the United States Trustee for the Region, and all parties on the attached service list by first class mail, postage pre-paid.

By: /s/ Michael J. Reynolds
      Michael J. Reynolds

Dated: June 26, 2008
      Florham Park, New Jersey

SERVICE LIST
In re: Shapes/Arch Holdings L.L.C., et al.

| | |
|---|---|
| Robert Lapowsky, Esq.<br>John C. Kilgannon, Esq.<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103 | American Express Travel Related Services Inc. Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Donald F. Macmaster, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Cheryl L. Cooper, Esq.<br>Holston, MacDonald, et al.<br>66 Euclid Street<br>PO Box 358<br>Woodbury, NJ 08096 |
| Brian Bull<br>Alcan<br>1188 Sherbrooke Street West<br>Montreal, Quebec<br>H3A 3G2<br>Canada | Robyn F. Pollack, Esq.<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 |
| Richard A. Kellner<br>Rusal America Corp.<br>550 Mamaroneck Ave.<br>Harrison, NY 10528 | Kelly A. Krail, Esq.<br>Kathleen J. Collins, Esq.<br>Litchfield Cavo<br>1800 Chapel Ave. West, Suite 360<br>Cherry Hill, NJ 08002 |
| Alan D. Halperin, Esq.<br>Donna Lieberman, Esq.<br>Debra J. Cohen, Esq.<br>Walter Benzija, Esq.<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue-9th Floor<br>New York, NY 10022-3301 | Sam Della Fera, Jr., Esq.<br>Trenk, DiPasquale, et al.<br>347 Mt. Pleasant Ave., Suite 300<br>West Orange, NJ 07052 |
| Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Alan P. Fox, Esq.<br>William G. Wright<br>Capehart & Scatchard, P.A.<br>Laurel Corporate Center-Suite 300 S<br>8000 Midlantic Drive<br>Mount Laurel, NJ 08054 |

| | |
|---|---|
| Joel Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998 | Carol Rogers Cobb, Esq.<br>Giansante & Cobb, LLC<br>23 E. Main Street<br>Moorestown, NJ 08057-3309 |
| Lawrence Flick, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174 | William G. Wright, Esq.<br>Farr, Burke, Gambacorta & Wright, P.C.<br>1000 Atrium Way, Suite 401<br>PO Box 669<br>Mt. Laurel, NJ 08054 |
| Paul A. Patterson, Esq.<br>Michael Cordone, Esq.<br>Mark J. Dorval, Esq.<br>Stradley Ronon<br>2600 One Commerce Square<br>Philadelphia, PA 19103 | Ira Deiches, Esq.<br>Deiches & Ferschmann<br>25 Wilkins Ave.<br>Haddonfield, NJ 08033 |
| Louis T. DeLucia, Esq.<br>Alan J. Brody, Esq.<br>Alyson M. Fiedler, Esq.<br>Greenberg Traurig, LLP<br>200 Park Ave.<br>Florham Park, NJ 07932 | R. Matthew Pettigrew, Jr., Esq.<br>Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107 |
| Nancy A. Mitchell, Esq.<br>Greenberg Traurig, LLP<br>Metlife Building<br>200 Park Ave.<br>New York, NY 10016 | Richard McNeill, Esq.<br>McNeill & Walker<br>230 South Broad Street<br>Suite 700<br>Philadelphia, PA 19102 |
| Diane E. Vuocolo, Esq.<br>Greenberg Traurig, LLP<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA 19103 | Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-4708 |
| Jennifer M. Davies, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053 | Internal Revenue Service (IRS)<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

| | |
|---|---|
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | New Jersey Attorney General's<br>Office Division of Law<br>Attn: Tracy Richardson<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 |
| Glencore Ltd<br>Attn: Elitsa Golab<br>301 Tresser Blvd.<br>Stamford, CT 06901 | Commonwealth of Pennsylvania<br>State Office Building<br>1400 Spring Garden Street, Room 201<br>Philadelphia, PA 19130 |
| John R. Morton, Jr. Esq.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | Timothy A. Bortz<br>UC Tax Agent/Bankruptcy Representative<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street-Room 203<br>Reading, PA 19602-1184 |
| Robert M. Marshall, Esq.<br>Marshall & Quentzel, L.L.C.<br>155 Willowbrook Boulevard<br>Wayne, NJ 07470 | U.S. Environmental Protection Agency<br>Region 2<br>290 Broadway, 17th Floor<br>New York, NY 10007-1866 |
| Joe M. Lozano, Jr., Esq.<br>Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | New Jersey Department of Environmental Protection<br>Attorney General of New Jersey<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625 |
| Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzbug & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102 | Securities and Exchange Commission<br>Philadelphia District Office<br>The Mellon Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1532 |
| David W. Phillips, Esq.<br>Todd M. Galante, Esq.<br>Jeffrey M. Zalkin, Esq.<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, NJ 07105-2249 | Joseph M. Garemore, Esq.<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |
| Emmanuel J. Argentieri, Esq.<br>Parker McCay<br>PO Box 974<br>Marlton, NJ 08053 | Bruce D. Buechler, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |

| | |
|---|---|
| Donald Goodfriend Frankel<br>US Department of Justice<br>Environmental Enforcement Section<br>One Gateway Center, Suite 616<br>Newton, MA 02458 | Tyler S. Graden<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102 |
| Suzanne M. Klar<br>PSE&G Service Corp<br>80 Park Plaza<br>Newark, NJ 07101 | Sherry D. Lowe, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Boulevard, Suite 200<br>Trevose, PA 19053 |
| Jerrod N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 | Barry C. Reed, Jr., Esq.<br>Reed & Giordano<br>101 Tremont Street, Suite 900<br>Boston, MA 02108 |
| Joseph L. Schwartz, Esq.<br>Riker, Danig, SCherre, Hyland, Perretti<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07960 | Michael Stafford, Esq.<br>Nord & DeMaio<br>190 State Highway 18<br>East Brunswick, NJ 08816 |
| John J. Winter, Esq.<br>The Chartwell Law Offices, LLP<br>2624 Van Buren Avenue<br>Norristown, PA 19403 | Mark E. Fleger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, DE 19801 |
| Shawn M. Christianson, Esq.<br>Buchalter Nemer, PC<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| John Sullivan, Esq.<br>Post & Schell PC<br>1600 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 | Mark D. Plevin, Esq.<br>Kelly R. Cusick, Esq.<br>Crowell & Morning LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2595 |
| Jeanine D. Clark, Esq.<br>Margolis Edelstein<br>216 Haddon Avenue<br>PO Box 9222<br>Westmont, NJ 08101 | Melissa A. Penna, Esq.<br>Norris, McLaughlin & Marcus<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876-1018 |

FP01/ 3165864.1