DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
Attorneys for Nationwide Industries, Inc.
A. Dennis Terrell (DT 8331)
Michael J. Reynolds (MR 2185)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>SHAPES/ARCH HOLDINGS, LLC, et al.,<br><br><br><br>Debtor. | (Hon. Gloria M. Burns)<br><br>Chapter 11<br><br>Case No. 08-14631 (GMB) |

**SUPPLEMENTAL VERIFIED STATEMENT OF DRINKER BIDDLE & REATH LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Drinker Biddle & Reath LLP ("DBR") submits this supplemental verified statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure, and respectfully represents:

1. DBR currently represents the following parties in interest (collectively, the "Listed Parties") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"):

    (a)  Sears Holding Management Corporation, in its capacity as creditor in these chapter 11 cases;

    (b)  Georgia-Pacific Corp, in its capacity as creditor in these chapter 11 cases;

    (c)  The Glidden Co., in its capacity as creditor in these chapter 11 cases;

  (d)  Avery Dennison, in its capacity as creditor in these chapter 11 cases;

  (e)  Borden Foods, in its capacity as creditor in these chapter 11 cases;

  (f)  Crowley Corp., in its capacity as creditor in these chapter 11 cases;

  (g)  Garrett-Buchanan, in its capacity as creditor in these chapter 11 cases;

  (h)  Southeastern Pennsylvania Transportation Authority, in its capacity as creditor in these chapter 11 cases;

  (i)  PPL EnergyPlus LLC, in its capacity as creditor in these chapter 11 cases;

  (j)  Henkel Corporation, in its capacity as creditor in these chapter 11 cases;

  (j)  Union Carbide Corporation, in its capacity as creditor in these chapter 11 cases; and

  (l)  Nationwide Industries, Inc., in its capacity as creditor in these chapter 11 cases.

  2.  DBR does not presently own, nor has it previously owned, any claims against, or interests in, the Debtors.

  3.  Contemporaneously with the filing of this supplemental verified statement, DBR has served a copy of same by CM/ECF upon (a) the United States Trustee, (b) counsel to the Debtors, and (c) all parties that have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

  4.  The undersigned certifies that this verified statement is true and accurate, to the best of his knowledge, information, and belief. DBR reserves the right to revise, supplement and/or amend this verified statement as may be appropriate or necessary.

                    DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
Attorneys for Nationwide Industries, Inc.

By: /s/ Michael J. Reynolds
      Michael J. Reynolds

Dated: June 26, 2008
Florham Park, New Jersey

FP01/ 3166074.1

3