# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re: **SHAPES/ARCH HOLDINGS LLC, ET AL.**
Case No. **08-14631**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>Name of Transferee | **KGM PRECISION CORPORATION**<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent:<br><br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Claim# (if known): 725<br>Amount of Claim: **$4,682.00**<br>Date Claim Filed: 05/15/2008<br><br><br><br><br>Phone:_____<br>Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Michael Handler                Date: 6/26/2008
 Transferee/Transferee's Agent

*Penalty for making a false statement*. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

969345

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re: **SHAPES/ARCH HOLDINGS LLC, ET AL.**
Case No. **08-14631**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 725 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 6/26/2008.

| | |
|---|---|
| Liquidity Solutions Inc,<br>d/b/a Revenue Management<br>**Name of Transferee** | **KGM PRECISION CORPORATION**<br>**Name of Alleged Transferor** |
| Address of Transferee:<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 | Address of Alleged Transferor:<br>**KGM PRECISION CORPORATION**<br>**1875 ROUTE 206**<br>**SOUTHAMPTON, NJ 8088** |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                           **CLERK OF THE COURT**

**969345**

**TRANSFER NOTICE**

KGM PRECISION CORPORATION ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **SHAPES/ARCH HOLDINGS LLC, et al.** (the "Debtor"), in the aggregate amount of **$4,682.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of New Jersey, administered as Case No. 08-14631.

IN WITNESS WHEREOF, Assignor has signed below as of the 27 day of May, 2008

KGM PRECISION CORPORATION

_____
(Signature)
Kenneth G. Mikle President
(Print Name and Title)

_____
(Signature)
Pamela Mikle
(Print Name of Witness)

SHAPES/ARCH HOLDINGS LLC, et al.
KGM PRECISION CORPORATION



969345