United States Bankruptcy Court
For the District Of New Jersey

| | |
|---|---|
| SHAPES/ARCH HOLDINGS LLC, et al. | } Chapter 11 }  }  } } Case No. } 08-14631 |
| Debtor | } Amount **$1,144.75** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**GARDEN STATE DUST CONTROL**
**7007 ROUTE 38**
**PENNSAUKEN, NJ 8109**

The transfer of your claim as shown above in the amount of **$1,144.75** has been transferred to:

> Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

> By/s/Michael Handler
> Revenue Management
> (201) 968-0001

969314

**TRANSFER NOTICE**

GARDEN STATE DUST CONTROL ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **SHAPES/ARCH HOLDINGS LLC, et al.** (the "Debtor"), in the aggregate amount of **$1,144.75**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of New Jersey, administered as Case No. 08-14631.

IN WITNESS WHEREOF, Assignor has signed below as of the 22ND day of MAY, 2008

GARDEN STATE DUST CONTROL

_____
(Signature)

EDWARD J FERGUSON  PRESIDENT
(Print Name and Title)

_____
(Signature)

Scott Ferguson
(Print Name of Witness)

SHAPES/ARCH HOLDINGS LLC, et al.
GARDEN STATE DUST CONTROL


969314