United States Bankruptcy Court
For the District Of New Jersey

| | |
|---|---|
| SHAPES/ARCH HOLDINGS LLC, et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-14631 |
| <u>Debtor</u> | } **Amount $74,718.46** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**MARINE FASTENERS**
**120 MARITIME DRIVE**
**SANFORD, FL 32771**

The transfer of your claim as shown above in the amount of **$74,718.46** has been transferred to:

    Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    <u>By/s/Michael Handler</u>
    Revenue Management
    (201) 968-0001

969203

**TRANSFER NOTICE**

MARINE FASTENERS ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **SHAPES/ARCH HOLDINGS LLC, et al.** (the "Debtor"), in the aggregate amount of **$74,718.46** , representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of New Jersey, administered as Case No. 08-14631

IN WITNESS WHEREOF, Assignor has signed below as of the 22 day of May, 2008

MARINE FASTENERS

_Chris Van Doren_
(Signature)

_Chris Van Doren / CFO_
(Print Name and Title)

_Samantha Aston_
(Signature)

_Samantha Aston_
(Print Name of Witness)

SHAPES/ARCH HOLDINGS LLC, et al.
MARINE FASTENERS



969203