# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

<u>In re: **SHAPES/ARCH HOLDINGS LLC, ET AL.**</u>
<u>Case No. **08-14631**</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

<u>LIQUIDITY SOLUTIONS, INC</u>  
<u>DBA REVENUE MANAGEMENT</u>  
Name of Transferee

**<u>Wharton Hardware & Supply Corp &</u>**  
**<u>Wharton Contractors Equipment Corp</u>**  
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

| Claim No. | Amount | Date Filed |
|---|---|---|
| 64 | $5,086.28 | 4/7/2008 |
| 116 | $5,086.28 | 4/8/2008 |

LIQUIDITY SOLUTIONS, INC  
DBA REVENUE MANAGEMENT  
ONE UNIVERSITY PLAZA  
SUITE 312  
HACKENSACK, NJ 07601  
Phone:  
<u>(201) 968-0001</u>

Phone:_____  
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

<u>By:/s/Michael Handler</u>  
Transferee/Transferee's Agent

Date: 6/26/2008

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

**969466**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re: **SHAPES/ARCH HOLDINGS LLC, ET AL.**
Case No. **08-14631**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 64 & 116 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 6/26/2008.

| | |
|---|---|
| Liquidity Solutions Inc, d/b/a Revenue Management | **Wharton Hardware & Supply Corp & Wharton Contractors Equipment Corp** |
| **Name of Transferee** | **Name of Alleged Transferor** |
| Address of Transferee: One University Plaza Suite 312 Hackensack, NJ 07601 | Address of Alleged Transferor: **Wharton Hardware & Supply Corp & Wharton Contractors Equipment Corp** 7724 CRESCENT BLVD PENNSAUKEN, NJ 8110 |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                           **CLERK OF THE COURT**

969466

## TRANSFER NOTICE

WHARTON HARDWARE & SUPPLY CORP ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **SHAPES/ARCH HOLDINGS LLC, et al.** (the "Debtor"), in the aggregate amount of **$4,855.49**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of New Jersey, administered as Case No. 08-14631.

IN WITNESS WHEREOF, Assignor has signed below as of the 19th day of May, 2008

**WHARTON HARDWARE & SUPPLY CORP**

_____  
(Signature)

Christopher J. Dunn, Esq. /General Counsel  
(Print Name and Title)

_____  
(Signature)

Thomas Szmidt  
(Print Name of Witness)

SHAPES/ARCH HOLDINGS LLC, et al.  
WHARTON HARDWARE & SUPPLY CORP



969466