ANNE MILGRAM
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106


By:  Ramanjit K. Chawla (RKC 1181)
     Deputy Attorney General
     (609) 292-4966


UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SHAPRES/ARCH HOLDINGS L.L.C. et al., | ) | Case No.: 08-14631(GMB) |
| Debtors. | ) | Hearing Date: July 8, 2008 at 9:00 a.m. |

CERTIFICATE OF SERVICE


     Ramanjit K. Chawla hereby certifies and says:

     1.   I am employed as a Deputy Attorney General with the Department of Law and Public Safety, Division of Law.

     2.   I hereby certify that on June 27, 2008, an opposition to the Debtors Chapter 11 Plan, was filed electronically, and if the following are not registered participants for electronic notice, I caused a true copy to be served via U.S. mail:

          Honorable Gloria M. Burns, U.S.B.J.
          United States Bankruptcy Court
          District of New Jersey
          401 Market Street, P.O. Box 2067
          Camden, NJ 08101

Jerrold N. Poslusny, **Jr.**
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002


John C. Kilgannon
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, PA 19103


Donald F. MacMaster
Office of the United States Trustee
One Newark Ctr, Suite 2100
Newark, NJ 07102

Michael D. Sirota
Cole, Schotz, Meisel, Forman & Leonard
25 Main St.
Hackensack, NJ 07601


Donna H. Lieberman
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

Ilana Volkov
Cole, Schotz, Meisel, Forman & Leonard
25 Main St.
Hackensack, NJ 07601

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY


By: /s/ Ramanjit K. Chawla
Ramanjit K. Chawla
Deputy Attorney General


Dated: 6/27/08