| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>　　　　　　Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

**ORDER RECLASSIFYING THE TEAMSTERS LOCAL 837 PENSION PROOF OF CLAIM FROM ADMINISTRATIVE TO GENERAL UNSECURED AND DISALLOWING AND EXPUNGING DUPLICATIVE CLAIM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Reclassifying the Teamsters Local 837 Pension Proof of Claim from Administrative to General Unsecured and Disallowing and Expunging Duplicative Claim

---

Upon consideration of the above-captioned debtors' (the "Debtors") objection to the administrative claims of Teamsters Local 837 Pension Fund seeking reclassification as general unsecured claim and expungement of duplicative claim (the "Objection"),[1] any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1.   That the Objection is SUSTAINED.

2.   That the Local 837 Pension Plan's proof of claim identified as claim no. 774 on the claims register is reclassified as a general unsecured claim.

3.   That the Local 837 Pension Plan's duplicative proof of claim identified as claim no. 778 on the claims register is hereby disallowed and expunged from the claims register.

CHERRY_HILL\449052\1 220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.