Order Filed on
6/27/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>             Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

**ORDER SHORTENING TIME PERIOD FOR NOTICE AND SETTING HEARING**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: 6/27/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

---

Upon consideration of the application of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>")[1], for notice under Federal Rule Bankruptcy Procedure 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 for notice of hearing on the objection to administrative claims of Teamsters Local 837 Pension Fund seeking reclassification as general unsecured claim and expungement of duplicate proof of claim (the "<u>Objection</u>") is hereby shortened as set forth herein.

2. A hearing shall be conducted on the aforesaid Application on July 8, 2008, at 10:00 a.m. in the United States Bankruptcy Court, 400 Cooper Street, Camden, New Jersey 08101, Courtroom # 4C.

3. Notice of this Objection has been provided to: (a) counsel for CIT, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) counsel for the Teamsters Local 837 Pension Fund at the address specified on the Proof of Claim, and (e) all parties on the Master Service List.   In light of the nature of the relief requested herein, the Debtors submit that no further notice is necessary.

☐ fax,             ☒ overnight mail,
☒ email,           ☐ hand delivery,

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns June  27, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Shortening Time Period for Notice and Setting Hearing

---

    ☐    regular mail,

and within

    ☐    day(s) of the date hereof, or

    ☑    on the same date as the Order.

4. Any objections to said motion:

    ☑    shall be filed and served as to be received no later than <u>July 1, 2008 at 4:00 p.m.</u> or

    ☑    may be presented at the hearing.

5.   ☑    Court appearances will be required to prosecute said motion and any objections.

    ☐    Any objector may appear by telephone at the hearing.

    ☐    The hearing will be held by telephone conference call, to be arranged by the applicant.

WILMINGTON\79356\1  220718.000

*Approved by Judge Gloria M. Burns June 27, 2008*