DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932
(973) 360-1100
Attorneys for PPL Corporation
Andrew J. Flame (AF0551)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SHAPES/ARCH HOLDINGS LLC, et al., | ) | Case No. 08-14631 (GMB) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

### PPL ENERGYPLUS, LLC'S RESPONSE TO CURE AMOUNT
### PROPOSED ON SCHEDULE 8.1 TO DEBTORS' THIRD AMENDED PLAN

PPL EnergyPlus, LLC ("PPL"), by and through undersigned counsel, hereby responds to the cure amount asserted on Schedule 8.1 to Debtors' Third Amended Plan and state as follows:

1.      Prior to the commencement of the bankruptcy case, Shapes, LLC (a "Debtor") and PPL entered into that certain Electric Energy Purchase Agreement (as may have been amended from time to time, "Electric Agreement One") whereby, among other things, the Debtor agreed to buy electrical energy from PPL at agreed upon contractual rates. Further, on or about November 17, 2004, the Debtor and PPL entered into that certain Solar Electric Energy Purchase Agreement (as may have been amended from time to time, "Electric Agreement Two," and together with the Electric Agreement One, the "Agreements") whereby, among other things, the Debtor agreed to buy energy from PPL at agreed upon contractual rates. As of the Petition Date, no less than $646,936.95 was due PPL under the Agreements.

2. PPL timely filed proofs of claim with the Debtor's claims and noticing agent, asserting claims in the amount of $646,936.95 (the "Claims") against the Debtor. The Debtor and its claims and noticing agent possess true and correct copies of the Claims.

3. On or about June 23, 2008, the Debtors filed the Notice of Filing of Schedule 8.1 to Debtors' Third Amended Plan (the "Cure Notice"). The Cure Notice identifies the Agreements for assumption and lists a pre-petition date cure amount of $646,936.95 (the "Cure Amount"), which equates to the pre-petition receivable due and owing PPL. In addition to the requirement to set forth any pre-petition receivables, the Cure Notice states that to the extent additional amounts have come due since the commencement of the case, such amounts should be included in an objection to the Cure Notice.

4. Throughout the pendency of this case, PPL continues to supply the Debtors with energy in accordance with the terms of the Agreements. In the ordinary course, the Debtors make payments to PPL on account of their energy consumption. As of the date of this response, the Debtors have yet to remit $121,807.04, which is the approximate amount due and owing PPL on account of energy and services provided to the Debtors under the Agreements for the month of May 2008. In addition, the Debtors will owe additional amounts to PPL for energy supplied from June 1, 2008 through the effective date of assumption of the Agreements. While PPL expects that the Debtors will pay this amount and all future amounts accruing under the Agreements in the ordinary course, PPL files this response as a precautionary measure with respect to this and any outstanding receivables, to ensure that the Debtors pay on the effective date of assumption of the Agreements all pre and post-petition amounts owed PPL. PPL reserves all rights related to amounts owed or which may be owed in the future under the Agreements.

- 3 -

WHEREFORE, PPL requests that the Court condition assumption of the Agreements by requiring the Debtors to immediately cure all pre and post-petition amounts owed PPL.

Dated: June 30, 2008

                              /s/ Andrew J. Flame
                              Andrew J. Flame (AF0551)
                              DRINKER BIDDLE & REATH LLP
                              A Delaware Limited Liability Partnership
                              500 Campus Drive
                              Florham Park, New Jersey  07932
                              (973) 360-1100

                              Attorneys for PPL EnergyPlus, LLC

## CERTIFICATE OF SERVICE

I, Andrew J. Flame, hereby certify that on the date indicated below, I caused a true and correct copy of *PPL EnergyPlus, LLC'S Response to Cure Amount Proposed on Schedule 8.1 to Debtors' Third Amended Plan* to be served on the persons identified on the attached service list by U.S. Mail, postage pre-paid and via CM/ECF:

Dated: June 30, 2008

    /s/ Andrew J. Flame
    Andrew J. Flame (AF0551)
    DRINKER BIDDLE & REATH LLP
    A Delaware Limited Liability Partnership
    500 Campus Drive
    Florham Park, New Jersey 07932
    (973) 360-1100

    Attorneys for PPL EnergyPlus, LLC

## SERVICE LIST

| | |
|---|---|
| Robert Lapowsky, Esq.<br>John C. Kilgannon, Esq.<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103 | American Express Travel Related Services Inc. Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Donald F. Macmaster, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Cheryl L. Cooper, Esq.<br>Holston, MacDonald, et al.<br>66 Euclid Street<br>PO Box 358<br>Woodbury, NJ 08096 |
| Brian Bull<br>Alcan<br>1188 Sherbrooke Street West<br>Montreal, Quebec<br>H3A 3G2<br>Canada | Robyn F. Pollack, Esq.<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 |
| Richard A. Kellner<br>Rusal America Corp.<br>550 Mamaroneck Ave.<br>Harrison, NY 10528 | Kelly A. Krail, Esq.<br>Kathleen J. Collins, Esq.<br>Litchfield Cavo<br>1800 Chapel Ave. West, Suite 360<br>Cherry Hill, NJ 08002 |
| Alan D. Halperin, Esq.<br>Donna Liebernman, Esq.<br>Debra J. Cohen, Esq.<br>Walter Benzija, Esq.<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue-9th Floor<br>New York, NY 10022-3301 | Sam Della Fera, Jr., Esq.<br>Trenk, DiPasquale, et al.<br>347 Mt. Pleasant Ave., Suite 300<br>West Orange, NJ 07052 |
| Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Alan P. Fox, Esq.<br>William G. Wright<br>Capehart & Scatchard, P.A.<br>Laurel Corporate Center-Suite 300 S<br>8000 Midlantic Drive<br>Mount Laurel, NJ 08054 |

| | |
|---|---|
| Joel Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998 | Carol Rogers Cobb, Esq.<br>Giansante & Cobb, LLC<br>23 E. Main Street<br>Moorestown, NJ 08057-3309 |
| Lawrence Flick, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174 | William G. Wright, Esq.<br>Farr, Burke, Gambacorta & Wright, P.C.<br>1000 Atrium Way, Suite 401<br>PO Box 669<br>Mt. Laurel, NJ 08054 |
| Paul A. Patterson, Esq.<br>Michael Cordone, Esq.<br>Mark J. Dorval, Esq.<br>Stradley Ronon<br>2600 One Commerce Square<br>Philadelphia, PA 19103 | Ira Deiches, Esq.<br>Deiches & Ferschmann<br>25 Wilkins Ave.<br>Haddonfield, NJ 08033 |
| Louis T. DeLucia, Esq.<br>Alan J. Brody, Esq.<br>Alyson M. Fiedler, Esq.<br>Greenberg Traurig, LLP<br>200 Park Ave.<br>Florham Park, NJ 07932 | R. Matthew Pettigrew, Jr., Esq.<br>Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107 |
| Nancy A. Mitchell, Esq.<br>Greenberg Traurig, LLP<br>Metlife Building<br>200 Park Ave.<br>New York, NY 10016 | Richard McNeill, Esq.<br>McNeill & Walker<br>230 South Broad Street<br>Suite 700<br>Philadelphia, PA 19102 |
| Diane E. Vuocolo, Esq.<br>Greenberg Traurig, LLP<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA 19103 | Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-4708 |
| Jennifer M. Davies, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053 | Internal Revenue Service (IRS)<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

| | |
|---|---|
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | New Jersey Attorney General's<br>Office Division of Law<br>Attn: Tracy Richardson<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 |
| Glencore Ltd<br>Attn: Elitsa Golab<br>301 Tresser Blvd.<br>Stamford, CT 06901 | Commonwealth of Pennsylvania<br>State Office Building<br>1400 Spring Garden Street, Room 201<br>Philadelphia, PA 19130 |
| John R. Morton, Jr. Esq.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | Timothy A. Bortz<br>UC Tax Agent/Bankruptcy Representative<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street-Room 203<br>Reading, PA 19602-1184 |
| Robert M. Marshall, Esq.<br>Marshall & Quentzel, L.L.C.<br>155 Willowbrook Boulevard<br>Wayne, NJ 07470 | U.S. Environmental Protection Agency<br>Region 2<br>290 Broadway, 17th Floor<br>New York, NY 10007-1866 |
| Joe M. Lozano, Jr., Esq.<br>Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | New Jersey Department of Environmental Protection<br>Attorney General of New Jersey<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625 |
| Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzbug & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102 | Securities and Exchange Commission<br>Philadelphia District Office<br>The Mellon Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1532 |
| David W. Phillips, Esq.<br>Todd M. Galante, Esq.<br>Jeffrey M. Zalkin, Esq.<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, NJ 07105-2249 | Joseph M. Garemore, Esq.<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |
| Emmanuel J. Argentieri, Esq.<br>Parker McCay<br>PO Box 974<br>Marlton, NJ 08053 | Bruce D. Buechler, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |

WM01/ 103951.1                         - 3 -

| | |
|---|---|
| Donald Goodfriend Frankel<br>US Department of Justice<br>Environmental Enforcement Section<br>One Gateway Center, Suite 616<br>Newton, MA 02458 | Tyler S. Graden<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102 |
| Suzanne M. Klar<br>PSE&G Service Corp<br>80 Park Plaza<br>Newark, NJ 07101 | Sherry D. Lowe, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Boulevard, Suite 200<br>Trevose, PA 19053 |
| Jerrod N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 | Barry C. Reed, Jr., Esq.<br>Reed & Giordano<br>101 Tremont Street, Suite 900<br>Boston, MA 02108 |
| Joseph L. Schwartz, Esq.<br>Riker, Danig, SCherre, Hyland, Perretti<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07960 | Michael Stafford, Esq.<br>Nord & DeMaio<br>190 State Highway 18<br>East Brunswick, NJ 08816 |
| John J. Winter, Esq.<br>The Chartwell Law Offices, LLP<br>2624 Van Buren Avenue<br>Norristown, PA 19403 | Mark E. Fleger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, DE 19801 |
| Shawn M. Christianson, Esq.<br>Buchalter Nemer, PC<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| John Sullivan, Esq.<br>Post & Schell PC<br>1600 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 | Mark D. Plevin, Esq.<br>Kelly R. Cusick, Esq.<br>Crowell & Morning LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2595 |
| Jeanine D. Clark, Esq.<br>Margolis Edelstein<br>216 Haddon Avenue<br>PO Box 9222<br>Westmont, NJ 08101 | Melissa A. Penna, Esq.<br>Norris, McLaughlin & Marcus<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876-1018 |