| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>PHILIP S. ROSEN, ESQ.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>103 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>(973) 618-9100 | (Chapter 11)<br><br>Case No. 08-14631<br><br>(Jointly Administered)<br><br>Judge: Gloria M. Burns |
| IN RE<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.<br><br>Debtor(s). | NOTICE OF APPEARANCE<br>AND REQUEST FOR SERVICE<br>OF PAPERS |

**PLEASE TAKE NOTICE** that, the law firm set forth below appears as counsel for Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA and certain other affiliates of American International Group, Inc. (collectively, "Claimants") in the above-captioned proceeding, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that the following name and address be added to the mailing list maintained by the Clerk of Court and debtors' counsel in this case and further demands that all notices given or required to be given in this case and all papers served or required to be served in this case by all counsel, parties-in-interest, and this Court be given to and served upon the following:

Philip S. Rosen, Esq.
Zeichner Ellman & Krause LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 618-9100
Fax: (973) 364-9960
prosen@zeklaw.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand concerning this proceeding.

DATED:    Roseland, New Jersey
June 27, 2008

ZEICHNER ELLMAN & KRAUSE LLP
Attorneys for Claimants Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA and certain other affiliates of American International Group, Inc.

BY:  _____
PHILIP S. ROSEN (PSR-0116)
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-9100