# Jenner & Block LLP

## TRAVEL/BUSINESS MEAL EXPENSE REIMBURSEMENT FORM
### ( See Side B for Business Meals ) --- (Side A )

| | |
|---|---|
| Cash ☐ | |
| Check ☐ | |
| PAY TO | Ron Peterson |

**OFFICE:**
- ☒ Chicago (01)
- ☐ Washington (02)
- ☐ Dallas (05)
- ☐ New York (08)

**FACILITY:** Number _____ Name _____
Department _____

**Travel Expenses of:** Ron Peterson
**to:** Newark, City **NJ** State
**From:** 3/31/2008 **To:** 3/31/2008

**Firm Account No:** _____
**Client/Matter Name:** Alan Aluminum Shapes
**Client Matter No.:** 45232-10020
**Purpose of Travel:** Attend Formation Meeting of Creditors' Committee

**Submitted by:** _____ Signature _____ Date
**Approved by:** _____ Signature _____ Date

## TRAVEL EXPENSES

| Description | Date | | | | | | Total |
|---|---|---|---|---|---|---|---|
| Lodging (Room Rate Including Tax) | 3/31/2008 | | | | | | |
| Telephone | | | | | | | 1.00 |
| Other - Please Specify "in the comment area" | | | | | | | 818.97 |
| Air or rail transportation | | | | | | | 20.00 |
| LOCAL TRANSPORTATION Taxi | | 1.00 | | | | | |
| Taxi | | 818.97 | | | | | |
| Taxi | | 20.00 | | | | | |
| Taxi | | | | | | | 22.22 |
| # of Miles 44   0.505 Mileage allowance for use of own car | | 22.22 | | | | | 30.00 |
| Car rental | | | | | | | |
| Parking | | 30.00 | | | | | |
| **TOTAL TRAVEL EXPENSES** | | **892.19** | | | | | **892.19** |

**ACCOUNTING USE:**

| | Amount |
|---|---|
| | $1.00 |
| Firm Account No. | |
| Firm Account No. | |
| Firm Account No. | |

### Disbursement Recap

| | |
|---|---|
| TRAVEL EXPENSE (A) $ | 892.19 |
| BUSINESS MEALS (B) $ | |
| TOTAL $ | 892.19 |
| LESS TRAVEL ADVANCE $ | |
| NET AMOUNT TO BE PAID $ | 892.19 |

**Comments:**
1. tolls
2.
3.
4.
5.

# JENNER & BLOCK LLP
**BUSINESS MEAL EXPENSE REIMBURSEMENT FORM**
(See Reverse Side for Travel Expenses) -- (Side B)

ATTORNEY'S NAME: Ron Peterson

CLIENT/MATTER NO.: 45232-10020

FIRM ACCOUNT NO.:

LOCATION WHERE EXPENSES WERE INCURRED:
CITY: Newark,
STATE: NJ

## BUSINESS MEALS:

| Description | Dates | 3/31/2008 | | | | | |
|---|---|---|---|---|---|---|---|
| Breakfast | | | | | | | |
| Lunch | | | | | | | |
| Dinner | | | | | | | |
| Other | | | | | | | |
| TOTAL | | | | | | | |

## BUSINESS MEALS -- DETAIL

*Business meal expenses recapped on the top half of the form are to be referenced to the detail on the bottom half of the form.

| Ref.* | Amount | Date | Individuals (include self) | Firm or Company (If Appropriate) | Business Purpose of Meal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

Total Business Meals -- To Reverse Side - Must Agree with (B)
(Attach Additional Sheet If Necessary)

# Jenner & Block LLP
TRAVEL/BUSINESS MEAL EXPENSE REIMBURSEMENT FORM
( See Side B for Business Meals ) — (Side A )

| | | |
|---|---|---|
| Cash ☐ | | |
| Check ☐ | | |
| PAY TO | Ron Peterson | |

| OFFICE: | | FACILITY: Number _____ |
|---|---|---|
| | ☒ Chicago (01) | Department _____ |
| | ☐ Washington (02) | Name _____ |
| | ☐ Dallas (05) | |
| | ☐ New York (08) | |

Travel Expenses of: Ron Peterson
to: New York
From: _____  City _____  State _____
To: _____

Firm Account No: _____
Client/Matter Name: Alcan Aluminum shpaes
Client Matter No.: 45232-10306
Purpose of Travel: Attend Creditors' Committee Meeting

Submitted by: _____ Signature _____ Date _____
Approved by: _____ Signature _____ Date _____

## TRAVEL EXPENSES

| Description | Date > | 4/7/2008 | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| Lodging (Room Rate Including Tax) | | 1.00 | | | | | | 1.00 |
| Telephone | | | | | | | | |
| Other - Please Specify "in the comment area" | | 1,469.87 | | | | | | 1,469.87 |
| Air or rail transportation | | | | | | | | |
| LOCAL TRANSPORTATION | Taxi | 39.00 | | | | | | 39.00 |
| | Taxi | 28.00 | | | | | | 28.00 |
| | Taxi | | | | | | | |
| 44 # of Miles  22.22  Taxi | | 22.22 | | | | | | 22.22 |
| 0.505 Mileage allowance for use of own car Car rental | | | | | | | | |
| Parking | | 30.00 | | | | | | 30.00 |
| TOTAL TRAVEL EXPENSES | | 1,590.09 | | | | | | 1,590.09 |

| Comments: | Amount |
|---|---|
| 1 Tolls | $1.00 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

| ACCOUNTING USE: | | | Disbursement Recap | |
|---|---|---|---|---|
| Firm Account No. | | TRAVEL EXPENSE (A) | $ | 1,590.09 |
| Firm Account No. | | BUSINESS MEALS (B) | $ | |
| | | TOTAL | $ | 1,590.09 |
| | | LESS TRAVEL ADVANCE | $ | |
| Firm Account No. | | NET AMOUNT TO BE PAID | $ | 1,590.09 |

# JENNER & BLOCK LLP
## BUSINESS MEAL EXPENSE REIMBURSEMENT FORM
### (See Reverse Side for Travel Expenses) -- (Side B)

ATTORNEY'S NAME: Ron Peterson
CLIENT/MATTER NO.: 45232-10306
FIRM ACCOUNT NO.:

LOCATION WHERE EXPENSES WERE INCURRED:
CITY: New York
STATE: New York

**BUSINESS MEALS:**

| Description | Dates | | | | | |
|---|---|---|---|---|---|---|
| | 4/7/2008 | | | | | |
| Breakfast | | | | | | |
| Lunch | | | | | | |
| Dinner | | | | | | |
| Other | | | | | | |
| TOTAL | | | | | | |

**BUSINESS MEALS -- DETAIL**    *Business meal expenses recapped on the top half of the form are to be referenced to the detail on the bottom half of the form.

| Ref.* | Amount | Date | Individuals (include self) | Firm or Company (If Appropriate) | Business Purpose of Meal |
|---|---|---|---|---|---|
| | | | | | |
| TOTAL | | | | | |

Total Business Meals -- To Reverse Side - Must Agree with (B)
(Attach Additional Sheet If Necessary)