**Joseph G. Gibbons, Esquire**
**WHITE AND WILLIAMS LLP**
**1800 One Liberty Place**
**Philadelphia, PA  19103-7395**
**Telephone (215) 864-7000**
**Telecopier (215) 864-7123**

**Attorneys for Century Indemnity Company**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | Case No.: 08-14631(GMB) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing OBJECTION OF CENTURY INDEMNITY COMPANY TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION was served, by facsimile, upon the following parties on this 30th day of June, 2008.

| | |
|---|---|
| Mark E. Felger, Esquire<br>Cozen O' Connor<br>1201 North Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>Fax No. 302-295-2013 | Jerrold N. Poslusny, Jr., Esquire<br>Cozen O'Connor<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>Fax No. 856-910-5075 |
| Nancy A. Michell, Esquire<br>Greenberg Traurig<br>200 Park Avenue<br>New York, NY 10166<br>Fax No. 312-456-8435 | Alan J. Brody, Esquire<br>Greenberg Traurig<br>200 Park Avenue<br>Florham Park, NJ 07932<br>Fax No. 973-301-8410 |

PHLDMS1 4451022v.3

-2-

| | |
|---|---|
| Alan Halperin, Esquire<br>Halperin Battaglia Raicht<br>555 Madison Avenue<br>9th Floor<br>New York, NY 10022<br>Fax No. 212-765-0964 | Michael D. Sirota, Esquire<br>Cole, Schotz, Meisel, Forman & Leonard<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Fax No. 201-678-6262 |
| Paul A. Patterson, Esquire<br>Stradley, Ronon, Stevens & Young<br>2600 One Commerce Square<br>Philadelphia, PA 19103<br>Fax No. 215-564-8120 | Office of the United States Trustee<br>One Newark Center<br>21st Floor, Room 2106<br>Newark, NJ 07102<br>Fax No. 973-645-5993 |

/s/ Joseph G. Gibbons_____
Joseph G. Gibbons