UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : CASE NO. 08-14631 |
| Debtors. | (Jointly Administered) |
| | : |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 25, 2008 I caused to be served the following:

   a) "Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines," dated March 20, 2008, a sample of which is attached hereto as Exhibit A, (the "Notice of Chapter 11 Case"), and
   b) "Notice of Hearing to Consider Confirmation of Debtors' Chapter 11 Plan of Reorganization, dated May 27, 2008, (the "Notice of Confirmation Hearing")

by causing true and correct copies of the Notice of Chapter 11 Case and Notice of Confirmation Hearing to be enclosed securely in postage prepaid envelopes and be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                Regina Amporfro

Sworn to before me this

26th day of June, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

# EXHIBIT A

| B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/07) | Case Number: 08-14631 (GMB) |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> for the District of New Jersey | |

**Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines**

A Chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on March 16, 2008.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**See Reverse Side For Important Explanations.**

| Debtors(s) names(s) and address(es): <br><br> Shapes/Arch Holdings, LLC et al. <br> 9000 River Road <br> Delair, NJ 08110 | Case Number: 08-14631 (GMB) |
|---|---|
| | United States Bankruptcy Judge: <br> Honorable Gloria M. Burns |
| | Individual Taxpayer-ID (ITIN) No(s): <br><br> 22-3413451 |
| All other names used by the Debtor(s) in the last 8 years (include trade names): <br><br> Telephone number: | Attorney for Debtor(s) (name and address): <br><br> Mark E. Felger <br> Jerrold N. Poslusny <br> Cozen O'Connor <br> LibertyView, Suite 300 <br> 457 Haddonfield Road <br> Cherry Hill, NJ 08002 <br><br> Telephone number: (856) 910-5000 |

**Meeting of Creditors**

Date: 4 /15 /08    Time: 10:00 A.M    Location:    Office of the United States Trustee
Bridge View Building, Suite 102
800 Cooper Street
Camden , NJ 08101

**Deadline to File a Proof of Claim**

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

**May 15, 2008 at 5 p.m. Prevailing Eastern Time**

For all creditors (except a governmental unit):      For a governmental unit:
**May 15, 2008 at Prevailing Eastern Time**      **May 15, 2008 at Prevailing Eastern Time**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

**Creditors May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** <br><br> 401 Market Street <br> Second Floor <br> Camden, NJ 08101 <br><br> **Telephone number:** (856) 757-5485 | **For the Court:** |
|---|---|
| | **Clerk of the Bankruptcy Court:** <br><br> James J. Waldron |
| Hours Open: 8:30 pm – 4:00pm Monday-Friday (except holidays) | Date: Date: 3/20/08 |

## EXPLANATIONS B9F (Official Form 9F ) (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
|  | Refer To Other Side For Important Deadlines and Notices |

**EXHIBIT B**

# SPECIALTY ARCH HOLDINGS

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 3M COMPANY | GLOBAL HEADQUARTERS, 3M CENTER, SAINT PAUL, MN 55117 |
| ADVANCED PROCESS SUPPLY | 6900 RIVER ROAD, PENNSAUKEN, NJ 08110 |
| AERONCA | 2320 WEDEKIND DR, MIDDLETOWN, OH 45042 |
| AMERICAN BANK NOTE | 11600 CAROLINE RD, PHILADELPHIA, PA 19154 |
| AMERICAN PREMIERE UNDERWRITERS | 8 PENN CENTER, PHILADELPHIA, PA 19103 |
| AMTRAK | 2600 MARKET STREET, 13TH FLOOR, PHILADELPHIA, PA 19103 |
| ARKEMA INC. | 200 MARKET STREET, PHILADELPHIA, PA 19103 |
| ATLAS CHEMICAL CO. | 642 10TH STREET, MARION, IA |
| BASF CATALYSTS, LLC | 25 MIDDLESEX/ESSEX TURNPIKE, ISELIN, NJ 08830 |
| BERG LABORATORIES | ATTN: MR. PASQUARIELLO, 130 C. HARDING AVENUE, BELLMAR, NJ 08301 |
| CARPRO, INC. | 100 ADAMS DRIVE, TOTOWA, NJ 07512 |
| CAST FORGE | C-365 LEVEL 2, YOJANA VIHAR, DELHI, 110092 INDIA |
| CELOTEX | 1500 JOHN TIPTON BLVD, PENNSAUKEN, NJ 08110 |
| CENTRAL FOUNDRY | ROOSEVELT TOURIN ROAD, MASSENA, NY 13662 |
| CERRO METAL PRODUCTS | 2022 AXEMANN ROAD, PO BOX 388, BELLFONTE, PA 16823 |
| CHEMEX, INC. | 107 B BALBOA DRIVE, BROUSSARD, LA 70518 |
| CHEMIX, INC. | PO BOX 82437, LAFAYETTE, LA 70598-2437 |
| CLARKSON LABORATORY & SUPPLY INC | 350 TROUSDALE DRIVE, CHULA VISTA, CA 91910 |
| CLOBE SOLVENTS CO., INC. | 220 E. WESTMORELAND ST., PHILADELPHIA, PA 19134-3229 |
| COMMANDER DCASR PHILA | PO BOX 151300, ALEXANDRIA, VA 22315 |
| CONTINENTAL CAN CO. | 301 MERRITT SEVEN CORPORATE PARK, NORWALK, CT 06856 |
| DELAWARE RIBBON MANUFACTURING | 2531 TRENTON AVENUE, PHILADELPHIA, PA 19125 |
| DENNY CORPORATION | 203 EAST MAIN STREET P-11-6, SPARTANBURG, SC 29319 |
| DESOTO, INC. | 1700 SOUTH MOUNT PROSPECT ROAD, DES PLAINES, IL 60018 |
| DIMAC HOLDINGS | 5775 PEACHTREE DUNWOODY RD, ATLANTA, GA 30342 |
| DLL INDUSTRIES | 10200 BELLAIR BLVD., HOUSTON, TX 77072 |
| DREHMANN PAVING & FLOORING COMPANY | 2101 BYBERRY RD, PHILADELPHIA, PA 19116 |
| DRESSER TRANSPORTATION | DRESSER INC., 15455 DALLAS PARKWAY, ADDISON, TX 75001 |
| E.F. HOUGHTON & CO. | 421 GARRETT STREET, CARROLLTON, GA 30117 |
| EASTMAN CHEMICAL COMPANY | EASTMAN LEGAL DEPARTMENT, PO BOX 511 4TH FLOOR BLDG 75, KINGSPORT, TN 37662 |
| EF HAUSERMAN | 6801 GRANT AVENUE, CLEVELAND, OH 44105 |
| ELECTRIC HOSE AND RUBBER CO. | PO BOX 37, OLNEY, TX 76374 |
| ELECTRIC WHEEL CO. | , QUINCY, IL 62301 |
| ELSEVIER LTD | THE BOULEVARD, LANGFORD LANE, KIDLINGTON, OXFORD, OX5 1GB UK |
| ENGELHARD INDUSTRIES | 101 WOOD AVENUE, ISELIN, NJ 08830 |
| ERIE FOUNDRY | 1253 W. 12TH ST, ERIE, PA 16501-1518 |
| EXIDE CORPORATION | 645 PENN STREET, READING, PA 19601 |
| EXXON MOBIL CORPORATION | P.O. BOX 105992, ATLANTA, GA 30348 |
| FALCON PRODUCTS | 10650 GATEWAY BLVD, SAINT LOUIS, MO 63132 |
| FOAMEX INTERNATIONAL | 1000 COLUMBIA AVE, LINWOOD, PA 19061 |
| FRANKLIN SMELTING | 3100 CASTOR AVENUE, PHILADELPHIA, PA 19134 |
| FV STEEL | 1000 COLUBIA AVE, LINWOOD, PA 19061 |
| GEGNAS CHRYSLER PLYMOUTH | 3875 KENSINGTON AVENUE, PHILADELPHIA, PA 19124 |
| GMS MANAGEMENT | C/O CT CORPORATION SYSTEMS, 1635 MARKET ST, PHILADELPHIA, PA 19103 |
| HAYES LEMMERTZ INTERNATIONAL | 15300 CENTENNIAL DRIVE, NORTHVILLE, MI 48168 |
| HENRY P. THOMPSON CO. | 101 MAIN STREET, SUITE 300, MILFORD, OH 45150 |
| HOBART CORPORATION | 701 S. RIDGE AVE., TROY, OH 45374 |
| INTERNATIONAL TRUCK & ENGINE CORP. | 3875 KENSINGTON AVENUE, PHILADELPHIA, PA 19106 |
| INTROCASCO CONSTRUCTION | 632 HADDON AVENUE, COLLINGSWOOD, NJ 08108 |

# SPECIAL ARCH HOLDINGS

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ITT GRINNELL CORPORATION | 451 N. CANNON AVE., LANSDALE, PA 19446 |
| JOHN RHODES | 67 CHAPEL ROAD, MOUNT LAUREL, NJ 08054 |
| LILLY INDUSTRIES | 200 WEST 103RD STREET, INDIANAPOLIS, IN 46290 |
| LIPTON MFG. | , ENGLEWOOD CLIFFS, NJ |
| LORENZON BROTHERS COMPNAY, INC. | 220 EAST SPRINGFIELD AVENUE, PHILADELPHIA, PA 19118 |
| MANNINGTON MILLS | 75 MANNINGTON MILLS RD, SALEM, NJ 08079 |
| MCCLOSKY VARNISH | 4155 NW YEON AVENUE, PORTLAND, OR 97210 |
| MERCON INDUSTRIES | 2541 EAST 29TH STREET, BROOKLYN, NY 11235 |
| MERCON INDUSTRIES | 7200 WESTFIELD AVENUE, PENNSAUKEN, NJ 08110 |
| METAL BANK OF AMERICA | 6801 STATE ROAD, PHILADELPHIA, PA 19135 |
| METHODIST HOSPITAL | 2301 SOUTH BROAD STREET, PHILADELPHIA, PA 19105 |
| MR. CHARLES SCHEAVIZ | 7255 CRESCENT BOULEVARD, PENNSAUKEN, NJ 08110 |
| NEATSFOOT OIL REFINERIES | 2915 EAST ONTARIO STREET, PHILADELPHIA, PA 19134 |
| NELES-JAMESBURY | 44 BEARFOOT DRIVE, NORTHBOROUGH, MA 04532 |
| NL INDUSTRIES, INC. | 16825 NORTHCHASE DRIVE, HOUSTON, TX 77060 |
| NORTHEASTERN HOSPITAL OF PHILADELPHIA | 2301 EAST ALLEGHENY AVENUE, PHILADELPHIA, PA 19134 |
| OCCIDENTAL PETROLEUM CORP. | 10889 WILSHIRE BOULEVARD, LOS ANGELES, CA 90024-4201 |
| P. D'ANDREA INC. | 12270 TOWNSEND ROAD, PHILADELPHIA, PA 19154 |
| PENLER ANODIZING COMPANY | 1400 SUCKLE HIGHWAY, PENNSAUKEN, NJ 08110 |
| PENN WALT CORP. | 3 PARKWAY, PHILADELPHIA, PA 19102 |
| PENNSYLVANIA FOUNDRY ASSOCIATION | PO BOX 762, PLYMOUTH, PA 19462 |
| PEPSI BOTTLING GROUP | 1 PEPSI WAY, SOMERS, NY 10958 |
| PHILADELPHIA COLLEGE | OF OSTEOPATHIC MEDICINE, 4150 CITY LINE AVENUE, PHILADELPHIA, PA 19118 |
| R. LAVIN & SONS | 2028 SHERIDAN ROAD, CHICAGO, IL 60064 |
| RADIANT LAMP | A DIVISION OF WESTINGHOUSE, PHILADELPHIA, PA 19154 |
| REALTY GROUP ASSOCIATES | 334 CLIFFORD AVENUE, ATTN: JOHN MERCER, ATCO, NJ 08004 |
| REXAM | 4 MILLBANK, LONDON,  SW1P 3XR ENGLAND |
| RICHARDS, G. WHITFIELD | 4202-10 MAIN STREET, PHILADELPHIA, PA 19127 |
| ROSLYN CONVERTERS | 1106 WEST ROSLYN RD, COLONIAL HEIGHTS, VA 23834 |
| RUBBER CORP. OF AMERICA | 2527-37 NORTH BROAD STREET, PHILADELPHIA, PA 19132 |
| SHERWIN WIRE | 1000 COLUMBIA AVE, LINWOOD, PA 19061 |
| SMS MOTORS LTD | 555A AYLESTONE ROAD, LEICESTER,  LE 2 8TD UK |
| SPS TECHNOLOGIES | ROUTE 332, NEWTOWN, PA 18940 |
| SYBRON | 1717 WEST COLLINS AVENUE, ORANGE, CA 92867 |
| TECHNITROL INC. | 1210 NORTHBROOK, SUITE 385, TREVOSE, PA 19053 |
| THE EBY COMPANY | 4300 H STREET, PHILADELPHIA, PA 19124 |
| TIFTON ALUMINUM | 250 SOUTH BELL BLVD., TIFTON, GA 31794 |
| TRIANGLE PUBLICATIONS | 321 WALNUT STREET, SUITE 200, NEWTONVILLE, MA 02460 |
| UNCLAIMED SALVAGE & FREIGHT | 7601 KAIGN AVENUE, PENNSAUKEN, NJ 08110 |
| UNITED HOSPITALS | 60 TOWNSHIP LINE ROAD, CHELTENHAM, PA 19012 |
| US DEPT OF JUSTICE | 1100 VERMONT AVENUE NW, WASHINGTON, DC 20530 |
| US MINT | 801 9TH STREET, NW, WASHINGTON, DC 20220-0001 |
| WALDMAN GRAPHICS | 9100 PENNSAUKEN HIGHWAY, PENNSAUKEN, NJ 08110 |
| WETHERILL CHEMICAL CO. | GEORGE WETHERILL, 1101 ENTERPRISE DRIVE, ROYERSFORD, PA 19468 |
| WETHERILL, GEORGE H. | 1101 ENTERPRISE DRIVE, ROYERSFORD, PA 19468 |
| WHIRLPOOL CORPORATION | 2000 NORTH M-63, BENTON HARBOR, MI 49022 |
| WILLIAM COMLY & SONS | 1825 EAST BOSTON AVENUE, PHILADELPHIA, PA 19125 |
| WINNER MANUFACTURING | CO. CT CORPORATION SYSTEMS, 123 BROAD STREET, PHILADELPHIA, PA 19109 |
| WOODRUFF, HENRY | 111 HIGHWAY 73, MOOSE LAKE, MN 55767 |

SHAPES/ARCH HOLDINGS LLC
SERVICE LIST

| **Claim Name** | **Address Information** |
|---|---|

| Total Creditor Count 98 |
|---|