UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631 (GMB)<br>(Jointly Administered) |

REQUEST FOR ALLOWANCE AND PAYMENT
OF ADMINISRATIVE EXPENSE CLAIM

Metal Management Northeast, Inc. ("Metal Management"), by and through its undersigned counsel, hereby submits this Request for Allowance and Payment of Administrative Expense Claim (the "Demand") pursuant to 11 U.S.C. § 503(b)(9) and the Court's Order establishing the administrative expense bar date. In support of the Demand, Metal Management states as follows:

1. On March 16, 2008 (the "Petition Date"), the above-captioned Debtors each filed a voluntary petition for relief under chapter 11, title 11 of the United States Code.

2. Before the Petition Date, Metal Management sold goods in the ordinary course of business to Debtor Shapes L.L.C. a/k/a Aluminum Shapes ("Shapes"). Certain of those goods, as identified on Exhibit A attached hereto, were sold by Metal Management and delivered to Shapes within twenty (20) days of the Petition Date. The goods so delivered, identified on Exhibit A, have a value of $89,030.84 (the § 503(b)(9) Claim).

3. To date, Shapes has failed either to return such goods to Metal Management or to pay Metal Management for the value of such goods.

4. Because the goods sold and delivered were necessary for Shapes to operate its business, Metal Management has provided a benefit to the estate for which it has not been compensated.

5. Pursuant to 11 U.S.C. § 503(b)(9), Metal Management is entitled to an allowed administrative expense claim in the amount of $89,030.84 and to prompt payment of same.

WHEREFORE, Metal Management demands payment of the § 503(b)(9) Claim.

Dated:   June 30, 2008                     **TRENK, DiPASQUALE, WEBSTER,**
                                              **DELLA FERA & SODONO, P.C.**
                                              347 Mt. Pleasant Ave., 3rd Floor
                                              West Orange, NJ  07052
                                              Phone: (973) 243-8600
                                              Fax:: (973) 243-8677
                                              Attorneys for Metal Management Northeast, Inc.

                                              By:   /s/ Sam Della Fera, Jr.
                                                      Sam Della Fera, Jr.

F:\WPDOCS\A-M\Metal Management\Request for Admin Exp. Claim.doc

2

# EXHIBIT A



# INVOICE

MTLM NORTHEAST - CT
2430 PAYSHERE CIRCLE
CHICAGO      IL 60661
PH: (973) 344-4570

| ACCOUNT NO. | NOTICE DATE |
|---|---|
| ALUM01 | 02/26/08 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES<br>P.O. BOX C90397<br>9000 RIVER ROAD<br>DELAIR            , NJ 08110 | ALUMINUM SHAPES<br><br><br>DELAIR                , NJ |
| 01 | 005 |

| INVOICE DATE | INVOICE NUMBER | CUSTOMER ORDER NO. | OUR ORDER NO. | F.O.B | TERMS |
|---|---|---|---|---|---|
| 02/26/08 | 117079 | 793385 | 88268C | DEL'D-WE PAY FR | NET 30 DAYS |

| CAR INITIAL AND NO. | DESCRIPTION | WT. CODE | GROSS LBS. | TARE | NET LBS. | BILLING WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CRCL8 18817 | 327066<br>ALUMINUM,6063,10/10 | O | 30866 | 248 | 30618 | 30618.0000 LB | 1.0300 LB | 31536.54 |
| CRCL8 18817 | 327067<br>6061 PLATE | O | 1640 | 2 | 1638 | 1638.0000 LB | 1.0200 LB | 1670.76 |
| CRCL8 18817 | 327068<br>6061 CLIPS | O | 9182 | 212 | 8970 | 8970.0000 LB | 1.0700 LB | 9597.90 |

INVOICE TOTAL =    $   42805.20

**WT. CODE:**

O Indicates SHIPPED WEIGHT
M Indicates MILL WEIGHT OR CONSUMER WEIGHT

SELLER REPRESENTS THAT IT HAS FULLY COMPLIED WITH THE
PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS
AMENDED.

**Remit Payment To:**

Circle 8 Logistics, Inc.
P.O. Box 2457
Northlake, IL 60164

# Circle 8
## Logistics
Ph: 800-518-4287    Fax: 708-343-7026

**Bill TO**

Metal Management - North Have
234 Universal Dr
North Haven CT 06473

| | |
|---|---|
| Invoice # | 60671 |
| Invoice Date | 3/4/2008 |
| Shipment Date | 2/26/2008 |
| Load # | 65260 |
| PO# | Delair, NJ |

## Line Haul

| Origin | North Haven, CT | Destination | Delair, NJ |
|---|---|---|---|

## Load Information:

| S/C | Warehouse | Location | Product | Weight | Pieces | Bol# |
|---|---|---|---|---|---|---|
| S | Metal Management - | North Haven, CT | baled metal | | | |
| C | Metal Shapes | Delair, NJ | | | | |

**Invoice Notes:**

## Freight Charges

| Line Haul | $450.00 |
|---|---|

| | Qty | Rate | |
|---|---|---|---|
| Extra Stops | 0 | $0.00 | $0.00 |

**Misc Fee Notes:**

| | |
|---|---|
| Misc Fee | $0.00 |
| **Invoice Total** | **$450.00** |

**Payment Terms: Net 15 days from invoice date**    **Please include invoice number with check**

# UNIFORM STRAIGHT BILL OF LADING

**Original — Not Negotiable**

Shipper's No. 19580
Agent's No. 18817

2/26/08

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at **NORTH HAVEN, CONNECTICUT 06473**   20____   from **METAL MANAGEMENT CONNECTICUT, INC.**

Consigned to: Aluminum Shapes   Bond # 313939

Destination: 9000 River Road

Route: Delair, NJ

Delivering Carrier: Circle 8   Car Initial: BOND   Car No.: 17387

| No. Packages | Description of Articles, Special Marks, and Exceptions | Weight (Sub. to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|
| 1 T/L | Metal Scrap (Extrusion & 61 plate/clips) G | 41688 | | |
| | See Packing List Details   T | 462 | | |
| | Delivery Date 2/27/08 Attn 7-3   N | 41226 | | |
| | Delivery # 793385 Contact Kyle | | | |
| | Seal #s/52303288 | | | |
| | 2/26/08 | | | |
| | | (62.60) | | |

PO# 793385   ISO# 88268

GROSS
TARE
NET

Metal Management Connecticut, Inc.   Shipper, Per: 234 Universal Drive   North Haven, CT 06473   Agent, Per:

Permanent post-office address of shipper:

2/26/08



# INVOICE

MTLM- NORTHEAST/NAPORA
2180 PAYSPHERE CIRCLE
CHICAGO      IL 60661
PH: (973) 344-4570

| ACCOUNT NO. | NOTICE DATE |
|---|---|
| ALUM01 | 02/28/08 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES<br>P.O. BOX C90397<br>9000 RIVER ROAD<br>DELAIR    , NJ 08110 | ALUMINUM SHAPES<br>9000 RIVER ROAD<br><br>DELAIR    , NJ 08110 |

| INVOICE DATE | INVOICE NUMBER | CUSTOMER ORDER NO. | OUR ORDER NO. | F.O.B | TERMS: |
|---|---|---|---|---|---|
| 02/28/08 | 110207 | 793319 | 84743N | DEL'D-WE PAY FR | NET 30 DAYS |

| CAR INITIAL AND NO. | DESCRIPTION | WT. CODE | GROSS LBS. | TARE | NET LBS. | BILLING WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| FIRST 008 | 238037<br>ALUMINUM,6063,10/10 | O | 35507 | 1 | 35506 | 35506.0000 LB | 1.0400 LB | 36926.24 |
| FIRST 008 | 238038<br>BARE | O | 8455 | 1 | 8454 | 8454.0000 LB | 1.1000 LB | 9299.40 |

INVOICE TOTAL =    $   46225.64

**WT. CODE:**

O Indicates SHIPPED WEIGHT
M Indicates MILL WEIGHT OR CONSUMER WEIGHT

SELLER REPRESENTS THAT IT HAS FULLY COMPLIED WITH THE
PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938, AS
AMENDED.

| **Invoice Number:** | 1080721163 | | **Remit To:** |
|---|---|---|---|
| Invoice Date: | April 17, 2008 | | P.O. Box 9121 |
| | | | Minneapolis, MN 55480-9121 |

**C. H. ROBINSON Worldwide, Inc.**

**Bill-to:**
C1226426

ATTN: ACCOUNTS PAYABLE
SIMS METAL MANAGEMENT - NEWARK
FOOT OF HAWKINS STREET
P.O.BOX 5158
NEWARK NJ 07105

**Balance Due:** $475.00
**Payment Due:** March 29, 2008

Mode: V

**CHR Load:** 49586305
Branch Code: 0801 Chicago Central

### SHIPMENT DETAIL

| Type | Location | Date | Product | Weight | Pieces |
|---|---|---|---|---|---|
| P | Metal Management<br>Foot of Hawkins Street<br>Newark, NJ 07105 | 02/28/2008 | metal management | 42000 lbs | 0 PLT |
| D | Aluminum Shapes<br>9000 River Road<br>Delair, NJ 08110 | 02/28/2008 | metal management | 42000 lbs | 0 PLT |

### RATES AND ACCESSORIALS

| Description | Type | Units | Per Unit | Total |
|---|---|---|---|---|
| Line Haul | Flat rate | 1 | $475.00 | $475.00 |

**Sub-Total:** $475.00
**Payment Received:** $0.00
**Balance Due:** $475.00

*238037* (handwritten)

C.H. Robinson Company, Inc., 1840 N Marcey, Chicago, IL 60614
Fed Tax ID 41-1956721, MC 384859

**Please reference invoice 1080721163 when remitting payment.**
**If you have questions regarding this invoice or your account, please call David Young at 312-944-7277.**

Deposit of a check for less than full amount of this invoice shall not constitute an accord and satisfaction nor a full settlement of this invoice without prior written agreement.
The terms and conditions shown above constitute the complete agreement of the parties, and may only be altered in a written agreement signed by both parties.

# UNIFORM STRAIGHT BILL OF LADING

Shipper's No. _____ Agent's No. **205689**

Company **METAL MANAGEMENT NORTHEAST, INC.**

RECEIVED, subject to the classification and tariffs in effect on the date of the issue of this Bill of Lading,

at **NEWARK, NEW JERSEY 07105** _____ 20___ from **METAL MANAGEMENT NORTHEAST, INC.**

Consigned to **First Class 008**

Destination **Aluminum Shapes** State of **DE** Zip Code _____ County of _____

Route _____

Delivering Carrier **CH Robinson** Car Initial _____ Car No. _____

| No. Packages | Description of Articles, Special Marks, and Exceptions | *Weight (Sub. to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|
| 33 | 10/10 756 | 35506 | | |
| 6 | 6063 Bare 756 | 8454 | | |
| | 2/28/08 Victor Manco | | | |
| | Seal # 3489509  Time IN 7:00 AM | | | |
| | Del Date 2/29/08  Time out 12:30 PM | | | |

PO# _____ ISO# _____

GROSS **43960**
TARE —
NET **43960**

Metal Management Northeast, Inc. Shipper, Per **Foot of Hawkins Street**, Newark, NJ 07105 _____ Agent, Per _____