PERETORE & PERETORE, P.C.
Attorneys for National City Commercial Capital Company, LLC
191 Woodport Road
Sparta, NJ 07871
(973) 729-8991

___/S/ Frank Peretore_____
Frank Peretore, Esq.
FP#7020

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

_____

|  |  |
|---|---|
| **In re:** | X    Case No. 08-14631(GMB) |
|  | :    Chapter 11 |
|  | : |
|  | : |
| **SHAPES/ARCH HOLDINGS, L.L.C. *et al.*,** | :    AFFIDAVIT OF MAILING |
|  | : |
|  | : |
| Debtors. | : |

-------------------------------------------------------------X


STATE OF NEW JERSEY    :
                                            : SS.:
COUNTY OF SUSSEX      :

   I, Marlene Meyers, am over 18 years of age and am not a party to this action, being duly sworn according to law, SAY:

   1. On July 1, 2008, I mailed a copy of the Objection of National City Commercial Capital Company, LLC to Notice of Filing of Schedule 8.1 to Debtors' Third Amended Plan to counsel for the Debtors <u>via</u> overnight mail as follows:

   Jerrold N. Poslusny, Jr., Esq.
   Cozen O'Connor
   Liberty View, Suite 300
   457 Haddonfield Road
   Cherry Hill, New Jersey 08002

which were deposited into a Federal Express Depository located at 191 Woodport Road, Sparta, New Jersey 07871.

                /s/  Marlene Meyers
                Marlene Meyers

Sworn to and subscribed
before me this 1st day
of July, 2008.

 /s/  Katherine Kolakowksi

Notary Public of New Jersey
My Commission Expires
November 10, 2008