**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*
By:  Kathleen J. Collins, Esquire
     Kelly A. Krail, Esquire
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ  08002
(856) 854-3636
Attorneys for Creditor Quick-way, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY  (CAMDEN)

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| SHAPES/ARCH HOLDINGS, L.L.C., | ) | |
| *et al,* | ) | Case No. 08-14631 (GMB) |
| | ) | |
| Debtors. | ) | Judge:  Gloria M. Burns |
| | ) | |
| | ) | Hearing Date: July 8, 2008 at 10:00 a.m. |

**CERTIFICATE OF SERVICE**

I, Kathleen J. Collins, Esquire, hereby certify that on this 1st day of July, 2008, I caused a true and correct copy of the foregoing Objection of Quick-way, Inc. to the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization to be served by First Class mail, postage prepaid, upon each of the parties or counsel listed on the attached Service List and where indicated, also by electronic mail.

LITCHFIELD CAVO LLP
*An Illinois Limited Liability Partnership*

By: /s/ Kathleen J. Collins
    Kathleen J. Collins, Esquire

Dated:  July 1, 2008

SERVICE LIST
In re: Shapes/Arch Holdings L.L.C., et al.

| | |
|---|---|
| Robert Lapowsky, Esq.<br>John C. Kilgannon, Esq.<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103 | American Express Travel Related Services<br>Inc. Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Donald F. Macmaster, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Cheryl L. Cooper, Esq.<br>Holston, MacDonald, et al.<br>66 Euclid Street<br>PO Box 358<br>Woodbury, NJ 08096 |
| Brian Bull<br>Alcan<br>1188 Sherbrooke Street West<br>Montreal, Quebec<br>H3A 3G2<br>Canada | Robyn F. Pollack, Esq.<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 |
| Richard A. Kellner<br>Rusal America Corp.<br>550 Mamaroneck Ave.<br>Harrison, NY 10528 | Kelly A. Krail, Esq.<br>Kathleen J. Collins, Esq.<br>Litchfield Cavo<br>1800 Chapel Ave. West, Suite 360<br>Cherry Hill, NJ 08002 |
| Alan D. Halperin, Esq.<br>Donna Liebernman, Esq.<br>Debra J. Cohen, Esq.<br>Walter Benzija, Esq.<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue-9th Floor<br>New York, NY 10022-3301 | Sam Della Fera, Jr., Esq.<br>Trenk, DiPasquale, et al.<br>347 Mt. Pleasant Ave., Suite 300<br>West Orange, NJ 07052 |
| Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Alan P. Fox, Esq.<br>William G. Wright<br>Capehart & Scatchard, P.A.<br>Laurel Corporate Center-Suite 300 S<br>8000 Midlantic Drive<br>Mount Laurel, NJ 08054 |

| | |
|---|---|
| Joel Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998 | Carol Rogers Cobb, Esq.<br>Giansante & Cobb, LLC<br>23 E. Main Street<br>Moorestown, NJ 08057-3309 |
| Lawrence Flick, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174 | William G. Wright, Esq.<br>Farr, Burke, Gambacorta & Wright, P.C.<br>1000 Atrium Way, Suite 401<br>PO Box 669<br>Mt. Laurel, NJ 08054 |
| Paul A. Patterson, Esq.<br>Michael Cordone, Esq.<br>Mark J. Dorval, Esq.<br>Stradley Ronon<br>2600 One Commerce Square<br>Philadelphia, PA 19103 | Ira Deiches, Esq.<br>Deiches & Ferschmann<br>25 Wilkins Ave.<br>Haddonfield, NJ 08033 |
| Louis T. DeLucia, Esq.<br>Alan J. Brody, Esq.<br>Alyson M. Fiedler, Esq.<br>Greenberg Traurig, LLP<br>200 Park Ave.<br>Florham Park, NJ 07932 | R. Matthew Pettigrew, Jr., Esq.<br>Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107 |
| Nancy A. Mitchell, Esq.<br>Greenberg Traurig, LLP<br>Metlife Building<br>200 Park Ave.<br>New York, NY 10016 | Richard McNeill, Esq.<br>McNeill & Walker<br>230 South Broad Street<br>Suite 700<br>Philadelphia, PA 19102 |
| Diane E. Vuocolo, Esq.<br>Greenberg Traurig, LLP<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA 19103 | Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-4708 |
| Jennifer M. Davies, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053 | Internal Revenue Service (IRS)<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

| | |
|---|---|
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | New Jersey Attorney General's<br>Office Division of Law<br>Attn: Tracy Richardson<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 |
| Glencore Ltd<br>Attn: Elitsa Golab<br>301 Tresser Blvd.<br>Stamford, CT 06901 | Commonwealth of Pennsylvania<br>State Office Building<br>1400 Spring Garden Street, Room 201<br>Philadelphia, PA 19130 |
| John R. Morton, Jr. Esq.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | Timothy A. Bortz<br>UC Tax Agent/Bankruptcy Representative<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street-Room 203<br>Reading, PA 19602-1184 |
| Robert M. Marshall, Esq.<br>Marshall & Quentzel, L.L.C.<br>155 Willowbrook Boulevard<br>Wayne, NJ 07470 | U.S. Environmental Protection Agency<br>Region 2<br>290 Broadway, 17th Floor<br>New York, NY 10007-1866 |
| Joe M. Lozano, Jr., Esq.<br>Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | New Jersey Department of Environmental Protection<br>Attorney General of New Jersey<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625 |
| Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzbug & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102 | Securities and Exchange Commission<br>Philadelphia District Office<br>The Mellon Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1532 |
| David W. Phillips, Esq.<br>Todd M. Galante, Esq.<br>Jeffrey M. Zalkin, Esq.<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, NJ 07105-2249 | Joseph M. Garemore, Esq.<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |
| Emmanuel J. Argentieri, Esq.<br>Parker McCay<br>PO Box 974<br>Marlton, NJ 08053 | Bruce D. Buechler, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |

| | |
|---|---|
| Donald Goodfriend Frankel<br>US Department of Justice<br>Environmental Enforcement Section<br>One Gateway Center, Suite 616<br>Newton, MA 02458 | Tyler S. Graden<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102 |
| Suzanne M. Klar<br>PSE&G Service Corp<br>80 Park Plaza<br>Newark, NJ 07101 | Sherry D. Lowe, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Boulevard, Suite 200<br>Trevose, PA 19053 |
| Jerrod N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 | Barry C. Reed, Jr., Esq.<br>Reed & Giordano<br>101 Tremont Street, Suite 900<br>Boston, MA 02108 |
| Joseph L. Schwartz, Esq.<br>Riker, Danig, SCherre, Hyland, Perretti<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07960 | Michael Stafford, Esq.<br>Nord & DeMaio<br>190 State Highway 18<br>East Brunswick, NJ 08816 |
| John J. Winter, Esq.<br>The Chartwell Law Offices, LLP<br>2624 Van Buren Avenue<br>Norristown, PA 19403 | Mark E. Fleger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, DE 19801 |
| Shawn M. Christianson, Esq.<br>Buchalter Nemer, PC<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| John Sullivan, Esq.<br>Post & Schell PC<br>1600 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 | Mark D. Plevin, Esq.<br>Kelly R. Cusick, Esq.<br>Crowell & Morning LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2595 |
| Jeanine D. Clark, Esq.<br>Margolis Edelstein<br>216 Haddon Avenue<br>PO Box 9222<br>Westmont, NJ 08101 | Melissa A. Penna, Esq.<br>Norris, McLaughlin & Marcus<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876-1018 |

FP01/ 3165864.1