NOLA R. BENCZE (NB 7698)
JAMES J. O'TOOLE (JO2030)
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-8700
Facsimile: (215) 665-8760

*Attorneys for Creditor Waste
Management of New Jersey, Inc.*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
### (CAMDEN VICINAGE)

_____

|  |  |
|---|---|
|  | : (Hon. Gloria M. Burns) |
| In re: | : |
| SHAPES/ARCH HOLDINGS, L.L.C., | : Chapter 11 |
| *et al,* | : |
| Debtors. | : Lead Case No.: 08-14631 (GMB) |
|  | : (Jointly Administered) |
|  | : |
| _____: |  |

### ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF
### PAPERS PURSUANT TO SECTION 1109(b) OF THE BANKRUPTCY CODE AND
### <u>BANKRUPTCY RULES 9010 AND 2002</u>

TO THE PERSONS ON THE ANNEXED SERVICE LIST:

NOTICE IS HEREBY GIVEN pursuant to section 1009(b) of Title 11 of the United States Code and rules 90101 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Buchanan Ingersoll & Rooney PC hereby appears for Waste Management of New Jersey, Inc. in the above-captioned case.

NOTICE IS FURTHER GIVEN that Buchanan Ingersoll & Rooney PC requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders

who file with the Court a request that all notices be mailed to them) be given to and served upon Buchanan Ingersoll & Rooney at the following address and telephone number:

>Buchanan Ingersoll & Rooney PC
>1835 Market Street, 14th Floor
>Philadelphia, PA 19103
>Attn:  James J. O'Toole
>Tel.:  (215) 665-8700
>Facsimile:  (215) 665-8760
>E-mail:  james.otoole@bipc.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtors or the property of such debtors or the debtors' estates.

Dated:  July 1, 2008

>BUCHANAN INGERSOLL & ROONEY PC
>
>By:     /s/ Nola R. Bencze
>Nola R. Bencze
>James J. O'Toole
>1835 Market Street, 14th Floor
>Philadelphia, Pennsylvania 19103
>Tel.: (215) 665-8700
>Facsimile:  (215) 665-8760
>
>*Attorneys for Creditor Waste Management of New Jersey, Inc.*