# **EXHIBIT 1**

*Law Offices of*
*Schmidt & Tomlinson*
29 Union Street
Medford, New Jersey 08055
(609) 714-0600
Fax (609) 714-0610
schmidtlaw@comcast.net

Sandford F. Schmidt
Christopher D. Swirchak

Ephraim Tomlinson, 2nd
(1914-1996)
Judith A. Schneider, Of Counsel *
*Also Admitted in PA, DC

May 15, 2008

**VIA EMAIL & REGULAR MAIL**

Louis Giansante, Esquire
Carol Rodgers Cobb, Esquire
**Counsel for Ward Sand**

Mark A. Stevens, Esquire
**Counsel for Municipalities**

Kevin McKenna, Esquire
**Counsel for Generators & Puchak Defendants**

Kenneth H. Mack, Esquire
**Counsel for Third Party (Generator) Defendants**

Michael Bogdonoff, Esquire
**Counsel for Swope-Related Third Party Defendants**

Michael D. Lichtenstein, Esquire
**Counsel for Palmyra-related 3rd Party Def**

Re:  Pennsauken Landfill Litigation - Liaison File
     Our File No. 11962-1

Dear Counsel:

This law firm represents the Defendant Transporter Group in the above captioned matter.

Pursuant to Judge Lifland's directions at the April 18, 2008 conference, the Transporters provide the following information with respect to damages:

With respect to Groundwater Quality Investigation, our budget is $113,380; $98,353.33 has been billed to date. The remaining budget as of 4/25/2008 was $15,026.67.

With respect to Groundwater Modeling, the total budget is $110,000. Total billed to date is $76,028.08. The remaining budget as of 4/25/2008 was $33,971.92.

Therefore the total Transporter Group damages will be $223,380, the total billed to date is $174,381.41, the remaining budget, as of 4/25/2008 was $48,998.59.

Letter to Liaison Counsel
May 15, 2008
Page 2

  Should you have any questions do not hesitate to contact me.

            Very truly yours,

            Sandford F. Schmidt

cc: Transporter Group
H:\Ann\PENNSAUK\2008\LiaisonCounsel 002.wpd