NOLA R. BENCZE (NB7698)
JAMES J. O'TOOLE (JO2030)
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-8700
Facsimile: (215) 665-8760
*Attorneys for Creditor Waste*
*Management of New Jersey, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**(CAMDEN VICINAGE)**

|  |  |  |
|---|---|---|
| | : | (Hon. Gloria M. Burns) |
| In re: | : | |
| SHAPES/ARCH HOLDINGS, L.L.C., | : | Chapter 11 |
| *et al*, | : | |
| Debtors. | : | Lead Case No.: 08-14631 (GMB) |
| | : | (Jointly Administered) |
| | : | |

**CERTIFICATE OF SERVICE**

I, Samantha L. Southall, hereby certify that on this 1st day of July, 2008, I caused a true and correct copy of the foregoing Waste Management of New Jersey, Inc.'s Objection to Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims to be served by First Class mail, postage prepaid, upon each of the parties or counsel listed on the attached Service List and where indicated, also by electronic mail.

/s/   Samantha L. Southall

*Via Electronic Mail*
Jerold N. Poslusny, Jr., Esquire
Cozen O'Connor
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
*Attorneys for Debtor*

*Via Electronic Mail*
Alan D. Halperin, Esquire
Walter Benziga, Esquire
Debra J. Cohen, Esquire
Donna H. Lieberman, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022-3301
*Attorneys for Creditors' Committee*

1

Joel C. Shapiro, Esquire
Blank Rome, LLP
One Logan Square
Philadelphia PA 19103
*Attorneys for Arcus ASI Funding LLC and Arcus ASI, Inc.*

*Via Electronic Mail*
Paul A. Patterson, Esquire
Michael J. Cordone, Esquire
Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, P A19103
*Attorneys for the CIT Group/Business Credit, Inc.*

*Via Electronic Mail*
Louis T. DeLucia, Esquire
Alan J. Brody, Esquire
Alyson M. Fiedler, Esquire
Greenberg Taurig, LLP
200 Park Avenue
Florham Park, NJ 07932
*Attorneys for Arch Acquisition I, LLC*

*Via Electronic Mail*
Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 198-1
Attorneys for Debtor

*Via Electronic Mail*
Michael D. Sirota, Esquire
Ilana Volkov, Esquire
Warren A. Usatine, Esquire
Cole Schotz Meisel Forman & Leonard PA
Court Plaza North, 25 Main Street
P.O. Box 800
Hackensack, NJ 07601

Lawrence Flick, Esquire
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
*Attorneys for Arcus ASI Funding LLC and Arcus ASI, Inc.*

*Via Electronic Mail*
Donald F. MacMaster, Esquire
Office of the United States Trtustee
One Newark Center, Suite 2100
Newark, NJ

*Via Electronic Mail*
Nancy A. Mitchell, Esquire
Greenberg Taurig, LLP
Metlife Building
200 Park Avenue
New York, NY 10016
*Attorneys for Arch Acquisition I. LLC*

Diane E. Vuocolo, Esquire
Greenberg Taurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
*Attorneys for Arch Acquisition I. LLC*

Robert Lapowsky, Esquire
John C. Kilgannon, Esquire
Stevens & Lee, P.C.
181 Market Street, 29th Floor
Philadelphia, PA 19103

Richard A. Kellner
Rusal America Corp.
550 Mamaroneck Avenue
Harrison, NY 10528

Cheryl L. Cooper, Esquire
Holston, MacDonald, et al.
66 Euclid Street
Post Office Box 358
Woodbury, NJ 08096

Sam Della Fera, Jr., Esquire
Trenk, DiPasquale, et al.
347 Mt. Pleasant Avenue
Suite 300
West Orange, NJ 07052

Bonnie A. Barnett, Esquire
David B. Aaronson, Esquire
Deobrah L. Shuff
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
*Attorneys for Sears Holding Management Corporation, et al.*

Brian Bull
Alcan
1188 Sherbrooke Street West
Montreal, Quebeck
H3A 3G2
CANADA

American Express Travel Related Services Inc.
c/o Becket and Lee LLP
Post Office Box 3001
Malvern, PA 19355-0701

Kelly A. Krail, Esquire
Litchfield Cavo
1800 Chapel Avenue, Suite 360
Cherry Hill, NJ 08002

Alan P. Fox, Esquire
William G. Wright, Esquire
Capeheart & Scatchard, P.A.
Laurel Corporate Center, Suite 300 S
800 Midlantic Drive
Mt. Laurel, NJ 08054

Jennifer Davies, Esquire
Lamm Rubenstone LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053

William G. Wright, Esquire
Farr, Burke, Gambacorta & Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054

R. Matthew Pettigrew, Jr., Esquire
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA19107

Bankruptcy Administration
IKON Financial Services
1735 Bass Road
P.O. Box 13708
Macon, GA 31208-4708

Steven J. Reisman, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Carol Rogers Cobb, Esquire
Giansante & Cobb, LLC
23 East Main Street
Moorestown, NJ 08057-3309

Ira Deiches, Esquire
Dieches & Ferschmann
25 Wilkins Avenue
Haddonfield, NJ 08033

Richard McNeill, Esquire
McNeill & Walker
230 South Broad Street, Suite 700
Philadelphia, PA 19102

Internal Revenue Service (IRS)
Post Office Box 21126
Philadelphia, PA 19114

Glencore Ltd.
Attn: Elitsa Golab
301 Tresser Boulevard
Stamford, CT 06901

John R. Morton, Jr., Esquire
Law Offices of John R. Morton, Jr.
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

Joe M. Lozano, Jr., Esquire
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243

David W. Phillips, Esquire
Todd M. Galante, Esquire
Jeffrey M. Zalkin, Esquire
LeClairRyan
Two Penn Plaza East
Newark, NJ 07105-2249

New Jersey Attorney General's Office
Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street
Post Office Box 112
Trenton, NJ 08625-0112

Timothy A. Bortz
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Lab or and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602-1184

Robert M. Marshall, Esquire
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ 07470

Jeffrey Kurtzman, Esquire
Klehr Harrison Harvey Branzburg & Ellers
260 South Broad Street

Philadelphia, PA 19102

Emmanuel J. Argentieri, Esquire
Parker McCay
Post Office Box 974
Marlton, NJ 08053

Commonwealth of Pennsylvania
State Office Building
1400 Spring Garden Street
Room 201
Philadelphia, PA 19130

U.S. Environmental Protection Agency
Region 2
290 Broadway, 17th Floor
New York, NY 10007-1866

New Jersey Department of Environmental
   Protection Agency
Attorney General of New Jersey
25 Market Street
Post Office Box 093
Trenton, NJ 08625

Joseph M. Garemore, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

Donald Goodfriend Frankel'
U.S. Department of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA 02458

Joseph L. Schwartz, Esquire
Riker, Danig, Scherre, Hyland, Perretti
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07960

Tyler S. Graden
1515 Market Street, 16th Floor
Philadelphia, PA 19102

4

Securities and Exchange Commission
Philadelphia District Office
The Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Bruce D. Buechler, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Suzanne M. Klar
PSE&G Service Corp.
80 Park Plaza
Newark, NJ 07101

John J. Winter, Esquire
The Chartwell Law Offices, LLP
2624 Van Buren Avenue
Norristown, PA 19403

Sherry D. Lowe, Esquire
Lamm Rubenstone LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053

Barry C. Reed, Jr., Esquire
Reed & Giordano
101 Tremont Street, Suite 900
Boston, MA 02108

John Sullivan, Esquire
Post & Schell PC
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103

Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional
  Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

A. Dennis Terrell, Esquire
Michael J. Reynolds, Esquire
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1047

Michael Stafford, Esquire
Nord & Demaio
190 State Highway 18
East Brunswick, NJ 08816

Mark D. Plevin, Esquire
Kelly R. Cusick
Crowell & Moring LLP
10001 Pennsylvania Avenue N.W.
Washington, DC 20004-2595

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division
Post Office Box 20207
Nashville, TN 37202-0207

Philip S. Rosen, Esquire
Zeichner Ellman & Kraus LLP
103 Eisenhower parkway
Roseland, NJ 07068

*Via Electronic Mail*
Robin F. Pollack
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
*Attorneys for SL Industries, Inc.*