# EXHIBIT "B"

# ENDORSEMENT AND AMENDMENT TO ROYALTY AND PATENT LICENSE AGREEMENT

WHEREAS Delair Group, L.L.C. ("Delair"), which maintains a principal place of business at 8600 River Road, Delair, New Jersey, 08110 and Nationwide Industries, Inc. ("Nationwide"), which maintains a principal place of business at 10333 Windhorst Road, Tampa, Florida, 33619 are parties to an Agreement (the "Agreement") dated **January 1, 2005** wherein Delair granted to Nationwide a non-exclusive license under U.S. Patent No. 5,715,574 (the "Patent") to sell a product known as an "aluminum push adjust self-closing hinge";

WHEREAS, this Endorsement and Amendment to Royalty and Patent License Agreement ("Endorsement and Amendment Agreement") is an amendment to the prior Agreement and the prior Agreement and all its terms are fully incorporated herein by reference; and

WHEREAS, Nationwide has now created a resin hinge for the vinyl fence industry (the "Resin Hinge") that has a likeness to the invention of the Patent and the parties wish to amend the prior and existing Agreement to cover the "Resin Hinge" on the terms discussed in this Endorsement and Amendment Agreement.

NOW THEREFORE, Nationwide and Delair both agree as follows:

1. Delair hereby grants Nationwide a non-exclusive license under U.S.A. Patent No. 5,715,574 to sell the Resin Hinge in the U.S.A.

2. In consideration of Delair granting the foregoing license, Nationwide shall pay Delair a royalty of fifty cents ($.50) for every Resin Hinge sold by Nationwide during the term of this Agreement. Nationwide shall have the same duties and obligations to Delair with respect to the Resin Hinge as it has under the prior Agreement for the aluminum push adjust self-closing hinge.

3. In consideration of the mutual promises and commitments set forth herein, the parties hereto agree that the Term of the prior Agreement shall be extended for an additional five (5) year period according to the same terms, conditions, rights and obligations set forth in the prior Agreement. As such, the prior Agreement will now conclude on December 31, 2011.

4. The Term of this Endorsement and Amendment Agreement shall be consistent with the Term of the prior Agreement. As such, this Endorsement and Amendment Agreement shall conclude on December 31, 2011.

5. Except as expressly provided in this Endorsement and Amendment Agreement, the parties' rights and obligations under this Endorsement and Amendment Agreement shall be same as their rights and obligations under the prior Agreement between the parties.