# EXHIBIT "E"

**From:** McGuire, George [mailto:mcguirg@bsk.com]
**Sent:** Sunday, April 13, 2008 11:33 AM
**To:** Schall, Fred; ckliefoth@nationwideindustries.com
**Subject:** RE:

Fred,

The complaint is pretty typical in terms of its detail. We plan on denying infringement and serving multiple counterclaims. I don't see any harm in your contacting D&D in light of your favorable relationship; I can only foresee potential benefits to be derived from your conversation, including additional details of the infringement theory. Please let me know if you need guidance or have any questions. I am out of the office this week but will be checking my email periodically. Thanks. George



BS&K BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW • NEW YORK FLORIDA KANSAS

**George R. McGuire**
Chairman, Intellectual Property Practice Group
Direct     315.218.8515
Alt        315.218.8000
Fax        315.218.8100
Cell       315.278.5604
Email      gmcguire@bsk.com

One Lincoln Center Syracuse, NY 13202-1355

*************************************************************************
CONFIDENTIALITY NOTICE: This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message. Thank you.
*************************************************************************

*************************************************************************

7/1/2008

IRS CIRCULAR 230 DISCLOSURE: IRS regulations require us to notify you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code. If you want a further description of this requirement, go to http://www.bsk.com.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Schall, Fred [mailto:FSchall@delairgroup.com]
**Sent:** Friday, April 11, 2008 11:07 AM
**To:** McGuire, George; ckliefoth@nationwideindustries.com
**Subject:**

Hi George,
Received the complaint from D&D. its pretty vague on the infringment. Do you plan to, or have you requested clairfication on the exact nature of infringment. Or are you just planning to deny?
    Obviously, without knowing the area of infringment, am unable to determine if its a conflict with our patent or not.. However, if you wish, I will call D&D as we are a large customer of theirs and I know the principals. and try to get insight as to the issue. Please advise.

Thanks Fred

cc; Chris

7/1/2008