| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| MICHELMAN & BRICKER<br>By: Sharon Block, Esquire<br>811 Church Road<br>Suite 117-A<br>Cherry Hill, NJ 08002<br>(856) 661-9499<br>Attorney for the Creditor | Case No. 08-1463 (GMB) |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Judge: Gloria M. Burns<br><br>Chapter 11 |

### ORDER DENYING MOTION TO DISALLOW
### CLAIMS FOR CONTRIBUTION

The relief set forth on the following page, numbered (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631

Order Denying Motion to Disallow Claims for Contribution

---

Upon consideration of the above-captioned debtors' (the "Debtors") Motion to Disallow Claims For Contribution and the Response of Creditor A. Marianni's Sons, Inc., and for good cause shown, it is hereby **ORDERED** that:

1. Motion is **DENIED** and

2. A. Marianni's Sons, Inc.'s claim listed on Exhibit A of Debtor's Motion is **ALLOWED** for all purposes.