Sandford F. Schmidt, Esquire
LAW OFFICES OF SCHMIDT & TOMLINSON
29 Union Street
Medford, NJ 08055
(609) 714-0600
(609) 714-0610 (Fax)
Attorneys for Defendant/Third Party Plaintiff, Atlantic Disposal Services, Inc. n/k/a ACR, Inc.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(CAMDEN VINCINAGE)**

| | |
|---|---|
| In re: | : (Hon. Gloria M. Burns) |
| | : |
| Shapes/Arch Holdings, L.L.C., | : Chapter 11 |
| Shapes L.L.C., Delair L.L.C., Accu-Weld | : |
| L.L.C., and Ultra L.L.C. | : Lead Case No. 08-14631 (GMB) |
| | : (Jointly Administered) |
| Debtors | : |
| | : |

**CERTIFICATION OF NON COMPLIANCE
REGARDING CASE MANAGEMENT/ELECTRONIC CASE FILING ("CM/ECF")**

I, Sandford F. Schmidt, HEREBY CERTIFY that with respect to the transition in procedure effective October 1, 2003 which requires *mandatory* electronic filing for attorneys who regularly practice before this Court, and which requires attorneys to become trained and certified "Participants" of CM/ECF, if the attorney files ten (10) or more pleadings in a 12 month period, inclusive of the 2003 calendar year prior to October 1st, the following conditions apply:

__X__ (a)   I am not currently certified as a CM/ECF Participant. During the twelve (12) month period preceding and including this filing, I have not exceeded the ten (10) document limit; or

____ (b)   I am not currently certified as a CM/ECF Participant. The captioned pleading constitutes my tenth or successive document filed within the preceding twelve (12) month period, and I have contacted the Court to schedule training within thirty (30) days of this filing. My scheduled training date is _____; or

____ (c)   I have been trained but not yet certified as a CM/ECF Participant; or

      (d)    I am a certified "Participant" of CM/ECF, but have encountered the following extenuating circumstances which have prevented me from complying with the mandatory filing requirement with respect to the captioned pleading:

_____

_____

_____

Date:   May 15, 2008

                                                            Sandford F. Schmidt, Esquire

\\Server2k3\Documents\Ann\ADS\PENNSAUK\PLEADING\CertNonCompIASBank.wpd