UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:                                    Case no.:    08-14631-GMB

Shapes/Arch Holdings, L.L.C.              Chapter: _____

                                          Judge: _____

            Debtor(s)

*U.S. BANKRUPTCY COURT FILED CAMDEN, NJ  08 JUL -1 PM 3:58  JAMES J. WALDRON  BY: _____ DEPUTY CLERK*

Caption of Pleading being filed: Nicholas Brothers, Inc.

## CERTIFICATION OF NON COMPLIANCE
## REGARDING CASE MANAGEMENT/ELECTRONIC CASE FILING ("CM/ECF")

I, (_____Mary Elizabeth Wolfe_____), **HEREBY CERTIFY** that with respect to the transition in procedure effective October 1, 2003 which requires *mandatory* electronic filing for attorneys who regularly practice before this Court, and which requires attorneys to become trained and certified "Participants" of CM/ECF, if the attorney files ten (10) or more pleadings in a 12 month period, inclusive of the 2003 calendar year prior to October 1st, the following conditions apply (please check applicable provisions):

__✔__ (a) I am not currently certified as a CM/ECF Participant. During the twelve (12) month period preceding and including this filing, I have not exceeded the ten (10) document limit; or

_____ (b) I am not currently certified as a CM/ECF Participant. The captioned pleading constitutes my tenth or successive document filed within the preceding twelve (12) month period, and I have contacted the Court to schedule training within thirty (30) days of this filing. My scheduled training date is _____; or

_____ ( c) I have been trained but not yet certified as a CM/ECF Participant; or

_____ (d) I am a certified "Participant" of CM/ECF, but have encountered the following extenuating circumstances which have prevented me from complying with the mandatory filing requirement with respect to the captioned pleading: (briefly describe)

_____

_____

_____

_____ ; and

_____ (e) Pursuant to the Court's Notice to the Bar dated June 17, 2003, and posted to the Court's Web site www.njb.uscourts.gov, I have placed the document being filed on a CD ROM in PDF format.

July 1, 2008                              *[signature: Mary Elizabeth Wolfe]*
Date                                      Signature of Attorney