**DRINKER BIDDLE & REATH LLP**
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103
(215) 988-2700
David B. Aaronson (DA 8387)
*Attorneys for Lightman Drum Company Superfund Site PRP Group,*
*Ewan Superfund Site PRP Group and D'Imperio Superfund Site PRP Group*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**(CAMDEN VICINAGE)**

| | |
|---|---|
| In re:<br><br>Shapes/Arch Holdings L.L.C.,<br>Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C.<br><br>Debtors | (Hon. Gloria M. Burns)<br><br>Chapter 11<br><br>Lead Case No. 08-14631 (GMB)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, David B. Aaronson, hereby certify that on the date set forth below, I caused to be served by United States mail a copy of the foregoing **COMBINED OBJECTION TO (I) CONFIRMATION OF DEBTORS' THIRD AMENDED JOINT PLAN OF REORGANIZATION AND (II) DEBTORS' MOTION TO DISALLOW CLAIMS FOR CONTRIBUTION AND IN THE ALTERNATIVE TO ESTIMATE CLAIMS** upon the attached service list.

Dated: July 2, 2008                                   By: /s/ David B. Aaronson
                                                                  David B. Aaronson

## SERVICE LIST

| | |
|---|---|
| Robert Lapowsky, Esq.<br>John C. Kilgannon, Esq.<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103 | American Express Travel Related Services<br>Inc. Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Donald F. Macmaster, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Cheryl L. Cooper, Esq.<br>Holston, MacDonald, et al.<br>66 Euclid Street<br>PO Box 358<br>Woodbury, NJ 08096 |
| Brian Bull<br>Alcan<br>1188 Sherbrooke Street West<br>Montreal, Quebec<br>H3A 3G2<br>Canada | Robyn F. Pollack, Esq.<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 |
| Richard A. Kellner<br>Rusal America Corp.<br>550 Mamaroneck Ave.<br>Harrison, NY 10528 | Kelly A. Krail, Esq.<br>Kathleen J. Collins, Esq.<br>Litchfield Cavo<br>1800 Chapel Ave. West, Suite 360<br>Cherry Hill, NJ 08002 |
| Alan D. Halperin, Esq.<br>Donna Liebernman, Esq.<br>Debra J. Cohen, Esq.<br>Walter Benzija, Esq.<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue-9th Floor<br>New York, NY 10022-3301 | Sam Della Fera, Jr., Esq.<br>Trenk, DiPasquale, et al.<br>347 Mt. Pleasant Ave., Suite 300<br>West Orange, NJ 07052 |
| Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Alan P. Fox, Esq.<br>William G. Wright<br>Capehart & Scatchard, P.A.<br>Laurel Corporate Center-Suite 300 S<br>8000 Midlantic Drive<br>Mount Laurel, NJ 08054 |

| | |
|---|---|
| Joel Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998 | Carol Rogers Cobb, Esq.<br>Giansante & Cobb, LLC<br>23 E. Main Street<br>Moorestown, NJ 08057-3309 |
| Lawrence Flick, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174 | William G. Wright, Esq.<br>Farr, Burke, Gambacorta & Wright, P.C.<br>1000 Atrium Way, Suite 401<br>PO Box 669<br>Mt. Laurel, NJ 08054 |
| Paul A. Patterson, Esq.<br>Michael Cordone, Esq.<br>Mark J. Dorval, Esq.<br>Stradley Ronon<br>2600 One Commerce Square<br>Philadelphia, PA 19103 | Ira Deiches, Esq.<br>Deiches & Ferschmann<br>25 Wilkins Ave.<br>Haddonfield, NJ 08033 |
| Louis T. DeLucia, Esq.<br>Alan J. Brody, Esq.<br>Alyson M. Fiedler, Esq.<br>Greenberg Traurig, LLP<br>200 Park Ave.<br>Florham Park, NJ 07932 | R. Matthew Pettigrew, Jr., Esq.<br>Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107 |
| Nancy A. Mitchell, Esq.<br>Greenberg Traurig, LLP<br>Metlife Building<br>200 Park Ave.<br>New York, NY 10016 | Richard McNeill, Esq.<br>McNeill & Walker<br>230 South Broad Street<br>Suite 700<br>Philadelphia, PA 19102 |
| Diane E. Vuocolo, Esq.<br>Greenberg Traurig, LLP<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA 19103 | Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-4708 |
| Jennifer M. Davies, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053 | Internal Revenue Service (IRS)<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

| | |
|---|---|
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | New Jersey Attorney General's<br>Office Division of Law<br>Attn: Tracy Richardson<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 |
| Glencore Ltd<br>Attn: Elitsa Golab<br>301 Tresser Blvd.<br>Stamford, CT 06901 | Commonwealth of Pennsylvania<br>State Office Building<br>1400 Spring Garden Street, Room 201<br>Philadelphia, PA 19130 |
| John R. Morton, Jr. Esq.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | Timothy A. Bortz<br>UC Tax Agent/Bankruptcy Representative<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street-Room 203<br>Reading, PA 19602-1184 |
| Robert M. Marshall, Esq.<br>Marshall & Quentzel, L.L.C.<br>155 Willowbrook Boulevard<br>Wayne, NJ 07470 | U.S. Environmental Protection Agency<br>Region 2<br>290 Broadway, 17th Floor<br>New York, NY 10007-1866 |
| Joe M. Lozano, Jr., Esq.<br>Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | New Jersey Department of Environmental Protection<br>Attorney General of New Jersey<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625 |
| Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzbug & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102 | Securities and Exchange Commission<br>Philadelphia District Office<br>The Mellon Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1532 |
| David W. Phillips, Esq.<br>Todd M. Galante, Esq.<br>Jeffrey M. Zalkin, Esq.<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, NJ 07105-2249 | Joseph M. Garemore, Esq.<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |
| Emmanuel J. Argentieri, Esq.<br>Parker McCay<br>PO Box 974<br>Marlton, NJ 08053 | Bruce D. Buechler, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |

| | |
|---|---|
| Donald Goodfriend Frankel<br>US Department of Justice<br>Environmental Enforcement Section<br>One Gateway Center, Suite 616<br>Newton, MA 02458 | Tyler S. Graden<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102 |
| Suzanne M. Klar<br>PSE&G Service Corp<br>80 Park Plaza<br>Newark, NJ 07101 | Sherry D. Lowe, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Boulevard, Suite 200<br>Trevose, PA 19053 |
| Jerrod N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 | Barry C. Reed, Jr., Esq.<br>Reed & Giordano<br>101 Tremont Street, Suite 900<br>Boston, MA 02108 |
| Joseph L. Schwartz, Esq.<br>Riker, Danig, SCherre, Hyland, Perretti<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07960 | Michael Stafford, Esq.<br>Nord & DeMaio<br>190 State Highway 18<br>East Brunswick, NJ 08816 |
| John J. Winter, Esq.<br>The Chartwell Law Offices, LLP<br>2624 Van Buren Avenue<br>Norristown, PA 19403 | Mark E. Fleger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, DE 19801 |
| Shawn M. Christianson, Esq.<br>Buchalter Nemer, PC<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| John Sullivan, Esq.<br>Post & Schell PC<br>1600 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 | Mark D. Plevin, Esq.<br>Kelly R. Cusick, Esq.<br>Crowell & Morning LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2595 |
| Jeanine D. Clark, Esq.<br>Margolis Edelstein<br>216 Haddon Avenue<br>PO Box 9222<br>Westmont, NJ 08101 | Melissa A. Penna, Esq.<br>Norris, McLaughlin & Marcus<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876-1018 |