

David B. Aaronson
215-988-3377 Direct
215-988-2757 Fax
david.aaronson@dbr.com

*Law Offices*

One Logan Square
18th & Cherry Streets
Philadelphia, PA
19103-6996

(215) 988-2700
(215) 988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

July 2, 2008

**VIA ECF**

The Honorable Gloria M. Burns
United States Bankruptcy Court
District of New Jersey
400 Cooper Street
Camden, New Jersey 08101

**Re:    In re: Shapes/Arch Holdings, LLC, et al.**
         **Case No. 08-14631 (Jointly Administered)**
         **Client-Matter No. 057328**

         **Joinder of Avery Dennison; Borden Foods; Crowley Corp.;**
         **Garrett-Buchanan; Georgia-Pacific Corp.; Devoe Coatings,**
         **Inc./The Glidden Co.; Sears Holding Management Corp.; and**
         **Southeastern Pennsylvania Transportation Authority to**
         **Objection of Combustion Engineering, Inc., successor by**
         **merger to C-E Glass, Inc.**

Dear Judge Burns:

        Avery Dennison; Borden Foods; Crowley Corp.; Garrett-Buchanan; Georgia-
Pacific Corp.; Devoe Coatings, Inc./The Glidden Co.; Sears Holding Management
Corp.; and Southeastern Pennsylvania Transportation Authority hereby join and
incorporate by reference all arguments raised in the Limited Objection to Debtors'
Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims
filed by Combustion Engineering, Inc., successor by merger to C-E Glass, Inc.

                                        Respectfully submitted,

                                        **Drinker Biddle & Reath LLP**

                                        /s/ David B. Aaronson
                                        David B. Aaronson

DBA/DLS

cc:    Mark E. Felger, Esquire
       Jerrold N. Poslusny, Jr., Esquire
       All Other Parties Receiving ECF Notice

*Established* 1849