EXPENSE REPORT FOR MEMBERS OF
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
SHAPES/ARCH HOLDINGS, LLC

CODES AND EXPLANATION

PKG = Parking
M/C = Mileage Charge (at .38/mile)
T = Tolls - Bridges, Tunnels, Parkway, etc.
A/F = Airfare (at coach rates)
H = Hotel
R/R = Trains and subways
TAXI = Taxi, radio cars
R/C = Rent-a-Car
M = Meals out-of-town (Breakfast, Lunch, Dinner)
TEL = Extraordinary telephone charges - conference calls, long distance, etc.
M/E = Other Miscellaneous charges (give full description of expenses)

PLEASE ATTACH RECEIPTS WHEREVER POSSIBLE

| DATE | LOCATION | AMOUNT | CODE | EXPLANATION OF EXPENSES |
|------|----------|--------|------|-------------------------|
| 3/31/08 | Newark, NJ | $147 | R/R | Train from Stamford to Newark. |
| 3/3/08 | Stamford | $8 | Taxi | Taxi from to office |

PLEASE TYPE OR PRINT:       TOTAL AMOUNT
REQUESTED

Name of Creditors' Committee Member/Representative:

Elitsa Golab

Total Amount Requested: $ 155

Company Name:

Glencore Ltd.

Completion of this form constitutes a certification under penalty
of perjury.

Signature of Applicant          7/1/08
                                Date

Amtrak - Reservations - Confirmation
Page 1 of 2

 **AMTRAK**    Español  Deutsch    Home  Help  Contact Us  Search

| Reservations | Schedules | Routes | Stations | Hot Deals | Traveling With Amtrak |

**AMTRAK.COM LOGIN**

User ID

Password

☐ Remember Me    **go!**

Register
Forgot Password?
Help

① Fare Finder   ② Select Train   ③ View Fare   ④ Passenger Info   ⑤ Payment

**⑥ Confirmation**

**Thank you for choosing Amtrak! Your reservation is complete.**

We look forward to serving you.

**Please Note:** All Amtrak trains (except the Auto Train) are non-smoking.

Please save or print this page for your records. THIS CONFIRMATION IS NOT A TICKET. You must obtain a ticket before boarding. Please follow the ticketing information instructions below.

**<THIS IS NOT A TICKET>**

**Reservation Number: 145E77**

**Departing: Stamford, CT (STM) To Newark, NJ (NWK)**

| Service | Departs | Arrives | Duration | Amenities |
|---|---|---|---|---|
| 2159 Acela Express | **Stamford, CT** (STM) **11:57 am** 31-MAR-08 | **Newark, NJ** (NWK) **1:14 pm** 31-MAR-08 | 1h 17m | Snack car |

**Returning: Newark, NJ (NWK) To Stamford, CT (STM)**

| Service | Departs | Arrives | Duration | Amenities |
|---|---|---|---|---|
| 2170 Acela Express | **Newark, NJ** (NWK) **5:29 pm** 31-MAR-08 | **Stamford, CT** (STM) **6:44 pm** 31-MAR-08 | 1h 15m | Snack car |

**TICKET INFORMATION**

THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding. You can pick up your tickets at any Amtrak Quik-Trak self-service ticketing kiosk, or at any Amtrak ticket window. Please check station operating hours before you go, as Amtrak ticket window hours and/or Quik-Trak kiosk hours vary from station to station.

**BILLING INFORMATION**

**Billed to:**
Elitsa H Golab
248 West Street
White Plains, NY 10605
United States

**Total Price:** $147.00

**Credit Card:** MasterCard
************0519

**FARE**

1 Passenger:
Passenger 1:  Elitsa Golab (Adult)

| | |
|---|---|
| Rail Fare: | $147.00 |
| Accommodations Price: | $0.00 |
| Total: | $147.00 |

**E-MAIL CONFIRMATION**

**We have sent an e-mail confirmation to t address(es):**

elitsa.golab@glencore-us.com

# Stamford Taxi Inc.

**80 Harvard Avenue, Stamford 06902**

**203-325-2611  866-262-0644**

PAYMENT METHOD

| SHARED RIDE | YES | NO |
|---|---|---|
| FARE | | |
| WAITING TIME | | |
| | | |
| TOLLS | | |
| PARKING | | |
| **TOTAL $** | | |

DATE _____ TIME _____ AM  PM

CUSTOMER NAME: _____ $8

ADDRESS: Elitsa Golab

FROM: _____

TO: _____

DRIVER'S SIGNATURE: _____ DRIVER # : _____