Linda S. Fossi, Esq. (ID #1720)
DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre
10000 Lincoln Drive East - Suite 201
Marlton, New Jersey  08053
(856) 988-5555

|  |  |
|---|---|
| | UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| | HONORABLE GLORIA M. BURNS |
| | CASE NO. 08-14631-GMB |
| | Chapter 11 |
| In the Matter of: | . |
| SHAPES/ARCH HOLDINGS, L.L.C., | . |
| Debtor. | . |

# NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
# OF ALL ORDERS, NOTICES, AND PLEADINGS
# UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)

DCFS Trust, a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:    July 1, 2008
          Marlton, New Jersey

\s\ Linda S. Fossi
Linda S. Fossi, Esq. ID #1720
DEILY, MOONEY & GLASTETTER, LLP
Attorneys for DCFS Trust
Office and P.O. Address
One Greentree Centre
10000 Lincoln Drive East - Suite 201
Marlton, New Jersey  08053
Phone:  (856) 988-5555

TO: Court Clerk
U.S. Bankruptcy Court
U.S. Post Office and Courthouse Bldg.
401 Market Street, 2nd Floor
Camden, New Jersey  08101

John C. Kilgannon, Esq.
Attorney for Debtor
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, Pennsylvania  19103

Jerrold N. Poslusny, Jr., Esq.
Attorney for Debtor
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, New Jersey  08002

B-DCSTEX.08.03476