Linda S. Fossi, Esq. (ID #1720)
DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre
10000 Lincoln Drive East - Suite 201
Marlton, New Jersey 08053
(856) 988-5555

        UNITED STATES BANKRUPTCY COURT
        FOR THE DISTRICT OF NEW JERSEY
        HONORABLE GLORIA M. BURNS
        CASE NO. 08-14631-GMB

        Chapter 11

In the Matter of:

    SHAPES/ARCH HOLDINGS, L.L.C.,

           Debtor.

## CERTIFICATE OF SERVICE

    I, Jennifer M Reiser, certify that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Appearance with Request for Copies of All Orders, Notices, and Pleadings Under Bankruptcy Rules 2002(g) and 9010(b) on July 3, 2008.

**E-Mail Service:** via e-mail notification to the following:

| | |
|---|---|
| United States Trustee | John C. Kilgannon, Esq. |
| United States Bankruptcy Court | Attorney for Debtor |
| One Newark Center | Stevens & Lee |
| Suite 2100 | 1818 Market Street |
| Newark, New Jersey 07102 | 29th Floor |
| | Philadelphia, Pennsylvania 19103 |
| | |
| | Jerrold N. Poslusny, Jr., Esq. |
| | Attorney for Debtor |
| | Cozen O'Connor |
| | LibertyView, Suite 300 |
| | 457 Haddonfield Road |
| | Cherry Hill, New Jersey 08002 |

        \s\ Jennifer M. Reiser_____
        Jennifer M Reiser

B-DCSTEX.08.03476