## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | :    CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | :    CASE NO. 08-14631 |
| Debtors. | :    (Jointly Administered) |
| | : |

## DECLARATION OF DANIEL C. MCELHINNEY OF EPIQ BANKRUPTCY SOLUTIONS, LLC CERTIFYING THE BALLOTS ACCEPTING OR REJECTING THE DEBTORS' THIRD AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF JUNE 27, 2008

STATE OF NEW YORK     )
                        ) ss:
COUNTY OF NEW YORK     )

Daniel C. McElhinney, being duly sworn, hereby declares under penalty of perjury:

1.      I am Senior Vice President and Director of Operations of Epiq Bankruptcy Solutions, LLC ("Epiq"). I am over the age of 18 years and not a party to the within action.

2.      Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. If I were called upon to testify, I could and would testify competently as to the facts set forth herein. I submit this declaration with respect to the Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (as may be modified and/or amended, the "Plan") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

3.      Pursuant to the Order Authorizing Retention of Epiq Bankruptcy Solutions, LLC as Official Noticing, Claims and/or Solicitation and Balloting Agent for the

Debtors, dated March 18, 2008, Epiq was appointed, inter alia, to act as balloting agent to the Debtors for the purposes of soliciting, receiving and tabulating ballots accepting or rejecting the Plan.

4.      The procedures for solicitation and tabulation of votes on the Plan are outlined in the Order: (i) Approving the Joint Disclosure Statement for the Third Amended Joint Plan of Reorganization; (ii) Approving Form and Manner of Solicitation Packages; (iii) Approving the Form and Manner of Notice of the Confirmation Hearing; (iv) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages; (v) Approving Forms of Ballots; (vi) Establishing Deadline for Receipt of Ballots; (vii) Approving Procedures for Vote Tabulation; (viii) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (ix) Granting Related Relief, dated March 23, 2008 (the "Disclosure Statement Order").

5.      Pursuant to the Disclosure Statement Order, only holders of Claims in the following Classes (the "Voting Classes") were entitled to vote to accept or reject the Plan:

> Class 5 –   PMSI Claims
> Class 6 –   Shippers and Warehousemen Claims
> Class 7 –   Collateralized Insurance Program Claims
> Class 9 –   Environmental Claims
> Class 10 –  General Unsecured Claims

## TABULATION PROCESS

6.      Epiq created a voting database reflecting the names and addresses of the holders of record of Claims in the Voting Classes and such other parties as were required to receive notices with respect to the Plan. Using its database, Epiq supervised the preparation of address labels for, and the mailing of, packages to these groups. Each package that was mailed to a holder of record in the Voting Classes contained the appropriate Voting Class ballot.

7.    Pursuant to the Disclosure Statement Order, all completed ballots were required to be returned by: (a) first class mail to Shapes/Arch Holdings, LLC, Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5112, New York, New York 10150-5112; or (b) personal delivery or overnight courier to Shapes/Arch Holdings, LLC, Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, New York 10017, so as to be received no later than 4:00 p.m. (prevailing New York City time), on June 27, 2008 (the "Voting Deadline").

8.    Upon receipt of the envelopes containing ballots, Epiq adhered to the following procedures:

(a)    Each returned envelope was opened and the ballots were removed, inspected and stamped with the date received;

(b)    Each ballot was given a sequential number when received (the "Sequence Number"). Epiq personnel then entered into a computer database reserved exclusively for recording votes all pertinent information from the ballots, including, among other things, the Sequence Number and whether such ballots indicated acceptance or rejection of the Plan.

(c)    All properly completed and executed ballots received by Epiq on or prior to the Voting Deadline were tabulated in accordance with the Disclosure Statement Order and the above procedures.[1]

9.    The results of the aforesaid tabulation are set forth in Table 1. In addition, annexed hereto as Exhibit A is a detailed accounting of the tabulation of such ballots.

---

[1] Epiq is in possession of all ballots received. Copies of such ballots are available for review during Epiq's regular business hours at 757 Third Avenue, 3rd Floor, New York, NY 10017.

## TABLE 1[2]

| CLASSES | TOTAL BALLOTS RECEIVED | | | |
| --- | --- | --- | --- | --- |
| | ACCEPT | | REJECT | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER |
| Class 5 – PMSI Claims | $56,712.12 100.00% | 1 100.00% | $0.00 0.00% | 0 0.00% |
| Class 6 – Shippers and Warehousemen Claims | $12,769.01 100.00% | 4 100.00% | $0.00 0.00% | 0 0.00% |
| Class 7 – Collateralized Insurance Program Claims | $0.00 0.00% | 0 0.00% | $393,970.00 100.00% | 1 100.00% |
| Class 10 – General Unsecured Claims | $22,956,813.82 98.27% | 166 93.26% | $403,342.45 1.73% | 12 6.74% |

10.    Table 1 and Exhibit A do not reflect any ballots that failed to conform to the requirements set forth in the voting instructions and procedures contained in the ballots, as well as the Disclosure Statement Order.  A schedule of such non-conforming ballots identifying the name of the entity that cast each such defective ballot (if determinable), the amount stated on the face of the ballot (if determinable), and the manner in which each such ballot failed to conform to the requirements set forth in the Disclosure Statement Order, is annexed here to as Exhibit B.

---

[2] The Debtors have granted Pollution Control Financing Authority of Camden County an extension of the Voting Deadline through 5:00 p.m. on Thursday, July 3, 2008 to submit a ballot in Class 9.  If received, Epiq will file a supplement to this Declaration reflecting such ballot.

I hereby declare under penalty of perjury that the foregoing information concerning the distribution, receipt and tabulation of ballots in connection with the Plan is true and correct to the best of my knowledge, information and belief.

_____
Daniel C. McElhinney

Sworn to before me on this
the 2nd day of July, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

5

# EXHIBIT A

TIME: 11:08:45
DATE: 07/03/08

SHAPES/ARCH HOLDINGS LLC
VOTING SUMMARY REPORT

PAGE: 1

| CLASS | | BALLOTS | PCT | $ AMOUNT | PCT | BALLOTS | PCT | $ AMOUNT | PCT |
|-------|--|---------|-----|----------|-----|---------|-----|----------|-----|
| | | | | VOTERS ACCEPTING | | | | VOTERS REJECTING | |
| 10 | Class 10 General Uns | 166 | 93.26 | 22,956,813.82 | 98.27 | 12 | 6.74 | 403,342.45 | 1.73 |
| 5 | Class 5 Secured Clai | 1 | 100 | 56,712.12 | 100 | 0 | 0 | 0.00 | 0 |
| 6 | Class 6 Secured Clai | 4 | 100 | 12,769.01 | 100 | 0 | 0 | 0.00 | 0 |
| 7 | Class 7 Collateraliz | 0 | 0 | 0.00 | 0 | 1 | 100 | 393,970.00 | 100 |
| TOTALS: | | 171 | 93 | 23,026,294.95 | 97 | 13 | 7 | 797,312.45 | 3 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11:06:03
DATE: 07/03/08

PAGE:    1

SHAPES/ARCH HOLDINGS LLC
Class 5 Secured Claims Purchase Money

| VENDOR # | CLAIM/ SCHEDULE | PLAN CLASS | CLAIMANT | ELIGIBLE VOTING AMOUNT | TOTAL VOTING AMOUNT | ACCEPT/REJECT | COUNT | BALLOT # | CTR |
|---|---|---|---|---|---|---|---|---|---|
| 51100 | 546 | 5 | CROWN CREDIT COMPANY | 56,712.12 | 56,712.12 | ACCEPTS | | 200 | |

TOTAL AMOUNT VOTING:            56,712.12    VOTERS ACCEPTING:      1    PERCENT AMOUNT ACCEPTING:  100%    PERCENT VOTERS ACCEPTING:  100%
AMOUNT ACCEPTING PLAN:         56,712.12    VOTERS REJECTING:      0    PERCENT AMOUNT REJECTING:    0%    PERCENT VOTERS REJECTING:    0%
AMOUNT REJECTING PLAN:              0.00

TIME: 11:06:31
DATE: 07/03/08

PAGE: 1

SHAPES/ARCH HOLDINGS LLC
Class 6 Secured Claims of Warehousemen

| VENDOR # | CLAIM/ SCHEDULE | PLAN CLASS | CLAIMANT | ELIGIBLE VOTING AMOUNT | TOTAL VOTING AMOUNT | ACCEPT/REJECT | COUNT | BALLOT # | CTR |
|---|---|---|---|---|---|---|---|---|---|
| 53700 | 63300780 | 6 | DALLAS TRANSFER | 100.00 | | | | | |
| 53700 | 63300790 | 6 | DALLAS TRANSFER & TERMINAL WAREH | 282.38 | 382.38 | ACCEPTS | | 69 | |
| 68400 | 63400064 | 6 | FEDEX | 1,038.71 | 1,038.71 | ACCEPTS | | 107 | PRP |
| 80400 | 635000650 | 6 | GRAFCO | 4,492.32 | 4,492.32 | ACCEPTS | | 64 | XCR |
| 180700 | 20 | 6 | STANDARD WAREHOUSE & DISTRIBUTIN | 6,855.60 | 6,855.60 | ACCEPTS | | 13 | |

TOTAL AMOUNT VOTING: 12,769.01
AMOUNT ACCEPTING PLAN: 12,769.01    VOTERS ACCEPTING: 4    PERCENT AMOUNT ACCEPTING: 100%    PERCENT VOTERS ACCEPTING: 100%
AMOUNT REJECTING PLAN: 0.00    VOTERS REJECTING: 0    PERCENT AMOUNT REJECTING: 0%    PERCENT VOTERS REJECTING: 0%

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11:06:59
DATE: 07/03/08

PAGE: 1

SHAPES/ARCH HOLDINGS LLC
Class 7 Collateralized Insurance Program

| VENDOR # | CLAIM/ SCHEDULE | PLAN CLASS | CLAIMANT | ELIGIBLE VOTING AMOUNT | TOTAL VOTING AMOUNT | ACCEPT/REJECT | COUNT | BALLOT # CTR |
|---|---|---|---|---|---|---|---|---|
| 20500 | 484 | 7 | ARROWOOD INDEMNITY COMPANY | 393,970.00 | 393,970.00 | **REJECTS** | | 44 |

| | | | |
|---|---|---|---|
| TOTAL AMOUNT VOTING: | 393,970.00 | | |
| AMOUNT ACCEPTING PLAN: | 0.00 | VOTERS ACCEPTING: | 0 |
| AMOUNT REJECTING PLAN: | 393,970.00 | VOTERS REJECTING: | 1 |

PERCENT AMOUNT ACCEPTING: 0%   PERCENT VOTERS ACCEPTING: 0%
PERCENT AMOUNT REJECTING: 100%   PERCENT VOTERS REJECTING: 100%

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11:08:13
DATE: 07/03/08

SHAPES/ARCH HOLDINGS LLC
Class 10 General Unsecured Claims

PAGE: 1

| VENDOR # | CLAIM/SCHEDULE | PLAN CLASS | CLAIMANT | ELIGIBLE VOTING AMOUNT | TOTAL VOTING AMOUNT | ACCEPT/REJECT | COUNT | BALLOT # | CTR |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 632010940 | 10 | J.J. MALONEY CO. | 212.20 | 212.20 | ACCEPTS | | 22 | |
| 0 | 635002230 | 10 | P.E.C.O. | 61,989.13 | 61,989.13 | ACCEPTS | | 108 | |
| 0 | 635002050 | 10 | CART-ALL EXPRESS | 1,675.00 | 1,675.00 | ACCEPTS | | 115 | |
| 0 | 634002030 | 10 | FRED'S TRAILER REPAIR INC | 205.00 | 205.00 | ACCEPTS | | 133 | |
| 0 | 632010790 | 10 | CAMDEN COUNTY MUNICIPAL | 700.00 | 700.00 | *REJECTS** | | 169 | |
| 0 | 632010710 | 10 | AA ELECTRIC | 176.51 | 176.51 | ACCEPTS | | 174 | |
| 0 | 635002090 | 10 | INTERNATIONAL PLASTIC | 1,000.00 | 1,000.00 | ACCEPTS | | 190 | |
| 0 | 632011160 | 10 | FANITCH SCHWARZE JACOBS | 190.00 | 190.00 | ACCEPTS | | 193 | |
| 1300 | 632000140 | 10 | A&F FREIGHT SYSTEM, INC. | 2,014.63 | 2,014.63 | *REJECTS** | | 93 | |
| 1700 | 632000180 | 10 | ACCENT CONTROL SYSTEMS | 2,599.73 | 2,599.73 | ACCEPTS | | 82 | |
| 2000 | 633000050 | 10 | ACCU STAFFING SERVICES | 405.76 | 405.76 | ACCEPTS | | 53 | |
| 2700 511 | | 10 | ACME CORRUGATED BOX CO., INC | 13,271.04 | | | | | AAF |
| 2700 512 | | 10 | ACME CORRUGATED BOX CO., INC | 18,161.50 | | | | | CLS |
| 2700 513 | | 10 | ACME CORRUGATED BOX CO., INC | 136,076.00 | 167,508.54 | ACCEPTS | | 114 | |
| 3400 | 635000060 | 10 | ACRILEX INC. | 15,977.60 | 15,977.60 | ACCEPTS | | 156 | |
| 6000 208 | 632000370 | 10 | ADVANCED RECOVERY SERVICES, INC. | 21,058.51 | | | | | XCR |
| 6000 243 | | 10 | ADVANCED RECOVERY SERVICES, INC. | 21,058.51 | | | | | AAF |
| 6000 | | 10 | ADVANCED RECOVERY SERVICES, INC. | 21,058.51 | 63,175.53 | ACCEPTS | | 2 | DOP |
| 6700 30 | 632000330 | 10 | ADVANCE SCALE CO., INC. | 1,163.63 | | | | | CLS |
| 6700 | | 10 | ADVANCE SCALE CO., INC. | 2,549.68 | 3,713.31 | ACCEPTS | | 75 | XCR |
| 7000 | 632000380 | 10 | AGIS LLC | 594.10 | 594.10 | ACCEPTS | | 192 | XCR |
| 7500 260 | 635000090 | 10 | AIR & ELECTRIC EQUIPMENT CO | 6,217.01 | | | | | |
| 7500 | | 10 | AIR & ELECTRIC EQUIPMENT CO | 9,025.30 | 15,242.31 | ACCEPTS | | 59 | XCR |
| 8500 | 632000470 | 10 | AIRLINE HYDRAULICS CORP. | 4,032.39 | 4,032.39 | **REJECTS** | | 177 | XCR |
| 8600 | 632000400 | 10 | AIR LIQUIDE IND. US LP | 44,228.31 | 44,228.31 | ACCEPTS | | 77 | PRP |
| 8800 121 | 632000420 | 10 | AIR LIQUIDE INDUSTRIAL U.S. LP | 52,483.08 | 52,483.08 | ACCEPTS | | 30 | |
| 8900 72 | 632000420 | 10 | AIR NOVA, INC. | 15,050.00 | | | | | XCR |
| 8900 44 | | 10 | AIRNOVA, INC. | 13,650.00 | 28,700.00 | ACCEPTS | | 101 | CLS |
| 9100 25 | 632000450 | 10 | AIR-OIL SYSTEMS, INC. | 1,782.29 | | | | | DOP |
| 9100 | | 10 | AIR-OIL SYSTEMS, INC. | 1,782.29 | | | | | XCR |
| 9100 | | 10 | AIR-OIL SYSTEMS, INC. | 1,782.29 | | ACCEPTS | | 21 | NSD |
| 10000 | 632000520 | 10 | AKRON BEARING CO. | 5,898.77 | 5,346.87 | ACCEPTS | | | XCR |

TIME: 11:08:13
DATE: 07/03/08

SHAPES/ARCH HOLDINGS LLC
Class 10 General Unsecured Claims

PAGE:  2

EPIQ BANKRUPTCY SOLUTIONS, LLC

| VENDOR # | CLAIM / SCHEDULE | PLAN CLASS | CLAIMANT | ELIGIBLE VOTING AMOUNT | TOTAL VOTING AMOUNT | ACCEPT/REJECT | COUNT | BALLOT # | CTR |
|---|---|---|---|---|---|---|---|---|---|
| 10000 | 82 | 10 | AKRON BEARING CO., INC | 5,898.77 | 11,797.54 | ACCEPTS | 57 | AAF | |
| 10500 | 632000540 | 10 | ALAN'S COLLISION CENTER | 3,821.16 | 3,821.16 | ACCEPTS | 9 | | |
| 10800 | 460 | 10 | ALCAN ALUMINUM CORP. | 6,581,586.45 | 6,581,586.45 | ACCEPTS | 195 | CLS | |
| 11400 | 518 | 10 | ALCOA INC. | 336,156.47 | 336,156.47 | ACCEPTS | 139 | AAF | |
| 12800 | 35 | 10 | ALL WEATHER TEMPERING | 8,413.40 | 8,413.40 | ACCEPTS | 182 | | |
| 15300 | 401 | 10 | AMERICAN EXPRESS TRAVEL RELATED | 1,649.14 | | | | | |
| 15300 | 402 | 10 | AMERICAN EXPRESS TRAVEL RELATED | 11,801.53 | | | | | |
| 15300 | 403 | 10 | AMERICAN EXPRESS TRAVEL RELATED | 6,460.98 | | | | | |
| 15600 | 347 | 10 | AMERICAN IRON & METAL CO. USA IN | 181,087.20 | 181,087.20 | ACCEPTS | 197 | | |
| 16900 | 632000970 | 10 | AMS MECHANICAL LLC | 17,045.69 | 17,045.69 | ACCEPTS | 148 | AAF | |
| 17300 | 633000210 | 10 | ANDREW'S INTERNATIONAL CO LTD | 36,704.95 | 36,704.95 | ACCEPTS | 173 | XCR | |
| 21600 | 633000300 | 10 | ASSOCIATED IMAGING SOLUTIONS | 217.81 | 217.81 | ACCEPTS | 128 | | |
| 23900 | 248 | 10 | AVAYA INC. | 891.54 | | ACCEPTS | 42 | | |
| 23900 | 291 | 10 | AVAYA INC. | 891.54 | 1,783.08 | ACCEPTS | 90 | DUP | |
| 24400 | 43 | 10 | AZON USA, INC. | 57,027.64 | 57,027.64 | **REJECTS** | 86 | | |
| 24900 | 190 | 10 | BARDOT PLASTICS, INC. | 76,984.30 | 76,984.30 | ACCEPTS | 196 | CLS | |
| 30200 | 635000290 | 10 | BOWMAN DISTRIBUTION | 3,570.09 | 3,570.09 | ACCEPTS | 163 | | |
| 30500 | 135 | 10 | BOYLE BROS. INC. | 1,252.40 | 1,252.40 | ACCEPTS | 194 | | |
| 32000 | 142 | 10 | BROADVIEW NETWORKS | 90.35 | 90.35 | ACCEPTS | 164 | | |
| 32400 | 23 | 10 | BUCKS COUNTY WATER & SEWER AUTHO | 8,267.41 | 8,267.41 | ACCEPTS | 15 | NSD | |
| 32200 | 442 | 10 | BURLINGHAM INTERNATIONAL | 10,256.24 | 20,512.48 | ACCEPTS | 136 | AAF DUP | |
| 32200 | 466 | 10 | BURLINGHAM INTERNATIONAL | 10,256.24 | | | | | |
| 33500 | 229 | 10 | CALDWELL MFG. CO. | 21,160.31 | 21,160.31 | ACCEPTS | 99 | CLS | |
| 34400 | 404 | 10 | CAN-ENG FURNACES INTERNATIONAL | 1,107.75 | 1,107.75 | ACCEPTS | 31 | | |
| 34800 | 632001900 | 10 | CAPP INC | 3,227.85 | 3,227.85 | ACCEPTS | 181 | | |
| 35600 | 14 | 10 | CAST RITE METAL CO | 1,493.63 | 1,493.63 | ACCEPTS | 157 | AAF | |
| 35800 | 632001940 | 10 | CASTROL INDUSTRIAL AMERICAS | 5,236.77 | 5,236.77 | ACCEPTS | 96 | XCR | |
| 38600 | 258 | 10 | CHARLES A LONG, INC | 6,296.25 | 12,592.50 | ACCEPTS | 49 | AAF DUP | |
| 38600 | 278 | 10 | CHARLES A LONG, INC | 6,296.25 | | | | | |
| 39000 | 192 | 10 | C H BRIGGS INC | 2,310.00 | | | | | |

TIME: 11:08:13
DATE: 07/03/08

SHAPES/ARCH HOLDINGS LLC
Class 10 General Unsecured Claims

PAGE: 3

| VENDOR # | CLAIM/ SCHEDULE | PLAN CLASS | CLAIMANT | ELIGIBLE VOTING AMOUNT | TOTAL VOTING AMOUNT | ACCEPT/REJECT | COUNT | BALLOT # | CTR |
|---|---|---|---|---|---|---|---|---|---|
| 39000 | 413 | 10 | CHERIGGS INC. | 2,310.00 | 4,620.00 | ACCEPTS | | 43 | AAF |
| 42900 | 632022270 | 10 | CLENDENIN BROS. INC. | 12,635.00 | 12,635.00 | ACCEPTS | | 189 | |
| 43800 | 252 | 10 | COILPLUS-PENNSYLVANIA, INC. | 252,882.84 | 252,882.84 | ACCEPTS | | 142 | CLS |
| 44300 | 635000410 | 10 | COLONIAL METAL PRODUCTS, INC. | 7,223.97 | 7,223.97 | ACCEPTS | | 124 | |
| 44900 | 567 | 10 | COLORWORKS GRAPHIC SERVICES, INC | 18,095.47 | 18,095.47 | ACCEPTS | | 201 | |
| 44900 | 568 | 10 | COLORWORKS GRAPHIC SERVICES, INC | 41,193.25 | 41,193.25 | ACCEPTS | | 202 | |
| 46800 | 632002410 | 10 | CONSOLIDATED CERAMIC PRODUCTS | 1,787.13 | 1,787.13 | ACCEPTS | | 85 | |
| 48600 | 632002500 | 10 | COONEY BROTHERS, INC. | 7,430.88 | 7,430.88 | ACCEPTS | | 112 | XCR |
| 48700 | 171 | 10 | COONEY BROTHERS INC | 5,722.17 | 5,722.17 | ACCEPTS | | 132 | |
| 52200 | 633000760 | 10 | CS PACKAGING INC | 11,214.84 | 11,214.84 | ACCEPTS | | 87 | |
| 53300 | 632002730 | 10 | CUT-MARK | 1,973.75 | 1,973.75 | ACCEPTS | | 123 | XCR |
| 55200 | 632002870 | 10 | DAYCO INCORPORATED | 2,507.26 | 2,507.26 | ACCEPTS | | 113 | |
| 55700 | 139 | 10 | DAD TECHNOLOGIES USA, INC. | 51,007.47 | 51,007.47 | ACCEPTS | | 91 | |
| 60900 | 704 | 10 | EASTERN LIFT TRUCK COMPANY, INC | 2,116.95 | 2,116.95 | ACCEPTS | | 138 | |
| 62800 | 423 | 10 | EMSOURCE, INC. | 5,000.00 | 5,000.00 | ACCEPTS | | 61 | |
| 63100 | 148 | 10 | ENCO MANUFACTURING COMPANY, INC | 167.35 | 167.35 | ACCEPTS | | 155 | AAF |
| 63200 | 635000520 | 10 | ENDURA PRODUCTS | 3,131.48 | 3,131.48 | ACCEPTS | | 47 | |
| 65100 | 632003300 | 10 | E.T. SABA ASSOCIATES, INC. | 10,079.00 | 10,079.00 | ACCEPTS | | 144 | XCR |
| 68500 | 244 | 10 | FEDEX FREIGHT EAST | 978.14 | 2,107.70 | ACCEPTS | | 117 | DUP |
| 68500 | 267 | 10 | FEDEX FREIGHT EAST | 978.14 | | | | | |
| 68500 | 245 | 10 | FEDEX FREIGHT WEST | 75.71 | | | | | |
| 68500 | 268 | 10 | FEDEX FREIGHT WEST | 75.71 | | | | | |
| 71100 | 246 | 10 | FOAMFAX INC. | 4,284.86 | 9,419.63 | ACCEPTS | | 125 | XCR |
| 71100 | 635000580 | 10 | FOAMFAX, INC. | 3,909.75 | | | | | CLS |
| 71100 | 632003790 | 10 | FOAMFAX, INC. | 1,225.02 | | | | | XCR |
| 78400 | 304 | 10 | GILL POWDER COATING, INC | 42,877.45 | 42,877.45 | ACCEPTS | | 102 | DUP |
| 78400 | 255 | 10 | GILL POWDER COATING, INC | 42,420.17 | 42,420.17 | ACCEPTS | | 126 | CLS |
| 79100 | 336 | 10 | GLENCORE LTD. | 2,892,033.85 | 2,892,033.85 | ACCEPTS | | 183 | |
| 79500 | 635000630 | 10 | GLOBAL SOURCE LINK | 738.61 | 738.61 | ACCEPTS | | 89 | |
| 80700 | 633001330 | 10 | GRAINGER | 95.04 | | | | | XCR |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11:08:13
DATE: 07/03/08

SHAPES/ARCH HOLDINGS LLC
Class 10 General Unsecured Claims

| VENDOR # | CLAIM/SCHEDULE | PLAN CLASS | CLAIMANT | ELIGIBLE VOTING AMOUNT | TOTAL VOTING AMOUNT | ACCEPT/REJECT | COUNT | BALLOT # | CTR |
|---|---|---|---|---|---|---|---|---|---|
| 80700 | 632004210 | 10 | GRAINGER | 4,530.58 | 4,625.62 | ACCEPTS | | 26 | XCR |
| 81600 | 632004240 | 10 | GRAYSON MITCHELL INC. | 39,185.21 | 39,185.21 | ACCEPTS | | 8 | |
| 83300 | 635000670 | 10 | GUARDIAN INDUSTRIES CORP. | 16,545.40 | 16,545.40 | ACCEPTS | | 175 | |
| 86600 | 396 | 10 | H.B. FULLER | 3,076.85 | | | | | |
| 86600 | 254 | 10 | H.B. FULLER COMPANY | 45,967.11 | 49,043.96 | ACCEPTS | | 79 | CLS AMD |
| 87500 | 633001560 | 10 | HENG HING METAL FACTORY LTD | 17,220.07 | 17,220.07 | ACCEPTS | | 165 | |
| 87700 | 633001570 | 10 | HENNEN & ASSOCIATES | 550.00 | 550.00 | **REJECTS** | | 119 | |
| 88200 | 458 | 10 | HESS CORPORATION | 2,584,385.68 | 2,584,385.68 | ACCEPTS | | 170 | |
| 90600 | 635000710 | 10 | HOUSEHOLD METALS, INC. | 26,694.15 | 26,694.15 | ACCEPTS | | 74 | |
| 92600 | 632004720 | 10 | IFM EJECTOR, INC. | 4,439.50 | 4,439.50 | **REJECTS** | | 162 | XCR |
| 93500 | 634000830 | 10 | INDEPENDENT STEEL | 35,640.84 | 35,640.84 | ACCEPTS | | 184 | |
| 94000 | 6 | 10 | INDUSTRIAL SUPPLIES CO. | 1,522.55 | | | | | |
| 94000 | 632004810 | 10 | INDUSTRIAL SUPPLIES CO. | 1,482.06 | 3,004.61 | **REJECTS** | | 10 | XCR |
| 98700 | 118 | 10 | JANI-KING OF PHILADELPHIA, INC. | 3,288.64 | | | | | |
| 98700 | 418 | 10 | JANI-KING OF PHILADELPHIA, INC. | 3,288.64 | 6,577.28 | ACCEPTS | | 35 | CLS DUP |
| 102100 | 632005240 | 10 | JOHN BRIDGE SONS, INC. | 37,864.24 | 37,864.24 | ACCEPTS | | 145 | XCR |
| 107600 | 726 | 10 | KEYSTONE FIRE PROTECTION CO | 3,343.02 | | | | | |
| 107600 | 632005450 | 10 | KEYSTONE FIRE PROTECTION CO. | 21,598.64 | 24,941.66 | ACCEPTS | | 51 | |
| 109300 | 634000990 | 10 | LAB SAFETY SUPPLY INC | 312.34 | 312.34 | ACCEPTS | | 98 | XCR |
| 109500 | 632005550 | 10 | LAFAYETTE TECHNOLOGY LLC | 569.32 | 569.32 | ACCEPTS | | 70 | |
| 110100 | 298 | 10 | LARSEN & SHAW LIMITED | 93,137.64 | 93,137.64 | ACCEPTS | | 129 | AAF |
| 110600 | 261 | 10 | LATHAM MANUFACTURING CORP. | 19,673.92 | 19,673.92 | ACCEPTS | | 143 | CLS |
| 111200 | 339 | 10 | L C INDUSTRIAL (HONG KONG) LTD | 4,711.49 | | | | | XCR |
| 111200 | 633002000 | 10 | L.C. INDUSTRIAL (HONG KONG) LTD | 4,711.49 | 9,422.98 | ACCEPTS | | 130 | AAF |
| 111400 | 635000850 | 10 | LEADING EDGE DISTRIBUTION | 4,129.28 | 4,129.28 | ACCEPTS | | 65 | |
| 111700 | 633002080 | 10 | LERMAN ARCHITECTURAL WOODWORK | 1,610.00 | 1,610.00 | ACCEPTS | | 40 | |
| 114400 | 299 | 10 | LONDON & SCANDINAVIAN METALLURGI | 18,378.15 | | | | | |
| 114400 | 357 | 10 | LONDON & SCANDINAVIAN METALLURGI | 18,378.15 | 36,756.30 | ACCEPTS | | 37 | DUP |
| 114700 | 62 | 10 | LOUIS P CANUSO, INC. | 1,521.84 | 1,521.84 | ACCEPTS | | 153 | |
| 115500 | 66 | 10 | LUMBERMEN ASSOCIATES, INC. | 58,499.48 | 58,499.48 | ACCEPTS | | 149 | |

TIME: 11:08:13
DATE: 07/03/08

SHAPES/ARCH HOLDINGS LLC
Class 10 General Unsecured Claims

EPIQ BANKRUPTCY SOLUTIONS, LLC

PAGE: 5

| VENDOR # | CLAIM / SCHEDULE | PLAN CLASS | CLAIMANT | ELIGIBLE VOTING AMOUNT | TOTAL VOTING AMOUNT | ACCEPT/REJECT | COUNT | BALLOT # | CTR |
|---|---|---|---|---|---|---|---|---|---|
| 118000 | 392 | 10 | MARUBENI AMERICA CORP. | 1,871,574.41 | 1,871,574.41 | ACCEPTS | | 158 | AAF |
| 118500 | 32 | 10 | MARYLAND RECYCLE CO., INC. | 214,582.60 | 214,582.60 | **REJECTS** | | 179 | CLS |
| 118800 | | 10 | MATALCO INC. | 11,030.03 | 11,030.03 | ACCEPTS | | 191 | |
| 121000 | | 10 | MEDALCO METALS, INC | 62,908.72 | 62,908.72 | ACCEPTS | | 154 | XCR |
| 121900 | 183 | 10 | MERCHANTS FASTENER CORP. | 1,752.71 | 1,752.71 | ACCEPTS | | 1 | AAF |
| 123300 | 632006030 | 10 | METAL MANAGEMENT, INC. | 217,929.02 | 217,929.02 | ACCEPTS | | 48 | XCR |
| 123400 | 594 | 10 | METAL MANAGEMENT NASHVILLE, LLC | 38,749.76 | 38,749.76 | ACCEPTS | | 56 | |
| 124200 | 228 | 10 | METLSAW SYSTEMS INC. | 4,495.81 | 8,991.62 | ACCEPTS | | 80 | AAF |
| 124200 | 632006070 | 10 | METLSAW SYSTEMS, INC. | 4,495.81 | | | | | XCR |
| 125500 | 343 | 10 | MIDATLANTIC LOGISTICS | 1,125.00 | 1,125.00 | ACCEPTS | | 14 | AAF |
| 126000 | 92 | 10 | MIDWEST DRIVERS SOLUTION | 9,735.37 | 9,735.37 | ACCEPTS | | 92 | |
| 126300 | 632006170 | 10 | MILLER ENERGY INC. | 530.66 | 530.66 | ACCEPTS | | 45 | |
| 126400 | 12 | 10 | MILLER PACKAGING MATERIALS | 2,886.00 | 2,886.00 | ACCEPTS | | 4 | CLR |
| 126400 | 65 | 10 | MILLER PACKINGING MATERIALS | 2,886.00 | | | | | DUP |
| 126700 | 129 | 10 | MIRILLAS OPTICAS, S.L. | 1,699.20 | 5,772.00 | ACCEPTS | | 171 | AAF |
| 126700 | 195 | 10 | MIRILLAS OPTICS, S.L. | 1,699.20 | | | | | DUP |
| 128000 | 632006210 | 10 | MOLTEN METAL EQUIPMENT INC. | 2,465.66 | 2,465.66 | ACCEPTS | | 159 | |
| 128300 | 611 | 10 | MONROE TOOL & DIE INC | 16,040.00 | 48,120.00 | ACCEPTS | | 63 | DUP |
| 128300 | 632006220 | 10 | MONROE TOOL & DIE INC. | 16,040.00 | | | | | XCR |
| 128300 | 345 | 10 | MONROE TOOL & DIE, INC. | 16,040.00 | | | | | AAF |
| 128600 | 632006230 | 10 | MONSTER INC. | 2,650.00 | 2,650.00 | ACCEPTS | | 76 | |
| 130200 | 635001010 | 10 | MSC INDUSTRIAL SUPPLY CO | 56.66 | 56.66 | ACCEPTS | | 122 | XCR |
| 130400 | 634001290 | 10 | MSC - PRE-FINISH METALS | 3,803.74 | 3,803.74 | ACCEPTS | | 199 | |
| 132800 | 233 | 10 | NATIONAL GLASS ASSOCIATION | 4,874.75 | 4,874.75 | ACCEPTS | | 25 | DUP |
| 135500 | 172 | 10 | NEW PENN MOTOR EXPRESS | 29,657.15 | 29,657.15 | ACCEPTS | | 50 | DUP |
| 137400 | 138 | 10 | NORFIELD INDUSTRIES | 1,347.56 | 1,347.56 | ACCEPTS | | 54 | AAF |
| 140700 | 173 | 10 | OILGEAR COMPANY, THE | 23,254.05 | 23,254.05 | ACCEPTS | | 72 | |
| 141600 | 27 | 10 | OLYMPIC WIRE & CABLE CORP. | 572.40 | 572.40 | ACCEPTS | | 32 | AAF |
| 142700 | 337 | 10 | PACIFIC USA CORP | 111,041.24 | 111,041.24 | ACCEPTS | | 135 | AAF |
| 143800 | 353 | 10 | PANICH SCHWARZE BELISARIO & NAD | 3,625.59 | 3,625.59 | ACCEPTS | | 127 | |

TIME: 11:08:13
DATE: 07/03/08

SHAPES/ARCH HOLDINGS LLC
Class 10 General Unsecured Claims

EPIQ BANKRUPTCY SOLUTIONS, LLC

PAGE: 6

| VENDOR # | CLAIM/SCHEDULE | PLAN CLASS | CLAIMANT | ELIGIBLE VOTING AMOUNT | TOTAL VOTING AMOUNT | ACCEPT/REJECT | COUNT | BALLOT # | CTR |
|---|---|---|---|---|---|---|---|---|---|
| 147700 | 632007050 | 10 | PECHINEY SALES CORP. | 3,544.00 | 3,544.00 | ACCEPTS | | 39 | |
| 147900 | 633002640 | 10 | PERFECT TRADE DEVELOPMENT CO | 433,628.49 | 433,628.49 | ACCEPTS | | 131 | |
| 148100 | 632007270 | 10 | PERFORMANCE ELECTROSTATIC | 12.58 | 12.58 | ACCEPTS | | 20 | |
| 148200 | 632007280 | 10 | PERMA INDUSTRIES, INC. | 2,372.06 | 2,372.06 | ACCEPTS | | 172 | |
| 148300 | 90 | 10 | PERMATECH | 11,831.94 | | | | | NSD |
| 148300 | 632007290 | 10 | PERMATECH INC. | 11,233.31 | 23,065.25 | ACCEPTS | | 140 | XCR |
| 150600 | 632007450 | 10 | PIVOT PUNCH CORP | 2,668.43 | 2,668.43 | ACCEPTS | | 88 | |
| 150500 | 635001190 | 10 | PLASTIC PROCESS EQUIPMENT | 153.04 | 153.04 | ACCEPTS | | 6 | |
| 150800 | 635001240 | 10 | PROFORMA/PROFORMA CORPORATE CONC | 21,343.35 | 21,343.35 | ACCEPTS | | 66 | CLS |
| 154800 | 154 | 10 | PRO LABEL, INC. | 969.03 | 969.03 | ACCEPTS | | 55 | |
| 155300 | 632007630 | 10 | PROVIDENT PACKAGING & CONTAINE | 96.45 | 96.45 | ACCEPTS | | 95 | |
| 155400 | 633002710 | 10 | PROVIDENT PACKAGING CORP | 3,622.90 | 3,622.90 | ACCEPTS | | 94 | |
| 155500 | 2 | 10 | PSK STEEL CORP. | 38,683.00 | 38,683.00 | **REJECTS** | | 106 | AAF |
| 156400 | 297 | 10 | PUBLIC SERVICE ELECTRIC AND GAS | 19,916.00 | 19,916.00 | ACCEPTS | | 161 | |
| 156600 | 699 | 10 | PYROTEK INC. | 21,952.35 | 21,952.35 | ACCEPTS | | 160 | |
| 156800 | 632007680 | 10 | QC INC. | 1,571.00 | 1,571.00 | ACCEPTS | | 180 | |
| 157100 | 632007680 | 10 | QUINT COMPANY | 1,997.29 | 1,997.29 | ACCEPTS | | 105 | |
| 159500 | 632007830 | 10 | RANKIN AUTOMATION | 425.96 | 425.96 | ACCEPTS | | 27 | |
| 160200 | 635001270 | 10 | RED WING MOBILE UNIT | 5,081.00 | 5,081.00 | ACCEPTS | | 121 | NSD |
| 160900 | 15 | 10 | RED WING SHOE STORE | 143.00 | 143.00 | ACCEPTS | | 46 | NSD |
| 161000 | 632007950 | 10 | REHABILITATION & OCCUPATIONAL | 675.00 | 675.00 | ACCEPTS | | 29 | |
| 161500 | 635001300 | 10 | REIT LUBRICANTS | 17,263.13 | 17,263.13 | ACCEPTS | | 134 | XCR |
| 161700 | 632007980 | 10 | REVCOMM TELEPHONE SYSTEMS | 71.69 | 71.69 | ACCEPTS | | 24 | |
| 162400 | 241 | 10 | R-MAC TRANSPORT | 19,252.32 | | | | | |
| 164200 | 277 | 10 | R-MAC TRANSPORT | 19,252.32 | 38,504.64 | **REJECTS** | | 36 | DUP |
| 167400 | 407 | 10 | RUMSEY ELECTRIC COMPANY | 1,459.29 | 1,459.29 | ACCEPTS | | 141 | |
| 167600 | 632008210 | 10 | RUSAL AMERICA CORP. | 5,285,371.04 | 5,285,371.04 | ACCEPTS | | 150 | |
| 167900 | 632008250 | 10 | RUTLAND TOOL SUPPLY CO. | 144.96 | 144.96 | ACCEPTS | | 103 | |

TIME: 11:08:13
DATE: 07/03/08

SHAPES/ARCH HOLDINGS LLC
Class 10 General Unsecured Claims

PAGE: 7

| VENDOR # | CLAIM/ SCHEDULE | PLAN CLASS | CLAIMANT | ELIGIBLE VOTING AMOUNT | TOTAL VOTING AMOUNT | ACCEPT/REJECT | COUNT | BALLOT # | CTR |
|---|---|---|---|---|---|---|---|---|---|
| 168200 | 634001500 | 10 | RYERSON TULL | 6,712.45 | 6,712.45 | ACCEPTS | | 84 | |
| 169100 | 151 | 10 | SAFETY-KLEEN SYSTEMS, INC. | 2,958.52 | | | | | AAF |
| 169100 | 152 | 10 | SAFETY-KLEEN SYSTEMS, INC. | 1,642.07 | 4,600.59 | ACCEPTS | | 166 | AAF |
| 169200 | 632008340 | 10 | SAF-GARD SHOE CO. INC. | 2,893.71 | 2,893.71 | **REJECTS** | | 58 | |
| 170600 | 168 | 10 | SASHLITE, LLC | 3,099.15 | 3,099.15 | ACCEPTS | | 176 | |
| 172000 | 180 | 10 | SELEE CORPORATION | 14,113.65 | | | | | DUP |
| 172000 | 180 | 10 | SELEE CORPORATION | 15,106.50 | | | | | DUP |
| 172000 | 256 | 10 | SELEE CORPORATION | 14,113.65 | | | | | DUP |
| 172000 | 256 | 10 | SELEE CORPORATION | 15,106.50 | | | | | DUP |
| 172000 | 286 | 10 | SELEE CORPORATION | 14,113.65 | | | | | DUP |
| 172000 | 286 | 10 | SELEE CORPORATION | 15,106.50 | 87,660.45 | ACCEPTS | | 52 | DUP |
| 173400 | 635001460 | 10 | SERVICE TIRE TRUCK CENTER | 305.22 | | | | | XCR / AAF |
| 173400 | 84 | 10 | SERVICE TIRE TRUCK CENTERS | 305.22 | 610.44 | ACCEPTS | | 18 | AAF |
| 173900 | 685 | 10 | SHANGHAI HOUSING PROD CO LTD | 25,149.92 | 25,149.92 | ACCEPTS | | 147 | DUP |
| 174400 | 7 | 10 | SHAPES UNLIMITED, INC. | 23,119.72 | 23,119.72 | ACCEPTS | | 116 | |
| 176600 | 632008690 | 10 | SIGBEE MFG. | 1,137.88 | 1,137.88 | ACCEPTS | | 187 | |
| 177500 | 145 | 10 | SO JERSEY PROCESSING, INC | 9,309.70 | 9,309.70 | ACCEPTS | | 5 | AAF |
| 180800 | 632008910 | 10 | STANDARD WHSE. & DIST. CO, INC | 220.09 | 220.09 | ACCEPTS | | 12 | XCR |
| 183400 | 695 | 10 | STEWART BUSINESS SYSTEMS | 1,327.82 | 1,327.82 | ACCEPTS | | 23 | |
| 184300 | 29 | 10 | STRAHL & PITSCH INC. | 593.86 | | | | | NSD |
| 184300 | 632009080 | 10 | STRAHL & PITSCH INC. | 509.00 | 1,102.86 | ACCEPTS | | 109 | XCR |
| 187900 | 631003100 | 10 | TAIWAN FU HSING IND CO LTD | 113,513.46 | 113,513.46 | ACCEPTS | | 185 | XCR |
| 189400 | 398 | 10 | TELLKAMP SYSTEMS, INC. | 5,360.28 | | | | | AAF |
| 189400 | 632009330 | 10 | TELLKAMP SYSTEMS, INC. | 5,360.28 | 10,720.56 | ACCEPTS | | 81 | XCR |
| 189900 | 632009350 | 10 | TEMPLE-INLAND | 11,507.20 | 11,507.20 | ACCEPTS | | 178 | XCR |
| 191800 | 213 | 10 | THEODORE E MOZER, INC | 2,270.00 | | | | | AAF |
| 191800 | 283 | 10 | THEODORE E MOZER, INC | 2,270.00 | | | | | DUP |
| 191800 | 632009500 | 10 | THEODORE E. MOZER, INC. | 2,270.00 | 6,810.00 | ACCEPTS | | 71 | XCR |
| 194300 | 10 | 10 | TIPCO PUNCH INC. | 1,585.18 | | | | | XCR |
| 194300 | 689 | 10 | TIPCO PUNCH, INC. | 1,585.18 | 3,170.36 | ACCEPTS | | 41 | AAF |
| 194500 | 632009630 | 10 | TIP TEMPERATURE PRODUCTS | 4,711.36 | 4,711.36 | ACCEPTS | | 34 | XCR / AAF |
| 195400 | 632009640 | 10 | TOOLS UNLIMITED | 594.00 | | | | | AAF / XCR |
| 195400 | 635001660 | 10 | TOOLS UNLIMITED, INC. | 594.00 | 1,188.00 | ACCEPTS | | 137 | AAF |
| 196300 | 101 | 10 | TPC WIRE & CABLE | 1,238.39 | | | | | AAF |

TIME: 11:08:13
DATE: 07/03/08

SHAPES/ARCH HOLDINGS LLC
Class 10 General Unsecured Claims

PAGE: 8

| VENDOR # | CLAIM/ SCHEDULE # | PLAN CLASS | CLAIMANT | ELIGIBLE VOTING AMOUNT | TOTAL VOTING AMOUNT | ACCEPT/REJECT | COUNT BALLOT # | CTR |
|---|---|---|---|---|---|---|---|---|
| 196300 | 632009690 | 10 | TPC WIRE & CABLE | 1,238.89 | 2,477.28 | ACCEPTS | 38 | XCR |
| 198600 | 635001710 | 10 | TRUCK TIRE SERVICE CORPORATION | 1,337.76 | 1,337.76 | ACCEPTS | 111 | XCR |
| 198800 | 635001720 | 10 | TRUTH HARDWARE | 231.30 | 231.30 | ACCEPTS | 110 | |
| 201100 | 632009900 | 10 | ULTRA-SONIC EXTRUSION DIES | 5,623.00 | 5,623.00 | ACCEPTS | 33 | XCR |
| 204000 | 351 | 10 | UNITED STATES POSTAL SERVICE | 975.00 | 975.00 | ACCEPTS | 118 | |
| 206700 | 42 | 10 | VARSITY LOGISTICS, INC. | 1,809.91 | 1,809.91 | ACCEPTS | 19 | AAF |
| 207600 | 691 | 10 | VERIZON WIRELESS NORTHEAST | 4,408.43 | 4,408.43 | ACCEPTS | 146 | |
| 213200 | 633003580 | 10 | WELLS FARGO INSURANCE | 9,200.27 | 9,200.27 | ACCEPTS | 167 | XCR |
| 213800 | 79 | 10 | WETMORE, WILLIAM J. | 1.00 | 1.00 | ACCEPTS | 28 | |
| 214300 | 632010460 | 10 | WHETSTONE TECHNOLOGY LLC | 5,168.04 | 5,168.04 | ACCEPTS | 78 | |
| 218400 | 250 | 10 | YALE SALES WHOLESALE HARDWARE | 2,297.59 | 2,297.59 | ACCEPTS | 67 | |
| 218600 | 632010670 | 10 | YARD TRUCK SPECIALIST, INC. | 1,165.44 | 1,165.44 | ACCEPTS | 151 | XCR |
| 221100 | 388 | 10 | ZYMOTIC IMPORTS LTD | 14,655.08 | 14,655.08 | *REJECTS** | 152 | XCR |

TOTAL AMOUNT VOTING:        23,360,156.27
AMOUNT ACCEPTING PLAN:      22,956,813.82        VOTERS ACCEPTING: 166        PERCENT AMOUNT ACCEPTING:  98.27%        PERCENT VOTERS ACCEPTING:  93.26%
AMOUNT REJECTING PLAN:         403,342.45        VOTERS REJECTING:  12        PERCENT AMOUNT REJECTING:   1.73%        PERCENT VOTERS REJECTING:   6.74%

## Exhibit B

A) The following creditors submitted a ballot for a claim in which the Debtors served an Objection on or before June 20, 2008 (Docket No. 388). Pursuant to Paragraph 22 of the Disclosure Statement Order, such claims are temporarily disallowed for voting purposes. Accordingly, such ballots were not counted.

| Ballot # | Creditor | Plan Class | Voting Amount | Accept/Reject |
|---|---|---|---|---|
| 73 | J&J Snack Foods, Corp. | 9 | $240,000,000 | Reject |
| 149 | Euler Hermes ACI, assignee of Lumberman Associates, Inc. | 10 | $68,588.41 | Accept |
| 168 | Ward Sand and Materials Company, Inc. | 9 | $221,636,462.65 | Reject |
| 188 | Atlantic Disposal Services, Inc. | 9 | $77,871,002.43 | Reject |

B) The following creditor submitted a ballot after the Voting Deadline. In addition, such claim was objected to on or before June 20, 2008 (Docket No. 388). Pursuant to Paragraphs 28(b) and 22, such claim is not permitted to vote and, otherwise, would be considered temporarily disallowed for voting purposes. Accordingly, such ballot was not counted.

| Ballot # | Creditor | Plan Class | Voting Amount | Accept/Reject |
|---|---|---|---|---|
| 188 | Atlantic Disposal Services, Inc. | 9 | $77,871,002.43 | Reject |

C) The following creditor submitted a photocopy of the original ballot. Pursuant to Paragraph 28(g) of the Disclosure Statement Order, such ballot was not counted.

| Ballot # | Creditor | Plan Class | Voting Amount | Accept/Reject |
|----------|----------|------------|---------------|---------------|
| 198 | Quick Way, Inc.[3] | 9 | $77,871,004.43 | Reject |

D) The following creditor submitted a ballot by facsimile. Pursuant to Paragraph 28(h) of the Disclosure Statement Order, such ballot was not counted.

| Ballot # | Creditor | Plan Class | Voting Amount | Accept/Reject |
|----------|----------|------------|---------------|---------------|
| 186 | Elhaus Industrieanlagen GMBH | 10 | $2,177.40 | Accept |

E) The following creditors submitted multiple ballots. Pursuant to Paragraph 25 of the Disclosure Statement Order, the last ballot received on or before the Voting Deadline was deemed to reflect the creditors' intent and superseded any prior ballots. Accordingly, such prior ballots were not counted.

| Ballot # | Creditor | Plan Class | Voting Amount | Accept/Reject |
|----------|----------|------------|---------------|---------------|
| 3 Superseded By Ballot # 180 | QC Inc. | 10 | $1,571.00 | Accept |
| 7 Superseded By Ballot # 181 | CAPP Inc. | 10 | $3,277.85 | Accept |
| 11 Superseded By Ballot # 21 | Air-Oil Systems, Inc. | 10 | $1,782.29 | Accept |

---

[3] In addition, the claim filed by Quick Way is subject to the Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket 388], and, therefore, is temporarily disallowed for voting purposes pursuant to Paragraph 22 of the Disclosure Statement Order.

| Ballot # | Creditor | Plan Class | Voting Amount | Accept/Reject |
|---|---|---|---|---|
| 17 Superseded By Ballot #182 | All Weather Tempering | 10 | $16,864.98 | Accept |
| 60 Superseded By Ballot #196 | Bardot Plastics, Inc. | 10 | $76,984.30 | Accept |
| 62 Superseded By Ballot #187 | Sigbet Mfg. | 10 | $1,137.88 | Accept |
| 68 Superseded By Ballot # 189 | Clendenin Bros. Inc. | 10 | $12,635.00 | Accept |
| 83 Superseded By Ballot # 190 | International Plastic | 10 | $1,000.00 | Accept |
| 97 Superseded By Ballot # 191 | Matalco Inc. | 10 | $11,030.03 | Accept |
| 100 Superseded By Ballot # 194 | Boyle Bros. Inc. | 10 | $3,757.20 | Accept |
| 104 Superseded By Ballot # 192 | Agis LLC | 10 | $829.20 | Accept |
| 120 Superseded By Ballot # 193 | Panitch Schwarze Jacobs & Nadel, P.C. | 10 | $190.00 | Accept |

F) The following creditor submitted a ballot, however, such creditor is not a member of any Voting Class.  Accordingly, such ballot was not counted.

| Ballot # | Creditor | Plan Class | Voting Amount | Accept/Reject |
|----------|----------|------------|---------------|---------------|
| 16 | Sturtz Machinery, Inc.[4] | -- | ($2104.02) | Accept |

---

[4] It bears noting that Sturtz Machinery, Inc. did not submit a proof of claim and is scheduled by the Debtors as owing a balance to the Debtors in the amount of $2,104.02.