John Sullivan
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

Mark D. Plevin
Matthew W. Cheney
Kelly R. Cusick
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Attorneys for Liberty Mutual Insurance Company and
Wausau Underwriters Insurance Company

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

08 JUL -2 PM 3: 15

JAMES J. WALDRON
BY: _____
DEPUTY CLERK

A Hearing on this matter will be held
on 7/28/08 at 10:00am
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101
Courtroom 4C

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | Case No. 08-14631 (GMB) |
| Debtors. | Hon. Gloria M. Burns |

### NOTICE OF MOTION BY LIBERTY MUTUAL INSURANCE COMPANY AND WAUSAU UNDERWRITERS INSURANCE COMPANY TO QUASH RULE 2004 SUBPOENAS FOR DOCUMENTS

Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company (collectively, "Liberty Mutual"), by and through its undersigned counsel, have filed a Motion to Quash Rule 2004 Subpoenas for Documents (the "Motion").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

CERTIFICATION OF SERVICE OF THE MOTION WITH THIS DATE IS REQUIRED PRIOR TO THE HEARING DATE OR THE MOTION WILL BE DENIED.

If you do not want the Court to grant the relief requested by the Movant, or if you want the Court to consider your views on the Motion, at least 7 days before any hearing on the Motion scheduled by the Court, you or your attorney must:

File with the Court an answer explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067, Camden, NJ 08101-2067. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also mail a copy to:

John Sullivan, POST & SCHELL PC, 1600 John F. Kennedy Blvd., Philadelphia, PA 19103 and Mark D. Plevin, Matthew W. Cheney, and Kelly R. Cusick, CROWELL & MORING LLP, 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2595.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

***    Intentionally Left Blank    ****

DATED: July 2, 2008

Respectfully submitted,

*John C Sullivan*

John Sullivan
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

Mark D. Plevin
Matthew W. Cheney
Kelly R. Cusick
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Attorneys for Liberty Mutual Insurance Company
and Wausau Underwriters Insurance Company



**POST & SCHELL** PC
ATTORNEYS AT LAW

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

08 JUL -2 PM 3: 1⸺

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
215-587-1000 Main
215-587-1444 Fax
www.postschell.com

John C. Sullivan

jsullivan@postschell.com
215-587-1487 Direct
215-320-4773 Fax
File No. 137205

July 2, 2008

<u>VIA HAND DELIVERY</u>

Office of the Clerk
U.S. Bankruptcy Court for the District of New Jersey
U.S. Post Office and Courthouse
401 Market Street - Second Floor
Camden, NJ 08101

RE: <u>In re: Shapes/Arch Holdings, L.L.C., et al.
Chapter 11, Case No. 08-14631 (GMB), Hon. Gloria M. Burns</u>

Dear Sir/Madam:

Enclosed please find the original and one copy of the Motion by Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company to Quash Rule 2004 Subpoenas for Documents, a Certificate of Non-Compliance Regarding CM/ECF Filing and a CD containing same in PDF format. Please file the original and return a time-stamped copy of same to the undersigned in the enclosed, self-addressed, stamped envelope.

Thank you for your attention to this matter.

Very truly yours,

/s/ John C. Sullivan

John C. Sullivan

JCS/rlb

Enclosures

cc: See Certificate of Service