UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

08 JUL -2 PM 3: 16

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

In re:                                                      ) Chapter 11
                                                            )
SHAPES/ARCH HOLDINGS L.L.C., *et al.*,   ) Case No. 08-14631 (GMB)
                                                            )
                  Debtors.                              ) Hon. Gloria M. Burns
                                                            )

**CERTIFICATE OF SERVICE OF LIBERTY MUTUAL INSURANCE COMPANY AND WAUSAU UNDERWRITERS INSURANCE COMPANY TO QUASH RULE 2004 SUBPOENAS FOR DOCUMENTS**

The undersigned certifies that on July 2, 2008, I served or caused to be served a copy of the Motion By Liberty Mutual Insurance Company And Wausau Underwriters Insurance Company To Quash 2004 Subpoenas For Documents via (a) ECF notification for those parties registered and (b) first-class mail, postage prepaid, to the following:

Shapes/Arch Holdings L.L.C.
c/o Steven Grabell
9000 River Road
Delair, NJ 08110

Shapes L.L.C.
c/o Steven Grabell
9000 River Road
Delair, NJ 08110

Ultra L.L.C.
c/o Daniel Carpey
1777 Hylton Road
Pennsauken, NJ 08110

Delair L.L.C.
c/o Richard Grossman
8600 River Road
Delair, NJ 08110

Accu-Weld L.L.C.
c/o Steven Grabell
1211 Ford Road
Bensalem, PA 19020

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(Attorneys for Debtors)

| | |
|---|---|
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>(Attorneys for Debtors) | Peter J. D'Auria, Esq.<br>Jeffrey M. Sponder, Esq.<br>Donald F. Master<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 |
| Brian Bull<br>Alcan<br>1188 Sherbrooke Street West<br>Montreal, Quebec<br>H3A 3G2<br>Canada<br>(Creditors' Committee Co-Chairperson) | Richard A. Kellner<br>Rusal America Corp.<br>550 Mamaroneck Ave.<br>Harrison, NY 10528<br>(Creditors' Committee Co-Chairperson) |
| Alan D. Halperin, Esq.<br>Walter Benzija, Esq.<br>Debra J. Cohen, Esq.<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue-9th Floor<br>New York, NY 10022-3301<br>(Counsel for The Creditors' Committee) | Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Court Plaza North<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07601<br>(Local Counsel for The Creditors' Committee) |
| Joel Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998<br>(Attorneys for ASI Funding, LLC and Arcus ASI, Inc.) | Lawrence Flick, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174<br>(Attorneys for ASI Funding, LLC and Arcus ASI, Inc.) |
| Paul A. Patterson, Esq.<br>Michael Cordone, Esq.<br>Mark J. Dorval, Esq.<br>Stradley Ronon<br>2600 One Commerce Square<br>Philadelphia, PA 19103<br>(Attorneys for The CIT Group/Business Credit, Inc.) | Brown & Connery, LLP<br>Joseph M. Garemore, Esq.<br>6 North Broad Street<br>Suite 100<br>Woodbury, NJ 08096<br>(Attorneys for Pollution Control Financing Authority of Camden County) |

| | |
|---|---|
| Brown & Connery, LLP<br>Brian P. Faulk, Esq.<br>222 Haddon Avenue<br>Westmont, NJ 08108 | Louis T. DeLucia, Esq.<br>Alan J. Brody, Esq.<br>Alyson M. Fielder, Esq.<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>Florham Park, NJ 07932<br>(Attorneys for Arch Acquisition I, LLC) |
| Nancy A. Mitchell, Esq.<br>Greenberg Traurig, LLP<br>Metlife Building<br>200 Park Avenue<br>New York, NY 10016<br>(Attorneys for Arch Acquisition I, LLC) | Diane E. Vuocolo, Esq.<br>Greenberg Traurig, LLP<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA 19103<br>(Attorneys for Arch Acquisition I, LLC) |

POST & SCHELL, P.C.

Dated: July 2, 2008

BY: *[signature]*
John C. Sullivan, Esquire
Four Penn Center – 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
Phone: (215) 587-1000
Fax: (215) 587-1444
E-mail: jsullivan@postschell.com

6025489

-3-