John Sullivan
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

Mark D. Plevin
Matthew W. Cheney
Kelly R. Cusick
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Attorneys for Liberty Mutual Insurance Company and
Wausau Underwriters Insurance Company

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | Case No. 08-14631 (GMB) |
| Debtors. | Hon. Gloria M. Burns |

**ORDER GRANTING MOTION BY LIBERTY MUTUAL INSURANCE COMPANY AND WAUSAU UNDERWRITERS INSURANCE COMPANY TO QUASH RULE 2004 SUBPOENAS FOR DOCUMENTS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED:**

Page 2

Shapes/Arch Holdings, L.L.C., *et al.*

Case No. 08-14631 (GMB)

Order Granting Motion By Liberty Mutual Insurance Company And Wausau Underwriters Insurance Company To Quash Rule 2004 Subpoenas For Documents

---

Upon consideration of the Motion (the "Motion")[1] by Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company to Quash Rule 2004 Subpoenas For Documents; any responses thereto; notice of the Motion appearing appropriate under the circumstances; the Court finding that the Motion was filed in good faith; and for other good cause shown; it is hereby ORDERED:

1. That the Motion is GRANTED.

2. That the Subpoenas issued for Liberty Mutual Insurance Company and Wausau Business Insurance Company are hereby quashed in their entirety.

3. Liberty Mutual Insurance Company, Wausau Underwriters Insurance Company and Wausau Business Insurance Company are enjoined from responding to the Subpoenas.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning ascribed to them in the Motion.