**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

08 JUL -2 PM 3: 15

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

In re:                           Case no.:    08-14631 (GMB)

SHAPES/ARCH HOLDINGS L.L.C., et al.      Chapter:    11

                                    Judge:    Hon. Gloria Burns

Debtor(s)

Caption of Pleading being filed: Objections to Amended Joint Chap. 11 Plan of Reorganization

## CERTIFICATION OF NON COMPLIANCE
## REGARDING CASE MANAGEMENT/ELECTRONIC CASE FILING ("CM/ECF")

I, (_____John C. Sullivan_____), **HEREBY CERTIFY** that with respect to the transition in procedure effective October 1, 2003 which requires *mandatory* electronic filing for attorneys who regularly practice before this Court, and which requires attorneys to become trained and certified "Participants" of CM/ECF, if the attorney files ten (10) or more pleadings in a 12 month period, inclusive of the 2003 calendar year prior to October 1st, the following conditions apply (please check applicable provisions):

✓ (a) I am not currently certified as a CM/ECF Participant. During the twelve (12) month period preceding and including this filing, I have not exceeded the ten (10) document limit; or

____ (b) I am not currently certified as a CM/ECF Participant. The captioned pleading constitutes my tenth or successive document filed within the preceding twelve (12) month period, and I have contacted the Court to schedule training within thirty (30) days of this filing. My scheduled training date is _____; or

____ (c) I have been trained but not yet certified as a CM/ECF Participant; or

____ (d) I am a certified "Participant" of CM/ECF, but have encountered the following extenuating circumstances which have prevented me from complying with the mandatory filing requirement with respect to the captioned pleading: (briefly describe)

_____
_____
_____
_____ ; and

✓ (e) Pursuant to the Court's Notice to the Bar dated June 17, 2003, and posted to the Court's Web site www.njb.uscourts.gov, I have placed the document being filed on a CD ROM in PDF format.

7/2/08                                         *[signature]*
Date                                           Signature of Attorney