**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re:<br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>Debtors. | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>: CHAPTER 11<br>:<br>: CASE NO. 08-14631 (GMB)<br>:<br>: |

## NOTICE OF FILING OF MODIFIED SCHEDULE 8.1
## TO DEBTORS' THIRD AMENDED PLAN

**PLEASE TAKE NOTICE**, that the above-captioned Debtors (the "<u>Debtors</u>"),[1] hereby file their modified notice of the executory contracts and unexpired leases (the "<u>Assumed Agreements</u>") to be assumed pursuant to Section 8.1 of the Debtors' Third Amended Plan of Reorganization dated May 23, 2008 (and Article (VII)(G)(1) of the Debtor's Disclosure Statement dated May 23, 2008), and the amounts necessary to cure all pre-petition monetary defaults under the Assumed Agreements;

**PLEASE TAKE FURTHER NOTICE**, that the amounts reflected on the modified cure schedule annexed hereto as Exhibit "<u>A</u>" are the amounts reflected in the Debtors' books and records, and any counter party to an Assumed Agreement under the heading

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("<u>Shapes/Arch</u>"), the following entities, all of which are wholly owned subsidiaries of Shapes/Arch, also filed petitions on the Petition Date (defined below): Shapes L.L.C. ("<u>Shapes</u>"); Delair L.L.C. ("<u>Delair</u>"); Accu-Weld L.L.C. ("<u>Accu-Weld</u>"); and Ultra L.L.C. ("<u>Ultra</u>").

"Additions and Modifications from Original Schedule 8.1" must file with the Bankruptcy Court and serve upon the undersigned counsel for the Debtors an objection to this cure notice on or before July 14, 2008 at 4:00 p.m., if the counter party disagrees with the cure amount set forth herein and has not previously filed such an objection.  The objection should set forth the basis for the objection with a reasonable degree of specificity and include the amount that the counter party believes is necessary to cure any pre-petition defaults.  Further, if a counter party believes that additional amounts have come due since the commencement of these cases on March 16, 2008, then that additional amount should also be included in the objection to the cure notice;

**PLEASE TAKE FURTHER NOTICE**, that any counter party to any of the Assumed Agreements that fails to timely file and serve an objection shall be bound by the amount shown by the Debtors on Exhibit "A" and shall be forever barred, estopped and enjoined from asserting any other or additional cure claim and no objection by the Debtors to a late claim shall be necessary;

**PLEASE TAKE FURTHER NOTICE**, that any objection to this modified cure notice shall be considered at a hearing to be scheduled at the next date available with the Court, at the United States Bankruptcy Court for the District of New Jersey (Camden Vicinage), 400 Cooper Street, Camden, NJ  08101.

Dated:  July 3, 2008

                                                COZEN O'CONNOR

                                      By:    /s/ *Jerrold N. Poslusny, Jr.*
                                                Mark E. Felger
                                                Jerrold N. Poslusny, Jr.

                                                Attorneys for the Shapes/Arch Holdings LLC, *et al*.

# **EXHIBIT A**

CHERRY_HILL\449567\1 220718.000

Schedule 8.1
Executory Contracts to be Assumed - Amended July 3, 2008
Shapes / Arch Holdings, LLC.
Case No. 08-14631 (GMB)

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| **Clarifications from Original Schedule 8.1 - Added Serial Numbers** | | | | | |
| Shapes/Arch Holdings LLC | Crown Credit Company | 115 North Main St, New Bremen  OH  45869 | Drexel SLT-30 lease (Delair); s/n 935922682 | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (1) Hyster 110Xm forklift (Foundry) w/ rotator s/n L005V05877C | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (1) Hyster H60FT forklift (Foundry) w/ rotator s/n L177B03454C | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (2) Drexel SLT 30 leases (Delair) s/n 943875887 & 935962693 | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (3) Drexel SLT 30 leases (Delair) s/n 899037081, 9645161549, 9648741625 | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (3) Hyster 155XL-2 forklifts (Foundry) - s/n G006V034226, G006V03416C, G006V03418C | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (4) Drexel SLT 30 leases (Delair) s/n 9598341404, 045866-1081, 934288604, 9573961363 | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | Hubtex Side Loader Lease ($1.00 buyout) s/n JUY4356 | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | Hyster H60FT forklift lease (Extrusion) s/n L177B01761C | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | Hyster H60FT forklift lease (Extrusion) s/n L177B0176C | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | New Holland LW110 Front End Loader lease ($1 buyout) s/n ZEFOLW11000495124 | Assume | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc/ NMHG Financial Services | 1111 Old Eagle School Road, Wayne, PA 19087/ PO Box 643749 Pittsburgh, PA 15264-3749 | (1) Hyster 110XM w/rotator (Foundry) s/n L005V05876C | Assume | $ - |
| | | | | | |
| **Additions and Modifications from Original Schedule 8.1** | | | | | |
| Shapes/Arch Holdings LLC | Wausau Underwriters Insurance Company | 100 Liberty Way, Dover, NH 03820 | Various insurance policies | Assume | $ - |
| Shapes LLC | CIT Group/Equipment Financing, Inc. (also Wells Fargo Equipment Financing) | 1540 West Fountainhead Pkwy., Tempe, AZ 85282 | JLG 600S Boom lift lease - s/n 0300087915 | Assume | $ 1,620.44 |
| Shapes LLC | Honeywell Industries Solutions | 2500 W. Union Hills Drive, Phoenix  AZ 85027 | PO# 782312, Calibration/Service contract for temperature instruments | Assume | $ - |
| Accu-Weld LLC | Sashlite LLC | 1175 Port Road East Westport, CT 06880 | Fabricator License Agreement | Assume | $ 3,099.00 |
| | | | | | |
| **Deletions from Original Schedule 8.1** | | | | | |
| Shapes/Arch Holdings LLC | Crown Credit Company | 115 North Main St, New Bremen  OH  45869 | (2) Crown WP2340-45 walk-behind forklift leases | | $ - |
| Shapes/Arch Holdings LLC | De Lage Landen Financial Services, Inc/ NMHG Financial Services | 1112 Old Eagle School Road, Wayne, PA 19087/ PO Box 643749 Pittsburgh, PA 15264-3749 | Hyster H60XM lease (Delgard) | | $ - |
| Shapes/Arch Holdings LLC | De Lage Landen Financial Services, Inc/ NMHG Financial Services | 1111 Old Eagle School Road, Wayne, PA 19087/ PO Box 643749 Pittsburgh, PA 15264-3749 | Hyster H80XM w/rotator lease (Paintline) | | $ - |
| Shapes/Arch Holdings LLC | NMHG Financial Services | 1010 Thomas Edison Blvd, Cedar Rapids, IA 52404 | (1) Hyster H60XM forklift (Delgard) | | $ - |
| Shapes/Arch Holdings LLC | NMHG Financial Services | 1010 Thomas Edison Blvd, Cedar Rapids, IA 52404 | (3) Hyster H60XM Forklift leases (2-shipping, 1-Delgard) | | $ - |
| Shapes/Arch Holdings LLC | NMHG Financial Services | 1010 Thomas Edison Blvd, Cedar Rapids, IA 52404 | (6) Hyster H60FT Forklift leases (Delair) | | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | (2) Used Hyster H60XM forklifts (Delair) | | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | Hyster H60XM forklift lease (Fabrication) | | $ - |
| Shapes LLC | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Road, Wayne, PA 19087 | Hyster H60XM forklift lease (Yard/Maint.) | | $ - |
| Shapes LLC | Fromm Electric Supply | 402 Bloomfield Drive, West Berlin, NJ 08091 | PO# 767282,On-site parts management agreement | | $ - |
| Shapes LLC | XO Communications LLC | 14239 Collections Center Drive, Chicago, IL 60693 | Phone service agreement | | $ 2,576.27 |
| Shapes LLC | XO Communications LLC | 14239 Collections Center Drive, Chicago, IL 60693 | Phone service Maintenance Agreement | | $ - |
| Ultra LLC | METROPOLITAN LUMBER | 617 11TH AVE  NEW YORK  NY 10036 | Confirmation of Annual Rebate Agreement | | $ 337.88 |
| | | | | | |
| **Contracts that are Unchanged from Schedule 8.1** | | | | | |
| Shapes/Arch Holdings LLC | Amerihealth | 8000 Midlantic Drive, Suite 333 Mt. Laurel, NJ  08054-1560 | Health Insurance | Assume | $ - |
| Shapes/Arch Holdings LLC | Benefits Concepts Inc. | 1021 West 8th Avenue, King of Prussia, PA  19406-1553 | COBRA Administration Service | Assume | $ - |
| Shapes/Arch Holdings LLC | Benefits Concepts Inc. | 1021 West 8th Avenue, King of Prussia, PA  19406-1553 | Plan Administration for FSA | Assume | $ - |
| Shapes/Arch Holdings LLC | Brokerage Concepts Inc. | 1021 West 8th Avenue, King of Prussia, PA  19406-1553 | Plan Administration for Prescription Plan | Assume | $ - |
| Shapes/Arch Holdings LLC | California Union | | Excess Insurance Policy 1985-1986 | Assume | $ - |
| Shapes/Arch Holdings LLC | Columbia Casualty | | Excess Insurance Policy 1984-1985 | Assume | $ - |
| Shapes/Arch Holdings LLC | Continental Casualty | | Excess Insurance Policy 1972-1973 | Assume | $ - |
| Shapes/Arch Holdings LLC | Continental Casualty | | Excess Insurance Policy 1973-1974 | Assume | $ - |
| Shapes/Arch Holdings LLC | Continental Casualty | | Excess Insurance Policy 1974-1975 | Assume | $ - |
| Shapes/Arch Holdings LLC | Continental Casualty | | Excess Insurance Policy 1975-1976 | Assume | $ - |
| Shapes/Arch Holdings LLC | Executive Risk Specialty Insurance Company | 82 Hopmeadow Street, Simsbury, CT  06070-7683 | Employed Lawyer Policy for 05/01/07 - 05/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Fireman's Fund Insurance Company | | Ocean Marine Policy proposal for 09/15/07 - 09/15/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Granite State | | Excess Insurance Policy 1985-1986 | Assume | $ - |

Schedule 8.1
**Executory Contracts to be Assumed - Amended July 3, 2008**
**Shapes / Arch Holdings, LLC.**
**Case No. 08-14631 (GMB)**

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Shapes/Arch Holdings LLC | Guardian | 2005 Market Street, Suite 1920 Philadelphia, PA 19103 | Dental/LTD/Supplemental Life Insurances | Assume | $ - |
| Shapes/Arch Holdings LLC | Highlands Insurance | 600 Jefferson Street, Houston, TX 77002-7392 | Excess Insurance Policy 1984-1985 | Assume | $ - |
| Shapes/Arch Holdings LLC | Hudson | Skandia America Group - One Liberty Plaza, New York, NY 10006 | Excess Insurance Policy 1985-1986 | Assume | $ - |
| Shapes/Arch Holdings LLC | Interstate Fire and Casualty Co. | 55 East Monroe Street, Chicago, IL 60603 | Excess Insurance Policy 3/77-7/77 | Assume | $ - |
| Shapes/Arch Holdings LLC | Kronos | | Software License Agreement | Assume | $ - |
| Shapes/Arch Holdings LLC | Lexington Insurance Company | 100 Summer Street, Boston, MA 02110-2103 | Delair Excess Product Liability Policy for 06/07/07 - 06/30/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Lexington Insurance Company | 100 Summer Street, Boston, MA 02110-2103 | Delair Product Liability Policy for 08/01/07 - 08/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | Excess Insurance Policy 1977-1978 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | Excess Insurance Policy 1978-1979 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | Excess Insurance Policy 1979-1980 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1977-1978 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1978-1979 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1979-1980 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1980-1981 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1981-1982 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1982-1983 | Assume | $ - |
| Shapes/Arch Holdings LLC | Liberty Mutual Ins. Co. | 100 Liberty Way, Dover, NH 03820 | General Liability Polilcy for 1983-1984 | Assume | $ - |
| Shapes/Arch Holdings LLC | National Union Fire Insurance Company | | Excess Insurance Policy 3/77-7/77 | Assume | $ - |
| Shapes/Arch Holdings LLC | National Union Fire Insurance Company of Pittsburgh, PA (AIG World Source) | | Foreing Commercial Package Policy for 05/01/07 - 05/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Insurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | Excess Insurance Policy 1984-1985 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Inurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | General Liability Polilcy for 1974-1975 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Inurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | General Liability Polilcy for 1975-1976 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Inurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | General Liability Polilcy for 1976-1977 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Inurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | General Liability Polilcy for 1977-1978 | Assume | $ - |
| Shapes/Arch Holdings LLC | NJ P&L Inurance Guaranty Assoc. | 222 Mt. Airy Rd., Basking Ridge, NJ 07920 | General Liability Polilcy for 1973-1974 | Assume | $ - |
| Shapes/Arch Holdings LLC | Principal Financial | 711 High Street, Des Moines, Iowa 50392-0001 | Company Life Insurance | Assume | $ - |
| Shapes/Arch Holdings LLC | Prudential Financial | Two PNC Plaza - 8th Floor, 620 Liberty Ave. Pittsburgh, PA 15222 | 401K Profit Sharing Plan Administration | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1966-1967 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1967-1968 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1968-1969 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1969-1970 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1970-1971 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1971-1972 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | Excess Insurance Policy 1972-1973 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1966-1967 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1967-1968 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1968-1969 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1969-1970 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1970-1971 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1971-1972 | Assume | $ - |
| Shapes/Arch Holdings LLC | Resolute Management | United Plaza, Suite 700, 30 S. 17th Stree, Phila., PA 19103 | General Liability Polilcy for 1972-1973 | Assume | $ - |
| Shapes/Arch Holdings LLC | Sentry Insurance a Mutal Company | 1800 North Point Drive, Stevens Point WI 54481 | Automobile Coverage Policy for 07/01/07 - 07/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Sentry Insurance a Mutal Company | 1801 North Point Drive, Stevens Point WI 54481 | General Liability Polilcy for 05/01/07 - 05/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | Sentry Insurance a Mutal Company | 1802 North Point Drive, Stevens Point WI 54481 | Workes' Comp & Employers Liability Policiy for 05/01/07- 05/01/08 | Assume | $ - |
| Shapes/Arch Holdings LLC | The Chubb Group of Ins. Companies | 550 Route 206, Suite 110, Bedminster, NJ 07921 | Excess Insurance Policy 1984-1985 | Assume | $ - |
| Shapes/Arch Holdings LLC | The PMA Group | 380 Sentry Parkway, Suite 200 Blue Bell PA 19422 | General Liability Polilcy for 1984-1985 | Assume | $ - |

**Schedule 8.1**
**Executory Contracts to be Assumed - Amended July 3, 2008**
**Shapes / Arch Holdings, LLC.**
**Case No. 08-14631 (GMB)**

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Shapes/Arch Holdings LLC | The PMA Group | 380 Sentry Parkway, Suite 200 Blue Bell  PA  19422 | General Liability Polilcy for 1985-1986 | Assume | $   - |
| Shapes/Arch Holdings LLC | Travelers | One Tower Square, Hartford, CT  06183 | Inland Marine Policy for 03/27/07 - 03/27/08 | Assume | $   - |
| Shapes/Arch Holdings LLC | Wells Fargo Insurance Services | 701 Lee Road- Suite 205  Chesterbrook, PA  19087 | Property Insurance Policy for 07/01/07 - 0701/08 | Assume | $   - |
| Shapes/Arch Holdings LLC | Wells Fargo Insurance Services | 701 Lee Road- Suite 205  Chesterbrook, PA  19087 | Transit/Location Floater Policy proposal for 09/20/07- 09/20/08 | Assume | $   - |
| Shapes/Arch Holdings LLC | Western Employers | | Excess Insurance Policy 1984-1985 | Assume | $   - |
| Shapes/Arch Holdings LLC | Zurich American Insurance Company | One Liberty Plaza, 30th Floor New York, NY  10006 | Crime Policy for 05/01/07 to 02/01/08 | Assume | $   - |
| Shapes/Arch Holdings LLC | Zurich American Insurance Company | One Liberty Plaza, 30th Floor New York, NY  10006 | Directors and Officers Liability Policy for 05/01/07 - 05/01/08 | Assume | $   - |
| Shapes/Arch Holdings LLC | Zurich American Insurance Company | One Liberty Plaza, 30th Floor New York, NY  10006 | Umbrella Policy for 05/01/07 - 05/01/08 | Assume | $   - |

Schedule 8.1
**Executory Contracts to be Assumed - Amended July 3, 2008**
**Shapes / Arch Holdings, LLC.**
**Case No. 08-14631 (GMB)**

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Shapes LLC | ADT Security Systems | 7895 Browning Road, Pennsauken NJ 08109-8109 | Security System contract for Delair and Shapes | Assume | $ 2,528.95 |
| Shapes LLC | Ajax Ice, Inc. | 626 GSB Building, 1 Belmont Ave., Bala Cynwyd, PA 19004 | Ice machine lease | Assume | $ 332.00 |
| Shapes LLC | American Steel & Aluminum Corp. | 425 Homestead Ave.  Hartford, CT  06112 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Castrol Industrial Americas | 150 W. Warrenville Road  Naperville  IL  60563 | PO# 790346, Extended warranty of Lubecon equipment | Assume | $ - |
| Shapes LLC | CGIT Systems, Inc. | 51 Alder Street, Medway MA  02053 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Eagle Engineering Corp. | 8869 Citation Road, Baltimore, MD 21221 | PO# 787260, Picket/Fabricating machine (40% paid) | Assume | $ 86,700.00 |
| Shapes LLC | East Manufacturing | 1871 State Road,  Randolph, OH  44265 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Eastern Metal Supply | 2925 Stewart Creek Blvd.  Charlottte, NC  28206 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | GE Capital | 1961 Hirst Drive, Moberly, MO 65270 | lease for Mail meter & machine | Assume | $ 181.00 |
| Shapes LLC | Great Dane LP | 2555 S. Blue Island Avenue,  Chicago, IL  60608 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Hewlett Packard Company | 8000 Foothills Blvd., MS 5512, Roseville CA 95747-5512 | PO# 787979, Hardware support for Proliant Servers | Assume | $ 500.00 |
| Shapes LLC | Hewlett Packard Company | 8000 Foothills Blvd., MS 5512, Roseville CA 95747-5512 | PO# 788999, Hardware support for Delair Unix Box | Assume | $ 500.00 |
| Shapes LLC | IKON Financal Services | 1738 Bass Road, Macon GA 31210 | Canon copier lease(die engineering) | Assume | $ 829.86 |
| Shapes LLC | Ingersoll-Rand Air Center | 30 MacDonald Blvd., Aston, PA 19014 | PO# 790030, Service contract for Air Compressors | Assume | $ - |
| Shapes LLC | Instron Systems | 100 Royall Street, Canton, MA 02021-1089 | PO# 785162, Service/support agreement for Tensile testing machines | Assume | $ 2,601.00 |
| Shapes LLC | Kawneer Co. | 555 Guthridge Court,  Norcross, GA  30092 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Key Equipment Finance | 600 Travis Street, Suite 1400, Houston, TX 77002 | Savin copier lease (H.R.) | Assume | $ - |
| Shapes LLC | Key Equipment Finance | 600 Travis Street, Suite 1400, Houston, TX 77002 | Savin copier lease (Shipping) | Assume | $ 328.60 |
| Shapes LLC | NJDEP | One Port Center - 2 Riverside Drive, Suite 201 Camden, NJ  08103 | Settlement Agreement | Assume | $ - |
| Shapes LLC | Noble Americas Corp | Stamford Harbor Park 33 Ludlow St., Suite 1230 Stamford, CT 06902 | Premium Metal Hedging Agreement | Assume | $ - |
| Shapes LLC | NTR North America | 14881 Quorum Drive, Suite 850, Dallas, TX  75254 | SaaS Software License Agreement | Assume | $ - |
| Shapes LLC | O'Neal Steel, Inc. | 4530 Messer-Airport Hwy, Birmingham, AL  35202 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | O'Neal Steel, Inc. | 4530 Messer-Airport Hwy, Birmingham, AL  35202 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Open Purchase Orders with Customers | N/A | Purchase Order with Customer for Sale of Product | Assume | $ - |
| Shapes LLC | Penske Truck leasing | Route 10, Green Hills, PO Box 563, Reading, PA 19603-0563 | Lease for (2) Freightliner 26' job trucks -Shipping | Assume | $ 9,053.10 |
| Shapes LLC | Pinnacle Technologies | 5900 La Place Court, Suite 110, Carlsbad, CA 92008 | PO# 786046, Production server support, 24 + service | Assume | $ - |
| Shapes LLC | Pitney Bowes | PO Box 85390, Louisville, KY 40285-5390 | PO# 755786, Maint. Agreement for mail machine | Assume | $ 706.14 |
| Shapes LLC | PNC Bank | Two PNC Plaza - 8th Floor | Plan Administration for 401K | Assume | $ - |
| Shapes LLC | PPL Energy Plus | Two North Ninth Street, GENPL8, Allentown, PA 18101-1179 | Landfill Electric Agreement | Assume | $ 646,936.95 |
| Shapes LLC | PPL Energy Plus | Two North Ninth Street, GENPL8, Allentown, PA 18101-1179 | Solar Energy Agreement As Amended | Assume | $ - |
| Shapes LLC | QC Inc. | 1205 Industrial Blvd., PO Box 514, Southampton, PA 18966-0514 | PO# 793256, Monthly wastewater sampling, filtercake analysis(quarterly) | Assume | $ 839.00 |
| Shapes LLC | Quality Systems Registrars | 22630 Davis Drive, Suite 220, Sterling, VA 20164 | PO# 781847,ISO 9001:2000 registration | Assume | $ 1,500.00 |
| Shapes LLC | Ryerson | 2558 W. 16th Street,  Chicago, IL  60680 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Strategic Products & Services (Avaya) | 3 Wing Drive, Suite 100, Cedar Knolls, NJ 07927 | Avaya phone equipment maint. (physical) | Assume | $ 1,273.63 |
| Shapes LLC | Trinity Rail Car | 2548 N. 28th Street, Fort Worth, TX  76111 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | U-Haul | 2727 N. Central Ave. | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Utility Trailer Manufacturing Co. | 17295 East Railroad Street.,  City of Industry, CA 91748 | Customer Supply Agreement | Assume | $ - |
| Shapes LLC | Visibility Inc. | 100 Fordham Road, PO Box 50786, Wilmington, MA 01815-0786 | Software Products License Agreement | Assume | $ - |
| Shapes LLC | Wabash National | 1000 Sagamore Parkway,  Lafayette, IN  47905 | Customer Supply Agreement | Assume | $ - |
|  |  |  |  |  | $ - |
| Delair LLC | B & B Pool Distributors | 5464 County Rd., # 327 Trinity, AL 35673 | Customer Agreement | Assume | $ - |
| Delair LLC | Burnett Pools | 2498 Elm Road Extension  Cortland, OH | Rebate based on purchases | Assume | $ 1,450.00 |
| Delair LLC | Colonial Volkswagon Inc | 200 West Street Road Feasterville,PA 19053 | Automobile Lease | Assume | $ - |
| Delair LLC | Forster Fence Co Inc-Licensing Agreement for Delair Hinge Patent | 7795 La Corniche Circle  Boca Raton,FL  33433 | Royalty agreement to use Delair patent on hinge | Assume | $ - |
| Delair LLC | Infiniti of Willow Grove | 1510 Easton Road Willow Grove, PA 19090 | Automobile Lease | Assume | $ - |
| Delair LLC | International Aquatics | 4496 Chesswood Drive  Toronto,ON Canada  M3J 2B9 | Rebate based on purchases | Assume | $ 1,600.00 |
| Delair LLC | Lexington Insurance | 100 Summer Street  Boston, MA 02110 | Claims Made Commerial GL Insurance Coverage | Assume | $ - |
| Delair LLC | Lexington Insurance | 100 Summer Street  Boston, MA 02110 | Claims Made Commerial GL Insurance Coverage ('03-'04) | Assume | $ - |
| Delair LLC | Lexington Insurance | 100 Summer Street  Boston, MA 02110 | Claims Made-Excess Insurance Coverage | Assume | $ - |
| Delair LLC | Lexington Insurance | 100 Summer Street  Boston, MA 02110 | Claims Made-Excess Insurance Coverage ('03-'04) | Assume | $ - |

**Schedule 8.1**
**Executory Contracts to be Assumed - Amended July 3, 2008**
**Shapes / Arch Holdings, LLC.**
**Case No. 08-14631 (GMB)**

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Delair LLC | Lexington Insurance | 100 Summer Street  Boston, MA 02110 | Delair Occurrence Products Liability Ins.(Fence Products only-Home Depot & Lowe's) | Assume | $ - |
| Delair LLC | Nationwide Industries-Licensing Agreement for Delair Hinge Patent | 10333 Windhorst Road  Tampa, FL  33619 | Royalty agreement to use Delair patent on hinge | Assume | $ - |
| Delair LLC | PoolCorp | 109 Northpark Boulevard Covington,LA  70433-5521 | Rebate based on purchases | Assume | $ 9,474.00 |
| Delair LLC | QAD | 100 Innovation Place Santa Barbara, CA | Software License Agreement | Assume | $ - |
| Delair LLC | Sun Wholesale | 14480 62nd Street N  Clearwater,FL  33760 | Rebate based on purchases | Assume | $ 2,516.00 |
| Accu-Weld LLC | Automated Window Machinery, Inc. | 3171 Albrecht Avenue- Akron, Ohio 44312 | Equipment Purchase Agreement | Assume | $ - |
| Accu-Weld LLC | GED Integrated Solutions | 9280 Dulton Drive, Twinsburg, OH 44087 | Leading Edge Distribution provide Accu-Weld with aluminum to make window grids, a portion of the payment for aluminum is used to pay rent for the GED Grid Machine. | Assume | $ - |
| Accu-Weld LLC | WindFlite | 4000 Constitution Dr., Bartonville, Il. 61607 | Provide of Winsys software package for Manufacturing computer system. | Assume | $ - |

Schedule 8.1
Executory Contracts to be Assumed - Amended July 3, 2008
Shapes / Arch Holdings, LLC.
Case No. 08-14631 (GMB)

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Ultra LLC | Aco Hardware | 24119 Industrial Park Drive; Farmington Hills MI 48335 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | All American Home Center | 7201E Firestone Blvd, Downey CA 90241 | Advertising Agreement | Assume | $ - |
| Ultra LLC | Alpha Sales Group Ltd | 1448 Dewey Ave, Bellmore NY 11710 | Independent Sales Representative Letter | Assume | $ - |
| Ultra LLC | AMAZON.COM | 1200 12TH AVE SOUTH SEATTLE WA 981442734 | Confirmation of Annual Rebate Agreement | Assume | $ 562.32 |
| Ultra LLC | Amazon.com 2005 New Vendor Agreement | 1200 12th Ave S. Ste 1200; Seattle WA 98144 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | American Hotel Register Co. | 100 S. Milwaukee Avenue; Vernon Hills IL 60061 | Vendor Agreement | Assume | $ - |
| Ultra LLC | AMERICAN HOTEL REGISTRY | 100 S MILWAUKEE AVE VERNON HILLS IL 60061 | Confirmation of Annual Rebate Agreement | Assume | $ 9.14 |
| Ultra LLC | Anthony Pietro | 528 Liberty Ave, Williston Park NY 11596 | Independent Sales Representative Letter | Assume | $ - |
| Ultra LLC | Ardell Sales & Marketing | 2150 E Lake Cook Rd Ste 590, Buffalo Grove IL 60089 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Associated Materials Inc. | 3773 State Road; Cuyahoga Falls OH 44223 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | BAER SUPPLY | 909 FOREST EDGE DR VERNON HILLS IL 60061 | Confirmation of Annual Rebate Agreement | Assume | $ 126.25 |
| Ultra LLC | BFS (BUILDER FIRST SOURCE) | 2001 BRYAN STREET STE 1600 Dallas TX 75201 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Biscayne Hardware | 1140 NW 159TH DR MIAMI FL 33169 | Confirmation of Annual Rebate Agreement | Assume | $ 499.98 |
| Ultra LLC | BKA Sales & Marketing | 16045 S W 89th Ave, Miami FL 33157 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | BMA / GUARDIAN | 979 Batesville Rd; Greer SC 29651 | Confirmation of Annual Rebate Agreement | Assume | $ 1,858.58 |
| Ultra LLC | Budget Hardware | 1644 NE 2nd Avenue; Miami FL 33132 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Busy Beaver | 3130 Wm. Pitt Way #A6; Pittsburgh PA 15238 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Castle Wholesalers | 3450 BLADENSBURG RD COTTAGE CITY MD 207221805 | Confirmation of Annual Rebate Agreement | Assume | $ 293.16 |
| Ultra LLC | CENTRAL WHOLESALERS | CALL 24 HRS B4 DELV/240-965-0459 LAUREL MD 20707 | Confirmation of Annual Rebate Agreement | Assume | $ 1,776.15 |
| Ultra LLC | Chadwell Supply | 1721 S King Ave; Brandon, FL 33511 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Cimarron - Sutherlands | 4000 Main St Kansas City MO 64111 | Vendor Advertising Agreement | Assume | $ - |
| Ultra LLC | CLARK REALTY - FT. BELVOIR | 203 Elden St; Ste 401, Herndon VA 20170 | Confirmation of Annual Rebate Agreement | Assume | $ 471.06 |
| Ultra LLC | CONTINENTAL HARDWARE | 400 DELANCY STREET NEWARK NJ 07105 | Confirmation of Annual Rebate Agreement | Assume | $ 249.28 |
| Ultra LLC | Contractors' Warehouse | Part of Agreement II below | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | CRB Military Housing - In process - Ft. Belvoir, VA | 4401 Wilson BLvd Ste 600; Arlington VA 22203 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | Crown Credit | 44 S. Washington Street, New Bremen, OH 45869 | Crown Lift Truck - 30TSPTN-495 | Assume | $ - |
| Ultra LLC | CRP Sales | 5481 Split Rail Dr, Brighton MI 48114 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Distribution America - @ 6% | 11111 Carmel Commons Blvd Suite 240 Charlotte NC 28226 | Confirmation of Annual Rebate Agreement | Assume | $ 5,368.43 |
| Ultra LLC | DO IT BEST | 6502 Nelson Rd Ft Wayne IN 46803 | Confirmation of Annual Rebate Agreement | Assume | $ 3,834.99 |
| Ultra LLC | Do It Best | 6502 Nelson Rd Ft Wayne IN 46803 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | Douglas Group | 9174 W 102nd Terrace, Overland Park KS 66212 | Independent Sales Representatives Agreement-not signed | Assume | $ - |
| Ultra LLC | EMERY-WATERHOUSE | WAREHOUSE ACCOUNT PORTLAND ME 04104 | Confirmation of Annual Rebate Agreement | Assume | $ 436.37 |
| Ultra LLC | ENAP | 555 HUDSON VALLEY AVE NEW WINDSOR NY 12553 | Confirmation of Annual Rebate Agreement | Assume | $ 410.12 |
| Ultra LLC | Everyday Warehousers | 642 B Ridgewood Road, Ridgeland MS | Confidential Information Agreement | Assume | $ - |
| Ultra LLC | Excel Sales | 30 State Place, Huntington NY 11743 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | EXPRESS LUMBER & PLUMBING | 1301 60TH ST BROOKLYN NY 11219 | Confirmation of Annual Rebate Agreement | Assume | $ 110.82 |
| Ultra LLC | Florida Hardware | 436 Cassat Ave; Jacksonville FL 32243 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Forever Green Holdings (Snapgate) | 117 Ft Lee Road; Unit A-11; Leonia, NJ 07605 | Distribution Agreement of Sellers Products for US Market | Assume | $ - |
| Ultra LLC | GDHWD & Eberle, Inc. | 111 Deerlake Road Ste 115, Deerfield IL 60015 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | GENERAL HARDWARE DIST | 2192 VIKING DRIVE ANCHORAGE AK 99501 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Genesis Sales Group | 19 Fox Road, Waltham MA 02451 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Grainger Global Sourcing | W.W. Grainger Inc; 100 Grainger Parkway; Lake Forest IL 6005 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | Grass Roots Sales | 7355 W Friendly Ave Ste D Greensboro NC 27410 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Grossmans | 90 Hawes Way Stoughton MA 02072 | Confirmation of Annual Rebate Agreement | Assume | $ 1,933.17 |
| Ultra LLC | Guardian | 979 Batesville Rd; Greer SC 29651 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Handy Hardware Wholesale Inc | 8300 Tewantin Drive, Houston TX 77061 | Customer's rules and terms for selling to customer | Assume | $ 12,595.08 |
| Ultra LLC | HARDWARE DISTRIBUTORS | 2580 Getty St; Muskegon MI 49444 | Confirmation of Annual Rebate Agreement | Assume | $ 295.35 |
| Ultra LLC | Hardware Sales Unlimited (formerly Sales Unlimited) | 15911 Township Glen Lane, Cypress TX 77433 | Independent Sales Representatives Agreement-not signed | Assume | $ - |
| Ultra LLC | HD Supply Inc | 10641 Scripts Summit Ct; San Diego CA 92131 | Customer's rules and terms for selling to customer | Assume | $ 53,912.69 |
| Ultra LLC | HDS REPAIR & REMODEL (formerly Contractors Whse) | FORMERLY CONTRACTORS WAREHOUSE NORTH HIGHLANDS CA 95660 | Confirmation of Annual Rebate Agreement | Assume | $ 1,939.82 |
| Ultra LLC | HOME DEPOT & YARDBIRDS | 1310 CLEGG ST PETALUMA CA 949541177 | Confirmation of Annual Rebate Agreement | Assume | $ 2,421.35 |
| Ultra LLC | House Hasson | 3125 Water Plant Rd; Knoxville TN 31914 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | IBS Software | 90 Blue Ravin Road, Folsom CA 95630 | Software Agreement | Assume | $ - |

**Schedule 8.1**
**Executory Contracts to be Assumed - Amended July 3, 2008**
**Shapes / Arch Holdings, LLC.**
**Case No. 08-14631 (GMB)**

| Debtor | Name of Other Party to Lease or Contract | Address | Description of Contract or Lease | Assume | Cure |
|---|---|---|---|---|---|
| Ultra LLC | IBS Software | 90 Blue Ravin Road, Folsom CA 95630 | Software Agreement | Assume | $ - |
| Ultra LLC | IBS Software | 90 Blue Ravin Road, Folsom CA 95630 | Software Agreement | Assume | $ - |
| Ultra LLC | Interline Brands | 200 E Park Drive; Mt Laurel NJ 08054 | Customer's rules and terms for selling to customer | Assume | $ 18,462.96 |
| Ultra LLC | J. Mitchell Marketing | 4295 Priceless View Dr, Gold Canyon AZ 85218 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | J.L. Smith & Associates | 3035 New Butler Road, New Castle PA 16107 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | JENSEN | E 131 Main Ave, Spokane WA 99202 | Confirmation of Annual Rebate Agreement | Assume | $ 673.16 |
| Ultra LLC | Jerry's | 2600 HWY 99 N EUGENE OR 97402 | Vendor Program Information Form | Assume | $ - |
| Ultra LLC | JERRY'S HOME IMPROVEMENT CTR | 2600 HWY 99 N EUGENE OR 97402 | Confirmation of Annual Rebate Agreement | Assume | $ 68.55 |
| Ultra LLC | Kenco | 6201 78TH AVE N STE D PINELLAS PARK FL 337812212 | Confirmation of Annual Rebate Agreement | Assume | $ 100.26 |
| Ultra LLC | Koval Williamson | 11208 47th Ave W, Mulilteo WA 98275 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | L J Cappa & Associates | 6015 NE 1st Ct, Renton WA 98059 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | LMC | 137 W WAYNE AVE WAYNE PA 190874095 | Confirmation of Annual Rebate Agreement | Assume | $ 2,643.79 |
| Ultra LLC | Maintenance Supply | 12315 PARC CREST DRIVE #100 STAFFORD TX 77477 | Confirmation of Annual Rebate Agreement | Assume | $ 338.67 |
| Ultra LLC | Menards Agreement | 4777 Menard Drive; Eau Claire WI 54701 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Menards Agreement | 4777 Menard Drive; Eau Claire WI 54701 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | MidStates | 548 S Snelling Ave; St Paul MN 55116 | Confirmation of Annual Rebate Agreement | Assume | $ 232.00 |
| Ultra LLC | MONROE HARDWARE | 101 N Sutherland Ave Monroe NC 28110 | Confirmation of Annual Rebate Agreement | Assume | $ 159.04 |
| Ultra LLC | Moore Handley | 3140 Pelham Parkway, Pelham AL 35124 | Incentive Partnership Agreement | Assume | $ - |
| Ultra LLC | MOORE-HANDLEY | 3140 Pelham Parkway, Pelham AL 35124 | Confirmation of Annual Rebate Agreement | Assume | $ 118.87 |
| Ultra LLC | Mountain Country Marketing | 890 Diana Hills Way Sandy UT 84094 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Mr. Key | 2194 NW 18TH AVE MIAMI FL 33142 | Confirmation of Annual Rebate Agreement | Assume | $ 404.44 |
| Ultra LLC | Nerio Rivera | 75 Pine Creek Estates, E. Stroudsburg PA 18301 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | NVR Building Products Co | 21 Byte Ct; Frederick MD 21702 | Pricing Contrct | Assume | $ 13,417.07 |
| Ultra LLC | Orchard Supply Hardware Agreement | 6450 Via Del Oro San Jose CA 95119 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | Orgill | 3742 Tyndale Drive Memphis TN 38125 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | Pamida | 880 F Street Omaha NE 68127 | Partnership Development Agreement | Assume | $ - |
| Ultra LLC | PAMIDA INC. | 880 F Street Omaha NE 68127 | Confirmation of Annual Rebate Agreement | Assume | $ 31.09 |
| Ultra LLC | Pro Group | 6300 S Syracuse Way; Ste 500; Centennial CO 80111-6725 | Marketing Program Agreement | Assume | $ - |
| Ultra LLC | ProGroup 2008 Marketing Program | 6300 S Syracuse Way; Ste 500; Centennial CO 80111-6725 | Confirmation of Annual Rebate Agreement | Assume | $ 926.00 |
| Ultra LLC | R G Simmons Co. | 120 Broadway Ave S #100, Wayzata, MN 55391 | Independent Sales Representatives Agreement | Assume | $ 2,476.66 |
| Ultra LLC | Reliable 2008 Advertising/Marketing Program | 28100 N. Ashley Circle Suite 109 Libertyville IL , 60048 9479 | Confirmation of Annual Rebate Agreement | Assume | $ 331.24 |
| Ultra LLC | Reliable Dist. @6% | 28100 N. Ashley Circle Suite 109 Libertyville IL , 60048 9479 | Confirmation of Annual Rebate Agreement | Assume | $ 898.78 |
| Ultra LLC | Richmond Hardware | 899 WASHINGTON ST BRAINTREE MA 02184 | Confirmation of Annual Rebate Agreement | Assume | $ 67.43 |
| Ultra LLC | Rowley-Strober | 900 W. TRADE ST. CHARLOTTE NC 28202 | Confirmation of Annual Rebate Agreement | Assume | $ 1,101.56 |
| Ultra LLC | Standard Hardware | STAR DR MERRIMACK NH 03054 | Confirmation of Annual Rebate Agreement | Assume | $ 35.76 |
| Ultra LLC | Strategic Marketing Group | 3201 Sitio Montecillo, Carlsbad CA 92009 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Target.com | 33 S 6th St; Minneapolis MN 55402 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | Team Marketing | 2440 Planfield NE, Grand Rapids MI 49505 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | The Andersons Inc | 480 W Dussel Dr, Maumee OH 43537 | | Assume | $ - |
| Ultra LLC | The Douglas Group LLC **Sutherlands - Cimarron** | 4000 Main St Kansas City MO 64111 | Customer's rules and terms for selling to customer | Assume | $ - |
| Ultra LLC | The GeMROI Company | 11901 Bowman Dr, Ste 101, Fredericksburg VA 22408 | Independent Sales Representatives Agreement | Assume | $ - |
| Ultra LLC | Tibbets-Cox Lumber | 695 31 St S. St Petersburg FL 33712 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | TPR Resources | 3604 Greenwood Lane, St Charles IL 60175 | Independent Sales Representatives Agreement-not signed | Assume | $ - |
| Ultra LLC | TRU SERV | 8600 W. Bryn Mawr Ave., Chicago IL 60631-3505 | Confirmation of Annual Rebate Agreement | Assume | $ 537.73 |
| Ultra LLC | UNITED HARDWARE DIST | 5005 Nathan Lane North; Plymouth MN 55442 | Confirmation of Annual Rebate Agreement | Assume | $ 1,874.08 |
| Ultra LLC | Van Dykes | 39771 SD Hwy 34; Woonsocket SD 57385 | Vendor Agreement | Assume | $ - |
| Ultra LLC | Varsity Logistics Inc. | 91 Westborough Blvd; Suite 2000 South San Francisco, CA 94080 | Software Agreement | Assume | $ - |
| Ultra LLC | Wallace Hardware | 5050 Davey Crockett Parkway Morristown TN 37813 | Confirmation of Annual Rebate Agreement | Assume | $ - |
| Ultra LLC | WATTERS & MARTIN | 3800 VILLAGE AVE NORFOLK VA 235025617 | Confirmation of Annual Rebate Agreement | Assume | $ 512.55 |
| Ultra LLC | WR Sales | 1475 Mt Holly Rd; Bldg O7, Edgewater Park NJ 08010 | Independent Sales Representatives Agreement | Assume | $ - |

$ 909,085.47