EXPENSE REPORT FOR MEMBERS OF
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
SHAPES/ARCH HOLDINGS, LLC

CODES AND EXPLANATION

PKG = Parking
M/C = Mileage Charge (at .38/mile)
T = Tolls - Bridges, Tunnels, Parkway, etc.
A/F = Airfare (at coach rates)
H = Hotel
R/R = Trains and subways
TAXI = Taxi, radio cars
R/C = Rent-a-Car
M = Meals out-of-town (Breakfast, Lunch, Dinner)
TEL = Extraordinary telephone charges - conference calls, long distance, etc.
M/E = Other Miscellaneous charges (give full description of expenses)

PLEASE ATTACH RECEIPTS WHEREVER POSSIBLE

| DATE | LOCATION | AMOUNT | CODE | EXPLANATION OF EXPENSES |
|---|---|---|---|---|
| 03/30/08 | | $360.00 | R/R | Amtrak |
| 03/30/08 | | $14.00 | PKG | Parking |

PLEASE TYPE OR PRINT:    TOTAL AMOUNT REQUESTED

Name of Creditors' Committee Member/Representative:

Linda L Clash    Total Amount Requested: $374.00

Company Name:

Euler Hermes ACI

Completion of this form constitutes a certification under penalty of perjury.

_____    07/03/08
Signature of Applicant    Date

{00064901.1 / 0631-001}



**Corporate Card
Statement of Account**

**Sign-up For Online Statements**
www.americanexpress.com/checkyourbill

Prepared For
LINDA CLASH
EULER HERMES ACI

Account Number

Closing Date
04/07/08

Page 1 of 3

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 04/22/08 |
|---|---|---|---|---|---|---|
| ▮ | ▮ | 0.00 | 0.00 | ▮ | ▮ | For important information regarding your account refer to page 2. |

**Your account is 30 days past due. Pay by 04/22/08 to avoid delinquency charge.**

For assistance or questions about your account, contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

**Activity** Date reflects either transaction or posting date

| Card Number | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 03/10/08 | TLF*RADEBAUGH FLST & TOWSON  MD | | 03202432213 | 57.65 |
| | REF# 03202432213 TLF*RADEBAUGH FL 03/10/08 | | | |
| 03/10/08 | TLF*RADEBAUGH FLST & TOWSON  MD | | 03202432215 | 58.30 |
| | REF# 03202432215 TLF*RADEBAUGH FL 03/10/08 | | | |
| 03/30/08 | AMTRAK       INTERNET    DC | | 04950030000 | 360.00 |
| | TKT# 5541050430570      03/29 | | | |
| | VENDOR SALE | | | |
| | CLASH/LINDA MS       AMTRAK | | | |
| | AMTRAK       INTERNET    DC | | | |
| | FROM | | | |
| |   NOT RECORDED | | | |
| | TO          CARRIER CLASS | | | |
| |   NOT RECORDED | | | |
| 03/31/08 | PENN STATION GARAGE BALTIMORE  MD | | | 14.00 |
| | REF#        0 GOVERNMENT SERVI 03/31/08 | | | |