DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
Attorneys for Nationwide Industries, Inc.
A. Dennis Terrell (DT 8331)
Michael J. Reynolds (MR 2185)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : |
| | : Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., | : |
| et al., | : Case No. 08-14631 (GMB) |
| | : |
| Debtors. | : |

**CERTIFICATION OF SERVICE**

**MICHAEL J. REYNOLDS**, of full age under penalty of perjury, hereby certifies and states as follows:

1. I am an attorney at law of the State of New Jersey and an associate of the law firm of Drinker Biddle & Reath LLP, attorneys for Nationwide Industries, Inc.

2. I hereby certify that on July 2, 2008, I caused a true and accurate copy of Declaration of Michael Reynolds In Support of Nationwide Industries, Inc.'s Objection to Cure Amount and Adequate Assurance of Future Performance to be filed via the Court's CM/ECF System and to be served upon all parties on the attached service list via the Court's CM/ECF

2

System. I also a caused a copy of the Declaration to be served upon Debtors' counsel, Cozen O'Connor, via facsimile transmission.

3. I further certify that on July 3, 2008, a copy of the Declaration of Michael Reynolds In Support of Nationwide Industries, Inc.'s Objection to Cure Amount and Adequate Assurance of Future Performance was served upon all parties on the attached service list via First Class Mail.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/Michael J. Reynolds

Michael J. Reynolds

Dated: July 7, 2008

FP01/ 3171376.1

2