UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CASE NO. 08-14631 |
| Debtors. | : | (Jointly Administered) |
| | : | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 30, 2008 I caused to be served the following:

    a) "Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines," dated March 20, 2008, a sample of which is attached hereto as <u>Exhibit A,</u> (the "Notice of Chapter 11 Case"), and
    b) "Notice of Hearing to Consider Confirmation of Debtors' Chapter 11 Plan of Reorganization, dated May 27, 2008, (the "Notice of Confirmation Hearing")

by causing true and correct copies of the Notice of Chapter 11 Case and Notice of Confirmation Hearing to be enclosed securely in postage prepaid envelopes and be delivered by first class mail to those parties listed on the annexed <u>Exhibit B.</u>

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                               _____
                                                                                               Regina Amporfro

Sworn to before me this

2nd day of July, 2008

_____
Notary Public

> ROSS MATRAY
> Notary Public, State of New York
> No. 01MA614892
> Qualified in New York County
> Commission Expires July 5, 2010

**EXHIBIT A**

| B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/07) | Case Number: 08-14631 (GMB) |
|---|---|
| UNITED STATES BANKRUPTCY COURT for the District of New Jersey ||
| **Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines** <br><br>A Chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on March 16, 2008.<br><br>You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.<br>NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. ||
| **See Reverse Side For Important Explanations.** ||
| **Debtors(s) names(s) and address(es):**<br><br>Shapes/Arch Holdings, LLC et al.<br>9000 River Road<br>Delair, NJ 08110 | **Case Number:** 08-14631 (GMB) |
| | **United States Bankruptcy Judge:**<br>Honorable Gloria M. Burns |
| | **Individual Taxpayer-ID (ITIN) No(s):**<br><br>22-3413451 |
| All other names used by the Debtor(s) in the last 8 years (include trade names):<br><br>Telephone number: | **Attorney for Debtor(s) (name and address):**<br><br>Mark E. Felger<br>Jerrold N. Poslusny<br>Cozen O'Connor<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br><br>Telephone number: (856) 910-5000 |
| **Meeting of Creditors** ||
| Date: 4/15/08    Time: 10:00 A.M    Location:    Office of the United States Trustee<br>Bridge View Building, Suite 102<br>800 Cooper Street<br>Camden, NJ 08101 ||
| **Deadline to File a Proof of Claim**<br><br>Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:<br><br>**May 15, 2008 at 5 p.m. Prevailing Eastern Time**<br><br>For all creditors (except a governmental unit):        For a governmental unit:<br>**May 15, 2008 at Prevailing Eastern Time**              **May 15, 2008 at Prevailing Eastern Time** ||
| **Creditor with a Foreign Address:**<br>A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side. ||
| **Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** ||
| **Creditors May Not Take Certain Actions:**<br>In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. ||
| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
| 401 Market Street<br>Second Floor<br>Camden, NJ 08101<br><br>**Telephone number:** (856) 757-5485 | **Clerk of the Bankruptcy Court:**<br><br>James J. Waldron |
| Hours Open: 8:30 pm – 4:00pm Monday-Friday (except holidays) | Date: Date: 3/20/08 |

### EXPLANATIONS B9F (Official Form 9F ) (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Refer To Other Side For Important Deadlines and Notices | |

**EXHIBIT B**

SHAPES/ARCH HOLDINGS L.L.C.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| A.T. & &. TECHNOLOGIES, INC. | (AT & T NASSAU METALS CORPORATION),1 OAKWAY, ROOM 3WA14/8, BERKELEY HEIGHTS, NJ 07922-2727 |
| ADVANCE FIBER TECHNOLOGIES CORPORATION | ON BEHALF OF JONATHAN TEMPLE, INC.,15 INDUSTRIAL ROAD, FAIRFIELD, NJ 07004 |
| ADVANCED ENVIRONMENTAL TECHNOLOGY | CORPORATION,GOLD MINE ROAD, FLANDERS, NJ 07836 |
| AGATE LACQUER MANUFACTURING CO., INC. | 11-13 43RD ROAD, LONG ISLAND CITY, NY 11101 |
| ALADDIN TRANSPARENT PACKAGING A DIVISION | OF BLEYER INDUSTRIES, INC.,229 BROADWAY, LYNBROOK, NY 11563 |
| ALLIED COLLOIDS, INC. | 2301 WILROY ROAD, P.O. BOX 820, SUFFOLK, VA 23434 |
| ALLIED-SIGNAL, INC. | COLUMBIA ROAD & PARK AVE., MORRISTOWN, NJ 07962 |
| ALPHA METALS, INC. | 600 ROUTE 440, JERSEY CITY, NJ 07304 |
| AMERICAN CYANAMID CO., INC. | ON ITS OWN BEHALF AND ON BEHALF,OF SHULTON INC.,ONE CYANAMID PLAZA, WAYNE, NJ 07470 |
| AMERICAN HEALTH FOUNDATION | 320 EAST 43RD STREET, NEW YORK, NY 10017 |
| AMERICAN HOME PRODUCTS, ON BEHALF OF | BOYLE MIDWAY HOUSEHOLD PRODUCTS INC,WHITEHALL LABORATORIES AND WYETH,LABORATORIES,INC, 280 KING OF PRUSSIA RD, RADNOR, PA 19087 |
| AMERICAN NATIONAL CAN CO, | ON BEHALF OF NATIONAL CAN CORPORATION,8770 W. BRYN MAWR AVE., CHICAGO, IL 60631 |
| ANCO PACKAGING (A DIVISION OF | CCL PRODUCTS IDENTIFICATION, INC.),125 OTTAWA, N.W., GRAND RAPIDS, MT 49503-2888 |
| ATOCHEM NORTH AMERICA, INC., ON BEHALF | OF PENNWALT CORPORATION AND,M&T CHEMICALS INC.,THREE PARKWAY, PHILADELPHIA, PA 19102 |
| AVNET, INC., ON BEHALF OF CHANNEL MASTER | 80 CUTTER MILL ROAD, GREAT NECK, NY 11021 |
| BARR LABORATORIES, INC. | 225 SUMMIT AVE, MONTVALE, NJ 07645 |
| BASF CORPORATION ON ITS OWN BEHALF | AND ON BEHALF OF QUANTUM INC.,AND INMONT INC.,100 CHERRY HILL ROAD, PARSIPPANY, NJ 07054 |
| BAXTER HEALTHCARE CORPORATION, INC., ON | BEHALF OF SCIENTIFIC PRODUCTS DIVISION,BAXTER HEALTHCARE CORPORATION,ONE BAXTER PARKWAY, DEERFIELD, IL 60015 |
| BECTON DICKINSON AND COMPANY, ON BEHALF | OF IVERS-LEE, A DIVISION OF BECTON,DICKINSON AND COMPANY BECTON DICKINSON,AND CO., ONE BECTON DRIVE, FRANKLIN LAKES, NJ 07417-1880 |
| BELZONA AMERICA | ON BEHALF OF BELZONA MOLECULAR, INC.,2000 NW 88TH COURT, MIAMI, FL 33172 |
| BEROL CORPORATION | 44 OLD RIDGEBURY ROAD PO BOX 1302, DANBURY, CT 06813-1302 |
| BIG THREE INDUSTRIES, INC. | 3535 W. 12TH STREET, HOUSTON, TX 77008 |
| BORDEN, INC. ON BEHALF OF FABRIC LEATHER | CO. BORDEN, INC.,180 EAST BROAD STREET, COLUMBUS, OH 43215 |
| BOYLE MIDWAY HOUSEHOLD PRODUCTS INC | SOUTH AVENUE & HALE STREET, CRANFORD, NJ 07016 |
| BRISTOL-MEYERS PRODUCTS, | A DIVISION OF BRISTOL-MEYERS SQUIBB CO.,345 PARK AVENUE, NEW YORK, NY 10154 |
| BROWNING FERRIS INDUSTRIES | CHEMICAL SERVICES INC.,757 N. ELDRIDGE, HOUSTON, TX 77079 |
| C.R. GIBSON COMPANY | 32 KNIGHT STREET, NORWALK, CT 06856 |
| CADBURY BEVERAGES, INC., | ON BEHALF OF CANADA DRY,6 HIGH RIDGE PARK, STAMFORD, CT 06905 |
| CALLERY CHEMICAL CO. | 1420 MARS-EVANS CITY RD., EVANS CITY, PA 16033 |
| CANRAD INC., | ON BEHALF OF CANRAD ? HANOVIA, INC.,100 CHESTNUT STREET, NEWARK, NJ 07105 |
| CARGILL, INC. | P.O. BOX 9300, MINNEAPOLIS, MN 55440 |
| CELLOFILM CORPORATION | 241 UNION AVENUE, WOODBRIDGE, NJ 07075 |
| CHARLES OF THE RITZ GROUP LTD. | 625 MADISON AVENUE, NEW YORK, NY 10022 |
| CHEM SYSTEMS, INC. | 303 SOUTH BROADWAY, TARRYTOWN, NY 10591 |
| CHEMICAL WASTE MANAGEMENT INC. C/O | GAESS ENVIRONMENTAL SERVICES EARTHLINE,R&R SANITATION AND SCA CHEM SERV CHEM,3003 BUTTERFIELD RD., OAK BROOK, IL 60521 |
| CINCINNATI MILACRON, INC., ON BEHALF OF | CINCINNATI MILACRON CHEMICAL, INC.,4701 MARBURG AVE., CINCINNATI, OH 45209 |
| COLLOIDS INC., ON BEHALF OF CELLATE INC. | 112 TOWN PARK DRIVE SUITE 130, KENNESAW, GA 30144 |

SHAPES/ARCH HOLDINGS L.L.C.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CONGOLEUM CORPORATION | 861 SLOAN AVE, TRENTON, NJ 08619 |
| CONSOLIDATED FREIGHTWAYS | CORPORATION OF DELAWARE, 3240 HILLVIEW AVE, PALO ALTO, CA 94304 |
| CONTROLOTRON CORPORATION | 155 PLANT AVENUE, HAUPPAUGE, NY 11788 |
| CONVERTERS INK CO. | 1301 SOUTH PARK AVE., LINDEN, NJ 07006 |
| COSMAIR, INC. | 575 FIFTH AVENUE, NEW YORK, NY 10017 |
| CUNO INCORPORATED | 400 RESEARCH PARKWAY, MERIDEN, CT 06450 |
| CUSTOM DISPOSAL SERVICE CORPORATION | P.O. BOX 308, BOUND BROOK, NJ 08805 |
| DIAMOND SHAMROCK CHEMICAL | IDENTIFIED ON EPA'S WASTE LIST AS HENKEL, PROCESS CHEM INC.-DIAMOND SHAMROCK, 350 MT. KEMBLE AVE. CN 1931, MORRISTOWN, NJ 07960-1931 |
| DOCK RESINS CORPORATION | 1512 W. ELIZABETH AVE., LINDEN, NJ 07036 |
| DRAGOCO, INC. | P.O. BOX 261 GORDON DRIVE, TOTOWA, NJ 07511 |
| DURABOND PRODUCTS CO. | 100 NOTTINGHAM WAY, TRENTON, NJ 08609 |
| E.I. DUPONT DE NEMOURS AND CO. | DUPONT CO. LEGAL DEPARTMENT, 1007 MARKET STREET, WILMINGTON, DE 19898 |
| E.J. GAISSER, INC. | 49 LIBERTY PLACE, STANFORD, CT 06902 |
| EARTHLINE COMPANY | 100 LISTER AVE., NEWARK, NJ 07105 |
| EMULSITONE CO., INC. | 2A YACENDA DRIVE, MORRIS PLAINS, NJ 07950 |
| ENGELHARD CORPORATION | MENLO PARK, CN 40, EDISON, NJ 08818 |
| FAIRCHILD INDUSTRIES, INC. | 300 WEST SERVICE ROAD, CHANTILLY, VA 22021 |
| FINITE INDUSTRIES, INC. | 365 WEST PENNSYLVANIA, ROCHELLE PARK, NJ 07762 |
| FOSROC INC., | ON BEHALF OF PRECO INDUSTRIES LTD., 555 SKYLINE DRIVE, PLAINVIEW, NY 11803 |
| FRENCH COLOR & CHEMICAL CO. | 30 E DEMAREST AVE., ENGLEWOOD, NJ 07631 |
| GAESS ENVIRONMENTAL SERVICES | 253 RIVER DRIVE, PASSAIC, NJ 07055 |
| GAF CORPORATION | 1361 ALPS ROAD, WAYNE, NJ 07470 |
| GANES CHEMICAL INC. | 630 BROAD STREET, CARLSTADT, NJ 07072 |
| GENERAL INSTRUMENT CORPORATION | 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| GENERAL MILLS, INC., ON ITS OWN BEHALF | AND ON BEHALF OF GENERAL MILLS, CHEMICALS, INC., NUMBER ONE GENERAL MILLS BLVD., MINNEAPOLIS, MN 55426 |
| GEORGE A. MILTON CAN COMPANY | 580 DIVISION STREET, ELIZABETH, NJ 07207 |
| GOODREN PRODUCTS | 101 W. FOREST AVE., ENGLEWOOD, NJ 07631 |
| GRAPHIC COLOR PLATE, INC. | 1069 E. MAIN ST., STAMFORD, CT 06902 |
| HALCON RESEARCH & DEVELOPMENT | 1 PHILLIPS PARKWAY, MONTVALE, NJ 07645 |
| HALOCARBON PRODUCTS CORPORATION | P.O. BOX 661, RIVER EDGE, NJ 07661 |
| HATCO CORPORATION | KING GEORGE POST ROAD, FORDS, NJ 08863 |
| HAWARD CORPORATION | 29 PORETE AVENUE, NORTH ARLINGTON, NJ 07032 |
| HEADQUARTERS | 50 NORTH LAURA STREET, JACKSONVILLE, FL 32202 |
| HEINEMANN ELECTRIC COMPANY | 2630 BRUNSWICK PIKE, BOX 6800, LAWRENCEVILLE, NJ 08646 |
| HENKEL CORPORATION | 2200 RENAISSANCE BLVD. SUITE 200, GULPH MILLS, PA 19406 |
| HM HOLDINGS, INC., | ON BEHALF OF SGM CORPORATION, 7 ST. PAUL STREET, BALTIMORE, MD 21233 |
| HOFFMAN-LA ROCHE, INC. | 340 KINGSLAND STREET, NUTLEY, NJ 07110 |
| ICI AMERICAS, INC., | ON BEHALF OF CONVERTERS INK CO., ICI AMERICAS, INC., CONCORD PIKE & NEW MURPHY ROAD, WILMINGTON, DE 19897 |
| INTERNATIONAL FLAVORS & FRAGRANCES, INC. | 521 WEST 57TH STREET, NEW YORK, NY 19919 |
| ITT RAYONIER, INC. | GENERAL COUNSEL: 1177 SUMMER STREET, STAMFORD, CT 06904 |
| J. FILIBERTO SANITATION, INC. | PARKER ROAD, CHESTER, NJ 07930 |
| J.T. BAKER, INC. | ON BEHALF OF J.T. BAKER CHEMICAL CO., 222 RED SCHOOL LANE RD., PHILLIPSBURG, NJ 08865 |
| JOHNSON & JOHNSON, ON ITS OWN BEHALF AND | ON BEHALF OF PERMACEL, INC. AND ORTHO, DIAGNOSTIC, INC., ONE JOHNSON & JOHNSON PLAZA, NEW BRUNSWICK, NJ 08933 |
| JOYCE INTERNATIONAL, INC. | 333 W. GARVEY AVE., #B339, MONTEREY PARK, CA 91754 |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| KEWANEE INDUSTRIES GROUP C/O | US PRINTING INK CORPORATION AND,ONYX CHEMICAL CO. KEWANEE IND,C/O CHEVRON 575 MARKET ST, SAN FRANCISCO, CA 94105 |
| KRAFT GENERAL FOODS, INC. ON BEHALF OF | GENERAL FOODS CORPORATION,(MAXWELL HOUSE DIV.),250 NORTH STREET, WHITE PLAINS, NY 10625 |
| L.A. DREYFUS COMPANY | P.O. BOX 500, SOUTH PLAINFIELD, NJ 07080 |
| LEHN & FINK PRODUCTS, | A DIVISION OF STERLING DRUGS, INC.,225 SUMMIT AVENUE, MONTVALE, NJ 07645-1575 |
| LILLY INDUSTRIAL COATINGS CO., INC. | 733 SOUTH WEST STREET, INDIANAPOLIS, IN 46225 |
| LINDEN WAREHOUSE AND DISTRIBUTION CO., | ON BEHALF OF LINDEN WAREHOUSE CO., INC.,1300 LOWER ROAD, LINDEN, NJ 07036 |
| LITTON SYSTEMS, INC., | ON BEHALF OF KESTER SOLDER DIVISION,490 L?ENFANT PLAZA E., S.W., WASHINGTON, DC 20024 |
| MALLINCKRODT, INC., | ON BEHALF OF MALLINCKRODT CHEMICAL WORKS,675 MCDONNELL BLVD,P.O. BOX 5840, ST LOUIS, MO 63134 |
| MARISOL, INC. | 125 FACTORY LANE, MIDDLESEX, NJ 08846 |
| MARS, INCORPORATED ? M&M/MARS DIVISION | HIGH STREET, HACKETTSTOWN, NJ 07840 |
| MERCER MEDICAL CENTER | 446 BELLEVUE AVENUE, TRENTON, NJ 08607 |
| MERCK & CO., INC. | 126 EAST LINCOLN AVENUE,P.O. BOX 2000, RAHWAY, NJ 07065 |
| MINIGRIP, INC. | RT. 303, ORANGEBURG, NY 10962 |
| MINNESOTA MINING & MANUFACTURING COMPANY | P.O. BOX 55133, ST. PAUL, MN 55133 |
| MOBIL OIL CORPORATION | P.O. BOX 1039, PRINCETON, NJ 08543 |
| MONSANTO COMPANY | 800 NO. LINDBERCH, ST. LOUIS, MO 63167 |
| MONTEDISON USA, INC. | 1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| MORENG METAL PRODUCTS, INC. ON BEHALF | OF JOSEPH MORENG IRON WORKS, INC.,100 WEST END RD., TOTOWA, NJ 07512 |
| MORTON INTERNATIONAL, INC., ON BEHALF OF | MORTON THIOKOL, INC., BEE CHEMICAL CO.,AND THIOKOL CORP., CHEMICAL DIVISION,110 NORTH WACKER DRIVE, CHICAGO, IL 60606 |
| NATIONAL STARCH & CHEMICAL CO. | 150 WEST STATE, TRENTON, NJ 08608 |
| NATIONAL STARCH & CHEMICAL CO., ON ITS | OWN BEHALF AND ON BEHALF OF PERMABOUND,INTL DIV AND NATL ADHESIVES COUNSEL,REGULATORY AFFAIRS, 10 FINDERNE AVE., BRIDGEWATER, NJ 08730 |
| NINE SAFETY APPLIANCES COMPANY ON ITS | OWN BEHALF AND ON BEHALF OF CALLERY,CHEMICAL CO. NINE SAFETY APPLIANCES CO.,P.O. BOX 426, PITTSBURGH, PA 15230 |
| NITE-BRITE SIGH CO., INC. | 16061 PINE RIDGE ROAD, FORT MYERS, FL 33908 |
| NORTON COMPANY | 120 FRONT STREET, WORCESTER, MA 01608-1446 |
| OAKLEY SERVICE, INC. | OAKLEY SERVICES, INC.,(DIVISION OF OAKITE PRODUCTS, INC.),50 VALLEY ROAD, BERKELEY HEIGHTS, NJ 07922 |
| OLIN HUNT SPECIALTY PRODUCTS, INC. | 120 LONG RIDGE ROAD, STAMFORD, CT 06904 |
| ONYX CHEMICAL CO. | 238 WILSON AVE., NEWARK, NJ 07105 |
| ORTHO-CLINICAL DIAGNOSTICS, INC. | 1001 US HWY. 202, RARITAN, NJ 08869 |
| PANELGRAPHIC CORPORATION | 10 HENDERSON DRIVE, W. CALDWELL, NJ 07006 |
| PENICK CORPORATION | 158 MT. OLIVET AVE, NEWARK, NJ 07114 |
| PERFECT FINISHING CO., INC. | 200 VARICK STREET, NEW YORK, NJ 10014 |
| PERMABOUND INTERNATIONAL DIVISION | 480 SOUTH DEAN STREET, ENGLEWOOD, NJ 07631 |
| PERMACEL, INC. | US HIGHWAY #1, NORTH BRUNSWICK, NJ 08902 |
| PFIZER INC. | 235 EAST 42ND STREET, NEW YORK, NY 10017 |
| PHARMACIA, INC. | 800 CENTENNIAL AVENUE, PISCATAWAY, NJ 08855-1327 |
| PILOT LABORATORIES, INC. | 328 NEWMAN SPRINGS ROAD, RED BANK, NJ 07701 |
| PROCESS RESEARCH & DEVELOPMENT CO., | ON BEHALF OF HALCON RESEARCH,& DEVELOPMENT CORPORATION,1221 MCKINNEY, HOUSTON, TX 77010 |
| QUALITY HOUSE OF GRAPHICS, INC. | 47-47 VAN DAM STREET, LONG ISLAND CITY, NY 11101 |
| R&R SANITATION SERVICE | CALAIS ROAD BOX 518, MOUNT FREEDOM, NJ 07970 |
| RADIAC RESEARCH CORPORATION | 261 KENT AVENUE, BROOKLYN, NY 11211 |
| RAPID DISPOSAL SERVICE, INC. | 92 BAEKELAND AVENUE,P.O. BOX 38, MIDDLESEX, NJ 08846 |

SHAPES/ARCH HOLDINGS
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| REICHHOLD CHEMICALS, INC., ON ITS OWN | BEHALF AND ON BEHALF OF CELLOFILM CORP., AND STANDARD BRANDS CHEM IND., INC., REICHHOLD CHEM., INC., P.O. BOX 13582, RESEARCH TRIANGLE PARK, NC 27709 |
| REXHAM CORPORATION | 7315 PINEVILLE-MATTHEWS ROAD, CHARLOTTE, NC 28226 |
| RHEIN CHEMIE CORPORATION, | ON BEHALF OF NASSAU CHEMICAL CORPORATION, (NOW KNOWN AS RHEIN CHEMIE), 1008 WHITEHEAD ROAD EXIT, TRENTON, NJ 08638 |
| ROWE INTERNATIONAL, INC. | 75 TROY HILLS ROAD, WHIPPANY, NJ 17981 |
| S & W WASTE, INC. | 115 JACOBUS AVENUE, KEARNEY, NJ 07032 |
| SCA CHEMICAL SERVICES | 100 LISTERAVE., NEWARK, NJ 07114 |
| SEALED AIR CORPORATION | 30 WEST END ROAD, TOTOWA, NJ 07512 |
| SEQUA CORPORATION ON BEHALF OF SUN | CHEMICAL AND SUN CHEMICAL CORP., FACILE DIVISION, 200 PARK AVE., NEW YORK, NY 10166 |
| SPEX INDUSTRIES, INC. | 3880 PARK AVENUE, EDISON, NJ 08820 |
| STANDARD T CHEMICAL CO., INC. | ON BEHALF OF STANDARD TANK CHEMICAL CO., ONE MONTGOMERY WARD PLAZA, CHICAGO, IL 60671 |
| STRANAHAN FOIL COMPANY, INC. | 100 WESLEY STREET, SO., HACKENSACK, NJ 07606 |
| STREBOR INC., ON BEHALF OF | J.B. WILLIAMS COMPANY, INC., STREBOR INC., SMITHKLINE BEECHAM P.O. BOX 7929 (N30), PHILADELPHIA, PA 19101 |
| SYBRON CHEMICALS INC., | ON BEHALF OF IONAC CHEMICAL CO., BIRMINGHAM ROAD, BIRMINGHAM, NJ 08011 |
| TEMPO INSTRUMENT, INC. | 87 MODULAR AVENUE, COMMACK, NY 11725 |
| TENNECO POLYMERS, INC. | ON BEHALF OF TENNECO RESINS, INC., P.O. BOX 2511, HOUSTON, TX 77252 |
| THE AMERICAN THREAD CO. | 8757 RED OAK BOULEVARD, CHARLOTTE, NC 28217 |
| THE BATES MANUFACTURING CO. | NEWBURGH ROAD, HACKETTSTOWN, NJ 07840 |
| THE FOXBORO CO., | ON BEHALF FOXBORO-WILKS, 33 COMMERCIAL STREET, B52-1K, FOXBORO, MA 02035 |
| THE HEMINWAY & BARTLETT | MANUFACTURING CO., INC., 115 EAST PUTMAN AVE., GREENWICH, CT 06830 |
| THE J.B. WILLIAMS CO. | 3 GARNET MOUNTAIN PLAZA, W. PATERSON, NJ 07424 |
| THE KRAISSL COMPANY, INC. | 299 WILLIAMS AVENUE, HACKENSACK, NJ 07601 |
| THE MENNEN COMPANY, A NEVADA CORPORATION | HANOVER AVENUE, MORRISTOWN, NJ 07962-1928 |
| THE UPJOHN COMPANY | 7000 PORTAGE ROAD, KALAMAZOO, MI 49001 |
| THOMAS ELECTRONICS, INC. | 100 RIVERVIEW DRIVE, WAYNE, NJ 07470 |
| US PRINTING INK CORP | 28 WEST STATE STREET, TRENTON, NJ 08608 |
| W.N. STEVENSON CO. | 246 ROCKHILL ROAD, BALA CYNWYD, PA 19004 |
| WALKER PRISMATIC ENGRAVING CORPORATION | 141 EAST 25TH STREET, NEW YORK, NY 10010 |
| WARNER LAMBERT COMPANY, | ON ITS OWN BEHALF AND ON BEHALF OF, WARNER CHILCOTT LABS/WARNER CHILCOTT, 201 TABOR ROAD, MORRIS PLAINS, NH 07950 |
| WESTERN UNION CORPORATION ON BEHALF OF | WESTERN UNION TELEPROCESSING, INC., GENERAL COUNSEL, ONE LAKE STREET, UPPER SADDLE RIVER, NJ 07458 |
| WHITEHALL LABORATORIES | 150 W. STATE STREET, TRENTON, NJ 08608 |
| WITCO CORPORATION | 2701 LAKE STREET, MELROSE PARK, IL 60160 |

**Total Creditor Count 153**