UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:                                              : CHAPTER 11

SHAPES/ARCH HOLDINGS L.L.C., et al.,                : CASE NO. 08-14631
                                                      (Jointly Administered)
    Debtors.                                        :

                                                    :

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 24, 2008, I caused to be served true and correct copies of the "Notice of Filing of Schedule 8.1 to Debtors' Third Amended Plan," dated June 23, 2008, [Docket No. 399], (the "Notice") enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "A".

3. On June 25, 2008, I caused to be served true and correct copies of the Notice, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Regina Amporfro

Sworn to before me this
26th day of June, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| ACO HARDWARE | 24119 INDUSTRIAL PARK DRIVE,FARMINGTON HILLS, MI 48335 |
| ADT SECURITY SYSTEMS | 7895 BROWNING ROAD,PENNSAUKEN, NJ 08109-8109 |
| AJAX ICE, INC. | 626 GSB BUILDING,1 BELMONT AVE.,BALA CYNWYD, PA 19004 |
| ALL AMERICAN HOME CENTER | 7201E FIRESTONE BLVD,DOWNEY, CA 90241 |
| ALPHA SALES GROUP LTD | 1448 DEWEY AVE,BELLMORE, NY 11710 |
| AMAZON.COM | 1200 12TH AVE SOUTH,SEATTLE, WA 981442734 |
| AMAZON.COM 2005 NEW VENDOR AGREEMENT | 1200 12TH AVE S. STE 1200,SEATTLE, WA 98144 |
| AMERICAN HOTEL REGISTER CO. | 100 S. MILWAUKEE AVENUE,VERNON HILLS, IL 60061 |
| AMERICAN HOTEL REGISTRY | 100 S MILWAUKEE AVE,VERNON HILLS, IL 60061 |
| AMERICAN STEEL & ALUMINUM CORP. | 425 HOMESTEAD AVE.,HARTFORD, CT 06112 |
| AMERIHEALTH | 8000 MIDLANTIC DRIVE,SUITE 333,MT. LAUREL, NJ 08054-1560 |
| ANTHONY PIETRO | 528 LIBERTY AVE,WILLISTON PARK, NY 11596 |
| ARDELL SALES & MARKETING | 2150 E LAKE COOK RD,STE 590,BUFFALO GROVE, IL 60089 |
| ASSOCIATED MATERIALS INC. | 3773 STATE ROAD,CUYAHOGA FALLS, OH 44223 |
| AUTOMATED WINDOW MACHINERY, INC. | 3171 ALBRECHT AVENUE-,AKRON, OH 44312 |
| B & B POOL DISTRIBUTORS | 5464 COUNTY RD.,# 327,TRINITY, AL 35673 |
| BAER SUPPLY | 909 FOREST EDGE DR,VERNON HILLS, IL 60061 |
| BENEFITS CONCEPTS INC. | 1021 WEST 8TH AVENUE,KING OF PRUSSIA, PA 19406-1553 |
| BFS  (BUILDER FIRST SOURCE) | 2001 BRYAN STREET STE 1600,DALLAS, TX 75201 |
| BISCAYNE HARDWARE | 1140 NW 159TH DR,MIAMI, FL 33169 |
| BKA SALES & MARKETING | 16045 S W 89TH AVE,MIAMI, FL 33157 |
| BMA / GUARDIAN | 979 BATESVILLE RD,GREER, SC 29651 |
| BROKERAGE CONCEPTS INC. | 1021 WEST 8TH AVENUE,KING OF PRUSSIA, PA 19406-1553 |
| BUDGET HARDWARE | 1644 NE 2ND AVENUE,MIAMI, FL 33132 |
| BURNETT POOLS | 2498 ELM ROAD EXTENSION,CORTLAND, OH |
| BUSY BEAVER | 3130 WM. PITT WAY #A6,PITTSBURGH, PA 15238 |
| CASTLE WHOLESALERS | 3450 BLADENSBURG RD,COTTAGE CITY, MD 207221805 |
| CASTROL INDUSTRIAL AMERICAS | 150 W. WARRENVILLE ROAD,NAPERVILLE, IL 60563 |
| CENTRAL WHOLESALERS | N/A,LAUREL, MD 20707 |
| CGIT SYSTEMS, INC. | 51 ALDER STREET,MEDWAY, MA 02053 |
| CHADWELL SUPPLY | 1721 S KING AVE,BRANDON, FL 33511 |
| CIMARRON - SUTHERLANDS | 4000 MAIN ST,KANSAS CITY, MO 64111 |
| CIT GROUP/EQUIPMENT FINANCING, INC. | (ALSO WELLS FARGO EQUIPMENT FINANCING),1540 WEST FOUNTAINHEAD PKWY.,TEMPE, AZ 85282 |
| CLARK REALTY - FT. BELVOIR | 203 ELDEN ST; STE 401,HERNDON, VA 20170 |
| COLONIAL VOLKSWAGON INC | 200 WEST STREET ROAD,FEASTERVILLE, PA 19053 |
| CONTINENTAL HARDWARE | 400 DELANCY STREET,NEWARK, NJ 07105 |
| COOPER ELECTRIC SUPPLY | 402 BLOOMFIELD DRIVE,WEST BERLIN, NJ 08091 |
| CRB MILITARY HOUSING - | IN PROCESS - FT. BELVOIR, VA,4401 WILSON BLVD STE 600,ARLINGTON, VA 22203 |
| CROWN CREDIT | 44 S. WASHINGTON STREET,NEW BREMEN, OH 45869 |
| CROWN CREDIT COMPANY | 115 NORTH MAIN ST,NEW BREMEN, OH 45869 |
| CRP SALES | 5481 SPLIT RAIL DR,BRIGHTON, MI 48114 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC | NMHG FINANCIAL SERVICES,1112 OLD EAGLE SCHOOL ROAD,WAYNE, PA 19087 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC | 1111 OLD EAGLE SCHOOL ROAD,WAYNE, PA 19087 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC | NMHG FINANCIAL SERVICES,PO BOX 643749,PITTSBURGH, PA 15264-3749 |
| DISTRIBUTION AMERICA - @ 6% | 11111 CARMEL COMMONS BLVD,SUITE 240,CHARLOTTE, NC 28226 |
| DO IT BEST | 6502 NELSON RD,FT WAYNE, IN 46803 |
| DOUGLAS GROUP | 9174 W 102ND TERRACE,OVERLAND PARK, KS 66212 |
| EAGLE ENGINEERING CORP. | 8869 CITATION ROAD,BALTIMORE, MD 21221 |

| Claim Name | Address Information |
|---|---|
| EAST MANUFACTURING | 1871 STATE ROAD,RANDOLPH, OH 44265 |
| EASTERN METAL SUPPLY | 2925 STEWART CREEK BLVD.,CHARLOTTTE, NC 28206 |
| EMERY-WATERHOUSE | WAREHOUSE ACCOUNT,PORTLAND, ME 04104 |
| ENAP | 555 HUDSON VALLEY AVE,NEW WINDSOR, NY 12553 |
| EVERYDAY WAREHOUSERS | 642 B RIDGEWOOD ROAD,RIDGELAND, MS |
| EXCEL SALES | 30 STATE PLACE,HUNTINGTON, NY 11743 |
| EXECUTIVE RISK SPECIALTY INSURANCE COMPANY | 82 HOPMEADOW STREET,SIMSBURY, CT 06070-7683 |
| EXPRESS LUMBER & PLUMBING | 1301 60TH ST,BROOKLYN, NY 11219 |
| FLORIDA HARDWARE | 436 CASSAT AVE,JACKSONVILLE, FL 32243 |
| FOREVER GREEN HOLDINGS (SNAPGATE) | 117 FT LEE ROAD,UNIT A-11,LEONIA, NJ 07605 |
| FORSTER FENCE CO INC-LICENSING AGREEMENT | FOR DELAIR HINGE PATENT,7795 LA CORNICHE CIRCLE,BOCA RATON, FL 33433 |
| FROMM ELECTRIC SUPPLY | 402 BLOOMFIELD DRIVE,WEST BERLIN, NJ 08091 |
| GDHWD & EBERLE, INC. | 111 DEERLAKE ROAD STE 115,DEERFIELD, IL 60015 |
| GE CAPITAL | 1961 HIRST DRIVE,MOBERLY, MO 65270 |
| GED INTEGRATED SOLUTIONS | 9280 DULTON DRIVE,TWINSBURG, OH 44087 |
| GENERAL HARDWARE DIST | 2192 VIKING DRIVE,ANCHORAGE, AK 99501 |
| GENESIS SALES GROUP | 19 FOX ROAD,WALTHAM, MA 02451 |
| GRAINGER GLOBAL SOURCING | W.W. GRAINGER INC,100 GRAINGER PARKWAY,LAKE FOREST, IL 6005 |
| GRASS ROOTS SALES | 7355 W FRIENDLY AVE STE D,GREENSBORO, NC 27410 |
| GREAT DANE LP | 2555 S. BLUE ISLAND AVENUE,CHICAGO, IL 60608 |
| GROSSMANS | 90 HAWES WAY,STOUGHTON, MA 02072 |
| GUARDIAN | 2005 MARKET STREET,SUITE 1920,PHILADELPHIA, PA 19103 |
| GUARDIAN | 979 BATESVILLE RD,GREER, SC 29651 |
| HANDY HARDWARE WHOLESALE INC | 8300 TEWANTIN DRIVE,HOUSTON, TX 77061 |
| HARDWARE DISTRIBUTORS | 2580 GETTY ST,MUSKEGON, MI 49444 |
| HARDWARE SALES UNLIMITED | (FORMERLY SALES UNLIMITED),15911 TOWNSHIP GLEN LANE,CYPRESS, TX 77433 |
| HD SUPPLY INC | 10641 SCRIPTS SUMMIT CT,SAN DIEGO, CA 92131 |
| HDS REPAIR & REMODEL | (FORMERLY CONTRACTORS WHSE),FORMERLY CONTRACTORS WAREHOUSE,NORTH HIGHLANDS, CA 95660 |
| HEWLETT PACKARD COMPANY | 8000 FOOTHILLS BLVD.,MS 5512,ROSEVILLE, CA 95747-5512 |
| HIGHLANDS INSURANCE | 600 JEFFERSON STREET,HOUSTON, TX 77002-7392 |
| HOME DEPOT & YARDBIRDS | 1310 CLEGG ST,PETALUMA, CA 94954-1177 |
| HONEYWELL INDUSTRIES SOLUTIONS | 2500 W. UNION HILLS DRIVE,PHOENIX, AZ 85027 |
| HOUSE HASSON | 3125 WATER PLANT RD,KNOXVILLE, TN 31914 |
| HUDSON | SKANDIA AMERICA GROUP - ONE LIBERTY PLAZA,NEW YORK, NY 10006 |
| IBS SOFTWARE | 90 BLUE RAVIN ROAD,FOLSOM, CA 95630 |
| IKON FINANCAL SERVICES | 1738 BASS ROAD,MACON, GA 31210 |
| INFINITI OF WILLOW GROVE | 1510 EASTON ROAD,WILLOW GROVE, PA 19090 |
| INGERSOLL-RAND AIR CENTER | 30 MACDONALD BLVD.,ASTON, PA 19014 |
| INSTRON SYSTEMS | 100 ROYALL STREET,CANTON, MA 02021-1089 |
| INTERLINE BRANDS | 200 E PARK DRIVE,MT LAUREL, NJ 08054 |
| INTERNATIONAL AQUATICS | 4496 CHESSWOOD DRIVE,TORONTO, ON M3J 2B9 CA |
| INTERSTATE FIRE AND CASUALTY CO. | 55 EAST MONROE STREET,CHICAGO, IL 60603 |
| J. MITCHELL MARKETING | 4295 PRICELESS VIEW DR,GOLD CANYON, AZ 85218 |
| J.L. SMITH & ASSOCIATES | 3035 NEW BUTLER ROAD,NEW CASTLE, PA 16107 |
| JENSEN | E 131 MAIN AVE,SPOKANE, WA 99202 |
| JERRY'S | 2600 HWY 99 N,EUGENE, OR 97402 |
| JERRY'S HOME IMPROVEMENT CTR | 2600 HWY 99 N,EUGENE, OR 97402 |

| Claim Name | Address Information |
|---|---|
| KAWNEER CO. | 555 GUTHRIDGE COURT,NORCROSS, GA 30092 |
| KENCO | 6201 78TH AVE N STE D,PINELLAS PARK, FL 337812212 |
| KEY EQUIPMENT FINANCE | 600 TRAVIS STREET,SUITE 1400,HOUSTON, TX 77002 |
| KOVAL WILLIAMSON | 11208 47TH AVE W,MULILTEO, WA 98275 |
| L J CAPPA & ASSOCIATES | 6015 NE 1ST CT,RENTON, WA 98059 |
| LEXINGTON INSURANCE | 100 SUMMER STREET,BOSTON, MA 02110 |
| LEXINGTON INSURANCE COMPANY | 100 SUMMER STREET,BOSTON, MA 02110-2103 |
| LIBERTY MUTUAL INS. CO. | 100 LIBERTY WAY,DOVER, NH 03820 |
| LMC | 137 W WAYNE AVE,WAYNE, PA 190874095 |
| MAINTENANCE SUPPLY | 12315 PARC CREST DRIVE #100,STAFFORD, TX 77477 |
| MENARDS AGREEMENT | 4777 MENARD DRIVE,EAU CLAIRE, WI 54701 |
| METROPOLITAN LUMBER | 617 11TH AVE,NEW YORK, NY 10036 |
| MIDSTATES | 548 S SNELLING AVE,ST PAUL, MN 55116 |
| MONROE HARDWARE | 101 N SUTHERLAND AVE,MONROE, NC 28110 |
| MOORE HANDLEY | 3140 PELHAM PARKWAY,PELHAM, AL 35124 |
| MOUNTAIN COUNTRY MARKETING | 890 DIANA HILLS WAY,SANDY, UT 84094 |
| MR. KEY | 2194 NW 18TH AVE,MIAMI, FL 33142 |
| NATIONWIDE INDUSTRIES-LICENSING | AGREEMENT FOR DELAIR HINGE PATENT,10333 WINDHORST ROAD,TAMPA, FL 33619 |
| NERIO RIVERA | 75 PINE CREEK ESTATES,E. STROUDSBURG, PA 18301 |
| NJ P&L INSURANCE GUARANTY ASSOC. | 222 MT. AIRY RD.,BASKING RIDGE, NJ 07920 |
| NJ P&L INURANCE GUARANTY ASSOC. | 222 MT. AIRY RD.,BASKING RIDGE, NJ 07920 |
| NJDEP | ONE PORT CENTER - 2 RIVERSIDE DRIVE,SUITE 201,CAMDEN, NJ 08103 |
| NMHG FINANCIAL SERVICES | 1010 THOMAS EDISON BLVD,CEDAR RAPIDS, IA 52404 |
| NOBLE AMERICAS CORP | STAMFORD HARBOR PARK 33 LUDLOW ST.,SUITE 1230,STAMFORD, CT 06902 |
| NTR NORTH AMERICA | 14881 QUORUM DRIVE,SUITE 850,DALLAS, TX 75254 |
| NVR BUILDING PRODUCTS CO | 21 BYTE CT,FREDERICK, MD 21702 |
| O'NEAL STEEL, INC. | 4530 MESSER-AIRPORT HWY,BIRMINGHAM, AL 35202 |
| ORCHARD SUPPLY HARDWARE AGREEMENT | 6450 VIA DEL ORO,SAN JOSE, CA 95119 |
| ORGILL | 3742 TYNDALE DRIVE,MEMPHIS, TN 38125 |
| PAMIDA | 880 F STREET,OMAHA, NE 68127 |
| PAMIDA INC. | 880 F STREET,OMAHA, NE 68127 |
| PENSKE TRUCK LEASING | ROUTE 10,GREEN HILLS,PO BOX 563,READING, PA 19603-0563 |
| PINNACLE TECHNOLOGIES | 5900 LA PLACE COURT,SUITE 110,CARLSBAD, CA 92008 |
| PITNEY BOWES | PO BOX 85390,LOUISVILLE, KY 40285-5390 |
| PNC BANK | TWO PNC PLAZA - 8TH FLOOR |
| POOLCORP | 109 NORTHPARK BOULEVARD,COVINGTON, LA 70433-5521 |
| PPL ENERGY PLUS | TWO NORTH NINTH STREET,GENPL8,ALLENTOWN, PA 18101-1179 |
| PRINCIPAL FINANCIAL | 711 HIGH STREET,DES MOINES, IA 50392-0001 |
| PRO GROUP | 6300 S SYRACUSE WAY; STE 500,CENTENNIAL, CO 80111-6725 |
| PROGROUP 2008 MARKETING PROGRAM | 6300 S SYRACUSE WAY; STE 500,CENTENNIAL, CO 80111-6725 |
| PRUDENTIAL FINANCIAL | TWO PNC PLAZA - 8TH FLOOR,PITTSBURGH, PA 15222 |
| QAD | 100 INNOVATION PLACE,SANTA BARBARA, CA |
| QC INC. | 1205 INDUSTRIAL BLVD.,PO BOX 514,SOUTHAMPTON, PA 18966-0514 |
| QUALITY SYSTEMS REGISTRARS | 22630 DAVIS DRIVE,SUITE 220,STERLING, VA 20164 |
| R G SIMMONS CO. | 120 BROADWAY AVE S #100,WAYZATA, MN 55391 |
| RELIABLE 2008 ADVERTISING/MARKETING PROGRAM | 28100 N. ASHLEY CIRCLE,SUITE 109,LIBERTYVILLE, IL 60048-9479 |
| RELIABLE DIST. @6% | 28100 N. ASHLEY CIRCLE,SUITE 109,LIBERTYVILLE, IL 60048-9479 |
| RESOLUTE MANAGEMENT | UNITED PLAZA,SUITE 700,30 S. 17TH STREE,PHILA., PA 19103 |

| Claim Name | Address Information |
|---|---|
| RICHMOND HARDWARE | 899 WASHINGTON ST,BRAINTREE, MA 02184 |
| ROWLEY-STROBER | 900 W. TRADE ST.,CHARLOTTE, NC 28202 |
| RYERSON | 2558 W. 16TH STREET,CHICAGO, IL 60680 |
| SENTRY INSURANCE A MUTAL COMPANY | 1800 NORTH POINT DRIVE,STEVENS POINT, WI 54481 |
| SENTRY INSURANCE A MUTAL COMPANY | 1801 NORTH POINT DRIVE,STEVENS POINT, WI 54481 |
| SENTRY INSURANCE A MUTAL COMPANY | 1802 NORTH POINT DRIVE,STEVENS POINT, WI 54481 |
| STANDARD HARDWARE | STAR DR,MERRIMACK, NH 03054 |
| STRATEGIC MARKETING GROUP | 3201 SITIO MONTECILLO,CARLSBAD, CA 92009 |
| STRATEGIC PRODUCTS & SERVICES (AVAYA) | 3 WING DRIVE,SUITE 100,CEDAR KNOLLS, NJ 07927 |
| SUN WHOLESALE | 14480 62ND STREET N,CLEARWATER, FL 33760 |
| TARGET.COM | 33 S 6TH ST,MINNEAPOLIS, MN 55402 |
| TEAM MARKETING | 2440 PLANFIELD NE,GRAND RAPIDS, MI 49505 |
| THE ANDERSONS INC | 480 W DUSSEL DR,MAUMEE, OH 43537 |
| THE CHUBB GROUP OF INS. COMPANIES | 550 ROUTE 206,SUITE 110,BEDMINSTER, NJ 07921 |
| THE DOUGLAS GROUP LLC SUTHERLANDS - CIMARRON | 4000 MAIN ST,KANSAS CITY, MO 64111 |
| THE GEMROI COMPANY | 11901 BOWMAN DR,STE 101,FREDERICKSBURG, VA 22408 |
| THE PMA GROUP | 380 SENTRY PARKWAY,SUITE 200,BLUE BELL, PA 19422 |
| TIBBETS-COX LUMBER | 695 31 ST S.,ST PETERSBURG, FL 33712 |
| TPR RESOURCES | 3604 GREENWOOD LANE,ST CHARLES, IL 60175 |
| TRAVELERS | ONE TOWER SQUARE,HARTFORD, CT 06183 |
| TRINITY RAIL CAR | 2548 N. 28TH STREET,FORT WORTH, TX 76111 |
| TRU SERV | 8600 W. BRYN MAWR AVE.,CHICAGO, IL 60631-3505 |
| U-HAUL | 2727 N. CENTRAL AVE. |
| UNITED HARDWARE DIST | 5005 NATHAN LANE NORTH,PLYMOUTH, MN 55442 |
| UTILITY TRAILER MANUFACTURING CO. | 17295 EAST RAILROAD STREET.,CITY OF INDUSTRY, CA 91748 |
| VAN DYKES | 39771 SD HWY 34,WOONSOCKET, SD 57385 |
| VARSITY LOGISTICS INC. | 91 WESTBOROUGH BLVD,SUITE 2000,SOUTH SAN FRANCISCO, CA 94080 |
| VISIBILITY INC. | 100 FORDHAM ROAD,PO BOX 50786,WILMINGTON, MA 01815-0786 |
| WABASH NATIONAL | 1000 SAGAMORE PARKWAY,LAFAYETTE, IN 47905 |
| WALLACE HARDWARE | 5050 DAVEY CROCKETT PARKWAY,MORRISTOWN, TN 37813 |
| WATTERS & MARTIN | 3800 VILLAGE AVE,NORFOLK, VA 235025617 |
| WELLS FARGO INSURANCE SERVICES | 701 LEE ROAD-,SUITE 205,CHESTERBROOK, PA 19087 |
| WINDFLITE | 4000 CONSTITUTION DR.,BARTONVILLE, IL 61607 |
| WR SALES | 1475 MT HOLLY RD; BLDG O7,EDGEWATER PARK, NJ 08010 |
| XO COMMUNICATIONS LLC | 14239 COLLECTIONS CENTER DRIVE,CHICAGO, IL 60693 |
| ZURICH AMERICAN INSURANCE COMPANY | ONE LIBERTY PLAZA,30TH FLOOR,NEW YORK, NY 10006 |

**Total Creditor Count 179**

**EXHIBIT B**

| Name of Other Party to Lease or Contract | Address |
|---|---|
| California Union | 400 California St, San Fransico, CA 94104 |
| Columbia Casualty | 333 S Wabash, Chicago, IL 60685 |
| Fireman's Fund Insurance Company | 777 San Marin Dr, Novato, CA 94998 |
| Granite State | 1700 Market St, Suite 2000, Phila, PA 19103 |
| National Union Fire Insurance Company | 70 Pine St, New York, NY 10270 |
| National Union Fire Insurance Company of Pittsburgh, PA (AIG World Source) | 70 Pine St, New York, NY 10270 |