# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | |
| Debtors. | : | CASE NO. 08-14631 |
| | : | (Jointly Administered) |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK )
                        ) ss.:
COUNTY OF NEW YORK )

REGINA AMPORFRO, being duly sworn, deposes and says:

1.   I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On June 30, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".  I also caused to be served a copy of each personalized Transfer, enclosed securely in a separate postage pre-paid envelope to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.   All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Regina Amporfro

Sworn to before me this

2nd day of July, 2008

Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20 10

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. |
| | ) | |
| SHAPES/ARCH HOLDINGS L.L.C.., et al | ) | 08-14631 (GMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)

Note:  For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.


To:

**KGM PRECISION CORPORATION**
**1875 ROUTE 206**
**SOUTHAMPTON, NJ 8088**


Please note that your schedule in the above referenced case and in the amount of $4,682.00 has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601


No action is required if you do not object to the transfer of your claim(s).  However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee.  Refer to docket number 413 in your objection.  If you file an objection, a hearing will be scheduled.  If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
BSI as claims agent for the debtor(s)
FOR BSI USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. |
| | ) | |
| SHAPES/ARCH HOLDINGS L.L.C.., et al | ) | 08-14631 (GMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)

Note: For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:

**J.A. CUNNINGHAM EQUIPMENT INC
2025 TRENTON AVENUE
PHILADELPHIA, PA 19125**

Please note that your schedule in the above referenced case and in the amount of $3,299.23 (Claim 60) & $3,299.23 (Claim 234) has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s).  However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee.  Refer to docket number 414 in your objection.  If you file an objection, a hearing will be scheduled.  If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
BSI as claims agent for the debtor(s)
FOR BSI USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. |
| | ) | |
| SHAPES/ARCH HOLDINGS L.L.C.., et al | ) | 08-14631 (GMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)

Note:  For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:

**MATI SALES
PO BOX 816
GLENSIDE, PA 9038**

Please note that your schedule in the above referenced case and in the amount of $7,565.17 (Claim 515) & $7,565.15 (Claim 607) has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s).  However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2ⁿᵈ FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee.  Refer to docket number 415 in your objection.  If you file an objection, a hearing will be scheduled.  If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
BSI as claims agent for the debtor(s)
FOR BSI USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. |
| | ) | |
| SHAPES/ARCH HOLDINGS L.L.C.., et al | ) | 08-14631 (GMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)

Note:  For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:

**MATI SALES
PO BOX 816
GLENSIDE, PA 9038**

Please note that your schedule in the above referenced case and in the amount of $16,076.98 (Claim 514) & $16,076.98 (Claim 609) has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s).  However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee.  Refer to docket number 416 in your objection.  If you file an objection, a hearing will be scheduled.  If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
BSI as claims agent for the debtor(s)
FOR BSI USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | Chapter 11 Case No. |
| ) | |
| SHAPES/ARCH HOLDINGS L.L.C.., et al ) | 08-14631 (GMB) |
| ) | |
| Debtors. ) | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)**

Note:  For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:

**MATI SALES
PO BOX 816
GLENSIDE, PA 9038**

Please note that your schedule in the above referenced case and in the amount of $7,332.92 (Claim 516) & $7,332.92 (Claim 608) has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s).  However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee.  Refer to docket number 417 in your objection.  If you file an objection, a hearing will be scheduled.  If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
BSI as claims agent for the debtor(s)
FOR BSI USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. |
| | ) | |
| SHAPES/ARCH HOLDINGS L.L.C.., et al | ) | 08-14631 (GMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)

Note: For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:

**E&R INDUSTRIAL SALES**
**23 CREEK CIRCLE**
**BOOTHWYN, PA 19061**

Please note that your schedule in the above referenced case and in the amount of $12,338.69 has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s). However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee. Refer to docket number 418 in your objection. If you file an objection, a hearing will be scheduled. If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
BSI as claims agent for the debtor(s)
FOR BSI USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

In re:                                             )        Chapter 11 Case No.
                                                   )
SHAPES/ARCH HOLDINGS L.L.C.., et al                )        08-14631 (GMB)
                                                   )
         Debtors.                                  )        (Jointly Administered)
_____)

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)

Note:  For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:

   **GARDEN STATE DUST CONTROL**
   **7007 ROUTE 38**
   **PENNSAUKEN, NJ 8109**

Please note that your schedule in the above referenced case and in the amount of $1,144.75 has been transferred (unless previously expunged by court order) to:

   LIQUIDITY SOLUTIONS, INC
   DBA REVENUE MANAGEMENT
   ONE UNIVERSITY PLAZA
   SUITE 312
   HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s).  However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

                UNITED STATES BANKRUPTCY COURT
                FOR THE DISTRICT OF NEW JERSEY
                401 MARKET STREET, 2nd FLOOR
                CAMDEN, NJ 08101

Send a copy of your objection to the transferee.  Refer to docket number 419 in your objection.  If you file an objection, a hearing will be scheduled.  If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
BSI as claims agent for the debtor(s)
FOR BSI USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. |
| | ) | |
| SHAPES/ARCH HOLDINGS L.L.C.., et al | ) | 08-14631 (GMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)

Note:  For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:

**VIP BUSINESS FORMS INC
PO BOX 1012
HAVERTOWN, PA 19083**

Please note that your schedule in the above referenced case and in the amount of $3,868.04 has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s).  However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee.  Refer to docket number 421 in your objection.  If you file an objection, a hearing will be scheduled.  If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
BSI as claims agent for the debtor(s)
FOR BSI USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2008

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. |
| | ) | |
| SHAPES/ARCH HOLDINGS L.L.C.., et al | ) | 08-14631 (GMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)

Note: For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:

**MARINE FASTENERS**
**120 MARITIME DRIVE**
**SANFORD, FL 32771**

Please note that your schedule in the above referenced case and in the amount of $74,718.46 has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s). However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee. Refer to docket number 422 in your objection. If you file an objection, a hearing will be scheduled. If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
BSI as claims agent for the debtor(s)
FOR BSI USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. |
| | ) | |
| SHAPES/ARCH HOLDINGS L.L.C.., et al | ) | 08-14631 (GMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)

Note: For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:

**Wharton Hardware & Supply Corp
& Wharton Contractors Equipment Corp
7724 CRESCENT BLVD
PENNSAUKEN, NJ 8110**

Please note that your schedule in the above referenced case and in the amount of $5,086.28 (Claim No. 64) & $5,086.28 (Claim No. 116) has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s). However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee. Refer to docket number 423 in your objection. If you file an objection, a hearing will be scheduled. If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
BSI as claims agent for the debtor(s)
FOR BSI USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2008

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case No. |
| | ) | |
| SHAPES/ARCH HOLDINGS L.L.C.., et al | ) | 08-14631 (GMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)

Note: For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:

### CUSTOM MANUFACTURING CORP
### 2542 STATE ROAD
### BENSALEM, PA 19020

Please note that your schedule in the above referenced case and in the amount of $15,570.18 has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s).  However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee.  Refer to docket number 420 in your objection.  If you file an objection, a hearing will be scheduled.  If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
BSI as claims agent for the debtor(s)
FOR BSI USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2008

**EXHIBIT B**

6-30-08: SAH CI Trans

KGM PRECISION CORPORATION
1875 ROUTE 206
SOUTHAMPTON, NJ 8088

6-30-08: SAH CI Trans

J.A. CUNNINGHAM EQUIPMENT INC
2025 TRENTON AVENUE
PHILADELPHIA, PA 19125

6-30-08: SAH CI Trans

MATI SALES
PO BOX 816
GLENSIDE, PA 9038

6-30-08: SAH CI Trans

E&R INDUSTRIAL SALES
23 CREEK CIRCLE
BOOTHWYN, PA 19061

6-30-08: SAH CI Trans

GARDEN STATE DUST CONTROL
7007 ROUTE 38
PENNSAUKEN, NJ 8109

6-30-08: SAH CI Trans

VIP BUSINESS FORMS INC
PO BOX 1012
HAVERTOWN, PA 19083

6-30-08: SAH CI Trans

CUSTOM MANUFACTURING CORP
2542 STATE ROAD
BENSALEM, PA 19020

6-30-08: SAH CI Trans

Wharton Hardware & Supply Corp
& Wharton Contractors Equipment Corp
7724 CRESCENT BLVD
PENNSAUKEN, NJ 8110

6-30-08: SAH CI Trans

MARINE FASTENERS
120 MARITIME DRIVE
SANFORD, FL 32771

6-30-08: SAH CI Trans

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

**EXHIBIT C**

6-30-08: SAH CI Trans

Jerrold N. Poslusny, Jr.
Mark E. Felger
Cozen O'connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002