Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  08−14631−GMB
        Chapter:  11
        Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22−3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 8, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 499 – 358
Order Resolving Motion For Relief From Stay by Liston Smith, Jr. re: EEOC Complaint (Related Doc # [358]). The following parties were served: Debtor, Debtor's Attorney, US Trustee and Movant. Signed on 7/7/2008. (def)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 8, 2008
JJW: def

                            James J. Waldron
                            Clerk