UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ATTORNEY FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: | APPLICANT:<br>Halperin Battaglia Raicht, LLP |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.* | |
| CASE NO.: 08-14631 (GMB) | CLIENT: Official Committee of Unsecured Creditors |
| CHAPTER: 11 | CASES FILED: March 16, 2008 |

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  <u>RETENTION ORDER ATTACHED</u>.

/s/ Alan D. Halperin    7/8/08
ALAN D. HALPERIN    Date

**SECTION I**
**FEE SUMMARY**

Third Monthly Fee Statement Covering the Period
June 1, 2008 through June 30, 2008

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $253,682.09 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer (if applicable): | N/A |
| Total Holdback (if applicable): | $49,356.60 |
| Total Received by Applicant: | $129,785.51 |

|    | Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|----|-------------------------------|---------------|-------|------|-----|
| 1. | Alan D. Halperin, Partner | 1991 | 85.00 | $435.00 | $36,975.00 |
| 2. | Walter Benzija, Of Counsel | 1996 | 0.20 | $370.00 | $74.00 |
| 3. | Donna H. Lieberman, Of Counsel | 1984 | 25.80 | $350.00 | $9,030.00 |
| 4. | Debra J. Cohen, Associate | 1992 | 0.20 | $335.00 | $67.00 |
| 5. | Ethan D. Ganc, Associate | 2001 | 2.20 | $280.00 | $616.00 |
| 6. | Carrie E. Mitchell, Associate | 2005 | 6.20 | $225.00 | $1,395.00 |
| 7. | Jeffrey B. Moore, Paralegal | N/A | 2.70 | $95.00 | $256.50 |
|    | TOTALS |  | 122.30 |  | $48,413.50 |

FEE TOTALS (Page 3)                                                                 $48,413.50
DISBURSEMENTS TOTALS (Page 4)                                               $721.04
TOTAL FEE APPLICATION                                                           $49,134.54

# SECTION II
# SUMMARY OF SERVICES

| Services Rendered | | Hours | Fee |
|---|---|---|---|
| (a) | Asset Sales | 10.20 | $4,437.00 |
| (b) | Claims Review & Analysis | 9.90 | $3,620.00 |
| (c) | Executory Contracts | 0.60 | $261.00 |
| (d) | Financing | 7.50 | $3,262.50 |
| (e) | General | 41.00 | $14,599.00 |
| (f) | Meetings & Hearings | 3.90 | $1,696.50 |
| (g) | Motions & Applications | 6.80 | $2,370.00 |
| (h) | Plan & Disclosure Statement | 40.70 | $17,691.50 |
| (i) | Pleadings | 1.70 | $476.00 |
| SERVICES TOTALS | | 122.30 | $48,413.50 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| Disbursements | | Amount |
|---|---|---|
| (a) Westlaw | | $8.98 |
| (b) PACER | | $18.40 |
| (c) Photocopying: | | |
| No. of Pages: 1,235 Rate per Page: $.20 | | $247.00 |
| (d) Travel | | |
| Taxi | $41.00 | $41.00 |
| (e) Postage | | $1.26 |
| (f) Other (explain): | | |
| Court Transcript | $404.40 | $404.40 |
| DISBURSEMENT TOTAL | | $721.04 |

## SECTION IV
## CASE HISTORY

(NOTE:  Items (3) through (6) are not applicable to applications under 11 U.S.C. § 506)

(1) Date cases filed: March 16, 2008

(2) Chapter under which cases commenced: Chapter 11

(3) Date of retention: Order signed April 25, 2008, effective March 31, 2008
**See Exhibit A.**
If limit on number of hours or other limitations to retention, set forth: N/A

(4) Summarize in brief the benefits to the estate and attach supplements as needed:

   (a) Meetings and telephone conferences with Committee members/co-counsel and professionals, Debtors' counsel, Arch Acquisition I, LLC and its counsel, and other parties regarding the cases, the Debtors' proposed plan of reorganization, and the marketing and sale process;

   (b) Drafted Plan Trust Agreement;

   (c) Reviewed and revised documents included in Plan Supplement;

   (d) Reviewed and revised sale motion and asset purchase agreement;

   (e) Reviewed, analyzed and followed up with Debtors' counsel regarding motions by creditors;

   (f) Reviewed claims register and Debtors' claims objections;

   (g) Reviewed initial voting results;

   (h) Discussions with NatCity and potential bidders;

   (i) Drafted numerous memos and updates for the Committee.

   **INVOICES ITEMIZING SERVICES RENDERED AND OUT-OF-POCKET EXPENSES INCURRED ARE ATTACHED AS EXHIBITS "B" AND "C", RESPECTIVELY.**

(5) Anticipated distribution to creditors:

   (a) Administration expense: Unknown at this time.

   (b) Secured creditors: Unknown at this time.

      (c)      Priority creditors: Unknown at this time.

      (d)      General unsecured creditors: Unknown at this time.

(6)    Final disposition of cases and percentage of dividend paid to creditors (if applicable): This is a third monthly fee statement.  Final dividend percentages are unknown at this time.