# EXHIBIT B

7/8/2008     Halperin Battaglia Raicht, LLP
5:17 PM     Listing     Page 1

### Selection Criteria

Slip.Date    6/1/2008 - 6/30/2008
Clie.Selection    Include: Shapes-CC
Slip.Slip Type    Time

| Slip ID / Dates and Time / Status / Description | Attorney / Activity / Client / Reference | Units | Rate | Slip Value |
|---|---|---:|---:|---:|
| 175951 TIME<br>6/2/2008<br>WIP<br>Telephone call with R. Kellner regarding due dilligence efforts. (.4) ; Follow-up with S. Victor. (.3) ; Commence review of plan and disclosure statement. (1.0) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.70 | 435.00 | 739.50 |
| 175811 TIME<br>6/2/2008<br>WIP<br>Review recent filings. | WB<br>Plan&Disclosure Statement<br>Shapes-CC | 0.20 | 370.00 | 74.00 |
| 176628 TIME<br>6/2/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E. Ganc regarding same. | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 176959 TIME<br>6/2/2008<br>WIP<br>Finalize notices of withdrawal of Trustee and exclusivity termination motions. (.1) ; Draft email to local counsel regarding same. (.1) ; Draft follow-up email to Debtor's counsel regarding Manko retention and review response regarding same. (.2) | EDG<br>Pleadings<br>Shapes-CC | 0.40 | 280.00 | 112.00 |
| 175950 TIME<br>6/2/2008<br>WIP<br>Discuss withdrawals with E. Ganc. | ADH<br>Motions&Applications<br>Shapes-CC | 0.10 | 435.00 | 43.50 |
| 175949 TIME<br>6/2/2008<br>WIP<br>Respond to creditor inquiries. (.4) ; Telephone call with R. Kellner regarding case status. (.3) | ADH<br>General<br>Shapes-CC | 0.70 | 435.00 | 304.50 |
| 176069 TIME<br>6/3/2008<br>WIP<br>Review of M. Felger email regarding plan administration agreement. (.1) ; Email to A. Halperin regarding same. (.1) ; Exchange of emails with I. Volkov regarding plan documents. (.1) ; Review of A. Halperin comments and email to group. (.4) | DHL<br>General<br>Shapes-CC | 0.70 | 350.00 | 245.00 |
| 175969 TIME<br>6/3/2008<br>WIP<br>Telephone calls with Committee members regarding case issues. | ADH<br>General<br>Shapes-CC | 0.30 | 435.00 | 130.50 |

| 7/8/2008 | | Halperin Battaglia Raicht, LLP | | | |
|---|---|---|---|---|---|
| 5:17 PM | | Listing | | | Page    2 |

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 175970<br>6/3/2008<br>WIP<br>Emails with H. Konicov regarding report. (.2) ;<br>Preliminary review of J. H. Cohn report. (.5) | TIME | ADH<br>Financing<br>Shapes-CC | 0.70 | 435.00 | 304.50 |
| 175971<br>6/3/2008<br>WIP<br>Review and revise liquidation trust agreement. | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 2.20 | 435.00 | 957.00 |
| 176645<br>6/3/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E.<br>Ganc regarding same. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 175880<br>6/3/2008<br>WIP<br>Conference with and email to A. Halperin regarding<br>certain trust language. | TIME | DJC<br>General<br>Shapes-CC | 0.20 | 335.00 | 67.00 |
| 175977<br>6/4/2008<br>WIP<br>Continued review of plan documents. (1.1) ; Emails<br>with HIG counsel regarding same. (.3) ; Discuss case<br>issues with Committee members. (.8) ; Emails<br>regarding plan documents with Brody and Felger. (.4) ;<br>Draft language insert and revisions to documents. (1.2) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 3.80 | 435.00 | 1653.00 |
| 176975<br>6/4/2008<br>WIP<br>Read and review Liston Smith stay relief motion and<br>calendar deadlines and dates. (.2) ; Prepare<br>Committee expense sheet template. | TIME | EDG<br>Pleadings<br>Shapes-CC | 0.20 | 280.00 | 56.00 |
| 176669<br>6/4/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E.<br>Ganc regarding same. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 176075<br>6/4/2008<br>WIP<br>Meeting with A. Halperin and review of plan<br>administration revision; Drafting of new language. | TIME | DHL<br>General<br>Shapes-CC | 1.10 | 350.00 | 385.00 |
| 176073<br>6/4/2008<br>WIP<br>Review of A. Brody revisions to plan administration<br>agreement. (.4) ; Email to A. Brody with query. (.1) ;<br>Email to A. Halperin with comments. (.2) | TIME | DHL<br>General<br>Shapes-CC | 0.70 | 350.00 | 245.00 |
| 176680<br>6/5/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman, and E.<br>Ganc regarding same. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 176079<br>6/5/2008<br>WIP | TIME | DHL<br>General<br>Shapes-CC | 2.00 | 350.00 | 700.00 |

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Review of claims register. (.5) ; Review of Felger comments regarding plan administration agreement. (.4) ; Revisions to same. (.4) ; Emails to A. Halperin, S. Sass regarding Trust. (.2) ; Placed call to S. Sass regarding terms. (.1) ; Review of additional A. Brody and M. Felger comments. (.2) ; Review of commitment letter, etc. (.2) | | | | |
| 175987                TIME<br>6/5/2008<br>WIP<br>Continued review of plan documents. (2.1) ; Telephone calls with Committee members regarding due diligence process and Trustee position. (1.2) ; Emails with various counsel regarding plan documents. (.3) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 3.60 | 435.00 | 1566.00 |
| 175988                TIME<br>6/5/2008<br>WIP<br>Emails with I. Volkov regarding lien review. | ADH<br>Financing<br>Shapes-CC | 0.10 | 435.00 | 43.50 |
| 175996                TIME<br>6/6/2008<br>WIP<br>Prepare for, and participate in, conference call with S. Victor regarding sale process. | ADH<br>Meetings & Hearings<br>Shapes-CC | 1.00 | 435.00 | 435.00 |
| 176085                TIME<br>6/6/2008<br>WIP<br>Review of A. Halperin memo to Committee. (.2) ; Conference call with A. Halperin and S. Victor. (1.0) ; Meeting with A. Halperin regarding memo to Committee. (.1) | DHL<br>General<br>Shapes-CC | 1.30 | 350.00 | 455.00 |
| 175997                TIME<br>6/6/2008<br>WIP<br>Draft extensive update memo to the Committee. | ADH<br>General<br>Shapes-CC | 1.10 | 435.00 | 478.50 |
| 176087                TIME<br>6/6/2008<br>WIP<br>Email to A. Halperin regarding plan administration agreement. (.2) ; Email to group with final and redline. (.2) | DHL<br>General<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 175995                TIME<br>6/6/2008<br>WIP<br>Email with A. Brody regarding Trust comments. (.2) ; Review of plan administration agreement, and revise same. (.7) ; Emails with Committee regarding plan and liquidation Trustee. (.5) ; Emails with Committee members regarding plan packages, and missing components. (.5) ; Follow-up with Debtor regarding same. (.3) ; Review of other plan supplement documents. (.9) ; Follow-up regarding same. (.5) ; Attention to sale process, and discuss with S. Victor. (.4) ; Telephone call with B. Katz regarding process. (.3) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 4.30 | 435.00 | 1870.50 |
| 177035                TIME<br>6/6/2008<br>WIP<br>Begin preparation of monthly fee statement, conference with A. Halperin and D. Lieberman | JBM<br>General<br>Shapes-CC | 0.50 | 95.00 | 47.50 |

7/8/2008                  Halperin Battaglia Raicht, LLP
5:17 PM                           Listing                                                        Page 4

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| regarding same. | | | | |
| 176010<br>6/8/2008<br>WIP<br>Emails with H. Konicov and R. Kellner regarding sale process. (.3) ; Emails with Debtors' counsel regarding service of plan, ballots and related documents. (.2) | TIME<br>ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 177036<br>6/9/2008<br>WIP<br>Continued preparation of monthly fee statement. | TIME<br>JBM<br>General<br>Shapes-CC | 1.00 | 95.00 | 95.00 |
| 176707<br>6/9/2008<br>WIP<br>Review ECF, alert D. Lieberman and E. Ganc. | TIME<br>CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 176708<br>6/9/2008<br>WIP<br>Draft letters to court regarding D. Lieberman pro hac vice application and prepare checks for same, review local rules regarding same. (.3) ; Forward same to court. (.2) | TIME<br>CEM<br>General<br>Shapes-CC | 0.50 | 225.00 | 112.50 |
| 176011<br>6/9/2008<br>WIP<br>Telephone conference with H. Konicov regarding sale process and information for possible buyers. (.5) ; Extensive telephone conference with A. Brody regarding progress on plan issues. (.6) ; Telephone conference with H. Konicov and R. Kellner regarding process and possible bidders. (.7) ; Emails with HIG's and Debtor's counsel regarding liquidation Trustee. (.2) ; Follow-up regarding same. (.4) ; Review emails on Reserve and related issues, and respond to same. (.5) ; Emails regarding liquidation Trustee selection, and follow-up regarding same. (.6) ; Review data supplied by H. Konicov. (1.3) ; Telephone call with A. Brody regarding case, and issues. (.3) | TIME<br>ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 5.10 | 435.00 | 2218.50 |
| 177037<br>6/10/2008<br>WIP<br>Finalize, and email monthly fee statement to counsel for service. | TIME<br>JBM<br>General<br>Shapes-CC | 1.20 | 95.00 | 114.00 |
| 176025<br>6/10/2008<br>WIP<br>Review financial data provided by H. Konicov. (.6) ; Emails with Debtor's and HIG's counsel regarding plan supplement. (.3) ; Multiple emails with H. Konicov and NatCity regarding review of sale process and due diligence efforts. (.8) ; Office conferences with D. Lieberman regarding plan supplement, and follow-up regarding same with others. (.8) | TIME<br>ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 2.50 | 435.00 | 1087.50 |
| 176024<br>6/10/2008<br>WIP<br>Receive and review expense reimbursement request, and follow-up with Debtor's and HIG's counsel regarding same. (.5) ; Email to R. Kellner regarding | TIME<br>ADH<br>General<br>Shapes-CC | 0.80 | 435.00 | 348.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/8/2008 | | Halperin Battaglia Raicht, LLP | | | |
| 5:17 PM | | Listing | | | Page 5 |

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| same. (.1) ; Emails with I. Volkov regarding payment of bills. (.2) | | | | | |
| 176993       TIME<br>6/10/2008<br>WIP<br>Read and review email from Debtor's counsel regarding Sheehan stay relief motion, PSE&G motion. (.2) ; Office conference with D. Lieberman regarding same. (.1) | EDG<br>Pleadings<br>Shapes-CC | | 0.30 | 280.00 | 84.00 |
| 176091       TIME<br>6/10/2008<br>WIP<br>Email regarding plan administration agreement finalization. (.2) ; Review of email traffic regarding plan supplement documents, fees and expenses. (.2) ; Review of fee summary for monthly statement. (.3) ; Review of claims register and memo to A. Halperin and I. Volkov regarding same. (1.7) | DHL<br>General<br>Shapes-CC | | 2.40 | 350.00 | 840.00 |
| 176724       TIME<br>6/10/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E. Ganc. | CEM<br>Motions&Applications<br>Shapes-CC | | 0.20 | 225.00 | 45.00 |
| 176737       TIME<br>6/11/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E. Ganc. | CEM<br>Motions&Applications<br>Shapes-CC | | 0.20 | 225.00 | 45.00 |
| 176035       TIME<br>6/11/2008<br>WIP<br>Attention to claims filings and reconciliation, categories of claims and need for immediate objections. | ADH<br>Claims Review & Analysis<br>Shapes-CC | | 1.20 | 435.00 | 522.00 |
| 176036       TIME<br>6/11/2008<br>WIP<br>Review email regarding default. (.3) ; Telephone calls with A. Brody regarding default and related issues. (.6) ; Follow-up with B. Katz and H. Konicov regarding same. (.8) ; Telephone conference with B. Katz, H. Konicov and M. Felger regarding same. (1.0) | ADH<br>Financing<br>Shapes-CC | | 2.70 | 435.00 | 1174.50 |
| 176034       TIME<br>6/11/2008<br>WIP<br>Emails with H. Konicov regarding budget and payments. (.1) ; Office conferences with D. Lieberman regarding case progress and issues. (.7) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | | 0.80 | 435.00 | 348.00 |
| 176094       TIME<br>6/11/2008<br>WIP<br>Review and respond to email traffic regarding claims, plan supplement, §363 motion. | DHL<br>General<br>Shapes-CC | | 0.50 | 350.00 | 175.00 |
| 176098       TIME<br>6/11/2008<br>WIP<br>Review of default notice from Arch. (.2) ; Meeting with A. Halperin. (.5) ; Conference call with A. Halperin and B. Katz. (.3) ; Conference call with A. Halperin and A. | DHL<br>General<br>Shapes-CC | | 3.00 | 350.00 | 1050.00 |

7/8/2008     Halperin Battaglia Raicht, LLP
5:17 PM     Listing     Page 6

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Brody. (.6) ; Conference call with A. Halperin, M. Felger. (1.0) ; Drafting - memo to Committee. (.4) | | | | |
| 176747<br>6/12/2008<br>WIP<br>Review ECF, alert D. Lieberman and E. Ganc. | TIME<br>CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 176046<br>6/12/2008<br>WIP<br>Respond to Committee member questions regarding case status and issues. | TIME<br>ADH<br>General<br>Shapes-CC | 0.90 | 435.00 | 391.50 |
| 176998<br>6/12/2008<br>WIP<br>Draft memo to A. Halperin regarding Phoenix retention. | TIME<br>EDG<br>Pleadings<br>Shapes-CC | 0.50 | 280.00 | 140.00 |
| 176047<br>6/12/2008<br>WIP<br>Review and revise memo to the Committee regarding default and other issues. (1.0) ; Review analysis provided by H. Konicov, and telephone call with H. Konicov regarding memo to Committee. (.7) ; Telephone calls with Committee members in response to Committee memo. (.9) ; Extensive telephone conference with B. Katz and H. Konicov regarding Phoenix and cash management and related issues. (.4) | TIME<br>ADH<br>Financing<br>Shapes-CC | 3.00 | 435.00 | 1305.00 |
| 176055<br>6/12/2008<br>WIP<br>Respond to emails regarding DIP and plan issues from Debtor and HIG. | TIME<br>ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.00 | 435.00 | 435.00 |
| 176101<br>6/12/2008<br>WIP<br>Review/analysis of email traffic regarding labor, asset purchase agreement, default. (.3) ; Review of fee statements of Debtor's professionals. (.2) | TIME<br>DHL<br>General<br>Shapes-CC | 0.50 | 350.00 | 175.00 |
| 176099<br>6/12/2008<br>WIP<br>Meeting with A. Halperin, drafting of memo to Perfect Trade in response to queries; Revisions to memo to Committee regarding DIP, labor issues, claims. | TIME<br>DHL<br>General<br>Shapes-CC | 0.50 | 350.00 | 175.00 |
| 176063<br>6/13/2008<br>WIP<br>Commence review of asset purchase agreement and motion. | TIME<br>ADH<br>Asset Sales<br>Shapes-CC | 1.30 | 435.00 | 565.50 |
| 176105<br>6/13/2008<br>WIP<br>Email D. McElhinney regarding service overseas. (.1) ; Review of email regarding creditor query. (.1) ; Review of draft asset purchase agreement and revisions to same. (2.2) ; Memo to A. Halperin regarding asset purchase agreement. (.2) ; Placed call to A. Halperin regarding overseas creditors. (.1) | TIME<br>DHL<br>General<br>Shapes-CC | 2.70 | 350.00 | 945.00 |

| 7/8/2008 | | Halperin Battaglia Raicht, LLP | | | |
| 5:17 PM | | Listing | | | Page 7 |

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 177001    TIME<br>6/13/2008<br>WIP<br>Exchange emails with Debtor's counsel regarding status of negotiation with Sheehan stay relief motion. | EDG<br>Pleadings<br>Shapes-CC | 0.20 | 280.00 | 56.00 |
| 176061    TIME<br>6/13/2008<br>WIP<br>Telephone conference with J. Drew and Glencore regarding plan, status and claims. (.4) ; Respond to creditor inquiries regarding plan. (.5) ; Emails with Debtors counsel regarding plan, loan, bar date and other issues. (.5) ; Emails with NatCity and J. H. Cohn regarding due diligence and update. (.3) ; Review data regarding same. (.6) ; Respond to additional creditor inquiries. (.5) ; Extensive emails with Epiq regarding packages, notice and resending to overseas creditors. (.6) ; Follow-up with creditors regarding packages. (.3) ; Office conference with D. Lieberman regarding asset purchase agreement. (.5) ; Continue review of asset purchase agreement. (1.1) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 5.30 | 435.00 | 2305.50 |
| 176062    TIME<br>6/13/2008<br>WIP<br>Follow-up regarding claims. (.3) ; Emails with noticing agent, and follow-up with Chinese creditor. (.4) | ADH<br>Claims Review & Analysis<br>Shapes-CC | 0.70 | 435.00 | 304.50 |
| 176756    TIME<br>6/13/2008<br>WIP<br>Review ECF, alert D. Lieberman and E. Ganc. | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 176064    TIME<br>6/13/2008<br>WIP<br>Review and comment on J. H. Cohn report to the Committee and follow-up with H. Konicov regarding same. | ADH<br>General<br>Shapes-CC | 0.70 | 435.00 | 304.50 |
| 176065    TIME<br>6/14/2008<br>WIP<br>Continued review and mark-up of asset purchase agreement. | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.30 | 435.00 | 565.50 |
| 176066    TIME<br>6/15/2008<br>WIP<br>Emails with I. Volkov regarding asset purchase agreement comments. | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.10 | 435.00 | 43.50 |
| 176136    TIME<br>6/16/2008<br>WIP<br>Review invoices circulated for ordinary course professionals, and email D. Lieberman regarding same. (.3) ; Review §363 motion and comment on same. (.8) | ADH<br>Motions&Applications<br>Shapes-CC | 1.10 | 435.00 | 478.50 |
| 176135    TIME<br>6/16/2008<br>WIP<br>Telephone call with creditors regarding administrative bar date. | ADH<br>Claims Review & Analysis<br>Shapes-CC | 0.20 | 435.00 | 87.00 |

7/8/2008     Halperin Battaglia Raicht, LLP
5:17 PM     Listing     Page 8

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 176137<br>6/16/2008<br>WIP<br>Emails with Committee members regarding case issues. (.6) ; Review J. H. Cohn report to Committee. (.4) | TIME | ADH<br>General<br>Shapes-CC | 1.00 | 435.00 | 435.00 |
| 176134<br>6/16/2008<br>WIP<br>Finish review and comment on asset purchase agreement and integrate all comments received into one master. (1.7) ; Telephone conference with I. Volkov regarding environmental issues under asset purchase agreement. (.2) ; Emails with Committee professionals regarding same. (.1) ; Emails to I. Vlkov and J. H. Cohn regarding our comments and issues to be reviewed. (.3) | TIME | ADH<br>Asset Sales<br>Shapes-CC | 2.30 | 435.00 | 1000.50 |
| 176138<br>6/16/2008<br>WIP<br>Extensive telephone conference with Committee professionals to go through asset purchase agreement, and follow-up on §363 motion. | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.90 | 435.00 | 826.50 |
| 176761<br>6/16/2008<br>WIP<br>Review ECF, alert A. Halperin and E. Ganc. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 176109<br>6/16/2008<br>WIP<br>Review of revised asset purchase agreement. (.5) ; Conference call with A. Halperin, I. Volkov, J. H. Cohn. (1.9) ; Review of §363 motion and memo to A. Halperin, I. Volkov. (.7) | TIME | DHL<br>General<br>Shapes-CC | 3.10 | 350.00 | 1085.00 |
| 176770<br>6/17/2008<br>WIP<br>Review ECF, alert A. Halperin and E. Ganc. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 176504<br>6/17/2008<br>WIP<br>Continued review of revised asset purchase agreement. (.4) ; Conference call. (1.2) ; Drafting of Section 8 addition to asset purchase agreement. (.2) ; Exchange of emails regarding asset purchase agreement issues. (.3) ; Email regarding overseas creditors. (.2) | TIME | DHL<br>General<br>Shapes-CC | 2.30 | 350.00 | 805.00 |
| 176153<br>6/17/2008<br>WIP<br>Extensive discussions with counsel to HIG regarding assorted asset purchase agreement terms and environmental issues. | TIME | ADH<br>General<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 176152<br>6/17/2008<br>WIP<br>Attention to service on overseas creditors. | TIME | ADH<br>Claims Review & Analysis<br>Shapes-CC | 0.40 | 435.00 | 174.00 |

7/8/2008 — Halperin Battaglia Raicht, LLP
5:17 PM — Listing — Page 9

| Slip ID / Dates and Time / Status / Description | Attorney / Activity / Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 176151  TIME<br>6/17/2008<br>WIP<br>Prepare for, and participate in, all hands call to review asset purchase agreement and discuss timing, logistics and status. (2.1) ; Discuss hearing logistics with other professionals. (.2) | ADH<br>Meetings & Hearings<br>Shapes-CC | 2.30 | 435.00 | 1000.50 |
| 176150  TIME<br>6/17/2008<br>WIP<br>Continue review of motion and mark-up of same. (1.1) ; Circulate mark-up to counsel to HIG and Debtors. (.3) ; Follow-up on insurance issues. (.5) ; Email to the Committee regarding asset purchase agreement and process. (.7) ; Follow-up with Committee members. (.5) | ADH<br>Asset Sales<br>Shapes-CC | 3.10 | 435.00 | 1348.50 |
| 176856  TIME<br>6/18/2008<br>WIP<br>Review of revised asset purchase agreement and revisions to same. (.9) ; Email to A. Halperin and I. Volkov with same. (.1) ; Email of asset purchase agreement with comments to group. (.2) | DHL<br>General<br>Shapes-CC | 1.20 | 350.00 | 420.00 |
| 176855  TIME<br>6/18/2008<br>WIP<br>Revision to §363 procedures order. (.7) ; Review of emails regarding union vote. (.2) | DHL<br>General<br>Shapes-CC | 0.90 | 350.00 | 315.00 |
| 176379  TIME<br>6/18/2008<br>WIP<br>Discuss voting with M. Felger and follow-up regarding same with Committee. | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 176378  TIME<br>6/18/2008<br>WIP<br>Review case filings. | ADH<br>Motions&Applications<br>Shapes-CC | 0.90 | 435.00 | 391.50 |
| 176377  TIME<br>6/18/2008<br>WIP<br>Follow-up regarding asset purchase agreement and review and revise turned draft of asme. | ADH<br>Asset Sales<br>Shapes-CC | 1.80 | 435.00 | 783.00 |
| 176376  TIME<br>6/18/2008<br>WIP<br>Emails with Committee members regarding expense reimbursement. | ADH<br>General<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 176375  TIME<br>6/18/2008<br>WIP<br>Emails with counsel to Debtors, HIG, I Volkov and D. Lieberman regarding hearing scheduled on §363 bid procedures. | ADH<br>Meetings & Hearings<br>Shapes-CC | 0.60 | 435.00 | 261.00 |
| 176810  TIME<br>6/18/2008<br>WIP<br>Review ECF alert A. Halperin and E. Ganc. | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/8/2008 | | Halperin Battaglia Raicht, LLP | | | |
| 5:17 PM | | Listing | | | Page    10 |

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 176860<br>6/19/2008<br>WIP<br>Review of emails regarding asset purchase agreement, unions. (.3) ; Meeting with A. Halperin regarding same. (.1) | TIME | DHL<br>General<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 176393<br>6/19/2008<br>WIP<br>Emails with M. Felger and J. Poslusny regarding claims issues. (.4) ; Follow-up regarding same with Committee members. (.3) ; Follow-up on claims issues and filings. (.9) | TIME | ADH<br>Claims Review & Analysis<br>Shapes-CC | 1.60 | 435.00 | 696.00 |
| 176392<br>6/19/2008<br>WIP<br>Emails with Committee regarding AccuWeld vote. (.4) ; Office conference with D. Lieberman regarding how to proceed now in light of AccuWeld vote. (.3) ; Review of voting results to date and follow-up regarding same. (.8) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.50 | 435.00 | 652.50 |
| 176785<br>6/19/2008<br>WIP<br>Review ECF, alert A. Halperin and E. Ganc. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 176391<br>6/19/2008<br>WIP<br>Continued review of asset purchase agreement and changes. (1.2) ; Telephone conference with A. Brody regarding same, union votes and necessary modification. (.5) | TIME | ADH<br>Asset Sales<br>Shapes-CC | 1.70 | 435.00 | 739.50 |
| 176796<br>6/20/2008<br>WIP<br>Review and respond to emails regarding claims objections. | TIME | CEM<br>Claims Review & Analysis<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 176527<br>6/20/2008<br>WIP<br>Emails with M. Felger regarding status of CBA amendments. | TIME | ADH<br>Executory Contracts<br>Shapes-CC | 0.20 | 435.00 | 87.00 |
| 176864<br>6/20/2008<br>WIP<br>Review of information regarding contingent claims for contribution. (.2); Review of Pennsauken stipulation. (.2) | TIME | DHL<br>General<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 176868<br>6/20/2008<br>WIP<br>Review of E. Ganc memo regarding 503(b)(9) settlement. | TIME | DHL<br>General<br>Shapes-CC | 0.20 | 350.00 | 70.00 |

| 7/8/2008 | | Halperin Battaglia Raicht, LLP | | | |
|---|---|---|---|---|---|
| 5:17 PM | | Listing | | | Page    11 |

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 176795                          TIME<br>6/20/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman, and E. Ganc. | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 176526                          TIME<br>6/20/2008<br>WIP<br>Emails with Committee members regarding plan issues. (.4) ; Discussions with H. Konicov and Committee members regarding plan funding. (.6) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.00 | 435.00 | 435.00 |
| 176525                          TIME<br>6/20/2008<br>WIP<br>Discuss claims issues and objections with D. Lieberman. (.4) ; Review expense reimbursement requests, and follow-up regarding same. (.3) ; Office conference with E. Ganc regarding 503(b)(9) settlement, and follow-up with H. Konicov regarding same. (.4) | ADH<br>Claims Review & Analysis<br>Shapes-CC | 1.10 | 435.00 | 478.50 |
| 176530                          TIME<br>6/22/2008<br>WIP<br>Emails with I. Volkov regarding claims objections. | ADH<br>Motions&Applications<br>Shapes-CC | 0.20 | 435.00 | 87.00 |
| 176537                          TIME<br>6/23/2008<br>WIP<br>Telephone conferences with A. Brody regarding CBAs and how to proceed. | ADH<br>Executory Contracts<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 176538                          TIME<br>6/23/2008<br>WIP<br>Extensive telephone conference with J. H. Cohn regarding status and update. (.7) ; Draft update email to the Committee. (.6) ; Follow-up with several Committee members. (.4) | ADH<br>General<br>Shapes-CC | 1.70 | 435.00 | 739.50 |
| 177007                          TIME<br>6/23/2008<br>WIP<br>Draft follow-up email to Debtor's counsel regarding Liston Smith stay relief motion and PSE&G motion to compel. | EDG<br>Pleadings<br>Shapes-CC | 0.10 | 280.00 | 28.00 |
| 177006                          TIME<br>6/23/2008<br>WIP<br>Read and review email from Debtor's counsel regarding Blue Ridge claim and late allowance of same. (.2) ; Draft email to A. Halperin and D. Lieberman regarding same. (.1) | EDG<br>Claims Review & Analysis<br>Shapes-CC | 0.30 | 280.00 | 84.00 |
| 176539                          TIME<br>6/23/2008<br>WIP<br>Attention to claims objections filed by Debtors. | ADH<br>Motions&Applications<br>Shapes-CC | 1.30 | 435.00 | 565.50 |

7/8/2008            Halperin Battaglia Raicht, LLP
5:17 PM            Listing            Page 12

| Slip ID / Dates and Time / Status / Description | Attorney / Activity / Client / Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 176540 TIME<br>6/23/2008<br>WIP<br>Emails with A. Brody regarding budget and related issues. | ADH<br>Financing<br>Shapes-CC | 0.20 | 435.00 | 87.00 |
| 176541 TIME<br>6/23/2008<br>WIP<br>Discuss due diligence process and bidders with S. Victor. (.5) ; Follow-up regarding same. (.6) ; Emails with M. Felger regarding CBA's. (.1) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.20 | 435.00 | 522.00 |
| 176819 TIME<br>6/23/2008<br>WIP<br>Review ECF and alert A. Halperin, E. Ganc. (.2) ; Review claims objections. (.5) ; Additional review of claims objections and draft multiple memos regarding same. (1.3) | CEM<br>Claims Review & Analysis<br>Shapes-CC | 2.00 | 225.00 | 450.00 |
| 176934 TIME<br>6/24/2008<br>WIP<br>Discuss joint defense group motion with E. Ganc and D. Lieberman. | ADH<br>Motions&Applications<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 176933 TIME<br>6/24/2008<br>WIP<br>Emails with Committee professionals regarding cure schedule. | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 176932 TIME<br>6/24/2008<br>WIP<br>Respond to creditor inquiries. | ADH<br>General<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 176870 TIME<br>6/24/2008<br>WIP<br>Review of response to Liston letter. (.2) ; Review and respond to query regarding joint defense motion. (.2) ; Respond to A. Halperin query regarding plan administration terms. (.2) ; Placed calls (2x) to Regina at Epiq regarding administrative claims. (.2) ; Review of administrative proof of claim. (.1) | DHL<br>General<br>Shapes-CC | 0.90 | 350.00 | 315.00 |
| 176838 TIME<br>6/24/2008<br>WIP<br>Additional review of claims objections. (.4) ; Review ECF, alert A. Halperin, D. Lieberman and E. Ganc regarding same. (.2) ; Office conference with D. Lieberman. (.1) | CEM<br>Claims Review & Analysis<br>Shapes-CC | 0.70 | 225.00 | 157.50 |
| 176931 TIME<br>6/24/2008<br>WIP<br>Telephone calls with H. Konicov regarding budget, and follow-up regarding same. (.2) ; Emails with A. Brody regarding extending budget and environmental issues. (.3) | ADH<br>Financing<br>Shapes-CC | 0.50 | 435.00 | 217.50 |

| 7/8/2008 | | Halperin Battaglia Raicht, LLP | | | |
| 5:17 PM | | Listing | | | Page 13 |

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 176941<br>6/25/2008<br>WIP<br>Discuss budget with H. Konicov. | TIME | ADH<br>Financing<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 176942<br>6/25/2008<br>WIP<br>Emails with HIG, Debtors' and Committee professionals regarding plan voting, and follow-up regarding same. (.5) ; Emails with professionals regarding bids, and follow-up regarding same. (.3) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.80 | 435.00 | 348.00 |
| 176940<br>6/25/2008<br>WIP<br>Review withdrawal of motion. | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 0.10 | 435.00 | 43.50 |
| 176939<br>6/25/2008<br>WIP<br>Respond to Committee members' inquiries. | TIME | ADH<br>General<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 176873<br>6/25/2008<br>WIP<br>Review of emails regarding voting and confirmation. (.2) ; Review of cure exhibit. (.2) ; Review of C. Mitchell summaries of claims objections. (.2) | TIME | DHL<br>General<br>Shapes-CC | 0.60 | 350.00 | 210.00 |
| 177055<br>6/26/2008<br>WIP<br>Review of voting results and underlying claims. (1.1) ; Discuss same with H. Konicov, and follow-up with D. Lieberman. (.3) ; Discuss cap with H. Konicov. (.3) ; Emails with M. Felger regarding open issues. (.4) | TIME | ADH<br>General<br>Shapes-CC | 2.10 | 435.00 | 913.50 |
| 177106<br>6/27/2008<br>WIP<br>Attention to claims issues. (.9)  Emails with debtors and Epiq regarding administrative claims review and analysis. (.4) | TIME | ADH<br>Claims Review & Analysis<br>Shapes-CC | 1.30 | 435.00 | 565.50 |
| 177107<br>6/27/2008<br>WIP<br>Attention to Committee expense reimbursement. | TIME | ADH<br>General<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 177108<br>6/27/2008<br>WIP<br>Discussion of cap with H. Konicov and follow-up. | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.70 | 435.00 | 304.50 |
| 177109<br>6/30/2008<br>WIP<br>Review voting summary. | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 177110<br>6/30/2008<br>WIP<br>Telephone calls with creditors regarding case process and issues. | TIME | ADH<br>General<br>Shapes-CC | 0.40 | 435.00 | 174.00 |

7/8/2008 Halperin Battaglia Raicht, LLP
5:17 PM Listing Page 14

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 177111<br>6/30/2008<br>WIP<br>Office conference with A. Halperin regarding claims transfers. | TIME | EDG<br>Claims Review & Analysis<br>Shapes-CC | 0.20 | 280.00 | 56.00 |

Grand Total

| | Billable | 122.30 | 48413.50 |
|---|---|---|---|
| | Unbillable | 0.00 | 0.00 |
| | Total | 122.30 | 48413.50 |