# EXHIBIT C

7/8/2008                                   Halperin Battaglia Raicht, LLP
3:24 PM                                              Listing                                              Page      1

---

## Selection Criteria

---

| Slip.Date | 6/1/2008 - 6/30/2008 |
| Clie.Selection | Include: Shapes-CC |
| Slip.Slip Type | Expense |

---

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 175791<br>6/1/2008<br>WIP<br>Transcript cost. | EXP | DHL<br>Transcript<br>Shapes-CC | 1 | 404.40 | 404.40 |
| 177112<br>6/30/2008<br>WIP<br>Postage for the month. | EXP | MAMG<br>Postage<br>Shapes-CC | 1 | 1.26 | 1.26 |
| 177113<br>6/30/2008<br>WIP<br>Photocopy charges for the month. | EXP | MAMG<br>Photocopies<br>Shapes-CC | 1235 | 0.20 | 247.00 |
| 177114<br>6/30/2008<br>WIP<br>Rail, mass transit and/or car service expenses. | EXP | ADH<br>Transportation<br>Shapes-CC | 1 | 41.00 | 41.00 |
| 177314<br>6/30/2008<br>WIP<br>Public access to court electronic records. | EXP | JBM<br>PACER<br>Shapes-CC | 1 | 18.40 | 18.40 |
| 177315<br>6/30/2008<br>WIP<br>Westlaw online legal research usage. | EXP | JBM<br>Westlaw<br>Shapes-CC | 1 | 8.98 | 8.98 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 0.00 | | 721.04 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 721.04 |