# EXHIBIT B

**COLE SCHOTZ**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law        A Professional Corporation

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201.489.3000  201.489.1536 FAX

NEW YORK

DELAWARE

MARYLAND

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
C/O BRIAN BULL, FCI CCE, CREDIT MANAGER - USA
ALCAN, INC.
1188 SHERBROOKE STREET WEST
MONTREAL QUEBEC, H3A 3GC
CANADA

Re:    **Client/Matter No. 45765-0001**
       **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Ilana Volkov
Invoice No. 629357
July 8, 2008

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2008

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/08 | REVIEW MEMOS FROM D. ZAVODNICK IN PREPARATION FOR DISCUSSION WITH HIM AND J. FISCH RE: VALIDITY OF CIT LIENS | IVOL | 0.30 | 135.00 |
| 06/02/08 | CONFERENCE WITH J. FISCH AND D. ZAVODNICK RE: CIT LIEN REVIEW | IVOL | 0.30 | 135.00 |
| 06/02/08 | WORK ON FILE - FOLLOW-UP E-MAIL WITH D. ZAVODNICK AND J. FISCH AND THEN P. PATTERSON RE: CIT LIEN REVIEW | IVOL | 0.30 | 135.00 |
| 06/02/08 | CONFERENCE WITH I. VOLKOV AND D. ZAVODNICK | JXF | 0.30 | 135.00 |
| 06/02/08 | MEETING WITH JORDAN FISCH AND I. VOLKOV TO REVIEW COLLATERAL PERFECTION | DSZ | 0.30 | 58.50 |
| 06/02/08 | REVIEWED UCC STATEMENTS AND AGREEMENTS TO DETERMINE PROPER RECORDATION OF COLLATERAL | DSZ | 0.50 | 97.50 |
| 06/02/08 | E-MAILS TO/FROM JORDAN FISCH RE: COLLATERAL PERFECTION | DSZ | 0.40 | 78.00 |
| 06/02/08 | PRINT AND PDF WITHDRAWAL RE: MOTION TO TERMINATION EXCLUSIVITY AND WITHDRAWAL RE: MOTION TO APPOINT TRUSTEE; E-FILE BOTH | FP | 0.40 | 86.00 |
| 06/02/08 | EMAIL AND CALL WITH E. GANZ RE NOTICES OF WITHDRAWAL | SST | 0.10 | 32.50 |
| 06/02/08 | REVISE NOTICES OF WITHDRAWAL RE MOTION TO APPOINT A TRUSTEE AND TERMINATE EXCLUSIVITY | SST | 0.20 | 65.00 |
| 06/03/08 | PREPARE BINDER OF THIRD AMENDED DISCLOSURE STATEMENT AND PLAN AND ACCOMPANYING ORDERS | CAB | 0.70 | 115.50 |
| 06/03/08 | PREPARE CERTIFICATIONS OF NO OBJECTIONS TO FIRST MONTHLY FEE STATEMENTS FOR COLE SCHOTZ, JH COHN, HALPERIN BATTAGLIA | CAB | 0.60 | 99.00 |
| 06/03/08 | REVIEW DOCKET FOR NEW NOTICES OF APPEARANCE AND UPDATE SERVICE LIST | CAB | 0.40 | 66.00 |
| 06/03/08 | E-MAIL FROM AND TO I. VOLKOV RE FILING OF CERTIFICATIONS OF NO OBJECTIONS | CAB | 0.20 | 33.00 |

# COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 629357  
July 8, 2008  
Page 2

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/08 | REVIEW PLEDGE AGREEMENT. | JXF | 0.30 | 135.00 |
| 06/03/08 | REVIEW P. PATTERSON'S INVOICES AND E-MAIL WITH HIM RE: SAME | IVOL | 0.30 | 135.00 |
| 06/03/08 | WORK ON FILE - E-MAIL CORRESP. RE: STATUS OF DOCUMENTS | IVOL | 0.20 | 90.00 |
| 06/03/08 | EMAILS TO/FROM I. VOLKOV RE: COLLATERAL REVIEW. | DSZ | 0.40 | 78.00 |
| 06/03/08 | EMAILS TO/FROM P. PATTERSON RE: INTERSTATE NOTE. | DSZ | 0.40 | 78.00 |
| 06/04/08 | TELEPHONE FROM P. PATTERSON RE: CIT ISSUES | IVOL | 0.10 | 45.00 |
| 06/04/08 | REVIEW J.H. COHN REPORT ON DEBTORS' FINANCIAL PERFORMANCE | IVOL | 0.30 | 135.00 |
| 06/04/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. RE: PLAN DOCUMENTS | IVOL | 0.40 | 180.00 |
| 06/04/08 | REVIEW NEW NOTICE OF APPEARANCE AND UPDATE SERVICE LIST | CAB | 0.20 | 33.00 |
| 06/04/08 | INITIAL CONFERENCE WITH S. TAHIRI | JYB | 0.10 | 25.00 |
| 06/04/08 | CONFER WITH S. TAHIRI RE SERVICE OF NOTICES OF WITHDRAWAL OF MOTION TO APPOINT TRUSTEE AND MOTION TO TERMINATE EXCLUSIVITY AND CERTIFICATIONS OF NO OBJECTIONS | CAB | 0.20 | 33.00 |
| 06/04/08 | REVISE AND E-FILE CERTIFICATIONS OF NO OBJECTIONS TO COLE SCHOTZ, JH COHN AND HALPERIN BATTAGLIA'S FIRST MONTHLY FEE STATEMENTS | CAB | 0.40 | 66.00 |
| 06/04/08 | CONFER WITH I. VOLKOV RE SERVICE OF CERTIFICATIONS OF NO OBJECTIONS | CAB | 0.10 | 16.50 |
| 06/04/08 | PREPARE CALCULATIONS AND E-MAIL CERTIFICATIONS OF NO OBJECTIONS TO FIRST MONTHLY FEE STATEMENTS TO M. FELGER | CAB | 0.30 | 49.50 |
| 06/04/08 | REVIEW AND REVISE CERTIFICATIONS OF NO OBJECTIONS | SST | 0.40 | 130.00 |
| 06/05/08 | PREPARING SUMMARY FOR SECOND MONTHLY FEE STATEMENT | SST | 2.00 | 650.00 |
| 06/05/08 | EMAIL TO COMMITTEE PROFESSIONALS RE SECOND MONTHLY FEE STATEMENT | SST | 0.10 | 32.50 |
| 06/05/08 | WORK ON FILE - FINALIZING ISSUE RE: REVIEW OF CIT LIEN VALIDITY | IVOL | 0.30 | 135.00 |
| 06/05/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. REVIEWED RE: PLAN DOCUMENTS, ETC. | IVOL | 0.40 | 180.00 |
| 06/05/08 | E-MAIL FROM AND TO I. VOLKOV RE SERVICE OF FIRST MONTHLY FEE STATEMENTS | CAB | 0.20 | 33.00 |
| 06/05/08 | CONFER WITH S. TAHIRI RE SECOND MONTHLY FEE | CAB | 0.20 | 33.00 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 629357  
July 8, 2008  
Page 3

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | STATEMENT | | | |
| 06/06/08 | WORK ON FILE - E-MAIL CORRESP. WITH P. PATTERSON RE: CIT LIEN REVIEW | IVOL | 0.10 | 45.00 |
| 06/06/08 | WORK ON SECOND MONTHLY FEE STATEMENT | CAB | 0.30 | 49.50 |
| 06/06/08 | E-MAIL TO S. TAHIRI RE SECOND MONTHLY FEE STATEMENT | CAB | 0.10 | 16.50 |
| 06/06/08 | E-MAIL TO AND FROM D. LIEBERMAN RE PRO HAC VICE ADMISSION FEES | CAB | 0.20 | 33.00 |
| 06/09/08 | REVIEW NUMEROUS E-MAIL CORRESP. RE: PLAN ISSUES | IVOL | 0.30 | 135.00 |
| 06/10/08 | REVIEW J.H. COHN REPORT - FINANCIAL UPDATE FOR TEN WEEKS ENDED MAY 25, 2008 | IVOL | 0.30 | 135.00 |
| 06/10/08 | REVIEW VARIOUS E-MAIL CORRESP. RE: PLAN SUPPLEMENT ISSUES, COMMITTEE EXPENSE REIMBURSEMENTS, ETC. | IVOL | 0.40 | 180.00 |
| 06/10/08 | REVIEW AND REVISE SUMMARY OF SERVICES FOR MAY FEE STATEMENT | IVOL | 0.40 | 180.00 |
| 06/10/08 | EMAIL WITH J. MOORE RE MONTHLY FEE STATEMENT | SST | 0.10 | 32.50 |
| 06/10/08 | E-MAIL FROM J. MOORE AND REVIEW HALPERIN BATTAGLIA SECOND MONTHLY FEE STATEMENT AND CONFER WITH S. TAHIRI RE SAME | CAB | 0.40 | 66.00 |
| 06/10/08 | REVIEW MAY PROFORMAS | CAB | 2.00 | 330.00 |
| 06/11/08 | REVIEW HBR'S MONTHLY FEE STATEMENT AND EMAIL TO J. MOORE RE SAME | SST | 0.20 | 65.00 |
| 06/11/08 | CONFER WITH C. BRADEN RE MONTHLY FEE STATEMENT | SST | 0.10 | 32.50 |
| 06/11/08 | REVIEW AND REVISE SUMMARY FOR MONTHLY FEE STATEMENT | SST | 0.20 | 65.00 |
| 06/11/08 | REVIEW E-MAILS RE: DEFAULT UNDER ARCH AND CIT, DIP LOANS | IVOL | 0.20 | 90.00 |
| 06/11/08 | E-MAIL WITH D. LIEBERMAN RE: CLAIMS OBJECTION STATUS AND OTHER MATTERS | IVOL | 0.20 | 90.00 |
| 06/11/08 | E-MAIL TO CREDITORS COMMITTEE RE: CIT LIEN REVIEW | IVOL | 0.10 | 45.00 |
| 06/11/08 | E-MAIL FROM AND CONFER WITH S. TAHIRI RE HALPERIN BATTAGLIA SECOND MONTHLY FEE | CAB | 0.30 | 49.50 |
| 06/11/08 | E-MAIL TO AND FROM ACCOUNTING DEPT. RE SECOND MONTHLY FEE STATEMENT AND ACCOUNTS RECEIVABLE | CAB | 0.20 | 33.00 |
| 06/11/08 | E-MAIL FROM AND TO S. TAHIRI, JH COHN RE SECOND MONTHLY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 06/12/08 | REVISE MONTHLY FEE STATEMENT | SST | 0.20 | 65.00 |
| 06/12/08 | CONFERENCE WITH S. TAHIRI RE FEE STATEMENTS | JYB | 0.20 | 50.00 |
| 06/12/08 | SEVERAL E-MAILS FROM S. TAHIRI RE NEW NOTICES OF | CAB | 0.30 | 49.50 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 629357  
July 8, 2008  
Page 4

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | APPEARANCE AND PRINT SAME AND CONFER WITH F. MULDER | | | |
| 06/12/08 | E-MAIL TO AND FROM ACCOUNTING RE MAY PROFORMA ON MATTER TWO | CAB | 0.20 | 33.00 |
| 06/12/08 | REVIEW MAY PROFORMA IN MATTER TWO AND E-MAIL TO ACCOUNTING RE REVISIONS | CAB | 0.30 | 49.50 |
| 06/12/08 | REVIEW E-MAIL CORRESP. RE: ARCUS/CIT EVENT OF DEFAULT; CARVE-OUT, ETC. | IVOL | 0.30 | 135.00 |
| 06/12/08 | REVIEW AND REVISE SECOND MONTHLY FEE STATEMENT | IVOL | 0.20 | 90.00 |
| 06/12/08 | REVISE MAY MONTHLY FEE STATEMENT | CAB | 0.50 | 82.50 |
| 06/12/08 | SCAN EXHIBITS, PDF AND E-FILE COLE SCHOTZ, HALPERIN BATTAGLIA AND JH COHN SECOND MONTHLY FEE STATEMENTS | CAB | 0.70 | 115.50 |
| 06/12/08 | E-MAIL TO CORE SERVICE LIST COPIES OF SECOND MONTHLY FEE STATEMENTS | CAB | 0.20 | 33.00 |
| 06/12/08 | DRAFT LETTER TO SERVICE LIST ENCLOSING SECOND MONTHLY FEE STATEMENTS | CAB | 0.20 | 33.00 |
| 06/12/08 | COORDINATE SERVICE OF SECOND MONTHLY FEE STATEMENTS | CAB | 0.20 | 33.00 |
| 06/13/08 | WORK ON FILE - E-MAIL CORRESP. RE: SECTION 363 MOTION WITH CO-COUNSEL, M. FELGER AND A. BRODY, CARVE-OUT, ETC. | IVOL | 0.40 | 180.00 |
| 06/15/08 | REVIEW AND COMMENT ON ARCH ASSET PURCHASE AGREEMENT | IVOL | 1.20 | 540.00 |
| 06/15/08 | REVIEW E-MAIL CORRESP. RE: SECTION 363 MOTION AND SALE ORDERS | IVOL | 0.10 | 45.00 |
| 06/16/08 | TELEPHONE TO A. HALPERIN RE: APA | IVOL | 0.20 | 90.00 |
| 06/16/08 | CONFERENCE WITH C. BOSTOCK RE: ISRA ISSUES | IVOL | 0.30 | 135.00 |
| 06/16/08 | REVIEW PLAN SUPPLEMENT | IVOL | 0.20 | 90.00 |
| 06/16/08 | ATTENDANCE AT CONFERENCE CALL WITH J.H. COHN AND A. HALPERIN/D. LIEBERMAN RE: APA | IVOL | 1.20 | 540.00 |
| 06/16/08 | REVIEW COMMENTS FROM A. HALPERIN/D. LIEBERMAN AND J.H. COHN TO APA | IVOL | 0.50 | 225.00 |
| 06/16/08 | REVIEW AND REVISE SALE MOTION; REVIEW D. LIEBERMAN'S COMMENTS TO SALE MOTION | IVOL | 1.50 | 675.00 |
| 06/16/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. WITH COUNSEL AND J.H. COHN RE: APA AND SALE MOTION | IVOL | 0.60 | 270.00 |
| 06/16/08 | TELEPHONE CALL FROM AND TO CREDITOR UNEEDA BOLT & SCREW COMPANY RE PROOF OF CLAIM AND CONFER WITH J. BOB RE SAME | CAB | 0.30 | 49.50 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Client/Matter No. 45765-0001

Invoice No. 629357
July 8, 2008
Page 5

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/16/08 | LETTER TO US TRUSTEE ENCLOSING MAY FEE STATEMENTS FOR COLE SCHOTZ, HALPERIN BATTAGLIA AND JH COHN | CAB | 0.20 | 33.00 |
| 06/16/08 | REVIEW ISRA MATTERS ASSOCIATED WITH SALE AGREEMENTS, CLEANUP, CASE AND FUTURE STRATEGY; CORRESPONDENCE TO CLIENT; TELEPHONE CONFERENCE WITH CLIENT. | CXB | 0.50 | 180.00 |
| 06/16/08 | E-MAIL SENT TO ILANA VOLKOV REGARDING ISRA PROCESS FOR BANKRUPTCY SALE. | CXB | 0.50 | 180.00 |
| 06/17/08 | TELEPHONE FROM CREDITOR UNEEDA BOLT & SCREW RE: PROOF OF CLAIM | IVOL | 0.10 | 45.00 |
| 06/17/08 | ATTENDANCE AT CONFERENCE CALL WITH A. HALPERIN, D. LIEBERMAN, M. FELGER AND A. BRODY RE: APA | IVOL | 0.50 | 225.00 |
| 06/17/08 | TELEPHONE FROM AND CALL BACK H. KONICOV RE: APA | IVOL | 0.10 | 45.00 |
| 06/17/08 | REVIEW A. HALPERIN'S COMMENTS TO SALE MOTION | IVOL | 0.30 | 135.00 |
| 06/17/08 | REVIEW A. HALPERIN'S E-MAIL TO COMMITTEE RE: STATUS AND OTHER E-MAIL CORRESP. | IVOL | 0.20 | 90.00 |
| 06/18/08 | E-MAIL WITH P. PATTERSON RE: UNION AND CIT ISSUES | IVOL | 0.10 | 45.00 |
| 06/18/08 | REVIEW D. LIEBERMAN'S AND A. BRODY'S COMMENTS TO APA | IVOL | 1.00 | 450.00 |
| 06/18/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. WITH COUNSEL AND J.H. COHN RE: APA, UNIONS, FRIDAY'S HEARING, ETC. | IVOL | 0.40 | 180.00 |
| 06/18/08 | REVIEW DRAFT BIDDING PROCEDURES ORDER AND E-MAIL COMMENTS TO A. HALPERIN AND D. LIEBERMAN | IVOL | 0.40 | 180.00 |
| 06/18/08 | REVIEW FILED SALE MOTION | IVOL | 0.50 | 225.00 |
| 06/18/08 | E-MAIL FROM AND TO W. USATINE, I. VOLKOV RE OUTSTANDING INVOICE FOR GRABELL DEPOSITION | CAB | 0.20 | 33.00 |
| 06/18/08 | TELEPHONE WITH FOLLOW-UP E-MAIL TO M. FELGER OFFICE ATTACHING TATE & TATE REPORTING SERVICE INVOICE FOR GRABELL DEPOSITION | CAB | 0.20 | 33.00 |
| 06/18/08 | E-MAIL FROM I. VOLKOV RE FILING OF ADMINISTRATIVE EXPENSE REPORT FROM MEMBERS | CAB | 0.10 | 16.50 |
| 06/18/08 | TELEPHONE TO JUDGE BURNS' CLERK RE FILING OF MEMBERS' EXPENSE REPORT | CAB | 0.20 | 33.00 |
| 06/18/08 | PDF AND E-FILE MEMBERS EXPENSE REPORT | CAB | 0.20 | 33.00 |
| 06/18/08 | E-MAIL MEMBERS EXPENSE REPORT TO CORE SERVICE LIST | CAB | 0.20 | 33.00 |
| 06/19/08 | REVIEW DOCKET FOR NEW NOTICES AND UPDATE SERVICE LISTS | CAB | 0.50 | 82.50 |
| 06/19/08 | PREPARE AFFIDAVIT OF SERVICE OF MAY FEE STATEMENTS AND E-FILE WITH COURT | CAB | 0.40 | 66.00 |
| 06/19/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. RE: STATUS OF | IVOL | 0.20 | 90.00 |

# COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 629357  
July 8, 2008  
Page 6

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
|  | UNION ELECTION AND TOMORROW'S HEARING ON BIDDING PROCEDURES | | | |
| 06/20/08 | REVIEW E-MAIL FROM I. VOLKOV RE FILING OF STEVEN SASS EXPENSE REPORT | CAB | 0.10 | 16.50 |
| 06/20/08 | PDF AND E-FILE STEVEN SASS EXPENSE REPORT | CAB | 0.30 | 49.50 |
| 06/20/08 | E-MAIL TO CORE SERVICE LIST ATTACHING STEVEN SASS EXPENSE REPORT | CAB | 0.20 | 33.00 |
| 06/20/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. RE: STATUS OF CBA'S AND SALE HEARING, CLAIMS OBJECTIONS | IVOL | 0.30 | 135.00 |
| 06/23/08 | REVIEW E-MAIL FROM A. HALPERIN TO COMMITTEE RE: STATUS | IVOL | 0.10 | 45.00 |
| 06/23/08 | E-MAIL CORRESP. RE: STATUS OF UNIONS AND HEARING ON SALE MOTION | IVOL | 0.10 | 45.00 |
| 06/23/08 | REVIEW CONFORMED ORDER SHORTENING TIME RE: CLAIMS OBJECTION MOTION AND E-MAIL SAME TO A. HALPERIN AND D. LIEBERMAN | IVOL | 0.10 | 45.00 |
| 06/24/08 | REVIEW CURE STATEMENT FILED BY THE DEBTORS AND E-MAIL RE: SAME TO J.H. COHN AND A. HALPERIN/D. LIEBERMAN | IVOL | 0.20 | 90.00 |
| 06/24/08 | REVIEW DOCKET, PRINT CLAIMS OBJECTION MOTIONS AND PREPARE BINDER | CAB | 1.00 | 165.00 |
| 06/25/08 | E-MAIL CORRESP. RE: NO QUALIFIED BIDS SUBMITTED, STATUS OF VOTING AND OTHER CONFIRMATION ISSUES, AMENDMENTS TO PLAN | IVOL | 0.30 | 135.00 |
| 06/25/08 | REVIEW CLAIMS OBJECTIONS | IVOL | 1.00 | 450.00 |
| 06/26/08 | E-MAIL REVIEWED RE: EXTENSION OF TIME TO OBJECT TO CONFIRMATION BY PENNSAUKEN LANDFILL SITE PLAINTIFF | IVOL | 0.10 | 45.00 |
| 06/30/08 | PDF AND E-FILE RON PETERSON'S EXPENSE REPORT | CAB | 0.30 | 49.50 |
| 06/30/08 | E-MAIL RON PETERSON'S EXPENSE REPORT TO CORE SERVICE LIST | CAB | 0.20 | 33.00 |
| 06/30/08 | REVIEW OBJECTIONS TO CONFIRMATION | IVOL | 0.40 | 180.00 |
| 06/30/08 | REVIEW OBJECTIONS TO TEAMSTERS' CLAIMS | IVOL | 0.20 | 90.00 |
| 06/30/08 | REVIEW METAL MANAGEMENT'S REQUEST FOR ALLOWANCE OF SECTION 503(B)(9) CLAIM | IVOL | 0.10 | 45.00 |
| 06/30/08 | PRINT RECENT DEBTOR CLAIM OBJECTIONS AND UPDATE BINDER | CAB | 0.30 | 49.50 |
| | | TOTAL HOURS | 40.90 | |
| | PROFESSIONAL SERVICES: | | $ | 13,011.50 |