# EXHIBIT C

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Client/Matter No. 45765-0001

Invoice No. 629357
July 8, 2008
Page 8

COSTS ADVANCED

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 04/01/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 04/01/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 04/01/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 04/01/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 1.52 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 04/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 1.76 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 1.68 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 629357  
July 8, 2008  
Page 9

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 05/02/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 1.76 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 1.76 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 1.76 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 1.76 |
| 05/05/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 05/06/08 | TELEPHONE TOLL CHARGE - 46815702 | 24.02 |
| 05/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 05/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.96 |
| 05/07/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/08/08 | COPY OF OFFICIAL DOCUMENTS | 1.84 |
| 05/08/08 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 05/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 05/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 05/12/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/12/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/12/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 05/12/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/12/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 05/12/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/12/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 05/12/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 05/13/08 | COPY OF OFFICIAL DOCUMENTS | 2.00 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 629357  
July 8, 2008  
Page 10

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 05/13/08 | COPY OF OFFICIAL DOCUMENTS | 1.92 |
| 05/13/08 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 05/13/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 05/13/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/13/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/13/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/13/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/13/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/13/08 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 05/13/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 05/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 05/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 05/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 05/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 05/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 05/14/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 2.08 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 1.76 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 05/15/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 05/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 05/19/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 05/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 05/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 05/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 05/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 05/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.96 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 629357  
July 8, 2008  
Page 11

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/22/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 05/22/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 05/27/08 | TELEPHONE TOLL CHARGE - MICHAEL D. SIROTA | 18.40 |
| 06/02/08 | TELEPHONE TOLL CHARGE 12127572192 | 12.87 |
| 06/02/08 | TELEPHONE TOLL CHARGE 12127659100 | 0.99 |
| 06/02/08 | PHOTOCOPYING Qty: 27 | 5.40 |
| 06/02/08 | PHOTOCOPYING Qty: 18 | 3.60 |
| 06/03/08 | PHOTOCOPYING Qty: 3 | 0.60 |
| 06/05/08 | TELEPHONE TOLL CHARGE 14109573669 | 31.68 |
| 06/12/08 | PHOTOCOPYING Qty: 1250 | 250.00 |
| 06/12/08 | PHOTOCOPYING Qty: 52 | 10.40 |
| 06/12/08 | PHOTOCOPYING | 3.00 |
| 06/12/08 | PHOTOCOPYING Qty: 27 | 5.40 |
| 06/12/08 | PHOTOCOPYING Qty: 11 | 2.20 |
| 06/12/08 | PHOTOCOPYING Qty: 5 | 1.00 |
| 06/13/08 | PHOTOCOPYING | 5.20 |
| 06/13/08 | PHOTOCOPYING | 8.20 |
| 06/13/08 | PHOTOCOPYING | 5.00 |
| 06/13/08 | PHOTOCOPYING | 4.80 |
| 06/13/08 | PHOTOCOPYING | 6.20 |
| 06/16/08 | POSTAGE | 68.46 |
| 06/16/08 | POSTAGE | 16.38 |
| 06/16/08 | POSTAGE | 48.88 |
| 06/16/08 | TELEPHONE TOLL CHARGE 12014408600 | 0.65 |
| 06/16/08 | TELEPHONE TOLL CHARGE 12014408600 | 0.13 |
| 06/16/08 | TELEPHONE TOLL CHARGE 12014408600 | 0.39 |
| 06/16/08 | TELEPHONE TOLL CHARGE 12127659100 | 14.85 |
| 06/16/08 | PHOTOCOPYING | 0.80 |
| 06/16/08 | PHOTOCOPYING | 19.60 |
| 06/16/08 | PHOTOCOPYING | 2.80 |
| 06/16/08 | PHOTOCOPYING | 9.60 |
| 06/16/08 | PHOTOCOPYING | 7.80 |
| 06/16/08 | PHOTOCOPYING | 6.00 |
| 06/16/08 | PHOTOCOPYING | 8.60 |
| 06/16/08 | PHOTOCOPYING | 0.80 |
| 06/16/08 | PHOTOCOPYING | 5.20 |
| 06/16/08 | PHOTOCOPYING | 6.60 |
| 06/16/08 | PHOTOCOPYING | 3.00 |
| 06/17/08 | TELEPHONE TOLL CHARGE 17326353104 | 0.99 |
| 06/17/08 | PHOTOCOPYING | 3.20 |

### COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 629357  
July 8, 2008  
Page 12

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17/08 | PHOTOCOPYING | 5.40 |
| 06/17/08 | PHOTOCOPYING | 5.20 |
| 06/17/08 | PHOTOCOPYING | 8.40 |
| 06/18/08 | TELEPHONE TOLL CHARGE 18567575485 | 0.99 |
| 06/18/08 | TELEPHONE TOLL CHARGE 18567575375 | 0.99 |
| 06/18/08 | TELEPHONE TOLL CHARGE 18567575485 | 0.99 |
| 06/18/08 | TELEPHONE TOLL CHARGE 18569105000 | 3.96 |
| 06/18/08 | TELEPHONE TOLL CHARGE 18567575375 | 3.96 |
| 06/18/08 | PHOTOCOPYING | 8.60 |
| 06/18/08 | PHOTOCOPYING Qty: 6 | 1.20 |
| 06/23/08 | PHOTOCOPYING | 2.40 |
| 06/23/08 | PHOTOCOPYING | 7.40 |
| 06/23/08 | PHOTOCOPYING | 3.20 |
| 06/23/08 | PHOTOCOPYING | 3.20 |
| 06/23/08 | PHOTOCOPYING | 4.00 |
| 06/24/08 | PHOTOCOPYING | 2.80 |
| 06/25/08 | PHOTOCOPYING | 3.60 |
| 06/25/08 | PHOTOCOPYING | 4.20 |

TOTAL COSTS ADVANCED: $ 770.02

TOTAL SERVICES AND COSTS: $ 13,781.52