UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ACCOUNTANT FEE APPLICATION COVER SHEET

IN RE:  Shapes/Arch Holdings L.L.C., et al.          APPLICANT: J.H. Cohn LLP

CASE NO: 08-14631                                    CASE FILED:  March 16, 2008

CHAPTER  11                                          CLIENT:  Official Committee of
                                                     Unsecured Creditors

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  RETENTION ORDER ATTACHED.

    /s/ Bernard A. Katz    7/8/08
BERNARD A. KATZ          DATE

_____

SECTION I
**FEE SUMMARY**

Third Monthly Fee Statement Covering the Period June 1, 2008 through June 30, 2008

| | |
|---|---:|
| TOTAL PREVIOUS FEE REQUESTED: | $ 457,305.00 |
| TOTAL COSTS PREVIOUSLY REQUESTED: | $ 2,344.36 |
| TOTAL FEES ALLOWED TO DATE: | $ 0 |
| TOTAL COSTS ALLOWED TO DATE: | $ 0 |
| TOTAL RETAINER (IF APPLICABLE) | $ 0 |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 0 |
| TOTAL INTERIM PAYMENTS RECEIVED BY APPLICANT | $ 246,577.31 |
| TOTAL RECEIVED BY APPLICANT | $ 246,577.31 |

| Name of Professional | Level | Hours Billed | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Bernard Katz | Senior Partner | 10.40 | $615 | $ 6,396.00 |
| Howard Konicov | Partner | 55.40 | 570 | 31,578.00 |
| Irv Schwarzbaum | Director | 92.00 | 465 | 42,780.00 |
| Rosellen Martoken | Staff | 25.20 | 230 | 5,796.00 |
| **TOTAL:** | | 183.00 | | $86,550.00 |
| | | | | |
| **Blended Hourly Rate:** | | | | $472.95 |

| | | |
|---|---|---:|
| FEE TOTALS | | $86,550.00 |
| DISBURSEMENT TOTALS | (page 3) | 539.75 |
| TOTAL FEE APPLICATION | | $87,089.75 |

**Section II**
**Summary of Services by Code**

| Category | | Description of Task | Hours | Fee |
|---|---|---|---:|---:|
| **Administration** | | | | |
| | a | Case Administration | 0.50 | 115.00 |
| | b | Correspondence/correspondence review | 0.70 | 331.00 |
| | c | Office conferences | - | - |
| **Analysis of Financial information** | | | | |
| | d | Review/analyze Debtor's post-petition operating results | 55.50 | 25,923.00 |
| | e | Document response, request & review | 2.90 | 1,348.50 |
| | f | Prepare/review cashflow projections/budget rev | 4.10 | 2,086.50 |
| | g | Review proposed transactions of Debtor | 8.80 | 5,016.00 |
| | h | Services relating to DIP facility | 8.40 | 4,932.00 |
| | i | Disclosure Statement services | 2.10 | 976.50 |
| | j | Claims analysis/reconciliation | 39.60 | 13,714.00 |
| | k | Prepare/review flash reports | 17.60 | 9,087.00 |
| | l | Plan negotiations | 13.10 | 7,351.50 |
| | m | Evaluate sale of debtor's assets | 20.00 | 11,607.00 |
| | n | Other financial analysis | 1.40 | 861.00 |
| **Meetings/teleconferences** | | | | |
| | o | Attendance at committee meetings | - | - |
| | p | Meetings with parties to case | - | - |
| | q | Teleconferences w/parties to case | 0.60 | 342.00 |
| **Fee applications and interim billing** | | | | |
| | r | Prepare/review fee application and interim billing | 7.70 | 2,859.00 |
| | | | **183.00** | **86,550.00** |

2

### SECTION III
### SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Faxes (17 pages at $1 per page) | $17.00 |
| Travel (mileage, tolls, parking, train) | 263.35 |
| Working Meals | 259.40 |
| **Total Disbursements:** | $539.75 |

### SECTION IV
### CASE HISTORY

(1)    DATE CASE FILED:    March 16, 2008

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED:    Chapter 11

(3)    DATE OF RETENTION:   Order signed April 25, 2008, effective as of March 31, 2008 (Exhibit "A")

(4)    PRIOR APPLICATION HISTORY:

| Applic. | Period Covered | Fees Requested | Expenses Req. | Fees at 80% | Expenses | Payment |
|---|---|---|---|---|---|---|
| 1st mo. | 3/31-4/30/08 | $307,637.00 | $467.71 | $246,109.60 | $467.71 | $ 246,577.31 |
| 2nd mo. | 5/1 – 5/31 | $149,668.00 | $1,876.65 | $119,734.40 | $1,876.65 | -0- |
| | | $457,305.00 | $2,344.36 | $365,844.00 | $2,344.36 | $246,577.31 |

3

**EXHIBIT A**

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Alan D. Halperin, Esq.<br>Walter Benzija, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br><br>Proposed Co-Counsel to the Official Committee of Unsecured Creditors of Shapes/Arch Holdings L.L.C., et al. |

Order Filed on 4/25/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In re:<br><br>**SHAPES/ARCH HOLDINGS L.L.C., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns, USBJ |

**ORDER APPROVING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
<u>RETENTION OF J.H. COHN LLP AS FINANCIAL ADVISOR</u>**

    The relief set forth on the following page numbered two (2) is hereby

**ORDERED**.

**DATED: 4/25/2008**

*Honorable Gloria M Burns*
United States Bankruptcy Court Judge

{00061609.1 / 0631-001}

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS, L.L.C., *et al.*
Case No: 08-14631
Caption of Order: ORDER APPROVING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RETENTION OF J.H. COHN LLP AS FINANCIAL ADVISOR

---

THIS MATTER having been opened to the Court by the Official Committee of Unsecured Creditors (the "Committee") of Shapes/Arch Holdings, L.L.C., *et al.* (the "Debtors"), upon the Application for entry of an Order approving the Committee's employment and retention of J.H. Cohn LLP ("JHC") as its financial advisor and forensic accountant in this proceeding; and the Court having considered the Application and the Affidavit of Bernard A. Katz in support thereof; and the Court being satisfied that JHC does not hold or represent any interest adverse to the Debtors, their estates or creditors, and is a disinterested person within the meaning of Sections 328, 1103(b) and 101(14) of the Bankruptcy Code, and that said employment would be in the best interests of the estates; and notice of the proposed retention having been given in accordance with the requirements of D.N.J. LBR 2014-1(a); and for good cause shown,

IT IS ORDERED as follows:

1. The employment and retention of J.H. Cohn LLP as financial advisor and forensic accountant to the Committee is hereby authorized and approved effective as of March 31, 2008.

2. Any and all compensation to be paid to J.H. Cohn for services rendered on the Committee's behalf shall be fixed by application to this Court in accordance with Sections 330 and 331 of the Bankruptcy Code and such Rules of Local and Federal Bankruptcy Procedure as may then be applicable, unless an alternate arrangement for interim compensation is authorized by the Court.

3. A copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

{00061609.1 / 0631-001}

*Approved by Judge Gloria M. Burns April 25, 2008*

# EXHIBIT B

Case 08-14631-GMB    Doc 505    Filed 07/09/08    Entered 07/09/08 12:28:13    Desc Main
Document    Page 7 of 11

Shapes/Arch Holdings L.L.C., et al.  Exhibit B, page 1
J.H. Cohn LLP Time Detail - June 2008

| Date | Professional | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| 6/2/2008 | Bernard A. Katz | Br eval sale | Telephone conference with H. Konicov re: sales status report to committee. | 0.20 | 615 | 123.00 |
| 6/6/2008 | Bernard A. Katz | Br liquidation | Telephone conferences with counsel re: liquidation trustee. | 0.60 | 615 | 369.00 |
| 6/6/2008 | Bernard A. Katz | Br eval sale | Meeting with National City re: status of sales process. | 0.40 | 615 | 246.00 |
| 6/11/2008 | Bernard A. Katz | Br Report | Review report to committee re: financial results for the 10 week period ended 5/25/08. | 0.80 | 615 | 492.00 |
| 6/11/2008 | Bernard A. Katz | Br DIP facility | Telephone conferences with counsel re: disbursement covenant. | 2.20 | 615 | 1,353.00 |
| 6/11/2008 | Bernard A. Katz | Br eval sale | Conference with H. Konicov re: sales process. | 0.50 | 615 | 307.50 |
| 6/11/2008 | Bernard A. Katz | Br DIP facility | Telephone conference with Jacoby re: reasons for default. | 0.50 | 615 | 307.50 |
| 6/12/2008 | Bernard A. Katz | Br DIP facility | Telephone conference with counsel re: monitoring of compliance with covenants. | 0.50 | 615 | 307.50 |
| 6/16/2008 | Bernard A. Katz | Br eval sale | Review APA and discuss with H. Konicov. | 1.80 | 615 | 1,107.00 |
| 6/16/2008 | Bernard A. Katz | Br eval sale | Telephone conference with counsel re: APA comments. | 1.70 | 615 | 1,045.50 |
| 6/20/2008 | Bernard A. Katz | Br Budget Rev. | Review budget to actual results for period ending 6/8/08 | 1.20 | 615 | 738.00 |
| **Bernard A. Katz Total** | | | | **10.40** | | **6,396.00** |
| 6/2/2008 | Howard Konicov | Br eval sale | Conference with B. Katz re: sales status and report to Committee. | 0.20 | 570 | 114.00 |
| 6/2/2008 | Howard Konicov | Gen tel conf | Telephone call to Nat City re: update | 0.10 | 570 | 57.00 |
| 6/2/2008 | Howard Konicov | Br Flash report | Prepare/review flash report for period ending 5/18 | 0.40 | 570 | 228.00 |
| 6/3/2008 | Howard Konicov | Br Flash report | Prepare/review flash report for period ending 5/18 - prepared email to Committee; and responded to questions | 0.80 | 570 | 456.00 |
| 6/3/2008 | Howard Konicov | Br eval sale | Review of proposed transactions of Debtor re: sales process; review of confidential memorandum, and status of process | 2.30 | 570 | 1,311.00 |
| 6/4/2008 | Howard Konicov | Br eval sale | Telephone conference with Nat City representatives re: status of the sales process and other issues | 1.30 | 570 | 741.00 |
| 6/6/2008 | Howard Konicov | Br eval sale | Review of proposed transactions of Debtor re: sales process; review of status reports, information provided, updates from Committee Counsel et al | 2.30 | 570 | 1,311.00 |
| 6/8/2008 | Howard Konicov | Br eval sale | Telephone conference with Committee member re: sales process and results to date | 0.70 | 570 | 399.00 |
| 6/9/2008 | Howard Konicov | Br eval sale | Telephone conference with Committee Counsel and Committee member re: sales processes | 1.70 | 570 | 969.00 |
| 6/9/2008 | Howard Konicov | Br eval sale | Telephone conference with NatCity representatives re: sales process and questions posed by Committee members | 1.80 | 570 | 1,026.00 |
| 6/10/2008 | Howard Konicov | Br Flash report | Prepare/review flash report for period ending 5/25 | 2.10 | 570 | 1,197.00 |
| 6/10/2008 | Howard Konicov | Br Oper results | Receipt and review of correspondence/documents - attention and analysis of proforma analysis prepared by committee member of debtors operations | 1.10 | 570 | 627.00 |
| 6/11/2008 | Howard Konicov | Br fee app | Prepare/review fee application - attention to monthly fee statement | 1.90 | 570 | 1,083.00 |
| 6/11/2008 | Howard Konicov | Br DIP facility | Telephone conference with Counsel re: covenant violation | 1.90 | 570 | 1,083.00 |
| 6/11/2008 | Howard Konicov | Br eval sale | Office conference with BAK re: status of sales process | 0.50 | 570 | 285.00 |
| 6/11/2008 | Howard Konicov | Br eval sale | Review/analyze status of sales process and Kellner analysis. | 2.10 | 570 | 1,197.00 |
| 6/12/2008 | Howard Konicov | Br DIP facility | Services relating to DIP facility - attention to covenant violation | 1.80 | 570 | 1,026.00 |
| 6/12/2008 | Howard Konicov | Br DIP facility | Participated on conference calls with counsel re: covenant default and related issues | 1.50 | 570 | 855.00 |
| 6/13/2008 | Howard Konicov | Br Flash report | Prepare/review flash report for period ending 6/8/08 | 1.70 | 570 | 969.00 |
| 6/13/2008 | Howard Konicov | Gen corres | Attention to emails from Committee Counsel re: status of reporting and additional work to be performed | 0.50 | 570 | 285.00 |
| 6/16/2008 | Howard Konicov | Br eval sale | Discuss APA with B. Katz | 0.60 | 570 | 342.00 |
| 6/16/2008 | Howard Konicov | Br review trans | Review of proposed transactions of Debtor re: APA agreement, includes preparation of comments for counsel | 4.10 | 570 | 2,337.00 |
| 6/16/2008 | Howard Konicov | Br eval sale | Telephone conference with Committee counsel re: review of APA agreement and comments | 1.80 | 570 | 1,026.00 |
| 6/16/2008 | Howard Konicov | Br eval sale | Telephone conference with Phoenix re: claims and APA | 0.10 | 570 | 57.00 |
| 6/16/2008 | Howard Konicov | Br Flash report | Prepare/review flash report for period ending 6/8 | 0.30 | 570 | 171.00 |
| 6/17/2008 | Howard Konicov | Br review trans | Review of proposed transactions of Debtor re: attention to APA and required analysis of same | 2.60 | 570 | 1,482.00 |

Shapes/Arch Holdings L.L.C., et al.  
J.H. Cohn LLP Time Detail - June 2008

Exhibit B, page 2

| Date | Professional | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| 6/17/2008 | Howard Konicov | Br review trans | Review of proposed transactions of Debtor re: APA agreement | 2.10 | 570 | 1,197.00 |
| 6/19/2008 | Howard Konicov | Gen billing | Attention to May billing statement | 1.30 | 570 | 741.00 |
| 6/19/2008 | Howard Konicov | Br plan negotiations | Attention to plan funding cap issues | 2.70 | 570 | 1,539.00 |
| 6/20/2008 | Howard Konicov | Br Flash report | Prepare/review flash report | 1.90 | 570 | 1,083.00 |
| 6/24/2008 | Howard Konicov | Br plan negotiations | Attention to plan funding cap issues | 4.10 | 570 | 2,337.00 |
| 6/25/2008 | Howard Konicov | Gen tel conf | Telephone conference with Jacoby re: covenant compliance issues | 0.40 | 570 | 228.00 |
| 6/26/2008 | Howard Konicov | Br plan negotiations | Attention to plan funding cap projections, elements and communication with committee counsel re: same | 3.20 | 570 | 1,824.00 |
| 6/27/2008 | Howard Konicov | Br plan negotiations | Review/analyze plan fund cap issues. | 0.90 | 570 | 513.00 |
| 6/27/2008 | Howard Konicov | Br Flash report | Prepare/review flash report for period ending 6/23/08 | 1.40 | 570 | 798.00 |
| 6/30/2008 | Howard Konicov | Gen tel conf | Telephone conference with Ilana Volkov re: confirmation hearing | 0.10 | 570 | 57.00 |
| 6/30/2008 | Howard Konicov | Br plan negotiations | Office conference with IS re: plan cap calculation | 1.10 | 570 | 627.00 |
| | **Howard Konicov Total** | | | **55.40** | | **31,578.00** |
| 6/2/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results through week ending 5/18/08 versus budget on a consolidated basis | 1.60 | 465 | 744.00 |
| 6/2/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results through week ending 5/18/08 for borrowing base availability budget versus actual | 2.60 | 465 | 1,209.00 |
| 6/3/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for Debtor for week ending 5/25/08 for revenues of Shapes versus budget | 1.80 | 465 | 837.00 |
| 6/3/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for Debtor for week ending 5/25/08 for operating expenses of actual versus budget | 2.30 | 465 | 1,069.50 |
| 6/4/2008 | Irv Schwarzbaum | Br Oper results | Projected run rate of operating expenses versus budget and actual to project the amount of variance due to timing differences versus permanent savings | 3.20 | 465 | 1,488.00 |
| 6/4/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results through week 10 for collections and accounts receivables by division budget versus actual | 1.80 | 465 | 837.00 |
| 6/5/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for week 11 for week ending 6/1/08 for cash flow versus budget | 2.30 | 465 | 1,069.50 |
| 6/5/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week 11 revenues by division on a weekly basis actual results versus projection noting variances | 1.70 | 465 | 790.50 |
| 6/6/2008 | Irv Schwarzbaum | Br Oper results | Post-petition operating results week 11 budget versus actual for consolidated revenues | 2.10 | 465 | 976.50 |
| 6/6/2008 | Irv Schwarzbaum | Br Oper results | Post-petition operating results week 11 of material variances due to raw material pricing, delivery and operational results | 2.10 | 465 | 976.50 |
| 6/6/2008 | Irv Schwarzbaum | Br Oper results | Post-petition operating results week 11 of covenant compliance | 1.60 | 465 | 744.00 |
| 6/11/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results through week 12 6/8/08 compliance with covenants | 2.30 | 465 | 1,069.50 |
| 6/11/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results through week 6/8/08 collections for the week budget versus actual by division and calculation of average days outstanding for receivables | 1.90 | 465 | 883.50 |
| 6/11/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results through week 6/8/08 revenues by division for the week budget versus actual by division | 1.40 | 465 | 651.00 |
| 6/11/2008 | Irv Schwarzbaum | Br Claim recon | Review of claims filed | 1.20 | 465 | 558.00 |
| 6/12/2008 | Irv Schwarzbaum | Br Oper results | Review of actual expenses paid during week versus budget and in comparison to prior week to determine reasons for non compliance with covenants per the term loan | 2.30 | 465 | 1,069.50 |
| 6/12/2008 | Irv Schwarzbaum | Br Oper results | Analysis of restructuring and financing disbursements for the 12 weeks ending 6/8/08 budget versus actual | 1.20 | 465 | 558.00 |

Shapes/Arch Holdings L.L.C., et al.  
J.H. Cohn LLP Time Detail - June 2008

Exhibit B, page 3

| Date | Professional | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| 6/12/2008 | Irv Schwarzbaum | Br Claim recon | Analysis of duplicate claims to determine potential claims pool | 2.10 | 465 | 976.50 |
| 6/13/2008 | Irv Schwarzbaum | Br Flash report | Prepare/review flash report for period ending twelve week 6/8/08 for presentation to Committee. Analysis and review of net cash change for the week budget versus actual | 1.10 | 465 | 511.50 |
| 6/13/2008 | Irv Schwarzbaum | Br Flash report | Prepare/review flash report for period ending twelve week 6/8/08 for presentation to Committee. Analysis and review of revenue by division budget versus actual | 1.50 | 465 | 697.50 |
| 6/13/2008 | Irv Schwarzbaum | Br Flash report | Prepare/review flash report for period ending twelve week 6/8/08 for presentation to Committee. Analysis and review of collections by division budget versus actual | 1.60 | 465 | 744.00 |
| 6/13/2008 | Irv Schwarzbaum | Br Flash report | Prepare/review flash report for period ending twelve week 6/8/08 for presentation to Committee. Analysis and review of expenses by division budget versus actual | 1.80 | 465 | 837.00 |
| 6/13/2008 | Irv Schwarzbaum | Br Flash report | Loan Balance analysis for DIP Loan and Term Loan with availability review and analysis as of 6/8/08 | 1.40 | 465 | 651.00 |
| 6/16/2008 | Irv Schwarzbaum | Br Flash report | Prepare/review flash report for period ending 6/8/08 | 1.60 | 465 | 744.00 |
| 6/16/2008 | Irv Schwarzbaum | Br Doc review | Review of Asset Purchase Agreement filed and compared to Plan of Reorganization | 2.90 | 465 | 1,348.50 |
| 6/19/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for week ending 6/15/08 revenues for week versus projection by division | 1.20 | 465 | 558.00 |
| 6/19/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 6/15/08 net cash used and availability under DIP loan and term loan needs | 2.10 | 465 | 976.50 |
| 6/19/2008 | Irv Schwarzbaum | Br Claim recon | Analysis and research shipper & warehouse claims filed | 1.90 | 465 | 883.50 |
| 6/20/2008 | Irv Schwarzbaum | Br Claim recon | Analysis and research Purchase Money Secured Claims (PMSI) claims filed | 2.40 | 465 | 1,116.00 |
| 6/20/2008 | Irv Schwarzbaum | Br Discl. Stmt | Calculation of Funding to confirm plan per claims filed per the Funding CAP in the Plan | 2.10 | 465 | 976.50 |
| 6/23/2008 | Irv Schwarzbaum | Br Claim recon | Review and update of claims analysis | 1.90 | 465 | 883.50 |
| 6/23/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 6/15/08 cash receipts by division budget versus actual | 1.80 | 465 | 837.00 |
| 6/23/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 6/15/08 revenues division budget versus actual | 1.20 | 465 | 558.00 |
| 6/23/2008 | Irv Schwarzbaum | Br Claim recon | Analysis and research priority claims and admin claims | 1.90 | 465 | 883.50 |
| 6/24/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for the month of April 2008 as filed with the court versus the projections provided to the committee. Analysis of revenues | 1.10 | 465 | 511.50 |
| 6/24/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for the month of April 2008 as filed with the court versus the projections provided to the committee. Analysis of EBITDA actual versus budget | 1.30 | 465 | 604.50 |
| 6/24/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for the month of April 2008 as filed with the court versus the projections provided to the committee. Analysis of operating expenses actual versus budget | 1.20 | 465 | 558.00 |
| 6/24/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for the month of April 2008 as filed with the court versus the projections provided to the committee. Analysis of operating Direct Margin & Gross Margin actual versus budget | 0.90 | 465 | 418.50 |
| 6/24/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 6/15/08 for compliance with terms of DIP | 1.00 | 465 | 465.00 |
| 6/24/2008 | Irv Schwarzbaum | Br Claim recon | Analysis and research claims filed versus scheduled for Class 1 priority | 1.60 | 465 | 744.00 |
| 6/25/2008 | Irv Schwarzbaum | Br Claim recon | Calculation of Cap Funding requirement per latest projection provided by Debtor for DIP & Term Loan projection | 1.90 | 465 | 883.50 |
| 6/26/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 6/23/08 analysis of cash used during the week versus budget | 1.60 | 465 | 744.00 |
| 6/26/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 6/23/08 analysis of borrowing base versus budget | 1.20 | 465 | 558.00 |

Shapes/Arch Holdings L.L.C., et al.  
J.H. Cohn LLP Time Detail - June 2008

Exhibit B, page 4

| Date | Professional | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| 6/26/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 6/23/08 analysis of compliance with covenants | 2.10 | 465 | 976.50 |
| 6/26/2008 | Irv Schwarzbaum | Br Claim recon | Research and update of claims filed for reclamation | 2.30 | 465 | 1,069.50 |
| 6/27/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 6/23/08 analysis of cash collection for week by division budget versus actual | 1.60 | 465 | 744.00 |
| 6/27/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 6/23/08 analysis of revenues for week and cumulative by division budget versus actual | 1.70 | 465 | 790.50 |
| 6/27/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 6/23/08 analysis of operating expenses for week and cumulative by division budget versus actual | 2.20 | 465 | 1,023.00 |
| 6/30/2008 | Irv Schwarzbaum | Br Claim recon | Research and update of claims filed and implication to funding requirement | 2.40 | 465 | 1,116.00 |
| 6/30/2008 | Irv Schwarzbaum | Br Projections | Prepare/review cash flow projections as of week 15 for cash requirements under term loan | 1.60 | 465 | 744.00 |
| 6/30/2008 | Irv Schwarzbaum | Br Projections | Prepare/review cash flow projections as of week 15 for revenue projections versus prior projections | 1.30 | 465 | 604.50 |
| 6/30/2008 | Irv Schwarzbaum | Br plan negotiations | Office conference with HLK re: plan cap calculation | 1.10 | 465 | 511.50 |
| | **Irv Schwarzbaum Total** | | | 92.00 | | 42,780.00 |
| 6/5/2008 | Rosellen Martoken | Gen corres rev | Receipt and review of correspondence/documents - CNO re: JHC first monthly fee application and email from counsel re: schedule for second monthly. | 0.20 | 230 | 46.00 |
| 6/11/2008 | Rosellen Martoken | Br fee app | Prepare/review fee application - monthly application for May | 2.60 | 230 | 598.00 |
| 6/11/2008 | Rosellen Martoken | Br Claim recon | Download filed claims | 1.50 | 230 | 345.00 |
| 6/12/2008 | Rosellen Martoken | Br Claim recon | Update claims analysis | 2.30 | 230 | 529.00 |
| 6/12/2008 | Rosellen Martoken | Br fee app | Prepare/review fee application - prepare summary of services by code; finalize application and forward to counsel for filing. | 1.90 | 230 | 437.00 |
| 6/17/2008 | Rosellen Martoken | Br Claim recon | Analysis of Claims filed filtering out potential duplicates | 2.80 | 230 | 644.00 |
| 6/17/2008 | Rosellen Martoken | Br Claim recon | Analysis of Claims filed filtering by Priority Claims | 3.30 | 230 | 759.00 |
| 6/18/2008 | Rosellen Martoken | Br Claim recon | Analysis and research of Claims filed for 503(b)(9) claims | 3.60 | 230 | 828.00 |
| 6/18/2008 | Rosellen Martoken | Br Claim recon | Analysis and research of environmental claims | 2.40 | 230 | 552.00 |
| 6/30/2008 | Rosellen Martoken | Br Claim recon | Research and update of claims filed for reclamation | 4.10 | 230 | 943.00 |
| 6/30/2008 | Rosellen Martoken | Br Case Admin. | Prepare preliminary fee estimate pursuant to request of counsel. Prepare schedule. | 0.50 | 230 | 115.00 |
| | **Rosellen Martoken Total** | | | 25.20 | | 5,796.00 |
| | **Grand Total** | | | 183.00 | | 86,550.00 |