**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)
Attorneys for the Debtors

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
| Debtors. | : | CASE NO. 08-14631 (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' OBJECTION TO ADMINISTRATIVE CLAIMS OF TEAMSTERS LOCAL 837 PENSION FUND SEEKING RECLASSIFICATION AS GENERAL UNSECURED CLAIM AND EXPUNGEMENT OF DUPLICATE PROOF OF CLAIM [DOCKET NO. 425]**

The undersigned hereby certifies that, as of July 9, 2008, Cozen O'Connor has received no answer, objection or other responsive pleading to Debtors Objection to Administrative Claims of Teamsters Local 837 Pension Fund Seeking Reclassification as General Unsecured Claim and Expungement of Duplicate Proof of Claim (the "Objection"), [Docket No. 425], filed on June 27, 2008. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Objection appeared thereon. Pursuant to Order Shortening Time Period for Notice and Setting Hearing, entered on June 27, 2008, objections to the Objection were to be filed and served no later than July 1, 2008.

Dated: July 9, 2008

        COZEN O'CONNOR

  By:   */s/ Jerrold N. Poslusny, Jr.*
        Mark E. Felger
        Jerrold N. Poslusny, Jr.

        Attorneys for the Debtors