John Sullivan
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

Mark D. Plevin
Matthew W. Cheney
Kelly R. Cusick
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Attorneys for Liberty Mutual Insurance Company and
Wausau Underwriters Insurance Company

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

08 JUL -7 PM 3: 17

JAMES J. WALDRON
BY:_____
DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | Case No. 08-14631 (GMB) |
| Debtors. | Hon. Gloria M. Burns |

### APPLICATION FOR *PRO HAC VICE* ADMISSION
### OF MATTHEW W. CHENEY, ESQ.

Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company, parties in interest ("Movants"), through their counsel John Sullivan, a member in good standing of the Bar of the State of New Jersey and admitted to practice before the United States District Court for the District of New Jersey, hereby apply to the Court for an Order permitting Matthew W. Cheney of the law firm of Crowell & Moring LLP ("Applicant") to practice *pro hac vice* before this Court on behalf of Movants. In support of this motion, Movants respectfully represent as follows:

1. Applicant is a counsel with the law firm of Crowell & Moring LLP, maintaining an office at 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004. As set forth in the attached Certification of Matthew W. Cheney, annexed hereto as Exhibit A, Applicant is a member in good standing of the bars in which he is admitted to practice. Applicant is not under suspension or disbarment by any court.

2. If admitted *pro hac vice*, Applicant has represented that he will adhere to the disciplinary jurisdiction of this Court.

3. Movants request that the Court grant this motion so that Applicant can file pleadings and appear and be heard at any hearings in these Chapter 11 cases.

WHEREFORE, it is respectfully requested that the Court grant Movants' application, pursuant to D.N.J. LBR 2090-1 and L.Civ. R. 101.1(c), to admit Applicant *pro hac vice* in these Chapter 11 cases and granting such other relief as is just.

Dated: July 7, 2008

Respectfully Submitted,

*/s/ John C. Sullivan*
John Sullivan
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

Attorney for Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company

6033299



U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

08 JUL -7 PM 3: 17

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
215-587-1000 Main
215-587-1444 Fax
www.postschell.com

John C. Sullivan

jsullivan@postschell.com
215-587-1487 Direct
215-320-4773 Fax
File No. 137205

July 7, 2008

VIA HAND DELIVERY

Office of the Clerk
U.S. Bankruptcy Court for the District of New Jersey
U.S. Post Office and Courthouse
401 Market Street - Second Floor
Camden, NJ 08101

RE:   In re: Shapes/Arch Holdings, L.L.C., et al.
      Chapter 11, Case No. 08-14631 (GMB), Hon. Gloria M. Burns

Dear Sir/Madam:

Enclosed please find the original and one copy of the Application for *Pro Hac Vice* Admission of Matthew W. Cheney, Esquire, a Certificate of Non-Compliance Regarding CM/ECF Filing and a CD containing same in PDF format. Please file the original and return a time-stamped copy of same to the undersigned in the enclosed, self-addressed, stamped envelope.

Thank you for your attention to this matter.

Very truly yours,

John C. Sullivan

JCS/rlb

Enclosures

cc:   See Certificate of Service