# EXHIBIT 'A'

John Sullivan
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

Mark D. Plevin
Matthew W. Cheney
Kelly R. Cusick
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Attorneys for Liberty Mutual Insurance Company and
Wausau Underwriters Insurance Company

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ
08 JUL -7 PM 3: 18
JAMES J. WALDRON
BY: _____
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | Case No. 08-14631 (GMB) |
| Debtors. | Hon. Gloria M. Burns |

## CERTIFICATION OF MATTHEW W. CHENEY
## IN SUPPORT OF *PRO HAC VICE* ADMISSION

MATTHWE W. CHENEY, of full age, hereby certifies as follows:

1. I am an attorney-at-law duly admitted to practice law before the Courts of Appeal for the State of Maryland and the District of Columbia and am a counsel at the law firm of Crowell & Moring LLP, counsel for parties in interest Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company in this bankruptcy case. I submit this Certification in support of the accompanying motion for my admission *pro hac vice*.

2. I was admitted to practice in the State of Maryland in 1997 and in the District of Columbia in 1999.

3. I am admitted to practice before the United States District Courts of Maryland and Washington, D.C. I am further admitted to practice in the United States Court of Appeals, Fourth Circuit and in the United States Supreme Court.

4. I am in good standing in each jurisdiction and court in which I am admitted and have not been disbarred, suspended, or disciplined by any court or administrative body. I shall notify the Court immediately of any matter affecting my standing at the bar of any other court.

5. If Movants' Application is granted, I agree to abide by this Court's local rules, and to submit myself to the disciplinary jurisdiction of this Court.

6. I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may communicate regarding this case: John Sullivan, POST & SCHELL PC, 1600 John F. Kennedy Blvd., Philadelphia, PA 19103.

7. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 7, 2008                                Respectfully submitted,

                                                   /s/ Matthew W. Cheney
                                                   Matthew W. Cheney
                                                   CROWELL & MORING LLP
                                                   1001 Pennsylvania Avenue, N.W.
                                                   Washington, D.C. 20004-2595
                                                   Telephone: (202) 624-2500

- 2 -

Facsimile: (202) 628-5116

Attorneys for Liberty Mutual Insurance Company
and Wausau Underwriters Insurance Company

6033302