UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | Case No. 08-14631 (GMB) |
| Debtors. | Hon. Gloria M. Burns |

**CERTIFICATE OF SERVICE OF LIBERTY MUTUAL INSURANCE COMPANY AND WAUSAU UNDERWRITERS INSURANCE COMPANY OF APPLICATION FOR *PRO HAC VICE* ADMISSION OF MATTHEW W. CHENEY, ESQUIRE**

The undersigned certifies that on July 7, 2008, I served or caused to be served a copy of the Application for *Pro Hac Vice* Admission of Matthew W. Cheney via (a) ECF notification for those parties registered and (b) first-class mail, postage prepaid, to the following:

Shapes/Arch Holdings L.L.C.
c/o Steven Grabell
9000 River Road
Delair, NJ 08110

Shapes L.L.C.
c/o Steven Grabell
9000 River Road
Delair, NJ 08110

Ultra L.L.C.
c/o Daniel Carpey
1777 Hylton Road
Pennsauken, NJ 08110

Delair L.L.C.
c/o Richard Grossman
8600 River Road
Delair, NJ 08110

Accu-Weld L.L.C.
c/o Steven Grabell
1211 Ford Road
Bensalem, PA 19020

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(Attorneys for Debtors)

| | |
|---|---|
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>(Attorneys for Debtors) | Peter J. D'Auria, Esq.<br>Jeffrey M. Sponder, Esq.<br>Donald F. MacMaster, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 |
| Brian Bull<br>Alcan<br>1188 Sherbrooke Street West<br>Montreal, Quebec<br>H3A 3G2<br>Canada<br>(Creditors' Committee Co-Chairperson) | Richard A. Kellner<br>Rusal America Corp.<br>550 Mamaroneck Ave.<br>Harrison, NY 10528<br>(Creditors' Committee Co-Chairperson) |
| Alan D. Halperin, Esq.<br>Walter Benzija, Esq.<br>Debra J. Cohen, Esq.<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue-9th Floor<br>New York, NY 10022-3301<br>(Counsel for The Creditors' Committee) | Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Court Plaza North<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07601<br>(Local Counsel for The Creditors' Committee) |
| Joel Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998<br>(Attorneys for ASI Funding, LLC and Arcus ASI, Inc.) | Lawrence Flick, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174<br>(Attorneys for ASI Funding, LLC and Arcus ASI, Inc.) |
| Paul A. Patterson, Esq.<br>Michael Cordone, Esq.<br>Mark J. Dorval, Esq.<br>Stradley Ronon<br>2600 One Commerce Square<br>Philadelphia, PA 19103<br>(Attorneys for The CIT Group/Business Credit, Inc.) | Diane E. Vuocolo, Esq.<br>Greenberg Traurig, LLP<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA 19103<br>(Attorneys for Arch Acquisition I, LLC) |

-3-

Nancy A. Mitchell, Esq.
Greenberg Traurig, LLP
Metlife Building
200 Park Avenue
New York, NY 10016
(Attorneys for Arch Acquisition I, LLC)

Louis T. DeLucia, Esq.
Alan J. Brody, Esq.
Alyson M. Fielder, Esq.
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932
(Attorneys for Arch Acquisition I, LLC)

Dated: July 7, 2008

POST & SCHELL, P.C.

BY: *[signature]*
John C. Sullivan, Esquire
Four Penn Center – 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
Phone: (215) 587-1000
Fax: (215) 587-1444
E-mail: jsullivan@postschell.com

6025489