*Ofeck & Heinze, LLP*
85 Main Street, Suite 204
Hackensack, New Jersey 07601
Tel No. (201) 488-9900
Fax No. (201) 488-4475
ATTORNEYS FOR CREDITOR
By: Mark F. Heinze, Esq. (MH 2123)
markfheinze@gmail.com

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

08 JUL -7 AM 9:09

JAMES J. WALDRON

DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: ACCU-WELD L.L.C. TIN 23-2829810 Debtor(s), | Voluntary Petition Case No. 08-14635 (GMB) Chapter 11 **AFFIDAVIT OF MARK F. HEINZE** |
|---|---|

**MARK F. HEINZE** being duly sworn deposes and says:

1. I am a partner of Ofeck & Heinze, LLP, attorneys for creditor herein is BIL-RAY ALUMINUM SIDING CORP. OF QUEENS, INC. t/a THE BIL-RAY GROUP, 40 Elmont Road, Elmont, NY ("**Bil-Ray**").

2. We are not authorized for e-filing in this Court, and thus ask leave to make this paper submission.

3. I submit this Affidavit in response to the Debtor's Application to strike Bil-Ray's Proof of Claim, which apparently appears on the claims register in duplicate.

4.   Bil-Ray has one (1) Proof of Claim, which was filed on April 21, 2008. (Proof of Claim, Ex. "A".)

5.   In the event that there may be more than one (1) claim on file for Bil-Ray, that appears to be the result of an administrative error, beyond the control of Bil-Ray or the undersignedd.

6.   In event, to the extent that the Claim here (Ex. "A") survives the Debtor's Application herein, we otherwise have no objection to the relief requested.

_____
Mark F. Heinze (MH 2123)

Sworn to before me this 2¢
Day of July 2008

_____
RON Z. OFECK
Attorney at Law
State of New Jersey