**PROOF OF SERVICE**

Mark F. Heinze hereby certifies that I served a copy of the within Affidavit upon counsel the parties indicated below via first class mailing on July 2, 2008. I certify that the foregoing statements made by me are true. I am aware that if any of these statements are willfully false, that I am subject to punishment.

_____
Mark F. Heinze

Addresses for Service:

Cozen O'Connor
Attn: Jerrold N. Poslusny, Jr., Esq.
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

FILED
JAMES J. WALDRON, CLERK
JUL -7 2008
U.S. BANKRUPTCY COURT
CAMDEN, NJ
BY_____ DEPUTY