# EXPENSE REPORT FOR MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SHAPES/ARCH HOLDINGS, LLC

CODES AND EXPLANATION

PKG = Parking
M/C = Mileage Charge (at .38/mile)
T = Tolls - Bridges, Tunnels, Parkway, etc.
A/F = Airfare (at coach rates)
H = Hotel
R/R = Trains and subways
TAXI = Taxi, radio cars
R/C = Rent-a-Car
M = Meals out-of-town (Breakfast, Lunch, Dinner)
TEL = Extraordinary telephone charges - conference calls, long distance, etc.
M/E = Other Miscellaneous charges (give full description of expenses)

PLEASE ATTACH RECEIPTS WHEREVER POSSIBLE

| DATE | LOCATION | AMOUNT | CODE | EXPLANATION OF EXPENSES |
|---|---|---|---|---|
| 3/31/08 | | $38.00 | TAXI | Travel - committee formation meeting |
| 3/31/08 | | $22.00 | TAXI | Travel - committee formation meeting |
| 4/07/08 | | $7.00 | TAXI | Travel - committee meeting |
| 4/17/08 | | $132.97 | TEL | court hearing |
| 5/01/08 | | $12.37 | TEL | court hearing |
| 5/01/08 | | $33.74 | TEL | court hearing |

PLEASE TYPE OR PRINT: TOTAL AMOUNT REQUESTED

Name of Creditors' Committee Member/Representative:

James V. Drew, Esq.

Total Amount Requested: $ $246.08

Company Name:

Curtis, Mallet-Prevost, Colt & Mosle LLP - Counsel to Glencore Ltd.

Completion of this form constitutes a certification under penalty of perjury.

Signature of Applicant

7/9/08
Date

{00064901.1 / 0631-001}

# CLIENT DISBURSEMENT PETTY CASH FORM

Client Matter Name ____________________

Client Matter Number 017631 . 0481

Date 03 / 31 / 08

Amount $ 38.00 ( ________ & /100 Dollars)

Attorney Number 0161 / or Name if no No. J Drew

Disbursement Type — encircle one only:

1. long distance telephone
4. local transportation (legal) (circled)
6. meals (non-legal)
7. overtime commutation costs
8. messenger service - inside - fares
11. lunches & dinners (legal)
13. printing/duplicating - outside
14. advances to clients
15. cash advance (to be accounted for)
22. entertainment
35. stationery & supplies
92. court fees

99. miscellaneous - explain ____________________

J Drew — Approved

E Acton — Received Payment

MED# 1K96
03/31/08 TR 4285
START END MILES
21:47 22:04 7.9
REGULAR FARE
RATE 1:$ 20.10
SURCH:$ 0.50
QMTNL:$ 4.15
TOTAL:$ 24.75
THANKS
TO CONTACT TLC
DIAL 3-1-1

I ♡ NEW YORK
MED # 7M16
DATE: 03/31/2008
START TIME 19:29
END TIME 19:37
TRIP # 6661
RATE No. 1
STAND. CITY RATE
MILES R1 1.19
FARE1 $ 6.50
SURCHARGE 1.00
TOTAL $ 7.50
CONTACT TLC
3-1-1




# CLIENT DISBURSEMENT PETTY CASH FORM

Client Matter Name Glencore / Alum Shapes

Client Matter Number 0 1 7 6 3 1 . 4 8 7

Date 0 3 / 3 1 / 0 8

Amount $ 22.00 (—— & 00/100 Dollars)

Attorney Number 0035 / or Name if no No. Steven J. Reisman

Disbursement Type — encircle one only: → To Newark, NJ for meeting on Mon

1. long distance telephone
4. local transportation (legal) (circled)
6. meals (non-legal)
7. overtime commutation costs
8. messenger service - inside - fares
11. lunches & dinners (legal)
13. printing/duplicating - outside
14. advances to clients
15. cash advance (to be accounted for)
22. entertainment
35. stationery & supplies
92. court fees

99. miscellaneous - explain ______

______ Approved

______ Received Payment

# CLIENT DISBURSEMENT PETTY CASH FORM

Client Matter Name ______

Client Matter Number 017631 .0487

Date 04 / 07 / 08

Amount $ 7.00 (______ & /100 Dollars)

Attorney Number 061 / or Name if no No. J Drew

Disbursement Type — encircle one only:

1. long distance telephone
4. local transportation (legal) (circled)
6. meals (non-legal)
7. overtime commutation costs
8. messenger service - inside - fares
11. lunches & dinners (legal)
13. printing/duplicating - outside
14. advances to clients
15. cash advance (to be accounted for)
22. entertainment
35. stationery & supplies
92. court fees

99. miscellaneous - explain ______

J Drew
Approved

E Acton
Received Payment

017631-0487
MEDA 3A47
04/07/08 TR 7931
START END MILES
12:47 12:54 0.9
REGULAR FARE
RATE 1:$ 6.10
SURCH: $ 0.00
TOTAL: $ 6.10
THANKS
TO CONTACT TLC
DIAL 3-1-1



Equitrac *Professional v3.5*

**Curtis, Mallet-Prevost, Colt & Mosle LLP**
**Transaction Report, Telephone, By Date**
**(Client/Matter Code=0176310487)**

**From Apr. 17, 2008 To Apr. 18, 2008 23:59** **Ran on: Jul. 07, 2008 10:11 AM**

| Date Time | User | Client/Matter | Ext. | Phone Number | City | State | Duration | Phone Cost | St. |
|---|---|---|---|---|---|---|---|---|---|
| Apr. 17, 2008 09:49:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(856)757-5485 | CAMDEN | NJ | 00:01:10 | $0.44 | L |
| Apr. 17, 2008 09:52:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(203)328-2476 | STAMFORD | CT | 02:36:56 | $64.35 | P |
| Apr. 17, 2008 09:55:00 | 0161 - Drew. Ja | 0176310487 | 1-8884 | 1(856)757-5174 | CAMDEN | NJ | 02:34:32 | $68.18 | P |

REDACTED

| **Report Totals:** | **05:19:52** | **$135.84** |
|---|---|---|
| | Record Count: | 5 |

$132.97

Equitrac Professional v3.5

**Curtis, Mallet-Prevost, Colt & Mosle LLP**
**Transaction Report, Telephone, By Date**
**(Client/Matter Code=0176310487)**

**From May. 01, 2008 To May. 01, 2008 23:59**

**Ran on: Jul. 07, 2008 12:32 PM**

| Date Time | User | Client/Matter | Ext. | Phone Number | City | State | Duration | Phone Cost | St. |
|---|---|---|---|---|---|---|---|---|---|
| May. 01, 2008 09:57:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(203)328-2476 | STAMFORD | CT | 00:03:32 | $1.64 | P |
| May. 01, 2008 09:58:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(540)777-3068 | ROANOKE | VA | 00:02:04 | $0.88 | L |
| May. 01, 2008 10:24:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(540)777-3068 | ROANOKE | VA | 00:06:44 | $3.08 | P |
| May. 01, 2008 11:08:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(540)777-3068 | ROANOKE | VA | 00:07:12 | $3.08 | P |
| May. 01, 2008 13:35:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(203)328-2476 | STAMFORD | CT | 00:09:10 | $3.69 | P |
| **Report Totals:** | | | | | | | **00:28:42** | **$12.37** | |

Record Count: 5

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Curtis, Mall | 228366 | 46317706 | 05/01/2008 | Drew, Jam | eRes-Plus | R8 | 31 | 4.65 | | | 4.65 | 176310487 |
| Curtis, Mall | 228366 | 46317706 | 05/01/2008 | Drew, Jam | eRes-Plus | R8 | 38 | 5.7 | | | 5.7 | 176310487 |
| Curtis, Mall | 228366 | 46317706 | 05/01/2008 | Drew, James | | | | | Service Fe | 1.05 | 1.05 | 176310487 |
| Curtis, Mall | 228366 | 46317706 | 05/01/2008 | Drew, James | | | | | Conference | 4.65 | 4.65 | 176310487 |
| Curtis, Mall | 228366 | 46321359 | 05/01/2008 | Drew, Jam | eRes-Plus | R8 | 6 | 0.9 | New York T | 0.82 | 0.82 | 176310487 |
| Curtis, Mall | 228366 | 46321359 | 05/01/2008 | Drew, Jam | eRes-Plus | R8 | 17 | 2.55 | | | 0.9 | 176310487 |
| Curtis, Mall | 228366 | 46321359 | 05/01/2008 | Drew, James | | | | | | | 2.55 | 176310487 |
| Curtis, Mall | 228366 | 46321359 | 05/01/2008 | Drew, James | | | | | Service Fe | 1.05 | 1.05 | 176310487 |
| Curtis, Mall | 228366 | 46321359 | 05/01/2008 | Drew, James | | | | | Conference | 11.55 | 11.55 | 176310487 |
| Curtis, Mall | 228366 | | | | | | | | New York T | 0.82 | 0.82 | 176310487 |
| | | | | No. of Conf: 2 | | | 92 | 13.8 | | 19.94 | 33.74 | 176310487 |

17631487