Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08–14631–GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22–3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on July 8, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 499 – 358
Order Resolving Motion For Relief From Stay by Liston Smith, Jr. re: EEOC Complaint (Related Doc # [358]). The following parties were served: Debtor, Debtor's Attorney, US Trustee and Movant. Signed on 7/7/2008. (def)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 8, 2008
JJW: def

                                                James J. Waldron
                                                Clerk

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1          User: dfitzger            Page 1 of 1              Date Rcvd: Jul 08, 2008
Case: 08-14631                Form ID: orderntc         Total Served: 1

The following entities were served by first class mail on Jul 10, 2008.
cr           +Liston Jr Smith,   822 S. 8th Street,   Camden, NJ 08103-2533

The following entities were served by electronic transmission.
NONE.                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2008**              **Signature:** _Joseph Speetjens_