Order Filed on
**7/7/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER REGARDING LETTER-MOTION OF
LISTON SMITH, JR., FOR STAY RELIEF**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 7/7/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Regarding Letter-Motion of Liston Smith, Jr., for Stay Relief

---

Upon consideration of the letter-motion of Liston Smith, Jr. (the "<u>Motion</u>"),[1] for relief from the automatic stay to allow him to assist the EEOC in its investigation of Mr. Smith's alleged claims before the EEOC; the Debtors' limited objection to the Motion (the "<u>Limited Objection</u>"), and for cause shown, it is hereby **ORDERED**:

1. That automatic stay does not apply to the EEOC's investigation of Mr. Smith's claims or to Mr. Smith assisting the EEOC in that investigation, and that the EEOC investigation may proceed.

2. That if the EEOC issues a "Notice of Right to Sue Letter" or similar document, the automatic stay does apply to Mr. Smith attempting to proceed with a personal claim for recovery from the Debtors.

3. That if Mr. Smith determines to proceed with a personal action, he must file a separate motion for relief from the automatic stay for authority to proceed.

CHERRY_HILL\449370\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Debtors' Response.

*Approved by Judge Gloria M. Burns July  07, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1           User: dfitzger              Page 1 of 1                 Date Rcvd: Jul 08, 2008
Case: 08-14631                 Form ID: pdf903             Total Served: 1

The following entities were served by first class mail on Jul 10, 2008.
db            +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2008**          **Signature:**   *Joseph Speetjens*