**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : |
|  | CHAPTER 11 |
|  | : |
| Debtors. | CASE NO. 08-14631 (GMB) |
|  | : (Jointly Administered) |

**FOURTH INTERIM MONTHLY FEE STATEMENT OF COZEN O'CONNOR,
ATTORNEYS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM JUNE 1, 2008 THROUGH JUNE 30, 2008**

TO:    HONORABLE GLORIA M. BURNS
       UNITED STATES BANKRUPTCY JUDGE

This Fourth Interim Monthly Fee Statement for Compensation and Reimbursement of

Expenses (the "Fourth Interim Fee Statement") is filed by Cozen O'Connor ("CO"), attorneys to

Shapes/Arch Holdings L.L.C. and its related debtor entities, the debtors and debtors-in-

possession (collectively the "Debtors")[1], requesting compensation and reimbursement of

expenses for services provided by CO as attorneys to the Debtors for the period from June 1,

2008 through June 30, 2008 (the "Fourth Interim Period").

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("Shapes/Arch"), the following entities, all of which are wholly owned subsidiaries or Shapes/Arch, also filed petitions on the Petition Date (defined below): Shapes L.L.C. ("Shapes"); Delair L.L.C. ("Delair"); Accu-Weld L.L.C. ("Accu-Weld"); and Ultra L.L.C. ("Ultra").

## Background

1.      On March 16, 2008 (the "Petition Date"), the Debtors filed their petitions for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

2.      The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3.      No trustee or examiner has been appointed in these cases.

4.      An official committee of unsecured creditors (the "Committee") was appointed on March 31, 2008 and has been actively involved in these cases since that time.

5.      By Order dated April 9, 2008, CO was retained to represent the Debtors as their attorneys in these bankruptcy proceedings on the terms set forth in CO's retention application, effective as of March 16, 2008.

6.      On March 18, 2008, the Administrative Order Pursuant To 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures Order") was entered by the Court.  CO submits this Fourth Interim Fee Statement for compensation and reimbursement of actual, necessary costs and expenses for its service to the Debtors.

7.      CO's previously submitted Monthly Fee Statements, are as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|
| 4/23/08 | March 16, 2008 through March 31, 2008 | $67,889 | $9,408.04 | $54,311.20 ($67,889 x 80%) | $9,408.04 |
| 5/22/08 | April 1, 2008 through April 30, 2008 | $198,979 | $3,366.02 | $159,183.20 ($198,979 x 80%) | $3,366.02 |

2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|
| 6/12/08 | May 1, 2008 through May 31, 2008 | $193,539.50 | $4,783.12 | | |

8.      During this Fourth Interim Period, CO has been faithfully performing its duties under 11 U.S.C. § 327.

9.      The professionals and paraprofessionals of CO who have rendered services in these cases for which CO seeks compensation are reflected on the attached Exhibit "A", which provides the name of the professionals and paraprofessionals that have rendered services in these cases, their hourly rates and amount of time spent by each professional in these cases.

10.      In accordance with the Compensation Procedures Order, and as set forth in Local Rule 2016-1 and the Court's General Order Adopting Guidelines Governing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals, a detailed chronological itemization of the services rendered by each professional and paraprofessional during the Fourth Interim Period, calculated by tenths of an hour, is attached hereto as Exhibit "B".

11.      During the Fourth Interim Period, CO provided services to the Debtors in the total amount of $187,484.50.

12.      Attached hereto as Exhibit "C" is a summary of the actual and necessary expenses incurred.  During this Fourth Interim Period, CO incurred actual and necessary expenses in the total amount of $3,290.09.

13.    Pursuant to the Compensation Procedures Order, CO seeks approval of 80% of the total compensation equal to $149,987.60 ($187,484.50 x 80%) and 100% reimbursement of expenses ($3,290.09) incurred by CO during the Fourth Interim Period.

14.    Prior to the commencement of these cases, CO was paid a retainer totaling $180,227.67, a portion of which was utilized by CO to satisfy the fees and expenses requested in CO's First Interim Statement.  The amount presently held by CO as a retainer is $116,508.43.

WHEREFORE, CO respectfully requests that, for the period from June 1, 2008 through June 30, 2008, a fourth interim allowance be made to CO in the total amount of $149,987.60 ($187,484.50 x 80% total fees incurred during the Fourth Interim Period) for compensation and $3,290.09 for reimbursement of actual, necessary costs and expenses and that such amounts be authorized for payment from the Debtors.

Dated: July 10, 2008                        COZEN O'CONNOR


                                            By:    /s/ Jerrold N. Poslusny, Jr.
                                                   Mark E. Felger
                                                   Jerrold N. Poslusny, Jr.

                                                   Attorneys for the Debtors

**EXHIBIT "A"**

| PROFESSIONAL | PRACTICE AREA | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Sandra A. Bloch | Corporate | 1979 | 18.80 | 550.00 | 10,340.00 |
| Dennis L. Cohen | Corporate | 1972 | 3.40 | 550.00 | 1,870.00 |
| Jay A. Dorsch | Corporate | 1980 | 1.70 | 550.00 | 935.00 |
| Mark E. Felger* | Bankruptcy | 1989 | 132.20 | 525.00 | 69,405.00 |
| Peter J. Fontaine | Environmental | 1990 | 73.80 | 430.00 | 31,734.00 |
| Jerrold N. Poslusny, Jr. | Bankruptcy | 1999 | 133.30 | 375.00 | 49,987.50 |
| Douglas W. Frankenthaler | Environmental | 1999 | 3.50 | 320.00 | 1,120.00 |
| Robert A. Shulman | Real Estate | 2000 | 2.40 | 290.00 | 696.00 |
| Jennifer H. Unhoch | Litigation | 2001 | 38.90 | 275.00 | 10,697.50 |
| Jill L. Deeney, paralegal | Bankruptcy | n/a | 3.10 | 210.00 | 651.00 |
| Debbie Reyes, paralegal | Bankruptcy | n/a | 48.80 | 195.00 | 9,516.00 |
| Maryann Mills, paralegal | Bankruptcy | n/a | 1.50 | 185.00 | 277.50 |
| Amy Papsun, paralegal | Litigation | n/a | 1.70 | 150.00 | 255.00 |
| TOTAL: | | | 463.10 | | $187,484.50 |

*  Mr. Felger was certified by the American Board of Certification in business bankruptcy in 2005.

%!
(disburse.jdt) STARTLM

July 9, 2008

SHAPES/ARCH HOLDINGS

RE:  SHAPES/ARCH HOLDINGS/BANKRUPTCY

OUR FILE NO.:  220718.000

FEES FOR PROFESSIONAL SERVICES:      $187,484.50
EXPENSES INCURRED:                        $3,290.09
TOTAL AMOUNT OF INVOICE NO: ******      $190,774.59

*----------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*     RATE    HOURS              FEES

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. A. BLOCH | 550.00 | 18.80 | 10340.00 |
| D. L. COHEN | 550.00 | 3.40 | 1870.00 |
| M.E. FELGER | 525.00 | 132.20 | 69405.00 |
| J.L. DEENEY | 210.00 | 3.10 | 651.00 |
| D. REYES | 195.00 | 48.80 | 9516.00 |
| J.N. POSLUSNY, JR. | 375.00 | 133.30 | 49987.50 |
| J.A. DORSCH | 550.00 | 1.70 | 935.00 |
| D. FRANKENTHALER | 320.00 | 3.50 | 1120.00 |
| P. FONTAINE | 430.00 | 73.80 | 31734.00 |
| M. MILLIS | 185.00 | 1.50 | 277.50 |
| R. SHULMAN | 290.00 | 2.40 | 696.00 |
| JH UNHOCH | 275.00 | 38.90 | 10697.50 |
| A PAPSUN | 150.00 | 1.70 | 255.00 |
| TOTALS | | 463.10 | 187484.50 |

| | |
|---|---|
| FEDERAL EXPRESS | 112.12 |
| TRAVEL RELATED EXPENSES | 40.30 |
| SPECIAL COPY | 213.40 |
| FEDERAL EXPRESS | 9.28 |
| SECRETARIAL OVERTIME | 775.39 |
| COURIER SERVICE | 72.50 |

SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE   2
FILE NUMBER: 220718.000
INVOICE NO.: ******

    DUPLICATING                                   936.80
    POSTAGE                                       101.97
    TRAVEL & MEALS SUBJECT TO I.R.S. LIMITATIONS ON      441.27
    LONG DISTANCE TELEPHONE                       147.51
    FAX CHARGES                                    12.00
    SPECIAL COPY                                  307.70
    FILING FEES/RJI                                78.00
    TRAVEL RELATED EXPENSES                        41.85

        EXPENSES INCURRED            $3,290.09


        GRAND TOTAL            $190,774.59

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:
File/Matter No:  220718.000
Amount Due:      190,774.59

Please remit check payable to COZEN O'CONNOR to:

        W1385
        Cozen O'Connor
        P.O. Box 7777
        Philadelphia, PA 19175-0775

Please send wire transfers to:

        Account Name:    Cozen O'Connor Executive Account
        Account No:      2953925
        Bank Name:       Mellon Bank
        Bank ABA No:     031000037
        Bank Address:    1735 Market Street
                :  Philadelphia, PA 19103
        Swift Code*:     MELNUS3P
        * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

INVOICE NO.:  ******                    INVOICE DATE:  Jul  9, 2008


               09273.0001.000 SHAPES/ARCH HOLDINGS
                 220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY


| DATE | ATTY | DESCRIPTION OF SERVICES | | | HOURS |
|------|------|-------------------------|------|-------|-------|
| DATE | | DESCRIPTION  OF SERVICES | CODE | HOURS | |
| 06/16/08 RS | | REVIEW ASSET PURCHASE AGREEMENT AND PROVIDE COMMENTS TO SANDRA BLOCH. | | 2.40 | |
| | TOTAL | | | 2.40 | $696.00 |

```
SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE   5
FILE NUMBER: 220718.000
INVOICE NO.: ******
```

ASSET DISPOSTION

| | | | | |
|---|---|---|---|---|
| 06/02/08 SAB | REVIEW CONFIDENTIALITY AGREEMENT FROM BLUE WOLF | BKG102 | 0.40 |
| 06/03/08 SAB | REVIEW CONFIDENTIALITY AGREEMENT FROM JMH CAPITAL AND RELATED E-MAILS | BKG102 | 0.40 |
| 06/05/08 SAB | REVIEW LIMITED LIABILITY COMPANY AGREEMENT FOR SHAPES/ARCH | BKG102 | 0.40 |
| 06/06/08 SAB | REVIEW CONFIDENTIALITY AGREEMENT FROM STRATEGIC VALUE PARTNERS | BKG102 | 0.30 |
| 06/10/08 SAB | MULTIPLE E-MAILS REGARDING 363 POSSIBILITY | BKG102 | 0.30 |
| 06/12/08 MEF | MEMOS TO PARTIES RE: DRAFT APA AND 363 MOTION (4) | BKG102 | 0.20 |
| 06/12/08 SAB | MULTIPLE E-MAILS REGARDING ISRA | BKG102 | 0.40 |
| 06/12/08 SAB | REVIEW OPEN MATTERS | BKG102 | 0.30 |
| 06/12/08 SAB | CONFERENCE CALL WITH MFELGER AND PFONTAINE REGARDING ISRA | BKG102 | 0.90 |
| 06/13/08 MEF | REVIEW COMMENTS TO APA FROM BLOCH | BKG102 | 0.20 |
| 06/13/08 MEF | MEMO TO COMMITTEE RE: APA STATUS (3) | BKG102 | 0.30 |
| 06/13/08 SAB | REVIEW AND COMMENT ON ASSET PURCHASE AGREEMENT | BKG102 | 2.50 |
| 06/16/08 MEF | REVIEW APA COMMENTS TO DRAFT APA FOR VARIOUS PARTIES | BKG102 | 0.80 |
| 06/16/08 MEF | MEMOS TO COMMITTEE AND ARCH RE: SALE MOTION/PROCESS | BKG102 | 0.30 |

SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE   6
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/16/08 MEF    MEMOS TO BRODY RE: COMMENTS TO SALE    BKG102    0.30
                MOTION (4)

06/16/08 JNP    RESEARCH NEW CASE LAW RE: TAX OR       BKG102    0.50
                TRANSFER OF REAL ESTATE UNDER AN
                ASSET SALE.

06/16/08 MEF    REVIEW AND REVISE 363 SALE MOTION      BKG102    1.80
                AND ORDERS

06/16/08 SAB    TELEPHONE CALL WITH DLCOHEN            BKG102    0.20
                REGARDING ASSET PURCHASE AGREEMENT

06/16/08 DLC    ASSET DISPOSITION - ANALYZE ASSET      BKG102    1.30
                PURCHASE AGREEMENT; CONSULT WITH
                SANDRA BLOCH ON TAX ISSUES; DICTATE
                E-MAIL ON TAX ISSUES.

06/16/08 JNP    REVIEW A. BRODY'S MODIFICATIONS TO     BKG102    0.70
                SALE MOTION.

06/16/08 JNP    REVIEW A. BRODY EDITS TO SALE MOTION.  BKG102    0.20

06/16/08 JNP    REVIEW COMMENTS TO APA AND SALE        BKG102    0.30
                MOTION FROM M. FELGER AND S. BLOCH.

06/16/08 MEF    MEMOS TO CLIENT RE: SALE               BKG102    0.20
                MOTION/HEARING

06/16/08 MEF    MEMOS TO PARTIES RE: SALE MOTION AND   BKG102    0.20
                PROCESS

06/16/08 SAB    REVIEW AND COMMENT ON ISSUES RAISED    BKG102    0.50
                BY RSHULMAN IN ASSET PURCHASE
                AGREEMENT

06/16/08 SAB    REVIEW E-MAIL FROM DLCOHEN RE: ASSET   BKG102    0.10
                PURCHASE AGREEMENT

SHAPES/ARCH HOLDINGS                           Jul  9, 2008     PAGE    7
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/16/08 SAB    TELEPHONE CALL WITH RSHULMAN        BKG102     0.10
                REGARDING ASSET PURCHASE AGREEMENT

06/16/08 SAB    REVIEW REVISED ASSET PURCHASE       BKG102     0.50
                AGREEMENT AND PROVIDE COMMENT

06/17/08 SAB    E-MAILS REGARDING ASSET PURCHASE    BKG102     0.20
                AGREEMENT

06/17/08 JNP    REVIEW SALE MOTION AND EXHIBITS.    BKG102     0.40

06/17/08 JNP    CONFERENCE CALL WITH M. FELGER AND  BKG102     0.20
                S. VICTOR RE: APA AND SALE MOTION.

06/17/08 JNP    CONFERENCE CALL WITH ARCH AND       BKG102     1.50
                COMMITTEE ATTORNEYS RE: ISSUES WITH
                APA AND SALE MOTION.

06/17/08 JNP    EDIT APPLICATION AND ORDER          BKG102     0.30
                SHORTENING TIME.

06/17/08 JNP    TELEPHONE CALL WITH M. FELGER RE:   BKG102     0.30
                APA AND SALE MOTION.

06/17/08 MEF    REVIEW LETTER FROM R. POLLOCK RE:   BKG102     0.10
                SALE MOTION

06/17/08 MEF    CONFERENCE CALL WITH COMMITTEE AND  BKG102     1.00
                ARCH RE: COMMENTS TO APA

06/17/08 DLC    ASSET DISPOSITION:  REVIEW COMMITTEE BKG102    0.20
                AND PHOENIX MANAGEMENT COMMENTS TO
                ASSET PURCHASE AGREEMENT.

06/17/08 MEF    REVISE AND FILE SALE MOTION         BKG102     1.20

06/17/08 MEF    MEMOS TO COMMITTEE AND ARCH RE: APA BKG102     0.20
                AND 6/20 HEARING (3)

SHAPES/ARCH HOLDINGS                          Jul  9, 2008     PAGE   8
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/17/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY     BKG102     0.30
                RE: SALE MOTION AND APA

06/17/08 MEF    REVISE MOTION TO EXPEDITE              BKG102     0.20

06/17/08 SAB    E-MAILS REGARDING HART-SCOTT-RODINO    BKG102     0.30

06/17/08 SAB    REVIEW REVISED ASSET PURCHASE          BKG102     0.60
                AGREEMENT

06/17/08 D R    PREPARE APPLICATION/ORDER SHORTENING   BKG102     0.70
                TIME PERIOD FOR NOTICE OF SALE
                MOTION.

06/17/08 D R    PREPARE, EFILING AND SERVICE OF SALE   BKG102     0.60
                MOTION.

06/18/08 D R    PREPARE CERTIFICATE OF SERVICE FOR     BKG102     0.70
                SALE MOTION AND EFILING OF SAME.

06/18/08 D R    COORDINATE SERVICE OF SALE MOTION,     BKG102     0.50
                VIA EMAIL AND OVERNIGHT MAIL ON
                REQUIRED PARTIES.

06/18/08 JNP    MEETING WITH W. HOGAN RE: TRANSFER     BKG102     0.20
                TAX.

06/18/08 JNP    RESEARCH RE: REAL ESTATE TRANSFER      BKG102     0.20
                TAX.

06/18/08 MEF    MEMO TO INTERESTED PARTIES RE: SALE    BKG102     0.30
                HEARING

06/18/08 SAB    TELEPHONE CALL REGARDING CONSULTING    BKG102     0.20
                AGREEMENT

06/18/08 MEF    REVIEW AND REVISE REVISED ASSET        BKG102     2.00
                PURCHASE AGREEMENT

SHAPES/ARCH HOLDINGS                      Jul  9, 2008    PAGE   9
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/18/08 SAB    MULTIPLE E-MAILS REGARDING ISRA        BKG102    0.40

06/18/08 MEF    MEMOS TO A. BRODY RE: APA AND PLAN     BKG102    0.30
                ISSUES (5)

06/18/08 DLC    CONSULT WITH SANDRA BLOCH REGARDING    BKG102    0.30
                TAX RETURN FILING ISSUES, REVIEW
                CORRESPONDENCE REGARDING 363 SALE
                VS. PLAN.

06/19/08 SAB    TELEPHONE CALL WITH PFONTAINE          BKG102    0.20
                REGARDING ISRA

06/19/08 SAB    MULTIPLE E-MAILS REGARDING STATUS OF   BKG102    0.20
                BIDDERS

06/19/08 SAB    E-MAILS REGARDING COMMENTS TO LETTER   BKG102    0.40
                TO NJ DER REGARDING ISRA

06/19/08 SAB    REVIEW LIMITED LIABILITY COMPANY       BKG102    0.20
                AGREEMENT; E-MAILS REGARDING
                AUTHORIZATION OF ASSET PURCHASE
                AGREEMENT

06/24/08 D R    PREPARE/EFILING WITHDRAWAL OF SALE     BKG102    0.20
                MOTION.

06/24/08 JNP    EDIT WITHDRAWAL OF SALE MOTION.        BKG102    0.10

06/26/08 MEF    MEMO TO NATCITY RE: AUCTION (2)        BKG102    0.10

       TOTAL ASSET DISPOSTION                                   29.40  $14104.00

```
SHAPES/ARCH HOLDINGS                    Jul  9, 2008    PAGE  10
FILE NUMBER: 220718.000
INVOICE NO.: ******
```

BUSINESS OPERATIONS

```
06/02/08 MEF   TELEPHONE CONFERENCE WITH S. GRABELL   BKG103   0.30
               RE: HIG ISSUES AND BUSINESS
               OPERATIONS

06/02/08 MEF   MEMOS TO PARTIES RE: UNION MEETINGS    BKG103   0.20

06/02/08 MEF   TELEPHONE CONFERENCE WITH D. GOLLIN    BKG103   0.30
               RE: UNION MEETINGS AND INSURER LETTER

06/05/08 SAB   TELEPHONE CALL WITH SGRABELL          BKG103   0.40
               REGARDING VARIOUS BUSINESS ISSUES

06/11/08 SAB   TELEPHONE CALL WITH SGRABELL          BKG103   0.30
               REGARDING CURRENT BUSINESS ISSUES

06/16/08 SAB   TELEPHONE CALL WITH SGRABELL          BKG103   0.40
               REGARDING NON-COMPETITION ISSUES

06/19/08 SAB   TELEPHONE CALL WITH SGRABELL          BKG103   0.40
               REGARDING VARIOUS BUSINESS MATTERS

06/23/08 SAB   TELEPHONE CALL WITH SGRABELL          BKG103   0.40
               REGARDING VARIOUS BUSINESS MATTERS

06/30/08 SAB   TELEPHONE CALL WITH SGRABELL          BKG103   0.30
               REGARDING BUSINESS MATTERS

         TOTAL BUSINESS OPERATIONS                   3.00   $1630.00
```

SHAPES/ARCH HOLDINGS                    Jul  9, 2008      PAGE  11
FILE NUMBER: 220718.000
INVOICE NO.: ******

      CASE ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| 06/02/08 | MEF | TELEPHONE CONFERENCE WITH A. BRODY RE: MEETING WITH UNION AND PLAN SUPPLEMENT | BKG104 | 0.30 |
| 06/02/08 | MEF | REVIEW MEMO RE: PENDING MOTIONS | BKG104 | 0.10 |
| 06/02/08 | D R | CALLS TO COURT AND DOMAN RE: 5/19 TRANSCRIPT. | BKG104 | 0.20 |
| 06/02/08 | D R | PREPARE NOTICES OF BANKRUPTCY FOR FILING. | BKG104 | 0.50 |
| 06/02/08 | JNP | TELEPHONE CALL WITH J. FINSTEIN RE: CASE STATUS. | BKG104 | 0.10 |
| 06/02/08 | MEF | PREPARE AGENDA FOR 6/3 MEETING | BKG104 | 0.20 |
| 06/02/08 | JNP | EMAIL E. GANC RE: STATUS OF VARIOUS MOTIONS. | BKG104 | 0.20 |
| 06/02/08 | MEF | REVIEW MEMOS RE: CONFIDENTIALITY AGREEMENTS | BKG104 | 0.20 |
| 06/02/08 | JNP | LETTER FROM LIBERTY MUTUAL RE: COVERAGE ISSUES. | BKG104 | 0.10 |
| 06/03/08 | D R | UPDATE DATES MEMO. | BKG104 | 0.30 |
| 06/03/08 | MEF | MEMO TO S. VICTOR RE: WITHDRAWAL OF CLAIM | BKG104 | 0.10 |
| 06/03/08 | MEF | TELEPHONE CONFERENCE WITH H. COHEN RE ENVIRONMENTAL ISSUES/CLAIMS | BKG104 | 0.30 |
| 06/03/08 | D R | CORRESPONDENCE TO COURTROOM DEPUTY RE: 5/19 TRANSCRIPT. | BKG104 | 0.20 |
| 06/03/08 | MEF | MEMO TO J. SHAPIRO RE: PLAN ISSUE | BKG104 | 0.10 |

SHAPES/ARCH HOLDINGS                    Jul  9, 2008      PAGE  12
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/03/08 MEF    CONFERENCE CALL WITH D. GOLLIN, A.    BKG104    0.50
                BRODY AND S. BEZARK RE:
                ENVIRONMENTAL ISSUES

06/03/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY    BKG104    0.40
                RE: EMPLOYEE ISSUES

06/03/08 MEF    CONFERENCE CALL WITH D. GOLLIN AND    BKG104    0.50
                ENVIRONMENTAL LAWYER RE: PLAN ISSUES

06/03/08 MEF    MEETING WITH CLIENT, JACOBY AND       BKG104    4.80
                POSLUSNY RE: PLAN ISSUES, PENDING
                MATTERS AND CLAIMS

06/03/08 MEF    REVIEW NUMEROUS PROOFS OF CLAIM       BKG104    1.00

06/04/08 MEF    TELEPHONE CONFERENCES WITH CREDITORS  BKG104    0.40
                (2) RE: PLAN QUESTIONS

06/04/08 MEF    MEMO TO D. GOLLIN RE: LABOR MEETINGS  BKG104    0.10

06/04/08 MEF    REVIEW LAW RE: ENVIRONMENTAL CLAIMS   BKG104    0.50

06/04/08 D R    TELEPHONE CALLS TO/FROM JAGUAR RE:    BKG104    0.20
                VEHICLE.

06/04/08 MEF    REVIEW AND REVISE PA AGREEMENT        BKG104    1.50

06/04/08 MEF    REVIEW DOCKET                         BKG104    0.10

06/04/08 MEF    MEMOS TO COMMITTEE RE: PA AGREEMENT   BKG104    0.20
                (3)

06/04/08 MEF    MEMOS TO A. BRADY RE: PLAN            BKG104    0.30
                SUPPLEMENT DOCUMENTS (3)

06/04/08 MEF    TELEPHONE CONFERENCE WITH S. GRABELL  BKG104    1.30
                RE: VARIOUS PLAN AND BUSINESS ISSUES

```
SHAPES/ARCH HOLDINGS                        Jul  9, 2008     PAGE  13
FILE NUMBER: 220718.000
INVOICE NO.: ******
```

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 06/04/08 | MEF | TELEPHONE CONFERENCE WITH S. VICTOR RE: SALE ISSUES | BKG104 | 0.30 |
| 06/05/08 | MEF | TELEPHONE CONFERENCE WITH S. GRABELL RE: CASE ISSUES | BKG104 | 0.40 |
| 06/05/08 | MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: CASE ISSUES | BKG104 | 0.40 |
| 06/05/08 | MEF | TELEPHONE CONFERENCE WITH COUNSEL FOR ARGONAUT RE: PLAN TREATMENT | BKG104 | 0.30 |
| 06/05/08 | MEF | MEMO TO FILE RE: REAL ESTATE TAX APPEAL | BKG104 | 0.10 |
| 06/05/08 | MEF | REVIEW MOTION RE: 502(E) ISSUES | BKG104 | 0.30 |
| 06/05/08 | MEF | REVIEW HEARING TRANSCRIPT | BKG104 | 0.40 |
| 06/05/08 | MEF | MEMOS TO D. GOLLIN RE: LABOR ISSUES/STATUS | BKG104 | 0.30 |
| 06/05/08 | MEF | TELEPHONE CONFERENCE WITH J. DORSCH RE: PENSION ISSUES | BKG104 | 0.20 |
| 06/05/08 | JNP | READ/REPLY TO EMAILS FROM M. FELGER RE: REVISED SCHEDULES. | BKG104 | 0.10 |
| 06/05/08 | MEF | MEMOS TO FILE RE: AMENDED SCHEDULES | BKG104 | 0.20 |
| 06/09/08 | MEF | REVIEW ROYALTY AGREEMENT AND AMENDMENT AND MEMOS TO CLIENT RE: SAME | BKG104 | 0.50 |
| 06/09/08 | MEF | MEMO TO CLIENT RE: PLAN ISSUE | BKG104 | 0.20 |
| 06/09/08 | MEF | TELEPHONE CONFERENCE WITH S. BLOCH RE: APA REVIEW | BKG104 | 0.20 |

SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE  14
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/09/08 MEF   MEMOS TO HIG RE: 363 ISSUES (2)        BKG104    0.20

06/09/08 MEF   MEMOS TO CLIENT RE: HIG AND            BKG104    0.20
               ENVIRONMENTAL ISSUES (3)

06/09/08 JNP   TELEPHONE CALL WITH J. LICHTENSTEIN    BKG104    0.10
               RE: CLOSING BINDER DOCUMENTS.

06/09/08 JNP   READ/REPLY TO EMAIL FROM S. KLAR RE:   BKG104    0.10
               PSEG PAYMENTS.

06/09/08 JNP   TELEPHONE CALL WITH ELIZABETH AT       BKG104    0.10
               WASTE MANAGEMENT RE: ULTRA CLAIM.

06/09/08 JNP   EMAIL P. SORENSEN RE: PSEG PAYMENTS.   BKG104    0.10

06/09/08 MEF   REVIEW MEMOS RE: UTILITY ISSUE AND     BKG104    0.10
               DELAGE LANDEN STATUS

06/09/08 MEF   TELEPHONE CONFERENCE WITH P. LEWIS     BKG104    0.50
               RE: UNION NEGOTIATIONS

06/09/08 MEF   TELEPHONE CONFERENCE WITH D. GOLLIN    BKG104    0.80
               RE: UNION AND ENVIRONMENTAL ISSUES
               AND STRATEGY

06/09/08 MEF   TELEPHONE CONFERENCE WITH A. BRODY     BKG104    0.40
               RE: PLAN AND 363 ISSUES

06/09/08 MEF   REVIEW 12TH SCORECARD RE:              BKG104    0.30
               DISBURSEMENTS ISSUE AND MEMO TO
               JACOBY RE: SAME

06/09/08 D R   UPDATE MASTER SERVICE LIST.            BKG104    0.20

06/09/08 SAB   VARIOUS E-MAILS TO AND FROM MFELGER    BKG104    0.40
               AND DREYES REGARDING OPEN ISSUES

SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE  15
FILE NUMBER: 220718.000
INVOICE NO.: ******


| | | | | |
|---|---|---|---|---|
| 06/10/08 MEF | MEMOS TO COMMITTEE AND CLIENT RE: PAYMENT OF PROFESSIONAL FEES (4) | BKG104 | 0.20 |
| 06/10/08 MEF | REVIEW AMENDMENT TO ESTHER WILLIAMS AGREEMENT | BKG104 | 0.10 |
| 06/10/08 MEF | MEMOS TO CLIENT RE: UTILITY PAYMENTS (3) | BKG104 | 0.20 |
| 06/10/08 MEF | MEMOS TO COMMITTEE RE: MEMBER EXPENSE REIMBURSEMENT | BKG104 | 0.20 |
| 06/10/08 MEF | MEMOS TO U.S. TRUSTEE RE: EXPENSE REIMBURSEMENT FOR COMMITTEE (2) | BKG104 | 0.20 |
| 06/10/08 MEF | MEMOS TO A. BRODY RE: PLAN FUNDING COMMITMENT AND DEFAULT (3) | BKG104 | 0.30 |
| 06/10/08 MEF | MEMOS TO D. REYES RE: FEE STATEMENT AND PLAN SUPPLEMENT | BKG104 | 0.20 |
| 06/10/08 MEF | TELEPHONE CONFERENCE WITH S. VICTOR RE: PROCESS STATUS | BKG104 | 0.30 |
| 06/10/08 JNP | LETTER FROM S. KLAR RE: PSEG ACCOUNTS OWED. | BKG104 | 0.10 |
| 06/10/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: DEFAULT ISSUE | BKG104 | 0.30 |
| 06/10/08 JNP | TELEPHONE CALL WITH S. KLAR RE: PSEG MOTION AND PAYMENT. | BKG104 | 0.20 |
| 06/10/08 MEF | REVIEW LOAN AGREEMENTS RE: DEFAULT ISSUE | BKG104 | 0.30 |
| 06/10/08 MEF | CONFERENCE CALL WITH BEZARK, BRODY, MCKENNA, GOLLIN AND POSLUSNY RE: ENVIRONMENTAL ISSUES | BKG104 | 1.20 |

SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE  16
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/10/08 JNP    EMAIL P. SORENSEN RE: PSEG PAYMENT.    BKG104    0.20

06/10/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY     BKG104    0.30
                RE: DEFAULT WAIVER, PLAN FUNDING
                COMMITMENT LETTER AND SALE MOTION

06/11/08 MEF    REVIEW 362 MOTION BY ENVIRONMENTAL     BKG104    0.20
                CLAIMANTS

06/11/08 MEF    REVIEW ENVIRONMENTAL CLAIMS            BKG104    0.20

06/11/08 MEF    REVIEW AND REVISE PPG ORDER            BKG104    0.20

06/11/08 MEF    TELEPHONE CONFERENCE WITH S. GRABELL   BKG104    0.40
                RE: STATUS, DEFAULT AND PLAN ISSUES

06/11/08 MEF    REVIEW CLAIMS REGISTER                 BKG104    0.50

06/11/08 MEF    TELEPHONE CONFERENCES WITH M. JACOBY   BKG104    0.50
                (2) RE: BUDGET DEFAULT AND PLAN
                ISSUES

06/11/08 JNP    EMAILS FROM P. SORENSEN AND TO L.      BKG104    0.20
                ZACK RE: PECO INVOICE.

06/11/08 JNP    EMAIL FROM L. ZACK RE: PECO BILLS      BKG104    0.20
                AND PAYMENT.

06/11/08 SAB    TELEPHONE CALL WITH MFELGER            BKG104    0.30
                REGARDING OPEN ISSUES

06/11/08 MEF    MEMOS TO PARTIES RE 6/12 CONFERENCE    BKG104    0.20
                CALL (5)

06/11/08 JNP    EMAIL FROM M. FELGER RE: FUNDING       BKG104    0.10
                DEFAULT LETTER; REVIEW ARCH DEFAULT
                LETTER.

SHAPES/ARCH HOLDINGS                        Jul  9, 2008     PAGE  17
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/12/08 JNP    EMAILS TO L. ZACK RE: PECO PAYMENT     BKG104     0.10
                AND S. KLAR RE: PSEG PAYMENT.

06/12/08 MEF    MEMOS TO P. LEWIS RE: STATUS OF        BKG104     0.40
                LABOR NEGOTIATIONS (3)

06/12/08 MEF    MEMOS TO POSLUSNY RE: CLAIM ISSUES     BKG104     0.60
                AND ACTION PLAN (10)

06/12/08 MEF    MEMOS TO S. BLOCH RE: APA AND ISRA     BKG104     0.30
                ISSUES (3)

06/12/08 D R    RESEARCH ISSUES RELATED TO RECEIPT     BKG104     0.80
                OF GOODS/TITLE OF GOODS.

06/13/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY     BKG104     0.30
                RE COMMITTEE ISSUE

06/13/08 MEF    MEMOS TO COMMITTEE RE: PLAN VOTING     BKG104     0.20
                AND BAR DATE ISSUES (3)

06/16/08 MEF    REVIEW AND REVISE 502(E) MOTION        BKG104     0.50

06/16/08 MEF    TELEPHONE CONFERENCE WITH P.           BKG104     0.10
                PATTERSON RE: STATUS

06/16/08 MEF    TELEPHONE CONFERENCE WITH J.           BKG104     0.40
                POSLUSNY RE: SALE, PLAN AND PENDING
                ISSUES

06/16/08 SAB    CONFERENCE CALL WITH SGRABELL AND      BKG104     0.40
                MFELGER REGARDING VARIOUS OPEN ISSYES

06/16/08 D R    EFILING OF MASTER SERVICE LIST.        BKG104     0.20

06/17/08 D R    UPDATE DATES MEMO.                     BKG104     0.20

06/17/08 MEF    REVIEW MEMO FROM DRINKER RE:           BKG104     0.10
                SCHEDULES AND CLAIMS

SHAPES/ARCH HOLDINGS                        Jul  9, 2008     PAGE  18
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/17/08 MEF    MEMOS TO PARTIES RE: ENVIRONMENTAL    BKG104    0.30
                CLAIMS (3)

06/18/08 MEF    REVIEW AND REVISE DRAFT LETTER TO     BKG104    0.30
                DEP RE: ISRA

06/18/08 MEF    REVISE ROYALTY AGREEMENT AND MEMO TO  BKG104    0.30
                GRABELL RE: SAME

06/18/08 MEF    CONFERENCE CALL WITH BEZARK,          BKG104    1.00
                MCKENNA, GRABELL AND POSLUSNY RE:
                ENVIRONMENTAL CLAIMS ISSUES

06/18/08 MEF    REVIEW DRAFT SETTLEMENT AGREEMENT RE  BKG104    0.30
                PENNSAUKEN LITIGATION

06/18/08 MEF    MEMOS TO P. FONTAINE RE: PLAN AND     BKG104    0.20
                ISRA ISSUES (2)

06/19/08 MEF    TELEPHONE CONFERENCE WITH P.          BKG104    0.30
                PATTERSON RE: CASE STATUS

06/19/08 MEF    TELEPHONE CONFERENCE WITH J.          BKG104    0.80
                POSLUSNY RE: CLAIM ISSUES (3)

06/19/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO  BKG104    0.30
                RE: STATUS OF CBA CONDITION AND
                HEARING ADJOURNMENT

06/19/08 MEF    MEMOS TO NATCITY RE: NOTICE OF CBA    BKG104    0.30
                AMENDMENTS AND DESTRUCTION OF
                DOCUMENTS

06/19/08 MEF    MEMOS TO CLIENT RE: MOA               BKG104    0.10

06/19/08 JNP    TELEPHONE CALL WITH D. KANE RE:       BKG104    0.10
                503(B)(9) CLAIMS.

SHAPES/ARCH HOLDINGS                          Jul  9, 2008     PAGE  19
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/19/08 MEF    MEMOS TO P. SORENSEN RE: WORKERS'     BKG104    0.20
                COMPENSATION CLAIMS

06/20/08 MEF    TELEPHONE CONFERENCES WITH J.         BKG104    0.60
                POSLUSNY RE: CLAIMS AND PLAN ISSUES
                AND FILINGS (5)

06/20/08 JNP    TELEPHONE CONFERENCE WITH COURT RE:   BKG104    0.10
                HEARING DATES.

06/23/08 SAB    E-MAILS TO AND FROM MFELGER           BKG104    0.20
                REGARDING ITEMS TO BE
                ACCOMPLISHED/TIME LINE

06/23/08 JNP    REVIEW 2004 SUBPOENAS FROM J.         BKG104    0.20
                GAREMORE.

06/23/08 JNP    READ/REPLY TO E-MAILS FROM S. KLAR    BKG104    0.20
                AND P. SORENSEN RE: PSEG MOTION AND
                PAYMENT.

06/23/08 JNP    REVIEW ORDERS SHORTENING TIME.        BKG104    0.10

06/23/08 MEF    MEMO TO K. MCKENNA RE: 6/24           BKG104    0.20
                CONFERENCE CALLS

06/24/08 D R    REVIEW/PREPARE AND EFILING OF FIVE    BKG104    1.10
                OPERATING REPORTS FOR MAY 2008;
                COORDINATE SERVICE OF SAME.

06/24/08 MEF    REVIEW RULE 2004 SUBPOENA TO INSURERS BKG104    0.30

06/24/08 MEF    TELEPHONE CONFERENCE WITH J. GIBBONS  BKG104    0.40
                RE: 502 (E) MOTION AND 362 MOTION
                ISSUE

06/24/08 JNP    E-MAIL EPIQ RE: SERVICE TO            BKG104    0.10
                ENVIRONMENTAL PARTIES.

SHAPES/ARCH HOLDINGS                    Jul  9, 2008     PAGE  20
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/24/08 D R   PREPARE/EFILING OF SIGNATURE PAGES     BKG104    0.50
               TO CLAIMS OBJECTIONS; COORDINATE
               SERVICE OF SAME.  COORDINATE SERVICE
               OF NOTICE TO WITHDRAWAL SALE MOTION.

06/24/08 D R   EMAIL REQUESTED INFORMATION TO M.       BKG104    0.20
               JACOBY.

06/25/08 JNP   TELEPHONE CONFERENCE WITH COURT RE:     BKG104    0.10
               HEARING SCHEDULE.

06/25/08 D R   UPDATE MASTER SERVICE LIST.             BKG104    0.20

06/25/08 MEF   CONFERENCE CALL WITH S. BLOCH, S.       BKG104    1.00
               GRABELL AND P. FONTAINE RE: DEP
               RESPONSE

06/25/08 MEF   MEMOS TO BRODY AND POLLACK RE:          BKG104    0.20
               CONFERENCE CALL (3)

06/25/08 MEF   REVIEW ARGONAUT CLAIM ANALYSIS AND      BKG104    0.30
               DEDUCTIBLE POLICY

06/25/08 MEF   REVIEW ARROWPOINT DEDUCTIBLE            BKG104    0.20
               AGREEMENT

06/25/08 MEF   CONFERENCE CALL WITH S. GRABELL, P.     BKG104    1.00
               SORENSON AND D. MERKER RE: WORKERS
               COMPENSATION CLAIMS

06/27/08 JNP   TELEPHONE CALL WITH CHAMBERS RE:        BKG104    0.10
               CALENDAR.

06/27/08 MEF   MEMOS TO CLIENT/TEAM RE: 6/30           BKG104    0.30
               CONFERENCE CALLS (5)

06/27/08 MEF   REVIEW AND REVISE DRAFT DEP             BKG104    0.80
               SETTLEMENT AGREEMENT

SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE  21
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/27/08 JNP     RESEARCH/DRAFT MEMO TO P. FONTAINE     BKG104     0.40
                 RE: COURT JURISDICTION.

06/27/08 MEF     REVIEW PLAN AND PLAN VOTING SUMMARY    BKG104     0.30
                 RE: PLAN CONFIGURATION ISSUES

06/29/08 JNP     READ/REPLY TO EMAIL FROM M. FELGER     BKG104     0.10
                 OPEN ITEMS FOR CONFIRMATION.

06/29/08 JNP     LETTER FROM K. MCKENNA AND TO EPIQ     BKG104     0.10
                 RE: CHEMICAL CONTROL CASE PARTIES.

06/30/08 MEF     MEMOS TO R. POLLACK RE: 7/1            BKG104     0.20
                 CONFERENCE

06/30/08 MEF     MEMOS TO J. GAREMORE, J. CARNEY AND    BKG104     0.20
                 K. MCKENNA RE: 7/1 CONFERENCE CALL

06/30/08 JNP     EMAIL FROM S. KLAR AND TO P.           BKG104     0.10
                 SORENSEN RE: PSEG PAYMENT.

06/30/08 JNP     READ/REPLY TO EMAIL FROM M. HARDLEY    BKG104     0.10
                 RE: CASE STATUS.

06/30/08 MEF     REVIEW HEARING TRANSCRIPT RE:          BKG104     0.20
                 PENNSAUKEN LITIGATION

06/30/08 D R     UPDATE MASTER SERVICE LIST.            BKG104     0.20

06/30/08 MEF     MEMOS TO K. MCKENNA RE: CONFERENCE     BKG104     0.20
                 CALLS

06/30/08 MEF     MEMO TO H. COHEN RE: EXTENSION OF      BKG104     0.10
                 DEADLINE TO FILE OBJECTION

       TOTAL CASE ADMINISTRATION                              49.10   $23590.00

SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE   22
FILE NUMBER: 220718.000
INVOICE NO.: ******

       CLAIMS ADMINISTRATION AND OBJECTIONS

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 06/01/08 | JNP | READ/REPLY TO EMAIL FROM .J. WINTER RE: PPG ADMINISTRATION CLAIM MOTION. | BKG105 | 0.10 |
| 06/01/08 | JNP | REVIEW/REPLY TO EMAILS FROM M. FELGER AND CLIENT RE: CLAIMS REVIEW. | BKG105 | 0.20 |
| 06/02/08 | D R | RETRIEVE CLAIMS REQUESTED BY M. FELGER AND REVIEW SAME RE: CATEGORY OF CLAIM. | BKG105 | 2.60 |
| 06/02/08 | MEF | REVIEW CLAIMS REGISTER | BKG105 | 0.40 |
| 06/02/08 | JNP | REVIEW HUA FENG ADMINISTRATIVE PAYMENT REQUEST. | BKG105 | 0.20 |
| 06/02/08 | JNP | REVIEW SHAW ALLOY CLAIMS FROM J. CLARK. | BKG105 | 0.10 |
| 06/02/08 | JNP | EMAIL FROM J. WINTERS RE: SETTLEMENT WITH PPG. | BKG105 | 0.10 |
| 06/02/08 | JNP | EMAIL P. SORENSEN RE: HUA FENG ADMINISTRATIVE CLAIM. | BKG105 | 0.10 |
| 06/03/08 | JNP | MEETING WITH M. FELGER, P. GOLLIN, S. GRABELL, P. SORENSEN AND M. JACOBY RE: POTENTIAL CLAIMS OBJECTIONS. | BKG105 | 4.10 |
| 06/04/08 | D R | REVIEW AMENDMENTS TO SCHEDULE F. | BKG105 | 0.30 |
| 06/05/08 | D R | FORMAT AMENDMENT TO SCHEDULES FOR ACCU-WELD, SHAPES AND DELAIR RECEIVED FROM PHOENIX AND PREPARE COURT AMENDMENT FORM; EMAILING OF SAME TO CLIENT AND EPIQ. | BKG105 | 2.10 |

SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE  23
FILE NUMBER: 220718.000
INVOICE NO.: ******


| 06/05/08 D R | REVIEW AMENDED SCHEDULES TO CONFIRM WHICH CREDITORS ARE NOT PREVIOUSLY LISTED ON MATRIX. | BKG105 | 1.50 |
|---|---|---|---|
| 06/09/08 JNP | TELEPHONE CALL WITH B. BOYLE RE: PLAN QUESTIONS. | BKG105 | 0.10 |
| 06/10/08 JNP | DRAFT OBJECTION TO PUCHACK CLAIMS. | BKG105 | 0.40 |
| 06/10/08 JNP | REVIEW PSEG MOTION FOR PAYMENT. | BKG105 | 0.20 |
| 06/10/08 D R | PREPARE/EFILING OF AMENDMENTS TO SCHEDULES FOR ACCU-WELD, SHAPES AND DELAIR AND EMAIL INFORMATION TO EPIQ FOR SERVICE. | BKG105 | 0.60 |
| 06/10/08 JNP | REVIEW ADMINISTRATION CLAIM OF LAJOIE WRECKING. | BKG105 | 0.20 |
| 06/11/08 JNP | DRAFT OBJECTION TO ENVIRONMENTAL CLAIMS. | BKG105 | 0.40 |
| 06/11/08 JNP | REVIEW PPG PROPOSED SETTLEMENT AND EMAIL P. SORENSEN RE: SAME. | BKG105 | 0.30 |
| 06/11/08 JNP | EDIT LETTER TO PARTIES LISTED OR AMENDED SCHEDULES. | BKG105 | 0.30 |
| 06/11/08 JNP | RESEARCH RE: 503(B)(9) ISSUES. | BKG105 | 1.30 |
| 06/11/08 JNP | TELEPHONE CALL WITH J. UNHOCH RE: ENVIRONMENTAL CLAIMS. | BKG105 | 0.20 |
| 06/11/08 JHU | REVIEWED PLAN OF REORGANIZATION, DISCLOSURE STATEMENT AND SCHEDULES TO DISCLOSURE STATEMENT RE: TREATMENT OF ENVIRONMENTAL CLAIMS. | BKG105 | 0.50 |

```
SHAPES/ARCH HOLDINGS                          Jul  9, 2008     PAGE  24
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/11/08 D R    PREPARE CORRESPONDENCE AND DOCUMENTS  BKG105   1.60
                TO BE SERVED ON ADDED/AMENDED
                CREDITORS IN ACCU-WELD, SHAPES AND
                DELAIR.

06/11/08 JHU    CONVERSATION WITH M. FELGER RE:       BKG105   0.40
                ENVIRONMENTAL CLAIMS AND RESEARCH TO
                BE CONDUCTED.

06/11/08 JHU    RESEARCH CONDUCTED RE: DISCHARGING    BKG105   5.60
                STATE AND FEDERAL ENVIRONMENTAL
                CLAIMS

06/11/08 JHU    CONVERSATION WITH J. POSLUSNY RE:     BKG105   0.20
                ENVIRONMENTAL CLAIMS AND
                DISCHARGEABILITY.

06/12/08 JNP    CONFERENCE WITH M. JACOBY AND M.      BKG105   2.10
                KARBINER RE: CLAIMS ISSUES.

06/12/08 JNP    REVIEW ADMINISTRATIVE CLAIMS OF       BKG105   0.10
                HOUSING SPECIALTY AND PENNSAUKEN.

06/12/08 JNP    EMAIL M. FELGER RE: 503(B)(9) ISSUES. BKG105   0.10

06/12/08 JNP    RESEARCH RE:503(B)(9) ISSUES.         BKG105   0.30

06/12/08 JHU    CONTINUED RESEARCH RE: DISCHARGING    BKG105   4.00
                ENVIRONMENTAL CLAIMS

06/13/08 JHU    DRAFTED MEMORANDUM AND FORWARDED TO   BKG105   3.90
                J. POSLUSNY AND M. FELGER RE:
                DISCHARGING ENVIRONMENTAL CLAIMS.

06/13/08 MEF    TELEPHONE CONFERENCE WITH S. BEZARK   BKG105   0.30
                RE: STRATEGY FOR ENVIRONMENTAL CLAIMS
```

SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE  25
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/13/08 MEF    CONFERENCE CALL WITH S. BEZARK, K.      BKG105     0.80
                MCKENNA, M. PLEVIN AND J. POSLUSNY
                RE: INSURANCE AND ENVIRONMENTAL
                CLAIMS

06/13/08 D R    REVIEW FILED CLAIMS AND PREPARE         BKG105     3.20
                ANALYSIS RE: ENVIRONMENTAL CLAIMS.

06/13/08 D R    CONFERENCE WITH J. POSLUSNY RE:         BKG105     0.30
                LIBERTY MUTUAL ISSUES.

06/13/08 JNP    RESEARCH/DRAFT MOTION TO DISALLOW       BKG105     2.60
                CONTRIBUTION CLAIMS.

06/13/08 JNP    TELEPHONE CALL WITH J. UNHOCH RE:       BKG105     0.30
                ENVIRONMENTAL CLAIMS ISSUES.

06/13/08 JNP    TELEPHONE CALL WITH J. DREW RE:         BKG105     0.20
                AMOUNT OF GLENCORE CLAIM.

06/13/08 JNP    EMAIL J. WINTER RE: PPG SETTLEMENT.     BKG105     0.10

06/14/08 JNP    DRAFT OBJECTION TO ENVIRONMENTAL        BKG105     1.10
                CLAIMS.

06/16/08 JNP    EMAIL S. KLAR RE: PSEG MOTION FOR       BKG105     0.10
                PAYMENT.

06/16/08 JNP    REVIEW DE LAGE PROOFS OF CLAIM.         BKG105     0.20

06/16/08 JNP    EDIT PROPOSED PPG SETTLEMENT; EMAIL     BKG105     0.20
                J. WINTER RE: SAME.

06/17/08 JNP    READ/REPLY TO EMAILS FROM S. KLAR       BKG105     0.10
                (X2) RE: PSEG PAYMENT.

SHAPES/ARCH HOLDINGS                          Jul  9, 2008     PAGE  26
FILE NUMBER: 220718.000
INVOICE NO.: ******


| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 06/17/08 | D R | REVIEW CLAIMS REGISTER AND INFORMATION FROM K. MCKENNA RE: LISTING OF CREDITORS WITH ENVIRONMENTAL CLAIMS. | BKG105 | 2.60 |
| 06/18/08 | D R | CONFERENCE WITH J. POSLUSNY RE: CLAIMS OBJECTIONS. | BKG105 | 0.20 |
| 06/18/08 | D R | CONTINUE RETRIEVING AND REVIEWING ENVIRONMENTAL CLAIMS FOR J. POSLUSNY REVIEW. | BKG105 | 1.80 |
| 06/18/08 | JHU | CONVERSATION WITH J. POSLUSNY RE: OMNIBUS OBJECTION TO CLAIMS. | BKG105 | 0.20 |
| 06/18/08 | JNP | TELEPHONE CALL WITH J. UNHOCH RE: PREPARATION OF DUPLICATE AND WRONG CASE CLAIMS. | BKG105 | 0.20 |
| 06/18/08 | JNP | REVIEW TEAMSTERS' CLAIM. | BKG105 | 0.10 |
| 06/18/08 | JNP | DRAFT MOTION TO DISALLOW ENVIRONMENTAL CLAIMS. | BKG105 | 0.60 |
| 06/18/08 | JNP | EMAIL S. KLAR RE: PSEG FOR ADMINISTRATIVE PAYMENT. | BKG105 | 0.10 |
| 06/18/08 | JNP | REVIEW ENVIRONMENTAL CLAIMS FOR POTENTIAL OBJECTIONS. | BKG105 | 2.30 |
| 06/18/08 | JNP | MEETING WITH O. KLEIN RE: ENVIRONMENTAL CLAIMS. | BKG105 | 0.20 |
| 06/19/08 | JNP | TELEPHONE CALL WITH M. KARBINER RE: CLAIMS OBJECTIONS. | BKG105 | 0.40 |
| 06/19/08 | JNP | EDIT OBJECTION TO DUPLICATE AND REDUNDANT CLAIMS DRAFTED BY J. UNHOCH. | BKG105 | 0.60 |

```
SHAPES/ARCH HOLDINGS                      Jul  9, 2008      PAGE  27
FILE NUMBER: 220718.000
INVOICE NO.: ******
```

| | | | | |
|---|---|---|---|---|
| 06/19/08 | JNP | PREPARE SPREADSHEET AND EXHIBITS FOR CLAIM OBJECTIONS. | BKG105 | 1.10 |
| 06/19/08 | JNP | EMAIL J. WINTER RE: PPG ADMINISTRATIVE CLAIM MOTION. | BKG105 | 0.10 |
| 06/19/08 | JNP | READ/REPLY TO EMAILS FROM A. HALPERIN (X2) RE: SCHEDULE AMENDMENTS. | BKG105 | 0.20 |
| 06/19/08 | JNP | DRAFT MOTION TO DISALLOW CONTRIBUTION CLAIMS - EXHIBITS. | BKG105 | 3.60 |
| 06/19/08 | JHU | DRAFTED DEBTORS' FIRST OMNIBUS OBJECTION TO DUPLICATIVE AND/OR REDUNDANT CLAIMS AND THE ACCOMPANYING ORDER. | BKG105 | 4.00 |
| 06/19/08 | JNP | READ/REPLY TO EMAIL FROM E. GANC RE: TERMS OF PPG SETTLEMENT. | BKG105 | 0.10 |
| 06/19/08 | JHU | CONVERSATION WITH J. POSLUSNY RE: EXHIBITS TO FIRST OMNIBUS OBJECTION TO CLAIMS. | BKG105 | 0.20 |
| 06/19/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: CLAIMS OBJECTIONS. | BKG105 | 0.60 |
| 06/19/08 | JNP | MODIFY MOTION TO DISALLOW ENVIRONMENTAL CLAIMS PER COMMENTS FROM M. FELGER. | BKG105 | 0.50 |
| 06/20/08 | JLD | TELEPHONE CONVERSATION WITH J. POSLUSNY REGARDING STATUS OF REMAINING CLAIM OBJECTIONS TO BE FILED | BKG105 | 0.10 |

SHAPES/ARCH HOLDINGS                      Jul  9, 2008      PAGE  28
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/20/08 JLD    ASSEMBLE AND PREPARE DOCUMENTS FOR      BKG105     0.40
                E-FILING; E-FILE CLAIM OBJECTION TO
                NJ DIVISION OF TAXATION (DOCKET NO.
                393) TOGETHER WITH SERVICE UPON NJ
                DIVISION OF TAXATION


06/20/08 JLD    ASSEMBLE AND PREPARE DOCUMENTS FOR      BKG105     0.40
                E-FILING; E-FILE CLAIM OBJECTION TO
                THE TENNESSEE DEPARTMENT OF REVENUE
                (DOCKET NO. 390) TOGETHER WITH
                SERVICE ON THE TENNESSEE DEPARTMENT
                OF REVENUE


06/20/08 JLD    E-MAIL TO J. POSLUSNY REGARDING        BKG105     0.10
                CLIENT VERIFICATIONS TO BE ANNEXED
                TO CLAIM OBJECTIONS


06/20/08 JLD    ASSEMBLE AND PREPARE DOCUMENTS FOR      BKG105     0.40
                E-FILING; E-FILE OBJECTION TO CLAIMS
                FOR CONTRIBUTION (DOCKET NO. 388)
                TOGETHER WITH MOTION TO SHORTEN
                THERETO (DOCKET NO. 389)


06/20/08 JLD    PREPARE SERVICE LIST/SERVICE LABELS     BKG105     0.30
                FOR SERVICE OF PARTIES IDENTIFIED AS
                LIST OF DUPLICATE CLAIMS AND
                REDUNDANT CLAIMS IDENTIFIED IN FIRST
                OMNIBUS OBJECTION TO CLAIMS


06/20/08 JLD    SCAN FILED DOCUMENT AND SEND           BKG105     0.10
                CONFIRMING E-MAIL TO J. POSLUSNY
                TOGETHER WITH FILED DOCUMENT
                REGARDING FILING OF CLAIM OBJECTION
                REGARDING NEW JERSEY DIVISION OF
                TAXATION

SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE  29
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/20/08 JLD     CONTINUE NUMEROUS TIMES THROUGH       BKG105     0.30
                 12:00 MIDNIGHT ON 6/20/2008 TO
                 ACCESS NJ ECF SITE FOR FILING FIRST
                 OMNIBUS CLAIM OBJECTION (.2); SEND
                 STATUS E-MAIL TO J. POSLUSNY
                 ADVISING INABILITY TO ACCESS NJ
                 COURT SITE AND WILL RESUME EFFORTS
                 ON 6/21/2008 (.1)

06/20/08 JLD     SCAN FILED DOCUMENT AND SEND          BKG105     0.10
                 CONFIRMING E-MAIL TO J. POSLUSNY
                 TOGETHER WITH FILED DOCUMENT
                 REGARDING FILING OF CLAIM OBJECTION
                 REGARDING TENNESSEE DEPT OF REVENUE

06/20/08 JNP     TELEPHONE CONFERENCE WITH A. PAPSUN   BKG105     0.30
                 (X2) RE: OBJECTION TO DUPLICATE
                 CLAIMS.

06/20/08 JNP     DRAFT EXHIBITS AND SPREADSHEETS FOR   BKG105     1.40
                 CLAIM OBJECTIONS.

06/20/08 JNP     LETTER FROM STAUFNER GLOVE RE:        BKG105     0.10
                 AMOUNT OF CLAIM.

06/20/08 JNP     TELEPHONE CONFERENCE WITH J. UNHOCH   BKG105     0.40
                 (X2); DUPLICATE CLAIMS OBJECTIONS.

06/20/08 JLD     ASSEMBLE AND PREPARE DOCUMENTS FOR    BKG105     0.30
                 E-FILING REGARDING DEBTORS' FIRST
                 OMNIBUS OBJECTION TO DUPLICATE
                 AND/OR REDUNDANT PROOFS OF CLAIM;
                 SEVERAL ATTEMPTS OF E-FILING WITH
                 USBC DISTRICT OF NJ

SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE  30
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/20/08 JLD    SCAN FILED DOCUMENT AND SEND       BKG105    0.10
                CONFIRMING E-MAIL TOGETHER WITH
                FILED DOCUMENT TO J. POSLUSNY
                REGARDING FILING OF CLAIM OBJECTION
                REGARDING CONTRIBUTION CLAIMS

06/20/08 JLD    TELEPHONE CONVERSATION WITH J.      BKG105    0.10
                POSLUSNY REGARDING INABILITY TO
                ACCESS NJ BANKRUPTCY COURT'S WEBSITE
                TO FILE FIRST OMNIBUS CLAIM
                OBJECTION; INQUIRE AS TO WHETHER
                COURT'S SITE WAS GOING DOWN FOR
                MAINTENANCE

06/20/08 MEF    TELEPHONE CONFERENCE WITH S. GRABELL  BKG105  0.20
                RE: CLAIM ISSUES

06/20/08 JNP    TELEPHONE CONFERENCE WITH P.        BKG105    0.20
                SORENSEN RE: CLAIMS OBJECTIONS.

06/20/08 JHU    PREPARED SPREADSHEETS OF DUPLICATIVE  BKG105  3.50
                AND REDUNDANT CLAIMS AS EXHIBITS 1
                AND 2 TO THE FIRST OMNIBUS OBJECTION
                TO CLAIMS.

06/20/08 JHU    CONVERSATION WITH J. POSLUSNY RE:   BKG105    0.40
                PREPARATION OF SPREADSHEET OF
                DUPLICATIVE AND REDUNDANT CLAIMS.

06/20/08 JNP    TELEPHONE CONFERENCE WITH M. FELGER  BKG105   0.60
                (X3) RE: CLAIMS.

06/20/08 JNP    REVIEW CLAIMS REPORTS AND DRAFT     BKG105    8.30
                PLEADINGS AND EXHIBITS FOR OBJECTION
                TO CLAIMS (DUPLICATES, NEW JERSEY,
                TENNESSEE, UNIONS, ESTIMATION).

06/20/08 JNP    TELEPHONE CONFERENCE WITH M.        BKG105    0.20
                KARBINER (X2) RE: CLAIMS OBJECTIONS.

SHAPES/ARCH HOLDINGS                        Jul 9, 2008      PAGE  31
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/20/08 MM    PREPARE AND FILE DEBTORS' MOTION TO    BKG105    0.60
               DETERMINE ALLOWED CLAIMS OF CLASS
               CLAIMANTS UNDER SECTION 502(C) OF
               THE BANKRUPTCY CODE AND RELATED
               RELIEF.

06/20/08 AP    CALL WITH JERRY POSLUSNY REGARDING     BKG105    0.20
               OBJECTION TO DUPLICATE CLAIMS.

06/20/08 AP    DRAFT EXHIBITS FOR OBJECTION TO        BKG105    1.20
               DUPLICATE CLAIMS.

06/20/08 AP    CALL WITH JERRY POSLUSNY REGARDING     BKG105    0.30
               OBJECTION TO DUPLICATE CLAIMS.

06/20/08 MEF   MEMOS TO P. SORENSEN RE: CLAIM         BKG105    0.20
               OBJECTIONS

06/20/08 MEF   REVIEW PROOFS OF CLAIM RE: CLAIM       BKG105    0.40
               OBJECTIONS

06/20/08 MEF   NUMEROUS MEMOS TO J. POSLUSNY RE:      BKG105    0.70
               CLAIM ISSUES AND PLEADINGS (15)

06/20/08 MEF   MEMO TO R. BUNIN RE: ADMINISTRATIVE    BKG105    0.10
               CLAIM

06/20/08 MM    PREPARE AND FILE APPLICATION TO        BKG105    0.30
               SHORTEN TIME PERIOD RE DEBTORS'
               MOTION TO DETERMINE ALLOWED CLAIMS
               OF CLASS CLAIMANTS UNDER SECTION
               502(C) OF THE BANKRUPTCY CODE AND
               RELATED RELIEF.

06/20/08 MM    REVIEW OF CLAIMS REGISTER AND OBTAIN   BKG105    0.60
               COPIES OF PROOFS OF CLAIM FILED BY
               ARGONAUT AND ARROWOOD.

SHAPES/ARCH HOLDINGS                        Jul  9, 2008     PAGE  32
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/21/08 JLD    E-FILE DEBTOR'S FIRST OMNIBUS      BKG105    0.20
                OBJECTION TO DUPLICATE AND/OR
                REDUNDANT PROOFS OF CLAIM (DOCKET
                NO. 394)

06/21/08 JLD    RESUME ATTEMPTS IN FILING FIRST    BKG105    0.20
                OMNIBUS CLAIM OBJECTION WITH USBC NJ
                7:00 A.M THROUGH 6:00 P.M.); ISSUE
                STATUS REPORTS TO J. POSLUSNY
                THROUGHOUT THE DAY

06/22/08 JNP    E-MAIL S. KLAR RE: PSE&G           BKG105    0.10
                ADMINISTRATIVE CLAIM MOTION.

06/23/08 JNP    READ/REPLY TO E-MAIL OF S.         BKG105    0.10
                FREDRICKSON RE: MATERIAL SCIENCES
                CLAIM.

06/23/08 JHU    CONVERSATION WITH J. POSLUSNY RE:  BKG105    0.20
                FILING OF FIRST OMNIBUS OBJECTION TO
                CLAIMS AND SPREADSHEET.

06/23/08 JNP    E-MAIL E. GANC RE: BLUE RIDGE CLAIM.  BKG105  0.10

06/23/08 MEF    MEMO TO P. LEWIS RE: TEAMSTER CLAIM  BKG105   0.10
                OBJECTION

06/23/08 D R    CONFERENCE WITH J. POSLUSNY RE:    BKG105    0.20
                OBJECTIONS TO CLAIMS.

06/23/08 JNP    E-MAIL MEF RE: BLUE RIDGE CLAIM.   BKG105    0.10

06/23/08 D R    PREPARE/EFILING OF OBJECTION TO    BKG105    0.30
                TEAMSTERS CLAIM; COORDINATE SERVICE
                OF SAME.

06/23/08 MEF    REVIEW CLAIM OBJECTIONS            BKG105    0.40

SHAPES/ARCH HOLDINGS                         Jul  9, 2008      PAGE  33
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/23/08 D R    FOLLOW UP ON ISSUES RE: SERVICE OF     BKG105    1.80
                CLAIMS OBJECTIONS FILED ON
                6/20-6/21; COORDINATE SERVICE OF
                SAME ON REQUIRED PARTIES.

06/24/08 JHU    REVIEWED EMAIL FROM P. LEWIS RE:       BKG105    0.20
                PENSION PLANS FOR SHAPES AND ULTRA.

06/24/08 JHU    CONVERSATION WITH J. POSLUSNY RE:      BKG105    0.20
                PENSION PLAN AND WITHDRAWAL
                LIABILITY.

06/24/08 MEF    MEMOS TO COZEN TEAM RE: OBJECTIONS     BKG105    0.20
                TO ADMINISTRATIVE CLAIMS (2)

06/24/08 JHU    SEVERAL EMAILS EXCHANGED WITH M.       BKG105    0.20
                FELGER AND J. POSLUSNY RE: OBJECTION
                AND RECLASSIFICATION OF CLAIMS.

06/24/08 JNP    TELEPHONE CONFERENCE WITH M. JACOBY    BKG105    0.40
                (X2) RE: 503(B)(9) CLAIMS.

06/24/08 JNP    MEETING WITH D. REYES RE:              BKG105    0.20
                ADMINISTRATIVE CLAIMS.

06/24/08 JNP    REVIEW EASTERN LIFT ADMINISTRATIVE     BKG105    0.10
                CLAIM.

06/24/08 MEF    REVIEW ADMINISTRATIVE CLAIMS           BKG105    0.20

06/24/08 MEF    MEMOS TO J. POSLUSNY RE: CLAIM ISSUES  BKG105    0.30

06/24/08 D R    PREPARE CERTIFICATES OF SERVICES FOR   BKG105    0.80
                FIVE CLAIMS MOTIONS FOR JILL DEENEY
                AND DEBBIE REYES AND EFILING OF
                SAME; EFILING OF CERTIFICATE OF
                SERVICE PREPARE BY EPIQ.

```
SHAPES/ARCH HOLDINGS                    Jul  9, 2008    PAGE   34
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/24/08 JHU    FURTHER REVIEW OF RESEARCH RE:      BKG105    0.50
                DISCHARGING ENVIRONMENTAL CLAIMS.

06/24/08 JNP    REVIEW AND REPLY TO E-MAILS FROM M. BKG105    0.20
                FELGER AND M. JACOBY RE: 503(B)(9)
                CLAIMS.

06/24/08 D R    CONFERENCE WITH J. POSLUSNY RE:     BKG105    0.20
                ADMINISTRATIVE CLAIMS.

06/24/08 D R    COORDINATE SERVICE OF CLAIMS        BKG105    0.20
                OBJECTIONS.

06/24/08 JHU    REVIEWED SPREADSHEET OF CLAIMS TO BE BKG105   0.20
                RECLASSIFIED, IN PARTICULAR CLAIMS
                #774 AD #778.

06/24/08 D R    PREPARE/EFILING OF EPIQ CERTIFICATE BKG105    0.20
                OF SERVICE RE: CLAIMS OBJECTION AND
                FOREIGN SERVICE OF PLAN/DISCLOSURE
                STATEMENT;

06/24/08 DF     RESEARCH RE: DISTRIBUTION PROTECTION BKG105   3.50
                FROM NJDEP SETTLEMENT; ANALYZING
                NJDEP SETTLEMENT UNDER SPILL ACT.

06/25/08 JNP    TELEPHONE CONFERENCE WITH DONNA AT  BKG105    0.20
                MD RECYCLES RE: AMENDED SCHEDULES.

06/25/08 JNP    TELEPHONE CONFERENCE WITH J. UNHOCH BKG105    0.20
                RE: CLAIMS OBJECTIONS.

06/25/08 D R    FOLLOW UP WITH ADMINISTRATIVE CLAIMS BKG105   2.00
                ISSUES; REVIEW SPREADSHEET FROM EPIQ
                RE: ADMINISTRATIVE CLAIMS;

06/25/08 JNP    RESEARCH RE: ISSUES WITH 503(B)(9)  BKG105    0.60
                CLAIMS.
```

SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE  35
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/25/08 JHU    BEGAN DRAFTING OBJECTION TO          BKG105    1.90
                ADMINISTRATIVE CLAIM OF LOCAL 837
                SEEKING RECLASSIFICATION AND
                EXPUNGEMENT OF DUPLICATE CLAIM.

06/25/08 JHU    CONVERSATION WITH J. POSLUSNY RE:    BKG105    0.20
                ADMINISTRATIVE CLAIM OF LOCAL 837

06/25/08 JHU    RESEARCH CONDUCTED RE: WITHDRAWAL    BKG105    5.60
                LIABILITY AND PRIORITY STATUS.

06/25/08 JHU    CONVERSATION WITH J. KILGANNON RE:   BKG105    0.30
                WITHDRAWAL LIABILITY AND ERISA

06/26/08 JNP    TELEPHONE CONFERENCE WITH J.         BKG105    0.20
                VALLERIO RE: INSURANCE COMPANY'S
                CLAIM AND PLAN VOTING.

06/26/08 JNP    REVIEW EPA CLAIM ESTIMATE.           BKG105    0.30

06/26/08 JHU    EMAILS EXCHANGED WITH J. KILGANNON   BKG105    0.20
                RE: BACKGROUND TO CBA WITHDRAWAL
                LIABILITY.

06/26/08 JHU    REVIEWED COMMENTS OF P. LEWIS TO     BKG105    0.20
                OBJECTION TO ADMINISTRATIVE CLAIM OF
                LOCAL 837 SEEKING RECLASSIFICATION
                AND EXPUNGEMENT OF DUPLICATE CLAIM

06/26/08 JHU    REVIEWED CBA NEGOTIATION HISTORY AS  BKG105    0.30
                PROVIDED BY P. LEWIS

06/26/08 JHU    CONVERSATION WITH J. POSLUSNY RE:    BKG105    0.20
                OBJECTION TO LOCAL 837'S
                ADMINISTRATIVE CLAIM.

SHAPES/ARCH HOLDINGS                    Jul  9, 2008    PAGE  36
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/26/08 JHU   COMPLETED DRAFTING OBJECTION TO      BKG105   5.20
               ADMINISTRATIVE CLAIM OF LOCAL 837
               SEEKING RECLASSIFICATION AND
               EXPUNGEMENT OF DUPLICATE CLAIM AND
               FORWARDED SAME TO M. FELGER AND P.
               LEWIS.

06/26/08 JHU   CONVERSATION WITH J. KILGANNON RE:   BKG105   0.20
               CBA NEGOTIATIONS.

06/26/08 JNP   TELEPHONE CONFERENCE WITH J. UNHOCH  BKG105   0.20
               RE: OBJECTION TO TEAMSTERS
               ADMINISTRATIVE CLAIM.

06/26/08 JNP   TELEPHONE CONFERENCE WITH DONNA AT   BKG105   0.10
               WIL-MAR RE: CLAIM INFORMATION.

06/26/08 JNP   E-MAIL J. WINTER RE: PPG CLAIMS      BKG105   0.10
               LITIGATION.

06/26/08 JNP   TELEPHONE CONFERENCE WITH J. ALLEN   BKG105   0.10
               RE: DEGARDE CLAIM.

06/26/08 JNP   E-MAILS TO/FROM (X3) O. KLEIN RE:    BKG105   0.10
               PENNSAUKEN ADMINISTRATIVE CLAIMS.

06/26/08 JNP   READ AND REPLY TO E-MAIL FROM M.     BKG105   0.10
               JACOBY RE: EMPLOYEE ADMINISTRATIVE
               CLAIMS.

06/26/08 MEF   MEMOS TO P. LEWIS RE: TEAMSTER CLAIM BKG105   0.20
               AND OBJECTION (2)

06/26/08 MEF   REVIEW AND REVISE OBJECTION TO       BKG105   0.70
               TEAMSTERS ADMINISTRATIVE CLAIM

06/26/08 JNP   TELEPHONE CONFERENCE WITH M. JACOBY  BKG105   0.70
               RE: ADMINISTRATION AND PRIORITY
               CLAIMS.

SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE  37
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/27/08 MEF    MEMOS TO CLIENT RE: TEAMSTERS CLAIMS    BKG105    0.20

06/27/08 JNP    REVIEW ADMINISTRATIVE CLAIM REGISTER    BKG105    0.10
                RE: RUSAL CLAIM ; EMAIL A. HALPERIN
                RE: SAME.

06/27/08 D R    FOLLOW UP WITH ADMIN CLAIMS ISSUES;     BKG105    0.50
                REVIEW EPIQ SPREADSHEET AND COMPARE
                WITH ADDITIONAL RECEIVED ADMIN
                CLAIMS.

06/27/08 MEF    TELEPHONE CONFERENCE WITH R. MCNEIL     BKG105    0.20
                RE: TEAMSTERS CLAIMS

06/27/08 MEF    REVIEW AND REVISE OBJECTION TO          BKG105    1.00
                TEAMSTERS CLAIM AND APPLICATION TO
                SHORTEN NOTICE

06/27/08 D R    PREPARE ORDER OBJECTING TO TEAMSTERS    BKG105    1.10
                ADMINISTRATIVE CLAIM;
                PREPARE/EFILING OF MOTION; CONTACT
                COURT RE-SAME; COORDINATE SERVICE OF
                TEAMSTERS OBJECTION VIA EMAIL AND
                OVERNIGHT MAIL.

06/27/08 MEF    MEMOS TO P. LEWIS RE: TEAMSTERS         BKG105    0.20
                CLAIMS

06/27/08 JNP    EDIT OBJECTION TO TEAMSTERS             BKG105    0.90
                ADMINISTRATIVE CLAIM.

06/27/08 JNP    MEETING WITH D. REYES RE: TEAMSTERS     BKG105    0.20
                ADMINISTRATIVE CLAIM OBJECTION.

06/29/08 JNP    REVIEW CLAIMS TO DETERMINE IF FILED     BKG105    0.40
                AS ADMINISTRATIVE CLAIMS PER REQUEST
                OF M. JACOBY.

SHAPES/ARCH HOLDINGS                        Jul  9, 2008    PAGE  38
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/30/08 JNP    REVIEW HESS AND CUSTOMS          BKG105    0.20
                ADMINISTRATIVE CLAIMS.

06/30/08 JNP    REVIEW INSURERS MOTION FOR       BKG105    0.20
                ADMINISTRATIVE EXPENSE PAYMENT.

06/30/08 D R    PREPARE CERTIFICATE OF SERVICE TO   BKG105    0.40
                OBJECTION TO TEAMSTERS CLAIM;
                EFILING CERTIFICATE OF SERVICE AND
                CERTIFICATE OF SERVICE OF EPIQ.

06/30/08 D R    REVIEW INFORMATION RE:           BKG105    0.20
                ADMINISTRATIVE CLAIMS ON SENTRY.

06/30/08 JHU    CONVERSATION WITH J. POSLUSNY RE:   BKG105    0.20
                530(B)(9) CLAIMS.

06/30/08 MEF    MEMO TO R. MCNEILL RE: TEAMSTERS   BKG105    0.30
                PROOFS OF CLAIM

06/30/08 JNP    READ/REPLY TO EMAIL FROM M. FELGER   BKG105    0.10
                RE: COOK CLAIM WITHDRAWN.

06/30/08 MEF    REVIEW INSURERS ADMINISTRATIVE CLAIM   BKG105    0.20
                MOTION

        TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS         125.00   $38262.50

```
SHAPES/ARCH HOLDINGS                           Jul  9, 2008      PAGE  39
FILE NUMBER: 220718.000
INVOICE NO.: ******
```

FEE/EMPLOYMENT APPLICATIONS

```
06/02/08 JNP    READ/REPLY TO EMAIL FROM E. GANC RE:    BKG107    0.10
                MARKO RETENTION.

06/04/08 D R    PREPARE INFORMATION FOR K. MCKENNA      BKG107    0.20
                RE: ORDINARY COURSE RETENTION.

06/05/08 MEF    REVIEW AND REVISE MAY FEE STATEMENT     BKG107    0.70

06/05/08 MEF    MEMOS TO CLIENT RE: COMMITTEE FEE       BKG107    0.20
                APPLICATIONS

06/09/08 MEF    REVIEW PHOENIX FEE APPLICATION          BKG107    0.20

06/09/08 JNP    REVIEW PHOENIX 5/08 FEE STATEMENT.      BKG107    0.20

06/10/08 JNP    READ/REPLY TO EMAILS FROM M. FELGER     BKG107    0.20
                A. HALPERIN RE: COMMITTEE MEMBER
                EXPENSES.

06/10/08 D R    PREPARE THIRD INTERIM FEE STATEMENT     BKG107    0.20
                FOR COZEN O'CONNOR.

06/11/08 JNP    REVIEW ORDINARY COURSE PROFESSIONAL     BKG107    0.20
                FEE STATEMENTS.

06/11/08 D R    WORK ON THIRD INTERIM FEE STATEMENT     BKG107    2.30
                OF COZEN O'CONNOR FOR MAY 2008.

06/12/08 MEF    REVIEW FEE STATEMENTS OF ALL            BKG107    0.40
                PROFESSIONALS

06/12/08 JNP    REVIEW 4/08 FEE STATEMENT; EMAIL M.     BKG107    0.20
                FELGER RE: MODIFICATIONS FOR 5/08
                STATEMENT.

06/12/08 D R    PREPARE/EFILING OF CERTIFICATES OF      BKG107    0.50
                NO OBJECTION TO COZEN AND PHOENIX
                2ND FEE STATEMENT.
```

SHAPES/ARCH HOLDINGS                        Jul  9, 2008    PAGE  40
FILE NUMBER: 220718.000
INVOICE NO.: ******


| 06/12/08 D R | CONTINUE PREPARATION/REVISIONS TO COZEN O'CONNOR AND PHOENIX FEE STATEMENTS; EFILING AND SERVICE OF SAME. | BKG107 | 1.80 | |
|---|---|---|---|---|
| 06/13/08 MEF | MEMOS TO COMMITTEE RE: PROFESSIONAL FEES | BKG107 | 0.10 | |
| 06/16/08 D R | FOLLOW UP WITH BALLARD SPAHR RE: ORDINARY COURSE AFFIDAVIT AND QUESTIONNAIRE. | BKG107 | 0.20 | |
| 06/16/08 D R | REVIEW INVOICES FROM ORDINARY COURSE PROFESSIONALS AND COORDINATE SERVICE OF SAME. | BKG107 | 0.50 | |
| 06/24/08 JNP | READ AND REPLY TO E-MAILS RE: ARCHER & GREINER RETENTION. | BKG107 | 0.10 | |
| | TOTAL FEE/EMPLOYMENT APPLICATIONS | | 8.30 | $2326.50 |

SHAPES/ARCH HOLDINGS                          Jul  9, 2008     PAGE  41
FILE NUMBER: 220718.000
INVOICE NO.: ******

         FINANCING

06/11/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY     BKG109    0.30
                RE: DEFAULT/WAIVER

06/11/08 MEF    TELEPHONE CONFERENCE WITH H. KONICOV   BKG109    0.20
                RE: DEFAULT ISSUES

06/11/08 MEF    CONFERENCE CALL WITH B. KATZ, A.       BKG109    0.50
                HALPERN, AND D. LIEBERMAN RE:
                DEFAULT ISSUES

06/11/08 MEF    MEMO TO COMMITTEE RE: DEFAULT AND      BKG109    0.30
                         OF WAIVER

06/11/08 MEF    REVIEW NOTICES OF DEFAULT AND DIP      BKG109    0.70
                LOAN AGREEMENTS

06/11/08 MEF    TELEPHONE CONFERENCE WITH S. BLOCH     BKG109    0.30
                RE: DEFAULT ISSUES

06/11/08 MEF    MEMO TO A. BRODY RE: DEFAULT WAIVER    BKG109    0.30
                (2)

06/11/08 MEF    TELEPHONE CONFERENCE WITH P.           BKG109    0.30
                PATTERSON AND G. SCHARMETT RE:
                DEFAULT

06/12/08 MEF    MEMO TO A. HALPERIN RE: TRACKING TO    BKG109    0.20
                AVOID FUTURE DEFAULT

06/12/08 MEF    MEMOS TO PARTIES RE: CARVE-OUT ISSUE   BKG109    0.30
                (2)

06/12/08 MEF    MEMOS TO PARTIES RE: DEFAULT AND       BKG109    0.30
                REQUEST FOR WAIVER

06/13/08 MEF    MEMOS TO COMMITTEE RE: CARVE-OUT       BKG109    0.20
                ISSUES (2)

```
SHAPES/ARCH HOLDINGS                       Jul  9, 2008     PAGE  42
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/24/08 MEF    MEMO TO M. JACOBY RE: PSE&G/BUDGET      BKG109    0.30
                ISSUES (3)

06/27/08 MEF    MEMOS TO M. JACOBY RE: FINANCING        BKG109    0.20
                STATUS/ISSUES

        TOTAL FINANCING                                 4.40   $2310.00
```

SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE  43
FILE NUMBER: 220718.000
INVOICE NO.: ******

          LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGAT

06/02/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:    BKG110     0.30
                ENVIRONMENTAL ISSUES; MANKO
                RETENTION.

06/09/08 JNP    EMAIL FROM J. SCULLY RE: MEDALLIAN   BKG110     0.10
                LITIGATION.

06/09/08 JNP    TELEPHONE CALL WITH J. SCULLY RE:    BKG110     0.10
                CLAIM BY MEDALLIAN VS. ACCUWELD.

06/16/08 JNP    INFORMATION FROM J. SCULLY RE:       BKG110     0.20
                MEDALLION COMPLAINT.

06/19/08 JNP    REVIEW SCHEDULES AND FILE AND EMAIL  BKG110     0.20
                M. FELGER RE: BLUE RIDGE COMPLAINT.

06/19/08 MEF    TELEPHONE CONFERENCE WITH COURT RE:  BKG110     0.20
                6/20 HEARING (2)

06/19/08 MEF    MEMOS TO PARTIES RE: ADJOURNMENT OF  BKG110     0.40
                6/20 HEARING

06/19/08 JNP    LETTER FROM W. MILLER RE: BLUE RIDGE BKG110     0.10
                COMPLAINT VS. ACCU-WELD.

06/19/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY   BKG110     0.30
                RE: 6/20 HEARING ISSUES

06/24/08 JNP    READ AND REPLY TO E-MAIL FROM M.     BKG110     0.10
                HEINZE RE: ACCUWELD LITIGATION.

     TOTAL LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGA    2.00    $885.00

SHAPES/ARCH HOLDINGS                          Jul  9, 2008     PAGE  44
FILE NUMBER: 220718.000
INVOICE NO.: ******

            PLAN AND DISCLOSURE STATEMENT

06/01/08 JNP    LETTERS FROM K. MCKENNA WITH          BKG113    0.20
                ATTACHMENTS RE: ENVIRONMENTAL
                LITIGATION.

06/02/08 JNP    TELEPHONE CALL WITH D. SONNIC OF      BKG113    0.10
                MERCHANTS FASTENER RE: COMPLETING
                BALLOTS.

06/02/08 JNP    TELEPHONE CALL WITH DIANE AT          BKG113    0.10
                WELSTARR; SOLICITATION PACKAGE.

06/02/08 JNP    TELEPHONE CALL WITH M. MCGUIRE OF     BKG113    0.10
                CROSSDOWN HYDRAULICS RE: DISCLOSURE
                STATEMENT QUESTIONS.

06/02/08 MEF    MEMOS TO PARTIES RE: PLAN SUPPLEMENT  BKG113    0.30

06/02/08 JNP    TELEPHONE CALL WITH LYZER'S TRASH     BKG113    0.10
                REMOVAL RE: ANSWER QUESTIONS.

06/02/08 D R    RESPOND TO NUMEROUS CALLS RE:         BKG113    0.50
                RECEIPT OF SOLICITATION PACKAGES BY
                CREDITORS.

06/03/08 D R    RESPOND TO SEVERAL CALLS RE: RECEIPT  BKG113    0.50
                OF SOLICITATION PACKAGE BY CREDITORS.

06/04/08 JNP    REVIEW REVISED SCHEDULE FS.           BKG113    0.20

06/04/08 JNP    REVIEW PLAN SUPPLEMENT DOCUMENTS.     BKG113    0.30

06/04/08 D R    RESPOND TO NUMEROUS CALLS RE:         BKG113    1.40
                RECEIPT OF SOLICITATION PACKAGES BY
                CREDITORS.

06/05/08 MEF    MEMOS TO CLIENT RE: PLAN SUPPLEMENT   BKG113    0.10
                (2)

SHAPES/ARCH HOLDINGS                        Jul  9, 2008     PAGE  45
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/05/08 D R    REVIEW/EFILING OF EPIQ CERTIFICATE    BKG113    0.20
                OF SERVICE FOR SOLICITATION PACKAGES.

06/05/08 MEF    TELEPHONE CONFERENCE WITH CREDITORS    BKG113    0.40
                RE: PLAN QUESTIONS/ISSUES (2)

06/05/08 MEF    MEMOS TO PARTIES RE: PLAN SUPPLEMENT    BKG113    0.40
                DOCUMENTS (6)

06/05/08 MEF    REVIEW AND REVISE PLAN SUPPLEMENT    BKG113    0.40
                DOCUMENTS

06/06/08 MEF    MEMOS TO PARTIES RE: PLAN    BKG113    0.30
                SOLICITATION/EPIC ISSUES (5)

06/09/08 JNP    TELEPHONE CALL WITH D. FRANKEL AND    BKG113    0.30
                W. REILLY RE: EPA PLAN ISSUES.

06/09/08 MEF    REVISE PLAN SUPPLEMENT DOCUMENTS    BKG113    0.50

06/09/08 JNP    TELEPHONE CALL WITH M. FELGER RE:    BKG113    0.30
                EPA ISSUES.

06/09/08 MEF    TELEPHONE CONFERENCE WITH J.    BKG113    0.30
                POSLUSNY RE: PLAN ISSUES

06/09/08 JNP    EMAIL M. FELGER, N. MITCHELL AND A.    BKG113    0.20
                BRODY RE: EPA PLAN TREATMENT.

06/09/08 JNP    TELEPHONE CALL WITH W. CALLAHAN RE:    BKG113    0.20
                DE LAGE STAY MOTION.

06/09/08 JNP    TELEPHONE CALL WITH JOANNE AT    BKG113    0.10
                HERITAGE RE: PLAN AND BALLOT
                QUESTION.

06/09/08 MEF    REVIEW REVISED LIQUIDATION ANALYSIS    BKG113    0.30

SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE  46
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/09/08 MEF    MEMOS TO COMMITTEE RE: PLAN          BKG113     0.20
                ADMINISTRATION AGREEMENT

06/09/08 JNP    TELEPHONE CALL WITH S. BEZARK; D.    BKG113     0.50
                FRANKEL AND W. REILLY RE: EPA
                TREATMENT IN PLAN.

06/09/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY  BKG113     0.30
                RE: PLAN ISSUES

06/09/08 JNP    TELEPHONE CALL WITH M. HEINZ RE:     BKG113     0.20
                ISSUES WITH RELEASES IN PLAN.

06/09/08 MEF    TELEPHONE CONFERENCE WITH J.         BKG113     0.30
                KURTZMAN RE: PLAN ISSUES

06/09/08 MEF    MEMOS TO PARTIES RE: PLAN            BKG113     0.30
                ADMINISTRATION AGREEMENT

06/09/08 MEF    MEMOS TO PARTIES RE: PLAN SUPPLEMENT BKG113     0.40
                (8)

06/09/08 JNP    EMAIL S. BEZARK RE: EPA PLAN ISSUES. BKG113     0.10

06/09/08 D R    RESPOND TO NUMEROUS CALLS RE:        BKG113     0.30
                RECEIPT BY CREDITORS OF SOLICITATION
                PACKAGE.

06/09/08 D R    FOLLOW UP ON ISSUES RE:              BKG113     0.30
                PLAN/DISCLOSURE STATEMENT SERVICE.

06/09/08 D R    PREPARATION OF PLAN SUPPLEMENT AND   BKG113     0.60
                EXHIBITS.

06/10/08 JNP    TELEPHONE CALL WITH M. FELGER, K.    BKG113     1.20
                MCKENNA, S. BEZARK, A. BRODY RE:
                ENVIRONMENTAL ISSUES.

SHAPES/ARCH HOLDINGS                          Jul  9, 2008     PAGE  47
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/10/08 MEF    TELEPHONE CONFERENCE WITH J.        BKG113     0.30
                POSLUSNY RE: PLAN ISSUES

06/10/08 D R    PREPARE DOCUMENTS FOR P. FONTAINE    BKG113     0.50
                RE: ENVIRONMENTAL ISSUES.

06/10/08 D R    PREPARATION OF PLAN SUPPLEMENT FOR   BKG113     0.20
                FILING.

06/10/08 MEF    MEMOS TO PARTIES RE 6/11 CONFERENCE  BKG113     0.20
                CALL RE: PLAN ISSUES (5)

06/10/08 JNP    MEETING WITH P. FONTAINE RE: ISRA    BKG113     0.30
                ISSUES.

06/10/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO BKG113     0.30
                RE: STATUS AND PLAN ISSUE

06/10/08 MEF    MEMOS TO PARTIES RE: PLAN SUPPLEMENT BKG113     0.20
                (3)

06/11/08 JNP    TELEPHONE CALL WITH EPA, S. BEZARK   BKG113     1.10
                AND K. MCKENNA RE: SETTLEMENT OF EPA
                PLAN TREATMENT.

06/11/08 JNP    TELEPHONE CALL WITH S. BEZARK, D.    BKG113     0.30
                GOLLIN, K. MCKENNA RE: EPA ISSUES.

06/11/08 MEF    MEMO TO COMMITTEE RE: PLAN ISSUES    BKG113     0.30
                AND STATUS

06/11/08 MEF    TELEPHONE CONFERENCE WITH P. LEWIS   BKG113     0.30
                RE: STATUS OF LABOR NEGOTIATIONS

06/11/08 MEF    MEMOS TO P. LEWIS RE: UNION CLAIMS   BKG113     0.20
                (2)

06/11/08 MEF    MEMO TO R. POLLACK RE: ENVIRONMENTAL BKG113     0.20
                CLAIM ISSUES

SHAPES/ARCH HOLDINGS                      Jul  9, 2008       PAGE  48
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/11/08 MEF    TELEPHONE CONFERENCE WITH J. UNHOCH    BKG113    0.40
                RE: ENVIRONMENTAL ISSUES

06/11/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY     BKG113    0.30
                RE: SALE MOTION/PLAN ISSUES

06/11/08 JNP    REVIEW DRAFT PROPOSED CHARGES TO       BKG113    0.40
                PENNSAUKEN STAY ORDER.

06/11/08 MEF    MEMOS TO A. BRODY RE: PLAN FUNDING     BKG113    0.20
                COMMITMENT (3)

06/12/08 MEF    TELEPHONE CONFERENCE WITH FONTAINE     BKG113    0.20
                AND NASH RE: ISRA ISSUES

06/12/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG113    0.50
                ENVIRONMENTAL ISSUES.

06/12/08 JNP    TELEPHONE CALL WITH M. JACOBY RE:      BKG113    0.20
                EXECUTORY KS.

06/12/08 MEF    MEMOS TO HIG RE: PLAN FUNDING LETTER   BKG113    0.20
                (2)

06/12/08 MEF    MEMOS TO S. GRABELL RE: PLAN ISSUES    BKG113    0.30
                (3)

06/12/08 JNP    CONFERENCE CALL WITH S. GRABELL; M.    BKG113    1.70
                JACOBY AND M. FELGER RE:
                CONFIRMATION ISSUES.

06/12/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY     BKG113    0.30
                RE: ISRA ISSUES

06/12/08 MEF    MEMOS TO JACOBY RE: VARIOUS PLAN       BKG113    0.30
                ISSUES (4)

06/12/08 MEF    CONFERENCE CALL WITH FONTAINE AND      BKG113    0.40
                BLOCH RE: ISRA EXEMPTION ISSUES

SHAPES/ARCH HOLDINGS                          Jul  9, 2008        PAGE  49
FILE NUMBER: 220718.000
INVOICE NO.: ******


| 06/12/08 MEF | CONFERENCE CALL WITH GRABELL, SORENSON, JACOBS, GOLLIN AND POSLUSNY RE: PLAN ISSUES AND DEFAULT | BKG113 | 1.30 |
|---|---|---|---|
| 06/12/08 MEF | CONFERENCE CALL WITH GRABELL, BEZARK, MARTIN, FONTAINE, ET AL RE: ISRA ISSUE | BKG113 | 1.30 |
| 06/12/08 D R | PREPARE DOCUMENT FOR P. FONTAINE RE: ENVIRONMENTAL ISSUES. | BKG113 | 0.70 |
| 06/12/08 MEF | MEMOS TO COMMITTEE RE: DEFAULT AND PLAN ISSUES | BKG113 | 0.20 |
| 06/13/08 MEF | CONFERENCE CALL WITH P. LEWIS, D. GOLLIN AND S. GRABELL RE: UNION NEGOTIATIONS | BKG113 | 1.00 |
| 06/13/08 MEF | TELEPHONE CONFERENCE WITH P. LEWIS RE: STATUS OF UNION NEGOTIATIONS | BKG113 | 0.30 |
| 06/13/08 D R | PROVIDE DOCUMENTS TO P. FONTAINE RE: ENVIRONMENTAL ISSUES. | BKG113 | 0.60 |
| 06/13/08 D R | PREPARE, EFILING AND SERVICE OF PLAN SUPPLEMENT. | BKG113 | 1.10 |
| 06/13/08 MEF | MEMOS TO CLIENT RE: PLAN ISSUES | BKG113 | 0.30 |
| 06/13/08 MEF | MEMOS TO COZEN TEAM RE: FILING OF PLAN SUPPLEMENT (3) | BKG113 | 0.20 |
| 06/13/08 MEF | MEMOS TO P. FONTAINE RE: ISRA ISSUES (5) | BKG113 | 0.20 |
| 06/13/08 MEF | CONFERENCE CALL WITH CLIENT TEAM, A. BRODY AND J. ISRAEL RE: UNION IMPASSE POTENTIAL | BKG113 | 0.60 |

SHAPES/ARCH HOLDINGS                    Jul  9, 2008    PAGE  50
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/13/08 JNP    READ/REPLY TO EMAILS FROM A.        BKG113    0.20
                HALPERIN AND EPIQ RE: PERFECT TRADE
                BALLOTS AND ADMINISTRATIVE CLAIM.

06/13/08 JNP    REVIEW PLAN COMMITMENT LETTER.      BKG113    0.20

06/13/08 JNP    TELEPHONE CALL WITH D. FRANKEL RE:  BKG113    0.50
                SETTLEMENT WITH EPA.

06/13/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:  BKG113    0.40
                ENVIRONMENTAL CLAIMS.

06/13/08 JNP    TELEPHONE CALL WITH M. KARBINER RE: BKG113    0.20
                CLASS 9 ISSUE.

06/13/08 JNP    REVIEW PLAN SUPPLEMENT FOR FILING.  BKG113    0.20

06/13/08 JNP    EMAIL FROM M. GORMAN RE: STATUS OF  BKG113    0.10
                NATIONAL CITY EFFORTS.

06/13/08 JNP    MEETING WITH P. FONTAINE RE:        BKG113    0.20
                POTENTIAL ISRA RESOLUTION.

06/13/08 JNP    CONFERENCE CALL WITH M. PLEVIN; M.  BKG113    0.80
                FELGER, S. BEZARK, K. MCKENNA (PART
                OF CALL) RE: CLASS 9 ISSUES.

06/16/08 MEF    TELEPHONE CONFERENCE WITH S. VICTOR BKG113    0.30
                RE: STATUS OF COMPETITIVE PROCESS

06/16/08 JNP    TELEPHONE CALL WITH S. GRABELL AND  BKG113    0.20
                J. KAKOWSKI RE: DE LAGE AND K.S IN
                PLAN.

06/16/08 JNP    LETTER TO EPIQ RE: BALLOTS RECEIVED BKG113    0.10
                BY CO.

SHAPES/ARCH HOLDINGS                    Jul  9, 2008      PAGE  51
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/16/08 MEF     CONFERENCE CALL WITH BEZARK,        BKG113    1.00
                 MCKENNA, POSLUSNY AND FONTAINE RE
                 ISRA/DEP ISSUES/STATUS

06/16/08 JNP     TELEPHONE CALL WITH M. KARBINER RE:  BKG113    0.60
                 PROOF OF CLAIM REVIEW.

06/16/08 MEF     TELEPHONE CONFERENCE WITH S. GRABELL BKG113    0.30
                 AND S. BLOCH RE: EXECUTORY CONTRACT
                 ISSUES

06/16/08 JNP     EMAIL M. FELGER RE: CLAIM OBJECTIONS BKG113    0.30
                 FOR CONFIRMATION.

06/16/08 JNP     EMAIL M. FELGER RE: POTENTIAL        BKG113    0.20
                 RESOLUTION WITH DE LAGE.

06/16/08 JNP     EMAIL S. BEZARK RE: EPA SETTLEMENT.  BKG113    0.10

06/16/08 JNP     TELEPHONE CALL FROM W. S. ANDERSON   BKG113    0.10
                 RE: PSK STEEL BALLOT

06/16/08 MEF     TELEPHONE CONFERENCE WITH P. LEWIS   BKG113    0.30
                 RE: UNION NEGOTIATIONS

06/16/08 JNP     CONFERENCE CALL WITH M. FELGER, P.   BKG113    1.30
                 FONTAINE, S. BEZARK, AND K. MCKENNA
                 RE: ISRA ISSUES.

06/16/08 MEF     MEMO TO BRODY RE: SCHEDULE 8.1       BKG113    0.10

06/16/08 JNP     TELEPHONE CALL WITH D. FRANKEL RE:   BKG113    0.10
                 DOI AND NOAH TREATMENT IN PLAN.

06/16/08 D R     COORDINATE SERVICE OF PLAN           BKG113    0.30
                 SUPPLEMENT.

06/16/08 D R     FOLLOW UP ON PLAN SUPPLEMENT ISSUES. BKG113    0.20

SHAPES/ARCH HOLDINGS                       Jul  9, 2008     PAGE  52
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/16/08 D R   PREPARE CERTIFICATE OF SERVICE FOR     BKG113    0.40
               PLAN SUPPLEMENT AND EFILING OF SAME.

06/17/08 D R   RESPOND TO CALLS RE: RECEIPT OF        BKG113    0.40
               SOLICITATION MATERIALS.

06/17/08 D R   PREPARE/EMAILING OF DOCUMENTS TO P.    BKG113    0.50
               FONTAINE RE: ENVIRONMENTAL ISSUES.

06/17/08 JNP   EMAIL FROM. H. COHEN RE:               BKG113    0.10
               ENVIRONMENTAL CLAIMS.

06/17/08 JNP   CONFERENCE CALL WITH M. FELGER, G.     BKG113    0.60
               MARTIN, S. GRABELL, S. BEZARK, P.
               FONTAINE RE: PREPARE FOR NJDEP
               MEETING.

06/17/08 JNP   CONFERENCE CALL WITH M. FELGER, S.     BKG113    0.40
               GRABELL AND G. MARTING RE: PREPARE
               FOR NJDEP MEETING.

06/17/08 MEF   TELEPHONE CONFERENCE WITH P. LEWIS     BKG113    0.30
               RE; STATUS OF UNION NEGOTIATIONS

06/17/08 MEF   TELEPHONE CONFERENCE WITH S. VICTOR    BKG113    0.20
               RE: COMPLETIVE PROCESS STATUS

06/17/08 JNP   TELEPHONE CALL WITH M. KARBINER RE:    BKG113    0.50
               CLAIMS OBJECTIONS FOR PLAN.

06/17/08 JNP   TELEPHONE CALL WITH M. FELGER AND S.   BKG113    0.70
               GRABELL RE: EXECUTORY K ISSUES.

06/17/08 MEF   MEMOS TO PARTIES RE: ISRA ISSUES (2)   BKG113    0.30

06/17/08 MEF   CONFERENCE CALL WITH GRABELL AND       BKG113    0.60
               POSLUSNY RE: CONTRACT ISSUES

SHAPES/ARCH HOLDINGS                        Jul  9, 2008     PAGE  53
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/17/08 JNP   LETTERS FROM K. MCKENNA RE:        BKG113    0.20
               PENNSAUKEN ENVIRONMENTAL ISSUES.

06/17/08 JNP   TELEPHONE CALL WITH M. KARBINER RE:  BKG113   0.20
               CLAIMS OBJECTIONS FOR CONFIRMATION.

06/17/08 MEF   CONFERENCE CALL WITH FONTAINE,      BKG113    0.80
               BEZARK, GRABELL, MARTIN, ET AL RE:
               ISRA ISSUES

06/17/08 MEF   MEMOS TO M. JACOBY RE: SCHEDULE 8.1  BKG113   0.20
               (2)

06/17/08 MEF   TELEPHONE CONFERENCE WITH CREDITORS  BKG113   0.20
               RE: PLAN STATUS

06/17/08 JNP   MEETING WITH D. REYES RE:           BKG113    0.20
               ENVIRONMENTAL CLAIMS.

06/18/08 MEF   TELEPHONE CONFERENCE WITH J.        BKG113    0.50
               POSLUSNY RE: PLAN ISSUES

06/18/08 MEF   MEMOS TO COMMITTEE RE: PLAN AND     BKG113    0.30
               COMPETITIVE PROCESS STATUS/ISSUES (4)

06/18/08 MEF   CONFERENCE CALL WITH FONTAINE,      BKG113    0.60
               BEZARK, GRABELL ET AL RE:
               PREPARATION FOR DEP MEETING

06/18/08 MEF   REVIEW PLAN VOTING SUMMARY          BKG113    0.20

06/18/08 MEF   ATTEND (TELEPHONICALLY) MEETINGS (2)  BKG113  1.00
               WITH DEP, BEZARK, FONTAINE, GRABELL
               ET AL RE: ISRA AND PLAN TREATMENT

06/18/08 MEF   REVIEW PLAN AND CLAIMS REGISTER RE:  BKG113   0.50
               PLAN AND CONTRACT ISSUES

SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE  54
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/18/08 MEF    TELEPHONE CONFERENCE WITH P. LEWIS    BKG113    0.30
                RE: CBA ISSUES AND RATIFICATION

06/18/08 MEF    MEMOS TO COMMITTEE RE: PLAN VOTING     BKG113    0.20
                UPDATE

06/18/08 MEF    MEMOS TO PARTIES RE: UNION             BKG113    0.40
                RATIFICATION (6)

06/18/08 JNP    CONFERENCE CALL WITH M. FELGER; G.     BKG113    0.70
                FELIX AND M. KABINER RE: CLAIMS
                OBJECTIONS FOR PLAN.

06/18/08 JNP    TELEPHONE CALL WITH M. KARBINER AND    BKG113    0.50
                G. FELIX RE: CLAIMS ISSUES FOR PLAN.

06/18/08 JNP    EMAIL FROM M. GORMAN RE: STATUS OF     BKG113    0.10
                POTENTIAL BIDDERS.

06/18/08 JNP    TELEPHONE CALL WITH MARYBETH AT        BKG113    0.10
                DAVIS ENTERPRISES RE: CASE/PLAN
                INFORMATION.

06/18/08 JNP    TELEPHONE CALL WITH M. CHENEY RE:      BKG113    0.90
                PLAN ISSUES FOR LIBERTY MUTUAL.

06/18/08 JNP    TELEPHONE CALL WITH M. FELGER.         BKG113    0.80

06/18/08 JNP    TELEPHONE CALL WITH M. FELGER RE:      BKG113    0.20
                CLAIMS OBJECTIONS FOR PLAN.

06/18/08 JNP    CONFERENCE CALL WITH P. FONTAINE, M.   BKG113    0.40
                FELGER, S. GRABELL RE: SETTLEMENT
                WITH NJDEP.

06/18/08 JNP    CONFERENCE CALL (PART OF CALL) WITH    BKG113    0.80
                NJDEP AND INTERESTED PARTIES RE:
                SETTLEMENT WITH NJDEP - ISRA ISSUES.

SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE  55
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/18/08 JNP     LETTER FROM K. MCKENNA RE:          BKG113     0.20
                 ENVIRONMENTAL LITIGATION.

06/18/08 JNP     CONFERENCE CALL WITH D. FRANKEL, W.  BKG113     0.80
                 REILLY AND S. BEZARK RE: SETTLEMENT
                 WITH EPA.

06/18/08 JNP     LETTER FROM K. MCKENNA RE: PARTIES   BKG113     0.10
                 TO PENNSAUKEN LITIGATION.

06/18/08 JNP     CONFERENCE CALL WITH M. FELGER, K.   BKG113     1.10
                 MCKENNA AND S. GRABELL RE:
                 ENVIRONMENTAL ISSUES.

06/19/08 MEF     REVIEW AND REVISE 502(E) MOTION AND  BKG113     1.20
                 REVIEW LAW RE: 502(E) ISSUES

06/19/08 MEF     MEMO TO COMMITTEE RE: VOTE TABULATION BKG113    0.10

06/19/08 JNP     TELEPHONE CALL WITH J. MORTON RE:    BKG113     0.20
                 PLAN STATUS.

06/19/08 MEF     REVIEW AND REVISE OBJECTION TO CLAIMS BKG113    0.50

06/19/08 MEF     MEMOS TO CLIENT RE: EXECUTORY        BKG113     0.30
                 CONTRACT ISSUES (4)

06/19/08 JNP     TELEPHONE CALL WITH G. FELIX AND M.  BKG113     0.30
                 KABINER RE: CLAIMS ISSUES FOR PLAN.

06/19/08 MEF     MEMOS TO P. LEWIS RE: UNION STATUS   BKG113     0.20
                 (2)

06/19/08 JNP     TELEPHONE CALL WITH M. FELGER AND S. BKG113     1.30
                 GRABELL RE: PLAN ISSUES.

06/19/08 JNP     TELEPHONE CALL WITH S. BEZARK RE:    BKG113     0.30
                 ENVIRONMENTAL ISSUES.

SHAPES/ARCH HOLDINGS                         Jul  9, 2008      PAGE  56
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/19/08 MEF   CONFERENCE CALL WITH P. LEWIS, J.    BKG113     0.80
               ISRAEL AND A. BRODY RE: CBA STATUS
               AND STRATEGY

06/19/08 MEF   REVISE MEMO TO DEP RE: ISRA          BKG113     0.20

06/19/08 MEF   CONFERENCE CALL WITH GRABELL AND     BKG113     0.80
               POSLUSNY RE: VARIOUS PLAN ISSUES

06/19/08 MEF   TELEPHONE CONFERENCE WITH P.         BKG113     0.30
               FONTAINE RE: ISRA ISSUES

06/19/08 MEF   MEMOS TO PARTIES RE: CALL WITH       BKG113     0.20
               INSURERS (4)

06/19/08 JNP   TELEPHONE CALL WITH BRIAN AT SAFETY  BKG113     0.10
               CLEAN RE: PLAN ISSUES.

06/19/08 MEF   MEMOS TO COMMITTEE AND HIG RE:       BKG113     0.30
               STATUS OF CBA CONDITION (5)

06/19/08 JNP   CONFERENCE CALL WITH INSURERS RE:    BKG113     1.50
               PLAN ISSUES.

06/19/08 JNP   REVIEW VOTING REPORT FROM EPIQ.      BKG113     0.10

06/19/08 MEF   TELEPHONE CONFERENCE WITH G. HARRIS  BKG113     0.10
               RE: LETTER TO INSURERS

06/19/08 MEF   MEMO TO GAREMORE RE: LETTER TO       BKG113     0.10
               INSURERS

06/19/08 MEF   REVIEW RESPONSES FROM INSURERS RE:   BKG113     0.20
               INFORMATION REQUEST

06/19/08 JNP   TELEPHONE CALL WITH M. KARBINER RE:  BKG113     0.10
               RBS CONTRACT ASSUMPTION.

SHAPES/ARCH HOLDINGS                         Jul  9, 2008     PAGE  57
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/19/08 MEF    TELEPHONE CONFERENCE WITH B. LENNON    BKG113    0.20
                RE: ARGONAUT CLAIM

06/19/08 JNP    TELEPHONE CALL WITH M. KARBINER RE:    BKG113    0.20
                EXECUTORY CONTRACTS.

06/19/08 JNP    TELEPHONE CALL WITH M. CHENEY RE:      BKG113    0.30
                PLAN ISSUES WITH INSURERS.

06/20/08 JNP    MEETING WITH P. FONTAINE RE:           BKG113    0.30
                ENVIRONMENTAL ISSUES.

06/20/08 JNP    TELEPHONE CONFERENCE WITH G.           BKG113    0.10
                ANGELITCH RE: BALLOT PROCESS.

06/20/08 JNP    TELEPHONE CONFERENCE WITH M. CHENEY    BKG113    0.20
                RE: ENVIRONMENTAL ISSUES IN PLAN.

06/20/08 MEF    REVIEW NUMEROUS MEMOS RE: ISRA         BKG113    0.20
                ISSUES/STATUS

06/20/08 JNP    TELEPHONE CONFERENCE WITH M. FELGER    BKG113    0.50
                RE: OBJECTIONS FOR PLAN CLAIM.

06/20/08 MEF    REVIEW SUMMARIES OF NEW CBAS           BKG113    0.30

06/20/08 MEF    MEMOS TO NATCITY RE: CBA ISSUES AND    BKG113    0.20
                HEARING (3)

06/20/08 MEF    MEMOS TO PARTIES RE: CBA STATUS AND    BKG113    0.30
                HEARING (5)

06/20/08 MEF    REVIEW AND REVISE 502(E) MOTION AND    BKG113    1.00
                CLAIM OBJECTIONS

06/20/08 MEF    TELEPHONE CONFERENCES WITH P. LEWIS    BKG113    0.30
                RE: UNION ISSUES/STATUS (2)

SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE  58
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/20/08 MEF    TELEPHONE CONFERENCE WITH P.      BKG113      0.20
                FONTAINE RE: SETTLEMENT APPROACH
                WITH DEP AND INSURERS

06/20/08 MEF    MEMOS TO FONTAINE, BEZARK, ET AL RE:   BKG113   0.20
                ENVIRONMENTAL STATUS AND CONFERENCE
                CALL (5)

06/20/08 MEF    REVIEW UPDATED VOTING SUMMARY     BKG113      0.20

06/20/08 MEF    MEMOS TO K. MCKENNA RE: 6/23      BKG113      0.10
                CONFERENCE

06/20/08 MEF    TELEPHONE CONFERENCE WITH D. MERKER   BKG113   0.30
                RE WORKERS COMPENSATION CLAIM ISSUES

06/20/08 MEF    DRAFT, REVISE AND FILE MOTION RE:    BKG113    2.50
                CLASS 9 CLAIMANTS

06/20/08 MEF    REVIEW DOCUMENTS, CLAIMS AND CASE    BKG113    1.00
                LAW RE: CLASS 9 MOTION

06/20/08 MEF    MEMOS TO A. BRODY RE: SCHEDULE 8.1   BKG113    0.30
                AND CONFIRMATION ORDER (3)

06/20/08 MEF    MEMOS TO CLIENT RE: REAL ESTATE      BKG113    0.10
                TRANSFER ISSUES (2)

06/20/08 MEF    REVISE NOTICE RE: SCHEDULE 8.1       BKG113    0.30

06/20/08 MEF    MEMOS TO P. LEWIS RE: UNION STATUS   BKG113    0.20
                (4)

06/20/08 SAB    E-MAILS REGARDING PLAN               BKG113    0.30

06/23/08 PF     WORKED ON DRAFT SETTLEMENT WITH      BKG113    3.20
                NJDEP RE ENVIRONMENTAL CLAIMS; PR
                CONFERENCE CALL WITH SHAPES TEAM;
                CALL WITH SAME; RW MOAS WITH NJDEP;

SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE  59
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/23/08 MEF    MEMO TO S. GRABELL RE: CLAIM          BKG113     0.10
                /CONTRACT ISSUES

06/23/08 MEF    MEMOS TO A. BRODY RE: CBA CONDITION   BKG113     0.20

06/23/08 JNP    TELEPHONE CONFERENCE WITH M. CHENEY   BKG113     0.10
                RE: PLAN ISSUES.

06/23/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY    BKG113     0.40
                RE: CBA CONDITION AND SCHEDULE 8.1
                (2)

06/23/08 JNP    E-MAIL FROM K. MCKENNA RE:            BKG113     0.10
                SUPPLEMENT TO ENVIRONMENTAL
                LITIGATION MEMO.

06/23/08 JNP    LETTER FROM K. MCKENNA RE: PARTIES    BKG113     0.10
                TO ENVIRONMENTAL SUITS.

06/23/08 JNP    TELEPHONE CONFERENCE WITH M. FELGER,  BKG113     1.60
                S. GRABELL AND M. JACOBY RE: PLAN
                ISSUES.

06/23/08 MEF    REVIEW AMENDMENT TO CBAS              BKG113     0.30

06/23/08 MEF    MEMOS TO H. COHEN (2) RE: PLAN        BKG113     0.10
                TREATMENT

06/23/08 MEF    MEMOS TO P. LEWIS RE: UNION           BKG113     0.30
                CONDITIONS (4)

06/23/08 JNP    TELEPHONE CONFERENCE WITH M. CHENEY   BKG113     0.40
                RE: ENVIRONMENTAL ISSUES.

06/23/08 MEF    MEMO TO J. SHAPIRO RE: CBA CONDITION  BKG113     0.10

06/23/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY   BKG113     0.30
                RE: PLAN ISSUES AND SCHEDULE 8.1

SHAPES/ARCH HOLDINGS                    Jul  9, 2008     PAGE  60
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/23/08 MEF    TELEPHONE CONFERENCE WITH P. LEWIS    BKG113    0.20
                RE: UNION STATUS

06/23/08 JNP    TELEPHONE CONFERENCE WITH M. FELGER   BKG113    0.90
                AND S. BEZARK (PART OF CALL) RE:
                ENVIRONMENTAL ISSUES.

06/23/08 MEF    CONFERENCE CALL WITH FONTAINE,        BKG113    0.80
                MCKENNA AND MARTIN RE: DEP AND
                INSURANCE ISSUES

06/23/08 MEF    TELEPHONE CONFERENCES WITH J.         BKG113    0.50
                POSLUSNY RE: PLAN ISSUES (2)

06/23/08 MEF    CONFERENCE CALL WITH JACOBY, GRABELL  BKG113    0.70
                AND POSLUSNY RE: PLAN, CLAIMS AND
                8.1 SCHEDULE

06/23/08 MEF    REVIEW AND REVISE NOTICE AND 8.1      BKG113    0.30
                SCHEDULE

06/23/08 MEF    MEMOS TO PARTIES RE: 6/24 HEARING     BKG113    0.50
                AND CBA CONDITION (5)

06/23/08 MEF    MEMOS TO NATCITY RE: CBA CONDITION    BKG113    0.40
                (3)

06/24/08 JNP    TELEPHONE CONFERENCE WITH K. MCKENNA  BKG113    0.50
                RE: ENVIRONMENTAL ISSUES FOR PLAN.

06/24/08 D R    PREPARE AFFIDAVIT OF PUBLICATION OF   BKG113    0.50
                CONFIRMATION HEARING.

06/24/08 JNP    TELEPHONE CONFERENCE WITH M. FELGER   BKG113    0.40
                RE: JDG STAY MOTION.

06/24/08 MEF    MEMOS TO NATCITY RE: BID STATUS (2)   BKG113    0.20

SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE  61
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/24/08 MEF    TELEPHONE CONFERENCE WITH H. COHEN    BKG113    0.30
                RE: PLAN TREATMENT

06/24/08 MEF    CONFERENCE CALL WITH INSURERS AND     BKG113    0.80
                SHAPES TEAM RE: DEP AND PENNSAUKEN
                SETTLEMENT ISSUES

06/24/08 MEF    MEMOS TO H. COHEN RE: OBJECTION       BKG113    0.20
                DEADLINE (3)

06/24/08 MEF    REVIEW EMAIL RE: DEP QUESTION RE:     BKG113    0.30
                ISRA EXEMPTION

06/24/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO  BKG113    0.20
                RE: PLAN ISSUE AND STATUS OF VERSA
                BID

06/24/08 MEF    CONFERENCE CALL WITH BEZARK, BRODY    BKG113    0.60
                AND MCKENNA RE: 362 MOTION AND
                POLLOCK PLAN LANGUAGE

06/24/08 MEF    MEMOS TO R. POLLOCK RE: CONFERENCE    BKG113    0.20
                CALL

06/24/08 JNP    TELEPHONE CONFERENCE WITH M. FELGER   BKG113    0.40
                RE: PLAN ISSUES.

06/24/08 MEF    MEMOS TO P. LEWIS RE: TEAMSTERS       BKG113    0.20
                ISSUES (2)

06/24/08 MEF    MEMO TO PARTIES RE: ARGONAUT ANALYSIS BKG113    0.10

06/24/08 MEF    TELEPHONE CONFERENCE WITH B. LENNON   BKG113    0.30
                RE: ARGONAUT CORP. ISSUE

06/24/08 JNP    E-MAIL FROM R. POLLACK RE: SL'S       BKG113    0.20
                ISSUES WITH PLAN AND PROPOSED
                SETTLEMENT.

SHAPES/ARCH HOLDINGS                      Jul 9, 2008      PAGE  62
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/25/08 JNP    TELEPHONE CONFERENCE WITH M. CHENEY    BKG113    0.20
                RE: ENVIRONMENTAL ISSUES IN PLAN.

06/25/08 JNP    REVIEW STATUS OF VOTING FROM EPIQ.      BKG113    0.20

06/25/08 JNP    TELEPHONE CONFERENCE WITH P. DONAHUE    BKG113    0.20
                RE: CROWN CREDIT PLAN ISSUES.

06/25/08 JNP    CONFERENCE CALL WITH P. FONTAINE, M.    BKG113    1.10
                FELGER, S. GRABELL AND S. BLOCH RE:
                SETTLEMENT WITH NJDEP.

06/25/08 JNP    E-MAIL M. FELGER RE: ENVIRONMENTAL      BKG113    1.00
                ISSUES IN PLAN.

06/25/08 JNP    READ AND REPLY TO E-MAIL FROM R.        BKG113    0.10
                MUNIN RE: PLAN VOTING.

06/25/08 JNP    TELEPHONE CONFERENCE WITH K. MCKENNA    BKG113    0.30
                RE: ENVIRONMENTAL ISSUES IN PLAN.

06/25/08 JNP    CONFERENCE CALL WITH INSURERS RE:       BKG113    0.60
                PLAN ISSUES.

06/25/08 D R    RESPOND TO VARIOUS CALLS FROM           BKG113    0.30
                PARTIES RECEIVING NOTICE OF
                CONFIRMATION HEARING.

06/25/08 JNP    E-MAIL EPIQ RE: ADDITIONAL PARTIES      BKG113    0.10
                TO SERVE WITH DOCUMENTS.

06/25/08 MEF    MEMOS TO J. POSLUSNY RE:                BKG113    0.40
                CONFIRMATION ISSUES (8)

06/25/08 MEF    MEMOS TO NATCITY RE: BIDS               BKG113    0.20

06/25/08 MEF    MEMOS TO COMMITTEE AND HIG RE:          BKG113    0.20
                CONFIRMATION HEARING (3)

SHAPES/ARCH HOLDINGS                          Jul 9, 2008     PAGE  63
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/25/08 MEF    REVIEW SUMMARY OF VOTING RESULTS AND   BKG113    0.20
                MEMO RE: SAME

06/25/08 MEF    MEMOS TO PARTIES RE: BID AND AUCTION   BKG113    0.20

06/25/08 MEF    MEMOS TO J. SHAPIRO RE: BID (2)        BKG113    0.10

06/26/08 MEF    REVIEW CASE LAW RE: INSURANCE ISSUES   BKG113    0.70

06/26/08 MEF    REVIEW MEMOS RE: EXECUTORY CONTRACT    BKG113    0.20
                UPDATE

06/26/08 MEF    MEMOS TO PARTIES RE: EPA COUNTER       BKG113    0.20
                PROPOSAL

06/26/08 MEF    REVIEW EPA SPREADSHEET RE: CLAIMS      BKG113    0.20
                ASSESSMENT

06/26/08 MEF    REVISE PLAN RE: SL INDUSTRIES ISSUES   BKG113    0.30

06/26/08 MEF    REVIEW EPA MEMO AND PLAN MARK-UP RE:   BKG113    0.30
                COUNTER PROPOSAL

06/26/08 MEF    REVIEW RESPONSE MEMO TO DEP RE: ISRA   BKG113    0.20
                EXEMPTION ISSUE

06/26/08 MEF    CONFERENCE CALL WITH MCKENNA,          BKG113    0.80
                BEZARK, FONTAINE, POSLUSNY AND
                GRABELL RE: PREPARATION FOR INSURERS
                CALL

06/26/08 MEF    CONFERENCE CALL WITH SHAPES TEAM AND   BKG113    0.80
                INSURERS RE: ENVIRONMENTAL CLAIM
                ANALYSIS/STRATEGY

06/26/08 MEF    REVIEW MEMO FROM MERKER RE: WORKERS    BKG113    0.30
                COMPENSATION STATUS AND RESPOND

SHAPES/ARCH HOLDINGS                    Jul  9, 2008    PAGE  64
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/26/08 MEF    MEMOS TO COMMITTEE (2) RE:        BKG113    0.20
                PENNSAUKEN LANDFILL ISSUES

06/26/08 MEF    REVIEW PLAN VOTING SUMMARY (UPDATE)   BKG113    0.20

06/26/08 MEF    CONFERENCE CALL WITH BRODY, BEZARK,   BKG113    1.20
                AND POSLUSNY RE: NUMEROUS PLAN
                ISSUES (2)

06/26/08 MEF    CONFERENCE CALL WITH BRODY, BEZARK,   BKG113    1.00
                POLLACK, ET AL RE: SL INDUSTRIES
                PLAN ISSUES

06/26/08 MEF    MEMOS TO PARTIES RE: SCHEDULING OF    BKG113    0.30
                CONFERENCE CALLS (10)

06/26/08 MEF    MEMOS TO J. GAREMORE (4) RE:          BKG113    0.30
                EXTENSION TO VOTE AND OBJECT

06/26/08 JNP    TELEPHONE CONFERENCE WITH J.          BKG113    0.20
                GAREMORE RE: OBJECTION TO
                ENVIRONMENTAL CLAIMS FOR PLAN.

06/26/08 JNP    TELEPHONE CONFERENCE WITH M. FELGER   BKG113    0.50
                RE: ENVIRONMENTAL PLAN ISSUES.

06/26/08 JNP    CONFERENCE CALL WITH M. FELGER, S.    BKG113    0.80
                BEZARK, K. MCKENNA RE: ENVIRONMENTAL
                ISSUES IN THE PLAN.

06/26/08 JNP    READ AND REPLY TO E-MAIL FROM M.      BKG113    0.20
                FELGER RE: PENNSAUKEN ENVIRONMENTAL
                ISSUES FOR PLAN.

06/26/08 JNP    TELEPHONE CONFERENCE WITH P.          BKG113    0.20
                FONTAINE AND R. ENGEL RE: SETTLEMENT
                OF ENVIRONMENTAL ISSUES WITH STATE.

SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE  65
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/26/08 JNP     REVIEW MET LUMBER OBJECTION TO      BKG113     0.10
                 ASSUMPTION.

06/26/08 JNP     TELEPHONE CONFERENCE WITH M. CHENEY  BKG113     0.20
                 RE: ENVIRONMENTAL PLAN ISSUES.

06/26/08 JNP     RESEARCH SECURED CLAIMS FOR          BKG113     0.30
                 POTENTIAL PLAN ISSUES.

06/26/08 JNP     REVIEW PLAN VOTING UPDATE FROM EPIQ.  BKG113     0.10

06/26/08 JNP     TELEPHONE CONFERENCE WITH K. MCKENNA  BKG113     0.40
                 RE: EPA PLAN ISSUES.

06/26/08 JNP     CONFERENCE CALL (PART OF CALL) WITH   BKG113     1.10
                 M. FELGER, A. BRODY AND S. BEZARK
                 RE: ENVIRONMENTAL ISSUES IN PLAN.

06/26/08 MEF     TELEPHONE CONFERENCE WITH J.          BKG113     0.30
                 GAREMORE RE: PLAN ISSUES

06/26/08 JNP     REVIEW EPA PROPOSED PLAN LANGUAGE.    BKG113     0.30

06/26/08 JNP     CONFERENCE CALL WITH INSURERS RE:     BKG113     0.70
                 PLAN ISSUES.

06/27/08 MEF     MEMOS TO K. MCKENNA RE: PENNSAUKEN    BKG113     0.20
                 LITIGATION

06/27/08 JNP     TELEPHONE CALL WITH M. FELGER RE:     BKG113     0.30
                 ENVIRONMENTAL PLAN ISSUES.

06/27/08 MEF     TELEPHONE CONFERENCE WITH J.          BKG113     0.40
                 POSLUSNY RE: VARIOUS PLAN ISSUES

06/27/08 JNP     TELEPHONE CALL WITH S. BEZARK RE:     BKG113     0.40
                 EPA PLAN ISSUES.

```
SHAPES/ARCH HOLDINGS                      Jul  9, 2008     PAGE  66
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/27/08 JNP    CONFERENCE CALL WITH K. MCKENNA, S.    BKG113    0.90
                BEZARK AND EPA RE: SETTLEMENT FOR
                PLAN.

06/27/08 MEF    TELEPHONE CONFERENCE WITH GAREMORE     BKG113    0.50
                AND CARNEY RE: SETTLEMENT PROPOSAL

06/27/08 MEF    MEMOS TO BRODY AND POLLACK RE:         BKG113    0.20
                OBJECTION DEADLINE (2)

06/27/08 MEF    REVIEW VOTING RESULTS UPDATE           BKG113    0.20

06/27/08 MEF    MEMOS TO CLIENT RE: NEW JERSEY         BKG113    0.20
                OBJECTION (3)

06/27/08 MEF    MEMOS TO CLIENT AND PROFESSIONALS      BKG113    0.40
                RE: PENNSAUKEN LANDFILL LITIGATION
                ISSUES (4)

06/27/08 JNP    REVIEW DRAFT SETTLEMENT WITH DEP.      BKG113    0.40

06/27/08 JNP    TELEPHONE CALL WITH D. SCHUFF AND H.   BKG113    0.20
                COHEN RE: ENVIRONMENTAL ISSUES IN
                PLAN.

06/27/08 JNP    REVIEW BURLINGHAM CURE OBJECTION.      BKG113    0.10

06/27/08 MEF    MEMOS TO HIG RE: EFFECTIVE DATE (2)    BKG113    0.20

06/27/08 MEF    MEMOS TO POSLUSNY AND JACOBY (5) RE:   BKG113    0.60
                PLAN ISSUES AND "TO DO" ITEMS

06/27/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG113    0.20
                EPA PLAN ISSUES.

06/27/08 MEF    MEMOS TO CLIENT RE: ARROWWOOD AND      BKG113    0.20
                ARGONAUT (2)
```

SHAPES/ARCH HOLDINGS                          Jul  9, 2008    PAGE  67
FILE NUMBER: 220718.000
INVOICE NO.: ******


| 06/27/08 JNP | TELEPHONE CALL WITH K. MCKENNA RE: ENVIRONMENTAL PLAN ISSUES. | BKG113 | 0.20 |
|---|---|---|---|
| 06/27/08 JNP | EMAIL M. FELGER RE: RESULTS OF CALL WITH H. COHEN. | BKG113 | 0.10 |
| 06/27/08 JNP | TELEPHONE CALL WITH J. GIBBONS RE: COMMENTS TO PLAN LANGUAGE. | BKG113 | 0.40 |
| 06/27/08 JNP | TELEPHONE CALL WITH M. FELGER RE: PLAN ISSUES. | BKG113 | 0.50 |
| 06/27/08 JNP | TELEPHONE CALL WITH A. BRODY, S. BEZARK AND H. COHEN. | BKG113 | 0.40 |
| 06/27/08 JNP | TELEPHONE CALL WITH S. GRABELL RE: SCHEDULE 8.1 OF PLAN. | BKG113 | 0.20 |
| 06/29/08 JNP | EMAIL FROM M. JACOBY RE: ESTIMATED PROFESSIONAL FEES. | BKG113 | 0.10 |
| 06/29/08 JNP | REVIEW NJ TAX OBJECTION TO CONFIRMATION. | BKG113 | 0.30 |
| 06/29/08 JNP | EMAIL M. FELGER RE: REVIEW OF NJ TAX OBJECTION TO CONFIRMATION. | BKG113 | 0.20 |
| 06/29/08 JNP | EMAIL FROM M. JACOBY WITH ANALYSIS OF ADMINISTRATION AND PRIORITY CLAIMS FOR CONFIRMATION. | BKG113 | 0.20 |
| 06/29/08 JNP | EDIT PROPOSED DEP SETTLEMENT AND EMAIL TO M. FELGER AND P. FONTAINE. | BKG113 | 0.90 |
| 06/30/08 D R | WORK ON INFORMATION FOR J. POSLUSNY RE: CONFIRMATION AFFIDAVITS. | BKG113 | 0.30 |

SHAPES/ARCH HOLDINGS                        Jul  9, 2008      PAGE  68
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/30/08 MEF    TELEPHONE CONFERENCES WITH J.        BKG113    0.50
                POSLUSNY RE: OBJECTIONS TO PLAN AND
                OTHER PLAN ISSUES (2)

06/30/08 MEF    CONFERENCE CALL WITH GRABELL,        BKG113    0.70
                BEZARK, MCKENNA, POSLUSNY, FONTAINE,
                MARTIN AND BRODY RE: STATUS OF
                NEGOTIATIONS WITH ENVIRONMENTAL
                CLAIMANTS

06/30/08 MEF    CONFERENCE CALL WITH SHAPES TEAM AND  BKG113    0.80
                INSURERS RE: POTENTIAL SETTLEMENTS
                WITH ENVIRONMENTAL CLAIMANTS

06/30/08 D R    CONFERENCE WITH J. POSLUSNY RE:       BKG113    0.20
                OBJECTIONS TO PLAN CONFIRMATION AND
                PLAN SUPPLEMENT.

06/30/08 MEF    REVIEW MEMOS FROM CLIENT RE: NEW      BKG113    0.20
                JERSEY TAX CLAIM (3)

06/30/08 MEF    REVIEW OBJECTIONS TO CONFIRMATION BY  BKG113    0.50
                STATE OF NEW JERSEY, SL INDUSTRIES
                AND CENTURY

06/30/08 MEF    MEMOS TO ARCH RE: VARIOUS PLAN ISSUES BKG113    0.30

06/30/08 MEF    REVIEW PROPOSED LANGUAGE FROM         BKG113    0.30
                LIBERTY TO RESOLVE PLAN OBJECTION

06/30/08 MEF    MEMOS TO CLIENT RE: OPEN PLAN ISSUES  BKG113    0.40

06/30/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY    BKG113    0.40
                RE: CONFIRMATION ISSUES

06/30/08 D R    CONFERENCE WITH J. POSLUSNY RE:       BKG113    0.20
                CONFIRMATION ISSUES.

SHAPES/ARCH HOLDINGS                          Jul  9, 2008     PAGE  69
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/30/08 MEF    TELEPHONE CONFERENCES WITH STATE OF   BKG113    0.30
                NEW JERSEY AND FOLLOW UP EMAIL RE:
                PLAN OBJECTION (2)

06/30/08 JNP    REVIEW CCMUA OBJECTION TO             BKG113    0.10
                CONFIRMATION.

06/30/08 JNP    READ/REPLY TO EMAIL FROM D. FRANKEL   BKG113    0.20
                RE: EPA PLAN ISSUES.

06/30/08 MEF    TELEPHONE CONFERENCE WITH P.          BKG113    0.20
                SORENSEN RE: NEW JERSEY TAX ISSUES

06/30/08 MEF    MEMOS TO CIT RE: PLAN ISSUES          BKG113    0.10

06/30/08 MEF    TELEPHONE CONFERENCE WITH B. LENNON   BKG113    0.20
                RE: ARGONAUT ISSUES

06/30/08 MEF    TELEPHONE CONFERENCE WITH J. FLYNN    BKG113    0.30
                RE: ARROWOOD ISSUES

06/30/08 MEF    REVIEW AND REVISE PLAN RE: OPEN       BKG113    0.50
                ISSUES

06/30/08 MEF    REVIEW PLAN VOTING REPORT             BKG113    0.20

06/30/08 MEF    REVIEW PLAN OBJECTION BY CAMDEN       BKG113    0.30
                COUNTY

06/30/08 MEF    MEMOS TO COMMITTEE, ET AL RE: PLAN    BKG113    0.50
                VOTING SUMMARY AND OPEN ISSUES

06/30/08 MEF    MEMOS TO PROFESSIONALS RE: ESCROW     BKG113    0.30
                ACCOUNT

06/30/08 JNP    TELEPHONE CALL WITH M. FELGER RE:     BKG113    0.60
                PLAN ISSUES.

SHAPES/ARCH HOLDINGS                          Jul  9, 2008     PAGE  70
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/30/08 JNP    REVIEW CENTURY OBJECTION TO        BKG113    0.40
                CONFIRMATION.

06/30/08 JNP    CONFERENCE CALL WITH INSURERS RE:  BKG113    1.20
                ENVIRONMENTAL ISSUES.

06/30/08 JNP    CONFERENCE CALL WITH M. FELGER; P. BKG113    1.00
                FONTAINE, S. GRABELL, A. BRODY AND
                S. BEZARK RE: ENVIRONMENTAL ISSUES
                IN PLAN.

06/30/08 JNP    REVIEW PROPOSED SETTLEMENT WITH    BKG113    0.20
                EVAN/D'IMPERION/LIGHMAN PARTIES.

06/30/08 JNP    LETTER FROM D. BUONGIORNO RE:      BKG113    0.10
                WITHDRAWL OF COOK COMPOSITES CLAIMS.

06/30/08 MEF    REVIEW MEMOS TO DEP RE: SETTLEMENT BKG113    0.20
                AGREEMENT

06/30/08 JNP    REVIEW SL INDUSTRIES OBJECTION TO  BKG113    0.20
                CONFIRMATION.

06/30/08 MEF    REVIEW MEMO FROM EPA RE: SETTLEMENT BKG113   0.20
                OFFERS

06/30/08 JNP    REVIEW PROPOSED PRELIMINARY        BKG113    0.10
                OBJECTION TO CURE AMOUNT UNDER
                SCHEDULE 8.1

06/30/08 JNP    TELEPHONE CALL WITH M. CHENEY RE:  BKG113    0.30
                LIBERTY MUTUAL'S PROPOSED PLAN
                LANGUAGE.

06/30/08 JNP    REVIEW LIBERTY MUTUAL'S PROPOSED   BKG113    0.40
                PLAN LANGUAGE FOR ENVIRONMENTAL
                CLAIMS.

```
SHAPES/ARCH HOLDINGS                      Jul 9, 2008      PAGE  71
FILE NUMBER: 220718.000
INVOICE NO.: ******
```

| | | | | |
|---|---|---|---|---|
| 06/30/08 JNP | EMAIL FROM M. FELGER RE: PLAN VOTING RESULTS. | BKG113 | 0.10 | |
| 06/30/08 MEF | BEGIN TO OUTLINE CONFIRMATION AFFIDAVITS | BKG113 | 0.70 | |
| 06/30/08 JNP | EMAIL M. FELGER RE: EPA SETTLEMENT UNDER PLAN. | BKG113 | 0.10 | |
| 06/30/08 JNP | CONFERENCE CALL WITH K. MCKENNA, S. BEZARK RE: EPA PLAN ISSUES. | BKG113 | 0.30 | |
| 06/30/08 JNP | CONFERENCE CALL WITH K. MCKENNA, S. BEZARK AND EPA ATTORNEYS RE: SETTLEMENT OF PLAN ISSUES. | BKG113 | 0.50 | |
| | TOTAL PLAN AND DISCLOSURE STATEMENT | | 133.60 | $58227.50 |

SHAPES/ARCH HOLDINGS                          Jul  9, 2008     PAGE   72
FILE NUMBER: 220718.000
INVOICE NO.: ******

          RELIEF FROM STAY PROCEEDINGS

06/01/08 JNP     READ/REPLY TO EMAIL FROM W. CALLAHAN    BKG114     0.10
                 RE: DE LAGE STAY MOTION.

06/02/08 JNP     READ/REPLY TO EMAIL FROM W. CALLAHAN    BKG114     0.20
                 RE: DE LAGE STAY MOTION.

06/02/08 JNP     CALL FROM NORMA C. INFINITY RE:         BKG114     0.10
                 INTENT ON LEASE.

06/03/08 JNP     TELEPHONE CALL WITH W. CALLAHAN RE:     BKG114     0.10
                 SETTLEMENT OF DE LAGE STAY MOTION.

06/09/08 JNP     TELEPHONE CALL WITH E. GANC RE: DE      BKG114     0.10
                 LAGE MOTION.

06/09/08 JNP     EMAIL M. FELGER, S. GRABELL AND M.      BKG114     0.10
                 JACOBY RE: DE LAGE STAY MOTION.

06/09/08 JNP     REVIEW L. SMITH STAY MOTION.            BKG114     0.20

06/09/08 JNP     TELEPHONE CALL WITH D. GOLLIN RE:       BKG114     0.30
                 SHEEHAN STAY MOTION; EPA ISSUES.

06/09/08 JNP     TELEPHONE CALL WIT B. REED RE:          BKG114     0.10
                 SHEEHAN STAY MOTION.

06/10/08 JNP     TELEPHONE CALL WITH K. MCKENNA AND      BKG114     0.50
                 S. BEZARK RE: JOINT DEFENSE GROUP
                 STAY MOTION.

06/10/08 JNP     TELEPHONE CALL WITH S. KOBIL RE:        BKG114     0.10
                 JOINT DEFENSE GROUP STAY MOTION.

06/10/08 JNP     REVIEW JOINT DEFENSE GROUP STAY         BKG114     0.40
                 MOTION.

06/10/08 D R     REVIEW DOCUMENTS FOR J. POSLUSNY RE:    BKG114     0.20
                 PSEG STAY RELIEF MOTION.

SHAPES/ARCH HOLDINGS                    Jul  9, 2008      PAGE   73
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/10/08 JNP   READ/RESPOND TO EMAIL FROM E. GANC    BKG114    0.10
               RE: SHEEHAN AND DE LAGE STAY MOTION.

06/11/08 JNP   TELEPHONE CALL WITH D. GOLLIN RE:     BKG114    0.30
               PENDING STAY MOTIONS.

06/11/08 JNP   TELEPHONE CALL WITH D. GOLLIN RE:     BKG114    0.10
               SHEEHAN STAY MOTION.

06/12/08 JNP   CONFERENCE CALL WITH M. FELGER, P.    BKG114    1.50
               FONTAINE, S. BEZARK, D. GOLLIN AND
               S. GRABELL RE: ISRA ISSUES.

06/12/08 JNP   DRAFT ADDITIONAL COMMENTS TO          BKG114    0.20
               PENNSAUKEN STAY ORDER.

06/13/08 JNP   TELEPHONE CALL WITH B. REED RE:       BKG114    0.10
               SHEEHAN STAY MOTION.

06/13/08 JNP   EMAIL B. REED RE: SHEEHAN STAY        BKG114    0.10
               MOTION.

06/16/08 JNP   TELEPHONE CALL FROM COURT RE:         BKG114    0.10
               SHEEHAN STAY MOTION; EMAIL B. REED
               RE: SAME.

06/16/08 JNP   RESEARCH RE: STAY RELIEF FOR EEOC     BKG114    0.60
               CLAIM.

06/16/08 JNP   EMAIL FROM S. GRABEL RE: DE LAGE      BKG114    0.10
               SETTLEMENT.

06/16/08 JNP   RESEARCH/DRAFT RESPONSE TO SMITH      BKG114    1.30
               STAY MOTION.

06/17/08 JNP   TELEPHONE CALL WITH D. WALTON RE:     BKG114    0.20
               SMITH EEOC CLAIM.

06/18/08 JNP   DRAFT OBJECTION TO SMITH STAY MOTION. BKG114    0.30

SHAPES/ARCH HOLDINGS                    Jul  9, 2008    PAGE  74
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/18/08 JNP    EDIT REVISED CONSENT ORDER FOR     BKG114    0.20
                PENNSAUKEN STAY RELIEF; PREPARE
                ADDITIONAL COMMENTS.

06/19/08 JNP    TELEPHONE CALL WITH W. CALLAHAN RE:  BKG114   0.20
                DE LAGE STAY MOTIONS.

06/19/08 JNP    REVIEW REVISED PENNSAUKEN STAY ORDER.  BKG114  0.10

06/19/08 JNP    EMAILS TO/FROM S. GRABELL AND M.    BKG114    0.10
                FELGER RE: DE LAGE SETTLEMENT.

06/19/08 JNP    TELEPHONE CALL WITH B. MILLER RE:   BKG114    0.30
                BLUE RIDGE CLAIM AND STAY RELIEF.

06/20/08 JNP    READ/REPLY TO E-MAIL FROM W.        BKG114    0.10
                CALLAHAN RE: DE LAGE STAY MOTION
                SETTLEMENT.

06/20/08 MEF    REVIEW 362 MOTION BY JDG            BKG114    0.20

06/22/08 JNP    EDIT RESPONSE TO SMITH MOTION.      BKG114    0.20

06/23/08 JNP    E-MAIL B. REED RE: SHEEHAN STAY     BKG114    0.10
                MOTION.

06/23/08 MEF    REVISE RESPONSE TO EEOC MOTION      BKG114    0.30

06/23/08 JNP    EDIT RESPONSE TO SMITH STAY MOTION  BKG114    0.20
                PER COMMENTS FROM MEF.

06/23/08 JNP    REVIEW SHEEHAN'S STAY MOTION; E-MAIL  BKG114  0.20
                S. GRABELL RE: SAME.

06/23/08 MEF    CONFERENCE CALL WITH BEZARK, MCKENNA  BKG114  0.50
                AND POSLUSNY RE: JDG 362 MOTION

06/24/08 MEF    MEMOS TO D. SHUFF RE: ADJOURNMENT OF  BKG114  0.40
                HEARING ON 362 MOTION (5)

SHAPES/ARCH HOLDINGS                    Jul  9, 2008    PAGE  75
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/24/08 MEF    TELEPHONE CONFERENCES WITH J.      BKG114    0.40
                POSLUSNY RE RESPONSE TO 362 MOTION
                (2)

06/24/08 JNP    TELEPHONE CONFERENCE WITH M. FELGER  BKG114  0.40
                RE: JDG STAY MOTION.

06/24/08 MEF    CONFERENCE CALL WITH MCKENNA,       BKG114    0.60
                BEZARK, POSLUSNY AND GRABELL RE: 362
                MOTION RESPONSE

06/24/08 JNP    TELEPHONE CONFERENCE WITH K. MCKENNA  BKG114  0.20
                RE: JDG STAY MOTION.

06/24/08 D R    PREPARE/EFILING OF CERTIFICATION OF  BKG114   0.30
                SERVICE RE: RESPONSE TO LISTON SMITH
                STAY MOTION; LETTER SERVING SAME ON
                MR. SMITH.

06/24/08 JNP    DRAFT RESPONSE TO JDG STAY MOTION.   BKG114    3.40

06/24/08 JNP    CONFERENCE CALL WITH M. FELGER, S.   BKG114    0.60
                GRABELL, S. BEZARK AND K. MCKENNA
                RE: JDG STAY MOTION.

06/25/08 JNP    TELEPHONE CONFERENCE WITH L. SMITH   BKG114    0.20
                RE: EEOC STAY MOTION.

06/26/08 JNP    DRAFT CONSENT ORDER FOR DELAGE STAY  BKG114    1.80
                MOTION.

06/26/08 JNP    E-MAIL W. CALLAHAN RE: DELAGE        BKG114    0.10
                SETTLEMENT.

06/26/08 MEF    REVIEW AND REVISE DELAGE CONSENT     BKG114    0.30
                ORDER

SHAPES/ARCH HOLDINGS                        Jul  9, 2008     PAGE  76
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/26/08 JNP     TELEPHONE CONFERENCE WITH W.         BKG114      0.20
                 CALLAHAN RE: SETTLEMENT OF DELAGE
                 STAY MOTIONS.

06/26/08 JNP     DRAFT RESPONSE TO JDG STAY MOTION.   BKG114      0.60

06/26/08 JNP     EDIT DELAGE STIPULATION PER COMMENTS BKG114      0.20
                 FROM M. FELGER.

06/27/08 JNP     REVIEW REVISED SCHEDULE 8.1 AND      BKG114      0.20
                 EMAIL W. CALLAHAN RE: ADDITIONAL DE
                 LAGE LEASES TO REJECT.

06/27/08 JNP     DRAFT RESPONSE TO JDG STAY MOTION.   BKG114      0.40

06/27/08 MEF     MEMOS TO CLIENT RE: DE LAGE          BKG114      0.20
                 SETTLEMENT (3)

06/27/08 JNP     READ/REPLY TO EMAILS FROM M. FELGER, BKG114      0.10
                 S. GRABELL AND P. SORENSEN RE: DE
                 LAGE STAY MOTION SETTLEMENT.

06/27/08 JNP     READ/REPLY TO EMAILS (X3) FROM W.    BKG114      0.10
                 CALLAHAN RE: DE LAGE STAY MOTION
                 SETTLEMENT.

06/29/08 JNP     DRAFT RESPONSE TO JDG STAY MOTION.   BKG114      2.40

06/29/08 JNP     REVIEW DE LAGE'S COMMENTS TO         BKG114      0.30
                 SETTLEMENT ORDER; EMAIL S. GRABELL
                 RE: SAME.

06/30/08 JNP     REVIEW FURTHER REVISED PROPOSED      BKG114      0.20
                 SETTLEMENT OF DE LAGE STAY MOTION.

06/30/08 JNP     EDIT RESPONSE TO JDG STAY MOTION PER BKG114      0.40
                 COMMENTS FROM M. FELGER.

```
SHAPES/ARCH HOLDINGS                          Jul  9, 2008    PAGE  77
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/30/08 JNP    READ/REPLY EMAIL W. CALLAHAN (X2)     BKG114     0.20
                RE: SETTLEMENT OF DE LAGE STAY
                MOTIONS.

06/30/08 MEF    REVIEW AND REVISE JDG RESPONSE        BKG114     0.40

         TOTAL RELIEF FROM STAY PROCEEEDINGS                   24.80    $9705.00
```

SHAPES/ARCH HOLDINGS                    Jul  9, 2008    PAGE  78
FILE NUMBER: 220718.000
INVOICE NO.: ******

      REGULATORY COMPLIANCE

06/10/08 PF     CONFERENCE WITH J. POSLUSNY RE: ISRA   BKG115    2.50
                ISSUES; REVIEW DOCUMENTATION.

06/12/08 PF     REVIEW BANKRUPTCY DOCUMENTS,           BKG115    6.40
                ENVIRONMENTAL REPORTS, ISRA STATUS
                IN PREPARATION OF CONFERENCE CALL
                WITH SHAPES AND BUYER; TELEPHONE
                CALL WITH SAME; ANALYSIS OF ISRA
                EXEMPTIONS; TELEPHONE CALL WITH
                NJDEP (LEFT MESSAGE); TELEPHONE CALL
                WITH M. FELGER AND S. BLOCH; DRAT
                EMAIL SETTING OUT ISRA EXEMPTIONS
                STATUS; TELEPHONE CALL WITH NJDEP
                RE: SHAPES BANKRUPTCY ISSUES;
                TELEPHONE CALL WITH M. FELGER AND J.
                NASH RE: BANKRUPTCY ISSUES.

06/12/08 JNP    EMAIL FROM P. FONTAINE RE: ISRA        BKG115    0.10
                STRATEGY.

06/13/08 PF     REVIEW S. BLOCH'S EMAIL RE: ISRA       BKG115    4.20
                EXEMPTION; REVIEW ISRA REGULATIONS;
                TELEPHONE CALL WITH M. FELGER RE:
                ISRA ISSUES; TELEPHONE CALL WITH
                NJDEP'S D. RYAN; DRAFT EMAIL TO M.
                FELGER RE: STATUS; REVIEW DOCUMENTS.

06/17/08 PF     TELEPHONE CALL WITH S. BEZARK, ET      BKG115    3.00
                AL. RE: PREPARATION FOR NJDEP
                MEETING; DRAFT EMAIL TO NJDEP RE:
                SAME; PREPARE FOR MEETING.

06/18/08 PF     PREPARE FOR MEETING WITH NJDEP RE:     BKG115    7.50
                SHAPES ENVIRONMENTAL MATTERS; DRAFT
                MEMO OUTLINING FACTS; TELEPHONE CALL
                WITH R. ENGEL OF NJ ATTORNEY
                GENERAL'S OFFICE; ADDITIONAL DRAFT

SHAPES/ARCH HOLDINGS                        Jul  9, 2008     PAGE  79
FILE NUMBER: 220718.000
INVOICE NO.: ******

                    OF EMAIL TO NJDEP; REVIEW COMMENTS
                    FROM S. GRABELL AND M. FELGER AND S.
                    BLOCH; TELEPHONE CALL WITH S.
                    BEZARK; REVIEW COMMENTS ON ISRA
                    EMAIL; DRAFT MODIFICATIONS TO SAME.

06/20/08 PF        CONFERENCE WITH J. POSLUSNY RE:          BKG115     2.30
                    ENVIRONMENTAL ISSUES; REVIEW
                    CONTRIBUTION PROTECTION PROVISION
                    FROM SPILL ACT; TELEPHONE CALL WITH
                    M. FELGER RE: PROPOSED APPROACH;
                    TELEPHONE CALL WITH S. BEZARK RE:
                    SAME.

06/21/08 PF        TELEPHONE CONFERENCE WITH S. BEZARK     BKG115     0.40
                    RE CONTRIBUTION PROTECTION
                    SETTLEMENTS AND NEXT STEPS; RW ISRA
                    EMAIL TO NJDEP RE OTHER CLAIMS.

06/24/08 PF        PREPARE FOR CONFERENCE CALL WITH        BKG115     5.40
                    INSURERS; REVIEW EMAIL FROM NJDEPÆS
                    J. BONO REQESTING FOLLOWUP
                    INFORMATION; CONFERENCE WITH D.
                    FRANKENTHALER RE SCOPE OF
                    CONTRIBUTION PROTECTION; REVIEW
                    RESPONSE FROM S. GRABELL; REVIEW
                    VARIOUS OPERATING AGREEMENTS AND
                    SCHEDULE OF MANAGERS;

06/24/08 SAB       TELEPHONE CALL WITH SGRABELL            BKG115     0.30
                    REGARDING ENVIRONMENTAL REQUESTS

06/25/08 SAB       CONFERENCE CALL WITH MFELGER,           BKG115     1.00
                    PFONTAINE, JPOSLUSNY AND SGRABELL
                    REGARDING ENVIRONMENTAL MATTERS

```
SHAPES/ARCH HOLDINGS                    Jul  9, 2008      PAGE   80
FILE NUMBER: 220718.000
INVOICE NO.: ******
```

| 06/25/08 PF | ADDITIONAL REVIEW OF DOCUMENTS SENT BY S. BLOCH AND S. GRABELL RE SHAPES CORPORATE STRUCTURE; TELEPHONE CONFERENCE WITH S. GRABELL ET AL. RE SAME; REVIEW INSURANCE DOCUMENTS FROM S. GRABELL; DRAFT SETTLEMENT AGREEMENT WITH NJDEP; TELEPHONE CONFERENCE WITH SHAPES INSURANCE CARRIERS; DRAFT COMPREHENSIVE RESPONSE TO NJDEP FOLLOWUP REQUESTS FOR INFORMATION; | BKG115 | 6.30 |
|---|---|---|---|
| 06/26/08 PF | ADDITIONAL DRAFT RESPONSE TO NJDEP REQUEST FOR INFORMATION; TELEPHONE CONFERENCE WITH SHAPES TEAM; TELEPHONE CONFERENCE WITH INSURANCE CARRIERS; DRAFT SETTLEMENT DOCUMENT WITH NJDEP RE ENVIRONMENTAL CLAIMS; | BKG115 | 8.00 |
| 06/26/08 SAB | REVIEW ISRA SUBMISSION AND CHECK VARIOUS DOCUMENTS FOR ACCURACY | BKG115 | 1.00 |
| 06/27/08 SAB | REVIEW E-MAIL OF ISRA SUBMISSION | BKG115 | 0.20 |
| 06/27/08 SAB | REVIEW ENVIRONMENTAL SETTLEMENT AGREEMENT; PREPARE E-MAIL OF COMMENTS | BKG115 | 1.30 |
| 06/27/08 PF | ADDITIONAL TELEPHONE CONFERENCE WITH SHAPES BANKRUPTCY TEAM; TELEPHONE CONFERENCE WITH S. GRABELL RE RESPONSE TO NJDEP; DRAFT FINAL PROVISIONS OF RESPONSE TO NJDEP; FINAL DRAFT SETTLEMENT AGREEMENT WITH NJDEP; REVIEW COMMENTS FROM S. BLOCH; DRAFT ADDITIONAL CHANGES TO SETTLEMENT AGREEMENT; | BKG115 | 7.30 |

SHAPES/ARCH HOLDINGS                    Jul  9, 2008     PAGE  81
FILE NUMBER: 220718.000
INVOICE NO.: ******


06/28/08 PF     REVIEW ADDITIONAL COMMENTS ON       BKG115     0.40
                SETTLEMENT AGREEMENT FROM SHAPES
                TEAM (.2); REVIEW VARIOUS EMAILS
                FROM SHAPES TEAM RE INSURANCE ISSUES
                (.2);

06/30/08 PF     TELEPHONE CONFERENCE WITH SHAPES    BKG115     6.20
                TEAM RE VARIOUS ENVIRONMENTAL
                MATTERS; REVIEW COMMENTS ON CONSENT
                ORDER; DRAFT MODIFICATIONS TO
                CONSENT ORDER; TELEPHONE CONFERENCE
                WITH SHAPES INSURERS RE
                ENVIRONMENTAL MATTERS; TELEPHONE
                CONFERENCE WITH NJDEP J. BONO; DRAFT
                EMAIL TO R. ENGEL RE CONSENT ORDER;

06/30/08 SAB    REVIEW AND COMMENT ON ENVIRONMENTAL  BKG115    0.70
                CONSENT ORDER

06/30/08 SAB    REVIEW ENVIRONMENTAL SETTLEMENT     BKG115     0.20
                PROPOSALS

        TOTAL REGULATORY COMPLIANCE                    64.70  $28379.50

```
SHAPES/ARCH HOLDINGS                        Jul  9, 2008    PAGE  82
FILE NUMBER: 220718.000
INVOICE NO.: ******

             TRAVEL

06/03/08 JNP    TRAVEL TO CLIENT FOR MEETING TO       BKG116    0.50
                REVIEW CLAIMS.

06/12/08 JNP    TRAVEL TO CLIENT FOR MEETING TO       BKG116    0.50
                REVIEW CLAIMS ISSUES.

         TOTAL TRAVEL                                           1.00    $375.00
```

```
SHAPES/ARCH HOLDINGS                          Jul  9, 2008      PAGE  83
FILE NUMBER: 220718.000
INVOICE NO.: ******

            TAX ISSUES

06/05/08 JNP    READ/REPLY TO EMAILS FROM O KLEIN      BKG123    0.10
                RE: PENNSAUKEN TAX SETTLEMENT.

06/05/08 DLC    REVIEW PLAN ADMINISTRATION             BKG123    1.60
                (LIQUIDATING TRUST) AGREEMENT;
                CONFERENCE WITH MARK FELGER
                REGARDING TAX ITEMS IN AGREEMENT.

06/11/08 JNP    TELEPHONE CALL WITH MS. PITTS RE:      BKG123    0.30
                IRS ISSUES.

06/11/08 SAB    E-MAILS REGARDING IRS                  BKG123    0.10

06/11/08 JNP    TELEPHONE CALL WITH D. ZAZZALLI RE:    BKG123    0.10
                REAL ESTATE TAX ISSUES.

06/16/08 JNP    EDIT PROPOSED CONSENT ORDER FOR        BKG123    0.20
                PENNSAUKEN STOP RELIEF.

06/16/08 JNP    MEETING WITH W. HOGAN RE: PENNSAUKEN   BKG123    0.20
                TAX APPEAL.

06/17/08 JNP    RESEARCH RE: REAL ESTATE TRANSFER      BKG123    0.20
                TAX RATE.

06/18/08 SAB    E-MAILS REGARDING TAX QUESTIONS        BKG123    0.20

        TOTAL TAX ISSUES                                         3.00    $1457.50
```

SHAPES/ARCH HOLDINGS                        Jul  9, 2008     PAGE  84
FILE NUMBER: 220718.000
INVOICE NO.: ******

          OTHER (SPECIFY CATEGORY)

06/03/08 JAD    REVIEW DOCUMENTS; CONFERENCE WITH      BKG124    0.70
                MARK FELGER RE SAME

06/05/08 JAD    RESPOND TO MEPPA ISSUE                 BKG124    1.00

06/11/08 PF     PREPARE FOR CONFERENCE CALL WITH M.    BKG124    0.50
                FELGER, J. POSLUSNY, ET AL RE: ISRA
                ISSUES; REVIEW DOCUMENTATION.

06/16/08 PF     PREPARE CONFERENCE CALL RE:            BKG124    4.20
                ENVIRONMENTAL MATTERS; CONFERENCE
                CALL WITH SAME; REVIEW DOCUMENTS IN
                PREPARATION FOR MEETING WITH NJDEP.

06/19/08 PF     TELEPHONE CALL WITH MC KENNA AND       BKG124    6.00
                INSURERS, ET AL. RE: OUTCOME OF
                NJDEP MEETING ON SHAPES
                ENVIRONMENTAL MATTERS; ADDITIONAL
                DRAFT MEMO TO NJDEP OUTLINING FACTS;
                TELEPHONE CALL WITH J. BONO RE: ISRA
                ISSUES.

     TOTAL OTHER (SPECIFY CATEGORY)                     12.40   $5536.00

```
SHAPES/ARCH HOLDINGS                    Jul  9, 2008      PAGE   85
FILE NUMBER: 220718.000
INVOICE NO.: ******
```

### ACTIVITY RECAP

|                                                  | HOURS  | AMOUNT     |
|--------------------------------------------------|--------|------------|
|                                                  | 2.40   | 696.00     |
| ASSET DISPOSTION                                 | 29.40  | 14,104.00  |
| BUSINESS OPERATIONS                              | 3.00   | 1,630.00   |
| CASE ADMINISTRATION                              | 49.10  | 23,590.00  |
| CLAIMS ADMINISTRATION AND OBJECTIONS             | 125.00 | 38,262.50  |
| FEE/EMPLOYMENT APPLICATIONS                      | 8.30   | 2,326.50   |
| FINANCING                                        | 4.40   | 2,310.00   |
| LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGA  | 2.00   | 885.00     |
| PLAN AND DISCLOSURE STATEMENT                    | 133.60 | 58,227.50  |
| RELIEF FROM STAY PROCEEEDINGS                    | 24.80  | 9,705.00   |
| REGULATORY COMPLIANCE                            | 64.70  | 28,379.50  |
| TRAVEL                                           | 1.00   | 375.00     |
| TAX ISSUES                                       | 3.00   | 1,457.50   |
| OTHER (SPECIFY CATEGORY)                         | 12.40  | 5,536.00   |
| TOTALS                                           | 463.10 | 187,484.50 |

```
%%EOF
```

## EXHIBIT "C"

### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research | |
| b) Facsimile (with rates)<br>   No. of Pages 12____   Rate per Page  $1.00__ (Max. $1.00/pg.) | 12.00 |
| c) Long Distance Telephone | 147.51 |
| d) In-House Reproduction<br>   No. of Pages 4,684__ Rate per Page __.20____ (Max. .20¢pg.) | 936.80 |
| e) Outside Reproduction | 521.10 |
| f) Outside Research<br><br>   _____<br><br>   _____<br><br>   _____ | |
| g) Filing/Court Fees | 78.00 |
| h) Court Reporting | |
| i) Travel | 523.42 |
| j) Courier & Express Carriers (e.g. Federal Express) | 193.90 |
| k) Postage | 101.97 |
| l) Other (Explain)<br><br>      Secretarial Overtime | 775.39 |
| DISBURSEMENT TOTAL: | $3,290.09 |