MARK E. FELGER (MF9985)
JERROLD N. POSLUSNY, JR. (JP7140)
COZEN O'CONNOR
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)
Attorneys for the Debtors

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | CHAPTER 11 |
| Debtors. | CASE NO. 08-14631(GMB) |

**FOURTH INTERIM MONTHLY FEE STATEMENT OF PHOENIX MANAGEMENT SERVICES, INC., RESTRUCTURING ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 2, 2008 THROUGH JUNE 29, 2008**

TO:   HONORABLE GLORIA M. BURNS
      UNITED STATES BANKRUPTCY JUDGE

This Fourth Interim Monthly Fee Statement for Compensation and Reimbursement of Expenses (the "Fourth Interim Fee Statement") is filed by Phoenix Management Services, Inc. ("Phoenix"), restructuring advisor to Shapes/Arch Holdings L.L.C. and its related debtor entities, the debtors and debtors-in-possession (collectively the "Debtors")[1], requesting compensation and reimbursement of expenses for services provided by Phoenix as restructuring advisor to the Debtors for the period from June 2, 2008 through June 29, 2008 (the "Fourth Interim Period").

## Background

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("Shapes/Arch"), the following entities, all of which are wholly owned subsidiaries or Shapes/Arch, also filed petitions on the Petition Date (defined below): Shapes L.L.C. ("Shapes"); Delair L.L.C. ("Delair"); Accu-Weld L.L.C. ("Accu-Weld"); and Ultra L.L.C. ("Ultra").

CHERRY_HILL\447753\1 220718.000

1. On March 16, 2008 (the "Petition Date"), the Debtors filed their petitions for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. No trustee or examiner has been appointed in these cases.

4. An official committee of unsecured creditors (the "Committee") was appointed on March 31, 2008 and has been actively involved in these cases since that time.

5. By Order dated April 9, 2008, Phoenix was retained to represent the Debtors as its restructuring advisor in this bankruptcy proceeding, effective as of March 16, 2008.

6. On March 18, 2008, the Administrative Order Pursuant To 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures Order") was entered by the Court. Phoenix submits this Fourth Interim Fee Statement for compensation and reimbursement of actual, necessary costs and expenses for its service to the Debtors.

7. Phoenix's previously submitted Monthly Fee Statements, are as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|
| 4/23/08 | March 16, 2008 thru March 30, 2008 | $41,385.00 | $253.81 | $33,108.00 ($41,385.00 x 80%) | $253.81 |
| 5/21/08 | March 31, 2008 thru April 27, 2008 | $101,425.00 | $954.20 | $81,140.00 ($101,425.00 x 80%) | $954.20 |
| 6/12/08 | April 28, 2008 thru June 1, 2008 | $141,864.00 | $1,485.68 | | |

2

8. During this Fourth Interim Period, Phoenix has been faithfully performing its duties under 11 U.S.C. § 327.

9. The Phoenix professionals who have rendered services in these cases for which Phoenix seeks compensation are reflected on the attached Exhibit "A", which provides the name of the professionals that have rendered services in these cases, their hourly rates and amount of time spent by each professional in these cases.

10. In accordance with the Compensation Procedures Order, and as set forth in Local Rule 2016-1 and the Court's General Order Adopting Guidelines Governing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals, a detailed chronological itemization of the services rendered by each professional during the Fourth Interim Period, calculated by tenths of an hour, is attached hereto as Exhibit "B".

11. During the Fourth Interim Period, Phoenix provided services to the Debtors in the total amount of $83,383.00.

12. Attached hereto as Exhibit "C" is a summary of the actual and necessary expenses incurred. During this Fourth Interim Period, Phoenix incurred actual and necessary expenses in the total amount of $706.23.

13. Pursuant to the Compensation Procedures Order, Phoenix seeks approval of 80% of the total compensation equal to $66,625,60 ($83,282.00 x 80%) and 100% reimbursement of expenses ($706.23) expended by Phoenix under this Fourth Interim Fee Statement, and for authorization for the Debtors to reimburse Phoenix for same.

CHERRY_HILL\447753\1 220718.000

14. Prior to the commencement of these cases, Phoenix was paid a retainer totaling $125,000, a portion of which was utilized by Phoenix to satisfy the fees and expenses requested in Phoenix's First Interim Statement. The amount presently held by Phoenix as a retainer is $91,638.19.

WHEREFORE, Phoenix respectfully requests that, for the period from June 2, 2008 through June 29, 2008, a Fourth interim allowance be made to Phoenix in the total amount of $66,625.60 ($83,282.00 x 80% total fees incurred during the Fourth Interim Period) for compensation and $706.23 for reimbursement of actual, necessary costs and expenses and that such amounts be authorized for payment by the Debtors.

Dated: July 10, 2008

PHOENIX MANAGEMENT SERVICES, INC.

By: _____
Michael E. Jacoby

Submitted By,

COZEN O'CONNOR

By: _/s/ Jerrold N. Poslusny, Jr._
Mark E. Felger
Jerrold N. Poslusny, Jr.

Attorneys for the Debtors

CHERRY_HILL\447753\1 220718.000

**EXHIBIT "A"**

| NAME OF PROFESSIONAL | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Mark A. Karbiner | Vice President | 156.90 | $245.00 | $38,440.50 |
| 2. Michael E. Jacoby | Managing Director | 99.20 | $405.00 | $40,176.00 |
| 3. Gregory Felix | Analyst | 30.10 | $155.00 | $4,665.50 |
| TOTAL: | | **286.20** | | **$83,282.00** |
| | | | | |

CHERRY_HILL\447753\1 220718.000

**Exhibit B**
**4th Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                                  **6/02/08 thru 6/29/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 1 | MAK | 6/2/2008 | Begin cash flow scorecard | 2.70 | $ 245.00 | $ 661.50 |
| 2 | MAK | 6/2/2008 | Prepare cash flow scorecard | 0.90 | $ 245.00 | $ 220.50 |
| 3 | MAK | 6/2/2008 | Continue cash flow scorecard | 2.70 | $ 245.00 | $ 661.50 |
| 4 | MAK | 6/2/2008 | Revise cash flow scorecard | 0.60 | $ 245.00 | $ 147.00 |
| 5 | MAK | 6/2/2008 | Continue cash flow scorecard | 0.70 | $ 245.00 | $ 171.50 |
| 6 | MEJ | 6/2/2008 | emails re: claims | 0.20 | $ 405.00 | $ 81.00 |
| 7 | MEJ | 6/2/2008 | Update with MK re: cf | 0.10 | $ 405.00 | $ 40.50 |
| 8 | MEJ | 6/2/2008 | Discussion with JSV re: visits this week | 0.20 | $ 405.00 | $ 81.00 |
| 9 | MEJ | 6/2/2008 | emails re: HIG and plant tours | 0.20 | $ 405.00 | $ 81.00 |
| 10 | MAK | 6/3/2008 | Begin 13-week CF rollforward | 2.30 | $ 245.00 | $ 563.50 |
| 11 | MAK | 6/3/2008 | Prep 13-week CF rollforward | 1.80 | $ 245.00 | $ 441.00 |
| 12 | MAK | 6/3/2008 | Continue prep 13-week CF rollforward | 2.10 | $ 245.00 | $ 514.50 |
| 13 | MAK | 6/3/2008 | Continue prep 13-week CF rollforward | 1.10 | $ 245.00 | $ 269.50 |
| 14 | MEJ | 6/3/2008 | Update with Paul re: claims, etc. | 0.30 | $ 405.00 | $ 121.50 |
| 15 | MEJ | 6/3/2008 | Preliminary review of claims | 0.60 | $ 405.00 | $ 243.00 |
| 16 | MEJ | 6/3/2008 | Update UCC listing and executory contracts | 0.70 | $ 405.00 | $ 283.50 |
| 17 | MEJ | 6/3/2008 | Discussion with SG re: HIG and personnel | 0.40 | $ 405.00 | $ 162.00 |
| 18 | MEJ | 6/3/2008 | Discussion with Nat City re: Plant tours | 0.30 | $ 405.00 | $ 121.50 |
| 19 | MEJ | 6/3/2008 | Meeting with MF, JP, SG, PS, DG re: case status, timing claims, etc. | 4.40 | $ 405.00 | $ 1,782.00 |
| 20 | MAK | 6/4/2008 | Revise 13-week CF | 3.10 | $ 245.00 | $ 759.50 |
| 21 | MAK | 6/4/2008 | Continue revise 13-week CF rollforward | 1.10 | $ 245.00 | $ 269.50 |
| 22 | MAK | 6/4/2008 | Revise cash flow scorecard | 0.40 | $ 245.00 | $ 98.00 |
| 23 | MAK | 6/4/2008 | Prep 13-week CF rollforward | 2.10 | $ 245.00 | $ 514.50 |
| 24 | MAK | 6/4/2008 | Finalize cash flow scorecard | 0.40 | $ 245.00 | $ 98.00 |
| 25 | MAK | 6/4/2008 | Continue revise 13-week CF rollforward | 1.10 | $ 245.00 | $ 269.50 |
| 26 | MEJ | 6/4/2008 | Update with PB from Xroads | 0.20 | $ 405.00 | $ 81.00 |
| 27 | MEJ | 6/4/2008 | Discussion with PS and DG re: union | 0.60 | $ 405.00 | $ 243.00 |
| 28 | MEJ | 6/4/2008 | Discussion with SG re: HIG, Wise | 0.30 | $ 405.00 | $ 121.50 |
| 29 | MEJ | 6/4/2008 | Pre-meeting with Wise folks | 0.50 | $ 405.00 | $ 202.50 |
| 30 | MEJ | 6/4/2008 | Begin review of week 11 scorecard | 0.80 | $ 405.00 | $ 324.00 |
| 31 | MEJ | 6/4/2008 | Discussion with HK re: case status | 0.20 | $ 405.00 | $ 81.00 |
| 32 | MEJ | 6/4/2008 | Update schedule of class 10 claims | 0.60 | $ 405.00 | $ 243.00 |
| 33 | MEJ | 6/4/2008 | Discussion with Nat City and HIG re: diligence, labor negotiations, etc. | 0.70 | $ 405.00 | $ 283.50 |
| 34 | MEJ | 6/4/2008 | Meeting with financial people from Wise | 3.30 | $ 405.00 | $ 1,336.50 |
| 35 | MEJ | 6/4/2008 | Debrief with Nat City and management | 0.40 | $ 405.00 | $ 162.00 |
| 36 | MAK | 6/5/2008 | Finalize 13-week CF rollforward | 0.50 | $ 245.00 | $ 122.50 |
| 37 | MEJ | 6/5/2008 | Update Class 10 claims for new creditors | 0.30 | $ 405.00 | $ 121.50 |
| 38 | MEJ | 6/5/2008 | Conference cal with Sun Capital | 0.80 | $ 405.00 | $ 324.00 |
| 39 | MEJ | 6/5/2008 | Review plan funding and ops agreements | 0.40 | $ 405.00 | $ 162.00 |
| 40 | MEJ | 6/5/2008 | Update with MF re: potential bidders | 0.40 | $ 405.00 | $ 162.00 |
| 41 | MAK | 6/6/2008 | Review Delair A/R, professional fees, availability schedules and other info for CF | 1.10 | $ 245.00 | $ 269.50 |
| 42 | MEJ | 6/6/2008 | Update liquidation analysis for Plan Supplement | 2.50 | $ 405.00 | $ 1,012.50 |
| 43 | MEJ | 6/6/2008 | Discuss same with PS | 0.20 | $ 405.00 | $ 81.00 |
| 44 | MEJ | 6/6/2008 | Meeting with representatives from Longroad Asset Management | 1.40 | $ 405.00 | $ 567.00 |
| 45 | MEJ | 6/6/2008 | Availability comparison for HIG | 2.10 | $ 405.00 | $ 850.50 |
| 46 | MEJ | 6/6/2008 | More meetings with Longroad | 1.80 | $ 405.00 | $ 729.00 |
| 47 | MEJ | 6/6/2008 | Update with DG re: union negotiations and environmental | 0.50 | $ 405.00 | $ 202.50 |
| 48 | MEJ | 6/6/2008 | SG re: Longroad meetings and next week | 0.40 | $ 405.00 | $ 162.00 |

**Exhibit B**
**4th Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                              **6/02/08 thru 6/29/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 49 | MAK | 6/9/2008 | Begin cash flow scorecard | 2.70 | $ 245.00 | $ 661.50 |
| 50 | MAK | 6/9/2008 | Prepare cash flow scorecard | 2.10 | $ 245.00 | $ 514.50 |
| 51 | MAK | 6/9/2008 | Continue cash flow scorecard | 1.60 | $ 245.00 | $ 392.00 |
| 52 | MAK | 6/9/2008 | Revise cash flow scorecard | 1.50 | $ 245.00 | $ 367.50 |
| 53 | MAK | 6/9/2008 | Continue cash flow scorecard | 1.90 | $ 245.00 | $ 465.50 |
| 54 | MAK | 6/9/2008 | Finalize cash flow scorecard | 0.90 | $ 245.00 | $ 220.50 |
| 55 | MEJ | 6/9/2008 | Update with MF re: Plan Supplement and APA | 0.30 | $ 405.00 | $ 121.50 |
| 56 | MEJ | 6/9/2008 | Discussion with PS re: Due diligence update, MOR update, 363 status | 0.60 | $ 405.00 | $ 243.00 |
| 57 | MEJ | 6/9/2008 | Review and comment on claims register | 1.60 | $ 405.00 | $ 648.00 |
| 58 | MEJ | 6/9/2008 | Prep for call with Xroads | 0.40 | $ 405.00 | $ 162.00 |
| 59 | MEJ | 6/9/2008 | Call with Xroads re: Scorecard week 11 | 0.80 | $ 405.00 | $ 324.00 |
| 60 | MEJ | 6/9/2008 | Call with Nat City | 0.40 | $ 405.00 | $ 162.00 |
| 61 | MEJ | 6/9/2008 | Review Week 12 Scorecard | 0.70 | $ 405.00 | $ 283.50 |
| 62 | MEJ | 6/9/2008 | Analysis re disbursement default | 1.40 | $ 405.00 | $ 567.00 |
| 63 | MEJ | 6/9/2008 | Discuss waiver situation with PS; review same | 0.30 | $ 405.00 | $ 121.50 |
| 64 | MAK | 6/10/2008 | Begin 13-week CF rollforward | 2.30 | $ 245.00 | $ 563.50 |
| 65 | MAK | 6/10/2008 | Prep 13-week CF rollforward | 1.60 | $ 245.00 | $ 392.00 |
| 66 | MAK | 6/10/2008 | Continue prep 13-week CF rollforward | 2.70 | $ 245.00 | $ 661.50 |
| 67 | MAK | 6/10/2008 | Continue prep 13-week CF rollforward | 1.40 | $ 245.00 | $ 343.00 |
| 68 | MAK | 6/10/2008 | Revise 13-week CF | 0.80 | $ 245.00 | $ 196.00 |
| 69 | MAK | 6/10/2008 | Continue revise 13-week CF rollforward | 1.30 | $ 245.00 | $ 318.50 |
| 70 | MEJ | 6/10/2008 | Discussion with CK re: waiver | 0.40 | $ 405.00 | $ 162.00 |
| 71 | MEJ | 6/10/2008 | emails re utility situation | 0.10 | $ 405.00 | $ 40.50 |
| 72 | MEJ | 6/10/2008 | email to MF and PS re: waiver situation and impact on CIT | 0.40 | $ 405.00 | $ 162.00 |
| 73 | MEJ | 6/10/2008 | Update with MF re: waiver | 0.40 | $ 405.00 | $ 162.00 |
| 74 | MEJ | 6/10/2008 | Conference call with Relativity | 1.50 | $ 405.00 | $ 607.50 |
| 75 | MEJ | 6/10/2008 | Continue review and comment of claims register | 0.40 | $ 405.00 | $ 162.00 |
| 76 | MAK | 6/11/2008 | Prep weekly disbursement tracker | 1.60 | $ 245.00 | $ 392.00 |
| 77 | MAK | 6/11/2008 | Review and comment on April MORs | 1.70 | $ 245.00 | $ 416.50 |
| 78 | MAK | 6/11/2008 | Revise weekly disbursement tracker | 0.90 | $ 245.00 | $ 220.50 |
| 79 | MAK | 6/11/2008 | Meeting with Ms. Roman to review and discuss weekly disbursements | 0.60 | $ 245.00 | $ 147.00 |
| 80 | MAK | 6/11/2008 | Meeting with Mr. Sorenson to review and discuss weekly disbursements and 13-week rollforward | 1.10 | $ 245.00 | $ 269.50 |
| 81 | MAK | 6/11/2008 | Begin reconciliation of Week #12 scorecard | 1.30 | $ 245.00 | $ 318.50 |
| 82 | MAK | 6/11/2008 | Continue review and comment on April MORs | 0.80 | $ 245.00 | $ 196.00 |
| 83 | MAK | 6/11/2008 | Meeting with Ms. Roman to review and discuss weekly disbursements | 0.60 | $ 245.00 | $ 147.00 |
| 84 | MAK | 6/11/2008 | Revise cash receipts and disbursements schedule to April MOR | 0.50 | $ 245.00 | $ 122.50 |
| 85 | MEJ | 6/11/2008 | HIG info request | 0.50 | $ 405.00 | $ 202.50 |
| 86 | MEJ | 6/11/2008 | Continue review and comment of claims register | 3.10 | $ 405.00 | $ 1,255.50 |
| 87 | MEJ | 6/11/2008 | Update with Pete Ball re: Ultra B/S | 0.30 | $ 405.00 | $ 121.50 |
| 88 | MEJ | 6/11/2008 | Update with Paul re various matters | 0.40 | $ 405.00 | $ 162.00 |
| 89 | MEJ | 6/11/2008 | Discussion with MK re: cash management | 0.30 | $ 405.00 | $ 121.50 |
| 90 | MEJ | 6/11/2008 | Discussion with MF re: environmental and cap issues | 0.60 | $ 405.00 | $ 243.00 |
| 91 | MEJ | 6/11/2008 | Various waiver discussions with PS, CK, MF | 1.10 | $ 405.00 | $ 445.50 |
| 92 | MEJ | 6/11/2008 | Conference call with Relativity | 0.50 | $ 405.00 | $ 202.50 |
| 93 | MEJ | 6/11/2008 | Review April MORs | 0.60 | $ 405.00 | $ 243.00 |
| 94 | MEJ | 6/11/2008 | Additional review and analysis of waiver | 0.90 | $ 405.00 | $ 364.50 |

**Exhibit B**
**4th Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                          **6/02/08 thru 6/29/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 95 | MEJ | 6/11/2008 | Continued review of April MORs | 0.80 | $ 405.00 | $ 324.00 |
| 96 | MEJ | 6/11/2008 | Discuss E&Y list with HIG | 0.30 | $ 405.00 | $ 121.50 |
| 97 | MEJ | 6/11/2008 | Waiver discussion with MF | 0.80 | $ 405.00 | $ 324.00 |
| 98 | MEJ | 6/11/2008 | Discussion with HK re: Nat City | 0.30 | $ 405.00 | $ 121.50 |
| 99 | MEJ | 6/11/2008 | Discussion with HK and BK re: disbursement default | 0.50 | $ 405.00 | $ 202.50 |
| 100 | MEJ | 6/11/2008 | email re Claims | 0.30 | $ 405.00 | $ 121.50 |
| 101 | MAK | 6/12/2008 | Meeting with Mr. Sorenson to review and discuss weekly disbursements and 13-week rollforward | 0.40 | $ 245.00 | $ 98.00 |
| 102 | MAK | 6/12/2008 | Update week #12 scorecard reconciliation | 1.10 | $ 245.00 | $ 269.50 |
| 103 | MAK | 6/12/2008 | revise 13-week CF rollforward | 1.10 | $ 245.00 | $ 269.50 |
| 104 | MAK | 6/12/2008 | Meeting with Messrs. Jacoby and Poslusny | 1.20 | $ 245.00 | $ 294.00 |
| 105 | MAK | 6/12/2008 | Review claims registry and segregate claims into different classes and categories | 2.30 | $ 245.00 | $ 563.50 |
| 106 | MAK | 6/12/2008 | Meeting with Ms. Roman to review and discuss weekly disbursements | 0.40 | $ 245.00 | $ 98.00 |
| 107 | MAK | 6/12/2008 | Review April MORs | 0.70 | $ 245.00 | $ 171.50 |
| 108 | MEJ | 6/12/2008 | A/R and inventory review and discussion with PS | 0.70 | $ 405.00 | $ 283.50 |
| 109 | MEJ | 6/12/2008 | Conference call with Cozen re: APA, timing, filing deadlines, waiver | 1.80 | $ 405.00 | $ 729.00 |
| 110 | MEJ | 6/12/2008 | Prepare Schedule 8.1 - Executory Contracts | 1.30 | $ 405.00 | $ 526.50 |
| 111 | MEJ | 6/12/2008 | Review Disbursement tracking tool | 0.40 | $ 405.00 | $ 162.00 |
| 112 | MEJ | 6/12/2008 | Meet with JP and MK re: claims | 0.80 | $ 405.00 | $ 324.00 |
| 113 | MEJ | 6/12/2008 | Conference call with Epiq re: same | 0.30 | $ 405.00 | $ 121.50 |
| 114 | MEJ | 6/12/2008 | Follow-up on Schedule 8.1 | 1.10 | $ 405.00 | $ 445.50 |
| 115 | MAK | 6/13/2008 | Review claims registry and segregate claims into different classes and categories | 3.10 | $ 245.00 | $ 759.50 |
| 116 | MAK | 6/13/2008 | Continue review claims registry and segregate claims into different classes and categories | 2.30 | $ 245.00 | $ 563.50 |
| 117 | MAK | 6/13/2008 | Review claims registry and segregate claims into different classes and categories | 2.10 | $ 245.00 | $ 514.50 |
| 118 | MAK | 6/13/2008 | Meeting with Ms. Roman to review and discuss weekly disbursements | 0.60 | $ 245.00 | $ 147.00 |
| 119 | MEJ | 6/13/2008 | Begin review of APA | 0.60 | $ 405.00 | $ 243.00 |
| 120 | MEJ | 6/13/2008 | Discussions and emails re Schedule 8.1 | 0.40 | $ 405.00 | $ 162.00 |
| 121 | MEJ | 6/14/2008 | Complete review of APA and provide comments | 0.90 | $ 405.00 | $ 364.50 |
| 122 | MAK | 6/16/2008 | Begin cash flow scorecard | 2.20 | $ 245.00 | $ 539.00 |
| 123 | MAK | 6/16/2008 | Prepare cash flow scorecard | 2.30 | $ 245.00 | $ 563.50 |
| 124 | MAK | 6/16/2008 | Continue cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 125 | MAK | 6/16/2008 | Revise cash flow scorecard | 0.90 | $ 245.00 | $ 220.50 |
| 126 | MAK | 6/16/2008 | Continue cash flow scorecard | 1.40 | $ 245.00 | $ 343.00 |
| 127 | MAK | 6/16/2008 | Finalize cash flow scorecard | 0.50 | $ 245.00 | $ 122.50 |
| 128 | MAK | 6/16/2008 | Review and update Schedule 8.1 | 0.70 | $ 245.00 | $ 171.50 |
| 129 | MAK | 6/16/2008 | Review claims register, segregate environmental claims and prepare schedule of potential environmental objections for Cozen | 3.70 | $ 245.00 | $ 906.50 |
| 130 | MEJ | 6/16/2008 | Review drafts of APA and motions | 0.90 | $ 405.00 | $ 364.50 |
| 131 | MEJ | 6/16/2008 | emails re: Scorecard | 0.20 | $ 405.00 | $ 81.00 |
| 132 | MAK | 6/17/2008 | Review claims register, segregate Class 1 claims and prepare schedule of potential Class 1 objections for Cozen | 2.70 | $ 245.00 | $ 661.50 |
| 133 | MAK | 6/17/2008 | Review claims register, segregate Class 2 claims and prepare schedule of potential Class 2 objections for Cozen | 2.90 | $ 245.00 | $ 710.50 |

**Exhibit B**
**4th Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                                      **6/02/08 thru 6/29/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 134 | MAK | 6/17/2008 | Review claims register, segregate Class 4 claims and prepare schedule of potential Class 4 objections for Cozen | 2.10 | $ 245.00 | $ 514.50 |
| 135 | MAK | 6/17/2008 | Review claims register, segregate Class 5 claims and prepare schedule of potential Class 5 objections for Cozen | 3.90 | $ 245.00 | $ 955.50 |
| 136 | MAK | 6/17/2008 | Review and update Schedule 8.1 | 1.10 | $ 245.00 | $ 269.50 |
| 137 | MEJ | 6/17/2008 | Review HIG comments to APA | 0.50 | $ 405.00 | $ 202.50 |
| 138 | MEJ | 6/17/2008 | Review revised Sales motion | 0.20 | $ 405.00 | $ 81.00 |
| 139 | MEJ | 6/17/2008 | Review Week #13 Scorecard | 0.60 | $ 405.00 | $ 243.00 |
| 140 | MEJ | 6/17/2008 | emails re: Transfer tax issue | 0.10 | $ 405.00 | $ 40.50 |
| 141 | MEJ | 6/17/2008 | Review updates to claim analysis | 0.40 | $ 405.00 | $ 162.00 |
| 142 | MEJ | 6/17/2008 | Discussion with MK re: claims and executory contracts | 0.40 | $ 405.00 | $ 162.00 |
| 143 | MEJ | 6/17/2008 | Discussion with HK re: case status | 0.50 | $ 405.00 | $ 202.50 |
| 144 | MEJ | 6/17/2008 | Discussion with MK re: claims | 0.30 | $ 405.00 | $ 121.50 |
| 145 | GF | 6/18/2008 | Completed Duplicate Claims Analysis an Objection Worksheet comparing "Duplicate Claims" against the proof of claims to confirm Duplicates. | 10.10 | $ 155.00 | $ 1,565.50 |
| 146 | MAK | 6/18/2008 | Review claims register, segregate Class 6 claims and prepare schedule of potential Class 6 objections for Cozen | 3.10 | $ 245.00 | $ 759.50 |
| 147 | MAK | 6/18/2008 | Review claims register, segregate Class 5 claims and prepare schedule of potential Class 5 objections for Cozen | 3.40 | $ 245.00 | $ 833.00 |
| 148 | MAK | 6/18/2008 | Continue review claims register, continue segregate Class 6 claims and continue prepare schedule of potential Class 6 objections for Cozen | 1.10 | $ 245.00 | $ 269.50 |
| 149 | MAK | 6/18/2008 | Continue review claims register, continue segregate Class 5 claims and continue prepare schedule of potential Class 5 objections for Cozen | 1.70 | $ 245.00 | $ 416.50 |
| 150 | MAK | 6/18/2008 | Review claims register, segregate executory contracts and prepare schedule of potential executory contracts for Cozen | 3.20 | $ 245.00 | $ 784.00 |
| 151 | MAK | 6/18/2008 | Review and update Schedule 8.1 | 0.40 | $ 245.00 | $ 98.00 |
| 152 | MEJ | 6/18/2008 | emails re: claims, scorecard | 0.20 | $ 405.00 | $ 81.00 |
| 153 | MEJ | 6/18/2008 | Review 6/14 A/R | 0.40 | $ 405.00 | $ 162.00 |
| 154 | MEJ | 6/18/2008 | Discussion with MK re: claims status | 0.20 | $ 405.00 | $ 81.00 |
| 155 | GF | 6/19/2008 | Completed Objection and Assumption Analysis of Executory Contracts that appear in Schedules and Proof of Claims. | 5.50 | $ 155.00 | $ 852.50 |
| 156 | GF | 6/19/2008 | Started Class 10 Claims Analysis an Objection Worksheet | 4.10 | $ 155.00 | $ 635.50 |
| 157 | MAK | 6/19/2008 | Review claims register, segregate priority claims and prepare schedule of potential priority claims objections for Cozen | 2.10 | $ 245.00 | $ 514.50 |
| 158 | MAK | 6/19/2008 | Review claims register, segregate admin claims and prepare schedule of potential admin claims objections for Cozen | 1.70 | $ 245.00 | $ 416.50 |
| 159 | MAK | 6/19/2008 | Review claims register, segregate misc claims and prepare schedule of potential misc claims objections for Cozen | 3.60 | $ 245.00 | $ 882.00 |

**Exhibit B**
**4th Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                               6/02/08 thru 6/29/08

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 160 | MAK | 6/19/2008 | Review claims register, segregate tax claims and prepare schedule of potential tax claims objections for Cozen | 3.40 | $ 245.00 | $ 833.00 |
| 161 | MAK | 6/19/2008 | Review claims register, segregate Class 7 claims and prepare schedule of potential Class 7 objections for Cozen | 1.10 | $ 245.00 | $ 269.50 |
| 162 | MAK | 6/19/2008 | Review claims register, segregate duplicate claims and prepare schedule of potential claims objections for Cozen | 1.30 | $ 245.00 | $ 318.50 |
| 163 | MEJ | 6/19/2008 | emails re: claims | 0.40 | $ 405.00 | $ 162.00 |
| 164 | MEJ | 6/19/2008 | Review 5/31 ineligible and availability changes | 0.40 | $ 405.00 | $ 162.00 |
| 165 | GF | 6/20/2008 | Completed Claims vs. Schedule Analysis an Objection Worksheet | 5.10 | $ 155.00 | $ 790.50 |
| 166 | GF | 6/20/2008 | Completed Class 10 Claims Analysis and Objection Worksheet | 5.30 | $ 155.00 | $ 821.50 |
| 167 | MAK | 6/20/2008 | Review all claims register objection analyses to date | 2.70 | $ 245.00 | $ 661.50 |
| 168 | MAK | 6/20/2008 | Review Class 10 claims register analysis | 1.10 | $ 245.00 | $ 269.50 |
| 169 | MAK | 6/20/2008 | Update Schedule 8.1 | 0.70 | $ 245.00 | $ 171.50 |
| 170 | MAK | 6/20/2008 | Review tax claim info and update tax claims objection schedule | 2.30 | $ 245.00 | $ 563.50 |
| 171 | MAK | 6/20/2008 | Review claims vs. schedule analysis ($200k - $144 million) | 1.30 | $ 245.00 | $ 318.50 |
| 172 | MAK | 6/20/2008 | Continue review claims register, continue segregate Misc claims and continue prepare schedule of potential Misc objections for Cozen | 1.70 | $ 245.00 | $ 416.50 |
| 173 | MEJ | 6/20/2008 | Various emails re: claims | 0.30 | $ 405.00 | $ 121.50 |
| 174 | MEJ | 6/20/2008 | Review claims register | 0.60 | $ 405.00 | $ 243.00 |
| 175 | MEJ | 6/23/2008 | Review week #14 cash disbursements | 0.40 | $ 405.00 | $ 162.00 |
| 176 | MEJ | 6/23/2008 | Review Schedule 8.1 | 0.50 | $ 405.00 | $ 202.50 |
| 177 | MEJ | 6/23/2008 | Review Claims update | 1.10 | $ 405.00 | $ 445.50 |
| 178 | MEJ | 6/23/2008 | Review motions | 0.50 | $ 405.00 | $ 202.50 |
| 179 | MEJ | 6/23/2008 | Update with PS on case status, claims, cash flow, business | 0.60 | $ 405.00 | $ 243.00 |
| 180 | MEJ | 6/23/2008 | Update with MF on Unions, Environmental, critical dates | 0.70 | $ 405.00 | $ 283.50 |
| 181 | MEJ | 6/23/2008 | Continue review of motions | 0.20 | $ 405.00 | $ 81.00 |
| 182 | MEJ | 6/23/2008 | Review budget for next 4 weeks and other budget issues | 0.70 | $ 405.00 | $ 283.50 |
| 183 | MEJ | 6/23/2008 | Consideration of Ben LLC agreement on Schedule 8.1 | 0.40 | $ 405.00 | $ 162.00 |
| 184 | MEJ | 6/23/2008 | Conference call with JHC re: various matters | 1.30 | $ 405.00 | $ 526.50 |
| 185 | MEJ | 6/23/2008 | Continued discussion and review of Schedule 8.1 | 0.40 | $ 405.00 | $ 162.00 |
| 186 | MEJ | 6/23/2008 | Discussion with SG re: 8.1 | 0.60 | $ 405.00 | $ 243.00 |
| 187 | MEJ | 6/23/2008 | Discussion with PS re: 8.1 | 0.40 | $ 405.00 | $ 162.00 |
| 188 | MEJ | 6/23/2008 | Conference call with MF, JP, SG re: 8.1 | 1.60 | $ 405.00 | $ 648.00 |
| 189 | MEJ | 6/24/2008 | 8.1 Follow-up for Epiq | 0.30 | $ 405.00 | $ 121.50 |
| 190 | MEJ | 6/24/2008 | Update with PS re: status and forecast | 0.40 | $ 405.00 | $ 162.00 |
| 191 | MEJ | 6/24/2008 | Discuss PSEG waiver issue with PS | 0.20 | $ 405.00 | $ 81.00 |
| 192 | MEJ | 6/24/2008 | Discuss PSEG waiver issue with MF | 0.40 | $ 405.00 | $ 162.00 |
| 193 | MEJ | 6/24/2008 | Develop analysis supporting waiver request | 1.10 | $ 405.00 | $ 445.50 |
| 194 | MEJ | 6/24/2008 | Begin review of 503(b)(9) claims | 1.40 | $ 405.00 | $ 567.00 |
| 195 | MEJ | 6/24/2008 | Discussion with CK re: 503(b)(9) | 0.20 | $ 405.00 | $ 81.00 |
| 196 | MEJ | 6/24/2008 | Additional prep re: waiver request | 0.70 | $ 405.00 | $ 283.50 |

**Exhibit B**
**4th Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                           **6/02/08 thru 6/29/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 197 | MEJ | 6/24/2008 | Various discussions with JP re: 503(b)(9) issues | 0.40 | $ 405.00 | $ 162.00 |
| 198 | MEJ | 6/24/2008 | Continue review of 503(b)(9) claims | 1.90 | $ 405.00 | $ 769.50 |
| 199 | MEJ | 6/24/2008 | Various emails re: waiver issues | 0.30 | $ 405.00 | $ 121.50 |
| 200 | MAK | 6/25/2008 | Begin cash flow scorecard | 1.70 | $ 245.00 | $ 416.50 |
| 201 | MAK | 6/25/2008 | Prepare cash flow scorecard | 1.30 | $ 245.00 | $ 318.50 |
| 202 | MAK | 6/25/2008 | Continue cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 203 | MAK | 6/25/2008 | Revise cash flow scorecard | 0.70 | $ 245.00 | $ 171.50 |
| 204 | MAK | 6/25/2008 | Continue cash flow scorecard | 1.40 | $ 245.00 | $ 343.00 |
| 205 | MAK | 6/25/2008 | Finalize cash flow scorecard | 1.30 | $ 245.00 | $ 318.50 |
| 206 | MAK | 6/25/2008 | Prepare rolling 13-week cash flow | 1.40 | $ 245.00 | $ 343.00 |
| 207 | MEJ | 6/25/2008 | Discussion with HK re: covenant waiver and 503b9 | 0.20 | $ 405.00 | $ 81.00 |
| 208 | MEJ | 6/25/2008 | Review recent claims | 0.20 | $ 405.00 | $ 81.00 |
| 209 | MEJ | 6/25/2008 | Review admin claims filed | 0.60 | $ 405.00 | $ 243.00 |
| 210 | MEJ | 6/25/2008 | Review week 14 | 1.10 | $ 405.00 | $ 445.50 |
| 211 | MEJ | 6/25/2008 | Continued review of admin claims | 0.60 | $ 405.00 | $ 243.00 |
| 212 | MAK | 6/26/2008 | Continue rolling 13-week cash flow | 2.30 | $ 245.00 | $ 563.50 |
| 213 | MAK | 6/26/2008 | Prepare rolling 13-week cash flow | 1.70 | $ 245.00 | $ 416.50 |
| 214 | MAK | 6/26/2008 | Continue rolling 13-week cash flow | 1.20 | $ 245.00 | $ 294.00 |
| 215 | MAK | 6/26/2008 | Prepare rolling 13-week cash flow | 1.10 | $ 245.00 | $ 269.50 |
| 216 | MAK | 6/26/2008 | Continue rolling 13-week cash flow | 1.60 | $ 245.00 | $ 392.00 |
| 217 | MAK | 6/26/2008 | Prepare rolling 13-week cash flow | 0.90 | $ 245.00 | $ 220.50 |
| 218 | MEJ | 6/26/2008 | Review various admin claims | 1.60 | $ 405.00 | $ 648.00 |
| 219 | MEJ | 6/26/2008 | Review union settlements | 0.80 | $ 405.00 | $ 324.00 |
| 220 | MEJ | 6/26/2008 | Final review of week 14 scorecard | 0.70 | $ 405.00 | $ 283.50 |
| 221 | MEJ | 6/26/2008 | Detailed review of all admin claims | 1.10 | $ 405.00 | $ 445.50 |
| 222 | MEJ | 6/26/2008 | Update with JP re admin claims and reserve | 0.60 | $ 405.00 | $ 243.00 |
| 223 | MEJ | 6/26/2008 | Continued review of admin claims | 1.30 | $ 405.00 | $ 526.50 |
| 224 | MEJ | 6/26/2008 | Review initial draft of 13 week rollforward | 1.60 | $ 405.00 | $ 648.00 |
| 225 | MEJ | 6/26/2008 | Continued review of admin claims | 0.50 | $ 405.00 | $ 202.50 |
| 226 | MAK | 6/27/2008 | Prepare rolling 13-week cash flow | 1.30 | $ 245.00 | $ 318.50 |
| 227 | MAK | 6/27/2008 | Meeting to review rolling 13-week cash flow | 0.90 | $ 245.00 | $ 220.50 |
| 228 | MAK | 6/27/2008 | Revise rolling 13-week cash flow | 1.30 | $ 245.00 | $ 318.50 |
| 229 | MAK | 6/27/2008 | Meeting to review rolling 13-week cash flow | 0.50 | $ 245.00 | $ 122.50 |
| 230 | MAK | 6/27/2008 | Revise rolling 13-week cash flow | 0.60 | $ 245.00 | $ 147.00 |
| 231 | MAK | 6/27/2008 | Prep rolling 13-week variance and other analyses | 1.10 | $ 245.00 | $ 269.50 |
| 232 | MAK | 6/27/2008 | Review weekly disbursements with Ms. Roman | 0.60 | $ 245.00 | $ 147.00 |
| 233 | MAK | 6/27/2008 | Review utility and insurance payments with Mr. Sorenson | 0.70 | $ 245.00 | $ 171.50 |
| 234 | MAK | 6/27/2008 | Finalize rolling 13-week cash flow | 0.90 | $ 245.00 | $ 220.50 |
| 235 | MEJ | 6/27/2008 | Develop comprehensive spreadsheet re: priority and admin claims | 2.70 | $ 405.00 | $ 1,093.50 |
| 236 | MEJ | 6/27/2008 | Conf call with MK and PS re: week 13 rollforward | 1.40 | $ 405.00 | $ 567.00 |
| 237 | MEJ | 6/27/2008 | 2nd Conf call with MK and PS re: week 13 rollforward | 0.90 | $ 405.00 | $ 364.50 |
| 238 | MEJ | 6/27/2008 | Finalize claims spreadsheet and circulate | 2.50 | $ 405.00 | $ 1,012.50 |
| 239 | MEJ | 6/28/2008 | Begin analysis of professional fees for escrow purposes | 0.60 | $ 405.00 | $ 243.00 |
| 240 | MEJ | 6/29/2008 | Finalize analysis of professional fees for escrow purposes | 1.40 | $ 405.00 | $ 567.00 |
| 241 | MEJ | 6/29/2008 | Review additional admin claims | 0.20 | $ 405.00 | $ 81.00 |
| 242 | MEJ | 6/29/2008 | emails re: sentry | 0.20 | $ 405.00 | $ 81.00 |

Total - 4th Fee Application                                                                      286.20                     $ 83,282.00

## EXHIBIT "C"

| SUMMARY OF DISBURSEMENTS | |
|---|---|
| **DISBURSEMENTS** | **AMOUNT** |
| Mileage (1,146 miles at $0.505 per mile) | 578.73 |
| Air and Rail | |
| Taxi | |
| Tolls | 57.00 |
| Parking | |
| Meals | 70.50 |
| Telephone | |
| **DISBURSEMENT TOTAL** | $706.23 |

CHERRY_HILL\447753\1 220718.000