

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

### STIPULATED ORDER

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: 7/9/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Stipulated Order

---

The undersigned counsel for the above-referenced Debtors and Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") hereby stipulate and agree as follows:

1. For the period from May, 2001 through May, 2004, the Debtors were insured by Arrowood under workers compensation, automobile and general liability insurance policies issued by Arrowood (the "Policies").

2. As of the Petition Date, Arrowood held collateral totaling $515,000 to secure the Debtors' deductible obligations under the Policies.

3. Arrowood filed a proof of claim in these cases asserting a claim against the Debtors in the amount of $393,970 ("Arrowood's Claim"). The Debtors dispute the amount of Arrowood's claim.

4. On May 23, 2008, the Debtors filed the Third Amended Joint Plan of Reorganization (the "Plan") which classified Arrowood's claim as a Class 7 claim.

5. Arrowood filed a timely ballot rejecting the Debtors' Plan.

6. On June 20, 2008, the Debtors filed the Debtors' Motion to Determine Allowed Claims of Class 7 Claimants Under Section 502(c) of the Bankruptcy Code and Related Relief (the "Motion").

2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Stipulated Order

---

7.      Since the filing of the Motion, the Debtors and Arrowood have entered into discussions regarding the Motion and Arrowood's Claim, and have agreed to adjoin the hearing on the Motion to September 22, 2008 (or such further date as agreed to by the parties) and that the Plan will be modified to provide that the determination of Arrowood's Claim in Class 7 and the extent to which Arrowood must release or return collateral to the Debtors will be determined as soon as reasonably practicable <u>after</u> the Effective Date rather than <u>prior</u> to the Effective Date.

8.      Based upon the on-going discussions and the Debtors' agreement to adjourn the hearing on the Motion and to modify its Plan, Arrowood has agreed to withdraw (and hereby withdraws) its ballot rejecting the Plan, subject to the "So Ordering" of this Stipulated Order by the Bankruptcy Court.


| CARRUTHERS & ROTH | COZEN O'CONNOR |
|---|---|
| By: /s/ John M. Flynn<br>    John M. Flynn<br><br>    Attorneys for Arrowood Indemnity<br>    Company, f/k/a, Royal Indemnity<br>    Company | By: /s/ Jerrold N. Poslusny, Jr.<br>    Mark E. Felger<br>    Jerrold N. Poslusny, Jr.<br><br>    Attorneys for Shapes/Arch Holdings<br>    L.L.C., *et al.* |

*Approved by Judge Gloria M. Burns July  09, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1            User: dfitzger              Page 1 of 1                 Date Rcvd: Jul 10, 2008
Case: 08-14631                  Form ID: pdf903             Total Served: 1

The following entities were served by first class mail on Jul 12, 2008.
db           +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 12, 2008**                **Signature:** _Joseph Speetjens_