## State of New Jersey

JON S. CORZINE
Governor

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 106
TRENTON, NJ 08625-0106

ANNE MILGRAM
Attorney General

ROBERT J. GILSON
Director

July 14, 2008

Honorable Gloria M. Burns, U.S.B.J.
United States Bankruptcy Court
District of New Jersey
401 Market Street, P.O. Box 2067
Camden, NJ 08101

      Re:  In re Shapes Arch Holdings, L.L.C. et. al.
           Chapter 11 Case No. 08-14631(GMB)
           <u>Hearing Date: July 15, 2008 at 9:00 a.m.</u>

Dear Judge Burns:

    Please be advised that the State of New Jersey, Division of Taxation ("the N.J. Division") hereby withdraws its objection to confirmation of the debtors Chapter 11 Plan.

    Thank you for your attention to this matter.

                                Respectfully submitted,

                                ANNE MILGRAM
                                ATTORNEY GENERAL OF NEW JERSEY

                By:   <u>/s/ Ramanjit K. Chawla</u>
                      Ramanjit K. Chawla
                      Deputy Attorney General

