John Sullivan
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

Mark D. Plevin
Matthew W. Cheney
Kelly R. Cusick
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Attorneys for Liberty Mutual Insurance Company and
Wausau Underwriters Insurance Company

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | Case No. 08-14631 (GMB) |
| Debtors. | Hon. Gloria M. Burns |

### CERTIFICATION OF MATTHEW W. CHENEY
### IN SUPPORT OF *PRO HAC VICE* ADMISSION

MATTHEW W. CHENEY, of full age, hereby certifies as follows:

1. I am an attorney-at-law duly admitted to practice law before the Courts of Appeal for the State of Maryland and the District of Columbia and am a counsel at the law firm of Crowell & Moring LLP, counsel for parties in interest Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company in this bankruptcy case. I submit this Certification in support of the accompanying motion for my admission *pro hac vice*.

2. I was admitted to practice in the State of Maryland in 1997 and in the District of Columbia in 1999.

3. I am admitted to practice before the United States District Courts of Maryland and Washington, D.C. I am further admitted to practice in the United States Court of Appeals, Fourth Circuit and in the United States Supreme Court.

4. I am in good standing in each jurisdiction and court in which I am admitted and have not been disbarred, suspended, or disciplined by any court or administrative body. I shall notify the Court immediately of any matter affecting my standing at the bar of any other court.

5. If Movants' Application is granted, I agree to abide by this Court's local rules, and to submit myself to the disciplinary jurisdiction of this Court.

6. I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may communicate regarding this case: John Sullivan, POST & SCHELL PC, 1600 John F. Kennedy Blvd., Philadelphia, PA 19103.

7. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 9, 2008

Respectfully submitted,

*/s/ Matthew W. Cheney*

Matthew W. Cheney
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company

6033302



Four Penn Center
1600 John F Kennedy Blvd.
Philadelphia, PA 19103
215-587-1000  Main
215-587-1444  Fax
www.postschell.com

John Sullivan

jsullivan@postschell.com
215-587-1487  Direct
215-320-4773  Fax
File #: 137205

July 10, 2008

VIA FEDERAL EXPRESS

Office of the Clerk
U.S. Bankruptcy Court for the District of New Jersey
U.S. Post Office and Courthouse
401 Market Street - Second Floor
Camden, NJ  08101

Attn.:  Marie Flynn

RE:   In re: Shapes/Arch Holdings, L.L.C., et al.
      Chapter 11, Case No. 08-14631 (GMB), Hon. Gloria M. Burns

Dear Ms. Flynn:

Per our conversation on Wednesday, July 9, 2008, enclosed is the original, signed Certification of Matthew W. Cheney, which is to be substituted for the one attached to the Application for *Pro Hac Vice* Admission received by your office for filing in the above-captioned matter on July 7, 2008.

Very truly yours,

Regina Brindel, Secretary to

John Sullivan

/rlb

Enclosure