NOLA R. BENCZE (NB7698)
JAMES J. O'TOOLE (JO2030)
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-8700
Facsimile: (215) 665-8760

*Attorneys for Creditor Waste
Management of New Jersey, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| In re:<br>SHAPES/ARCH HOLDINGS, L.L.C.,<br>*et al*,<br>Debtors. | (Hon. Gloria M. Burns)<br><br>Chapter 11<br><br>Lead Case No.: 08-14631 (GMB)<br>(Jointly Administered)<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*** |

TO:    Jerrold N. Poslusny, Jr.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Mark E. Felger
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801

Alan D. Halperin
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022-3301

John C. Kilgannon
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Donald F. MacMaster
Office of the U.S. Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Michael D. Sirota
Cole, Schotz, Meisel, Forman & Leonard
25 Main Street
Hackensack, NJ 07601

Walter Benzija
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

David B. Aaronson
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Street
Philadelphia, PA 19103

PLEASE TAKE NOTICE THAT the undersigned counsel, attorneys for Waste Management of New Jersey, Inc., hereby move for an order in the form accompanying this notice admitting Samantha L. Southall, Esq., *pro hac vice* to appear in this case as counsel on behalf of Waste Management of New Jersey, Inc.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Waste Management of New Jersey, Inc. shall rely upon the affidavits of Nola R. Bencze, Esquire and the affidavit of Samantha L. Southall, Esquire submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless this motion is opposed.

Dated: July 16, 2008

BUCHANAN INGERSOLL & ROONEY PC

By:/s/ Nola R. Bencze
    Nola R. Bencze
    James O'Toole, Jr.
    1835 Market Street, 14th Floor
    Philadelphia, PA 19102
    (215) 665-8700
    Counsel for Waste Management of New Jersey, Inc.