NOLA R. BENCZE (NB7698)
JAMES J. O'TOOLE (JO2030)
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-8700
Facsimile:  (215) 665-8760

*Attorneys for Creditor Waste*
*Management of New Jersey, Inc.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## (CAMDEN VICINAGE)

|  |  |
|---|---|
| In re:<br>SHAPES/ARCH HOLDINGS, L.L.C.,<br>*et al,*<br><br>Debtors. | (Hon. Gloria M. Burns)<br><br>Chapter 11<br><br>Lead Case No.: 08-14631 (GMB)<br>(Jointly Administered)<br><br>**AFFIDAVIT OF NOLA R. BENCZE,**<br>**ESQUIRE IN SUPPORT OF MOTION**<br>**FOR ADMISSION *PRO HAC VICE*** |

STATE OF NEW JERSEY          )
                             )  ss.:
COUNTY OF MERCER             )

NOLA R. BENCZE, being duly sworn according to law, upon his oath deposes and says:

1.    I am an attorney at law and am a shareholder of the law firm of Buchanan

Ingersoll & Rooney PC, attorneys for Waste Management of New Jersey, Inc.  I am admitted to

practice before the United States District Court for the District of New Jersey and I submit this

affidavit in support of an application to admit Samantha L. Southall, *pro hac vice* in this matter.

2.      I hereby acknowledge and agree that pursuant to General Rule 4 of the United

States District Court for the District of New Jersey I will, as an attorney at law in this Court, take

responsibility for signing and filing pleadings with the Court in this matter.

NOLA R. BENCZE

SWORN TO BEFORE ME this
10th day of July, 2008

NOTARY PUBLIC

KARA M. TUNNEY
A Notary Public of New Jersey
My Commission Expires 09/26/2012

2