NOLA R. BENCZE (NB7698)
JAMES J. O'TOOLE (JO2030)
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 665-8700
Facsimile: (215) 665-8760

*Attorneys for Creditor Waste
Management of New Jersey, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| In re: <br> SHAPES/ARCH HOLDINGS, L.L.C., *et al*, <br> Debtors. | (Hon. Gloria M. Burns) <br><br> Chapter 11 <br><br> Lead Case No.: 08-14631 (GMB) <br> (Jointly Administered) <br><br> **AFFIDAVIT OF SAMANTHA L. SOUTHALL, ESQUIRE IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* |

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) <br> )ss.: |
| COUNTY OF PHILADELPHIA | ) |

Samantha L. Southall, of full age, being duly sworn upon his oath, deposes and says from personal knowledge:

1. I am an attorney at law and an associate of the law firm of Buchanan Ingersoll & Rooney PC, located in Philadelphia, Pennsylvania. I make and submit this Affidavit in support of Waste Management of New Jersey, Inc.'s application for my admission *pro hac vice* in this action as counsel for Waste Management of New Jersey, Inc.

2. I am an attorney at law duly licensed to practice in the Commonwealth of Pennsylvania. I was admitted to practice law in the following bars on the dates indicated below:

**State Bars:**

(a) Pennsylvania Supreme Court in December 1997; and;

(b) New York Court of Appeals in 2001.

**Federal Bars:**

(a) United States District Court for the Eastern District of Pennsylvania in1998; and

(b) United States Court of Appeals for the Third Circuit in 1999.

3. I am a member in good standing in all bars of which I am a member and no disciplinary or grievance proceedings or investigations have been initiated or are currently pending against me.

4. I hereby consent to the jurisdiction of this Court in any matter arising out of my conduct in this proceeding and I understand that I will be bound by the Rules of Professional Conduct of the American Bar Association as revised by the New Jersey Supreme Court.

5. I hereby certify that I have received and am familiar with the Local Civil Rules for the United States Bankruptcy Court for the District of New Jersey.

_____
SAMANTHA L. SOUTHALL

SWORN TO BEFORE ME this
15th day of July, 2008

_____
NOTARY PUBLIC

NOTARIAL SEAL
Patricia Martin, Notary Public
City of Philadelphia, Philadelphia County
My commission expires July 06, 2010