# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : |
| Debtors. | : CASE NO. 08-14631 |
| | (Jointly Administered) |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 15, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B". I also caused to be served a copy of each personalized Transfer, enclosed securely in a separate postage pre-paid envelope to be delivered by first class mail to the parties listed on the annexed Exhibit "C".

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Regina Amporfro

Sworn to before me this
15th day of July, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\SHAPES\Affidavits\Transfer Ntc_Aff_7-15-08.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| SHAPES/ARCH HOLDINGS L.L.C.., et al | 08-14631 (GMB) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)

Note: For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:
**MARINE FASTENERS
120 MARITIME DRIVE
SANFORD, FL 32771**

Please note that your schedule in the above referenced case and in the amount of $74,718.46 (Claim No. 798) has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s). However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee. Refer to docket number 526 in your objection. If you file an objection, a hearing will be scheduled. If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
EPIQ BANKRUPTCY SOLUTIONS LLC as claims agent for the debtor(s)
FOR EPIQ USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 15, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | Chapter 11 Case No. |
| ) | |
| SHAPES/ARCH HOLDINGS L.L.C.., et al ) | 08-14631 (GMB) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)**

Note: For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:
**VIP BUSINESS FORMS INC
PO BOX 1012
HAVERTOWN, PA 19083**

Please note that your schedule in the above referenced case and in the amount of $3,868.04 (Claim No. 801) has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s). However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee. Refer to docket number 527 in your objection. If you file an objection, a hearing will be scheduled. If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
EPIQ BANKRUPTCY SOLUTIONS LLC as claims agent for the debtor(s)
FOR EPIQ USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 15, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| SHAPES/ARCH HOLDINGS L.L.C.., et al | 08-14631 (GMB) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) OR (e)(4)**

Note: For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim while transferee refers to the party who is purchasing or otherwise being assigned the claim.

To:

**CUSTOM MANUFACTURING CORP
2542 STATE ROAD
BENSALEM, PA 19020**

Please note that your schedule in the above referenced case and in the amount of $ $15,185.18 (Claim No. 800) has been transferred (unless previously expunged by court order) to:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim(s). However, **if you object to the transfer of your claim(s), within 20 days of the date of this notice you must file a written objection to the transfer with:**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
401 MARKET STREET, 2nd FLOOR
CAMDEN, NJ 08101

Send a copy of your objection to the transferee. Refer to docket number 528 in your objection. If you file an objection, a hearing will be scheduled. If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

/s/ REGINA AMPORFRO
EPIQ BANKRUPTCY SOLUTIONS LLC as claims agent for the debtor(s)
FOR EPIQ USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 15, 2008

**EXHIBIT B**

7-15-08: SAH Cl Trans

VIP BUSINESS FORMS INC
PO BOX 1012
HAVERTOWN, PA 19083

7-15-08: SAH Cl Trans

CUSTOM MANUFACTURING CORP
2542 STATE ROAD
BENSALEM, PA 19020

7-15-08: SAH CL TRANS

MARINE FASTENERS
120 MARITIME DRIVE
SANFORD, FL 32771

**EXHIBIT C**

7-15-08: SAH CL TRANS

JERRY N. POSLUSNY, JR.
MARK E. FELGER
COZEN O'CONNOR
LIBERTYVIEW, SUITE 300
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002

7-15-08: SAH CL TRANS

LIQUIDITY SOLUTIONS, INC.
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601