Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 08−14631−GMB
        Chapter:  11
        Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22−3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 18, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 536 − 507
Order Granting Application To Allow Attorney Matthew W. Cheney, Esq., as Counsel for Creditors Liberty Mutual Insurance Co., and Wausau Underwriters Insurance Co. to Appear Pro Hac Vice (Related Doc # [507]). The following parties were served: Debtor, Debtor's Attorney, US Trustee, Movant's Attorney, NJ Lawyers Fund For Client Protection (conventionally), and USBC Office of the Clerk (via email). Signed on 7/17/2008. (def)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 18, 2008
JJW: def

                                                                  James J. Waldron
                                                                  Clerk