**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | CHAPTER 11 |
| Debtors. | CASE NO. 08-14631 (GMB) (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED ON JULY 22, 2008 AT 10:00 a.m.**

**CONTINUED MATTERS**

1. Motion of Wells Fargo Equipment Financing, Inc. for Relief From the Automatic Stay [Docket No. 206].

- Response Deadline: July 10, 2008
- Responses Received: None
- Related Documents: None
- Status: Motion will be withdrawn if the Plan is confirmed. The Motion will be adjourned by the Parties if the Plan is not confirmed.

**UNCONTESTED MATTERS**

None

**PRETRIAL CONFERENCES**

None

**CONTESTED MATTERS**

None

**CONTESTED MATTERS-EVIDENTIARY HEARING REQUIRED**

    2.    Confirmation hearing for Debtors' Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 338].

- Response Deadline: Deadline to vote on Plan - June 27, 2008 (extended to July 21, 2008 at 12:00 noon for Pollution Control Financing Authority of Camden County). Deadline to object to confirmation - June 30, 2008 (extended to July 21, 2008 at 12:00 noon for Pollution Control Financing Authority of Camden County and Environmental Protection Agency)

- Responses Received to Debtor's Third Amended Joint Chapter 11 Plan of Reorganization:

  The State of New Jersey, Division of Taxation's Objection to Confirmation of Debtors Plan [Docket No. 424]

  Protective Objection of SL Industries, Inc. to Confirmation of Debtors' Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 434]

  Objection of Century Indemnity Company to Debtors' Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 435]

  Objection of CCMUA to Confirmation of Debtors' Plan of Reorganization [Docket No. 439]

  PRPs' Combined Objection to (I) Confirmation of Debtors' Third Amended Joint Plan of Reorganization and (II) Debtors' Motion to Disallow Claims for Contribution and in the Alternative To Estimate Claims [Docket No. 473]

  Objection by Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company to Debtors' Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 489]

  Response of Combustion Engineering, Inc. and other creditors (the "Generator Defendants") to certain language set forth in the Debtors' Third Amended Plan and in response to objection filed by Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company [Docket No. 520]

  The State of New Jersey, Division of Taxation's Withdrawal of its Objection to Confirmation of Debtors Plan [Docket 522]

  Response of SL Industries, Inc. to Objections by Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company to Debtors' Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 523]

- Responses Received to Notice of Filing of Schedule 8.1 to Debtors' Third Amended Plan:

  PPL Energyplus, LLC's Response to Cure Amount Proposed on Schedule 8.1 to Debtors' Third Amended Plan [Docket No. 428]

  Objection by Metropolitan Lumber, Hardware & Building Supplies to Filing of Schedule 8.1 to Debtors' Third Amended Plan [Docket No. 433]

  Objection of National City Commercial Capital Company, LLC to Notices of Filing of Schedule 8.1 to Debtors' Third Amended Plan [Docket No. 457]

  Declaration of Michael Reynolds in Support of Nationwide Industries, Inc's Objection to Cure Amount and Adequate Assurance of Future Performance [Docket No. 465]

- Related Documents:

  Joint Disclosure Statement for the Debtors' Third Amended Joint Plan of Reorganization [Docket No. 339]

  Affidavit of Service of Epiq Bankruptcy Solutions, LLC [Docket No. 363]

  Notice of Filing of Supplement to the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization [Docket No. 376]

  Notice of Filing of Schedule 8.1 to Debtors' Third Amended Plan [Docket [No. 399]

  Affidavit of Service of Epiq Bankruptcy Solutions, LLC [Docket No. 402]

  Affidavit of Service of Epiq Bankruptcy Solutions, LLC [Docket No. 409]

  Affidavit of Publication of Publication Notice [Docket No. 410]

  Declaration of Daniel McElhinney of Epiq Bankruptcy Solutions, LLC Certifying the Ballots Accepting or Rejecting the Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated as of June 27, 2008 [Docket No. 483]

  Declaration of J. Scott Victor in Support of Confirmation of Debtors' Third Amended Joint Plan of Reorganization [Docket No. 484]

  Notice of Filing of Modified Schedule 8.1 to Debtors' Third Amended Plan [Docket No. 492]

  Affidavit of Mailing of Epiq Bankruptcy Solutions, LLC [Docket No. 497]

Stipulated Order Between Debtors and Arrowood Indemnity Company f/k/a Royal Indemnity Company [Docket No. 509]

- Status: This matter is going forward.

3. Motion of Certain Direct Generator Defendants for Relief from Automatic Stay to Permit Dismissal of Debtors from Joint Defense Group [Docket No. 365].

- Response Deadline: July 2, 2008 (extended to July 16, 2008 at 12:00 noon for the Debtors)
- Responses Received: None
- Related Documents: None
- Status: This matter is settled and a consent order will be submitted prior to or at the hearing.

4. Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket No. 388].

- Response Deadline: July 1, 2008 (extended to July 21, 2008 at 12:00 noon for Pollution Control Financing Authority of Camden County)

- Responses Received:

    Protective Objection of SL Industries, Inc. to Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket No. 458]

    Limited Objection of Combustion Engineering, Inc. to Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket No. 459]

    Ward Sand & Materials, Inc.'s Response to Debtors' Objection to Ward Sand's Claim [Docket No. 461]

    Quick Way Inc. Objection to Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket No. 462]

    Waste Management of New Jersey, Inc.'s Objection to Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket No. 464]

    A. Marianni's Sons. Inc.'s Response to Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket No. 466]

4

>Atlantic Disposals Services, Inc.'s Objection to Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket No. 467]
>
>Nicholas Brothers, Inc.'s Objection to Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket No. 469]
>
>Twentieth Century Refuse Removal Company, Inc.'s Objection to Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket No. 471]
>
>PRPs' Combined Objection to (I) Confirmation of Debtors' Third Amended Joint Plan of Reorganization and (II) Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket No. 473]
>
>Joinder of Avery Dennison; Borden Foods; Crowley Corp.; Garrett-Buchanan; Georgia-Pacific Corp.; Devoe Coatings, Inc./The Glidden Co.; Sears Holding Management Corp.; and Southeastern Pennsylvania Transportation Authority to Objection of Combustion Engineering, Inc., successor by merger to C-E Glass, Inc. [Docket No. 474]
>
>Objection of Shaw Allow Piping Products, Inc. to Debtors' Motion to Disallow Claims for Contribution and in the Alternative to Estimate Claims [Docket No. 491]

- Related Documents: Order Shortening Time Period for Notice and Setting Hearing [Docket No. 396]

- Status:  This matter is going forward.

**FEE APPLICATIONS**

    **None**

Dated: July 18, 2008                                 COZEN O'CONNOR

                                                        By:    */s/ Jerrold N. Poslusny, Jr.*
                                                           Mark E. Felger
                                                           Jerrold N. Poslusny, Jr.

                                                           Attorneys for the Debtors

CHERRY_HILL\450870\1  220718.000