Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08−14631−GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22−3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on July 18, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 536 − 507
Order Granting Application To Allow Attorney Matthew W. Cheney, Esq., as Counsel for Creditors Liberty Mutual Insurance Co., and Wausau Underwriters Insurance Co. to Appear Pro Hac Vice (Related Doc # [507]). The following parties were served: Debtor, Debtor's Attorney, US Trustee, Movant's Attorney, NJ Lawyers Fund For Client Protection (conventionally), and USBC Office of the Clerk (via email). Signed on 7/17/2008. (def)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 18, 2008
JJW: def

James J. Waldron
Clerk

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1            User: dfitzger              Page 1 of 1              Date Rcvd: Jul 18, 2008
Case: 08-14631                  Form ID: orderntc           Total Served: 1

The following entities were served by first class mail on Jul 20, 2008.
aty          +John Sullivan,    1600 John F. Kennedy Blvd.,    Philadelphia, PA 19103-2808

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 20, 2008**            Signature:    _Joseph Speetjens_