EXHIBIT "A"

# United States Bankruptcy Court          **PROOF OF CLAIM**
**NEW JERSEY BANKRUPTCY COURT CAMDEN OFFICE**

| In re (Name of Debtor) | Case Number  08-14632 |
|---|---|
| Aluminum Shapes LLC | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. 503.

Filed: USBC - District of New Jersey - Camden
Shapes/Arch Holdings L.L.C., Et Al.
08-14631 (GMB)     0000000773

| | |
|---|---|
| Name of Creditor : : Euler Hermes ACI Assignee of Rusal America Corp.  ☐ | Check box if you are aware that |

anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Addresses Where Notices Should be Sent
**Euler Hermes ACI
ASSIGNEE OF  Rusal America Corp.
800 Red Brook Boulevard
OWINGS MILLS, MD 21117**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone No.    **800-866-5551**

**THIS SPACE IS FOR COURT USE ONLY**

Account or other number by which creditor identifies debtor:
000343494

☐ replaces
Check here if this claim:              a previously filed claim, dated:_____
☐ amends

**1. BASIS FOR CLAIM:**
- ☒ Goods Sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. 1114 (a)
- ☐ Wages, salaries, and compensations (Fill out below)
  Your social security number _____
  Unpaid compensations for services performed
  from_____(date)_____to_____(date)

**2. DATE DEBT WAS INCURRED:**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

X    **Administrative Claim**

    A claim is an administrative claim for goods sold 20 days prior to Bankruptcy date of 3/16/08 $ **959,059.54**

☒ UNSECURED NONPRIORITY CLAIMS **4,326,311.50 US$**

    A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less that in the amount of the claim.

☐ **UNSECURED PRIORITY CLAIM**
    Specify the priority of the claim.
- ☐ Wages Salaries, or commissions (up to $2000), earned not more than 90 days before filing of  the bankruptcy petition or cessation of the debtor's business, whichever is earlier)-11U.S.C. 507(a)(3)
- ☐ Contributions to an employee benefit plan U.S.C. 507(a)(4)
- ☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family or household use--11 U.S.C. 507(a)(6)
- ☐ Taxes or penalties of governmental units __11 U.S.C. 507(a)(7)
- ☐ Other __11 U.S.C.  507(a)(2), (a)(5) __(Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

| 4,326,311.50 US$ | 959,059.54 US$ | 5,285,371.04 US$ |
|---|---|---|
| (Unsecured) | (Administrative) | (Total) |

☐ Check this box if claim includes prepetition charges in addition of the principal amount of the claim. Attach itemized statement of all additional charges

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of support documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

**FILED / RECEIVED**

JUN 1 9 2008

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if an |
|---|---|
| 6/16/2008 | *Linda May* |
| | Linda May - Claims Svc Representative |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 and 3571.

# PROOF OF CLAIM

**United States Bankruptcy Court**
NEW JERSEY BANKRUPTCY COURT CAMDEN OFFICE

| In re (Name of Debtor) Aluminum Shapes LLC | Case Number  08-14632 |
|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. 503.

Name of Creditor : : Euler Hermes ACI Assignee of Rusal America Corp.   ☐

Check box if you are aware that

anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Addresses Where Notices Should be Sent
**Euler Hermes ACI**
**ASSIGNEE OF Rusal America Corp.**
**800 Red Brook Boulevard**
**OWINGS MILLS, MD 21117**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone No.   **800-866-5551**

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 000343494

Check here if this claim:  ☐ replaces  ☐ amends   a previously filed claim, dated:_____

**1. BASIS FOR CLAIM:**
- ☒ Goods Sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. 1114 (a)
- ☐ Wages, salaries, and compensations (Fill out below)
  Your social security number _____
  Unpaid compensations for services performed
  from_____to_____
  (date)                          (date)

**2. DATE DEBT WAS INCURRED:**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

X   **Administrative Claim**

A claim is an administrative claim for goods sold 20 days prior to Bankruptcy date of 3/16/08 $ 959,059.54

☒ UNSECURED NONPRIORITY CLAIMS 4,326,311.50 US$

A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM
Specify the priority of the claim.
- ☐ Wages Salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier)-11U.S.C. 507(a)(3)
- ☐ Contributions to an employee benefit plan U.S.C. 507(a)(4)
- ☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family or household use--11 U.S.C. 507(a)(6)
- ☐ Taxes or penalties of governmental units __11 U.S.C. 507(a)(7)
- ☐ Other _11 U.S.C. 507(a)(2), (a)(5) __(Describe briefly)

| 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED: | 4,326,311.50 US$ (Unsecured) | 959,059.54 US$ (Administrative) | 5,285,371.04 US$ (Total) |
|---|---|---|---|

☐ Check this box if claim includes prepetition charges in addition of the principal amount of the claim. Attach itemized statement of all additional charges

THIS SPACE IS FOR COURT USE ONLY

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of support documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date 6/16/2008 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if an *Linda May* Linda May - Claims Svc Representative |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 and 3571.

**Rusal America Corp.**
550 Mamaroneck Ave., Ste 301 Harrison, NY 10528 United States
Phone 914-670-5771 Fax 914-670-5766

**RECEIVABLES AGING REPORT**
**DETAIL**

3/18/2008     12:31:25 Susan Scannci

| Company | Rusal America Corp. | No of Days Past Due Date | |
|---|---|---|---|
| Division | Rusal Dept. | Affiliates | Exclude |
| Receivables/Payables | Receivables | Summary/Detail | Detail |
| Currency | All | Age By | Due Date |
| Counterparty | All | Output Currency | Invoice Currency |
| AsOf | Shapes/Arch LLC   3/18/2008 | TotalCurrency | USD |
| Aging Interval | 7 Days | Exchange Rate Date | Most Recent Exchange Rate |
| Trader | All | | |
| Group | All | Only Non Trade Invoices | No |
| Class | All | Include Exempted | No |
| Category | All | Invoice Type | All |
| Product | All | Business Type | All |

**Counterparty: Shapes/Arch LLC**

| Vessel | Ref | Date | Invoice | Due Date | Terms | Cur | Amount | Amount | Bucket | 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vijandi-10-BALT (R8-03) | 13090 | 2/11/2008 | 793151 | 3/21/2008 | Net Cash 37 Days | USD | 106,067.83 | 106,067.83 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 13091 | 2/11/2008 | 793151 | 3/21/2008 | Net Cash 37 Days | USD | 425,091.26 | 425,091.26 | | 0 |
| Vijandi-10-BALT (R8-03) | 13096 | 2/12/2008 | 793151 | 3/21/2008 | Net Cash 37 Days | USD | 159,953.71 | 159,953.71 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 13097 | 2/12/2008 | 793151 | 3/21/2008 | Net Cash 37 Days | USD | 422,221.48 | 422,221.48 | | 0 |
| Vijandi-10-BALT (R8-03) | 13100 | 2/13/2008 | 793151 | 3/21/2008 | Net Cash 37 Days | USD | 159,181.47 | 159,181.47 | | 0 |
| Vijandi-10-BALT (R8-03) | 13105 | 2/13/2008 | 793151 | 3/21/2008 | Net Cash 37 Days | USD | 52,202.59 | 52,202.59 | | 0 |
| Vijandi-10-BALT (R8-03) | 13107 | 2/14/2008 | 793151 | 3/21/2008 | Net Cash 37 Days | USD | 212,477.31 | 212,477.31 | | 0 |
| Vijandi-10-BALT (R8-03) | 13112 | 2/15/2008 | 793151 | 3/21/2008 | Net Cash 37 Days | USD | 159,568.65 | 159,568.65 | | 0 |
| Atlantic Runner-13-BALT | 12618F | 9/20/2007 | N/A | 10/20/2007 | Net Cash 30 Days | USD | -18.16 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 12985F | 1/23/2008 | 18657 | 2/29/2008 | Net Cash 30 Days | USD | 14,884.21 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 12986F | 1/23/2008 | 792496 | 3/3/2008 | Net Cash 30 Days | USD | 53,364.17 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 12997F | 1/24/2008 | 792496 | 2/29/2008 | Net Cash 37 Days | USD | 106,614.45 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 13002F | 1/25/2008 | 792496 | 2/29/2008 | Net Cash 37 Days | USD | 105,862.85 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 13008F | 1/28/2008 | 792496 | 3/7/2008 | Net Cash 37 Days | USD | 265,522.62 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 13013F | 1/29/2008 | 792496 | 3/7/2008 | Net Cash 37 Days | USD | 213,115.04 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 13014F | 1/29/2008 | 792496 | 3/7/2008 | Net Cash 37 Days | USD | 106,386.70 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 13020F | 1/30/2008 | 792496 | 3/7/2008 | Net Cash 37 Days | USD | 371,666.77 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 13021F | 1/30/2008 | 792496 | 3/7/2008 | Net Cash 37 Days | USD | 53,098.68 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 13029F | 1/31/2008 | 792496 | 3/7/2008 | Net Cash 37 Days | USD | 159,249.79 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 13030F | 1/31/2008 | 792496 | 3/10/2008 | Net Cash 37 Days | USD | 53,364.17 | 0.00 | | 0 |
| Atlantic Navigator-6-BALT(R7-60) | 13040F | 1/30/2008 | 792496 | 3/3/2008 | Net Cash 30 Days | USD | 53,227.51 | 0.00 | | 0 |
| Vijandi-10-BALT (R8-03) | 13106A | 2/14/2008 | 793151 | 3/21/2008 | Net Cash 37 Days | USD | 52,863.10 | 52,863.10 | | 0 |
| Vijandi-10-BALT (R8-03) | 13127F | 2/19/2008 | 793152 | 3/28/2008 | Net Cash 37 Days | USD | 480,435.08 | 480,435.08 | | 0 |
| Vijandi-10-BALT (R8-03) | 13136F | 2/20/2008 | 793152 | 3/29/2008 | Net Cash 37 Days | USD | 301,106.10 | 301,106.10 | | 0 |
| Vijandi-10-BALT (R8-03) | 13141F | 2/21/2008 | 793152 | 3/29/2008 | Net Cash 37 Days | USD | 240,139.94 | 240,139.94 | | 0 |
| Vijandi-10-BALT (R8-03) | 13152F | 2/25/2008 | 793152 | 3/29/2008 | Net Cash 37 Days | USD | 180,027.35 | 180,027.35 | 180,027.35 | |
| Vijandi-10-BALT (R8-03) | 13158F | 2/26/2008 | 793152 | 4/4/2008 | Net Cash 37 Days | USD | 239,182.91 | 239,182.91 | 239,182.91 | |
| Vijandi-10-BALT (R8-03) | 13162F | 2/27/2008 | 793152 | 4/4/2008 | Net Cash 37 Days | USD | 60,345.38 | 60,345.38 | 60,345.38 | |
| Vijandi-10-BALT (R8-03) | 13170F | 2/28/2008 | 793152 | 4/4/2008 | Net Cash 37 Days | USD | 119,966.51 | 119,966.51 | 119,966.51 | |
| Vijandi-10-BALT (R8-03) | 13171F | 2/27/2008 | 793152 | 4/4/2008 | Net Cash 37 Days | USD | 180,286.02 | 180,286.02 | 180,286.02 | |
| Vijandi-10-BALT (R8-03) | 13175F | 2/29/2008 | 793152 | 4/11/2008 | Net Cash 37 Days | USD | 179,251.37 | 179,251.37 | 179,251.37 | |
| **Currency Total (USD)** | | | | | | | **5,285,371.04** | **5,285,371.04** | **3,729,368.06** | **959,059.54** |
| **TOTAL** | | | | | | | **5,285,371.04** | | | |

Currency Total (USD): 5,285,371.04
Report Currency Total (USD): 5,285,371.04
Report Total (USD): 5,285,371.04

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771    Fax: 914-670-5786

## PROVISIONAL INVOICE

| Invoice Number. | 13152 |
|---|---|
| Invoice Date | 02/25/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att:  Kathy Roman | Att:  Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|---|
| DEL | | Truck | RUKERT | | 00949 | |
| Payment Terms | | Load Slip | Due Date | Ship Date | | |
| DEL Net Cash 37 Days | | 9850 | 03/29/2008 | 02/25/2008 | | Quota |
| | | | | | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365334 | 02/25/2008 | | 28 | 46,480.0000 | LB | 1.26300 | LB | 58,704.24 |
| A7E TBar | 365335 | 02/25/2008 | | 28 | 46,440.0000 | LB | 1.26300 | LB | 58,653.72 |
| A7E TBar | 365336 | 02/25/2008 | | 28 | 46,280.0000 | LB | 1.26300 | LB | 58,451.64 |

NOTES      a7e tbars
LM SIB-1230

Totals

| | | | 84 | 139,200.0000 | LB | | | 175,809.60 |
|---|---|---|---|---|---|---|---|---|

TOTAL DUE:

175,809.60

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

RUSAL AMERICA CORP
ACCOUNT NO. 2000005711224
ABA 031201467
WACHOVIA BANK. N.A.
213 Mamaroneck Ave.NY
Mamaroneck. New York 10543

Due Date:        03/29/2008

Signature:

Viljandi-10-BALT (R8-03):              139.200.0000 LB

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771    Fax: 914-670-5786

| FINAL INVOICE | |
|---|---|
| Invoice Number. | 13152FF |
| Invoice Date | 03/06/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att:  Kathy Roman | Att:  Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|---|
| DEL | | Truck | RUKERT | | 00949 | |
| Payment Terms | | Load Slip | Due Date | Ship Date | | Quota |
| DEL Net Cash 37 Days | | 9850 | 03/29/2008 | 02/25/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365334 | 02/25/2008 | | 28 | 46,480.0000 | LB | 1.29330 | LB | 60,112.58 |
| A7E TBar | 365335 | 02/25/2008 | | 28 | 46,440.0000 | LB | 1.29330 | LB | 60,060.85 |
| A7E TBar | 365336 | 02/25/2008 | | 28 | 46,280.0000 | LB | 1.29330 | LB | 59,853.92 |

NOTES      a7e tbars
              LM SIB-1230

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals | | | | 84 | 139,200.0000 | LB | |
| Less Provisional Billed: | | | | | | | 180,027.35 |
| **TOTAL DUE:** | | | | | | | 175,809.60 |
| | | | | | | | **4,217.75** |

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

     Due Date:     03/29/2008

     RUSAL AMERICA CORP
     ACCOUNT NO. 2000005711224
     ABA 031201467
     WACHOVIA BANK, N.A.
     213 Mamaroneck Ave.NY
     Mamaroneck, New York 10543

Signature:

Viljandi-10-BALT (R8-03):      139,200.0000 LB

# RUKERT TERMINALS CORPORATION
## BALTIMORE, MARYLAND

9850

08/02/25   0910B

| ACCOUNT OF:<br>(2187 001) | RUSAL AMERICA CORP<br>550 MAMORNECK AVE, ST 301<br>ATTN: LISA MATTHEWS<br>HARRISON, NY 10528 | SHIP TO: | RUSAL AMERICA CORP       FB<br>c/o ALUMINUM SHAPES LLC<br>9000 RIVER ROAD<br>DELAIR, NJ 08110 |

SHIPPER:   RUSAL AMERICA CORP
550 MAMORNECK AVE, ST 301
ATTN: LISA MATTHEWS
HARRISON, NY 10528

------ DELIVERY INSTRUCTIONS ------
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx205 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|------|------|----------|----------|-------|--------|
| 365334 | 08/02/25 | SIB-1230 | CHR/MASON DIXON | LH | |

BILL OF LADING PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL05/A7E<br>1659#/YLW ST/RED DOT<br>VILJANDI/R8-03<br><br>MATERIAL TO BE COVERED AT<br>ALL TIMES.<br>*********************<br>793152-MOP/S00949<br>FEBRUARY/SIB-1230 | 46,480 | ALUM T-BARS | 25702 |

Total Packages:      28
Truck Gross:      77,260      Signature: _____      Date 8/25/08
Truck Tare:      30,780
Truck Net:      46,480

TRACTOR #   008      TRAILER #   008A

he property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
hich said carrier agreed to carry to its usual place of delivery at said destination. The cargo as stated above has been loaded
n a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the
iiform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is
rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment,
hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
fication or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by
le shipper and accepted for himself and his assigns.

i-102

# RUKERT TERMINALS CORPORATION
## BALTIMORE, MARYLAND

08/02/25   11:24

ACCOUNT OF:     RUSAL AMERICA CORP
(2187 001)      550 MAMORNECK AVE, ST 301
                ATTN: LISA MATTHEWS          SHIP TO:   RUSAL AMERICA CORP    F1
                HARRISON, NY  10528                     c/o ALUMINUM SHAPES LLC
                                                        9000 RIVER ROAD
SHIPPER:        RUSAL AMERICA CORP                      DELAIR, NJ  08110
                550 MAMORNECK AVE, ST 301
                ATTN: LISA MATTHEWS          ----- DELIVERY INSTRUCTIONS -----
                HARRISON, NY  10528          7AM - 3PM /CALL FOR DELIVERY APPT.
                                             856-662-5500 KATHYx205 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | | ROUTE | | CAR NO |
|------|------|----------|----------|--|-------|--|--------|
| 365335 | 08/02/25 | SIB-1230 | CHR/FALCON | LH | | | |

## BILL OF LADING  PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL05/A7E 1659#/YLW ST/RED DOT VILJANDI/R8-03 | 46,440 | ALUM T-BARS | 25702 |
| | | MATERIAL TO BE COVERED AT ALL TIMES. ********************* 793152-MOP/S00949 FEBRUARY/SIB-1230 | | | |

Total Packages:          28
Truck Gross:     75,020     Signature:                        Date: 2/25/8
Truck Tare:      28,580
Truck Net:       46,440

TRACTOR #  100        TRAILER #  180

the property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
which said carrier agreed to carry to its usual place of delivery at said destination. That every service to be performed hereunder shall be subject to all the terms and conditions of the
n a safe and secure manner. The cargo as stated above has been loaded
niform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is
rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
fication or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by
he shipper and accepted for himself and his assigns.

i-102

# RUKERT TERMINALS CORPORATION

## BALTIMORE, MARYLAND

08/02/25  13:12

```
ACCOUNT OF:        RUSAL AMERICA CORP              SHIP TO:   RUSAL AMERICA CORP      FB
(2187 001)         550 MAMORNECK AVE, ST 301                  c/o ALUMINUM SHAPES LLC
                   ATTN: LISA MATTHEWS                        9000 RIVER ROAD
                   HARRISON, NY  10528                        DELAIR, NJ  08110

SHIPPER:           RUSAL AMERICA CORP             ----- DELIVERY INSTRUCTIONS -----
                   550 MAMORNECK AVE, ST 301      7AM - 3PM /CALL FOR DELIVERY APPT.
                   ATTN: LISA MATTHEWS            856-662-5500 KATHYx205 or LINDAx289
                   HARRISON, NY  10528
```

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|------|------|----------|----------|-------|--------|
| 365336 | 08/02/25 | SIB-1230 | CHR/OVERSTANDIN | LH/L | |

### BILL OF LADING   PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL05/AZE 1659#/YLW ST/RED DOT VILJANDI/R8-03 | 46,280 | ALUM T-BARS | 25702 |
| | | MATERIAL TO BE COVERED AT ALL TIMES. ***************************** 793152-MDP/S00949 FEBRUARY/SIB-1230 | | | |

```
Total Packages:        28       Signature: [signature]
Truck Gross:       76,300
Truck Tare:        30,020                              Date: 8-25-08
Truck Net:         46,280
```

TRACTOR #  001       TRAILER #  824

property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
which said carrier agreed to carry to its usual place of delivery at said destination,  The cargo as stated above has been loaded
in a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the
Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is
a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
ification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by
the shipper and accepted for himself and his assigns.

102

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771    Fax: 914-670-5786

| PROVISIONAL INVOICE | |
|---|---|
| Invoice Number. | 13158 |
| Invoice Date | 02/26/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | PO 793152 |
| Ship To Comment | SIB-1230 |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att:  Kathy Roman | Att:  Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|
| DEL | Truck | RUKERT | | 00949 | |
| Payment Terms | Load Slip | Due Date | Ship Date | | Quota |
| DEL Net Cash 37 Days | 9910 | 04/04/2008 | 02/26/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365337 | 02/26/2008 | | 28 | 45,940.0000 | LB | 1.26300 | LB | 58,022.22 |
| A7E TBar | 365338 | 02/26/2008 | | 28 | 46,520.0000 | LB | 1.26300 | LB | 58,754.76 |
| A7E TBar | 365339 | 02/26/2008 | | 28 | 46,260.0000 | LB | 1.26300 | LB | 58,426.38 |
| A7E TBar | 365340 | 02/26/2008 | | 28 | 46,220.0000 | LB | 1.26300 | LB | 58,375.86 |

NOTES    A7E T-BARS
LM SIB-1230

| Totals | | | | 112 | 184,940.0000 | LB | | | 233,579.22 |

| TOTAL DUE: | 233,579.22 |
|---|---|

All amounts in USD have to be wire transferred to the                    Due Date:        04/04/2008
account shown below.
In favour of:

RUSAL AMERICA CORP                              Signature:
ACCOUNT NO. 2000005711224
ABA 031201467
WACHOVIA BANK, N.A.
213 Mamaroneck Ave.NY
Mamaroneck, New York 10543

Viljandi-10-BALT (R8-03):                184,940.0000 LB

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771   Fax: 914-670-5786

| FINAL INVOICE | |
|---|---|
| Invoice Number. | 13158FF |
| Invoice Date | 03/06/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | PO 793152 |
| Ship To Comment | SIB-1230 |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att:  Kathy Roman | Att:  Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|
| DEL | Truck | RUKERT | | 00949 | |
| Payment Terms | Load Slip | Due Date | Ship Date | | Quota |
| DEL Net Cash 37 Days | 9910 | 04/04/2008 | 02/26/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365337 | 02/26/2008 | | 28 | 45,940.0000 | LB | 1.29330 | LB | 59,414.20 |
| A7E TBar | 365338 | 02/26/2008 | | 28 | 46,520.0000 | LB | 1.29330 | LB | 60,164.32 |
| A7E TBar | 365339 | 02/26/2008 | | 28 | 46,260.0000 | LB | 1.29330 | LB | 59,828.06 |
| A7E TBar | 365340 | 02/26/2008 | | 28 | 46,220.0000 | LB | 1.29330 | LB | 59,776.33 |

NOTES      A7E T-BARS
           LM SIB-1230

| | | | Totals | 112 | 184,940.0000 | LB | | | 239,182.91 |
|---|---|---|---|---|---|---|---|---|---|
| | | | Less Provisional Billed: | | | | | | 233,579.22 |

| TOTAL DUE: | 5,603.69 |
|---|---|

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

        RUSAL AMERICA CORP
        ACCOUNT NO. 2000005711224
        ABA 031201467
        WACHOVIA BANK, N.A.
        213 Mamaroneck Ave.NY
        Mamaroneck. New York 10543

Due Date:      04/04/2008

Signature:

Viljandi-10-BALT (R8-03):          184,940.0000 LB

# RUKERT TERMINALS CORPORATION
## BALTIMORE, MARYLAND

9910

08/02/26   08:44

ACCOUNT OF:   RUSAL AMERICA CORP
(2187 001)    550 MAMORNECK AVE, ST 301
              ATTN: LISA MATTHEWS
              HARRISON, NY  10528

SHIP TO:   RUSAL AMERICA CORP        FB
           c/o ALUMINUM SHAPES LLC
           9000 RIVER ROAD
           DELAIR, NJ  08110

SHIPPER:   RUSAL AMERICA CORP
           550 MAMORNECK AVE, ST 301
           ATTN: LISA MATTHEWS
           HARRISON, NY  10528

----- DELIVERY INSTRUCTIONS -----
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx205 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|------|------|----------|----------|-------|--------|
| 365337 | 08/02/26 | SIB-1230 | CHR/RITZ | LH | |

BILL OF LADING  PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL05/A7E 1659#/YLW ST/RED DOT VILJANDI/R8-03 | 45,940 | ALUM T-BARS | 25702 |
| | | MATERIAL TO BE COVERED AT ALL TIMES. ************************** 793152-MOP/S00949 FEBRUARY/SIB-1230 | | | |

Total Packages:          28
Truck Gross:        76,500     Signature: _____    Date: 2/26/08
Truck Tare:         30,500
Truck Net:          45,940
                                TRACTOR # 303      TRAILER # 554

The property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
which said carrier agreed to carry to its usual place of delivery at said destination.  The cargo as stated above has been loaded
in a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the
Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is
a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
ification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by
the shipper and accepted for himself and his assigns.

R-102

# RUKERT TERMINALS CORPORATION
### BALTIMORE, MARYLAND

08/02/26  13:48

```
ACCOUNT OF:      RUSAL AMERICA CORP              SHIP TO:   RUSAL AMERICA CORP      Fl
(2187 001)       550 MAMORNECK AVE, ST 301                  c/o ALUMINUM SHAPES LLC
                 ATTN: LISA MATTHEWS                        9000 RIVER ROAD
                 HARRISON, NY  10528                        DELAIR, NJ  08110

SHIPPER:         RUSAL AMERICA CORP              ----- DELIVERY INSTRUCTIONS -----
                 550 MAMORNECK AVE, ST 301       7AM - 3PM /CALL FOR DELIVERY APPT.
                 ATTN: LISA MATTHEWS             856-662-5500 KATHYx205 or LINDAx28?
                 HARRISON, NY  10528
```

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|------|------|----------|----------|-------|--------|
| 365338 | 08/02/26 | SIB-1230 | CHR/MASON DIXON | LH | |

BILL OF LADING  PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL05/A7E | 46,520 | ALUM T-BARS | 25702 |
| | | 1659#/YLW ST/RED DOT | | | |
| | | VILJANDI/R8-03 | | | |
| | | | | | |
| | | MATERIAL TO BE COVERED AT | | | |
| | | ALL TIMES. | | | |
| | | ********************** | | | |
| | | 793152-MOP/S00949 | | | |
| | | FEBRUARY/SIB-1230 | | | |

```
Total Packages:        28
Truck Gross:       77,380      Signature: _____    Date: _____
Truck Tare:        30,860
Truck Net:         46,520
                                TRACTOR # _____008_____   TRAILER # ____008A____
```

The property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
which said carrier agreed to carry to its usual place of delivery at said destination. The cargo as stated above has been loaded
in a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the
Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is
rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
ification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by
the shipper and accepted for himself and his assigns.

:-102

# RUKERT TERMINALS CORPORATION
## BALTIMORE, MARYLAND

08/02/26  14:10

ACCOUNT OF:    RUSAL AMERICA CORP
(2187 001)     550 MAMORNECK AVE, ST 301
               ATTN: LISA MATTHEWS
               HARRISON, NY  10528

SHIP TO:    RUSAL AMERICA CORP        FB
            c/o ALUMINUM SHAPES LLC
            9000 RIVER ROAD
            DELAIR, NJ  08110

SHIPPER:    RUSAL AMERICA CORP
            550 MAMORNECK AVE, ST 301
            ATTN: LISA MATTHEWS
            HARRISON, NY  10528

----- DELIVERY INSTRUCTIONS -----
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx205 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|------|------|----------|----------|-------|--------|
| 365339 | 08/02/26 | SIB-1230 | CHR/RITZ | LH | |

BILL OF LADING  PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL05/A7E 1659#/YLW ST/RED DOT VILJANDI/RB-03 | 46,260 | ALUM T-BARS | 25702 |
| | | MATERIAL TO BE COVERED AT ALL TIMES. | | | |
| | | ************************* 793152-MOP/S00949 FEBRUARY/SIB-1230 | | | |

Total Packages:        28
Truck Gross:       76,660
Truck Tare:        30,400
Truck Net:         46,260

Signature: Terry _____        Date: 2/26/08

TRACTOR # 303        TRAILER # 554

he property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
hich said carrier agreed to carry to its usual place of delivery at said destination. The cargo as stated above has been loaded
n a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the
niform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is
rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
ication or tariff which governs the transportation of this shipment and the said terms and conditions of the said bill of lading set forth in the class-
e shipper and accepted for himself and his assigns.

-102

# RUKERT TERMINALS CORPORATION
## BALTIMORE, MARYLAND

08/02/26  14:23

| ACCOUNT OF: | RUSAL AMERICA CORP | SHIP TO: RUSAL AMERICA CORP        FB |
|---|---|---|
| (2187 001) | 550 MAMORNECK AVE, ST 301 | c/o ALUMINUM SHAPES LLC |
| | ATTN: LISA MATTHEWS | 9000 RIVER ROAD |
| | HARRISON, NY 10528 | DELAIR, NJ 08110 |

SHIPPER:   RUSAL AMERICA CORP          ----- DELIVERY INSTRUCTIONS -----
550 MAMORNECK AVE, ST 301    7AM - 3PM /CALL FOR DELIVERY APPT.
ATTN: LISA MATTHEWS          856-662-5500 KATHYx205 or LINDAx289
HARRISON, NY 10528

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|---|---|---|---|---|---|
| 365340 | 08/02/26 | SIB-1230 | CHR/FALCON | LH | |

BILL OF LADING  PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|---|---|---|---|---|---|
| 28 | | ALUM T-BARS/BL05/A7E | 46,220 | ALUM T-BARS | 25702 |
| | | 1659#/YLW ST/RED DOT | | | |
| | | VILJANDI/R8-03 | | | |
| | | | | | |
| | | MATERIAL TO BE COVERED AT | | | |
| | | ALL TIMES. | | | |
| | | *********************** | | | |
| | | 793152-MOP/S00949 | | | |
| | | FEBRUARY/SIB-1230 | | | |

Total Packages:        28
Truck Gross:       75,480     Signature: _M al Smtt_     Date: 2/26/8
Truck Tare:        29,260
Truck Net:         46,220

TRACTOR # 109          TRAILER # 180

The property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above, which said carrier agreed to carry to its usual place of delivery at said destination. The cargo as stated above has been loaded in a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-ification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

R-102



# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771   Fax: 914-670-5786

| PROVISIONAL INVOICE | |
|---|---|
| Invoice Number. | 13162 |
| Invoice Date | 02/27/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | SHIP TO: | | |
|---|---|---|---|
| Aluminum Shapes | Aluminum Shapes | | |
| Att:  Kathy Roman | Att:  Kathy Roman | | |
| 9000 River Road | 9000 River Road | | |
| Delair NJ 08110 | Delair NJ 08110 | | |

| Delivery Terms | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|
| DEL | Truck | RUKERT | | 00949 | |
| Payment Terms | Load Slip | Due Date | Ship Date | | Quota |
| DEL Net Cash 37 Days | 9947 | 04/04/2008 | 02/27/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365341 | 02/27/2008 | | 9 | 15,043.0000 | LB | 1.26300 | LB | 18,999.31 |
| A7E TBar | 365341 | 02/27/2008 | | 19 | 31,617.0000 | LB | 1.26300 | LB | 39,932.27 |

NOTES    (LM) SIB-1230

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Totals | | | | 28 | 46,660.0000 | LB | | | 58,931.58 |

| TOTAL DUE: | 58,931.58 |
|---|---|

---

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

    RUSAL AMERICA CORP
    ACCOUNT NO. 2000005711224
    ABA 031201467
    WACHOVIA BANK, N.A.
    213 Mamaroneck Ave,NY
    Mamaroneck, New York 10543

Due Date:      04/04/2008

Signature:

Viljandi-10-BALT (R8-03):          46.660.0000 LB

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771   Fax: 914-670-5786

| FINAL INVOICE | |
|---|---|
| **Invoice Number.** | 13162FF |
| **Invoice Date** | 03/06/2008 |
| **Our Order No.** | S-00949 |
| **ReleaseReferenceNo.** | 9638 |
| **Customer Order No.** | 793152 |
| **Ship To Comment** | |

| **BUYER:** | **SHIP TO:** |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att:  Kathy Roman | Att:  Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|
| DEL | Truck | RUKERT | | 00949 | |
| **Payment Terms** | **Load Slip** | **Due Date** | **Ship Date** | | |
| DEL Net Cash 37 Days | 9947 | 04/04/2008 | 02/27/2008 | | **Quota** |
| | | | | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365341 | 02/27/2008 | | 9 | 15,043.0000 | LB | 1.29330 | LB | 19,455.11 |
| A7E TBar | 365341 | 02/27/2008 | | 19 | 31,617.0000 | LB | 1.29330 | LB | 40,890.27 |

**NOTES**   (LM) SIB-1230

| Totals | | | | 28 | 46,660.0000 | LB | | | 60,345.38 |
|---|---|---|---|---|---|---|---|---|---|
| Less Provisional Billed: | | | | | | | | | 58,931.58 |

| **TOTAL DUE:** | **1,413.80** |
|---|---|

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

**Due Date:**   **04/04/2008**

RUSAL AMERICA CORP
ACCOUNT NO. 2000005711224
ABA 031201467
WACHOVIA BANK, N.A.
213 Mamaroneck Ave.NY
Mamaroneck, New York 10543

**Signature:**

**Viljandi-10-BALT (R8-03):**        46,660.0000 LB

# RUKERT TERMINALS CORPORATION
## BALTIMORE, MARYLAND

08/02/27    08:51

| ACCOUNT OF: | RUSAL AMERICA CORP | SHIP TO: | RUSAL AMERICA CORP    FB |
|---|---|---|---|
| (2187 001) | 550 MAMORNECK AVE, ST 301 | | c/o ALUMINUM SHAPES LLC |
| | ATTN: LISA MATTHEWS | | 9000 RIVER ROAD |
| | HARRISON, NY 10528 | | DELAIR, NJ 08110 |

SHIPPER:    RUSAL AMERICA CORP
550 MAMORNECK AVE, ST 301
ATTN: LISA MATTHEWS
HARRISON, NY 10528

----- DELIVERY INSTRUCTIONS -----
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx605 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|---|---|---|---|---|---|
| 365341 | 08/02/27 | SIB-1230 | CHR/RITZ | LH | |

### BILL OF LADING  PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|---|---|---|---|---|---|
| 19 | | ALUM T-BARS/BL05/A7E | 31,617 | ALUM T-BARS | 25702 |
| | | 1659#/YLW ST/RED DOT | | | |
| | | VILJANDI/R8-03 | | | |
| 9 | | ALUM T-BARS/BL06/A7E | 15,043 | ALUM T-BARS | 25703 |
| | | 1661#/YLW ST/BLUE DOT | | | |
| | | VILJANDI/R8-03 | | | |
| | | | | | |
| | | MATERIAL TO BE COVERED AT | | | |
| | | ALL TIMES. | | | |
| | | *********************** | | | |
| | | 793152-MOP/S00949 | | | |
| | | FEBRUARY/SIB-1230 | | | |

Total Packages:        28
Truck Gross:       76,640        Signature: _Terry LR_        Date: 2/27/08
Truck Tare:        29,980
Truck Net:         46,660

TRACTOR #    303        TRAILER #    554

The property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
which said carrier agreed to carry to its usual place of delivery at said destination. The cargo as stated above has been loaded
in a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the
Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is
a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
ification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by
the shipper and accepted for himself and his assigns.

R-102

(947)

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771   Fax: 914-670-5786

| PROVISIONAL INVOICE | |
|---|---|
| Invoice Number. | 13170 |
| Invoice Date | 02/28/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | | SHIP TO: | | | |
|---|---|---|---|---|---|
| Aluminum Shapes | | Aluminum Shapes | | | |
| Att:  Kathy Roman | | Att:  Kathy Roman | | | |
| 9000 River Road | | 9000 River Road | | | |
| Delair NJ 08110 | | Delair NJ 08110 | | | |
| **Delivery Terms** | **Shipped Via** | **Shipped Ex** | | **Order No** | **Pricing** |
| DEL | Truck | RUKERT | | 00949 | |
| **Payment Terms** | **Load Slip** | **Due Date** | **Ship Date** | | **Quota** |
| DEL Net Cash 37 Days | 9999 | 04/04/2008 | 02/28/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365345 | 02/28/2008 | | 28 | 46,440.0000 | LB | 1.26300 | LB | 58,653.72 |
| A7E TBar | 365346 | 02/28/2008 | | 28 | 46,320.0000 | LB | 1.26300 | LB | 58,502.16 |
| Totals | | | | 56 | 92,760.0000 | LB | | | 117,155.88 |

| **TOTAL DUE:** | **117,155.88** |
|---|---|

---

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

    RUSAL AMERICA CORP
    ACCOUNT NO. 2000005711224
    ABA 031201467
    WACHOVIA BANK, N.A.
    213 Mamaroneck Ave,NY
    Mamaroneck, New York 10543

Due Date:    04/04/2008

Signature:

Viljandi-10-BALT (R8-03):    92.760.0000 LB

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771   Fax: 914-670-5786

| FINAL INVOICE | |
|---|---|
| Invoice Number. | 13170FF |
| Invoice Date | 03/06/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att:  Kathy Roman | Att:  Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|
| DEL | Truck | RUKERT | | 00949 | |
| Payment Terms | Load Slip | Due Date | Ship Date | | Quota |
| DEL Net Cash 37 Days | 9999 | 04/04/2008 | 02/28/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365345 | 02/28/2008 | | 28 | 46,440.0000 | LB | 1.29330 | LB | 60,060.85 |
| A7E TBar | 365346 | 02/28/2008 | | 28 | 46,320.0000 | LB | 1.29330 | LB | 59,905.66 |
| Totals | | | | 56 | 92,760.0000 | LB | | | 119,966.51 |
| Less Provisional Billed: | | | | | | | | | 117,155.88 |

| TOTAL DUE: | 2,810.63 |
|---|---|

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

RUSAL AMERICA CORP
ACCOUNT NO. 2000005711224
ABA 031201467
WACHOVIA BANK, N.A.
213 Mamaroneck Ave,NY
Mamaroneck, New York 10543

Due Date:     04/04/2008

Signature:

Viljandi-10-BALT (R8-03):          92,760.0000 LB

# RUKERT TERMINALS CORPORATION
## BALTIMORE, MARYLAND

08/02/28   08:57

ACCOUNT OF:   RUSAL AMERICA CORP
(2187 001)    550 MAMORNECK AVE, ST 301
              ATTN: LISA MATTHEWS
              HARRISON, NY 10528

SHIP TO:   RUSAL AMERICA CORP       FB
           c/o ALUMINUM SHAPES LLC
           9000 RIVER ROAD
           DELAIR, NJ 08110

SHIPPER:   RUSAL AMERICA CORP
           550 MAMORNECK AVE, ST 301
           ATTN: LISA MATTHEWS
           HARRISON, NY 10528

----- DELIVERY INSTRUCTIONS -----
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx205 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | | ROUTE | | CAR NO |
|------|------|----------|----------|--|-------|--|--------|
| 365345 | 08/02/28 | SIB-1230 | CHR/RITZ | | LH | | |

BILL OF LADING   PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL06/A7E 1661#/YLW ST/BLUE DOT VILJANDI/R8-03 | 46,440 | ALUM T-BARS | 25703 |
| | | MATERIAL TO BE COVERED AT ALL TIMES. ***************** 793152-MOP/S00949 FEBRUARY/SIB-1230 | | | |

Total Packages:      28
Truck Gross:     76,780
Truck Tare:      30,340
Truck Net:       46,440

Signature: _Terry R C_   Date: 2/28/08

TRACTOR # 303   TRAILER # 504

The property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
which said carrier agreed to carry to its usual place of delivery at said destination. The cargo as stated above has been loaded
in a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the
Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is
a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
ification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by
the shipper and accepted for himself and his assigns.

A-102

9997

# RUKERT TERMINALS CORPORATION
## BALTIMORE, MARYLAND

08/02/28   14:23

ACCOUNT OF:   RUSAL AMERICA CORP
(2187 001)    550 MAMORNECK AVE, ST 301
              ATTN: LISA MATTHEWS
              HARRISON, NY  10528

SHIP TO:   RUSAL AMERICA CORP          FB
           c/o ALUMINUM SHAPES LLC
           9000 RIVER ROAD
           DELAIR, NJ  08110

SHIPPER:   RUSAL AMERICA CORP
           550 MAMORNECK AVE, ST 301
           ATTN: LISA MATTHEWS
           HARRISON, NY  10528

----- DELIVERY INSTRUCTIONS -----
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx205 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|------|------|----------|----------|-------|--------|
| 365346 | 08/02/28 | SIB-1230 | CHR/RITZ | LH | |

BILL OF LADING   PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL06/A7E 1661#/YLW ST/BLUE DOT VILJANDI/R8-03 | 46,320 | ALUM T-BARS | 25703 |
| | | MATERIAL TO BE COVERED AT ALL TIMES. | | | |
| | | ************************* 793152-MOP/S00949 FEBRUARY/SIB-1230 | | | |

Total Packages:        28
Truck Gross:       76,460
Truck Tare:        30,140      Signature:
Truck Net:         46,320

Date: 2/28/08

TRACTOR # 303      TRAILER # 554

The property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
which said carrier agreed to carry to its usual place of delivery at said destination. The cargo as stated above has been loaded
in a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the
Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is
a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
ification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by
the shipper and accepted for himself and his assigns.

R-102

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771   Fax: 914-670-5786

| PROVISIONAL INVOICE | |
|---|---|
| Invoice Number. | 13171 |
| Invoice Date | 02/27/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | | SHIP TO: | | | |
|---|---|---|---|---|---|
| Aluminum Shapes | | Aluminum Shapes | | | |
| Att:  Kathy Roman | | Att:  Kathy Roman | | | |
| 9000 River Road | | 9000 River Road | | | |
| Delair NJ 08110 | | Delair NJ 08110 | | | |
| **Delivery Terms** | **Shipped Via** | **Shipped Ex** | | **Order No** | **Pricing** |
| DEL | Truck | RUKERT | | 00949 | |
| **Payment Terms** | **Load Slip** | **Due Date** | **Ship Date** | | **Quota** |
| DEL Net Cash 37 Days | 10000 | 04/04/2008 | 02/27/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365342 | 02/27/2008 | | 28 | 46,680.0000 | LB | 1.26300 | LB | 58,956.84 |
| A7E TBar | 365343 | 02/27/2008 | | 28 | 46,400.0000 | LB | 1.26300 | LB | 58,603.20 |
| A7E TBar | 365344 | 02/27/2008 | | 28 | 46,320.0000 | LB | 1.26300 | LB | 58,502.16 |

NOTES     (LM) SIB-1230

| Totals | | | | 84 | 139,400.0000 | LB | | | 176,062.20 |
|---|---|---|---|---|---|---|---|---|---|

| TOTAL DUE: | | | | | | | | | 176,062.20 |
|---|---|---|---|---|---|---|---|---|---|

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

    RUSAL AMERICA CORP
    ACCOUNT NO. 2000005711224
    ABA 031201467
    WACHOVIA BANK. N.A.
    213 Mamaroneck Ave.NY
    Mamaroneck. New York 10543

Due Date:     04/04/2008

Signature:

Viljandi-10-BALT (R8-03):          139,400.0000 LB



# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301 Harrison, NY 10528 Phone: 914-670-5771  Fax: 914-670-5786

| FINAL INVOICE | |
|---|---|
| Invoice Number. | 13171FF |
| Invoice Date | 03/06/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att: Kathy Roman | Att: Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|---|
| DEL | | Truck | RUKERT | | 00949 | |
| Payment Terms | | Load Slip | Due Date | Ship Date | | Quota |
| DEL Net Cash 37 Days | | 10000 | 04/04/2008 | 02/27/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365342 | 02/27/2008 | | 28 | 46,680.0000 | LB | 1.29330 | LB | 60,371.24 |
| A7E TBar | 365343 | 02/27/2008 | | 28 | 46,400.0000 | LB | 1.29330 | LB | 60,009.12 |
| A7E TBar | 365344 | 02/27/2008 | | 28 | 46,320.0000 | LB | 1.29330 | LB | 59,905.66 |

**NOTES**    (LM) SIB-1230

| Totals | | | | 84 | 139,400.0000 | LB | | | 180,286.02 |
|---|---|---|---|---|---|---|---|---|---|
| Less Provisional Billed: | | | | | | | | | 176,062.20 |

| TOTAL DUE: | | 4,223.82 |
|---|---|---|

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

     Due Date:     04/04/2008

    RUSAL AMERICA CORP
    ACCOUNT NO. 2000005711224
    ABA 031201467
    WACHOVIA BANK. N.A.
    213 Mamaroneck Ave,NY
    Mamaroneck. New York 10543

     Signature:

Viljandi-10-BALT (R8-03):          139,400.0000 LB



# RUKERT TERMINALS CORPORATION
## BALTIMORE, MARYLAND

08/02/27  13:43

| ACCOUNT OF: | RUSAL AMERICA CORP | SHIP TO: | RUSAL AMERICA CORP    F |
|---|---|---|---|
| (2187 001) | 550 MAMORNECK AVE, ST 301 | | c/o ALUMINUM SHAPES LLC |
| | ATTN: LISA MATTHEWS | | 9000 RIVER ROAD |
| | HARRISON, NY  10528 | | DELAIR, NJ  08110 |

SHIPPER:   RUSAL AMERICA CORP
           550 MAMORNECK AVE, ST 301
           ATTN: LISA MATTHEWS
           HARRISON, NY  10528

----- DELIVERY INSTRUCTIONS -----
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx205 or LINDAx28

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | | CAR NO |
|---|---|---|---|---|---|---|
| 365342 | 08/02/27 | SIB-1230 | CHR/FALCON | LH | | |

BILL OF LADING  PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|---|---|---|---|---|---|
| 28 | | ALUM T-BARS/BL06/A7E 1661#/YLW ST/BLUE DOT VILJANDI/R8-03<br><br>MATERIAL TO BE COVERED AT ALL TIMES.<br>*************************<br>793152-MOP/600949<br>FEBRUARY/SIB-1230 | 46,680 | ALUM T-BARS | 25703 |

Total Packages:        28
Truck Gross:        75,500        Signature: _____  Date: 2/27/8
Truck Tare:        28,820
Truck Net:        46,680

TRACTOR # 109          TRAILER # 180

The property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above, which said carrier agreed to carry to its usual place of delivery at said destination. The cargo as stated above has been loaded in a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-ification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

R-102

 **RUKERT TERMINALS CORPORATION**
BALTIMORE, MARYLAND

08/02/27   15:21

ACCOUNT OF:   RUSAL AMERICA CORP
(2187 001)    550 MAMORNECK AVE, ST 301
              ATTN: LISA MATTHEWS
              HARRISON, NY  10528

SHIP TO:   RUSAL AMERICA CORP        FB
           c/o ALUMINUM SHAPES LLC
           9000 RIVER ROAD
           DELAIR, NJ  08110

SHIPPER:   RUSAL AMERICA CORP
           550 MAMORNECK AVE, ST 301
           ATTN: LISA MATTHEWS
           HARRISON, NY  10528

----- DELIVERY INSTRUCTIONS -----
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx205 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|------|------|----------|----------|-------|--------|
| 365343 | 08/02/27 | SIB-1230 | CHR/RITZ | LH | |

BILL OF LADING  PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BLO6/A7E 1661#/YLW ST/BLUE DOT VILJANDI/R8-03 | 46,400 | ALUM T-BARS | 25703 |
| | | MATERIAL TO BE COVERED AT ALL TIMES. ************************ 793152-MOP/S00949 FEBRUARY/SIB-1230 | | | |

Total Packages:      28
Truck Gross:     77,100
Truck Tare:      30,700
Truck Net:       46,400

Signature: *Terry LRE*  Date: 2/27/o

TRACTOR #  303      TRAILER #  354

The property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above, which said carrier agreed to carry to its usual place of delivery at said destination. The cargo as stated above has been loaded in a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-ification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

 **RUKERT TERMINALS CORPORATION**
BALTIMORE, MARYLAND

08/02/27   15:51

ACCOUNT OF:   RUSAL AMERICA CORP
(2187 001)   550 MAMORNECK AVE, ST 301
ATTN: LISA MATTHEWS
HARRISON, NY  10528

SHIP TO:   RUSAL AMERICA CORP   FE
c/o ALUMINUM SHAPES LLC
9000 RIVER ROAD
DELAIR, NJ  08110

SHIPPER:   RUSAL AMERICA CORP
550 MAMORNECK AVE, ST 301
ATTN: LISA MATTHEWS
HARRISON, NY  10528

----- DELIVERY INSTRUCTIONS -----
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx205 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | | ROUTE | CAR NO |
|------|------|----------|----------|------|-------|--------|
| 365344 | 08/02/27 | SIB-1230 | CHR/OBARA & BRE | LH | | |

BILL OF LADING  PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL06/A7E 1661#/YLW ST/BLUE DOT VILJANDI/R8-03 | 46,320 | ALUM T-BARS | 25703 |
| | | MATERIAL TO BE COVERED AT ALL TIMES. | | | |
| | | ****************************** 793152-MQP/S00949 FEBRUARY/SIB-1230 | | | |

Total Packages:        28
Truck Gross:        77,720
Truck Tare:        30,900
Truck Net:        46,820

Signature: _____   Date: 2-27-8

TRACTOR # 114        TRAILER # 350 823

The property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
which said carrier agreed to carry to its usual place of delivery at said destination. The cargo as stated above has been loaded
in a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the
Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is
rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment,
shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
ification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by
the shipper and accepted for himself and his assigns.

-102

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771   Fax: 914-670-5786

| PROVISIONAL INVOICE | |
|---|---|
| Invoice Number. | 13175 |
| Invoice Date | 02/29/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

**BUYER:**

Aluminum Shapes
Att: Kathy Roman
9000 River Road
Delair NJ 08110

**SHIP TO:**

Aluminum Shapes
Att: Kathy Roman
9000 River Road
Delair NJ 08110

| Delivery Terms | | Shipped Via | | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|---|---|
| DEL | | Truck | | RUKERT | | 00949 | |
| Payment Terms | | Load Slip | | Due Date | Ship Date | | |
| DEL Net Cash 37 Days | | 10014 | | 04/11/2008 | 02/29/2008 | | Quota February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365347 | 02/29/2008 | | 28 | 46,580.0000 | LB | 1.26300 | LB | 58,830.54 |
| A7E TBar | 365348 | 02/29/2008 | | 28 | 45,080.0000 | LB | 1.26300 | LB | 56,936.04 |
| A7E TBar | 365349 | 02/29/2008 | | 28 | 46,940.0000 | LB | 1.26300 | LB | 59,285.22 |

NOTES    (LM) SIB-1230

Totals

| | | | | 84 | 138,600.0000 | LB | | | 175,051.80 |

**TOTAL DUE:**    175,051.80

---

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

**Due Date:**    04/11/2008

RUSAL AMERICA CORP
ACCOUNT NO. 2000005711224
ABA 031201467
WACHOVIA BANK, N.A.
213 Mamaroneck Ave.NY
Mamaroneck, New York 10543

**Signature:**

Viljandi-10-BALT (R8-03):        138.600.0000 LB



# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771   Fax: 914-670-5786

| FINAL INVOICE | |
|---|---|
| Invoice Number. | 13175FF |
| Invoice Date | 03/06/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att:  Kathy Roman | Att:  Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|
| DEL | Truck | RUKERT | | 00949 | |
| Payment Terms | Load Slip | Due Date | Ship Date | | Quota |
| DEL Net Cash 37 Days | 10014 | 04/11/2008 | 02/29/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365347 | 02/29/2008 | | 28 | 46,580.0000 | LB | 1.29330 | LB | 60,241.91 |
| A7E TBar | 365348 | 02/29/2008 | | 28 | 45,080.0000 | LB | 1.29330 | LB | 58,301.96 |
| A7E TBar | 365349 | 02/29/2008 | | 28 | 46,940.0000 | LB | 1.29330 | LB | 60,707.50 |

NOTES       (LM) SIB-1230

| Totals | | | | 84 | 138,600.0000 | LB | | | 179,251.37 |
|---|---|---|---|---|---|---|---|---|---|
| Less Provisional Billed: | | | | | | | | | 175,051.80 |

| TOTAL DUE: | 4,199.57 |
|---|---|

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

**Due Date:**      04/11/2008

RUSAL AMERICA CORP
ACCOUNT NO. 2000005711224
ABA 031201467
WACHOVIA BANK. N.A.
213 Mamaroneck Ave,NY
Mamaroneck, New York 10543

**Signature:**

Viljandi-10-BALT (R8-03):         138.600.0000 LB

 **RUKERT TERMINALS CORPORATION**
BALTIMORE, MARYLAND

08/02/29   09:20

ACCOUNT OF:    RUSAL AMERICA CORP
(2187 001)     550 MAMORNECK AVE, ST 301
               ATTN: LISA MATTHEWS
               HARRISON, NY  10528

SHIP TO:   RUSAL AMERICA CORP        FB
           c/o ALUMINUM SHAPES LLC
           9000 RIVER ROAD
           DELAIR, NJ  08110

SHIPPER:       RUSAL AMERICA CORP
               550 MAMORNECK AVE, ST 301
               ATTN: LISA MATTHEWS
               HARRISON, NY  10528

----- DELIVERY INSTRUCTIONS -----
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx205 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|------|------|----------|----------|-------|--------|
| 365347 | 08/02/29 | SIB-1230 | CHR/RITZ | LH | |

BILL OF LADING  PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL06/AZE 1661#/YLW ST/BLUE DOT VILJANDI/RB-03  MATERIAL TO BE COVERED AT ALL TIMES. ************************ 793152-MOP/800949 FEBRUARY/SIB-1230 | 46,580 | ALUM T-BARS | 25703 |

Total Packages:        28
Truck Gross:      76,960    Signature: _Terry ____  Date: 2/29/08
Truck Tare:       30,380
Truck Net:        46,580

TRACTOR # 303        TRAILER # 954

he property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
hich said carrier agreed to carry to its usual place of delivery at said destination. The cargo as stated above has been loaded
n a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the
niform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is
rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
fication or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by
e shipper and accepted for himself and his assigns.

R-102



# RUKERT TERMINALS CORPORATION
## BALTIMORE, MARYLAND

08/02/29   11:39

ACCOUNT OF:        RUSAL AMERICA CORP
(2187 001)         550 MAMORNECK AVE, ST 301
                   ATTN: LISA MATTHEWS
                   HARRISON, NY  10528

SHIP TO:   RUSAL AMERICA CORP        FB
           c/o ALUMINUM SHAPES LLC
           9000 RIVER ROAD
           DELAIR, NJ  08110

SHIPPER:           RUSAL AMERICA CORP
                   550 MAMORNECK AVE, ST 301
                   ATTN: LISA MATTHEWS
                   HARRISON, NY  10528

----- DELIVERY INSTRUCTIONS -----
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx205 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|------|------|----------|----------|-------|--------|
| 365348 | 08/02/29 | SIB-1230 | CHR/ROBINSONS T-LA | | |

BILL OF LADING  PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL06/A7E 1661#/YLW ST/BLUE DOT VILJANDI/RB-03 MATERIAL TO BE COVERED AT ALL TIMES. ************************** 793152-MOP/S00949 FEBRUARY/SIB-1230 | 45,080 | ALUM T-BARS | 25703 |

Total Packages:        28
Truck Gross:       77,360      Signature: _____      Date: 2/28/0
Truck Tare:        32,280
Truck Net:         45,080      TRACTOR # 1024        TRAILER # 60016

The property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above, which said carrier agreed to carry to its usual place of delivery at said destination.  The cargo as stated above has been loaded in a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class- ification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

 **RUKERT TERMINALS CORPORATION**
BALTIMORE, MARYLAND

08/02/29   10:48

ACCOUNT OF:     RUSAL AMERICA CORP
(2187 001)      550 MAMORNECK AVE, ST 301
                ATTN: LISA MATTHEWS
                HARRISON, NY  10528

SHIP TO:   RUSAL AMERICA CORP        FB
           c/o ALUMINUM SHAPES LLC
           9000 RIVER ROAD
           DELAIR, NJ  08110

SHIPPER:   RUSAL AMERICA CORP
           550 MAMORNECK AVE, ST 301
           ATTN: LISA MATTHEWS
           HARRISON, NY  10528

----- DELIVERY INSTRUCTIONS -----
7AM - 3PM /CALL FOR DELIVERY APPT.
856-662-5500 KATHYx205 or LINDAx289

| B/L# | DATE | CUST REF | SHIP VIA | ROUTE | CAR NO |
|------|------|----------|----------|-------|--------|
| 365349 | 08/02/29 | SIB-1230 | CHR/RITZ | LH | |

BILL OF LADING   PREPAID BY SHIPPER

| QTY | HAZ | DESCRIPTION | WEIGHT | ITEM CODE | REFERENCE |
|-----|-----|-------------|--------|-----------|-----------|
| 28 | | ALUM T-BARS/BL06/A7E 1661#/YLW ST/BLUE DOT VILJANDI/R8-03 MATERIAL TO BE COVERED AT ALL TIMES. ************************** 793152-MOP/S00949 FEBRUARY/SIB-1230 | 46,940 | ALUM T-BARS | 25703 |

Total Packages:        28
Truck Gross:       76,100      Signature: _____      Date: 2-29-08
Truck Tare:        29,160
Truck Net:         46,940

TRACTOR # ____101____   TRAILER # __4817__

he property described above, is in apparent good order, except as noted, marked, consigned, and destined as indicated above,
which said carrier agreed to carry to its usual place of delivery at said destination.  The cargo as stated above has been loaded
n a safe and secure manner. That every service to be performed hereunder shall be subject to all the terms and conditions of the
hiform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a
rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the class-
fication or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by
he shipper and accepted for himself and his assigns.

## EXHIBIT D5

## CLASS 10 – GENERAL UNSECURED CLAIMS

Class 10   Voting Amount

[Claimant Name] *Euler Hermes ACI Assignee of Rusal America Corp.*
[Claimant Address] *800 Red Brook Blvd.*
[City, State Zip Code] *Owings Mills, MD 21117*
[Country] *USA*

|  |  |  |
|---|---|---|
| | : | UNITED STATES BANKRUPTCY COURT |
| In re: | : | FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
| | : | |
| Debtors. | : | CASE NO. 08-14631 (GMB) |
| | : | |
| | : | |

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN OF REORGANIZATION FOR THE DEBTORS

### CLASS 10 – GENERAL UNSECURED CLAIMS

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS JUNE 27, 2008 AT 4:00 P.M. (ET). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED**

---

This Ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization (including all exhibits thereto and as the same may be further amended, modified or supplemented from time to time, the "Plan") submitted by the above-captioned debtors and debtors in possession (the "Debtors") and described in the related disclosure statement approved by order of the United States Bankruptcy Court for the District of New Jersey (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Voting Agent by visiting www.epiqsystems.com or by contacting Epiq Bankruptcy Solutions, LLC ("Epiq") (i) by first class mail addressed to Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; or (iii) by telephoning (646) 282-2500.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and

equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advise concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 10 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Epiq at the address above on or before June 27, 2008 at 4:00 p.m. and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF PLAN**

The undersigned, the holder of a Class 10 claim against the Debtors, in the unpaid amount of

$ _5285,371.04_

     (Check one box only)

     [ X ] ACCEPTS THE PLAN     [  ] REJECTS THE PLAN

Dated: _6|16|08_

Print or type name: _LINDA MAY_
Signature: _Linda May_
Title (if corporation or partnership) _CLAIMS SERVICE Rep._
_FOR EULER HERMES_
Address: _800 Red Brook Blvd._
_Owings Mills, MD 21117_

RETURN THIS BALLOT ON OR BEFORE **JUNE 27, 2008** TO:

| Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5112 New York, New York 10150-5112 | Shapes/Arch Holdings, LLC c/o Epiq Bankruptcy Solutions, LLC 757 Third Street, Third Floor New York, NY 10017 |
|---|---|
| **If by First Class Mail** | **If by hand delivery or overnight mail** |

D5-2

**EXHIBIT D5**

**CLASS 10 – GENERAL UNSECURED CLAIMS**

Class 10   Voting Amount

[Claimant Name] EULER HERMES ACI ASSIGNEE OF LUMBERMEN ASSOCIATES, INC

[Claimant Address]   800 RED Brook Blvd.

[City, State Zip Code] Owings Mills, MD 21117

[Country] USA

|  |  |
|---|---|
| | : UNITED STATES BANKRUPTCY COURT |
| In re: | : FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et | : CHAPTER 11 |
| al., | : |
| Debtors. | : CASE NO. 08-14631 (GMB) |
| | : |
| | : |

### BALLOT FOR ACCEPTING OR REJECTING
### THE PLAN OF REORGANIZATION FOR THE DEBTORS

### CLASS 10 – GENERAL UNSECURED CLAIMS

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS JUNE 27, 2008 AT 4:00 P.M. (ET). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED**

This Ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization (including all exhibits thereto and as the same may be further amended, modified or supplemented from time to time, the "Plan") submitted by the above-captioned debtors and debtors in possession (the "Debtors") and described in the related disclosure statement approved by order of the United States Bankruptcy Court for the District of New Jersey (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Voting Agent by visiting www.epiqsystems.com or by contacting Epiq Bankruptcy Solutions, LLC ("Epiq") (i) by first class mail addressed to Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; or (iii) by telephoning (646) 282-2500.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and

equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advise concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 10 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Epiq at the address above on or before June 27, 2008 at 4:00 p.m. and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF PLAN**

The undersigned, the holder of a Class 10 claim against the Debtors, in the unpaid amount of

$ __68,588.41__

> (Check one box only)

> [ X ] ACCEPTS THE PLAN          [     ] REJECTS THE PLAN

Dated: _6|16|08_

Print or type name: __LINDA MAY__

Signature: __Linda May__

Title (if corporation or partnership) __CLAIMS SERVICE REPRESENTATIVE__
__FOR EULER HERMES ACI__

Address: __800 RED BROOK Blvd.__
__OWINGS MILLS, MD 21117__

RETURN THIS BALLOT ON OR BEFORE **JUNE 27, 2008** TO:

| Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5112 New York, New York 10150-5112 | Shapes/Arch Holdings, LLC c/o Epiq Bankruptcy Solutions, LLC 757 Third Street, Third Floor New York, NY 10017 |
|---|---|
| **If by First Class Mail** | **If by hand delivery or overnight mail** |

## **EXHIBIT D5**

## **CLASS 10 – GENERAL UNSECURED CLAIMS**

Class 10   Voting Amount
[Claimant Name] EULER HERMES ACI ASSIGNEE OF AMERICAN IRON & METAL COMPANY (USA), INC.
[Claimant Address]  800 RED Brook Blvd.
[City, State Zip Code]  Owings Mills, MD 21117
[Country]  USA

|  |  |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>: CHAPTER 11<br>:<br>:<br>: CASE NO. 08-14631 (GMB)<br>:<br>: |

## BALLOT FOR ACCEPTING OR REJECTING
## THE PLAN OF REORGANIZATION FOR THE DEBTORS

### CLASS 10 – GENERAL UNSECURED CLAIMS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS JUNE 27, 2008 AT 4:00 P.M. (ET). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED**

This Ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization (including all exhibits thereto and as the same may be further amended, modified or supplemented from time to time, the "Plan") submitted by the above-captioned debtors and debtors in possession (the "Debtors") and described in the related disclosure statement approved by order of the United States Bankruptcy Court for the District of New Jersey (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Voting Agent by visiting www.epiqsystems.com or by contacting Epiq Bankruptcy Solutions, LLC ("Epiq") (i) by first class mail addressed to Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; or (iii) by telephoning (646) 282-2500.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and

equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advise concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 10 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Epiq at the address above on or before June 27, 2008 at 4:00 p.m. and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF PLAN**

The undersigned, the holder of a Class 10 claim against the Debtors, in the unpaid amount of

$ _181,087.20_

> (Check one box only)
>
> [ X ] ACCEPTS THE PLAN            [    ] REJECTS THE PLAN

Dated: _6|16|08_

Print or type name: _LINDA MAY_

Signature: _Linda May_

Title (if corporation or partnership) _CLAIMS SERVICE REP._
_FOR EULER HERMES ACI_

Address: _800 RED Brook Blvd._
_Owings Mills, MD 21117_

RETURN THIS BALLOT ON OR BEFORE **JUNE 27, 2008** TO:

| Shapes/Arch Holdings, LLC, c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5112 New York, New York 10150-5112 | Shapes/Arch Holdings, LLC c/o Epiq Bankruptcy Solutions, LLC 757 Third Street, Third Floor New York, NY 10017 |
|---|---|
| If by First Class Mail | If by hand delivery or overnight mail |



**EULER HERMES**
ACI

June 16, 2008

Shapes / Arch Holding, LLC, c/o
Epiq Bankrutcy Solutions, LLC
FDR Station, P.O. Box 5112
New York, New York 10150-5112

| | |
|---|---|
| Bankruptcy Case No: | 08-14632 |
| Re: | Rusal America Corp. |
| Claim No: | 000343494 |
| Debtor: | Aluminum Shapes LLC |
| Balance Due: | 5,285,371.04 US$ |
| Unsecured: | 4,326,311.50 US$ |
| **Administrative:** | **959,059.54 US$** |

Dear Sirs:

The claim of the above creditor has been assigned to EULER/American Credit Indemnity Company under the provisions of a credit insurance policy.

Pursuant to rule 503 (b) (9) of the rules of bankruptcy procedure adopted by the Supreme Court of the United States, we are enclosing a proof of claim for Rusal America Corp., supported by a copy of a statement and invoices totaling $959,059.54, which will amend the unsecured creditor claim to $4,326,311.50 by the transferor acknowledging the transfer and consideration therefore, also attached is an itemized statement or invoices in the claimed amount.

Pursuant to rule 2002, we request a copy of all notices required to be given to parties in interest.

Please acknowledge receipt and processing of this request on the extra copy of the proof of claim. A business-reply envelope is enclosed.

Thank you for your courtesy and cooperation.

Respectfully submitted,

*Linda May*

Linda May
Claims Svc Representative
Euler Hermes ACI
410-753-0688
Enclosure

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117-1008
Tel:  410-753-0753
Fax: 410-753-0943

Allianz Group

047J82006300

$ 02.020

06/11/

**Mailed From**
**US POS**

Neopost





## EULER HERMES
ACI

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

EXHIBIT "B"

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771   Fax: 914-670-5786

**PROVISIONAL INVOICE**

| | |
|---|---|
| Invoice Number. | 13152 |
| Invoice Date | 02/25/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att: Kathy Roman | Att: Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|
| DEL | Truck | RUKERT | | 00949 | |
| Payment Terms | Load Slip | Due Date | Ship Date | | Quota |
| DEL Net Cash 37 Days | 9850 | 03/29/2008 | 02/25/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365334 | 02/25/2008 | | 28 | 46,480.0000 | LB | 1.26300 | LB | 58,704.24 |
| A7E TBar | 365335 | 02/25/2008 | | 28 | 46,440.0000 | LB | 1.26300 | LB | 58,653.72 |
| A7E TBar | 365336 | 02/25/2008 | | 28 | 46,280.0000 | LB | 1.26300 | LB | 58,451.64 |

1.29326

NOTES   a7e tbars
LM SIB-1230

| Totals | | | | 84 | 139,200.0000 | LB | | | 175,809.60 |

| TOTAL DUE: | 175,809.60 |
|---|---|

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

RUSAL AMERICA CORP
ACCOUNT NO. 2000005711224
ABA 031201467
WACHOVIA BANK, N.A.
213 Mamaroneck Ave.NY
Mamaroneck, New York 10543

**Due Date:**   03/29/2008

# 180021 29

**Signature:**

Viljandi-10-BALT (R8-03):          139,200.0000 LB

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301 Harrison, NY 10528 Phone: 914-670-5771   Fax: 914-670-5786

| | |
|---|---|
| PROVISIONAL INVOICE | |
| Invoice Number. | 13158 |
| Invoice Date | 02/26/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | PO 793152 |
| Ship To Comment | SIB-1230 |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att: Kathy Roman | Att: Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | Shipped Via | Shipped Ex | Order No | Pricing |
|---|---|---|---|---|
| DEL | Truck | RUKERT | 00949 | |

| Payment Terms | Load Slip | Due Date | Ship Date | Quota |
|---|---|---|---|---|
| DEL Net Cash 37 Days | 9910 | 04/04/2008 | 02/26/2008 | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365337 | 02/26/2008 | | 28 | 45,940.0000 | LB | 1.26300 | LB | 58,022.22 |
| A7E TBar | 365338 | 02/26/2008 | | 28 | 46,520.0000 | LB | 1.26300 | LB | 58,754.76 |
| A7E TBar | 365339 | 02/26/2008 | | 28 | 46,260.0000 | LB | 1.26300 | LB | 58,426.38 |
| A7E TBar | 365340 | 02/26/2008 | | 28 | 46,220.0000 | LB | 1.26300 | LB | 58,375.86 |

*1.29326*

**NOTES**   A7E T-BARS
LM SIB-1230

| Totals | | | | 112 | 184,940.0000 | LB | | | 233,579.22 |
|---|---|---|---|---|---|---|---|---|---|

| TOTAL DUE: | 233,579.22 |
|---|---|

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

   RUSAL AMERICA CORP
   ACCOUNT NO. 2000005711224
   ABA 031201467
   WACHOVIA BANK, N.A.
   213 Mamaroneck Ave.NY
   Mamaroneck, New York 10543

**Due Date:**   04/04/2008

*# 239,175 ⁵⁰*

**Signature:**

Viljandi-10-BALT (R8-03):          184,940.0000 LB

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771    Fax: 914-670-5786

| | PROVISIONAL INVOICE |
|---|---|
| Invoice Number. | 13162 |
| Invoice Date | 02/27/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att: Kathy Roman | Att: Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | Shipped Via | Shipped Ex | Order No | Pricing |
|---|---|---|---|---|
| DEL | Truck | RUKERT | 00949 | |

| Payment Terms | Load Slip | Due Date | Ship Date | Quota |
|---|---|---|---|---|
| DEL Net Cash 37 Days | 9947 | 04/04/2008 | 02/27/2008 | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365341 | 02/27/2008 | | 9 | 15,043.0000 | LB | 1.26300 | LB | 18,999.31 |
| A7E TBar | 365341 | 02/27/2008 | | 19 | 31,617.0000 | LB | 1.26300 | LB | 39,932.27 |

*1.29326*

NOTES    (LM) SIB-1230

| Totals | | | | 28 | 46,660.0000 | LB | | | 58,931.58 |

| TOTAL DUE: | | 58,931.58 |
|---|---|---|

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

**Due Date:**    **04/04/2008**

*#60343 51*
*1*

RUSAL AMERICA CORP
ACCOUNT NO. 2000005711224
ABA 031201467
WACHOVIA BANK, N.A.
213 Mamaroneck Ave.NY
Mamaroneck. New York 10543

**Signature:**

Viljandi-10-BALT (R8-03):                46,660.0000 LB

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771    Fax: 914-670-5786

**PROVISIONAL INVOICE**

| | |
|---|---|
| Invoice Number. | 13171 |
| Invoice Date | 02/27/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att: Kathy Roman | Att: Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | Shipped Via | Shipped Ex | Order No | Pricing |
|---|---|---|---|---|
| DEL | Truck | RUKERT | 00949 | |
| **Payment Terms** | **Load Slip** | **Due Date** | **Ship Date** | **Quota** |
| DEL Net Cash 37 Days | 10000 | 04/04/2008 | 02/27/2008 | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight UM | Price UM | Amount in USD |
|---|---|---|---|---|---|---|---|
| A7E TBar | 365342 | 02/27/2008 | | 28 | 46,680.0000  LB | 1.26300  LB | 58,956.84 |
| A7E TBar | 365343 | 02/27/2008 | | 28 | 46,400.0000  LB | 1.26300  LB | 58,603.20 |
| A7E TBar | 365344 | 02/27/2008 | | 28 | 46,320.0000  LB | 1.26300  LB | 58,502.16 |

*1.2932*

NOTES    (LM) SIB-1230

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals | | | | 84 | 139,400.0000  LB | 176,062.20 |

| TOTAL DUE: | | 176,062.20 |
|---|---|---|

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

    RUSAL AMERICA CORP
    ACCOUNT NO. 2000005711224
    ABA 031201467
    WACHOVIA BANK. N.A.
    213 Mamaroneck Ave.NY
    Mamaroneck. New York 10543

Due Date:    04/04/2008

*# 180280  44*
*1*

Signature:

Viljandi-10-BALT (R8-03):        139,400.0000 LB

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771   Fax: 914-670-5786

**PROVISIONAL INVOICE**

| | |
|---|---|
| Invoice Number. | 13170 |
| Invoice Date | 02/28/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att:  Kathy Roman | Att:  Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|
| DEL | Truck | RUKERT | | 00949 | |
| Payment Terms | Load Slip | Due Date | Ship Date | | Quota |
| DEL Net Cash 37 Days | 9999 | 04/04/2008 | 02/28/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365345 | 02/28/2008 | | 28 | 46,440.0000 | LB | 1.26300 | LB | 58,653.72 |
| A7E TBar | 365346 | 02/28/2008 | | 28 | 46,320.0000 | LB | 1.26300 | LB | 58,502.16 |
| Totals | | | | 56 | 92,760.0000 | LB | | | 117,155.88 |

*1.29326* (handwritten)

| TOTAL DUE: | | 117,155.88 |
|---|---|---|

All amounts in USD have to be wire transferred to the
account shown below.
In favour of:

    RUSAL AMERICA CORP
    ACCOUNT NO. 2000005711224
    ABA 031201467
    WACHOVIA BANK, N.A.
    213 Mamaroneck Ave.NY
    Mamaroneck, New York 10543

Due Date:   04/04/2008

Signature:   *# 119 962 80* (handwritten)

Viljandi-10-BALT (R8-03):                    92,760.0000 LB

# RUSAL AMERICA CORP.

550 Mamaroneck Ave., Ste 301  Harrison, NY  10528  Phone: 914-670-5771   Fax: 914-670-5786

**PROVISIONAL INVOICE**

| | |
|---|---|
| Invoice Number. | 13175 |
| Invoice Date | 02/29/2008 |
| Our Order No. | S-00949 |
| ReleaseReferenceNo. | 9638 |
| Customer Order No. | 793152 |
| Ship To Comment | |

| BUYER: | SHIP TO: |
|---|---|
| Aluminum Shapes | Aluminum Shapes |
| Att: Kathy Roman | Att: Kathy Roman |
| 9000 River Road | 9000 River Road |
| Delair NJ 08110 | Delair NJ 08110 |

| Delivery Terms | Shipped Via | Shipped Ex | | Order No | Pricing |
|---|---|---|---|---|---|
| DEL | Truck | RUKERT | | 00949 | |
| Payment Terms | Load Slip | Due Date | Ship Date | | Quota |
| DEL Net Cash 37 Days | 10014 | 04/11/2008 | 02/29/2008 | | February 2008 |

| Material | B/L | Shipment Date | Size | Pieces | Net Weight | UM | Price | UM | Amount in USD |
|---|---|---|---|---|---|---|---|---|---|
| A7E TBar | 365347 | 02/29/2008 | | 28 | 46,580.0000 | LB | 1.26300 | LB | 58,830.54 |
| A7E TBar | 365348 | 02/29/2008 | | 28 | 45,080.0000 | LB | 1.26300 | LB | 56,936.04 |
| A7E TBar | 365349 | 02/29/2008 | | 28 | 46,940.0000 | LB | 1.26300 | LB | 59,285.22 |

NOTES    (LM) SIB-1230

*1.29326*

| Totals | | | | 84 | 138,600.0000 | LB | | | 175,051.80 |
|---|---|---|---|---|---|---|---|---|---|

| **TOTAL DUE:** | 175,051.80 |
|---|---|

All amounts in USD have to be wire transferred to the account shown below.
In favour of:

RUSAL AMERICA CORP
ACCOUNT NO. 2000005711224
ABA 031201467
WACHOVIA BANK, N.A.
213 Mamaroneck Ave.NY
Mamaroneck, New York 10543

Due Date:     04/11/2008

Signature:     *$179,245.84*

Viljandi-10-BALT (R8-03):          138,600.0000 LB

# JPMorganChase ⬡

**Cash Reporting -- Transaction Detail Report**

**SHAPESLC**                                                                    ** Informational
**Created on:** 02/28/2008; 10:01 AM

| | | | |
|---|---|---|---|
| Account Number: | 660608555 | Bank Number: | 04400003 |
| Account Name: | SHAPES CONCENTRATION | Bank Name: | JPMorgan Chase Bar |
| Currency Type: | USD | | |

| | | | |
|---|---|---|---|
| Transaction Date: | 02/26/2008 | Description: | FEDWIRE DEBIT |
| Value Date: | 02/26/2008 | Product Group: | FED |
| Amount: | 175,127.58 | Your Reference: | RUSAL |
| 0 Day: | 175,128. | Bank Reference: | 3240800057JO |
| 1 Day: | 0. | | |
| 2+ Day: | 0. | | |

| | | |
|---|---|---|
| Text: | YOUR REF | RUSAL |
| | PAID TO | WACHOVIA BK NA PA WACHOVIA BANK NA PHILADELPHIA PA 19101 |
| | FED ID | 031201467 |
| | ACCT PARTY | /2000005711224 RUSAL AMERICA CORP. |
| | REC GFP | 02262004 |
| | MRN SEQ | 00057JO32408 |
| | FED REF | 0226 B1QGC01C 004837 **VIA FED** |

# JPMorganChase ⬤

**Cash Reporting -- Transaction Detail Report**

SHAPESLC                                                                        ** Informational
Created on: 02/28/2008; 09:57 AM

| | | | |
|---|---|---|---|
| Account Number: | 660608555 | Bank Number: | 04400003 |
| Account Name: | SHAPES CONCENTRATION | Bank Name: | JPMorgan Chase Bar |
| Currency Type: | USD | | |

| | | | |
|---|---|---|---|
| Transaction Date: | 02/27/2008 | Description: | FEDWIRE DEBIT |
| Value Date: | 02/27/2008 | Product Group: | FED |
| Amount: | 176,062.20 | Your Reference: | RUSAL |
| 0 Day: | 176,062. | Bank Reference: | 4286300058JO |
| 1 Day: | 0. | | |
| 2+ Day: | 0. | | |

| Text: | | |
|---|---|---|
| | YOUR REF | RUSAL |
| | PAID TO | WACHOVIA BK NA PA WACHOVIA BANK NA PHILADELPHIA PA 19101 |
| | FED ID | 031201467 |
| | ACCT PARTY | /2000005711224 RUSAL AMERICA CORP. |
| | REMARK | VALUE FOR TRUCKLOADS RECEIVED 2/27 /08 - WEIGHTS 46,520 46,220AND 46,660 TOT/ |
| | REC GFP | LBS AT $1.2630/LB |
| | MRN SEQ | 02272124 |
| | FED REF | 00058JO42863 |
| | | 0227 B1QGC01C 006025 **VIA FED** |

# JPMorganChase ◑

## Cash Reporting -- Transaction Detail Report

**SHAPESLC**                                                         ** Informational Purposes Only **
Created on: 02/29/2008; 10:27 AM

| | | | |
|---|---|---|---|
| Account Number: | 660608555 | Bank Number: | 04400003 |
| Account Name: | SHAPES CONCENTRATION | Bank Name: | JPMorgan Chase Bank, N.A. (OH) |
| Currency Type: | USD | | |

| | | | |
|---|---|---|---|
| Transaction Date: | 02/28/2008 | Description: | FEDWIRE DEBIT |
| Value Date: | 02/28/2008 | Product Group: | FED |
| Amount: | 234,412.80 | Your Reference: | RUSAL |
| 0 Day: | 234,413. | Bank Reference: | 3431700059JO |
| 1 Day: | 0. | | |
| 2+ Day: | 0. | | |

| Text: | | |
|---|---|---|
| | YOUR REF | RUSAL |
| | PAID TO | WACHOVIA BK NA PA WACHOVIA BANK NA PHILADELPHIA PA 19101 |
| | FED ID | 031201467 |
| | ACCT PARTY | /2000005711224 RUSAL AMERICA CORP. |
| | REMARK | BAL ON INV# 13158 OF $58,199.04 PLUS MATERIAL DELIVERED 2/28/08 46,400 LBS, 46,440 LBS, 46,680 LBS TOTAL 139,520LBS@ 1.263 176,213.76 |
| | REC GFP | |
| | MRN SEQ | 02281951 |
| | FED REF | 00059JO34317 |
| | | 0228 B1QGC04C 005294 **VIA FED** |

# JPMorganChase ⬡

**Cash Reporting -- Transaction Detail Report**

**SHAPESLC**                                                              ** Informational Purposes Only **

Created on: 03/03/2008; 11:29 AM

| | | | |
|---|---|---|---|
| Account Number: | 660608555 | Bank Number: | 04400003 |
| Account Name: | SHAPES CONCENTRATION | Bank Name: | JPMorgan Chase Bank, N.A. (OH) |
| Currency Type: | USD | | |

| | | | |
|---|---|---|---|
| Transaction Date: | 02/29/2008 | Description: | FEDWIRE DEBIT |
| Value Date: | 02/29/2008 | Product Group: | FED |
| Amount: | 294,051.66 | Your Reference: | RUSAL |
| 0 Day: | 294,052. | Bank Reference: | 4005300060JO |
| 1 Day: | 0. | | |
| 2+ Day: | 0. | | |

| Text: | | |
|---|---|---|
| | YOUR REF | RUSAL |
| | PAID TO | WACHOVIA BK NA PA WACHOVIA BANK NA PHILADELPHIA PA 19101 |
| | FED ID | 031201467 |
| | ACCT PARTY | /2000005711224 RUSAL AMERICA CORP. |
| | REMARK | INVOICE 13170, 13162, PLUS $$ FOR TRUCKS B/L 365347 AT 46,580 LBS $58,830.54 AND B/L 365349 46,940LBSAT $59,285.22 |
| | REC GFP | |
| | MRN SEQ | 02291950 |
| | FED REF | 00060JO40053 |
| | | 0229 B1QGC07C 008337 **VIA FED** |

# JPMorganChase 🦪

## Cash Reporting -- Transaction Detail Report

**SHAPESLC**                                                    ** Informational Purposes Only **

Created on: 03/04/2008; 10:32 AM

| | | | |
|---|---|---|---|
| Account Number: | 660608555 | Bank Number: | 04400003 |
| Account Name: | SHAPES CONCENTRATION | Bank Name: | JPMorgan Chase Bank, N.A. (OH) |
| Currency Type: | USD | | |

| | | | |
|---|---|---|---|
| Transaction Date: | 03/03/2008 | Description: | FEDWIRE DEBIT |
| Value Date: | 03/03/2008 | Product Group: | FED |
| Amount: | 79,375.65 | Your Reference: | RUSAL |
| 0 Day: | 79,376. | Bank Reference: | 3774800063JO |
| 1 Day: | 0. | | |
| 2+ Day: | 0. | | |

| | | |
|---|---|---|
| Text: | YOUR REF | RUSAL |
| | PAID TO | WACHOVIA BK NA PA WACHOVIA BANK NA PHILADELPHIA PA 19101 |
| | FED ID | 031201467 |
| | ACCT PARTY | /2000005711224 RUSAL AMERICA CORP. |
| | REMARK | BAL #13175 & PRICE CORRECTION OF $18,245.57 ON MATERIAL RECVD WEEK OF 2/25/08. |
| | REC GFP | 03032026 |
| | MRN SEQ | 00063JO37748 |
| | FED REF | 0303 B1QGC07C 007494 **VIA FED** |