| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>        Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

**ORDER RECLASSIFYING ADMINISTRATIVE CLAIM OF EULER HERMES ACI, AS ASSIGNEE OF RUSAL AMERICA CORP. TO GENERAL UNSECURED CLAIM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Reclassifying Administrative Claim of Euler Hermes ACI, as Assignee of Rusal America Corp. to General Unsecured Claim

---

Upon consideration of the above-captioned debtors' (the "Debtors") objection seeking an order reclassifying the administrative expense claim of Euler Hermes ACI, as assignee of Rusal America Corp. ("Rusal") to general unsecured status (the "Objection"),[1] any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1.  That the Objection is SUSTAINED.

2.  That Rusal's proof of claim identified as claim no. 773 on the claims register is reclassified as a general unsecured claim.

CHERRY_HILL\450987\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.