**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : |
| | : CHAPTER 11 |
| Debtors. | CASE NO. 08-14631 (GMB) |
| | (Jointly Administered) |
| | **Hearing Date: August 25, 2008 at 10:00 a.m.** |

### NOTICE OF THE DEBTORS' OBJECTION SEEKING ORDER TO PARTIALLY RECLASSIFY ADMINISTRATIVE CLAIM OF ALCOA, INC. TO GENERAL UNSECURED CLAIM

The above captioned Debtors and Debtors-in-Possession, by and through their undersigned counsel, have filed an objection seeking an Order partially reclassifying the administrative expense claim of Alcoa, Inc. to general unsecured status (the "<u>Objection</u>").

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested by the Movant, or if you want the Court to consider your views on the Motion, then on or before August 18, 2008 you or your attorney must:

File with the Court an answer explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067 Camden,

NJ 08101-2067.  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also mail a copy to:

Jerrold N. Poslusny, Jr., Esquire, COZEN O'CONNOR, Liberty View, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ 08002.

Attend a hearing scheduled to be held on August 25, 2008 at 10:00 a.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: July 21, 2008                                    COZEN O'CONNOR

                                              By:   */s/ Jerrold N. Poslusny, Jr.*
                                                  Mark E. Felger
                                                  Jerrold N. Poslusny, Jr.

                                                  Attorneys for the Debtors