EXHIBIT "A"

D.N.J. Local Form 24

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | REQUEST FOR PAYMENT OF<br>ADMINISTRATIVE EXPENSE |
|---|---|---|
| In re<br><br>Shapes/Arch Holdings, LLc, et al. | Chapter 11<br><br>Case Number 08-14631 | |

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such cases, a proof of claim should be filed in accordance with Official Form 10.

| Name of Creditor<br>(The person or other entity to whom the debtor owed money or property.)<br>Alcoa Inc.<br><br>Name and Addresses Where Notices Should Be Sent:<br><br>Paul Kopatich<br>Alcoa Inc.<br>201 Isabella St.   Pgh., PA 15212 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | Filed: USBC - District of New Jersey - Camden<br>Shapes/Arch Holdings L.L.C., Et Al.<br>08-14631 (GMB)    0000000785<br><br>[barcode]<br><br><br>THIS SPACE IS FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: | |

1. BASIS FOR CLAIM

   ☒ Goods Sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other (Describe briefly)

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries and compensations (Fill out below)

   Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED:
   2/26-2/27-2/29-3/01/08

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:
   $194,933.85

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:

   ☐ Real Estate        ☐ Motor Vehicle
   ☐ Other (Describe briefly)_____

   Value of Collateral: $_____

☐ Check this box if there is no collateral or lien securing your claim.

5. Credits: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. Supporting Documents: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. Date-Stamped Copy: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

FILED / RECEIVED
JUN 2 4 2008
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>6/20/08 | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br>/s/ Ronald D. Dickel, Vice President | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with Bankruptcy Rule 9013.

*Local Form 24, new. 8/1/06.jml*

*Approved by Judge Gloria M. Burns May 28, 2008*

March 18, 2008

**By Facsimile (877) 728-1392 and Certified Mail**

Mr. Richard Grossman
Vice President
Delair L.L.C.
8600 River Road
Delair, NJ 08110

RE:  DEMAND FOR RECLAMATION - CASE NUMBER 0814631
---

To Whom It May Concern:

Please be advised that Delair LLC and/or its affiliates subject to the referenced cases have received goods on credit within the forty five days preceding March 17th 2008, that were shipped to Delair or such affiliates by business units of Alcoa Inc., including Alumax Mill Products, Inc..

These goods have an aggregate invoice amount of approximately $195,000. We will send you copies of invoices relating to these goods as soon as possible. Such invoice copies will supplement and become part of this notice.

You are hereby notified that **we are reclaiming these goods** and reserving all rights in accordance with Bankruptcy Code Section 546 and Uniform Commercial Code Section 2-702. You are to **account for and segregate these goods immediately**.

Attached is a listing of the invoice numbers and dollar amounts to be included in the reclamation process for Alumax Mill Products, Inc.. Hard copies will be sent via mail.

| PO Number | Order | Item | Inv. Date | Invoice# | Invoice Amt |
|---|---|---|---|---|---|
| 40218 | LH9652 | 1 | 3/1/08 | 49455689 | $65,849.99 |
| 40218 | LH9652 | 1 | 2/29/08 | 49455659 | $32,068.72 |
| 40226 | LH9656 | 1 | 2/27/08 | 49455424 | $63,348.04 |
| 40218 | LH9652 | 1 | 2/26/08 | 49455338 | $33,667.10 |

Very truly yours,

Catherine E Totten
Credit Analyst


Attachments
cc:     Thomas F Seligson Esquire – Alcoa Inc
cc:     Jerrold N. Poslusny, Jr. – Cozen O'Connor

# Alcoa Mill Products
1480 Manheim Pike
Lancaster, PA 17601

## INVOICE
*** Reprint Copy ***

PLEASE SHOW THE FULL INVOICE NUMBER LISTED BELOW ON YOUR REMITTANCE

| INVOICE NO. | 49455689 |
|---|---|
| DATE | 3/01/08 |

| CUSTOMER P.O. NUMBER | SALESMAN/PHONE NO. | CUSTOMER SERVICE REP/PHONE NO. |
|---|---|---|
| 40218 | GEORGE FROST 717/393-9641 | KATE CARPENTER 800/431-8610 |

| TERMS OF SALE | | PAYMENT TERMS |
|---|---|---|
| DDU-ELKRIDGE, INCOTERMS 2000 | | NET 30 DAYS |

BILL TO:
043875
DELAIR GROUP LLC
8600 RIVER ROAD
DELAIR NJ 08110

SHIP TO:
002264
CFM COMPANIES
6754 SANTA BARBARA CT.
ELKRIDGE, MD 21075 586

| P.O. LINE | DESCRIPTION | QTY. SHIPPED | | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 01 | 5052   H34   .02700  52.0000 | 40,374.00 | LB | 1.6310 | 65,849.99 |
| | | * COMPLETE | | | |

CUSTOMER PART # T2320-00-27X52
ALCOA ORDER/ITEM # LH9652/01
COIL

PRODUCT # 419611
SOLVENT APPLIED
NON ANODIZE QUALITY

STANDARD MILL FINISH

SCHEDULE B NUMBER:  7606.12.3070
SKID #/LBS.
707689-10151   707691-10156   707924-09896   707925-10171
PIECES -        4

| PRODUCING LOCATION | LANCASTER, PA | | | | INVOICE TOTAL | 65,849.99 |
|---|---|---|---|---|---|---|
| SHIPPED VIA | DATE SHIPPED | B/L NO. | * QUANTITIES NOT SHIPPED COMPLETE WILL BE SHIPPED AT EARLIEST DATE | | | |
| WEST | 2/29/08 | 814138 | | | INVOICE DUE DATE: | 3/31/08 |

PLEASE REMIT TO:
ALCOA MILL PRODUCTS
PO BOX 7777-W5035
PHILADELPHIA PA 19175-5035

MADE IN THE USA

These commodities, technology and software reported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Customer

Remittances sent directly to a bank for clearing and deposit to our account cannot be an acceptance of any qualifications on the check.



**Alcoa Mill Products**
1480 Manheim Pike
Lancaster, PA 17601

# INVOICE
*** Reprint Copy ***

PLEASE SHOW THE FULL INVOICE NUMBER LISTED BELOW ON YOUR REMITTANCE

| INVOICE NO. | 49455659 |
|---|---|
| DATE | 2/29/08 |

| CUSTOMER P.O. NUMBER | SALESMAN/PHONE NO | CUSTOMER SERVICE REP/PHONE NO |
|---|---|---|
| 40218 | GEORGE FROST 717/393-9641 | KATE CARPENTER 800/431-8610 |

| TERMS OF SALE | PAYMENT TERMS |
|---|---|
| DDU-ELKRIDGE, INCOTERMS 2000 | NET 30 DAYS |

```
B  043875                          S  002264
I  DELAIR GROUP LLC                H  CFM COMPANIES
L  8600 RIVER ROAD                 I  6754 SANTA BARBARA CT.
L  DELAIR NJ 08110                 P  ELKRIDGE, MD 21075 586
T                                  T
O                                  O
```

| P.O. LINE | DESCRIPTION | QTY SHIPPED | PRICE | EXTENSION |
|---|---|---|---|---|
| 01 | 5052   H34    .02700  52.0000 | 19,662.00 LB * PARTIAL | 1.6310 | 32,068.72 |

```
CUSTOMER PART # T2320-00-27X52
ALCOA ORDER/ITEM # LH9652/01        PRODUCT # 419611
COIL                                SOLVENT APPLIED
                                    NON ANODIZE QUALITY
STANDARD MILL FINISH


SCHEDULE B NUMBER:  7606.12.3070
SKID #/LBS.
708060-09796   708062-09866
PIECES -         2
```

| PRODUCING LOCATION | LANCASTER, PA | | | * QUANTITIES NOT SHIPPED COMPLETE WILL BE SHIPPED AT EARLIEST DATE | INVOICE TOTAL | 32,068.72 |
|---|---|---|---|---|---|---|
| SHIPPED VIA | DATE SHIPPED | B/L NO | | | | |
| WEST | 2/29/08 | 814122 | | | INVOICE DUE DATE: | 3/30/08 |

PLEASE REMIT TO:
ALCOA MILL PRODUCTS
PO BOX 7777-W5035
PHILADELPHIA PA 19175-5035

MADE IN THE USA

These commodities, technology and software exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Customer

Remittances sent directly to a bank for clearing and deposit to our account cannot be an acceptance of any qualifications on the check.

# ALCOA

**Alcoa Mill Products**
1480 Manheim Pike
Lancaster, PA 17601

## INVOICE
*** Reprint Copy ***

PLEASE SHOW THE FULL INVOICE NUMBER LISTED BELOW ON YOUR REMITTANCE

| INVOICE NO. | 49455424 |
|---|---|
| DATE | 2/27/08 |

| CUSTOMER P.O. NUMBER | SALESMAN/PHONE NO. | CUSTOMER SERVICE REP/PHONE NO. |
|---|---|---|
| 40226 | GEORGE FROST 717/393-9641 | KATE CARPENTER 800/431-8610 |

| TERMS OF SALE | | PAYMENT TERMS |
|---|---|---|
| DDU-REXDALE INCOTERMS 2000 | | NET 30 DAYS |

BILL TO:
043875
DELAIR GROUP LLC
8600 RIVER ROAD
DELAIR NJ 08110

SHIP TO:
000218
METAL KOTING
1430 MARTIN GROVE ROAD
REXDALE ON M9W 4Y1
CANADA

| P.O. LINE | DESCRIPTION | QTY. SHIPPED | PRICE | EXTENSION |
|---|---|---|---|---|
| | CUSTOMERS, AS THE IMPORTER OF RECORD, WILL BE RESPONSIBLE FOR PAYMENT OF ALL CANADIAN GOODS AND SERVICES TAX (GST). | | | |
| 01 | 5052  H34  .02700 52.0000 | 38,840.00 LB * COMPLETE | 1.6310 | 63,348.04 |
| | CUSTOMER PART # T2320-00-27X52 ALCOA ORDER/ITEM # LH9656/01    PRODUCT # 419613 COIL                                        SOLVENT APPLIED                                                 NON ANODIZE QUALITY STANDARD MILL FINISH | | | |
| | SKID #/LBS. 706317-09780  706318-09765  706586-09670  706621-09625 PIECES -           4 | | | |

| PRODUCING LOCATION | LANCASTER, PA | | | | INVOICE TOTAL | 63,348.04 |
|---|---|---|---|---|---|---|
| SHIPPED VIA | DATE SHIPPED | B/L NO | * QUANTITIES NOT SHIPPED COMPLETE WILL BE SHIPPED AT EARLIEST DATE | | | |
| LES ETABLI | 2/27/08 | 814007 | | | INVOICE DUE DATE: | 3/28/08 |

PLEASE REMIT TO:
ALCOA MILL PRODUCTS
PO BOX 7777-W5035
PHILADELPHIA PA 19175-5035

MADE IN THE USA

These commodities, technology and software exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Remittances sent directly to a bank for clearing and deposit to our account cannot be an acceptance of any qualifications on the check.

Customer



**Alcoa Mill Products**
1480 Manheim Pike
Lancaster, PA 17601

# INVOICE
*** Reprint Copy ***

PLEASE SHOW THE FULL INVOICE NUMBER LISTED BELOW ON YOUR REMITTANCE

| INVOICE NO. | 49455338 |
|---|---|
| DATE | 2/26/08 |

| CUSTOMER P.O. NUMBER | SALESMAN/PHONE NO. | CUSTOMER SERVICE REP/PHONE NO. |
|---|---|---|
| 40218 | GEORGE FROST  717/393-9641 | KATE CARPENTER  800/431-8610 |

| TERMS OF SALE | | PAYMENT TERMS |
|---|---|---|
| DDU-ELKRIDGE, INCOTERMS 2000 | | NET 30 DAYS |

**Bill To:**
043875
DELAIR GROUP LLC
8600 RIVER ROAD
DELAIR NJ 08110

**Ship To:**
002264
CFM COMPANIES
6754 SANTA BARBARA CT.
ELKRIDGE, MD 21075 586

| P.O. LINE | DESCRIPTION | QTY. SHIPPED | PRICE | EXTENSION |
|---|---|---|---|---|
| 01 | 5052   H34   .02700   52.0000 | 20,642.00 LB  * PARTIAL | 1.6310 | 33,667.10 |

CUSTOMER PART # T2320-00-27X52
ALCOA ORDER/ITEM # LH9652/01
COIL

PRODUCT # 419611
SOLVENT APPLIED
 NON ANODIZE QUALITY

STANDARD MILL FINISH

SCHEDULE B NUMBER:  7606.12.3070
SKID #/LBS.
706344-10156   706348-10486
PIECES -        2

| PRODUCING LOCATION | LANCASTER, PA | | | | INVOICE TOTAL | 33,667.10 |
|---|---|---|---|---|---|---|
| SHIPPED VIA | DATE SHIPPED | B/L NO. | * QUANTITIES NOT SHIPPED COMPLETE WILL BE SHIPPED AT EARLIEST DATE | | | |
| WEST | 2/26/08 | 813962 | | | INVOICE DUE DATE: | 3/27/08 |

PLEASE REMIT TO:
ALCOA MILL PRODUCTS
PO BOX 7777-W5035
PHILADELPHIA PA 19175-5035

MADE IN THE USA

These commodities, technology and software exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Remittances sent directly to a bank for clearing and deposit to our account cannot be an acceptance of any qualifications on the check.

**Customer**



**Alcoa**

Alcoa Corporate Center
201 Isabella St at 7th St Bridge
Pittsburgh, PA 15212-5858 USA
Tel: 1 412 553 4892
Fax: 1 412 553 4180

June 20, 2008

Mr. James J. Waldron, Clerk of Court
United States Bankruptcy Court – District of New Jersey
401 Market Street  2nd Floor
Camden, NJ  08101

    **RE:**   **Shapes/Arch Holdings , LLC, et al.   (Delair L.L.C.)**

Dear Mr. Waldron:

Enclosed please find a Administrative Claim for the above Debtor.  Creditor is Alcoa Inc. and the necessary documents are enclosed to verify the Proof of Claim amount.  Please send a copy of the filed Proof of Claim in the enclosed postage pre-paid envelope.

If you have any questions, please contact me at (412) 553-4892.

Sincerely yours,

*William Crawford*

William Crawford
Paralegal
201 Isabella St.  6E02
Pittsburgh, PA  15212


cc: Epiq Bankruptcy Solutions
    J. Poslusny, Jr., Esq.

## UPS CampusShip: View/Print Label

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   - Hand the package to any UPS driver in your area.
   - Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are accepted at Drop Boxes.
   - To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

FOLD HERE

