| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER PARTIALLY RECLASSIFYING ADMINISTRATIVE CLAIM OF
<u>ALCOA, INC. TO GENERAL UNSECURED CLAIM</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Partially Reclassifying Administrative Claim of Alcoa, Inc. to General Unsecured Claim

---

Upon consideration of the above-captioned debtors' (the "Debtors") objection seeking an order to partially reclassify administrative claim of Alcoa, Inc. ("Alcoa") to general unsecured claim (the "Objection"),[1] any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED.

2. That Alcoa's proof of claim identified as claim no. 785 on the claims register is reclassified as a general unsecured claim in the amount of $97,015.14. The balance of claim no. 785 in the amount of $97,918.71 is allowed as an administrative claim pursuant to Section 503(b)(9) of the Bankruptcy Code.

CHERRY_HILL\450991\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.