CONRAD O'BRIEN GELLMAN & ROHN, P.C.
By:    Vincent T. Cieslik (#3647)
1040 Kings Highway North
Suite 600
Cherry Hill, NJ  08034
(856) 309-3373
(856) 309-3375 (fax)

Attorney for Defendant
Rohm and Haas Company

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| In re: | (Hon. Gloria M. Burns) |
| Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C. | Chapter 11 |
| | Lead Case No. 08-14631 (GMB) |
| | (Jointly Administered) |
| Debtors | |

**NOTICE OF WITHDRAWAL OF CLAIMS**

　　　　Rohm and Haas Company does hereby withdraw its claims filed in the above-captioned bankruptcy case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: July 22, 2008　　　　　　　By: /s/ Vincent T. Cieslik
　　　　　　　　　　　　　　　　　　　　Vincent T. Cieslik