**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

|  |  |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 11<br><br>CASE NO. 08-14631 (GMB)<br>(Jointly Administered)<br><br>**Hearing Date: August 25, 2008 at 2:00 p.m.** |

**AMENDED[1] NOTICE OF THE DEBTORS' OBJECTION SEEKING ORDER TO RECLASSIFY ADMINISTRATIVE CLAIM OF EULER HERMES ACI, AS ASSIGNEE OF RUSAL AMERICA CORP. TO GENERAL UNSECURED CLAIM**

The above captioned Debtors and Debtors-in-Possession, by and through their undersigned counsel, have filed an objection seeking an Order reclassifying the administrative expense claim of Euler Hermes ACI, as the assignee of Rusal America Corp, to general unsecured status (the "<u>Objection</u>").

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

---

[1] **The only change being made is to change the time of the hearing on August 25, 2008 from 10:00 a.m. to 2:00 p.m.**

CHERRY_HILL\451328\1  220718.000

If you do not want the Court to grant the relief requested by the Movant, or if you want the Court to consider your views on the Motion, then on or before August 18, 2008 you or your attorney must:

File with the Court an answer explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067 Camden, NJ 08101-2067.  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also mail a copy to:

Jerrold N. Poslusny, Jr., Esquire, COZEN O'CONNOR, Liberty View, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ 08002.

Attend a hearing scheduled to be held on August 25, 2008 at 2:00 p.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: July 24, 2008                                        COZEN O'CONNOR

                                                            By:    */s/ Jerrold N. Poslusny, Jr.*
                                                                   Mark E. Felger
                                                                   Jerrold N. Poslusny, Jr.

                                                            Attorneys for the Debtors

2