| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>                                  Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

### CERTIFICATE OF CONSENT REGARDING CONSENT ORDER RESOLVING MOTION OF CERTAIN DIRECT GENERATOR DEFENDANTS FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT DISMISSAL OF DEBTORS FROM JOINT DEFENSE GROUP

**I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

1. The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

2. The signatures represented by the */s/ Deborah L. Shuff, /s/ Andrea A. Lipuma, /s/ Martha N. Donovan, /s/ David R. Greene, /s/ James Barrett, /s/ Jacqueline J. Ager, /s/ James M. Graziano, /s/ Chris McDonald, /s/ Daniel T. McKillop, /s/ Phil Harrison, /s/ Glenn A. Harris and /s/ Jerrold N. Poslusny, Jr.* on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

3. I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

4. I will make the original consent order available for inspection upon request of the Court or any party in interest; and

5.      I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

                                        */s/ Jerrold N. Poslusny, Jr.*
                                        Mark E. Felger
                                        Jerrold N. Poslusny, Jr.

Date: July 25, 2008

2

CHERRY_HILL\451489\1 220718.000