

Order Filed on 7/24/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER RECLASSIFYING THE TEAMSTERS LOCAL 837 PENSION PROOF OF CLAIM FROM ADMINISTRATIVE TO GENERAL UNSECURED AND DISALLOWING AND EXPUNGING DUPLICATIVE CLAIM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 7/24/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Reclassifying the Teamsters Local 837 Pension Proof of Claim from Administrative to General Unsecured and Disallowing and Expunging Duplicative Claim

---

Upon consideration of the above-captioned debtors' (the "<u>Debtors</u>") objection to the administrative claims of Teamsters Local 837 Pension Fund seeking reclassification as general unsecured claim and expungement of duplicative claim (the "<u>Objection</u>"),[1] any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1.  That the Objection is SUSTAINED.

2.  That the Local 837 Pension Plan's proof of claim identified as claim no. 774 on the claims register is reclassified as a general unsecured claim.

3.  That the Local 837 Pension Plan's duplicative proof of claim identified as claim no. 778 on the claims register is hereby disallowed and expunged from the claims register.

CHERRY_HILL\449052\1 220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns July 24, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1          User: dfitzger          Page 1 of 1              Date Rcvd: Jul 24, 2008
Case: 08-14631                Form ID: pdf903         Total Served: 1

The following entities were served by first class mail on Jul 26, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2008**        **Signature:** _Joseph Speetjens_