EXHIBIT "B"

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Mark E. Felger, Esquire (MF9985)<br>Jerrold N. Poslusny (JP7140)<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | CASE NO. 08-14631 (GMB) |
| In re:<br><br>SHAPES/ARCH HOLDINGS, L.L.C., et al.,<br><br>Debtors | Judge: Gloria M. Burns<br><br>Chapter 11 |

## AFFIDAVIT IN SUPPORT OF ORDINARY COURSE RETENTION

STATE OF __PA__ )
                            ) ss:
COUNTY OF __Chester__ )

Kevin M. McKenna declares as follows:

1. I am a Shareholder of the firm of Latsha Davis Yohe & McKenna, P.C., which maintains offices at 350 Eagleview Boulevard, Suite 100, Exton, Pennsylvania 19341 and 3000 Atrium Way, Suite 251, Mt. Laurel, New Jersey 08054.

2. This Affidavit is submitted in connection with Orders of the United States Bankruptcy Court for the District of New Jersey dated March 16, 2008 and April 23, 2008, authorizing Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C. (the "Debtors") to retain certain professionals in the ordinary course of business during the pendency of the Debtors' Chapter 11 cases. The Debtors have requested, and the Firm has agreed, to continue to represent and advise the Debtors pursuant to Section 327(e) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

3. The Firm has provided, and/or intends to provide, the following services to the Debtors from and after the Petition Date: Legal Services and Environmental Litigation.

4.    To the best of my knowledge, information and belief, formed after due inquire, (i) the Firm does not currently provide services to any party in any matter related to the Debtors, with the exceptions of the representation of parties in certain environmental matters subject to valid conflict waivers by the Debtors and those parties, and (ii) the Firm does not represent or hold an interest adverse to the Debtors with the exception of the representation of parties in certain environmental matters subject to valid conflict waivers by the Debtor and those parties.

5.    The Firm may now, or in the future, provide services to certain creditors of the Debtors or other parties in matters to the Debtors and their estates, but in this regard, the Firm's work for these clients will not include representation on any matters relating to the Debtors' Chapter 11 cases.

6.    The Firm further states that it has not shared, nor agreed to share any compensation received in connection with these Chapter 11 cases with another party or person, other than as permitted by Section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

7.    The foregoing constitutes the statement of the Firm pursuant to Sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

_____
Signature of Professional

Kevin M. McKenna
Name of Professional
Shareholder
Latsha Davis Yohe & McKenna, P.C.
350 Eagleview Blvd., Suite 100
Exton, PA  19341
(610) 524-8454

Sworn to Before me

this 29th day of July, 2008

_____
Notary Public

NOTARIAL SEAL
JEANINE F. SMITH, Notary Public
Uwchlan Twp., Chester County
My Commission Expires June 19, 2010

EXHIBIT "C"

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Mark E. Felger, Esquire (MF9985)<br>Jerrold N. Poslusny (JP7140)<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors |
| In re:<br><br>SHAPES/ARCH HOLDINGS, L.L.C., et al.,<br><br>      Debtors |

CASE NO. 08-14631 (GMB)

Judge: Gloria M. Burns

Chapter 11

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY

Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and/or Ultra L.L.C. (the "Debtors")

### FILE THIS QUESTIONNAIRE WITH THE COURT.
### RETURN A COPY OF IT TO:

1. Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ  08110
   Attn: David Gollin, Esquire

2. Cozen O'Connor
   Chase Manhattan Centre
   1201 North Market Street
   Suite 140
   Wilmington, DE  19801
   Attn: Mark E. Felger, Esquire

3. Cozen O'Conor
   Liberty View, Suite 300
   Cherry Hill, NJ  08002
   Attn: Jerrold N. Poslusny, Jr., Esquire

4. Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102
Attn: Peter J. D'Auria, Esquire
Attn: Jeffrey M. Sponder, Esquire

5. Blank Rome, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Attn: Joel Shapiro, Esquire

6. Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Attn: Lawrence Flick, Esquire

7. Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103
Attn: Paul A. Patterson, Esquire
Attn: Gary P. Scharmett, Esquire

8. Greenberg Traurig, LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
Attn: Alan Brody, Esquire

If more space is needed, please complete on a separate page and attach.

1. Name and Address of Firm:

   Latsha Davis Yohe & McKenna, P.C.
   350 Eagleview Boulevard, Suite 100
   Exton, PA 19341

2. Date of Retention:

   June 1996

3. Type of Service Provided (accounting, legal, etc.):

   I have personally represented Aluminum Shapes, Inc. in environmental matters since 1989 until the present providing legal services in environmental matters.

4. Brief description of services to be provided:

   Legal services in environmental matters.

5. Arrangement for compensation (hourly, contingent, etc.):

   Hourly

   (a) Average hourly rate (if applicable):    $220.00
   (b) Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

6. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim:    None
   Date claim arose:   N/A
   Source of claim:    N/A

7. Pre-petition claims against any of the Debtors held individually by any member, associate or professional employee of the firm:

   Name:              None
   Status:            N/A
   Amount of claim:   N/A
   Date claim arose:  N/A
   Source of claim:   N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed:

   Latsha Davis Yohe & McKenna, P.C. represents other parties in various environmental matters subject to valid conflict waivers.