UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

              Debtors.

Case No. 08-14631(GMB)

Judge: Gloria M. Burns

Chapter:  11

*Order Filed on 7/30/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

**ORDER WITH RESPECT TO DEBTORS' OBJECTION TO PROOFS
OF CLAIMS OF: (A) TEAMSTERS LOCAL 837 HEALTH AND
WELFARE FUND AND (B) TEAMSTERS LOCAL 837 PENSION FUND**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 7/30/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order With Respect to Debtors' Objection to Proofs of Claims of: (A) Teamsters Local 837 Health and Welfare
Fund and (B) Teamsters Local 837 Pension Fund

---

Upon consideration of the above-captioned debtors' (the "Debtors") objection to the proofs of claim of:  (a) the Teamsters Local 837 Health and Welfare Fund (Claim Nos. 51, 52, 111, and 113, the "Health and Welfare Claims") and (b) the Teamsters Local 837 Pension Fund (Claim Nos. 50 and 112, the "Pension Fund Claims" and with the Health and Welfare Claims, the "Claims" ) filed by Teamsters Local 837 (the "Objection"),[1] any responses or objections thereto, notice of the Objection appearing appropriate, and for cause shown, it is hereby

**ORDERED**:

1.      That the Objection is SUSTAINED.

2.      Health and Welfare Claim 111 is hereby disallowed and expunged from the claims register as a duplicate claim.  Health and Welfare Claim 51 is hereby reduced and allowed in the amount of $961,755.

3.      Health and Welfare Claim 113 is hereby disallowed and expunged from the claims register as a duplicate claim.

4.      Pension Fund Claim 112 is hereby disallowed and expunged from the claims register as a duplicate claim.  Pension Fund Claim 50 is hereby reduced and allowed in the amount of $93,607.00.

CHERRY_HILL\448324\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns July  30, 2008*