**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|---|
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
| Debtors. | : | CASE NO. 08-14631 (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION REGARDING FOURTH MONTHLY FEE STATEMENT OF COZEN O'CONNOR [DOCKET NO. 514]

The undersigned hereby certifies that, as of August 1, 2008, Cozen O'Connor has received no answer, objection or other responsive pleading to the Fourth Monthly Fee Statement of Cozen O'Connor (the "Fee Statement"), [Docket No. 514], filed on July 11, 2008. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Fee Statement appeared thereon. Pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on March 18, 2008, objections to the Fee Statement were to be filed and served no later than July 31, 2008.

Dated: August 1, 2008

                                            COZEN O'CONNOR

                                        By:   */s/ Jerrold N. Poslusny, Jr.*
                                                   Mark E. Felger
                                                   Jerrold N. Poslusny, Jr.

                                            Attorneys for the Debtors