Order Filed on
**7/28/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

## UNITED STATES BANKRUPTCY CO
## DISTRICT OF NEW JERSEY

MARK E. FELGER (MF9985)
JERROLD N. POSLUSNY, JR. (JP7140)
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
Attorneys for the Debtors

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter: 11 |

### CONSENT ORDER RESOLVING MOTION OF CERTAIN DIRECT GENERATOR DEFENDANTS FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT DISMISSAL OF DEBTORS FROM JOINT DEFENSE GROUP

The relief set forth on the following pages, numbered two (2) through six (6), is hereby

**ORDERED.**

**DATED: 7/28/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Consent Order Resolving Motion of Certain Direct Generator Defendants for Relief from the Automatic Stay to Permit Dismissal of Debtors from Joint Defense Group

---

This Consent Order (the "Consent Order") is entered into, by and between the above captioned debtors and debtors in possession (collectively, the "Debtors") on one hand, and Boise Cascade Corp.; Weyerhaeuser Company; C-E Glass, Inc.; Rohm and Haas Co.; Cook Composites and Polymers Co. on its behalf and on behalf of Superior Varnish & Dryer and C.J. Osborn Chemicals Co.; Devoe Coatings, Inc.; Georgia-Pacific Corp.; Sears Holding Management Corp.; Ford Motor Co.; SL Industries, Inc./SL Modern Hard Chrome; Our Lady of Lourdes Medical Center; and West Jersey Hospital on the other hand (collectively, the "Generator Defendants") (the Debtors and the Generator Defendants, singly and as a group, being hereinafter referred to collectively as the "Parties") to resolve the Generator Defendants' motion (the "Motion")[1] for relief from the automatic stay to dismiss the Debtors from the Joint Defense Group.

WHEREAS, the Debtors filed their respective voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on March 16, 2008 (the "Petition Date").

WHEREAS, prior to the Petition Date, one or more of the Debtors were a party(ies) to the Joint Defense Agreement.

WHEREAS, on or about June 9, 2008, the Generator Defendants filed the Motion seeking to dismiss the Debtors from the Joint Defense Group.

WHEREAS, the Debtors have disputed the Motion and have informally raised certain issues related to the Motion.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

2

*Approved by Judge Gloria M. Burns July  28, 2008*

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Consent Order Resolving Motion of Certain Direct Generator Defendants for Relief from the Automatic Stay to
Permit Dismissal of Debtors from Joint Defense Group

---

WHEREAS, the Generator Defendants have informally disputed the issues that the Debtors informally raised.

WHEREAS, the Parties desire to settle the Motion as set forth herein.

WHEREAS, A&H Bloom Construction Co. and the Bloom Organization (collectively, "Bloom") were not signatories to the Motion, but must execute this Consent Order as a member of the Generator Defendants joint defense group.

NOW THEREFORE, in consideration of the mutual covenants and promises set forth herein, and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Debtors and the Generator Defendants hereby stipulate and agree as follows:

1.      The foregoing Background is incorporated herein by reference.

2.      The Motion is resolved as set forth herein.

3.      The Debtors shall be deemed no longer a member of the Joint Defense Group as of the Petition Date.

4.      Within ten days of entry of this Consent Order, the Joint Defense Group shall pay to Debtors' counsel $28,172, which amount represents two wire transfers from Debtors' counsel to the Joint Defense Group account.  Additionally, the Joint Defense Group shall return five checks totaling $3,656 to Liberty Mutual Insurance Company, which checks were never deposited into the Joint Defense Group financial account.

*Approved by Judge Gloria M. Burns July  28, 2008*

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Consent Order Resolving Motion of Certain Direct Generator Defendants for Relief from the Automatic Stay to Permit Dismissal of Debtors from Joint Defense Group

---

5.      The Parties stipulate that the expert reports issued on behalf of the Joint Defense Group ("Expert report of Charles F. McLane, Ph.D., May 23, 2008 prepared for Generator Defendants," "Expert report Prepared for Direct Generator Defendants, May 23, 2008 Prepared by Cornerstone Environmental Group, LLC," "Expert report Prepared for Direct Generator Defendants Prepared by Muriel S. Robinette, New England Envirostrategies, Inc., May 23, 2008," "Supplemental Expert Report Prepared for Direct Generator Defendants, July 10, 2008 Prepared by Cornerstone Environmental Group, LLC," "Supplemental Expert Report of Charles F. McLane, Ph.D. July 10, 2008 Prepared for Generator Defendants," and "Rebuttal Report Prepared for Direct Generator Defendants Prepared by Muriel S. Robinette, New England EnviroStrategies, Inc., July 9, 2008" as well as any amendments, supplements or updates thereto (collectively, the "<u>Expert Reports</u>")) shall not be deemed an admission by the Debtors or Ben LLC in the Pennsauken Action or any other pending or future litigation in any other manner including but not limited to arbitration, administrative hearing, mediation, or other forum.

6.      Neither the Joint Defense Group nor any of the Generator Defendants or Bloom shall use the Expert Reports for any purpose against the Debtors or Ben L.L.C. in any pending or future litigation in any other manner including but not limited to arbitration, administrative hearing, mediation, or other forum, provided, however, that nothing herein or in the Plan or Confirmation Order shall be construed to in any way to limit, bar or preclude the Generator Defendants from using the Expert Reports as evidence or in arguments to support a reduction and/or credit to the Generator Defendants either individually or to the Joint Defense Group that

Page 5

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Consent Order Resolving Motion of Certain Direct Generator Defendants for Relief from the Automatic Stay to
Permit Dismissal of Debtors from Joint Defense Group

reflects a proportionate share of responsibility, if any, allocable to the Debtors at trial or during

any allocation, ADR process, or legal proceeding in the Pennsauken Litigation.

7.     Upon entry of this Consent Order, the Debtors on one hand and the Joint Defense

Group and each of the Generator Defendants including Bloom on the other hand, hereby

generally release and discharge each other, their predecessors, successors and assigns, their

agents, and all attorneys, including but not limited to attorneys in the Pennsauken Action, from

all claims which each party may have against the other for all claims relating only to allegations

of breach of confidentiality or for violation of the automatic stay.  The Parties, however, reserve

the right to seek recourse against each other if the Debtors, the Joint Defense Group or any of the

Generator Defendants including Bloom breach the confidentiality provisions of the Joint Defense

Agreement after the entry of this Consent Order.

8.     Unless otherwise specified in this Order, the Generator Defendants and the

Debtors continue to be bound by the terms and conditions of the Joint Defense agreement.

*Approved by Judge Gloria M. Burns July  28, 2008*

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Consent Order Resolving Motion of Certain Direct Generator Defendants for Relief from the Automatic Stay to Permit Dismissal of Debtors from Joint Defense Group

---

**DRINKER BIDDLE & REATH LLP**

By:  /s/ Deborah L. Shuff
  Bonnie A. Barnett, Esquire
  Deborah L. Shuff, Esquire
  Drinker Biddle & Reath LLP
  One Logan Square
  18th & Cherry Streets
  Philadelphia, PA 19103
  Counsel for Devoe Coatings, Inc.,
  Georgia-Pacific Corp., Sears Holding
  Management Corp.

**NORRIS, MCLAUGHLIN & MARCUS, P.A.**

By:/s/ Martha N. Donovan
  Martha N. Donovan, Esquire
  Norris, McLaughlin & Marcus, P.A.
  721 Route 202-206
  Bridgewater, NJ 08807

  Mailing Address:
  P.O. Box  1018
  Somerville, NJ 08876-1018
  Counsel for Combustion Engineering, Inc.
  on behalf of C-E Glass, Inc.

**SAUL EWING LLP**

By:/s/ Andrea A. Lipuma
  Andrea A. Lipuma, Esquire
  Saul Ewing LLP
  750 College Road East, Suite 100
  Princeton, NJ 08540-6617
  Counsel for SL Industries, Inc. and SL Modern
  Hard Chrome

**DEWEY & LEBOEUF LLP**

By:/s/ David R. Greene
  David R. Greene, Esquire
  Dewey & LeBoeuf LLP
  Goodwin Square
  225 Asylum Street, 13th Floor
  Hartford, CT 06103

  Courtney A. Queen, Esquire
  Dewey & LeBoeuf LLP
  260 Franklin Street
  Boston, MA 02110
  Counsel for Combustion Engineering, Inc.
  on behalf of C-E Glass, Inc.

*Approved by Judge Gloria M. Burns July  28, 2008*

Page 7

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Consent Order Resolving Motion of Certain Direct Generator Defendants for Relief from the Automatic Stay to Permit Dismissal of Debtors from Joint Defense Group

---

**LATHAM & WATKINS, LLP**

By:/s/ James Barrett
    James Barrett, Esquire
    Lathan & Watkins, LLP
    555 Eleventh Street, N.W.
    Suite 1000
    Washington, DC 20004

    Scott Kobil, Esquire
    Lathan & Watkins, LLP
    One Newark Center, 16th Floor
    Newark, NJ 08101
    Counsel for Ford Motor Co.

**CONRAD O'BRIEN GELLMAN & ROHN, P.C.**

By:/s/ Jacqueline J. Ager
    Nancy J. Gellman, Esquire
    Jacqueline J. Ager, Esquire
    1515 Market Street 16th Floor
    Philadelphia, PA 19102
    Counsel for Rohm and Haas Co.

**ARCHER & GREINER, P.C.**

By:/s/ James M. Graziano
    Christopher R. Gibson, Esquire
    James M. Graziano, Esquire
    Archer & Greiner, P.C.
    One Centennial Square
    Haddonfield, NJ 08033
    Counsel for Boise Cascade Corp. and
    Weyerhaeuser Company

**SHOOK HARDY & BACON, LLP**

By:/s/ Chris McDonald
    Chris McDonald, Esquire
    Joel Mosher, Esquire
    Shook, Hardy & Bacon, LLP
    225 Grand Boulevard
    Kansas City, MO 64108-2613
    Counsel for Cook Composities and
    Polymers Co. on its behalf and on behalf
    of Superior Varnish & Drier Co. and
    C.J. Osborn Chemicals, Inc.

**WOLFF & SAMSON, P.C.**

By:/s/ Daniel T. McKillop
    Diana L. Buongiorno, Esquire
    Daniel T. McKillop, Esquire
    Wolff & Samson, PC
    One Boland Drive
    West Orange, NJ 07052-3698
    Counsel for Cook Composities and
    Polymers Co. on its behalf and on behalf
    of Superior Varnish & Drier Co. and
    C.J. Osborn Chemicals Inc.

**SACH, MAITLIN, FLEMING & GREENE**

By:/s/ Phil Harrison
    Phil Harrison, Esquire
    Sachs, Maitlin, Fleming & Greene
    80 Main Street, 3rd Floor
    West Orange, NJ 07052
    Counsel for Our Lady of Lourdes
    Medical Center and West Jersey Hospital

*Approved by Judge Gloria M. Burns July  28, 2008*

Page 8

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Consent Order Resolving Motion of Certain Direct Generator Defendants for Relief from the Automatic Stay to Permit Dismissal of Debtors from Joint Defense Group

---

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

By: /s/ Glenn A. Harris
    Glenn A. Harris, Esquire
    Robert S. Baranowski, Esquire
    Plaza 1000 - Suite 500
    Main Street
    Voorhees, NJ 08043-4636
    Counsel for A&H Bloom Construction Co. and
    the Bloom Organization


**COZEN O'CONNOR**

By: /s/ Jerrold N. Poslusny, Jr.,
    Mark E. Felger, Esquire
    Jerrold N. Poslusny, Jr., Esquire
    Liberty View, Suite 300
    457 Haddonfield Road
    Cherry Hill, NJ 08002
    Counsel for the Debtors

*Approved by Judge Gloria M. Burns July  28, 2008*

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1          User: dfitzger          Page 1 of 1          Date Rcvd: Jul 30, 2008
Case: 08-14631               Form ID: pdf903          Total Served: 1
```

```
The following entities were served by first class mail on Aug 01, 2008.
db         +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2008**                    **Signature:**    _Joseph Speetjens_