

Order Filed on 7/30/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>           Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

**ORDER WITH RESPECT TO DEBTORS' OBJECTION TO PROOFS OF CLAIMS OF: (A) TEAMSTERS LOCAL 837 HEALTH AND WELFARE FUND AND (B) TEAMSTERS LOCAL 837 PENSION FUND**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 7/30/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order With Respect to Debtors' Objection to Proofs of Claims of: (A) Teamsters Local 837 Health and Welfare Fund and (B) Teamsters Local 837 Pension Fund

---

Upon consideration of the above-captioned debtors' (the "Debtors") objection to the proofs of claim of: (a) the Teamsters Local 837 Health and Welfare Fund (Claim Nos. 51, 52, 111, and 113, the "Health and Welfare Claims") and (b) the Teamsters Local 837 Pension Fund (Claim Nos. 50 and 112, the "Pension Fund Claims" and with the Health and Welfare Claims, the "Claims") filed by Teamsters Local 837 (the "Objection"),[1] any responses or objections thereto, notice of the Objection appearing appropriate, and for cause shown, it is hereby

**ORDERED**:

1. That the Objection is SUSTAINED.

2. Health and Welfare Claim 111 is hereby disallowed and expunged from the claims register as a duplicate claim. Health and Welfare Claim 51 is hereby reduced and allowed in the amount of $961,755.

3. Health and Welfare Claim 113 is hereby disallowed and expunged from the claims register as a duplicate claim.

4. Pension Fund Claim 112 is hereby disallowed and expunged from the claims register as a duplicate claim. Pension Fund Claim 50 is hereby reduced and allowed in the amount of $93,607.00.

CHERRY_HILL\448324\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns July  30, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1           User: dfitzger              Page 1 of 1               Date Rcvd: Jul 31, 2008
Case: 08-14631                 Form ID: pdf903             Total Served: 1
```

```
The following entities were served by first class mail on Aug 02, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,    Delair, NJ 08110-3204
```

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2008**            Signature: _Joseph Speetjens_