Order Filed on
**7/30/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : FOR THE DISTRICT OF NEW JERSEY |
|  | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (GMB) |

# ORDER GRANTING THE DEBTORS' FIRST OMNIBUS OBJECTION TO DUPLICATE AND/OR REDUNDANT PROOFS OF CLAIM

The relief set forth on the following pages, numbered (2) and (3) is hereby **ORDERED**.

**DATED: 7/30/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

In re: Shapes/Arch Holding, L.L.C., et al.

Case No: 08-14631

Order Granting the Debtors' First Omnibus Objection to Duplicate and/or Redundant Claims
_____

Upon consideration of the Debtors' First Omnibus Objection to Duplicate and/or Redundant Proofs of Claim (the "First Omnibus Objection") for the entry of an order (the "Order") expunging and disallowing certain Filed Claims identified in Exhibit 1 and Exhibit 2 to this Order; and pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, good and sufficient notice having been provided to each holder of a claim listed on the attached exhibits; and the relief requested in the First Omnibus Objection being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed Objections to the First Omnibus Objection, if any; and upon all proceedings had before the Court; and after deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED**:

1. That the Objection is SUSTAINED, as set forth herein;

2. That the duplicate proofs of claim identified on Exhibit 1 as "List of Duplicate Claims for Same Debtor" are hereby expunged and disallowed in their entirety;

3. That the redundant proofs of claim identified on Exhibit 2 as "List of Redundant Claims for Multiple Debtors" are hereby expunged and disallowed in their entirety;

4. This Order does not affect the claims identified in Exhibit 1 or Exhibit 2 as to the "Remaining Claim";

5. That the Objection as it pertains to the claims filed by Glencore Ltd. is hereby adjourned to a date and time mutually agreeable to the parties and the Court;

*Approved by Judge Gloria M. Burns July  30, 2008*

Page 3

In re: Shapes/Arch Holding, L.L.C., et al.

Case No: 08-14631

Order Granting the Debtors' First Omnibus Objection to Duplicate and/or Redundant Claims
_____

      6.      That the Objection as it pertains to the claims filed by Alcan Aluminum Corp. is resolved as set forth in the Stipulation attached hereto as <u>Exhibit 3</u>; and

      7.      That the Debtors' right to file other objections to claims, including those claims referenced in the First Omnibus Objection, is hereby fully reserved.

*Approved by Judge Gloria M. Burns July 30, 2008*

# EXHIBIT 1

**Parties Holding Duplicate Claims for Same Debtor**
**(all parties listed alphabetically, and individually by last name)**

**Please refer to Page 7 of the First Omnibus Objection for the stated grounds in support of the Objection.**

*Approved by Judge Gloria M. Burns July 30, 2008*

|  | **Claim to be Expunged** | | | | **Remaining Claims** | | | |
|---|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** | **Cross Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| AIR LIQUIDE INDUSTRIAL U.S. LP<br>ATTN LEGAL DEPARTMENT<br>2700 POST OAK BOULEVARD, SUITE 1800<br>HOUSTON, TX 77056 | 131 | Shapes/Arch Holdings LLC | 14,437.98<br>52,483.08<br>66,921.06 | P<br>U<br>T | 121 | Shapes/Arch Holdings LLC | 14,437.98<br>52,483.08<br>66,921.06 | P<br>U<br>T |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | 673 | Delair LLC | 336,156.47 | U | 518 | Delair LLC | 336,156.47 | U |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | 694 | Delair LLC | 336,156.47 | U | 518 | Delair LLC | 336,156.47 | U |
| AMERICAN IRON & METAL COMPANY (USA), INC<br>C/O EULER HERMES ACI<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | 406 | Shapes LLC | 181,087.20 | U | 347 | Shapes LLC | 181,087.20 | U |
| ATLANTIC DISPOSAL SERVICES, INC.<br>N/K/A ACR, INC.<br>C/O SANDFORD F. SCHMIDT, ESQUIRE<br>29 UNION STREET<br>MEDFORD, NJ 08055 | 712 | Shapes/Arch Holdings LLC | 77,871,002.43 | U | 665 | Shapes/Arch Holdings LLC | 77,871,002.43 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 414 | Shapes/Arch Holdings LLC | 250,000.00 | U | 272 | Shapes/Arch Holdings LLC | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 362 | Shapes/Arch Holdings LLC | 250,000.00 | U | 272 | Shapes/Arch Holdings LLC | 250,000.00 | U |
| BIL-RAY ALUMINUM SIDING CORP.<br>T/A THE BIL-RAY GROUP<br>40 ELMONT ROAD<br>ELMONT, NY 11003-1603 | 420 | Accu-Weld LLC | 900,000.00 | U | 216 | Accu-Weld LLC | 900,000.00 | U |
| BIL-RAY ALUMINUM SIDING CORP OF QNS INC<br>ATTN MARK F HEINZE<br>OFECK & HEINZE LLP<br>85 MAIN ST, STE 204<br>HACKENSACK, NJ 07601 | 282 | Accu-Weld LLC | 900,000.00 | U | 216 | Accu-Weld LLC | 900,000.00 | U |

*Approved by Judge Gloria M. Burns July 30, 2008*

| | | Claim to be Expunged | | | | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** | **Cross Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| COILPLUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 273 | Delair LLC | 252,882.84 | U | 252 | Delair LLC | 252,882.84 | U |
| COILPLUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 334 | Delair LLC | 252,882.84 | U | 252 | Delair LLC | 252,882.84 | U |
| COILPUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 310 | Delair LLC | 252,882.84 | U | 252 | Delair LLC | 252,882.84 | U |
| COILPLUS-PENNSYLVANIA, INC.<br>ATTN HUGH GRANEY, CONTROLLER<br>5135 BLEIGH AVENUE<br>PHILADELPHIA, PA 19136 | 312 | Delair LLC | 252,822.84 | U | 252 | Delair LLC | 252,822.84 | U |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>ATTN: LARRY LEVIN<br>WAYNE, PA 19087 | 674 | Shapes/Arch Holdings LLC | 276,880.26 | U | 489 | Shapes/Arch Holdings LLC | 276,880.26 | U |
| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>ATTN: LARRY LEVIN<br>WAYNE, PA 19087 | 675 | Shapes/Arch Holdings LLC | 440,283.06 | U | 490 | Shapes/Arch Holdings LLC | 440,283.06 | U |
| ESTES-EXPRESS LINES<br>ATTN CREDIT DEPARTMENT<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230-3962 | 341 | Shapes/Arch Holdings LLC | 55,978.10 | U | 207 | Shapes/Arch Holdings LLC | 55,978.10 | U |
| EXCO EXTRUSION DIES<br>56617 NORTH BAY DRIVE<br>ATTN: JANET SLEDMERE, CONTROLLER<br>CHESTERFIELD, MI 48051 | 409 | Shapes/Arch Holdings LLC | 335,030.58 | U | 394 | Shapes/Arch Holdings LLC | 335,030.58 | U |
| GAINSBOROUGH HARDWARE IND LTD<br>190 WHITEHORSE ROAD<br>BLACKBURN<br>VICTORIA, 3130<br>AUSTRALIA | 374 | Ultra LLC | 117,695.17 | U | 300 | Ultra LLC | 117,695.17 | U |

Page 2 of 5

*Approved by Judge Gloria M. Burns July 30, 2008*

|  | Claim to be Expunged ||||  | Remaining Claims ||||
|---|---|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |  | **Cross Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| GEE BRIDGE INTERNATIONAL INC<br>5TH FLOOR, NO. 44, LANE 80,<br>NAN-KANG ROAD, SEC. 3,<br>TAIPEI,<br>TAIWAN | 247 | Shapes/Arch Holdings LLC | 102,127.55 | U |  | 205 | Shapes/Arch Holdings LLC | 102,127.55 | U |
| INTERNATIONAL BUSINESS SYSTEMS<br>90 BLUE RAVINE ROAD<br>FOLSOM, CA 95630 | 290 | Ultra LLC | 59,820.10 | U |  | 186 | Ultra LLC | 59,820.10 | U |
| INTERNATIONAL FIDELITY INSURANCE CO.<br>C/O INT'L BOND & MARINE BRKGE, LTD.<br>2 HUDSON PLACE, 4TH FLOOR<br>HOBOKEN, NJ 07030 | 604 | Shapes/Arch Holdings LLC | 200,000.00 | P |  | 461 | Shapes/Arch Holdings LLC | 200,000.00 | P |
| JOHN A. STEER CO.<br>ATTN: ALFRED J. DUTCH, TREASURER<br>28 SO. 2ND STREET<br>PHILADELPHIA, PA 19106 | 672 | Ultra LLC | 243,545.66 | U |  | 519 | Ultra LLC | 243,545.66 | U |
| KERINS, JOSEPH F.<br>10 OAK LEAF DRIVE<br>NEW EGYPT, NJ 08533 | 524 | Shapes/Arch Holdings LLC | 50,000.00 | P |  | 481 | Shapes/Arch Holdings LLC | 50,000.00 | P |
| LUMBERMEN ASSOCIATES, INC.<br>C/O EULER HERMES ACI<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | 405 | Shapes LLC | 68,588.41 | U |  | 66 | Shapes LLC | 68,588.41 | U |
| LUMBERMEN ASSOCIATES, INC.<br>EULER HERMES ACI<br>800 RED BROOK BOULEVARD<br>ATTN: LINDA MAY, CLAIMS SVC REP<br>OWINGS MILLS, MD 21117 | 182 | Shapes LLC | 68,588.41 | U |  | 66 | Shapes LLC | 68,588.41 | U |
| M. J. METAL, INC.<br>201 HANCOCK AVENUE<br>BRIDGEPORT, CT 06605 | 219 | Shapes/Arch Holdings LLC | 66,745.02 | U |  | 174 | Shapes/Arch Holdings LLC | 66,745.02 | U |
| MARUBENI AMERICA CORP.<br>ATTN THOMAS E. CARLSON<br>375 LEXINGTON AVE.<br>NEW YORK, NY 10017 | 431 | Shapes/Arch Holdings LLC | 1,871,574.41 | U |  | 392 | Shapes/Arch Holdings LLC | 1,871,574.41 | U |
| MARUBENI AMERICA CORP.<br>ATTN THOMAS E. CARLSON<br>375 LEXINGTON AVE.<br>NEW YORK, NY 10017 | 432 | Shapes/Arch Holdings LLC | 1,871,574.41 | U |  | 392 | Shapes/Arch Holdings LLC | 1,871,574.41 | U |

*Approved by Judge Gloria M. Burns July 30, 2008*

| Name/Address of Claimant | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| MELTON TRUCK LINES, INC.<br>ATTN: LISA M. FOGLEMAN<br>808 N 161ST E. AVE.<br>TULSA, OK 74116 | 421 | Shapes/Arch Holdings LLC | 139,960.66 | U | 395 | Shapes/Arch Holdings LLC | 139,960.66 | U |
| METAL MANAGEMENT CONNECTICUT, INC<br>C/O SAME DELLA FERA, JR., ESQ.<br>TRENK DIPASQUALE WEBSTER DELLA FERA ETAL<br>347 MT PLEASANT AVE, STE 300<br>WEST ORANGE, NJ 07052 | 275 | Shapes/Arch Holdings LLC | 85,048.44 | U | 239 | Shapes/Arch Holdings LLC | 85,048.44 | U |
| NATIONAL CITY COMMERCIAL CAPITAL CO.,LLC<br>ATTN: LISA M. MOORE<br>995 DALTON AVE.<br>CINCINNATI, OH 45203 | 662 | Accu-Weld LLC | 129,356.51 | U | 651 | Accu-Weld LLC | 129,356.51 | U |
| PACIFIC USA CORP.<br>375 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 | 380 | Ultra LLC | 111,041.24 | U | 337 | Ultra LLC | 111,041.24 | U |
| PENNSAUKEN TOWNSHIP<br>EMMANUEL J. ARGENTIERI, ESQUIRE<br>PARKER MCCAY, P.A. - THREE GREENTREE CTR<br>7001 LINCOLN DRIVE WEST - P.O. BOX 974<br>MARLTON, NJ 08053-0974 | 597 | Shapes/Arch Holdings LLC | 837,905.30 | S | 541 | Shapes/Arch Holdings LLC | 837,905.30 | S |
| PPG INDUSTRIES, INC.<br>JOHN J. WINTER, ESQUIRE<br>THE CHARTWELL LAW OFFICES, LLP<br>2621 VAN BUREN DRIVE<br>NORRISTOWN, PA 19403 | 615 | Accu-Weld LLC | 63,401.40<br>181,006.22<br>244,407.62 | P<br>U<br>T | 539 | Accu-Weld LLC | 63,401.40<br>181,006.22<br>244,407.62 | P<br>U<br>T |
| PPG INDUSTRIES, INC.<br>JOHN J. WINTER, ESQUIRE<br>THE CHARTWELL LAW OFFICES, LLP<br>2621 VAN BUREN DRIVE<br>NORRISTOWN, PA 19403 | 613 | Shapes LLC | 27,162.80<br>134,578.16<br>161,740.96 | P<br>U<br>T | 538 | Shapes LLC | 27,162.80<br>134,578.16<br>161,740.96 | P<br>U<br>T |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY<br>PSE&G<br>ATTN NANCY OLIVERAS<br>PO BOX 490<br>CRANFORD, NJ 07016 | 266 | Shapes/Arch Holdings LLC | 1,548,751.18 | U | 1 | Shapes/Arch Holdings LLC | 1,548,751.18 | U |

*Approved by Judge Gloria M. Burns July 30, 2008*

| Name/Address of Claimant | Claim to be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| PUBLIC SERVICE ELECTRIC AND GAS COMPANY<br>PSE&G<br>ATTN NANCY OLIVERAS<br>PO BOX 490<br>CRANFORD, NJ 07016 | 373 | Shapes/Arch Holdings LLC | 1,548,751.18 | U | 1 | Shapes/Arch Holdings LLC | 1,548,751.18 | U |
| T.M.C. TRANSPORTATION<br>P.O. BOX 1774<br>DES MOINES, IA 50306 | 605 | Shapes LLC | 52,881.02 | U | 545 | Shapes LLC | 52,881.02 | U |
| U.S. CUSTOMS AND BORDER PROTECTION<br>ATTN: REVENUE DIVISION, BANKRUPTCY TEAM<br>6650 TELECOM DRIVE, SUITE 100<br>INDIANAPOLIS, IN 46278 | 437 | Ultra LLC | 108,454.28<br>266,433.32<br>374,887.60 | P<br>U<br>T | 399 | Ultra LLC | 108,454.28<br>266,433.32<br>374,887.60 | P<br>U<br>T |
| UNITED PARCEL SERVICE<br>ATTN WENDY FINNEGAN, AGENT<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 4396<br>TIMONIUM, MD 21094 | 316 | Ultra LLC | 153,251.59 | U | 309 | Ultra LLC | 153,251.59 | U |
| WEKERLE, JOSEPH<br>116 SMITH LANE<br>RUNNEMEDE, NJ 08078 | 314 | Shapes/Arch Holdings LLC | - | | 285 | Shapes/Arch Holdings LLC | - | - |
| WEKERLE, JOSEPH<br>116 SMITH LANE<br>RUNNEMEDE, NJ 08078 | 325 | Shapes/Arch Holdings LLC | - | | 285 | Shapes/Arch Holdings LLC | - | - |
| WINDOW DEPOT USA<br>ATTN JIM VENABLE, PRESIDENT<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211 | 279 | Accu-Weld LLC | 55,838.83 | U | 212 | Accu-Weld LLC | 55,838.83 | U |

S - Secured
A - Administrative
P - Priority
U - Unsecured
T - Total Claimed

*Approved by Judge Gloria M. Burns July 30, 2008*

# EXHIBIT 2

**Parties Holding Redundant Claims for Multiple Debtors**
**(all parties listed alphabetically, and individually by last name)**

**Please refer to Page 8 of the First Omnibus Objection for the stated grounds in support of the Objection.**

*Approved by Judge Gloria M. Burns July 30, 2008*

|  | Claim to be Expunged | | | | Remaining Claims | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 364 | Shapes LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 368 | Ultra LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 370 | Delair LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| BATTEL, STEVEN<br>C/O CHERYL L COOPER, ESQ.<br>HOLSTON MACDONALD UZDAVINIS<br>66 EUCLID STREET / PO BOX 358<br>WOODBURY, NJ 08096 | 372 | Accu-Weld LLC | 250,000.00 | U | 272 | Shapes | 250,000.00 | U |
| LAJOIE'S AUTO WRECKING CO., INC.<br>MICHAEL J. CONNOLLY, ESQ.<br>BRESSLER AMERY & ROSS PC<br>PO BOX 1980<br>MORRISTOWN, NJ 07962 | 566 | Shapes/Arch Holdings LLC | 142,877.53 | A | 565 | Shapes | 142,877.53 | A |
| MATI SALES, LLC<br>PO BOX 816<br>GLENSIDE, PA 19038-0816 | 609 | Shapes/Arch Holdings LLC | 16,076.98 | U | 514 | Delair/Shapes | 16,076.98 | U |
| MOTORCAR COLORS<br>PO BOX 532<br>772 E MAIN STREET<br>MOORESTOWN, NJ 08057 | 302 | Accu-Weld LLC | 2,822.90 | U | 360 | Accu-Weld | 2,822.90 | U |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 652 | Shapes/Arch Holdings LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |

Page 1 of 2

*Approved by Judge Gloria M. Burns July 30, 2008*

|  | Claim to be Expunged | | | | Remaining Claims | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | Cross Claim Number | Debtor | Claim Amount | Claim Type |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 654 | Ultra LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 655 | Delair LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>ATTN: JOSEPH M. GITTO, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | 656 | Accu-Weld LLC | 18,750.00 | U | 653 | Shapes | 18,750.00 | U |
| TATE ENGINEERING SYSTEMS, INC.<br>1560 CATON CENTER DRIVE<br>BALTIMORE, MD 21227 | 0 | Shapes/Arch Holdings LLC | 2,096.56 | U | 86 | Shapes | 2,096.56 | U |
| VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 350 | Accu-Weld LLC | 2,534.26 | U | 328 | Accu-Weld | 2,534.26 | U |

S - Secured
A - Administrative
P - Priority
U - Unsecured
T - Total Claimed

**EXHIBIT 3**

*Approved by Judge Gloria M. Burns July 30, 2008*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: ) Chapter 11
)
Shapes/Arch Holdings L.L.C., ) Case No. 08-14631 (GMB)
) (Jointly Administered)
Debtors. )
)

**STIPULATION REGARDING
PROOFS OF CLAIM FILED BY ALCAN ALUMINUM CORP.**

WHEREAS, on March 16, 2008 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (the "Debtors") filed their petitions for relief under Chapter 11, Title 11, of the United States Code (the "Bankruptcy Code").

WHEREAS, on March 18, 2008, the Court entered an Order (the "Bar Date Order") requiring creditors to file proofs of claim by May 15, 2008.

WHEREAS, on March 18, 2008, the Court entered an Order (the "Claims Agent Order") authorizing the Debtors to retain Epiq Bankruptcy Solutions, LLC ("Epiq") as official noticing, claim and/or solicitation and balloting agent for the Debtors.

WHEREAS, pursuant to the Bar Date Order and the Claims Agent Order, any creditor wishing to assert a proof of claim against the Debtors was required to deliver such proof of claim to Epiq on or before May 15, 2008.

WHEREAS, Alcan Aluminum Corp. ("Alcan" and, together with the Debtors, the "Parties") timely filed Proof of Claim No. 460 in the amount of $6,581,586.45, which was docketed by Epiq on May 9, 2008.

WHEREAS, on May 15, 2008, Epiq docketed a second proof of claim for Alcan in the amount of $6,581,586.45, which is known as Proof of Claim No. 680.

WHEREAS, Proof of Claim No. 680 is duplicative of Proof of Claim No. 460.

*Approved by Judge Gloria M. Burns July 30, 2008*

WHEREAS, Alcan did not intend to file a second proof of claim, and understands that Epiq may have docketed Proof of Claim No. 680 in error.

WHEREAS, on June 20, 2008, the Debtors filed their First Omnibus Objection to Duplicate and/or Redundant Proofs of Claim (the "Claim Objection"), in which the Debtors objected to Proof of Claim No. 680 as duplicative and/or redundant of Proof of Claim No. 460.

WHEREAS, the Parties wish to resolve the Claim Objection without further litigation and have therefore entered into this Stipulation and agree as follows:

1. Alcan hereby withdraws in full Proof of Claim No. 680.

2. Alcan's agreement to withdraw Proof of Claim No. 680 shall in no way prejudice or otherwise affect Alcan's Proof of Claim No. 460.

3. The Debtors, on their own behalf and on behalf of their estates, hereby reserve and preserve the right to object to Proof of Claim No. 460 on any other ground or basis.

COZEN O'CONNOR

By: _____
Mark E. Felger
Jerrold N. Poslusny, Jr.
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
856-910-5000

Attorneys for the Debtors

JENNER & BLOCK LLP

By: *Ron Peterson*
Ronald R. Peterson
330 N. Wabash Ave.
Chicago, IL 60611
PH: 312-923-8316
FAX: 312-923-8416

Attorneys for Alcan Aluminum Corp.

2

*Approved by Judge Gloria M. Burns July 30, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1          User: dfitzger           Page 1 of 1            Date Rcvd: Jul 31, 2008
Case: 08-14631                Form ID: pdf903          Total Served: 1

The following entities were served by first class mail on Aug 02, 2008.
db           +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 02, 2008**          Signature:    _Joseph Speetjens_