## EXHIBIT "A"

| NAME OF PROFESSIONAL | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Mark A. Karbiner | Vice President | 96.30 | $245.00 | $23,593.50 |
| 2. Michael E. Jacoby | Managing Director | 90.60 | $405.00 | $36,693.00 |
| TOTAL: | | **186.90** | | **$60,286.50** |
| | | | | |

**Exhibit B**
**5th Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                    **6/30/08 thru 8/03/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 1 | MAK | 6/30/2008 | Begin cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 2 | MAK | 6/30/2008 | Prepare cash flow scorecard | 0.80 | $ 245.00 | $ 196.00 |
| 3 | MAK | 6/30/2008 | Continue cash flow scorecard | 1.30 | $ 245.00 | $ 318.50 |
| 4 | MAK | 6/30/2008 | Revise cash flow scorecard | 1.40 | $ 245.00 | $ 343.00 |
| 5 | MAK | 6/30/2008 | Continue cash flow scorecard | 1.40 | $ 245.00 | $ 343.00 |
| 6 | MAK | 6/30/2008 | Finalize cash flow scorecard | 0.30 | $ 245.00 | $ 73.50 |
| 7 | MAK | 6/30/2008 | Prepare rolling 13-week cash flow | 2.60 | $ 245.00 | $ 637.00 |
| 8 | MEJ | 6/30/2008 | emails re: Prof Fees | 0.10 | $ 405.00 | $ 40.50 |
| 9 | MEJ | 6/30/2008 | Review Lexington claim | 0.10 | $ 405.00 | $ 40.50 |
| 10 | MEJ | 6/30/2008 | Review Delage claim | 0.10 | $ 405.00 | $ 40.50 |
| 11 | MEJ | 6/30/2008 | Finalize draft of Prof Fee spreadsheet | 0.60 | $ 405.00 | $ 243.00 |
| 12 | MEJ | 6/30/2008 | Discussion with Irv re: Claims | 0.30 | $ 405.00 | $ 121.50 |
| 13 | MAK | 7/1/2008 | Prepare rolling 13-week cash flow | 2.70 | $ 245.00 | $ 661.50 |
| 14 | MAK | 7/1/2008 | Prepare rolling 13-week cash flow | 1.90 | $ 245.00 | $ 465.50 |
| 15 | MAK | 7/1/2008 | Continue rolling 13-week cash flow | 0.60 | $ 245.00 | $ 147.00 |
| 16 | MAK | 7/1/2008 | Meeting to review rolling 13-week cash flow | 0.40 | $ 245.00 | $ 98.00 |
| 17 | MAK | 7/1/2008 | Continue rolling 13-week cash flow | 0.40 | $ 245.00 | $ 98.00 |
| 18 | MAK | 7/1/2008 | Finalize rolling 13-week cash flow | 0.30 | $ 245.00 | $ 73.50 |
| 19 | MAK | 7/1/2008 | Preparation of information for May MOR | 2.40 | $ 245.00 | $ 588.00 |
| 20 | MEJ | 7/1/2008 | Review updated Admin Claim list | 1.60 | $ 405.00 | $ 648.00 |
| 21 | MEJ | 7/1/2008 | Review and update Executory Contract list | 0.40 | $ 405.00 | $ 162.00 |
| 22 | MEJ | 7/1/2008 | Update Emergence Funding spreadsheet | 0.70 | $ 405.00 | $ 283.50 |
| 23 | MEJ | 7/1/2008 | Discussion with CK re: Effective Date | 0.20 | $ 405.00 | $ 81.00 |
| 24 | MEJ | 7/1/2008 | Prep for call with Cozen and Debtor | 0.30 | $ 405.00 | $ 121.50 |
| 25 | MEJ | 7/1/2008 | Conference call with Cozen and Debtor re: "to do" and issues re: confirmation | 2.60 | $ 405.00 | $ 1,053.00 |
| 26 | MEJ | 7/1/2008 | Update Emergence Funding spreadsheet | 0.80 | $ 405.00 | $ 324.00 |
| 27 | MEJ | 7/1/2008 | Review Scorecard and 13 week cf rollforward | 1.40 | $ 405.00 | $ 567.00 |
| 28 | MEJ | 7/1/2008 | Discuss same with MK | 0.70 | $ 405.00 | $ 283.50 |
| 29 | MAK | 7/2/2008 | Preparation of cash receipts and disbursements schedules for May MOR | 3.10 | $ 245.00 | $ 759.50 |
| 30 | MAK | 7/2/2008 | Preparation of AR Aging schedules for May MOR | 2.10 | $ 245.00 | $ 514.50 |
| 31 | MAK | 7/2/2008 | Preparation of cash disbursements journals for May MOR | 2.30 | $ 245.00 | $ 563.50 |
| 32 | MAK | 7/2/2008 | Continue preparation of cash receipts and disbursements schedules for May MOR | 1.30 | $ 245.00 | $ 318.50 |
| 33 | MEJ | 7/2/2008 | Review various emails re: claims | 0.20 | $ 405.00 | $ 81.00 |
| 34 | MEJ | 7/2/2008 | Review outstanding letters of credit - email to PS | 0.20 | $ 405.00 | $ 81.00 |
| 35 | MEJ | 7/2/2008 | Emails with PS re: Prof Fees and payments | 0.20 | $ 405.00 | $ 81.00 |
| 36 | MEJ | 7/2/2008 | Review Rusal docs | 0.10 | $ 405.00 | $ 40.50 |
| 37 | MEJ | 7/2/2008 | Review CCMUA docs and claim | 0.10 | $ 405.00 | $ 40.50 |
| 38 | MEJ | 7/2/2008 | Review Perfect Trade situation | 0.20 | $ 405.00 | $ 81.00 |
| 39 | MEJ | 7/2/2008 | Review various objections | 0.30 | $ 405.00 | $ 121.50 |
| 40 | MEJ | 7/2/2008 | Update and analyze Emergence Funding Issues | 2.10 | $ 405.00 | $ 850.50 |
| 41 | MEJ | 7/2/2008 | Discussion with JP re: Perfect Trade | 0.10 | $ 405.00 | $ 40.50 |
| 42 | MEJ | 7/2/2008 | Review environmental claims/objections | 0.30 | $ 405.00 | $ 121.50 |
| 43 | MEJ | 7/2/2008 | Continue analysis of emergence funding | 0.40 | $ 405.00 | $ 162.00 |
| 44 | MEJ | 7/2/2008 | Discussion with HK re: Emergence Funding and Cap | 0.90 | $ 405.00 | $ 364.50 |
| 45 | MEJ | 7/2/2008 | emails with MF re: Emergence Funding | 0.30 | $ 405.00 | $ 121.50 |
| 46 | MEJ | 7/2/2008 | email cap analysis to JHC | 0.10 | $ 405.00 | $ 40.50 |
| 47 | MEJ | 7/2/2008 | Discussion with Jen re: Rusal | 0.20 | $ 405.00 | $ 81.00 |
| 48 | MEJ | 7/2/2008 | Create spreadsheet re: Rusal | 0.60 | $ 405.00 | $ 243.00 |

**Exhibit B**
**5th Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                       **6/30/08 thru 8/03/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 49 | MAK | 7/3/2008 | Preparation of cash receipts and disbursements schedules for May MOR | 1.90 | $ 245.00 | $ 465.50 |
| 50 | MAK | 7/3/2008 | Preparation of cash disbursements journals for May MOR | 1.60 | $ 245.00 | $ 392.00 |
| 51 | MAK | 7/3/2008 | Discussions with management re daily disbursements | 0.40 | $ 245.00 | $ 98.00 |
| 52 | MAK | 7/3/2008 | Preparation of information for claims register analysis | 1.10 | $ 245.00 | $ 269.50 |
| 53 | MAK | 7/3/2008 | Review professional fees and anticipated emergence funding estimate | 0.90 | $ 245.00 | $ 220.50 |
| 54 | MEJ | 7/3/2008 | Review JSV and SO affidavits | 0.20 | $ 405.00 | $ 81.00 |
| 55 | MEJ | 7/3/2008 | Update Admin claims | 0.50 | $ 405.00 | $ 202.50 |
| 56 | MEJ | 7/3/2008 | Review tax issues | 0.20 | $ 405.00 | $ 81.00 |
| 57 | MEJ | 7/3/2008 | Review Medalco claim and payments | 0.30 | $ 405.00 | $ 121.50 |
| 58 | MEJ | 7/3/2008 | Update executory contract schedule | 0.30 | $ 405.00 | $ 121.50 |
| 59 | MEJ | 7/3/2008 | Various emails with JHC re: Cap, Confirmation hearing, claims | 0.20 | $ 405.00 | $ 81.00 |
| 60 | MEJ | 7/3/2008 | Discussion with MF re: environmental update, budget | 0.70 | $ 405.00 | $ 283.50 |
| 61 | MEJ | 7/3/2008 | Revisit week #12 covenant calc | 0.40 | $ 405.00 | $ 162.00 |
| 62 | MEJ | 7/3/2008 | Discussion with MK re: cash management | 0.40 | $ 405.00 | $ 162.00 |
| 63 | MEJ | 7/3/2008 | emails with MF re: Emergence Funding | 0.20 | $ 405.00 | $ 81.00 |
| 64 | MEJ | 7/3/2008 | Finalize Schedule 8.1 | 0.60 | $ 405.00 | $ 243.00 |
| 65 | MEJ | 7/3/2008 | Discussion with Irv re: Cap analysis and presentation | 0.40 | $ 405.00 | $ 162.00 |
| 66 | MEJ | 7/3/2008 | Update Emergence Funding spreadsheet | 0.30 | $ 405.00 | $ 121.50 |
| 67 | MEJ | 7/3/2008 | Update professional fee spreadsheet | 0.60 | $ 405.00 | $ 243.00 |
| 68 | MEJ | 7/3/2008 | Discussion with Irv re: Final Emergence Funding Spreadsheet | 0.10 | $ 405.00 | $ 40.50 |
| 69 | MAK | 7/7/2008 | Begin cash flow scorecard | 1.40 | $ 245.00 | $ 343.00 |
| 70 | MAK | 7/7/2008 | Prepare cash flow scorecard | 1.60 | $ 245.00 | $ 392.00 |
| 71 | MAK | 7/7/2008 | Continue cash flow scorecard | 0.90 | $ 245.00 | $ 220.50 |
| 72 | MAK | 7/7/2008 | Revise cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 73 | MAK | 7/7/2008 | Continue cash flow scorecard | 0.60 | $ 245.00 | $ 147.00 |
| 74 | MAK | 7/7/2008 | Finalize cash flow scorecard | 0.50 | $ 245.00 | $ 122.50 |
| 75 | MAK | 7/7/2008 | Begin 13-week CF rollforward | 2.80 | $ 245.00 | $ 686.00 |
| 76 | MEJ | 7/7/2008 | Review Affidavits | 0.30 | $ 405.00 | $ 121.50 |
| 77 | MEJ | 7/7/2008 | Review/Update exceptions to Schedule 8.1 | 0.40 | $ 405.00 | $ 162.00 |
| 78 | MEJ | 7/7/2008 | Review Plan Revisions | 0.40 | $ 405.00 | $ 162.00 |
| 79 | MEJ | 7/7/2008 | Review availability schedules | 0.30 | $ 405.00 | $ 121.50 |
| 80 | MEJ | 7/7/2008 | Update professional fee spreadsheet | 0.30 | $ 405.00 | $ 121.50 |
| 81 | MEJ | 7/7/2008 | Update with PS re: various matters | 0.60 | $ 405.00 | $ 243.00 |
| 82 | MEJ | 7/7/2008 | Update with SG re: various matters | 0.90 | $ 405.00 | $ 364.50 |
| 83 | MEJ | 7/7/2008 | Update review/analysis of Class 5 and 6 claims | 2.30 | $ 405.00 | $ 931.50 |
| 84 | MEJ | 7/7/2008 | Conference call with MF and SG re: case status and next steps | 1.50 | $ 405.00 | $ 607.50 |
| 85 | MEJ | 7/7/2008 | Begin Review - GT's order | 0.60 | $ 405.00 | $ 243.00 |
| 86 | MAK | 7/8/2008 | Prep 13-week CF rollforward | 2.30 | $ 245.00 | $ 563.50 |
| 87 | MAK | 7/8/2008 | Continue prep 13-week CF rollforward | 1.70 | $ 245.00 | $ 416.50 |
| 88 | MAK | 7/8/2008 | Continue prep 13-week CF rollforward | 1.20 | $ 245.00 | $ 294.00 |
| 89 | MAK | 7/8/2008 | Revise 13-week CF | 1.10 | $ 245.00 | $ 269.50 |
| 90 | MAK | 7/8/2008 | Continue revise 13-week CF rollforward | 1.60 | $ 245.00 | $ 392.00 |
| 91 | MAK | 7/8/2008 | Prep weekly disbursement tracker | 0.40 | $ 245.00 | $ 98.00 |

**Exhibit B**
**5th Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                                      **6/30/08 thru 8/03/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 92 | MAK | 7/8/2008 | Meeting with Ms. Roman to review and discuss weekly disbursements | 0.60 | $ 245.00 | $ 147.00 |
| 93 | MAK | 7/8/2008 | Revise weekly disbursement tracker | 0.40 | $ 245.00 | $ 98.00 |
| 94 | MEJ | 7/8/2008 | Provide comments on GT's Confirmation Order | 0.70 | $ 405.00 | $ 283.50 |
| 95 | MEJ | 7/8/2008 | Review MEJ declaration | 0.30 | $ 405.00 | $ 121.50 |
| 96 | MEJ | 7/8/2008 | Analyze and provide supporting documentation for Perfect Trade claim | 0.70 | $ 405.00 | $ 283.50 |
| 97 | MEJ | 7/8/2008 | Analyze Union Priority payments | 0.80 | $ 405.00 | $ 324.00 |
| 98 | MEJ | 7/8/2008 | Review Week #16 Scorecard | 1.30 | $ 405.00 | $ 526.50 |
| 99 | MEJ | 7/8/2008 | Review, analyze and provide comments on DeLage Stipulation | 0.70 | $ 405.00 | $ 283.50 |
| 100 | MEJ | 7/8/2008 | Provide information re: Epiq | 0.30 | $ 405.00 | $ 121.50 |
| 101 | MEJ | 7/8/2008 | Review Epiq Declaration/Affidavit | 0.40 | $ 405.00 | $ 162.00 |
| 102 | MEJ | 7/8/2008 | Continued work on Class 5 PMSI claims | 0.60 | $ 405.00 | $ 243.00 |
| 103 | MEJ | 7/8/2008 | Review cf rollforward | 1.70 | $ 405.00 | $ 688.50 |
| 104 | MEJ | 7/8/2008 | Discussion with PS re: Ultra inventory | 0.60 | $ 405.00 | $ 243.00 |
| 105 | MEJ | 7/8/2008 | Discussion and analysis re: availability | 0.30 | $ 405.00 | $ 121.50 |
| 106 | MEJ | 7/8/2008 | Follow-up work on claims analysis | 0.30 | $ 405.00 | $ 121.50 |
| 107 | MEJ | 7/8/2008 | Continued review of 13 week cf rollforward | 0.30 | $ 405.00 | $ 121.50 |
| 108 | MEJ | 7/8/2008 | Emails re: various case matters | 0.30 | $ 405.00 | $ 121.50 |
| 109 | MAK | 7/9/2008 | Meeting with Ms. Roman to review and discuss weekly disbursements | 0.30 | $ 245.00 | $ 73.50 |
| 110 | MAK | 7/9/2008 | Prep rolling variance and rolling scorecard schedules | 0.50 | $ 245.00 | $ 122.50 |
| 111 | MAK | 7/9/2008 | Revise 13-week CF | 2.20 | $ 245.00 | $ 539.00 |
| 112 | MAK | 7/9/2008 | Meeting with Ms. Roman to review and discuss weekly disbursements | 0.20 | $ 245.00 | $ 49.00 |
| 113 | MAK | 7/9/2008 | Revise 13-week CF | 1.10 | $ 245.00 | $ 269.50 |
| 114 | MAK | 7/9/2008 | Revise 13-week CF | 0.80 | $ 245.00 | $ 196.00 |
| 115 | MAK | 7/9/2008 | Meeting with Mr. Sorenson to review and discuss weekly disbursements and 13-week rollforward | 0.60 | $ 245.00 | $ 147.00 |
| 116 | MEJ | 7/9/2008 | Update with MF re: environmental matters | 0.20 | $ 405.00 | $ 81.00 |
| 117 | MEJ | 7/9/2008 | Discussion with MK re: cf rollforward | 0.10 | $ 405.00 | $ 40.50 |
| 118 | MEJ | 7/9/2008 | Update professional fee spreadsheet | 0.20 | $ 405.00 | $ 81.00 |
| 119 | MEJ | 7/9/2008 | Analyze collateral rollforwards re: 13 week cf forecast | 1.10 | $ 405.00 | $ 445.50 |
| 120 | MAK | 7/10/2008 | Finalize 13-week CF rollforward | 0.90 | $ 245.00 | $ 220.50 |
| 121 | MAK | 7/10/2008 | Discussion with Ms Roman re disbursements | 0.30 | $ 245.00 | $ 73.50 |
| 122 | MEJ | 7/10/2008 | Detailed analysis/comparison of availability and cf rollforward versions and cap | 3.10 | $ 405.00 | $ 1,255.50 |
| 123 | MEJ | 7/10/2008 | Discussions with Irv - update | 0.40 | $ 405.00 | $ 162.00 |
| 124 | MEJ | 7/10/2008 | Update emergence funding spreadsheet/estimate | 0.70 | $ 405.00 | $ 283.50 |
| 125 | MEJ | 7/10/2008 | Emails with HIG and JHC re: professional fees | 0.20 | $ 405.00 | $ 81.00 |
| 126 | MAK | 7/11/2008 | Discussion with Ms Roman re disbursements | 0.30 | $ 245.00 | $ 73.50 |
| 127 | MEJ | 7/11/2008 | emails with JHC | 0.10 | $ 405.00 | $ 40.50 |
| 128 | MEJ | 7/11/2008 | Review ar agings | 0.50 | $ 405.00 | $ 202.50 |
| 129 | MAK | 7/14/2008 | Begin cash flow scorecard | 2.10 | $ 245.00 | $ 514.50 |
| 130 | MAK | 7/14/2008 | Prepare cash flow scorecard | 1.40 | $ 245.00 | $ 343.00 |
| 131 | MAK | 7/14/2008 | Continue cash flow scorecard | 1.30 | $ 245.00 | $ 318.50 |
| 132 | MAK | 7/14/2008 | Revise cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 133 | MAK | 7/14/2008 | Finalize cash flow scorecard | 0.70 | $ 245.00 | $ 171.50 |
| 134 | MAK | 7/14/2008 | Begin 13-week CF rollforward | 2.20 | $ 245.00 | $ 539.00 |
| 135 | MEJ | 7/14/2008 | Review various emails re: case status, environmental issues | 0.30 | $ 405.00 | $ 121.50 |

**Exhibit B**
**5th Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                                     **6/30/08 thru 8/03/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 136 | MEJ | 7/14/2008 | Discuss case update with PS | 0.40 | $ 405.00 | $ 162.00 |
| 137 | MEJ | 7/14/2008 | Discuss case update with SG | 0.30 | $ 405.00 | $ 121.50 |
| 138 | MEJ | 7/14/2008 | Review availability | 0.50 | $ 405.00 | $ 202.50 |
| 139 | MEJ | 7/14/2008 | Update professional fees | 0.30 | $ 405.00 | $ 121.50 |
| 140 | MEJ | 7/14/2008 | Discussion with CK re: funding and effective date | 0.40 | $ 405.00 | $ 162.00 |
| 141 | MEJ | 7/14/2008 | Various emails with MF and JP re: same, declaration | 0.60 | $ 405.00 | $ 243.00 |
| 142 | MEJ | 7/14/2008 | Review loan agreements re: budget extension; draft email to CIT | 1.90 | $ 405.00 | $ 769.50 |
| 143 | MEJ | 7/14/2008 | Review and finalize Jacoby declaration | 0.30 | $ 405.00 | $ 121.50 |
| 144 | MEJ | 7/14/2008 | Discussion with CIT re: budget beyond 7/20; follow-up | 0.40 | $ 405.00 | $ 162.00 |
| 145 | MEJ | 7/14/2008 | Review Scorecard | 1.40 | $ 405.00 | $ 567.00 |
| 146 | MEJ | 7/14/2008 | Review 13 week cf rollforward | 1.70 | $ 405.00 | $ 688.50 |
| 147 | MEJ | 7/14/2008 | Analyze existing and potential letters of credit | 0.40 | $ 405.00 | $ 162.00 |
| 148 | MEJ | 7/14/2008 | Update professional fees | 0.20 | $ 405.00 | $ 81.00 |
| 149 | MEJ | 7/14/2008 | email re professional fee escrow | 0.10 | $ 405.00 | $ 40.50 |
| 150 | MAK | 7/15/2008 | Prep 13-week CF rollforward | 2.30 | $ 245.00 | $ 563.50 |
| 151 | MAK | 7/15/2008 | Continue prep 13-week CF rollforward | 3.10 | $ 245.00 | $ 759.50 |
| 152 | MAK | 7/15/2008 | Revise 13-week CF | 1.30 | $ 245.00 | $ 318.50 |
| 153 | MAK | 7/15/2008 | Update weekly disbursement tracker | 0.70 | $ 245.00 | $ 171.50 |
| 154 | MAK | 7/15/2008 | Finalize 13-week CF rollforward | 1.20 | $ 245.00 | $ 294.00 |
| 155 | MEJ | 7/15/2008 | Update with MF re: case status | 0.40 | $ 405.00 | $ 162.00 |
| 156 | MEJ | 7/15/2008 | Update with MK re: cf rollforward and prof fee escrow | 0.20 | $ 405.00 | $ 81.00 |
| 157 | MEJ | 7/15/2008 | emails re: Exhibit B | 0.10 | $ 405.00 | $ 40.50 |
| 158 | MEJ | 7/15/2008 | Discussion with HK re: budget | 0.20 | $ 405.00 | $ 81.00 |
| 159 | MEJ | 7/15/2008 | Discussion with CK re: professional fee estimate | 0.10 | $ 405.00 | $ 40.50 |
| 160 | MEJ | 7/15/2008 | Review Brody email re: professional fee request and respond to same | 0.30 | $ 405.00 | $ 121.50 |
| 161 | MEJ | 7/15/2008 | Discussion with Brody re: professional fee request | 0.20 | $ 405.00 | $ 81.00 |
| 162 | MEJ | 7/15/2008 | Update professional fee spreadsheet | 0.20 | $ 405.00 | $ 81.00 |
| 163 | MEJ | 7/15/2008 | Finalize scorecard | 0.20 | $ 405.00 | $ 81.00 |
| 164 | MEJ | 7/15/2008 | Review revised cf rollforward | 0.70 | $ 405.00 | $ 283.50 |
| 165 | MEJ | 7/15/2008 | Update emergence funding spreadsheet/estimate | 0.30 | $ 405.00 | $ 121.50 |
| 166 | MEJ | 7/16/2008 | Update Exhibit B | 0.10 | $ 405.00 | $ 40.50 |
| 167 | MEJ | 7/16/2008 | Discussion with PS re: funding | 0.20 | $ 405.00 | $ 81.00 |
| 168 | MEJ | 7/16/2008 | Update with MF re: case status | 0.30 | $ 405.00 | $ 121.50 |
| 169 | MEJ | 7/16/2008 | emails with JHC re: admin claims and emergence funding | 0.20 | $ 405.00 | $ 81.00 |
| 170 | MEJ | 7/16/2008 | Review various emails re: case status, environmental and other confirmation issues | 0.40 | $ 405.00 | $ 162.00 |
| 171 | MEJ | 7/17/2008 | Update emergence funding spreadsheet and provide memo/email to Debtor and Cozen | 0.70 | $ 405.00 | $ 283.50 |
| 172 | MEJ | 7/17/2008 | Various emails re confirmation issues and timing | 0.20 | $ 405.00 | $ 81.00 |
| 173 | MEJ | 7/18/2008 | emails with JHC and hig re: 503b9 | 0.30 | $ 405.00 | $ 121.50 |
| 174 | MEJ | 7/18/2008 | emails with Cozen re declaration | 0.20 | $ 405.00 | $ 81.00 |
| 175 | MEJ | 7/21/2008 | Review declaration and agenda | 0.20 | $ 405.00 | $ 81.00 |
| 176 | MEJ | 7/21/2008 | Prepare for testimony | 2.90 | $ 405.00 | $ 1,174.50 |
| 177 | MEJ | 7/21/2008 | Update with MF re: Case Status | 0.40 | $ 405.00 | $ 162.00 |
| 178 | MEJ | 7/21/2008 | Review Class 10 Plan Note | 0.10 | $ 405.00 | $ 40.50 |
| 179 | MEJ | 7/21/2008 | emails re: Ultra | 0.10 | $ 405.00 | $ 40.50 |
| 180 | MEJ | 7/21/2008 | Begin actual to forecasted comparison | 0.80 | $ 405.00 | $ 324.00 |
| 181 | MEJ | 7/21/2008 | Update with HK | 0.10 | $ 405.00 | $ 40.50 |

**Exhibit B**
**5th Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                              **6/30/08 thru 8/03/08**

| Entry Number | Employee | Date | Description | Hours | Hourly Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 182 | MEJ | 7/21/2008 | Discussion with Jen re: Perfect Trade | 0.10 | $ 405.00 | $ 40.50 |
| 183 | MEJ | 7/21/2008 | Complete actual to forecasted comparison | 0.60 | $ 405.00 | $ 243.00 |
| 184 | MAK | 7/22/2008 | Begin cash flow scorecard | 1.70 | $ 245.00 | $ 416.50 |
| 185 | MAK | 7/22/2008 | Prepare cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 186 | MAK | 7/22/2008 | Continue cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 187 | MAK | 7/22/2008 | Revise cash flow scorecard | 0.60 | $ 245.00 | $ 147.00 |
| 188 | MAK | 7/22/2008 | Finalize cash flow scorecard | 0.70 | $ 245.00 | $ 171.50 |
| 189 | MAK | 7/22/2008 | Begin 13-week CF rollforward | 1.70 | $ 245.00 | $ 416.50 |
| 190 | MAK | 7/22/2008 | Prep 13-week CF rollforward | 1.90 | $ 245.00 | $ 465.50 |
| 191 | MEJ | 7/22/2008 | Prep for hearing | 1.40 | $ 405.00 | $ 567.00 |
| 192 | MEJ | 7/22/2008 | Pre-meeting at Cozen; Attend confirmation hearing | 12.00 | $ 405.00 | $ 4,860.00 |
| 193 | MAK | 7/23/2008 | Continue prep 13-week CF rollforward | 1.10 | $ 245.00 | $ 269.50 |
| 194 | MAK | 7/23/2008 | Revise 13-week CF | 1.30 | $ 245.00 | $ 318.50 |
| 195 | MAK | 7/23/2008 | Update weekly disbursement tracker | 0.40 | $ 245.00 | $ 98.00 |
| 196 | MAK | 7/23/2008 | Finalize 13-week CF rollforward | 1.30 | $ 245.00 | $ 318.50 |
| 197 | MEJ | 7/23/2008 | Review TN Filing | 0.10 | $ 405.00 | $ 40.50 |
| 198 | MEJ | 7/23/2008 | Discussion with CK re: flow of funds | 0.30 | $ 405.00 | $ 121.50 |
| 199 | MEJ | 7/23/2008 | Review confirmation order | 0.40 | $ 405.00 | $ 162.00 |
| 200 | MEJ | 7/24/2008 | Review scorecard | 1.30 | $ 405.00 | $ 526.50 |
| 201 | MEJ | 7/24/2008 | Review CF Rollforward | 2.40 | $ 405.00 | $ 972.00 |
| 202 | MEJ | 7/24/2008 | Update emergence funding spreadsheet | 0.30 | $ 405.00 | $ 121.50 |
| 203 | MEJ | 7/25/2008 | Update with HK re: status and preference items | 0.40 | $ 405.00 | $ 162.00 |
| 204 | MEJ | 7/28/2008 | emails with MF re: $30 million cap | 0.10 | $ 405.00 | $ 40.50 |
| 205 | MEJ | 7/28/2008 | Update with PS re: case status, 90 day payments | 0.30 | $ 405.00 | $ 121.50 |
| 206 | MEJ | 7/28/2008 | Review and update additional information re: Liquid Solutions' claims | 0.40 | $ 405.00 | $ 162.00 |
| 207 | MEJ | 7/28/2008 | Review various orders and filings | 0.30 | $ 405.00 | $ 121.50 |
| 208 | MEJ | 7/28/2008 | Discussion with MF re: case status, timing, funding | 0.80 | $ 405.00 | $ 324.00 |
| 209 | MEJ | 7/28/2008 | Update with HK re; case status | 0.10 | $ 405.00 | $ 40.50 |
| 210 | MEJ | 7/28/2008 | Discussion with CK re: emergence funding, timing, flow of funds | 0.30 | $ 405.00 | $ 121.50 |
| 211 | MEJ | 7/28/2008 | Follow-up email to MF et al re: same | 0.10 | $ 405.00 | $ 40.50 |
| 212 | MEJ | 7/29/2008 | Various emails re: Trustee meeting | 0.10 | $ 405.00 | $ 40.50 |
| 213 | MAK | 7/30/2008 | Begin cash flow scorecard | 1.10 | $ 245.00 | $ 269.50 |
| 214 | MAK | 7/30/2008 | Prepare cash flow scorecard | 1.30 | $ 245.00 | $ 318.50 |
| 215 | MAK | 7/30/2008 | Continue cash flow scorecard | 1.60 | $ 245.00 | $ 392.00 |
| 216 | MAK | 7/30/2008 | Revise cash flow scorecard | 0.70 | $ 245.00 | $ 171.50 |
| 217 | MAK | 7/30/2008 | Finalize cash flow scorecard | 0.30 | $ 245.00 | $ 73.50 |
| 218 | MAK | 7/30/2008 | Begin 13-week CF rollforward | 1.80 | $ 245.00 | $ 441.00 |
| 219 | MAK | 7/30/2008 | Continue prep 13-week CF rollforward | 1.10 | $ 245.00 | $ 269.50 |
| 220 | MEJ | 7/30/2008 | Discussion with PS re: Wells Fargo financing | 0.40 | $ 405.00 | $ 162.00 |
| 221 | MEJ | 7/31/2008 | Update with MF re: Effective Date, Closing items | 0.30 | $ 405.00 | $ 121.50 |
| 222 | MAK | 8/1/2008 | Finalize 13-week CF rollforward | 0.40 | $ 245.00 | $ 98.00 |
| 223 | MEJ | 8/1/2008 | Review scorecard | 1.20 | $ 405.00 | $ 486.00 |
| 224 | MEJ | 8/1/2008 | Review CF Rollforward | 2.20 | $ 405.00 | $ 891.00 |
| 225 | MEJ | 8/1/2008 | Update emergence funding spreadsheet | 0.30 | $ 405.00 | $ 121.50 |

Total - 5th Fee Application                                          186.90                    $ 60,286.50

**EXHIBIT "C"**

| SUMMARY OF DISBURSEMENTS | |
|---|---|
| **DISBURSEMENTS** | **AMOUNT** |
| Mileage (500 miles at $0.585 per mile) | 292.50 |
| Air and Rail | |
| Taxi | |
| Tolls | 28.00 |
| Parking | |
| Meals | 57.00 |
| Telephone | |
| Pacer | 405.28 |
| **DISBURSEMENT TOTAL** | $782.78 |