**EXHIBIT "A"**

| PROFESSIONAL | PRACTICE AREA | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Sandra A. Bloch | Corporate | 1979 | 11.60 | 550.00 | 6,380.00 |
| Mark E. Felger* | Bankruptcy | 1989 | 159.20 | 525.00 | 83,580.00 |
| Peter J. Fontaine | Environmental | 1990 | 51.80 | 430.00 | 22,274.00 |
| Jerrold N. Poslusny, Jr. | Bankruptcy | 1999 | 126.70 | 375.00 | 47,512.50 |
| Jennifer H. Unhoch | Litigation | 2001 | 43.90 | 275.00 | 12,072.50 |
| Jennifer S. Reynolds | Corporate | 2002 | 1.70 | 315.00 | 535.50 |
| Angelita Caldwell | Environmental | 2008 | 6.70 | 220.00 | 1,474.00 |
| Debbie Reyes, paralegal | Bankruptcy | n/a | 44.00 | 195.00 | 8,580.00 |
| Maryann Millis, paralegal | Bankruptcy | n/a | 7.70 | 185.00 | 1,424.50 |
| Keely M. Smith | Real Estate | n/a | 1.40 | 100.00 | 140.00 |
| TOTAL: | | | 454.70 | | $183,973.00 |

\* Mr. Felger was certified by the American Board of Certification in business bankruptcy in 2005.

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

August 7, 2008


SHAPES/ARCH HOLDINGS


RE:   SHAPES/ARCH HOLDINGS/BANKRUPTCY

OUR FILE NO.:  220718.000

```
          FEES FOR PROFESSIONAL SERVICES:    $183,973.00
          EXPENSES INCURRED:                   $3,899.48
   TOTAL AMOUNT OF INVOICE NO: 599838        $187,872.48
```

```
*-------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*   RATE    HOURS           FEES
S. A. BLOCH                     550.00    11.60         6380.00
M.E. FELGER                     525.00   159.20        83580.00
D. REYES                        195.00    44.00         8580.00
J.N. POSLUSNY, JR.              375.00   126.70        47512.50
P. FONTAINE                     430.00    51.80        22274.00
M. MILLIS                       185.00     7.70         1424.50
K.M. SMITH                      100.00     1.40          140.00
J.S. REYNOLDS                   315.00     1.70          535.50
JH UNHOCH                       275.00    43.90        12072.50
A. CALDWELL                     220.00     6.70         1474.00
                    TOTALS              454.70       183973.00
```

```
SPECIAL COPY                              299.96
FEDERAL EXPRESS                           744.42
FILING FEES                               300.00
MISCELLANEOUS                               2.00
LUNCHEON MEETING                           25.68
SECRETARIAL OVERTIME                      422.64
```


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                           Aug  7, 2008     PAGE    2
FILE NUMBER: 220718.000
INVOICE NO.: 599838

    COURIER SERVICE                              391.02
    DUPLICATING                                  651.40
    TRAVEL & MEALS SUBJECT TO I.R.S. LIMITATIONS ON    58.96
    LONG DISTANCE TELEPHONE                      202.88
    FAX CHARGES                                    5.00
    SPECIAL COPY                                 105.00
    ON LINE RESEARCH                             608.08
    TRAVEL RELATED EXPENSES                       82.44

          EXPENSES INCURRED          $3,899.48


          GRAND TOTAL                $187,872.48
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:        599838
File/Matter No:  220718.000
Amount Due:      187,872.48

Please remit check payable to COZEN O'CONNOR to:

            W1385
            Cozen O'Connor
            P.O. Box 7777
            Philadelphia, PA 19175-0775

Please send wire transfers to:

            Account Name:    Cozen O'Connor Executive Account
            Account No:      2953925
            Bank Name:       Mellon Bank
            Bank ABA No:     031000037
            Bank Address:    1735 Market Street
                     :       Philadelphia, PA 19103
            Swift Code*:     MELNUS3P
            * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

INVOICE NO.:  599838                    INVOICE DATE:  Aug  7, 2008

09273.0001.000 SHAPES/ARCH HOLDINGS
220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY

| DATE | ATTY | DESCRIPTION OF SERVICES | | HOURS | |
|------|------|-------------------------|------|-------|------|
| DATE | | DESCRIPTION  OF SERVICES | CODE | HOURS | |
| | | ASSET DISPOSTION | | | |
| 05/28/08 | SAB | REVIEW BRODSIDE CONFIDENTIALITY AGREEMENT | BKG102 | 0.20 | |
| 05/28/08 | SAB | REVIEW KPS CONFIDENTIALITY AGREEMENT AND MULTIPLE E-MAILS | BKG102 | 0.30 | |
| 05/28/08 | SAB | REVIEW AUDAX CONFIDENTIALITY AGREEMENT | BKG102 | 0.10 | |
| 05/28/08 | SAB | REVIEW GREY MOUNTAIN CONFIDENTIALITY AGREEMENT | BKG102 | 0.20 | |
| 07/30/08 | KMS | OBTAINED, COMPLETED AND SUBMITTED THE APPLICATIONS FOR CERTIFICATES OF OCCUPANCY AND ZONING COMPLIANCE LETTERS FOR 8600 RIVER ROAD, 9000 RIVER ROAD AND 1777 HYLTON ROAD. | BKG102 | 0.40 | |
| | | TOTAL ASSET DISPOSTION | | 1.20 | $480.00 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                Aug  7, 2008      PAGE   5
FILE NUMBER: 220718.000
INVOICE NO.: 599838

                     CASE ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| 07/01/08 | JNP | REVIEW/EDIT CRITICAL DATE MEMO DRAFTED BY D. REYES. | BKG104 | 0.20 |
| 07/01/08 | D R | UPDATE CRITICAL DATES MEMO. | BKG104 | 1.00 |
| 07/01/08 | JNP | TELEPHONE CALL WITH COURT RE: ADJUSTMENT TO CALENDAR. | BKG104 | 0.10 |
| 07/01/08 | MEF | DRAFT STIPULATED ORDER RE: ARROWOOD BALLOT/CLAIM | BKG104 | 0.70 |
| 07/01/08 | JNP | EMAIL TO E. GANC RE: STATUS OF PENDING MATTERS. | BKG104 | 0.20 |
| 07/02/08 | MEF | DRAFT AND REVISE OZBOLT AFFIDAVIT | BKG104 | 0.80 |
| 07/02/08 | MEF | REVIEW AND REVISE PLAN VOTING REPORT AND DECLARATION | BKG104 | 0.30 |
| 07/03/08 | D R | REVIEW/REVISE AGENDA. | BKG104 | 0.30 |
| 07/03/08 | D R | PREPARE AGENDA FOR JULY 8 HEARING. | BKG104 | 2.50 |
| 07/03/08 | JNP | MEETING WITH D. REYES RE: FILINGS. | BKG104 | 0.20 |
| 07/03/08 | AC | UPDATE REGARDING STATUS. | BKG104 | 0.30 |
| 07/03/08 | JNP | EDIT AGENDA FOR JULY 8 HEARING. | BKG104 | 0.40 |
| 07/07/08 | JNP | EDIT AMENDED AGENDA. | BKG104 | 0.20 |
| 07/07/08 | JNP | MEETING WITH D. REYES RE: REVISED AGENDA. | BKG104 | 0.20 |
| 07/07/08 | JNP | EMAIL EPIQ RE: DOCUMENT SERVICE. | BKG104 | 0.10 |
| 07/07/08 | JNP | TELEPHONE CALL WITH COURT RE: MATTERS ON CALENDAR. | BKG104 | 0.10 |

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008     PAGE   6
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/07/08 MEF    REVIEW AND REVISE AGENDA NOTICE        BKG104    0.20

07/07/08 MEF    MEMOS TO REYES AND POSLUSNY RE:        BKG104    0.30
                AGENDA AND HEARING ISSUES

07/07/08 JNP    CALL TO COURT RE: SCHEDULING ISSUES.   BKG104    0.20

07/07/08 D R    PREPARE AMENDED AGENDA FOR 7/08/08     BKG104    0.60
                HEARING AND EFILING/SERVICE OF SAME.

07/07/08 D R    CONFERENCE WITH J. POSLUSNY RE:        BKG104    0.20
                AGENDA ISSUES.

07/07/08 D R    REVIEW REPORT RE: HEARING.             BKG104    0.20

07/08/08 D R    FOLLOW UP WITH ISSUES ON EPIQ.         BKG104    0.30

07/08/08 JNP    TELEPHONE CALL WITH J. SHAPIRO RE:     BKG104    0.10
                CASE STATUS.

07/08/08 D R    PREPARATION OF 7/15 AGENDA NOTICE      BKG104    1.20
                AND CRITICAL DATES; REVIEW DOCKET
                RE: FILING OF RESPONSE/OBJECTIONS.

07/08/08 JNP    REVIEW/EDIT CRITICAL DATES MEMO.       BKG104    0.20

07/10/08 JNP    MEETING WITH D. REYES RE: AMENDED      BKG104    0.20
                AGENDA; OPERATION ISSUES.

07/10/08 D R    UPDATE AGENDA.                         BKG104    0.30

07/11/08 D R    PREPARE NOTICE OF AGENDA FOR 7/15      BKG104    0.80
                HEARING; EFILING AND SERVICE OF SAME.

07/11/08 D R    PREPARE AGENDA.                        BKG104    0.20

07/11/08 JNP    EMAIL M. FELGER RE: STATUS OF CASE     BKG104    0.20
                DEADLINES.
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE    7
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/14/08 JNP    MEETING WITH D. REYES RE: AMENDED        BKG104    0.20
                AGENDA.

07/14/08 JNP    TELEPHONE CALL TO COURT RE:              BKG104    0.10
                CONFIRMATION HEARING.

07/14/08 JNP    EDIT AMENDED AGENDA.                     BKG104    0.20

07/14/08 D R    PREPARATION OF AMENDED AGENDA.           BKG104    0.50

07/14/08 D R    PREPARE, EFILING AND SERVICE OF          BKG104    0.40
                AMENDED AGENDA.

07/15/08 SAB    TELEPHONE CALL WITH SGRABELL             BKG104    0.40
                REGARDING VARIOUS BUSINESS ISSUES

07/15/08 D R    PREPARE, EFILING AND SERVICE OF JULY     BKG104    0.50
                17 AGENDA.

07/15/08 JNP    REVIEW AGENDA FOR 7/17 HEARING           BKG104    0.20
                PREPARED BY D. REYES.

07/16/08 JNP    TELEPHONE CALL TO COURT RE:              BKG104    0.10
                SCHEDULING.

07/16/08 JNP    TELEPHONE CALL WITH COURT RE:            BKG104    0.20
                HEARING SCHEDULE.

07/17/08 MM     OBTAIN COPY OF COURT'S DOCKET.           BKG104    0.20

07/17/08 JNP    TELEPHONE CALL WITH COURT RE:            BKG104    0.10
                SCHEDULING.

07/17/08 D R    EFILING OF CERTIFICATE OF CONSENT        BKG104    0.30
                FOR PPG MOTION AND EMAILING OF
                CONSENT ORDER TO CHAMBERS.

07/18/08 D R    PREPARE AGENDA FOR 7/22 HEARING.         BKG104    0.30


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008      PAGE    8
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/18/08 D R    PREPARE/EFILING OF EPIQ AFFIDAVIT OF      BKG104    0.20
                SERVICE RE: TRANSFER OF CLAIMS.

07/18/08 SAB    E-MAILS REGARDING INSURANCE               BKG104    0.20

07/24/08 SAB    TELEPHONE CALL WITH SGRABELL              BKG104    0.40
                REGARDING BUSINESS OPERATIONS

07/24/08 JNP    MEETING WITH D. REYES RE: PENDING         BKG104    0.30
                MOTIONS.

07/24/08 JNP    TELEPHONE CALL WITH CHAMBERS RE:          BKG104    0.20
                PENDING MOTIONS.

07/24/08 JNP    EMAIL M. FELGER RE: STATUS OF             BKG104    0.10
                HEARINGS FOR 7/28.

07/24/08 JNP    EMAIL FROM M. FELGER RE: OPEN ITEMS.      BKG104    0.10

07/24/08 D R    PREPARE DOCUMENTS FOR JULY 28            BKG104    0.30
                HEARING.

07/24/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:         BKG104    0.20
                CASE STATUS.

07/24/08 D R    CONFERENCE WITH J. POSLUSNY RE:           BKG104    0.30
                CLAIMS OBJECTION/CONFIRMATION ISSUES.

07/25/08 MEF    MEMOS TO INSURERS RE: 7/28 HEARING        BKG104    0.20
                (2)

07/25/08 D R    TELEPHONE CALLS FROM CREDITORS (X3)       BKG104    0.30
                RE: STATUS OF CASE/CONFIRMATION.

07/25/08 MEF    MEMOS TO D. REYES RE: ORDER, HEARING      BKG104    0.20
                AND ADMINISTRATIVE ISSUES


*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008      PAGE   9
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/25/08 D R   PREPARE AND SUBMIT CONSENT ORDER RE:   BKG104   1.00
               JOINT DEFENSE GROUP TO CHAMBERS;
               PREPARE/EFILING OF CERTIFICATE OF
               CONSENT.

07/25/08 MEF   REVIEW EPA SETTLEMENT AGREEMENT AND     BKG104   0.80
               MEMO TO PARTIES RE: CLEAN UP

07/28/08 MEF   MEMOS TO FILE RE: ADMINISTRATIVE        BKG104   0.30
               MATTERS (5)

07/28/08 MEF   REVIEW MEMO RE: PREFERENCE ACTIONS      BKG104   0.20
               (2)

07/28/08 MEF   TELEPHONE CONFERENCE WITH P. LEWIS      BKG104   0.30
               RE: DISCRIMINATION CLAIM AND
               RETENTION ISSUE

07/29/08 MEF   MEMOS TO H. KONIKOV RE: PREFERENCE      BKG104   0.20
               CONFERENCE (3)

07/29/08 MEF   MEMOS TO K. MCKENNA RE:                 BKG104   0.20
               ENVIRONMENTAL SETTLEMENTS (3)

07/29/08 D R   RETRIEVE INFORMATION FOR K. MCKENNA     BKG104   0.20
               RE: PENNSAUKEN SETTLEMENT.

07/29/08 MEF   MEMOS TO COUNSEL RE: EPA SETTLEMENT     BKG104   0.30
               (5)

07/29/08 MEF   REVISE 9019 MOTION RE: EPA SETTLEMENT   BKG104   1.50

07/31/08 MEF   MEMOS TO FILE RE: 1099 FORMS            BKG104   0.30

07/31/08 MEF   MEMOS TO PARTIES RE: EPA SETTLEMENT     BKG104   0.20

07/31/08 MEF   NUMEROUS MEMOS RE: TAX APPEAL AND       BKG104   0.30
               RELATED ISSUES
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008      PAGE   10
FILE NUMBER: 220718.000
INVOICE NO.: 599838

         TOTAL CASE ADMINISTRATION                         25.30    $8531.00

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008     PAGE  11
FILE NUMBER: 220718.000
INVOICE NO.: 599838

        CLAIMS ADMINISTRATION AND OBJECTIONS

07/01/08 JNP    REVIEW C-E OBJECTION TO CONTRIBUTION    BKG105    0.20
                CLAIM MOTION.

07/01/08 JNP    REVIEW OBJECTION OF SL TO MOTION TO     BKG105    0.20
                EXPUNGE CLAIM.

07/01/08 JNP    READ/REPLY TO EMAIL FROM J. STRONG      BKG105    0.10
                RE: ZYMOTIC CLAIM.

07/01/08 MEF    TELEPHONE CONFERENCE WITH P. LEWIS      BKG105    0.20
                RE: DISCRIMINATION CLAIM

07/01/08 JNP    READ/REPLY TO EMAIL FROM J. WINTER      BKG105    0.10
                RE: SETTLEMENT OF PPG ADMINISTRATIVE
                CLAIM.

07/01/08 JNP    REVIEW METAL MANAGEMENT                 BKG105    0.10
                ADMINISTRATIVE CLAIM AND EMAIL J.
                JACOBY RE: SAME.

07/01/08 JNP    TELEPHONE CALL WITH P. SORENSEN RE:     BKG105    0.50
                PPG ADMINISTRATIVE CLAIM SETTLEMENT.

07/01/08 JHU    CONVERSATION WITH J. POSLUSNY RE:       BKG105    0.20
                SECTION 503(B)(9).

07/01/08 JHU    RESEARCHED SECTION 503(B)(9) RULE       BKG105    2.20
                FOR COUNTING OF 20 DAYS.

07/01/08 JHU    CONVERSATION WITH J. POSLUSNY RE:       BKG105    0.20
                OBJECTIONS TO RUSAL AND ALCOA
                ADMINISTRATIVE CLAIMS.

07/01/08 JNP    TELEPHONE CALLS WITH J. UNHOCH (X3)     BKG105    0.50
                RE: 503(B)(9) CLAIM OBJECTIONS.

07/01/08 JHU    REVIEWED RUSAL'S INVOICES, PROOF OF     BKG105    1.20
                CLAIM AND JP MORGAN WIRES.
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE  12
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/01/08 JHU    DRAFTED EMAIL TO J. POSLUSNY RE:         BKG105    0.40
                COUNTING OF 20 DAYS FOR SECTION
                503(B)(9) RULE.

07/02/08 MEF    REVIEW ADMINISTRATIVE CLAIM REGISTER     BKG105    0.30

07/02/08 JHU    CONVERSATION WITH J. POSLUSNY RE:        BKG105    0.20
                OBJECTIONS TO PERFECT TRADE AND
                MEDALCO ADMINISTRATIVE CLAIMS.

07/02/08 JHU    CONVERSATION WITH M. JACOBY RE:          BKG105    0.20
                ISSUES WITH RUSAL'S INVOICES AND
                WIRES.

07/02/08 JHU    RESEARCHED APPLICABLE AUTHORITY AND      BKG105    6.40
                BEGAN DRAFTING OBJECTION TO RUSAL
                AND ALCOA'S ADMINISTRATIVE CLAIMS

07/02/08 JHU    CONVERSATION WITH J. POSLUSNY RE:        BKG105    0.20
                ISSUES WITH RUSAL'S INVOICES AND
                WIRES.

07/02/08 JHU    DRAFTED EMAIL TO J. POSLUSNY AND M.      BKG105    0.30
                JACOBY RE: ISSUES WITH RUSAL'S
                INVOICES AND WIRES.

07/02/08 JHU    CONVERSATION WITH J. POSLUSNY RE:        BKG105    0.20
                MATCHING RUSAL'S INVOICES WITH WIRES.

07/02/08 JHU    EMAILS EXCHANGED WITH J. POSLUSNY        BKG105    0.20
                RE: CLAIMS OF ALCOA, PERFECT TRADE
                AND MEDALCO.

07/02/08 JNP    EMAIL FORM J. UNHOCH RE: RUSAL CLAIM     BKG105    0.10
                OBJECTION.

07/02/08 JNP    REVIEW EMAILS BETWEEN R. MUNIN AND       BKG105    0.20
                PERFECT TRADE RE:503(B)(9) CLAIM.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE   13
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/02/08 JNP    TELEPHONE CALL WITH M. JACOBY RE:      BKG105    0.10
                OBJECTION TO PERFECT TRADE 503(B)(9)
                CLAIM.

07/02/08 JNP    TELEPHONE CALL WITH J. UNHOCH RE:      BKG105    0.10
                MEDALCO AND PERFECT TRADE OBJECTION.

07/02/08 JNP    TELEPHONE CALL WITH J. UNHOCH RE:      BKG105    0.20
                RUSAL CLAIM OBJECTION.

07/03/08 JNP    REVIEW PSEG ADMINISTRATIVE CLAIM AND   BKG105    0.20
                EMAIL S. KLAR RE: SAME.

07/03/08 JHU    COMPLETED OBJECTION TO ALCOA'S         BKG105    1.40
                ADMINISTRATIVE CLAIM

07/03/08 JHU    REVIEWED MEDALCO'S ADMINISTRATIVE      BKG105    2.80
                PROOF OF CLAIM AND DRAFTED OBJECTION.

07/03/08 JHU    SEVERAL EMAILS EXCHANGED WITH J.       BKG105    0.20
                POSLUSNY RE: STATUS OF CLAIMS
                OBJECTIONS.

07/03/08 MEF    REVIEW AND RESPOND TO MEMO TO MCNEIL   BKG105    0.20
                RE: TEAMSTER CLAIMS

07/07/08 JNP    TELEPHONE CALL WITH J. UNHOCH RE:      BKG105    0.20
                RUSAL AND ALCOA OBJECTIONS TO CLAIMS.

07/07/08 JHU    COMPLETED DRAFTING RUSAL OBJECTION     BKG105    2.10
                AND FORWARDED TO J. POSLUSNY

07/07/08 JHU    EMAIL SENT TO M. JACOBY RE: PERFECT    BKG105    0.20
                TRADE OBJECTION.

07/07/08 JNP    REVIEW BIL - RAY RESPONSE TO CLAIM     BKG105    0.10
                OBJECTION.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE  14
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| 07/07/08 | JNP | TELEPHONE CALL WITH J. UNHOCH RE: PERFECT TRADE CLAIM OBJECTIONS. | BKG105 | 0.20 |
|---|---|---|---|---|
| 07/07/08 | JNP | TELEPHONE CALL WITH D. HIXSON RE: OBJECTION TO AIG DUPLICATION CLAIM. | BKG105 | 0.10 |
| 07/07/08 | JNP | REVIEW/EDIT OBJECTION TO RUSAL ADMINISTRATIVE CLAIM DRAFTED BY J. UNHOCH. | BKG105 | 1.00 |
| 07/07/08 | MEF | REVIEW AND REVISE OBJECTION TO RUSAL ADMINISTRATIVE CLAIM | BKG105 | 0.40 |
| 07/07/08 | JNP | RESEARCH RE: ISSUES FOR RUSAL AND ALCOA OBJECTIONS. | BKG105 | 0.30 |
| 07/07/08 | JHU | REVIEWED CRAFT DECISION AND RESTATEMENT SECTION 258 AND 259. | BKG105 | 0.60 |
| 07/07/08 | JHU | BEGAN DRAFTING PERFECT TRADE OBJECTION. | BKG105 | 2.00 |
| 07/07/08 | JNP | TELEPHONE CALL WITH J. UNHOCH RE: RUSAL AND PERFECT TRADE OBJECTIONS. | BKG105 | 0.20 |
| 07/07/08 | JHU | FORWARDED ALCOA OBJECTION AND MEDALCO OBJECTION TO J. POSLUSNY | BKG105 | 0.20 |
| 07/07/08 | JHU | REVIEWED EMAIL AND SPREADSHEET FROM M. JACOBY RE: RUSAL INVOICES AND WIRES. | BKG105 | 0.30 |
| 07/07/08 | JHU | CONVERSATION WITH J. POSLUSNY RE: CRAFT DECISION. | BKG105 | 0.20 |
| 07/07/08 | JHU | EMAILS EXCHANGED WITH MARK FELGER RE: FILING OF 503(B)(9) OBJECTIONS. | BKG105 | 0.20 |


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  15
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/08/08 JNP    TELEPHONE CALL WITH J. UNHOCH RE:      BKG105    0.30
                PERFECT TRADE OBJECTIONS.

07/08/08 MEF    REVISE CLAIM OBJECTION                 BKG105    0.30

07/08/08 MEF    MEMOS TO M. JACOBY RE: CLAIM ISSUES    BKG105    0.30
                (3)

07/08/08 JNP    REVIEW REVISED RUSAL OBJECTION TO      BKG105    0.20
                ADMINISTRATIVE CLAIM FROM M. FELGER.

07/08/08 JHU    CONVERSATION WITH J. POSLUSNY RE:      BKG105    0.20
                PARTIAL RECLASSIFICATION

07/08/08 JHU    REVIEWED REVISIONS TO RUSAL OBJECTION  BKG105    0.30

07/08/08 JHU    EMAILS EXCHANGED WITH M. JACOBY RE:    BKG105    0.30
                GGS AND CENTURY RELATIONSHIP

07/08/08 JHU    REVISED ALCOA OBJECTION.               BKG105    0.80

07/09/08 D R    PREPARE/EFILING OF CERTIFICATE OF NO   BKG105    0.30
                OBJECTION TO TEAMSTERS CLAIMS
                MOTION; EMAILING OF ORDER TO
                CHAMBERS.

07/09/08 D R    RESPOND TO SEVERAL CREDITOR QUERIES    BKG105    0.30
                RE: NOTICE OF CLAIMS DEADLINE.

07/09/08 JNP    TELEPHONE CALL WITH J. DREW RE:        BKG105    0.20
                GLENCORE CLAIM OBJECTION.

07/09/08 JNP    EDIT ALCON STIPULATION; EMAIL D.       BKG105    0.10
                HIXSON RE: SAME.

07/10/08 JNP    EMAIL E. GANC RE: GLENCORE CLAIM       BKG105    0.10
                OBJECTION.
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                         Aug  7, 2008     PAGE  16
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/10/08 JNP   REVIEW GRABELL AND SORENSEN CLAIMS;   BKG105   0.20
               READ/REPLY TO EMAIL FROM M. JACOBY
               RE: SAME.

07/10/08 JHU   CONVERSATION WITH J. POSLUSNY RE:     BKG105   0.30
               REVISIONS MADE TO ALCOA AND MEDALCO.

07/10/08 JHU   EMAILS EXCHANGED WITH J. POSLUSNY     BKG105   0.20
               RE: DATE OF CONFIRMATION HEARING

07/10/08 JHU   REVISED MEDALCO OBJECTION.            BKG105   2.50

07/11/08 JHU   EMAILS EXCHANGED WITH J. POSLUSNY     BKG105   0.20
               RE: STATUS OF OBJECTIONS.

07/11/08 JHU   COMPLETED DRAFTING THE PERFECT TRADE  BKG105   4.20
               OBJECTION TO INCLUDE GGS AND CENTURY
               RELATIONSHIP

07/11/08 JHU   CONVERSATION WITH J. POSLUSNY RE:     BKG105   0.20
               PERFECT TRADE OBJECTION

07/11/08 JNP   EDIT OBJECTION TO ALCOA 503(B)(9)     BKG105   0.20
               CLAIM.

07/11/08 JNP   TELEPHONE CALL WITH J. UNHOCH RE:     BKG105   0.20
               PERFECT TRADE OBJECTION.

07/14/08 JNP   EDIT OBJECTION TO MEDALCO 503(B)(9)   BKG105   0.20
               CLAIM DRAFTED BY J. UNHOCH.

07/14/08 JNP   EMAIL J. WINTER RE: PPG SETTLEMENT.   BKG105   0.10

07/14/08 JNP   EMAIL FROM L. ZACK AND TO P.          BKG105   0.10
               SORENSEN RE: PECO OUTSTANDING
               CHARGES.

07/14/08 JNP   EDIT OBJECTION TO PERFECT TRADE       BKG105   0.20
               503(B)(9) CLAIM DRAFTED BY J. UNHOCH.




*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE  17
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/14/08 D R    RESPOND TO TELEPHONE CALL FROM        BKG105    0.20
                CREDITOR RECE9IVING NOTICE RE;
                CLAIMS.

07/15/08 JNP    TELEPHONE CALL WITH J. GIBBONS RE:    BKG105    0.20
                MOTION TO EXPUNGE UNDER 502(E)(1)(B).

07/15/08 JNP    REVIEW NJDEP CLAIM AND EMAIL M.       BKG105    0.20
                FELGER AND P. FONTAINE RE: SAME.

07/15/08 JNP    REVIEW OFFICE BASICS CLAIMS, EMAIL    BKG105    0.30
                TO AND TELEPHONE CALL WITH A. HENRY
                RE: SAME.

07/15/08 JNP    EMAIL E. GANC RE: GLENCORE CLAIM      BKG105    0.10
                OBJECTION.

07/15/08 JNP    READ/REPLY TO EMAILS FROM J. DREW     BKG105    0.10
                RE: GLENCORE CLAIM OBJECTION.

07/16/08 JHU    EXCHANGED EMAILS WITH J. POSLUSNY     BKG105    0.20
                RE: STATUS OF CONFIRMATION HEARING
                AND OBJECTIONS TO CLAIMS.

07/16/08 D R    PREPARE CERTIFICATE OF CONSENT RE:    BKG105    0.30
                PPG MOTION.

07/17/08 MEF    MEMOS TO CLIENT RE: WORKERS'          BKG105    0.20
                COMPENSATION ISSUES (2)

07/17/08 JHU    EMAILS EXCHANGED WITH J. POSLUSNY     BKG105    0.20
                RE: PERFECT TRADE OBJECTION.

07/17/08 MEF    TELEPHONE CONFERENCE WITH BRODY AND   BKG105    0.20
                PARTIES RE: WORKERS' COMPENSATION
                ISSUES

07/17/08 MEF    REVIEW MEMOS RE: PENNSYLVANIA TAX     BKG105    0.10
                CLAIM
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008      PAGE   18
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| | | | | |
|---|---|---|---|---|
| 07/18/08 MEF | CONFERENCE CALL WITH HIG, AON AND CLIENT RE:  INSURANCE/WORKERS COMPENSATION ISSUES | BKG105 | 0.60 |
| 07/18/08 JHU | DRAFTED ARGUMENT SECTION TO PERFECT TRADE OBJECTION AND MADE REVISIONS. | BKG105 | 1.80 |
| 07/18/08 JHU | REVIEWED M. FELGER'S REVISIONS TO PERFECT TRADE OBJECTION. | BKG105 | 0.30 |
| 07/18/08 D R | FOLLOW UP WITH ISSUES ON CLAIMS OBJECTIONS. | BKG105 | 0.20 |
| 07/18/08 JHU | EMAILS EXCHANGED WITH J. POSLUSNY RE: PERFECT TRADE OBJECTION. | BKG105 | 0.20 |
| 07/18/08 JHU | REVIEWED CASE LAW RE: SHIPPING TERMS | BKG105 | 1.60 |
| 07/19/08 JNP | READ/REPLY TO EMAIL FROM J. UNHOCH RE: PERFECT TRADE CLAIM OBJECTION. | BKG105 | 0.10 |
| 07/20/08 JNP | REVIEW MEDALCO CLAIM OBJECTION; EMAIL J. UNHOCH RE: SAME. | BKG105 | 0.20 |
| 07/21/08 JHU | EMAIL TO AND CALL PLACED TO M. JACOBY RE: SHIPPING TERMS. | BKG105 | 0.20 |
| 07/21/08 JHU | CONVERSATION WITH M. JACOBY RE: SHIPPING TERMS. | BKG105 | 0.20 |
| 07/21/08 JHU | PREPARED SPREADSHEET FOR MEDALCO CLAIM, EXHIBIT LIST AND RECEIVING REPORT. | BKG105 | 0.80 |
| 07/21/08 JNP | MEETING WITH D. REYES RE: RUSAL AND ALCOA. | BKG105 | 0.20 |
| 07/21/08 JNP | REVIEW ORDER ON PPG MOTION; EMAIL J. WINTER RE: SAME. | BKG105 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  19
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| 07/21/08 JNP | TELEPHONE CALL WITH J. UNHOCH RE: MEDALCO & PERFECT TRADE CLAIM OBJECTIONS. | BKG105 | 0.20 |
|---|---|---|---|
| 07/21/08 JNP | EDIT ALCOA AND RUSAL CLAIM OBJECTIONS. | BKG105 | 0.30 |
| 07/21/08 D R | FOLLOW UP RE: ISSUES ON CLAIMS OBJECTIONS. | BKG105 | 0.20 |
| 07/21/08 D R | CONTINUE PREPARATION OF NOTICE OF MOTIONS AND ORDERS FOR FOUR MOTIONS OBJECTING TO CLAIMS. | BKG105 | 1.80 |
| 07/21/08 D R | PREPARE/EFILING OF OBJECTIONS TO CLAIMS OF RUSAL AND ALCOA AND COORDINATE SERVICE OF SAME. | BKG105 | 1.30 |
| 07/21/08 D R | PREPARE NOTICE/ORDER ON CLAIMS OBJECTIONS. | BKG105 | 0.20 |
| 07/21/08 JNP | REVIEW TENNESSEE DEPARTMENT OF REVENUE RESPONSE TO CLAIM OBJECTION. | BKG105 | 0.10 |
| 07/21/08 JHU | EMAILS EXCHANGED WITH J. POSLUSNY RE: EXHIBITS TO MEDALCO OBJECTION. | BKG105 | 0.20 |
| 07/21/08 JHU | CONVERSATION WITH J. POSLUSNY RE: SHIPPING TERMS. | BKG105 | 0.20 |
| 07/21/08 JHU | EMAILS EXCHANGED WITH J. POSLUSNY RE: EXHIBITS TO PERFECT TRADE OBJECTION | BKG105 | 0.20 |
| 07/21/08 JHU | PREPARED SPREADSHEET FOR PERFECT TRADE CLAIM, EXHIBIT LIST AND CARGO FORWARDING RECEIPTS. | BKG105 | 0.50 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008     PAGE  20
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/22/08 | JNP | REVIEW CASE LAW FOR 502(E)(1)(B) OBJECTION. | BKG105 | 0.70 |
| 07/22/08 | D R | COORDINATE SERVICE OF OBJECTION TO RUSAL/ALCOA CLAIMS VIA EMAIL AND REGULAR MAIL; PREPARE LETTER TO ALCOA AND RUSAL SERVING SAME. | BKG105 | 0.60 |
| 07/22/08 | JHU | CONVERSATION WITH R. MUNIN RE: SHIPPING PRACTICES. | BKG105 | 0.30 |
| 07/22/08 | JHU | EMAIL MESSAGES SENT AND CALL PLACED TO R. MUNIN. | BKG105 | 0.20 |
| 07/23/08 | JNP | TELEPHONE CALL WITH J. UNHOCH (X2) RE: PERFECT TRADE CLAIM OBJECTION. | BKG105 | 0.40 |
| 07/23/08 | JNP | LETTER FROM K. KLEPPINGER RE: AMERICAN EXPRESS ADMINISTRATIVE CLAIMS. | BKG105 | 0.10 |
| 07/23/08 | MEF | REVIEW OBJECTIONS TO TEAMSTERS CLAIM | BKG105 | 0.20 |
| 07/23/08 | JNP | EMAIL G. HANKEL RE: TENNESSEE TAX CLAIM. | BKG105 | 0.10 |
| 07/23/08 | JHU | REVIEWED SHIPPING CASE LAW RE: BAILMENT RELATIONSHIPS AND CONSTRUCTIVE POSSESSION. | BKG105 | 3.30 |
| 07/23/08 | MEF | MEMOS TO CLIENT RE: POOL CLAIM | BKG105 | 0.30 |
| 07/23/08 | JNP | LETTER AND ATTACHMENTS FROM R. MCNEILL RE: PENSION PLAN CLAIM; EMAIL WITH M. FELGER RE: SAME. | BKG105 | 0.20 |
| 07/23/08 | D R | CONFERENCE WITH J. POSLUSNY RE: CLAIMS OBJECTIONS. | BKG105 | 0.20 |


*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008    PAGE   21
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/23/08 JHU    REVIEWED CARGO FORWARDING RECEIPTS     BKG105    0.30
                FROM EVERGREEN LINES FOR ALL ULTRA
                SHIPMENTS

07/23/08 JHU    EMAILS EXCHANGED WITH M. FELGER RE:    BKG105    0.20
                PT SHIPMENTS TO ULTRA AND FOB TERMS.

07/23/08 JHU    SEVERAL CONVERSATIONS WITH J.          BKG105    0.30
                POSLUSNY RE: PT OBJECTION AND
                RECLAMATION CLAIMS.

07/24/08 MEF    MEMO TO G. CHACON RE: WITHDRAWAL OF    BKG105    0.10
                CLAIM

07/24/08 JNP    EMAIL FROM J. UNHOCH RE: PERFECT       BKG105    0.10
                TRADE OBJECTION.

07/24/08 MEF    MEMO TO CLIENT RE: AMEX ISSUE          BKG105    0.10

07/24/08 D R    PREPARE ORDER ON OMNIBUS OBJECTION     BKG105    1.20
                TO CLAIMS.

07/24/08 JHU    DRAFTED ANALYSIS OF CASE LAW.          BKG105    0.50

07/24/08 JNP    REVIEW ORDER FOR DUPLICATE CLAIMS.     BKG105    0.10

07/24/08 D R    PREPARE AMENDED NOTICES FOR ALOCAL     BKG105    0.50
                AND RUSAL CLAIMS OBJECTIONS AND
                SERVICE OF SAME.

07/24/08 JHU    EMAILS EXCHANGED WITH M. FELGER AND    BKG105    0.20
                J. POSLUSNY RE: RESULTS OF RESEARCH

07/25/08 D R    TELEPHONE CALL FROM CREDITOR RE:       BKG105    0.20
                ISSUES RE: ADMINISTRATIVE CLAIM
                FILING.

07/25/08 D R    PREPARE/EFILING OF CERTIFICATE OF      BKG105    0.60
                SERVICE FOR CLAIMS OBJECTIONS.
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE   22
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/25/08 MEF    REVIEW LIQUIDATY SOLUTIONS CLAIMS     BKG105    0.30
                AND MEMO TO CLIENT RE: SAME

07/28/08 JNP    EMAIL FROM J. UNHOCH RE: PERFECT      BKG105    0.10
                TRADE AND MEDALCO CLAIMS.

07/28/08 JHU    DOWNLOADED ALL FILED OBJECTIONS AND   BKG105    0.20
                EXHIBITS.

07/28/08 JHU    EMAILS EXCHANGED WITH M. FELGER RE:   BKG105    0.20
                PT CLAIM.

07/28/08 D R    FOLLOW UP RE: WITHDRAWAL OF CLAIM BY  BKG105    0.20
                NJ.

07/28/08 JHU    EMAILS TO J. POSLUSNY RE: PERFECT     BKG105    0.10
                TRADE STATUS.

07/28/08 MEF    REVIEW SCHEDULE RE: CLAIM ISSUES      BKG105    0.20

07/28/08 MEF    MEMOS TO CLIENT RE: CLAIM ISSUES (3)  BKG105    0.30

07/28/08 D R    PREPARE/SUBMIT ORDER TO CHAMBERS RE:  BKG105    0.50
                DUPLICATE CLAIMS.

07/29/08 D R    REVIEW CLAIM REGISTER OF CLAIMS       BKG105    1.20
                FILED WITH COURT AND COMPARE WITH
                EPIQ TO INSURE LISTING; EMAIL TO
                EPIQ WITH VARIOUS CLAIMS AND
                WITHDRAWALS OF CLAIMS.

07/29/08 JHU    EXCHANGED EMAILS WITH M. FELGER RE:   BKG105    0.20
                PERFECT TRADE OBJECTION

07/31/08 MEF    TELEPHONE CONFERENCE WITH O. KLEIN    BKG105    0.20
                RE: UNPAID REAL ESTATE TAXES

        TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS          69.10   $20397.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  23
FILE NUMBER: 220718.000
INVOICE NO.: 599838

              FEE/EMPLOYMENT APPLICATIONS

07/01/08 JNP    EMAIL J. WINTER RE: PPG              BKG107    0.10
                ADMINISTRATIVE CLAIM MOTION.

07/01/08 JNP    TELEPHONE CALL TO J. WINTER RE:      BKG107    0.10
                RESPONSE TO PPG ADMINISTRATIVE CLAIM
                MOTION.

07/03/08 D R    PREPARE EFILING OF CERTIFICATE OF NO BKG107    0.40
                OBJECTION TO COZEN O'CONNOR AND
                PHOENIX FEE STATEMENTS.

07/06/08 JNP    DRAFT 2ND SUPPLEMENTAL FOR CO        BKG107    0.40
                RETENTION.

07/08/08 JNP    EDIT 2ND SUPPLEMENTAL AFFIDAVIT FOR  BKG107    0.20
                COZEN O'CONNOR RETENTION.

07/08/08 D R    FOLLOW UP WITH FEES FOR ORDINARY     BKG107    0.30
                COURSE PROFESSIONALS.

07/09/08 JNP    REVIEW POTENTIAL CENTURY CONFLICT    BKG107    0.20
                ISSUE.

07/09/08 JNP    READ/REPLY TO EMAIL FROM J. WINTER   BKG107    0.10
                RE: PPG ADMINISTRATIVE CLAIM MOTION.

07/09/08 MEF    REVIEW COMMITTEE FEE APPLICATIONS    BKG107    0.50
                AND MEMO TO CLIENT RE: SAME

07/09/08 MEF    REVISE SECOND SUPPLEMENTAL AFFIDAVIT BKG107    0.30

07/09/08 MEF    MEMO TO J. KULBACK RE: RETENTION     BKG107    0.20
                ISSUE

07/09/08 MEF    REVIEW AND REVISE PHOENIX FEE        BKG107    0.20
                APPLICATION

07/09/08 MEF    REVISE JUNE FEE STATEMENT            BKG107    0.40

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA·19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                               Aug  7, 2008    PAGE  24
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| | | | | |
|---|---|---|---|---|
| 07/10/08 MEF | MEMOS TO POSLUSNY RE: FEE STATEMENT | BKG107 | 0.20 |
| 07/10/08 D R | PREPARATION OF COZEN O'CONNOR JUNE 2008 FEE STATEMENT. | BKG107 | 1.50 |
| 07/10/08 D R | REVIEW OF EPIQ INVOICES. | BKG107 | 0.60 |
| 07/10/08 D R | FOLLOW UP ON FEE STATEMENT ISSUES. | BKG107 | 0.30 |
| 07/10/08 JNP | TELEPHONE CALL WITH K. MCKENNA RE: MONTHLY FEE STATEMENT. | BKG107 | 0.10 |
| 07/10/08 JNP | EDIT 6/08 MONTHLY FEE REQUEST. | BKG107 | 0.20 |
| 07/10/08 JNP | EDIT PPG ADMINISTRATIVE CLAIM ORDER; EMAIL J. WINTER RE: SAME. | BKG107 | 0.30 |
| 07/11/08 JNP | REVIEW PHOENIX FEE STATEMENT; EMAIL M. JACOBY WITH COMMENTS. | BKG107 | 0.20 |
| 07/11/08 D R | PREPARE/EFILNG AND SERVICE OF JUNE FEE STATEMENT FOR COZEN O'CONNOR AND PHOENIX. | BKG107 | 0.80 |
| 07/14/08 D R | PREPARE/EFILING OF SECOND SUPPLEMENTAL AFFIDAVIT OF COZEN RETENTION. | BKG107 | 0.20 |
| 07/15/08 MEF | MEMOS TO PROFESSIONALS RE: FEE ESCROW | BKG107 | 0.20 |
| 07/18/08 D R | PREPARE/EFILING OF AFFIDAVIT/QUESTIONNAIRE OF OCB PROFESSIONAL-BALLARD SPAHR. | BKG107 | 0.20 |
| 07/22/08 D R | COORDINATE SERVICE OF AFFIDAVIT/QUESTIONNAIRE AND INVOICES OF ORDINARY COURSE PROFESSIONAL (BALLARD SPAHR; UPDATE LISTING OF OCB PROFESSIONAL INFORMATION. | BKG107 | 0.40 |

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                            Aug  7, 2008     PAGE   25
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/25/08 MEF    TELEPHONE CONFERENCE WITH K. MCKENNA    BKG107    0.30
                RE: FEE APPLICATION AND SETTLEMENT
                AGREEMENT

07/25/08 D R    TELEPHONE CALL FROM K. MCKENNA RE:      BKG107    0.20
                RETENTION ISSUES.

07/25/08 MEF    REVIEW MCKENNA CERTIFICATION AND        BKG107    0.30
                MEMO RE: SAME

07/29/08 MEF    REVIEW MCKENNA CERTIFICATION            BKG107    0.20

07/29/08 D R    TELEPHONE CALL FROM K. MCKENNA RE:      BKG107    0.20
                ORDINARY COURSE RETENTION.

07/30/08 D R    PREPARE/EFILING OF                      BKG107    0.30
                AFFIDAVIT/QUESTIONNAIRE FOR
                RETENTION OF K. MCKENNA; COORDINATE
                SERVICE OF AFFIDAVIT AND INVOICES.

07/30/08 D R    FOLLOW UP WITH K. MCKENNA RE:           BKG107    0.20
                ORDINARY COURSE RETENTION.

07/30/08 MEF    MEMOS TO PROFESSIONALS RE: ESCROW       BKG107    0.20
                ISSUES (5)

07/30/08 MEF    MEMOS TO COMMITTEE RE: EXPENSE          BKG107    0.20
                REIMBURSEMENT

         TOTAL FEE/EMPLOYMENT APPLICATIONS                       10.70   $3484.50

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008      PAGE   26
FILE NUMBER: 220718.000
INVOICE NO.: 599838

              FINANCING

05/09/08 SAB    UCC ISSUES; CONFERENCE WITH JSCHERER    BKG109    0.10

07/16/08 MEF    REVIEW DIP AGREEMENTS RE: DEADLINES     BKG109    0.30

07/16/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY     BKG109    0.30
                RE: FINANCING ISSUES RELATING TO
                EXTENSION

07/24/08 SAB    E-MAILS REGARDING CIT EXTENSION         BKG109    0.30

07/24/08 MEF    MEMO TO CIT AND ARCH RE: EXTENSION      BKG109    0.20
                OF CIT FINANCING (2)

07/24/08 SAB    REVIEW SHAPES EXTENSION REQUEST         BKG109    0.10
                LETTER

07/24/08 JSR    DRAFT LETTER TO CIT REQUESTING          BKG109    0.50
                EXTENSION OF TIME UNDER THE LOAN
                AGREEMENT AND DISTRIBUTING SAME

07/25/08 MEF    REVIEW EXTENSION LETTERS RE: CIT        BKG109    0.20

07/25/08 SAB    E-MAILS REGARDING CIT EXTENSION         BKG109    0.10

07/25/08 JSR    EMAILS TO AND FROM C. ROSENBLEETH AT    BKG109    0.20
                STRADLEY RE: EXTENSION.

07/25/08 SAB    CONFERENCE WITH JSCHERER REGARDING      BKG109    0.10
                CIT EXTENSION

07/28/08 JSR    DISTRIBUTION OF LETTER FOR SIGNATURE    BKG109    0.20
                AND INSTRUCTION TO CLIENT

07/28/08 JSR    RECEIPT AND REVIEW OF CIT               BKG109    0.20
                ACKNOWLEDGEMENT TO EXTENSION

07/28/08 MEF    REVIEW LETTER RE: CIT EXTENSION         BKG109    0.10
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  27
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| Date | | Description | Code | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 07/29/08 | JSR | FOLLOW UP WITH P. SORENSEN REGARDING EXECUTION OF CIT EXTENSION LETTER | BKG109 | 0.10 | |
| 07/29/08 | MEF | REVIEW CIT EXTENSION LETTER | BKG109 | 0.10 | |
| 07/29/08 | SAB | E-MAILS REGARDING CIT EXTENSION | BKG109 | 0.20 | |
| 07/29/08 | JSR | DISTRIBUTION OF SAME TO STRADLEY AND CIT | BKG109 | 0.10 | |
| 07/30/08 | MEF | CONFERENCE CALL WITH BRODY AND SCHARMETT RE: CLOSING AND L/C ISSUES | BKG109 | 0.40 | |
| 07/31/08 | JSR | EMAILS TO AND FROM LENDERS REGARDING EXTENSION OF MATURITY DATE UNTIL AUGUST 8. 2008 | BKG109 | 0.40 | |
| | TOTAL FINANCING | | | 4.20 | $1870.50 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008     PAGE  28
FILE NUMBER: 220718.000
INVOICE NO.: 599838

         PLAN AND DISCLOSURE STATEMENT

05/09/08 SAB   REVIEW PLAN                            BKG113    0.70

07/01/08 JNP   DRAFT S. GARABELL CERTIFICATION FOR    BKG113    0.60
               CONFIRMATION.

07/01/08 JNP   CONFERENCE CALL WITH INSURERS RE:      BKG113    0.80
               POTENTIAL SETTLEMENTS WITH EPA AND
               PENNSAUKEN.

07/01/08 JNP   TELEPHONE CALL WITH EPA, S. BEZARK     BKG113    0.80
               AND K. MCKENNA RE: SETTLEMENT OF EPA
               CLAIM.

07/01/08 JNP   TELEPHONE CALL WITH K. MCKENNA RE:     BKG113    0.20
               PREPARE FOR EPA CALL.

07/01/08 JNP   TELEPHONE CALL WITH S. BEZARK RE:      BKG113    0.10
               PREPARE FOR EPA CALL.

07/01/08 JNP   CONFERENCE CALL WITH M. FELGER, M.     BKG113    2.40
               JACOBY, S. GRABELL, P. SORENSEN RE:
               CONFIRMATION ISSUES.

07/01/08 MEF   OUTLINE MODIFICATION TO PLAN           BKG113    0.40

07/01/08 MEF   TELEPHONE CONFERENCE WITH J. FLYNN     BKG113    0.20
               RE: ARROWOOD CLAIM

07/01/08 MEF   REVIEW COMMENTS FROM VARIOUS PARTIES   BKG113    0.50
               TO PLAN

07/01/08 JNP   REVIEW OBJECTIONS TO CONFIRMATION.     BKG113    0.60

07/01/08 MEF   MEMOS TO H. COHEN RE: PPL CURE         BKG113    0.30
               ISSUES (4)

07/01/08 JNP   TELEPHONE CALL WITH K., MCKENNA RE:    BKG113    0.40
               ENVIRONMENTAL ISSUES FOR PLAN.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE   29
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| 07/01/08 | MEF | CONFERENCE CALL WITH SHAPES TEAM AND INSURERS RE: STATUS OF NEGOTIATIONS WITH EPA, DEP AND PENNSAUKEN PLAINTIFF | BKG113 | 0.80 |
|---|---|---|---|---|
| 07/01/08 | MEF | MEMO TO G. CHACON RE: NEW JERSEY PLAN OBJECTION STATUS | BKG113 | 0.20 |
| 07/01/08 | MEF | CONFERENCE CALL WITH K. MCKENNA, T. GARVEY, J. GAREMORE AND J. CARNEY RE: POSSIBLE SETTLEMENT OF PENNSAUKEN LITIGATION | BKG113 | 0.50 |
| 07/01/08 | MEF | CONFERENCE CALL WITH BRODY, BEZARK AND POSLUSNY RE: PLAN ISSUES/STRATEGY | BKG113 | 0.50 |
| 07/01/08 | MEF | CONFERENCE CALL WITH BRODY AND POLLACK RE: SL INDUSTRIES PLAN ISSUES | BKG113 | 0.30 |
| 07/01/08 | MEF | REVIEW PLAN VOTING SUMMARY AND MEMOS TO EPIQ AND POSLUSNY RE: SAME (3) | BKG113 | 0.50 |
| 07/01/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: PLAN ISSUES. | BKG113 | 0.70 |
| 07/01/08 | MEF | TELEPHONE CONFERENCE WITH B. LENNON RE: ARGONAUT ISSUES | BKG113 | 0.20 |
| 07/01/08 | MEF | TELEPHONE CONFERENCES WITH POSLUSNY (4) RE: PLAN ISSUES AND PREPARATION | BKG113 | 0.70 |
| 07/01/08 | MEF | REVISE PLAN/AFFIDAVIT | BKG113 | 0.50 |
| 07/01/08 | MEF | MEMOS TO GAREMORE RE: EXTENSION OF DEADLINE | BKG113 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008    PAGE  30
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/01/08 MEF    CONFERENCE CALL WITH GRABELL,        BKG113    2.30
                SORENSEN, JACOBY AND POSLUSNY RE:
                PREPARATION FOR 7/8 CONFIRMATION
                HEARING

07/01/08 JNP    EMAIL FROM D. FRANKEL RE: PROPOSED    BKG113    0.10
                DISCHARGE INJUNCTION LANGUAGE.

07/01/08 MEF    MEMOS TO COMMITTEE RE: PLAN ISSUES    BKG113    0.30
                (3)

07/01/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:    BKG113    0.60
                ENVIRONMENTAL ISSUES.

07/01/08 D R    PREPARE CHART OUTLINING OBJECTIONS    BKG113    1.30
                TO CONFIRMATION.

07/01/08 JNP    TELEPHONE CALL WITH M. FELGER RE:     BKG113    0.40
                PLAN ISSUES.

07/02/08 MEF    REVIEW OBJECTIONS TO SCHEDULE 8.1 OF  BKG113    0.20
                PLAN

07/02/08 MEF    MEMOS TO COMMITTEE RE: PLAN ISSUES    BKG113    0.30
                (3)

07/02/08 MEF    MEMOS TO CLIENT AND HIG RE: PLAN      BKG113    0.30
                MODIFICATION

07/02/08 MEF    DRAFT AND REVISE VICTOR AFFIDAVIT     BKG113    0.80

07/02/08 MEF    TELEPHONE CONFERENCE WITH S. VICTOR   BKG113    0.30
                RE: COMMENTS TO AFFIDAVIT

07/02/08 MEF    MEMOS TO J. FLYNN RE: CLAIM           BKG113    0.20
                WITHDRAWAL

07/02/08 MEF    MEMO TO BRODY RE: AFFIDAVIT           BKG113    0.20


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE  31
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/02/08 MEF    DRAFT AND REVISE PLAN MODIFICATION      BKG113   1.50

07/02/08 MEF    DRAFT AND REVIEW STIPULATED ORDER       BKG113   0.50
                RE: ARROWOOD

07/02/08 MEF    MEMO TO STATE OF NEW JERSEY RE: PLAN    BKG113   0.20
                OBJECTION ISSUES

07/02/08 MEF    REVIEW OBJECTION TO CONFIRMATION        BKG113   0.40

07/02/08 MEF    TELEPHONE CONFERENCE WITH J.            BKG113   0.30
                GAREMORE RE: BALLOT AND PLAN
                OBJECTION DEADLINE

07/02/08 MEF    TELEPHONE CONFERENCES WITH J.           BKG113   0.60
                POSLUSNY RE: PLAN ISSUES/STRATEGY
                AND STATUS OF SETTLEMENT DISCUSSIONS
                (3)

07/02/08 MEF    TELEPHONE CONFERENCE WITH COUNSEL       BKG113   0.30
                FOR CCMUA RE: OBJECTION TO PLAN
                CONFIRMATION

07/02/08 MEF    REVIEW EMERGENCE FUNDING SPREADSHEET    BKG113   0.40
                AND MEMOS TO JACOBY RE: SAME (4)

07/02/08 MEF    CONFERENCE CALL WITH FONTAINE,          BKG113   0.40
                GRABELL AND BLOCH RE: ISRA STATUS

07/02/08 MEF    MEMOS TO CLIENT RE: 7/8 HEARING         BKG113   0.30
                ISSUES AND PREPARATION (3)

07/02/08 MEF    REVIEW LAW RE: 1127 OF 3019 ISSUES      BKG113   0.50

07/02/08 MEF    MEMOS TO EPIQ RE: EXTENSION OF          BKG113   0.30
                BALLOT DEADLINE (3)

07/02/08 MEF    REVIEW DOCUMENTS AND PLEADINGS RE:      BKG113   0.50
                PLAN MODIFICATION
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008    PAGE  32
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/02/08 MEF    REVIEW AND REVISE GRABELL AFFIDAVIT    BKG113    0.30
                FOR CONFIRMATION

07/02/08 MEF    REVIEW AND PROVIDE COMMENTS TO ISRA    BKG113    0.30
                CERTIFICATION

07/02/08 JNP    CONFERENCE CALL WITH EPA RE:           BKG113    0.60
                SETTLEMENT OF PLAN ISSUES.

07/02/08 JNP    EMAILS FROM M. FELGER AND P.           BKG113    0.10
                FONTAINE RE: ISRA ISSUES.

07/02/08 JNP    TELEPHONE CALL WITH K. MCKENNA.        BKG113    0.50

07/02/08 JNP    READ/REPLY TO EMAIL FROM D. FRANKEL.   BKG113    0.10

07/02/08 JNP    CONFERENCE WITH INSURERS RE:           BKG113    0.40
                ENVIRONMENTAL ISSUES.

07/02/08 JNP    REVIEW DRAFT MODIFICATION TO PLAN.     BKG113    0.30

07/02/08 JNP    DRAFT CERTIFICATIONS OF S. GRABELL     BKG113    4.80
                AND M. JACOBY FOR CONFIRMATION.

07/02/08 JNP    REVIEW REVISED BALLOT CERTIFICATE      BKG113    0.20
                FROM EPIQ.

07/02/08 JNP    REVIEW S. VICTOR CERTIFICATION FOR     BKG113    0.20
                CONFIRMATION.

07/02/08 JNP    REVIEW NATIONWIDE OBJECTION TO         BKG113    0.20
                CONTRACT ASSUMPTION.

07/02/08 JNP    REVIEW FUNDING ESTIMATES FROM M.       BKG113    0.10
                JACOBY.

07/02/08 JNP    CONFERENCE CALL PART OF CALL WITH P.   BKG113    0.30
                FONTAINE, S. BLOCK AND S. GRABELL
                RE: ISRA ISSUES.
```

*Fees and costs are due upon receipt of bill*



COZEN
O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  33
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/02/08 JNP   REVIEW REVISED VOTING REPORT FROM      BKG113   0.10
               EPIQ.

07/02/08 JNP   CONFERENCE CALL WITH P. FONTAINE AND   BKG113   0.50
               S. BEZARK RE: ISRA ISSUES.

07/02/08 JNP   CONFERENCE CALL WITH P. FONTAINE, S.   BKG113   0.70
               BEZARK AND DEP RE: ISRA ISSUES.

07/02/08 JNP   TELEPHONE CALL WITH M. FELGER RE:      BKG113   1.00
               PLAN ISSUES.

07/02/08 JNP   REVIEW EPIQ CERTIFICATE OF BALLOTING.  BKG113   0.20

07/02/08 JNP   EMAIL EPIQ RE: COMMENTS TO BALLOT      BKG113   0.10
               CERTIFICATE.

07/03/08 JNP   REVIEW EDITS TO S. GRABELL             BKG113   0.20
               CERTIFICATION FOR CONFIRMATION.

07/03/08 JNP   CONFERENCE CALL WITH HIG RE: PLAN      BKG113   0.60
               ISSUES.

07/03/08 JNP   REVIEW/EDIT REVISED AGENDA FOR JULY    BKG113   0.20
               8 HEARING.

07/03/08 JNP   TELEPHONE CALL WITH M. FELGER RE:      BKG113   0.30
               PLAN ISSUES.

07/03/08 JNP   EMAIL FROM P. FONTAINE RE: ISRA        BKG113   0.10
               ISSUES.

07/03/08 JNP   TELEPHONE CALL WITH M. FLEGER RE:      BKG113   0.20
               MODIFIED SCHEDULE 8.1.

07/03/08 JNP   DRAFT MODIFIED NOTICE OF SCHEDULE      BKG113   0.30
               8.1.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008     PAGE  34
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/03/08 JNP    TELEPHONE CALL WITH M. FELGER RE:      BKG113    0.50
                PLAN ISSUES.

07/03/08 JNP    TELEPHONE CALL WITH M. FELGER AND      BKG113    0.20
                CHAMBERS RE: SCHEDULING.

07/03/08 JNP    TELEPHONE CALL WITH M. CHENEY RE:      BKG113    0.30
                PLAN ISSUES WITH INSURERS.

07/03/08 D R    PREPARE/EFILING AND SERVICE OF         BKG113    0.80
                DECLARATIONS OF EPIQ AND J. SCOTT
                VICTOR AND STIPULATED ORDER.

07/03/08 JNP    DRAFT GRABELL CERTIFICATION FOR        BKG113    0.70
                CONFIRMATION.

07/03/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG113    0.20
                ENVIRONMENTAL ISSUES.

07/03/08 JNP    CONFERENCE CALL WITH K. MCKENNA, S.    BKG113    0.70
                BEZARK AND EPA RE: SETTLEMENT OF
                ENVIRONMENTAL ISSUES.

07/03/08 JNP    EDIT ARROWOOD ORDER.                   BKG113    0.30

07/03/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG113    0.30
                JDG STAY MOTION ISSUES.

07/03/08 JNP    DRAFT JACOBY CERTIFICATION FOR         BKG113    1.20
                CONFIRMATION.

07/03/08 MM     ASSIST WITH PREPARATION FOR            BKG113    2.00
                CONFIRMATION HEARING.

07/03/08 D R    FILING AND SERVICE VIA OVERNIGHT AND   BKG113    0.70
                EMAIL OF REVISED SCHEDULE 8.1 TO
                PLAN.
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008      PAGE  35
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/03/08 D R    CONFERENCE WITH J. POSLUSNY RE:        BKG113    0.20
                RESPONSE TO JOINT DEFENSE GROUP
                MOTION AND FILING OF SCHEDULE 8.1.

07/03/08 D R    RETRIEVE INFORMATION FOR J. POSLUSNY   BKG113    0.20
                RE: DECLARATIONS FOR EPIQ.

07/03/08 D R    RETRIEVE INFORMATION FOR J. POSLUSNY   BKG113    0.90
                RE: OBJECTIONS TO CONFIRMATION AND
                TO SCHEDULE 8.1.

07/03/08 MEF    TELEPHONE CONFERENCE WITH H. COHEN     BKG113    0.20
                RE: CONFIRMATION ISSUES

07/03/08 MEF    MEMOS TO GAREMORE RE: EXTENSION (2)    BKG113    0.30

07/03/08 MEF    MEMOS TO G. CHACON RE: STATUS OF       BKG113    0.20
                STATE OF NEW JERSEY PLAN OBJECTION

07/03/08 D R    CONFERENCE WITH J. POSLUSNY AND M.     BKG113    0.30
                FELGER RE: PLAN ISSUES.

07/03/08 D R    CONFERENCE WITH J. POSLUSNY RE: PLAN   BKG113    0.20
                ISSUES.

07/03/08 MEF    TELEPHONE CONFERENCE WITH J.           BKG113    0.60
                POSLUSNY RE: NUMEROUS PLAN
                ISSUES/STRATEGY (3)

07/03/08 MEF    CONFERENCE CALL WITH BEZARK,           BKG113    0.80
                FONTAINE, MCKENNA, ET AL RE: PLAN
                STRATEGY AND ENVIRONMENTAL ISSUES

07/03/08 MEF    MEMOS TO P. PATTERSON RE:              BKG113    0.20
                CONFIRMATION HEARING ISSUES (2)

07/03/08 MEF    CONFERENCE CALL WITH HALPERN,          BKG113    0.60
                LIEBERMAN AND KATZ RE: CONFIRMATION
                ISSUES
```

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008     PAGE  36
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 07/03/08 | MEF | TELEPHONE CONFERENCE WITH M. JACOBY (2) RE: EMERGENCE FUNDING ANALYSIS | BKG113 | 0.30 |
| 07/03/08 | MEF | MEMOS TO J. FLYNN RE: STIPULATED ORDER (3) | BKG113 | 0.20 |
| 07/03/08 | MEF | REVIEW EMERGENCE FUNDING SPREADSHEET | BKG113 | 0.30 |
| 07/03/08 | MEF | CONFERENCE CALL WITH BEZARK AND BRODY RE: PLAN STRATEGY ISSUES | BKG113 | 0.50 |
| 07/03/08 | MEF | REVISE AND FILE NOTICE OF MODIFICATION TO SCHEDULE 8.1 | BKG113 | 0.30 |
| 07/03/08 | MEF | REVIEW NUMEROUS OBJECTIONS TO SECTION 502 (E) MOTION | BKG113 | 0.40 |
| 07/03/08 | MEF | MEMOS TO SHAPES TEAM RE: PLAN AFFIDAVITS (3) | BKG113 | 0.20 |
| 07/03/08 | MEF | REVIEW AND REVISE AGENDA NOTICE | BKG113 | 0.30 |
| 07/03/08 | MEF | REVISE PLAN MODIFICATION AND FORWARD TO COMMITTEE | BKG113 | 0.40 |
| 07/03/08 | MEF | REVIEW AND FILE EPIQ DECLARATION | BKG113 | 0.20 |
| 07/03/08 | MEF | REVISE AND FILE VICTOR DECLARATION | BKG113 | 0.20 |
| 07/03/08 | MEF | REVISE GRABELL DECLARATION | BKG113 | 0.40 |
| 07/03/08 | SAB | REVIEW GRABELL PLAN AFFIDAVIT | BKG113 | 0.40 |
| 07/06/08 | SAB | REVIEW AND COMMENT ON SGRABELL CERTIFICATE | BKG113 | 0.50 |
| 07/06/08 | SAB | REVIEW MJACOBY CERTIFICATE | BKG113 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  37
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/06/08 MEF     MEMOS TO CLIENT RE: AFFIDAVITS AND      BKG113     0.20
                 PLAN ISSUES

07/06/08 MEF     TELEPHONE CONFERENCE WITH K. MCKENNA    BKG113     0.30
                 RE: SETTLEMENT STATUS AND HEARING
                 ADJOURNMENT

07/06/08 MEF     MEMOS TO BRODY RE: PLAN ISSUES (3)      BKG113     0.30

07/06/08 JNP     RESEARCH RE: ISSUES FOR CONFIRMATION.   BKG113     1.30

07/06/08 MEF     REVIEW CASE LAW RE: PLAN AND 502 (E)    BKG113     1.00
                 OBJECTIONS

07/06/08 MM      ASSIST WITH PREPARATION FOR            BKG113      5.50
                 CONFIRMATION HEARING.

07/06/08 JNP     MEETING WITH M. FELGER RE:              BKG113     6.60
                 CONFIRMATION ISSUES.

07/06/08 JNP     DRAFT JACOBY CERTIFICATION FOR          BKG113     0.50
                 CONFIRMATION.

07/06/08 MEF     REVIEW 8.1 SCHEDULE OBJECTIONS AND      BKG113     0.50
                 CONFIRMATION OBJECTIONS

07/06/08 MEF     REVIEW AND REVISE PLAN MODIFICATION     BKG113     1.30

07/06/08 MEF     REVISE JACOBY AFFIDAVIT                 BKG113     0.50

07/06/08 MEF     REVISE GRABELL AFFIDAVIT                BKG113     0.30

07/06/08 MEF     MEETING WITH POSLUSNY RE: PLAN          BKG113     1.00
                 CONFIRMATION ISSUES AND STRATEGY

07/06/08 MEF     MEMOS TO P. SORENSEN RE: 8.1            BKG113     0.20
                 SCHEDULE OBJECTIONS


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE  38
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 07/06/08 | MEF | MEMOS TO JACOBY RE EMERGENCE FUNDING AND AFFIDAVIT | BKG113 | 0.20 |
| 07/07/08 | MEF | REVIEW LAW RE: RETIREE BENEFITS | BKG113 | 0.30 |
| 07/07/08 | MEF | MEMO TO P. LEWIS RE: RETIREE BENEFITS | BKG113 | 0.10 |
| 07/07/08 | MEF | REVISE GRABELL AND JACOBY DECLARATIONS | BKG113 | 1.00 |
| 07/07/08 | MEF | MEMOS TO G. CHACON RE: OBJECTION TO CONFIRMATION (3) | BKG113 | 0.20 |
| 07/07/08 | MEF | MEMO TO H. COHEN RE: ADJOURNMENT | BKG113 | 0.20 |
| 07/07/08 | JNP | TELEPHONE CALL WITH EPA RE: SETTLEMENT. | BKG113 | 0.30 |
| 07/07/08 | MEF | MEMOS TO GAREMORE RE: EXTENSION (3) | BKG113 | 0.30 |
| 07/07/08 | MEF | MEMOS TO PARTIES RE: ADJOURNMENT OF CONFIRMATION HEARING | BKG113 | 0.40 |
| 07/07/08 | MEF | MEMO TO R. POLLACK RE: ADJOURNMENT | BKG113 | 0.10 |
| 07/07/08 | MEF | CONFERENCE CALL WITH BRODY, BEZARK, MCKENNA, POSLUSNY AND GRABELL RE: CONFIRMATION HEARING ADJOURNMENT AND SETTLEMENT OF ENVIRONMENTAL CLAIMS | BKG113 | 0.70 |
| 07/07/08 | MEF | TELEPHONE CONFERENCE WITH J. GAREMORE RE: HEARING AND EXTENSION FOR OBJECTIONS | BKG113 | 0.20 |
| 07/07/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE CONFIRMATION HEARING | BKG113 | 0.20 |
| 07/07/08 | JNP | TELEPHONE CALL WITH D. FRANKEL RE: EPA PLAN ISSUES. | BKG113 | 0.40 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug 7, 2008      PAGE   39
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/07/08 | MEF | REVIEW DEP CONSENT ORDER | BKG113 | 0.30 |
| 07/07/08 | JNP | DRAFT MOTION TO APPROVE SETTLEMENTS WITH EPA, DEP AND PENNSAUKEN. | BKG113 | 0.90 |
| 07/07/08 | JNP | EMAIL M. FELGER RE: STATUS OF EPA AND PENNSAUKEN SETTLEMENTS. | BKG113 | 0.10 |
| 07/07/08 | MEF | REVIEW AND REVISE DRAFT CONFIRMATION ORDER | BKG113 | 1.20 |
| 07/07/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: ENVIRONMENTAL ISSUES IN PLAN. | BKG113 | 0.20 |
| 07/07/08 | MEF | CONFERENCE CALL WITH GRABELL AND JACOBY RE: CONFIRMATION AFFIDAVITS | BKG113 | 0.80 |
| 07/07/08 | MEF | TELEPHONE CONFERENCE WITH PLAN OBJECTOR RE OBJECTION TO SCHEDULE 8.1 | BKG113 | 0.20 |
| 07/07/08 | MEF | MEMO TO COMMITTEE RE: HEARING AND EXTENSION (3) | BKG113 | 0.20 |
| 07/07/08 | JNP | TELEPHONE CALL WITH EPA RE: SETTLEMENT OF EPA PLAN ISSUES. | BKG113 | 0.40 |
| 07/07/08 | JNP | CONFERENCE CALL WITH HIG RE: PLAN ISSUES. | BKG113 | 0.60 |
| 07/07/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: EPA SETTLEMENT OF PLAN ISSUES. | BKG113 | 0.20 |
| 07/07/08 | JNP | EMAIL M. FELGER RE: STATUS OF NEGOTIATIONS WITH EPA. | BKG113 | 0.10 |
| 07/07/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: ENVIRONMENTAL ISSUES FOR PLAN. | BKG113 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug 7, 2008      PAGE  40
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/07/08 MEF    TELEPHONE CONFERENCE WITH P.          BKG113    0.20
                FONTAINE RE: DEP SETTLEMENT

07/07/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:    BKG113    0.20
                UPDATE ON EPA AND PENNSAUKEN
                NEGOTIATIONS.

07/07/08 JNP    EMAIL FROM/TO M. CHENEY RE:           BKG113    0.20
                INSURERS' PLAN ISSUES.

07/08/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:    BKG113    0.10
                EPA SETTLEMENT.

07/08/08 JNP    EMAIL FROM M. CHENEY RE: SETTLEMENT   BKG113    0.20
                WITH INSURERS.

07/08/08 MEF    CONFERENCE CALL WITH BEZARK AND       BKG113    0.30
                BRODY RE: PENNSAUKEN SETTLEMENT

07/08/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:    BKG113    0.30
                ENVIRONMENTAL SETTLEMENTS FOR PLAN.

07/08/08 MEF    REVIEW AND REVISE PLAN MODIFICATION   BKG113    1.00

07/08/08 MEF    MEMOS TO COMMITTEE RE: PLAN STATUS    BKG113    0.30
                (3)

07/08/08 JNP    DRAFT MOTION TO APPROVE               BKG113    1.90
                ENVIRONMENTAL SETTLEMENTS.

07/08/08 MEF    REVIEW AND REVISE GRABELL DECLARATION BKG113    0.30

07/08/08 MEF    REVIEW AND REVISE DRAFT CONFIRMATION  BKG113    0.50
                ORDER

07/08/08 JNP    EMAIL AND TELEPHONE CALL D. FRANKEL   BKG113    0.10
                RE: SETTLEMENT WITH EPA.


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008      PAGE  41
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| 07/08/08 JNP | CONFERENCE CALL WITH M. FELGER, P. FONTAINE, S. BEZARK, A. BRODY AND K. MCKENNA RE: ENVIRONMENTAL ISSUES FOR CONFIRMATION. | BKG113 | 0.70 |
| 07/08/08 JNP | CONFERENCE CALL WITH M. FELGER, S. GRABELL, S. BEZARK AND K. MCKENNA RE: PENNSAUKEN SETTLEMENT LETTER. | BKG113 | 0.60 |
| 07/08/08 JNP | REVIEW PROPOSED PENNSAUKEN SETTLEMENT. | BKG113 | 0.40 |
| 07/08/08 MEF | MEMOS TO K. MCKENNA RE: PENNSAUKEN ISSUE (4) | BKG113 | 0.40 |
| 07/08/08 MEF | MEMO TO G. CHACON RE: WITHDRAWAL OF PLAN OBJECTION | BKG113 | 0.20 |
| 07/08/08 MEF | MEMOS TO J. POSLUSNY AND D. REYES RE: PLAN CONFIRMATION AND HEARING ISSUES (10) | BKG113 | 0.80 |
| 07/08/08 MEF | REVIEW EPA AND INSURERS COMMENTS TO PLAN | BKG113 | 0.50 |
| 07/08/08 MEF | CONFERENCE CALL WITH BEZARK, BRODY, FONTAINE, GRABELL, MCKENNA RE: UPDATE ON NEGOTIATIONS WITH EPA, DEP AND PENNSAUKEN PLAINTIFF | BKG113 | 0.70 |
| 07/08/08 MEF | CONFERENCE CALL WITH BEZARK, BRODY, GRABELL AND MCKENNA RE: JDG MOTION AND OFFER TO PENNSAUKEN PLAINTIFF | BKG113 | 0.60 |
| 07/08/08 MEF | MEMOS TO J. GAREMORE RE: EXTENSION (2) | BKG113 | 0.20 |
| 07/08/08 MEF | TELEPHONE CONFERENCE WITH J. GAREMORE RE: EXTENSION OF DEADLINE | BKG113 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008    PAGE  42
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/08/08 MEF    MEMOS TO BRODY RE: PLAN DECLARATIONS    BKG113    0.30
                (3)

07/08/08 D R    FOLLOWING UP RE: VOTING MATERIALS       BKG113    0.30
                SERVICE.

07/08/08 MEF    TELEPHONE CONFERENCE WITH GRABELL       BKG113    0.30
                AND WILLIAMS RE: GED ISSUES

07/08/08 MEF    REVIEW AND REVISE SETTLEMENT LETTER     BKG113    0.30
                TO CARNEY

07/08/08 MEF    TELEPHONE CONFERENCE WITH S. GRABELL    BKG113    0.20
                RE: ENVIRONMENTAL SETTLEMENT ISSUES

07/08/08 D R    PREPARE/EFILING OF THREE AFFIDAVITS     BKG113    0.50
                OF SERVICE FROM EPIQ RE:
                SOLICITATION PACKAGES.

07/09/08 JNP    TELEPHONE CALL WITH M. CHENEY RE:       BKG113    0.30
                SETTLEMENT WITH INSURERS.

07/09/08 JNP    RESEARCH/DRAFT MOTION TO APPROVE        BKG113    2.10
                ENVIRONMENTAL LITIGATION.

07/09/08 JNP    REVIEW REVISED MODIFICATION TO PLAN.    BKG113    0.50

07/09/08 JNP    TELEPHONE CALL WITH M. FELGER RE:       BKG113    0.60
                PLAN CONFIRMATION ISSUES.

07/09/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:      BKG113    0.20
                PENNSAUKEN SETTLEMENT.

07/09/08 JNP    REVIEW DRAFT SETTLEMENT LETTER TO       BKG113    0.20
                PENNSAUKEN.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  43
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/09/08 JNP    CONFERENCE CALL WITH M. FELGER, S.      BKG113   0.70
                GRABELL, G. HARRIS, S. BEZARK, A.
                BRODY AND K. MCKENNA RE:
                ENVIRONMENTAL ISSUES IN PLAN.

07/09/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:      BKG113   0.20
                PENNSAUKEN SETTLEMENT.

07/09/08 MEF    TELEPHONE CONFERENCE WITH A. SIEGEL     BKG113   0.20
                RE: NATIONAL CITY OBJECTION

07/09/08 MEF    MEMOS TO COMMITTEE RE: PLAN             BKG113   0.30
                STATUS/ISSUES (4)

07/09/08 MEF    MEMOS TO J. GAREMORE RE: EXTENSION      BKG113   0.30
                OF DEADLINES (2)

07/09/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY     BKG113   0.30
                RE PLAN ISSUES

07/09/08 MEF    MEMO TO GRABELL AND JACOBY RE: PLAN     BKG113   0.10
                DECLARATIONS (2)

07/09/08 MEF    MEMOS TO PARTIES RE: PLAN               BKG113   0.50
                MODIFICATIONS (5)

07/09/08 MEF    TELEPHONE CONFERENCE WITH R. POLLACK    BKG113   0.40
                RE CONFIRMATION ISSUES

07/09/08 MEF    REVISE PLAN MODIFICATION                BKG113   0.60

07/09/08 MEF    MEMOS TO P. FONTAINE RE: DEP            BKG113   0.20
                SETTLEMENT (3)

07/09/08 MEF    TELEPHONE CONFERENCE WITH J. GIBBONS    BKG113   0.40
                RE: OBJECTION AND SETTLEMENT ISSUES

07/09/08 MEF    TELEPHONE CONFERENCE WITH G. HARRIS     BKG113   0.30
                RE: COVERAGE ISSUES


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                       Aug  7, 2008    PAGE  44
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/09/08 MEF   CONFERENCE WITH FONTAINE, MCKENNA,    BKG113    0.80
               BEZARK, BRODY, GRABELL, HARRIS RE:
               PENNSAUKEN SETTLEMENT ISSUES

07/09/08 MEF   TELEPHONE CONFERENCE WITH K. MCKENNA  BKG113    0.30
               AND H. COHEN RE: EPA SETTLEMENT
               ISSUES

07/09/08 MEF   TELEPHONE CONFERENCES WITH J.         BKG113    0.40
               POSLUSNY RE: PLAN MODIFICATION AND
               9019 MOTION (2)

07/09/08 MEF   MEMOS TO PARTIES RE: CONFIRMATION     BKG113    0.20
               HEARING

07/09/08 MEF   TELEPHONE CONFERENCES WITH S.         BKG113    0.30
               GRABELL RE: CASE STATUS (2)

07/09/08 MEF   MEMOS TO PARTIES RE: PENNSAUKEN       BKG113    0.30
               SETTLEMENT LETTER

07/09/08 MEF   MEMO TO G. CHACON RE: PLAN OBJECTION  BKG113    0.10

07/09/08 MEF   REVISE CONFIRMATION ORDER             BKG113    0.40

07/10/08 MEF   REVIEW COMMENTS FROM SL RE: PLAN      BKG113    0.20
               MODIFICATION

07/10/08 MEF   MEMO TO J. GAREMORE RE: EXTENSION     BKG113    0.20

07/10/08 MEF   REVIEW REVISED SPREADSHEET FOR        BKG113    0.20
               JACOBY DECLARATION

07/10/08 MEF   CONFERENCE CALL WITH BEZARK, BRODY,   BKG113    1.20
               MCKENNA, POSLUSNY AND GRABELL RE:
               SETTLEMENT STATUS AND CONFIRMATION
               ISSUES (2)
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008    PAGE  45
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/10/08 MEF    TELEPHONE CONFERENCE WITH J.        BKG113   0.40
                GAREMORE RE: SETTLEMENT STATUS

07/10/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:  BKG113   0.20
                EPA SETTLEMENT.

07/10/08 JNP    CONFERENCE CALL WITH M. FELGER; D.  BKG113   1.40
                BRODY, S. BEZARK AND K. MCKENNA RE:
                ENVIRONMENTAL ISSUES IN PLAN; PLAN
                MODIFICATION.

07/10/08 JNP    TELEPHONE CALL WITH D. FRANKEL RE:  BKG113   0.20
                SETTLEMENT WITH EPA.

07/11/08 JNP    TELEPHONE CALL WITH S. GRABELL RE:  BKG113   0.40
                ISSUES WITH NAT CITY AND NATIONWIDE.

07/11/08 JNP    TELEPHONE CALL WITH M. FELGER RE:   BKG113   0.20
                PLAN MODIFICATION.

07/11/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:  BKG113   0.20
                PENNSAUKEN SETTLEMENT.

07/11/08 JNP    TELEPHONE CALL WITH S. GRABELL RE:  BKG113   0.10
                NAT CITY CONTRACT ASSUMPTION.

07/11/08 JNP    EDIT PLAN MODIFICATION; EMAILS TO D. BKG113  0.30
                FRANKEL, M. CHENEY AND J. GIBBONS
                RE: SAME.

07/11/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:  BKG113   0.20
                EPA SETTLEMENT.

07/11/08 JNP    TELEPHONE CALL FROM D. FRANKEL RE:  BKG113   0.10
                EPA SETTLEMENT ISSUES.

07/11/08 JNP    CONFERENCE CALL WITH M. FELGER, S.  BKG113   1.00
                BEZARK, A. BRODY AND K. MCKENNA RE:
                PLAN ISSUES.
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008    PAGE  46
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/11/08 | JNP | REVIEW NAT CITY OBJECTION TO CURE AMOUNT. | BKG113 | 0.20 |
| 07/11/08 | JNP | EMAIL FROM P. FONTAINE RE: ISRA EXEMPTION. | BKG113 | 0.10 |
| 07/11/08 | JNP | TELEPHONE CALL WITH D. FRANKEL RE: SETTLEMENT WITH EPA. | BKG113 | 0.10 |
| 07/11/08 | MEF | REVIEW AND REVISE PLAN MODIFICATION | BKG113 | 0.20 |
| 07/11/08 | MEF | MEMO TO INSURERS RE: COMMENTS TO DEP SETTLEMENT | BKG113 | 0.20 |
| 07/11/08 | MEF | MEMO TO J. GAREMORE RE: EXTENSION OF DEADLINE | BKG113 | 0.20 |
| 07/11/08 | MEF | MEMOS TO COMMITTEE RE: PREPARATION FOR CONFIRMATION HEARING | BKG113 | 0.20 |
| 07/11/08 | MEF | NUMEROUS MEMOS TO SHAPES TEAM RE: SETTLEMENT ISSUES AND 7/15 HEARING (10) | BKG113 | 0.40 |
| 07/11/08 | MEF | CONFERENCE CALL WITH BEZARK, BRODY, POSLUSNY, GRABELL AND MCKENNA RE: EPA, DEP AND PENNSAUKEN SETTLEMENT AND PLAN ISSUES | BKG113 | 1.00 |
| 07/11/08 | MEF | TELEPHONE CONFERENCE WITH A. BRODY RE: HIG AND VERSA ISSUES | BKG113 | 0.30 |
| 07/11/08 | MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE: PLAN MODIFICATION | BKG113 | 0.30 |
| 07/12/08 | MEF | MEMO TO J. POSLUSNY RE: CONFIRMATION ORDER REVISIONS (2) | BKG113 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008    PAGE  47
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/12/08 MEF   STATUS /STRATEGY MEMOS TO SHAPES      BKG113   1.00
               TEAM AND HIG RE: STATUS AND STRATEGY
               RE: 7/15 HEARING (3)

07/12/08 MEF   REVIEW AND REVISE CONFIRMATION ORDER  BKG113   0.30

07/12/08 MEF   MEMOS TO CLIENT RE: HIG              BKG113   0.30
               COMPLAINT/VERSA (4)

07/12/08 MEF   MEMOS TO PARTIES RE: PLAN ISSUES (3)  BKG113   0.20

07/13/08 MEF   MEMO TO PATTERSON RE: POSSIBLE       BKG113   0.20
               ADJOURNMENT OF HEARING (2)

07/13/08 MEF   REVIEW 502(E) MOTION AND             BKG113   0.50
               CONFIRMATION ISSUES FOR HEARING

07/13/08 MEF   MEMOS TO POSLUSNY RE: CONFIRMATION   BKG113   0.30
               ISSUES (5)

07/13/08 MEF   REVIEW AND REVISE 9019 MOTION RE:    BKG113   1.80
               PENNSAUKEN SETTLEMENT

07/13/08 MEF   REVIEW CONSENT ORDER WITH DEP AND    BKG113   0.30
               DRAFT MEMO RE: SAME

07/13/08 MEF   MEMOS TO BRODY, HALPERN ET AL RE:    BKG113   0.20
               HEARING AND CONFERENCE CALL

07/13/08 JNP   REVIEW COMBUSTION ENGINEERING        BKG113   0.20
               RESPONSE TO LIBERTY MUTUAL PLAN
               OBJECTION.

07/13/08 JNP   EMAILS FROM M. FELGER RE: STATUS OF  BKG113   0.20
               SETTLEMENTS AND CONFIRMATION ISSUES.

07/13/08 JNP   EMAILS FROM M. FELGER AND S. BEZARK  BKG113   0.10
               RE: EPA SETTLEMENT.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE  48
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/13/08  JNP     EMAIL FROM R. POLLACK RE: COMMENTS       BKG113    0.10
                  TO INSURERS' PROPOSED PLAN LANGUAGE.

07/13/08  JNP     REVIEW COMMITTEE COMMENTS TO             BKG113    0.40
                  CONFIRMATION ORDER AND A. BRODY'S
                  COUNTER-COMMENTS.

07/14/08  JNP     EDIT CONFIRMATION ORDER PER COMMENTS     BKG113    1.20
                  FROM M. FELGER, A. BRODY AND D.
                  LIEBERMAN.

07/14/08  JNP     REVIEW SL'S RESPONSE TO LIBERTY          BKG113    0.10
                  MUTUAL'S OBJECTION TO CONFIRMATION.

07/14/08  JNP     TELEPHONE CALL WITH K. MCKENNA (X2)      BKG113    0.30
                  RE: CONFIRMATION ISSUES.

07/14/08  JNP     TELEPHONE CALL WITH M. FELGER RE:        BKG113    0.10
                  PLAN ISSUES.

07/14/08  JNP     CONFERENCE CALL WITH HIG AND             BKG113    0.90
                  COMMITTEE RE: PLAN ISSUES.

07/14/08  JNP     TELEPHONE CALL WITH D. FRANKEL RE:       BKG113    0.30
                  EPA COMMENTS TO MODIFICATION.

07/14/08  JNP     REVIEW D. FRANKEL'S COMMENTS TO          BKG113    0.20
                  MODIFICATION.

07/14/08  JNP     EMAIL M. FELGER RE: EPA ISSUES WITH      BKG113    0.10
                  MODIFICATION.

07/14/08  JNP     TELEPHONE CALL WITH K. MCKENNA RE:       BKG113    0.40
                  ENVIRONMENTAL SETTLEMENTS.

07/14/08  JNP     EMAIL S. GRABELL RE: NATIONWIDE CURE     BKG113    0.10
                  DEMAND.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug 7, 2008      PAGE  49
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/14/08 JNP   TELEPHONE CALL WITH D. TERRELL RE:      BKG113    0.10
               NATIONWIDE CURE ISSUE.

07/14/08 JNP   EMAIL FROM M. CHENEY AND ATTACHMENTS    BKG113    0.20
               RE: COMMENTS TO DEP SETTLEMENT.

07/14/08 SAB   TELEPHONE CALL WITH SGRABELL            BKG113    0.40
               REGARDING PLAN CONFERENCE ITEMS

07/14/08 MEF   MEMOS TO SHAPES TEAM RE:                BKG113    0.60
               CONFIRMATION HEARING (10)

07/14/08 JNP   TELEPHONE CALL WITH A. SIEGEL RE:       BKG113    0.10
               SETTLEMENT WITH NATCITY OBJECTION TO
               CURE AMOUNT.

07/14/08 MEF   MEMOS TO G. CHACON RE: PLAN OBJECTION   BKG113    0.20

07/14/08 MEF   MEMO TO J. GAREMORE RE: EXTENSION       BKG113    0.10

07/14/08 MEF   TELEPHONE CONFERENCE WITH PATTERSON     BKG113    0.80
               AND SCHARMETT RE: CONFIRMATION
               STATUS, ISSUES AND ADJOURNMENT

07/14/08 MEF   CONFERENCE CALL WITH COMMITTEE AND      BKG113    1.00
               HIG RE: CONFIRMATION STATUS AND
               ISSUES

07/14/08 D R   CONFERENCE WITH J. POSLUSNY RE:         BKG113    0.20
               CONFIRMATION HEARING.

07/15/08 JNP   TELEPHONE CALL WITH K. MCKENNA RE:      BKG113    0.40
               PENNSAUKEN SETTLEMENT; PLAN ISSUES.

07/15/08 MEF   TELEPHONE CONFERENCE WITH PATTERSON     BKG113    0.50
               AND SCHARMETT RE: PLAN CONFIRMATION
               STATUS/ISSUES




*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  50
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/15/08 MEF    REVISE CONFIRMATION ORDER TO ADDRESS     BKG113    0.50
                COMMENTS

07/15/08 MEF    MEMOS TO PARTIES RE REVISIONS TO         BKG113    0.40
                PLAN MODIFICATION (4)

07/15/08 MEF    REVISE PLAN MODIFICATION TO ADDRESS      BKG113    1.20
                NUMEROUS COMMENTS

07/15/08 MEF    CONFERENCE CALL WITH INSURERS,           BKG113    1.00
                FONTAINE, BEZARK AND POSLUSNY RE DEP
                CONSENT DECREE AND PLAN MODIFICATION

07/15/08 MEF    TELEPHONE CONFERENCE WITH P.             BKG113    0.20
                FONTAINE RE: NRD CLAIM ISSUE

07/15/08 JNP    TELEPHONE CALL WITH D. TERRELL RE:       BKG113    0.10
                NATIONWIDE CURE ISSUES.

07/15/08 MEF    MEMOS TO GAREMORE RE: EXTENSION          BKG113    0.10

07/15/08 JNP    REVIEW PROPOSED CHANGES TO PLAN          BKG113    0.20
                MODIFICATION FROM M. CHENEY.

07/15/08 MEF    MEMOS TO HIG RE: CONFIRMATION AND        BKG113    0.50
                SETTLEMENT ISSUES (5)

07/15/08 MEF    REVIEW MARK UP OF PLAN NOTE              BKG113    0.30

07/15/08 MEF    CONFERENCE CALL WITH BRODY AND           BKG113    0.50
                BEZARK RE: PLAN CONFIRMATION
                STRATEGY/ISSUES

07/15/08 MEF    MEMO TO GROUP RE: STATUS OF              BKG113    0.30
                SETTLEMENTS

07/15/08 JNP    EMAIL M. FELGER, S. BEZARK RE: EPA       BKG113    0.10
                PLAN ISSUES.


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE  51
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| | | | | |
|---|---|---|---|---|
| 07/15/08 JNP | REVIEW DRAFT EPA SETTLEMENT FROM D. FRANKEL. | BKG113 | 0.30 | |
| 07/15/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: BUDGET AND FUNDING ISSUES | BKG113 | 0.30 | |
| 07/15/08 MEF | REVIEW DRAFT EPA SETTLEMENT AGREEMENT | BKG113 | 0.70 | |
| 07/15/08 MEF | REVIEW REVISED DEP CONSENT DECREE | BKG113 | 0.30 | |
| 07/15/08 MEF | MEMOS TO COMMITTEE RE: ORDER AND MODIFICATION | BKG113 | 0.20 | |
| 07/15/08 MEF | REVIEW REVISED PENNSAUKEN SETTLEMENT AGREEMENT AND RELEASE | BKG113 | 0.50 | |
| 07/15/08 MEF | REVIEW PLAN DECLARATIONS | BKG113 | 0.30 | |
| 07/15/08 MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE: 7/17 HEARING ISSUES | BKG113 | 0.30 | |
| 07/15/08 JNP | READ/REPLY TO EMAILS FROM S. GRABELL AND M. JACOBY RE: SCHEDULE 8.1. | BKG113 | 0.10 | |
| 07/15/08 MEF | MEMOS TO SHAPES TEAM RE: PLAN CONFIRMATION PREPARATION LOGISTICS (5) | BKG113 | 0.30 | |
| 07/15/08 JNP | TELEPHONE CALL WITH D. FRANKEL RE: CONSENT DECREE AND PLAN ISSUES. | BKG113 | 0.20 | |
| 07/15/08 MEF | REVIEW OBJECTIONS IN PREPARATION FOR 7/17 HEARING | BKG113 | 0.70 | |
| 07/15/08 MEF | REVIEW AGENDA NOTICE AND WITHDRAWAL OF OBJECTION | BKG113 | 0.10 | |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008    PAGE  52
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/15/08 JNP   REVIEW M. JACOBY CERTIFICATION FOR    BKG113   0.10
               CONFIRMATION; EMAIL M. JACOBY RE:
               SAME.

07/15/08 JNP   TELPHONE CALL WITH M. FELGER RE:      BKG113   0.50
               CONFIRMATION ISSUES.

07/15/08 JNP   CONFERENCE CALL WITH INSURERS RE:     BKG113   1.40
               ISSUES WITH MODIFICATIONS.

07/15/08 JNP   CONFERENCE CALL WITH G. MARTIN, K.    BKG113   0.60
               MCKENNA, P. HENNESSEY AND S. GRABELL
               RE: PENNSAUKEN SETTLEMENT.

07/16/08 JNP   TELEPHONE CALL WITH M. FELGER RE:     BKG113   0.60
               CONFIRMATION ISSUES.

07/16/08 JNP   EMAIL FROM J. GIBBONS RE: PLAN        BKG113   0.10
               MODIFICATION.

07/16/08 JNP   EMAIL M. FELGER, S. BEZARK AND K.     BKG113   0.10
               MCKENNA RE: EPA SETTLEMENT COMMENTS.

07/16/08 JNP   REVIEW EPA SETTLEMENT.                BKG113   0.40

07/16/08 MEF   CONFERENCE CALL WITH BEZARK AND       BKG113   0.50
               POSLUSNY RE: PLAN

07/16/08 MEF   MEMO TO R. POLLOCK RE: PLAN STATUS    BKG113   0.10

07/16/08 JNP   TELEPHONE CALL WITH S. BEZARK RE:     BKG113   0.20
               EPA SETTLEMENT ISSUES.

07/16/08 JNP   REVIEW PROPOSED MODIFICATION          BKG113   0.30
               LANGUAGE FROM M. CHENEY.

07/16/08 JNP   TELEPHONE CALL WITH K. MCKENNA RE:    BKG113   0.20
               PENNSAUKEN SETTLEMENT.
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                       Aug  7, 2008     PAGE  53
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/16/08 JNP    EMAIL S. BEZARK, A. BRODY AND M.      BKG113    0.20
                FELGER RE: EPA SETTLEMENT.

07/16/08 JNP    TELEPHONE CALL WITH D. FRANKEL RE:    BKG113    0.40
                EPA SETTLEMENT.

07/16/08 JNP    TELEPHONE CALL WITH K. MCKENNA AND    BKG113    0.30
                P. HENNESSEY RE: PENNSAUKEN
                SETTLEMENT.

07/16/08 JNP    CONFERENCE CALL WITH S. BEZARK AND    BKG113    0.20
                D. FRANKEL RE: EPA PLAN ISSUES.

07/16/08 MEF    REVIEW MEMOS RE: REVISIONS TO         BKG113    0.20
                CONFIRMATION ORDER

07/16/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY    BKG113    0.20
                RE: ADJOURNMENT

07/16/08 MEF    MEMOS TO PARTIES RE: PLAN NOTE        BKG113    0.20

07/16/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:    BKG113    0.20
                PENNSAUKEN SETTLEMENT.

07/16/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:    BKG113    0.10
                CONFIRMATION HEARING.

07/16/08 JNP    CONFERENCE CALL WITH M. FELGER, S.    BKG113    1.80
                BEZARK, A. BRODY AND K. MCKENNA
                (PART OF CALL) RE: PLAN ISSUES.

07/16/08 MEF    TELEPHONE CONFERENCE WITH CHENEY AND  BKG113    0.50
                GIBBONS RE: PLAN MODIFICATION ISSUES

07/16/08 JNP    EMAIL D. TERRELL RE: NATIONWIDE       BKG113    0.10
                CONTRACT ASSUMPTION.
```

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           Aug  7, 2008     PAGE  54
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| Date | | Description | | |
|------|------|-------------|--------|------|
| 07/16/08 | MEF | CONFERENCE CALL WITH M. CHENEY, J. GIBBONS, K. MCKENNA AND P. HENNESSEY RE: PENNSAUKEN LANDFILL SETTLEMENT ISSUES | BKG113 | 0.50 |
| 07/16/08 | MEF | TELEPHONE CONFERENCES WITH J. POSLUSNY RE: CONFIRMATION ISSUES AND PREPARATION (2) | BKG113 | 0.40 |
| 07/16/08 | MEF | TELEPHONE CONFERENCE WITH R. ENGEL AND P. FONTAINE RE: DEP ORDER ISSUES | BKG113 | 0.30 |
| 07/16/08 | MEF | REVIEW AND REVISE PLAN MODIFICATION TO ADDRESS EPA AND INSURERS COMMENTS | BKG113 | 1.00 |
| 07/16/08 | MEF | TELEPHONE CONFERENCE WITH CHAMBERS RE: ADJOURNMENT OF HEARING | BKG113 | 0.20 |
| 07/16/08 | MEF | MEMOS TO A. BRODY RE: EXTENSION OF PLAN DEADLINE | BKG113 | 0.20 |
| 07/16/08 | MEF | MEMO TO CIT RE: AGREEMENT TO ADJOURN HEARING | BKG113 | 0.10 |
| 07/16/08 | MEF | REVIEW EPA SETTLEMENT AGREEMENT | BKG113 | 0.40 |
| 07/16/08 | MEF | REVIEW REVISED PENNSAUKEN SETTLEMENT AGREEMENT | BKG113 | 0.30 |
| 07/16/08 | MEF | MEMOS TO SHAPES TEAM RE: HEARING PREPARATION (4) | BKG113 | 0.30 |
| 07/16/08 | MEF | MEMOS TO K. MCKENNA RE: SETTLEMENT STATUS AND ISSUES | BKG113 | 0.30 |
| 07/16/08 | MEF | DRAFT PROPOSAL FOR DEP ORDER | BKG113 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                         Aug  7, 2008     PAGE   55
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/16/08 MEF    TELEPHONE CONFERENCE WITH P.        BKG113    0.20
                FONTAINE RE: DEP SETTLEMENT ISSUE
                (NRD CLAIM)

07/16/08 MEF    MEMOS TO PARTIES RE: ADJOURNMENT OF  BKG113    0.30
                HEARING (4)

07/16/08 MEF    TELEPHONE CONFERENCE WITH H. COHEN   BKG113    0.20
                RE: EPA SETTLEMENT STATUS

07/16/08 MEF    TELEPHONE CONFERENCE WITH D.         BKG113    0.20
                MCMASTER RE: 7/17 HEARING ISSUES

07/16/08 MEF    REVISE DRAFT CONFIRMATION ORDER      BKG113    0.40

07/16/08 MEF    MEMOS TO J. GAREMORE RE: EXTENSION   BKG113    0.20

07/16/08 MEF    TELEPHONE CONFERENCE WITH J.         BKG113    0.20
                GAREMORE RE: SETTLEMENT AND
                ADJOURNMENT ISSUES

07/16/08 JNP    MEMO FROM D. FRANKEL RE: COMMENTS TO BKG113    0.20
                REVISED MODIFICATION.

07/16/08 JNP    MEETING WITH D. REYES RE:            BKG113    0.20
                CONFIRMATION HEARING BINDER.

07/16/08 MEF    CONFERENCE CALL WITH SHAPES TEAM AND BKG113    1.00
                BEZARK RE: STATUS AND STRATEGY RE:
                PLAN AND 7/17 HEARING

07/16/08 MEF    TELEPHONE CONFERENCE WITH G.         BKG113    0.30
                SCHARMETT RE: ADJOURNMENT OF HEARING

07/16/08 MEF    MEMO TO S. VICTOR RE: STATUS         BKG113    0.10

07/16/08 JNP    TELEPHONE CALL WITH M. FELGER RE:    BKG113    0.40
                CONFIRMATION PREPARATION.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE   56
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/16/08 D R   TELEPHONE CALL FROM CREDITOR         BKG113    0.20
               INQUIRING AS TO STATUS OF PLAN
               CONFIRMATION.

07/16/08 D R   PREPARE S. GRABELL AND M. JACOBY     BKG113    0.60
               DECLARATIONS AND EXHIBITS FOR FILING.

07/16/08 D R   PREPARE BINDERS AND EXHIBITS FOR     BKG113    1.20
               CONFIRMATION HEARING.

07/16/08 SAB   MULTIPLE E-MAILS REGARDING EMERGENCE BKG113    0.40

07/16/08 SAB   TELEPHONE CALL WITH MATO & HEILMAN   BKG113    0.40
               FROM GREENBERG RE: PLAN ISSUES

07/17/08 JNP   READ/REPLY TO EMAIL FROM M. FELGER   BKG113    0.20
               RE: CONFIRMATIN HEARING PREPARATION.

07/17/08 MEF   TELEPHONE CONFERENCE WITH K. MCKENNA BKG113    0.50
               AND S. BEZARK RE: EPA AND PENNSAUKEN
               ISSUES

07/17/08 MEF   TELEPHONE CONFERENCE WITH BEZARK,    BKG113    0.50
               BRODY AND POSLUSNY RE: STATUS OF
               SETTLEMENTS

07/17/08 MEF   REVIEW MEMOS RE: STATUS OF DEP       BKG113    0.20
               SETTLEMENT

07/17/08 MEF   MEMOS TO REYES AND POSLUSNY RE:      BKG113    0.50
               HEARING PREPARATION AND LOGISTICS (3)

07/17/08 MEF   MEMOS TO PARTIES RE: STATUS OF       BKG113    0.40
               SETTLEMENTS (5)

07/17/08 MEF   TELEPHONE CONFERENCE WITH A. BRODY   BKG113    0.30
               RE: CONFIRMATION STRATEGY

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                       Aug 7, 2008     PAGE  57
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/17/08 MEF   REVIEW INSURERS COMMENTS TO PLAN      BKG113   0.40
               MODIFICATION AND AGREEMENTS

07/17/08 MEF   REVISE PLAN MODIFICATION RE: EPA AND  BKG113   0.80
               INSURER COMMENTS

07/17/08 MEF   NUMEROUS EMAILS TO PARTIES RE: PLAN   BKG113   0.50
               MODIFICATION (10)

07/17/08 MEF   REVIEW AND REVISE CONFIRMATION ORDER  BKG113   0.40

07/17/08 MEF   NUMEROUS EMAILS TO PARTIES RE:        BKG113   0.30
               CONFIRMATION ORDER

07/17/08 JNP   EMAIL FROM M. JACOBY RE: PLAN         BKG113   0.10
               FUNDING.

07/17/08 JNP   EMAIL M. FELGER RE: COMMENTS TO       BKG113   0.10
               REVISED MODIFICATION.

07/17/08 MEF   MEMOS TO CLIENT RE: HEARING           BKG113   0.30
               PREPARATION AND STATUS (3)

07/17/08 MEF   MEMO TO COMMITTEE RE: CONFIRMATION    BKG113   0.20
               ORDER

07/17/08 JNP   EMAIL FROM J. GIBBONS RE: ADDITIONAL  BKG113   0.20
               LANGUAGE FOR SECTION 4.4 OF PLAN.

07/17/08 JNP   REVIEW REVISED PLAN MODIFICATION.     BKG113   0.30

07/17/08 JNP   TELEPHONE CALL WITH M. FELGER RE:     BKG113   0.20
               EPA ISSUES.

07/17/08 JNP   TELEPHONE CALL WITH D. FRANKEL RE:    BKG113   0.40
               SETTLEMENT WITH EPA.

07/17/08 MEF   MEMOS TO CLIENT RE: HEARING           BKG113   0.30
               PREPARATION AND STATUS (3)
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE   58
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| | | | |
|---|---|---|---|
| 07/17/08 MEF | MEMOS TO J. GIBBONS RE: OPEN ISSUES WITH PENNSAUKEN SETTLEMENT | BKG113 | 0.30 |
| 07/17/08 JNP | TELEPHONE CALL WITH S. BEZARK RE: EPA SETTLEMENT. | BKG113 | 0.10 |
| 07/17/08 JNP | TELEPHONE CALL WITH M. FELGER RE: PLAN ISSUES. | BKG113 | 0.40 |
| 07/17/08 JNP | CONFERENCE CALL WITH EPA AND S. BEZARK RE: EPA SETTLEMENT. | BKG113 | 1.20 |
| 07/17/08 JNP | TELEPHONE CALL WITH S. BEZARK RE: PLAN MODIFICATION. | BKG113 | 0.10 |
| 07/17/08 MEF | TELEPHONE CONFERENCE WITH G. SCHARMETT RE: PLAN STATUS | BKG113 | 0.30 |
| 07/17/08 MEF | MEMOS TO J. GAREMORE RE: STATUS AND EXTENSION (3) | BKG113 | 0.30 |
| 07/17/08 JNP | CONFERENCE CALL WITH M. FELGER, A. BRODY AND S. BEZARK RE: EPA ISSUES. | BKG113 | 0.40 |
| 07/17/08 MEF | REVIEW MEMO RE: EMERGENCE FUNDING | BKG113 | 0.20 |
| 07/17/08 MEF | MEMO TO CLIENT RE: SCHEDULE 8.1 | BKG113 | 0.20 |
| 07/17/08 MEF | REVIEW AND REVISE OBJECTION TO ADMINISTRATIVE CLAIMS | BKG113 | 0.80 |
| 07/17/08 MEF | MEMOS TO BRODY RE: OZBOLT DECLARATION AND PLAN NOTE | BKG113 | 0.10 |
| 07/17/08 MEF | REVIEW LAW, OBJECTIONS AND MOTION RE: 502(E) ISSUES | BKG113 | 0.60 |
| 07/17/08 MEF | MEMOS TO H. COHEN RE: EPA SETTLEMENT (2) | BKG113 | 0.20 |

*Fees and costs are due upon receipt of bill*



**COZEN
O'CONNOR**
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE  59
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/18/08 MEF    TELEPHONE CONFERENCE WITH K. MCKENNA    BKG113    0.50
                RE: OPEN ISSUES REGARDING
                SETTLEMENTS (3)

07/18/08 MEF    MEMOS TO INSURERS RE: ISSUES           BKG113    0.30
                IMPEDING SETTLEMENTS (2)

07/18/08 D R    PREPARATION OF DOCUMENTS/BINDERS FOR    BKG113    3.20
                CONFIRMATION HEARING.

07/18/08 MEF    MEMOS TO PARTIES RE: PLAN              BKG113    0.70
                MODIFICATIONS (15)

07/18/08 D R    FOLLOW UP WITH DECLARATION OF M.        BKG113    0.20
                JACOBY.

07/18/08 MEF    REVIEW AND REVISE PLAN MODIFICATIONS    BKG113    0.80
                SEVERAL TIMES

07/18/08 MEF    REVIEW FINAL VERSIONS OF SETTLEMENT     BKG113    0.50
                AGREEMENTS

07/18/08 MEF    CONFERENCE CALL WITH CHENEY,            BKG113    0.70
                GIBBONS, BEZARK, MCKENNA RE:
                INSURANCE ISSUES IMPEDING SETTLEMENTS

07/18/08 MEF    TELEPHONE CONFERENCE WITH CHENEY AND    BKG113    0.40
                GIBBON RE: SETTLEMENT AND
                MODIFICATION

07/18/08 MEF    TELEPHONE CONFERENCE WITH BRODY AND     BKG113    0.50
                BEZARK RE: OPEN ISSUES (2)

07/18/08 MEF    MEMOS TO CLIENT RE: HEARING             BKG113    0.30
                PREPARATION AND LOGISTICS (4)

07/18/08 MEF    MEMOS TO J. GAREMORE RE: PLAN           BKG113    0.30
                MODIFICATION AND EXTENSION (4)

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008    PAGE  60
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/18/08 MEF    MEMOS TO COMMITTEE RE: PLAN         BKG113    0.20
                MODIFICATION

07/18/08 MEF    MEMOS TO HIG RE: PLAN NOTE AND      BKG113    0.20
                OZBOLT DECLARATION (2)

07/18/08 MEF    REVIEW AND FILE AGENDA NOTICE       BKG113    0.20

07/18/08 MEF    MEMO TO EPIQ RE: PLAN CERTIFICATION BKG113    0.10

07/18/08 MEF    MEMOS TO GRABELL AND HARRIS RE:     BKG113    0.20
                INSURERS ISSUES (2)

07/18/08 MEF    CONFERENCE CALLS WITH BRODY, BEZARK BKG113    0.50
                AND INSURANCE PARTNER RE: RELEASE
                ISSUES (2)

07/19/08 JNP    REVIEW COMMITTEE COMMENTS TO PLAN   BKG113    0.10
                MODIFICATION.

07/19/08 JNP    EMAIL FROM M. CHENEY RE: PROPOSED   BKG113    0.10
                LANGUAGE FOR PENNSAUKEN SETTLEMENT.

07/19/08 JNP    EMAIL D. FRANKEL RE: CHANGE TO      BKG113    0.10
                CONSENT DECREE.

07/20/08 JNP    REVIEW FURTHER REVISED PLAN         BKG113    0.20
                MODIFICATION AND EMAIL M. FELGER
                WITH COMMENTS.

07/20/08 JNP    CONFERENCE CALL WITH M. FELGER, A.  BKG113    1.30
                BRODY, K. MCKENNA, G. HARRIS (PART
                OF CALL) AND S. BEZARK (PART OF
                CALL) RE: PLAN ISSUES.

07/20/08 JNP    REVIEW REVISED PROPOSED CONFIRMATION BKG113   0.20
                ORDER DRAFTED BY M. FELGER.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug 7, 2008    PAGE  61
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/20/08 MEF   MEMO TO P. FONTAINE RE: DEP          BKG113    0.10
               SETTLEMENT

07/20/08 MEF   REVIEW PLEADINGS AND DECLARATIONS    BKG113    0.50
               RE: PREPARATION FOR CONFIRMATION
               HEARING

07/20/08 MEF   TELEPHONE CONFERENCE WITH S. GRABELL BKG113    0.50
               RE: PREPARATION FOR 7/22 HEARING

07/20/08 MEF   TELEPHONE CONFERENCE WITH K. MCKENNA BKG113    0.30
               RE: PLAN ISSUES

07/20/08 MEF   CONFERENCE CALL WITH HARRIS,         BKG113    1.00
               GRABELL, BEZARK, BRODY AND POSLUSNY
               RE: INSURERS AND EPA SETTLEMENT
               ISSUES

07/20/08 MEF   REVIEW AND REVISE CONFIRMATION ORDERS BKG113   0.70

07/20/08 MEF   REVIEW AND REVISE PLAN MODIFICATION  BKG113    1.20

07/20/08 MEF   MEMOS TO JACOBY RE: PLAN DECLARATION BKG113    0.20

07/20/08 MEF   MEMOS TO REYES AND POSLUSNY RE: 7/22 BKG113    0.30
               HEARING ISSUES

07/20/08 MEF   MEMO TO INSURERS RE: OPEN ISSUES     BKG113    0.30

07/20/08 MEF   MEMOS TO PARTIES RE: PLAN            BKG113    0.30
               MODIFICATIONS (7)

07/20/08 MEF   MEMO TO COMMITTEE RE: CONFIRMATION   BKG113    0.20
               STATUS

07/20/08 MEF   MEMOS TO PARTIES RE: CONFIRMATION    BKG113    0.30
               ORDER (4)
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           Aug  7, 2008     PAGE  62
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/20/08 JNP   EMAILS FROM M. FELGER, K. MCKENNA      BKG113   0.30
               AND M. CHENEY RE: ENVIRONMENTAL
               SETTLEMENT ISSUES.

07/20/08 JNP   REVIEW REVISED PLAN MODIFICATION AND   BKG113   0.40
               EMAIL M. FELGER RE: SAME.

07/21/08 MEF   REVIEW EPIQ SUPPLEMENTAL DECLARATION   BKG113   0.20

07/21/08 MEF   MEMOS TO COMMITTEE AND BRODY RE:       BKG113   0.20
               PLAN NOTE (2)

07/21/08 MEF   MEMOS TO CIT RE: EDITS TO ORDER AND    BKG113   0.30
               PLAN MODIFICATION

07/21/08 MEF   REVIEW ENVIRONMENTAL SETTLEMENT        BKG113   0.80
               AGREEMENTS

07/21/08 MEF   TELEPHONE CONFERENCE WITH J. SHAPIRO   BKG113   0.40
               RE: CONFIRMATION ORDER

07/21/08 MEF   TELEPHONE CONFERENCE WITH A. BRODY     BKG113   0.30
               RE: PLAN ISSUES

07/21/08 MEF   MEMOS TO H. COHEN RE: STATUS OF        BKG113   0.20
               OBJECTION

07/21/08 MEF   CONFERENCE CALL WITH HARRIS,           BKG113   0.50
               GRABELL, BEZARK, BRODY AND ANDREW
               RE: INSURANCE ISSUES/PLAN
               MODIFICATION

07/21/08 D R   PREPARE DOCUMENTS FOR CONFIRMATION     BKG113   2.30
               HEARING.

07/21/08 D R   EFILING AND SERVICE OF PLAN            BKG113   0.60
               MODIFICATION AND PROPOSED
               CONFIRMATION ORDER.


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008      PAGE  63
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/21/08 D R    PREPARE NOTICE OF PLAN NOTE AND         BKG113    0.50
                EFILING/SERVICE OF SAME.

07/21/08 MEF    REVIEW JUDGMENT CREDIT MEMO AND         BKG113    0.30
                INSERT

07/21/08 MEF    MEMO TO INSURERS RE: AGREEMENT          BKG113    0.20

07/21/08 D R    EFILING OF CERTIFICATIONS REGARDING     BKG113    0.30
                CONFIRMATION.

07/21/08 MEF    REVIEW LAW RE: ASSUMPTION OF            BKG113    0.20
                LIABILITY

07/21/08 JNP    REVIEW MODIFIED INSURANCE RELEASE       BKG113    0.20
                LANGUAGE FROM J. GIBBONS.

07/21/08 MEF    MEMOS TO CLIENT RE: PLAN ISSUES AND     BKG113    0.30
                STATUS

07/21/08 JNP    REVIEW EPA COMMENTS TO REVISED PLAN     BKG113    0.40
                MODIFICATION; EMAIL M. FELGER RE:
                SAME.

07/21/08 JNP    REVIEW EPA COMMENTS TO CONFIRMATION     BKG113    0.30
                ORDER.

07/21/08 JNP    EMAIL D. FRANKEL RE: EPA SETTLEMENT.    BKG113    0.10

07/21/08 MEF    MEMOS TO COMMITTEE RE: STATUS           BKG113    0.20

07/21/08 JNP    REVIEW PROPOSED LANGUAGE FOR            BKG113    0.10
                MODIFICAITON FROM J. GAREMORE.

07/21/08 JNP    REVIEW PROPOSED MODIFICAITON AND        BKG113    0.20
                CONFIRMATION ORDER LANGUAGE FROM R.
                POLLACK.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug 7, 2008     PAGE  64
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/21/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:      BKG113    0.20
                CONFIRMATION ISSUES.

07/21/08 JNP    TELEPHONE CALL WITH D. FRANKEL AND      BKG113    0.20
                S. BEZARK RE: EPA SETTLEMENT.

07/21/08 MEF    TELEPHONE CONFERENCE WITH S. GRABELL    BKG113    0.30
                RE: HEARING PREPARATION

07/21/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY     BKG113    0.30
                RE: CONFIRMATION HEARING AND
                DECLARATION

07/21/08 JNP    CONFERENCE CALL WITH HIG RE: PLAN       BKG113    1.50
                ISSUES.

07/21/08 MEF    TELEPHONE CONFERENCES WITH J.           BKG113    0.40
                GAREMORE (3) RE: SETTLEMENT
                AGREEMENT AND PLAN MODIFICATION

07/21/08 MEF    REVISE PLAN MODIFICATION TO ADDRESS     BKG113    0.60
                COMMENTS FROM PARTIES

07/21/08 MEF    REVIEW PLEADINGS AND OUTLINE            BKG113    2.00
                PRESENTATION FOR CONFIRMATION HEARING

07/21/08 MEF    REVISE AND FILE FORM OF CONFIRMATION    BKG113    0.70
                ORDER RE: COMMENTS FROM PARTIES

07/21/08 MEF    REVIEW AND FILE PLAN NOTE               BKG113    0.10

07/21/08 MEF    MEMOS TO J. GAREMORE AND EPIQ RE:       BKG113    0.30
                EXTENSION OF DEADLINE (3)

07/21/08 MEF    CONFERENCE CALL BEZARK, BRODY,          BKG113    0.60
                MCKENNA GIBBONS AND CHENEY RE: PLAN
                MODIFICATION AND SETTLEMENT ISSUES


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  65
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 07/21/08 | MEF | CONFERENCE CALLS WITH BEZARK, BRODY, MCKENNA AND POSLUSNY RE: PLAN ISSUES AND SETTLEMENT (4) | BKG113 | 0.80 |
| 07/21/08 | MEF | TELEPHONE CONFERENCE WITH P. FONTAINE RE: DEP SETTLEMENT | BKG113 | 0.20 |
| 07/21/08 | MEF | MEMOS TO P. FONTAINE RE: DEP SETTLEMENT (3) | BKG113 | 0.20 |
| 07/21/08 | MEF | REVIEW ISRA NON-APPLICABILITY LETTER | BKG113 | 0.10 |
| 07/21/08 | MEF | TELEPHONE CONFERENCE WITH R. POLLOCK RE: PLAN MODIFICATION AND PUCHACK ISSUE | BKG113 | 0.30 |
| 07/22/08 | MEF | MEETING WITH GRABELL, JACOBY AND POSLUSNY RE: CONFIRMATION HEARING PREPARATION | BKG113 | 2.00 |
| 07/22/08 | MEF | MEMOS TO POSLUSNY RE: SUBMISSION OF ORDERS | BKG113 | 0.20 |
| 07/22/08 | MEF | ATTEND CONFIRMATION HEARING | BKG113 | 9.00 |
| 07/22/08 | JNP | MEETING WITH M. FELGER, S. GRABELL AND M. JACOBY RE: PREPARATION FOR CONFIRMATIN HEARING. | BKG113 | 2.00 |
| 07/22/08 | D R | PREPARE DOCUMENTS FOR CONFIRMATION HEARING. | BKG113 | 0.90 |
| 07/22/08 | D R | EFILING/SERVICE OF REVISED CERTIFICATION OF BALLOTING BY EPIQ. | BKG113 | 0.20 |
| 07/22/08 | JNP | ATTEND CONFIRMATION HEARING (INCLUDING NEGOTIATIONS WITH INTERESTED PARTIES AT COURT). | BKG113 | 9.00 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                         Aug  7, 2008      PAGE  66
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| | | | | |
|---|---|---|---|---|
| 07/22/08 | JNP | TRAVEL TO CONFIRMATION HEARING. | BKG113 | 0.60 |
| 07/23/08 | JNP | REVIEW REVISED EPA SETTLEMENT. | BKG113 | 0.30 |
| 07/23/08 | JNP | EDIT COURT ORDER PER SETTLEMENTS WITH PARTIES. | BKG113 | 1.40 |
| 07/23/08 | JNP | LETTER FROM P. DONAHUE RE: CROWN CREDIT CLAIMS; EMAIL M. JACOBY RE: SAME. | BKG113 | 0.20 |
| 07/23/08 | MEF | MEMOS TO PARTIES RE: CONFIRMATION ORDER (10) | BKG113 | 0.80 |
| 07/23/08 | MEF | MEMOS TO PARTIES RE: EPA STATUS | BKG113 | 0.20 |
| 07/23/08 | MEF | REVISE MOTION RE: EPA SETTLEMENT | BKG113 | 0.50 |
| 07/23/08 | D R | CONFERENCE WITH J. POSLUSNY RE: CONFIRMATION. | BKG113 | 0.10 |
| 07/23/08 | D R | PREPARE REDLINE OF CONFIRMATION ORDER AND SUBMIT TO CHAMBERS. | BKG113 | 0.40 |
| 07/23/08 | MEF | DRAFT COVER MEMO RE: CONFIRMATION ORDER | BKG113 | 0.20 |
| 07/23/08 | MEF | MEMOS TO GAREMORE RE: ORDERS | BKG113 | 0.30 |
| 07/23/08 | MEF | TELEPHONE CONFERENCE WITH A. BRODY RE: CONFIRMATION ORDER AND CONSENT ORDER | BKG113 | 0.30 |
| 07/23/08 | MEF | REVIEW AND REVISE CONFIRMATION ORDER | BKG113 | 0.40 |
| 07/24/08 | MEF | MEMOS TO CLIENT RE: POST CONFIRMATION ACTIVITIES (2) | BKG113 | 0.50 |
| 07/24/08 | JNP | EMAIL S. BEZARK RE: EPA SETTLEMENT. | BKG113 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug 7, 2008    PAGE  67
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/24/08 | D R | TELEPHONE CALL AND LETTER TO COURT RE: TRANSCRIPT FROM CONFIRMATION HEARING. | BKG113 | 0.20 |
| 07/24/08 | JNP | TELEPHONE CALL WITH S. BEZARK RE: EPA SETTLEMENT TERMS. | BKG113 | 0.10 |
| 07/24/08 | MEF | MEMO TO INSURERS RE: 7/28 HEARING | BKG113 | 0.10 |
| 07/24/08 | JNP | TELEPHONE CALL WITH M. CHENEY RE: PAYMENT OF SETTLEMENT AMOUNTS. | BKG113 | 0.20 |
| 07/24/08 | SAB | REVIEW OPEN ITEMS TO DO FOR CLOSING OF PLAN | BKG113 | 0.30 |
| 07/24/08 | JNP | TELEPHONE CALL WITH D. FRANKEL RE: EPA SETTLEMENT. | BKG113 | 0.40 |
| 07/25/08 | MEF | REVIEW REVISED EMERGENCE CHART | BKG113 | 0.20 |
| 07/25/08 | MEF | REVIEW CONFIRMATION ORDER AS ENTERED | BKG113 | 0.20 |
| 07/25/08 | MEF | MEMOS TO A. BRODY RE: CLOSING ISSUES (3) | BKG113 | 0.30 |
| 07/25/08 | MEF | MEMO TO M. JACOBY RE: CLOSING (2) | BKG113 | 0.20 |
| 07/28/08 | MEF | REVIEW PLAN RE: TIMING OF PAYMENTS | BKG113 | 0.20 |
| 07/28/08 | MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: EFFECTIVE DATE ISSUES | BKG113 | 0.30 |
| 07/28/08 | MEF | REVISE MOTION TO APPROVE EPA SETTLEMENT AGREEMENT | BKG113 | 1.30 |
| 07/28/08 | MEF | MEMOS TO H. COHEN RE: EPA SETTLEMENT (3) | BKG113 | 0.30 |
| 07/28/08 | MEF | MEMO TO BRODY RE: EFFECTIVE DATE | BKG113 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug 7, 2008    PAGE  68
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| 07/28/08 MEF | MEMOS TO BEZARK, ET AL RE EPA SETTLEMENT STATUS (3) | BKG113 | 0.20 |
| 07/29/08 MEF | MEMOS TO COMMITTEE RE: CLOSING ISSUES (2) | BKG113 | 0.20 |
| 07/30/08 KMS | TELEPHONE CONFERENCE WITH THE PENNSAUKEN TOWNSHIP CLERK'S OFFICE REGARDING OBTAINING THE CERTIFICATES OF OCCUPANCY AND ZONING COMPLIANCE LETTERS REGARDING 8600 RIVER ROAD, 9000 RIVER ROAD AND 1777 HYLTON ROAD. | BKG113 | 0.30 |
| 07/30/08 SAB | TELEPHONE CALLS TO AND FROM KSMITH REGARDING REQUEST FOR ZONING AND CERTIFICATE OF OCCUPANCY FOR CLOSING | BKG113 | 0.20 |
| 07/30/08 KMS | TELEPHONE CONFERENCE WITH BENSALEM TOWNSHIP REGARDING OBTAINING THE CERTIFICATE OF OCCUPANCY AND ZONING CERTIFICATION OF 1211 FORD ROAD | BKG113 | 0.30 |
| 07/30/08 SAB | E-MAILS TO AND FROM KSMITH REGARDING ZONING AND CERTIFICATE OF OCCUPANCY | BKG113 | 0.20 |
| 07/30/08 SAB | E-MAILS TO AND FROM P.SORENSEN REGARDING ZONING REQUEST | BKG113 | 0.20 |
| 07/30/08 KMS | OBTAINED, COMPLETED, FORWARDED FOR SIGNATURE AND SUBMITTED THE APPLICATION FOR ZONING CERTIFICATION AND REQUEST FOR CERTIFICATE OF OCCUPANCY OF 1211 FORD ROAD. | BKG113 | 0.40 |
| 07/30/08 MEF | MEMOS TO BRODY RE: CLOSING DATE (2) | BKG113 | 0.20 |
| 07/30/08 MEF | MEMOS TO FILE RE: EPA SETTLEMENT (3) | BKG113 | 0.20 |
| 07/30/08 MEF | MEMOS TO CLIENT RE: CLOSING DATE (3) | BKG113 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE   69
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/30/08 MEF    REVIEW MEMOS RE: ZONING ISSUES          BKG113    0.10

07/31/08 SAB    TELEPHONE CALL WITH MARGENTERI          BKG113    0.20
                REGARDING ZONING LETTER AND INTEREST
                DUE

07/31/08 MEF    NUMEROUS MEMOS TO CLIENT AND PARTIES    BKG113    0.70
                RE: CLOSING STATUS (10)

07/31/08 SAB    TELEPHONE CALL WITH SGARBELL            BKG113    0.40
                REGARDING MULTIPLE OUTSTANDING
                ISSUES FOR CLOSING

07/31/08 SAB    TELEPHONE CALLS WITH JNASH REGARDING    BKG113    0.20
                ZONING LETTER AND RELATED MATTERS

07/31/08 SAB    TELEPHONE CALL WITH KSMITH REGARDING    BKG113    0.10
                ZONING LETTER FROM BENSALEM AND
                PENNSAUKEN

07/31/08 SAB    TELEPHONE CALL WITH BHARRIS             BKG113    0.20
                REGARDING CLOSING ITEMS

         TOTAL PLAN AND DISCLOSURE STATEMENT                252.40 $110777.50
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS



A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE   70
FILE NUMBER: 220718.000
INVOICE NO.: 599838

RELIEF FROM STAY PROCEEDINGS

| | | | | |
|---|---|---|---|---|
| 07/01/08 MEF | MEMOS TO D. SHUFF RE: OBJECTION DEADLINE | BKG114 | 0.10 |
| 07/01/08 JNP | TRAVEL TO COURT FOR SMITH STAY MOTION HEARING. | BKG114 | 0.60 |
| 07/01/08 JNP | EMAIL E. GANC RE: DE LAGE STAY MOTIONS. | BKG114 | 0.10 |
| 07/01/08 JNP | ATTEND HEARING ON SMITH STAY MOTION. | BKG114 | 0.90 |
| 07/01/08 JNP | PREPARE FOR L. SMITH STAY MOTION HEARING. | BKG114 | 0.20 |
| 07/02/08 MEF | MEMOS TO D. SHUFF RE: JDG MOTION (2) | BKG114 | 0.20 |
| 07/02/08 MEF | CONFERENCE CALL WITH BEZARK AND POSLUSNY RE: JDG MOTION OBJECTION | BKG114 | 0.30 |
| 07/02/08 MEF | REVIEW AND REVISE OBJECTION TO JDG MOTION AND MEMO TO PARTIES RE: MOTION | BKG114 | 0.30 |
| 07/02/08 JNP | TELEPHONE CALL WITH M. FELGER AND S. BEZARK RE: JDG STAY MOTION. | BKG114 | 0.30 |
| 07/02/08 JNP | EMAIL FROM W. CALLAHAN AND TO M. JACOBY RE: DE LAGE STAY MOTION SETTLEMENT. | BKG114 | 0.20 |
| 07/02/08 JNP | READ/REPLY TO EMAIL FROM W. CALLAHAN RE: DE LAGE STAY MOTION SETTLEMENT. | BKG114 | 0.20 |
| 07/02/08 JNP | EDIT RESPONSE TO JDG STAY MOTION PER COMMENTS FROM K. MCKENNA. | BKG114 | 0.60 |
| 07/02/08 JNP | DRAFT SMITH STAY ORDER. | BKG114 | 0.60 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008    PAGE  71
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/03/08 JNP   LETTER TO L. SMITH AND EMAIL TO       BKG114    0.20
               CHAMBERS RE: ORDER ON SMITH STAY
               MOTION.

07/03/08 JNP   TELEPHONE CALL WITH S. BEZARK RE:     BKG114    0.20
               JDG MOTION AND RESPONSE.

07/03/08 JNP   REVIEW EMAILS FROM D. SHUFF AND M.    BKG114    0.20
               FELGER RE: JDG MOTION FOR STAY
               RELIEF.

07/03/08 JNP   TELEPHONE CALL WITH L. SMITH RE:      BKG114    0.10
               STAY RELIEF ORDER.

07/03/08 MEF   REVIEW AND RESPOND TO MEMOS RE: JDG   BKG114    0.40
               MOTION AND OBJECTION (5)

07/03/08 MEF   MEMOS TO SHAPES TEAM RE: JDG          BKG114    0.30
               PROPOSAL (4)

07/07/08 JNP   READ/REPLY TO EMAILS FROM J. MORTON   BKG114    0.10
               RE: WELLS' STAY MOTION.

07/07/08 JNP   TELEPHONE CALL WITH M. FELGER RE:     BKG114    0.20
               JDG STAY MOTION.

07/07/08 JNP   TELEPHONE CALL WITH K. MCKENNA RE:    BKG114    0.20
               JDG STAY MOTION.

07/07/08 MEF   MEMOS TO D. SHUFF RE: JDG MOTION AND  BKG114    0.40
               ADJOURNMENT OF HEARING (4)

07/08/08 JNP   READ/REPLY TO EMAILS FROM M. JACOB    BKG114    0.20
               (X2) RE: DE LAGE SETTLEMENT.

07/08/08 JNP   REVIEW REVISED DE LAGE SETTLEMENT;    BKG114    0.30
               EMAIL WITH CALLAHAN RE: SAME.


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  72
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 07/08/08 | JNP | EMAIL J. MORTON RE: WELLS STAY MOTION. | BKG114 | 0.10 |
| 07/08/08 | JNP | TELEPHONE CALL WITH J. MORTON RE: WELLS STAY MOTION. | BKG114 | 0.20 |
| 07/08/08 | MEF | MEMOS TO D. SHUFF RE: COUNTER PROPOSAL TO SETTLEMENT OF LIFT STAY MOTION (2)AND REVIEW MEMOS RE: PROPOSAL | BKG114 | 0.50 |
| 07/08/08 | JNP | EMAILS FROM K. MCKENNA RE: JDG STAY MOTION. | BKG114 | 0.10 |
| 07/08/08 | MEF | REVIEW EPIQ INVOICES | BKG114 | 0.20 |
| 07/09/08 | JNP | DRAFT MOTION TO FILE RESPOND TO JDG STAY MOTION UNDER SEAL. | BKG114 | 0.30 |
| 07/09/08 | MEF | REVIEW JDG COUNTER PROPOSAL RE: 362 MOTION | BKG114 | 0.20 |
| 07/09/08 | MEF | TELEPHONE CONFERENCE WITH K. MCKENNA RE JDG MOTION ISSUES | BKG114 | 0.30 |
| 07/09/08 | MEF | MEMO TO D. SHUFF RE: COUNTER PROPOSAL AND EXTENSION OF DEADLINE | BKG114 | 0.20 |
| 07/10/08 | JNP | DRAFT MOTION TO FILE JPG RESPONSE ORDER SEAL. | BKG114 | 1.10 |
| 07/10/08 | JNP | EMAIL D. SHUFF RE: JDG STAY MOTION. | BKG114 | 0.10 |
| 07/10/08 | JNP | REVIEW/EDIT DE LAGE ORDER AND EXHIBITS. | BKG114 | 0.80 |
| 07/10/08 | JNP | EMAIL FROM D. SHUFF RE: SETTLEMENT OF JPG STAY MOTION. | BKG114 | 0.10 |

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug 7, 2008      PAGE  73
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| 07/11/08 | JNP | EMAIL B. REED RE: SHEEHAN STAY MOTION. | BKG114 | 0.10 |
| 07/11/08 | JNP | READ/REPLY TO EMAIL FROM J. WINTER RE: PPG STAY MOTION SETTLEMENT; EMAIL E. GANC RE: SAME. | BKG114 | 0.10 |
| 07/11/08 | MEF | REVIEW COUNTER OFFER TO SHUFF | BKG114 | 0.20 |
| 07/12/08 | MEF | MEMO TO JDG RE: COUNTER OFFER TO LIFT STAY MOTION | BKG114 | 0.50 |
| 07/13/08 | MEF | MEMOS TO K. MCKENNA RE: JDG MOTION AND SETTLEMENT (3) | BKG114 | 0.20 |
| 07/13/08 | JNP | REVIEW COUNTER-OFFER TO JPG TO SETTLE STAY RELIEF MOTION. | BKG114 | 0.10 |
| 07/14/08 | JNP | DRAFT MOTION TO FILE JDG RESPONSE UNDER SEAL. | BKG114 | 0.40 |
| 07/14/08 | JNP | TELEPHONE CALL WITH H. VELDHUIS RE: GMAC STAY MOTION. | BKG114 | 0.10 |
| 07/14/08 | JNP | REVIEW GMAC STAY MOTION. | BKG114 | 0.10 |
| 07/14/08 | JNP | READ/REPLY TO EMAILS (X3) FROM P. SORENSEN RE: INFINITI STAY MOTION. | BKG114 | 0.10 |
| 07/14/08 | JNP | TELEPHONE CALL WITH J. MORTON RE: INFINITI STAY MOTION. | BKG114 | 0.20 |
| 07/14/08 | JNP | REVIEW NISSAN STAY MOTION. | BKG114 | 0.10 |
| 07/14/08 | JNP | EMAIL P. SORENSEN RE: GMAC AND INFINITY STAY MOTIONS. | BKG114 | 0.10 |
| 07/14/08 | MEF | MEMOS TO D. SHUFF RE: EXTENSION AND ADJOURNMENT (3) | BKG114 | 0.20 |


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE  74
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/15/08 JNP    EMAIL W. CALLAHAN RE: DELAGE          BKG114    0.10
                SETTLEMENT.

07/15/08 MEF    MEMO TO JDG RE: DEADLINE TO FILE      BKG114    0.20
                RESPONSE

07/15/08 MEF    REVISE MOTION TO SEAL RESPONSE TO     BKG114    0.60
                JDG MOTION

07/15/08 JNP    REVIEW DELAGE EXHIBIT FOR REJECTION   BKG114    0.10
                OF DAMAGES.

07/15/08 MEF    TELEPHONE CONFERENCE WITH K. MCKENNA  BKG114    0.30
                RE: STATUS OF JDG MOTION

07/16/08 MEF    MEMOS TO JDG ATTORNEYS RE:            BKG114    0.40
                SETTLEMENT OF LIFT STAY MOTION (4)

07/16/08 JNP    EMAIL B. REED RE: SHEEHAN STAY        BKG114    0.10
                MOTION.

07/16/08 JNP    RESEARCH/DRAFT CROSS-MOTION FOR JPG   BKG114    1.20
                STAY MOTION.

07/16/08 JNP    DRAFT JDG CONSENT ORDER.              BKG114    1.90

07/16/08 JNP    EMAIL FROM S. KOBIL RE: JDG STAY      BKG114    0.20
                MOTION AND FROM K. MCKENNA RE:
                COMMENTS TO JDG'S COUNTER-OFFER.

07/16/08 JNP    TELEPHONE CALL WITH J. MORTON RE:     BKG114    0.10
                WELLS STAY MOTION.

07/17/08 MEF    REVIEW AND REVISE JDG CONSENT ORDER   BKG114    0.50

07/17/08 MEF    MEMOS TO MCKENNA RE: JDG SETTLEMENT   BKG114    0.30

07/17/08 MEF    MEMOS TO D. SHUFF RE: JDG CONSENT     BKG114    0.20
                ORDER
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008    PAGE   75
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/17/08 JNP    REVIEW ADDITIONAL CHANGES TO JDG      BKG114    0.20
                SETTLEMENT FROM K. MCKENNA.

07/17/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:    BKG114    0.30
                ADDITIONAL COMMENTS TO JDG
                STIPULATION.

07/17/08 JNP    EMAILS FROM K. MCKENNA AND M. FELGER  BKG114    0.40
                RE: COMMENTS TO JDG SETTLEMENT;
                INCORPORATE COMMENTS INTO SETTLEMENT.

07/17/08 JNP    EDIT JDG CONSENT ORDER, EMAIL K.      BKG114    0.20
                MCKENNA RE: SAME.

07/18/08 MEF    MEMO TO JDG RE: SETTLEMENT OF MOTION  BKG114    0.40
                (3)

07/18/08 MEF    REVIEW COMMENTS TO JDG SETTLEMENT     BKG114    0.20

07/19/08 JNP    READ/REPLY TO EMAIL FROM W. CALLAHAN  BKG114    0.10
                RE: DELANGE SETTLEMENT.

07/20/08 JNP    REVIEW PROPOSED CONSENT ORDER WITH    BKG114    0.20
                GMAC; EMAIL P. SORENSEN RE: SAME.

07/20/08 MEF    MEMO TO D. SHUFF RE: JDG CONSENT      BKG114    0.10
                ORDER

07/20/08 JNP    REVIEW VW STAY MOTION; EMAIL P.       BKG114    0.20
                SORENSEN RE: SAME.

07/21/08 MEF    NUMEROUS MEMOS TO PARTIES RE: JDG     BKG114    0.20
                MOTION

07/21/08 JNP    CORRESPONDENCE TO J. MORTON RE:       BKG114    0.10
                NISSAN PAYMENT TO RESOLVE MOTION.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE   76
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| | | | | |
|---|---|---|---|---|
| 07/21/08 | JNP | CONFERENCE CALL WITH M. FELGER, K. MCKENNA AND S. BEZARK RE: JDG SETTLEMENT. | BKG114 | 0.40 |
| 07/21/08 | JNP | CONFERENCE CALL WITH M. FELGER, K. MCKENNA AND S. BEZARK RE: JDG SETTLEMENT. | BKG114 | 0.90 |
| 07/21/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: JDG SETTTLEMENT. | BKG114 | 0.10 |
| 07/21/08 | JNP | REVIEW JDG COMMENTS TO SETTLEMENT. | BKG114 | 0.20 |
| 07/21/08 | JNP | EMAILS (X3) WITH H. VELDHUIS RE: GMAC CONSENT ORDER. | BKG114 | 0.20 |
| 07/21/08 | JNP | DRAFT RESPONSE TO JDG STAY MOTION. | BKG114 | 0.30 |
| 07/21/08 | JNP | REVIEW REVISED CONSENT ORDER WITH GMAC. | BKG114 | 0.20 |
| 07/21/08 | MEF | TELEPHONE CONFERENCES WITH K. MCKENNA AND PARTIES RE: JDG CONSENT ORDER (2) | BKG114 | 0.40 |
| 07/21/08 | MEF | MEMOS TO D. SHUFF RE: REVISED CONSENT ORDER (3) | BKG114 | 0.20 |
| 07/21/08 | MEF | REVIEW REVISED CONSENT ORDER RE: JDG MOTION | BKG114 | 0.20 |
| 07/23/08 | MEF | REVIEW AND REVISE CONSENT ORDER RE: JDG MOTION | BKG114 | 0.20 |
| 07/23/08 | JNP | READ/REPLY TO EMAILS FROM W. CALLAHAN RE: DE LAGE SETTLEMENT. | BKG114 | 0.10 |
| 07/23/08 | MEF | MEMOS TO PARTIES RE: JDG CONSENT ORDER (8) | BKG114 | 0.40 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                     Aug  7, 2008      PAGE   77
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/23/08 JNP    EMAIL S. GRABELL RE: SHEEHAN STAY      BKG114    0.10
                MOTION.

07/23/08 JNP    EMAIL J. MORTON RE: WELLS FARGO AND    BKG114    0.10
                NISSAN STAY MOTIONS.

07/24/08 MEF    MEMO TO D. SHUFF RE: CONSENT ORDER     BKG114    0.10

07/24/08 JNP    EMAIL FROM J. CACKOWSKI; AND TO W.     BKG114    0.20
                CALLAHAN RE: DELAGE SETTLEMENT.

07/24/08 JNP    READ/REPLY TO EMAIL FROM W. CALLAHAN   BKG114    0.10
                RE: DELAGE SETTLEMENT.

07/24/08 JNP    EMAIL B. REED RE: SHEEHAN STAY         BKG114    0.10
                MOTION.

07/25/08 MEF    MEMOS TO D. SHUFF RE: CONSENT ORDER    BKG114    0.20
                (2)

07/25/08 MEF    MEMOS TO INSURERS AND MCKENNA, ET AL   BKG114    0.20
                RE: 362 CONSENT ORDER

07/30/08 MEF    REVIEW JDG CONSENT ORDER AS ENTERED    BKG114    0.10

        TOTAL RELIEF FROM STAY PROCEEEDINGS                     27.90   $11947.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                       Aug  7, 2008     PAGE  78
FILE NUMBER: 220718.000
INVOICE NO.: 599838

          REGULATORY COMPLIANCE

07/01/08 PF    TELEPHONE CALL WITH NJDEP, J. BONO   BKG115   4.10
               ET AL. RE: ISRA ISSUES; TELEPHONE
               CALL WITH M. FELGER RE: SAME;
               TELEPHONE CALL WITH S. BEZARK RE:
               SAME; DRAFT EMAIL TO NJDEP RE: SAME.

07/02/08 PF    ADDITIONAL ANALYSIS OF ISRA          BKG115   9.10
               PROVISION; TELEPHONE CALL WITH NJDEP
               RE: ISRA STATUS; TELEPHONE CALL WITH
               R. ENGEL RE: CHANGES TO CONSENT
               ORDER; TELEPHONE CALL WITH M.
               FELGER; TELEPHONE CALL WITH S.
               BLOCH; TELEPHONE CALL WITH S.
               BEZARK; DRAFT AFFIDAVITS FOR GRABELL
               AND NEILSON; ANALYSIS OF ALTERNATIVE
               ISRA EXEMPTION.

07/02/08 AC    RESEARCH RE: ISRA - APPLICABILITY.   BKG115   2.20

07/02/08 AC    RESEARCH ONLINE FOR ISRA             BKG115   1.20
               APPLICABILITY CASE.

07/02/08 SAB   TELEPHONE CALLS (2) WITH SGRABELL     BKG115   0.40
               REGARDING ISRA CERTIFICATE AND ISSUES

07/02/08 SAB   CONFERENCE CALL WITH PFONTAINE,      BKG115   0.50
               MFLEGER, SGRABELL AND JPOSLUSNY
               REGARDING ISRA

07/02/08 SAB   REVIEW MINUTES FOR ISRA ISSUES       BKG115   0.60

07/02/08 SAB   TELEPHONE CALL WITH PFONTAINE        BKG115   0.20
               REGARDING ISRA ISSUES

07/02/08 SAB   E-MAIL TO PFONTAINE REGARDING        BKG115   0.20
               MINUTES AND APPROACH FOR ISRA
               CERTIFICATE
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008     PAGE  79
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/03/08 AC    RESEARCH - ISRA; CONTACTED LIBRARY      BKG115   3.00
               TO ASSIST WITH WESTLAW RESEARCH ALSO.

07/03/08 SAB   REVIEW AND COMMENT ON GRABELL ISRA      BKG115   0.50
               AFFIDAVIT

07/03/08 SAB   REVIEW AND COMMENT N NEILSON ISRA       BKG115   0.30
               AFFIDAVIT

07/03/08 PF    ADDITIONAL ANALYSIS OF ISRA             BKG115   6.50
               PROVISION; DRAFT AFFIDAVITS FOR
               GRABELL AND NEILSON; DRAFT EMAIL TO
               DEP; TELEPHONE CALL WITH R. ENGEL
               RE: STATUS; TELEPHONE CALL WITH S.
               BEZARK RE: ISRA; TELEPHONE CALL WITH
               DEP RE: ISRA EXEMPTION; TELEPHONE
               CALL WITH BANKRUPTCY TEAM; TELEPHONE
               CALL WITH SHAPES TEAM RE:
               SETTLEMENT; DRAFT EMAIL TO R. ENGEL
               RE: PUCHACK.

07/07/08 PF    TELEPHONE CALL WITH ATTORNEY            BKG115   2.60
               GENERAL'S OFFICE RE: ANALYSIS OF
               ISRA PROVISION, EXEMPTION REQUEST,
               AND CONSENT ORDER; DRAFT EMAIL TO
               DEP; TELEPHONE CALL WITH R. ENGEL
               RE: STATUS; TELEPHONE CALL WITH S.
               BEZARK RE: ISRA; TELEPHONE CALL WITH
               DEP RE: ISRA EXEMPTION; TELEPHONE
               CALL WITH M. FELGER RE: SETTLEMENT;
               TELEPHONE CALL WITH SHAPES
               BANKRUPTCY TEAM RE: SETTLEMENT.

07/08/08 PF    TELEPHONE CALL WITH SHAPES TEAM RE:     BKG115   2.50
               SETTLEMENT; DRAFT CHANGES TO CONSENT
               ORDER.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008    PAGE  80
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

| Date | Timekeeper | Description | | Hours |
|---|---|---|---|---|
| 07/09/08 | PF | REVIEW EMAILS FORM K. MCKENNA RE: QUESTIONS FROM CARRIERS; DRAFT REPLY TO CARRIERS RE: CONSENT ORDER; SHAPES TEAM RE: SETTLEMENT; DRAFT CHANGES TO CONSENT ORDER; DRAFT EMAIL TO R. ENGEL AT ATTORNEY GENERAL'S OFFICE. | BKG115 | 3.50 |
| 07/10/08 | PF | REVIEW EMAILS FORM M. FELGER ET AL. RE: CURRENT STATUS AND DRAT REPLIES; DRAFT EMAIL TO NJDEP AND ATTORNEY GENERAL RE: ISRA LETTER; REVIEW CURRENT DRAFT OF CONSENT ORDER. | BKG115 | 2.20 |
| 07/11/08 | PF | TELEPHONE CALL WITH J. GRADWOHL AT NJDEP RE: ISRA ISSUE; TELEPHONE CALL WITH M. FELGER ET AL. RE: CURRENT STATUS; REVIEW EMAIL FROM R. ENGEL; TELEPHONE CALL WITH SAME; DRAFT REPLY EMAIL; REVIEW EMAIL FROM J. GRADWOHL; REVIEW EMAIL FROM K. MCKENNA; DRAFT MODIFICATIONS TO CONSENT ORDER. | BKG115 | 2.20 |
| 07/11/08 | SAB | E-MAILS REGARDING ENVIRONMENTAL ISSUES | BKG115 | 0.30 |
| 07/14/08 | PF | TELEPHONE CALL WITH P. TROWBRIDGE RE: ACT 2 LETTER; REVIEW ACT 2 LETTER; TELEPHONE CALL WITH R. CARR; TELEPHONE CALL WITH J. SIEMINSKI; REVIEW BRYN EYRE MODIFIED DOCUMENTS. | BKG115 | 2.10 |
| 07/14/08 | SAB | REVIEW E-MAILS REGARDING STATUS OF ENVIRONMENTAL MATTERS | BKG115 | 0.30 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008    PAGE  81
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/15/08 PF    REVIEW EMAIL FROM K. MCKENNA RE:      BKG115   5.40
               INSURER COMMENTS ON CONSENT ORDER;
               REVIEW EMAILS FROM INSURERS; REVIEW
               COMMENTS ON CONSENT ORDER FROM
               INSURERS; TELEPHONE CALL WITH
               INSURERS COUNSEL RE: CHANGES TO
               CONSENT ORDER; DRAFT MODIFICATIONS
               TO CONSENT ORDER; TELEPHONE CALL
               WITH R. ENGEL RE: REVISIONS TO
               CONSENT ORDER AND PROOF OF CLAIM FOR
               NRD; TELEPHONE CALL WITH M. FELGER
               RE: SAME.

07/16/08 PF    TELEPHONE CALL WITH M. FELGER, ET     BKG115   1.50
               AL. RE: CURRENT STATUS OF DEP
               SETTLEMENT; TELEPHONE CALL WITH R.
               ENGEL IN ATTORNEY GENERAL'S OFFICE;
               TELEPHONE CALL WITH M. FELGER AND R.
               ENGEL RE: SAME; REVIEW REVISED
               SETTLEMENT LANGUAGE.

07/17/08 PF    REVIEW ADDITIONAL CHANGES TO CONSENT  BKG115   4.00
               ORDER FROM INSURERS; REVIEW EMAILS
               FROM MCKENNA ET AL; DRAFT ADDITIONAL
               CHANGES TO CONSENT ORDER; DRAFT
               EMAIL TO R. ENGEL; TELEPHONE CALL
               WITH R. ENGEL; REVIEW ISRA DRAFT
               LETTER; REVIEW EMAIL FROM M. FELGER
               RE: SPILL ACT DIRECT CLAIMS; REVIEW
               SPILL ACT; DRAFT EMAIL TO M. FELGER
               RE: SAME.

07/21/08 PF    REVIEW EMAILS FROM M. FELGER; DRAFT   BKG115   5.80
               EMAIL TO J. DICKINSON RE: ISRA
               LETTER; TELEPHONE CALL WITH R.
               ENGEL, LEFT MESSAGE) RE: CONSENT
               ORDER SIGNATURES; DRAFT VARIOUS
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  82
FILE NUMBER: 220718.000
INVOICE NO.: 599838

```
                    EMAILS RE: SIGNATURES AND ISRA
                    LETTER; TELEPHON CALL WITH D. RYAN
                    RE: ABSENCE OF SIGNATURES AND ISRA
                    LETTER; TELEPHONE CALL WITH J
                    DICKINSON RE: ISRA LETTER; TELEPHONE
                    CALL WITH D. RYAN RE: SAME; DRAFT
                    EMAILS TO SAME; TELEPHONE CALL WITH
                    D. RYAN AT NJDEP; TELEPHONE CALL
                    WITH NJDEP SECRETARY.

07/22/08 PF         TELEPHONE CALL WITH M. FELGER, ET      BKG115     0.30
                    AL. RE: CONSENT ORDER STATUS;
                    ASSEMBLED CONSENT ORDER.

07/31/08 SAB        E-MAILS TO PFONTAINE REGARDING ISRA    BKG115     0.20

        TOTAL REGULATORY COMPLIANCE                        61.70   $25607.00
```

*Fees and costs are due upon receipt of bill*




# COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                     Aug  7, 2008     PAGE  83
FILE NUMBER: 220718.000
INVOICE NO.: 599838

            TRAVEL

07/06/08 JNP    TRAVEL FROM WILMINGTON TO CHERRY     BKG116     0.90
                HILL AFTER MEETING WITH M. FELGER TO
                PREPARE FOR CONFIRMATION.

        TOTAL TRAVEL                                 0.90     $337.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008    PAGE  84
FILE NUMBER: 220718.000
INVOICE NO.: 599838

          TAX ISSUES

07/08/08 JNP   TELEPHONE CALL WITH O. KLEIN RE:      BKG123   0.20
               PENNSAUKEN TAX CLAIM.

07/15/08 JNP   READ/REPLY TO EMAILS FROM M. JACOBY   BKG123   0.10
               AND P. SORENSEN RE: PENNSAUKEN TAXES.

07/15/08 JNP   EMAIL FROM O. KLEIN RE: PENNSAUKEN    BKG123   0.10
               TAX PAYMENT.

07/16/08 JNP   CREATE SPREADSHEET OF PENNSYLVANIA    BKG123   0.20
               TAX CLAIMS RE: POTENTIAL SETTLEMENT
               WITH PENNSYLVANIA.

07/16/08 JNP   READ/REPLY TO EMAILS FROM M. FELGER   BKG123   0.10
               AND P. SORENSEN RE: PENNSAUKEN TAXES.

07/16/08 JNP   TELEPHONE CALL WITH C. KATSAOUNIS     BKG123   0.20
               RE: PENNSYLVANIA TAX CLAIMS.

07/17/08 JNP   READ/REPLY TO EMAIL FROM O. KLEIN     BKG123   0.10
               RE: PENNSAUKEN TAXES.

07/31/08 SAB   MULTIPLE E-MAILS REGARDING REAL       BKG123   0.30
               ESTATE TAX PAYMENTS

       TOTAL TAX ISSUES                               1.30   $540.00
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008    PAGE  85
FILE NUMBER: 220718.000
INVOICE NO.: 599838

                              ACTIVITY RECAP
             HOURS           AMOUNT

| | HOURS | AMOUNT |
|---|---|---|
| ASSET DISPOSTION | 1.20 | 480.00 |
| CASE ADMINISTRATION | 25.30 | 8,531.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 69.10 | 20,397.50 |
| FEE/EMPLOYMENT APPLICATIONS | 10.70 | 3,484.50 |
| FINANCING | 4.20 | 1,870.50 |
| PLAN AND DISCLOSURE STATEMENT | 252.40 | 110,777.50 |
| RELIEF FROM STAY PROCEEEDINGS | 27.90 | 11,947.50 |
| REGULATORY COMPLIANCE | 61.70 | 25,607.00 |
| TRAVEL | 0.90 | 337.50 |
| TAX ISSUES | 1.30 | 540.00 |
| TOTALS | 454.70 | 183,973.00 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

August 7, 2008

SHAPES/ARCH HOLDINGS

RE:  SHAPES/ARCH HOLDINGS/BANKRUPTCY
     OUR FILE NO.:  220718.000
     SUPERVISING ATTORNEY: SANDRA A. BLOCH

TOTAL AMOUNT OF INVOICE NO:  599838              $3,899.48

GRAND TOTAL DUE AS OF THE ABOVE DATE             $3,899.48

ᵛ ENCLOSED HEREWITH PLEASE FIND OUR STATEMENT FOR EXPENSES
INCURRED.  WE TRUST THE ENCLOSURES ARE TO YOUR SATISFACTION.
WE WOULD APPRECIATE YOUR PAYMENT OF THE AMOUNTS DUE AT THE
EARLIEST POSSIBLE TIME.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO
CONTACT ME.  WE ARE GRATEFUL FOR THIS OPPORTUNITY TO PROVIDE
SERVICE TO YOU.

VERY TRULY YOURS,

COZEN O'CONNOR

BY:  SANDRA A. BLOCH

ENC.

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:         599838
File/Matter No:  220718.000
Amount Due:      187,872.48

Please remit check payable to COZEN O'CONNOR to:

         W1385
         Cozen O'Connor
         P.O. Box 7777
         Philadelphia, PA 19175-0775

Please send wire transfers to:

         Account Name:    Cozen O'Connor Executive Account
         Account No:      2953925
         Bank Name:       Mellon Bank
         Bank ABA No:     031000037
         Bank Address:    1735 Market Street
              :           Philadelphia, PA 19103
         Swift Code*:     MELNUS3P
         * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                         Aug  7, 2008      PAGE    2
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

```
            09273.0001.000 SHAPES/ARCH HOLDINGS
            220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY

   DATE              EXPENSES INCURRED                    VALUE

04/03/08 WESTLAW RESEARCH WAXMAN,JEFFREY R 04/03/2008      44.55
05/06/08 WESTLAW RESEARCH POSLUSNY,JERROLD N 05/06/2008     3.75
05/12/08 MEALS - BUSINESS, KING WONG, JERROLD N.          19.42
         POSLUSNY, JR., CHERRY HILL, DEBBIE REYES FROM
         COZEN OCONNOR, WORKING DINNER, REF# ER00173286
05/15/08 WESTLAW RESEARCH POSLUSNY,JERROLD N 05/15/2008     0.43
05/19/08 FEDERAL EXPRESS Inv: 272457601 052608            10.07
05/20/08 FEDERAL EXPRESS Inv: 272635933 052608             8.53
05/20/08 FEDERAL EXPRESS Inv: 272635933 052608             8.53
05/20/08 FEDERAL EXPRESS Inv: 272635933 052608            18.17
05/20/08 FEDERAL EXPRESS Inv: 824654245 052708            33.41
05/20/08 FEDERAL EXPRESS Inv: 272635933 052608             8.53
05/20/08 FEDERAL EXPRESS Inv: 272635933 052608             7.35
05/20/08 FEDERAL EXPRESS Inv: 272635933 052608             8.53
05/20/08 FEDERAL EXPRESS Inv: 272635933 052608             7.35
05/20/08 FEDERAL EXPRESS Inv: 272635933 052608            19.93
05/20/08 FEDERAL EXPRESS Inv: 272635933 052608             8.53
05/21/08 WESTLAW RESEARCH POSLUSNY,JERROLD N 05/21/2008     4.42
05/22/08 MEALS - BUSINESS, PANERA, JERROLD N. POSLUSNY,   17.94
         JR., CHERRY HILL, DEBBIE REYES FROM COZEN
         OCONNOR, WORKING LUNCH, REF# ER00173286
05/22/08 FEDERAL EXPRESS Inv: 272635933 052608            11.41
05/22/08 FEDERAL EXPRESS Inv: 273707360 060208            18.75
05/22/08 FEDERAL EXPRESS Inv: 272635933 052608            10.89
05/22/08 FEDERAL EXPRESS Inv: 272635933 052608            10.20
05/22/08 FEDERAL EXPRESS Inv: 272635933 052608            10.20
05/22/08 FEDERAL EXPRESS Inv: 272635933 052608            10.20
05/22/08 FEDERAL EXPRESS Inv: 272635933 052608            10.20
05/22/08 FEDERAL EXPRESS Inv: 273707360 060208            18.75
05/22/08 FEDERAL EXPRESS Inv: 273707360 060208            18.75
05/23/08 PARKING/TOLLS, JERROLD N. POSLUSNY, JR., SELF,   11.00
         ATTEND HEARING, REF# ER00173286
05/23/08 PARKING/TOLLS, JERROLD N. POSLUSNY, JR., SELF,   11.00
         ATTEND HEARING, REF# ER00173286
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE   3
FILE NUMBER: 220718.000
INVOICE NO.: 599838

```
05/23/08  FEDERAL EXPRESS Inv: 273707360 060208            8.53
05/28/08  FEDERAL EXPRESS Inv: 273707360 060208            8.53
05/30/08  FEDERAL EXPRESS Inv: 274959308 060908           13.26
06/11/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/11/2008    1.35
06/13/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/13/2008    8.17
06/13/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/13/2008  104.90
06/16/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/16/2008    3.75
06/17/08  FEDERAL EXPRESS Inv: 277490934 062308            8.71
06/17/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/17/2008    0.59
06/23/08  FEDERAL EXPRESS Inv: 278651438 063008           11.57
06/23/08  FEDERAL EXPRESS Inv: 278651438 063008            8.72
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           20.20
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           12.08
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008            9.95
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008            7.52
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           16.75
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008            9.95
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           12.08
06/24/08  WESTLAW RESEARCH FRANKETHALER,DOUGLAS          435.74
          06/24/2008
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           22.78
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           12.08
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           12.08
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           12.08
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           12.08
06/25/08  FEDERAL EXPRESS Inv: 278651438 063008           11.15
06/25/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/25/2008    0.43
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708            7.52
06/27/08  FEDERAL EXPRESS Inv: 281074191 071408           20.12
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708           12.20
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708            8.72
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708            8.72
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708            7.52
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708            8.72
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708           12.20
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708            8.72
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708            8.72
07/01/08  SECRETARIAL OVERTIME 06/04/08 - MONICA L.       38.17
          BRICKLEY
07/01/08  LONG DISTANCE TELEPHONE 1 CALL 07/01             2.56
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE    4
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/01/08 MILEAGE (US), JERROLD N. POSLUSNY, JR., SELF,         7.02
         FROM CHERRY HILL, NJ TO CAMDEN, NJ, 12 MILES,
         01 JUL 2008, TRAVEL TO CAMDEN FOR SMITH STAY
         MOTION, REF# ER00176324
07/01/08 PARKING/TOLLS, JERROLD N. POSLUSNY, JR., SELF,       11.00
         TRAVEL TO CAMDEN FOR SMITH STAY MOTION, REF#
         ER00176324
07/02/08 LONG DISTANCE TELEPHONE 1 CALL 07/02                 0.64
07/02/08 LONG DISTANCE TELEPHONE 1 CALL 07/02                 6.40
07/02/08 LONG DISTANCE TELEPHONE 1 CALL 07/02                 3.20
07/02/08 LONG DISTANCE TELEPHONE 1 CALL 07/02                30.72
07/02/08 LONG DISTANCE TELEPHONE 1 CALL 07/02                16.64
07/03/08 DUPLICATING 121 COPIES 07/03                        24.20
07/03/08 FEDERAL EXPRESS Inv: 279841817 070708               10.94
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                7.52
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408               12.62
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408               12.08
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408               12.08
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408               12.08
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408               10.94
07/03/08 DUPLICATING 14 COPIES 07/03                          2.80
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408               10.43
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                7.52
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                7.52
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408               18.92
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                7.52
07/06/08 DUPLICATING 8 COPIES 07/06                           1.60
07/06/08 DUPLICATING 9 COPIES 07/06                           1.80
07/06/08 DUPLICATING 6 COPIES 07/06                           1.20
07/06/08 DUPLICATING 127 COPIES 07/06                        25.40
07/06/08 MILEAGE (US), JERROLD N. POSLUSNY, JR., SELF,       23.40
         FROM CHERRY HILL, NJ TO WILMINGTON, DE, 40
         MILES, 06 JUL 2008, MEETING IN WLLMINGTON WITH
         MARK FELGER, REF# ER00177071
07/06/08 DUPLICATING 11 COPIES 07/06                          2.20
07/06/08 MEALS - BUSINESS, FIVE GUYS, JEFFREY R. WAXMAN,     21.60
         WILMINGTON, MARK FELGER FROM COZEN O'CONNOR,
         JERRY POSLUSNY FROM COZEN O'CONNOR, JEFF WAXMAN
         FROM COZEN O'CONNOR, MARYANN MILLIS FROM COZEN
         O'CONNOR, WORK ON DIAMON GLASS AND PREPARATION
         FOR SHAPES CONFIRMATION HEARING, REF# ER00176591
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008      PAGE   5
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/06/08  PARKING/TOLLS, JERROLD N. POSLUSNY, JR., SELF,        3.00
          MEETING IN WLLMINGTON WITH MARK FELGER, REF#
          ER00177071
07/07/08  DUPLICATING 2 COPIES 07/07                            0.40
07/07/08  LONG DISTANCE TELEPHONE 1 CALL 07/07                 12.80
07/08/08  DUPLICATING 55 COPIES 07/08                          11.00
07/08/08  LONG DISTANCE TELEPHONE 1 CALL 07/08                  1.28
07/08/08  LONG DISTANCE TELEPHONE 1 CALL 07/08                  1.28
07/09/08  SPECIAL COPY PITNEY BOWES OFFSITE SERVICES INV#     299.96
          65720279 4/24/08 DATE SUMMARY INV. 12034777
          5/23/08
07/09/08  LONG DISTANCE TELEPHONE 1 CALL 07/09                 10.24
07/09/08  LONG DISTANCE TELEPHONE 1 CALL 07/09                  0.64
07/09/08  LONG DISTANCE TELEPHONE 1 CALL 07/09                  3.84
07/11/08  COURIER SERVICE  - DIGITAL LEGAL - INVOICE#         300.02
          45400 6/30/08
07/11/08  FEDERAL EXPRESS Inv: 282370707 072108                12.51
07/11/08  FILING FEES  - TREASURER, STATE OF NJ 7/11/08       300.00
          FILING FEE
07/11/08  DUPLICATING 4 COPIES 07/11                            0.80
07/11/08  LONG DISTANCE TELEPHONE 1 CALL 07/11                  1.28
07/15/08  DUPLICATING 69 COPIES 07/15                          13.80
07/15/08  LONG DISTANCE TELEPHONE 1 CALL 07/15                  3.84
07/16/08  LONG DISTANCE TELEPHONE 1 CALL 07/16                  5.76
07/16/08  LONG DISTANCE TELEPHONE 1 CALL 07/16                  3.84
07/16/08  LONG DISTANCE TELEPHONE 1 CALL 07/16                  2.56
07/16/08  LONG DISTANCE TELEPHONE 1 CALL 07/16                  1.28
07/16/08  LONG DISTANCE TELEPHONE 1 CALL 07/16                 13.44
07/16/08  DUPLICATING 2 COPIES 07/16                            0.40
07/17/08  LONG DISTANCE TELEPHONE 1 CALL 07/17                  1.92
07/17/08  DUPLICATING 30 COPIES 07/17                           6.00
07/17/08  LONG DISTANCE TELEPHONE 1 CALL 07/17                 44.80
07/17/08  LONG DISTANCE TELEPHONE 1 CALL 07/17                 13.44
07/19/08  LONG DISTANCE TELEPHONE 1 CALL 07/19                  1.28
07/21/08  DUPLICATING 8 COPIES 07/21                            1.60
07/21/08  DUPLICATING 544 COPIES 07/21                        108.80
07/21/08  DUPLICATING 112 COPIES 07/21                         22.40
07/21/08  DUPLICATING 29 COPIES 07/21                           5.80
07/21/08  DUPLICATING 110 COPIES 07/21                         22.00
07/21/08  DUPLICATING 31 COPIES 07/21                           6.20
07/21/08  DUPLICATING 429 COPIES 07/21                         85.80
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE   6
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/21/08 LONG DISTANCE TELEPHONE 1 CALL 07/21         3.20
07/21/08 DUPLICATING 14 COPIES 07/21                  2.80
07/21/08 DUPLICATING 1 COPIES 07/21                   0.20
07/21/08 DUPLICATING 3 COPIES 07/21                   0.60
07/21/08 DUPLICATING 29 COPIES 07/21                  5.80
07/22/08 SECRETARIAL OVERTIME 06/17/08 - MONICA L.   95.42
         BRICKLEY
07/22/08 SECRETARIAL OVERTIME 06/18/08 - MONICA L.   83.63
         BRICKLEY
07/22/08 SECRETARIAL OVERTIME 06/19/08 - MONICA L.  167.25
         BRICKLEY
07/22/08 LONG DISTANCE TELEPHONE 1 CALL 07/22         1.28
07/22/08 DUPLICATING 40 COPIES 07/22                  8.00
07/22/08 SECRETARIAL OVERTIME 06/16/08 - MONICA L.   38.17
         BRICKLEY
07/22/08 DUPLICATING 16 COPIES 07/22                  3.20
07/22/08 TIPS, JERROLD N. POSLUSNY, JR., TRAVEL TO    2.00
         BANKRUPTCY COURT IN CAMDEN FOR CONFIRMATION
         HEARING, REF# ER00178238
07/22/08 DUPLICATING 274 COPIES 07/22                54.80
07/22/08 DUPLICATING 110 COPIES 07/22                22.00
07/22/08 DUPLICATING 996 COPIES 07/22               199.20
07/22/08 MILEAGE (US), JERROLD N. POSLUSNY, JR., SELF, 7.02
         FROM CHERRY HILL TO CAMDEN, 12 MILES, 22 JUL
         2008, TRAVEL TO BANKRUPTCY COURT IN CAMDEN FOR
         CONFIRMATION HEARING, REF# ER00178238
07/22/08 PARKING/TOLLS, JERROLD N. POSLUSNY, JR., SELF, 9.00
         TRAVEL TO BANKRUPTCY COURT IN CAMDEN FOR
         CONFIRMATION HEARING, REF# ER00178238
07/23/08 DUPLICATING 4 COPIES 07/23                   0.80
07/23/08 LUNCHEON MEETING  - SATISFARE - BREAKFAST   25.68
         MEETING ATTENDED BY J. POSLUSNY, M. FELGER, S.
         GRABILL AND M. JACOBY 7/24/08 CC 74642
07/23/08 DUPLICATING 3 COPIES 07/23                   0.60
07/23/08 DUPLICATING 8 COPIES 07/23                   1.60
07/24/08 LONG DISTANCE TELEPHONE 1 CALL 07/24         6.40
07/24/08 LONG DISTANCE TELEPHONE 1 CALL 07/24         1.28
07/24/08 FAX CHARGES 2 PAGE(S) 07/24                  2.00
07/24/08 DUPLICATING 1 COPIES 07/24                   0.20
07/25/08 COURIER SERVICE  - ROAD RUNNER COURIER SERVICES 91.00
         - INVOICE# 450625 7/21/08 CC 27056
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE    7
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/25/08 LONG DISTANCE TELEPHONE 1 CALL 07/25           3.20
07/28/08 DUPLICATING 2 COPIES 07/28                     0.40
07/29/08 DUPLICATING 1 COPIES 07/29                     0.20
07/29/08 DUPLICATING 31 COPIES 07/29                    6.20
07/29/08 DUPLICATING 1 COPIES 07/29                     0.20
07/30/08 DUPLICATING 2 COPIES 07/30                     0.40
07/30/08 FAX CHARGES 3 PAGE(S) 07/30                    3.00
07/31/08 SPECIAL COPY 07/30/08 - CC63554 - BENSALEM    25.00
         TOWNSHIP - COPY OF CERTIFICATE OF OCCUPANCY
07/31/08 LONG DISTANCE TELEPHONE 1 CALL 07/31           3.84
07/31/08 SPECIAL COPY 07/30/08 - CC63555 - BENSALEM    80.00
         TOWNSHIP -  COPY OF ZONING CERTIFICATE

         EXPENSES INCURRED.......................    $3,899.48


         INVOICE TOTAL                               $3,899.48


    GRAND TOTAL DUE COZEN O'CONNOR
       AS OF THE ABOVE DATE                          $3,899.48
```

*Fees and costs are due upon receipt of bill*

## EXHIBIT "C"

### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research | 608.08 |
| b) Facsimile (with rates)<br>   No. of Pages _5_____   Rate per Page _$1.00__ (Max. $1.00/pg.) | 5.00 |
| c) Long Distance Telephone | 202.88 |
| d) In-House Reproduction<br>   No. of Pages _3,257__ Rate per Page ___.20_____ (Max. .20¢pg.) | 651.40 |
| e) Outside Reproduction | 404.96 |
| f) Outside Research<br><br>   _____<br>   _____<br>   _____ | |
| g) Filing/Court Fees | 300.00 |
| h) Court Reporting | |
| i) Travel | 141.40 |
| j) Courier & Express Carriers (e.g. Federal Express) | 391.02 |
| k) Postage | 744.42 |
| l) Other (Explain)<br><br>        Luncheon Meeting | 25.68 |
|         Miscellaneous | 2.00 |
|         Secretarial Overtime | 422.64 |
| DISBURSEMENT TOTAL: | $3,899.48 |