UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ATTORNEY FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: | APPLICANT:<br>Halperin Battaglia Raicht, LLP |
| SHAPES/ARCH HOLDINGS L.L.C., *et al*. | |
| CASE NO.: 08-14631 (GMB) | CLIENT: Official Committee of Unsecured Creditors |
| CHAPTER: 11 | CASES FILED: March 16, 2008 |

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  <u>RETENTION ORDER ATTACHED</u>.

<u>/s/ Alan D. Halperin</u>          <u>8/7/08</u><br>
ALAN D. HALPERIN          Date

**SECTION I**
**FEE SUMMARY**

Fourth Monthly Fee Statement Covering the Period
July 1, 2008 through July 31, 2008

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $302,816.63 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer (if applicable): | N/A |
| Total Holdback (if applicable): | $59,039.30 |
| Total Received by Applicant: | $204,325.49 |

|    | Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|----|--------------------------------|---------------|-------|------|-----|
| 1. | Alan D. Halperin, Partner | 1991 | 96.90 | $435.00 | $42,151.50 |
| 2. | Christopher J. Battaglia, Partner | 1997 | 0.20 | $385.00 | $77.00 |
| 3. | Walter Benzija, Partner | 1996 | 0.40 | $370.00 | $148.00 |
| 4. | Donna H. Lieberman, Of Counsel | 1984 | 75.60 | $350.00 | $26,460.00 |
| 5. | Ethan D. Ganc, Associate | 2001 | 11.20 | $280.00 | $3,136.00 |
| 6. | Carrie E. Mitchell, Associate | 2005 | 13.10 | $225.00 | $2,947.50 |
| 7. | Monique A. Minto – Gonzalez, Paralegal | N/A | 2.50 | $100.00 | $250.00 |
| 8. | Jeffrey B. Moore, Paralegal | N/A | 3.50 | $95.00 | $332.50 |
| 9. | Mary M. Charles – Kennedy, Paralegal | N/A | 2.80 | $75.00 | $210.00 |
|    | TOTALS |  | 206.20 |  | $75,712.50 |

FEE TOTALS (Page 3) $75,712.50
DISBURSEMENTS TOTALS (Page 4) $776.45
TOTAL FEE APPLICATION $76,488.95

# SECTION II
# SUMMARY OF SERVICES

| Services Rendered | | Hours | Fee |
|---|---|---:|---:|
| (a) | Claims Review & Analysis | 12.00 | $4,394.00 |
| (b) | Fee Application | 0.60 | $172.50 |
| (c) | Financing | 2.00 | $853.00 |
| (d) | General | 45.70 | $14,540.50 |
| (e) | Meetings & Hearings | 31.00 | $12,954.00 |
| (f) | Motions & Applications | 16.60 | $5,316.00 |
| (g) | Plan & Disclosure Statement | 89.20 | $34,934.50 |
| (h) | Pleadings | 9.10 | $2,548.00 |
| SERVICES TOTALS | | 206.20 | $75,712.50 |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Disbursements | | Amount |
|---|---|---|
| (a) Photocopying: No. of Pages: 1,060    Rate per Page:  $.20 | | $212.00 |
| (b) Long Distance Telephone | | $16.93 |
| (c) Travel Rail | $449.00 | $449.00 |
| (d) Other (explain): Conference Call Services    Meal | $85.57 $12.95 | $98.52 |
| DISBURSEMENT TOTAL | | $776.45 |

## SECTION IV
## CASE HISTORY

(NOTE: Items (3) through (6) are not applicable to applications under 11 U.S.C. § 506)

(1)  Date cases filed: March 16, 2008

(2)  Chapter under which cases commenced: Chapter 11

(3)  Date of retention: Order signed April 25, 2008, effective March 31, 2008
     **See Exhibit A.**
     If limit on number of hours or other limitations to retention, set forth: N/A

(4)  Summarize in brief the benefits to the estate and attach supplements as needed:

   (a)  Meetings and telephone conferences with Committee members/co-counsel and professionals, Debtors' counsel, Arch Acquisition I, LLC and its counsel, and other parties regarding the cases, the Debtors' proposed plan of reorganization, labor, environmental and claims issues, and funding cap;

   (b)  Reviewed and revised documents, including confirmation order and plan modification;

   (c)  Reviewed, analyzed and followed up with Debtors' counsel regarding motions and confirmation objections by creditors;

   (d)  Reviewed administrative claims register, Debtors' claims objections and responses to objections;

   (e)  Reviewed final voting results;

   (f)  Drafted numerous memos and updates for the Committee.

   **INVOICES ITEMIZING SERVICES RENDERED AND OUT-OF-POCKET EXPENSES INCURRED ARE ATTACHED AS EXHIBITS "B" AND "C", RESPECTIVELY.**

(5)  Anticipated distribution to creditors:

   (a)  Administration expense: Unknown at this time.

   (b)  Secured creditors: Unknown at this time.

   (c)  Priority creditors: Unknown at this time.

   (d)  General unsecured creditors: Unknown at this time.

(6)  Final disposition of cases and percentage of dividend paid to creditors (if applicable): This is a fourth monthly fee statement. Final dividend percentages are unknown at this time.