# EXHIBIT B

8/7/2008
12:59 PM

Halperin Battaglia Raicht, LLP

Listing

Page      1

---

## Selection Criteria

| | |
|---|---|
| Slip.Date | 7/1/2008 - 7/31/2008 |
| Clie.Selection | Include: Shapes-CC |
| Slip.Slip Type | Time |

---

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 178484<br>7/1/2008<br>WIP<br>Email regarding plan revision and 1129 documents.<br>(.1) ; Placed call to H. Konicov regarding budget, cap.<br>(.2) ; Exchange of emails regarding updated status.<br>(.4) | TIME | DHL<br>General<br>Shapes-CC | 0.70 | 350.00 | 245.00 |
| 178017<br>7/1/2008<br>WIP<br>Emails with A. Brody, M. Felger and I. Volkov<br>regarding plan and confirmation issues. (.5) ; Emails<br>with Committee professionals regarding plan process<br>and tasks requiring review, and follow-up. (.4) ;<br>Discuss plan issues with A. Brody. (.4) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.30 | 435.00 | 565.50 |
| 178018<br>7/1/2008<br>WIP<br>Review claim and cap analysis, and follow-up. | TIME | ADH<br>Claims Review & Analysis<br>Shapes-CC | 0.80 | 435.00 | 348.00 |
| 178019<br>7/1/2008<br>WIP<br>Email to Committee with update on status. (.4) ;<br>Respond to creditor inquiries. (.8) | TIME | ADH<br>General<br>Shapes-CC | 1.20 | 435.00 | 522.00 |
| 178020<br>7/1/2008<br>WIP<br>Review and comment on J. H. Cohn report. | TIME | ADH<br>Financing<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 179276<br>7/1/2008<br>WIP<br>Review documents. | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 0.90 | 350.00 | 315.00 |
| 178016<br>7/1/2008<br>WIP<br>Extensive review of documents and pleadings. | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 1.40 | 435.00 | 609.00 |
| 178481<br>7/1/2008<br>WIP<br>Meetings with E. Ganc regarding stipulations. (.8) ;<br>Email to C. Mitchell regarding July 8th hearings. (.1) ;<br>Emails to M. Felger and J. Poslusny regarding<br>stipulations, plan. (.2) ; Review of documents. (1.0) | TIME | DHL<br>General<br>Shapes-CC | 2.10 | 350.00 | 735.00 |
| 178818<br>7/1/2008<br>WIP<br>Review proposed PPG stipulation and De Lage | TIME | EDG<br>Pleadings<br>Shapes-CC | 5.10 | 280.00 | 1428.00 |

8/7/2008
12:59 PM

Halperin Battaglia Raicht, LLP

Listing

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| stipulations and make comments to same. (1.8) ; Multiple office conferences with D. Lieberman regarding same. (.8) ; Draft email to Debtor's counsel outlining issues with same. (.5) ; Review miscellaneous pleadings, including notices of appearance, requests for payment of administrative claims objections to confirmation of plan. (.2.0) | | | | |
| 177517<br>7/1/2008                TIME<br>WIP<br>Review ECF and alert E. Ganc. (.2) ; Prepare for 7/08 hearing. (1.7) | CEM<br>Motions&Applications<br>Shapes-CC | 1.90 | 225.00 | 427.50 |
| 178489<br>7/2/2008                TIME<br>WIP<br>Office conferences with A. Halperin regarding plan and confirmation issues. (.7) ; Conference call with A. Halperin, I. Volkov, H. Konicov regarding cap, confirmation. (.7) ; Email to A. Brody regarding settlements. (.1) ; Email to Epiq regarding administrative claims. (.1) ; Review of H. Konicov memo. (.1) | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 1.70 | 350.00 | 595.00 |
| 178490<br>7/2/2008                TIME<br>WIP<br>Review of objections to 1129 and cure amounts. (1.0) ; Review of motions for administrative claims. (.2) ; Exchange of emails with B. Gallerie regarding administrative claims. (.2) | DHL<br>General<br>Shapes-CC | 1.40 | 350.00 | 490.00 |
| 179277<br>7/2/2008                TIME<br>WIP<br>Prepare for, and participate in, Committee professionals call. | DHL<br>Meetings & Hearings<br>Shapes-CC | 1.10 | 350.00 | 385.00 |
| 178027<br>7/2/2008                TIME<br>WIP<br>Prepare for, and participate in, Committee professionals call. | ADH<br>Meetings & Hearings<br>Shapes-CC | 1.10 | 435.00 | 478.50 |
| 178026<br>7/2/2008                TIME<br>WIP<br>Emails and telephone calls with A. Brody regarding case and plan issues. (.4) ; Telephone calls with creditors regarding case status, issues and confirmation. (.8) ; Office conferences with D. Lieberman regarding plan and confirmation issues. (.7) ; Follow-up due diligence. (.9) ; Telephone conference with D. Lieberman and I. Volkov regarding cap, confirmation, and related issues. (.7) ; Emails with M. Felger regarding confirmation issues. (.5) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 4.00 | 435.00 | 1740.00 |
| 177519<br>7/2/2008                TIME<br>WIP<br>Assist D. Lieberman in preparation for hearing. | CEM<br>Meetings & Hearings<br>Shapes-CC | 1.70 | 225.00 | 382.50 |

8/7/2008                                                    Halperin Battaglia Raicht, LLP
12:59 PM                                                    Listing                                    Page      3

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 177518<br>7/2/2008<br>WIP<br>Review ECF and alert E. Ganc. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 178819<br>7/2/2008<br>WIP<br>Attention to various issues regarding De Lage motion, Direct Generator Defendants motion, and other matters. (2.8) ; Review notices of transfer of claim and calls to creditors. (1.1) | TIME | EDG<br>Pleadings<br>Shapes-CC | 3.90 | 280.00 | 1092.00 |
| 178491<br>7/3/2008<br>WIP<br>Conference call with J. H. Cohn and A. Halperin regarding plan issues. (.8) ; Conference call with A. Halperin and Committee professionals regarding plan. (1.2) ; Memo regarding Committee professionals fees. (.2) ; Emails to I. Volkov regarding documents, hearing. (.2) ; Meeting with A. Halperin to discuss declarations. (.3) | TIME | DHL<br>General<br>Shapes-CC | 2.70 | 350.00 | 945.00 |
| 178037<br>7/3/2008<br>WIP<br>Follow-up with Committee members regarding expense reimbursement. | TIME | ADH<br>General<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 178036<br>7/3/2008<br>WIP<br>Review certification of no objections. | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 0.10 | 435.00 | 43.50 |
| 178035<br>7/3/2008<br>WIP<br>Emails with case professionals regarding plan issues, estimates, negotiations, etc. (.9) ; Call with Committee and Debtor professionals regarding cap calculations, and other plan issues. (.4) ; Call with Committee professionals regarding plan issues. (.8) ; Preliminary review of declarations in support of confirmation, and follow-up with D. Lieberman. (.8) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 2.90 | 435.00 | 1261.50 |
| 178824<br>7/3/2008<br>WIP<br>Read and review email from Committee member regarding expenses and forward same to A. Halperin. | TIME | EDG<br>Pleadings<br>Shapes-CC | 0.10 | 280.00 | 28.00 |
| 177516<br>7/3/2008<br>WIP<br>Preparation of documents for attorney review. | TIME | MCK<br>General<br>Shapes-CC | 0.90 | 75.00 | 67.50 |
| 177520<br>7/3/2008<br>WIP<br>Review ECF and alert E. Ganc. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |

8/7/2008                                    Halperin Battaglia Raicht, LLP
12:59 PM                                              Listing                                          Page      4

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 179278<br>7/3/2008<br>WIP<br>Conference call with D. Lieberman and J. H. Cohn<br>regarding confirmation issues. | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.80 | 435.00 | 348.00 |
| 178038<br>7/4/2008<br>WIP<br>Review documents and pleadings. (1.1) ; Respond to<br>inquiries of Committee members. (.3) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.40 | 435.00 | 609.00 |
| 177521<br>7/7/2008<br>WIP<br>Review ECF and alert E. Ganc. (.2) ; Review docket for<br>documents filed today and advise A. Halperin, D.<br>Lieberman of hearing adjournment. (.2) | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.40 | 225.00 | 90.00 |
| 178495<br>7/7/2008<br>WIP<br>Exchange of emails regarding environmental<br>negotiations and adjournment of hearing. | TIME | DHL<br>Claims Review & Analysis<br>Shapes-CC | 0.30 | 350.00 | 105.00 |
| 179279<br>7/7/2008<br>WIP<br>Attention to preparation of bill, and office conference<br>with J. Moore regarding same. | TIME | DHL<br>General<br>Shapes-CC | 0.30 | 350.00 | 105.00 |
| 177529<br>7/7/2008<br>WIP<br>Begin preparation of monthly fee statement. (1.0) ;<br>Conferences with D. Lieberman regarding same. (.2) | TIME | JBM<br>General<br>Shapes-CC | 1.20 | 95.00 | 114.00 |
| 178039<br>7/7/2008<br>WIP<br>Emails with M. Felger and A. Brody regarding<br>negotiations over various claims and plan interplay.<br>(.5) ; Emails and telephone calls with Committee<br>members regarding asme. (.7) | TIME | ADH<br>Claims Review & Analysis<br>Shapes-CC | 1.20 | 435.00 | 522.00 |
| 178040<br>7/7/2008<br>WIP<br>Analysis of consolidation under plan, and follow-up<br>with other Committee professionals regarding same. | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 177522<br>7/7/2008<br>WIP<br>Telephone call with multiple claimants regarding<br>transfer of claim. (.9) ; Memo to E. Ganc regarding<br>same. (.3) | TIME | CEM<br>Claims Review & Analysis<br>Shapes-CC | 1.20 | 225.00 | 270.00 |
| 178498<br>7/8/2008<br>WIP<br>Review and revision to proposed 1129 order. | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 1.00 | 350.00 | 350.00 |

8/7/2008                                              Halperin Battaglia Raicht, LLP
12:59 PM                                                        Listing                                          Page        5

| Slip ID Dates and Time Status Description | | Attorney Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 178501 7/8/2008 WIP Review and respond to A. Halperin and J. H. Cohn questions regarding plan and related issues. | TIME | DHL Plan&Disclosure Statement Shapes-CC | 0.70 | 350.00 | 245.00 |
| 179283 7/8/2008 WIP Brief office conference with C. Mitchell regarding ECF filings. | TIME | DHL Motions&Applications Shapes-CC | 0.10 | 350.00 | 35.00 |
| 179282 7/8/2008 WIP Review of time and drafting of fee report. (.8) ; Discuss same with J. Moore. (.1) | TIME | DHL General Shapes-CC | 0.90 | 350.00 | 315.00 |
| 178044 7/8/2008 WIP Commence review of confirmation order. (.9) ; Follow-up on plan analysis to respond to Committee questions. (.8) ; Review plan documents. (.8) ; Follow-up on hearing adjournment. (.1) | TIME | ADH Plan&Disclosure Statement Shapes-CC | 2.60 | 435.00 | 1131.00 |
| 179281 7/8/2008 WIP Placed call to A. Brody regarding environmental issues. (.3) ; Memo to Committee. (.2) | TIME | DHL Claims Review & Analysis Shapes-CC | 0.50 | 350.00 | 175.00 |
| 178046 7/8/2008 WIP Draft email update for the Committee, and discuss same with D. Lieberman. (.5) ; Respond to creditor inquiries. (.5) | TIME | ADH General Shapes-CC | 1.00 | 435.00 | 435.00 |
| 178045 7/8/2008 WIP Follow-up on estimates for claims. | TIME | ADH Claims Review & Analysis Shapes-CC | 0.20 | 435.00 | 87.00 |
| 177528 7/8/2008 WIP Review ECF, alert A. Halperin, D. Lieberman and E. Ganc regarding same. | TIME | CEM Motions&Applications Shapes-CC | 0.20 | 225.00 | 45.00 |
| 177530 7/8/2008 WIP Continued preparation of monthly fee statement. (1.0) ; Conference with D. Lieberman regarding same. (.1) ; Finalize and email statement to counsel for service and filing. (1.2) | TIME | JBM General Shapes-CC | 2.30 | 95.00 | 218.50 |
| 179280 7/8/2008 WIP Emails with C. Mitchell regarding hearing adjournment. | TIME | DHL Meetings & Hearings Shapes-CC | 0.10 | 350.00 | 35.00 |

8/7/2008
12:59 PM

Halperin Battaglia Raicht, LLP

Listing

| Slip ID Dates and Time Status Description | | Attorney Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 177523 7/9/2008 WIP Review ECf, alert A. Halperin, D. Lieberman and E. Ganc. | TIME | CEM Motions&Applications Shapes-CC | 0.20 | 225.00 | 45.00 |
| 178828 7/9/2008 WIP Office conference with D. Lieberman regarding adjournment of confirmation hearing and other matters. (.2) ; Office conference with C. Mitchell regarding calls to parties where notice of transfer of claim was filed. (.1) | TIME | EDG Meetings & Hearings Shapes-CC | 0.30 | 280.00 | 84.00 |
| 177524 7/9/2008 WIP Office conference with E. Ganc regarding follow-up to claims calls. | TIME | CEM Claims Review & Analysis Shapes-CC | 0.20 | 225.00 | 45.00 |
| 178052 7/9/2008 WIP Emails with Committee members regarding confirmation, plan and related issues. (.8) ; Follow-up on plan note. (.5) ; Emails with M. Felger regarding update. (.2) ; Review and comment on confirmation order, and follow-up with D. Lieberman. (1.3) ; Discussions with D. Lieberman regarding plan note. (.4) | TIME | ADH Plan&Disclosure Statement Shapes-CC | 3.20 | 435.00 | 1392.00 |
| 178503 7/9/2008 WIP Placed call to I. Schwartzbaum regarding claims objections, preferences. (.1) ; Meeting with A. Halperin regarding above. (.5) ; Email to I. Schwartzbaum regarding same. (.1) | TIME | DHL Claims Review & Analysis Shapes-CC | 0.70 | 350.00 | 245.00 |
| 178054 7/9/2008 WIP Review issues relating to claims issues with D. Lieberman, and emails with Debtors' and HIG's counsel regarding asme. | TIME | ADH Claims Review & Analysis Shapes-CC | 1.00 | 435.00 | 435.00 |
| 178053 7/9/2008 WIP Follow-up on certificates of no objection. | TIME | ADH Motions&Applications Shapes-CC | 0.10 | 435.00 | 43.50 |
| 179294 7/9/2008 WIP Drafting of plan note. (2.3) ; Discuss same with A. Halperin. (.4) ; Exchange of emails regarding 1129 order. (.2) | TIME | DHL Plan&Disclosure Statement Shapes-CC | 2.90 | 350.00 | 1015.00 |
| 177642 7/9/2008 WIP Preparation of documents and arrangements for court appearance. | TIME | MAMG General Shapes-CC | 0.40 | 100.00 | 40.00 |

8/7/2008                                        Halperin Battaglia Raicht, LLP
12:59 PM                                        Listing                                        Page        7

| Slip ID | | Attorney | | | |
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 178507 | TIME | DHL | 0.80 | 350.00 | 280.00 |
| 7/9/2008 | | Plan&Disclosure Statement | | | |
| WIP | | Shapes-CC | | | |
| Meeting with A. Halperin regarding 1129 order. (.6) ; Email to group with comments. (.2) | | | | | |
| 178837 | TIME | EDG | 0.30 | 280.00 | 84.00 |
| 7/10/2008 | | Claims Review & Analysis | | | |
| WIP | | Shapes-CC | | | |
| Read and review email from Debtor's counsel regarding possible adjournment of Glencore's claims objection. (.1) ; Office conference with D. Lieberman regarding same. (.1) ; Draft response to Debtor's counsel regarding same. (.1) | | | | | |
| 178058 | TIME | ADH | 0.10 | 435.00 | 43.50 |
| 7/10/2008 | | Claims Review & Analysis | | | |
| WIP | | Shapes-CC | | | |
| Emails with A. Brody regarding claims negotiations. | | | | | |
| 178057 | TIME | ADH | 0.90 | 435.00 | 391.50 |
| 7/10/2008 | | Plan&Disclosure Statement | | | |
| WIP | | Shapes-CC | | | |
| Emails with D. Lieberman regarding pleadings and case issues, developments and claims all relating to plan process. (.5) ; Follow-up regarding same. (.4) | | | | | |
| 179292 | TIME | DHL | 0.40 | 350.00 | 140.00 |
| 7/10/2008 | | Claims Review & Analysis | | | |
| WIP | | Shapes-CC | | | |
| Follow-up with A. Halperin regarding claims issues. | | | | | |
| 179293 | TIME | DHL | 0.30 | 350.00 | 105.00 |
| 7/10/2008 | | Meetings & Hearings | | | |
| WIP | | Shapes-CC | | | |
| Discuss adjournment and issues to be addressed and claims hearings with E. Ganc. | | | | | |
| 177643 | TIME | MAMG | 0.40 | 100.00 | 40.00 |
| 7/10/2008 | | General | | | |
| WIP | | Shapes-CC | | | |
| Preparation of travel arrangements for court appearance. | | | | | |
| 178509 | TIME | DHL | 0.40 | 350.00 | 140.00 |
| 7/10/2008 | | Plan&Disclosure Statement | | | |
| WIP | | Shapes-CC | | | |
| Exchange of emails regarding confirmation with J. H. Cohn. (.2) ; Emails to A. Halperin and I. Volkov regarding plan note. (.1) ; Email to M. Felger regarding timing of filings. (.1) | | | | | |
| 177525 | TIME | CEM | 0.20 | 225.00 | 45.00 |
| 7/10/2008 | | Motions&Applications | | | |
| WIP | | Shapes-CC | | | |
| Review ECF, alert A. Halperin, D. Lieberman and E. Ganc regarding same. | | | | | |
| 178511 | TIME | DHL | 2.20 | 350.00 | 770.00 |
| 7/11/2008 | | Plan&Disclosure Statement | | | |
| WIP | | Shapes-CC | | | |
| Further review of plan note. (.8) ; Emails with plan note to group, J. H. Cohn. (.2) ; Exchange of emails with A. Brody regarding 1129, negotiations. (.2) ; Review of revised cap analysis. (.2) ; Placed call to I. Schwartzbaum regarding cap, closing date, claims, DIP availability. (.3) ; Follow-up regarding same. (.5) | | | | | |

8/7/2008                                    Halperin Battaglia Raicht, LLP
12:59 PM                                                  Listing                                    Page        8

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 178838<br>7/11/2008<br>WIP<br>Read and review proposed consent order resolving<br>PPG's motion for payment of administrative expenses.<br>(.3) ; Office conference with D. Lieberman regarding<br>same. (.1) ; Draft email to Debtor's counsel regarding<br>same. (.1) ; Draft email to Debtor's counsel regarding<br>Sheehan stay relief motion. (.1) ; Review response.<br>(.1) | TIME | EDG<br>Motions&Applications<br>Shapes-CC | 0.70 | 280.00 | 196.00 |
| 178513<br>7/11/2008<br>WIP<br>Meeting with A. Halperin regarding 1129 issues. | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 1.20 | 350.00 | 420.00 |
| 179284<br>7/11/2008<br>WIP<br>Brief office conference with E. Ganc regarding motion<br>to compel administrative payment, and brief review of<br>same. | TIME | DHL<br>Motions&Applications<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 177644<br>7/11/2008<br>WIP<br>Preparation of documents and arrangements for court<br>appearance. | TIME | MAMG<br>General<br>Shapes-CC | 0.40 | 100.00 | 40.00 |
| 178062<br>7/11/2008<br>WIP<br>Office conferences with D. Lieberman regarding<br>claims, objections, settlements, hearings, open plan<br>issues, confirmation order and other issues. (1.0) ;<br>Telephone conference with A. Brody regarding status.<br>(.3) ; Review documents and pleadings. (1.7) ; Email<br>update to the Committee. (.5) | TIME | ADH<br>General<br>Shapes-CC | 3.50 | 435.00 | 1522.50 |
| 178063<br>7/11/2008<br>WIP<br>Attention to cap calculations. (.6) ; Emails with Debtor<br>and HIG counsel regarding call and status, and<br>follow-up call with A. Brody regarding same. (.4) ;<br>Emails to Committee regarding same. (.7) ; Review<br>mark-up to confirmation order, and preliminary<br>discussion with D. Lieberman. (.5) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 2.20 | 435.00 | 957.00 |
| 178064<br>7/11/2008<br>WIP<br>Review financial issues and data, and emails with H.<br>Konicov regarding same. | TIME | ADH<br>Financing<br>Shapes-CC | 0.70 | 435.00 | 304.50 |
| 177526<br>7/11/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E.<br>Ganc. (.2) ; Office conference with D. Lieberman<br>regarding various motions filed. (.2) | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.40 | 225.00 | 90.00 |
| 178514<br>7/13/2008<br>WIP<br>Review of A. Brody comments to my revised 1129<br>order. (.5) ; Email to A. Halperin and I. Volkov | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 1.70 | 350.00 | 595.00 |

Halperin Battaglia Raicht, LLP
Listing

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| regarding his comments. (.3) ; Email regarding claims settlement issue. (.1) ; Office conference with A. Halperin regarding confirmation order and hearing/plan issues. (.8) | | | | |
| 178070<br>7/13/2008<br>WIP<br>Emails with Debtors' and HIG's counsel regarding call. | TIME<br><br>ADH<br>Meetings & Hearings<br>Shapes-CC | 0.20 | 435.00 | 87.00 |
| 178071<br>7/13/2008<br>WIP<br>Review comments to confirmation order. (.5) ; Review D. Lieberman email regarding order, and meet with D. Lieberman to go over comments, impact and related plan issues. (.8) | TIME<br><br>ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.30 | 435.00 | 565.50 |
| 178072<br>7/14/2008<br>WIP<br>Prepare for, and participate in, all hands professionals call to review status of claims and progress toward plan confirmation. (1.0) ; Extensive emails and telephone calls with Committee members regarding same and status. (1.3) ; Review of agenda for hearing. (.2) | TIME<br><br>ADH<br>Meetings & Hearings<br>Shapes-CC | 2.50 | 435.00 | 1087.50 |
| 179054<br>7/14/2008<br>WIP<br>Preparation of documents for attorney review. | TIME<br><br>MCK<br>General<br>Shapes-CC | 0.20 | 75.00 | 15.00 |
| 177527<br>7/14/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E. Ganc. (.2) ; Office conference with D. Lieberman regarding various motions filed. (.2) | TIME<br><br>CEM<br>Motions&Applications<br>Shapes-CC | 0.40 | 225.00 | 90.00 |
| 178074<br>7/14/2008<br>WIP<br>Respond to creditor inquiries, and review pleadings filed on the docket. | TIME<br><br>ADH<br>General<br>Shapes-CC | 0.90 | 435.00 | 391.50 |
| 178073<br>7/14/2008<br>WIP<br>Emails with Debtors and HIG's counsel regarding plan modification and other dosc we have not yet seen or seen revised. (.3) ; Brief review of objections. (.8) ; Office conferences with D. Lieberman regarding documents, revisions, and related open issues. (.8) ; Emails with A. Brody regarding confirmation issues. (.3) ; Follow-up regarding same. (.6) | TIME<br><br>ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 2.80 | 435.00 | 1218.00 |
| 178516<br>7/14/2008<br>WIP<br>Placed call to I. Volkov regarding status of negotiations, documents. (.2) ; Emails to A. Halperin, H. Konicov. (.1) ; Email to group regarding open documents. (.1) ; All hands professionals call. (1.0) ; Meetings with A. Halperin to go over new developments, plan issues, strategy, etc. (.8) | TIME<br><br>DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 2.20 | 350.00 | 770.00 |

8/7/2008                                                 Halperin Battaglia Raicht, LLP
12:59 PM                                                          Listing                                                    Page      10

| Slip ID | Attorney | | | |
| Dates and Time | Activity | | | |
| Status | Client | | | |
| Description | Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 179285 | TIME | DHL | 0.20 | 350.00 | 70.00 |
| 7/14/2008 | | Motions&Applications | | | |
| WIP | | Shapes-CC | | | |
| Brief office conference with C. Mitchell regarding motions filed. | | | | | |
| 179291 | TIME | DHL | 0.80 | 350.00 | 280.00 |
| 7/15/2008 | | General | | | |
| WIP | | Shapes-CC | | | |
| Discuss J. H. Cohn flash report and implications with A. Halperin. (.2) ; Discuss budget and related issues with H. Konicov and A. Halperin. (.6) | | | | | |
| 178517 | TIME | DHL | 0.30 | 350.00 | 105.00 |
| 7/15/2008 | | Plan&Disclosure Statement | | | |
| WIP | | Shapes-CC | | | |
| Exchange of emails with H. Konicov regarding confirmation. (.2) ; Review of J. H. Cohn updated report. (.1) | | | | | |
| 178521 | TIME | DHL | 3.40 | 350.00 | 1190.00 |
| 7/15/2008 | | Plan&Disclosure Statement | | | |
| WIP | | Shapes-CC | | | |
| Placed call to A. Brody regarding environ. (.4) ; Review and revise new 1129 order. (2.1) ; Memo to group with comments. (.3) ; Memo to A. Halperin and I. Volkov regarding remaining issues. (.2) ; Exchange of emails with A. Brody regarding documents. (.4) | | | | | |
| 179290 | TIME | DHL | 0.50 | 350.00 | 175.00 |
| 7/15/2008 | | Claims Review & Analysis | | | |
| WIP | | Shapes-CC | | | |
| Discuss pending objections, logistics and timing with A. Halperin. (.4) ; Office conference with E. Ganc regarding necessary follow-up. (.1) | | | | | |
| 179286 | TIME | DHL | 0.40 | 350.00 | 140.00 |
| 7/15/2008 | | Plan&Disclosure Statement | | | |
| WIP | | Shapes-CC | | | |
| Discuss plan issue with W. Benzija. | | | | | |
| 177515 | TIME | WB | 0.40 | 370.00 | 148.00 |
| 7/15/2008 | | Plan&Disclosure Statement | | | |
| WIP | | Shapes-CC | | | |
| Discuss plan issue with D. Lieberman. | | | | | |
| 178079 | TIME | ADH | 0.60 | 435.00 | 261.00 |
| 7/15/2008 | | Financing | | | |
| WIP | | Shapes-CC | | | |
| Review and comment on flash report and discuss same with D. Lieberman. | | | | | |
| 178080 | TIME | ADH | 0.40 | 435.00 | 174.00 |
| 7/15/2008 | | Claims Review & Analysis | | | |
| WIP | | Shapes-CC | | | |
| Discuss claims objections with D. Lieberman, and follow-up. | | | | | |
| 178078 | TIME | ADH | 0.30 | 435.00 | 130.50 |
| 7/15/2008 | | Meetings & Hearings | | | |
| WIP | | Shapes-CC | | | |
| Receive and review agenda. | | | | | |
| 178077 | TIME | ADH | 1.80 | 435.00 | 783.00 |
| 7/15/2008 | | Plan&Disclosure Statement | | | |
| WIP | | Shapes-CC | | | |
| Emails, and follow-up telephone call with H. Konicov | | | | | |

8/7/2008                                      Halperin Battaglia Raicht, LLP
12:59 PM                                                    Listing                                        Page      11

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| and D. Lieberman regarding budget, confirmation, cap and related issues. (.7) ; Review plan funding charts. (.4) ; Emails and telephone calls with Committee members regarding status. (.4) ; Emails with A. Brody regarding cap room. (.3) | | | | |
| 177645<br>7/15/2008<br>WIP<br>Update preparation of documents and arrangements for court appearance. (.4) ; Attention to files and maintenance. (.5) | TIME<br>MAMG<br>General<br>Shapes-CC | 0.90 | 100.00 | 90.00 |
| 177531<br>7/15/2008<br>WIP<br>Review ECF, alert D. Lieberman regarding same. (.2) ; Review filed pleadings. (.3) | TIME<br>CEM<br>Motions&Applications<br>Shapes-CC | 0.50 | 225.00 | 112.50 |
| 178348<br>7/16/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E. Ganc. (.2) ; Assist D. Lieberman in hearing preparation. (.4) | TIME<br>CEM<br>Plan&Disclosure Statement<br>Shapes-CC | 0.60 | 225.00 | 135.00 |
| 178091<br>7/16/2008<br>WIP<br>Review and comment on confirmation order, and multiple emails regarding same with counsel to HIG and Debtor. (1.8) ; Discuss estimates with other Committee professionals. (.5) ; Emails with lenders counsel regarding confirmation order, and reviwe proposed changes. (.7) ; Office conference with D. Lieberman regarding open points and how to address same. (.6) ; Emails with CIT counsel regarding confirmation order. (.3) ; Follow-up with H. Konicov regarding confirmation and budget issues. (.6) | TIME<br>ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 4.50 | 435.00 | 1957.50 |
| 179288<br>7/16/2008<br>WIP<br>Office conference with E. Ganc regarding Glencore claim objection (.2) and follow-up regarding same. (.3) | TIME<br>ADH<br>Claims Review & Analysis<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 178849<br>7/16/2008<br>WIP<br>Office conference with A. Halperin regarding Gelncore objection. | TIME<br>EDG<br>Claims Review & Analysis<br>Shapes-CC | 0.20 | 280.00 | 56.00 |
| 179287<br>7/16/2008<br>WIP<br>Email to Committee professionals regarding fees. | TIME<br>DHL<br>General<br>Shapes-CC | 0.10 | 350.00 | 35.00 |
| 178522<br>7/16/2008<br>WIP<br>Review A. Brody comments to plan note. (.3) ; Revise note and email to A. Brody. (.3) ; Meeting with A. Halperin regarding 1129 order, drafting of memo regarding same. (.5) | TIME<br>DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 1.10 | 350.00 | 385.00 |

8/7/2008                                          Halperin Battaglia Raicht, LLP
12:59 PM                                                          Listing                                          Page    12

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 178524<br>7/16/2008<br>WIP<br>Email to M. Felger regarding consent orders and plan modification. (.2) ; Placed call to I. Volkov and F. Yudkin regarding hearing, open issues. (.3) ; Review of document and organization of hearing documents. (2.3) ; Office conference with A. Halperin regarding open issues for confirmation and preparation. (.6) | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 3.40 | 350.00 | 1190.00 |
| 179289<br>7/17/2008<br>WIP<br>Review of H. Konicov emails regarding budget. | TIME | DHL<br>Financing<br>Shapes-CC | 0.20 | 350.00 | 70.00 |
| 178525<br>7/17/2008<br>WIP<br>Exchange of emails with M. Felger regarding plan, modification, 1129 order, budget. (.2) ; Memo to Committee regarding adjournment and settlements. (.2) | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 178529<br>7/17/2008<br>WIP<br>Review of revised 1129 order and comments regarding same. (.4) ; Email to A. Halperin and I. Volkov regarding order issues. (.2) ; Review and revision to plan modifications. (.3) ; Email to A. Halperin and I. Volkov regarding same. (.1) ; Meeting with A. Halperin to discuss adjournment, implications, confirmation order, open issues and status. (.9) | TIME | DHL<br>General<br>Shapes-CC | 1.90 | 350.00 | 665.00 |
| 178095<br>7/17/2008<br>WIP<br>Emails with H. Konicov regarding budget. (.3) ; Review redline of confirmation order. (.5) ; Follow-up with D. Lieberman regarding same. (.3) ; Telephone calls and emails with Committee members regarding same. (.7) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.80 | 435.00 | 783.00 |
| 178094<br>7/17/2008<br>WIP<br>Office conferences with D. Lieberman regarding open issues and adjournments. (.6) ; Review memo to Committee regarding asme. (.2) | TIME | ADH<br>Meetings & Hearings<br>Shapes-CC | 0.80 | 435.00 | 348.00 |
| 178356<br>7/17/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E. Ganc. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 178533<br>7/18/2008<br>WIP<br>Additional revision to plan modifications. (.2) ; Placed call to A. Halperin regarding comments. (.1) ; Email memo to M. Felger, A. Brody with comments. (.2) ; Review of updated agenda. (.2) ; Review of J. H. Cohn flash report. (.2) ; Meetings with A. Halperin to prepare for confirmation. (.6) ; Further preparation and review of documents in preparation. (1.6) ; Exetnsive meeting with A. Halperin regarding plan modifications. (.9) | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 4.00 | 350.00 | 1400.00 |

8/7/2008                                    Halperin Battaglia Raicht, LLP
12:59 PM                                             Listing                                    Page    13

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 178099<br>7/18/2008<br>WIP<br>Meeting with D. Lieberman to prepare for confirmation.<br>(.6) ; Additional confirmation preparation. (1.3) ;<br>Review Felger update on status. (.2) | TIME | ADH<br>Meetings & Hearings<br>Shapes-CC | 2.10 | 435.00 | 913.50 |
| 178098<br>7/18/2008<br>WIP<br>Office conference with D. Lieberman regarding plan<br>modification and review same. (1.4) ; Review related<br>emails. (.3) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.70 | 435.00 | 739.50 |
| 178531<br>7/18/2008<br>WIP<br>Email to A. Halperin regarding plan modification,<br>hearing documents. (.2) ; Placed call to I. Volkov<br>regarding 1129 order, plan modification. (.2) | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 178375<br>7/18/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E.<br>Ganc. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 178101<br>7/20/2008<br>WIP<br>Emails with M. Felger regarding further plan<br>modification. (.1) ; Email with D. Lieberman regarding<br>language we still need in confirmation order. (.2) ;<br>Emails with H. Konicov regarding cap, Phoenix<br>calculations, timing and related issues. (.4) ; Emails<br>with D. Lieberman and M. Felger regarding plan note,<br>plan modification, environmental issues and cap. (.5) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.20 | 435.00 | 522.00 |
| 178536<br>7/20/2008<br>WIP<br>Review of revised plan modification. (.5) ; Emails to A.<br>Halperin and I. Volkov, M. Felger, A. Brody with<br>comments. (.2) ; Emails with A. Halperin regarding<br>plan and environmental issues. (.4) | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 1.10 | 350.00 | 385.00 |
| 178394<br>7/21/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E.<br>Ganc. (.2) ; Review and respond to multiple emails<br>regarding claims objections. (.4) ; Review objections.<br>(.3) | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.90 | 225.00 | 202.50 |
| 178537<br>7/21/2008<br>WIP<br>Placed call to A. Halperin regarding confirmation<br>hearing, order. | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 0.30 | 350.00 | 105.00 |
| 177646<br>7/21/2008<br>WIP<br>Preparation of documents and update arrangements<br>for court appearance. | TIME | MAMG<br>General<br>Shapes-CC | 0.40 | 100.00 | 40.00 |

8/7/2008                                        Halperin Battaglia Raicht, LLP
12:59 PM                                             Listing                                    Page      14

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 178109<br>7/21/2008<br>WIP<br>Discuss Glencore objection by Debtor and request for adjournment by creditor with E. Ganc. (.2) ; Follow-up. (.2) | TIME | ADH<br>Claims Review & Analysis<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 179066<br>7/21/2008<br>WIP<br>Preparation of documents for attorney review. | TIME | MCK<br>General<br>Shapes-CC | 0.30 | 75.00 | 22.50 |
| 178106<br>7/21/2008<br>WIP<br>Emails with Committee members regarding status of plan and confirmation hearing. (.4) ; Preparation for confirmation hearing. (3.4) | TIME | ADH<br>Meetings & Hearings<br>Shapes-CC | 3.80 | 435.00 | 1653.00 |
| 178863<br>7/21/2008<br>WIP<br>Read and review email from Glencore's counsel regarding claims objection. (.1) ; Office conference with A. Halperin regarding same. (.1) ; Message for counsel regarding same. (.1) | TIME | EDG<br>Claims Review & Analysis<br>Shapes-CC | 0.30 | 280.00 | 84.00 |
| 178108<br>7/21/2008<br>WIP<br>Review of additional filed pleadings. (.4) ; Follow-up on no objection certification. (.1) | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 178107<br>7/21/2008<br>WIP<br>Review changes to plan modification sought by CIT, and discuss same with D. Lieberman. (.3) ; Emails with A. Brody and N. Mitchell regarding additional comments. (.2) ; Follow-up with H. Konicov regarding Jacoby analysis of cap room and timing sensitivity. (.4) ; Telephone call with I. Volkov regarding Jacoby declaration and need for J. H. Cohn review. (.2) ; Follow-up with H. Konicov. (.2) ; Brief review of marked-up promissory note. (.2) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.50 | 435.00 | 652.50 |
| 178412<br>7/22/2008<br>WIP<br>Review ECF, alert A. Halperin, D. Lieberman and E. Ganc. (.2) ; Review emails regarding claims objections and respond. (.2) ; Review claims objections (2x) and draft memo regarding same to A. Halperin, D. Lieberman. (.6) | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 1.00 | 225.00 | 225.00 |
| 178538<br>7/22/2008<br>WIP<br>Preparation for confirmation hearing, review of documents, travel, meetings, court appearances, memo to Committee. | TIME | DHL<br>General<br>Shapes-CC | 15.40 | 350.00 | 5390.00 |
| 179071<br>7/22/2008<br>WIP<br>Preparation of documents for attorney review. | TIME | MCK<br>General<br>Shapes-CC | 0.40 | 75.00 | 30.00 |

8/7/2008                                            Halperin Battaglia Raicht, LLP
12:59 PM                                                    Listing                                      Page      15

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 178116<br>7/22/2008<br>WIP | TIME | ADH<br>Meetings & Hearings<br>Shapes-CC | 15.50 | 435.00 | 6742.50 |
| Extensive preparation for (including during travel time), appearance at and participation on confirmation hearing - including negotiation, chambers conferences, meetings drafting and court argument, and review of documents. (15.0) ; Email to Committee regarding results of hearing and necessary follow-up. (.5) | | | | | |
| 178539<br>7/23/2008<br>WIP | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 2.60 | 350.00 | 910.00 |
| Exchange of emails with M. Felger regarding confirmation. (.3) ; Review of revised 1129 order and emails regarding same and follow-up. (1.8) ; Emails and office conference with A. Halperin regarding same and related issues. (.5) | | | | | |
| 178557<br>7/23/2008<br>WIP | TIME | ADH<br>Meetings & Hearings<br>Shapes-CC | 1.20 | 435.00 | 522.00 |
| Follow-up with Committee members and other professionals regarding confirmation. | | | | | |
| 178558<br>7/23/2008<br>WIP | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 0.60 | 435.00 | 261.00 |
| Review docket filings and underlying pleadings. | | | | | |
| 178559<br>7/23/2008<br>WIP | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.50 | 435.00 | 652.50 |
| Review confirmation order, and office conference with D. Lieberman regarding same. (1.4) ; Emails with M. Felger regarding changes. (.1) | | | | | |
| 178431<br>7/23/2008<br>WIP | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| Review ECF, alert A. Halperin, D. Lieberman and E. Ganc. | | | | | |
| 178560<br>7/23/2008<br>WIP | TIME | ADH<br>General<br>Shapes-CC | 1.20 | 435.00 | 522.00 |
| Respond to creditor inquiries regarding plan, confirmation, etc. | | | | | |
| 179295<br>7/24/2008<br>WIP | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 1.20 | 350.00 | 420.00 |
| Emails and telephone calls with A. Halperin and J. H. Cohn regarding closing issues. (.5) ; Follow-up review of documents and J. H. Cohn analysis. (.7) | | | | | |
| 178548<br>7/24/2008<br>WIP | TIME | DHL<br>Claims Review & Analysis<br>Shapes-CC | 0.30 | 350.00 | 105.00 |
| Review of E. Ganc information regarding NJ fraudulent transfers statute. (.2) ; Email to H. Konicov regarding same. (.1) | | | | | |

Halperin Battaglia Raicht, LLP
Listing

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 179081<br>7/24/2008<br>WIP<br>Preparation of documents for attorney review. | TIME | MCK<br>General<br>Shapes-CC | 0.30 | 75.00 | 22.50 |
| 178123<br>7/24/2008<br>WIP<br>Final review of confirmation order. (.4) ; Emails with D.<br>Lieberman and H. Konicov regarding steps to get to<br>closing, claims and other issues. (.5) ; Follow-up<br>regarding same. (.7) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.60 | 435.00 | 696.00 |
| 178124<br>7/24/2008<br>WIP<br>Respond to creditor inquiries. | TIME | ADH<br>General<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 178552<br>7/25/2008<br>WIP<br>Placed call to S. Sass regarding preferences, claims.<br>(.2) ; Emails to and from H. Konicov regarding books<br>and records. (.2) ; Discuss claims and avoidance<br>actions with A. Halperin. (.5) ; Review of statute, review<br>of data. (.8) | TIME | DHL<br>Claims Review & Analysis<br>Shapes-CC | 1.70 | 350.00 | 595.00 |
| 178565<br>7/25/2008<br>WIP<br>Review pleadings on ECF. | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 179085<br>7/25/2008<br>WIP<br>Preparation of documents for attorney review. | TIME | MCK<br>General<br>Shapes-CC | 0.20 | 75.00 | 15.00 |
| 178566<br>7/25/2008<br>WIP<br>Discuss avoidance actions with D. Lieberman, and<br>follow-up regarding same. (.6) ; Discuss recovery<br>projections in disclosure statement with Committee<br>members. (.4) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.00 | 435.00 | 435.00 |
| 178129<br>7/27/2008<br>WIP<br>Respond to creditor inquiry (Marubeni) regarding<br>effective date and related timing issues. (.3) ;<br>Follow-up with Committee chairman regarding same.<br>(.2) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 179315<br>7/28/2008<br>WIP<br>Emails with A. Halperin regarding information<br>concerning claims. | TIME | DHL<br>Claims Review & Analysis<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 178918<br>7/28/2008<br>WIP<br>Review pleadings from docket and discuss same with<br>C. Mitchell. (.8) ; Follow-up. (.4) | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 1.20 | 435.00 | 522.00 |

8/7/2008                                  Halperin Battaglia Raicht, LLP
12:59 PM                                              Listing                                      Page      17

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 178917<br>7/28/2008<br>WIP<br>Respond to creditor inquiries regarding confirmation. | TIME | ADH<br>General<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 178916<br>7/28/2008<br>WIP<br>Emails with D. Lieberman regarding information<br>concerning claims. | TIME | ADH<br>Claims Review & Analysis<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 179318<br>7/29/2008<br>WIP<br>Office conferences with A. Halperin regarding closing<br>issues, claims analysis, pending objections, Trust<br>setup, etc. | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 0.50 | 350.00 | 175.00 |
| 178922<br>7/29/2008<br>WIP<br>Office conferences with D. Lieberman regarding<br>closing issues, claims analysis, pending objections,<br>Trust setup, etc. (.5) ; Follow-up regarding same. (1.2)<br>; Emails with M. Felger and S. Sass regarding setup of<br>accounts. (.3) ; Follow-up with Committee members<br>regarding plan progress and timing. (.6) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 2.60 | 435.00 | 1131.00 |
| 179114<br>7/29/2008<br>WIP<br>Conference with D. Lieberman regarding open issues. | TIME | CJB<br>Motions&Applications<br>Shapes-CC | 0.20 | 385.00 | 77.00 |
| 178968<br>7/29/2008<br>WIP<br>Various office conferences with D. Lieberman<br>regarding documents to S. Sass. (.2) ; Review and<br>respond to emails regarding same. (.2) | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.40 | 225.00 | 90.00 |
| 179316<br>7/29/2008<br>WIP<br>Various office conferences with C. Mitchell regarding<br>documents to S. Sass. | TIME | DHL<br>Motions&Applications<br>Shapes-CC | 0.20 | 350.00 | 70.00 |
| 179317<br>7/29/2008<br>WIP<br>Conference with C. Battaglia regarding open issues. | TIME | DHL<br>Motions&Applications<br>Shapes-CC | 0.20 | 350.00 | 70.00 |
| 178888<br>7/29/2008<br>WIP<br>Email to S. Sass regarding meeting. (.2) ; Placed call<br>to D. Platt regarding effective date. (.1) ; Emails to D.<br>Platt, B. Bull and R. Kellner regarding Trust Advisory<br>Committee, effective date. (.6) | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 0.90 | 350.00 | 315.00 |
| 178886<br>7/29/2008<br>WIP<br>Emails with M. Felger, S. Sass regarding Trust and<br>funding. (.2) ; Emails to and from H. Konicov regarding<br>cap. (.2) ; Placed call to B. Wetmore regarding claims<br>process, confirmation. (.2) ; Review of J. H. Cohn cap<br>analysis. (.6) | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 1.20 | 350.00 | 420.00 |

8/7/2008
12:59 PM

Halperin Battaglia Raicht, LLP

Listing

Page      18

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 179319<br>7/30/2008<br>WIP<br>Office conference with C. Mitchell regarding same,<br>tasks, and implementation. | TIME | EDG<br>Plan&Disclosure Statement<br>Shapes-CC | 0.30 | 280.00 | 84.00 |
| 179323<br>7/30/2008<br>WIP<br>Discuss plan, effective date and oversight group with<br>A. Halperin. | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 0.20 | 350.00 | 70.00 |
| 178927<br>7/30/2008<br>WIP<br>Review ordinary course professional affidavit, and<br>follow-up. (.3) ; Emails with I. Volkov regarding fee<br>applications. (.2) ; Commence outline for same. (.7) | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 1.20 | 435.00 | 522.00 |
| 179096<br>7/30/2008<br>WIP<br>Preparation of documents for attorney review. | TIME | MCK<br>General<br>Shapes-CC | 0.50 | 75.00 | 37.50 |
| 178995<br>7/30/2008<br>WIP<br>Office conference with D. Lieberman regarding<br>effective date and post effective strategy. (.2) ; Office<br>conference with E. Ganc regarding same, tasks, and<br>implementation. (.3) ; Telephone call with S. Sass, D.<br>Lieberman regarding claims objections and liquidating<br>agent and follow-up regarding same. (.7) | TIME | CEM<br>Plan&Disclosure Statement<br>Shapes-CC | 1.20 | 225.00 | 270.00 |
| 178992<br>7/30/2008<br>WIP<br>Review docket and forward to D. Lieberman. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 178926<br>7/30/2008<br>WIP<br>Emails with Committee members expressing interset in<br>serving on the oversight group, follow-up regarding<br>same. (.4) ; Review of plan and related documents.<br>(1.3) ; brief office conference with D. Lieberman<br>regarding same. (.2) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.90 | 435.00 | 826.50 |
| 178925<br>7/30/2008<br>WIP<br>Attention to files and pleadings. | TIME | ADH<br>General<br>Shapes-CC | 1.00 | 435.00 | 435.00 |
| 178894<br>7/30/2008<br>WIP<br>Conference call with S. Sass, H. Konicov and C.<br>Mitchell regarding effective date issues. (.7) ; Review<br>of plan and plan administration, email regarding Trust<br>expenses. (.8) ; Left message for A. Brody regarding<br>closing documents. (.1) ; Email with S. Sass regarding<br>contact information. (.1) | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 1.70 | 350.00 | 595.00 |

8/7/2008                                          Halperin Battaglia Raicht, LLP
12:59 PM                                                    Listing                                    Page      19

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 178892<br>7/30/2008<br>WIP<br>Meeting with C. Mitchell regarding upcoming matters. | TIME | DHL<br>General<br>Shapes-CC | 0.20 | 350.00 | 70.00 |
| 178890<br>7/30/2008<br>WIP<br>Placed call to B. Bull regarding Trust. (.2) ; Exchange<br>of emails with R. Kellner. (.3) ; Emails to I. Volkov<br>regarding effective date. (.1) | TIME | DHL<br>General<br>Shapes-CC | 0.60 | 350.00 | 210.00 |
| 178979<br>7/31/2008<br>WIP<br>Office conference with D. Lieberman regarding fee<br>application. | TIME | CEM<br>Fee Application<br>Shapes-CC | 0.30 | 225.00 | 67.50 |
| 178978<br>7/31/2008<br>WIP<br>Review docket and forward to D. Lieberman. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 178932<br>7/31/2008<br>WIP<br>Follow-up on Trust set up issues necessary to enable<br>plan to go effective. (.7) ; Follow-up on advisory<br>Committee. (.4) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.10 | 435.00 | 478.50 |
| 178931<br>7/31/2008<br>WIP<br>Emails with I. Volkov, and office conference with D.<br>Lieberman regarding fee application. (.3) ; Discuss fee<br>applications with I. Volkov and D. Lieberman. (.4) | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 0.70 | 435.00 | 304.50 |
| 178897<br>7/31/2008<br>WIP<br>Review of emails regarding effective date. (.4) ; Left<br>message for M. Felger regarding adjournment. (.1) ;<br>Placed call to H. Konicov regarding Phoenix<br>information. (.1) ; Meeting A. Halperin regarding<br>closing, funding. (.2) | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 0.80 | 350.00 | 280.00 |
| 179320<br>7/31/2008<br>WIP<br>Office conference with C. Mitchell regarding fee<br>application. | TIME | DHL<br>Fee Application<br>Shapes-CC | 0.30 | 350.00 | 105.00 |
| 179321<br>7/31/2008<br>WIP<br>Discuss fee applications with I. Volkov and A. Halperin. | TIME | DHL<br>Motions&Applications<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 179322<br>7/31/2008<br>WIP<br>Coordinate steps to establish Trust and ensure it is<br>ready for closing. | TIME | DHL<br>Plan&Disclosure Statement<br>Shapes-CC | 0.60 | 350.00 | 210.00 |

| Grand Total | | | | | |
|---|---|---|---|---|---|
| | | Billable | 206.20 | | 75712.50 |

8/7/2008                                   Halperin Battaglia Raicht, LLP
12:59 PM                                             Listing                                      Page      20

| Slip ID | Attorney | | | |
|---|---|---|---|---|
| Dates and Time | Activity | | | |
| Status | Client | | | |
| Description | Reference | Units | Rate | Slip Value |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 206.20 | | 75712.50 |