# EXHIBIT C

| | | |
|---|---|---|
| 8/7/2008 | Halperin Battaglia Raicht, LLP | |
| 1:00 PM | Listing | Page 1 |

## Selection Criteria

| | |
|---|---|
| Slip.Date | 7/1/2008 - 7/31/2008 |
| Clie.Selection | Include: Shapes-CC |
| Slip.Slip Type | Expense |

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 178004<br>7/9/2008<br>WIP<br>Reimbursable breakfast, lunch or dinner expenses. | EXP | ADH<br>Meal<br>Shapes-CC | 1 | 10.83 | 10.83 |
| 178000<br>7/22/2008<br>WIP<br>Reimbursable breakfast, lunch or dinner expenses. | EXP | ADH<br>Meal<br>Shapes-CC | 1 | 2.12 | 2.12 |
| 178006<br>7/22/2008<br>WIP<br>Rail, mass transit and/or car service expenses. | EXP | DHL<br>Transportation<br>Shapes-CC | 1 | 304.00 | 304.00 |
| 177999<br>7/26/2008<br>WIP<br>Rail, mass transit and/or car service expenses. | EXP | ADH<br>Transportation<br>Shapes-CC | 1 | 145.00 | 145.00 |
| 177349<br>7/31/2008<br>WIP<br>Long distance charges for the month. | EXP | JBM<br>Long Distance<br>Shapes-CC | 1 | 16.93 | 16.93 |
| 177407<br>7/31/2008<br>WIP<br>Conference call services. | EXP | JBM<br>Deracom<br>Shapes-CC | 1 | 85.57 | 85.57 |
| 178478<br>7/31/2008<br>WIP<br>Photocopy charges for the month. | EXP | JBM<br>Photocopies<br>Shapes-CC | 1060 | 0.20 | 212.00 |

Grand Total

| | | | |
|---|---|---|---|
| | Billable | 0.00 | 776.45 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 776.45 |