UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ATTORNEY FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: | APPLICANT: Cole, Schotz, Meisel, |
| SHAPES/ARCH HOLDINGS L.L.C., *et al*. | Forman & Leonard, P.A. |
| CASE NO.: 08-14631 (GMB) | CLIENT: Official Committee of Unsecured Creditors |
| CHAPTER: 11 | CASES FILED: March 16, 2008 |

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  RETENTION ORDER ATTACHED.


　　　　　　　　　　　　　　　　　　　　*/s/ Michael D. Sirota*　　　8/8/08
　　　　　　　　　　　　　　　　　　　　MICHAEL D. SIROTA　　　　　Date

---

**SECTION I
FEE SUMMARY**

---

Fourth Monthly Fee Statement Covering the Period
July 1, 2008 through July 31, 2008

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $361,774.27 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer (if applicable): | N/A |
| Total Holdback (if applicable): | [1]$ 69,261.20 |
| Total Received by Applicant: | $281,333.85 |

---

[1] The holdback set forth herein represents the 20% balance due on the First Monthly Fee Statement, the Second Monthly Fee Statement, and the Third Monthly Fee Statement submitted pursuant to the Court's March 18, 2008 Administrative Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses to Professionals.

45765/0001-1531600v1

| | Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 1. | Ilana Volkov, Member | 1991 | 17.90 | 450.00 | $8,055.00 |
| 2. | Jeremy E. Bob, Associate | 2004 | 6.80 | 250.00 | 1,700.00 |
| 3. | Felice R. Yudkin, Associate | 2005 | 16.90 | 240.00 | 4,056.00 |
| 4. | Cynthia Braden, Paralegal | N/A | 17.10 | 165.00 | 2,821.50 |
| | TOTALS | | 58.70 | | $16,632.50 |

FEE TOTALS (Page 3)                                                                $16,632.50
DISBURSEMENTS TOTALS (Page 4)                                          $2,417.56
TOTAL FEE APPLICATION                                                        $19,050.06

2

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| (a)  Telephone Calls | 1.20 | $420.00 |
| (b)  Correspondence Drafted | 7.00 | 1,861.50 |
| (c)  Correspondence Reviewed | 13.60 | 5,501.00 |
| (d)  Legal Research | 0.00 | 0.00 |
| (e)  Court Appearance | 10.30 | 2,472.00 |
| (f)  Preparation of Pleadings and Briefs | 6.90 | 1,359.50 |
| (g)  Internal Office Meetings: | | |
|     (1)  solely w/applicant's staff | 3.00 | 730.00 |
|     (2)  third party conferences | 3.60 | 1,300.00 |
| (h)  Out of Office Meetings | 0.00 | 0.00 |
| (i)  Review of File | 0.00 | 0.00 |
| (j)  Travel Time | 4.40 | 1,056.00 |
| (k)  Prepare for Court Appearance | 5.00 | 1,165.50 |
| (l)  Preparation of Fee Application | 3.70 | 767.00 |
| SERVICES TOTALS | 58.70 | $16,632.50 |

45765/0001-1531600v1

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursements | | Amount |
|---|---|---|
| (a) Telephone | | $46.53 |
| (b) Photocopying: No. of Pages: 2,350 Rate per Page: $.20 | | 470.00 |
| (c) Travel (attach details - U.S. Govt. Rate) | | 138.87 |
| (d) Postage | | 62.16 |
| (e) Other (explain): | | |
| Copy of Official Documents | 80.80 | |
| Transcript of Testimony | 1,619.20 | 1,700.00 |
| DISBURSEMENT TOTAL | | $2,417.56 |

4

45765/0001-1531600v1

**SECTION IV**
**CASE HISTORY**

(NOTE:  Items (3) through (6) are not applicable to applications under 11 U.S.C. § 506)

(1)     Date cases filed: March 16, 2008

(2)     Chapter under which cases commenced: Chapter 11

(3)     Date of retention: Order signed April 25, 2008, effective March 31, 2008
        (Annex copy of order(s).) **See Exhibit A.**
        If limit on number of hours or other limitations to retention, set forth: N/A

(4)     Summarize in brief the benefits to the estate and attach supplements as needed:

        (a)     Reviewed and analyzed claims objections filed by the Debtors and responses filed by various creditors;

        (b)     Reviewed objections filed to confirmation of the Debtors' Third Amended Joint Plan of Reorganization (the "Plan") and attended various conference calls and engaged in various e-mail communications with co-counsel regarding said objections;

        (c)     Reviewed pleadings filed in support of confirmation of the Plan and analyzed and commented on Plan Modification Agreement and Confirmation Order;

        (d)     Prepared for and attended confirmation hearing regarding Debtors' Plan; and

        (e)     Attended various conference calls and engaged in various e-mail communications regarding the continued administration and progress of the Debtors' cases.

        **INVOICES ITEMIZING SERVICES RENDERED AND OUT-OF-POCKET EXPENSES INCURRED ARE ATTACHED AS EXHIBITS "B" AND "C", RESPECTIVELY.**

(5)     Anticipated distribution to creditors:

        (a)     Administration expenses: Per Plan

        (b)     Secured creditors: Per Plan

        (c)     Priority creditors: Per Plan

        (d)     General unsecured creditors: Per Plan

5

(6)     Final disposition of cases and percentage of dividend paid to creditors (if applicable):  On July 24, 2008, the Court entered an Order confirming the Debtors' Third Amended Joint Plan of Reorganization, as modified.  Although the bar date for general unsecured claims has passed, the final dividend percentage to general unsecured creditors is unknown at this time because the claims objection process has not yet been completed.

45765/0001-1531600v1