# EXHIBIT B

# COLE SCHOTZ
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law          A Professional Corporation

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201.489.3000   201.489.1536 FAX

NEW YORK

DELAWARE

MARYLAND

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
C/O BRIAN BULL, FCI CCE, CREDIT MANAGER - USA
ALCAN, INC.
1188 SHERBROOKE STREET WEST
MONTREAL QUEBEC, H3A 3GC
CANADA

Re: **Client/Matter No. 45765-0001**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Ilana Volkov
Invoice No. 631185
August 8, 2008

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2008

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/08 | E-MAIL CORRESP. WITH D. LIEBERMAN, M. FELGER AND A. BRODY RE: CONFIRMATION ISSUES | IVOL | 0.20 | 90.00 |
| 07/01/08 | E-MAIL CORRESP. WITH A. HALPERIN/D. LIEBERMAN AND J.H. COHN TO SCHEDULE CALL TO DISCUSS CONFIRMATION HEARING | IVOL | 0.20 | 90.00 |
| 07/01/08 | REVIEW PLAN RE: WHETHER ANY ADDITIONAL CHANGES NEED TO BE MADE AND E-MAIL RE: SAME TO D. LIEBERMAN | IVOL | 1.00 | 450.00 |
| 07/01/08 | REVIEW JUNE 30 E-MAIL FROM M. FELGER RE: STATUS OF VOTES AND GENERAL CONFIRMATION ISSUES AND ATTACHMENTS OF VOTING STATUS | IVOL | 0.30 | 135.00 |
| 07/01/08 | REVIEW E-MAIL FROM A. HALPERIN TO COMMITTEE RE: STATUS | IVOL | 0.10 | 45.00 |
| 07/01/08 | REVIEW ADDITIONAL PLEADINGS FILED TODAY IN CONNECTION WITH CONFIRMATION HEARING | IVOL | 0.40 | 180.00 |
| 07/01/08 | REVIEW CAP CALCULATION ANALYSIS FROM J.H. COHN | IVOL | 0.20 | 90.00 |
| 07/01/08 | REVIEW PAUL PATTERSON'S INVOICES FOR LEGAL FEES IN MAY | IVOL | 0.20 | 90.00 |
| 07/01/08 | REVIEW FINANCIAL UPDATE FROM COMMITTEE | IVOL | 0.20 | 90.00 |
| 07/01/08 | REVIEW JUNE PROFORMAS | CAB | 1.30 | 214.50 |
| 07/01/08 | SEVERAL E-MAILS TO ACCOUNTING DEPT. RE JUNE PROFORMA | CAB | 0.20 | 33.00 |
| 07/02/08 | DRAFT CERTIFICATIONS OF NO OBJECTIONS TO SECOND FEE STATEMENTS FOR COLE SCHOTZ, HALPERIN BATTAGLIA AND JH COHN | CAB | 0.40 | 66.00 |
| 07/02/08 | REVIEW JUNE PROFORMA AND BEGIN PREPARING THIRD MONTHLY FEE STATEMENT | CAB | 1.00 | 165.00 |
| 07/02/08 | CONFER WITH J. BOB RE PREPARATION OF THIRD MONTHLY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 07/02/08 | E-MAIL TO HALPERIN BATTIGLIA AND JH COHN RE FILING DATE FOR THIRD FEE STATEMENT | CAB | 0.20 | 33.00 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 631185  
August 8, 2008  
Page 2

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/08 | CONFER WITH I. VOLKOV RE ACCRUED COMPENSATION CHART | CAB | 0.20 | 33.00 |
| 07/02/08 | PREPARE ACCRUED COMPENSATION CHART | CAB | 1.00 | 165.00 |
| 07/02/08 | ATTENDANCE AT CONFERENCE CALL WITH J.H. COHN AND A. HALPERIN/D. LIEBERMAN RE: CONFIRMATION HEARING ISSUES | IVOL | 0.70 | 315.00 |
| 07/02/08 | CONFERENCE WITH C. BRADEN RE: PREPARATION OF FEE ESTIMATES AND BINDER FOR CONFIRMATION HEARING | IVOL | 0.20 | 90.00 |
| 07/02/08 | WORK ON FILE - SEVERAL FOLLOW-UP E-MAIL CORRESP. FROM THIS MORNING'S CONFERENCE CALL | IVOL | 0.30 | 135.00 |
| 07/03/08 | REVIEW DOCKET FOR OBJECTIONS TO SECOND FEE STATEMENTS AND E-FILE CERTIFICATIONS OF NO OBJECTIONS FOR COLE SCHOTZ, HALPERIN BATTAGLIA AND JH COHN | CAB | 0.50 | 82.50 |
| 07/03/08 | PREPARE BINDER OF PLAN, SUPPLEMENTS AND OBJECTIONS FOR HEARING | CAB | 1.70 | 280.50 |
| 07/03/08 | PRINT AND PREPARE BINDER OF CLAIMS OBJECTION RESPONSES | CAB | 1.00 | 165.00 |
| 07/03/08 | PDF AND E-FILE EXPENSE REPORTS FOR L. CLASH AND E. GOLAB, MEMBERS OF UCC AND E-MAIL TO CORE SERVICE LIST | CAB | 0.50 | 82.50 |
| 07/03/08 | E-MAIL TO M. FELGER FORWARDING CERTIFICATIONS OF NO OBJECTIONS INCLUDING CALCULATIONS OF FEES DUE | CAB | 0.30 | 49.50 |
| 07/03/08 | WORK ON FILE - VARIOUS E-MAIL CORRESP. RE: CONFIRMATION HEARING ISSUES | IVOL | 0.30 | 135.00 |
| 07/03/08 | E-MAIL WITH P. PATTERSON RE: HIS FIRM'S MAY INVOICE | IVOL | 0.20 | 90.00 |
| 07/07/08 | CONFER WITH J. BOB RE THIRD MONTHLY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 07/07/08 | E-MAIL FROM AND TO J. MOORE RE HALPERIN BATTAGLIA'S THIRD MONTHLY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 07/07/08 | REVIEW ADDITIONAL CLAIMS OBJECTION REPLIES FILED ON JULY 3, 2008 AND PLEADINGS IN SUPPORT OF CONFIRMATION | IVOL | 0.50 | 225.00 |
| 07/07/08 | E-MAIL CORRESP. RE: CONFIRMATION HEARING AND OTHER MATTERS SCHEDULED FOR TOMORROW (VARIOUS) | IVOL | 0.30 | 135.00 |
| 07/07/08 | REVIEW AND REVISE FEE STATEMENT FOR JULY | JYB | 2.60 | 650.00 |
| 07/08/08 | VARIOUS CONFERENCES WITH HALPERIN BATTAGLIA AND REVISE JULY FEE STATEMENT; REVIEW REVISIONS | JYB | 0.60 | 150.00 |
| 07/08/08 | VARIOUS CONFERENCES AND E-MAILS WITH C. BRADEN, J.H. COHN, HALPERIN BATTAGLIA RE: FEE STATEMENTS; REVIEW ALL FEE STATEMENTS; REVIEW RELATED CASE BACKGROUND | JYB | 1.60 | 400.00 |
| 07/08/08 | REVIEW VARIOUS E-MAILS RE: STATUS OF NEGOTIATIONS AND CONFIRMATION HEARING | IVOL | 0.20 | 90.00 |
| 07/08/08 | REVIEW DRAFT CONFIRMATION ORDER | IVOL | 1.50 | 675.00 |

# COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 631185  
August 8, 2008  
Page 3

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/08/08 | REVIEW OF FILE FOR ORGANIZATION/PREPARATION FOR CONFIRMATION HEARING AND CLAIMS OBJECTIONS MOTIONS | IVOL | 0.80 | 360.00 |
| 07/08/08 | E-MAIL TO M. FELGER RE: STATUS OF PAYMENTS TO COMMITTEE PROFESSIONALS | IVOL | 0.10 | 45.00 |
| 07/08/08 | E-MAIL FROM JH COHN RE THIRD MONTHLY FEE STATEMENT, PRINT AND REVIEW SAME | CAB | 0.30 | 49.50 |
| 07/08/08 | CONTINUE WORK ON THIRD MONTHLY FEE STATEMENT | CAB | 0.50 | 82.50 |
| 07/08/08 | CONFER WITH J. BOB RE THIRD MONTHLY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 07/08/08 | CONFER WITH ACCOUNTING DEPT. RE ACCOUNTS RECEIVABLE RE THIRD MONTHLY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 07/08/08 | SEVERAL E-MAILS FROM AND TO J. MOORE RE HALPERIN BATTAGLIA'S THIRD MONTHLY FEE STATEMENT AND CONFER WITH J. BOB RE SAME | CAB | 0.30 | 49.50 |
| 07/09/08 | E-FILE CERTIFICATION OF NO OBJECTION TO KELLNER EXPENSE REPORT, MEMBER OF COMMITTEE | CAB | 0.20 | 33.00 |
| 07/09/08 | E-MAIL CERTIFICATION OF NO OBJECTION TO KELLNER EXPENSE REPORT, MEMBER OF COMMITTEE TO M. FELGER | CAB | 0.20 | 33.00 |
| 07/09/08 | SCAN EXHIBITS, PDF AND E-FILE COLE SCHOTZ, JH COHN AND HALPERIN BATTAGLIA'S THIRD MONTHLY FEE STATEMENTS | CAB | 0.70 | 115.50 |
| 07/09/08 | CONFER WITH J. BOB RE COLE SCHOTZ, JH COHN AND HALPERIN BATTAGLIA'S THIRD MONTHLY FEE STATEMENTS | CAB | 0.10 | 16.50 |
| 07/09/08 | E-MAIL TO CORE SERVICE LIST COLE SCHOTZ, JH COHN AND HALPERIN BATTAGLIA'S THIRD MONTHLY FEE STATEMENTS | CAB | 0.20 | 33.00 |
| 07/09/08 | REVIEW DOCKET FOR NEW NOTICES OF APPEARANCE AND UPDATE MASTER AND NON-ECF SERVICE LISTS | CAB | 0.80 | 132.00 |
| 07/09/08 | DRAFT LETTER TO SERVICE LIST ENCLOSING THIRD MONTHLY FEE STATEMENTS | CAB | 0.20 | 33.00 |
| 07/09/08 | TELEPHONE TO COURT HELPDESK RE FILING OF KELLNER CERTIFICATION OF NO OBJECTION | CAB | 0.20 | 33.00 |
| 07/09/08 | REVIEW AND REVISE JUNE MONTHLY FEE STATEMENT | IVOL | 0.40 | 180.00 |
| 07/09/08 | CONFERENCE WITH C. BRADEN RE FEE STATEMENT STATUS | JYB | 0.10 | 25.00 |
| 07/09/08 | REVIEW REVISED FEE STATEMENT | JYB | 0.50 | 125.00 |
| 07/09/08 | CONFERENCE WITH I. VOLKOV; REVIEW FILED FEE STATEMENT | JYB | 0.20 | 50.00 |
| 07/09/08 | WORK ON FILE - FINISH REVIEWING/COMMENTING ON DRAFT CONFIRMATION ORDER AND E-MAIL COMMENTS TO D. LIEBERMAN; REVIEW HER COMMENTS TO ORDER | IVOL | 1.50 | 675.00 |
| 07/09/08 | REVIEW DRAFT NOTE PREPARED BY D. LIEBERMAN AND E-MAIL WITH HER RE: SAME | IVOL | 0.30 | 135.00 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 631185  
August 8, 2008  
Page 4

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/09/08 | WORK ON FILE - REVIEW VARIOUS E-MAIL CORRESP. RE: STATUS OF MATTERS | IVOL | 0.20 | 90.00 |
| 07/10/08 | E-MAIL CORRESP. RE: CONFIRMATION HEARING | IVOL | 0.20 | 90.00 |
| 07/11/08 | REVIEW DOCKET FOR OBJECTIONS TO SASS EXPENSE REPORT AND PREPARE CERTIFICATION OF NO OBJECTION AND E-FILE SAME WITH THE COURT | CAB | 0.40 | 66.00 |
| 07/11/08 | E-MAIL CERTIFICATION OF NO OBJECTION OF SASS EXPENSE REPORT TO M. FELGER | CAB | 0.20 | 33.00 |
| 07/11/08 | E-MAIL JAMES DREW, ESQ EXPENSE REPORT TO CORE SERVICE LIST | CAB | 0.20 | 33.00 |
| 07/11/08 | REVIEW NOTICE OF AGENDA FOR TUESDAY'S HEARING | IVOL | 0.10 | 45.00 |
| 07/11/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. RE: STATUS OF CONFIRMATION HEARING AND SCHEDULING ALL HANDS ON CALL WITH COUNSEL | IVOL | 0.30 | 135.00 |
| 07/13/08 | REVIEW VARIOUS E-MAIL CORRESP. RE: CONFIRMATION STATUS CONFERNCE CALL | IVOL | 0.20 | 90.00 |
| 07/14/08 | ATTENDANCE AT CONFERENCE CALL WITH COUNSEL RE: STATUS OF CONFIRMATION HEARING | IVOL | 1.00 | 450.00 |
| 07/14/08 | TELEPHONE FROM D. LIEBERMAN RE: STATUS | IVOL | 0.10 | 45.00 |
| 07/14/08 | E-MAIL TO W. USATINE RE: COVERAGE FOR CONFIRMATION HEARING | IVOL | 0.10 | 45.00 |
| 07/14/08 | REVIEW VARIOUS ELECTRONIC FILINGS | IVOL | 0.20 | 90.00 |
| 07/14/08 | WORK ON FILE - E-MAIL CORRESP. DRAFTED/REVIEWED RE: STATUS OF DOCUMENTS FOR CONFIRMATION HEARING, FINANCIAL ISSUES, STATUS REPORT TO COMMITTEE, ETC. | IVOL | 0.30 | 135.00 |
| 07/15/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. RE: CONFIRMATION ORDER AND OTHER CONFIRMATION ISSUES | IVOL | 0.40 | 180.00 |
| 07/15/08 | CONFERENCE WITH H. KONICOV RE: STATUS | IVOL | 0.20 | 90.00 |
| 07/16/08 | WORK ON FILE - NUMEROUS E-MAIL CORRESP. RE: CONFIRMATION ORDER, UNSECURED CREDITORS NOTE, JULY PROFESSIONAL FEE PAYMENT, ETC. | IVOL | 0.60 | 270.00 |
| 07/16/08 | REVIEW E-MAILS RE: ADJOURNMENT OF CONFIRMATION HEARING | IVOL | 0.20 | 90.00 |
| 07/16/08 | CONFERENCE WITH F. YUDKIN RE: COVERAGE FOR CONFIRMATION HEARING AND STATUS OF CASE | IVOL | 0.40 | 180.00 |
| 07/16/08 | CONFERENCE WITH F. YUDKIN AND D. LIEBERMAN RE: CONFIRMATION HEARING ISSUES | IVOL | 0.30 | 135.00 |
| 07/16/08 | MEETING WITH I. VOLKOV RE CONFIRMATION HEARING | FRY | 0.40 | 96.00 |
| 07/16/08 | TELEPHONE FROM D. LIEBERMAN RE CONFIRMATION HEARING | FRY | 0.30 | 72.00 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 631185  
August 8, 2008  
Page 5

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/16/08 | REVIEW DOCUMENTS IN PREPARATION FOR CONFIRMATION HEARING | FRY | 0.50 | 120.00 |
| 07/18/08 | REVIEW PLAN MODIFICATION AGREEMENT | IVOL | 0.80 | 360.00 |
| 07/18/08 | TELEPHONE TO D. LIEBERMAN RE: PLAN MODIFICATION AGREEMENT | IVOL | 0.20 | 90.00 |
| 07/18/08 | E-MAIL CORRESP. REVIEWED RE: STATUS OF SETTLEMENT DISCUSSIONS | IVOL | 0.10 | 45.00 |
| 07/21/08 | REVIEW S. GRABELL AND M. JACOBY DECLARATIONS IN SUPPORT OF CONFIRMATION | IVOL | 0.20 | 90.00 |
| 07/21/08 | TELEPHONE TO A. HALPERIN RE: JACOBY DECLARATION | IVOL | 0.20 | 90.00 |
| 07/21/08 | E-MAIL TO H. KONICOV ENCLOSING/DISCUSSING JACOBY DECLARATION | IVOL | 0.10 | 45.00 |
| 07/21/08 | REVIEW FURTHER DRAFTS OF AMENDED CONFIRMATION ORDER (SEVERAL TIMES) | IVOL | 0.40 | 180.00 |
| 07/21/08 | E-MAIL WITH H. KONICOV | IVOL | 0.10 | 45.00 |
| 07/21/08 | REVIEW DOCKET FOR OBJECTIONS TO COMMITTEE MEMBER, R. PETERSON'S EXPENSE REPORT | CAB | 0.20 | 33.00 |
| 07/21/08 | DRAFT AND E-FILE CERTIFICATION OF NO OBJECTION TO COMMITTEE MEMBER, R. PETERSON'S EXPENSE REPORT | CAB | 0.40 | 66.00 |
| 07/21/08 | E-MAIL CERTIFICATION OF NO OBJECTION TO COMMITTEE MEMBER, R. PETERSON'S EXPENSE REPORT TO M. FELGER FOR PAYMENT | CAB | 0.20 | 33.00 |
| 07/21/08 | REVIEW DOCUMENTS FILED IN SUPPORT OF CONFIRMATION IN PREPARATION FOR CONFIRMATION HEARING | FRY | 1.00 | 240.00 |
| 07/22/08 | ATTEND CONFIRMATION HEARING | FRY | 10.30 | 2,472.00 |
| 07/22/08 | TRAVEL TO AND FROM CONFIRMATION HEARING | FRY | 4.40 | 1,056.00 |
| 07/22/08 | E-MAIL RE: RESULTS FROM CONFIRMATION HEARING | IVOL | 0.10 | 45.00 |
| 07/25/08 | REVIEW DOCKET FOR OBJECTIONS TO EXPENSE REPORTS FOR COMMITTEE MEMBERS, CLASH AND GOLAB | CAB | 0.20 | 33.00 |
| 07/25/08 | PREPARE CERTIFICATIONS OF NO OBJECTIONS TO EXPENSE REPORTS FOR COMMITTEE MEMBERS, CLASH AND GOLAB | CAB | 0.30 | 49.50 |
| 07/25/08 | E-FILE CERTIFICATIONS OF NO OBJECTIONS TO EXPENSE REPORTS FOR COMMITTEE MEMBERS, CLASH AND GOLAB | CAB | 0.20 | 33.00 |
| 07/25/08 | E-MAIL CERTIFICATIONS OF NO OBJECTIONS TO EXPENSE REPORTS FOR COMMITTEE MEMBERS, CLASH AND GOLAB TO M. FELGER | CAB | 0.20 | 33.00 |
| 07/28/08 | E-MAIL TO A. HALPERIN RE: CLAIMS OBJECTION HEARING | IVOL | 0.10 | 45.00 |
| 07/28/08 | REVIEW E-MAILS RE: AVOIDANCE ACTION INVESTIGATIONS | IVOL | 0.10 | 45.00 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 631185  
August 8, 2008  
Page 6

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/30/08 | REVIEW DOCKET FOR OBJECTIONS TO THIRD MONTHLY FEE STATEMENTS | CAB | 0.20 | 33.00 |
| 07/30/08 | PREPARE CERTIFICATIONS OF NO OBJECTIONS TO THIRD MONTHLY FEE STATEMENTS | CAB | 0.40 | 66.00 |
| 07/30/08 | E-FILE CERTIFICATIONS OF NO OBJECTIONS TO THIRD MONTHLY FEE STATEMENTS FOR COLE SCHOTZ, HALPERIN BATTAGLIA AND JH COHN | CAB | 0.30 | 49.50 |
| 07/30/08 | E-MAIL CERTIFICATIONS OF NO OBJECTIONS TO THIRD MONTHLY FEE STATEMENTS TO M. FELGER | CAB | 0.20 | 33.00 |
| 07/30/08 | CONFER WITH I. VOLKOV RE FILING OF FINAL FEE APPLICATION AND DIARY DATE | CAB | 0.20 | 33.00 |
| 07/30/08 | REVIEW EMAIL RE: CERTIFICATES OF NO OBJECTION | JYB | 0.10 | 25.00 |
| 07/30/08 | E-MAIL WITH A. HALPERIN AND D. LIEBERMAN RE: STATUS OF CLOSING AND NEED TO FILE FEE APPLICATIONS | IVOL | 0.20 | 90.00 |
| 07/31/08 | E-MAIL CORRESP. WITH/FROM D. LIEBERMAN RE: STATUS OF EFFECTIVE DATE | IVOL | 0.10 | 45.00 |
| 07/31/08 | E-MAIL WITH J. BOB AND C. BRADEN RE: FINAL FEE APPLICATION | IVOL | 0.20 | 90.00 |
| 07/31/08 | E-MAIL WITH A. HALPERIN AND D. LIEBERMAN RE: FINAL FEE APPLICATIONS | IVOL | 0.10 | 45.00 |
| 07/31/08 | REVIEW EMAILS RE: FINAL FEE APPLICATION | JYB | 0.20 | 50.00 |
| 07/31/08 | CONFERENCE WITH PARALEGAL RE: FINAL FEE APPLICATION | JYB | 0.10 | 25.00 |
| 07/31/08 | REVIEW FEE ORDER, LOCAL RULES AND EMAILS WITH ILANA VOLKOV | JYB | 0.80 | 200.00 |
| 07/31/08 | REVIEW PROFESSIONAL FEE ORDER AND CONFER WITH J. BOB RE FINAL FEE APPLICATION | CAB | 0.30 | 49.50 |

TOTAL HOURS   58.70

PROFESSIONAL SERVICES:                                $   16,632.50