# EXHIBIT C

# COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 631185  
August 8, 2008  
Page 7

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 04/01/08 | TELEPHONE TOLL CHARGE 12127659100 | 9.90 |
| 04/30/08 | TRANSCRIPT OF TESTIMONY - ZANARAS REPORTING & VIDEO | 1,619.20 |
| 06/02/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/03/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/04/08 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 06/04/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/04/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 06/04/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/04/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/04/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/04/08 | COPY OF OFFICIAL DOCUMENTS | 1.60 |
| 06/04/08 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 06/04/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/05/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/05/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/05/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/05/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/05/08 | COPY OF OFFICIAL DOCUMENTS | 1.60 |
| 06/05/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/05/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/05/08 | COPY OF OFFICIAL DOCUMENTS | 1.92 |
| 06/05/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/06/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 06/06/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/12/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Client/Matter No. 45765-0001

Invoice No. 631185
August 8, 2008
Page 8

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/12/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/12/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/12/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/13/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/13/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/13/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/16/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/18/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/19/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 06/19/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/19/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/19/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 06/19/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/19/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/19/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/19/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/19/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 1.60 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.96 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |

## COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 631185  
August 8, 2008  
Page 9

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.64 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 06/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 06/24/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 06/30/08 | PHOTOCOPYING | 3.40 |
| 06/30/08 | PHOTOCOPYING | 4.20 |
| 06/30/08 | PHOTOCOPYING | 3.60 |
| 06/30/08 | PHOTOCOPYING | 2.20 |
| 06/30/08 | PHOTOCOPYING | 2.40 |
| 06/30/08 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 07/01/08 | PHOTOCOPYING Qty: 3 | 0.60 |
| 07/02/08 | PHOTOCOPYING | 4.80 |
| 07/02/08 | PHOTOCOPYING | 2.40 |
| 07/02/08 | PHOTOCOPYING | 3.40 |
| 07/03/08 | POSTAGE | 62.16 |
| 07/03/08 | TELEPHONE TOLL CHARGE 12127659100 | 1.98 |
| 07/03/08 | PHOTOCOPYING | 4.40 |
| 07/03/08 | PHOTOCOPYING | 4.80 |
| 07/03/08 | PHOTOCOPYING | 2.40 |

### COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Client/Matter No. 45765-0001

Invoice No. 631185
August 8, 2008
Page 10

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 07/07/08 | PHOTOCOPYING | 6.80 |
| 07/07/08 | PHOTOCOPYING | 4.60 |
| 07/08/08 | TELEPHONE TOLL CHARGE 12127659100 | 1.98 |
| 07/08/08 | PHOTOCOPYING | 2.20 |
| 07/08/08 | PHOTOCOPYING | 2.80 |
| 07/08/08 | PHOTOCOPYING | 3.60 |
| 07/08/08 | PHOTOCOPYING | 3.60 |
| 07/09/08 | PHOTOCOPYING Qty: 5 | 1.00 |
| 07/09/08 | PHOTOCOPYING Qty: 1687 | 337.40 |
| 07/09/08 | TELEPHONE TOLL CHARGE 18567575485 | 3.96 |
| 07/09/08 | PHOTOCOPYING | 4.60 |
| 07/09/08 | PHOTOCOPYING | 3.00 |
| 07/09/08 | PHOTOCOPYING | 7.60 |
| 07/09/08 | PHOTOCOPYING Qty: 7 | 1.40 |
| 07/09/08 | PHOTOCOPYING Qty: 6 | 1.20 |
| 07/15/08 | TELEPHONE TOLL CHARGE 17326353104 | 16.83 |
| 07/16/08 | TELEPHONE TOLL CHARGE 12127659100 | 2.97 |
| 07/16/08 | PHOTOCOPYING | 16.20 |
| 07/16/08 | PHOTOCOPYING | 7.00 |
| 07/17/08 | PHOTOCOPYING Qty: 3 | 0.60 |
| 07/17/08 | PHOTOCOPYING | 5.20 |
| 07/17/08 | PHOTOCOPYING | 2.80 |
| 07/21/08 | TELEPHONE TOLL CHARGE 12127659100 | 8.91 |
| 07/21/08 | PHOTOCOPYING | 4.40 |
| 07/21/08 | PHOTOCOPYING | 7.80 |
| 07/21/08 | PHOTOCOPYING | 4.40 |
| 07/21/08 | PHOTOCOPYING | 2.80 |
| 07/22/08 | TRAVEL - MILEAGE / TOLLS - FELICE YUDKIN | 138.87 |

TOTAL COSTS ADVANCED: $ 2,417.56

TOTAL SERVICES AND COSTS: $ 19,050.06