UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ACCOUNTANT FEE APPLICATION COVER SHEET

IN RE:  Shapes/Arch Holdings L.L.C., et al.     APPLICANT: J.H. Cohn LLP

CASE NO: 08-14631                                CASE FILED: March 16, 2008

CHAPTER 11                                        CLIENT: Official Committee of
                                                  Unsecured Creditors

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  RETENTION ORDER ATTACHED.

   /s/ Bernard A. Katz    8/6/08
BERNARD A. KATZ         DATE

_____

SECTION I
**FEE SUMMARY**

Fourth Monthly Fee Statement Covering the Period July 1, 2008 through July 31, 2008

| | |
|---|---|
| TOTAL PREVIOUS FEE REQUESTED: | $ 543,855.00 |
| TOTAL COSTS PREVIOUSLY REQUESTED: | $ 2,884.11 |
| TOTAL FEES ALLOWED TO DATE: | $ 0 |
| TOTAL COSTS ALLOWED TO DATE: | $ 0 |
| TOTAL RETAINER (IF APPLICABLE) | $ 0 |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 0 |
| TOTAL INTERIM PAYMENTS RECEIVED BY APPLICANT | $ 437,938.11 |
| TOTAL RECEIVED BY APPLICANT | $ 437,938.11 |

| Name of Professional | Level | Hours Billed | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Bernard Katz | Senior Partner | 6.50 | $615 | $ 3,997.50 |
| Howard Konicov | Partner | 44.50 | 570 | 25,365.00 |
| Irv Schwarzbaum | Director | 71.60 | 465 | 33,294.00 |
| Lillian McPherson | Senior Accountant | 4.90 | 310 | 1,519.00 |
| Stephen Salantrie | Staff | 3.00 | 230 | 690.00 |
| Rosellen Martoken | Staff | 4.50 | 230 | 1,035.00 |
| **TOTAL:** | | 135.00 | | $65,900.50 |
| | | | | |
| **Blended Hourly Rate:** | | | | $488.15 |

| | | |
|---|---|---|
| FEE TOTALS | | $65,900.50 |
| DISBURSEMENT TOTALS | (page 3) | 1,142.40 |
| TOTAL FEE APPLICATION | | $67,042.90 |

**Section II**
**Summary of Services by Code**

| Category | | Description of Task | Hours | Fee |
|---|---|---|---|---|
| **Administration** | | | | |
| | a | Case Administration | 1.90 | 845.00 |
| | b | Correspondence/correspondence review | 1.80 | 1,026.00 |
| **Analysis of Financial information** | | | | |
| | c | Review/analyze Debtor's post-petition operating results | 26.80 | 12,462.00 |
| | d | Document response, request & review | 1.10 | 627.00 |
| | e | Prepare/review cashflow projections/budget rev | 33.90 | 16,065.00 |
| | f | Plan negotiations | 14.40 | 8,203.50 |
| | g | Disclosure Statement services | 5.00 | 2,850.00 |
| | h | Claims analysis/reconciliation | 18.30 | 8,340.00 |
| | i | Prepare/review flash reports | 6.50 | 3,474.00 |
| | j | Analysis of preferences/avoidance actions | 5.90 | 2,479.00 |
| | k | Evaluate sale of debtor's assets | | |
| | l | Other financial analysis | 2.60 | 1,209.00 |
| | m | Travel time (at 50% of actual) | 1.80 | 1,026.00 |
| **Meetings/teleconferences** | | | | |
| | n | Attendance at committee meetings | 0.30 | 171.00 |
| | o | Meetings with parties to case | | |
| | p | Teleconferences w/parties to case | 1.80 | 1,062.00 |
| **Fee applications and interim billing** | | | | |
| | q | Prepare/review fee application and interim billing | 4.70 | 1,387.00 |
| **Litigation** | | | | |
| | r | Attendance at Court | 8.20 | 4,674.00 |
| | | | **135.00** | **65,900.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---:|
| Travel (mileage, tolls, parking, train) | $92.80 |
| Zanaras Reporting – deposition  4/29/08 | 1,049.60 |
| **Total Disbursements:** | $1,142.40 |

## SECTION IV
## CASE HISTORY

(1)    DATE CASE FILED:   March 16, 2008

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED:    Chapter 11

(3)    DATE OF RETENTION:   Order signed April 25, 2008, effective as of March 31, 2008 (Exhibit "A")

(4)     PRIOR APPLICATION HISTORY:

| Applic. | Period Covered | Fees Requested | Expenses Req. | Fees at 80% | Expenses | Payment |
|---|---|---:|---:|---:|---:|---:|
| 1st mo. | 3/31-4/30/08 | $307,637.00 | $467.71 | $246,109.60 | $467.71 | $ 246,577.31 |
| 2nd mo. | 5/1 – 5/31 | 149,668.00 | 1,876.65 | 119,734.40 | 1,876.65 | 121,611.05 |
| 3rd mo. | 6/1 – 6/30 | 86,550.00 | 539.75 | 69,240.00 | 539.75 | 69,779.75 |
|  |  | $543,855.00 | $2,884.11 | $435,084.00 | $2,884.11 | $437,968.11 |

3

**EXHIBIT A**

Order Filed on
4/25/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Alan D. Halperin, Esq.<br>Walter Benzija, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br><br>Proposed Co-Counsel to the Official Committee of Unsecured Creditors of Shapes/Arch Holdings L.L.C., et al. |

| | |
|---|---|
| In re:<br><br>**SHAPES/ARCH HOLDINGS L.L.C., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns, USBJ |

**ORDER APPROVING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
RETENTION OF J.H. COHN LLP AS FINANCIAL ADVISOR**

The relief set forth on the following page numbered two (2) is hereby

**ORDERED**.

**DATED: 4/25/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

{00061609.1 / 0631-001}

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS, L.L.C., *et al.*
Case No: 08-14631
Caption of Order: ORDER APPROVING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RETENTION OF J.H. COHN LLP AS FINANCIAL ADVISOR

---

THIS MATTER having been opened to the Court by the Official Committee of Unsecured Creditors (the "Committee") of Shapes/Arch Holdings, L.L.C., *et al.* (the "Debtors"), upon the Application for entry of an Order approving the Committee's employment and retention of J.H. Cohn LLP ("JHC") as its financial advisor and forensic accountant in this proceeding; and the Court having considered the Application and the Affidavit of Bernard A. Katz in support thereof; and the Court being satisfied that JHC does not hold or represent any interest adverse to the Debtors, their estates or creditors, and is a disinterested person within the meaning of Sections 328, 1103(b) and 101(14) of the Bankruptcy Code, and that said employment would be in the best interests of the estates; and notice of the proposed retention having been given in accordance with the requirements of D.N.J. LBR 2014-1(a); and for good cause shown,

IT IS ORDERED as follows:

1. The employment and retention of J.H. Cohn LLP as financial advisor and forensic accountant to the Committee is hereby authorized and approved effective as of March 31, 2008.

2. Any and all compensation to be paid to J.H. Cohn for services rendered on the Committee's behalf shall be fixed by application to this Court in accordance with Sections 330 and 331 of the Bankruptcy Code and such Rules of Local and Federal Bankruptcy Procedure as may then be applicable, unless an alternate arrangement for interim compensation is authorized by the Court.

3. A copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

{00061609.1 / 0631-001}

*Approved by Judge Gloria M. Burns April 25, 2008*

# EXHIBIT B

Shapes/Arch Holdings L.L.C. et al.
J.H. Cohn LLP Time Detail - July 2008

Exhibit B, Page 1

| Date | Professional | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| 7/2/2008 | Bernard A. Katz | Br plan negotiations | Meeting with H. Konicov re: closing cap analysis. | 0.70 | 615 $ | 430.50 |
| 7/2/2008 | Bernard A. Katz | Gen tel conf | Telephone conference with counsel re: confirmation hearing. | 0.80 | 615 | 492.00 |
| 7/3/2008 | Bernard A. Katz | Br plan negotiations | Review comparison of Debtors and Committees' analysis of closing cap analysis. | 0.90 | 615 | 553.50 |
| 7/3/2008 | Bernard A. Katz | Br plan negotiations | Telephone conference with counsel re: comparison of Debtors and Committees' analysis of closing cap analysis. | 1.10 | 615 | 676.50 |
| 7/3/2008 | Bernard A. Katz | Br plan negotiations | Telephone conference with Debtors' counsel re: comparison of Debtors and Committees' analysis of closing cap analysis. | 0.50 | 615 | 307.50 |
| 7/7/2008 | Bernard A. Katz | Br plan negotiations | Telephone conference with Debtor's counsel and lender's counsel re: CAP analysis and cashflow consequences of delay of closing. | 0.40 | 615 | 246.00 |
| 7/7/2008 | Bernard A. Katz | Br Budget Rev. | Analyze cash budgets for delay in closing. | 1.60 | 615 | 984.00 |
| 7/11/2008 | Bernard A. Katz | Br plan negotiations | Review revised plan funding cap analysis. | 0.30 | 615 | 184.50 |
| 7/11/2008 | Bernard A. Katz | Br plan negotiations | Review e-mails re: CIT availability. | 0.20 | 615 | 123.00 |
| | **Bernard A. Katz Total** | | | **6.50** | | **3,997.50** |
| 7/1/2008 | Howard Konicov | Gen corres | Email to Committee counsel re: preparation for confirmation hearing and need for JHC to attend | 0.40 | 570 | 228.00 |
| 7/1/2008 | Howard Konicov | Gen corres | Email to Committee Counsel re: investigation and analysis of PPG admin claim stipulation | 0.30 | 570 | 171.00 |
| 7/1/2008 | Howard Konicov | Br Flash report | Prepare/review flash report; provided comments for the Committee | 1.10 | 570 | 627.00 |
| 7/1/2008 | Howard Konicov | Br plan negotiations | Attention to request for actual fees accumulated and revised projections of fees through the planned effective date | 0.80 | 570 | 456.00 |
| 7/1/2008 | Howard Konicov | Br Flash report | Prepared email to the Committee re: flash report | 0.30 | 570 | 171.00 |
| 7/1/2008 | Howard Konicov | Br Comm. Mtg. | Attention to emails re: coordination of conference call with Committee Counsel | 0.30 | 570 | 171.00 |
| 7/1/2008 | Howard Konicov | Br plan negotiations | Office conference with IS re: plan funding cap analysis necessary modifications (1.8) and email to committee counsel for discussion (.3) | 2.10 | 570 | 1,197.00 |
| 7/2/2008 | Howard Konicov | Br plan negotiations | Telephone conference with M Jacoby re: preparation for confirmation hearing and analysis of plan funding requirements and cap | 0.90 | 570 | 513.00 |
| 7/2/2008 | Howard Konicov | Br Projections | Prepare/review cashflow projections - attention to weekly budget to actual and covenant compliance - attention to Debtors concerns that the Company may be out of compliance | 2.10 | 570 | 1,197.00 |
| 7/2/2008 | Howard Konicov | Br Case Admin. | Attention to fee application, monthly billing statements, unpaid holdbacks and estimates for remaining work (requested by the Debtors) | 1.20 | 570 | 684.00 |
| 7/2/2008 | Howard Konicov | Br disclosure stmt | Telephone conference with Committee Counsel re; preparation for confirmation hearing | 1.20 | 570 | 684.00 |
| 7/2/2008 | Howard Konicov | Br plan negotiations | Discussion with B. Katz re: closing cap analysis. | 0.70 | 570 | 399.00 |
| 7/2/2008 | Howard Konicov | Br Projections | Prepare/review cashflow projections re: rolling forecast predicting DIP loan balances at effective date | 0.60 | 570 | 342.00 |
| 7/2/2008 | Howard Konicov | Br plan negotiations | Receipt and review of correspondence/documents re: review of IS email of plan funding requirements, and analysis of secured, admin and priority claims | 1.50 | 570 | 855.00 |
| 7/3/2008 | Howard Konicov | Br plan negotiations | Review and analysis of revised plan funding analyses prepared by IS | 1.20 | 570 | 684.00 |
| 7/3/2008 | Howard Konicov | Br Claim recon | Receipt and review of claims register | 0.60 | 570 | 342.00 |
| 7/14/2008 | Howard Konicov | Br disclosure stmt | Attention to emails re: confirmation hearing, revised budgets, and additional work to be performed | 1.30 | 570 | 741.00 |
| 7/15/2008 | Howard Konicov | Br disclosure stmt | Emails to and from Counsel re: preparation for confirmation hearing, revised budget and cap analysis | 0.80 | 570 | 456.00 |
| 7/15/2008 | Howard Konicov | Br disclosure stmt | Telephone conference with Ilana Volkov re: confirmation hearing | 0.60 | 570 | 342.00 |

Shapes/Arch Holdings LLC, et al.
J.H. Cohn LLP Time Detail - July 2008

| Date | Professional | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| 7/15/2008 | Howard Konicov | Gen corres rev | Receipt and review of correspondence/documents - email from Committee counsel re: plan note (.1); email from Committee Counsel re: request for fee estimate (.1) | 0.20 | 570 | 114.00 |
| 7/15/2008 | Howard Konicov | Br Flash report | Prepare/review flash report - made comments | 0.80 | 570 | 456.00 |
| 7/15/2008 | Howard Konicov | Br Projections | Prepare/review cashflow projections - revised projections provided by Phoenix, revised analysis of funding requirements at emergence et al | 0.70 | 570 | 399.00 |
| 7/16/2008 | Howard Konicov | Gen corres | Attention to emails re: professional fee estimates | 0.70 | 570 | 399.00 |
| 7/16/2008 | Howard Konicov | Br Budget Rev. | Attention to Debtors estimates for plan funding requirements; attention to revised budget(s) | 2.10 | 570 | 1,197.00 |
| 7/16/2008 | Howard Konicov | Br disclosure stmt | Preparation for Shapes confirmation hearing | 0.70 | 570 | 399.00 |
| 7/16/2008 | Howard Konicov | Br fee app | Attention to UST fee issues | 0.90 | 570 | 513.00 |
| 7/17/2008 | Howard Konicov | Br Flash report | Attention to flash report to committee and revised estimates for plan funding requirements | 2.10 | 570 | 1,197.00 |
| 7/17/2008 | Howard Konicov | Br Budget Rev. | Attention to budget extension an d correspondence with Counsel | 0.70 | 570 | 399.00 |
| 7/21/2008 | Howard Konicov | Br plan negotiations | Attention to plan funding cap analysis - review to previous versions, review of Jacoby declaration | 1.30 | 570 | 741.00 |
| 7/22/2008 | Howard Konicov | Lit attend ct | Attend court re: confirmation hearing | 7.50 | 570 | 4,275.00 |
| 7/22/2008 | Howard Konicov | Gen corres | Email to Alan Halperin re: results of confirmation hearing | 0.20 | 570 | 114.00 |
| 7/22/2008 | Howard Konicov | Gen traveltime | Travel time to Confirmation Hearing (billable portion at 50%) | 1.80 | 570 | 1,026.00 |
| 7/22/2008 | Howard Konicov | Lit attend ct | Preparation for Court hearing - review of Jacoby and Grabell declarations; review of Plan modifications | 0.70 | 570 | 399.00 |
| 7/24/2008 | Howard Konicov | Br Preference | Telephone conference with LM re: email to Phoenix requesting information in avoidance actions | 0.30 | 570 | 171.00 |
| 7/24/2008 | Howard Konicov | Br Budget Rev. | Review/Analyze Budget - review of Debtors revised budget, scorecards, and plan funding cap analyses | 1.10 | 570 | 627.00 |
| 7/24/2008 | Howard Konicov | Br doc request | Receipt and review of correspondence/documents - email from Donna Lieberman re: requests for information from the Debtors | 0.70 | 570 | 399.00 |
| 7/25/2008 | Howard Konicov | Br doc request | Email to Donna Lieberman re: requests made by JHC to the Debtors for information (.2); followup requests from Donna re: type of information available and extent of potential preferences (.2) | 0.40 | 570 | 228.00 |
| 7/25/2008 | Howard Konicov | Br Preference | Telephone conference with Michael Jacoby re: avoidance actions, next steps to transaction closing | 0.40 | 570 | 228.00 |
| 7/25/2008 | Howard Konicov | Br disclosure stmt | Attention to confirmation order | 0.40 | 570 | 228.00 |
| 7/25/2008 | Howard Konicov | Br Preference | Office conference with L McPherson re: review of avoidance actions and communication with the Debtors | 0.40 | 570 | 228.00 |
| 7/28/2008 | Howard Konicov | Br Preference | Telephone conference with Michael Jacoby re: investigation of avoidance actions | 0.20 | 570 | 114.00 |
| 7/30/2008 | Howard Konicov | Br Preference | Telephone conference with Trustee and Counsel re; avoidance actions | 0.70 | 570 | 399.00 |
| 7/30/2008 | Howard Konicov | Br Preference | Attention to conference call to discuss avoidance actions with Liquidation | 0.50 | 570 | 285.00 |
| 7/31/2008 | Howard Konicov | Gen tel conf | Attention to issues associated with delayed closing; telephone call to Donna Lieberman; Tel. call to M. Jacoby | 1.00 | 570 | 570.00 |
| | **Howard Konicov Total** | | | 44.50 | | 25,365.00 |
| 7/1/2008 | Irv Schwarzbaum | Br Flash report | Prepare/review flash report for period ending June 23, 2008 forecasted when would be out of compliance given current sales trends | 2.20 | 465 | 1,023.00 |
| 7/1/2008 | Irv Schwarzbaum | Br Projections | Prepared projection of Emergence Funding projection based upon various closing dates | 2.60 | 465 | 1,209.00 |
| 7/1/2008 | Irv Schwarzbaum | Br plan negotiations | Office conference with HK re: plan funding cap analysis. | 1.80 | 465 | 837.00 |
| 7/1/2008 | Irv Schwarzbaum | Br Claim recon | Analysis of 503(b) (9) claims filed by claimant versus the Debtors projection | 2.50 | 465 | 1,162.50 |
| 7/2/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for week ending 6/29/08 compliance with covenants | 1.50 | 465 | 697.50 |
| 7/2/2008 | Irv Schwarzbaum | Br Projections | Prepared side by side analysis of emergence funding required under CAP calculation from previous projections | 1.90 | 465 | 883.50 |

Shapes/Arch Holdings, LLC, et al
J.H. Cohn LLP Time Detail - July 2008

| Date | Professional | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| 7/2/2008 | Irv Schwarzbaum | Br Projections | Analyzed and review HIG Term Loan balance at various dates in order to determine loan balance at closing. Calculated accrued interest costs | 1.80 | 465 | 837.00 |
| 7/2/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for week ending 6/29/08. Revenues for the week versus projection | 1.20 | 465 | 558.00 |
| 7/2/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results 6/29/08 cash disbursements for the week by line versus projection | 1.60 | 465 | 744.00 |
| 7/3/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results 6/29/08 collections for the week by division versus budget | 1.90 | 465 | 883.50 |
| 7/3/2008 | Irv Schwarzbaum | Br Claim recon | Analysis and research of Administrative claims filed in order to calculate funding requirement at closing | 2.20 | 465 | 1,023.00 |
| 7/3/2008 | Irv Schwarzbaum | Br Claim recon | Analysis and research of priority claims filed versus scheduled. In addition, compared and analyzed variance versus the Debtors projections | 2.40 | 465 | 1,116.00 |
| 7/7/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 6/29/08 for borrowing base availably | 1.50 | 465 | 697.50 |
| 7/7/2008 | Irv Schwarzbaum | Br Projections | Prepare/review cashflow projections by Debtor for Week 16 and beyond. Analyzed Term Loan balance versus prior projections | 2.30 | 465 | 1,069.50 |
| 7/7/2008 | Irv Schwarzbaum | Br Claim recon | Analysis of administrative and priority claims filed and objections filed for disputed and duplicate claims | 3.00 | 465 | 1,395.00 |
| 7/7/2008 | Irv Schwarzbaum | Br Projections | Prepared Calculation of CAP Funding requirement | 1.50 | 465 | 697.50 |
| 7/8/2008 | Irv Schwarzbaum | Br Claim recon | Analysis of claims reconciliation of unsecured claims filed to date and potential duplicates. Analyzed claims filed versus scheduled | 2.80 | 465 | 1,302.00 |
| 7/8/2008 | Irv Schwarzbaum | Br Claim recon | Analysis of claims reconciliation for environmental claims filed | 2.10 | 465 | 976.50 |
| 7/8/2008 | Irv Schwarzbaum | Br Projections | Prepare/review cashflow projections material purchases versus prior projections due to lower sales forecast | 1.40 | 465 | 651.00 |
| 7/9/2008 | Irv Schwarzbaum | Br Projections | Preparation of funding requirements under the CAP based up revised HIG and CIT loan balance for different closing dates | 2.40 | 465 | 1,116.00 |
| 7/11/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results week ending 7/6/08 for compliance with debt covenants | 1.80 | 465 | 837.00 |
| 7/11/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results 7/6/08 net cash flow for the week versus budget | 1.40 | 465 | 651.00 |
| 7/11/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results as 7/6/08 cash receipts for the week versus budget | 1.60 | 465 | 744.00 |
| 7/11/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results 7/6/08 revenue for the week by division versus budget | 1.30 | 465 | 604.50 |
| 7/14/2008 | Irv Schwarzbaum | Br Analyze A/R | Analysis of AR aging per Debtor as of 6/30/08 for Shapes | 2.60 | 465 | 1,209.00 |
| 7/15/2008 | Irv Schwarzbaum | Br Projections | Reviewed Debtors revised projections based upon change in borrowing base | 2.00 | 465 | 930.00 |
| 7/15/2008 | Irv Schwarzbaum | Br Projections | Prepared revised funding requirement under the Plan CAP calculation based upon revised borrowing base availability | 1.90 | 465 | 883.50 |
| 7/16/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for week ending 7/22/08. Analyzed and reviewed budget versus actual for loan balances | 1.70 | 465 | 790.50 |
| 7/16/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for week ending 7/22/08. weekly revenues and cash collection versus budget | 1.30 | 465 | 604.50 |
| 7/17/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results for week ending 7/22/08. Analyzed and reviewed budget versus actual for cash disbursements | 1.50 | 465 | 697.50 |
| 7/17/2008 | Irv Schwarzbaum | Br Oper results | Reviewed and prepared analysis of emergence funding requirements under CAP formula | 1.80 | 465 | 837.00 |
| 7/18/2008 | Irv Schwarzbaum | Br Projections | Prepare/review cashflow projections as of Week 18 7/22//08, for projected loan balances and availability under borrowing base | 2.10 | 465 | 976.50 |

Shapes/Arch Holdings, L.L.C., et al
J.H. Cohn LLP Time Detail - July 2008

Exhibit B, Page 4

| Date | Professional | Activity | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| 7/24/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results as of week ending 7/22/08 for compliance with loan covenants | 1.80 | 465 | 837.00 |
| 7/24/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results as of 7/22/08 cash collection versus budget for the week | 1.20 | 465 | 558.00 |
| 7/24/2008 | Irv Schwarzbaum | Br Oper results | Reviewed Debtor's post-petition operating results as of 7/22/08 for cash disbursements budget versus actual | 1.80 | 465 | 837.00 |
| 7/28/2008 | Irv Schwarzbaum | Br Projections | reviewed Debtors projection for cash needs for 13 weeks forward from 7/31/08 and anticipated loan balances | 2.10 | 465 | 976.50 |
| 7/28/2008 | Irv Schwarzbaum | Br Oper results | Prepared projection and variance analysis of funding requirement at closing under CAP calculation | 1.90 | 465 | 883.50 |
| 7/28/2008 | Irv Schwarzbaum | Br Claim recon | Reviewed claims filed | 1.20 | 465 | 558.00 |
| | **Irv Schwarzbaum Total** | | | 71.60 | | 33,294.00 |
| 7/9/2008 | Lillian McPherson | Br Claim recon | Analysis of claims reconciliation and compile objected claims. | 1.50 | 310 | 465.00 |
| 7/23/2008 | Lillian McPherson | Br Preference | Review list of payments to insiders | 0.30 | 310 | 93.00 |
| 7/25/2008 | Lillian McPherson | Br Preference | Correspondence with Phoenix regarding avoidance action investigation. | 0.40 | 310 | 124.00 |
| 7/25/2008 | Lillian McPherson | Br Preference | Review vendor 90 day payments for names and addresses | 2.30 | 310 | 713.00 |
| 7/25/2008 | Lillian McPherson | Br Preference | Office conference with HLK regarding avoidance actions. | 0.40 | 310 | 124.00 |
| | **Lillian McPherson Total** | | | 4.90 | | 1,519.00 |
| 7/2/2008 | Rosellen Martoken | Br fee app | Prepare/review fee application - monthly application for June. | 1.20 | 230 | 276.00 |
| 7/2/2008 | Rosellen Martoken | Br Case Admin. | Prepare fee estimate as requested by counsel. | 0.70 | 230 | 161.00 |
| 7/7/2008 | Rosellen Martoken | Br fee app | Prepare/review fee application | 2.10 | 230 | 483.00 |
| 7/8/2008 | Rosellen Martoken | Br fee app | Prepare/review fee application - finalize application and forward to counsel for filing. | 0.50 | 230 | 115.00 |
| | **Rosellen Martoken Total** | | | 4.50 | | 1,035.00 |
| 7/11/2008 | Stephen Salantrie | Br Budget Rev. | Reviewed and analyzed professional fee budget | 3.00 | 230 | 690.00 |
| | **Stephen Salantrie Total** | | | 3.00 | | 690.00 |
| | **Grand Total** | | | 135.00 | | 65,900.50 |