IN THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE DISTRICT OF NEW JERSEY</u>

Jennifer D. Gould, Esquire JD0391
LAMM RUBENSTONE LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
(215) 638-9330; (215) 638-2867 - *Facsimile*
Attorney for Creditor, Modern Handling Equipment Company

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., ET AL. | CASE NO. 08-14631 GMB |
| Debtor. | |

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned, appearing as counsel for Modern Handling Equipment Company, creditor and party-in-interest in the above captioned matter, requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

LAMM RUBENSTONE LLC

By:  /s/ Jennifer D. Gould
Jennifer D. Gould, Esquire
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
(215) 638-9330; (215) 638-2867 facsimile
jgould@lammrubenstone.com
Attorney for
Modern Handling Equipment Company

385629_1.DOC