**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | CHAPTER 11 |
| Debtors. | : | |
| | : | CASE NO. 08-14631 (GMB) |
| | : | |

**NOTICE OF (I) EFFECTIVE DATE OF THE DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION, AS MODIFIED, AND (II) BAR DATES FOR FILING ADMINISTRATIVE AND REJECTION DAMAGE CLAIMS**

TO ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that pursuant to the Order of the Bankruptcy Court for the District of New Jersey (the "<u>Court</u>") Confirming (the "<u>Confirmation Order</u>") the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization, as modified (the "<u>Plan</u>"),[1] Shapes/Arch Holdings L.L.C. and its related debtor entities (collectively the "<u>Debtors</u>"),[2] hereby give notice that the Plan was confirmed on July 22, 2008, and that the Effective Date of the Plan is August 8, 2008.

**PLEASE TAKE NOTICE** that pursuant to the Plan and the Confirmation Order, requests for payment of Administrative Claims arising during the period from June 16, 2008 through the Effective Date (requests for payment of Administrative Claims arising between the Petition Date and June 15, 2008 were to be filed no later than June 30, 2008) must be filed and served on the Reorganized Debtors c/o Epiq Bankruptcy Solutions, LLC ("<u>Epiq</u>"), Grand Central Station, P.O. Box 4601, New York, NY 10163-4601 (for regular mail) or 757 Third

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Plan.

[2] In addition to Shapes/Arch Holdings L.L.C. ("<u>Shapes/Arch</u>"), the following entities, all of which are wholly owned subsidiaries of Shapes/Arch, are the Debtors in these Chapter 11 Cases: Shapes L.L.C. ("<u>Shapes</u>"); Delair L.L.C. ("<u>Delair</u>"); Accu-Weld L.L.C. ("<u>Accu-Weld</u>"); and Ultra L.L.C. ("<u>Ultra</u>").

Avenue, Third Floor, New York, NY 10017 (for overnight mail), so that such request is actually received no later than **September 8, 2008**.

A form of Administrative Claim Request is attached hereto. A copy of the Administrative Claim Request must also be served upon the Debtors' counsel at the following address: Cozen O'Connor, LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ, 08002, Attn: Jerrold N. Poslusny, Jr., Esq. and counsel for the Class 10 Liquidation Trustee at the following address: Halperin Battaglia Raicht, LLP, 555 Madison Avenue-9th Floor, New York, NY 10022-3301, Attn: Alan D. Halperin, Esq.

Pursuant to the Plan and Confirmation Order, all persons or entities who assert a claim for the actual, necessary costs and expenses of preserving the estates allowable under 11 U.S.C. § 503 (except for Fee Claims), arising between June 16, 2008 through and including the Effective Date, must file with Epiq and serve upon the Debtors' counsel an Administrative Claim Request for allowance of an Administrative Claims. Any person or entity that is required to but fails to file and serve an Administrative Claim Request in accordance with the Plan and Confirmation Order on or before September 8, 2008 **SHALL BE FOREVER BARRED AND ESTOPPED AND ENJOINED** from asserting an Administrative Claim against any of the Debtors, the Reorganized Debtors or the Debtors' estates.

**PLEASE TAKE NOTICE** that pursuant to the Plan and the Confirmation Order, parties to executory contracts or unexpired leases that are rejected pursuant to the Plan and who claim damages as a result of such rejection (a "Rejection Damage Claim") shall become Class 10 General Unsecured Creditors and shall be treated in the same manner as other Class 10 claimants. All such Rejection Damage Claims must be filed with Epiq, and served upon the Debtors' counsel and the Class 10 Liquidation Trustee's Counsel (at the addresses listed above) on or before September 11, 2008. Any person or entity that is required to but fails to file and serve a Rejection Damage Claim in accordance with the Plan and Confirmation Order on or before September 11, 2008 **SHALL BE FOREVER BARRED AND ESTOPPED AND ENJOINED** from asserting a Claim against any of the Debtors, the Reorganized Debtors or the Debtors' estates.

**Epiq may be contacted at (866) 890-1550 if there are questions with respect to this Notice.**

Dated: August 11, 2008                                       COZEN O'CONNOR

                                        By:    /s/ Jerrold N. Poslusny, Jr.
                                               Mark E. Felger
                                               Jerrold N. Poslusny, Jr.

                                               Attorneys for the Debtors