**GIANSANTE & COBB, LLC**
By:  Carol R. Cobb, Esq. (3574)
23 East Main Street
Moorestown, NJ  08057-3309
(856) 273-8866
giansantecobb@verizon.net
**Attorneys for the Creditor,**
**Ward Sand & Materials, Inc.**

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re: ) | **Chapter 11** |
| ) | |
| SHAPES/ARCH HOLDINGS, L.L.C., ) | **CASE NO. 08-14631(GMB)** |
| et al., ) | |
| Debtors. ) | |

## NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE** that Ward Sand and Materials Company, Inc. by and through its counsel, hereby withdraws its claim in the above captioned bankruptcy.


Dated: August 13, 2008         GIANSANTE & COBB, LLC
                          BY:  s/
                               Carol Rogers Cobb (#3574)