UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

Debtors.

Case No. 08-14631 (GMB)
(Jointly Administered)

Judge: Gloria M. Burns

Chapter: 11

## CERTIFICATE OF CONSENT REGARDING CONSENT ORDER RESOLVING MOTIONS OF DE LAGE LANDEN FINANCIAL SERVICES, INC., FOR, *INTER ALIA*, RELIEF FROM THE AUTOMATIC STAY [DKT. NOS. 316 AND 317]

**I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order

submitted to the Court, the following conditions have been met:

1.     The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

2.     The signatures represented by the */s/ William E. Callahan and  /s/ Jerrold N. Poslusny, Jr.* on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

3.     I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

4.     I will make the original consent order available for inspection upon request of the Court or any party in interest; and

5.     I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

/s/ Jerrold N. Poslusny, Jr.
Mark E. Felger
Jerrold N. Poslusny, Jr.

Date: August 13, 2008

CHERRY_HILL\451489\1 220718.000