**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*
By:  Kathleen J. Collins, Esquire
       Kelly A. Krail, Esquire
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ  08002
(856) 854-3636
Attorneys for Creditor Quick-way, Inc.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY  (CAMDEN)**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SHAPES/ARCH HOLDINGS, L.L.C., | ) | Case No. 08-14631-GMB |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF CLAIM**

**PLEASE TAKE NOTICE** that Quick-way, Inc. by and through its counsel, hereby withdraws its claim in the above captioned bankruptcy.

**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*

Dated: August 13, 2008          By:  _/s/ KJ Collins_
                                         Kathleen J. Collins