**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*
By:   Kelly A. Krail, Esquire
      Kathleen J. Collins, Esquire
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ  08002
(856) 854-3636
Attorneys for Creditor Quick-way, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY  (CAMDEN)

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SHAPES/ARCH HOLDINGS, L.L.C., | ) | Case No. 08-14631-GMB |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Kathleen J. Collins, Esquire, hereby certify that on this 13th day of August, 2008, I did cause a true and correct copy of the foregoing Notice of Withdrawal of Claim on behalf of Creditor Quick-way Inc. to be served via First Class Mail, postage pre-paid, upon those persons listed on the attached Service List.

LITCHFIELD CAVO LLP

By: _KJ Collins_____
Kathleen J. Collins, Esquire

Dated:  August 13, 2008

# SHAPES/ARCH HOLDINGS L.L.C.
## CASE NO. 08-14631 (GMB) (JOINTLY ADMINISTERED)
### MASTER SERVICE LIST

| | |
|---|---|
| Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>Attorneys for Debtors | Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>Attorneys for Debtors |
| Robert Lapowsky, Esq.<br>Stevens & Lee, P.C.<br>181 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>Special Counsel to Debtors | Peter J. D'Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 |
| Brian Bull<br>Alcan<br>1188 Sherbrooke Street West<br>Montreal, Quebec<br>H3A 3G2<br>Canada<br>Creditors' Committee Co-Chairperson | Richard A. Kellner<br>Rusal America Corp.<br>550 Mamaroneck Ave.<br>Harrison, NY 10528<br>Creditors' Committee Co-Chairperson |
| Alan D. Halperin, Esq.<br>Donna Liebernman, Esq.<br>Debra J. Cohen, Esq.<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue-9th Floor<br>New York, NY 10022-3301<br>Counsel for The Creditors' Committee | Michael D. Sirota, Esq.<br>Ilana Volkov, Esq.<br>Warren A. Usatine, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>Court Plaza North<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07601<br>Local Counsel for The Creditors' Committee |
| Joel Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998<br>Attorneys for ASI Funding, LLC and Arcus ASI, Inc. | Lawrence Flick, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174<br>Attorneys for ASI Funding, LLC and Arcus ASI, Inc. |

| | |
|---|---|
| Paul A. Patterson, Esq.<br>Michael Cordone, Esq.<br>Mark J. Dorval, Esq.<br>Stradley Ronon<br>2600 One Commerce Square<br>Philadelphia, PA 19103<br>Attorneys for The CIT Group/Business Credit, Inc. | Louis T. DeLucia, Esq.<br>Alan J. Brody, Esq.<br>Alyson M. Fiedler, Esq.<br>Greenberg Traurig, LLP<br>200 Park Ave.<br>Florham Park, NJ 07932<br>Attorneys for Arch Acquisition I, LLC |
| Nancy A. Mitchell, Esq.<br>Greenberg Traurig, LLP<br>Metlife Building<br>200 Park Ave.<br>New York, NY 10016<br>Attorneys for Arch Acquisition I, LLC | Diane E. Vuocolo, Esq.<br>Greenberg Traurig, LLP<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA 19103<br>Attorneys for Arch Acquisition I, LLC |
| Jennifer M. Davies, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053<br>Attorneys for Modern Handling Equipment Co. | Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attorneys for Glencore Ltd. |
| Glencore Ltd<br>Attn: Elitsa Golab<br>301 Tresser Blvd.<br>Stamford, CT 06901 | John R. Morton, Jr. Esq.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057<br>Attorneys for Jaguar Credit Corporation and Wells Fargo Equipment Finance, Inc. |
| Robert M. Marshall, Esq.<br>Marshall & Quentzel, L.L.C.<br>155 Willowbrook Boulevard<br>Wayne, NJ 07470<br>Attorneys for Alumet Supply, Inc. | Joe M. Lozano, Jr., Esq.<br>Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br>Attorneys for Bank of America and VW Credit, Inc. |
| Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzbug & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102<br>Attorneys for A. Jerome Grossman and Frank Kessler | David W. Phillips, Esq.<br>Todd M. Galante, Esq.<br>Jeffrey M. Zalkin, Esq.<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, NJ 07105-2249<br>Attorneys for De Lage Landen Financial Services, Inc. |

| | |
|---|---|
| Emmanuel J. Argentieri, Esq.<br>Parker McCay<br>PO Box 974<br>Marlton, NJ 08053<br>Attorneys for Pennsauken Township | Joseph M. Garemore, Esq.<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096<br>Attorneys for Pollution Control Financing Authority of Camden County |
| American Express Travel Related Services Inc. Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Cheryl L. Cooper, Esq.<br>Holston, MacDonald, et al.<br>66 Euclid Street<br>PO Box 358<br>Woodbury, NJ 08096<br>Attorneys for Steven Battle |
| Robyn F. Pollack, Esq.<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Attorneys for SL Industries, Inc. | Sam Della Fera, Jr., Esq.<br>Trenk, DiPasquale, et al.<br>347 Mt. Pleasant Ave., Suite 300<br>West Orange, NJ 07052<br>Attorneys for Metal Management Northeast, Inc. and<br>Metal Management Connecticut, Inc. |
| Bonnie A. Barnett, Esq.<br>Deborah Shuff, Esq.<br>Drinker, Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103<br>Attorneys for Sears Holding Management Corporation,<br>Georgia-Pacific Corp, The Glidden Co., Avery Dennison,<br>Borden Foods, Crowley Corp, Garrett-Buchanan<br>Southeastern Pennsylvania Transportation Authority | Alan P. Fox, Esq.<br>Capehart & Scatchard, P.A.<br>Laurel Corporate Center-Suite 300 S<br>8000 Midlantic Drive<br>Mount Laurel, NJ 08054<br>Attorneys for Color Source, Inc. |
| Carol Rogers Cobb, Esq.<br>Giansante & Cobb, LLC<br>23 E. Main Street<br>Moorestown, NJ 08057-3309<br>Attorneys for Ward Sand & Materials, Inc. | William G. Wright, Esq.<br>Farr, Burke, Gambacorta & Wright, P.C.<br>1000 Atrium Way, Suite 401<br>PO Box 669<br>Mt. Laurel, NJ 08054<br>Attorneys for General Electric Capital Corporation |

| | |
|---|---|
| Ira Deiches, Esq.<br>Deiches & Ferschmann<br>25 Wilkins Ave.<br>Haddonfield, NJ 08033<br>Attorneys for Northeast Metal Traders, Inc. | R. Matthew Pettigrew, Jr., Esq.<br>Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107<br>Attorneys for U.I.U. Health & Welfare Fund |
| Richard McNeill, Esq.<br>McNeill & Walker<br>230 South Broad Street<br>Suite 700<br>Philadelphia, PA 19102<br>Attorneys for Teamsters Local 837 | Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-4708 |
| Internal Revenue Service (IRS)<br>P.O. Box 21126<br>Philadelphia, PA 19114 | New Jersey Attorney General's<br>Office Division of Law<br>Attn: Tracy Richardson<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 |
| Commonwealth of Pennsylvania<br>State Office Building<br>1400 Spring Garden Street, Room 201<br>Philadelphia, PA 19130 | Timothy A. Bortz<br>UC Tax Agent/Bankruptcy Representative<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street-Room 203<br>Reading, PA 19602-1184 |
| U.S. Environmental Protection Agency<br>Region 2<br>290 Broadway, 17th Floor<br>New York, NY 10007-1866 | New Jersey Department of Environmental Protection<br>Attorney General of New Jersey<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ 08625 |