UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:                                            Case no.:        08-14631-GMB

SHAPES/ARCH HOLDINGS, L.L.C.                      Chapter:         11

                                                  Judge:           Gloria M. Burns

           Debtor(s)

Caption of Pleading being filed: NOTICE OF WITHDRAWAL OF CLAIMS

### CERTIFICATION OF NON COMPLIANCE
### REGARDING CASE MANAGEMENT/ELECTRONIC CASE FILING ("CM/ECF")

**I, (  SHARON D. BLOCK, ESQ.  ), HEREBY CERTIFY** that with respect to the transition in procedure effective October 1, 2003 which requires *mandatory* electronic filing for attorneys who regularly practice before this Court, and which requires attorneys to become trained and certified "Participants" of CM/ECF, if the attorney files ten (10) or more pleadings in a 12 month period, inclusive of the 2003 calendar year prior to October 1st, the following conditions apply (please check applicable provisions):

✓ (a) I am not currently certified as a CM/ECF Participant. During the twelve (12) month period preceding and including this filing, I have not exceeded the ten (10) document limit; or

____ (b) I am not currently certified as a CM/ECF Participant. The captioned pleading constitutes my tenth or successive document filed within the preceding twelve (12) month period, and I have contacted the Court to schedule training within thirty (30) days of this filing. My scheduled training date is _____; or

____ (c) I have been trained but not yet certified as a CM/ECF Participant; or

____ (d) I am a certified "Participant" of CM/ECF, but have encountered the following extenuating circumstances which have prevented me from complying with the mandatory filing requirement with respect to the captioned pleading: (briefly describe)
_____
_____
_____
_____

____ (e) Pursuant to the Court's Notice to the Bar dated June 17, 2003, and posted to the Court's Web site www.njb.uscourts.gov, I have placed the document being filed on a CD ROM in PDF format.

8-13-08                                           [signature: Sharon D. Block]
Date                                              Signature of Attorney