**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re:<br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br>　　　　　Debtors. | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>: CHAPTER 11<br>:<br>: CASE NO. 08-14631 (GMB)<br>:<br>: |

**NOTICE OF REMOVAL OF CONTRACT WITH GED INTEGRATED SOLUTIONS**
**FROM SCHEDULE 8.1 TO DEBTORS' THIRD AMENDED PLAN**

**PLEASE TAKE NOTICE**, that the above-captioned reorganized debtors (the "Debtors"),[1] hereby file their notice of removal of the contract with GED Integrated Solutions ("GED"), from their modified notice of executory contracts and unexpired leases to be assumed pursuant to Section 8.1 of the Debtors' Third Amended Plan of Reorganization dated May 23, 2008 (the "Plan") (and Article (VII)(G)(1) of the Debtor's Disclosure Statement dated May 23, 2008). The Debtors have removed the GED contract from Schedule 8.1 because, inter alia, the counter party to the GED contract filed an objection to the cure amount proposed by the Debtors in Schedule 8.1 and the parties have been unable to amicably resolve that objection.

**PLEASE TAKE FURTHER NOTICE**, that rejection of the GED contract is deemed to have occurred as of the date of this notice, and that pursuant to the Plan and the order

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("Shapes/Arch"), the following entities, all of which are wholly owned subsidiaries of Shapes/Arch, are the debtors in these Chapter 11 cases: Shapes L.L.C. ("Shapes"); Delair L.L.C. ("Delair"); Accu-Weld L.L.C. ("Accu-Weld"); and Ultra L.L.C. ("Ultra").

CHERRY_HILL\454160\1 226314.000

confirming the Plan (the "Confirmation Order"), any such rejection damage claim must be filed and served on the Reorganized Debtors c/o Epiq Bankruptcy Solutions, LLC ("Epiq"), Grand Central Station, P.O. Box 4601, New York, NY 10163-4601 (for regular mail) or 757 Third Avenue, Third Floor, New York, NY 10017 (for overnight mail), so that such request is actually received no later than **September 20, 2008**.  A copy of the rejection damage claim must also be served upon the Debtors' counsel at the following address: Cozen O'Connor, LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ,  08002, Attn: Jerrold N. Poslusny, Jr., Esq. and counsel for the Class 10 Liquidation Trustee at the following address:  Halperin Battaglia Raicht, LLP, 555 Madison Avenue-9th Floor, New York, NY 10022-3301, Attn:  Alan D. Halperin, Esq. In event that the counter party to the GED contract fails to file and serve a rejection damage claim on or before September 20, 2008, such party **SHALL BE FOREVER BARRED AND ESTOPPED AND ENJOINED** from asserting a Claim against any of the Debtors, the Reorganized Debtors or the Debtors' estates.

Dated:  August 21, 2008

                                                COZEN O'CONNOR

By:    /s/ *Jerrold N. Poslusny, Jr.*
          Mark E. Felger
          Jerrold N. Poslusny, Jr.

Attorneys for the Shapes/Arch Holdings LLC, *et al*.