**EXHIBIT "A"**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Shapes/Arch Holdings LLC et al.<br>Debtors. | Chapter 11<br>Case No. 08-14631 through 08-14635<br>(GMB) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Accu-Weld, LLC | Case No. of Debtor<br>08-14635 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

CALDWELL MFG. CO.
2605 MANITOU RD.
ROCHESTER NY 14624

Telephone number: 585-352-2879  Email Address: ARITCHIE@CALDWELLMFGCO.COM

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Filed: USBC - District of New Jersey - Camden
Shapes/Arch Holdings L.L.C., Et Al.
08-14631 (GMB)    000

Name and address where payment should be sent (if different from above)

CALDWELL MFG. CO.
DEPT. 400
PO BOX 8000 - BUFFALO, NY 14267

Telephone number: _____  Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 21,160.31

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** GOODS SOLD
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 0929
   3a. Debtor may have schedules account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____  Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any: _____
   $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to** [Priority] under 11 U.S.C. §507(a). If any po[rtion of] your claim falls in one of the follow[ing] categories, check the box and state [the] amount.

Specify the priority of the claim:

☐ Domestic support obligations und[er] U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions ( $10,950*), earned within 180 days be[fore] of the bankruptcy petition or cessatio[n of] debtor's business, whichever is earlie[r] U.S.C. § 507(a)(4).

☐ Contributions to an employee ben[efit plan] 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward[s purchase,] lease, or rental of property or service[s for] personal, family, or household use - § 507(a)(7).

☐ Taxes or penalties owed to govern[mental] units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragr[aph of] U.S.C. § 507(a)( ).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment o[n 4/1/10] and every 3 years thereafter with resp[ect to cases] commenced on or after the date of adj[ustment.]*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

| Date:<br>4-11-08 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>[signature]   ANDREW C. RITCHIE, 4.11.08 |
|---|---|

FILED / RECEIVED
APR 17 2008
EPIQ BANKRUPTCY SOLUTIO[NS]

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Build on it.**

REPRINT

SOLD TO:
ACCU-WELD INC.
1211 FORD ROAD
BENSALEM PA 19020
USA

SHIP TO:
ACCU-WELD INC.
1211 FORD ROAD
BENSALEM PA 19020
USA

PHONE 585-352-3790

Department 400
P.O. Box 8000
Buffalo, NY 14267

CURRENCY: USA
DATE: 2/20/08

| CUSTOMER NUMBER | ITEM NUMBER | DESCRIPTION | SHIP VIA | ORDER NUMBER | SALES NO. | REFERENCE NUMBER | TERMS |
|---|---|---|---|---|---|---|---|
| 1-9290000 | 2-19-08 | NPME/PPA | | CO 726898 | 900 | 23671 | 2% 10, NET 30 |

| ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | ***PACKAGE ALL ORDERS*** | | | | |
| | SEPERATELY | | | | |
| | QUICK TILT - NEW CONSTRUC | | | | |
| 07452530 | 3# RH CVRD B32 3/8 ASM | EA | 400 | .657 | 262.80 |
| 07452560 | 6# CVRD B32 3/8 ASM | EA | 500 | .739 | 369.50 |
| 07452570 | 7# CVRD B32 3/8 ASM | EA | 700 | .778 | 544.60 |
| 07452580 | 8# CVRD B32 3/8 ASM | EA | 400 | .816 | 326.40 |
| 07452600 | 10# CVRD B32 3/8 ASM | EA | 1,200 | 1.152 | 1,382.40 |
| 07452610 | 11# CVRD B32 3/8 ASM | EA | 1,000 | 1.283 | 1,283.00 |
| 07452620 | 12# COVERED ASM B32 | EA | 500 | 1.296 | 648.00 |
| 07452630 | 13# COVERED ASM B32 | EA | 300 | 1.307 | 392.10 |
| 07452680 | 16# COVERED ASM B32 | EA | 80 | 2.168 | 173.44 |
| | FRT-NEW PENN MOTOR EXPRESS | | | | 129.93 |
| | | | | | .00 |

Discounts Allowed on Material Only

"Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with Section 12 (A) of the Fair Labor Standards Act of 1938, as amended."

| WEIGHT | NET SALES | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | |
|---|---|---|---|---|---|---|
| | 5,382.24 | | 129.93 | .00 | 107.64 | 5,512.17 |

**REPRINT**

Build on it.

SOLD TO: ACCU-WELD INC.
1211 FORD ROAD
BENSALEM PA 19020
USA

SHIP TO: ACCU-WELD INC.
1211 FORD ROAD
BENSALEM PA 19020
USA

Remit to: Department 400
P.O. Box 8000
Buffalo, NY 14267

DATE: 3/04/08
CURRENCY: USA

| CUSTOMER NUMBER | ITEM NUMBER | SHIP VIA | ORDER NUMBER | SALES NO. | REFERENCE NUMBER | TERMS |
|---|---|---|---|---|---|---|
| 1-9290000 | 3-03-08 | NPME/PPA | CO 728106 | 900 23802 | | 2% 10, NET 30 |

| ITEM NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | ***PACKAGE ALL ORDERS*** | | | | |
| | SEPERATELY | | | | |
| 356417000 | 16Y417 PIVOT BAR | EA | 30,000 | .102 | 3,060.00 |
| 074310000 | 24B91 FRICTION ADJUSTER | EA | 20,000 | .028 | 560.00 |
| 074522540 | 4# RH CVRD B32 3/8 ASM | EA | 700 | .698 | 488.60 |
| 074522550 | 5# RH CVRD B32 3/8 ASM | EA | 500 | .716 | 358.00 |
| 074522560 | 6# CVRD B32 3/8 ASM | EA | 2,100 | .739 | 1,551.90 |
| 074522570 | 7# CVRD B32 3/8 ASM | EA | 2,000 | .778 | 1,556.00 |
| 074522580 | 8# CVRD B32 3/8 ASM | EA | 1,600 | .816 | 1,305.60 |
| 074522590 | 9# CVRD B32 3/8 ASM | EA | 2,100 | .861 | 1,808.10 |
| 074522600 | 10# CVRD B32 3/8 ASM | EA | 2,000 | 1.152 | 2,304.00 |
| 073521610 | 11# COVERED ASM B32 | EA | 1,400 | 1.283 | 1,796.20 |
| 073521620 | 12# COVERED ASM B32 | EA | 1,500 | 1.296 | 1,944.00 |
| 073521630 | 13# COVERED ASM B32 | EA | 1,100 | 1.307 | 1,437.70 |
| 073521670 | 17# COVERED ASM B32 | EA | 160 | 2.054 | 328.64 |
| 073521680 | 18# COVERED ASM B32 | EA | 80 | 2.168 | 173.44 |
| 073521690 | 19# COVERED ASM B32 | EA | 80 | 1.819 | 145.52 |
| | FRT-NEW PENN MOTOR EXPRESS | | | | 402.21 |
| | | | | | .00 |

Discounts Allowed on Material Only

| WEIGHT | NET SALES | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | |
|---|---|---|---|---|---|---|
| | 18,817.70 | | 402.21 | .00 | 376.35 | 19,219.91 |

"Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with Section 12 (A) of the Fair Labor Standards Act of 1938, as amended."

**ACCU-WELD INC.**
1211 FORD ROAD
BENSALEM PA 19020
USA

**REPRINT**

PHONE 2153572790

**ACCU-WELD INC.**
1211 FORD ROAD
BENSALEM PA 19020
USA

Department 400
P.O. Box 8000
Buffalo, NY 14267

CURRENCY: USA

DATE: 3/06/08

| CUSTOMER NUMBER | ITEM NUMBER | SHIP VIA | DESCRIPTION | ORDER NUMBER | U/M | SALES NO. | QUANTITY SHIPPED | REFERENCE NUMBER | TERMS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-9290000 | | 3-05-08 NPME/PPA | | CO 728107 | | 900 23802 | | | 2% 10, NET 30 | | |
| | 074522560 | | ***PACKAGE ALL ORDERS*** SEPERATELY | | | | | | | | |
| | | | QUICK TILT - NEW CONSTRUC | | | | | | | | |
| | 073521680 | | 6# CVRD B32 3/8 ASM | | EA | | 900 | | | .739 | 665.10 |
| | 073521690 | | 10# COVERED ASM B32 | | EA | | 80 | | | 2.168 | 173.44 |
| | | | 19# COVERED ASM B32 | | EA | | 80 | | | 1.819 | 145.52 |
| | | | FRT-NEW PENN MOTOR EXPRESS | | | | | | | | 97.65 |
| | | | | | | | | | | | .00 |

Discounts Allowed on Material Only

| WEIGHT | NET SALES | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | |
|---|---|---|---|---|---|---|
| | 984.06 | | 97.65 | .00 | 19.68 | 1,081.71 |

"Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with Section 12 (A) of the Fair Labor Standards Act of 1938, as amended."



**Build on it.**

Accu-Weld, LLC                                    Pre-Petition (3/16/08)
1211 Ford Rd.
Bensalem, PA   19020                                                    Statement Date:
CN 9290000                      Terms: 2% 10, Net 30                    3/24/2008

| Order Number | Trans Date | Days Late | Invoice Ref no | Cust P.O. Number | Invoice Amount | Outstanding Amount/Balance | Notes |
|---|---|---|---|---|---|---|---|
| * 726898 | 02/20/08 | 3 | 170664 | 23671 | 5,512.17 | 858.69 | Balance Remaining |
| * 728106 | 03/04/08 | -10 | 171436 | 23802 | 19,219.91 | 19,219.91 | |
| * 728107 | 03/06/08 | -12 | 171620 | 23802 | 1,081.71 | 1,081.71 | |

Account Balance        21,160.31

Past Due Balance         858.69

Andrew Ritchie
Credit Manager
Caldwell Mfg Co.
2605 Manitou Rd.
Rochester  NY    14624
585-352-2879
F 585-352-3729
aritchie@caldwellmfgco.com

* All invoices FOB Williamsport, MD
* General Description of Goods:  Sash Balances for Single Hung/Double Hung Windows

US POSTAGE
017H15515195
$0.410
04/11/2008
Mailed From 14624
HASLER

**CALDWELL**
Build on it.

CALDWELL MANUFACTURING COMPANY
PO BOX 92891 · ROCHESTER, NEW YORK 14692-8991

Epiq Bankruptcy Solutions, LLC
Grand Central Station
PO Box 4601
New York, NY 10163-4601

RE: Shapes/Arch Holdings, 166038501 BO55