**EXHIBIT "B"**

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>    Debtors. |

Case No. 08-14631 (GMB)
(Jointly Administered)

Judge: Gloria M. Burns

Chapter:  11

## NOTICE OF DEADLINE TO FILE REQUESTS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS INCURRED BETWEEN MARCH 16, 2008 THROUGH AND INCLUDING JUNE 15, 2008

TO:    ALL PERSONS OR ENTITIES THAT HOLD OR MAY HOLD ADMINISTRATIVE EXPENSE CLAIMS AGAINST ANY OF THE DEBTORS

Please take notice that the Bankruptcy Court for the District of New Jersey has entered an Order in the above-captioned cases (the "Administrative Expense Bar Date Order") establishing **June 30, 2008**, as the administrative expense bar date (the "Administrative Expense Bar Date"). Except as described below, the Administrative Expense Bar Date Order requires that any administrative expense claims against any of the Debtors, **arising between March 16, 2008 through and including June 15, 2008**, must be filed by submitting a request for administrative expense (the "Administrative Expense Claim Request") with the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC ("Epiq"), Grand Central Station, P.O. Box 4601, New York, NY 10163-4601 (for regular mail) or 757 Third Avenue, Third Floor, New York, NY 10017 (for overnight mail), so that such Administrative Expense Claim Request is actually received on or before the Administrative Expense Bar Date.

An Administrative Expense Claim Request is deemed filed only when it is actually received by Epiq and facsimile submissions will not be accepted.  A form of Administrative Expense Claim Request is attached hereto.  A copy of the Administrative Expense Claim Request must also be served upon the Debtors' counsel at the following address: Cozen O'Connor, LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ,  08002, Attn: Jerrold N. Poslusny, Jr., Esq.

**Epiq may be contacted at (866) 890-1550 if there are questions with respect to this Notice.**

CHERRY_HILL\444637\2

*Approved by Judge Gloria M. Burns May  28, 2008*

Pursuant to the Administrative Expense Bar Date Order, all persons or entities who assert a claim for the actual, necessary costs and expenses of preserving the estates allowable under 11 U.S.C. §503 (including, for the avoidance of doubt, claims under §503(b)(9)), arising between March 16, 2008 through and including June 15, 2008 (an "Administrative Expense Claim"), must file with Epiq and serve upon the Debtors' counsel an Administrative Expense Claim Request for allowance of an Administrative Expense Claims.[1] The Administrative Expense Bar Date shall not apply to claims arising under § 503(b)(2) and claims for expenses of any committee member appointed in accordance with § 1102.

Any person or entity that is required to but fails to file and serve an Administrative Expense Claim Request in accordance with the Administrative Expense Bar Date Order on or before the Administrative Expense Bar Date **SHALL BE FOREVER BARRED AND ESTOPPED AND ENJOINED** from asserting an Administrative Expense Claim against any of the Debtors or the Debtors' estates.

Each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that asserts an Administrative Expense against any of the Debtors that arose between March 16, 2008 through and including June 15, 2008, must file with Epiq and serve on the Debtors a request for payment of Administrative Expenses on or before June 30, 2008, the Administrative Expense Bar Date or forever be barred from asserting claims for such Administrative Expenses.

Dated: May 23, 2008                                  COZEN O'CONNOR


                                                     By:    /s/ Jerrold N. Poslusny, Jr.
                                                            Mark E. Felger
                                                            Jerrold N. Poslusny, Jr.

                                                     Attorneys for the Debtors

| **Debtor** | **Address** | **Case No.** |
|---|---|---|
| Shapes/Arch Holdings L.L.C. | 9000 River Road<br>Delair, NJ  08110 | 08-14631 (GMB) |
| Shapes L.L.C. | 9000 River Road<br>Delair, NJ  08110 | 08-14632 (GMB) |
| Ultra L.L.C. | 1777 Hylton Rd.<br>Pennsauken, NJ  08110 | 08-14633 (GMB) |
| Delair L.L.C. | 8600 River Road<br>Delair, NJ  08110 | 08-14634 (GMB) |
| Accu-Weld L.L.C. | 1211 Ford Rd.<br>Bensalem, PA  19020 | 08-14635 (GMB) |

---

[1] Section 503(b)(9) claims are claims for the value of any goods received by the Debtors, within 20 days before the commencement of the Chapter 11 cases, in which the goods have been sold to the Debtors in the ordinary course of business.

2

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | **REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE** |
|---|---|---|
| In re | Chapter 11<br><br>Case Number | |

| NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such cases, a proof of claim should be filed in accordance with Official Form 10. |
|---|

| Name of Creditor<br>(The person or other entity to whom the debtor owed money or property.)<br><br>_____<br>Name and Addresses Where Notices Should Be Sent: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: | |
| 1. BASIS FOR CLAIM<br><br>☐ Goods Sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries and compensations (Fill out below)<br><br>Provide last four digits of your social security number _____ | |
| 2. DATE DEBT WAS INCURRED: | | |
| 3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: _____<br><br>☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges. | | |
| 4. Secured Claim<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief Description of Collateral:<br><br>☐ Real Estate   ☐ Motor Vehicle<br>☐ Other (Describe briefly)_____<br><br>Value of Collateral: $_____<br><br>☐ Check this box if there is no collateral or lien securing your claim. | | |
| 5. **Credits**: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.<br><br>6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.<br><br>  DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br><br>7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request. | | THIS SPACE IS FOR COURT USE ONLY |
| **Date:** | **Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).**<br><br>_____ | |
| *Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. | | |

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with Bankruptcy Rule 9013.

*Local Form 24, new. 8/1/06.jml*

*Approved by Judge Gloria M. Burns May 28, 2008*