UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
HARRIS BEACH PLLC
ONE PARK PLACE, 4TH FLOOR
300 SOUTH STATE STREET
SYRACUSE, NEW YORK 13202
(315) 423-7100

and

HARRIS BEACH PLLC
100 WALL STREET
NEW YORK, NEW YORK 10005
(212) 687-0100
Attorneys for Caldwell Manufacturing Co

In Re:

SHAPES/ARCH HOLDINGS, L.L.C. et al.,

Case No.: 08-14631

Adv. No.:

Hearing Date: September ___, 2008

Judge: Gloria M. Burns

## ORDER GRANTING MOTION OF CALDWELL MANUFACTURING CO. LEAVE TO FILE LATE 503(b)(9) ADMINISTRATIVE CLAIM

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

Dated: _____, 2008
      Camden, New Jersey

BY THE COURT:

_____
Honorable Gloria M. Burns
United States Bankruptcy Judge

**THIS MATTER** having been come on to be heard on the Motion of Caldwell Manufacturing Co. ("Caldwell"), by and through its counsel Harris Beach PLLC, upon Motion for Leave to File Late Proof of Claim (the "Motion"), and good and sufficient notice of the hearing having been provided, and the Court having considered the moving papers, the opposition thereto, if any, and the oral arguments of counsel, and the Court having determined that good cause exists for the entry of this Order,

**IT IS ORDERED,** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED**, that the claim filed by Caldwell is hereby allowed as a timely filed Administrative Expense Claim under 11 U.S.C. §503(b)(9) in the amount of $20,301.62; and

**IT IS FURTHER ORDERED**, that the foregoing administrative claim shall be deemed to have been filed in the respective bankruptcy cases of Accu-Weld, LLC and Shapes, LLC without the need for separate or further filings therein by Caldwell; and

**IT IS FURTHER ORDERED**, that the Movant shall serve a copy of this Order on the Debtors, any trustee and any other party who entered an appearance in this Motion.