UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE:                                                                                          Case No. 08-14631 (GMB)
                                                                                                      Chapter 11

**SHAPES/ARCH HOLDINGS, L.L.C., et al.,**

                                                                                              **CERTIFICATE OF SERVICE**
Debtor.

_____

      I, Kelly C. Collins, of Harris Beach PLLC hereby certify that on the 26th day of August, 2008 I electronically filed the Notice of Motion of Caldwell Manufacturing Co. for Leave to File Late 503(b)(9) Administrative Claim, with the Clerk of the United States Bankruptcy Court for the Southern District of New York, using the CM/ECF system, which sent electronic notification to the following cm/ecf participants:

B. Aaronson      david.aaronson@dbr.com
Emmanuel J. Argentieri      eargentieri@parkermccay.com
Nola R. Bencze      nola.bencze@bipc.com, kara.tunney@bipc.com;annette.gilbert@bipc.com
Walter Benzija      wbenzija@halperinlaw.net, eganc@halperinlaw.net;cmitchell@halperinlaw.net
Alan J. Brody      brodya@gtlaw.com
Bruce D. Buechler      bbuechler@lowenstein.com, lsowinski@lowenstein.com;msavetsky@lowenstein.com
Ramanjit K. Chawla      chawlram@law.dol.lps.state.nj.us
Vincent T. Cieslik      vcieslik@cogr.com, dkaser@cogr.com
Carol R. Cobb      carolrogerscobb@verizon.net
Cheryl L. Cooper      phil@holstonlaw.com
Louis T. DeLucia      delucial@gtlaw.com
Ira Deiches      ideiches@deicheslaw.com
Sam Della Fera      sdellafera@trenklawfirm.com
Mark J. Dorval      mdorval@stradley.com
Alyson M. Fiedler      fiedlera@gtlaw.com, rodriguezme@gtlaw.com;vecchionem@gtlaw.com
Andrew J. Flame      andrew.flame@dbr.com
Linda S. Fossi      dlemanowicz@deilylawfirm.com, twright@deilylawfirm.com
Alan P. Fox      afox@capehart.com, bankruptcy@capehart.com
Donald Goodfriend Frankel      donald.frankel@usdoj.gov
Joseph M. Garemore      jgaremore@brownconnery.com
Joseph G. Gibbons      gibbonsj@whiteandwilliams.com
Jennifer D. Gould      jdavies@lammrubenstone.com, mdenton@lammrubenstone.com
John C. Kilgannon      jck@stevenslee.com
Suzanne M. Klar      suzanne.klar@pseg.com, joel.taylor@pseg.com
Oren Klein      oklein@parkermccay.com, narena@parkermccay.com
Kelly A Krail      krail@litchfieldcavo.com, collins@litchfieldcavo.com
Jeffrey Kurtzman      jkurtzma@klehr.com
Rachel Jeanne Lehr      Rachel.Lehr@law.dol.lps.state.nj.us, rjlehr@aol.com
Eric H. Lindenman      elindenman@harrisbeach.com, kgriffith@harrisbeach.com;bkemail@harrisbeach.com
David R Lyons      davidl@ldvlaw.com
Donald F. MacMaster      Donald.F.MacMaster@usdoj.gov
Robert M. Marshall      rmarshall@mqlaw.net
John R. Morton      jrmecf@verizon.net

Office of Unemployment Compensation Tax Services (OUCTS), Department of Labor and Industry, Commonwealth of Pennsylvania
Melissa A. Pena    mapena@nmmlaw.com, LWashington@nmmlaw.com
Frank Peretore    peretore@peretore.com
R. Matthew Pettigrew    mpettigrew@markowitzandrichman.com
David W. Phillips    david.phillips@leclairryan.com
Robyn Pollack    rpollack@saul.com
Jerrold N. Poslusny    jposlusny@cozen.com, dreyes@cozen.com
Steven J. Reisman    sreisman@curtis.com, jdrew@curtis.com;lharrison@curtis.com
Michael Joseph Reynolds    michael.reynolds@dbr.com
Philip Seth Rosen    prosen@zeklaw.com, mdavis@zeklaw.com;agiacobbe@zeklaw.com;mmccarthy@zeklaw.com
Joseph L. Schwartz    jschwartz@riker.com
Joel C. Shapiro    shapiro-jc@blankrome.com, hutches@blankrome.com;senese@blankrome.com
Michael D. Sirota    msirota@coleschotz.com
Michael Stafford    mjsnorddemaio@aol.com, norddemaio@aol.com
United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
Ilana Volkov    ivolkov@coleschotz.com
Diane E. Vuocolo    vuocolod@gtlaw.com
Katherine Wade-Battle    MARIANNE@ccmua.org
John J. Winter    jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com
William G. Wright    wwright@capehart.com, jlafferty@capehart.com

And I further certify that on said date, I have mailed via the U.S. Postal Service, postage prepaid, regular mail, the Notice of Motion to the following parties:

Cozen O'Connor
Mark E. Felger, Esq.
Jerrold N. Poslusny, Jr., Esq.
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

United States Trustee's Office
One Newark Center, Suite 2100
Newark, NJ 07102

Honorable Gloria M. Burns
United States Bankruptcy Court
400 Cooper Street, Courtroom 4C
Camden, NJ 08101

Executed on August 26, 2008.              /s/ *Kelly C. Collins*
                                                                  Kelly C. Collins