| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| In re: | Case No. 08-14631(GMB) |
|---|---|
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter: 11 |

Order Filed on 8/26/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

### ORDER GRANTING MOTION TO DISALLOW
### <u>CLAIMS FOR CONTRIBUTION</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 8/26/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Granting Motion to Disallow Claims for Contribution

---

Upon consideration of the above-captioned debtors' (the "Debtors") motion to disallow contribution claims application of the above-captioned debtors and debtors-in-possession (the "Motion"),[1] any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Motion is GRANTED, as set forth herein.

2. That each of the Claims listed on Exhibits "A" and "B" of the Motion, to the extent not withdrawn by the claimants within twenty days from the date of this Order, are hereby disallowed for all purposes and expunged from the claims register.

3. That, notwithstanding the relief set forth in paragraph 2, above, all claims of Pollution Control Financing Authority of Camden County have been resolved pursuant to the Settlement Agreement and General Release executed by the parties and approved by the Court in the Order confirming the Debtors' Third Amended Plan

4. That the Motion, as it pertains to the claims listed in Exhibits "C", "D" and "E" of the Motion, is hereby adjourned to September 22, 2008 at 10:00 a.m.

CHERRY_HILL\448324\2 220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns August 26, 2008*