## AFFIDAVIT OF BONNIE CARTWRIGHT

PROVINCE OF ONTARIO         )
                            ) SS:
YORK REGION
CANADA                      )

I, Bonnie Cartwright, after being sworn, hereby aver:

1. I make this affidavit on knowledge known by me.

2. I am President of Exco Extrusion Dies ("Exco"), a creditor in the bankruptcy case captioned *In Re: Shapes/Arch Holdings LLC, et al.*, U.S. Bankruptcy Court for the District of New Jersey, case no. 08-14631 (the "Litigation").

3. On May 2, 2008, Exco filed its proof of claim in the Litigation in the total amount of $335,030.58. Included in that amount was $65,810.59 for goods delivered between February 25, 2008 and March 14, 2008, and within twenty (20) days before the date of the commencement of the Litigation. Those goods were sold to the debtor in the ordinary course of the debtor's business.

4. Because Exco included its claim for goods delivered within 20 days before the commencement of the Litigation in its proof of claim, it did not know it was necessary to file a second claim for an administrative expense.

5. Exco received a letter dated May 29, 2008 noting an administrative expense claim bar date for claims arising between March 16, 2008 through and including June 15, 2008, but Exco did not believe its claims fit that criteria because no goods were delivered during that period.

SLK_TOL: #1573393v1

6. Exco was not represented by counsel in the Litigation until it recently learned it was necessary for Exco to have filed a Request for Payment of Administrative Expense form.

7. Exco has at all times acted in good faith regarding the Litigation.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Bonnie Cartwright

Sworn to before me and subscribed in my presence this 21st day of August, 2008.

_____
Notary Public