| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Robyn F. Pollack (RP 8974)<br>SAUL EWING LLP<br>A Delaware Limited Liability Partnership<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>(215) 972-7537 (phone)<br>(215) 972-1946 (fax)<br><br>H. Buswell Roberts, Jr.<br>Nathan A. Hall<br>SHUMAKER, LOOP & KENDRICK, LLP<br>1000 Jackson Street<br>Toledo, Ohio 43604-5573<br>(419) 241-9000<br><br>Attorneys for Exco Extrusion Dies | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>                Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge Gloria M. Burns<br><br>Chapter 11 |

**ORDER GRANTING MOTION OF EXCO EXTRUSION DIES FOR LEAVE
TO FILE LATE §503(b)(9) ADMINISTRATIVE EXPENSE CLAIM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

                                                Honorable Gloria M. Burns
                                                United States Bankruptcy Judge

1097332.1 8/27/08

Upon consideration of the Motion of Exco Extrusion Dies for Leave to File Late §503(b)(9) Administrative Expense Claim (the "Motion"), and good and sufficient notice of the hearing having been provided, and the Court having considered the moving papers, the opposition thereto, if any, and the oral arguments of counsel, and the Court having determined that good cause exists for the entry of this Order, it is hereby

**ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that Exco Extrusion Dies shall be permitted to file its section 503(b)(9) claim in the amount of $65,810.59 within ten (10) days after the entry of this Order and that such filing shall be deemed timely; and

**IT IS FURTHER ORDERED** that this Order shall not affect the allowability of Exco Extrusion Dies' section 503(b)(9) claim; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.