| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Robyn F. Pollack (RP 8974)<br>SAUL EWING LLP<br>A Delaware Limited Liability Partnership<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>(215) 972-7537 (phone)<br>(215) 972-1946 (fax)<br><br>H. Buswell Roberts, Jr.<br>Nathan A. Hall<br>SHUMAKER, LOOP & KENDRICK, LLP<br>1000 Jackson Street<br>Toledo, Ohio 43604-5573<br>(419) 241-9000<br><br>Attorneys for Exco Extrusion Dies | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge Gloria M. Burns<br><br>Chapter 11<br><br>Hearing Date: September 29, 2008 at 10:00 a.m. |

**NOTICE OF MOTION OF EXCO EXTRUSION DIES FOR LEAVE
TO FILE LATE §503(b)(9) ADMINISTRATIVE EXPENSE CLAIM**

PLEASE TAKE NOTICE that Exco Extrusion Dies, by and through its undersigned attorneys, has filed a motion for leave to file a §503(b)(9) administrative expense claim past the bar date (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)**

1097332.1 8/27/08

If you do not want the Court to grant the relief requested by the Movant, or if you want the Court to consider your views on the Motion, then on or before **September 22, 2008 at 4:00 p.m.**, you or your attorney must:

File with the Court an answer explaining your position at: Clerk, U.S. Bankruptcy Court, 400 Cooper Avenue, Camden, New Jersey 08101. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You **must** also mail a copy to: Robyn Forman Pollack, Esquire, Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102 and H. Buswell Roberts, Jr., Esquire and Nathan A. Hall, Esquire, Shumaker, Loop & Kendrick, LLP, 1000 Jackson Street, Toledo, OH 43608-2801; and

Attend a hearing scheduled to be held on **September 29, 2008 at 10:00 a.m.** in Courtroom 4C, United States Bankruptcy Court, 400 Cooper Avenue, 4th Floor, Camden, New Jersey 08101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: August 27, 2008

By:

SAUL EWING LLP

/S/
Robyn Forman Pollack, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7537

and

SHUMAKER, LOOP & KENDRICK, LLP
H. Buswell Roberts, Jr.
Nathan A. Hall
1000 Jackson Street
Toledo, Ohio 43608-2801
Telephone: (419) 321-1470
Telecopier: (419) 241-6894
broberts@slk-law.com
nhall@slk-law.com

Attorneys for Exco Extrusion Dies