D.N.J. Local Form 24

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE |
|---|---|

In re

**Shapes/Arch Holdings, LLC, et al.**

Chapter 11

Case Number
**08-14631 (GMB)**

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such cases, a proof of claim should be filed in accordance with Official Form 10.

Name of Creditor
(The person or other entity to whom the debtor owed money or property.)

**Exco Extrusion Dies**

Name and Addresses Where Notices Should Be Sent:

**56617 North Bay Drive**
**Chesterfield, MI 48051**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this request:
☐ replaces a previously filed request, dated:
☐ amends a previously filed request, dated:

1. BASIS FOR CLAIM

☒ Goods Sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED:
**02/25/08 – 03/14/08**

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE:
**$65,810.59**

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate    ☐ Motor Vehicle
☐ Other (Describe briefly)_____

Value of Collateral: $_____

☐ Check this box if there is no collateral or lien securing your claim.

5. Credits: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. Supporting Documents: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. Date-Stamped Copy: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

Date:

**8/21/08**

Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).

**Nathan A. Hall, Attorney for Creditor**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your _____ in accordance with Bankruptcy Rule 9013.

*Local Form 24, new. 8/1/06.jml*

**EXHIBIT**

A

*Approved by Judge Gloria M. Burns May 28, 2008*

## extrusion tooling solutions

### *Exco USA*

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 74713 | 1 |

| DATE |
|---|
| Feb 25, 2008 |

**SOLD TO**

ALUMINUM SHAPES INC.
P.O. BOX  397
DELAIR,  NJ

08110

**SHIP TO**

ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR,  NJ

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 74713 | 793595 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 374-BX-374/1 | 17" x 9.02" Bolster REVISE (1 CAV)<br>Location: 4BC210 | 1 | 800.00 | 800.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 800.00 | 210.00 | | 1010.00 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

## extrusion tooling solutions

### *Exco USA*

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. |
|---|
| 74722 |

| PAGE |
|---|
| 1 |

| DATE |
|---|
| Feb 25, 2008 |

**SOLD TO**
ALUMINUM SHAPES INC.
P.O. BOX 397
DELAIR, NJ

08110

**SHIP TO**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR, NJ

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 74722 | 793423 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 30882-B | 12" x 1.51" Die (solid) (1 CAV) Location: 2FG40  2-14-08 | 1 | 420.00 | 420.00 |
| | Steel Surcharge | | | 42.06 |
| | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| | NITRIDE | 1 | 75.00 | 75.00 |

| | | | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | | | 587.06 | 14.61 | | 601.67 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 74751 | 1 |

| DATE |
|---|
| Feb 25, 2008 |

**SOLD TO**
ALUMINUM SHAPES INC.
P.O. BOX 397
DELAIR, NJ

08110

**SHIP TO**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR, NJ

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 74751 | 793443 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 240-CP-240/2 | 24" x 8.62" Bolster (1 CAV) Location: 4YA108 | 1 | 3020.00 | 3020.00 |
| | Steel Surcharge | | | 944.57 |
| | Fast Track | 1 | 0.00 | 0.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 3964.57 | 333.66 | | 4298.23 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 74738 | 1 |

**DATE**
Feb 26, 2008

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 74738 | 793423 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 36212 | 10" x 2.51" Die (solid) (1 CAV)<br>Location: 3CK24  2-14-08 | 1 | 449.00 | 449.00 |
|  | Steel Surcharge |  |  | 46.27 |
|  | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| 1-S-5676/1 | 10" x 3.52" Backer (1 CAV)<br>Location: 1GF304 | 1 | 346.00 | 346.00 |
|  | Steel Surcharge |  |  | 64.04 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 955.31 | 40.52 | | 995.83 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|-------------|------|
| 74887 | 1 |

| DATE |
|------|
| Feb 27, 2008 |

| SOLD TO | SHIP TO |
|---------|---------|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|--------------|-----------|---------------|-------|
| 016500 | 74887 | 793502 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|-------------|-------------|----------|---------------|----------------|
| 35854 | 12" x 1.51" Die (solid) (1 CAV)<br>Location: 2FB23  12-8-08 | 1 | 420.00 | · 420.00 |
| | Steel Surcharge | | | 44.24 |
| | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| | NITRIDE | 1 | 75.00 | 75.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|--|-----------|---------|--|-----------|
| | 589.24 | 14.61 | | 603.85 |

56617 North Bay Drive
Chesterfield. MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 74895 | 1 |

| DATE |
|---|
| Feb 27, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC. <br> P.O. BOX 397 <br> DELAIR, NJ | ALUMINUM SHAPES INC. <br> 9000 RIVER ROAD <br> DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 74895 | 793502 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 35970-A | 10" x 1.51" Die (solid) (1 CAV) <br> Location: 3DM29  2-18-08 | 1 | 330.00 | 330.00 |
| | Steel Surcharge | | | 30.17 |
| | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| | NITRIDE | 1 | 40.00 | 40.00 |
| | SHIP VIA: UPS NDA | 1 | 0.00 | 0.00 |

| | NET AMOUNT | FREIGHT | AMOUNT DUE |
|---|---|---|---|
| | 450.17 | 82.51 | 532.68 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 74901 | 1 |

| DATE |
|---|
| Feb 27, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |

08110                                                                08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 74901 | 793530 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 36196 | 15.375" x 2.01" Die (solid) (1 CAV)<br>Location: 1DP124  2-20-08<br>ZERO COST PER BCS | 1 | 0.00 | 0.00 |
|  | Pocket on the face (1 CAV) | 1 | 0.00 | 0.00 |
|  | NITRIDE | 1 | 0.00 | 0.00 |
| 36196A/1 | 14.375" x 2.01" Feeder (1 CAV)<br>Location: 1DP221 | 1 | 458.00 | 458.00 |
|  | Fast Track<br>Steel Surcharge | 1 | 0.00 | 0.00<br>91.20 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 549.20 | 59.84 | | 609.04 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
   866.749.DIES (3437)
[f] 586.749.7360
   800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrūsion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 74933 | 1 |

| DATE |
|---|
| Feb 27, 2008 |

**SOLD TO**
ALUMINUM SHAPES INC.
P.O. BOX 397
DELAIR, NJ

08110

**SHIP TO**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR, NJ

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 74933 | 793530 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 36213 | 10" x 1.51" Die (solid) (1 CAV) Location: 3CK23 2-20-08 | 1 | 330.00 | 330.00 |
| | Steel Surcharge | | | 30.17 |
| | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| 1-S-5677/1 | 10" x 3.52" Backer (1 CAV) Location: 2LQ06 | 1 | 346.00 | 346.00 |
| | Steel Surcharge | | | 67.37 |
| | Fast Track | 1 | 0.00 | 0.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 823.54 | 33.80 | | 857.34 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. |
| --- |
| 74416 |

| PAGE |
| --- |
| 1 |

| DATE |
| --- |
| Feb 28, 2008 |

**SOLD TO**
ALUMINUM SHAPES INC.
P.O. BOX  397
DELAIR,  NJ

08110

**SHIP TO**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR,  NJ

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
| --- | --- | --- | --- |
| 016500 | 74416 | 793595 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- |
| 34608/2 | 12" x 2.51" Feeder (1 CAV) Location: 2M806 | 1 | 372.00 | 372.00 |
|  | Steel Surcharge |  |  | 67.39 |
|  | Fast Track | 1 | 0.00 | 0.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
| --- | --- | --- | --- | --- |
| | 439.39 | 24.29 | | 463.68 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

### Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | | PAGE |
|---|---|---|
| 74572 | | 1 |

| DATE |
|---|
| Feb 28, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX  397<br>DELAIR,  NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR,  NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 74572 | 793316 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 81481-B | 20" x 2.51" Die (solid) (1 CAV)<br>Location: 4NB135  1-29-08<br>Steel Surcharge | 1 | 1334.00 | 1334.00<br><br>191.43 |
|  | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
|  | NITRIDE | 1 | 100.00 | 100.00 |
| 81481A/1 | 20" x 6.02" Backer (1 CAV)<br>Location: 4NB132 | 1 | 1506.00 | 1506.00 |
| 81481B/1 | 20" x 2.51" Feeder (1 CAV)<br>Location: 4NA250<br>Steel Surcharge | 1 | 902.00 | 902.00<br><br>629.89 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 4713.32 | 296.76 | | 5010.08 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
  866.749.DIES (3437)
[f] 586.749.7360
  800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

### Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 74670 | 1 |

| DATE |
|---|
| Feb 28, 2008 |

**SOLD TO**
ALUMINUM SHAPES INC.
P.O. BOX  397
DELAIR,  NJ

**SHIP TO**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR,  NJ

08110

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 74670 | 793369 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| H-36211 | 15.375" x 8" Hollow (port) (1 CAV)<br>Location: 1CF306  2-12-08<br><br>Steel Surcharge | 1 | 3096.00 | 3096.00<br><br>472.95 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 3568.95 | 127.08 | | 3696.03 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
   866.749.DIES (3437)
[f] 586.749.7360
   800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

**extrusion tooling solutions**

**Exco USA**

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 74669 | 1 |

| DATE |
|---|
| Feb 29, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC. | ALUMINUM SHAPES INC. |
| P.O. BOX  397 | 9000 RIVER ROAD |
| DELAIR,  NJ | DELAIR,  NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 74669 | 793369 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| H-36210 | 15.375" x 8" Hollow (port) (1 CAV)<br>Location: 1EQ301  2-12-08<br>Steel Surcharge | 1 | 3096.00 | 3096.00<br>472.95 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 3568.95 | 127.08 | | 3696.03 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[l] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## *Exco USA*

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. |
|---|
| 74712 |

| PAGE |
|---|
| 1 |

| DATE |
|---|
| Mar 03, 2008 |

| SOLD TO |
|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR,  NJ |

| SHIP TO |
|---|
| ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR,  NJ |

08110

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 74712 | 793420 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 335-BL-335/1 | 20" x 12.02" Bolster (1 CAV)<br>Location: A505<br><br>Steel Surcharge | 1 | 2793.00 | 2793.00<br><br>860.73 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 3653.73 | 323.10 | | 3976.83 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.D/ES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75119 | 1 |

| DATE |
|---|
| Mar 03, 2008 |

| SOLD TO |
|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ |

| SHIP TO |
|---|
| ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |

08110                                    08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75119 | 793630 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 2-S-4218/3 | 10" x 4.52" Backer (2 CAV)<br>Location: 1EF208<br>Steel Surcharge | 1 | 427.00 | 427.00<br>85.88 |
| | Fast Track | 1 | 0.00 | 0.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 512.88 | 30.37 | | 543.25 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

### Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75019 | 1 |

| DATE |
|---|
| Mar 04, 2008 |

**SOLD TO**
ALUMINUM SHAPES INC.
P.O. BOX  397
DELAIR,  NJ

08110

**SHIP TO**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR,  NJ

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75019 | 793581 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 36214 | 12" x 1.51" Die (solid) (1 CAV) Location: 2CH02  2-22-08 Steel Surcharge | 1 | 420.00 | 420.00 44.24 |
|  | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| 36214/1 | 12" x 5.52" Backer (1 CAV) Location: 1GH505 Steel Surcharge | 1 | 615.00 | 615.00 151.12 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 1280.36 | 68.03 | | 1348.39 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75114 | 1 |

| DATE |
|---|
| Mar 04, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75114 | 793630 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 36066-B | 10" x 1.51" Die (solid) (1 CAV)<br>Location: 3CT29 2-23-08 | 1 | 330.00 | 330.00 |
| | Steel Surcharge | | | 30.17 |
| | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| | NITRIDE | 1 | 40.00 | 40.00 |
| | Fast Track | 1 | 0.00 | 0.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 450.17 | 10.15 | | 460.32 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
   866.749.DIES (3437)
[f] 586.749.7360
   800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

### Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. |
| --- |
| 75116 |

| PAGE |
| --- |
| 1 |

| DATE |
| --- |
| Mar 04, 2008 |

**SOLD TO**
ALUMINUM SHAPES INC.
P.O. BOX 397
DELAIR, NJ

**SHIP TO**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR, NJ

08110

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS | | |
| --- | --- | --- | --- | --- | --- |
| 016500 | 75116 | 793630 | NET30 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- |
| 35290 | 10" x 2.01" Die (solid) (2 CAV) Location: 3CP07  2-25-08 Steel Surcharge | 1 | 445.00 | 445.00 39.42 |
| | Pocket on the face (2 CAV) | 1 | 50.00 | 50.00 |
| | NITRIDE | 1 | 40.00 | 40.00 |
| | Fast Track | 1 | 0.00 | 0.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
| --- | --- | --- | --- | --- |
| | 574.42 | 13.51 | | 587.93 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|-------------|------|
| 74844 | 1 |

| DATE |
|------|
| Mar 06, 2008 |

| SOLD TO | SHIP TO |
|---------|---------|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |

08110                                                                 08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|--------------|-----------|---------------|-------|
| 016500 | 74844 | 793502 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|-------------|-------------|----------|---------------|----------------|
| 82063 | 18" x 2.01" Die (solid) (1 CAV)<br>Location: CH112  2-19-08 | 1 | 998.00 | 998.00 |
|  | Steel Surcharge |  |  | 131.33 |
|  | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| 82063/1 | 18" x 6.02" Backer (1 CAV)<br>Location: 4AF313 | 1 | 1162.00 | 1162.00 |
| 82063/1 | 18" x 3.01" Feeder (1 CAV)<br>Location: CE310 | 1 | 724.00 | 724.00 |
|  | Steel Surcharge |  |  | 563.10 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|------------|---------|---|------------|
| | 3628.43 | 240.37 | | 3868.80 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75022 | 1 |

| DATE |
|---|
| Mar 10, 2008 |

**SOLD TO:**
ALUMINUM SHAPES INC.
P.O. BOX 397
DELAIR, NJ

**SHIP TO:**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR, NJ

08110                                              08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75022 | 793581 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 3-CP-3/9 | 24" x 8.62" Bolster (1 CAV) Location: 4NA142 Steel Surcharge | 1 | 3020.00 | 3020.00 944.57 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 3964.57 | 333.66 | | 4298.23 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75023 | 1 |

| DATE |
|---|
| Mar 10, 2008 |

**SOLD TO**
ALUMINUM SHAPES INC.
P.O. BOX 397
DELAIR, NJ

**SHIP TO**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR, NJ

08110

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75023 | 793581 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 90-CP-90/5 | 24" x 8.62" Bolster (1 CAV)<br>Location: 4MA118<br><br>Steel Surcharge | 1 | 3020.00 | 3020.00<br><br>944.57 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 3964.57 | 333.66 | | 4298.23 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

### Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75024 | 1 |

| DATE |
|---|
| Mar 10, 2008 |

**SOLD TO**
ALUMINUM SHAPES INC.
P.O. BOX 397
DELAIR, NJ

**SHIP TO**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR, NJ

08110                                                                 08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75024 | 793581 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 157-BL-157/4 | 20" x 6.02" Bolster (1 CAV)<br>Location: A708<br>Steel Surcharge | 1 | 1588.00 | 1588.00<br>461.24 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 2049.24 | 161.82 | | 2211.06 |

56617 North Bay Drive     [t] 586.749.5400          [e] orders@excomich.com
Chesterfield, MI USA          866.749.DIES (3437)     [w] www.extrusiontoolinggroup.com
48051                              [f] 586.749.7360
                                       800.742.7546

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75200 | 1 |

| DATE |
|---|
| Mar 10, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75200 | 793688 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 30071 | 12" x 3.01" Die (solid) (1 CAV)<br>Location: 2RC17  2-26-08 | 1 | 683.00 | 683.00 |
|  | Steel Surcharge |  |  | 84.22 |
|  | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
|  | NITRIDE | 1 | 75.00 | 75.00 |
| 30071/2 | 12" x 4.02" Backer (1 CAV)<br>Location: 1GD513 | 1 | 488.00 | 488.00 |
|  | Steel Surcharge |  |  | 111.14 |

| NET AMOUNT | FREIGHT | AMOUNT DUE |
|---|---|---|
| 1491.36 | 68.03 | 1559.39 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## *Exco USA*

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75020 | 1 |

| DATE |
|---|
| Mar 11, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75020 | 793581 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 82065 | 18" x 2.01" Die (solid) (1 CAV)<br>Location: CH115  2-22-08 | 1 | 998.00 | 998.00 |
|  | Steel Surcharge |  |  | 131.33 |
|  | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| 82065/1 | 18" x 3.02" Backer (1 CAV)<br>Location: CN129 | 1 | 724.00 | 724.00 |
| 82065/1 | 18" x 3.01" Feeder (1 CAV)<br>Location: 4HF217 | 1 | 724.00 | 724.00 |
|  | Steel Surcharge |  |  | 383.20 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 3010.53 | 175.05 | | 3185.58 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

## extrusion tooling solutions

### Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75155 | 1 |

| DATE |
|---|
| Mar 11, 2008 |

| SOLD TO: | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |

08110                                    08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75155 | 793630 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 36130 | 15.375" x 2.01" Die (solid) (1 CAV)<br>Location: 1DQ216  2-23-08 | 1 | 868.00 | 868.00 |
| | Steel Surcharge | | | 103.77 |
| | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| | NITRIDE | 1 | 100.00 | 100.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 1121.77 | 31.93 | | 1153.70 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions
## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75340 | 1 |

| DATE |
|---|
| Mar 11, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75340 | 793735 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 35937 | 10" x 1.51" Die (solid) (2 CAV)<br>Location: 2DG11  2-27-08 | 1 | 375.00 | 375.00 |
| | Steel Surcharge | | | 30.17 |
| | Pocket on the face (2 CAV) | 1 | 50.00 | 50.00 |
| | NITRIDE | 1 | 40.00 | 40.00 |
| | Fast Track | 1 | 0.00 | 0.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 495.17 | 10.15 | | 505.32 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
   866.749.DIES (3437)
[f] 586.749.7360
   800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75360 | 1 |

| DATE |
|---|
| Mar 11, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS | | |
|---|---|---|---|---|---|
| 016500 | 75360 | 793735 | NET30 | | |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 31395-A | 12" x 1.51" Die (solid) (2 CAV)<br>Location: 2ZU20  3-3-08 | 1 | 465.00 | 465.00 |
| | Steel Surcharge | | | 44.24 |
| | Pocket on the face (2 CAV) | 1 | 50.00 | 50.00 |
| | NITRIDE | 1 | 75.00 | 75.00 |
| | Fast Track | 1 | 0.00 | 0.00 |

| | NET AMOUNT | FREIGHT | AMOUNT DUE |
|---|---|---|---|
| | 634.24 | 14.61 | 648.85 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

## extrusion tooling solutions

### Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75117 | 1 |

| DATE |
|---|
| Mar 12, 2008 |

**SOLD TO**
ALUMINUM SHAPES INC.
P.O. BOX 397
DELAIR, NJ

08110

**SHIP TO**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR, NJ

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75117 | 793630 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 81847/7 | 17" x 5.02" Backer (1 CAV)<br>Location: 1EL318 | 1 | 907.00 | 907.00 |
| | Steel Surcharge | | | 278.15 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 1185.15 | 97.49 | | 1282.64 |

56617 North Bay Drive     [t] 586.749.5400          [e] orders@excomich.com
Chesterfield, MI USA              866.749.DIES (3437)    [w] www.extrusiontoolinggroup.com
48051                          [f] 586.749.7360
                                    800.742.7546

# extrusion tooling solutions

## *Exco USA*

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75118 | 1 |

| DATE |
|---|
| Mar 12, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC. | ALUMINUM SHAPES INC. |
| P.O. BOX  397 | 9000 RIVER ROAD |
| DELAIR, NJ | DELAIR,  NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75118 | 793630 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 81847/8 | 17" x 5.02" Backer (1 CAV) Location: 1EL319 | 1 | 907.00 | 907.00 |
|  | Steel Surcharge |  |  | 278.15 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 1185.15 | 97.49 | | 1282.64 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
   866.749.DIES (3437)
[f] 586.749.7360
   800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75361 | 1 |

| DATE |
|---|
| Mar 12, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75361 | 793735 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 33492-A | 15.375" x 2.01" Die (solid) (1 CAV)<br>Location: 1DS324  2-22-08 | 1 | 868.00 | 868.00 |
| | Steel Surcharge | | | 103.77 |
| | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| | NITRIDE | 1 | 100.00 | 100.00 |
| | Fast Track | 1 | 0.00 | 0.00 |

| | NET AMOUNT | FREIGHT | AMOUNT DUE |
|---|---|---|---|
| | 1121.77 | 31.93 | 1153.70 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75052 | 1 |

| DATE |
|---|
| Mar 13, 2008 |

**SOLD TO**
ALUMINUM SHAPES INC.
P.O. BOX 397
DELAIR, NJ

08110

**SHIP TO**
ALUMINUM SHAPES INC.
9000 RIVER ROAD
DELAIR, NJ

08110

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75052 | 793595 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| H-4866-G | 10" x 4" Hollow (port) (8 CAV) Location: 1FB112  12-1-07 | 1 | 1460.00 | 1460.00 |
| | Steel Surcharge | | | 99.95 |
| | NITRIDE | 1 | 100.00 | 100.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 1659.95 | 26.88 | | 1686.83 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75083 | 1 |

| DATE |
|---|
| Mar 13, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ<br><br>08110 | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ<br><br>08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75083 | 793595 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 81991-A | 21" x 2.01" Die (solid) (1 CAV)<br>Location: 4JB408  2-25-08 | 1 | 1303.00 | 1303.00 |
|  | Steel Surcharge |  |  | 181.20 |
|  | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
|  | NITRIDE | 1 | 130.00 | 130.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 1664.20 | 59.57 | | 1723.77 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
     866.749.DIES (3437)
[f] 586.749.7360
     800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. |
|---|
| 75599 |

| PAGE |
|---|
| 1 |

| DATE |
|---|
| Mar 13, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX  397<br>DELAIR,  NJ<br><br>08110 | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR,  NJ<br><br>08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75599 | 793823 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 522-LP-522/3 | 14.375" x 8.02" Bolster (2 CAV)<br>Location: SN4509 | 1 | 1237.00 | 1237.00 |
|  | Steel Surcharge |  |  | 341.49 |
|  | Fast Track | 1 | 0.00 | 0.00 |

| NET AMOUNT | FREIGHT | AMOUNT DUE |
|---|---|---|
| 1578.49 | 111.37 | 1689.86 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. |
|---|
| 75053 |

| PAGE |
|---|
| 1 |

| DATE |
|---|
| Mar 14, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ<br><br>08110 | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ<br><br>08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75053 | 793595 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| H-4866-G | 10" x 4" Hollow (port) (8 CAV)<br>Location: 1FC109  1-9-08 | 1 | 1460.00 | 1460.00 |
| | Steel Surcharge | | | 99.95 |
| | NITRIDE | 1 | 100.00 | 100.00 |

| | | | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | | | 1659.95 | 26.88 | | 1686.83 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

## extrusion tooling solutions

### Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75054 | 1 |

| DATE |
|---|
| Mar 14, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75054 | 793595 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| H-4866-G | 10" x 4" Hollow (port) (8 CAV)<br>Location: 1GJ409  1-10-08 | 1 | 1460.00 | 1460.00 |
|  | Steel Surcharge |  |  | 99.95 |
|  | NITRIDE | 1 | 100.00 | 100.00 |

| | NET AMOUNT | FREIGHT | AMOUNT DUE |
|---|---|---|---|
| | 1659.95 | 26.88 | 1686.83 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

# extrusion tooling solutions

## Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75197 | 1 |

| DATE |
|---|
| Mar 14, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC. | ALUMINUM SHAPES INC. |
| P.O. BOX 397 | 9000 RIVER ROAD |
| DELAIR, NJ | DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75197 | 793688 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 82066 | 18" x 2.01" Die (solid) (1 CAV)<br>Location: CE219  2-28-08 | 1 | 998.00 | 998.00 |
| | Steel Surcharge | | | 131.33 |
| | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 1179.33 | 43.76 | | 1223.09 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
    866.749.DIES (3437)
[f] 586.749.7360
    800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com

## extrusion tooling solutions

### Exco USA

REMIT TO:
P.O. BOX 399
NEW BALTIMORE, MI 48047-0399

| INVOICE NO. | PAGE |
|---|---|
| 75205 | 1 |

| DATE |
|---|
| Mar 14, 2008 |

| SOLD TO | SHIP TO |
|---|---|
| ALUMINUM SHAPES INC.<br>P.O. BOX 397<br>DELAIR, NJ | ALUMINUM SHAPES INC.<br>9000 RIVER ROAD<br>DELAIR, NJ |
| 08110 | 08110 |

| CUSTOMER NO. | ORDER NO. | REFERENCE NO. | TERMS |
|---|---|---|---|
| 016500 | 75205 | 793688 | NET30 |

| ITEM NUMBER | DESCRIPTION | QUANTITY | SELLING PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 25429-D | 12" x 2.51" Die (solid) (1 CAV)<br>Location: 1CG308  2-28-08 | 1 | 573.00 | 573.00 |
| | Steel Surcharge | | | 70.90 |
| | Pocket on the face (1 CAV) | 1 | 50.00 | 50.00 |
| | NITRIDE | 1 | 75.00 | 75.00 |
| 25429/1 | 12" x 3.52" Backer (1 CAV)<br>Location: 2YV04 | 1 | 449.00 | 449.00 |
| | Steel Surcharge | | | 97.81 |

| | NET AMOUNT | FREIGHT | | AMOUNT DUE |
|---|---|---|---|---|
| | 1315.71 | 58.35 | | 1374.06 |

56617 North Bay Drive
Chesterfield, MI USA
48051

[t] 586.749.5400
866.749.DIES (3437)
[f] 586.749.7360
800.742.7546

[e] orders@excomich.com
[w] www.extrusiontoolinggroup.com



SENDERS A/C: 978104520
S/REF: DOCUMENTS

**FROM:** EXCO EXTRUSION DIES
JANET SLEDMERE

130 SPY CRT
APT/SUITE    1

MARKHAM ON CA L3R5H6
PHONE: 905-477-1208

**TO:** EPIQ BANKRUPTCY SOLUTIONS
PROOF OF CLAIMS
757 THIRD AVENUE
THIRD FLOOR

NEW YORK NEW YORK
US
PHONE: 646-282-2500
VAT:

MAY 0 2 2008   **10017**

VALUE: 1.00 CAD
WGT.: 0.25 KG
VOL. WGT.: 0.00 KG
IMP/EXP TYPE: P   DIM: 2.54X2.54X2.54 CM
CNTRY OF MFG: CA   DATE: 5/1/2008

INSURANCE: [NB]
SVP: 0.00

DUTIES/TAX
DDU [X]
DDP []

**DESC:**

PRODUCT:

**WPX**

DESTINATION:

**MSIA0T**

**TSS**

AWB: 7394326645

1 OF 1
ORIGIN: **YOO**

STANDARD TERMS AND CONDITIONS APPLY