**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*
By:  Kathleen J. Collins, Esquire
     Kelly A. Krail, Esquire
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ  08002
(856) 854-3636
Attorneys for Creditor Quickway, Inc.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY  (CAMDEN)**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SHAPES/ARCH HOLDINGS, L.L.C., | ) | Case No. 08-14631-GMB |
| | ) | |
| Debtors. | ) | |

---

**REQUEST TO DISCONTINUE SERVICE OF NOTICES**

PLEASE TAKE NOTICE that the undersigned, appearing as counsel for Quick-way, Inc., creditor and party-in-interest in the above captioned matter, requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

                                                    LITCHFIELD CAVO LLP
                                                    *An Illinois Limited Liability Partnership*
                                                    Attorneys for Creditor Quickway, Inc.

                                                    By: _____
                                                        Kelly A. Krail, Esquire
                                                        1800 Chapel Avenue West, Suite 360
                                                        Cherry Hill, NJ  08002
                                                        (856) 854-3636
                                                        (856) 751-1230
                                                         Email: Krail@litchfieldcavo.com