**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*
By:   Kelly A. Krail, Esquire
        Kathleen J. Collins, Esquire
1800 Chapel Avenue West, Suite 360
Cherry Hill, NJ  08002
(856) 854-3636
Attorneys for Creditor Quickway, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (CAMDEN)

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SHAPES/ARCH HOLDINGS, L.L.C., | ) | Case No. 08-14631-GMB |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Kelly A. Krail, Esquire, hereby certify that on this 28 day of August, 2008, I did cause a true and correct copy of the foregoing Request to Discontinue Service of Notices on behalf of Creditor Quick-way Inc. to be served via First Class Mail, postage pre-paid, upon those persons listed on the attached Service List.

LITCHFIELD CAVO LLP

By: _____
       Kelly A. Krail, Esquire

Dated: August 28, 2008