

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter: 11 |

**ORDER GRANTING MOTION TO DISALLOW**
**CLAIMS FOR CONTRIBUTION**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 8/26/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Granting Motion to Disallow Claims for Contribution

---

Upon consideration of the above-captioned debtors' (the "Debtors") motion to disallow contribution claims application of the above-captioned debtors and debtors-in-possession (the "Motion"),[1] any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Motion is GRANTED, as set forth herein.

2. That each of the Claims listed on Exhibits "A" and "B" of the Motion, to the extent not withdrawn by the claimants within twenty days from the date of this Order, are hereby disallowed for all purposes and expunged from the claims register.

3. That, notwithstanding the relief set forth in paragraph 2, above, all claims of Pollution Control Financing Authority of Camden County have been resolved pursuant to the Settlement Agreement and General Release executed by the parties and approved by the Court in the Order confirming the Debtors' Third Amended Plan

4. That the Motion, as it pertains to the claims listed in Exhibits "C", "D" and "E" of the Motion, is hereby adjourned to September 22, 2008 at 10:00 a.m.

CHERRY_HILL\448324\2  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns August 26, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1           User: dfitzger              Page 1 of 1           Date Rcvd: Aug 26, 2008
Case: 08-14631                 Form ID: pdf903             Total Served: 1

The following entities were served by first class mail on Aug 28, 2008.
db            +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2008**            **Signature:** _Joseph Speetjens_