| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| In Re:<br><br>Shapes/Arch Holdings LLC | Case No.: 08-14631<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: GMB |

## ORDER

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: 8/28/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Order Filed on 8/28/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re: ) ) ) ) Shapes/Arch Holdings L.L.C., ) ) Delair Group, LLC et al ) ) ) ) | Case No.: 08-14631 Judge: GMB Chapter: 11 |

### ORDER VACATING STAY

The relief set forth on the following page is hereby ORDERED.

Upon the motion of **Jennifer Sheehan**, under Bankcruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal injury case: The relief granted, however, shall be limited to any counts for which there is insurance coverage, and movant's recovery shall be limited to insurance proceeds, movant hereby waives any distribution from the Debtors, the Reorganized Debtors, and the Class 10 Liquidation Trust (as defined in the Plan).

It is further ORDERED that the movant may join the debtor and any Chapter 7 trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankcruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

The Honorable Gloria Burns

*Approved by Judge Gloria M. Burns August 28, 2008*