Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

       Case No.: 08−14631−GMB
       Chapter: 11
       Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Shapes/Arch Holdings L.L.C.
 9000 River Road
 Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
 22−3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

  Please be advised that on August 29, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 612 − 304
Order Granting Motion For Relief From Stay re: Personal Injury Case (Related Doc # [304]). The following parties were served: Debtor, Debtor's Attorney, US Trustee and Movant's Attorney. Signed on 8/28/2008. (def)

  Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 29, 2008
JJW: def

                       James J. Waldron
                       Clerk