**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : | CHAPTER 11 |
| Debtors. | : | CASE NO. 08-14631 |
| | : | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTH MONTHLY FEE STATEMENT OF PHOENIX MANAGEMENT SERVICES, INC. [DOCKET NO. 582]**

The undersigned hereby certifies that, as of August 29, 2008, Cozen O'Connor and Phoenix Management Services, Inc. have received no answer, objection or other responsive pleading to the Fifth Monthly Fee Statement of Phoenix Management Services, Inc (the "<u>Fee Statement</u>"), [Docket No. 582], filed on August 8, 2008. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Fee Statement appeared thereon. Pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on March 18, 2008, objections to the Fee Statement were to be filed and served no later than August 28, 2008.

Dated: August 29, 2008

                                        COZEN O'CONNOR

                                        By:  */s/ Jerrold N. Poslusny, Jr.*
                                               Mark E. Felger
                                               Jerrold N. Poslusny, Jr.

                                        Attorneys for the Debtors