Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 08−14631−GMB
                        Chapter:  11
                        Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22−3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 29, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 612 − 304
Order Granting Motion For Relief From Stay re: Personal Injury Case (Related Doc # [304]). The following parties were served: Debtor, Debtor's Attorney, US Trustee and Movant's Attorney. Signed on 8/28/2008. (def)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 29, 2008
JJW: def

                                                                   James J. Waldron
                                                                   Clerk

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1           User: dfitzger              Page 1 of 1                  Date Rcvd: Aug 29, 2008
Case: 08-14631                 Form ID: orderntc           Total Served: 1

The following entities were served by first class mail on Aug 31, 2008.
aty          +Barry C. Reed, Jr.,   Reed & Giordano,   101 Tremont Street,   Suite 900,   Boston, MA 02108-5005

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 31, 2008**                          **Signature:** _Joseph Speetjens_