UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**8/28/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 08-14631 |
| Shapes/Arch Holdings LLC | Adv. No.: |
| | Hearing Date: |
| | Judge: GMB |

## ORDER

The relief set forth on the following pages, numbered two (2) through _____2_____ is
hereby **ORDERED**.

**DATED: 8/28/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| )<br>In Re:                                            )<br>                                                     )<br>                                                     )<br>                                                     )<br>Shapes/Arch Holdings L.L.C.,           )<br>                                                     )<br>Delair Group, LLC et al                    )<br>                                                     )<br>                                                     )<br>                                                     ) | Case No.: 08-14631<br>Judge: GMB<br>Chapter: 11 |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ORDERED.

Upon the motion of **Jennifer Sheehan**, under Bankcruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal injury case:  The relief granted, however, shall be limited to any counts for which there is insurance coverage, and movant's recovery shall be limited to insurance proceeds, movant hereby waives any distribution from the Debtors, the Reorganized Debtors, and the Class 10 Liquidation Trust (as defined in the Plan).

It is further ORDERED that the movant may join the debtor and any Chapter 7 trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankcruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

_____

The Honorable Gloria Burns

*Approved by Judge Gloria M. Burns August 28, 2008*

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0312-1          User: dfitzger          Page 1 of 1                    Date Rcvd: Aug 29, 2008
Case: 08-14631               Form ID: pdf903          Total Served: 1

The following entities were served by first class mail on Aug 31, 2008.
db         +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2008                    Signature:    _Joseph Speetjens_