**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

|  |  |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 11<br><br>CASE NO. 08-14631 (GMB)<br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF DEBTORS' MOTION TO DETERMINE ALLOWED CLAIMS OF CLASS CLAIMANTS UNDER SECTION 502(C) OF THE BANKRUPTCY CODE AND RELATED RELIEF [DOCKET NO. 391]**

**PLEASE TAKE NOTICE** the hearing on Debtors'[1] Motion (the "<u>Motion</u>") to Determine Allowed Claims of Class Claimants Under Section 502(c) of the Bankruptcy Code and Related Relief [Docket No. 391], has been adjourned to **December 16, 2008 at 11:30 a.m.**

Responses to the Motion are due by **December 5, 2008 at 5:00 p.m.**

Dated: September 2, 2008         COZEN O'CONNOR

                                 By:    */s/ Jerrold N. Poslusny, Jr.*
                                        Mark E. Felger
                                        Jerrold N. Poslusny, Jr.

                                        Attorneys for the Debtors

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("<u>Shapes/Arch</u>"), the Debtors consist of the following entities, all of which are wholly owned subsidiaries of Shapes/Arch: Shapes L.L.C. ("<u>Shapes</u>"); Delair L.L.C. ("<u>Delair</u>"); Accu-Weld L.L.C. ("<u>Accu-Weld</u>"); and Ultra L.L.C. ("<u>Ultra</u>").

CHERRY_HILL\464767\1  220718.000