**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: Shapes/Arch Holdings L.L.C., et al. | APPLICANT: Cozen O'Connor |
| CASE NO.: 08-14631 (GMB) | CLIENT: Debtors |
| CHAPTER: 11 | CASE FILED: March 16, 2008 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.

RETENTION ORDER(S) ATTACHED

**SECTION I**
**FEE SUMMARY**

INTERIM FEE APPLICATION NO. _____   OR FINAL FEE APPLICATION   X

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEE REQUESTED[1]: | $ 0.00 | $ 0.00 |
| TOTAL FEES ALLOWED TO DATE[2]: | $ 0.00 | $ 0.00 |
| TOTAL RETAINER (IF APPLICABLE)[3]: | $ 180,227.67 | $ 0.00 |
| TOTAL HOLDBACK (IF APPLICABLE): | $ 129,578.40 | $ 0.00 |
| TOTAL RECEIVED BY APPLICANT: | $ 518,313.60 | $ 20,847.27 |

| NAME OF PROFESSIONAL & TITLE | YEARS ADMITTED (OR YEARS OF PROFESSIONAL SERVICE) | HOURS | RATE | FEE |
|---|---|---|---|---|
| **SEE ATTACHED** | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| FEE TOTALS-PAGE 2 | $849,821.50 |
| DISBURSEMENTS TOTAL – PAGE 3 | $25,695.17 |
| TOTAL FEE APPLICATION | $875,516.67 |

---

[1] CO has filed monthly fee statements pursuant to the Court's Order dated March 18, 2008 approving interim compensation procedures.

[2] To date, no fees have been allowed by Court Order; however, CO has filed monthly statements and been paid pursuant to the Court Order approving interim compensation procedures.

[3] CO held a retainer of $180,227.67 on the filing date, which has been reduced to $116,508.43 because a portion of the retainer was used to pay 80% of the Fees and 100% of expenses under the First Monthly Fee Statement.

| **PROFESSIONAL** | **PRACTICE AREA** | **YEAR ADMITTED** | **HOURS** | **RATE** | **FEE** |
|---|---|---|---|---|---|
| Arthur J. Abramowitz | Bankruptcy | 1972 | 0.90 | 580.00 | $522.00 |
| Sandra A. Bloch | Corporate | 1979 | 123.20 | 550.00 | $67,760.00 |
| Dennis L. Cohen | Corporate | 1972 | 4.30 | 550.00 | $2,365.00 |
| Jay A. Dorsch | Corporate | 1980 | 1.70 | 550.00 | $935.00 |
| Eric D. Freed | Bankruptcy | 1983 | 24.70 | 550.00 | $13,585.00 |
| Mark E. Felger* | Bankruptcy | 1989 | 709.30 | 525.00 | $372,382.50 |
| Deborah M. Minkoff | Insurance | 1984 | 0.40 | 470.00 | $188.00 |
| Peter J. Fontaine | Environmental | 1990 | 125.60 | 430.00 | $54,008.00 |
| Jerrold N. Poslusny, Jr. | Bankruptcy | 1999 | 606.90 | 375.00 | $227,587.50 |
| Douglas W. Frankenthaler | Environmental | 1999 | 3.50 | 320.00 | $1,120.00 |
| William D. Hogan | Real Estate | 1968 | 0.80 | 320.00 | $256.00 |
| Jennifer S. Reynolds | Corporate | 2002 | 61.10 | 315.00 | $19,246.50 |
| Robert A. Shulman | Real Estate | 2000 | 2.40 | 290.00 | $696.00 |
| Jonathan M. Stemerman | Bankruptcy | 2004 | 2.90 | 290.00 | $841.00 |
| Jennifer H. Unhoch | Litigation | 2001 | 86.40 | 275.00 | $23,760.00 |
| Sarah P. O'Donnell | Corporate | 2005 | 12.50 | 230.00 | $2,875.00 |
| Angelita Caldwell | Environmental | 2008 | 6.70 | 220.00 | $1,474.00 |
| Jill L. Deeney, paralegal | Bankruptcy | n/a | 3.10 | 210.00 | $651.00 |
| Debbie Reyes, paralegal | Bankruptcy | n/a | 275.70 | 195.00 | $53,761.50 |
| Maryann Mills, paralegal | Bankruptcy | n/a | 22.50 | 185.00 | $4,162.50 |
| Amy Papsun, paralegal | Litigation | n/a | 1.70 | 150.00 | $255.00 |
| Rachel White | Practice Support | n/a | 6.80 | 175.00 | $1,190.00 |
| Keely M. Smith, paralegal | Real Estate | n/a | 2.00 | 100.00 | $200.00 |
| **TOTAL:** | | | **2,085.10** | | **$849,821.50** |

* Mr. Felger was certified by the American Board of Certification in business bankruptcy in 2005.

2

SECTION II - SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| a) Asset Analaysis and Recovery | 2.60 | $801.00 |
| b) Asset Disposition | 48.50 | $24,131.50 |
| c) Business Operations | 57.40 | $22,985.50 |
| d) Case Administration | 253.90 | $131,321.00 |
| e) Claims Administration and Objections | 308.40 | $77,101.00 |
| f) Employee Benefits/Pensions | 14.60 | $1,833.00 |
| g) Fee/Employment Applications | 93.50 | $29,885.50 |
| h) Fee/Employment Objections | 4.90 | $2,542.50 |
| i) Financing | 179.40 | $74,353.00 |
| j) Litigation (Other than Avoidance Action Litigation) | 197.10 | 90,440.00 |
| k) Avoidance Action Litigation | 0.00 | $0.00 |
| l) Meeting of Creditors | 6.60 | $2,940.00 |
| m) Plan and Disclosure Statement | 691.10 | $297,631.00 |
| n) Relief from Stay Proceedings | 79.60 | $31,845.00 |
| o) Regulatory Compliance | 126.40 | $53,986.50 |
| p) Travel | 7.30 | $3,087.50 |
| q) Accounting/Auditing | 0.00 | $0.00 |
| r) Business Analysis | 0.00 | $0.00 |
| s) Corporate Finance and Valuation | 0.70 | $385.00 |
| t) Data Analysis | 4.60 | $897.00 |
| u) Litigation Consulting | 0.20 | $75.00 |
| v) Reconstruction Accounting | 0.00 | $0.00 |
| w) Tax Issues | 8.30 | $3,580.50 |
| x) Other (Specify category) | 0.00 | 0.00 |
| SERVICES TOTAL: | 2,085.10 | $849,821.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research | $2,071.43 |
| b) Facsimile (with rates)<br>No. of Pages 1,920  Rate per Page $1.00  (Max. $1.00/pg.) | $1,920.00 |
| c) Long Distance Telephone | $643.20 |
| d) In-House Reproduction<br>No. of Pages 35,291  Rate per Page .20  (Max. .20¢pg.) | $7,058.20 |
| e) Outside Reproduction | $1,826.71 |
| f) Outside Research | |
| g) Filing/Court Fees | $5,573.00 |
| h) Court Reporting | $99.77 |
| i) Travel | $2,226.77 |
| j) Courier & Express Carriers (e.g. Federal Express) | $1,368.15 |
| k) Postage | $1,025.43 |
| l) Other (Explain) | |
|     Luncheon Meeting | $166.51 |
|     Secretarial Overtime | $1,417.49 |
|     Newspaper Publications | $91.23 |
|     Pacer | $207.28 |
| DISBURSEMENT TOTAL: | $25,695.17 |

SECTION IV
CASE HISTORY

(NOTE: Items 3-6 are not applicable to applications under 11 U.S.C. § 506)

(1) DATE CASE FILED: March 16, 2008

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: April 9, 2008, effective as of March 16, 2008
    (ANNEX COPY OF ORDER(S))
    IF LIMIT ON NUMBER OF HOURS OR OTHER LIMITATIONS TO
    RETENTION SET FORTH:

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH
    SUPPLEMENTS AS NEEDED:  **See Narrative of Jerrold N. Poslusny, Jr., attached to his Affidavit.**

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:
    (A) ADMINISTRATION EXPENSES: Paid in Full
    (B) SECURED CREDITORS: Paid in Full
    (C) PRIORITY CREDITORS: Paid in Full
    (D) GENERAL UNSECURED CREDITORS: a $5,000,000 fund (plus avoidance actions and estate actions) was created on the Effective Date for pro rata distribution to creditors. The ultimate dividend to creditors is unknown at this time.

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO
    CREDITOR (IF APPLICABLE):   The Third Amended Joint Plan of Reorganization, as modified, was confirmed on July 22, 2008 and the Plan became effective on August 8, 2008.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jerrold N. Poslusny, Jr.             9/2/08
SIGNATURE OF APPLICANT        DATE

5

Order Filed on 4/9/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>    Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

|     |     |     |     |
|-----|-----|-----|-----|
| Recommended Local Form: | ☐ Followed | ☒ Modified |

### ORDER AUTHORIZING RETENTION OF COZEN O'CONNOR
### AS ATTORNEYS FOR THE DEBTORS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 4/9/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-14631 (GMB)

Order Authorizing Retention of Cozen O'Connor as Attorneys for the Debtors

---

In re: Shapes/Arch Holdings L.L.C., et al.
Case No.: 08-14631(GMB)
Applicant: Shapes/Arch Holdings L.L.C., et al.

☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13

☒ Debtors:    ☒ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Cozen O'Connor
Address of Professional: LibertyView, Suite 300
457 Haddonfield Rd.
Cherry Hill, NJ 08002

☒ Attorney for:    ☐ Trustee    ☒ Debtors-in-Possession

☐ Official Committee of _____

☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel

☐ Auctioneer    ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the professional capacity noted upon the terms set forth in the Application. Notwithstanding the foregoing, the United States Trustee and Cozen O'Connor have agreed that the issue of an "evergreen" retainer will be deferred and resolved in due course.

2

*Approved by Judge Gloria M. Burns April 09, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-14631 (GMB)

Order Authorizing Retention of Cozen O'Connor as Attorneys for the Debtors

      2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

      3.      The effective date of the retention is the date the application was filed with the Court.

CHERRY_HILL\429791\2  077771.000

*Approved by Judge Gloria M. Burns April 09, 2008*