**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | CHAPTER 11 |
| Debtors. | : | |
| | : | CASE NO. 08-14631 (GMB) |
| | : | |
| | : | **Hearing Date: September 30, 2008** |
| | : | **at 2:00 p.m.** |

**FIRST AND FINAL APPLICATION OF COZEN O'CONNOR, ATTORNEYS FOR THE DEBTORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 16, 2008 THROUGH AUGUST 8, 2008**

TO:  HONORABLE GLORIA M. BURNS
     UNITED STATES BANKRUPTCY JUDGE

This first and final application for compensation and reimbursement of expenses ("<u>Final Fee Application</u>") is filed by Cozen O'Connor ("<u>CO</u>"), attorneys to Shapes/Arch Holdings L.L.C. and its related debtor entities, the reorganized debtors (collectively the "<u>Debtors</u>")[1], requesting compensation and reimbursement of expenses for services provided to the Debtors for the period from March 16, 2008 through August 8, 2008 (the "<u>Fee Application Period</u>"). The Final Fee Application of CO, respectfully shows unto this Honorable Court and alleges:

1.  On March 16, 2008 (the "<u>Petition Date</u>"), the Debtors filed their petitions for relief under Chapter 11, Title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("<u>Shapes/Arch</u>"), the following entities, all of which are wholly owned subsidiaries or Shapes/Arch, also filed petitions on the Petition Date (defined below):  Shapes L.L.C. ("<u>Shapes</u>"); Delair L.L.C. ("<u>Delair</u>"); Accu-Weld L.L.C. ("<u>Accu-Weld</u>"); and Ultra L.L.C. ("<u>Ultra</u>").

2. The Debtors' Third Amended Joint Chapter 11 Plan of Reorganization, as modified (the "Plan") was confirmed on July 22, 2008 and became effective on August 8, 2008.

3. As attorneys for the Debtors, CO rendered services in these cases, during the Fee Application Period, which are detailed in Section II of the Fee Application Cover Sheet and in the Affidavit of Jerrold N. Poslusny, Jr. ("Poslusny Affidavit") and filed herewith.

4. That as counsel for the Debtors, CO incurred out of pocket expenses in accordance with Section III of the Fee Application Cover Sheet filed herewith.

5. For reasons set forth herein, including the narrative annexed to the Poslusny Affidavit, CO believes that the fees requested herein represent reasonable compensation for actual, necessary services rendered to the Debtors in these cases.

WHEREFORE, your Applicant requests an award of $849,821.50 in legal fees, together with reimbursement for out-of-pocket expenses in the amount of $25,695.17, for a total award as attorneys for the Debtors during the Fee Application Period in the amount of $875,516.67.

Dated: September 2, 2008                COZEN O'CONNOR

                                        By:    /s/ Jerrold N. Poslusny, Jr.
                                               Mark E. Felger
                                               Jerrold N. Poslusny, Jr.

                                        Attorneys for the Debtors

2