# EXHIBIT "A"



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

April 23, 2008

SHAPES/ARCH HOLDINGS

RE:   SHAPES/ARCH HOLDINGS/BANKRUPTCY

OUR FILE NO.: 220718.000

| | |
|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $67,889.00 |
| EXPENSES INCURRED: | $9,408.04 |
| TOTAL AMOUNT OF INVOICE NO: 587223 | $77,297.04 |

```
*---------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER---------*    RATE    HOURS              FEES
```

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| S. A. BLOCH | 550.00 | 5.60 | 3080.00 |
| M.E. FELGER | 525.00 | 55.60 | 29190.00 |
| W. HOGAN | 320.00 | .70 | 224.00 |
| D. REYES | 195.00 | 51.60 | 10062.00 |
| J.N. POSLUSNY, JR. | 375.00 | 53.70 | 20137.50 |
| S.P. O'DONNELL | 230.00 | 4.10 | 943.00 |
| J.S. REYNOLDS | 315.00 | 13.50 | 4252.50 |
| TOTALS | | 184.80 | 67889.00 |

| | |
|---|---|
| SPECIAL COPY | 925.65 |
| MISCELLANEOUS | 2.00 |
| COURIER SERVICE | 31.50 |
| DUPLICATING | 1319.60 |
| POSTAGE | 24.86 |
| TRAVEL & MEALS SUBJECT TO I.R.S. LIMITATIONS ON | 50.48 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Apr 23, 2008    PAGE    2
FILE NUMBER: 220718.000
INVOICE NO.: 587223

    LONG DISTANCE TELEPHONE                          49.95
    FAX CHARGES                                    1789.00
    FILING FEES/RJI                                5195.00
    TRAVEL RELATED EXPENSES                          20.00

        EXPENSES INCURRED              $9,408.04


    GRAND TOTAL                       $77,297.04
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

· A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:        587223
File/Matter No:  220718.000
Amount Due:      77,297.04

Please remit check payable to COZEN O'CONNOR to:

> W1385
> Cozen O'Connor
> P.O. Box 7777
> Philadelphia, PA 19175-0775

Please send wire transfers to:

> Account Name:    Cozen O'Connor Executive Account
> Account No:      2953925
> Bank Name:       Mellon Bank
> Bank ABA No:     031000037
> Bank Address:    1735 Market Street
>           :      Philadelphia, PA 19103
> Swift Code*:     MELNUS3P
> * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

INVOICE NO.: 587223                    INVOICE DATE: Apr 23, 2008

09273.0001.000 SHAPES/ARCH HOLDINGS
220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY

| DATE | ATTY | DESCRIPTION OF SERVICES | CODE | HOURS |
|------|------|-------------------------|------|-------|
| | | ASSET DISPOSTION | | |
| 03/21/08 | JNP | CORRESPONDENCE FROM L. KOMKOV RE: INTEREST IN ASSET PURCHASE. | BKG102 | 0.10 |
| 03/26/08 | JNP | TELEPHONE CALL WITH I. PEARLMUTTER RE: INTEREST IN PURCHASING ASSETS. | BKG102 | 0.20 |
| | | TOTAL ASSET DISPOSTION | | 0.30   $112.50 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Apr 23, 2008      PAGE    5
FILE NUMBER: 220718.000
INVOICE NO.: 587223

          BUSINESS OPERATIONS

03/17/08 JNP    TELEPHONE CALL WITH P. SORENSEN RE:    BKG103    0.20
                WAGE MOTION.

03/17/08 MEF    MEMOS TO PECO RE: FILING ISSUES (3)    BKG103    0.30

03/19/08 JNP    DRAFT NOTICES OF DISCLOSURE           BKG103    1.60
                STATEMENT HEARING AND CASE FILING.

03/19/08 D R    WORK ON SERVICE OF UTILITY ORDER ON   BKG103    0.60
                ALL UTILITY COMPANIES.

03/19/08 MEF    TELEPHONE CONFERENCE WITH PECO RE:    BKG103    0.20
                DEPOSIT MOTION

03/20/08 MEF    BEGIN TO DRAFT CUSTOMER PROGRAMS      BKG103    0.50
                MOTION

03/20/08 MEF    MEMOS TO PECO RE: DEPOSIT ISSUE       BKG103    0.20

03/20/08 JNP    READ/REPLY TO EMAIL FROM M. FELGER    BKG103    0.10
                RE: UTILITY MOTION - PECO SETTLEMENT.

03/20/08 JNP    REVIEW INSURANCE INFORMATION FROM D.  BKG103    0.20
                GOLLIN.

03/21/08 MEF    REVIEW AND REVISE CUSTOMER PRACTICES  BKG103    0.50
                MOTION

03/21/08 JNP    RESEARCH RE: PAYMENT OF COMMISSIONS   BKG103    0.20
                AS PRIORITY.

03/21/08 JNP    TELEPHONE CALL WITH J. VENABLE RE:    BKG103    0.20
                WINDOW DEPOT ISSUES.

03/21/08 JNP    EMAIL M. FELGER RE: WINDOW DEPOT      BKG103    0.10
                ISSUE.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE    6
FILE NUMBER: 220718.000
INVOICE NO.: 587223
```

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 03/21/08 | JNP | TELEPHONE CALL WITH M. FELGER RE; WINDOW DEPOT ISSUES; ORDINARY COURSE PROFESSIONALS. | BKG103 | 0.40 |
| 03/25/08 | JNP | DRAFT STIPULATION WITH PECO FOR SECURITY DEPOSIT. | BKG103 | 1.30 |
| 03/25/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: INSURANCE ISSUES. | BKG103 | 0.20 |
| 03/26/08 | JNP | REVISE MOTION TO MAINTAIN CUSTOMER PRACTICES. | BKG103 | 1.80 |
| 03/26/08 | MEF | REVIEW AND REVISE PECO STIPULATION | BKG103 | 0.30 |
| 03/26/08 | JNP | EDIT STIPULATION WITH PECO FOR UTILITY DEPOSIT. | BKG103 | 0.20 |
| 03/26/08 | JNP | EMAILS FROM D. GOLLIN RE: WARRANTY PROGRAMS. | BKG103 | 0.30 |
| 03/27/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: PROCEDURES AND PRACTICES MOTION; MOTION FOR PAYMENT OF COMMISSIONS. | BKG103 | 0.30 |
| 03/27/08 | JNP | EMAIL FROM D. GOLLIN RE: UIU NOTICE TO EMPLOYEES. | BKG103 | 0.10 |
| 03/27/08 | JNP | REVISE MOTION TO CONTINUE CUSTOMER PRACTICES. | BKG103 | 1.40 |
| 03/27/08 | JNP | TELEPHONE CALL WITH P. MILLS RE: VALLEY NATIONAL GAS RECOVERY OF TANKS. | BKG103 | 0.10 |
| 03/27/08 | JNP | EMAIL S. KLAR RE: SECURITY DEPOSIT WITH PSE&G. | BKG103 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008       PAGE   7
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| | | | | |
|---|---|---|---|---|
| 03/27/08 JNP | TELEPHONE CALL WITH P. LEWIS RE: ISSUES WITH UIU. | BKG103 | 0.20 | |
| 03/28/08 JNP | TELEPHONE CALL WITH M. FELGER RE: UIU ISSUES; WAGES MOTION. | BKG103 | 0.30 | |
| 03/28/08 JNP | EMAILS FROM D. GOLLIN RE: UIU ISSUES. | BKG103 | 0.20 | |
| 03/28/08 JNP | TELEPHONE CALL WITH D. GOLLIN RE: ISSUES WITH UIU. | BKG103 | 0.20 | |
| 03/28/08 SAB | TELEPHONE CALL WITH SGRABELL; REVIEW E-MAILS | BKG103 | 0.30 | |
| 03/28/08 MEF | REVIEW AND REVISE CUSTOMER PRACTICES MOTION | BKG103 | 0.80 | |
| 03/28/08 JNP | TELEPHONE CALL WITH B. STATTLER RE: FULLER CO. PROVIDING GOODS TO ACCU-WELD. | BKG103 | 0.10 | |
| 03/28/08 JNP | READ/REPLY TO EMAILS FROM D. GOLLIN RE: IP/TRADEMARK ISSUE WITH CALIFORNIA COMPANY. | BKG103 | 0.20 | |
| 03/28/08 JNP | REVIEW WAGE ORDER RE: UIU PAYMENTS. | BKG103 | 0.20 | |
| 03/28/08 JNP | EMAIL P. MILLS RE: VALLEY GAS PROPANE TANKS. | BKG103 | 0.10 | |
| 03/29/08 JNP | DRAFT CUSTOMER PRACTICES MOTION. | BKG103 | 1.20 | |
| 03/31/08 JNP | REVIEW SIGNATURE OBJECTION TO DIP FINANCING. | BKG103 | 0.30 | |
| 03/31/08 MEF | REVIEW AND REVISE CUSTOMER PRACTICES MOTION | BKG103 | 0.50 | |

           TOTAL BUSINESS OPERATIONS                          16.00      $6439.50

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                     Apr 23, 2008      PAGE   8
FILE NUMBER: 220718.000
INVOICE NO.: 587223

          CASE ADMINISTRATION

03/16/08 JNP   EDIT, FILE AND SERVE FIRST DAY      BKG104     7.20
               PLEADINGS PER FINAL COMMENTS/MEETING
               WITH M. FELGER RE:
               FILING/PREPARATION OF DOCUMENTS FOR
               FILING

03/16/08 MEF   REVIEW AND REVISE FIRST DAY PLEADINGS BKG104   1.00

03/16/08 MEF   TELEPHONE CONFERENCE WITH P.        BKG104     0.30
               PATTERSON RE: DIP FINANCING AND PLAN
               ISSUES

03/16/08 D R   COORDINATE SERVICE OF DIP MOTION AND BKG104    1.00
               APPLICATION FOR EXPEDITED
               CONSIDERATION ON PARTIES VIA FAX OR
               EMAIL.

03/16/08 MEF   OFFICE CONFERENCE WITH J. POSLUSNY  BKG104     0.70
               RE: PLAN ISSUES AND FILING
               ISSUES/LOGISTICS

03/16/08 MEF   MEMOS TO PARTIES RE: FILING LOGISTICS BKG104   0.30

03/16/08 D R   CONTINUE WITH PREPARING/REVISING    BKG104     7.50
               FIRST DAY MOTIONS, APPLICATION AND
               SCHEDULES; EFILING OF FIVE PETITIONS
               AND ALL RELATED MOTIONS/APPLICATIONS.

03/16/08 MEF   TELEPHONE CONFERENCES WITH S. BLOCH BKG104     0.40
               RE: FILING LOGISTICS AND FINANCING
               ISSUES (3)

03/17/08 D R   PREPARE/AND UPLOAD CREDITORS (APPROX BKG104    1.20
               15,000) IN COURT'S ECF SYSTEM.

03/17/08 D R   PREPARE CERTIFICATE OF SERVICE FOR  BKG104     1.00
               FIRST DAY DOCUMENTS AND EFILING OF
               SAME.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Apr 23, 2008      PAGE   9
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/17/08 D R   PREPARE/SERVICE OF FIRST DAY     BKG104    4.20
               DOCUMENTS VIA FACSIMILE, EMAIL OR
               OVERNIGHT MAIL ON REQUIRED PARTIES,
               CONSOLIDATED 30 LIST AND UTILITY
               COMPANIES.  RESEARCH RE: SERVICE
               ADDRESS/FAX #S.

03/17/08 JNP   TELEPHONE CALL WITH CHAMBERS RE:  BKG104    0.10
               EXHIBITS WITH DIP LOAN ORDER.

03/17/08 D R   PREPARE DOCUMENTS REQUESTED BY    BKG104    1.50
               CHAMBERS AND PREPARE DOCUMENT BINDER
               FOR HEARINGS.

03/17/08 JNP   TELEPHONE CALL WITH CHAMBERS RE:  BKG104    0.20
               FIRST DAY HEARING.

03/17/08 JNP   EMAIL M. FELGER RE: U.S. TRUSTEE  BKG104    0.20
               POSITIONS ON FIRST DAY MOTIONS.

03/17/08 JNP   TELEPHONE CALL WITH CHAMBERS RE:  BKG104    0.20
               PLEADINGS BINDERS.

03/17/08 JNP   REVIEW ORDER ON FIRST DAY HEARING; BKG104   0.20
               ARRANGE FOR SERVICE.

03/17/08 JNP   TELEPHONE CALL WITH M. VISCOUNT RE: BKG104  0.10
               CASE BACKGROUND.

03/17/08 JNP   TELEPHONE CALL WITH G. GALLIN RE:  BKG104   0.10
               ISSUE WITH CUSTOMER.

03/17/08 JNP   TELEPHONE CALL WITH COURT RE: FIRST BKG104  0.10
               DAY HEARING.

03/17/08 JNP   TELEPHONE CALL WITH J. FIORELLA RE: BKG104  0.20
               CASE BACKGROUND.

03/17/08 JNP   PREPARATION FOR FIRST DAY HEARINGS. BKG104  0.60
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  10
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/17/08 JNP   TELEPHONE CALL WITH J. MYERS RE:      BKG104    0.20
               CASE BACKGROUND.

03/17/08 MEF   TELEPHONE CONFERENCE CLIENT RE:       BKG104    0.30
               FILING AND HEARING ISSUES

03/17/08 JNP   TELEPHONE CALL WITH P. D'AURIA RE:    BKG104    0.40
               U.S. TRUSTEE POSITIONS ON FIRST DAYS.

03/17/08 JNP   TELEPHONE CALL WITH T. PETERSON RE:   BKG104    0.10
               CASE BACKGROUND.

03/18/08 MEF   TELEPHONE CONFERENCE WITH M. JACOBY   BKG104    0.30
               RE: AMENDMENTS TO PLAN AND SCHEDULE
               AND SOFAS

03/18/08 D R   PREPARE DOCUMENTS FOR HEARING ON      BKG104    0.30
               FIRST DAY MOTIONS.

03/18/08 MEF   OFFICE CONFERENCE WITH J. POSLUSNY    BKG104    0.30
               RE: SERVICE ISSUES

03/18/08 D R   TELEPHONE CALLS (X5) FROM PARTIES     BKG104    0.60
               RE: RECEIPT OF CASE INFORMATION
               QUESTIONS ON HEARING/CLAIMS ISSUES.

03/18/08 JNP   TELEPHONE CALL WITH COURT RE:         BKG104    0.20
               HEARING SCHEDULE.

03/18/08 D R   FOLLOW UP WITH ISSUES RE: SERVICE OF  BKG104    0.30
               FIRST DAY DOCUMENTS ON REQUIRED
               PARTIES.

03/18/08 JNP   EMAIL M. FELGER RE: COMMITTEE ISSUES. BKG104    0.10

03/18/08 JNP   EMAIL FROM K. ARDELEAN RE: U.S.       BKG104    0.10
               TRUSTEE INFORMATION REQUEST.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  11
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/19/08 MEF    TELEPHONE CONFERENCE WITH D. GOLLIN    BKG104    0.80
                (3) RE: CONTRACT, SETOFF, AND
                RECLAMATION ISSUES

03/19/08 D R    WORK ON NEWSPAPER NOTICE OF BAR DATE    BKG104    1.00
                TO BE PUBLISHED IN THE WALL STREET
                JOURNAL, PHILLY INQUIRER AND COURIER
                POST.

03/19/08 D R    WORK ON FORM NOTICES TO BE SENT BY      BKG104    0.30
                EPIQ TO CREDITORS.

03/19/08 W H    CONFERENCE WITH J. POSLUSNY RE: TAX     BKG104    0.10
                APPEAL.

03/19/08 MEF    TELEPHONE CONFERENCE WITH P.            BKG104    0.30
                SORENSON RE: PECO AND STATUS

03/19/08 JNP    TELEPHONE CALL WITH G. MARKS RE:        BKG104    0.10
                CASE BACKGROUND.

03/19/08 D R    CONTINUE WORKING ON PREPARING           BKG104    1.50
                DOCUMENTS REQUESTED BY EPIQ FOR
                NOTICE TO ALL CREDITORS AND PARTIES
                IN INTEREST.

03/19/08 MEF    REVIEW ORDERS AS ENTERED                BKG104    0.20

03/19/08 MEF    TELEPHONE CONFERENCES WITH J.           BKG104    0.30
                POSLUSNY RE: NUMEROUS MATTERS (2)

03/19/08 JNP    DRAFT RESPONSE TO RECLAMATION           BKG104    0.20
                LETTERS.

03/19/08 JNP    TELEPHONE CALL WITH COURT RE:           BKG104    0.10
                POTENTIAL ISSUES WITH FIRST DAY
                ORDERS.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  12
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| | | | | |
|---|---|---|---|---|
| 03/19/08 | JNP | TELEPHONE CALL FROM B. STRICKLAND AND EXCHANGE EMAILS RE: LIFE INSURANCE ISSUES. | BKG104 | 0.10 |
| 03/19/08 | MEF | TELEPHONE CONFERENCE WITH S. BLOCH RE: CASE STATUS | BKG104 | 0.20 |
| 03/19/08 | MEF | MEMOS TO PARTIES RE: FORMATION MEETING (5) | BKG104 | 0.30 |
| 03/19/08 | JNP | TELEPHONE CALL WITH J. O'NEILL RE: CASE BACKGROUND. | BKG104 | 0.20 |
| 03/19/08 | JNP | READ/REPLY TO EMAILS FROM POTENTIAL COMMITTEE REPS. | BKG104 | 0.30 |
| 03/19/08 | D R | PREPARE MASTER SERVICE LIST. | BKG104 | 0.50 |
| 03/20/08 | MEF | MEMOS TO D. REYES RE: CRITICAL DATES MEMO | BKG104 | 0.30 |
| 03/20/08 | MEF | TELEPHONE CONFERENCE WITH D. GOLLIN RE: CONTRACTS AND CUSTOMER ISSUES | BKG104 | 0.30 |
| 03/20/08 | MEF | MEMOS TO S. GRABELL RE: FORMATION MEETING, AND CUSTOMER AND OCP MOTIONS (3) | BKG104 | 0.20 |
| 03/20/08 | MEF | REVIEW NOTICES AND MEMOS TO EPIQ RE: 3/20 SERVICE (4) | BKG104 | 0.30 |
| 03/20/08 | MEF | REVIEW AND FILE NOTICE OF BANKRUPTCY | BKG104 | 0.20 |
| 03/20/08 | MEF | TELEPHONE CONFERENCES WITH J. POSLUSNY RE: PENDING MATTERS AND FORMATION OF 341 MEETINGS (2) | BKG104 | 0.20 |
| 03/20/08 | MEF | MEMOS TO D. GOLLIN RE: VARIOUS FIRST DAY ISSUES (4) | BKG104 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Apr 23, 2008      PAGE   13
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/20/08 JNP    CORRESPONDENCE FROM AMERICAN IRON     BKG104    0.10
                RE: RECLAMATION DEMAND.

03/20/08 JNP    READ/REPLY TO EMAIL FROM J. SPONDER   BKG104    0.10
                RE: FORMATION MEETING.

03/20/08 JNP    READ/REPLY TO EMAILS FROM EPIQ RE:    BKG104    0.20
                NOTICES TO SEND.

03/20/08 D R    CONTINUE PREPARATION OF CRITICAL      BKG104    0.50
                DATES MEMORANDUM.

03/20/08 D R    COORDINATE SERVICE OF FIRST DAY       BKG104    0.50
                ORDERS ON REQUIRED PARTIES.

03/20/08 D R    WORK WITH EPIQ RE: SERVICE OF         BKG104    1.00
                DOCUMENTS, INCLUDING 341 NOTICE AND
                NOTICE OF DISCLOSURE STATEMENT.

03/20/08 JNP    EXCHANGE EMAILS WITH EPIQ RE: 341     BKG104    0.30
                MEETING NOTICE, DISCLOSURE STATEMENT
                HEARING NOTICE.

03/20/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:     BKG104    0.10
                INSURANCE CERTIFICATES TO U.S.
                TRUSTEE.

03/20/08 JNP    MEETING WITH D. REYES RE: SERVICE     BKG104    0.20
                ISSUES; CASE DEADLINES; USE OF EPIQ.

03/20/08 JNP    REVIEW MASTER SERVICE LIST; EMAIL D.  BKG104    0.10
                REYES WITH ADDITIONS.

03/21/08 D R    PREPARE AND EMAILING REQUESTED        BKG104    0.30
                INFORMATION TO UNIONS.

03/21/08 JNP    TELEPHONE CALL WITH D. PLATT RE:      BKG104    0.10
                CASE INFORMATION.
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  14
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/21/08 MEF    TELEPHONE CONFERENCE WITH J.        BKG104     0.30
                POSLUSNY RE: PENDING MATTERS

03/21/08 D R    FOLLOW UP WITH ISSUES ON NEWSPAPER  BKG104     0.50
                NOTICES; EMAIL TO A. LEVINE WITH
                INSTRUCTIONS FOR PUBLICATION IN WALL
                STREET JOURNAL AND PHILADELPHIA
                INQUIRER.

03/21/08 JNP    TELEPHONE CALL WITH S. KIMMELMAN RE: BKG104    0.10
                CASE BACKGROUND.

03/21/08 D R    PREPARE/SCAN AND EMAILING OF US      BKG104     0.50
                GUIDELINES TO M. JACOBY AT PHOENIX
                WITH INSTRUCTIONS FOR INITIAL REPORT
                AND SUBSEQUENT MONTHLY REPORTS/FEES.

03/21/08 D R    CONTINUE DRAFTING MEMO RE:           BKG104     0.50
                DATES/DEADLINES.

03/21/08 D R    RESPOND TO CALLS (X3) FROM CREDITORS BKG104     0.30
                RECEIVING NOTICE RE: FILING ISSUES.

03/21/08 JNP    CORRESPONDENCE FROM J. SPONDER RE:   BKG104     0.10
                FORMATION MEETING NOTICE.

03/21/08 JNP    TELEPHONE CALL WITH R. MARSHALL RE:  BKG104     0.20
                CASE BACKGROUND.

03/21/08 JNP    TELEPHONE CALL WITH COURT RE:        BKG104     0.10
                NOTICES SENT BY EPIQ.

03/21/08 JNP    READ/REPLY TO EMAILS FROM A. LEVIN   BKG104     0.20
                AND EMAIL TO P. SORENSEN RE:
                PUBLICATION NOTICES.

03/21/08 JNP    TELEPHONE CALL WITH J. SCHWARTZ RE:  BKG104     0.20
                CASE BACKGROUND.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008        PAGE  15
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| | | | |
|---|---|---|---|
| 03/21/08 MEF | MEMO TO PHOENIX RE: SOFAS | BKG104 | 0.20 |
| 03/21/08 D R | PREPARE NOTICE OF APPLICATION TO APPOINT PROFESSIONALS. COORDINATE WITH EPIQ ON SERVICE OF RETENTION APPLICATIONS ON MASTER SERVICE LIST AND ALL SECURED CREDITORS. | BKG104 | 1.60 |
| 03/24/08 MEF | CONFERENCE CALL WITH D. GOLLIN AND ULTRA MANAGEMENT RE: ULTRA CUSTOMER/VENDOR ISSUES | BKG104 | 0.80 |
| 03/24/08 D R | PREPARE/EMAILING REQUESTED DOCUMENTS TO D. GOLIN. | BKG104 | 0.20 |
| 03/24/08 D R | TELEPHONE CALLS (X10) FROM PARTIES RECEIVING NOTICES (RE: CLAIMS AND DISCLOSURE STATEMENT HEARING). | BKG104 | 0.80 |
| 03/24/08 JNP | TELEPHONE CALL WITH A. SODONO RE: CASE BACKGROUND. | BKG104 | 0.20 |
| 03/24/08 MEF | TELEPHONE CONFERENCE WITH D. GOLLIN RE: NUMEROUS TRANSITION ISSUES | BKG104 | 0.70 |
| 03/24/08 D R | FOLLOW UP RE: STATUS OF NEWSPAPER NOTICES; CONTACT PAUL SORENSON RE: NOTICE. | BKG104 | 0.20 |
| 03/24/08 MEF | MEMO TO D. GOLLIN RE: CUSTOMER/CONTRACT ISSUES | BKG104 | 0.30 |
| 03/24/08 MEF | MEMO TO SHAPIRO RE: ULTRA ISSUES AND EPA ISSUES | BKG104 | 0.20 |
| 03/24/08 MEF | REVIEW DOCKET AND VARIOUS NOTICES | BKG104 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Apr 23, 2008      PAGE  16
FILE NUMBER: 220718.000
INVOICE NO.: 587223
```

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 03/24/08 | W H | CONFERENCE WITH J. POSLUSNY RE: COUNTY TAX BOARD DEADLINE AND PROSPECTIVE ATTORNEYS/APPRAISERS. | BKG104 | 0.20 |
| 03/25/08 | JNP | DRAFT VOICE MAIL MESSAGE FOR CALLS FOR CASE INFORMATION. | BKG104 | 0.80 |
| 03/25/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: ORDINARY COURSE PROFESSIONALS; U.S. TRUSTEE DOCUMENT REQUEST. | BKG104 | 0.40 |
| 03/25/08 | MEF | MEMO TO U.S. TRUSTEE RE: OPERATING AGREEMENT | BKG104 | 0.30 |
| 03/25/08 | MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE: PENDING MATTERS | BKG104 | 0.30 |
| 03/25/08 | MEF | TELEPHONE CONFERENCE WITH W. BORGES RE: PENDING LITIGATION | BKG104 | 0.20 |
| 03/25/08 | MEF | MEMOS TO J. SHAPIRO RE: LITIGATION ANALYSIS AND PENDING MATTERS | BKG104 | 0.20 |
| 03/26/08 | D R | FOLLOW UP WITH UTILITY ISSUES RE: RESPONSES RECEIVED. | BKG104 | 0.40 |
| 03/26/08 | D R | PREPARE CERTIFICATE OF SERVICE RE: SERVICE OF FIRST DAY ORDERS ON REQUIRED PARTIES AND SERVICE OF UTILITY ORDER ON UTILITY COMPANIES. | BKG104 | 0.90 |
| 03/26/08 | D R | PREPARATION OF CORE SERVICE LIST AND MASTER SERVICE LIST. | BKG104 | 1.30 |
| 03/26/08 | D R | UPDATE SERVICE LIST RE: ATTORNEY APPEARANCES AND ADVISE EPIQ RE: SAME. | BKG104 | 0.80 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE   17
FILE NUMBER: 220718.000
INVOICE NO.: 587223
```

| Date | | Description | | |
|------|------|-------------|------|------|
| 03/26/08 | MEF | CONFERENCE CALL WITH BLANK ROME, ULTRA MANAGEMENT, GRABELL AND GOLLIN RE: ULTRA/CHINA ISSUES | BKG104 | 0.70 |
| 03/26/08 | JNP | EMAIL FROM M. JACOBY RE: REVISIONS TO SCHEDULES AND SOFAS. | BKG104 | 0.20 |
| 03/26/08 | JNP | REVIEW INSURANCE CERTIFICATES AND EMAIL U.S. TRUSTEE RE: SAME. | BKG104 | 0.10 |
| 03/26/08 | D R | PREPARE AGENDA FOR APRIL 3, 2008 HEARING. | BKG104 | 0.80 |
| 03/26/08 | MEF | REVIEW AND REVISE CRITICAL DATES MEMO | BKG104 | 0.10 |
| 03/26/08 | MEF | TELEPHONE CONFERENCE WITH P. SORENSON AND M. JACOBY RE: SCHEDULES ISSUES | BKG104 | 0.30 |
| 03/26/08 | MEF | MEMO TO D. GOLLIN RE: EMPLOYEE COMMUNICATION RE: BAR DATE | BKG104 | 0.40 |
| 03/26/08 | MEF | TELEPHONE CONFERENCE WITH D. GOLLIN RE: CLAIM AND OPERATIONAL ISSUES | BKG104 | 0.30 |
| 03/26/08 | MEF | REVISE LETTER TO U.S. TRUSTEE RE: OPERATING AGREEMENT | BKG104 | 0.20 |
| 03/26/08 | D R | FOLLOW UP WITH ISSUES OF SERVICE ON CERTAIN ULTRA CREDITORS. | BKG104 | 0.20 |
| 03/26/08 | D R | PREPARE/EFILING OF CERTIFICATES OF SERVICE RECEIVED FROM EPIQ RE: SERVING OF BAR DATE AND DISCLOSURE STATEMENT NOTICE. | BKG104 | 0.30 |
| 03/27/08 | MEF | MEMOS TO FILE RE: INITIAL CLIENT/DEBTORS INTERVIEW | BKG104 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008        PAGE   18
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| 03/27/08 MEF | MEMOS TO PARTIES RE: 3/18 HEARING TRANSCRIPT (4) | BKG104 | 0.20 |
|---|---|---|---|
| 03/27/08 MEF | MEMOS TO J. POSLUSNY AND CLIENT RE: UNION ISSUES (3) | BKG104 | 0.30 |
| 03/27/08 MEF | MEMO TO CLIENT RE: CRITICAL DATES MEMO | BKG104 | 0.20 |
| 03/27/08 D R | REVISE AGENDA FOR APRIL 3 HEARING. | BKG104 | 0.30 |
| 03/27/08 D R | CONTACT COURT AND TRANSCRIBER RE: TRANSCRIPT REQUEST OF FIRST DAY HEARING; PREPARE/FAX REQUEST. | BKG104 | 0.40 |
| 03/27/08 D R | TELEPHONE CALLS TO/FROM HESS CORPORATION RE: SERVICE AND CONTACT INFORMATION. | BKG104 | 0.20 |
| 03/27/08 D R | FOLLOW WITH RETURNED NOTICES; ATTEMPT TO LOCATE CORRECT SERVICE ADDRESSES. | BKG104 | 0.50 |
| 03/27/08 JNP | EXCHANGE EMAILS WITH U.S. TRUSTEE RE: INITIAL DEBTOR INTERVIEW; EMAIL CLIENT RE: SAME. | BKG104 | 0.20 |
| 03/27/08 JNP | TELEPHONE CALL WITH P. SORENSEN RE: INFORMATION FOR IDI. | BKG104 | 0.10 |
| 03/27/08 D R | RESEARCH TO OBTAIN PROPER SERVICE ADDRESS FOR RETURN NOTICE SENT TO UTILITY COMPANIES. | BKG104 | 0.30 |
| 03/27/08 D R | PREPARE ATTORNEY DISCLOSURE STATEMENT AND EMAILING OF SAME. | BKG104 | 0.50 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008      PAGE   19
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| | | | | |
|---|---|---|---|---|
| 03/27/08 D R | RETURN CALLS (X14) TO PARTIES LEAVING MESSAGES RE: SHAPES FILING/CLAIMS PROCEDURES. | BKG104 | 1.10 |
| 03/27/08 D R | WORK ON CRITICAL DATES MEMO. | BKG104 | 0.50 |
| 03/27/08 D R | PREPARE NOTICE OF MOTION AND ORDER FOR MOTION TO EMPLOY ORDINARY COURSE PROFESSIONALS. | BKG104 | 1.00 |
| 03/28/08 MEF | MEMOS TO S. GRABELL RE: COMMITTEE MEETING (3) | BKG104 | 0.20 |
| 03/28/08 JNP | TELEPHONE CALL WITH M. SCHWARTZ RE: CASE BACKGROUND. | BKG104 | 0.10 |
| 03/28/08 MEF | TELEPHONE CONFERENCE WITH INTERESTED PARTIES RE: CASE STATUS | BKG104 | 0.40 |
| 03/28/08 MEF | MEMOS TO J. POSLUSNY RE: UTILITIES MOTION, CUSTOMER PRACTICES MOTION AND OCP MOTION | BKG104 | 0.30 |
| 03/28/08 MEF | TELEPHONE CONFERENCES WITH D. GOLLIN (2) RE CLAIM AND CONTRACT ISSUES | BKG104 | 0.30 |
| 03/28/08 MEF | TELEPHONE CONFERENCE WITH G. SCHARMETT RE: CASE STATUS | BKG104 | 0.20 |
| 03/28/08 MEF | MEMOS TO J. SHAPIRO RE: OCP PROFESSIONAL MOTION, UNION ISSUES AND PENDING MATTERS | BKG104 | 0.30 |
| 03/28/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE COMMITTEE AND PROFESSIONALS RETENTION ISSUES | BKG104 | 0.30 |
| 03/28/08 MEF | MEMOS TO D. GOLLIN RE: UNION ISSUES | BKG104 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE   20
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/31/08 MEF    MEMOS TO J. SHAPIRO RE: FORMATION    BKG104    0.20
                MEETING AND DIP OBJECTIONS

03/31/08 D R    PREPARE AND EFILING OF CERTIFICATE   BKG104    0.50
                OF SERVICE OF MOTION TO RETAIN
                ORDINARY COURSE PROFESSIONALS AND
                SUPPLEMENTAL CERTIFICATE OF SERVICE
                OF EPIQ.

03/31/08 D R    RETURN CALLS (X8) TO CREDITORS       BKG104    0.50
                INQUIRING AS TO CASE FILING ISSUES.

03/31/08 MEF    REVIEW AND REVISE AGENDA NOTICE      BKG104    0.20

03/31/08 D R    PREPARE AND FORWARD TO REQUESTING    BKG104    0.20
                PARTIES FILED PLAN/DISCLOSURE
                STATEMENT AND DIP ORDERS.

03/31/08 MEF    MEMOS TO COMMITTEE PROFESSIONALS RE: BKG104    0.30
                RETENTION AND CONFERENCE CALL (4)

03/31/08 D R    UPDATE MASTER SERVICE LIST, AGENDA   BKG104    0.50
                FOR APRIL 3 HEARING AND CALENDAR.

03/31/08 MEF    TELEPHONE CONFERENCE WITH D. GOLLIN  BKG104    0.40
                RE: UNION ISSUES

03/31/08 D R    RESEARCH ADDRESS FOR RETURNED        BKG104    0.20
                MAILINGS OF FIRST DAY PLEADINGS.

        TOTAL CASE ADMINISTRATION                    72.30   $22635.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008      PAGE   21
FILE NUMBER: 220718.000
INVOICE NO.: 587223

                    CLAIMS ADMINISTRATION AND OBJECTIONS

03/17/08 JNP      TELEPHONE CALL WITH J. SLEDMERE RE:     BKG105      0.20
                  EXCO CLAIM AND FIRST DAY MOTIONS.

03/18/08 JNP      CORRESPONDENCE FROM J. SLEDMERE RE:     BKG105      0.10
                  EXCO CLAIM AND BANKRUPTCY TERMS OF
                  PAYMENT.

03/18/08 JNP      TELEPHONE CALL WITH D. MCELHINNEY       BKG105      0.30
                  RE: SERVICE OF BAR DATE NOTICE AND
                  DISCLOSURE STATEMENT HEARING NOTICE.

03/18/08 D R      FOLLOW UP WITH EQIP AND PREPARE         BKG105      0.30
                  INFORMATION REQUESTED RE: NOTICE TO
                  PARTIES.

03/18/08 JNP      MEETING WITH M. FELGER RE: BAR DATE     BKG105      0.40
                  AND DISCLOSURE STATEMENT HEARING AND
                  NOTICE ISSUES.

03/18/08 JNP      REVIEW PROPOSED NOTICES FROM D.         BKG105      0.20
                  MCELHINNEY.

03/18/08 JNP      TELEPHONE CALL WITH D. GOLLIN RE:       BKG105      0.30
                  ISSUES WITH CREDITORS.

03/18/08 JNP      EDIT NOTICE OF BAR DATE AND SEND TO     BKG105      0.20
                  D. MCELHINNEY.

03/18/08 JNP      EMAIL D. REYES RE: PUBLICATION          BKG105      0.10
                  NOTICE.

03/18/08 D R      WORK ON PREPARING INFORMATION FOR US    BKG105      0.40
                  TRUSTEE RE: NOTICE TO TOP 20
                  CREDITORS FOR EACH CASE.

03/19/08 JNP      EMAIL FROM M. FELGER RE: RECLAMATION    BKG105      0.10
                  LETTERS.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008       PAGE  22
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/19/08 MEF    DRAFT RECLAMATION RESPONSE LETTER     BKG105     0.60
                AND SUGGESTIONS OF BANKRUPTCY

03/19/08 JNP    CORRESPONDENCE FROM STAUFFER GLOVE     BKG105     0.10
                RE: RECLAMATION DEMAND.

03/19/08 D R    WORK ON FAX/EMAIL LIST OF 20 LARGEST   BKG105     1.20
                CREDITORS FOR EACH COMPANY FOR
                SENDING TO US TRUSTEE.

03/19/08 D R    FOLLOW UP WITH ISSUES RELATED TO       BKG105     0.40
                DEMANDS FOR RECLAMATION.

03/19/08 JNP    TELEPHONE CALL WITH M. FELGER RE:      BKG105     0.40
                RECLAMATION ISSUES; NOTICE OF BAR
                DATE.

03/19/08 JNP    REVIEW REVISED PROOF OF CLAIM FORM     BKG105     0.10
                FROM EPIQ.

03/19/08 JNP    REVIEW RECLAMATION LETTER FROM         BKG105     0.10
                AIRGAS.

03/19/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:      BKG105     0.20
                RECLAMATION CLAIMS; CUSTOMER RETURNS.

03/19/08 JNP    CORRESPONDENCE FROM ALCOA RE:          BKG105     0.10
                RECLAMATION DEMAND.

03/19/08 JNP    EMAILS TO J. SPONDER RE: COMMITTEE     BKG105     0.10
                FORMATION AND 341 HEARING.

03/20/08 JNP    EMAILS FROM D. GOLLIN AND M. FELGER    BKG105     0.20
                RE: ISSUES WITH CHINESE SUPPLIERS.

03/20/08 JNP    DRAFT CORRESPONDENCE IN RESPONSE TO    BKG105     0.60
                RECLAMATION CLAIMS.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008      PAGE   23
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| | | | | |
|---|---|---|---|---|
| 03/20/08 | JNP | REVIEW MOTION INDUSTRIES RECLAMATION LETTER. | BKG105 | 0.10 |
| 03/24/08 | JNP | READ/REPLY TO CORRESPONDENCE FROM S. SCARINCI RE: RUSAL RECLAMATION. | BKG105 | 0.20 |
| 03/24/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: RECLAMATION CLAIMS. | BKG105 | 0.20 |
| 03/24/08 | JNP | READ/REPLY TO EMAIL FROM EPIQ RE: BAR DATE NOTICE. | BKG105 | 0.10 |
| 03/25/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: ISSUES WITH JOHN STEER CO. | BKG105 | 0.20 |
| 03/25/08 | JNP | READ/REPLY TO EMAIL FROM JOHN STEER CO. RE: PROOF OF CLAIM AND COMMITTEE. | BKG105 | 0.10 |
| 03/25/08 | JNP | READ/REPLY TO PPG RECLAMATION DEMAND. | BKG105 | 0.20 |
| 03/25/08 | JNP | REVIEW FINAL PROOFS FOR BAR DATE NOTICE. | BKG105 | 0.30 |
| 03/25/08 | JNP | TELEPHONE CALL WITH D. WHITTEY RE: DAN JOHN MARINE CLAIM. | BKG105 | 0.10 |
| 03/25/08 | JNP | TELEPHONE CALL WITH S. WEISS RE: SUMMIT RECLAMATION CLAIM. | BKG105 | 0.10 |
| 03/25/08 | JNP | RESEARCH RE: RECLAMATION RIGHTS. | BKG105 | 0.30 |
| 03/25/08 | JNP | READ/REPLY TO RECLAMATION LETTER OF ALUMET. | BKG105 | 0.20 |
| 03/26/08 | JNP | CORRESPONDENCE FROM C. TUTTEN RE: BREAK DOWN OF ALCOA CLAIM. | BKG105 | 0.10 |
| 03/26/08 | JNP | READ/REPLY TO EMAIL FROM CLERK'S OFFICE RE: PROCEDURES WITH EPIQ. | BKG105 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  24
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/26/08 JNP   EMAIL EPIQ RE: CLAIMS ISSUES WITH     BKG105    0.10
               CLERK'S OFFICE.

03/26/08 JNP   TELEPHONE CALL WITH CLERK'S OFFICE    BKG105    0.20
               RE: HANDLING CLAIMS WITH EPIQ.

03/27/08 JNP   TELEPHONE CALL WITH G. COLLINS RE:    BKG105    0.30
               CASE INFORMATION; POTENTIAL RECOVERY
               ON HIS CLAIM.

03/28/08 MEF   REVIEW COMMISSIONS SCHEDULES          BKG105    0.20

          TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS           9.80   $3381.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                         Apr 23, 2008      PAGE   25
FILE NUMBER: 220718.000
INVOICE NO.: 587223

        FEE/EMPLOYMENT APPLICATIONS

03/19/08 D R   PREPARE/EFILING OF CERTIFICATION OF      BKG107   0.30
               SERVICE/COMPLIANCE RE: APPLICATIONS
               TO RETAIN PROFESSIONALS.

03/20/08 JNP   DRAFT 2016 STATEMENT.                    BKG107   0.20

03/21/08 MEF   REVIEW AND REVISE NOTICE OF             BKG107   0.20
               RETENTION APPLICATION

03/21/08 MEF   REVIEW NEW JERSEY LOCAL RULE AND        BKG107   0.30
               RULE 6003

03/21/08 MEF   MEMOS TO PROFESSIONALS RE: RULE 6003    BKG107   0.30
               ISSUES (4)

03/21/08 D R   WORK ON MOTION TO RETAIN, EMPLOY AND    BKG107   2.50
               COMPENSATION ORDINARY COURSE
               PROFESSIONALS.

03/21/08 MEF   MEMO TO U.S. TRUSTEE RE PREFERENCE      BKG107   0.70
               ANALYSIS

03/21/08 JNP   EDIT NOTICE OF RETENTION               BKG107   0.20
               APPLICATIONS.

03/24/08 D R   PREPARATION OF MOTION TO EMPLOYEE       BKG107   1.20
               PROFESSIONALS IN THE ORDINARY COURSE.

03/24/08 JNP   EDIT ORDINARY COURSE PROFESSIONAL      BKG107   0.60
               MOTION DRAFTED BY D. REYES.

03/24/08 JNP   READ/REPLY TO EMAIL FROM J. SPONDER    BKG107   0.10
               RE: CO RETENTION ISSUES.

03/25/08 JNP   TELEPHONE CALL WITH D. GOLLIN RE:      BKG107   0.20
               ORDINARY COURSE PROFESSIONALS.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE   26
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/25/08 JNP   CONTINUE EDITING MOTION FOR ORDINARY    BKG107    1.40
               COURSE PROFESSIONALS.

03/25/08 JNP   TELEPHONE CALL WITH D. GOLLIN RE:       BKG107    0.20
               ORDINARY COUSE PROFESSIONALS; EMAIL
               CLIENT RE: SAME.

03/26/08 D R   CONFERENCE WITH J. POSLUSNY RE:         BKG107    0.10
               ATTORNEY DISCLOSURE STATEMENT.

03/26/08 JNP   DRAFT ORDINARY COURSE PROFESSIONAL      BKG107    1.30
               MOTION.

03/27/08 MEF   REVISE OCP MOTION                       BKG107    0.20

03/27/08 JNP   TELEPHONE CALL WITH M. FELGER RE:       BKG107    0.30
               COMMENTS TO ORDINARY COURSE
               PROFESSIONAL MOTION.

03/27/08 JNP   EDIT ORDINARY COURSE PROFESSIONAL       BKG107    0.40
               MOTION PER COMMENTS FROM M. FELGER.

03/28/08 MEF   REVISE 2016 AFFIDAVIT                   BKG107    0.30

03/31/08 JNP   REVIEW CHANGES TO R. 1016 STATEMENT     BKG107    0.20
               FOR FILING.

03/31/08 MEF   REVIEW AND REVISE 2016 AFFIDAVIT        BKG107    0.20

03/31/08 D R   REVISE ATTORNEY DISCLOSURE STATEMENT.   BKG107    0.60

03/31/08 JNP   TELEPHONE CALL WITH D. REYES AND        BKG107    0.20
               READ/REPLY TO EMAILS FROM D. REYES
               RE: ORDINARY COURSE PROFESSIONALS
               MOTION.

        TOTAL FEE/EMPLOYMENT APPLICATIONS               12.20   $4059.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008     PAGE  27
FILE NUMBER: 220718.000
INVOICE NO.: 587223

             FINANCING

03/16/08 JSR    RECEIPT AND REVIEW OF REVISED      BKG109     0.40
                FINANCING AGREEEMENT.

03/16/08 SPO    MEETING WITH BRIAN MCTEAR AT BLANK  BKG109     1.40
                ROME TO EXCHANGE SIGNATURE PAGES.

03/16/08 JSR    RECEIPT AND REVIEW OF REVISED      BKG109     0.20
                EXHIBITS TO FINANCING ORDER.

03/16/08 JSR    RECEIPT AND REVIEW OF REVISED      BKG109     0.60
                ENVIRONMENTAL INDEMNIFICATION
                AGREEMENT.

03/16/08 JSR    RECEIPT AND REIVEW OF INTERIM      BKG109     0.30
                FINANCING ORDER.

03/16/08 SPO    REVISE CLOSING DOCUMENTS TO REFLECT BKG109     1.00
                CORRECT CLOSING DATE.

03/16/08 JSR    PREPARE FOR CLOSING.               BKG109     1.50

03/16/08 MEF    REVIEW FINAL REVISION OF DIP       BKG109     0.50
                FINANCING AGREEMENT AND ORDER

03/16/08 MEF    MEMOS TO PARTIES RE: DIP FINANCING BKG109     0.80
                ORDER (15)

03/16/08 MEF    TELEPHONE CONFERENCES WITH M. JACOBY BKG109    0.40
                RE: DIP FINANCING AND FIRST DAY
                HEARING ISSUES (2)

03/16/08 MEF    REVIEW AND REVISE DIP FINANCING    BKG109     1.00
                ORDERS

03/16/08 MEF    REVIEW DIP FINANCING BUDGET        BKG109     0.30
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Apr 23, 2008      PAGE  28
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/16/08 MEF   TELEPHONE CONFERENCE WITH J. SHAPIRO   BKG109     0.40
               RE: PLAN ISSUES AND DIP FINANCING
               ISSUES (2)

03/17/08 JNP   EXCHANGE EMAILS WITH J. REYNOLDS RE:   BKG109     0.20
               SCHEDULES FOR DIP AGREEMENT.

03/17/08 MEF   CONFERENCE CALL WITH COUNSEL FOR       BKG109     1.80
               LENDER RE: HEARING ISSUES AND
               PRESENTATION

03/17/08 JNP   REVIEW SCHEDULES FOR DIP AGREEMENT.    BKG109     1.40

03/17/08 MEF   REVIEW REVISED 13 WEEK CASH FLOW       BKG109     0.30
               MODEL

03/17/08 JNP   TELEPHONE CALL WITH V. COLLISTRA RE:   BKG109     0.10
               BUDGET.

03/17/08 SPO   ORGANIZE SIGNATURE PAGES AND SEND      BKG109     0.90
               SAME TO CLIENT.

03/17/08 JNP   CONFERENCE CALL WITH CIT AND VERSA     BKG109     1.30
               RE: DIP BUDGET AND FIRST DAYS.

03/17/08 MEF   REVIEW REVISED DIP FINANCING ORDERS    BKG109     0.50

03/17/08 JSR   RECEIPT AND REVIEW OF REVISED          BKG109     0.20
               ENVIRONMENTAL INDEMNIFICATION
               AGREEMENT.

03/17/08 JSR   CONFERENCE WITH CLIENT REGARDING       BKG109     0.20
               SIGNATURE PAGES.

03/17/08 JSR   REVISION TO MEMBERSHIP CERTIFICATES.   BKG109     0.10
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008      PAGE   29
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| | | | | |
|---|---|---|---|---|
| 03/17/08 | JSR | COMPARISON OF NUMBERS PREPARED BY PHOENIX FOR BANKRUPTCY SCHEDULES AND SCHEDULES FOR LOAN AGREEMENTS AND REVISION OF SCHEDULES. | BKG109 | 2.20 |
| 03/17/08 | JSR | CONFERENCE WITH M. FELGER REGARDING SCHEDULES. | BKG109 | 0.30 |
| 03/17/08 | JSR | NEGOTIATION WITH C. ROSENBLEETH REGARDING CIT FACILITY FEE LETTER. | BKG109 | 0.40 |
| 03/17/08 | JSR | REVIEW EXHIBITS B TO REVOLVING CREDIT AGREEMENT, ASSIGNMENT AND TRANSFER AGREEMENT. | BKG109 | 0.30 |
| 03/17/08 | JSR | RECEIPT AND REVIEW OF FINAL VERSION TO ALL ANCILLARY DOCUMENTS TO CIT CREDIT FACILITY. | BKG109 | 0.50 |
| 03/17/08 | SAB | REVIEW DIP FACILITY LETTER | BKG109 | 0.20 |
| 03/17/08 | SAB | TELEPHONE CALL WITH CLIENT REGARDING FINANCING | BKG109 | 0.40 |
| 03/17/08 | SAB | REVIEW CLOSING DOUCMENTS FOR FINANCING | BKG109 | 0.50 |
| 03/17/08 | SAB | CONFERENCE WITH JSCHERER REGARDING FINANCING AGREEMENT AND CLOSING | BKG109 | 0.10 |
| 03/17/08 | SAB | REVIEW MATTERS RELATING TO SCHEDULES TO FINANCING AGREEMENT | BKG109 | 0.50 |
| 03/17/08 | SAB | REVIEW AND RESPOND TO E-MAILS REGARDING FINANCING AGREEMENT | BKG109 | 0.50 |
| 03/17/08 | SAB | E-MAILS REGARDING SIGNATURES TO FINANCING AGREEMENTS (10X) | BKG109 | 0.60 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  30
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/17/08 JSR    CONFERENCE WITH S. TROODLER       BKG109     0.30
                REGARDING SCHEDULES TO FINANCING
                AGREEMENT.

03/18/08 JSR    TELEPHONE CONFERENCE WITH CLIENT RE:  BKG109  0.30
                FINANCING

03/18/08 JSR    OBTAINING INFORMATION FOR RECURRING  BKG109   0.20
                ADVANCE LETTER.

03/18/08 JSR    CONFIRM ALL SIGNATURE PAGES OF     BKG109     1.00
                PARTIES.

03/18/08 JSR    REVISIONS TO SIGNATURE PAGES,      BKG109     0.20
                DISTRIBUTION OF SAME.

03/18/08 JSR    RECEIPT AND REVIEW OF ORGANIZATIONAL  BKG109   0.30
                DOCUMENTS FOR LOAN.

03/18/08 SAB    LETTER TO ARCUS FOR GRABELL        BKG109     0.70
                SIGNATURE.

03/18/08 SAB    TELEPHONE CALL WITH GRABELL        BKG109     0.20
                REGARDING LOAN DOCUMENT SIGNING.

03/18/08 SAB    REVIEW CERTIFICATES FOR CLOSING    BKG109     0.40

03/18/08 SAB    REVIEW MATTERS RELATING TO CLOSING  BKG109    0.90
                OF FINANCING

03/18/08 JSR    REVIEW AND RECEIPT OF BANK'S EXIT   BKG109    0.30
                FACILITY COMMITMENT LETTER.

03/18/08 JSR    RECEIPT AND REVIEW OF REVISED       BKG109    0.30
                INTERCREDITOR AGREEMENT AND
                SIGNATURE PAGES.

03/18/08 JSR    RECEIPT AND REVIEW OF FINAL TERM    BKG109    0.40
                LOAN DOCUMENTS.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE   31
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/18/08 JSR    REVIEW AND RECEIPT OF CIT SIGNATURE     BKG109    0.50
                PAGES TO MORTGAGE SUBORDINATION
                DOCUMENTS.

03/18/08 D R    WORK ON CHANGES/FINALIZING TWO DIP      BKG109    0.80
                ORDERS AND FORWARDING OF SAME TO
                CHAMBERS.

03/18/08 D R    PREPARE ORIGINAL SIGNATURES ON LOAN     BKG109    1.10
                DOCUMENTS AND EMAILING OF SAME TO J.
                REYNOLDS.

03/18/08 D R    FOLLOW UP WITH ISSUES ON FINALIZED      BKG109    0.30
                DIP ORDERS AND EXHIBITS; CONTACT
                COUNSEL RE: EXHIBITS TO ORDERS FOR
                SUBMITTING TO CHAMBERS; PREPARE
                ORDERS FOR CHAMBERS.

03/18/08 D R    PREPARE/EFILING OF EXHIBIT TO DIP       BKG109    0.20
                MOTION.

03/18/08 JNP    PREPARATION FOR DIP FINANCING           BKG109    1.80
                HEARING AND OTHER FIRST DAYS.

03/19/08 MEF    REVIEW LOAN CLOSING DOCUMENTS           BKG109    0.20

03/19/08 MEF    TELEPHONE CONFERENCE WITH P.            BKG109    0.10
                PATTERSON RE: DIP ORDERS

03/19/08 JSR    CONFERENCE AND NEGOTIATION WITH S.      BKG109    0.30
                TROODLER REGARDING FEES DISBURSED.

03/19/08 JSR    REVIEW OF SCHEDULE OF ALL ARCUS TERM    BKG109    0.30
                LOAN DOCUMENTS.

03/19/08 JSR    MULTIPLE TELEPHONE CALLS TO CLIENT      BKG109    0.30
                REGARDING CONFIRMATION OF FEES IN
                DISBURSEMENT LETTER.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008        PAGE   32
FILE NUMBER: 220718.000
INVOICE NO.: 587223

| | | | | |
|---|---|---|---|---|
| 03/19/08 JSR | RECEIPT AND REVIEW OF UPDATED DISBURSEMENT AUTHORIZATION LETTER WITH DISBURSEMENT INFORMATION ATTACHED. | BKG109 | 0.50 |
| 03/19/08 JSR | CONFIRMATION OF FEES WITH BUDGET, LOAN AGREEMENT AND CASH FLOW MODEL. | BKG109 | 0.20 |
| 03/19/08 JSR | AUTHORIZATION TO ATTACH SIGNATURE PAGES TO DISBURSEMENT LETTER AND RELEASE OF ALL SIGNATURE PAGES FROM ESCROW. | BKG109 | 0.20 |
| 03/19/08 SAB | ISSUES RELATING TO DISBURSEMENT OF DIP LOAN | BKG109 | 0.30 |
| 03/19/08 JSR | CONFER WITH CLIENT REGARDING FUNDING STATUS. | BKG109 | 0.20 |
| 03/20/08 JSR | REVIEW ORIGINAL SIGNATURE PAGES OF CLIENT FROM CHERRY HILL OFFICE PRIOR TO SENDING TO LENDERS. | BKG109 | 0.50 |
| 03/25/08 MEF | TELEPHONE CONFERENCE WITH V. COLISTRA RE: 4/3 HEARING ISSUES | BKG109 | 0.30 |
| 03/28/08 SPO | REVIEW CLOSING BINDERS SENT BY BLANK ROME AND SEND COPY OF CLOSING BINDER TO STEVE GRABELL. | BKG109 | 0.80 |
| 03/31/08 MEF | REVIEW OBJECTIONS TO DIP MOTION | BKG109 | 0.30 |
| 03/31/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: OBJECTIONS TO DIP FINANCING MOTION | BKG109 | 0.30 |
| 03/31/08 D R | REVIEW OBJECTIONS TO DIP MOTION AND UPDATE AGENDA. | BKG109 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Apr 23, 2008      PAGE   33
FILE NUMBER: 220718.000
INVOICE NO.: 587223


     TOTAL FINANCING                              37.50   $14197.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  34
FILE NUMBER: 220718.000
INVOICE NO.: 587223

          LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGAT

  03/17/08 MEF    NUMEROUS MEMOS TO PARTIES RE:      BKG110    0.80
                  HEARING ISSUES (15)

  03/17/08 MEF    REVIEW DOCUMENTS AND PLEADINGS OF  BKG110    2.50
                  OUTLINE TESTIMONY AND COURT
                  PRESENTATION FOR HEARING

  03/18/08 MEF    MEMOS TO CLIENT RE: HEARINGS       BKG110    0.20

  03/18/08 MEF    ATTEND HEARING RE: FIRST DAY       BKG110    5.80
                  PLEADINGS

  03/18/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO  BKG110  0.30
                  RE: FIRST DAY HEARINGS

  03/18/08 MEF    MEETING WITH S. GRABELL AND V.     BKG110    1.60
                  COLISTRA RE: HEARING PREPARATION

  03/18/08 JNP    ATTEND FIRST DAY HEARING AND DIP   BKG110    5.30
                  FINANCING HEARING.

  03/20/08 D R    PREPARE NOTICE OF BANKRUPTCY IN AMES  BKG110  0.50
                  V. ULTRA CASE AND EFILING/SERVICE OF
                  SAME.

  03/24/08 D R    PREPARE LETTER TO B. GOLD SERVING  BKG110    0.20
                  NOTICE OF BANKRUPTCY - AMES V. ULTRA.

  03/25/08 JNP    TELEPHONE CALL WITH R. FITZGERALD  BKG110    0.10
                  RE: STAY OF PRE-PETITION LITIGATION.

  03/31/08 MEF    TELEPHONE CONFERENCE WITH V.       BKG110    0.20
                  COLISTRA RE 4/3 HEARING ISSUES

  03/31/08 MEF    MEMOS TO PATTERSON AND SHAPIRO RE:  BKG110   0.20
                  4/3 HEARING (2)
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                     Apr 23, 2008      PAGE   35
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/31/08 MEF    MEMOS TO CLIENT RE: 4/3 HEARING      BKG110     0.10
                ISSUES (3)

     TOTAL LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGA    17.80    $8304.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  36
FILE NUMBER: 220718.000
INVOICE NO.: 587223

             MEETINGS OF CREDITORS

03/19/08 JNP    TELEPHONE CALL WITH J. SPONDER RE:     BKG112    0.20
                COMMITTEE FORMATION AND 341 HEARING.

03/20/08 MEF    MEMOS TO PATTERSON AND SHAPIRO RE:     BKG112    0.20
                FORMATION MEETING

03/20/08 MEF    MEMOS TO PARTIES RE: FORMATION         BKG112    0.30
                MEETING (8)

03/31/08 MEF    ATTEND COMMITTEE FORMATION MEETING     BKG112    1.20

03/31/08 D R    PREPARE DOCUMENTS FOR FORMATION        BKG112    1.50
                MEETING.

03/31/08 MEF    MEMOS TO CLIENT RE COMMITTEE           BKG112    0.20
                FORMATION (3)

03/31/08 MEF    TRAVEL TO CREDITORS COMMITTEE          BKG112    3.00
                FORMATION MEETING WITH CLIENT
                (PREPARE FOR MEETING)

       TOTAL MEETINGS OF CREDITORS                     6.60   $2940.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE   37
FILE NUMBER: 220718.000
INVOICE NO.: 587223

      PLAN AND DISCLOSURE STATEMENT

| Date | | Description | | |
|---|---|---|---|---|
| 03/16/08 | MEF | TELEPHONE CONFERENCE WITH CLIENT RE: NUMEROUS FILINGS AND PLAN ISSUES | BKG113 | 0.40 |
| 03/16/08 | MEF | REVIEW AND REVISE PLAN AND DISCLOSURE STATEMENT | BKG113 | 0.50 |
| 03/19/08 | JNP | TELEPHONE CALL WITH B. GALLERIE RE: NOTICE OF DISCLOSURE STATEMENT HEARING AND CASE FILING. | BKG113 | 0.20 |
| 03/19/08 | MEF | REVISE DISCLOSURE STATEMENT NOTICE | BKG113 | 0.20 |
| 03/20/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: PLAN ISSUES | BKG113 | 0.30 |
| 03/20/08 | MEF | TELEPHONE CONFERENCE WITH P. SORENSON AND M. JACOBY RE: PLAN AND LIQUIDATION ANALYSIS | BKG113 | 0.60 |
| 03/21/08 | MEF | MEMOS TO J. SHAPIRO RE: PLAN ISSUES (2) | BKG113 | 0.20 |
| 03/21/08 | MEF | REVIEW AND REVISE PLAN ADMINISTRATOR AGREEMENT | BKG113 | 0.60 |
| 03/21/08 | MEF | REVIEW AND REVISE DISCLOSURE STATEMENT | BKG113 | 0.70 |
| 03/24/08 | JNP | EMAILS FROM M. FELGER AND P. PATTERSON RE: DIP LOAN AND PLAN. | BKG113 | 0.20 |
| 03/24/08 | MEF | REVIEW DRAFT LIQUIDATION ANALYSIS | BKG113 | 0.50 |
| 03/24/08 | MEF | REVISE DISCLOSURE STATEMENT | BKG113 | 0.40 |
| 03/25/08 | MEF | REVIEW MEMOS FROM PATTERSON RE: PLAN | BKG113 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE   38
FILE NUMBER: 220718.000
INVOICE NO.: 587223


03/25/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO    BKG113    0.40
                RE: PLAN ISSUES AND 4/3 HEARING
                ISSUES

03/25/08 MEF    CONFERENCE CALL WITH M. JACOBY, S.      BKG113    1.30
                GRABELL AND P. SORENSON RE:
                LIQUIDATION ANALYSIS

03/26/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO    BKG113    0.30
                RE: PLAN ISSUES AND PENDING MATTERS

03/28/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY     BKG113    0.20
                RE: LIQUIDATION ANALYSIS

03/28/08 MEF    MEMO TO S. GRABELL RE: PLAN ISSUES      BKG113    0.10

03/28/08 MEF    REVIEW REVISED LIQUIDATION ANALYSIS     BKG113    0.50

03/28/08 MEF    TELEPHONE CONFERENCE WITH J. PASEK      BKG113    0.20
                RE: WARN ISSUES

03/28/08 MEF    MEMO TO CLIENT RE: LIQUIDATION          BKG113    0.10
                ANALYSIS

03/31/08 MEF    REVIEW AND REVISE LIQUIDATION           BKG113    0.30
                ANALYSIS

        TOTAL PLAN AND DISCLOSURE STATEMENT                       8.30    $4297.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  39
FILE NUMBER: 220718.000
INVOICE NO.: 587223

            RELIEF FROM STAY PROCEEDINGS

03/27/08 MEF   TELEPHONE CONFERENCE WITH D. GOLLIN   BKG114   0.20
               RE: UNION TERMINATION NOTICE

03/27/08 JNP   RESEARCH RE: UIU TERMINATION NOTICE.  BKG114   1.80

03/27/08 MEF   REVIEW UNION TERMINATION NOTICE       BKG114   0.10

03/27/08 JNP   CORRESPONDENCE TO UIU RE:             BKG114   0.30
               TERMINATION OF HEALTH COVERAGE.

03/27/08 JNP   TELEPHONE CALL WITH D. GOLLIN RE:     BKG114   0.20
               STAY VIOLATION BY UIU.

        TOTAL RELIEF FROM STAY PROCEEEDINGS                   2.60   $1020.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                    Apr 23, 2008      PAGE  40
FILE NUMBER: 220718.000
INVOICE NO.: 587223

        TAX ISSUES

03/19/08 JNP    MEETING WITH W. HOGAN RE: REAL       BKG123    0.20
                ESTATE TAX ISSUES.

03/21/08 W H    TAX APPEAL CONFERENCE WITH JNP RE:   BKG123    0.20
                TAX COURT U.S. COUNTY TAX BOARD;
                RESEARCH CO. TAX BOARD APPEAL
                DEADLINE

03/24/08 JNP    MEETING WITH W. HOGAN RE: REAL       BKG123    0.20
                ESTATE TAX APPEAL; EMAIL S. GRABELL
                RE: SAME.

03/27/08 JNP    TELEPHONE CALL WITH S. GRABELL AND   BKG123    0.30
                F. FERRUGIA RE: REAL ESTATE TAX
                APPEAL.

03/28/08 JNP    REVIEW PROPOSED TAX COMPLAINT FROM   BKG123    0.30
                D. ZAZZALI.

03/28/08 W H    CONFERENCE WITH J. POSLUSNY RE: TAX  BKG123    0.20
                COURT APPEAL DEADLINE AND DATA;

        TOTAL TAX ISSUES                                       1.40    $503.00

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Apr 23, 2008      PAGE  41
FILE NUMBER: 220718.000
INVOICE NO.: 587223


                        ACTIVITY RECAP
              HOURS           AMOUNT
ASSET DISPOSTION                               0.30           112.50
BUSINESS OPERATIONS                           16.00         6,439.50
CASE ADMINISTRATION                           72.30        22,635.00
CLAIMS ADMINISTRATION AND OBJECTIONS           9.80         3,381.00
FEE/EMPLOYMENT APPLICATIONS                   12.20         4,059.00
FINANCING                                     37.50        14,197.50
LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGA  17.80       8,304.00
MEETINGS OF CREDITORS                          6.60         2,940.00
PLAN AND DISCLOSURE STATEMENT                  8.30         4,297.50
RELIEF FROM STAY PROCEEEDINGS                  2.60         1,020.00
TAX ISSUES                                     1.40           503.00
                            _____    _____
                  TOTALS                     184.80        67,889.00

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

May 14, 2008

SHAPES/ARCH HOLDINGS

RE:  SHAPES/ARCH HOLDINGS/BANKRUPTCY

OUR FILE NO.:  220718.000

FEES FOR PROFESSIONAL SERVICES:       $198,979.00
EXPENSES INCURRED:                      $3,366.02
TOTAL AMOUNT OF INVOICE NO: 589726     $202,345.02

```
*--------------------------TIME AND FEE SUMMARY--------------------*
*---------TIMEKEEPER---------*    RATE   HOURS              FEES
D. M. MINKOFF                    470.00    .40            188.00
E D FREED                        550.00  24.10          13255.00
S. A. BLOCH                      550.00  44.60          24530.00
M.E. FELGER                      525.00 177.00          92925.00
A. ABRAMOWITZ                    580.00    .90            522.00
D. REYES                         195.00  57.70          11251.50
J.N. POSLUSNY, JR.               375.00 131.70          49387.50
RACHAEL WHITE                    175.00   6.80           1190.00
S.P. O'DONNELL                   230.00   4.00            920.00
J.M. STEMERMAN                   290.00   2.90            841.00
J.S. REYNOLDS                    315.00  12.60           3969.00
                       TOTALS           462.70         198979.00
```

```
COURT REPORTER                      99.77
LUNCHEON MEETING                   120.38
FEDERAL EXPRESS                    170.32
SECRETARIAL OVERTIME               162.21
COURIER SERVICE                     25.00
DUPLICATING                       2202.20
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE    2
FILE NUMBER: 220718.000
INVOICE NO.: 589726

    POSTAGE                                            128.98
    TRAVEL & MEALS SUBJECT TO I.R.S. LIMITATIONS ON     39.79
    LONG DISTANCE TELEPHONE                             13.62
    FAX CHARGES                                         20.00
    SPECIAL COPY                                          .00
    ON LINE RESEARCH                                     3.75
    TRAVEL RELATED EXPENSES                            380.00

        EXPENSES INCURRED            $3,366.02


        GRAND TOTAL                 $202,345.02

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:        589726
File/Matter No:  220718.000
Amount Due:      202,345.02

Please remit check payable to COZEN O'CONNOR to:

> W1385
> Cozen O'Connor
> P.O. Box 7777
> Philadelphia, PA 19175-0775

Please send wire transfers to:

> Account Name:   Cozen O'Connor Executive Account
> Account No:     2953925
> Bank Name:      Mellon Bank
> Bank ABA No:    031000037
> Bank Address:   1735 Market Street
>           :     Philadelphia, PA 19103
> Swift Code*:    MELNUS3P
> * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

INVOICE NO.:  589726                    INVOICE DATE:  May 14, 2008

09273.0001.000 SHAPES/ARCH HOLDINGS
220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY

| DATE | ATTY | DESCRIPTION OF SERVICES | | | HOURS |
|------|------|-------------------------|------|-------|-------|
| DATE | | DESCRIPTION  OF SERVICES | CODE | HOURS | |
| | | ASSET ANALYSIS AND RECOVERY | | | |
| 04/02/08 | MEF | REVIEW MEMO RE: SALE EFFORTS | BKG101 | 0.20 | |
| | | TOTAL ASSET ANALYSIS AND RECOVERY | | 0.20 | $105.00 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   5
FILE NUMBER: 220718.000
INVOICE NO.: 589726

        ASSET DISPOSTION

| | | | | |
|---|---|---|---|---|
| 04/04/08 | JNP | TELEPHONE CALL WITH J. MORTON RE: TREATMENT OF WELLS FARGO. | BKG102 | 0.20 |
| 04/08/08 | MEF | REVIEW DRAFT APA AND LETTER FROM HIG'S COUNSEL | BKG102 | 0.80 |
| 04/08/08 | MEF | MEMOS TO COMMITTEE RE: HIG ISSUES | BKG102 | 0.20 |
| 04/08/08 | MEF | MEMOS TO S. BLOCH RE: HIG APA | BKG102 | 0.20 |
| 04/08/08 | MEF | TELEPHONE CONFERENCE WITH B. KATZ RE: HIG ISSUES | BKG102 | 0.30 |
| 04/08/08 | MEF | REVIEW MEMOS RE: HIG APA ISSUES | BKG102 | 0.20 |
| 04/08/08 | SAB | REVIEW HIG APA | BKG102 | 0.60 |
| 04/09/08 | SAB | TELEPHONE CALL WITH CLIENT, PHOENIX, M.FELGER RE: HIG APA | BKG102 | 1.20 |
| 04/09/08 | MEF | CONFERENCE CALL WITH GRABELL, BLOCH, JACOBY AND SORENSON RE: HIG APA | BKG102 | 1.20 |
| 04/09/08 | SAB | ANALYZE HIG APA | BKG102 | 1.10 |
| 04/16/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: EXECUTORY CONTRACT ISSUES. | BKG102 | 0.20 |
| 04/17/08 | SAB | REVIEW CONFIDENTIALITY AGREEMENT | BKG102 | 0.20 |
| 04/18/08 | SAB | E-MAILS REGARDING CONFIDENTIALITY AGREEMENT (6X) | BKG102 | 0.20 |
| 04/18/08 | SAB | PREPARE CONFIDENTIALITY AGREEMENT | BKG102 | 0.80 |
| 04/18/08 | SAB | TELEPHONE CALL WITH LRAPPAPORT | BKG102 | 0.10 |
| 04/18/08 | SAB | REVISE CONFIDENTIALITY AGREEMENT | BKG102 | 0.50 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS
FILE NUMBER: 220718.000
INVOICE NO.: 589726

May 14, 2008     PAGE    6

| | | | | |
|---|---|---|---|---|
| 04/24/08 MEF | MEMO TO BUECHLER AND REVIEW SUN LETTERS | BKG102 | 0.20 | |
| 04/24/08 MEF | MEMOS TO HALPERIN AND BRODY RE: DUE DILIGENCE (4) | BKG102 | 0.40 | |
| 04/24/08 MEF | MEMOS TO BRODY AND FORTE RE: CONFIDENTIALITY ISSUES | BKG102 | 0.20 | |
| 04/24/08 MEF | TELEPHONE CONFERENCE WITH A. HALPERIN RE: SUN AND LONGROAD, AND VERSA OFFERS | BKG102 | 0.30 | |
| 04/24/08 MEF | MEMOS TO M. SIROTA RE: SUN CONFIDENTIALITY ISSUES | BKG102 | 0.20 | |
| 04/25/08 MEF | MEMOS TO SHAPIRO RE: SUN AND LONGROAD REQUESTS (3) | BKG102 | 0.20 | |
| 04/27/08 MEF | MEMOS TO A. HALPERIN RE: SUN AND LONGROAD INTEREST | BKG102 | 0.20 | |
| 04/28/08 MEF | MEMOS TO B. BUECHLER RE: SUN'S INTEREST | BKG102 | 0.10 | |
| | TOTAL ASSET DISPOSTION | | 9.80 | $5202.50 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE    7
FILE NUMBER: 220718.000
INVOICE NO.: 589726

BUSINESS OPERATIONS

04/01/08 SPO   RESEARCH REGARDING ISSUES LIMITED      BKG103   1.10
               LIABILITY CORPORATION

04/02/08 JNP   CORRESPONDENCE TO PPG RE: SECOND       BKG103   0.10
               RECLAMATION LETTER.

04/02/08 JNP   CONFERENCE CALL WITH M. FELGER, S.     BKG103   1.20
               BLOCH AND CLIENT RE: HIG OFFER.

04/02/08 JNP   TELEPHONE CALL WITH S. KLAR RE:        BKG103   0.20
               PSE&G DEPOSIT.

04/02/08 MEF   MEMOS TO PARTIES RE UTILITIES MOTION   BKG103   0.30
               (5)

04/02/08 JNP   READ/REPLY TO EMAIL FROM O. KLEIN      BKG103   0.10
               RE: DIP LOAN ISSUES.

04/02/08 JNP   EMAIL S. KLAR RE: PSE&G DEPOSIT.       BKG103   0.10

04/02/08 JNP   REVIEW COUNTER-OFFER FROM PSE&G RE:    BKG103   0.20
               UTILITY DEPOSIT.

04/02/08 JNP   READ/REPLY TO EMAILS FROM D. REYES     BKG103   0.40
               AND TELEPHONE CALL WITH D. REYES
               (X2) RE: PSE&G DEPOSIT.

04/02/08 JNP   EMAIL M. FELGER RE: PSE&G DEPOSIT.     BKG103   0.10

04/02/08 JNP   TELEPHONE CALL WITH P. SORENSON RE:    BKG103   0.20
               PSE&G DEPOSIT.

04/02/08 SPO   CONTINUE TO RESEARCH ISSUES LIMITED    BKG103   2.90
               LIABILITY COMPANY

04/02/08 JNP   CORRESPONDENCE FROM N. MITCHELL RE:    BKG103   0.10
               HIG OFFER.

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                  May 14, 2008      PAGE    8
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/02/08 JNP | EMAIL TO AND FROM S. KLAR RE: SETTLEMENT WITH PSE&G. | BKG103 | 0.20 |
| 04/02/08 JNP | READ/REPLY TO EMAIL FROM S. GRABELL RE: PARTIES WITH POTENTIAL INTEREST IN CASE. | BKG103 | 0.10 |
| 04/03/08 JNP | EDIT CUSTOMER PRACTICES MOTION PER COMMENTS FROM M. FELGER AND CLIENT. | BKG103 | 0.80 |
| 04/03/08 JNP | EMAIL CONFIDENTIALITY AGREEMENT WITH COMMITTEE. | BKG103 | 0.20 |
| 04/03/08 JNP | DRAFT STIPULATION WITH PSE&G FOR DEPOSIT. | BKG103 | 0.70 |
| 04/03/08 JNP | TELEPHONE CALL WITH D. GOLLIN RE: CUSTOMER PRACTICES MOTION; SALES COMMISSIONS; ISSUES WITH CUSTOMERS. | BKG103 | 0.40 |
| 04/03/08 JNP | MEETING WITH D. REYES RE: RECLAMATION CLAIMS. | BKG103 | 0.20 |
| 04/03/08 JNP | EDIT FINAL UTILITY ORDER TO SHOW PECO AND PSE&G SETTLEMENTS. | BKG103 | 0.40 |
| 04/03/08 JNP | CORRESPONDENCE FROM AND TO W. FIORE RE: BADER PLASTICS RECLAMATION. | BKG103 | 0.10 |
| 04/03/08 JNP | REVIEW EMAILS FROM M. JACOBY AND M. FELGER RE: COMMITTEE ISSUES. | BKG103 | 0.20 |
| 04/03/08 JNP | READ/REPLY TO CORRESPONDENCE FROM M. CONNOLLY RE: LAJOIE'S RECLAMATION LETTER. | BKG103 | 0.10 |
| 04/03/08 JNP | TELEPHONE CALLS (X2) WITH D. GOLLIN RE: PAYMENT OF CUSTOMS. | BKG103 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008       PAGE    9
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| .04/03/08 | MEF | MEMOS TO PARTIES RE ULTRA/CHINA ISSUES | BKG103 | 0.10 |
| 04/04/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: SALES COMMISSION MOTION. | BKG103 | 0.20 |
| 04/04/08 | JNP | REVIEW PROOF OF CLAIM FILED BY LOCAL 837. | BKG103 | 0.10 |
| 04/04/08 | JNP | REVIEW COMMITTEE COMMENTS TO PLAN AND DIP LOANS. | BKG103 | 0.30 |
| 04/04/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: OPEN ISSUES. | BKG103 | 0.20 |
| 04/04/08 | JNP | DRAFT MOTION TO PAY SALES COMMISSIONS. | BKG103 | 2.50 |
| 04/04/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: COMMENTS TO CUSTOMER PRACTICES MOTION. | BKG103 | 0.20 |
| 04/05/08 | JNP | EMAILS FROM M. FELGER RE: ISSUES WITH COMMITTEE. | BKG103 | 0.10 |
| 04/05/08 | JNP | DRAFT CUSTOMS MOTION. | BKG103 | 1.20 |
| 04/07/08 | JNP | ATTEND MEETING WITH COMMITTEE. | BKG103 | 3.00 |
| 04/07/08 | JNP | EMAIL FROM M. FELGER RE: DISCUSSION POINTS WITH HIG. | BKG103 | 0.10 |
| 04/07/08 | JNP | MEETING WITH M. FELGER, M. JACOBY, S. GRABELL AND P. SORENSON RE: PREPARATION FOR MEETING WITH COMMITTEE. | BKG103 | 1.50 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008    PAGE   10
FILE NUMBER: 220718.000
INVOICE NO.: 589726


| 04/07/08 | JNP | CONFERENCE CALL WITH M. FELGER, S. BLOCH, S. GRABELL AND HIG RE: POTENTIAL SALE PROCESS. | BKG103 | 0.80 |
|---|---|---|---|---|
| 04/07/08 | JNP | DRAFT CUSTOMS PRACTICES MOTION. | BKG103 | 1.00 |
| 04/08/08 | JNP | EDIT APPLICATION AND ORDER TO SHORTEN TIME FOR MOTION TO PAY CUSTOMS DRAFTED BY D. REYES. | BKG103 | 0.20 |
| 04/08/08 | JNP | EMAIL FROM M. FELGER RE: TOWN AND COUNTRY LEASE. | BKG103 | 0.10 |
| 04/08/08 | JNP | READ/REPLY TO RECLAMATION LETTER FROM M. CONNOLLY RE: LAJOIE'S AUTO WRECKING (SECOND DEMAND). | BKG103 | 0.10 |
| 04/08/08 | JNP | READ/REPLY TO RECLAMATION LETTER FROM J. SCHWARTZ RE: ZHANGSHAM. | BKG103 | 0.10 |
| 04/08/08 | JNP | EMAILS FROM M. FELGER, P. PATTERSON, I. UDKOV AND J. SHAPIRO RE: DIP FINANCING ORDERS. | BKG103 | 0.20 |
| 04/08/08 | JNP | READ/REPLY TO CORRESPONDENCE FROM D. SNEED RE: GUARDIAN RECLAMATION LETTER. | BKG103 | 0.10 |
| 04/08/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: CUSTOMS MOTION; LABOR CLAIM. | BKG103 | 0.50 |
| 04/08/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: LABOZ TERMINATION; RETENTION ISSUES; CUSTOMS BOND. | BKG103 | 0.30 |
| 04/08/08 | JNP | CORRESPONDENCE FROM AND TO J. MILLEK RE: FASTENEL RECLAMATION LETTER. | BKG103 | 0.10 |
| 04/08/08 | JNP | REVIEW PROPOSED APA FROM HIG. | BKG103 | 0.70 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008      PAGE  11
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/08/08 JNP    READ/REPLY TO EMAIL FROM J. KURTZMAN    BKG103    0.20
                RE: LABOZ SEVERANCE CLAIMS.

04/08/08 JNP    DRAFT MOTION TO PAY COMMISSIONS.        BKG103    0.20

04/08/08 JNP    TELEPHONE CALL WITH A. FLAME RE: PPL    BKG103    0.20
                ISSUES; CASE BACKGROUND.

04/09/08 MEF    MEMOS TO COMMITTEE RE: CUSTOMER         BKG103    0.20
                PRACTICE MOTION (3)

04/10/08 MEF    REVIEW AND REVISE CUSTOMER MOTION       BKG103    0.40

04/10/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:       BKG103    0.30
                CUSTOMS MOTION; ULTRA EMPLOYEE ISSUE.

04/10/08 JNP    RESEARCH RE: DUTIES OF MANAGERS.        BKG103    2.80

04/11/08 JNP    TELEPHONE CALL WITH COURT RE:           BKG103    0.10
                UTILITY MOTION.

04/11/08 JNP    READ/REPLY TO EMAIL FROM C. SO RE:      BKG103    0.20
                BACKGROUND INFORMATION; PLAN.

04/14/08 JNP    TELEPHONE CALL TO M. GARFF RE: SUN      BKG103    0.10
                CAPITAL INTEREST IN PURCHASE.

04/14/08 JNP    REVIEW PSE&G COMMENTS TO UTILITY        BKG103    0.20
                DEPOSIT STIPULATION; EMAIL P.
                SORENSEN RE: SAME.

04/14/08 JNP    EDIT CUSTOMS MOTION PER COMMENTS        BKG103    0.70
                FROM M. FELGER AND D. GOLLIN.

04/15/08 JNP    READ/REPLY TO EMAIL FROM M. FELGER,     BKG103    0.20
                I. VOLKOV AND A. HALPERIN RE: ISSUES
                WITH COMMITTEE.


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008      PAGE  12
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 04/15/08 | D R | CONFERENCE WITH J. POSLUSNY RE: AGENDA, DIP AND DISCLOSURE STATEMENT OBJECTIONS. | BKG103 | 0.30 |
| 04/16/08 | MEF | REVIEW CUSTOMER PRACTICE MOTION | BKG103 | 0.30 |
| 04/16/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: CONSIGNMENT GOODS. | BKG103 | 0.20 |
| 04/17/08 | JNP | CORRESPONDENCE FROM M. GARFF RE: SUN INTEREST IN PURCHASE. | BKG103 | 0.20 |
| 04/20/08 | JNP | EDIT CUSTOMS MOTION PER COMMENTS FROM D. GOLLIN. | BKG103 | 0.40 |
| 04/21/08 | JNP | READ/REPLY TO EMAIL FROM M. FELGER RE: CUSTOMS MOTION. | BKG103 | 0.10 |
| 04/21/08 | JNP | EDIT CIT BRIDGE ORDER; EMAIL COURT RE: SAME. | BKG103 | 0.10 |
| 04/22/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: CUSTOMS MOTION. | BKG103 | 0.20 |
| 04/22/08 | JNP | TELEPHONE CALL WITH H. DAVIS RE: COMPANY WITH INTEREST IN BUYING ULTRA. | BKG103 | 0.10 |
| 04/22/08 | JNP | EDIT COMMISSIONS MOTION PER COMMENTS FROM M. FELGER. | BKG103 | 0.40 |
| 04/23/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: CUSTOMS BOND. | BKG103 | 0.30 |
| 04/24/08 | JNP | TELEPHONE CALL WITH D. GOLLIN AND EMAIL E. STEIN RE: CUSTOMS BOND. | BKG103 | 0.10 |

TOTAL BUSINESS OPERATIONS                              32.80   $11861.00

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  13
FILE NUMBER: 220718.000
INVOICE NO.: 589726

         CASE ADMINISTRATION

04/01/08 D R    PREPARE AND EMAIL REQUESTED           BKG104    0.50
                DOCUMENTS TO PARTIES (X3) RE:
                REQUEST FOR PLAN/DISCLOSURE
                STATEMENT AND CLAIM INFORMATION.

04/01/08 D R    RESPOND TO CALLS FROM CREDITORS (X6)   BKG104    0.50
                RE: FILING AND CLAIMS ISSUES.

04/01/08 D R    UPDATE MASTER AND CORE SERVICE LISTS.  BKG104    0.60

04/01/08 D R    REVIEW ISSUES RE: ORDINARY COURSE OF   BKG104    0.30
                BUSINESS MOTION.

04/01/08 D R    RESPOND TO ISSUES FROM PHOENIX RE:     BKG104    0.30
                INITIAL OPERATING REPORT; CONTACT US
                TRUSTEE RE: SAME.

04/01/08 D R    PREPARE, EFILING AND SERVICE OF        BKG104    0.60
                NOTICE OF AGENDA.

04/01/08 MEF    TELEPHONE CONFERENCE WITH D. GOLLIN    BKG104    0.40
                RE: VARIOUS PENDING MATTERS

04/01/08 MEF    TELEPHONE CONFERENCE WITH B. KATZ      BKG104    0.20
                RE: CASE ISSUES

04/01/08 MEF    DRAFT AND REVISE CONFIDENTIALITY       BKG104    0.50
                AGREEMENT WITH COMMITTEE

04/01/08 MEF    MEMOS TO COMMITTEE COUNSEL RE:         BKG104    0.30
                HEARING AND DOCUMENT REQUEST (7)

04/01/08 MEF    REVIEW COMMITTEE DOCUMENT REQUEST      BKG104    0.20

04/01/08 MEF    REVIEW TRANSCRIPT OF FIRST DAY         BKG104    0.50
                HEARING

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                May 14, 2008       PAGE   14
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 04/01/08 | MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: LIQUIDATION ANALYSIS AND DOCUMENT REQUEST | BKG104 | 0.30 |
| 04/01/08 | MEF | CONFERENCE CALL WITH COMMITTEE REPRESENTATIVES AND PHOENIX RE: CASE STATUS AND ISSUES | BKG104 | 1.70 |
| 04/01/08 | SAB | CONFERENCE CALL WITH MFELGER, CLIENT AND PHOENIX RE: ARCH OBJECTION | BKG104 | 1.00 |
| 04/01/08 | MEF | MEMOS TO J. H. COHN AND COUNSEL RE: CONFIDENTIALITY AGREEMENT AND ISSUES | BKG104 | 0.30 |
| 04/01/08 | D R | PREPARE NOTICE OF MOTION FOR CUSTOMER PRACTICES MOTION; REVISIONS TO MOTION. | BKG104 | 0.50 |
| 04/02/08 | JNP | CORRESPONDENCE TO EPIQ RE: CLAIMS RECEIVED. | BKG104 | 0.10 |
| 04/02/08 | MEF | REVIEW RESOLUTIONS AND OPERATING AGREEMENT | BKG104 | 0.30 |
| 04/02/08 | A A | REVIEW CORRESPONDENCE FROM GREENBERG TRAURIG RE: ARCH; EMAIL RE: CASE ISSUES. | BKG104 | 0.30 |
| 04/02/08 | MEF | TELEPHONE CONFERENCE WITH S. BLOCH RE: LLC ISSUES | BKG104 | 0.30 |
| 04/02/08 | MEF | MEMO TO PARTIES RE: CRITICAL DATES MEMO | BKG104 | 0.10 |
| 04/02/08 | D R | PREPARE AMENDED AGENDA, CORE AND MASTER SERVICE LIST AND UPDATED CRITICAL DATES MEMO. | BKG104 | 0.80 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   15
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/02/08 MEF | TELEPHONE CONFERENCE WITH JACOBY AND SORENSON RE: DOCUMENT REQUEST FROM COMMITTEE | BKG104 | 0.50 |
| 04/02/08 JNP | READ/REPLY TO EMAILS FROM D. REYES; TELEPHONE CALL WITH D. REYES RE: AGENDA. | BKG104 | 0.30 |
| 04/02/08 MEF | MEMOS TO JH COHN RE: DOCUMENT REQUEST | BKG104 | 0.20 |
| 04/02/08 D R | RESPOND TO CREDITOR INQUIRIES (X4) RE: ISSUES ON CLAIMS FILINGS. | BKG104 | 0.30 |
| 04/02/08 A A | CONFERENCE CALL RE: CORRESPONDENCE FROM ARCH. | BKG104 | 0.60 |
| 04/02/08 MEF | REVIEW REVISED CONFIDENTIALITY AGREEMENT | BKG104 | 0.30 |
| 04/02/08 MEF | REVISE CUSTOMER PRACTICE MOTION | BKG104 | 0.40 |
| 04/02/08 D R | REVIEW INFORMATION RE: RESPONSE RECEIVED FROM PSEG TO UTILITY MOTION; | BKG104 | 0.50 |
| 04/02/08 D R | UPDATE AGENDA, EFILING AND SERVICE OF SAME. | BKG104 | 0.40 |
| 04/02/08 MEF | NUMEROUS MEMOS TO COMMITTEE RE: DIP OBJECTION, ORDER AND HEARING | BKG104 | 0.40 |
| 04/02/08 D R | TELEPHONE CALLS TO/FROM PIEDMONT GAS CO. RE: ISSUES ON SERVICES USED BY DEBTORS. | BKG104 | 0.20 |
| 04/03/08 JNP | TELEPHONE CALL WITH M. NORD RE: CASE BACKGROUND. | BKG104 | 0.10 |
| 04/03/08 JNP | READ/REPLY TO EMAIL FROM U.S. TRUSTEE RE: INSURANCE CERTIFICATES. | BKG104 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008      PAGE  16
FILE NUMBER: 220718.000
INVOICE NO.: 589726


| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 04/03/08 | D R | PREPARE/SUBMIT FINAL UTILITY ORDER TO CHAMBERS. | BKG104 | 0.20 |
| 04/03/08 | D R | REVISE MASTER AND CORE SERVICE LISTS AND DEFILING OF SAME WITH COURT. | BKG104 | 0.50 |
| 04/03/08 | JNP | CORRESPONDENCE FROM P. ARMSTRONG RE: DEMAND FROM MATRIX. | BKG104 | 0.10 |
| 04/03/08 | JNP | TELEPHONE CALL WITH S. TAHIRI RE: HEARING DATES. | BKG104 | 0.10 |
| 04/03/08 | D R | PREPARE ANALYSIS RELATED TO RECLAMATION DEMANDS RECEIVED. | BKG104 | 1.70 |
| 04/03/08 | MEF | REVISE CONFIDENTIALITY AGREEMENT AND MEMOS TO COMMITTEE RE: SAME | BKG104 | 0.40 |
| 04/03/08 | MEF | TELEPHONE CONFERENCE WITH S. BLOCH RE LLC/OPERATING AGREEMENT ISSUES | BKG104 | 0.30 |
| 04/03/08 | MEF | REVIEW 2016 DISCLOSURE, WAGE ORDER AND UTILITIES ORDER | BKG104 | 0.30 |
| 04/03/08 | MEF | REVIEW AND RESPOND TO MEMOS RE: U.S. TRUSTEE COMMENTS TO MOTIONS (3) | BKG104 | 0.20 |
| 04/03/08 | MEF | CONFERENCE CALL WITH CLIENT, JACOBY AND BLOCH RE: DOCUMENT REQUEST, COMMITTEE MEETING AND HIG CONFERENCE | BKG104 | 1.00 |
| 04/03/08 | MEF | MEMOS TO A. HALPERN RE: MEETING, HIG CONFERENCE, CA AND MOTIONS (8) | BKG104 | 0.80 |
| 04/04/08 | SAB | CONFERENCE CALL WITH CLIENT AND PHOENIX REGARDING PREPARATION FOR MEETING WITH CREDITORS; CONFERENCE CALL WITH HIG ON MONDAY | BKG104 | 1.00 |


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      May 14, 2008     PAGE  17
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 04/04/08 | MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: COMMITTEE PRESENTATION | BKG104 | 0.30 |
| 04/04/08 | MEF | CONFERENCE CALL WITH GRABELL, SORENSON, JACOBY AND BLOCH RE: HIG, CONFERENCE WITH COMMITTEE MEETING ON 4/7 | BKG104 | 1.00 |
| 04/04/08 | MEF | TELEPHONE CONFERENCE WITH A. HALPERIN RE: MEETING, RETENTION APPLICATION AND HEARING | BKG104 | 0.20 |
| 04/04/08 | MEF | MEMOS TO COMMITTEE RE: CONFIDENTIALITY AGREEMENT (4) | BKG104 | 0.40 |
| 04/04/08 | MEF | MEMOS TO PARTIES RE: CORE CONTACT LIST | BKG104 | 0.10 |
| 04/04/08 | MEF | REVIEW RULE 2004 SUBPOENAS | BKG104 | 0.30 |
| 04/04/08 | MEF | REVIEW PRESENTATION FOR COMMITTEE MEETING | BKG104 | 0.30 |
| 04/04/08 | MEF | MEMOS TO PARTIES RE: COMMITTEE MEETING | BKG104 | 0.30 |
| 04/04/08 | D R | REVIEW MOTION TO CONTINUE CUSTOMER PRACTICES AND PREPARE ORDER. | BKG104 | 1.10 |
| 04/04/08 | D R | UPDATE SERVICE LIST. | BKG104 | 0.20 |
| 04/04/08 | D R | UPDATE RECLAMATION ANALYSIS. | BKG104 | 0.30 |
| 04/04/08 | JNP | CONFERENCE CALL WITH M. FELGER, S. BLOCH, M. JACOBY AND CLIENT RE: HIG AND PREPARATION FOR MEETING WITH COMMITTEE. | BKG104 | 1.00 |

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                  May 14, 2008      PAGE  18
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/04/08 JNP | CORRESPONDENCE TO EPIQ RE: CLAIMS RECEIVED. | BKG104 | 0.10 | |
| 04/07/08 JNP | REVIEW COMMITTEE MOTION FOR PROCEDURES REGARDING CONFIDENTIAL INFORMATION. | BKG104 | 0.30 | |
| 04/07/08 MEF | MEMOS TO A. HALPERIN RE: COMMITTEE MEETING AND DIP ISSUES (3) | BKG104 | 0.30 | |
| 04/07/08 SAB | CONFERENCE CALL WITH HIG, MFELGER, CLIENT AND PHOENIX | BKG104 | 0.50 | |
| 04/07/08 SAB | CONFERENCE CALL WITH CLIENT, PHOENIX, MFELGER FOLLOWING HIG CALL | BKG104 | 0.50 | |
| 04/07/08 D R | FURTHER REVISIONS TO AGENDA. | BKG104 | 0.20 | |
| 04/07/08 MEF | TELEPHONE CONFERENCES WITH J. SHAPIRO RE: MEETING WITH COMMITTEE AND DIP FINANCING AND PLAN ISSUES (3) | BKG104 | 0.70 | |
| 04/07/08 MEF | MEETING WITH COMMITTEE RE: CASE STATUS, PLAN AND DIP FINANCING | BKG104 | 3.00 | |
| 04/07/08 MEF | REVIEW PRESENTATION MATERIALS FOR COMMITTEE MEETING | BKG104 | 0.50 | |
| 04/07/08 MEF | MEETING WITH CLIENT IN PREPARATION FOR COMMITTEE MEETING | BKG104 | 1.50 | |
| 04/07/08 D R | PREPARE AGENDA FOR APRIL 9 HEARING. | BKG104 | 0.30 | |
| 04/07/08 D R | REVISE, EFILING OF NOTICE OF AGENDA; COORDINATE SERVICE OF SAME. | BKG104 | 0.50 | |

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   19
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/07/08  D R    REVIEW OF ENTERED ORDER SHORTENING      BKG104    0.50
                 TIME ON MOTION TO CONTINUE CUSTOMER
                 PRACTICES; COORDINATE SERVICE OF
                 SAME.

04/07/08  D R    PREPARE REVISIONS TO APRIL 9            BKG104    0.30
                 AGENDA-RE: INFORMATION ON EMPLOYMENT
                 APPLICATIONS.

04/07/08  D R    RESEARCH INFORMATION FOR J. POSLUSNY    BKG104    0.70
                 RE: PAYMENT OF CUSTOM BROKERS AND
                 SHIPPING CHARGES.

04/07/08  D R    REVISE MOTION AND PREPARE               BKG104    1.00
                 APPLICATION/ORDER SHORTENING TIME
                 RE: MOTION TO MAINTAIN CUSTOMER
                 PRACTICES.

04/08/08  D R    RESEARCH INFORMATION FOR J. POSLUSNY    BKG104    0.40
                 RE: MOTION TO PAY CUSTOM BROKERS.

04/08/08  D R    PREPARE APPLICATION/ORDER SHORTENING    BKG104    0.50
                 TIME RE: MOTION ON CUSTOM BROKERS.

04/08/08  D R    RESPOND TO CREDITOR INQUIRES (X4)       BKG104    0.30
                 RE: FILING/CLAIMS ISSUES.

04/08/08  D R    UPDATE SERVICE LIST.                    BKG104    0.30

04/08/08  D R    CONFERENCE WITH J. POSLUSNY RE:         BKG104    0.20
                 HEARING ISSUES.

04/08/08  D R    PREPARE NOTICE OF AMENDED AGENDA FOR    BKG104    0.20
                 APRIL 9 HEARING.

04/08/08  D R    COORDINATE OVERNIGHT SERVICE OF         BKG104    0.20
                 MOTION ON REQUIRED PARTIES.


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                         May 14, 2008     PAGE   20
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/08/08 | MEF | REVIEW COMMITTEE RETENTION APPLICATION AND SECTION 1102 MOTION | BKG104 | 0.50 |
| 04/08/08 | MEF | REVIEW CONFIDENTIALITY AGREEMENT | BKG104 | 0.10 |
| 04/08/08 | MEF | MEMO TO A. HALPERIN RE: COMMITTEE MOTIONS | BKG104 | 0.20 |
| 04/08/08 | MEF | TELEPHONE CONFERENCES WITH J. SHAPIRO RE: DIP HEARING, MEETING WITH COMMITTEE, AND RETENTION ORDER (2) | BKG104 | 0.40 |
| 04/08/08 | MEF | TELEPHONE CONFERENCE J. POSLUSNY RE: ALL PENDING MATTERS | BKG104 | 0.30 |
| 04/08/08 | MEF | TELEPHONE CONFERENCES WITH M. JACOBY RE: COMPARISON OF HIG APA TO PLAN (2) | BKG104 | 0.60 |
| 04/09/08 | JNP | EDIT AMENDED AGENDA. | BKG104 | 0.20 |
| 04/09/08 | JNP | READ/REPLY TO EMAIL FROM U.S. TRUSTEE RE: INFORMATION FOR IDI. | BKG104 | 0.10 |
| 04/09/08 | JNP | TELEPHONE CALL WITH D. FISCHER RE: GPA CLAIM DEADLINE. | BKG104 | 0.10 |
| 04/09/08 | JNP | TELEPHONE CALL WITH U.S. TRUSTEE RE: INITIAL REPORTS; READ/REPLY TO EMAIL FROM M. JACOBY RE: SAME. | BKG104 | 0.20 |
| 04/09/08 | D R | TELEPHONE CALL TO CHAMBERS RE: BRIDGE DIP ORDERS. | BKG104 | 0.20 |
| 04/09/08 | MEF | MEMOS TO PARTIES RE: 4/15 MEETING (6) | BKG104 | 0.30 |
| 04/09/08 | MEF | MEMOS TO CLIENT RE: 4/15 MEETING, HIG STATUS AND COMMITTEE ISSUES | BKG104 | 0.40 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   21
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/09/08 | D R | CONFERENCE WITH J. POSLUSNY RE: MOTION. | BKG104 | 0.20 |
| 04/09/08 | MEF | TELEPHONE CONFERENCE WITH A. BRODY RE: HIG APA AND PLAN | BKG104 | 0.30 |
| 04/09/08 | MEF | MEMOS TO J. SHAPIRO RE: MEETING, INTER CREDITOR AGREEMENT, AND PLAN | BKG104 | 0.30 |
| 04/09/08 | MEF | TELEPHONE CONFERENCE WITH HALPERN AND VOLKOV RE CONFIDENTIALITY AND DIP ISSUES | BKG104 | 0.40 |
| 04/10/08 | D R | PREPARE CERTIFICATE OF SERVICE FOR MOTION TO CONTINUE CUSTOMER PRACTICES AND EFILING OF SAME. | BKG104 | 0.40 |
| 04/10/08 | D R | FOLLOW UP WITH UTILITY ISSUES. | BKG104 | 0.20 |
| 04/10/08 | JNP | REVIEW DRAFT OF SUPPLEMENTAL FILING. | BKG104 | 0.10 |
| 04/10/08 | MEF | REVIEW DOCKET AND ORDERS | BKG104 | 0.10 |
| 04/10/08 | JNP | REVIEW EXCHANGE OF EMAILS RE: INTERCREDITOR AGREEMENT. | BKG104 | 0.20 |
| 04/10/08 | MEF | TELEPHONE CONFERENCE WITH D. GOLLIN RE: CLAIM AND CONTRACT ISSUES | BKG104 | 0.40 |
| 04/10/08 | JNP | CORRESPONDENCE TO EPIQ RE: PROOF OF CLAIMS RECEIVED. | BKG104 | 0.10 |
| 04/10/08 | D R | UPDATE SERVICE LIST. | BKG104 | 0.30 |
| 04/11/08 | JNP | READ/REPLY TO EMAILS FROM M. FELGER AND J. JACOBY RE: UTILITY DEPOSITS. | BKG104 | 0.10 |
| 04/11/08 | MEF | MEMOS TO I. VOLKOV RE: DOCUMENT REQUEST | BKG104 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   22
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/11/08 D R | RESPOND TO CALLS (X2) FROM CREDITORS RE: FILING ISSUES. | BKG104 | 0.20 |
| 04/11/08 SAB | TELEPHONE CALLS WITH JPOSLUSNY (2X) | BKG104 | 0.20 |
| 04/11/08 D R | FOLLOW UP WITH J. POSLUSNY RE: ISSUES ON FINAL UTILITY ORDER. | BKG104 | 0.20 |
| 04/14/08 JNP | EDIT PSE&G STIP PER COMMENTS FROM P. SORENSEN. | BKG104 | 0.10 |
| 04/14/08 JNP | TELEPHONE CALLS (X2) WITH D. GOLLIN RE: COMMISSIONS MOTION; TERMINATION OF EMPLOYEE; CUSTOMS MOTION. | BKG104 | 0.40 |
| 04/14/08 JNP | REVIEW BANK ACCOUNT INFORMATION FROM P. SORENSEN TO BE PROVIDED TO U.S. TRUSTEE. | BKG104 | 0.20 |
| 04/14/08 D R | UPDATE MASTER SERVICE LIST. | BKG104 | 0.30 |
| 04/14/08 SAB | CONFERENCE CALL WITH CLIENT, PHOENIX AND M.FELGER RE: MEETING WITH COMMITTEE AND VERSA | BKG104 | 1.00 |
| 04/14/08 D R | FOLLOW UP WITH PHOENIX RE: ISSUES WITH EPIQ ON SCHEDULES. | BKG104 | 0.20 |
| 04/14/08 JNP | EMAIL S. KLAR RE: PSE&G STIPULATION. | BKG104 | 0.10 |
| 04/14/08 D R | FOLLOW UP WITH ISSUES ON PECO AND PSEG OBJECTIONS; EMAIL TO CHAMBERS REQUESTED INFORMATION ON UTILITIES. | BKG104 | 0.40 |
| 04/14/08 JNP | EDIT NOTICE OF PUBLICATION DRAFTED BY D. REYES. | BKG104 | 0.10 |

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      May 14, 2008    PAGE  23
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/14/08 | MEF | CONFERENCE CALL WITH CLIENT AND PROFESSIONALS RE: HIG ISSUES AND 4/15 MEETING OF VERSA AND COMMITTEE | BKG104 | 1.00 |
| 04/14/08 | MEF | MEMOS TO P. SORENSON RE: 341 MEETING | BKG104 | 0.20 |
| 04/14/08 | MEF | MEMOS TO PARTIES RE: 4/15 MEETING LOGISTICS | BKG104 | 0.20 |
| 04/14/08 | MEF | TELEPHONE CONFERENCES WITH M. JACOBY (2) RE: LIQUIDATION ANALYSIS AND 4/15 MEETING | BKG104 | 0.50 |
| 04/14/08 | MEF | MEMO TO I. VOLKOV RE 2004 SUBPOENA | BKG104 | 0.40 |
| 04/14/08 | D R | PREPARE DOCUMENTS FOR J. POSLUSNY FOR OFFICE OF US TRUSTEE. | BKG104 | 0.40 |
| 04/14/08 | D R | TELEPHONE CALL FROM FELIX AT PHOENIX RE: ISSUES ON SCHEDULES. | BKG104 | 0.20 |
| 04/15/08 | D R | PREPARE CHANGES AND REVISIONS TO NOTICE OF AGENDA OF APRIL 17 HEARING; EFILING AND SERVICE OF SAME. | BKG104 | 1.50 |
| 04/15/08 | JNP | MEETING WITH D. REYES RE: PREPARATION OF AGENDA; OBJECTIONS TO DIP ORDER AND DISCLOSURE STATEMENT. | BKG104 | 0.30 |
| 04/15/08 | MEF | MEMO TO I. VOLKOV RE: 2004 SUBPOENA | BKG104 | 0.20 |
| 04/15/08 | MEF | MEETING WITH P. SORENSEN RE: PREPARATION FOR 341 MEETING | BKG104 | 0.80 |
| 04/15/08 | MEF | ATTEND 341 CREDITORS' MEETING AND INITIAL DEBTOR INTERVIEW | BKG104 | 2.50 |
| 04/15/08 | MEF | MEMOS TO A. HALPERIN RE: 4/17 HEARING ISSUES (3) | BKG104 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           May 14, 2008      PAGE   24
FILE NUMBER: 220718.000
INVOICE NO.: 589726


| | | | | |
|---|---|---|---|---|
| 04/15/08 MEF | MEMOS TO A. HALPERIN RE: HIG ISSUES (2) | BKG104 | 0.40 |
| 04/16/08 MEF | REVIEW D&O LIABILITY POLICY AND MEMOS RE: POLICY | BKG104 | 0.30 |
| 04/16/08 D R | UPDATE SERVICE LIST. | BKG104 | 0.20 |
| 04/16/08 JNP | READ/REPLY TO EMAILS FROM L. ZACH AND P. SORENSEN RE: PECO DEPOSIT. | BKG104 | 0.20 |
| 04/16/08 JNP | REVIEW ON-LINE DOCKET AND EDIT AMENDED AGENDA DRAFTED BY D. REYES. | BKG104 | 0.30 |
| 04/16/08 MEF | REVIEW OBJECTIONS TO DISCLOSURE STATEMENT AND DEBTOR IN POSSESSION FINANCING | BKG104 | 0.50 |
| 04/16/08 MEF | MEMO TO A. HALPERIN RE: HIG ISSUES | BKG104 | 0.30 |
| 04/16/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: CLAIM ISSUES | BKG104 | 0.30 |
| 04/16/08 D R | RETURN CALLS TO CREDITORS (X4) RE: STATUS/CLAIMS ISSUES. | BKG104 | 0.30 |
| 04/16/08 SAB | CONFERENCE CALL WITH CLIENT, PHOENIX AND MFELGER RE: PLAN ISSUES | BKG104 | 0.50 |
| 04/16/08 MEF | CONFERENCE CALL WITH CLIENT REPS, BLOCH, POSLUSNY AND PHOENIX RE: 4/17 HEARING ISSUES AND OBJECTIONS | BKG104 | 0.50 |
| 04/16/08 MEF | MEMOS TO CLIENT RE: STATUS OF PENDING MATTERS | BKG104 | 0.30 |
| 04/16/08 JNP | E-FILE AMENDED AGENDA. | BKG104 | 0.20 |
| 04/16/08 SAB | REVIEW MARKETING CHRONOLOGY | BKG104 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008    PAGE  25
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 04/17/08 | MEF | MEMOS TO I. VOLKOV RE: DISCOVERY ISSUES (5) | BKG104 | 0.80 |
| 04/17/08 | MEF | MEMOS TO HIG RE: DISCOVERY (2) | BKG104 | 0.20 |
| 04/17/08 | SAB | CONFERENCE CALL WITH CLIENT, MFELGER AND PHOENIX RE: DISCOVERY ISSUES | BKG104 | 1.00 |
| 04/17/08 | MEF | OFFICE CONFERENCE WITH J. POSLUSNY RE: HEARING, DISCOVERY AND PENDING MATTERS | BKG104 | 0.40 |
| 04/17/08 | MEF | REVISE MONTHLY FEE STATEMENT | BKG104 | 0.40 |
| 04/17/08 | MEF | ATTEND HEARING ON DIP FINANCING AND DISCLOSURE STATEMENT | BKG104 | 3.00 |
| 04/17/08 | MEF | MEETING WITH D. GOLLIN RE: CONFIDENTIALITY AND DISCOVERY | BKG104 | 0.80 |
| 04/17/08 | MEF | REVIEW THIRD BRIDGE ORDERS | BKG104 | 0.20 |
| 04/17/08 | MEF | CONFERENCE CALL WITH CLIENT AND PROFESSIONALS RE: DISCOVERY ISSUES | BKG104 | 1.00 |
| 04/17/08 | MEF | TELEPHONE CONFERENCE WITH S. BLOCH RE: CONFIDENTIALITY AGREEMENT | BKG104 | 0.30 |
| 04/17/08 | MEF | TELEPHONE CONFERENCES WITH J. SHAPIRO RE: HEARING, PLAN AND DISCOVERY (2) | BKG104 | 0.60 |
| 04/17/08 | MEF | TELEPHONE CONFERENCE WITH P. PATTERSON RE: HEARING; BRIDGE ORDER AND PLAN | BKG104 | 0.40 |
| 04/17/08 | D R | PREPARE DOCUMENTS FOR HEARING ON 4/17. | BKG104 | 0.50 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   26
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/17/08 | D R | UPDATE NOTICE OF AGENDA RE: ADDITIONAL OBJECTIONS/RESPONSES RECEIVED. | BKG104 | 0.50 |
| 04/17/08 | D R | REVIEW INFORMATION FOR J. POSLUSNY RE: EPA. | BKG104 | 0.20 |
| 04/17/08 | D R | PREPARE DOCUMENTS FOR HEARING ON 4/17. | BKG104 | 0.60 |
| 04/17/08 | D R | UPDATE MASTER SERVICE LIST. | BKG104 | 0.10 |
| 04/18/08 | D R | FOLLOW UP WITH COURT RE: ISSUES ON TRANSCRIPT OF 4/17 HEARING. | BKG104 | 0.20 |
| 04/18/08 | D R | RETURN CALLS TO PARTIES LEAVING MESSAGE ON SHAPES PHONE RE: FILING/CLAIMS ISSUES. | BKG104 | 0.50 |
| 04/18/08 | D R | TELEPHONE CALL FROM C. SETH AT BLANK ROME RE: ISSUES ON SERVICE; PREPARE/EMAILING OF SERVICE INFORMATION. | BKG104 | 0.20 |
| 04/18/08 | MEF | MEMOS TO PARTIES RE: DISCOVERY ISSUES (10) | BKG104 | 0.80 |
| 04/18/08 | MEF | TELEPHONE CONFERENCE WITH D. GOLLIN RE: DISCOVERY REQUESTS | BKG104 | 0.30 |
| 04/18/08 | JNP | TELEPHONE CALL WITH P. D'AURIA RE: DOCUMENT PRODUCTION; CASE ISSUES. | BKG104 | 0.20 |
| 04/18/08 | MEF | MEMOS TO GRABELL AND COLISTRA RE: DEPOSITIONS (4) | BKG104 | 0.30 |
| 04/18/08 | SAB | E-MAIL REGARDING ENTITY STRUCTURE | BKG104 | 0.40 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           May 14, 2008      PAGE   27
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | |
|---|---|---|---|
| 04/18/08 MEF | NUMEROUS MEMOS TO A. HALPERIN RE: BUDGET, HIG AND DISCOVERY ISSUES | BKG104 | 0.50 |
| 04/18/08 MEF | REVIEW DOCUMENTS RE: HIG AND COMMITTEE PRODUCTION | BKG104 | 0.80 |
| 04/20/08 MEF | NUMEROUS MEMOS TO PARTIES RE: DISCOVERY ISSUES | BKG104 | 0.40 |
| 04/20/08 MEF | REVIEW SUN CAPITAL LETTER | BKG104 | 0.10 |
| 04/20/08 MEF | TELEPHONE CONFERENCE WITH W. USATINE RE DISCOVERY ISSUES | BKG104 | 0.50 |
| 04/20/08 MEF | MEMOS TO V. COLISTRA RE: DEPOSITIONS (3) | BKG104 | 0.20 |
| 04/20/08 MEF | MEMOS TO COMMITTEE RE: SUN LETTER | BKG104 | 0.10 |
| 04/20/08 MEF | MEMOS TO CLIENT RE: DISCOVERY ISSUES | BKG104 | 0.20 |
| 04/20/08 MEF | REVIEW BINDER RE: EQUITY TRANSACTION | BKG104 | 0.30 |
| 04/21/08 MEF | MEMOS TO CLIENT RE: HIG DOCUMENT REQUEST (3) | BKG104 | 0.30 |
| 04/21/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: AMENDMENTS TO DISCLOSURE STATEMENT | BKG104 | 0.30 |
| 04/21/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: AMENDMENT TO PLAN AND DISCLOSURE STATEMENT | BKG104 | 0.40 |
| 04/21/08 MEF | TELEPHONE CONFERENCE WITH E. FORTE RE: DISCOVERY ISSUES | BKG104 | 0.20 |
| 04/21/08 MEF | MEMOS TO PARTIES RE: CIT BRIDGE ORDER (5) | BKG104 | 0.30 |

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008     PAGE  28
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/21/08 MEF    MEMOS TO A. BRODY RE: HIG DOCUMENT    BKG104    0.30
                REQUEST

04/21/08 MEF    MEMOS TO A. HALPERIN RE: HIG          BKG104    0.40
                DOCUMENT REQUEST (5)

04/21/08 MEF    MEMOS TO W. USATINE RE: RULE 2004     BKG104    0.30
                SUBPOENA DOCUMENTS

04/21/08 MEF    REVIEW DOCUMENTS RESPONSIVE TO RULE   BKG104    0.70
                2004 SUBPOENA

04/21/08 MEF    REVIEW DOCUMENTS RELATIVE TO HIG      BKG104    0.50
                REQUEST

04/21/08 MEF    MEMOS TO CLIENT RE: RULE 2004         BKG104    0.30
                SUBPOENA DOCUMENTS (5)

04/21/08 MEF    MEMOS TO ARCUS AND CIT RE: COMMITTEE  BKG104    0.20
                DOCUMENT REQUEST

04/21/08 MEF    MEMOS TO A. HALPERIN RE: WARRANTY     BKG104    0.20
                ISSUES (2)

04/21/08 SAB    REVIEW HEARING TRANSCRIPT             BKG104    1.00

04/21/08 MEF    MEMOS TO FILE RE: DISCOVERY AND       BKG104    0.50
                DEPOSITION ISSUES (5)

04/21/08 MEF    TELEPHONE CONFERENCES WITH M. JACOBY  BKG104    0.40
                (2) RE: REVISED BUDGET

04/21/08 MEF    REVIEW COLISTRA NOTES RE: DIP         BKG104    0.20
                FINANCING

04/21/08 MEF    TELEPHONE CONFERENCE WITH D. GOLLIN   BKG104    0.30
                RE: DOCUMENT REQUEST AND ACCU-WELD
                ISSUE


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                         May 14, 2008      PAGE   29
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/21/08 MEF | CONFERENCE CALL WITH PARTIES RE: DISCOVERY ISSUES | BKG104 | 0.30 |
| 04/22/08 MEF | MEMOS TO USATINE RE RULE 2004 ISSUES | BKG104 | 0.30 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: DISCOVERY ISSUES | BKG104 | 0.20 |
| 04/22/08 MEF | REVIEW DOCUMENTS RESPONSIVE TO HIG REQUEST | BKG104 | 0.70 |
| 04/22/08 EDF | DISCUSSION WITH FELGER RE: SUBPOENA RESPONSES AND DEPOSITION PREPARATION | BKG104 | 0.20 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH E. FORTE RE: DISCOVERY ISSUES | BKG104 | 0.30 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH G. GRABELL RE: HIG, SUN AND VERSA STRATEGY | BKG104 | 0.40 |
| 04/22/08 MEF | REVIEW ARCUS RESPONSE TO OBJECTION TO DIP AND DISCLOSURE STATEMENT | BKG104 | 0.30 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH A. HALPERIN RE: HIG AND SUN ISSUES AND PENDING MATTERS | BKG104 | 0.80 |
| 04/22/08 EDF | REVIEW SUBPOENA ISSUED BY COMMITTEE AND PROVIDE LEGAL OPINION TO FELGER RE: SCOPE OF RESPONSE | BKG104 | 0.30 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE COMMITTEE MOTION AND DISCOVERY ISSUES | BKG104 | 0.30 |
| 04/22/08 SAB | CONFERENCE CALL WITH CLIENT, MFELGER, JPOSLUSNY AND PHOENIX RE: DISCOVERY ISSUES AND HIG ISSUES | BKG104 | 1.00 |

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008       PAGE   30
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/22/08 SAB | REVIEW REQUEST FOR DOCUMENTS | BKG104 | 0.20 |
| 04/22/08 MEF | MEMOS TO HALPERIN AND BRODY RE HIG DOCUMENT REQUEST (10) | BKG104 | 0.70 |
| 04/22/08 MEF | CONFERENCE CALL WITH CLIENT, PHOENIX, AND COZEN TEAM RE: DISCOVERY ISSUES, HIG AND SUN ISSUES | BKG104 | 1.00 |
| 04/22/08 MEF | TELEPHONE CONFERENCE WITH E. FREED RE: DISCOVERY ISSUES | BKG104 | 0.20 |
| 04/22/08 D R | UPDATE MASTER SERVICE LIST AND EFILING OF SAME. | BKG104 | 0.50 |
| 04/22/08 MEF | MEMO TO V. COLISTRA RE: DEPOSITION | BKG104 | 0.10 |
| 04/23/08 MEF | CONFERENCE CALL WITH SHAPES TEAM RE: PLAN, BEN ISSUES, ULTRA ISSUES, AND DOCUMENT PRODUCTION AND DEPOSITION | BKG104 | 0.80 |
| 04/23/08 MEF | MEMOS TO M. JACOBY RE: HIG DOCUMENT REQUEST | BKG104 | 0.20 |
| 04/23/08 MEF | TELEPHONE CONFERENCE WITH V. COLISTRA RE: CUSTOMER DATA ISSUE AND DEPOSITION | BKG104 | 0.20 |
| 04/23/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: BEN FILING ISSUE | BKG104 | 0.30 |
| 04/23/08 MEF | TELEPHONE CONFERENCE WITH E. FORTE RE DISCOVERY AND DEPOSITION ISSUES | BKG104 | 0.20 |
| 04/23/08 MEF | MEMOS TO PARTIES RE: DEPOSITION ISSUES (4) | BKG104 | 0.40 |
| 04/23/08 EDF | EMAILS WITH FELGER RE: DEPOSITION ISSUES | BKG104 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                     May 14, 2008      PAGE  31
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| 04/23/08 | JNP | EMAIL J. KURTZMAN RE: JAGUAR STAY MOTION. | BKG104 | 0.10 |
|---|---|---|---|---|
| 04/23/08 | MEF | REVIEW DOCUMENTS RESPONSIVE TO HIG REQUEST | BKG104 | 1.00 |
| 04/23/08 | MEF | REVIEW COMMITTEE AND HIG SUBPOENA | BKG104 | 0.20 |
| 04/23/08 | JNP | TELEPHONE CALL WITH J. MORTON RE: JAGUAR STAY RELIEF. | BKG104 | 0.20 |
| 04/23/08 | MEF | NUMEROUS EMAILS TO BRODY AND HALPERIN RE: HIG DOCUMENT REQUEST | BKG104 | 0.80 |
| 04/23/08 | EDF | SEVERAL EMAILS BETWEEN FELGER AND OPPOSING COUNSEL RE: DEPOSITIONS TO BE TAKEN NEXT WEEK | BKG104 | 0.30 |
| 04/23/08 | MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE: DISCOVERY ISSUES | BKG104 | 0.30 |
| 04/23/08 | MEF | MEMOS TO A. HALPERIN RE: VERSA TERM SHEET (2) | BKG104 | 0.20 |
| 04/23/08 | MEF | MEMOS TO A. HALPERIN RE: 1102 MOTION (2) | BKG104 | 0.20 |
| 04/24/08 | D R | RESEARCH INFORMATION RE: FORM FOR CUSTOMS BOND AND EMAILING OF SAME. | BKG104 | 0.20 |
| 04/24/08 | JNP | REVIEW CUSTOMER PRACTICES AND ORDINARY COURSE PROFESSIONAL ORDERS. | BKG104 | 0.10 |
| 04/24/08 | MEF | TELEPHONE CONFERENCE WITH S. GRABELL RE: DEPOSITIONS AND SUN AND LONGROAD ISSUES | BKG104 | 0.30 |

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                         May 14, 2008      PAGE   32
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | |
|---|---|---|---|
| 04/24/08 D R | CONFERENCE WITH J. POSLUSNY RE: CUSTOMS BOND ISSUES AND PLAN/DISCLOSURE STATEMENT. | BKG104 | 0.30 |
| 04/24/08 EDF | EMAILS WITH FELGER AND OPPOSING COUNSEL RE: VARIOUS PENDING ISSUES RELATED TO DISCOVERY | BKG104 | 0.30 |
| 04/24/08 JNP | PREPARE EXHIBITS AND PLEADINGS FOR FILING OF AMENDED PLAN AND DISCLOSURE STATEMENT; FILE SAME BY ECF. | BKG104 | 1.40 |
| 04/24/08 EDF | IN PREPARATION FOR DEPOSITIONS, READING HEARING TRANSCRIPTS AND OBJECTIONS FILED BY CREDITORS' COMMITTEE | BKG104 | 2.70 |
| 04/24/08 D R | UPDATE MASTER SERVICE LIST AND EMAIL SAME TO EPIQ. | BKG104 | 0.30 |
| 04/24/08 D R | CONFERENCE WITH J. POSLUSNY RE: DOCUMENT PRODUCTION. | BKG104 | 0.10 |
| 04/24/08 D R | UPDATE CRITICAL DATES MEMO AND CIRCULATE. | BKG104 | 0.20 |
| 04/25/08 EDF | REVIEWING IMPORTANT DOCUMENTS IN PREPARING FOR PREPPING AND DEPOSITION OF S. GRABELL | BKG104 | 0.50 |
| 04/25/08 JNP | REVIEW WELLS FARGO STAY MOTION ON BEAM LIFT. | BKG104 | 0.20 |
| 04/25/08 JNP | TELEPHONE CALL WITH N. BRENNAN RE: CASE STATUS. | BKG104 | 0.10 |
| 04/25/08 MEF | MEMOS TO CLIENT RE: HIG AND PLAN ISSUES | BKG104 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS
FILE NUMBER: 220718.000                    May 14, 2008      PAGE   33
INVOICE NO.: 589726

| | | | |
|---|---|---|---|
| 04/27/08 MEF | MEMOS TO FILE RE: DEPOSITIONS, HEARING, PLAN AND HIG ISSUES (10) | BKG104 | 0.60 |
| 04/28/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: CIT ISSUES AND PLAN ISSUES | BKG104 | 0.40 |
| 04/28/08 MEF | MEMOS TO HIG'S COUNSEL RE: PLAN AND DIP FINANCING (5) | BKG104 | 0.30 |
| 04/28/08 D R | PREPARE NOTICE OF AGENDA FOR MAY 1 HEARING. | BKG104 | 0.50 |
| 04/28/08 JNP | REVIEW DOCUMENTS FROM MONROE INDUSTRIAL; CORRESPONDENCE TO MONROE RE: NEED TO COMPLETE PROOF OF CLAIM FORM. | BKG104 | 0.10 |
| 04/29/08 JNP | TELEPHONE CALL WITH P. SORENSON RE: AMENDED SCHEDULES. | BKG104 | 0.20 |
| 04/29/08 D R | PREPARE/EFILING AND SERVICE OF NOTICE OF AGENDA FOR MAY 1 HEARING. | BKG104 | 0.40 |
| 04/29/08 EDF | REVIEW DRAFT LETTER TO INSURANCE COMPANY RE: NOTICE OF POTENTIAL CLAIM AND ADVISE FELGER | BKG104 | 0.20 |
| 04/29/08 EDF | MEETING WITH FELGER AND S. BLOCH RE: INSURANCE ISSUES | BKG104 | 0.20 |
| 04/29/08 SAB | E-MAILS REGARDING LETTER FROM COMMITTEE (3) | BKG104 | 0.20 |
| 04/29/08 DMM | PROVIDE ADVICES RE: TO WHOM NOTICE SHOULD BE GIVEN IN LIGHT OF IMMINENT EXPIRATION OF POLICY | BKG104 | 0.20 |
| 04/29/08 SAB | REVIEW SGRABELL DEPOSITION | BKG104 | 1.00 |

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   34
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/29/08 SAB    TELEPHONE CALL WITH DGOLLIN RE:      BKG104    0.20
                NOTICE

04/29/08 SAB    REVIEW NOTICE OF CLAIMS FROM         BKG104    0.10
                CREDITORS COMMITTEE COUNSEL

04/29/08 D R    REVISE AGENDA RE: ADDITIONAL         BKG104    1.00
                OBJECTIONS/RESPONSES RECEIVED;
                UPDATE MEMO RE: SAME.

04/29/08 D R    UPDATE MASTER SERVICE LIST.          BKG104    0.10

04/29/08 DMM    EVALUATE AND COMMENT ON PROPOSED     BKG104    0.20
                LETTER ADVISING OF NOTICE OF
                POTENTIAL CLAIM

04/29/08 SAB    REVIEW DRAFT OF LETTER TO INSURER    BKG104    0.20

04/29/08 MEF    MEMOS TO HIG RE: PLAN AND DIP        BKG104    0.30

04/29/08 MEF    NUMEROUS MEMOS TO CLIENT AND PHOENIX BKG104    0.40
                RE: PLAN, HIG AND 5/1 HEARING ISSUES

04/30/08 MEF    MEMOS TO J. SHAPIRO RE: ARCUS ISSUES BKG104    0.30
                AND HEARING (3)

04/30/08 SAB    MEETING WITH CLIENTS, PHOENIX AND    BKG104    3.00
                MFELGER RE: 5/1 HEARING PREPARATION

04/30/08 JNP    READ/REPLY TO EMAIL FROM S. KLAR RE: BKG104    0.10
                PSE&G DEPOSIT AND PAYMENT.

04/30/08 JNP    TELEPHONE CALL WITH E. GALLAGHER RE: BKG104    0.10
                FILING PROOF OF CLAIM.

04/30/08 SAB    CONFERENCE WITH MFELGER REGARDING    BKG104    0.40
                OUTSTANDING ISSUES


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008      PAGE   35
FILE NUMBER: 220718.000
INVOICE NO.: 589726

04/30/08 JNP     TELEPHONE CALL WITH D. GOLLIN RE:        BKG104    0.20
                 JAGUAR STAY RELIEF.

04/30/08 D R     PREPARE/EFILING OF AMENDED NOTICE OF     BKG104    0.80
                 AGENDA FOR MAY 1 HEARING. COORDINATE
                 SERVICE OF SAME.

04/30/08 JNP     READ/REPLY TO EMAIL FROM L. ZACK RE:     BKG104    0.10
                 PECO DEPOSIT.

04/30/08 D R     RETRIEVE INFORMATION FOR J. POSLUSNY     BKG104    0.20
                 RE: MOTION TO APPOINT TRUSTEE.

04/30/08 SAB     MEETING WITH MFELGER AND SGRABELL        BKG104    2.50
                 RE: HEARING PREPARATION

            TOTAL CASE ADMINISTRATION                              122.00   $54219.00

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008      PAGE   36
FILE NUMBER: 220718.000
INVOICE NO.: 589726

        CLAIMS ADMINISTRATION AND OBJECTIONS

04/02/08 MEF    REVIEW LEASE AND UCC RE: EQUIPMENT    BKG105    0.20
                ISSUE

04/02/08 MEF    TELEPHONE CONFERENCE WITH COUNSEL     BKG105    0.20
                RE: RECLAMATION ISSUE

04/02/08 MEF    MEMO TO B. FARLEY RE: EQUIPMENT ISSUE  BKG105    0.20

04/03/08 MEF    REVIEW RECLAMATION DEMANDS            BKG105    0.20

04/03/08 MEF    MEMOS TO PARTIES RE: UCC ISSUES (3)   BKG105    0.20

04/04/08 MEF    REVIEW UCC SEARCH FROM BLANK ROME     BKG105    0.20

04/04/08 MEF    TELEPHONE CONFERENCE WITH J. MORTON   BKG105    0.20
                RE: WELLS FARGO MATTER

04/08/08 JNP    READ/REPLY TO EMAIL FROM M. PETRET    BKG105    0.10
                RE: BANCO SABADELL PROOF OF CLAIM.

04/08/08 MEF    MEMO TO B. FARLEY RE: EQUIPMENT/UCC   BKG105    0.20
                ISSUE

04/08/08 JNP    TELEPHONE CALL WITH J. GIAMPIETRO     BKG105    0.10
                RE: HUNTER DOUGLAS CLAIM.

04/08/08 JNP    CORRESPONDENCE TO EPIQ RE: CLAIMS     BKG105    0.10
                RECEIVED.

04/11/08 JNP    CORRESPONDENCE TO EPIQ RE: PROOF OF   BKG105    0.10
                CLAIM.

04/11/08 JNP    CORRESPONDENCE FROM K. STIFFLER RE:   BKG105    0.10
                PPG PRIORITY CLAIMS.

04/11/08 JNP    TELEPHONE CALL WITH M. CHENEY RE:     BKG105    0.20
                CASE BACKGROUND; DREXEL CLAIM.

*Fees and costs are due upon receipt of bill*



**COZEN**
**O'CONNOR**
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  37
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/14/08 | JNP | CORRESPONDENCE TO EPIQ RE: PROOF OF CLAIMS RECEIVED. | BKG105 | 0.10 |
| 04/14/08 | JNP | READ/REPLY TO CORRESPONDENCE FROM J. SCHWARTZ RE: HUA FENG ADMINISTRATIVE CLAIM. | BKG105 | 0.20 |
| 04/14/08 | D R | PREPARE AFFIDAVITS OF PUBLICATION RE: BAR DATE NOTICE PUBLISHED IN COURIER POST, PHILADELPHIA INQUIRER AND NEW YORK TIMES. | BKG105 | 0.60 |
| 04/14/08 | D R | RETURN CALLS TO CREDITORS (X2) RE ISSUES ON FILING CLAIMS. | BKG105 | 0.30 |
| 04/16/08 | D R | PREPARE AND EFILING OF AFFIDAVIT OF PUBLICATION. | BKG105 | 0.50 |
| 04/17/08 | JNP | RESEARCH RE: DEADLINE FOR GOVERNMENT UNIT TO FILE CLAIM. | BKG105 | 0.20 |
| 04/17/08 | JNP | TELEPHONE CALL WITH R. KEY RE: CLAIMANT WITH QUESTIONS. | BKG105 | 0.10 |
| 04/17/08 | D R | RESPOND TO CALL FROM CREDITOR RE: INFORMATION ON CLAIMS DEADLINE. | BKG105 | 0.20 |
| 04/18/08 | JNP | CORRESPONDENCE TO EPIQ RE: PROOF OF CLAIMS RECEIVED. | BKG105 | 0.10 |
| 04/18/08 | JNP | TELEPHONE CALL WITH D. FRANKEL RE: EPA PROOF OF CLAIM DEADLINE. | BKG105 | 0.20 |
| 04/18/08 | JNP | CORRESPONDENCE FROM J. VENABLE RE: WINDOWS USA CLAIM. | BKG105 | 0.10 |
| 04/19/08 | JNP | RESEARCH RE: GOVERNMENT PROOF OF CLAIM BAR DATE. | BKG105 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE  38
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/22/08  JNP    CORRESPONDENCE TO EPIQ RE: PROOF OF      BKG105     0.10
                 CLAIMS RECEIVED.

04/22/08  JNP    TELEPHONE CALL WITH I. DEICHES RE:       BKG105     0.10
                 CASE INFORMATION FOR CLAIM HOLDER.

04/22/08  MEF    REVISE COMMISSIONS MOTION                BKG105     0.30

04/22/08  JNP    EMAIL FROM E. MINUSKIN AND TO EPIQ       BKG105     0.10
                 RE: PROVIDING PROOF OF CLAIM.

04/23/08  JNP    READ/REPLY TO EMAIL FROM C. SO RE:       BKG105     0.10
                 CASE INFORMATION.

04/24/08  JNP    CORRESPONDENCE TO EPIQ RE: PROOF OF      BKG105     0.10
                 CLAIMS RECEIVED.

          TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS                 5.90    $2209.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE  39
FILE NUMBER: 220718.000
INVOICE NO.: 589726

    EMPLOYEE BENEFITS/PENSIONS

04/04/08 D R   REVISIONS TO MOTION TO PAY EMPLOYEE     BKG106    0.40
               COMMISSIONS AND PREPARATION OF ORDER.

        TOTAL EMPLOYEE BENEFITS/PENSIONS                0.40     $78.00

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   40
FILE NUMBER: 220718.000
INVOICE NO.: 589726

          FEE/EMPLOYMENT APPLICATIONS

| 04/03/08 JNP | EMAIL FROM U.S. TRUSTEE RE: S & L RETENTION ISSUES. | BKG107 | 0.10 |
| 04/03/08 D R | PREPARE ATTORNEY DISCLOSURE STATEMENT FOR EACH OF FIVE CASES. | BKG107 | 1.10 |
| 04/03/08 D R | PREPARE MARCH 2008 MONTHLY FEE STATEMENT. | BKG107 | 0.80 |
| 04/03/08 JNP | DRAFT AMENDED ORDINARY COURSE PROFESSIONAL PLEADINGS. | BKG107 | 1.40 |
| 04/03/08 JNP | READ/REPLY TO EMAIL FROM U.S. TRUSTEE RE: PHOENIX RETENTION. | BKG107 | 0.10 |
| 04/03/08 MEF | REVIEW REVISED OCP MOTION | BKG107 | 0.20 |
| 04/04/08 MEF | MEMO TO A. HALPERIN RE: RETENTION ISSUE | BKG107 | 0.30 |
| 04/04/08 MEF | TELEPHONE CONFERENCE WITH S. BLOCH RE: COMMITTEE RETENTION ISSUES | BKG107 | 0.30 |
| 04/04/08 SAB | E-MAILS REGARDING RETENTION APPLICATION | BKG107 | 0.40 |
| 04/04/08 D R | PREPARE AMENDED MOTION FOR EMPLOYMENT OF ORDINARY COURSE PROFESSIONALS AND EFILING/SERVICE OF SAME. | BKG107 | 0.50 |
| 04/04/08 D R | REVISE MARCH 2008 MONTHLY FEE STATEMENT. | BKG107 | 0.50 |
| 04/04/08 JNP | EDIT FORM FOR MONTHLY FEE STATEMENT DRAFTED BY D. REYES. | BKG107 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE   41
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| 04/04/08 JNP | TELEPHONE CALL WITH J. SPONDER RE: U.S. TRUSTEE OBJECTION TO RETENTION. | BKG107 | 0.20 |
|---|---|---|---|
| 04/04/08 JNP | EMAIL J. SPONDER RE: ISSUES WITH COZEN O'CONNOR, PHOENIX AND S & L RETENTION. | BKG107 | 0.10 |
| 04/04/08 JNP | READ/REPLY TO EMAILS FROM M. JACOBY; REVIEW PRE-PETITION PAYMENT INFORMATION FOR PHOENIX; EMAIL TO J. SPONDER RE: SAME. | BKG107 | 0.40 |
| 04/04/08 JNP | EMAIL M. FELGER AND M. JACOBY RE: RETENTION ISSUES WITH U.S. TRUSTEE. | BKG107 | 0.20 |
| 04/07/08 JNP | REVIEW RETENTION APPLICATIONS FOR COLE SCHOTZ, HALPERIN, J.H. COHN. | BKG107 | 0.40 |
| 04/07/08 MEF | MEMOS TO B. LAPOWSKY RE: RETENTION APPLICATION ISSUES (2) | BKG107 | 0.20 |
| 04/08/08 JNP | TELEPHONE CALL WITH P. D'AURIA RE: RETENTION ISSUES. | BKG107 | 0.20 |
| 04/08/08 MEF | REVIEW AND REVISE RETENTION ORDERS | BKG107 | 0.60 |
| 04/08/08 JNP | EDIT RETENTION ORDERS FOR COZEN O'CONNOR, STEVENS & LEE AND PHOENIX PER COMMENTS OF U.S. TRUSTEE. | BKG107 | 0.30 |
| 04/08/08 JNP | TELEPHONE CALL WITH M. FELGER RE: RETENTION ISSUES. | BKG107 | 0.30 |
| 04/08/08 MEF | REVIEW INTERIM DIP ORDER RE: EVERGREEN RETENTION ISSUE | BKG107 | 0.30 |
| 04/08/08 JNP | EMAIL P. D'AURIA RE: RETENTION ISSUES. | BKG107 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008        PAGE   42
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/08/08 | JNP | DRAFT REVISED RETENTION ORDERS FOR COZEN O'CONNOR, PHOENIX AND STEVENS & LEE. | BKG107 | 0.30 |
| 04/08/08 | JNP | TELEPHONE CALL WITH P. D'AURIA RE: COZEN O'CONNOR AND PHOENIX RETENTION. | BKG107 | 0.20 |
| 04/08/08 | JNP | EMAIL J. SPONDER RE: COZEN O'CONNOR, PHOENIX AND STEVENS & LEE RETENTION. | BKG107 | 0.20 |
| 04/08/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: RETENTION APPLICATIONS. | BKG107 | 0.20 |
| 04/08/08 | JNP | TELEPHONE CALL WITH J. SPONDER RE: RETENTION APPLICATIONS. | BKG107 | 0.20 |
| 04/08/08 | MEF | MEMOS TO COMMITTEE RE: RETENTION ORDERS (2) | BKG107 | 0.20 |
| 04/09/08 | JNP | EDIT PHOENIX RETENTION ORDER; EMAIL P. D'AURIA RE: SAME. | BKG107 | 0.10 |
| 04/09/08 | JNP | READ/REPLY TO EMAIL FROM P. D'AURIA RE: RETENTION ORDERS. | BKG107 | 0.10 |
| 04/09/08 | MEF | REVIEW CASE LAW RE: RETENTION ISSUES | BKG107 | 0.40 |
| 04/09/08 | D R | FOLLOW UP WITH ISSUES RELATED TO PROFESSIONAL RETENTIONS/INFORMAL RESPONSES RECEIVED. | BKG107 | 0.30 |
| 04/09/08 | D R | PREPARE THREE RETENTION ORDERS AND EMAIL SAME TO CHAMBERS. | BKG107 | 0.30 |
| 04/10/08 | MEF | REVIEW AND REVISE FEE STATEMENT | BKG107 | 0.30 |
| 04/10/08 | D R | REVIEW OF RETENTION ORDERS. | BKG107 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008        PAGE   43
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | | Description | | |
|---|---|---|---|---|
| 04/10/08 | D R | PREPARE CERTIFICATE OF SERVICE FOR AMENDED MOTION AND EFILING OF SAME. | BKG107 | 0.50 |
| 04/14/08 | JNP | READ/REPLY TO EMAIL FROM D. GOLLIN RE: ORDINARY COURSE PROFESSIONALS. | BKG107 | 0.10 |
| 04/16/08 | D R | PREPARE CERTICATE OF NO OBJECTION TO MOTION TO EMPLOY ORDINARY COURSE PROFESSIONALS AND EFILING OF SAME. | BKG107 | 0.30 |
| 04/16/08 | D R | TELEPHONE CALL TO/FROM K. MCKENNA RE: ORDINARY COURSE RETENTION. | BKG107 | 0.20 |
| 04/17/08 | D R | PREPARE/EMAIL INFORMATION TO K. MCKENNA RE: ORDINARY COURSE PROFESSIONAL RETENTION. | BKG107 | 0.20 |
| 04/17/08 | D R | TELEPHONE CALL (X2)FROM K. MCKENNA RE: ISSUE ON ORDINARY COURSE PROFESSIONAL RETENTION. | BKG107 | 0.20 |
| 04/17/08 | D R | PREPARE FEE STATEMENT FOR COZEN O'CONNOR FOR MARCH 2008. | BKG107 | 1.30 |
| 04/17/08 | D R | REVISE FEE STATEMENT FOR MARCH 2008 FOR PHOENIX. | BKG107 | 0.80 |
| 04/18/08 | D R | FOLLOW UP WITH ATTORNEYS RE: ORDINARY COURSE OF BUSINESS RETENTION; PREPARE AND EMAILING OF QUESTIONNAIRE. | BKG107 | 0.60 |
| 04/21/08 | MEF | REVIEW AND REVISE MONTHLY FEE STATEMENT | BKG107 | 0.30 |
| 04/22/08 | JNP | TELEPHONE CALL WITH G. MARTIN RE: ROUX ORDINARY COURSE DISCLOSURES. | BKG107 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS
FILE NUMBER: 220718.000                    May 14, 2008      PAGE   44
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/22/08 D R | TELEPHONE CALLS (X2) FROM ATTORNEYS RE: ORDINARY COURSE PROFESSIONAL RETENTIONS AND PREPARE/EMAILING OF INFORMATION. | BKG107 | 0.30 | |
| 04/22/08 D R | PREPARE QUESTIONNAIRE AND AFFIDAVIT FOR ORDINARY COURSE PROFESSIONALS AND EMAILING OF SAME. | BKG107 | 0.40 | |
| 04/23/08 D R | REVISE FEE STATEMENTS OF COZEN O'CONNOR AND PHOENIX. | BKG107 | 0.70 | |
| 04/23/08 D R | REVISE PHOENIX FEE STATEMENT AND EMAIL SAME TO M. JACOBY. | BKG107 | 0.30 | |
| 04/23/08 D R | PREPARE/EFILING OF COZEN O'CONNOR AND PHOENIX MARCH FEE STATEMENT AND SERVICE OF SAME. | BKG107 | 0.50 | |
| 04/23/08 JNP | REVIEW COZEN O'CONNOR MONTHLY STATEMENT AND EMAIL M. FELGER WITH COMMENTS. | BKG107 | 0.20 | |
| 04/24/08 D R | PREPARE/EMAIL INFORMATION TO STEVENS & LEE RE: FEE STATEMENT. | BKG107 | 0.10 | |
| 04/24/08 D R | REVIEW OF ORDINARY COURSE OF BUSINESS AND CUSTOMER PRACTICES ORDER AND FORWARD SAME. | BKG107 | 0.20 | |
| 04/24/08 D R | REVIEW ISSUES RE: ORDINARY COURSE OF PROFESSIONAL AFFIDAVIT. | BKG107 | 0.20 | |
| 04/30/08 D R | FOLLOW UP WITH QUESTIONNAIRE FOR ORDINARY COURSE OF BUSINESS PROFESSIONAL. | BKG107 | 0.20 | |

TOTAL FEE/EMPLOYMENT APPLICATIONS                         20.20    $6184.00

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                May 14, 2008      PAGE   45
FILE NUMBER: 220718.000
INVOICE NO.: 589726

FEE/EMPLOYMENT OBJECTIONS

04/04/08 MEF    MEMOS TO POSLUSNY RE U.S. TRUSTEE        BKG108    0.30
                RETENTION ISSUES (3)

04/16/08 JNP    REVIEW MARCH 2008 FEE STATEMENT.         BKG108    0.20

         TOTAL FEE/EMPLOYMENT OBJECTIONS                           0.50    $232.50

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  46
FILE NUMBER: 220718.000
INVOICE NO.: 589726

            FINANCING

| 04/01/08 MEF | MEMOS TO ARCH ACQUISITION RE: OBJECTION AND LETTER | BKG109 | 0.20 |
| 04/01/08 MEF | REVIEW LETTER FROM ARCH ACQUISITIONS RE: OFFER | BKG109 | 0.10 |
| 04/01/08 JNP | CONFERENCE CALL WITH M. FELGER, S. BLOCH AND CLIENT RE: HIG FINANCING PROPOSAL. | BKG109 | 1.00 |
| 04/01/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY AND S. GRABELL RE: DIP FINANCING ISSUES | BKG109 | 0.50 |
| 04/01/08 MEF | TELEPHONE CONFERENCE WITH P. PATTERSON RE OBJECTION TO DIP AND ADJOURNMENT | BKG109 | 0.30 |
| 04/01/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE OBJECTION TO DIP (2) | BKG109 | 0.30 |
| 04/01/08 MEF | CONFERENCE CALL WITH CLIENT, PHOENIX AND S. BLOCH RE: OBJECTION BY ARCH ACQUISITION | BKG109 | 1.00 |
| 04/02/08 SAB | REVIEW AMENDMENT TO ARCUS DIP LOAN | BKG109 | 0.40 |
| 04/02/08 MEF | REVIEW BRIDGE ORDER FOR DIP MOTION | BKG109 | 0.30 |
| 04/02/08 MEF | CONFERENCE CALL WITH GRABELL, JACOBY, BLOCH AND POSLUSNY RE: OBJECTIONS TO DIP FINANCING | BKG109 | 0.70 |
| 04/02/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: DIP OBJECTION AND HEARING | BKG109 | 0.30 |
| 04/02/08 MEF | MEMOS TO ARCH ACQUISITION RE: OBJECTION (2) | BKG109 | 0.20 |

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008     PAGE  47
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 04/03/08 | SAB | CONFERENCE WITH JSCHERER REGARDING ARCUS AMENDMENT | BKG109 | 0.20 |
| 04/03/08 | SAB | REVIEW WAIVER LETTERS | BKG109 | 0.10 |
| 04/03/08 | SAB | PREPARE COMMENTS TO ARCUS DIP AMENDMENT | BKG109 | 0.60 |
| 04/03/08 | SAB | E-MAILS REGARDING CHANGES TO ARCUS DIP AMENDMENT RELATING TO REPS (4) | BKG109 | 0.20 |
| 04/03/08 | D R | PREPARE AND SUBMIT BRIDGE ORDERS TO CHAMBERS; FORMAT SAME FOR COURT FILING. | BKG109 | 0.50 |
| 04/03/08 | SAB | CONFERENCE CALL WITH JSCHERER AND STRODDLER REGARDING REVISION TO ARCUS DIP LOAN AGREEMENT AMENDMENT | BKG109 | 0.30 |
| 04/03/08 | SAB | REVIEW AND ANALYZE HIG LETTER AND TERM SHEET | BKG109 | 0.80 |
| 04/03/08 | SAB | REVIEW CIT AMENDMENT | BKG109 | 0.10 |
| 04/03/08 | MEF | MEMOS TO PARTIES RE: DIP LOAN AMENDMENTS (8) | BKG109 | 0.40 |
| 04/03/08 | MEF | REVIEW DIP LOAN AMENDMENTS | BKG109 | 0.30 |
| 04/03/08 | MEF | MEMOS TO P. PATTERSON RE: DIP AMENDMENTS (2) | BKG109 | 0.20 |
| 04/03/08 | MEF | MEMOS TO HIG COUNSEL RE: CONFERENCE CALL (3) | BKG109 | 0.30 |
| 04/03/08 | JSR | NEGOTIATION OF AMENDMENT TO ARCUS LOAN. | BKG109 | 0.80 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                      May 14, 2008      PAGE   48
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/03/08 JSR    MULTIPLE CONVERSATIONS WITH M.          BKG109    0.50
                FELGER AND S. TROODLER REGARDING
                LANGUAGE OF AMENDMENT.

04/03/08 JSR    RECEIPT AND REVIEW OF CIT AMENDMENT.    BKG109    0.20

04/03/08 JSR    REVIEW REVISED ARCUS AMENDMENT TO       BKG109    0.20
                LOAN AGREEMENT.

04/03/08 MEF    OFFICE CONFERENCE WITH J. SHAPIRO       BKG109    0.40
                RE: FINANCING ISSUES

04/04/08 JSR    RECEIPT AND REVIEW OF FINAL             BKG109    0.20
                AMENDMENT.

04/04/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO    BKG109    0.30
                RE: HIG OBJECTION AND TERM SHEET

04/04/08 MEF    REVIEW HIG TERM SHEET AND OBJECTIONS    BKG109    0.30

04/04/08 MEF    MEMOS TO PARTIES RE: HIG CONFERENCE     BKG109    0.20
                CALL

04/04/08 JSR    TELEHPONE CONFERENCE WITH STRADLEY      BKG109    0.20
                AND BLANK ROME REGARDING AMENDMENTS
                TO LOAN DOCUMENTS.

04/04/08 MEF    MEMOS TO SHAPIRO AND PATTERSON RE:      BKG109    0.20
                DIP FINANCING ISSUES

04/04/08 MEF    MEMOS TO ARCH RE: ALTERNATE DIP         BKG109    0.80
                FINANCING

04/04/08 SAB    REVIEW E-MAIL REGARDING COMMENTS TO     BKG109    0.40
                DIP FINANCING AGREEMENT

04/04/08 MEF    TELEPHONE CONFERENCE WITH I. VOLKOV     BKG109    0.30
                RE: DIP FINANCING ISSUES


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                May 14, 2008      PAGE   49
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/04/08 MEF     MEMOS TO COMMITTEE RE: DIP FINANCING    BKG109    0.20
                 ISSUES

04/04/08 JSR     CONFERENCE AND DISTRIBUTION OF          BKG109    0.30
                 SIGNATURE PAGES TO CLIENT.

04/04/08 MEF     REVIEW DIP COMMENTS FROM COMMITTEE      BKG109    0.30

04/07/08 JSR     RECEIPT OF SIGNATURE PAGES FOR          BKG109    0.20
                 AMENDMENTS TO LOAN DOCUMENTS AND
                 DISTRIBUTION OF SAME TO ARCUS AND
                 CIT.

04/07/08 MEF     MEMOS TO SHAPIRO AND PATTERSON RE:      BKG109    0.20
                 4/9 DIP HEARING (2)

04/07/08 MEF     CONFERENCE CALL WITH ARCH               BKG109    0.70
                 ACQUISITION RE: DIP FINANCING
                 PROPOSAL

04/07/08 JSR     CONFERENCE WITH S. TROODLER             BKG109    0.20
                 REGARDING CLOSING DOCUMENTS.

04/08/08 MEF     CONFERENCE CALL WITH JACOBY, CLIENT     BKG109    0.60
                 AND BLOCH RE: DIP ISSUES AND HIG
                 ISSUES

04/08/08 MEF     TELEPHONE CONFERENCE WITH CIT'S         BKG109    0.60
                 COUNSEL RE: HIG ISSUES AND DIP
                 HEARING ISSUES (2)

04/08/08 JSR     RECEIPT, REVIEW AND DISTRIBUTION OF     BKG109    0.30
                 2ND AMENDMENT TO CIT REVOLVER.

04/08/08 MEF     MEMOS TO J. SHAPIRO RE: DIP HEARING     BKG109    0.30
                 AND BRIDGE ORDERS (3)

04/08/08 MEF     REVIEW BRIDGE ORDERS RE: FINANCING      BKG109    0.30

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008     PAGE   50
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/08/08 JSR    RECEIPT, REVIEW AND REVISIONS TO       BKG109    0.30
                SECOND AMENDMENT TO ARCUS.

04/08/08 JSR    RECEIPT AND REVIEW OF EXIT             BKG109    0.20
                COMMITMENT LETTER FROM ARCUS.

04/08/08 D R    REVIEW DIP INFORMATION RE:             BKG109    0.20
                OBJECTIONS.

04/08/08 SAB    REVIEW AND ANALYZE ARCUS EXIT          BKG109    0.60
                PROPOSAL

04/08/08 SAB    MEMO REGARDING COMMENTS TO ARCUS       BKG109    0.90
                EXIT PROPOSAL

04/09/08 D R    PREPARE/FORMAT SECOND BRIDGE DIP       BKG109    0.30
                ORDERS AND EMAIL TO CHAMBERS.

04/09/08 JSR    CONFERENCE AND VARIOUS EMAILS WITH     BKG109    0.30
                S. TROODLER REGARDING SECOND
                AMENDMENT TO LOAN AND REVISING
                AMENDMENT TO REFLECT FILED
                OBJECTIONS.

04/09/08 MEF    REVIEW BRIDGE ORDERS AND DIP           BKG109    0.30
                AMENDMENTS

04/09/08 JSR    CONFERENCE AND MULTIPLE EMAILS WITH    BKG109    0.30
                C. ROSENBLEETH REGARDING AMENDMENT
                TO CIT REVOLVER.

04/10/08 MEF    REVIEW DIP ORDER, SUPPLEMENTAL         BKG109    0.80
                AGREEMENT AND CASE LAW RE: HIG ISSUES

04/10/08 MEF    TELEPHONE CONFERENCE WITH I. VOLKOV    BKG109    0.60
                RE: 2004 SUBPOENAS


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

SHAPES/ARCH HOLDINGS                                      May 14, 2008      PAGE   51
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| 04/10/08 | JMS | RESEARCH CASELAW RE: NO-SHOP AND LOCK-OUT PROVISIONS IN DIP FINANCING AGREEMENTS. | BKG109 | 2.70 |
|---|---|---|---|---|
| 04/10/08 | JMS | TELEPHONE CALL AND EMAILS TO MARK FELGER RE: CASELAW RE: NO-SHOP AND LOCK UP PROVISIONS IN DIP FINANCING AGREEMENTS. | BKG109 | 0.20 |
| 04/11/08 | SAB | TELEPHONE CALL WITH LFLICK RE: HIG | BKG109 | 0.20 |
| 04/11/08 | MEF | MEMO TO SHAPIRO AND PATTERSON RE: HIG DOCUMENT REQUEST | BKG109 | 0.30 |
| 04/11/08 | MEF | REVIEW HIG DOCUMENT REQUEST | BKG109 | 0.30 |
| 04/11/08 | MEF | REVIEW HIG REVISED TERM LOAN TERM SHEET | BKG109 | 0.30 |
| 04/11/08 | JSR | RECEIPT AND DISTRIBUTION OF SIGNATURE PAGES TO AMENDMENTS TO LOAN AND DISTRIBUTION OF NEW CERTIFIED FORMATION DOCUMENTS. | BKG109 | 0.20 |
| 04/11/08 | SAB | PREPARE MEMO REGARDING EQUITY COMMITMENT | BKG109 | 0.20 |
| 04/11/08 | MEF | TELEPHONE CONFERENCES WITH S. BLOCH RE VERSA AND HIG ISSUES (2) | BKG109 | 0.40 |
| 04/14/08 | JNP | REVIEW U.S. TRUSTEE OBJECTION TO FINAL DIP LOAN ORDER. | BKG109 | 0.30 |
| 04/14/08 | SAB | REVIEW HIG LOAN AGREEMENT | BKG109 | 0.30 |
| 04/14/08 | MEF | REVIEW DIP FINANCING ORDERS | BKG109 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                       May 14, 2008      PAGE  52
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/16/08 D R | PREPARE AMENDED NOTICE OF AGENDA FOR APRIL 17 HEARING RE: OBJECTIONS FILED TO DIP FINANCING AND DISCLOSURE STATEMENT. | BKG109 | 0.50 | |
| 04/17/08 JSR | FOLLOW=UP WITH STADLEY RONON REGARDING EXECUTED COPIES OF REVOLVER AGREEMENT. | BKG109 | 0.20 | |
| 04/18/08 MEF | REVIEW HIG CONFIDENTIALITY AGREEMENT AND MEMOS TO A. BRODY RE: SAME (5) | BKG109 | 0.80 | |
| 04/18/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: BUDGET ISSUE | BKG109 | 0.30 | |
| 04/18/08 MEF | TELEPHONE CONFERENCE WITH B. KATZ RE: BUDGET ISSUES | BKG109 | 0.20 | |
| 04/18/08 MEF | MEMOS TO PARTIES RE: BRIDGE ORDERS (6) | BKG109 | 0.40 | |
| 04/18/08 D R | PREPARE/SUBMIT BRIDGE ORDER TO CHAMBERS. | BKG109 | 0.20 | |
| 04/18/08 D R | FOLLOW UP WITH ATTORNEYS RE: STATUS OF THIRD BRIDGE ORDER. | BKG109 | 0.30 | |
| 04/20/08 MEF | MEMO TO A. HALPERIN RE: HIG DOCUMENTS | BKG109 | 0.30 | |
| 04/20/08 MEF | MEMOS TO M. JACOBY RE: NEW BUDGET AND REVIEW NEW BUDGET | BKG109 | 0.40 | |
| 04/20/08 MEF | MEMO TO J. SHAPIRO AND PATTERSON RE: BUDGET ISSUES | BKG109 | 0.30 | |
| 04/21/08 JSR | TELEPHONE CALL AND EMAIL TO C. ROSENBLEETH. | BKG109 | 0.10 | |

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   53
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/23/08 D R    COORDINATE SERVICE OF THIRD BRIDGE     BKG109    0.20
                ORDERS.

04/25/08 MEF    MEMOS TO P. PATTERSON RE: HIG DIP (2)  BKG109    0.10

04/28/08 SAB    REVIEW HIG REVISED DIP LOAN AGREEMENT  BKG109    0.90

04/28/08 MEF    TELEPHONE CONFERENCE WITH G.           BKG109    0.40
                SCHARMETT RE: CIT AND HIG ISSUES

04/28/08 JNP    REVIEW HIG'S PROPOSED REVISED DIP      BKG109    0.40
                AGREEMENT.

04/28/08 JNP    REVIEW DELAGE OBJECTION TO DIP         BKG109    0.30
                FINANCING.

04/28/08 D R    FOLLOW UP WITH CIT BRIDGE ORDER.       BKG109    0.20

04/30/08 SAB    REVIEW CLOSING DOCUMENTS               BKG109    0.50

04/30/08 SAB    E-MAIL REGARDING COMMENTS TO LOAN      BKG109    0.30
                AGREEMENT

04/30/08 JSR    REVIEW OF ARCH ACQUISITION I, LLC      BKG109    2.00
                LOAN AGREEMENT; CLOSING CHECKLIST.

04/30/08 SAB    CONFERENCES WITH JSCHERER REGARDING    BKG109    0.30
                HIG LOAN (3X)

04/30/08 JSR    CONFERENCE WITIH M. FELGER AND S.      BKG109    0.20
                BLOCH REGARDING BANKRUPTCY HEARING.

04/30/08 JSR    EMAILS REGARDING CHANGES TO LOAN       BKG109    0.30
                DOCUMENTS AND DETAILS OF LOAN TERMS.

04/30/08 JSR    REVIEW OF LOAN AND DETERMINE WHAT IS   BKG109    1.20
                NEEDED TO SATISFY ARCUS LOAN.


*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                May 14, 2008      PAGE   54
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | | Description | Code | Hours | |
|------|------|------|------|------|------|
| 04/30/08 | JSR | EMAIL REGARDING EXISTING ENVIRONMENTAL INDEMNITY AGREEMENT WITH ARCUS. | BKG109 | 0.20 | |
| 04/30/08 | JSR | RECEIPT AND REVIEW OF AMENDED AND RESTATED HIG LOAN. | BKG109 | 0.60 | |
| 04/30/08 | JSR | RECEIPT AND REVIEW OF CLIENT COMMENTS TO SCHEDULES. | BKG109 | 0.60 | |
| 04/30/08 | JSR | PREPARE AND COMPARE HIG LOAN TO ORIGINAL ARCUS TERMS. | BKG109 | 0.80 | |
| 04/30/08 | JSR | REVIEW WHETHER ADDITIONAL AUTHORITY NEEDED FROM SHAPES ARCH TO APPROVE HIG LOAN OR WHETHER BANKRUPTCY APPROVAL IS SUFFICIENT. | BKG109 | 0.30 | |
| 04/30/08 | JSR | CONFERENCE WITH S. BLOCH ON REVISED LOAN DOCUMENTS AND STATUS OF BANKRUPTCY. | BKG109 | 0.30 | |
| 04/30/08 | JSR | REVIEW OF SCHEDULES FROM ARCUS LOAN TO UPDATE AND APPLY TO HIG LOAN. | BKG109 | 0.70 | |
| 04/30/08 | JSR | EMAIL TO AND FROM D. GOLLIN REQUESTING HE REVIEW AND REVISE SCHEDULES. | BKG109 | 0.40 | |
| | | TOTAL FINANCING | | 44.20 | $19031.00 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   55
FILE NUMBER: 220718.000
INVOICE NO.: 589726

LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGAT

| 04/01/08 | MEF | REVISE AGENDA NOTICE | BKG110 | 0.20 |
| 04/01/08 | MEF | MEMOS TO PARTIES RE: HEARING ADJOURNMENT (5) | BKG110 | 0.30 |
| 04/02/08 | MEF | REVIEW AGENDA NOTICE FOR 4/3 HEARING | BKG110 | 0.20 |
| 04/02/08 | MEF | MEMOS TO PARTIES RE: ADJOURNMENT OF DIP HEARING (8) | BKG110 | 0.50 |
| 04/02/08 | MEF | MEMOS TO P. PATTERSON AND J. SHAPIRO RE: DIP HEARING ISSUES | BKG110 | 0.20 |
| 04/03/08 | MEF | ATTEND HEARING ON DIP FINANCING; WAGES AND UTILITIES MOTION | BKG110 | 0.80 |
| 04/07/08 | MEF | REVIEW AND REVISE AGENDA NOTICE | BKG110 | 0.10 |
| 04/07/08 | D R | PREPARE NOTICE OF BANKRUPTCY - IN DAVEN V. ACCU-WELD. | BKG110 | 0.40 |
| 04/08/08 | D R | PREPARE/SERVICE OF NOTICE OF BANKRUPTCY-DAVAN V. ACCU-WELD. | BKG110 | 0.30 |
| 04/08/08 | JNP | TELEPHONE CALL WITH COURT RE: HEARING ON APRIL 9. | BKG110 | 0.10 |
| 04/08/08 | MEF | MEMOS TO COZEN TEAM RE AGENDA, ORDERS AND HEARING (8) | BKG110 | 0.30 |
| 04/08/08 | MEF | MEMOS TO COMMITTEE COUNSEL RE: DIP HEARING AND BRIDGE ORDERS (3) | BKG110 | 0.20 |
| 04/08/08 | MEF | REVIEW 2004 SUBPOENA FROM COMMITTEE | BKG110 | 0.20 |
| 04/09/08 | D R | REVISE NOTICE OF AGENDA AND EFILING/SERVICE OF SAME. | BKG110 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008       PAGE   56
FILE NUMBER: 220718.000
INVOICE NO.: 589726


| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/15/08 | MEF | REVIEW AND REVISE AGENDA NOTICE | BKG110 | 0.10 |
| 04/15/08 | MEF | MEMO TO P. PATTERSON RE: 4/17 HEARING | BKG110 | 0.20 |
| 04/15/08 | MEF | MEETING WITH CLIENT AND PHOENIX RE: COMMITTEE MEETING AND 4/17 HEARING ISSUES (2) | BKG110 | 1.20 |
| 04/16/08 | MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE: 4/17 HEARING PREPARATION AND ISSUES | BKG110 | 0.30 |
| 04/16/08 | MEF | TELEPHONE CONFERENCES WITH J. SHAPIRO (3) RE: 4/17 HEARING AND OBJECTIONS | BKG110 | 0.80 |
| 04/16/08 | MEF | TELEPHONE CONFERENCES WITH PATTERSON AND SCHARMETT (2); RE: 4/17 HEARING ISSUES | BKG110 | 0.60 |
| 04/16/08 | MEF | TELEPHONE CONFERENCE WITH M. SIROTA RE: 4/17 HEARING ADJOURNMENT | BKG110 | 0.20 |
| 04/16/08 | MEF | PREPARE FOR 4/17 HEARING ON DIP AND DISCLOSURE STATEMENT | BKG110 | 0.80 |
| 04/16/08 | MEF | CONFERENCE CALL WITH CHAMBERS AND SIROTA RE 4/17 HEARING | BKG110 | 0.20 |
| 04/16/08 | MEF | CONFERENCE CALLS WITH COMMITTEE RE: 4/17 HEARING ISSUES (2) | BKG110 | 0.40 |
| 04/16/08 | MEF | TELEPHONE CONFERENCE WITH SHAPIRO AND COMMITTEE REPS RE: 4/17 HEARINGS | BKG110 | 0.40 |
| 04/16/08 | MEF | REVIEW AMENDED AGENDA | BKG110 | 0.10 |
| 04/17/08 | JNP | MEETING WITH M. FELGER RE: DISCOVERY ISSUES; ENVIRONMENTAL LITIGATION. | BKG110 | 0.60 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   57
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | | Description | | |
|---|---|---|---|---|
| 04/17/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: ENVIRONMENTAL LITIGATION ISSUES. | BKG110 | 0.20 |
| 04/17/08 | JNP | CORRESPONDENCE FROM K. MCKENNA RE: ENVIRONMENTAL LITIGATION ISSUES. | BKG110 | 0.20 |
| 04/18/08 | JNP | MEETING WITH D. GOLLIN RE: DOCUMENT PRODUCTION. | BKG110 | 0.40 |
| 04/18/08 | JNP | EMAILS FROM D. GOLLIN, S. GRAVELL AND M. FELGER RE: ENVIRONMENTAL LITIGATION ISSUES. | BKG110 | 0.10 |
| 04/18/08 | JNP | EMAILS FROM M. FELGER AND A. HALPERIN RE: DOCUMENT PRODUCTION. | BKG110 | 0.10 |
| 04/18/08 | JNP | TELEPHONE CALL WITH S. BLOCH RE: DOCUMENT PRODUCTION AND CONFIDENTIALITY AGREEMENT. | BKG110 | 0.20 |
| 04/18/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: CONFIDENTIALITY AGREEMENT. | BKG110 | 0.40 |
| 04/18/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: ENVIRONMENTAL LITIGATION; DOCUMENT PRODUCTION. | BKG110 | 0.30 |
| 04/18/08 | JNP | REVIEW HIG COMMENTS TO CONFIDENTIALITY AGREEMENT; EMAIL FROM AND TO S. BLOCH AND M. FELGER RE: SAME. | BKG110 | 0.30 |
| 04/22/08 | JNP | REVIEW DOCUMENTS FOR HIG DOCUMENT PRODUCTION. | BKG110 | 3.90 |
| 04/22/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: WARD AND SAND MOTION; HIG DOCUMENT PRODUCTION. | BKG110 | 0.30 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008      PAGE  58
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| Date | | Description | | |
|------|------|------|------|------|
| 04/22/08 | JNP | TELEPHONE CALL WITH D. GOLLIN RE: ENVIRONMENTAL LITIGATION ISSUES. | BKG110 | 0.20 |
| 04/22/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: HIG DOCUMENT PRODUCTION. | BKG110 | 0.50 |
| 04/22/08 | JNP | CONFERENCE CALL WITH M. FELGER, S. BLOCH, M. JACOBY AND CLIENT RE: DISCOVERY ISSUES. | BKG110 | 1.00 |
| 04/22/08 | JNP | REVIEW WARD SAND MOTION TO AMEND ENVIORNMENTAL CASE. | BKG110 | 0.40 |
| 04/22/08 | JNP | READ/REPLY TO EMAILS FROM M. FELGER AND A. BORDY RE: DOCUMENT PRODUCTION. | BKG110 | 0.20 |
| 04/22/08 | MEF | REVIEW HEARING TRANSCRIPT (4/17) | BKG110 | 0.40 |
| 04/22/08 | MEF | MEMOS TO PARTIES RE: WITNESS LIST ISSUES (5) | BKG110 | 0.30 |
| 04/23/08 | JNP | REVIEW DOCUMENTS TO PROVIDE TO COMMITTEE UNDER SUBPOENA. | BKG110 | 3.90 |
| 04/23/08 | JNP | MEETING WITH D. GOLLIN RE: DOCUMENT PRODUCTION. | BKG110 | 0.20 |
| 04/23/08 | JNP | TELEPHONE CALLS (X2) WITH M. FELGER RE: DOCUMENT PRODUCTION. | BKG110 | 0.90 |
| 04/23/08 | JNP | CONFERENCE CALL WITH M. FELGER, S. BLOCH, M. JACOBY AND CLIENTS. | BKG110 | 1.00 |
| 04/24/08 | MEF | MEMOS TO M. JACOBY RE: DOCUMENT PRODUCTION | BKG110 | 0.20 |
| 04/24/08 | MEF | MEMOS TO V. COLISTRA RE: DEPOSITION AND MEMO | BKG110 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                              May 14, 2008     PAGE   59
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/24/08 MEF    MEMOS TO W. USATINE RE: DOCUMENT      BKG110    0.30
                PRODUCTION (3)

04/24/08 MEF    TELEPHONE CONFERENCES WITH J.         BKG110    0.30
                POSLUSNY (3) RE: DISCOVERY ISSUES

04/24/08 MEF    MEMOS TO E. FORTE RE: DISCOVERY       BKG110    0.30
                ISSUES

04/24/08 SAB    REVIEW DOCUMENTS REGARDING            BKG110    0.30
                ENVIRONMENTAL CLAIMS

04/24/08 MEF    REVIEW DOCUMENTS PRODUCED TO HIG AND  BKG110    0.70
                COMMITTEE

04/24/08 MEF    REVIEW DOCUMENTS RE: GRABELL          BKG110    0.40
                DEPOSITION

04/24/08 JNP    REVIEW COOPER MOTION FOR              BKG110    0.30
                ADMINISTRATIVE EXPENSE PAYMENT;
                EMAIL CLIENT RE: SAME.

04/24/08 JNP    TELEPHONE CALL WITH M. FELGER RE:     BKG110    0.30
                DOCUMENT PRODUCTION.

04/24/08 JNP    REVIEW EMAILS AND DOCUMENTS FROM      BKG110    6.90
                CLIENT FOR DOCUMENT PRODUCTION.

04/25/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:     BKG110    0.30
                DOCUMENT PRODUCTION.

04/25/08 RW     PREPARED ELECTRONIC FILES TO BE       BKG110    0.90
                PRODUCED; INCLUDING CONVERTING EMAIL
                FILES TO PDF PER ATTORNEY JERRY
                POSLUSNY.

04/25/08 JNP    TELEPHONE CALL WITH M. FELGER RE:     BKG110    0.40
                DOCUMENT PRODUCTION.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE  60
FILE NUMBER: 220718.000
INVOICE NO.: 589726


| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 04/25/08 | JNP | REVIEW DOCUMENTS FOR PRODUCTION. | BKG110 | 0.80 |
| 04/25/08 | EDF | PREPPING S. GRABELL FOR HIS DEPOSITION | BKG110 | 5.50 |
| 04/25/08 | SAB | MEETING WITH CLIENT, MFELGER, EFREED REGARDING DEPOSITION PREPARATION | BKG110 | 5.50 |
| 04/25/08 | JNP | TELEPHONE CALL WITH R. WHITE RE: DOCUMENT PRODUCTION. | BKG110 | 0.20 |
| 04/25/08 | MEF | MEETING WITH GRABELL, BLOCH AND FREED RE: DEPOSITIONS, PLAN AND STRATEGY | BKG110 | 5.50 |
| 04/25/08 | MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE: DOCUMENT PRODUCTION (2) | BKG110 | 0.30 |
| 04/25/08 | MEF | MEMOS TO FORTE AND LUCIAN RE: DEPOSITIONS AND HEARING (3) | BKG110 | 0.20 |
| 04/25/08 | MEF | MEMOS TO PARTIES RE: WITNESS LIST (2) | BKG110 | 0.30 |
| 04/25/08 | MEF | MEMOS TO V. COLISTRA RE: DEPOSITION (2) | BKG110 | 0.20 |
| 04/25/08 | MEF | MEMO TO W. USATINE (2) RE: DEPOSITION AND DOCUMENTS | BKG110 | 0.20 |
| 04/26/08 | JNP | REVIEW DOCUMENTS FOR PRODUCTION. | BKG110 | 1.70 |
| 04/26/08 | RW | CONTINUED PREPARATION OF ELECTRONIC FILES TO BE PRODUCED; INCLUDING CONVERTING EMAIL FILES TO PDF PER ATTORNEY JERRY POSLUSNY. | BKG110 | 2.90 |
| 04/27/08 | JNP | REVIEW DOCUMENTS FOR PRODUCTION. | BKG110 | 4.40 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           May 14, 2008      PAGE  61
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/27/08 RW     CONTINUED PREPARATION OF ELECTRONIC    BKG110    2.10
                FILES TO BE PRODUCED; INCLUDING
                CONVERTING EMAIL FILES TO PDF PER
                ATTORNEY JERRY POSLUSNY.

04/27/08 MEF    REVIEW DOCUMENTS IN PREPARATION FOR    BKG110    1.80
                DEPOSITIONS

04/27/08 MEF    MEMOS TO J. POSLUSNY RE: DOCUMENT      BKG110    0.50
                PRODUCTION (6)

04/28/08 MEF    MEMOS TO CLIENT RE: 5/1 HEARING        BKG110    0.30
                ISSUES

04/28/08 MEF    MEMOS TO COMMITTEE RE: DOCUMENT        BKG110    0.30
                PRODUCTION (4)

04/28/08 MEF    MEETING WITH CLIENT TO PREPARE FOR     BKG110    1.50
                DEPOSITION

04/28/08 MEF    ATTEND DEPOSITION OF S. GRABELL        BKG110    6.00

04/28/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:      BKG110    0.30
                DOCUMENT PRODUCTION.

04/28/08 JNP    MEETING WITH M. FELGER, E. FREED AND   BKG110    0.50
                S. GRABELL RE: DEPOSITION
                PREPARATION.

04/28/08 JNP    MEETING WITH M. FELGER RE: CASE        BKG110    1.10
                STRATEGY; OPEN ISSUES.

04/28/08 JNP    REVIEW COMMITTEE MOTION TO QUASH       BKG110    0.30
                ARCUS SUBPOENA.

04/28/08 JNP    REVIEW DOCUMENTS FOR PRODUCTION TO     BKG110    0.30
                COMMITTEE.


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           May 14, 2008      PAGE   62
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/28/08 JNP | MEETING WITH M. FELGER, E. FREED AND S. GRABELL RE: STATUS OF DEPOSITION; ISSUES GOING FORWARD. | BKG110 | 0.60 | |
| 04/28/08 EDF | PREPARE FOR, DEFEND DEPOSITION OF STEVEN GRABELL; FOLLOWING DEPOSITION MEETING WITH S. GRABELL AND FELGER RE: DEPOSITION | BKG110 | 10.00 | |
| 04/28/08 RW | PREPARED DOCUMENTS TO BE PRODUCED PER ATTORNEY JERRY POSLUSNY. | BKG110 | 0.90 | |
| 04/29/08 EDF | MEETING WITH VINCENT COLISTRA TO PREPARE HIM FOR HIS DEPOSITION | BKG110 | 3.00 | |
| 04/29/08 JNP | TRAVEL TO AND FROM PHILLY FOR DEPOSITIONS OF P. HALPERN AND V. COLISTRA. (1/2 TIME) | BKG110 | 0.70 | |
| 04/29/08 JNP | MEETING WITH M. FELGER RE: DISCLOSURE STATEMENT ISSUES; STRATEGY. | BKG110 | 1.30 | |
| 04/29/08 JNP | ATTEND DEPOSITION OF P. HALPERN. | BKG110 | 6.00 | |
| 04/29/08 JNP | MEETING WITH M. FELGER, V. COLISTRA AND ATTORNEYS FOR CIT AND VERSA RE: PLAN AND DISCLOSURE STATEMENT ISSUES; SETTLEMENT. | BKG110 | 2.50 | |
| 04/29/08 MEF | OFFICE CONFERENCE WITH J. POSLUSNY RE: 5/1 HEARING ISSUES | BKG110 | 0.50 | |
| 04/29/08 MEF | MEETING WITH V. COLISTRA RE: PREPARATION FOR DEPOSITION | BKG110 | 3.00 | |
| 04/29/08 MEF | REVIEW D&O NOTICES | BKG110 | 0.20 | |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE   63
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | | |
|---|---|---|---|---|
| 04/29/08 MEF | TELEPHONE CONFERENCE WITH S. GRABELL RE: STATUS AND STRATEGY | BKG110 | 0.50 |
| 04/29/08 MEF | MEMOS TO COMMITTEE RE: HIG AND 5/1 HEARING | BKG110 | 0.30 |
| 04/29/08 MEF | ATTEND V. COLISTRA'S DEPOSITION | BKG110 | 4.00 |
| 04/30/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO (3) RE: HEARING ISSUES | BKG110 | 0.50 |
| 04/30/08 MEF | TELEPHONE CONFERENCE WITH P. PATTERSON AND G. SCHARMETT RE HEARING ISSUES | BKG110 | 0.50 |
| 04/30/08 MEF | MEETING WITH CLIENT TEAM RE: HEARING PREPARATION AND HIG AND ARCUS ISSUES | BKG110 | 3.00 |
| 04/30/08 MEF | REVIEW HIG DOCUMENTS AND ARCUS DISCLOSURE STATEMENT AND PREPARE FOR HEARING | BKG110 | 1.50 |
| 04/30/08 MEF | TELEPHONE CONFERENCE WITH A. HALPERIN AND M. SIROTTA RE: HIG AND ARCUS ISSUES | BKG110 | 0.70 |
| 04/30/08 MEF | MEETING WITH S. GRABELL RE: HEARING PREPARATION AND PLAN ISSUES | BKG110 | 2.50 |
| 04/30/08 MEF | ATTEND HIG DEPOSITION | BKG110 | 4.50 |
| 04/30/08 JNP | PREPARATION OF DOCUMENTS FOR DISCLOSURE STATEMENT HEARING. | BKG110 | 0.40 |
| 04/30/08 JNP | REVIEW U.S. TRUSTEE MOTION FOR TRUSTEE. | BKG110 | 0.30 |
| 04/30/08 JNP | REVIEW ANALYSIS OF ARCUS AND HIG DOCUMENTS. | BKG110 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008      PAGE   64
FILE NUMBER: 220718.000
INVOICE NO.: 589726

04/30/08 SAB    TELEPHONE CALL WITH DGOLLIN RE:      BKG110    0.20
                HEARING

04/30/08 SAB    TELEPHONE CALL WITH DGOLLIN AND      BKG110    0.20
                MFELGER RE: HEARING

        TOTAL LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGA  128.00  $58312.50

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  65
FILE NUMBER: 220718.000
INVOICE NO.: 589726

         PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 04/03/08 MEF | REVIEW COMMENTS TO PLAN AND DISCLOSURE STATEMENT FROM CIT | BKG113 | 0.50 |
| 04/04/08 MEF | REVIEW MONTHLY PROJECTIONS | BKG113 | 0.30 |
| 04/04/08 MEF | MEMO TO J. SHAPIRO RE: PROJECTIONS | BKG113 | 0.10 |
| 04/04/08 MEF | REVIEW PLAN COMMENTS FROM COMMITTEE AND CIT | BKG113 | 0.30 |
| 04/05/08 JNP | REVIEW CIT COMMENTS TO PLAN AND DISCLOSURE STATEMENT. | BKG113 | 0.80 |
| 04/07/08 JNP | EMAILS FROM M. FELGER RE: PLAN AND DISCLOSURE STATEMENT ISSUES. | BKG113 | 0.10 |
| 04/07/08 D R | TELEPHONE CALL FROM DRINKER BIDDLE ATTORNEY RE: STATUS OF HEARING/PLAN AND DISCLOSURE STATEMENT. | BKG113 | 0.20 |
| 04/08/08 MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: LIQUIDATION ANALYSIS AND DRAFT FOOTNOTES | BKG113 | 0.60 |
| 04/09/08 MEF | TELEPHONE CONFERENCE WITH A. HALPERIN RE: COMMITTEE CONFERENCE WITH HIG | BKG113 | 0.50 |
| 04/09/08 MEF | TELEPHONE CONFERENCE WITH G. SCHARMETT RE: PLAN STATUS | BKG113 | 0.30 |
| 04/09/08 MEF | REVIEW LIQUIDATION ANALYSIS AND 503(B)(9) ANALYSIS | BKG113 | 0.30 |
| 04/09/08 MEF | REVIEW EXIT FINANCING COMMITMENT LETTER | BKG113 | 0.20 |
| 04/09/08 MEF | MEMOS TO HIG COUNSEL RE: CONFERENCE | BKG113 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE  66
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/09/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY    BKG113    0.30
                RE: 503 (B)(9)ANALYSIS AND UPDATED
                DIP MODEL

04/10/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY    BKG113    0.40
                RE: LIQUIDATION ANALYSIS AND
                PROJECTIONS

04/10/08 MEF    MEMOS TO CLIENT RE: PLAN SUPPLEMENT    BKG113    0.40
                DOCUMENTS (4)

04/10/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO    BKG113    0.50
                RE: PLAN ISSUES

04/10/08 SAB    E-MAIL REGARDING DISBURSEMENT          BKG113    0.20
                DOCUMENT

04/10/08 SAB    REVIEW AND COMMENT ON PLAN            BKG113    0.80

04/10/08 SAB    REVIEW AND COMMENT ON SUPPLEMENT TO   BKG113    0.50
                PLAN

04/10/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY    BKG113    0.30
                RE: HIG PLAN AND DOCUMENT REQUEST

04/11/08 MEF    MEMOS TO M. JACOBY RE: LIQUIDATION    BKG113    0.20
                ANALYSIS

04/11/08 MEF    MEMOS TO COUNSEL FOR HIG RE: PLAN     BKG113    0.30
                AND DIP FINANCING

04/11/08 MEF    MEMOS TO J. SHAPIRO RE: EXIT          BKG113    0.40
                FINANCING AND EQUITY COMMITMENT
                ISSUES

04/11/08 JNP    REVIEW PLAN SUPPLEMENT DRAFT.         BKG113    1.10

04/11/08 SAB    REVIEW EQUITY COMMMITMENT             BKG113    0.30

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008     PAGE  67
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/11/08 MEF    REVIEW DOCUMENTATION COMPRISING PLAN   BKG113   0.50
                SUPPLEMENT

04/11/08 MEF    MEMOS TO FILE RE: PLAN SUPPLEMENT      BKG113   0.30
                ISSUES

04/11/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO   BKG113   0.40
                RE: PLAN ISSUES AND HIG ISSUES

04/11/08 MEF    REVIEW CASE LAW RE: PLAN ISSUES        BKG113   0.50

04/11/08 MEF    CONFERENCE CALL WITH JACOBY, GRABELL   BKG113   0.70
                AND BLOCH RE: HIG ISSUES AND PLAN
                ISSUES

04/11/08 JSR    FOLLOW-UP WITH M. FELGER AND S.        BKG113   0.20
                BLOCH REGARDING EXIT COMMITMENT
                LETTER.

04/11/08 JNP    EMAIL FROM M. FELGER RE: POTENTIAL     BKG113   0.10
                COMPETING PLAN.

04/11/08 JNP    REVIEW EMAILS FROM M. FELGER AND S.    BKG113   0.20
                BLOCH RE: PLAN SUPPLEMENT.

04/11/08 JSR    TELEPHONE CALL WITH S. TROODLER        BKG113   0.10
                REGARDING EXIT COMMITMENT LETTER.

04/11/08 JNP    TELEPHONE CALL WITH M. JACOBY RE:      BKG113   0.20
                PLAN SUPPLEMENT AND RELATED ISSUES.

04/11/08 D R    CONFERENCE WITH J. POSLUSNY RE:        BKG113   0.20
                ISSUES ON PLAN SUPPLEMENT.

04/11/08 JNP    TELEPHONE CALL WITH J. SHAPIRO RE:     BKG113   0.30
                PLAN SUPPLEMENT.

04/11/08 D R    CONFERENCE WITH J. POSLUSNY RE: PLAN   BKG113   0.30
                SUPPLEMENT.
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008      PAGE   68
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/13/08 JNP    REVIEW REVISED PLAN.              BKG113    0.80

04/14/08 SAB    TELEPHONE CALL WITH MFELGER RE: PLAN  BKG113    0.50

04/14/08 D R    PREPARE CHANGES TO PLAN SUPPLEMENT.  BKG113    0.50

04/14/08 JNP    RESEARCH RE: NEW EQUITY PLAN ISSUES.  BKG113    1.60

04/14/08 D R    PREPARE PLAN SUPPLEMENT FOR FILING.  BKG113    0.20

04/14/08 SAB    REVIEW HIG PLAN                  BKG113    0.40

04/14/08 MEF    MEMOS TO PARTIES RE: AGENDA NOTICE  BKG113    0.10

04/14/08 MEF    REVIEW HIG PLAN AND ALTERNATIVE DIP  BKG113    0.60
                AGREEMENT

04/14/08 D R    TELEPHONE CALLS TO/FROM COURT RE:  BKG113    0.20
                ISSUES ON OBJECTION DEADLINE FOR
                PLAN/DISCLOSURE STATEMENT.

04/14/08 MEF    REVIEW AND REVISE PLAN SUPPLEMENT  BKG113    0.80
                DOCUMENTS AND MEMOS TO PARTIES RE:
                COMMENTS TO SAME

04/14/08 MEF    REVIEW DISCLOSURE STATEMENT ORDER  BKG113    0.30

04/14/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO  BKG113    1.00
                RE: PLAN ISSUES, HEARING AND
                COMMITTEE MEETING

04/15/08 JNP    REVIEW JAGUAR STAY MOTION.        BKG113    0.20

04/15/08 MEF    TELEPHONE CONFERENCE WITH J.      BKG113    0.30
                POSLUSNY RE: DISCLOSURE STATEMENT
                OBJECTIONS

04/15/08 MEF    REVIEW MEMOS FROM COMMITTEE RE:   BKG113    0.20
                DISCLOSURE STATEMENT HEARING
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE   69
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

```
04/15/08 MEF    REVIEW OBJECTIONS TO DISCLOSURE        BKG113   0.30
                STATEMENT

04/15/08 MEF    REVIEW CASE LAW RE: DISCLOSURE         BKG113   0.50
                STATEMENT AND FINANCING ISSUES

04/15/08 D R    PREPARE REVISED EXHIBITS FOR PLAN      BKG113   1.20
                SUPPLEMENT.

04/15/08 MEF    ATTEND MEETING OF COMMITTEE AND        BKG113   3.00
                VERSA RE: PLAN NEGOTIATIONS

04/15/08 D R    PREPARE PLAN SUPPLEMENT                BKG113   1.50
                CHANGES/EFILING AND SERVICE OF SAME.

04/15/08 MEF    TELEPHONE CONFERENCE WITH J. SHAPIRO   BKG113   0.30
                RE: PLAN AND DISCLOSURE STATEMENT
                REVISIONS

04/15/08 SAB    E-MAIL REGARDING PLAN SUPPLEMENT       BKG113   0.10

04/15/08 SAB    REVIEW UST TRUSTEE OBJECTIONS          BKG113   0.30

04/15/08 SAB    REVIEW REVISED PLAN                    BKG113   0.70

04/15/08 SAB    REVIEW PLAN SYPPLEMENT                 BKG113   0.40

04/16/08 SAB    REVIEW PLAN                            BKG113   0.40

04/16/08 D R    REVIEW INFORMATION FROM J. POSLUSNY    BKG113   0.50
                RE: OBJECTIONS RECEIVED TO
                DISCLOSURE STATEMENT.

04/16/08 D R    REVIEW J. POSLUSNY MEMO RE:            BKG113   0.30
                DISCLOSURE STATEMENT TO INSURE ALL
                OBJECTIONS LISTED.

04/18/08 MEF    REVIEW MOTION TO TERMINATE            BKG113   0.40
                EXCLUSIVITY
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   70
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/18/08 MEF     TELEPHONE CONFERENCE WITH J. SHAPIRO    BKG113    0.50
                 RE: PLAN ISSUES AND BRIDGE ORDER (2)

04/18/08 MEF     TELEPHONE CONFERENCE WITH J.            BKG113    0.40
                 POSLUSNY AND S. BLOCH RE:
                 CONFIDENTIALITY AGREEMENT AND PLAN
                 (5)

04/18/08 D R     RETRIEVE MOTION BY ARCH TO TERMINATE    BKG113    0.20
                 EXCLUSIVITY; PREPARE AND EMAILING OF
                 SAME.

04/18/08 D R     FOLLOW UP WITH REQUEST FOR ATTORNEY     BKG113    0.20
                 FOR INFORMATION ON PLAN/DISCLOSURE
                 STATEMENT.

04/22/08 MEF     TELEPHONE CONFERENCE WITH J. SHAPIRO    BKG113    0.30
                 RE: PLAN ISSUES

04/22/08 MEF     MEMOS TO SHAPIRO RE: PLAN ISSUES (3)    BKG113    0.20

04/22/08 MEF     TELEPHONE CONFERENCE WITH D. GOLLIN     BKG113    0.30
                 RE: ENVIRONMENTAL LITIGATION ISSUES

04/22/08 MEF     REVIEW MEMOS RE: DISCLOSURE             BKG113    0.20
                 STATEMENT REVISIONS

04/23/08 MEF     MEMOS TO PARTIES RE: REVISED PLAN       BKG113    0.30
                 AND DISCLOSURE STATEMENT (3)

04/23/08 MEF     TELEPHONE CONFERENCE WITH J. SHAPIRO    BKG113    0.30
                 RE: PLAN AND DISCOVERY ISSUES

04/23/08 MEF     REVIEW MEMO RE: INSURANCE ISSUES IN     BKG113    0.20
                 PLAN

04/23/08 MEF     REVIEW AND REVISE DISCLOSURE            BKG113    2.00
                 STATEMENT AND BID PROCEDURES


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008      PAGE   71
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/23/08 MEF    TELEPHONE CONFERENCE WITH D. GOLLIN    BKG113    0.30
                RE PLAN ISSUES

04/23/08 JNP    REVIEW REVISED PLAN AND DISCLOSURE     BKG113    1.40
                STATEMENT.

04/23/08 SAB    REVIEW REVISED PLAN                    BKG113    0.90

04/24/08 JNP    REVIEW REVISED AMENDED PLAN AND        BKG113    1.10
                DISCLOSURE STATEMENT.

04/24/08 SAB    CONFERENCE CALL WITH CLIENT RE: PLAN   BKG113    1.20
                ISSUES

04/24/08 JNP    TELEPHONE CALL WITH M. FELGER, S.      BKG113    1.20
                BLOCH, M. JACOBY AND CLIENT RE:
                REVIEW OF PLAN AND DISCLOSURE
                STATEMENT ISSUES.

04/24/08 SAB    REVIEW DISCLOSURE STATEMENT            BKG113    0.90

04/24/08 SAB    REVIEW BID PROCESS                     BKG113    0.90

04/24/08 MEF    CONFERENCE CALL WITH SHAPES TEAM RE:   BKG113    1.20
                PLAN AND DISCLOSURE STATEMENT ISSUES

04/24/08 MEF    MEMOS TO J. SHAPIRO RE: PLAN           BKG113    0.30
                COMMENTS AND ISSUES (5)

04/24/08 MEF    TELEPHONE CONFERENCE WITH D. GOLLIN    BKG113    0.30
                RE: ENVIRONMENTAL INSERT TO PLAN

04/24/08 MEF    TELEPHONE CONFERENCES WITH J.          BKG113    0.80
                SHAPIRO (5) RE: PLAN AND DISCLOSURE
                STATEMENT COMMENTS AND ISSUES

04/24/08 MEF    TELEPHONE CONFERENCE WITH B.           BKG113    0.30
                LAPOWSKY RE: LABOR INSERT AND STATUS


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      May 14, 2008      PAGE   72
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 04/24/08 | MEF | TELEPHONE CONFERENCE WITH P. PATTERSON RE: PLAN ISSUES AND HIG ISSUES | BKG113 | 0.30 |
| 04/24/08 | MEF | TELEPHONE CONFERENCES WITH J. POSLUSNY (4) RE: PLAN ISSUES | BKG113 | 0.40 |
| 04/24/08 | MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: PLAN COMMENTS AND ISSUES | BKG113 | 0.30 |
| 04/24/08 | MEF | REVIEW AND REVISE THREE VERSIONS OF PLAN, DISCLOSURE STATEMENT AND BID PROCEDURES | BKG113 | 2.50 |
| 04/24/08 | MEF | MEMOS TO CLIENT RE: PLAN COMMENTS AND ISSUES (5) | BKG113 | 0.30 |
| 04/25/08 | MEF | MEMOS TO HIG COUNSEL RE: PLAN AND ALTERNATIVE DIP (2) | BKG113 | 0.20 |
| 04/25/08 | MEF | MEMOS TO SHAPIRO RE: PLAN ISSUES (2) | BKG113 | 0.20 |
| 04/25/08 | JNP | TELEPHONE CALL WITH S. JOSEL RE: WORKERS COMP CASE AND POTENTIAL STAY RELIEF. | BKG113 | 0.10 |
| 04/25/08 | D R | PREPARE CERTIFICATE OF SERVICE OF AMENDED PLAN/DISCLOSURE STATEMENT AND EFILING OF SAME. | BKG113 | 0.50 |
| 04/25/08 | D R | COORDINATE SERVICE OF PLAN/DISCLOSURE SERVICE ON PARTIES NOT RECEIVING SAME VIA EMAIL. | BKG113 | 0.20 |
| 04/25/08 | JNP | REVIEW WORKERS COMP PROGRAM AND ORDER RE: POTENTIAL STAY RELIEF. | BKG113 | 0.20 |
| 04/27/08 | MEF | MEMOS TO P. PATTERSON RE: HIG ISSUES (2) | BKG113 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE   73
FILE NUMBER: 220718.000
INVOICE NO.: 589726

| | | | |
|---|---|---|---|
| 04/28/08 MEF | MEETING WITH CLIENT RE: PLAN ISSUES | BKG113 | 0.50 |
| 04/28/08 SAB | REVIEW HIG AMENDED PLAN | BKG113 | 0.70 |
| 04/28/08 JNP | REVIEW HIG'S PROPOSED AMENDED PLAN. | BKG113 | 0.90 |
| 04/28/08 JNP | READ/REPLY TO EMAILS FROM E. GANC AND A. HALPERIN RE: WELLS STAY MOTION (INCLUDING REVIEW OF DOCKET). | BKG113 | 0.20 |
| 04/29/08 JNP | TELEPHONE CALL WITH D. GOLLIN RE: WELLS STAY MOTION. | BKG113 | 0.10 |
| 04/29/08 JNP | REVIEW OBJECTION TO DISCLOSURE STATEMENT BY SUN AND COMMITTEE. | BKG113 | 0.60 |
| 04/29/08 MEF | MEMOS TO ARCUS RE: PLAN | BKG113 | 0.30 |
| 04/29/08 MEF | REVIEW HIG REVISED PLAN AND DIP AND BID PROCEDURES | BKG113 | 0.50 |
| 04/29/08 MEF | REVIEW OBJECTIONS TO DISCLOSURE STATEMENT | BKG113 | 0.30 |
| 04/29/08 MEF | MEETING WITH CIT LAWYER RE: HIG AND PLAN STATUS | BKG113 | 0.50 |
| 04/29/08 MEF | MEETING WITH CIT AND ARCUS COUNSEL RE: HIG ISSUES | BKG113 | 0.50 |
| 04/29/08 MEF | MEMO TO HIG RE: EXCLUSIVITY MOTION | BKG113 | 0.10 |
| 04/29/08 MEF | REVIEW REVISED DISCLOSURE STATEMENT | BKG113 | 0.40 |
| 04/29/08 MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE: REVISED PLAN AND 5/1 HEARING | BKG113 | 0.30 |
| 04/30/08 MEF | MEMOS TO HIG RE: HIG DOCUMENTS (7) | BKG113 | 0.50 |

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008     PAGE  74
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/30/08 D R    CONFERENCE WITH J. POSLUSNY RE:        BKG113    0.20
                REVISED DISCLOSURE STATEMENT FILING.

04/30/08 D R    PREPARE REVISED DISCLOSURE STATEMENT   BKG113    0.40
                EXHIBITS AND REVISED EXHIBIT H TO
                PLAN SUPPLEMENT.

04/30/08 D R    PREPARE/EFILING OF REVISED             BKG113    1.90
                DISCLOSURE STATEMENT AND REVISED
                EXHIBIT TO PLAN SUPPLEMENT;
                COORDINATE SERVICE OF SAME ON
                CHAMBERS AND PARTIES VIA
                EMAIL/REGULAR MAIL.

04/30/08 JNP    TELEPHONE CALL WITH J. SHAPIRO RE:     BKG113    0.30
                AMENDED DISCLOSURE STATEMENT.

04/30/08 D R    PREPARE/EFILING OF CERTIFICATE OF      BKG113    0.30
                SERVICE RE: REVISED DISCLOSURE
                STATEMENT AND EXHIBIT TO PLAN
                SUPPLEMENT.

04/30/08 JNP    REVIEW/EDIT REVISED DISCLOSURE         BKG113    1.80
                STATEMENT AND EXHIBIT H TO PLAN
                SUPPLEMENT.

04/30/08 JNP    REVIEW REVISED DISCLOSURE STATEMENT    BKG113    3.20
                AND DRAFT PLEADINGS ADDRESSING
                COURT'S CONCERNS WITH DISCLOSURE
                STATEMENT.

04/30/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG113    0.30
                DISCLOSURE STATEMENT ISSUES.

04/30/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:      BKG113    0.40
                COLLECTIVE BARGAINING AGREEMENT
                LANGUAGE FOR AMENDED DISCLOSURE
                STATEMENT.


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008        PAGE   75
FILE NUMBER: 220718.000
INVOICE NO.: 589726

        TOTAL PLAN AND DISCLOSURE STATEMENT                68.10   $30369.50

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008      PAGE  76
FILE NUMBER: 220718.000
INVOICE NO.: 589726

          RELIEF FROM STAY PROCEEDINGS

04/10/08 JNP   REVIEW REVISED DISCLOSURE STATEMENT.    BKG114    0.40

04/11/08 JNP   TELEPHONE CALLS WITH S. BLOCH (X2)      BKG114    0.40
               RE: PLAN SUPPLEMENT.

04/14/08 JNP   EMAIL M. FELGER RE: NEW EQUITY PLAN     BKG114    0.40
               ISSUES.

04/14/08 JNP   PREPARE PLAN SUPPLEMENT.                BKG114    0.60

04/15/08 JNP   REVIEW OBJECTIONS TO DISCLOSURE         BKG114    3.50
               STATEMENT AND DRAFT MEMO TO M.
               FELGER RE: SAME.

04/15/08 JNP   REVIEW ARCH ACQUISITION OBJECTION TO    BKG114    0.30
               DISCLOSURE STATEMENT.

04/15/08 JNP   TELEPHONE CALL WITH M. FELGER RE:       BKG114    0.60
               PLAN NEGOTIATIONS; PREPARATION FOR
               DISCLOSURE STATEMENT HEARING.

04/16/08 JNP   CONFERENCE CALL WITH M. FELGER, S.      BKG114    0.60
               BLOCH, V. COLLISTRA, M. JACOBY AND
               CLIENTS RE: DISCLOSURE STATEMENT
               ISSUES; DIP LOAN.

04/16/08 JNP   CONFERENCE CALL WITH M. FELGER, M.      BKG114    0.20
               SIROTA AND COURT RE: SCHEDULE FOR
               HEARING.

04/16/08 JNP   TELEPHONE CALL WITH M. FELGER RE:       BKG114    0.60
               PLAN AND DISCLOSURE STATEMENT ISSUES.

04/16/08 JNP   TELEPHONE CALL WITH M. FELGER RE:       BKG114    0.30
               DISCLOSURE STATEMENT HEARING ISSUES.

04/16/08 JNP   EMAILS FROM M. FELGER RE:               BKG114    0.10
               DISCUSSIONS WITH COMMITTEE RE: PLAN.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008      PAGE   77
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/16/08 JNP    BEGIN REVIEW OF COMMITTEE OBJECTION    BKG114    0.30
                TO DISCLOSURE STATEMENT.

04/17/08 JNP    MEETING WITH M. FELGER RE:            BKG114    0.40
                DISCLOSURE STATEMENT HEARING AND
                ISSUES.

04/17/08 JNP    TELEPHONE CALLS (X2) WITH K. MCKENNA   BKG114    1.10
                RE: DISCLOSURE STATEMENT ISSUES WITH
                ENVIRONMENTAL ISSUE.

04/22/08 JNP    REVIEW COMMITTEE OBJECTION TO         BKG114    0.90
                DISCLOSURE STATEMENT AND ARCUS REPLY.

04/24/08 JNP    TELEPHONE CALL WITH M. FELGER RE:     BKG114    0.30
                COMMENTS TO AMENDED PLAN AND
                DISCLOSURE STATEMENT.

04/25/08 JNP    REVIEW BLACKLINE OF PLAN AND          BKG114    0.20
                DISCLOSURE STATEMENT.

04/28/08 JNP    DRAFT AMENDED MEMO DISCUSISNG         BKG114    1.30
                OBJECTIONS TO DISCLOSURE STATEMENT.

04/28/08 JNP    DRAFT RESPONSE TO COURT'S CONCERNS    BKG114    0.40
                WITH DISCLOSURE STATEMENT.

04/30/08 JNP    ATTEND MEETING WITH M. FELGER, S.     BKG114    6.40
                BLOCH, V. COLISTRA, S. GRABELL AND
                M. JACOBY (BY TELEPHONE) TO PREPARE
                FOR DIP LOAN AND DISCLOSURE
                STATEMENT HEARING.

        TOTAL RELIEF FROM STAY PROCEEDINGS                      19.30    $7237.50


*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE   78
FILE NUMBER: 220718.000
INVOICE NO.: 589726

            TRAVEL

04/07/08 JNP    TRAVEL TO AND FROM NEW YORK CITY FOR    BKG116    2.00
                MEETING WITH COMMITTEE (1/2 TIME)

04/30/08 JNP    TRAVEL TO PHILADELPHIA OFFICE FOR       BKG116    0.60
                MEETING TO PREPARE FOR DIP LOAN AND
                DISCLOSURE STATEMENT HEARING. (1/2
                TIME)

        TOTAL TRAVEL                                     2.60    $975.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              May 14, 2008      PAGE   79
FILE NUMBER: 220718.000
INVOICE NO.: 589726

            CORPORATE FINANCE AND EVALUATION

04/11/08 SAB    REVIEW SECURITIES PURCHASE AGREEMENT    BKG119    0.40

04/11/08 SAB    PREPARE MEMO REGARDING SECURITIES       BKG119    0.30
                PURCHASE AGREEMENT

          TOTAL CORPORATE FINANCE AND EVALUATION              0.70      $385.00

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                               May 14, 2008     PAGE  80
FILE NUMBER: 220718.000
INVOICE NO.: 589726

              DATA ANALYSIS

04/23/08 D R   PREPARE DOCUMENTS IN RESPONSE TO        BKG120   2.60
               DOCUMENT REQUESTS.

04/23/08 D R   PREPARE DOCUMENTS AND LETTER TO A.      BKG120   0.50
               BRODY RE: RESPONSE TO DOCUMENT
               REQUEST; PREPARE OTHER
               CORRESPONDENCE IN RESPONSE TO
               DOCUMENT REQUESTS.

04/24/08 D R   CONTINUE PREPARATION OF DOCUMENTS IN    BKG120   1.50
               RESPONSE TO DOCUMENT REQUESTS.

         TOTAL DATA ANALYSIS                                    4.60    $897.00

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                   May 14, 2008      PAGE  81
FILE NUMBER: 220718.000
INVOICE NO.: 589726

          LITIGATION CONSULTING

04/22/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:        BKG121    0.20
                BANKRUPTCY ISSUES IN ENVIRONMENTAL
                LITIGATION.

          TOTAL LITIGATION CONSULTING                          0.20     $75.00

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    May 14, 2008      PAGE   82
FILE NUMBER: 220718.000
INVOICE NO.: 589726

            TAX ISSUES

04/03/08 JNP    TELEPHONE CALL WITH O. KLEIN RE:        BKG123    0.10
                PENNSAUKEN TAX CLAIM.

04/09/08 JNP    CORRESPONDENCE FROM O. KLEIN RE:        BKG123    0.10
                REAL ESTATE TAXES OWED.

04/22/08 JNP    TELEPHONE CALL WITH E. STEIN RE:        BKG123    0.20
                CUSTOMS PAYMENT.

04/24/08 JNP    REVIEW CUSTOMS BOND; INFORMATION        BKG123    0.20
                FROM HOMELAND SECURITY WEBSITE.

        TOTAL TAX ISSUES                                          0.60    $225.00

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                    May 14, 2008        PAGE  83
FILE NUMBER: 220718.000
INVOICE NO.: 589726

        OTHER (SPECIFY CATEGORY)

04/07/08 MEF    TRAVEL TO NEW YORK CITY FOR MEETING     BKG124    2.00
                WITH COMMITTEE (1/2 TIME)

04/21/08 EDF    EMAILS RE: DEPOSITIONS NEXT            BKG124    0.20
                WEEK/EMAILS WITH FELGER RE: STRATEGY

04/21/08 EDF    EMAILS WITH FELGER RE: SUBPOENA FOR    BKG124    0.20
                DEPOSITIONS

04/21/08 EDF    SEVERAL EMAILS WITH CO-COUNSEL RE:     BKG124    0.20
                DEPOSITIONS

        TOTAL OTHER (SPECIFY CATEGORY)                  2.60    $1380.00

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008      PAGE  84
FILE NUMBER: 220718.000
INVOICE NO.: 589726



                          ACTIVITY RECAP
             HOURS          AMOUNT
ASSET ANALYSIS AND RECOVERY                     0.20         105.00
ASSET DISPOSTION                                9.80       5,202.50
BUSINESS OPERATIONS                            32.80      11,861.00
CASE ADMINISTRATION                           122.00      54,219.00
CLAIMS ADMINISTRATION AND OBJECTIONS            5.90       2,209.50
EMPLOYEE BENEFITS/PENSIONS                      0.40          78.00
FEE/EMPLOYMENT APPLICATIONS                    20.20       6,184.00
FEE/EMPLOYMENT OBJECTIONS                       0.50         232.50
FINANCING                                      44.20      19,031.00
LITIGATION (OTHER THAN AVOIDANCE ACTION LITITGA 128.00     58,312.50
PLAN AND DISCLOSURE STATEMENT                  68.10      30,369.50
RELIEF FROM STAY PROCEEEDINGS                  19.30       7,237.50
TRAVEL                                          2.60         975.00
CORPORATE FINANCE AND EVALUATION                0.70         385.00
DATA ANALYSIS                                   4.60         897.00
LITIGATION CONSULTING                           0.20          75.00
TAX ISSUES                                      0.60         225.00
OTHER (SPECIFY CATEGORY)                        2.60       1,380.00
                                              _____    _____
                       TOTALS                  462.70     198,979.00
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

May 14, 2008

SHAPES/ARCH HOLDINGS

RE:   SHAPES/ARCH HOLDINGS/BANKRUPTCY
OUR FILE NO.:   220718.000
SUPERVISING ATTORNEY: SANDRA A. BLOCH

TOTAL AMOUNT OF INVOICE NO:   589726          $3,366.02

GRAND TOTAL DUE AS OF THE ABOVE DATE          $3,366.02

ENCLOSED HEREWITH PLEASE FIND OUR STATEMENT FOR EXPENSES
INCURRED.   WE TRUST THE ENCLOSURES ARE TO YOUR SATISFACTION.
WE WOULD APPRECIATE YOUR PAYMENT OF THE AMOUNTS DUE AT THE
EARLIEST POSSIBLE TIME.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO
CONTACT ME.   WE ARE GRATEFUL FOR THIS OPPORTUNITY TO PROVIDE
SERVICE TO YOU.

VERY TRULY YOURS,

COZEN O'CONNOR

BY:   SANDRA A. BLOCH

ENC.

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832


Remittance Advice


PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:        589726
File/Matter No:  220718.000
Amount Due:      202,345.02

Please remit check payable to COZEN O'CONNOR to:

          W1385
          Cozen O'Connor
          P.O. Box 7777
          Philadelphia, PA 19175-0775

Please send wire transfers to:

          Account Name:     Cozen O'Connor Executive Account
          Account No:       2953925
          Bank Name:        Mellon Bank
          Bank ABA No:      031000037
          Bank Address:     1735 Market Street
                    :       Philadelphia, PA 19103
          Swift Code*:      MELNUS3P
          * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.


*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          May 14, 2008        PAGE    2
FILE NUMBER: 220718.000
INVOICE NO.: 589726

09273.0001.000 SHAPES/ARCH HOLDINGS
220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY

| DATE | EXPENSES INCURRED | VALUE |
|------|-------------------|-------|
| 03/27/08 | WESTLAW RESEARCH POSLUSNY,JERROLD N 03/27/2008 | 3.75 |
| 04/01/08 | DUPLICATING 4 COPIES 04/01 | 0.80 |
| 04/01/08 | DUPLICATING 5 COPIES 04/01 | 1.00 |
| 04/01/08 | DUPLICATING 21 COPIES 04/01 | 4.20 |
| 04/01/08 | DUPLICATING 2 COPIES 04/01 | 0.40 |
| 04/01/08 | DUPLICATING 154 COPIES 04/01 | 30.80 |
| 04/02/08 | DUPLICATING 11 COPIES 04/02 | 2.20 |
| 04/02/08 | DUPLICATING 149 COPIES 04/02 | 29.80 |
| 04/02/08 | LONG DISTANCE TELEPHONE 1 CALL 04/02 | 0.64 |
| 04/02/08 | DUPLICATING 7 COPIES 04/02 | 1.40 |
| 04/03/08 | DUPLICATING 34 COPIES 04/03 | 6.80 |
| 04/03/08 | FAX CHARGES 3 PAGE(S) 04/03 | 3.00 |
| 04/03/08 | DUPLICATING 102 COPIES 04/03 | 20.40 |
| 04/03/08 | FAX CHARGES 3 PAGE(S) 04/03 | 3.00 |
| 04/03/08 | DUPLICATING 2 COPIES 04/03 | 0.40 |
| 04/03/08 | FAX CHARGES 2 PAGE(S) 04/03 | 2.00 |
| 04/04/08 | DUPLICATING 42 COPIES 04/04 | 8.40 |
| 04/04/08 | FAX CHARGES 3 PAGE(S) 04/04 | 3.00 |
| 04/07/08 | DUPLICATING 86 COPIES 04/07 | 17.20 |
| 04/07/08 | DUPLICATING 2 COPIES 04/07 | 0.40 |
| 04/07/08 | FEDERAL EXPRESS  - INVOICE#8-221-67519 3/31/08 | 16.00 |
| 04/07/08 | DUPLICATING 70 COPIES 04/07 | 14.00 |
| 04/07/08 | TRAVEL AGENCY FEE, MARK E. FELGER, 30 NOV 2008, TRAVEL SERVICE, REF# ER00169358 | 40.00 |
| 04/07/08 | DUPLICATING 450 COPIES 04/07 | 90.00 |
| 04/07/08 | RAIL FARE, 07 APR 2008, MARK E. FELGER, VARIOUS FROM FROM LENDERS AND SHAPES, MEETING, MARK FELGER - NEW YORK TKT#, 5549225141203, REF# ER00169358 | 203.00 |
| 04/07/08 | RAIL FARE, 07 APR 2008, MARK E. FELGER, RETURN FROM TICKET FROM NYC MEETING W/ LENDERS AND COMPANY, COURT CALL, MARK FELGER - PHILADELPHIA TKT#, 5544881464692, REF# ER00169358 | 108.00 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      May 14, 2008      PAGE   3
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/07/08 PARKING/TOLLS, MARK E. FELGER, VARIOUS FROM      20.00
         FROM LENDERS AND SHAPES, MEETING, REF#
         ER00169358
04/08/08 DUPLICATING 8 COPIES 04/08                        1.60
04/08/08 DUPLICATING 19 COPIES 04/08                       3.80
04/08/08 LONG DISTANCE TELEPHONE 1 CALL 04/08              0.39
04/08/08 DUPLICATING 157 COPIES 04/08                     31.40
04/08/08 DUPLICATING 10 COPIES 04/08                       2.00
04/08/08 FAX CHARGES 3 PAGE(S) 04/08                       3.00
04/08/08 FAX CHARGES 3 PAGE(S) 04/08                       3.00
04/08/08 FAX CHARGES 3 PAGE(S) 04/08                       3.00
04/08/08 LONG DISTANCE TELEPHONE 1 CALL 04/08              0.31
04/08/08 LONG DISTANCE TELEPHONE 1 CALL 04/08              0.39
04/08/08 LONG DISTANCE TELEPHONE 1 CALL 04/08              0.70
04/09/08 DUPLICATING 5 COPIES 04/09                        1.00
04/09/08 DUPLICATING 122 COPIES 04/09                     24.40
04/09/08 DUPLICATING 5 COPIES 04/09                        1.00
04/10/08 DUPLICATING 16 COPIES 04/10                       3.20
04/10/08 DUPLICATING 26 COPIES 04/10                       5.20
04/11/08 POSTAGE 4/3/08                                    1.82
04/11/08 POSTAGE 4/3/08                                    4.60
04/11/08 POSTAGE 4/1/08                                    1.31
04/11/08 POSTAGE 4/8/08                                    4.60
04/11/08 POSTAGE 3/31/08                                   1.65
04/11/08 LONG DISTANCE TELEPHONE 1 CALL 04/11              2.56
04/11/08 POSTAGE 3/28/08                                  74.25
04/11/08 DUPLICATING 1412 COPIES 04/11                   282.40
04/11/08 DUPLICATING 234 COPIES 04/11                     46.80
04/14/08 FEDERAL EXPRESS   - INVOICE#8-218-72609 3/24/08  16.00
04/14/08 FEDERAL EXPRESS   - INVOICE#2-608-23174 3/25/08  72.56
04/14/08 DUPLICATING 3 COPIES 04/14                        0.60
04/14/08 PARKING/TOLLS, MARK E. FELGER, VARIOUS FROM       9.00
         FROM LENDERS AND SHAPES, PARKING, REF#
         ER00169358
04/14/08 DUPLICATING 58 COPIES 04/14                      11.60
04/14/08 DUPLICATING 6 COPIES 04/14                        1.20
04/15/08 DUPLICATING 33 COPIES 04/15                       6.60
04/15/08 DUPLICATING 47 COPIES 04/15                       9.40
04/15/08 DUPLICATING 7 COPIES 04/15                        1.40
04/16/08 POSTAGE 04/14/08                                  7.50
04/16/08 DUPLICATING 12 COPIES 04/16                       2.40
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                              May 14, 2008    PAGE    4
FILE NUMBER: 220718.000
INVOICE NO.: 589726


04/16/08 DUPLICATING 291 COPIES 04/16                    58.20
04/16/08 LONG DISTANCE TELEPHONE 1 CALL 04/16             0.31
04/16/08 POSTAGE 04/11/08                                 5.05
04/16/08 LONG DISTANCE TELEPHONE 1 CALL 04/16             0.64
04/17/08 SECRETARIAL OVERTIME 03/20/08 - MONICA L.       28.63
         BRICKLEY
04/17/08 SECRETARIAL OVERTIME 03/17/08 - MONICA L.      133.58
         BRICKLEY
04/17/08 DUPLICATING 302 COPIES 04/17                    60.40
04/17/08 LONG DISTANCE TELEPHONE 1 CALL 04/17             0.64
04/17/08 DUPLICATING 102 COPIES 04/17                    20.40
04/18/08 DUPLICATING 62 COPIES 04/18                     12.40
04/18/08 DUPLICATING 14 COPIES 04/18                      2.80
04/18/08 LONG DISTANCE TELEPHONE 1 CALL 04/18             7.04
04/21/08 POSTAGE 04/17/08                                 4.60
04/21/08 POSTAGE 04/15/08                                 1.82
04/22/08 FEDERAL EXPRESS  - INVOICE#2-647-18536 4/15/08  65.76
04/22/08 DUPLICATING 3 COPIES 04/22                       0.60
04/22/08 DUPLICATING 138 COPIES 04/22                    27.60
04/23/08 DUPLICATING 4 COPIES 04/23                       0.80
04/23/08 DUPLICATING 63 COPIES 04/23                     12.60
04/23/08 DUPLICATING 7 COPIES 04/23                       1.40
04/23/08 DUPLICATING 6 COPIES 04/23                       1.20
04/24/08 DUPLICATING 4 COPIES 04/24                       0.80
04/24/08 DUPLICATING 309 COPIES 04/24                    61.80
04/24/08 DUPLICATING 57 COPIES 04/24                     11.40
04/24/08 DUPLICATING 44 COPIES 04/24                      8.80
04/25/08 DUPLICATING 119 COPIES 04/25                    23.80
04/25/08 DUPLICATING 31 COPIES 04/25                      6.20
04/25/08 DUPLICATING 2258 COPIES 04/25                  451.60
04/25/08 DUPLICATING 30 COPIES 04/25                      6.00
04/25/08 DUPLICATING 6 COPIES 04/25                       1.20
04/25/08 DUPLICATING 17 COPIES 04/25                      3.40
04/28/08 DUPLICATING 9 COPIES 04/28                       1.80
04/28/08 DUPLICATING 1073 COPIES 04/28                  214.60
04/28/08 DUPLICATING 36 COPIES 04/28                      7.20
04/28/08 DUPLICATING 165 COPIES 04/28                    33.00
04/28/08 DUPLICATING 136 COPIES 04/28                    27.20
04/28/08 DUPLICATING 24 COPIES 04/28                      4.80
04/29/08 COURT REPORTER  - NJ LEGAL COPY - INVOICE#      99.77
         83370 4/24/08 CC 4050
```

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        May 14, 2008    PAGE    5
FILE NUMBER: 220718.000
INVOICE NO.: 589726

04/29/08 COURIER SERVICE  - RACER XPRESS - INVOICE# 2000    25.00
         04/28/08
04/29/08 TRAVEL & MEALS SUBJECT TO I.R.S. LIMITATIONS ON     39.79
         BUSINESS MEALS AND TRAVEL EXPENSES 1226
         M.FELGER TOASTIES EAST SEAMLESS WEB INV. 328832
         4/13/08
04/29/08 POSTAGE 04/28/08                                     4.78
04/29/08 POSTAGE 04/24/08                                     5.70
04/29/08 LUNCHEON MEETING   - SATISFARE - DEPOSITION        120.38
         LUNCHEON ATTENDED BY JUDY DAVIS, STEVE GRABELL,
         JOHN LUCIAN, TATE AND TATE 4/28/08 CC 41771
04/29/08 POSTAGE 04/23/08                                     1.48
04/29/08 DUPLICATING 4 COPIES 04/29                           0.80
04/29/08 POSTAGE 04/23/08                                     5.22
04/29/08 POSTAGE 04/22/08                                     4.60
04/29/08 DUPLICATING 65 COPIES 04/29                         13.00
04/30/08 DUPLICATING 1 COPIES 04/30                           0.20
04/30/08 DUPLICATING 4 COPIES 04/30                           0.80
04/30/08 DUPLICATING 28 COPIES 04/30                          5.60
04/30/08 SPECIAL COPY  - DIGITAL LEGAL, LLC DUPLICATING      68.20
         - INVOICE# 44676 4/21/08
04/30/08 DUPLICATING 219 COPIES 04/30                        43.80
04/30/08 Reversal from Void Check Number: 361518           (68.20)
         Bank ID: 1 Voucher ID: 919618
         Vendor: DIGITAL LEGAL SERVICES, LLC
         SPECIAL COPY  - DIGITAL LEGAL, LLC DUPLICATING
         - INVOICE# 44676 4/21/08
04/30/08 DUPLICATING 902 COPIES 04/30                       180.40
04/30/08 DUPLICATING 518 COPIES 04/30                       103.60
04/30/08 DUPLICATING 639 COPIES 04/30                       127.80

           EXPENSES INCURRED......................    $3,366.02


           INVOICE TOTAL                             $3,366.02


       GRAND TOTAL DUE COZEN O'CONNOR
           AS OF THE ABOVE DATE                      $3,366.02
```

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    May 14, 2008     PAGE   6
FILE NUMBER: 220718.000
INVOICE NO.: 589726
```

*Fees and costs are due upon receipt of bill*