

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

August 7, 2008

SHAPES/ARCH HOLDINGS

RE:  SHAPES/ARCH HOLDINGS/BANKRUPTCY

OUR FILE NO.:  220718.000

FEES FOR PROFESSIONAL SERVICES:      $183,973.00
EXPENSES INCURRED:                     $3,899.48
TOTAL AMOUNT OF INVOICE NO: 599838    $187,872.48

```
*--------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS             FEES
S. A. BLOCH                      550.00   11.60          6380.00
M.E. FELGER                      525.00  159.20         83580.00
D. REYES                         195.00   44.00          8580.00
J.N. POSLUSNY, JR.               375.00  126.70         47512.50
P. FONTAINE                      430.00   51.80         22274.00
M. MILLIS                        185.00    7.70          1424.50
K.M. SMITH                       100.00    1.40           140.00
J.S. REYNOLDS                    315.00    1.70           535.50
JH UNHOCH                        275.00   43.90         12072.50
A. CALDWELL                      220.00    6.70          1474.00
                       TOTALS            454.70        183973.00
```

```
SPECIAL COPY                            299.96
FEDERAL EXPRESS                         744.42
FILING FEES                             300.00
MISCELLANEOUS                             2.00
LUNCHEON MEETING                         25.68
SECRETARIAL OVERTIME                    422.64
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008    PAGE    2
FILE NUMBER: 220718.000
INVOICE NO.: 599838

    COURIER SERVICE                              391.02
    DUPLICATING                                  651.40
    TRAVEL & MEALS SUBJECT TO I.R.S. LIMITATIONS ON    58.96
    LONG DISTANCE TELEPHONE                      202.88
    FAX CHARGES                                    5.00
    SPECIAL COPY                                 105.00
    ON LINE RESEARCH                             608.08
    TRAVEL RELATED EXPENSES                       82.44

            EXPENSES INCURRED          $3,899.48


            GRAND TOTAL               $187,872.48
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:        599838
File/Matter No:  220718.000
Amount Due:      187,872.48

Please remit check payable to COZEN O'CONNOR to:

          W1385
          Cozen O'Connor
          P.O. Box 7777
          Philadelphia, PA 19175-0775

Please send wire transfers to:

          Account Name:    Cozen O'Connor Executive Account
          Account No:      2953925
          Bank Name:       Mellon Bank
          Bank ABA No:     031000037
          Bank Address:    1735 Market Street
                     :     Philadelphia, PA 19103
          Swift Code*:     MELNUS3P
          * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

INVOICE NO.: 599838                    INVOICE DATE: Aug  7, 2008

09273.0001.000 SHAPES/ARCH HOLDINGS
220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY

| DATE | ATTY | DESCRIPTION OF SERVICES | | HOURS |
|------|------|-------------------------|------|-------|
| DATE | | DESCRIPTION  OF SERVICES | CODE | HOURS |

ASSET DISPOSTION

| DATE | ATTY | DESCRIPTION | CODE | HOURS |
|------|------|-------------|------|-------|
| 05/28/08 | SAB | REVIEW BRODSIDE CONFIDENTIALITY AGREEMENT | BKG102 | 0.20 |
| 05/28/08 | SAB | REVIEW KPS CONFIDENTIALITY AGREEMENT AND MULTIPLE E-MAILS | BKG102 | 0.30 |
| 05/28/08 | SAB | REVIEW AUDAX CONFIDENTIALITY AGREEMENT | BKG102 | 0.10 |
| 05/28/08 | SAB | REVIEW GREY MOUNTAIN CONFIDENTIALITY AGREEMENT | BKG102 | 0.20 |
| 07/30/08 | KMS | OBTAINED, COMPLETED AND SUBMITTED THE APPLICATIONS FOR CERTIFICATES OF OCCUPANCY AND ZONING COMPLIANCE LETTERS FOR 8600 RIVER ROAD, 9000 RIVER ROAD AND 1777 HYLTON ROAD. | BKG102 | 0.40 |

TOTAL ASSET DISPOSTION                          1.20      $480.00

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                         Aug  7, 2008      PAGE    5
FILE NUMBER: 220718.000
INVOICE NO.: 599838

              CASE ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| 07/01/08 | JNP | REVIEW/EDIT CRITICAL DATE MEMO DRAFTED BY D. REYES. | BKG104 | 0.20 |
| 07/01/08 | D R | UPDATE CRITICAL DATES MEMO. | BKG104 | 1.00 |
| 07/01/08 | JNP | TELEPHONE CALL WITH COURT RE: ADJUSTMENT TO CALENDAR. | BKG104 | 0.10 |
| 07/01/08 | MEF | DRAFT STIPULATED ORDER RE: ARROWOOD BALLOT/CLAIM | BKG104 | 0.70 |
| 07/01/08 | JNP | EMAIL TO E. GANC RE: STATUS OF PENDING MATTERS. | BKG104 | 0.20 |
| 07/02/08 | MEF | DRAFT AND REVISE OZBOLT AFFIDAVIT | BKG104 | 0.80 |
| 07/02/08 | MEF | REVIEW AND REVISE PLAN VOTING REPORT AND DECLARATION | BKG104 | 0.30 |
| 07/03/08 | D R | REVIEW/REVISE AGENDA. | BKG104 | 0.30 |
| 07/03/08 | D R | PREPARE AGENDA FOR JULY 8 HEARING. | BKG104 | 2.50 |
| 07/03/08 | JNP | MEETING WITH D. REYES RE: FILINGS. | BKG104 | 0.20 |
| 07/03/08 | AC | UPDATE REGARDING STATUS. | BKG104 | 0.30 |
| 07/03/08 | JNP | EDIT AGENDA FOR JULY 8 HEARING. | BKG104 | 0.40 |
| 07/07/08 | JNP | EDIT AMENDED AGENDA. | BKG104 | 0.20 |
| 07/07/08 | JNP | MEETING WITH D. REYES RE: REVISED AGENDA. | BKG104 | 0.20 |
| 07/07/08 | JNP | EMAIL EPIQ RE: DOCUMENT SERVICE. | BKG104 | 0.10 |
| 07/07/08 | JNP | TELEPHONE CALL WITH COURT RE: MATTERS ON CALENDAR. | BKG104 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008      PAGE   6
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 07/07/08 | MEF | REVIEW AND REVISE AGENDA NOTICE | BKG104 | 0.20 |
| 07/07/08 | MEF | MEMOS TO REYES AND POSLUSNY RE: AGENDA AND HEARING ISSUES | BKG104 | 0.30 |
| 07/07/08 | JNP | CALL TO COURT RE: SCHEDULING ISSUES. | BKG104 | 0.20 |
| 07/07/08 | D R | PREPARE AMENDED AGENDA FOR 7/08/08 HEARING AND EFILING/SERVICE OF SAME. | BKG104 | 0.60 |
| 07/07/08 | D R | CONFERENCE WITH J. POSLUSNY RE: AGENDA ISSUES. | BKG104 | 0.20 |
| 07/07/08 | D R | REVIEW REPORT RE: HEARING. | BKG104 | 0.20 |
| 07/08/08 | D R | FOLLOW UP WITH ISSUES ON EPIQ. | BKG104 | 0.30 |
| 07/08/08 | JNP | TELEPHONE CALL WITH J. SHAPIRO RE: CASE STATUS. | BKG104 | 0.10 |
| 07/08/08 | D R | PREPARATION OF 7/15 AGENDA NOTICE AND CRITICAL DATES; REVIEW DOCKET RE: FILING OF RESPONSE/OBJECTIONS. | BKG104 | 1.20 |
| 07/08/08 | JNP | REVIEW/EDIT CRITICAL DATES MEMO. | BKG104 | 0.20 |
| 07/10/08 | JNP | MEETING WITH D. REYES RE: AMENDED AGENDA; OPERATION ISSUES. | BKG104 | 0.20 |
| 07/10/08 | D R | UPDATE AGENDA. | BKG104 | 0.30 |
| 07/11/08 | D R | PREPARE NOTICE OF AGENDA FOR 7/15 HEARING; EFILING AND SERVICE OF SAME. | BKG104 | 0.80 |
| 07/11/08 | D R | PREPARE AGENDA. | BKG104 | 0.20 |
| 07/11/08 | JNP | EMAIL M. FELGER RE: STATUS OF CASE DEADLINES. | BKG104 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                     Aug  7, 2008     PAGE    7
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/14/08 JNP    MEETING WITH D. REYES RE: AMENDED      BKG104    0.20
                AGENDA.

07/14/08 JNP    TELEPHONE CALL TO COURT RE:            BKG104    0.10
                CONFIRMATION HEARING.

07/14/08 JNP    EDIT AMENDED AGENDA.                   BKG104    0.20

07/14/08 D R    PREPARATION OF AMENDED AGENDA.         BKG104    0.50

07/14/08 D R    PREPARE, EFILING AND SERVICE OF        BKG104    0.40
                AMENDED AGENDA.

07/15/08 SAB    TELEPHONE CALL WITH SGRABELL           BKG104    0.40
                REGARDING VARIOUS BUSINESS ISSUES

07/15/08 D R    PREPARE, EFILING AND SERVICE OF JULY   BKG104    0.50
                17 AGENDA.

07/15/08 JNP    REVIEW AGENDA FOR 7/17 HEARING         BKG104    0.20
                PREPARED BY D. REYES.

07/16/08 JNP    TELEPHONE CALL TO COURT RE:            BKG104    0.10
                SCHEDULING.

07/16/08 JNP    TELEPHONE CALL WITH COURT RE:          BKG104    0.20
                HEARING SCHEDULE.

07/17/08 MM     OBTAIN COPY OF COURT'S DOCKET.         BKG104    0.20

07/17/08 JNP    TELEPHONE CALL WITH COURT RE:          BKG104    0.10
                SCHEDULING.

07/17/08 D R    EFILING OF CERTIFICATE OF CONSENT      BKG104    0.30
                FOR PPG MOTION AND EMAILING OF
                CONSENT ORDER TO CHAMBERS.

07/18/08 D R    PREPARE AGENDA FOR 7/22 HEARING.       BKG104    0.30
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008     PAGE    8
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/18/08 D R    PREPARE/EFILING OF EPIQ AFFIDAVIT OF    BKG104    0.20
                SERVICE RE: TRANSFER OF CLAIMS.

07/18/08 SAB    E-MAILS REGARDING INSURANCE             BKG104    0.20

07/24/08 SAB    TELEPHONE CALL WITH SGRABELL            BKG104    0.40
                REGARDING BUSINESS OPERATIONS

07/24/08 JNP    MEETING WITH D. REYES RE: PENDING       BKG104    0.30
                MOTIONS.

07/24/08 JNP    TELEPHONE CALL WITH CHAMBERS RE:        BKG104    0.20
                PENDING MOTIONS.

07/24/08 JNP    EMAIL M. FELGER RE: STATUS OF           BKG104    0.10
                HEARINGS FOR 7/28.

07/24/08 JNP    EMAIL FROM M. FELGER RE: OPEN ITEMS.    BKG104    0.10

07/24/08 D R    PREPARE DOCUMENTS FOR JULY 28           BKG104    0.30
                HEARING.

07/24/08 JNP    TELEPHONE CALL WITH D. GOLLIN RE:       BKG104    0.20
                CASE STATUS.

07/24/08 D R    CONFERENCE WITH J. POSLUSNY RE:         BKG104    0.30
                CLAIMS OBJECTION/CONFIRMATION ISSUES.

07/25/08 MEF    MEMOS TO INSURERS RE: 7/28 HEARING      BKG104    0.20
                (2)

07/25/08 D R    TELEPHONE CALLS FROM CREDITORS (X3)     BKG104    0.30
                RE: STATUS OF CASE/CONFIRMATION.

07/25/08 MEF    MEMOS TO D. REYES RE: ORDER, HEARING    BKG104    0.20
                AND ADMINISTRATIVE ISSUES
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE   9
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| Date | | Description | | |
|---|---|---|---|---|
| 07/25/08 | D R | PREPARE AND SUBMIT CONSENT ORDER RE: JOINT DEFENSE GROUP TO CHAMBERS; PREPARE/EFILING OF CERTIFICATE OF CONSENT. | BKG104 | 1.00 |
| 07/25/08 | MEF | REVIEW EPA SETTLEMENT AGREEMENT AND MEMO TO PARTIES RE: CLEAN UP | BKG104 | 0.80 |
| 07/28/08 | MEF | MEMOS TO FILE RE: ADMINISTRATIVE MATTERS (5) | BKG104 | 0.30 |
| 07/28/08 | MEF | REVIEW MEMO RE: PREFERENCE ACTIONS (2) | BKG104 | 0.20 |
| 07/28/08 | MEF | TELEPHONE CONFERENCE WITH P. LEWIS RE: DISCRIMINATION CLAIM AND RETENTION ISSUE | BKG104 | 0.30 |
| 07/29/08 | MEF | MEMOS TO H. KONIKOV RE: PREFERENCE CONFERENCE (3) | BKG104 | 0.20 |
| 07/29/08 | MEF | MEMOS TO K. MCKENNA RE: ENVIRONMENTAL SETTLEMENTS (3) | BKG104 | 0.20 |
| 07/29/08 | D R | RETRIEVE INFORMATION FOR K. MCKENNA RE: PENNSAUKEN SETTLEMENT. | BKG104 | 0.20 |
| 07/29/08 | MEF | MEMOS TO COUNSEL RE: EPA SETTLEMENT (5) | BKG104 | 0.30 |
| 07/29/08 | MEF | REVISE 9019 MOTION RE: EPA SETTLEMENT | BKG104 | 1.50 |
| 07/31/08 | MEF | MEMOS TO FILE RE: 1099 FORMS | BKG104 | 0.30 |
| 07/31/08 | MEF | MEMOS TO PARTIES RE: EPA SETTLEMENT | BKG104 | 0.20 |
| 07/31/08 | MEF | NUMEROUS MEMOS RE: TAX APPEAL AND RELATED ISSUES | BKG104 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  10
FILE NUMBER: 220718.000
INVOICE NO.: 599838

    TOTAL CASE ADMINISTRATION                          25.30    $8531.00

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008    PAGE  11
FILE NUMBER: 220718.000
INVOICE NO.: 599838

        CLAIMS ADMINISTRATION AND OBJECTIONS

07/01/08 JNP   REVIEW C-E OBJECTION TO CONTRIBUTION    BKG105    0.20
               CLAIM MOTION.

07/01/08 JNP   REVIEW OBJECTION OF SL TO MOTION TO     BKG105    0.20
               EXPUNGE CLAIM.

07/01/08 JNP   READ/REPLY TO EMAIL FROM J. STRONG      BKG105    0.10
               RE: ZYMOTIC CLAIM.

07/01/08 MEF   TELEPHONE CONFERENCE WITH P. LEWIS      BKG105    0.20
               RE: DISCRIMINATION CLAIM

07/01/08 JNP   READ/REPLY TO EMAIL FROM J. WINTER      BKG105    0.10
               RE: SETTLEMENT OF PPG ADMINISTRATIVE
               CLAIM.

07/01/08 JNP   REVIEW METAL MANAGEMENT                 BKG105    0.10
               ADMINISTRATIVE CLAIM AND EMAIL J.
               JACOBY RE: SAME.

07/01/08 JNP   TELEPHONE CALL WITH P. SORENSEN RE:     BKG105    0.50
               PPG ADMINISTRATIVE CLAIM SETTLEMENT.

07/01/08 JHU   CONVERSATION WITH J. POSLUSNY RE:       BKG105    0.20
               SECTION 503(B)(9).

07/01/08 JHU   RESEARCHED SECTION 503(B)(9) RULE       BKG105    2.20
               FOR COUNTING OF 20 DAYS.

07/01/08 JHU   CONVERSATION WITH J. POSLUSNY RE:       BKG105    0.20
               OBJECTIONS TO RUSAL AND ALCOA
               ADMINISTRATIVE CLAIMS.

07/01/08 JNP   TELEPHONE CALLS WITH J. UNHOCH (X3)     BKG105    0.50
               RE: 503(B)(9) CLAIM OBJECTIONS.

07/01/08 JHU   REVIEWED RUSAL'S INVOICES, PROOF OF     BKG105    1.20
               CLAIM AND JP MORGAN WIRES.
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008      PAGE  12
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 07/01/08 | JHU | DRAFTED EMAIL TO J. POSLUSNY RE: COUNTING OF 20 DAYS FOR SECTION 503(B)(9) RULE. | BKG105 | 0.40 |
| 07/02/08 | MEF | REVIEW ADMINISTRATIVE CLAIM REGISTER | BKG105 | 0.30 |
| 07/02/08 | JHU | CONVERSATION WITH J. POSLUSNY RE: OBJECTIONS TO PERFECT TRADE AND MEDALCO ADMINISTRATIVE CLAIMS. | BKG105 | 0.20 |
| 07/02/08 | JHU | CONVERSATION WITH M. JACOBY RE: ISSUES WITH RUSAL'S INVOICES AND WIRES. | BKG105 | 0.20 |
| 07/02/08 | JHU | RESEARCHED APPLICABLE AUTHORITY AND BEGAN DRAFTING OBJECTION TO RUSAL AND ALCOA'S ADMINISTRATIVE CLAIMS | BKG105 | 6.40 |
| 07/02/08 | JHU | CONVERSATION WITH J. POSLUSNY RE: ISSUES WITH RUSAL'S INVOICES AND WIRES. | BKG105 | 0.20 |
| 07/02/08 | JHU | DRAFTED EMAIL TO J. POSLUSNY AND M. JACOBY RE: ISSUES WITH RUSAL'S INVOICES AND WIRES. | BKG105 | 0.30 |
| 07/02/08 | JHU | CONVERSATION WITH J. POSLUSNY RE: MATCHING RUSAL'S INVOICES WITH WIRES. | BKG105 | 0.20 |
| 07/02/08 | JHU | EMAILS EXCHANGED WITH J. POSLUSNY RE: CLAIMS OF ALCOA, PERFECT TRADE AND MEDALCO. | BKG105 | 0.20 |
| 07/02/08 | JNP | EMAIL FORM J. UNHOCH RE: RUSAL CLAIM OBJECTION. | BKG105 | 0.10 |
| 07/02/08 | JNP | REVIEW EMAILS BETWEEN R. MUNIN AND PERFECT TRADE RE:503(B)(9) CLAIM. | BKG105 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

SHAPES/ARCH HOLDINGS                                 Aug  7, 2008      PAGE  13
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| Date | Attorney | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 07/02/08 | JNP | TELEPHONE CALL WITH M. JACOBY RE: OBJECTION TO PERFECT TRADE 503(B)(9) CLAIM. | BKG105 | 0.10 |
| 07/02/08 | JNP | TELEPHONE CALL WITH J. UNHOCH RE: MEDALCO AND PERFECT TRADE OBJECTION. | BKG105 | 0.10 |
| 07/02/08 | JNP | TELEPHONE CALL WITH J. UNHOCH RE: RUSAL CLAIM OBJECTION. | BKG105 | 0.20 |
| 07/03/08 | JNP | REVIEW PSEG ADMINISTRATIVE CLAIM AND EMAIL S. KLAR RE: SAME. | BKG105 | 0.20 |
| 07/03/08 | JHU | COMPLETED OBJECTION TO ALCOA'S ADMINISTRATIVE CLAIM | BKG105 | 1.40 |
| 07/03/08 | JHU | REVIEWED MEDALCO'S ADMINISTRATIVE PROOF OF CLAIM AND DRAFTED OBJECTION. | BKG105 | 2.80 |
| 07/03/08 | JHU | SEVERAL EMAILS EXCHANGED WITH J. POSLUSNY RE: STATUS OF CLAIMS OBJECTIONS. | BKG105 | 0.20 |
| 07/03/08 | MEF | REVIEW AND RESPOND TO MEMO TO MCNEIL RE: TEAMSTER CLAIMS | BKG105 | 0.20 |
| 07/07/08 | JNP | TELEPHONE CALL WITH J. UNHOCH RE: RUSAL AND ALCOA OBJECTIONS TO CLAIMS. | BKG105 | 0.20 |
| 07/07/08 | JHU | COMPLETED DRAFTING RUSAL OBJECTION AND FORWARDED TO J. POSLUSNY | BKG105 | 2.10 |
| 07/07/08 | JHU | EMAIL SENT TO M. JACOBY RE: PERFECT TRADE OBJECTION. | BKG105 | 0.20 |
| 07/07/08 | JNP | REVIEW BIL - RAY RESPONSE TO CLAIM OBJECTION. | BKG105 | 0.10 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE  14
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/07/08 | JNP | TELEPHONE CALL WITH J. UNHOCH RE: PERFECT TRADE CLAIM OBJECTIONS. | BKG105 | 0.20 |
| 07/07/08 | JNP | TELEPHONE CALL WITH D. HIXSON RE: OBJECTION TO AIG DUPLICATION CLAIM. | BKG105 | 0.10 |
| 07/07/08 | JNP | REVIEW/EDIT OBJECTION TO RUSAL ADMINISTRATIVE CLAIM DRAFTED BY J. UNHOCH. | BKG105 | 1.00 |
| 07/07/08 | MEF | REVIEW AND REVISE OBJECTION TO RUSAL ADMINISTRATIVE CLAIM | BKG105 | 0.40 |
| 07/07/08 | JNP | RESEARCH RE: ISSUES FOR RUSAL AND ALCOA OBJECTIONS. | BKG105 | 0.30 |
| 07/07/08 | JHU | REVIEWED CRAFT DECISION AND RESTATEMENT SECTION 258 AND 259. | BKG105 | 0.60 |
| 07/07/08 | JHU | BEGAN DRAFTING PERFECT TRADE OBJECTION. | BKG105 | 2.00 |
| 07/07/08 | JNP | TELEPHONE CALL WITH J. UNHOCH RE: RUSAL AND PERFECT TRADE OBJECTIONS. | BKG105 | 0.20 |
| 07/07/08 | JHU | FORWARDED ALCOA OBJECTION AND MEDALCO OBJECTION TO J. POSLUSNY | BKG105 | 0.20 |
| 07/07/08 | JHU | REVIEWED EMAIL AND SPREADSHEET FROM M. JACOBY RE: RUSAL INVOICES AND WIRES. | BKG105 | 0.30 |
| 07/07/08 | JHU | CONVERSATION WITH J. POSLUSNY RE: CRAFT DECISION. | BKG105 | 0.20 |
| 07/07/08 | JHU | EMAILS EXCHANGED WITH MARK FELGER RE: FILING OF 503(B)(9) OBJECTIONS. | BKG105 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                         Aug  7, 2008    PAGE  15
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/08/08 JNP    TELEPHONE CALL WITH J. UNHOCH RE:      BKG105    0.30
                PERFECT TRADE OBJECTIONS.

07/08/08 MEF    REVISE CLAIM OBJECTION                 BKG105    0.30

07/08/08 MEF    MEMOS TO M. JACOBY RE: CLAIM ISSUES    BKG105    0.30
                (3)

07/08/08 JNP    REVIEW REVISED RUSAL OBJECTION TO      BKG105    0.20
                ADMINISTRATIVE CLAIM FROM M. FELGER.

07/08/08 JHU    CONVERSATION WITH J. POSLUSNY RE:      BKG105    0.20
                PARTIAL RECLASSIFICATION

07/08/08 JHU    REVIEWED REVISIONS TO RUSAL OBJECTION  BKG105    0.30

07/08/08 JHU    EMAILS EXCHANGED WITH M. JACOBY RE:    BKG105    0.30
                GGS AND CENTURY RELATIONSHIP

07/08/08 JHU    REVISED ALCOA OBJECTION.               BKG105    0.80

07/09/08 D R    PREPARE/EFILING OF CERTIFICATE OF NO   BKG105    0.30
                OBJECTION TO TEAMSTERS CLAIMS
                MOTION; EMAILING OF ORDER TO
                CHAMBERS.

07/09/08 D R    RESPOND TO SEVERAL CREDITOR QUERIES    BKG105    0.30
                RE: NOTICE OF CLAIMS DEADLINE.

07/09/08 JNP    TELEPHONE CALL WITH J. DREW RE:        BKG105    0.20
                GLENCORE CLAIM OBJECTION.

07/09/08 JNP    EDIT ALCON STIPULATION; EMAIL D.       BKG105    0.10
                HIXSON RE: SAME.

07/10/08 JNP    EMAIL E. GANC RE: GLENCORE CLAIM       BKG105    0.10
                OBJECTION.
```

*Fees and costs are due upon receipt of bill*

## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  16
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/10/08 | JNP | REVIEW GRABELL AND SORENSEN CLAIMS; READ/REPLY TO EMAIL FROM M. JACOBY RE: SAME. | BKG105 | 0.20 |
| 07/10/08 | JHU | CONVERSATION WITH J. POSLUSNY RE: REVISIONS MADE TO ALCOA AND MEDALCO. | BKG105 | 0.30 |
| 07/10/08 | JHU | EMAILS EXCHANGED WITH J. POSLUSNY RE: DATE OF CONFIRMATION HEARING | BKG105 | 0.20 |
| 07/10/08 | JHU | REVISED MEDALCO OBJECTION. | BKG105 | 2.50 |
| 07/11/08 | JHU | EMAILS EXCHANGED WITH J. POSLUSNY RE: STATUS OF OBJECTIONS. | BKG105 | 0.20 |
| 07/11/08 | JHU | COMPLETED DRAFTING THE PERFECT TRADE OBJECTION TO INCLUDE GGS AND CENTURY RELATIONSHIP | BKG105 | 4.20 |
| 07/11/08 | JHU | CONVERSATION WITH J. POSLUSNY RE: PERFECT TRADE OBJECTION | BKG105 | 0.20 |
| 07/11/08 | JNP | EDIT OBJECTION TO ALCOA 503(B)(9) CLAIM. | BKG105 | 0.20 |
| 07/11/08 | JNP | TELEPHONE CALL WITH J. UNHOCH RE: PERFECT TRADE OBJECTION. | BKG105 | 0.20 |
| 07/14/08 | JNP | EDIT OBJECTION TO MEDALCO 503(B)(9) CLAIM DRAFTED BY J. UNHOCH. | BKG105 | 0.20 |
| 07/14/08 | JNP | EMAIL J. WINTER RE: PPG SETTLEMENT. | BKG105 | 0.10 |
| 07/14/08 | JNP | EMAIL FROM L. ZACK AND TO P. SORENSEN RE: PECO OUTSTANDING CHARGES. | BKG105 | 0.10 |
| 07/14/08 | JNP | EDIT OBJECTION TO PERFECT TRADE 503(B)(9) CLAIM DRAFTED BY J. UNHOCH. | BKG105 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008    PAGE  17
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/14/08 | D R | RESPOND TO TELEPHONE CALL FROM CREDITOR RECE9IVING NOTICE RE; CLAIMS. | BKG105 | 0.20 |
| 07/15/08 | JNP | TELEPHONE CALL WITH J. GIBBONS RE: MOTION TO EXPUNGE UNDER 502(E)(1)(B). | BKG105 | 0.20 |
| 07/15/08 | JNP | REVIEW NJDEP CLAIM AND EMAIL M. FELGER AND P. FONTAINE RE: SAME. | BKG105 | 0.20 |
| 07/15/08 | JNP | REVIEW OFFICE BASICS CLAIMS, EMAIL TO AND TELEPHONE CALL WITH A. HENRY RE: SAME. | BKG105 | 0.30 |
| 07/15/08 | JNP | EMAIL E. GANC RE: GLENCORE CLAIM OBJECTION. | BKG105 | 0.10 |
| 07/15/08 | JNP | READ/REPLY TO EMAILS FROM J. DREW RE: GLENCORE CLAIM OBJECTION. | BKG105 | 0.10 |
| 07/16/08 | JHU | EXCHANGED EMAILS WITH J. POSLUSNY RE: STATUS OF CONFIRMATION HEARING AND OBJECTIONS TO CLAIMS. | BKG105 | 0.20 |
| 07/16/08 | D R | PREPARE CERTIFICATE OF CONSENT RE: PPG MOTION. | BKG105 | 0.30 |
| 07/17/08 | MEF | MEMOS TO CLIENT RE: WORKERS' COMPENSATION ISSUES (2) | BKG105 | 0.20 |
| 07/17/08 | JHU | EMAILS EXCHANGED WITH J. POSLUSNY RE: PERFECT TRADE OBJECTION. | BKG105 | 0.20 |
| 07/17/08 | MEF | TELEPHONE CONFERENCE WITH BRODY AND PARTIES RE: WORKERS' COMPENSATION ISSUES | BKG105 | 0.20 |
| 07/17/08 | MEF | REVIEW MEMOS RE: PENNSYLVANIA TAX CLAIM | BKG105 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008     PAGE  18
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/18/08 MEF    CONFERENCE CALL WITH HIG, AON AND      BKG105    0.60
                CLIENT RE: INSURANCE/WORKERS
                COMPENSATION ISSUES

07/18/08 JHU    DRAFTED ARGUMENT SECTION TO PERFECT    BKG105    1.80
                TRADE OBJECTION AND MADE REVISIONS.

07/18/08 JHU    REVIEWED M. FELGER'S REVISIONS TO      BKG105    0.30
                PERFECT TRADE OBJECTION.

07/18/08 D R    FOLLOW UP WITH ISSUES ON CLAIMS        BKG105    0.20
                OBJECTIONS.

07/18/08 JHU    EMAILS EXCHANGED WITH J. POSLUSNY      BKG105    0.20
                RE: PERFECT TRADE OBJECTION.

07/18/08 JHU    REVIEWED CASE LAW RE: SHIPPING TERMS   BKG105    1.60

07/19/08 JNP    READ/REPLY TO EMAIL FROM J. UNHOCH     BKG105    0.10
                RE: PERFECT TRADE CLAIM OBJECTION.

07/20/08 JNP    REVIEW MEDALCO CLAIM OBJECTION;        BKG105    0.20
                EMAIL J. UNHOCH RE: SAME.

07/21/08 JHU    EMAIL TO AND CALL PLACED TO M.         BKG105    0.20
                JACOBY RE: SHIPPING TERMS.

07/21/08 JHU    CONVERSATION WITH M. JACOBY RE:        BKG105    0.20
                SHIPPING TERMS.

07/21/08 JHU    PREPARED SPREADSHEET FOR MEDALCO       BKG105    0.80
                CLAIM, EXHIBIT LIST AND RECEIVING
                REPORT.

07/21/08 JNP    MEETING WITH D. REYES RE: RUSAL AND    BKG105    0.20
                ALCOA.

07/21/08 JNP    REVIEW ORDER ON PPG MOTION; EMAIL J.   BKG105    0.10
                WINTER RE: SAME.

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  19
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 07/21/08 | JNP | TELEPHONE CALL WITH J. UNHOCH RE: MEDALCO & PERFECT TRADE CLAIM OBJECTIONS. | BKG105 | 0.20 |
| 07/21/08 | JNP | EDIT ALCOA AND RUSAL CLAIM OBJECTIONS. | BKG105 | 0.30 |
| 07/21/08 | D R | FOLLOW UP RE: ISSUES ON CLAIMS OBJECTIONS. | BKG105 | 0.20 |
| 07/21/08 | D R | CONTINUE PREPARATION OF NOTICE OF MOTIONS AND ORDERS FOR FOUR MOTIONS OBJECTING TO CLAIMS. | BKG105 | 1.80 |
| 07/21/08 | D R | PREPARE/EFILING OF OBJECTIONS TO CLAIMS OF RUSAL AND ALCOA AND COORDINATE SERVICE OF SAME. | BKG105 | 1.30 |
| 07/21/08 | D R | PREPARE NOTICE/ORDER ON CLAIMS OBJECTIONS. | BKG105 | 0.20 |
| 07/21/08 | JNP | REVIEW TENNESSEE DEPARTMENT OF REVENUE RESPONSE TO CLAIM OBJECTION. | BKG105 | 0.10 |
| 07/21/08 | JHU | EMAILS EXCHANGED WITH J. POSLUSNY RE: EXHIBITS TO MEDALCO OBJECTION. | BKG105 | 0.20 |
| 07/21/08 | JHU | CONVERSATION WITH J. POSLUSNY RE: SHIPPING TERMS. | BKG105 | 0.20 |
| 07/21/08 | JHU | EMAILS EXCHANGED WITH J. POSLUSNY RE: EXHIBITS TO PERFECT TRADE OBJECTION | BKG105 | 0.20 |
| 07/21/08 | JHU | PREPARED SPREADSHEET FOR PERFECT TRADE CLAIM, EXHIBIT LIST AND CARGO FORWARDING RECEIPTS. | BKG105 | 0.50 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008    PAGE  20
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/22/08 JNP   REVIEW CASE LAW FOR 502(E)(1)(B)      BKG105    0.70
               OBJECTION.

07/22/08 D R   COORDINATE SERVICE OF OBJECTION TO    BKG105    0.60
               RUSAL/ALCOA CLAIMS VIA EMAIL AND
               REGULAR MAIL; PREPARE LETTER TO
               ALCOA AND RUSAL SERVING SAME.

07/22/08 JHU   CONVERSATION WITH R. MUNIN RE:        BKG105    0.30
               SHIPPING PRACTICES.

07/22/08 JHU   EMAIL MESSAGES SENT AND CALL PLACED   BKG105    0.20
               TO R. MUNIN.

07/23/08 JNP   TELEPHONE CALL WITH J. UNHOCH (X2)    BKG105    0.40
               RE: PERFECT TRADE CLAIM OBJECTION.

07/23/08 JNP   LETTER FROM K. KLEPPINGER RE:         BKG105    0.10
               AMERICAN EXPRESS ADMINISTRATIVE
               CLAIMS.

07/23/08 MEF   REVIEW OBJECTIONS TO TEAMSTERS CLAIM  BKG105    0.20

07/23/08 JNP   EMAIL G. HANKEL RE: TENNESSEE TAX     BKG105    0.10
               CLAIM.

07/23/08 JHU   REVIEWED SHIPPING CASE LAW RE:        BKG105    3.30
               BAILMENT RELATIONSHIPS AND
               CONSTRUCTIVE POSSESSION.

07/23/08 MEF   MEMOS TO CLIENT RE: POOL CLAIM        BKG105    0.30

07/23/08 JNP   LETTER AND ATTACHMENTS FROM R.        BKG105    0.20
               MCNEILL RE: PENSION PLAN CLAIM;
               EMAIL WITH M. FELGER RE: SAME.

07/23/08 D R   CONFERENCE WITH J. POSLUSNY RE:       BKG105    0.20
               CLAIMS OBJECTIONS.
```

*Fees and costs are due upon receipt of bill*





# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  21
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/23/08 JHU    REVIEWED CARGO FORWARDING RECEIPTS      BKG105   0.30
                FROM EVERGREEN LINES FOR ALL ULTRA
                SHIPMENTS

07/23/08 JHU    EMAILS EXCHANGED WITH M. FELGER RE:     BKG105   0.20
                PT SHIPMENTS TO ULTRA AND FOB TERMS.

07/23/08 JHU    SEVERAL CONVERSATIONS WITH J.           BKG105   0.30
                POSLUSNY RE: PT OBJECTION AND
                RECLAMATION CLAIMS.

07/24/08 MEF    MEMO TO G. CHACON RE: WITHDRAWAL OF     BKG105   0.10
                CLAIM

07/24/08 JNP    EMAIL FROM J. UNHOCH RE: PERFECT        BKG105   0.10
                TRADE OBJECTION.

07/24/08 MEF    MEMO TO CLIENT RE: AMEX ISSUE           BKG105   0.10

07/24/08 D R    PREPARE ORDER ON OMNIBUS OBJECTION      BKG105   1.20
                TO CLAIMS.

07/24/08 JHU    DRAFTED ANALYSIS OF CASE LAW.           BKG105   0.50

07/24/08 JNP    REVIEW ORDER FOR DUPLICATE CLAIMS.      BKG105   0.10

07/24/08 D R    PREPARE AMENDED NOTICES FOR ALOCAL      BKG105   0.50
                AND RUSAL CLAIMS OBJECTIONS AND
                SERVICE OF SAME.

07/24/08 JHU    EMAILS EXCHANGED WITH M. FELGER AND     BKG105   0.20
                J. POSLUSNY RE: RESULTS OF RESEARCH

07/25/08 D R    TELEPHONE CALL FROM CREDITOR RE:        BKG105   0.20
                ISSUES RE: ADMINISTRATIVE CLAIM
                FILING.

07/25/08 D R    PREPARE/EFILING OF CERTIFICATE OF       BKG105   0.60
                SERVICE FOR CLAIMS OBJECTIONS.
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                    Aug  7, 2008    PAGE  22
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 07/25/08 | MEF | REVIEW LIQUIDATY SOLUTIONS CLAIMS AND MEMO TO CLIENT RE: SAME | BKG105 | 0.30 |
| 07/28/08 | JNP | EMAIL FROM J. UNHOCH RE: PERFECT TRADE AND MEDALCO CLAIMS. | BKG105 | 0.10 |
| 07/28/08 | JHU | DOWNLOADED ALL FILED OBJECTIONS AND EXHIBITS. | BKG105 | 0.20 |
| 07/28/08 | JHU | EMAILS EXCHANGED WITH M. FELGER RE: PT CLAIM. | BKG105 | 0.20 |
| 07/28/08 | D R | FOLLOW UP RE: WITHDRAWAL OF CLAIM BY NJ. | BKG105 | 0.20 |
| 07/28/08 | JHU | EMAILS TO J. POSLUSNY RE: PERFECT TRADE STATUS. | BKG105 | 0.10 |
| 07/28/08 | MEF | REVIEW SCHEDULE RE: CLAIM ISSUES | BKG105 | 0.20 |
| 07/28/08 | MEF | MEMOS TO CLIENT RE: CLAIM ISSUES (3) | BKG105 | 0.30 |
| 07/28/08 | D R | PREPARE/SUBMIT ORDER TO CHAMBERS RE: DUPLICATE CLAIMS. | BKG105 | 0.50 |
| 07/29/08 | D R | REVIEW CLAIM REGISTER OF CLAIMS FILED WITH COURT AND COMPARE WITH EPIQ TO INSURE LISTING; EMAIL TO EPIQ WITH VARIOUS CLAIMS AND WITHDRAWALS OF CLAIMS. | BKG105 | 1.20 |
| 07/29/08 | JHU | EXCHANGED EMAILS WITH M. FELGER RE: PERFECT TRADE OBJECTION | BKG105 | 0.20 |
| 07/31/08 | MEF | TELEPHONE CONFERENCE WITH O. KLEIN RE: UNPAID REAL ESTATE TAXES | BKG105 | 0.20 |

TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS                        69.10   $20397.50


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                     Aug  7, 2008     PAGE   23
FILE NUMBER: 220718.000
INVOICE NO.: 599838

            FEE/EMPLOYMENT APPLICATIONS

07/01/08 JNP   EMAIL J. WINTER RE: PPG           BKG107     0.10
               ADMINISTRATIVE CLAIM MOTION.

07/01/08 JNP   TELEPHONE CALL TO J. WINTER RE:   BKG107     0.10
               RESPONSE TO PPG ADMINISTRATIVE CLAIM
               MOTION.

07/03/08 D R   PREPARE EFILING OF CERTIFICATE OF NO   BKG107   0.40
               OBJECTION TO COZEN O'CONNOR AND
               PHOENIX FEE STATEMENTS.

07/06/08 JNP   DRAFT 2ND SUPPLEMENTAL FOR CO     BKG107     0.40
               RETENTION.

07/08/08 JNP   EDIT 2ND SUPPLEMENTAL AFFIDAVIT FOR   BKG107   0.20
               COZEN O'CONNOR RETENTION.

07/08/08 D R   FOLLOW UP WITH FEES FOR ORDINARY   BKG107   0.30
               COURSE PROFESSIONALS.

07/09/08 JNP   REVIEW POTENTIAL CENTURY CONFLICT   BKG107   0.20
               ISSUE.

07/09/08 JNP   READ/REPLY TO EMAIL FROM J. WINTER   BKG107   0.10
               RE: PPG ADMINISTRATIVE CLAIM MOTION.

07/09/08 MEF   REVIEW COMMITTEE FEE APPLICATIONS   BKG107   0.50
               AND MEMO TO CLIENT RE: SAME

07/09/08 MEF   REVISE SECOND SUPPLEMENTAL AFFIDAVIT   BKG107   0.30

07/09/08 MEF   MEMO TO J. KULBACK RE: RETENTION   BKG107   0.20
               ISSUE

07/09/08 MEF   REVIEW AND REVISE PHOENIX FEE     BKG107     0.20
               APPLICATION

07/09/08 MEF   REVISE JUNE FEE STATEMENT         BKG107     0.40
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA·19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008      PAGE   24
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/10/08 MEF    MEMOS TO POSLUSNY RE: FEE STATEMENT    BKG107    0.20

07/10/08 D R    PREPARATION OF COZEN O'CONNOR JUNE     BKG107    1.50
                2008 FEE STATEMENT.

07/10/08 D R    REVIEW OF EPIQ INVOICES.               BKG107    0.60

07/10/08 D R    FOLLOW UP ON FEE STATEMENT ISSUES.     BKG107    0.30

07/10/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG107    0.10
                MONTHLY FEE STATEMENT.

07/10/08 JNP    EDIT 6/08 MONTHLY FEE REQUEST.         BKG107    0.20

07/10/08 JNP    EDIT PPG ADMINISTRATIVE CLAIM ORDER;   BKG107    0.30
                EMAIL J. WINTER RE: SAME.

07/11/08 JNP    REVIEW PHOENIX FEE STATEMENT; EMAIL    BKG107    0.20
                M. JACOBY WITH COMMENTS.

07/11/08 D R    PREPARE/EFILNG AND SERVICE OF JUNE     BKG107    0.80
                FEE STATEMENT FOR COZEN O'CONNOR AND
                PHOENIX.

07/14/08 D R    PREPARE/EFILING OF SECOND              BKG107    0.20
                SUPPLEMENTAL AFFIDAVIT OF COZEN
                RETENTION.

07/15/08 MEF    MEMOS TO PROFESSIONALS RE: FEE ESCROW  BKG107    0.20

07/18/08 D R    PREPARE/EFILING OF                     BKG107    0.20
                AFFIDAVIT/QUESTIONNAIRE OF OCB
                PROFESSIONAL-BALLARD SPAHR.

07/22/08 D R    COORDINATE SERVICE OF                  BKG107    0.40
                AFFIDAVIT/QUESTIONNAIRE AND INVOICES
                OF ORDINARY COURSE PROFESSIONAL
                (BALLARD SPAHR; UPDATE LISTING OF
                OCB PROFESSIONAL INFORMATION.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                           Aug  7, 2008    PAGE  25
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/25/08 MEF   TELEPHONE CONFERENCE WITH K. MCKENNA   BKG107   0.30
               RE: FEE APPLICATION AND SETTLEMENT
               AGREEMENT

07/25/08 D R   TELEPHONE CALL FROM K. MCKENNA RE:     BKG107   0.20
               RETENTION ISSUES.

07/25/08 MEF   REVIEW MCKENNA CERTIFICATION AND       BKG107   0.30
               MEMO RE: SAME

07/29/08 MEF   REVIEW MCKENNA CERTIFICATION           BKG107   0.20

07/29/08 D R   TELEPHONE CALL FROM K. MCKENNA RE:     BKG107   0.20
               ORDINARY COURSE RETENTION.

07/30/08 D R   PREPARE/EFILING OF                     BKG107   0.30
               AFFIDAVIT/QUESTIONNAIRE FOR
               RETENTION OF K. MCKENNA; COORDINATE
               SERVICE OF AFFIDAVIT AND INVOICES.

07/30/08 D R   FOLLOW UP WITH K. MCKENNA RE:          BKG107   0.20
               ORDINARY COURSE RETENTION.

07/30/08 MEF   MEMOS TO PROFESSIONALS RE: ESCROW      BKG107   0.20
               ISSUES (5)

07/30/08 MEF   MEMOS TO COMMITTEE RE: EXPENSE         BKG107   0.20
               REIMBURSEMENT

        TOTAL FEE/EMPLOYMENT APPLICATIONS                    10.70   $3484.50
```

*Fees and costs are due upon receipt of bill*

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                         Aug  7, 2008    PAGE   26
FILE NUMBER: 220718.000
INVOICE NO.: 599838

            FINANCING

05/09/08 SAB    UCC ISSUES; CONFERENCE WITH JSCHERER    BKG109    0.10

07/16/08 MEF    REVIEW DIP AGREEMENTS RE: DEADLINES      BKG109    0.30

07/16/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY      BKG109    0.30
                RE: FINANCING ISSUES RELATING TO
                EXTENSION

07/24/08 SAB    E-MAILS REGARDING CIT EXTENSION          BKG109    0.30

07/24/08 MEF    MEMO TO CIT AND ARCH RE: EXTENSION       BKG109    0.20
                OF CIT FINANCING (2)

07/24/08 SAB    REVIEW SHAPES EXTENSION REQUEST          BKG109    0.10
                LETTER

07/24/08 JSR    DRAFT LETTER TO CIT REQUESTING           BKG109    0.50
                EXTENSION OF TIME UNDER THE LOAN
                AGREEMENT AND DISTRIBUTING SAME

07/25/08 MEF    REVIEW EXTENSION LETTERS RE: CIT         BKG109    0.20

07/25/08 SAB    E-MAILS REGARDING CIT EXTENSION          BKG109    0.10

07/25/08 JSR    EMAILS TO AND FROM C. ROSENBLEETH AT     BKG109    0.20
                STRADLEY RE: EXTENSION.

07/25/08 SAB    CONFERENCE WITH JSCHERER REGARDING       BKG109    0.10
                CIT EXTENSION

07/28/08 JSR    DISTRIBUTION OF LETTER FOR SIGNATURE     BKG109    0.20
                AND INSTRUCTION TO CLIENT

07/28/08 JSR    RECEIPT AND REVIEW OF CIT                BKG109    0.20
                ACKNOWLEDGEMENT TO EXTENSION

07/28/08 MEF    REVIEW LETTER RE: CIT EXTENSION          BKG109    0.10
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008    PAGE  27
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/29/08 JSR    FOLLOW UP WITH P. SORENSEN REGARDING    BKG109    0.10
                EXECUTION OF CIT EXTENSION LETTER

07/29/08 MEF    REVIEW CIT EXTENSION LETTER             BKG109    0.10

07/29/08 SAB    E-MAILS REGARDING CIT EXTENSION         BKG109    0.20

07/29/08 JSR    DISTRIBUTION OF SAME TO STRADLEY AND    BKG109    0.10
                CIT

07/30/08 MEF    CONFERENCE CALL WITH BRODY AND          BKG109    0.40
                SCHARMETT RE: CLOSING AND L/C ISSUES

07/31/08 JSR    EMAILS TO AND FROM LENDERS REGARDING    BKG109    0.40
                EXTENSION OF MATURITY DATE UNTIL
                AUGUST 8. 2008

        TOTAL FINANCING                                           4.20   $1870.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug 7, 2008      PAGE   28
FILE NUMBER: 220718.000
INVOICE NO.: 599838

          PLAN AND DISCLOSURE STATEMENT

05/09/08 SAB   REVIEW PLAN                            BKG113    0.70

07/01/08 JNP   DRAFT S. GARABELL CERTIFICATION FOR    BKG113    0.60
               CONFIRMATION.

07/01/08 JNP   CONFERENCE CALL WITH INSURERS RE:      BKG113    0.80
               POTENTIAL SETTLEMENTS WITH EPA AND
               PENNSAUKEN.

07/01/08 JNP   TELEPHONE CALL WITH EPA, S. BEZARK     BKG113    0.80
               AND K. MCKENNA RE: SETTLEMENT OF EPA
               CLAIM.

07/01/08 JNP   TELEPHONE CALL WITH K. MCKENNA RE:     BKG113    0.20
               PREPARE FOR EPA CALL.

07/01/08 JNP   TELEPHONE CALL WITH S. BEZARK RE:      BKG113    0.10
               PREPARE FOR EPA CALL.

07/01/08 JNP   CONFERENCE CALL WITH M. FELGER, M.     BKG113    2.40
               JACOBY, S. GRABELL, P. SORENSEN RE:
               CONFIRMATION ISSUES.

07/01/08 MEF   OUTLINE MODIFICATION TO PLAN           BKG113    0.40

07/01/08 MEF   TELEPHONE CONFERENCE WITH J. FLYNN     BKG113    0.20
               RE: ARROWOOD CLAIM

07/01/08 MEF   REVIEW COMMENTS FROM VARIOUS PARTIES   BKG113    0.50
               TO PLAN

07/01/08 JNP   REVIEW OBJECTIONS TO CONFIRMATION.     BKG113    0.60

07/01/08 MEF   MEMOS TO H. COHEN RE: PPL CURE         BKG113    0.30
               ISSUES (4)

07/01/08 JNP   TELEPHONE CALL WITH K., MCKENNA RE:    BKG113    0.40
               ENVIRONMENTAL ISSUES FOR PLAN.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE   29
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/01/08 MEF     CONFERENCE CALL WITH SHAPES TEAM AND     BKG113     0.80
                 INSURERS RE: STATUS OF NEGOTIATIONS
                 WITH EPA, DEP AND PENNSAUKEN
                 PLAINTIFF

07/01/08 MEF     MEMO TO G. CHACON RE: NEW JERSEY         BKG113     0.20
                 PLAN OBJECTION STATUS

07/01/08 MEF     CONFERENCE CALL WITH K. MCKENNA, T.      BKG113     0.50
                 GARVEY, J. GAREMORE AND J. CARNEY
                 RE: POSSIBLE SETTLEMENT OF
                 PENNSAUKEN LITIGATION

07/01/08 MEF     CONFERENCE CALL WITH BRODY, BEZARK       BKG113     0.50
                 AND POSLUSNY RE: PLAN ISSUES/STRATEGY

07/01/08 MEF     CONFERENCE CALL WITH BRODY AND           BKG113     0.30
                 POLLACK RE: SL INDUSTRIES PLAN ISSUES

07/01/08 MEF     REVIEW PLAN VOTING SUMMARY AND MEMOS     BKG113     0.50
                 TO EPIQ AND POSLUSNY RE: SAME (3)

07/01/08 JNP     TELEPHONE CALL WITH M. FELGER RE:        BKG113     0.70
                 PLAN ISSUES.

07/01/08 MEF     TELEPHONE CONFERENCE WITH B. LENNON      BKG113     0.20
                 RE: ARGONAUT ISSUES

07/01/08 MEF     TELEPHONE CONFERENCES WITH POSLUSNY      BKG113     0.70
                 (4) RE: PLAN ISSUES AND PREPARATION

07/01/08 MEF     REVISE PLAN/AFFIDAVIT                    BKG113     0.50

07/01/08 MEF     MEMOS TO GAREMORE RE: EXTENSION OF       BKG113     0.20
                 DEADLINE


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE   30
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/01/08 MEF    CONFERENCE CALL WITH GRABELL,         BKG113    2.30
                SORENSEN, JACOBY AND POSLUSNY RE:
                PREPARATION FOR 7/8 CONFIRMATION
                HEARING

07/01/08 JNP    EMAIL FROM D. FRANKEL RE: PROPOSED     BKG113    0.10
                DISCHARGE INJUNCTION LANGUAGE.

07/01/08 MEF    MEMOS TO COMMITTEE RE: PLAN ISSUES     BKG113    0.30
                (3)

07/01/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG113    0.60
                ENVIRONMENTAL ISSUES.

07/01/08 D R    PREPARE CHART OUTLINING OBJECTIONS     BKG113    1.30
                TO CONFIRMATION.

07/01/08 JNP    TELEPHONE CALL WITH M. FELGER RE:      BKG113    0.40
                PLAN ISSUES.

07/02/08 MEF    REVIEW OBJECTIONS TO SCHEDULE 8.1 OF   BKG113    0.20
                PLAN

07/02/08 MEF    MEMOS TO COMMITTEE RE: PLAN ISSUES     BKG113    0.30
                (3)

07/02/08 MEF    MEMOS TO CLIENT AND HIG RE: PLAN       BKG113    0.30
                MODIFICATION

07/02/08 MEF    DRAFT AND REVISE VICTOR AFFIDAVIT      BKG113    0.80

07/02/08 MEF    TELEPHONE CONFERENCE WITH S. VICTOR    BKG113    0.30
                RE: COMMENTS TO AFFIDAVIT

07/02/08 MEF    MEMOS TO J. FLYNN RE: CLAIM            BKG113    0.20
                WITHDRAWAL

07/02/08 MEF    MEMO TO BRODY RE: AFFIDAVIT            BKG113    0.20

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008     PAGE  31
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/02/08 MEF    DRAFT AND REVISE PLAN MODIFICATION    BKG113    1.50

07/02/08 MEF    DRAFT AND REVIEW STIPULATED ORDER     BKG113    0.50
                RE: ARROWOOD

07/02/08 MEF    MEMO TO STATE OF NEW JERSEY RE: PLAN  BKG113    0.20
                OBJECTION ISSUES

07/02/08 MEF    REVIEW OBJECTION TO CONFIRMATION      BKG113    0.40

07/02/08 MEF    TELEPHONE CONFERENCE WITH J.          BKG113    0.30
                GAREMORE RE: BALLOT AND PLAN
                OBJECTION DEADLINE

07/02/08 MEF    TELEPHONE CONFERENCES WITH J.         BKG113    0.60
                POSLUSNY RE: PLAN ISSUES/STRATEGY
                AND STATUS OF SETTLEMENT DISCUSSIONS
                (3)

07/02/08 MEF    TELEPHONE CONFERENCE WITH COUNSEL     BKG113    0.30
                FOR CCMUA RE: OBJECTION TO PLAN
                CONFIRMATION

07/02/08 MEF    REVIEW EMERGENCE FUNDING SPREADSHEET  BKG113    0.40
                AND MEMOS TO JACOBY RE: SAME (4)

07/02/08 MEF    CONFERENCE CALL WITH FONTAINE,        BKG113    0.40
                GRABELL AND BLOCH RE: ISRA STATUS

07/02/08 MEF    MEMOS TO CLIENT RE: 7/8 HEARING       BKG113    0.30
                ISSUES AND PREPARATION (3)

07/02/08 MEF    REVIEW LAW RE: 1127 OF 3019 ISSUES    BKG113    0.50

07/02/08 MEF    MEMOS TO EPIQ RE: EXTENSION OF        BKG113    0.30
                BALLOT DEADLINE (3)

07/02/08 MEF    REVIEW DOCUMENTS AND PLEADINGS RE:    BKG113    0.50
                PLAN MODIFICATION
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE   32
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/02/08 MEF    REVIEW AND REVISE GRABELL AFFIDAVIT    BKG113    0.30
                FOR CONFIRMATION

07/02/08 MEF    REVIEW AND PROVIDE COMMENTS TO ISRA    BKG113    0.30
                CERTIFICATION

07/02/08 JNP    CONFERENCE CALL WITH EPA RE:           BKG113    0.60
                SETTLEMENT OF PLAN ISSUES.

07/02/08 JNP    EMAILS FROM M. FELGER AND P.           BKG113    0.10
                FONTAINE RE: ISRA ISSUES.

07/02/08 JNP    TELEPHONE CALL WITH K. MCKENNA.        BKG113    0.50

07/02/08 JNP    READ/REPLY TO EMAIL FROM D. FRANKEL.   BKG113    0.10

07/02/08 JNP    CONFERENCE WITH INSURERS RE:           BKG113    0.40
                ENVIRONMENTAL ISSUES.

07/02/08 JNP    REVIEW DRAFT MODIFICATION TO PLAN.     BKG113    0.30

07/02/08 JNP    DRAFT CERTIFICATIONS OF S. GRABELL     BKG113    4.80
                AND M. JACOBY FOR CONFIRMATION.

07/02/08 JNP    REVIEW REVISED BALLOT CERTIFICATE      BKG113    0.20
                FROM EPIQ.

07/02/08 JNP    REVIEW S. VICTOR CERTIFICATION FOR     BKG113    0.20
                CONFIRMATION.

07/02/08 JNP    REVIEW NATIONWIDE OBJECTION TO         BKG113    0.20
                CONTRACT ASSUMPTION.

07/02/08 JNP    REVIEW FUNDING ESTIMATES FROM M.       BKG113    0.10
                JACOBY.

07/02/08 JNP    CONFERENCE CALL PART OF CALL WITH P.   BKG113    0.30
                FONTAINE, S. BLOCK AND S. GRABELL
                RE: ISRA ISSUES.
```

*Fees and costs are due upon receipt of bill*



## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008    PAGE  33
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/02/08 JNP    REVIEW REVISED VOTING REPORT FROM      BKG113    0.10
                EPIQ.

07/02/08 JNP    CONFERENCE CALL WITH P. FONTAINE AND   BKG113    0.50
                S. BEZARK RE: ISRA ISSUES.

07/02/08 JNP    CONFERENCE CALL WITH P. FONTAINE, S.   BKG113    0.70
                BEZARK AND DEP RE: ISRA ISSUES.

07/02/08 JNP    TELEPHONE CALL WITH M. FELGER RE:      BKG113    1.00
                PLAN ISSUES.

07/02/08 JNP    REVIEW EPIQ CERTIFICATE OF BALLOTING.  BKG113    0.20

07/02/08 JNP    EMAIL EPIQ RE: COMMENTS TO BALLOT      BKG113    0.10
                CERTIFICATE.

07/03/08 JNP    REVIEW EDITS TO S. GRABELL             BKG113    0.20
                CERTIFICATION FOR CONFIRMATION.

07/03/08 JNP    CONFERENCE CALL WITH HIG RE: PLAN      BKG113    0.60
                ISSUES.

07/03/08 JNP    REVIEW/EDIT REVISED AGENDA FOR JULY    BKG113    0.20
                8 HEARING.

07/03/08 JNP    TELEPHONE CALL WITH M. FELGER RE:      BKG113    0.30
                PLAN ISSUES.

07/03/08 JNP    EMAIL FROM P. FONTAINE RE: ISRA        BKG113    0.10
                ISSUES.

07/03/08 JNP    TELEPHONE CALL WITH M. FLEGER RE:      BKG113    0.20
                MODIFIED SCHEDULE 8.1.

07/03/08 JNP    DRAFT MODIFIED NOTICE OF SCHEDULE      BKG113    0.30
                8.1.

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008      PAGE  34
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| | | | | |
|---|---|---|---|---|
| 07/03/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: PLAN ISSUES. | BKG113 | 0.50 |
| 07/03/08 | JNP | TELEPHONE CALL WITH M. FELGER AND CHAMBERS RE: SCHEDULING. | BKG113 | 0.20 |
| 07/03/08 | JNP | TELEPHONE CALL WITH M. CHENEY RE: PLAN ISSUES WITH INSURERS. | BKG113 | 0.30 |
| 07/03/08 | D R | PREPARE/EFILING AND SERVICE OF DECLARATIONS OF EPIQ AND J. SCOTT VICTOR AND STIPULATED ORDER. | BKG113 | 0.80 |
| 07/03/08 | JNP | DRAFT GRABELL CERTIFICATION FOR CONFIRMATION. | BKG113 | 0.70 |
| 07/03/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: ENVIRONMENTAL ISSUES. | BKG113 | 0.20 |
| 07/03/08 | JNP | CONFERENCE CALL WITH K. MCKENNA, S. BEZARK AND EPA RE: SETTLEMENT OF ENVIRONMENTAL ISSUES. | BKG113 | 0.70 |
| 07/03/08 | JNP | EDIT ARROWOOD ORDER. | BKG113 | 0.30 |
| 07/03/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: JDG STAY MOTION ISSUES. | BKG113 | 0.30 |
| 07/03/08 | JNP | DRAFT JACOBY CERTIFICATION FOR CONFIRMATION. | BKG113 | 1.20 |
| 07/03/08 | MM | ASSIST WITH PREPARATION FOR CONFIRMATION HEARING. | BKG113 | 2.00 |
| 07/03/08 | D R | FILING AND SERVICE VIA OVERNIGHT AND EMAIL OF REVISED SCHEDULE 8.1 TO PLAN. | BKG113 | 0.70 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE   35
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/03/08 D R    CONFERENCE WITH J. POSLUSNY RE:      BKG113    0.20
                RESPONSE TO JOINT DEFENSE GROUP
                MOTION AND FILING OF SCHEDULE 8.1.

07/03/08 D R    RETRIEVE INFORMATION FOR J. POSLUSNY  BKG113    0.20
                RE: DECLARATIONS FOR EPIQ.

07/03/08 D R    RETRIEVE INFORMATION FOR J. POSLUSNY  BKG113    0.90
                RE: OBJECTIONS TO CONFIRMATION AND
                TO SCHEDULE 8.1.

07/03/08 MEF    TELEPHONE CONFERENCE WITH H. COHEN    BKG113    0.20
                RE: CONFIRMATION ISSUES

07/03/08 MEF    MEMOS TO GAREMORE RE: EXTENSION (2)   BKG113    0.30

07/03/08 MEF    MEMOS TO G. CHACON RE: STATUS OF      BKG113    0.20
                STATE OF NEW JERSEY PLAN OBJECTION

07/03/08 D R    CONFERENCE WITH J. POSLUSNY AND M.    BKG113    0.30
                FELGER RE: PLAN ISSUES.

07/03/08 D R    CONFERENCE WITH J. POSLUSNY RE: PLAN  BKG113    0.20
                ISSUES.

07/03/08 MEF    TELEPHONE CONFERENCE WITH J.          BKG113    0.60
                POSLUSNY RE: NUMEROUS PLAN
                ISSUES/STRATEGY (3)

07/03/08 MEF    CONFERENCE CALL WITH BEZARK,          BKG113    0.80
                FONTAINE, MCKENNA, ET AL RE: PLAN
                STRATEGY AND ENVIRONMENTAL ISSUES

07/03/08 MEF    MEMOS TO P. PATTERSON RE:             BKG113    0.20
                CONFIRMATION HEARING ISSUES (2)

07/03/08 MEF    CONFERENCE CALL WITH HALPERN,         BKG113    0.60
                LIEBERMAN AND KATZ RE: CONFIRMATION
                ISSUES
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008    PAGE  36
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/03/08 | MEF | TELEPHONE CONFERENCE WITH M. JACOBY (2) RE: EMERGENCE FUNDING ANALYSIS | BKG113 | 0.30 |
| 07/03/08 | MEF | MEMOS TO J. FLYNN RE: STIPULATED ORDER (3) | BKG113 | 0.20 |
| 07/03/08 | MEF | REVIEW EMERGENCE FUNDING SPREADSHEET | BKG113 | 0.30 |
| 07/03/08 | MEF | CONFERENCE CALL WITH BEZARK AND BRODY RE: PLAN STRATEGY ISSUES | BKG113 | 0.50 |
| 07/03/08 | MEF | REVISE AND FILE NOTICE OF MODIFICATION TO SCHEDULE 8.1 | BKG113 | 0.30 |
| 07/03/08 | MEF | REVIEW NUMEROUS OBJECTIONS TO SECTION 502 (E) MOTION | BKG113 | 0.40 |
| 07/03/08 | MEF | MEMOS TO SHAPES TEAM RE: PLAN AFFIDAVITS (3) | BKG113 | 0.20 |
| 07/03/08 | MEF | REVIEW AND REVISE AGENDA NOTICE | BKG113 | 0.30 |
| 07/03/08 | MEF | REVISE PLAN MODIFICATION AND FORWARD TO COMMITTEE | BKG113 | 0.40 |
| 07/03/08 | MEF | REVIEW AND FILE EPIQ DECLARATION | BKG113 | 0.20 |
| 07/03/08 | MEF | REVISE AND FILE VICTOR DECLARATION | BKG113 | 0.20 |
| 07/03/08 | MEF | REVISE GRABELL DECLARATION | BKG113 | 0.40 |
| 07/03/08 | SAB | REVIEW GRABELL PLAN AFFIDAVIT | BKG113 | 0.40 |
| 07/06/08 | SAB | REVIEW AND COMMENT ON SGRABELL CERTIFICATE | BKG113 | 0.50 |
| 07/06/08 | SAB | REVIEW MJACOBY CERTIFICATE | BKG113 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008     PAGE  37
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/06/08 MEF    MEMOS TO CLIENT RE: AFFIDAVITS AND      BKG113    0.20
                PLAN ISSUES

07/06/08 MEF    TELEPHONE CONFERENCE WITH K. MCKENNA    BKG113    0.30
                RE: SETTLEMENT STATUS AND HEARING
                ADJOURNMENT

07/06/08 MEF    MEMOS TO BRODY RE: PLAN ISSUES (3)      BKG113    0.30

07/06/08 JNP    RESEARCH RE: ISSUES FOR CONFIRMATION.   BKG113    1.30

07/06/08 MEF    REVIEW CASE LAW RE: PLAN AND 502 (E)    BKG113    1.00
                OBJECTIONS

07/06/08 MM     ASSIST WITH PREPARATION FOR            BKG113    5.50
                CONFIRMATION HEARING.

07/06/08 JNP    MEETING WITH M. FELGER RE:             BKG113    6.60
                CONFIRMATION ISSUES.

07/06/08 JNP    DRAFT JACOBY CERTIFICATION FOR         BKG113    0.50
                CONFIRMATION.

07/06/08 MEF    REVIEW 8.1 SCHEDULE OBJECTIONS AND     BKG113    0.50
                CONFIRMATION OBJECTIONS

07/06/08 MEF    REVIEW AND REVISE PLAN MODIFICATION    BKG113    1.30

07/06/08 MEF    REVISE JACOBY AFFIDAVIT                BKG113    0.50

07/06/08 MEF    REVISE GRABELL AFFIDAVIT               BKG113    0.30

07/06/08 MEF    MEETING WITH POSLUSNY RE: PLAN         BKG113    1.00
                CONFIRMATION ISSUES AND STRATEGY

07/06/08 MEF    MEMOS TO P. SORENSEN RE: 8.1           BKG113    0.20
                SCHEDULE OBJECTIONS


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE   38
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/06/08 | MEF | MEMOS TO JACOBY RE EMERGENCE FUNDING AND AFFIDAVIT | BKG113 | 0.20 |
| 07/07/08 | MEF | REVIEW LAW RE: RETIREE BENEFITS | BKG113 | 0.30 |
| 07/07/08 | MEF | MEMO TO P. LEWIS RE: RETIREE BENEFITS | BKG113 | 0.10 |
| 07/07/08 | MEF | REVISE GRABELL AND JACOBY DECLARATIONS | BKG113 | 1.00 |
| 07/07/08 | MEF | MEMOS TO G. CHACON RE: OBJECTION TO CONFIRMATION (3) | BKG113 | 0.20 |
| 07/07/08 | MEF | MEMO TO H. COHEN RE: ADJOURNMENT | BKG113 | 0.20 |
| 07/07/08 | JNP | TELEPHONE CALL WITH EPA RE: SETTLEMENT. | BKG113 | 0.30 |
| 07/07/08 | MEF | MEMOS TO GAREMORE RE: EXTENSION (3) | BKG113 | 0.30 |
| 07/07/08 | MEF | MEMOS TO PARTIES RE: ADJOURNMENT OF CONFIRMATION HEARING | BKG113 | 0.40 |
| 07/07/08 | MEF | MEMO TO R. POLLACK RE: ADJOURNMENT | BKG113 | 0.10 |
| 07/07/08 | MEF | CONFERENCE CALL WITH BRODY, BEZARK, MCKENNA, POSLUSNY AND GRABELL RE: CONFIRMATION HEARING ADJOURNMENT AND SETTLEMENT OF ENVIRONMENTAL CLAIMS | BKG113 | 0.70 |
| 07/07/08 | MEF | TELEPHONE CONFERENCE WITH J. GAREMORE RE: HEARING AND EXTENSION FOR OBJECTIONS | BKG113 | 0.20 |
| 07/07/08 | MEF | TELEPHONE CONFERENCE WITH J. SHAPIRO RE CONFIRMATION HEARING | BKG113 | 0.20 |
| 07/07/08 | JNP | TELEPHONE CALL WITH D. FRANKEL RE: EPA PLAN ISSUES. | BKG113 | 0.40 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           Aug  7, 2008      PAGE   39
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/07/08 MEF    REVIEW DEP CONSENT ORDER                    BKG113    0.30

07/07/08 JNP    DRAFT MOTION TO APPROVE SETTLEMENTS         BKG113    0.90
                WITH EPA, DEP AND PENNSAUKEN.

07/07/08 JNP    EMAIL M. FELGER RE: STATUS OF EPA           BKG113    0.10
                AND PENNSAUKEN SETTLEMENTS.

07/07/08 MEF    REVIEW AND REVISE DRAFT CONFIRMATION        BKG113    1.20
                ORDER

07/07/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:          BKG113    0.20
                ENVIRONMENTAL ISSUES IN PLAN.

07/07/08 MEF    CONFERENCE CALL WITH GRABELL AND            BKG113    0.80
                JACOBY RE: CONFIRMATION AFFIDAVITS

07/07/08 MEF    TELEPHONE CONFERENCE WITH PLAN              BKG113    0.20
                OBJECTOR RE OBJECTION TO SCHEDULE 8.1

07/07/08 MEF    MEMO TO COMMITTEE RE: HEARING AND           BKG113    0.20
                EXTENSION (3)

07/07/08 JNP    TELEPHONE CALL WITH EPA RE:                 BKG113    0.40
                SETTLEMENT OF EPA PLAN ISSUES.

07/07/08 JNP    CONFERENCE CALL WITH HIG RE: PLAN           BKG113    0.60
                ISSUES.

07/07/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:          BKG113    0.20
                EPA SETTLEMENT OF PLAN ISSUES.

07/07/08 JNP    EMAIL M. FELGER RE: STATUS OF               BKG113    0.10
                NEGOTIATIONS WITH EPA.

07/07/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:          BKG113    0.30
                ENVIRONMENTAL ISSUES FOR PLAN.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008     PAGE   40
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 07/07/08 | MEF | TELEPHONE CONFERENCE WITH P. FONTAINE RE: DEP SETTLEMENT | BKG113 | 0.20 |
| 07/07/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: UPDATE ON EPA AND PENNSAUKEN NEGOTIATIONS. | BKG113 | 0.20 |
| 07/07/08 | JNP | EMAIL FROM/TO M. CHENEY RE: INSURERS' PLAN ISSUES. | BKG113 | 0.20 |
| 07/08/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: EPA SETTLEMENT. | BKG113 | 0.10 |
| 07/08/08 | JNP | EMAIL FROM M. CHENEY RE: SETTLEMENT WITH INSURERS. | BKG113 | 0.20 |
| 07/08/08 | MEF | CONFERENCE CALL WITH BEZARK AND BRODY RE: PENNSAUKEN SETTLEMENT | BKG113 | 0.30 |
| 07/08/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: ENVIRONMENTAL SETTLEMENTS FOR PLAN. | BKG113 | 0.30 |
| 07/08/08 | MEF | REVIEW AND REVISE PLAN MODIFICATION | BKG113 | 1.00 |
| 07/08/08 | MEF | MEMOS TO COMMITTEE RE: PLAN STATUS (3) | BKG113 | 0.30 |
| 07/08/08 | JNP | DRAFT MOTION TO APPROVE ENVIRONMENTAL SETTLEMENTS. | BKG113 | 1.90 |
| 07/08/08 | MEF | REVIEW AND REVISE GRABELL DECLARATION | BKG113 | 0.30 |
| 07/08/08 | MEF | REVIEW AND REVISE DRAFT CONFIRMATION ORDER | BKG113 | 0.50 |
| 07/08/08 | JNP | EMAIL AND TELEPHONE CALL D. FRANKEL RE: SETTLEMENT WITH EPA. | BKG113 | 0.10 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  41
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/08/08 JNP    CONFERENCE CALL WITH M. FELGER, P.    BKG113    0.70
                FONTAINE, S. BEZARK, A. BRODY AND K.
                MCKENNA RE: ENVIRONMENTAL ISSUES FOR
                CONFIRMATION.

07/08/08 JNP    CONFERENCE CALL WITH M. FELGER, S.    BKG113    0.60
                GRABELL, S. BEZARK AND K. MCKENNA
                RE: PENNSAUKEN SETTLEMENT LETTER.

07/08/08 JNP    REVIEW PROPOSED PENNSAUKEN            BKG113    0.40
                SETTLEMENT.

07/08/08 MEF    MEMOS TO K. MCKENNA RE: PENNSAUKEN    BKG113    0.40
                ISSUE (4)

07/08/08 MEF    MEMO TO G. CHACON RE: WITHDRAWAL OF   BKG113    0.20
                PLAN OBJECTION

07/08/08 MEF    MEMOS TO J. POSLUSNY AND D. REYES     BKG113    0.80
                RE: PLAN CONFIRMATION AND HEARING
                ISSUES (10)

07/08/08 MEF    REVIEW EPA AND INSURERS COMMENTS TO   BKG113    0.50
                PLAN

07/08/08 MEF    CONFERENCE CALL WITH BEZARK, BRODY,   BKG113    0.70
                FONTAINE, GRABELL, MCKENNA RE:
                UPDATE ON NEGOTIATIONS WITH EPA, DEP
                AND PENNSAUKEN PLAINTIFF

07/08/08 MEF    CONFERENCE CALL WITH BEZARK, BRODY,   BKG113    0.60
                GRABELL AND MCKENNA RE: JDG MOTION
                AND OFFER TO PENNSAUKEN PLAINTIFF

07/08/08 MEF    MEMOS TO J. GAREMORE RE: EXTENSION    BKG113    0.20
                (2)

07/08/08 MEF    TELEPHONE CONFERENCE WITH J.          BKG113    0.20
                GAREMORE RE: EXTENSION OF DEADLINE


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008    PAGE  42
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/08/08 MEF    MEMOS TO BRODY RE: PLAN DECLARATIONS    BKG113    0.30
                (3)

07/08/08 D R    FOLLOWING UP RE: VOTING MATERIALS       BKG113    0.30
                SERVICE.

07/08/08 MEF    TELEPHONE CONFERENCE WITH GRABELL       BKG113    0.30
                AND WILLIAMS RE: GED ISSUES

07/08/08 MEF    REVIEW AND REVISE SETTLEMENT LETTER     BKG113    0.30
                TO CARNEY

07/08/08 MEF    TELEPHONE CONFERENCE WITH S. GRABELL    BKG113    0.20
                RE: ENVIRONMENTAL SETTLEMENT ISSUES

07/08/08 D R    PREPARE/EFILING OF THREE AFFIDAVITS     BKG113    0.50
                OF SERVICE FROM EPIQ RE:
                SOLICITATION PACKAGES.

07/09/08 JNP    TELEPHONE CALL WITH M. CHENEY RE:       BKG113    0.30
                SETTLEMENT WITH INSURERS.

07/09/08 JNP    RESEARCH/DRAFT MOTION TO APPROVE        BKG113    2.10
                ENVIRONMENTAL LITIGATION.

07/09/08 JNP    REVIEW REVISED MODIFICATION TO PLAN.    BKG113    0.50

07/09/08 JNP    TELEPHONE CALL WITH M. FELGER RE:       BKG113    0.60
                PLAN CONFIRMATION ISSUES.

07/09/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:      BKG113    0.20
                PENNSAUKEN SETTLEMENT.

07/09/08 JNP    REVIEW DRAFT SETTLEMENT LETTER TO       BKG113    0.20
                PENNSAUKEN.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                       Aug  7, 2008    PAGE  43
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/09/08 JNP    CONFERENCE CALL WITH M. FELGER, S.     BKG113    0.70
                GRABELL, G. HARRIS, S. BEZARK, A.
                BRODY AND K. MCKENNA RE:
                ENVIRONMENTAL ISSUES IN PLAN.

07/09/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG113    0.20
                PENNSAUKEN SETTLEMENT.

07/09/08 MEF    TELEPHONE CONFERENCE WITH A. SIEGEL    BKG113    0.20
                RE: NATIONAL CITY OBJECTION

07/09/08 MEF    MEMOS TO COMMITTEE RE: PLAN            BKG113    0.30
                STATUS/ISSUES (4)

07/09/08 MEF    MEMOS TO J. GAREMORE RE: EXTENSION     BKG113    0.30
                OF DEADLINES (2)

07/09/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY    BKG113    0.30
                RE PLAN ISSUES

07/09/08 MEF    MEMO TO GRABELL AND JACOBY RE: PLAN    BKG113    0.10
                DECLARATIONS (2)

07/09/08 MEF    MEMOS TO PARTIES RE: PLAN              BKG113    0.50
                MODIFICATIONS (5)

07/09/08 MEF    TELEPHONE CONFERENCE WITH R. POLLACK   BKG113    0.40
                RE CONFIRMATION ISSUES

07/09/08 MEF    REVISE PLAN MODIFICATION               BKG113    0.60

07/09/08 MEF    MEMOS TO P. FONTAINE RE: DEP           BKG113    0.20
                SETTLEMENT (3)

07/09/08 MEF    TELEPHONE CONFERENCE WITH J. GIBBONS   BKG113    0.40
                RE: OBJECTION AND SETTLEMENT ISSUES

07/09/08 MEF    TELEPHONE CONFERENCE WITH G. HARRIS    BKG113    0.30
                RE: COVERAGE ISSUES
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                         Aug  7, 2008     PAGE  44
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/09/08 MEF    CONFERENCE WITH FONTAINE, MCKENNA,    BKG113    0.80
                BEZARK, BRODY, GRABELL, HARRIS RE:
                PENNSAUKEN SETTLEMENT ISSUES

07/09/08 MEF    TELEPHONE CONFERENCE WITH K. MCKENNA  BKG113    0.30
                AND H. COHEN RE: EPA SETTLEMENT
                ISSUES

07/09/08 MEF    TELEPHONE CONFERENCES WITH J.         BKG113    0.40
                POSLUSNY RE: PLAN MODIFICATION AND
                9019 MOTION (2)

07/09/08 MEF    MEMOS TO PARTIES RE: CONFIRMATION     BKG113    0.20
                HEARING

07/09/08 MEF    TELEPHONE CONFERENCES WITH S.         BKG113    0.30
                GRABELL RE: CASE STATUS (2)

07/09/08 MEF    MEMOS TO PARTIES RE: PENNSAUKEN       BKG113    0.30
                SETTLEMENT LETTER

07/09/08 MEF    MEMO TO G. CHACON RE: PLAN OBJECTION  BKG113    0.10

07/09/08 MEF    REVISE CONFIRMATION ORDER            BKG113    0.40

07/10/08 MEF    REVIEW COMMENTS FROM SL RE: PLAN      BKG113    0.20
                MODIFICATION

07/10/08 MEF    MEMO TO J. GAREMORE RE: EXTENSION     BKG113    0.20

07/10/08 MEF    REVIEW REVISED SPREADSHEET FOR        BKG113    0.20
                JACOBY DECLARATION

07/10/08 MEF    CONFERENCE CALL WITH BEZARK, BRODY,   BKG113    1.20
                MCKENNA, POSLUSNY AND GRABELL RE:
                SETTLEMENT STATUS AND CONFIRMATION
                ISSUES (2)
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  45
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| 07/10/08 MEF | TELEPHONE CONFERENCE WITH J. GAREMORE RE: SETTLEMENT STATUS | BKG113 | 0.40 |
| 07/10/08 JNP | TELEPHONE CALL WITH K. MCKENNA RE: EPA SETTLEMENT. | BKG113 | 0.20 |
| 07/10/08 JNP | CONFERENCE CALL WITH M. FELGER; D. BRODY, S. BEZARK AND K. MCKENNA RE: ENVIRONMENTAL ISSUES IN PLAN; PLAN MODIFICATION. | BKG113 | 1.40 |
| 07/10/08 JNP | TELEPHONE CALL WITH D. FRANKEL RE: SETTLEMENT WITH EPA. | BKG113 | 0.20 |
| 07/11/08 JNP | TELEPHONE CALL WITH S. GRABELL RE: ISSUES WITH NAT CITY AND NATIONWIDE. | BKG113 | 0.40 |
| 07/11/08 JNP | TELEPHONE CALL WITH M. FELGER RE: PLAN MODIFICATION. | BKG113 | 0.20 |
| 07/11/08 JNP | TELEPHONE CALL WITH K. MCKENNA RE: PENNSAUKEN SETTLEMENT. | BKG113 | 0.20 |
| 07/11/08 JNP | TELEPHONE CALL WITH S. GRABELL RE: NAT CITY CONTRACT ASSUMPTION. | BKG113 | 0.10 |
| 07/11/08 JNP | EDIT PLAN MODIFICATION; EMAILS TO D. FRANKEL, M. CHENEY AND J. GIBBONS RE: SAME. | BKG113 | 0.30 |
| 07/11/08 JNP | TELEPHONE CALL WITH K. MCKENNA RE: EPA SETTLEMENT. | BKG113 | 0.20 |
| 07/11/08 JNP | TELEPHONE CALL FROM D. FRANKEL RE: EPA SETTLEMENT ISSUES. | BKG113 | 0.10 |
| 07/11/08 JNP | CONFERENCE CALL WITH M. FELGER, S. BEZARK, A. BRODY AND K. MCKENNA RE: PLAN ISSUES. | BKG113 | 1.00 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE   46
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| 07/11/08 JNP | REVIEW NAT CITY OBJECTION TO CURE AMOUNT. | BKG113 | 0.20 |
| 07/11/08 JNP | EMAIL FROM P. FONTAINE RE: ISRA EXEMPTION. | BKG113 | 0.10 |
| 07/11/08 JNP | TELEPHONE CALL WITH D. FRANKEL RE: SETTLEMENT WITH EPA. | BKG113 | 0.10 |
| 07/11/08 MEF | REVIEW AND REVISE PLAN MODIFICATION | BKG113 | 0.20 |
| 07/11/08 MEF | MEMO TO INSURERS RE: COMMENTS TO DEP SETTLEMENT | BKG113 | 0.20 |
| 07/11/08 MEF | MEMO TO J. GAREMORE RE: EXTENSION OF DEADLINE | BKG113 | 0.20 |
| 07/11/08 MEF | MEMOS TO COMMITTEE RE: PREPARATION FOR CONFIRMATION HEARING | BKG113 | 0.20 |
| 07/11/08 MEF | NUMEROUS MEMOS TO SHAPES TEAM RE: SETTLEMENT ISSUES AND 7/15 HEARING (10) | BKG113 | 0.40 |
| 07/11/08 MEF | CONFERENCE CALL WITH BEZARK, BRODY, POSLUSNY, GRABELL AND MCKENNA RE: EPA, DEP AND PENNSAUKEN SETTLEMENT AND PLAN ISSUES | BKG113 | 1.00 |
| 07/11/08 MEF | TELEPHONE CONFERENCE WITH A. BRODY RE: HIG AND VERSA ISSUES | BKG113 | 0.30 |
| 07/11/08 MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE: PLAN MODIFICATION | BKG113 | 0.30 |
| 07/12/08 MEF | MEMO TO J. POSLUSNY RE: CONFIRMATION ORDER REVISIONS (2) | BKG113 | 0.30 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug 7, 2008    PAGE  47
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/12/08 MEF   STATUS /STRATEGY MEMOS TO SHAPES        BKG113   1.00
               TEAM AND HIG RE: STATUS AND STRATEGY
               RE: 7/15 HEARING (3)

07/12/08 MEF   REVIEW AND REVISE CONFIRMATION ORDER    BKG113   0.30

07/12/08 MEF   MEMOS TO CLIENT RE: HIG                 BKG113   0.30
               COMPLAINT/VERSA (4)

07/12/08 MEF   MEMOS TO PARTIES RE: PLAN ISSUES (3)    BKG113   0.20

07/13/08 MEF   MEMO TO PATTERSON RE: POSSIBLE          BKG113   0.20
               ADJOURNMENT OF HEARING (2)

07/13/08 MEF   REVIEW 502(E) MOTION AND                BKG113   0.50
               CONFIRMATION ISSUES FOR HEARING

07/13/08 MEF   MEMOS TO POSLUSNY RE: CONFIRMATION      BKG113   0.30
               ISSUES (5)

07/13/08 MEF   REVIEW AND REVISE 9019 MOTION RE:       BKG113   1.80
               PENNSAUKEN SETTLEMENT

07/13/08 MEF   REVIEW CONSENT ORDER WITH DEP AND       BKG113   0.30
               DRAFT MEMO RE: SAME

07/13/08 MEF   MEMOS TO BRODY, HALPERN ET AL RE:       BKG113   0.20
               HEARING AND CONFERENCE CALL

07/13/08 JNP   REVIEW COMBUSTION ENGINEERING           BKG113   0.20
               RESPONSE TO LIBERTY MUTUAL PLAN
               OBJECTION.

07/13/08 JNP   EMAILS FROM M. FELGER RE: STATUS OF     BKG113   0.20
               SETTLEMENTS AND CONFIRMATION ISSUES.

07/13/08 JNP   EMAILS FROM M. FELGER AND S. BEZARK     BKG113   0.10
               RE: EPA SETTLEMENT.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008      PAGE   48
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/13/08  JNP    EMAIL FROM R. POLLACK RE: COMMENTS      BKG113    0.10
                 TO INSURERS' PROPOSED PLAN LANGUAGE.

07/13/08  JNP    REVIEW COMMITTEE COMMENTS TO           BKG113    0.40
                 CONFIRMATION ORDER AND A. BRODY'S
                 COUNTER-COMMENTS.

07/14/08  JNP    EDIT CONFIRMATION ORDER PER COMMENTS   BKG113    1.20
                 FROM M. FELGER, A. BRODY AND D.
                 LIEBERMAN.

07/14/08  JNP    REVIEW SL'S RESPONSE TO LIBERTY        BKG113    0.10
                 MUTUAL'S OBJECTION TO CONFIRMATION.

07/14/08  JNP    TELEPHONE CALL WITH K. MCKENNA (X2)    BKG113    0.30
                 RE: CONFIRMATION ISSUES.

07/14/08  JNP    TELEPHONE CALL WITH M. FELGER RE:      BKG113    0.10
                 PLAN ISSUES.

07/14/08  JNP    CONFERENCE CALL WITH HIG AND           BKG113    0.90
                 COMMITTEE RE: PLAN ISSUES.

07/14/08  JNP    TELEPHONE CALL WITH D. FRANKEL RE:     BKG113    0.30
                 EPA COMMENTS TO MODIFICATION.

07/14/08  JNP    REVIEW D. FRANKEL'S COMMENTS TO        BKG113    0.20
                 MODIFICATION.

07/14/08  JNP    EMAIL M. FELGER RE: EPA ISSUES WITH    BKG113    0.10
                 MODIFICATION.

07/14/08  JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG113    0.40
                 ENVIRONMENTAL SETTLEMENTS.

07/14/08  JNP    EMAIL S. GRABELL RE: NATIONWIDE CURE   BKG113    0.10
                 DEMAND.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE   49
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/14/08 JNP    TELEPHONE CALL WITH D. TERRELL RE:      BKG113    0.10
                NATIONWIDE CURE ISSUE.

07/14/08 JNP    EMAIL FROM M. CHENEY AND ATTACHMENTS    BKG113    0.20
                RE: COMMENTS TO DEP SETTLEMENT.

07/14/08 SAB    TELEPHONE CALL WITH SGRABELL            BKG113    0.40
                REGARDING PLAN CONFERENCE ITEMS

07/14/08 MEF    MEMOS TO SHAPES TEAM RE:                BKG113    0.60
                CONFIRMATION HEARING (10)

07/14/08 JNP    TELEPHONE CALL WITH A. SIEGEL RE:       BKG113    0.10
                SETTLEMENT WITH NATCITY OBJECTION TO
                CURE AMOUNT.

07/14/08 MEF    MEMOS TO G. CHACON RE: PLAN OBJECTION   BKG113    0.20

07/14/08 MEF    MEMO TO J. GAREMORE RE: EXTENSION       BKG113    0.10

07/14/08 MEF    TELEPHONE CONFERENCE WITH PATTERSON     BKG113    0.80
                AND SCHARMETT RE: CONFIRMATION
                STATUS, ISSUES AND ADJOURNMENT

07/14/08 MEF    CONFERENCE CALL WITH COMMITTEE AND      BKG113    1.00
                HIG RE: CONFIRMATION STATUS AND
                ISSUES

07/14/08 D R    CONFERENCE WITH J. POSLUSNY RE:         BKG113    0.20
                CONFIRMATION HEARING.

07/15/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:      BKG113    0.40
                PENNSAUKEN SETTLEMENT; PLAN ISSUES.

07/15/08 MEF    TELEPHONE CONFERENCE WITH PATTERSON     BKG113    0.50
                AND SCHARMETT RE: PLAN CONFIRMATION
                STATUS/ISSUES
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                     Aug  7, 2008      PAGE  50
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/15/08 MEF   REVISE CONFIRMATION ORDER TO ADDRESS      BKG113    0.50
               COMMENTS

07/15/08 MEF   MEMOS TO PARTIES RE REVISIONS TO          BKG113    0.40
               PLAN MODIFICATION (4)

07/15/08 MEF   REVISE PLAN MODIFICATION TO ADDRESS       BKG113    1.20
               NUMEROUS COMMENTS

07/15/08 MEF   CONFERENCE CALL WITH INSURERS,            BKG113    1.00
               FONTAINE, BEZARK AND POSLUSNY RE DEP
               CONSENT DECREE AND PLAN MODIFICATION

07/15/08 MEF   TELEPHONE CONFERENCE WITH P.              BKG113    0.20
               FONTAINE RE: NRD CLAIM ISSUE

07/15/08 JNP   TELEPHONE CALL WITH D. TERRELL RE:        BKG113    0.10
               NATIONWIDE CURE ISSUES.

07/15/08 MEF   MEMOS TO GAREMORE RE: EXTENSION           BKG113    0.10

07/15/08 JNP   REVIEW PROPOSED CHANGES TO PLAN           BKG113    0.20
               MODIFICATION FROM M. CHENEY.

07/15/08 MEF   MEMOS TO HIG RE: CONFIRMATION AND         BKG113    0.50
               SETTLEMENT ISSUES (5)

07/15/08 MEF   REVIEW MARK UP OF PLAN NOTE               BKG113    0.30

07/15/08 MEF   CONFERENCE CALL WITH BRODY AND            BKG113    0.50
               BEZARK RE: PLAN CONFIRMATION
               STRATEGY/ISSUES

07/15/08 MEF   MEMO TO GROUP RE: STATUS OF               BKG113    0.30
               SETTLEMENTS

07/15/08 JNP   EMAIL M. FELGER, S. BEZARK RE: EPA        BKG113    0.10
               PLAN ISSUES.

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug 7, 2008    PAGE  51
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/15/08 JNP    REVIEW DRAFT EPA SETTLEMENT FROM D.      BKG113    0.30
                FRANKEL.

07/15/08 MEF    TELEPHONE CONFERENCE WITH M. JACOBY      BKG113    0.30
                RE: BUDGET AND FUNDING ISSUES

07/15/08 MEF    REVIEW DRAFT EPA SETTLEMENT AGREEMENT    BKG113    0.70

07/15/08 MEF    REVIEW REVISED DEP CONSENT DECREE        BKG113    0.30

07/15/08 MEF    MEMOS TO COMMITTEE RE: ORDER AND         BKG113    0.20
                MODIFICATION

07/15/08 MEF    REVIEW REVISED PENNSAUKEN SETTLEMENT     BKG113    0.50
                AGREEMENT AND RELEASE

07/15/08 MEF    REVIEW PLAN DECLARATIONS                 BKG113    0.30

07/15/08 MEF    TELEPHONE CONFERENCE WITH J.             BKG113    0.30
                POSLUSNY RE: 7/17 HEARING ISSUES

07/15/08 JNP    READ/REPLY TO EMAILS FROM S. GRABELL     BKG113    0.10
                AND M. JACOBY RE: SCHEDULE 8.1.

07/15/08 MEF    MEMOS TO SHAPES TEAM RE: PLAN            BKG113    0.30
                CONFIRMATION PREPARATION LOGISTICS
                (5)

07/15/08 JNP    TELEPHONE CALL WITH D. FRANKEL RE:       BKG113    0.20
                CONSENT DECREE AND PLAN ISSUES.

07/15/08 MEF    REVIEW OBJECTIONS IN PREPARATION FOR     BKG113    0.70
                7/17 HEARING

07/15/08 MEF    REVIEW AGENDA NOTICE AND WITHDRAWAL      BKG113    0.10
                OF OBJECTION

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE  52
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/15/08 JNP   REVIEW M. JACOBY CERTIFICATION FOR     BKG113    0.10
               CONFIRMATION; EMAIL M. JACOBY RE:
               SAME.

07/15/08 JNP   TELPHONE CALL WITH M. FELGER RE:       BKG113    0.50
               CONFIRMATION ISSUES.

07/15/08 JNP   CONFERENCE CALL WITH INSURERS RE:      BKG113    1.40
               ISSUES WITH MODIFICATIONS.

07/15/08 JNP   CONFERENCE CALL WITH G. MARTIN, K.     BKG113    0.60
               MCKENNA, P. HENNESSEY AND S. GRABELL
               RE: PENNSAUKEN SETTLEMENT.

07/16/08 JNP   TELEPHONE CALL WITH M. FELGER RE:      BKG113    0.60
               CONFIRMATION ISSUES.

07/16/08 JNP   EMAIL FROM J. GIBBONS RE: PLAN         BKG113    0.10
               MODIFICATION.

07/16/08 JNP   EMAIL M. FELGER, S. BEZARK AND K.      BKG113    0.10
               MCKENNA RE: EPA SETTLEMENT COMMENTS.

07/16/08 JNP   REVIEW EPA SETTLEMENT.                 BKG113    0.40

07/16/08 MEF   CONFERENCE CALL WITH BEZARK AND        BKG113    0.50
               POSLUSNY RE: PLAN

07/16/08 MEF   MEMO TO R. POLLOCK RE: PLAN STATUS     BKG113    0.10

07/16/08 JNP   TELEPHONE CALL WITH S. BEZARK RE:      BKG113    0.20
               EPA SETTLEMENT ISSUES.

07/16/08 JNP   REVIEW PROPOSED MODIFICATION           BKG113    0.30
               LANGUAGE FROM M. CHENEY.

07/16/08 JNP   TELEPHONE CALL WITH K. MCKENNA RE:     BKG113    0.20
               PENNSAUKEN SETTLEMENT.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008      PAGE  53
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/16/08 JNP    EMAIL S. BEZARK, A. BRODY AND M.      BKG113    0.20
                FELGER RE: EPA SETTLEMENT.

07/16/08 JNP    TELEPHONE CALL WITH D. FRANKEL RE:    BKG113    0.40
                EPA SETTLEMENT.

07/16/08 JNP    TELEPHONE CALL WITH K. MCKENNA AND    BKG113    0.30
                P. HENNESSEY RE: PENNSAUKEN
                SETTLEMENT.

07/16/08 JNP    CONFERENCE CALL WITH S. BEZARK AND    BKG113    0.20
                D. FRANKEL RE: EPA PLAN ISSUES.

07/16/08 MEF    REVIEW MEMOS RE: REVISIONS TO         BKG113    0.20
                CONFIRMATION ORDER

07/16/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY    BKG113    0.20
                RE: ADJOURNMENT

07/16/08 MEF    MEMOS TO PARTIES RE: PLAN NOTE        BKG113    0.20

07/16/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:    BKG113    0.20
                PENNSAUKEN SETTLEMENT.

07/16/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:    BKG113    0.10
                CONFIRMATION HEARING.

07/16/08 JNP    CONFERENCE CALL WITH M. FELGER, S.    BKG113    1.80
                BEZARK, A. BRODY AND K. MCKENNA
                (PART OF CALL) RE: PLAN ISSUES.

07/16/08 MEF    TELEPHONE CONFERENCE WITH CHENEY AND  BKG113    0.50
                GIBBONS RE: PLAN MODIFICATION ISSUES

07/16/08 JNP    EMAIL D. TERRELL RE: NATIONWIDE       BKG113    0.10
                CONTRACT ASSUMPTION.


*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                         Aug  7, 2008     PAGE  54
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| | | | | |
|---|---|---|---|---|
| 07/16/08 MEF | CONFERENCE CALL WITH M. CHENEY, J. GIBBONS, K. MCKENNA AND P. HENNESSEY RE: PENNSAUKEN LANDFILL SETTLEMENT ISSUES | BKG113 | 0.50 | |
| 07/16/08 MEF | TELEPHONE CONFERENCES WITH J. POSLUSNY RE: CONFIRMATION ISSUES AND PREPARATION (2) | BKG113 | 0.40 | |
| 07/16/08 MEF | TELEPHONE CONFERENCE WITH R. ENGEL AND P. FONTAINE RE: DEP ORDER ISSUES | BKG113 | 0.30 | |
| 07/16/08 MEF | REVIEW AND REVISE PLAN MODIFICATION TO ADDRESS EPA AND INSURERS COMMENTS | BKG113 | 1.00 | |
| 07/16/08 MEF | TELEPHONE CONFERENCE WITH CHAMBERS RE: ADJOURNMENT OF HEARING | BKG113 | 0.20 | |
| 07/16/08 MEF | MEMOS TO A. BRODY RE: EXTENSION OF PLAN DEADLINE | BKG113 | 0.20 | |
| 07/16/08 MEF | MEMO TO CIT RE: AGREEMENT TO ADJOURN HEARING | BKG113 | 0.10 | |
| 07/16/08 MEF | REVIEW EPA SETTLEMENT AGREEMENT | BKG113 | 0.40 | |
| 07/16/08 MEF | REVIEW REVISED PENNSAUKEN SETTLEMENT AGREEMENT | BKG113 | 0.30 | |
| 07/16/08 MEF | MEMOS TO SHAPES TEAM RE: HEARING PREPARATION (4) | BKG113 | 0.30 | |
| 07/16/08 MEF | MEMOS TO K. MCKENNA RE: SETTLEMENT STATUS AND ISSUES | BKG113 | 0.30 | |
| 07/16/08 MEF | DRAFT PROPOSAL FOR DEP ORDER | BKG113 | 0.20 | |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                         Aug  7, 2008     PAGE  55
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 07/16/08 | MEF | TELEPHONE CONFERENCE WITH P. FONTAINE RE: DEP SETTLEMENT ISSUE (NRD CLAIM) | BKG113 | 0.20 |
| 07/16/08 | MEF | MEMOS TO PARTIES RE: ADJOURNMENT OF HEARING (4) | BKG113 | 0.30 |
| 07/16/08 | MEF | TELEPHONE CONFERENCE WITH H. COHEN RE: EPA SETTLEMENT STATUS | BKG113 | 0.20 |
| 07/16/08 | MEF | TELEPHONE CONFERENCE WITH D. MCMASTER RE: 7/17 HEARING ISSUES | BKG113 | 0.20 |
| 07/16/08 | MEF | REVISE DRAFT CONFIRMATION ORDER | BKG113 | 0.40 |
| 07/16/08 | MEF | MEMOS TO J. GAREMORE RE: EXTENSION | BKG113 | 0.20 |
| 07/16/08 | MEF | TELEPHONE CONFERENCE WITH J. GAREMORE RE: SETTLEMENT AND ADJOURNMENT ISSUES | BKG113 | 0.20 |
| 07/16/08 | JNP | MEMO FROM D. FRANKEL RE: COMMENTS TO REVISED MODIFICATION. | BKG113 | 0.20 |
| 07/16/08 | JNP | MEETING WITH D. REYES RE: CONFIRMATION HEARING BINDER. | BKG113 | 0.20 |
| 07/16/08 | MEF | CONFERENCE CALL WITH SHAPES TEAM AND BEZARK RE: STATUS AND STRATEGY RE: PLAN AND 7/17 HEARING | BKG113 | 1.00 |
| 07/16/08 | MEF | TELEPHONE CONFERENCE WITH G. SCHARMETT RE: ADJOURNMENT OF HEARING | BKG113 | 0.30 |
| 07/16/08 | MEF | MEMO TO S. VICTOR RE: STATUS | BKG113 | 0.10 |
| 07/16/08 | JNP | TELEPHONE CALL WITH M. FELGER RE: CONFIRMATION PREPARATION. | BKG113 | 0.40 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008     PAGE   56
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/16/08 D R    TELEPHONE CALL FROM CREDITOR           BKG113    0.20
                INQUIRING AS TO STATUS OF PLAN
                CONFIRMATION.

07/16/08 D R    PREPARE S. GRABELL AND M. JACOBY        BKG113    0.60
                DECLARATIONS AND EXHIBITS FOR FILING.

07/16/08 D R    PREPARE BINDERS AND EXHIBITS FOR        BKG113    1.20
                CONFIRMATION HEARING.

07/16/08 SAB    MULTIPLE E-MAILS REGARDING EMERGENCE    BKG113    0.40

07/16/08 SAB    TELEPHONE CALL WITH MATO & HEILMAN      BKG113    0.40
                FROM GREENBERG RE: PLAN ISSUES

07/17/08 JNP    READ/REPLY TO EMAIL FROM M. FELGER      BKG113    0.20
                RE: CONFIRMATIN HEARING PREPARATION.

07/17/08 MEF    TELEPHONE CONFERENCE WITH K. MCKENNA    BKG113    0.50
                AND S. BEZARK RE: EPA AND PENNSAUKEN
                ISSUES

07/17/08 MEF    TELEPHONE CONFERENCE WITH BEZARK,       BKG113    0.50
                BRODY AND POSLUSNY RE: STATUS OF
                SETTLEMENTS

07/17/08 MEF    REVIEW MEMOS RE: STATUS OF DEP          BKG113    0.20
                SETTLEMENT

07/17/08 MEF    MEMOS TO REYES AND POSLUSNY RE:         BKG113    0.50
                HEARING PREPARATION AND LOGISTICS (3)

07/17/08 MEF    MEMOS TO PARTIES RE: STATUS OF          BKG113    0.40
                SETTLEMENTS (5)

07/17/08 MEF    TELEPHONE CONFERENCE WITH A. BRODY      BKG113    0.30
                RE: CONFIRMATION STRATEGY

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug 7, 2008     PAGE  57
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| 07/17/08 MEF | REVIEW INSURERS COMMENTS TO PLAN MODIFICATION AND AGREEMENTS | BKG113 | 0.40 |
| 07/17/08 MEF | REVISE PLAN MODIFICATION RE: EPA AND INSURER COMMENTS | BKG113 | 0.80 |
| 07/17/08 MEF | NUMEROUS EMAILS TO PARTIES RE: PLAN MODIFICATION (10) | BKG113 | 0.50 |
| 07/17/08 MEF | REVIEW AND REVISE CONFIRMATION ORDER | BKG113 | 0.40 |
| 07/17/08 MEF | NUMEROUS EMAILS TO PARTIES RE: CONFIRMATION ORDER | BKG113 | 0.30 |
| 07/17/08 JNP | EMAIL FROM M. JACOBY RE: PLAN FUNDING. | BKG113 | 0.10 |
| 07/17/08 JNP | EMAIL M. FELGER RE: COMMENTS TO REVISED MODIFICATION. | BKG113 | 0.10 |
| 07/17/08 MEF | MEMOS TO CLIENT RE: HEARING PREPARATION AND STATUS (3) | BKG113 | 0.30 |
| 07/17/08 MEF | MEMO TO COMMITTEE RE: CONFIRMATION ORDER | BKG113 | 0.20 |
| 07/17/08 JNP | EMAIL FROM J. GIBBONS RE: ADDITIONAL LANGUAGE FOR SECTION 4.4 OF PLAN. | BKG113 | 0.20 |
| 07/17/08 JNP | REVIEW REVISED PLAN MODIFICATION. | BKG113 | 0.30 |
| 07/17/08 JNP | TELEPHONE CALL WITH M. FELGER RE: EPA ISSUES. | BKG113 | 0.20 |
| 07/17/08 JNP | TELEPHONE CALL WITH D. FRANKEL RE: SETTLEMENT WITH EPA. | BKG113 | 0.40 |
| 07/17/08 MEF | MEMOS TO CLIENT RE: HEARING PREPARATION AND STATUS (3) | BKG113 | 0.30 |


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                            Aug  7, 2008      PAGE   58
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| 07/17/08 MEF | MEMOS TO J. GIBBONS RE: OPEN ISSUES WITH PENNSAUKEN SETTLEMENT | BKG113 | 0.30 |
| 07/17/08 JNP | TELEPHONE CALL WITH S. BEZARK RE: EPA SETTLEMENT. | BKG113 | 0.10 |
| 07/17/08 JNP | TELEPHONE CALL WITH M. FELGER RE: PLAN ISSUES. | BKG113 | 0.40 |
| 07/17/08 JNP | CONFERENCE CALL WITH EPA AND S. BEZARK RE: EPA SETTLEMENT. | BKG113 | 1.20 |
| 07/17/08 JNP | TELEPHONE CALL WITH S. BEZARK RE: PLAN MODIFICATION. | BKG113 | 0.10 |
| 07/17/08 MEF | TELEPHONE CONFERENCE WITH G. SCHARMETT RE: PLAN STATUS | BKG113 | 0.30 |
| 07/17/08 MEF | MEMOS TO J. GAREMORE RE: STATUS AND EXTENSION (3) | BKG113 | 0.30 |
| 07/17/08 JNP | CONFERENCE CALL WITH M. FELGER, A. BRODY AND S. BEZARK RE: EPA ISSUES. | BKG113 | 0.40 |
| 07/17/08 MEF | REVIEW MEMO RE: EMERGENCE FUNDING | BKG113 | 0.20 |
| 07/17/08 MEF | MEMO TO CLIENT RE: SCHEDULE 8.1 | BKG113 | 0.20 |
| 07/17/08 MEF | REVIEW AND REVISE OBJECTION TO ADMINISTRATIVE CLAIMS | BKG113 | 0.80 |
| 07/17/08 MEF | MEMOS TO BRODY RE: OZBOLT DECLARATION AND PLAN NOTE | BKG113 | 0.10 |
| 07/17/08 MEF | REVIEW LAW, OBJECTIONS AND MOTION RE: 502(E) ISSUES | BKG113 | 0.60 |
| 07/17/08 MEF | MEMOS TO H. COHEN RE: EPA SETTLEMENT (2) | BKG113 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  59
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/18/08 MEF    TELEPHONE CONFERENCE WITH K. MCKENNA    BKG113    0.50
                RE: OPEN ISSUES REGARDING
                SETTLEMENTS (3)

07/18/08 MEF    MEMOS TO INSURERS RE: ISSUES            BKG113    0.30
                IMPEDING SETTLEMENTS (2)

07/18/08 D R    PREPARATION OF DOCUMENTS/BINDERS FOR    BKG113    3.20
                CONFIRMATION HEARING.

07/18/08 MEF    MEMOS TO PARTIES RE: PLAN               BKG113    0.70
                MODIFICATIONS (15)

07/18/08 D R    FOLLOW UP WITH DECLARATION OF M.        BKG113    0.20
                JACOBY.

07/18/08 MEF    REVIEW AND REVISE PLAN MODIFICATIONS    BKG113    0.80
                SEVERAL TIMES

07/18/08 MEF    REVIEW FINAL VERSIONS OF SETTLEMENT     BKG113    0.50
                AGREEMENTS

07/18/08 MEF    CONFERENCE CALL WITH CHENEY,            BKG113    0.70
                GIBBONS, BEZARK, MCKENNA RE:
                INSURANCE ISSUES IMPEDING SETTLEMENTS

07/18/08 MEF    TELEPHONE CONFERENCE WITH CHENEY AND    BKG113    0.40
                GIBBON RE: SETTLEMENT AND
                MODIFICATION

07/18/08 MEF    TELEPHONE CONFERENCE WITH BRODY AND     BKG113    0.50
                BEZARK RE: OPEN ISSUES (2)

07/18/08 MEF    MEMOS TO CLIENT RE: HEARING             BKG113    0.30
                PREPARATION AND LOGISTICS (4)

07/18/08 MEF    MEMOS TO J. GAREMORE RE: PLAN           BKG113    0.30
                MODIFICATION AND EXTENSION (4)

*Fees and costs are due upon receipt of bill*



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008     PAGE  60
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/18/08 MEF    MEMOS TO COMMITTEE RE: PLAN           BKG113    0.20
                MODIFICATION

07/18/08 MEF    MEMOS TO HIG RE: PLAN NOTE AND        BKG113    0.20
                OZBOLT DECLARATION (2)

07/18/08 MEF    REVIEW AND FILE AGENDA NOTICE         BKG113    0.20

07/18/08 MEF    MEMO TO EPIQ RE: PLAN CERTIFICATION   BKG113    0.10

07/18/08 MEF    MEMOS TO GRABELL AND HARRIS RE:       BKG113    0.20
                INSURERS ISSUES (2)

07/18/08 MEF    CONFERENCE CALLS WITH BRODY, BEZARK   BKG113    0.50
                AND INSURANCE PARTNER RE: RELEASE
                ISSUES (2)

07/19/08 JNP    REVIEW COMMITTEE COMMENTS TO PLAN     BKG113    0.10
                MODIFICATION.

07/19/08 JNP    EMAIL FROM M. CHENEY RE: PROPOSED     BKG113    0.10
                LANGUAGE FOR PENNSAUKEN SETTLEMENT.

07/19/08 JNP    EMAIL D. FRANKEL RE: CHANGE TO        BKG113    0.10
                CONSENT DECREE.

07/20/08 JNP    REVIEW FURTHER REVISED PLAN           BKG113    0.20
                MODIFICATION AND EMAIL M. FELGER
                WITH COMMENTS.

07/20/08 JNP    CONFERENCE CALL WITH M. FELGER, A.    BKG113    1.30
                BRODY, K. MCKENNA, G. HARRIS (PART
                OF CALL) AND S. BEZARK (PART OF
                CALL) RE: PLAN ISSUES.

07/20/08 JNP    REVIEW REVISED PROPOSED CONFIRMATION  BKG113    0.20
                ORDER DRAFTED BY M. FELGER.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832



```
SHAPES/ARCH HOLDINGS                           Aug  7, 2008     PAGE  61
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/20/08 MEF    MEMO TO P. FONTAINE RE: DEP          BKG113    0.10
                SETTLEMENT

07/20/08 MEF    REVIEW PLEADINGS AND DECLARATIONS    BKG113    0.50
                RE: PREPARATION FOR CONFIRMATION
                HEARING

07/20/08 MEF    TELEPHONE CONFERENCE WITH S. GRABELL BKG113    0.50
                RE: PREPARATION FOR 7/22 HEARING

07/20/08 MEF    TELEPHONE CONFERENCE WITH K. MCKENNA BKG113    0.30
                RE: PLAN ISSUES

07/20/08 MEF    CONFERENCE CALL WITH HARRIS,         BKG113    1.00
                GRABELL, BEZARK, BRODY AND POSLUSNY
                RE: INSURERS AND EPA SETTLEMENT
                ISSUES

07/20/08 MEF    REVIEW AND REVISE CONFIRMATION ORDERS BKG113   0.70

07/20/08 MEF    REVIEW AND REVISE PLAN MODIFICATION  BKG113    1.20

07/20/08 MEF    MEMOS TO JACOBY RE: PLAN DECLARATION BKG113    0.20

07/20/08 MEF    MEMOS TO REYES AND POSLUSNY RE: 7/22 BKG113    0.30
                HEARING ISSUES

07/20/08 MEF    MEMO TO INSURERS RE: OPEN ISSUES     BKG113    0.30

07/20/08 MEF    MEMOS TO PARTIES RE: PLAN            BKG113    0.30
                MODIFICATIONS (7)

07/20/08 MEF    MEMO TO COMMITTEE RE: CONFIRMATION   BKG113    0.20
                STATUS

07/20/08 MEF    MEMOS TO PARTIES RE: CONFIRMATION    BKG113    0.30
                ORDER (4)
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008     PAGE  62
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/20/08 JNP   EMAILS FROM M. FELGER, K. MCKENNA      BKG113   0.30
               AND M. CHENEY RE: ENVIRONMENTAL
               SETTLEMENT ISSUES.

07/20/08 JNP   REVIEW REVISED PLAN MODIFICATION AND   BKG113   0.40
               EMAIL M. FELGER RE: SAME.

07/21/08 MEF   REVIEW EPIQ SUPPLEMENTAL DECLARATION   BKG113   0.20

07/21/08 MEF   MEMOS TO COMMITTEE AND BRODY RE:       BKG113   0.20
               PLAN NOTE (2)

07/21/08 MEF   MEMOS TO CIT RE: EDITS TO ORDER AND    BKG113   0.30
               PLAN MODIFICATION

07/21/08 MEF   REVIEW ENVIRONMENTAL SETTLEMENT        BKG113   0.80
               AGREEMENTS

07/21/08 MEF   TELEPHONE CONFERENCE WITH J. SHAPIRO   BKG113   0.40
               RE: CONFIRMATION ORDER

07/21/08 MEF   TELEPHONE CONFERENCE WITH A. BRODY     BKG113   0.30
               RE: PLAN ISSUES

07/21/08 MEF   MEMOS TO H. COHEN RE: STATUS OF        BKG113   0.20
               OBJECTION

07/21/08 MEF   CONFERENCE CALL WITH HARRIS,           BKG113   0.50
               GRABELL, BEZARK, BRODY AND ANDREW
               RE: INSURANCE ISSUES/PLAN
               MODIFICATION

07/21/08 D R   PREPARE DOCUMENTS FOR CONFIRMATION     BKG113   2.30
               HEARING.

07/21/08 D R   EFILING AND SERVICE OF PLAN            BKG113   0.60
               MODIFICATION AND PROPOSED
               CONFIRMATION ORDER.
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008    PAGE  63
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/21/08 D R    PREPARE NOTICE OF PLAN NOTE AND          BKG113    0.50
                EFILING/SERVICE OF SAME.

07/21/08 MEF    REVIEW JUDGMENT CREDIT MEMO AND          BKG113    0.30
                INSERT

07/21/08 MEF    MEMO TO INSURERS RE: AGREEMENT           BKG113    0.20

07/21/08 D R    EFILING OF CERTIFICATIONS REGARDING      BKG113    0.30
                CONFIRMATION.

07/21/08 MEF    REVIEW LAW RE: ASSUMPTION OF             BKG113    0.20
                LIABILITY

07/21/08 JNP    REVIEW MODIFIED INSURANCE RELEASE        BKG113    0.20
                LANGUAGE FROM J. GIBBONS.

07/21/08 MEF    MEMOS TO CLIENT RE: PLAN ISSUES AND      BKG113    0.30
                STATUS

07/21/08 JNP    REVIEW EPA COMMENTS TO REVISED PLAN      BKG113    0.40
                MODIFICATION; EMAIL M. FELGER RE:
                SAME.

07/21/08 JNP    REVIEW EPA COMMENTS TO CONFIRMATION      BKG113    0.30
                ORDER.

07/21/08 JNP    EMAIL D. FRANKEL RE: EPA SETTLEMENT.     BKG113    0.10

07/21/08 MEF    MEMOS TO COMMITTEE RE: STATUS            BKG113    0.20

07/21/08 JNP    REVIEW PROPOSED LANGUAGE FOR             BKG113    0.10
                MODIFICAITON FROM J. GAREMORE.

07/21/08 JNP    REVIEW PROPOSED MODIFICAITON AND         BKG113    0.20
                CONFIRMATION ORDER LANGUAGE FROM R.
                POLLACK.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           Aug  7, 2008     PAGE  64
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| | | | | |
|---|---|---|---|---|
| 07/21/08 | JNP | TELEPHONE CALL WITH K. MCKENNA RE: CONFIRMATION ISSUES. | BKG113 | 0.20 |
| 07/21/08 | JNP | TELEPHONE CALL WITH D. FRANKEL AND S. BEZARK RE: EPA SETTLEMENT. | BKG113 | 0.20 |
| 07/21/08 | MEF | TELEPHONE CONFERENCE WITH S. GRABELL RE: HEARING PREPARATION | BKG113 | 0.30 |
| 07/21/08 | MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: CONFIRMATION HEARING AND DECLARATION | BKG113 | 0.30 |
| 07/21/08 | JNP | CONFERENCE CALL WITH HIG RE: PLAN ISSUES. | BKG113 | 1.50 |
| 07/21/08 | MEF | TELEPHONE CONFERENCES WITH J. GAREMORE (3) RE: SETTLEMENT AGREEMENT AND PLAN MODIFICATION | BKG113 | 0.40 |
| 07/21/08 | MEF | REVISE PLAN MODIFICATION TO ADDRESS COMMENTS FROM PARTIES | BKG113 | 0.60 |
| 07/21/08 | MEF | REVIEW PLEADINGS AND OUTLINE PRESENTATION FOR CONFIRMATION HEARING | BKG113 | 2.00 |
| 07/21/08 | MEF | REVISE AND FILE FORM OF CONFIRMATION ORDER RE: COMMENTS FROM PARTIES | BKG113 | 0.70 |
| 07/21/08 | MEF | REVIEW AND FILE PLAN NOTE | BKG113 | 0.10 |
| 07/21/08 | MEF | MEMOS TO J. GAREMORE AND EPIQ RE: EXTENSION OF DEADLINE (3) | BKG113 | 0.30 |
| 07/21/08 | MEF | CONFERENCE CALL BEZARK, BRODY, MCKENNA GIBBONS AND CHENEY RE: PLAN MODIFICATION AND SETTLEMENT ISSUES | BKG113 | 0.60 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE   65
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| | | | | |
|---|---|---|---|---|
| 07/21/08 | MEF | CONFERENCE CALLS WITH BEZARK, BRODY, MCKENNA AND POSLUSNY RE: PLAN ISSUES AND SETTLEMENT (4) | BKG113 | 0.80 |
| 07/21/08 | MEF | TELEPHONE CONFERENCE WITH P. FONTAINE RE: DEP SETTLEMENT | BKG113 | 0.20 |
| 07/21/08 | MEF | MEMOS TO P. FONTAINE RE: DEP SETTLEMENT (3) | BKG113 | 0.20 |
| 07/21/08 | MEF | REVIEW ISRA NON-APPLICABILITY LETTER | BKG113 | 0.10 |
| 07/21/08 | MEF | TELEPHONE CONFERENCE WITH R. POLLOCK RE: PLAN MODIFICATION AND PUCHACK ISSUE | BKG113 | 0.30 |
| 07/22/08 | MEF | MEETING WITH GRABELL, JACOBY AND POSLUSNY RE: CONFIRMATION HEARING PREPARATION | BKG113 | 2.00 |
| 07/22/08 | MEF | MEMOS TO POSLUSNY RE: SUBMISSION OF ORDERS | BKG113 | 0.20 |
| 07/22/08 | MEF | ATTEND CONFIRMATION HEARING | BKG113 | 9.00 |
| 07/22/08 | JNP | MEETING WITH M. FELGER, S. GRABELL AND M. JACOBY RE: PREPARATION FOR CONFIRMATIN HEARING. | BKG113 | 2.00 |
| 07/22/08 | D R | PREPARE DOCUMENTS FOR CONFIRMATION HEARING. | BKG113 | 0.90 |
| 07/22/08 | D R | EFILING/SERVICE OF REVISED CERTIFICATION OF BALLOTING BY EPIQ. | BKG113 | 0.20 |
| 07/22/08 | JNP | ATTEND CONFIRMATION HEARING (INCLUDING NEGOTIATIONS WITH INTERESTED PARTIES AT COURT). | BKG113 | 9.00 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                              Aug  7, 2008      PAGE  66
FILE NUMBER: 220718.000
INVOICE NO.: 599838

| | | | | |
|---|---|---|---|---|
| 07/22/08 JNP | TRAVEL TO CONFIRMATION HEARING. | BKG113 | 0.60 | |
| 07/23/08 JNP | REVIEW REVISED EPA SETTLEMENT. | BKG113 | 0.30 | |
| 07/23/08 JNP | EDIT COURT ORDER PER SETTLEMENTS WITH PARTIES. | BKG113 | 1.40 | |
| 07/23/08 JNP | LETTER FROM P. DONAHUE RE: CROWN CREDIT CLAIMS; EMAIL M. JACOBY RE: SAME. | BKG113 | 0.20 | |
| 07/23/08 MEF | MEMOS TO PARTIES RE: CONFIRMATION ORDER (10) | BKG113 | 0.80 | |
| 07/23/08 MEF | MEMOS TO PARTIES RE: EPA STATUS | BKG113 | 0.20 | |
| 07/23/08 MEF | REVISE MOTION RE: EPA SETTLEMENT | BKG113 | 0.50 | |
| 07/23/08 D R | CONFERENCE WITH J. POSLUSNY RE: CONFIRMATION. | BKG113 | 0.10 | |
| 07/23/08 D R | PREPARE REDLINE OF CONFIRMATION ORDER AND SUBMIT TO CHAMBERS. | BKG113 | 0.40 | |
| 07/23/08 MEF | DRAFT COVER MEMO RE: CONFIRMATION ORDER | BKG113 | 0.20 | |
| 07/23/08 MEF | MEMOS TO GAREMORE RE: ORDERS | BKG113 | 0.30 | |
| 07/23/08 MEF | TELEPHONE CONFERENCE WITH A. BRODY RE: CONFIRMATION ORDER AND CONSENT ORDER | BKG113 | 0.30 | |
| 07/23/08 MEF | REVIEW AND REVISE CONFIRMATION ORDER | BKG113 | 0.40 | |
| 07/24/08 MEF | MEMOS TO CLIENT RE: POST CONFIRMATION ACTIVITIES (2) | BKG113 | 0.50 | |
| 07/24/08 JNP | EMAIL S. BEZARK RE: EPA SETTLEMENT. | BKG113 | 0.20 | |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008    PAGE  67
FILE NUMBER: 220718.000
INVOICE NO.: 599838


| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 07/24/08 | D R | TELEPHONE CALL AND LETTER TO COURT RE: TRANSCRIPT FROM CONFIRMATION HEARING. | BKG113 | 0.20 |
| 07/24/08 | JNP | TELEPHONE CALL WITH S. BEZARK RE: EPA SETTLEMENT TERMS. | BKG113 | 0.10 |
| 07/24/08 | MEF | MEMO TO INSURERS RE: 7/28 HEARING | BKG113 | 0.10 |
| 07/24/08 | JNP | TELEPHONE CALL WITH M. CHENEY RE: PAYMENT OF SETTLEMENT AMOUNTS. | BKG113 | 0.20 |
| 07/24/08 | SAB | REVIEW OPEN ITEMS TO DO FOR CLOSING OF PLAN | BKG113 | 0.30 |
| 07/24/08 | JNP | TELEPHONE CALL WITH D. FRANKEL RE: EPA SETTLEMENT. | BKG113 | 0.40 |
| 07/25/08 | MEF | REVIEW REVISED EMERGENCE CHART | BKG113 | 0.20 |
| 07/25/08 | MEF | REVIEW CONFIRMATION ORDER AS ENTERED | BKG113 | 0.20 |
| 07/25/08 | MEF | MEMOS TO A. BRODY RE: CLOSING ISSUES (3) | BKG113 | 0.30 |
| 07/25/08 | MEF | MEMO TO M. JACOBY RE: CLOSING (2) | BKG113 | 0.20 |
| 07/28/08 | MEF | REVIEW PLAN RE: TIMING OF PAYMENTS | BKG113 | 0.20 |
| 07/28/08 | MEF | TELEPHONE CONFERENCE WITH M. JACOBY RE: EFFECTIVE DATE ISSUES | BKG113 | 0.30 |
| 07/28/08 | MEF | REVISE MOTION TO APPROVE EPA SETTLEMENT AGREEMENT | BKG113 | 1.30 |
| 07/28/08 | MEF | MEMOS TO H. COHEN RE: EPA SETTLEMENT (3) | BKG113 | 0.30 |
| 07/28/08 | MEF | MEMO TO BRODY RE: EFFECTIVE DATE | BKG113 | 0.20 |


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                       Aug 7, 2008    PAGE  68
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 07/28/08 | MEF | MEMOS TO BEZARK, ET AL RE EPA SETTLEMENT STATUS (3) | BKG113 | 0.20 |
| 07/29/08 | MEF | MEMOS TO COMMITTEE RE: CLOSING ISSUES (2) | BKG113 | 0.20 |
| 07/30/08 | KMS | TELEPHONE CONFERENCE WITH THE PENNSAUKEN TOWNSHIP CLERK'S OFFICE REGARDING OBTAINING THE CERTIFICATES OF OCCUPANCY AND ZONING COMPLIANCE LETTERS REGARDING 8600 RIVER ROAD, 9000 RIVER ROAD AND 1777 HYLTON ROAD. | BKG113 | 0.30 |
| 07/30/08 | SAB | TELEPHONE CALLS TO AND FROM KSMITH REGARDING REQUEST FOR ZONING AND CERTIFICATE OF OCCUPANCY FOR CLOSING | BKG113 | 0.20 |
| 07/30/08 | KMS | TELEPHONE CONFERENCE WITH BENSALEM TOWNSHIP REGARDING OBTAINING THE CERTIFICATE OF OCCUPANCY AND ZONING CERTIFICATION OF 1211 FORD ROAD | BKG113 | 0.30 |
| 07/30/08 | SAB | E-MAILS TO AND FROM KSMITH REGARDING ZONING AND CERTIFICATE OF OCCUPANCY | BKG113 | 0.20 |
| 07/30/08 | SAB | E-MAILS TO AND FROM P.SORENSEN REGARDING ZONING REQUEST | BKG113 | 0.20 |
| 07/30/08 | KMS | OBTAINED, COMPLETED, FORWARDED FOR SIGNATURE AND SUBMITTED THE APPLICATION FOR ZONING CERTIFICATION AND REQUEST FOR CERTIFICATE OF OCCUPANCY OF 1211 FORD ROAD. | BKG113 | 0.40 |
| 07/30/08 | MEF | MEMOS TO BRODY RE: CLOSING DATE (2) | BKG113 | 0.20 |
| 07/30/08 | MEF | MEMOS TO FILE RE: EPA SETTLEMENT (3) | BKG113 | 0.20 |
| 07/30/08 | MEF | MEMOS TO CLIENT RE: CLOSING DATE (3) | BKG113 | 0.20 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE  69
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/30/08 MEF    REVIEW MEMOS RE: ZONING ISSUES        BKG113    0.10

07/31/08 SAB    TELEPHONE CALL WITH MARGENTERI        BKG113    0.20
                REGARDING ZONING LETTER AND INTEREST
                DUE

07/31/08 MEF    NUMEROUS MEMOS TO CLIENT AND PARTIES  BKG113    0.70
                RE: CLOSING STATUS (10)

07/31/08 SAB    TELEPHONE CALL WITH SGARBELL          BKG113    0.40
                REGARDING MULTIPLE OUTSTANDING
                ISSUES FOR CLOSING

07/31/08 SAB    TELEPHONE CALLS WITH JNASH REGARDING  BKG113    0.20
                ZONING LETTER AND RELATED MATTERS

07/31/08 SAB    TELEPHONE CALL WITH KSMITH REGARDING  BKG113    0.10
                ZONING LETTER FROM BENSALEM AND
                PENNSAUKEN

07/31/08 SAB    TELEPHONE CALL WITH BHARRIS           BKG113    0.20
                REGARDING CLOSING ITEMS

        TOTAL PLAN AND DISCLOSURE STATEMENT             252.40 $110777.50
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        Aug  7, 2008    PAGE  70
FILE NUMBER: 220718.000
INVOICE NO.: 599838

        RELIEF FROM STAY PROCEEDINGS

| | | | | |
|---|---|---|---|---|
| 07/01/08 | MEF | MEMOS TO D. SHUFF RE: OBJECTION DEADLINE | BKG114 | 0.10 |
| 07/01/08 | JNP | TRAVEL TO COURT FOR SMITH STAY MOTION HEARING. | BKG114 | 0.60 |
| 07/01/08 | JNP | EMAIL E. GANC RE: DE LAGE STAY MOTIONS. | BKG114 | 0.10 |
| 07/01/08 | JNP | ATTEND HEARING ON SMITH STAY MOTION. | BKG114 | 0.90 |
| 07/01/08 | JNP | PREPARE FOR L. SMITH STAY MOTION HEARING. | BKG114 | 0.20 |
| 07/02/08 | MEF | MEMOS TO D. SHUFF RE: JDG MOTION (2) | BKG114 | 0.20 |
| 07/02/08 | MEF | CONFERENCE CALL WITH BEZARK AND POSLUSNY RE: JDG MOTION OBJECTION | BKG114 | 0.30 |
| 07/02/08 | MEF | REVIEW AND REVISE OBJECTION TO JDG MOTION AND MEMO TO PARTIES RE: MOTION | BKG114 | 0.30 |
| 07/02/08 | JNP | TELEPHONE CALL WITH M. FELGER AND S. BEZARK RE: JDG STAY MOTION. | BKG114 | 0.30 |
| 07/02/08 | JNP | EMAIL FROM W. CALLAHAN AND TO M. JACOBY RE: DE LAGE STAY MOTION SETTLEMENT. | BKG114 | 0.20 |
| 07/02/08 | JNP | READ/REPLY TO EMAIL FROM W. CALLAHAN RE: DE LAGE STAY MOTION SETTLEMENT. | BKG114 | 0.20 |
| 07/02/08 | JNP | EDIT RESPONSE TO JDG STAY MOTION PER COMMENTS FROM K. MCKENNA. | BKG114 | 0.60 |
| 07/02/08 | JNP | DRAFT SMITH STAY ORDER. | BKG114 | 0.60 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  71
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/03/08 JNP   LETTER TO L. SMITH AND EMAIL TO       BKG114    0.20
               CHAMBERS RE: ORDER ON SMITH STAY
               MOTION.

07/03/08 JNP   TELEPHONE CALL WITH S. BEZARK RE:     BKG114    0.20
               JDG MOTION AND RESPONSE.

07/03/08 JNP   REVIEW EMAILS FROM D. SHUFF AND M.    BKG114    0.20
               FELGER RE: JDG MOTION FOR STAY
               RELIEF.

07/03/08 JNP   TELEPHONE CALL WITH L. SMITH RE:      BKG114    0.10
               STAY RELIEF ORDER.

07/03/08 MEF   REVIEW AND RESPOND TO MEMOS RE: JDG   BKG114    0.40
               MOTION AND OBJECTION (5)

07/03/08 MEF   MEMOS TO SHAPES TEAM RE: JDG          BKG114    0.30
               PROPOSAL (4)

07/07/08 JNP   READ/REPLY TO EMAILS FROM J. MORTON   BKG114    0.10
               RE: WELLS' STAY MOTION.

07/07/08 JNP   TELEPHONE CALL WITH M. FELGER RE:     BKG114    0.20
               JDG STAY MOTION.

07/07/08 JNP   TELEPHONE CALL WITH K. MCKENNA RE:    BKG114    0.20
               JDG STAY MOTION.

07/07/08 MEF   MEMOS TO D. SHUFF RE: JDG MOTION AND  BKG114    0.40
               ADJOURNMENT OF HEARING (4)

07/08/08 JNP   READ/REPLY TO EMAILS FROM M. JACOB    BKG114    0.20
               (X2) RE: DE LAGE SETTLEMENT.

07/08/08 JNP   REVIEW REVISED DE LAGE SETTLEMENT;    BKG114    0.30
               EMAIL WITH CALLAHAN RE: SAME.


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008     PAGE  72
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/08/08 JNP   EMAIL J. MORTON RE: WELLS STAY        BKG114   0.10
               MOTION.

07/08/08 JNP   TELEPHONE CALL WITH J. MORTON RE:     BKG114   0.20
               WELLS STAY MOTION.

07/08/08 MEF   MEMOS TO D. SHUFF RE: COUNTER         BKG114   0.50
               PROPOSAL TO SETTLEMENT OF LIFT STAY
               MOTION (2)AND REVIEW MEMOS RE:
               PROPOSAL

07/08/08 JNP   EMAILS FROM K. MCKENNA RE: JDG STAY   BKG114   0.10
               MOTION.

07/08/08 MEF   REVIEW EPIQ INVOICES                  BKG114   0.20

07/09/08 JNP   DRAFT MOTION TO FILE RESPOND TO JDG   BKG114   0.30
               STAY MOTION UNDER SEAL.

07/09/08 MEF   REVIEW JDG COUNTER PROPOSAL RE: 362   BKG114   0.20
               MOTION

07/09/08 MEF   TELEPHONE CONFERENCE WITH K. MCKENNA  BKG114   0.30
               RE JDG MOTION ISSUES

07/09/08 MEF   MEMO TO D. SHUFF RE: COUNTER          BKG114   0.20
               PROPOSAL AND EXTENSION OF DEADLINE

07/10/08 JNP   DRAFT MOTION TO FILE JPG RESPONSE     BKG114   1.10
               ORDER SEAL.

07/10/08 JNP   EMAIL D. SHUFF RE: JDG STAY MOTION.   BKG114   0.10

07/10/08 JNP   REVIEW/EDIT DE LAGE ORDER AND         BKG114   0.80
               EXHIBITS.

07/10/08 JNP   EMAIL FROM D. SHUFF RE: SETTLEMENT    BKG114   0.10
               OF JPG STAY MOTION.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug 7, 2008      PAGE  73
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/11/08 JNP    EMAIL B. REED RE: SHEEHAN STAY        BKG114    0.10
                MOTION.

07/11/08 JNP    READ/REPLY TO EMAIL FROM J. WINTER    BKG114    0.10
                RE: PPG STAY MOTION SETTLEMENT;
                EMAIL E. GANC RE: SAME.

07/11/08 MEF    REVIEW COUNTER OFFER TO SHUFF         BKG114    0.20

07/12/08 MEF    MEMO TO JDG RE: COUNTER OFFER TO      BKG114    0.50
                LIFT STAY MOTION

07/13/08 MEF    MEMOS TO K. MCKENNA RE: JDG MOTION    BKG114    0.20
                AND SETTLEMENT (3)

07/13/08 JNP    REVIEW COUNTER-OFFER TO JPG TO        BKG114    0.10
                SETTLE STAY RELIEF MOTION.

07/14/08 JNP    DRAFT MOTION TO FILE JDG RESPONSE     BKG114    0.40
                UNDER SEAL.

07/14/08 JNP    TELEPHONE CALL WITH H. VELDHUIS RE:   BKG114    0.10
                GMAC STAY MOTION.

07/14/08 JNP    REVIEW GMAC STAY MOTION.              BKG114    0.10

07/14/08 JNP    READ/REPLY TO EMAILS (X3) FROM P.     BKG114    0.10
                SORENSEN RE: INFINITI STAY MOTION.

07/14/08 JNP    TELEPHONE CALL WITH J. MORTON RE:     BKG114    0.20
                INFINITI STAY MOTION.

07/14/08 JNP    REVIEW NISSAN STAY MOTION.            BKG114    0.10

07/14/08 JNP    EMAIL P. SORENSEN RE: GMAC AND        BKG114    0.10
                INFINITY STAY MOTIONS.

07/14/08 MEF    MEMOS TO D. SHUFF RE: EXTENSION AND   BKG114    0.20
                ADJOURNMENT (3)
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug 7, 2008    PAGE  74
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/15/08 | JNP | EMAIL W. CALLAHAN RE: DELAGE SETTLEMENT. | BKG114 | 0.10 |
| 07/15/08 | MEF | MEMO TO JDG RE: DEADLINE TO FILE RESPONSE | BKG114 | 0.20 |
| 07/15/08 | MEF | REVISE MOTION TO SEAL RESPONSE TO JDG MOTION | BKG114 | 0.60 |
| 07/15/08 | JNP | REVIEW DELAGE EXHIBIT FOR REJECTION OF DAMAGES. | BKG114 | 0.10 |
| 07/15/08 | MEF | TELEPHONE CONFERENCE WITH K. MCKENNA RE: STATUS OF JDG MOTION | BKG114 | 0.30 |
| 07/16/08 | MEF | MEMOS TO JDG ATTORNEYS RE: SETTLEMENT OF LIFT STAY MOTION (4) | BKG114 | 0.40 |
| 07/16/08 | JNP | EMAIL B. REED RE: SHEEHAN STAY MOTION. | BKG114 | 0.10 |
| 07/16/08 | JNP | RESEARCH/DRAFT CROSS-MOTION FOR JPG STAY MOTION. | BKG114 | 1.20 |
| 07/16/08 | JNP | DRAFT JDG CONSENT ORDER. | BKG114 | 1.90 |
| 07/16/08 | JNP | EMAIL FROM S. KOBIL RE: JDG STAY MOTION AND FROM K. MCKENNA RE: COMMENTS TO JDG'S COUNTER-OFFER. | BKG114 | 0.20 |
| 07/16/08 | JNP | TELEPHONE CALL WITH J. MORTON RE: WELLS STAY MOTION. | BKG114 | 0.10 |
| 07/17/08 | MEF | REVIEW AND REVISE JDG CONSENT ORDER | BKG114 | 0.50 |
| 07/17/08 | MEF | MEMOS TO MCKENNA RE: JDG SETTLEMENT | BKG114 | 0.30 |
| 07/17/08 | MEF | MEMOS TO D. SHUFF RE: JDG CONSENT ORDER | BKG114 | 0.20 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE  75
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/17/08 JNP    REVIEW ADDITIONAL CHANGES TO JDG      BKG114     0.20
                SETTLEMENT FROM K. MCKENNA.

07/17/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:    BKG114     0.30
                ADDITIONAL COMMENTS TO JDG
                STIPULATION.

07/17/08 JNP    EMAILS FROM K. MCKENNA AND M. FELGER  BKG114     0.40
                RE: COMMENTS TO JDG SETTLEMENT;
                INCORPORATE COMMENTS INTO SETTLEMENT.

07/17/08 JNP    EDIT JDG CONSENT ORDER, EMAIL K.      BKG114     0.20
                MCKENNA RE: SAME.

07/18/08 MEF    MEMO TO JDG RE: SETTLEMENT OF MOTION  BKG114     0.40
                (3)

07/18/08 MEF    REVIEW COMMENTS TO JDG SETTLEMENT     BKG114     0.20

07/19/08 JNP    READ/REPLY TO EMAIL FROM W. CALLAHAN  BKG114     0.10
                RE: DELANGE SETTLEMENT.

07/20/08 JNP    REVIEW PROPOSED CONSENT ORDER WITH    BKG114     0.20
                GMAC; EMAIL P. SORENSEN RE: SAME.

07/20/08 MEF    MEMO TO D. SHUFF RE: JDG CONSENT      BKG114     0.10
                ORDER

07/20/08 JNP    REVIEW VW STAY MOTION; EMAIL P.       BKG114     0.20
                SORENSEN RE: SAME.

07/21/08 MEF    NUMEROUS MEMOS TO PARTIES RE: JDG     BKG114     0.20
                MOTION

07/21/08 JNP    CORRESPONDENCE TO J. MORTON RE:       BKG114     0.10
                NISSAN PAYMENT TO RESOLVE MOTION.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008     PAGE   76
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/21/08 JNP    CONFERENCE CALL WITH M. FELGER, K.      BKG114    0.40
                MCKENNA AND S. BEZARK RE: JDG
                SETTLEMENT.

07/21/08 JNP    CONFERENCE CALL WITH M. FELGER, K.      BKG114    0.90
                MCKENNA AND S. BEZARK RE: JDG
                SETTLEMENT.

07/21/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:      BKG114    0.10
                JDG SETTTLEMENT.

07/21/08 JNP    REVIEW JDG COMMENTS TO SETTLEMENT.      BKG114    0.20

07/21/08 JNP    EMAILS (X3) WITH H. VELDHUIS RE:        BKG114    0.20
                GMAC CONSENT ORDER.

07/21/08 JNP    DRAFT RESPONSE TO JDG STAY MOTION.      BKG114    0.30

07/21/08 JNP    REVIEW REVISED CONSENT ORDER WITH       BKG114    0.20
                GMAC.

07/21/08 MEF    TELEPHONE CONFERENCES WITH K.           BKG114    0.40
                MCKENNA AND PARTIES RE: JDG CONSENT
                ORDER (2)

07/21/08 MEF    MEMOS TO D. SHUFF RE: REVISED           BKG114    0.20
                CONSENT ORDER (3)

07/21/08 MEF    REVIEW REVISED CONSENT ORDER RE: JDG    BKG114    0.20
                MOTION

07/23/08 MEF    REVIEW AND REVISE CONSENT ORDER RE:     BKG114    0.20
                JDG MOTION

07/23/08 JNP    READ/REPLY TO EMAILS FROM W.            BKG114    0.10
                CALLAHAN RE: DE LAGE SETTLEMENT.

07/23/08 MEF    MEMOS TO PARTIES RE: JDG CONSENT        BKG114    0.40
                ORDER (8)
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008    PAGE   77
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/23/08 JNP    EMAIL S. GRABELL RE: SHEEHAN STAY      BKG114    0.10
                MOTION.

07/23/08 JNP    EMAIL J. MORTON RE: WELLS FARGO AND    BKG114    0.10
                NISSAN STAY MOTIONS.

07/24/08 MEF    MEMO TO D. SHUFF RE: CONSENT ORDER     BKG114    0.10

07/24/08 JNP    EMAIL FROM J. CACKOWSKI; AND TO W.     BKG114    0.20
                CALLAHAN RE: DELAGE SETTLEMENT.

07/24/08 JNP    READ/REPLY TO EMAIL FROM W. CALLAHAN   BKG114    0.10
                RE: DELAGE SETTLEMENT.

07/24/08 JNP    EMAIL B. REED RE: SHEEHAN STAY         BKG114    0.10
                MOTION.

07/25/08 MEF    MEMOS TO D. SHUFF RE: CONSENT ORDER    BKG114    0.20
                (2)

07/25/08 MEF    MEMOS TO INSURERS AND MCKENNA, ET AL   BKG114    0.20
                RE: 362 CONSENT ORDER

07/30/08 MEF    REVIEW JDG CONSENT ORDER AS ENTERED    BKG114    0.10

        TOTAL RELIEF FROM STAY PROCEEEDINGS                    27.90   $11947.50
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008     PAGE  78
FILE NUMBER: 220718.000
INVOICE NO.: 599838

            REGULATORY COMPLIANCE

07/01/08 PF     TELEPHONE CALL WITH NJDEP, J. BONO    BKG115    4.10
                ET AL. RE: ISRA ISSUES; TELEPHONE
                CALL WITH M. FELGER RE: SAME;
                TELEPHONE CALL WITH S. BEZARK RE:
                SAME; DRAFT EMAIL TO NJDEP RE: SAME.

07/02/08 PF     ADDITIONAL ANALYSIS OF ISRA          BKG115    9.10
                PROVISION; TELEPHONE CALL WITH NJDEP
                RE: ISRA STATUS; TELEPHONE CALL WITH
                R. ENGEL RE: CHANGES TO CONSENT
                ORDER; TELEPHONE CALL WITH M.
                FELGER; TELEPHONE CALL WITH S.
                BLOCH; TELEPHONE CALL WITH S.
                BEZARK; DRAFT AFFIDAVITS FOR GRABELL
                AND NEILSON; ANALYSIS OF ALTERNATIVE
                ISRA EXEMPTION.

07/02/08 AC     RESEARCH RE: ISRA - APPLICABILITY.   BKG115    2.20

07/02/08 AC     RESEARCH ONLINE FOR ISRA             BKG115    1.20
                APPLICABILITY CASE.

07/02/08 SAB    TELEPHONE CALLS (2) WITH SGRABELL    BKG115    0.40
                REGARDING ISRA CERTIFICATE AND ISSUES

07/02/08 SAB    CONFERENCE CALL WITH PFONTAINE,      BKG115    0.50
                MFLEGER, SGRABELL AND JPOSLUSNY
                REGARDING ISRA

07/02/08 SAB    REVIEW MINUTES FOR ISRA ISSUES       BKG115    0.60

07/02/08 SAB    TELEPHONE CALL WITH PFONTAINE        BKG115    0.20
                REGARDING ISRA ISSUES

07/02/08 SAB    E-MAIL TO PFONTAINE REGARDING        BKG115    0.20
                MINUTES AND APPROACH FOR ISRA
                CERTIFICATE
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug 7, 2008     PAGE  79
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/03/08 AC    RESEARCH - ISRA; CONTACTED LIBRARY      BKG115    3.00
               TO ASSIST WITH WESTLAW RESEARCH ALSO.

07/03/08 SAB   REVIEW AND COMMENT ON GRABELL ISRA      BKG115    0.50
               AFFIDAVIT

07/03/08 SAB   REVIEW AND COMMENT N NEILSON ISRA       BKG115    0.30
               AFFIDAVIT

07/03/08 PF    ADDITIONAL ANALYSIS OF ISRA             BKG115    6.50
               PROVISION; DRAFT AFFIDAVITS FOR
               GRABELL AND NEILSON; DRAFT EMAIL TO
               DEP; TELEPHONE CALL WITH R. ENGEL
               RE: STATUS; TELEPHONE CALL WITH S.
               BEZARK RE: ISRA; TELEPHONE CALL WITH
               DEP RE: ISRA EXEMPTION; TELEPHONE
               CALL WITH BANKRUPTCY TEAM; TELEPHONE
               CALL WITH SHAPES TEAM RE:
               SETTLEMENT; DRAFT EMAIL TO R. ENGEL
               RE: PUCHACK.

07/07/08 PF    TELEPHONE CALL WITH ATTORNEY            BKG115    2.60
               GENERAL'S OFFICE RE: ANALYSIS OF
               ISRA PROVISION, EXEMPTION REQUEST,
               AND CONSENT ORDER; DRAFT EMAIL TO
               DEP; TELEPHONE CALL WITH R. ENGEL
               RE: STATUS; TELEPHONE CALL WITH S.
               BEZARK RE: ISRA; TELEPHONE CALL WITH
               DEP RE: ISRA EXEMPTION; TELEPHONE
               CALL WITH M. FELGER RE: SETTLEMENT;
               TELEPHONE CALL WITH SHAPES
               BANKRUPTCY TEAM RE: SETTLEMENT.

07/08/08 PF    TELEPHONE CALL WITH SHAPES TEAM RE:     BKG115    2.50
               SETTLEMENT; DRAFT CHANGES TO CONSENT
               ORDER.
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE  80
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/09/08 PF      REVIEW EMAILS FORM K. MCKENNA RE:        BKG115    3.50
                 QUESTIONS FROM CARRIERS; DRAFT REPLY
                 TO CARRIERS RE: CONSENT ORDER;
                 SHAPES TEAM RE: SETTLEMENT; DRAFT
                 CHANGES TO CONSENT ORDER; DRAFT
                 EMAIL TO R. ENGEL AT ATTORNEY
                 GENERAL'S OFFICE.

07/10/08 PF      REVIEW EMAILS FORM M. FELGER ET AL.      BKG115    2.20
                 RE: CURRENT STATUS AND DRAT REPLIES;
                 DRAFT EMAIL TO NJDEP AND ATTORNEY
                 GENERAL RE: ISRA LETTER; REVIEW
                 CURRENT DRAFT OF CONSENT ORDER.

07/11/08 PF      TELEPHONE CALL WITH J. GRADWOHL AT       BKG115    2.20
                 NJDEP RE: ISRA ISSUE; TELEPHONE CALL
                 WITH M. FELGER ET AL. RE: CURRENT
                 STATUS; REVIEW EMAIL FROM R. ENGEL;
                 TELEPHONE CALL WITH SAME; DRAFT
                 REPLY EMAIL; REVIEW EMAIL FROM J.
                 GRADWOHL; REVIEW EMAIL FROM K.
                 MCKENNA; DRAFT MODIFICATIONS TO
                 CONSENT ORDER.

07/11/08 SAB     E-MAILS REGARDING ENVIRONMENTAL          BKG115    0.30
                 ISSUES

07/14/08 PF      TELEPHONE CALL WITH P. TROWBRIDGE        BKG115    2.10
                 RE: ACT 2 LETTER; REVIEW ACT 2
                 LETTER; TELEPHONE CALL WITH R. CARR;
                 TELEPHONE CALL WITH J. SIEMINSKI;
                 REVIEW BRYN EYRE MODIFIED DOCUMENTS.

07/14/08 SAB     REVIEW E-MAILS REGARDING STATUS OF       BKG115    0.30
                 ENVIRONMENTAL MATTERS

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008    PAGE  81
FILE NUMBER: 220718.000
INVOICE NO.: 599838


07/15/08 PF    REVIEW EMAIL FROM K. MCKENNA RE:       BKG115    5.40
               INSURER COMMENTS ON CONSENT ORDER;
               REVIEW EMAILS FROM INSURERS; REVIEW
               COMMENTS ON CONSENT ORDER FROM
               INSURERS; TELEPHONE CALL WITH
               INSURERS COUNSEL RE: CHANGES TO
               CONSENT ORDER; DRAFT MODIFICATIONS
               TO CONSENT ORDER; TELEPHONE CALL
               WITH R. ENGEL RE: REVISIONS TO
               CONSENT ORDER AND PROOF OF CLAIM FOR
               NRD; TELEPHONE CALL WITH M. FELGER
               RE: SAME.

07/16/08 PF    TELEPHONE CALL WITH M. FELGER, ET      BKG115    1.50
               AL. RE: CURRENT STATUS OF DEP
               SETTLEMENT; TELEPHONE CALL WITH R.
               ENGEL IN ATTORNEY GENERAL'S OFFICE;
               TELEPHONE CALL WITH M. FELGER AND R.
               ENGEL RE: SAME; REVIEW REVISED
               SETTLEMENT LANGUAGE.

07/17/08 PF    REVIEW ADDITIONAL CHANGES TO CONSENT   BKG115    4.00
               ORDER FROM INSURERS; REVIEW EMAILS
               FROM MCKENNA ET AL; DRAFT ADDITIONAL
               CHANGES TO CONSENT ORDER; DRAFT
               EMAIL TO R. ENGEL; TELEPHONE CALL
               WITH R. ENGEL; REVIEW ISRA DRAFT
               LETTER; REVIEW EMAIL FROM M. FELGER
               RE: SPILL ACT DIRECT CLAIMS; REVIEW
               SPILL ACT; DRAFT EMAIL TO M. FELGER
               RE: SAME.

07/21/08 PF    REVIEW EMAILS FROM M. FELGER; DRAFT    BKG115    5.80
               EMAIL TO J. DICKINSON RE: ISRA
               LETTER; TELEPHONE CALL WITH R.
               ENGEL, LEFT MESSAGE) RE: CONSENT
               ORDER SIGNATURES; DRAFT VARIOUS
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008    PAGE  82
FILE NUMBER: 220718.000
INVOICE NO.: 599838

                    EMAILS RE: SIGNATURES AND ISRA
                    LETTER; TELEPHON CALL WITH D. RYAN
                    RE: ABSENCE OF SIGNATURES AND ISRA
                    LETTER; TELEPHONE CALL WITH J
                    DICKINSON RE: ISRA LETTER; TELEPHONE
                    CALL WITH D. RYAN RE: SAME; DRAFT
                    EMAILS TO SAME; TELEPHONE CALL WITH
                    D. RYAN AT NJDEP; TELEPHONE CALL
                    WITH NJDEP SECRETARY.

07/22/08 PF         TELEPHONE CALL WITH M. FELGER, ET     BKG115    0.30
                    AL. RE: CONSENT ORDER STATUS;
                    ASSEMBLED CONSENT ORDER.

07/31/08 SAB        E-MAILS TO PFONTAINE REGARDING ISRA   BKG115    0.20

        TOTAL REGULATORY COMPLIANCE                        61.70  $25607.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008     PAGE  83
FILE NUMBER: 220718.000
INVOICE NO.: 599838

          TRAVEL

07/06/08 JNP    TRAVEL FROM WILMINGTON TO CHERRY      BKG116    0.90
                HILL AFTER MEETING WITH M. FELGER TO
                PREPARE FOR CONFIRMATION.

       TOTAL TRAVEL                                   0.90    $337.50
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        Aug  7, 2008    PAGE  84
FILE NUMBER: 220718.000
INVOICE NO.: 599838

          TAX ISSUES

| Date | | Description | | |
|---|---|---|---|---|
| 07/08/08 | JNP | TELEPHONE CALL WITH O. KLEIN RE: PENNSAUKEN TAX CLAIM. | BKG123 | 0.20 |
| 07/15/08 | JNP | READ/REPLY TO EMAILS FROM M. JACOBY AND P. SORENSEN RE: PENNSAUKEN TAXES. | BKG123 | 0.10 |
| 07/15/08 | JNP | EMAIL FROM O. KLEIN RE: PENNSAUKEN TAX PAYMENT. | BKG123 | 0.10 |
| 07/16/08 | JNP | CREATE SPREADSHEET OF PENNSYLVANIA TAX CLAIMS RE: POTENTIAL SETTLEMENT WITH PENNSYLVANIA. | BKG123 | 0.20 |
| 07/16/08 | JNP | READ/REPLY TO EMAILS FROM M. FELGER AND P. SORENSEN RE: PENNSAUKEN TAXES. | BKG123 | 0.10 |
| 07/16/08 | JNP | TELEPHONE CALL WITH C. KATSAOUNIS RE: PENNSYLVANIA TAX CLAIMS. | BKG123 | 0.20 |
| 07/17/08 | JNP | READ/REPLY TO EMAIL FROM O. KLEIN RE: PENNSAUKEN TAXES. | BKG123 | 0.10 |
| 07/31/08 | SAB | MULTIPLE E-MAILS REGARDING REAL ESTATE TAX PAYMENTS | BKG123 | 0.30 |

          TOTAL TAX ISSUES                                   1.30    $540.00

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                        Aug  7, 2008    PAGE  85
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

```
                        ACTIVITY RECAP
          HOURS          AMOUNT
ASSET DISPOSTION                             1.20         480.00
CASE ADMINISTRATION                         25.30       8,531.00
CLAIMS ADMINISTRATION AND OBJECTIONS        69.10      20,397.50
FEE/EMPLOYMENT APPLICATIONS                 10.70       3,484.50
FINANCING                                    4.20       1,870.50
PLAN AND DISCLOSURE STATEMENT              252.40     110,777.50
RELIEF FROM STAY PROCEEEDINGS               27.90      11,947.50
REGULATORY COMPLIANCE                       61.70      25,607.00
TRAVEL                                       0.90         337.50
TAX ISSUES                                   1.30         540.00

                    TOTALS                 454.70     183,973.00
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

August 7, 2008

SHAPES/ARCH HOLDINGS

```
        RE:  SHAPES/ARCH HOLDINGS/BANKRUPTCY
             OUR FILE NO.:  220718.000
             SUPERVISING ATTORNEY: SANDRA A. BLOCH

        TOTAL AMOUNT OF INVOICE NO:  599838          $3,899.48

        GRAND TOTAL DUE AS OF THE ABOVE DATE          $3,899.48
```

   ⌐ ENCLOSED HEREWITH PLEASE FIND OUR STATEMENT FOR EXPENSES
INCURRED.  WE TRUST THE ENCLOSURES ARE TO YOUR SATISFACTION.
WE WOULD APPRECIATE YOUR PAYMENT OF THE AMOUNTS DUE AT THE
EARLIEST POSSIBLE TIME.

      SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO
CONTACT ME.  WE ARE GRATEFUL FOR THIS OPPORTUNITY TO PROVIDE
SERVICE TO YOU.

                        VERY TRULY YOURS,

                        COZEN O'CONNOR


                        BY:  SANDRA A. BLOCH

ENC.
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:        599838
File/Matter No:  220718.000
Amount Due:      187,872.48

Please remit check payable to COZEN O'CONNOR to:

        W1385
        Cozen O'Connor
        P.O. Box 7777
        Philadelphia, PA 19175-0775

Please send wire transfers to:

        Account Name:    Cozen O'Connor Executive Account
        Account No:      2953925
        Bank Name:       Mellon Bank
        Bank ABA No:     031000037
        Bank Address:    1735 Market Street
             :           Philadelphia, PA 19103
        Swift Code*:     MELNUS3P
        * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug  7, 2008    PAGE   2
FILE NUMBER: 220718.000
INVOICE NO.: 599838
```

```
             09273.0001.000 SHAPES/ARCH HOLDINGS
             220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY
```

| DATE | EXPENSES INCURRED | VALUE |
|------|-------------------|-------|
| 04/03/08 | WESTLAW RESEARCH WAXMAN,JEFFREY R 04/03/2008 | 44.55 |
| 05/06/08 | WESTLAW RESEARCH POSLUSNY,JERROLD N 05/06/2008 | 3.75 |
| 05/12/08 | MEALS - BUSINESS, KING WONG, JERROLD N. POSLUSNY, JR., CHERRY HILL, DEBBIE REYES FROM COZEN OCONNOR, WORKING DINNER, REF# ER00173286 | 19.42 |
| 05/15/08 | WESTLAW RESEARCH POSLUSNY,JERROLD N 05/15/2008 | 0.43 |
| 05/19/08 | FEDERAL EXPRESS Inv: 272457601 052608 | 10.07 |
| 05/20/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 8.53 |
| 05/20/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 8.53 |
| 05/20/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 18.17 |
| 05/20/08 | FEDERAL EXPRESS Inv: 824654245 052708 | 33.41 |
| 05/20/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 8.53 |
| 05/20/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 7.35 |
| 05/20/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 8.53 |
| 05/20/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 7.35 |
| 05/20/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 19.93 |
| 05/20/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 8.53 |
| 05/21/08 | WESTLAW RESEARCH POSLUSNY,JERROLD N 05/21/2008 | 4.42 |
| 05/22/08 | MEALS - BUSINESS, PANERA, JERROLD N. POSLUSNY, JR., CHERRY HILL, DEBBIE REYES FROM COZEN OCONNOR, WORKING LUNCH, REF# ER00173286 | 17.94 |
| 05/22/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 11.41 |
| 05/22/08 | FEDERAL EXPRESS Inv: 273707360 060208 | 18.75 |
| 05/22/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 10.89 |
| 05/22/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 10.20 |
| 05/22/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 10.20 |
| 05/22/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 10.20 |
| 05/22/08 | FEDERAL EXPRESS Inv: 272635933 052608 | 10.20 |
| 05/22/08 | FEDERAL EXPRESS Inv: 273707360 060208 | 18.75 |
| 05/22/08 | FEDERAL EXPRESS Inv: 273707360 060208 | 18.75 |
| 05/23/08 | PARKING/TOLLS, JERROLD N. POSLUSNY, JR., SELF, ATTEND HEARING, REF# ER00173286 | 11.00 |
| 05/23/08 | PARKING/TOLLS, JERROLD N. POSLUSNY, JR., SELF, ATTEND HEARING, REF# ER00173286 | 11.00 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE   3
FILE NUMBER: 220718.000
INVOICE NO.: 599838

05/23/08  FEDERAL EXPRESS Inv: 273707360 060208          8.53
05/28/08  FEDERAL EXPRESS Inv: 273707360 060208          8.53
05/30/08  FEDERAL EXPRESS Inv: 274959308 060908         13.26
06/11/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/11/2008  1.35
06/13/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/13/2008  8.17
06/13/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/13/2008 104.90
06/16/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/16/2008  3.75
06/17/08  FEDERAL EXPRESS Inv: 277490934 062308           8.71
06/17/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/17/2008  0.59
06/23/08  FEDERAL EXPRESS Inv: 278651438 063008          11.57
06/23/08  FEDERAL EXPRESS Inv: 278651438 063008           8.72
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008          20.20
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008          12.08
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           9.95
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           7.52
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008          16.75
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008           9.95
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008          12.08
06/24/08  WESTLAW RESEARCH FRANKETHALER,DOUGLAS          435.74
          06/24/2008
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008          22.78
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008          12.08
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008          12.08
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008          12.08
06/24/08  FEDERAL EXPRESS Inv: 278651438 063008          12.08
06/25/08  FEDERAL EXPRESS Inv: 278651438 063008          11.15
06/25/08  WESTLAW RESEARCH POSLUSNY,JERROLD N 06/25/2008  0.43
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708           7.52
06/27/08  FEDERAL EXPRESS Inv: 281074191 071408          20.12
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708          12.20
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708           8.72
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708           8.72
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708           7.52
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708           8.72
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708          12.20
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708           8.72
06/27/08  FEDERAL EXPRESS Inv: 279841817 070708           8.72
07/01/08  SECRETARIAL OVERTIME 06/04/08 - MONICA L.      38.17
          BRICKLEY
07/01/08  LONG DISTANCE TELEPHONE 1 CALL 07/01            2.56
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

EIN 23-1732832

SHAPES/ARCH HOLDINGS                            Aug  7, 2008     PAGE    4
FILE NUMBER: 220718.000
INVOICE NO.: 599838

```
07/01/08 MILEAGE (US), JERROLD N. POSLUSNY, JR., SELF,           7.02
         FROM CHERRY HILL, NJ TO CAMDEN, NJ, 12 MILES,
         01 JUL 2008, TRAVEL TO CAMDEN FOR SMITH STAY
         MOTION, REF# ER00176324
07/01/08 PARKING/TOLLS, JERROLD N. POSLUSNY, JR., SELF,         11.00
         TRAVEL TO CAMDEN FOR SMITH STAY MOTION, REF#
         ER00176324
07/02/08 LONG DISTANCE TELEPHONE 1 CALL 07/02                   0.64
07/02/08 LONG DISTANCE TELEPHONE 1 CALL 07/02                   6.40
07/02/08 LONG DISTANCE TELEPHONE 1 CALL 07/02                   3.20
07/02/08 LONG DISTANCE TELEPHONE 1 CALL 07/02                  30.72
07/02/08 LONG DISTANCE TELEPHONE 1 CALL 07/02                  16.64
07/03/08 DUPLICATING 121 COPIES 07/03                          24.20
07/03/08 FEDERAL EXPRESS Inv: 279841817 070708                 10.94
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                  7.52
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                 12.62
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                 12.08
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                 12.08
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                 12.08
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                 10.94
07/03/08 DUPLICATING 14 COPIES 07/03                            2.80
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                 10.43
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                  7.52
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                  7.52
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                 18.92
07/03/08 FEDERAL EXPRESS Inv: 281074191 071408                  7.52
07/06/08 DUPLICATING 8 COPIES 07/06                             1.60
07/06/08 DUPLICATING 9 COPIES 07/06                             1.80
07/06/08 DUPLICATING 6 COPIES 07/06                             1.20
07/06/08 DUPLICATING 127 COPIES 07/06                          25.40
07/06/08 MILEAGE (US), JERROLD N. POSLUSNY, JR., SELF,         23.40
         FROM CHERRY HILL, NJ TO WILMINGTON, DE, 40
         MILES, 06 JUL 2008, MEETING IN WLLMINGTON WITH
         MARK FELGER, REF# ER00177071
07/06/08 DUPLICATING 11 COPIES 07/06                            2.20
07/06/08 MEALS - BUSINESS, FIVE GUYS, JEFFREY R. WAXMAN,       21.60
         WILMINGTON, MARK FELGER FROM COZEN O'CONNOR,
         JERRY POSLUSNY FROM COZEN O'CONNOR, JEFF WAXMAN
         FROM COZEN O'CONNOR, MARYANN MILLIS FROM COZEN
         O'CONNOR, WORK ON DIAMON GLASS AND PREPARATION
         FOR SHAPES CONFIRMATION HEARING, REF# ER00176591
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug  7, 2008      PAGE    5
FILE NUMBER: 220718.000
INVOICE NO.: 599838

```
07/06/08 PARKING/TOLLS, JERROLD N. POSLUSNY, JR., SELF,       3.00
         MEETING IN WLLMINGTON WITH MARK FELGER, REF#
         ER00177071
07/07/08 DUPLICATING 2 COPIES 07/07                          0.40
07/07/08 LONG DISTANCE TELEPHONE 1 CALL 07/07               12.80
07/08/08 DUPLICATING 55 COPIES 07/08                        11.00
07/08/08 LONG DISTANCE TELEPHONE 1 CALL 07/08                1.28
07/08/08 LONG DISTANCE TELEPHONE 1 CALL 07/08                1.28
07/09/08 SPECIAL COPY PITNEY BOWES OFFSITE SERVICES INV#   299.96
         65720279 4/24/08 DATE SUMMARY INV. 12034777
         5/23/08
07/09/08 LONG DISTANCE TELEPHONE 1 CALL 07/09               10.24
07/09/08 LONG DISTANCE TELEPHONE 1 CALL 07/09                0.64
07/09/08 LONG DISTANCE TELEPHONE 1 CALL 07/09                3.84
07/11/08 COURIER SERVICE  - DIGITAL LEGAL - INVOICE#       300.02
         45400 6/30/08
07/11/08 FEDERAL EXPRESS Inv: 282370707 072108             12.51
07/11/08 FILING FEES  - TREASURER, STATE OF NJ 7/11/08    300.00
         FILING FEE
07/11/08 DUPLICATING 4 COPIES 07/11                          0.80
07/11/08 LONG DISTANCE TELEPHONE 1 CALL 07/11                1.28
07/15/08 DUPLICATING 69 COPIES 07/15                        13.80
07/15/08 LONG DISTANCE TELEPHONE 1 CALL 07/15                3.84
07/16/08 LONG DISTANCE TELEPHONE 1 CALL 07/16                5.76
07/16/08 LONG DISTANCE TELEPHONE 1 CALL 07/16                3.84
07/16/08 LONG DISTANCE TELEPHONE 1 CALL 07/16                2.56
07/16/08 LONG DISTANCE TELEPHONE 1 CALL 07/16                1.28
07/16/08 LONG DISTANCE TELEPHONE 1 CALL 07/16               13.44
07/16/08 DUPLICATING 2 COPIES 07/16                          0.40
07/17/08 LONG DISTANCE TELEPHONE 1 CALL 07/17                1.92
07/17/08 DUPLICATING 30 COPIES 07/17                         6.00
07/17/08 LONG DISTANCE TELEPHONE 1 CALL 07/17               44.80
07/17/08 LONG DISTANCE TELEPHONE 1 CALL 07/17               13.44
07/19/08 LONG DISTANCE TELEPHONE 1 CALL 07/19                1.28
07/21/08 DUPLICATING 8 COPIES 07/21                          1.60
07/21/08 DUPLICATING 544 COPIES 07/21                      108.80
07/21/08 DUPLICATING 112 COPIES 07/21                       22.40
07/21/08 DUPLICATING 29 COPIES 07/21                         5.80
07/21/08 DUPLICATING 110 COPIES 07/21                       22.00
07/21/08 DUPLICATING 31 COPIES 07/21                         6.20
07/21/08 DUPLICATING 429 COPIES 07/21                       85.80
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                                  Aug  7, 2008      PAGE    6
FILE NUMBER: 220718.000
INVOICE NO.: 599838

```
07/21/08 LONG DISTANCE TELEPHONE 1 CALL 07/21              3.20
07/21/08 DUPLICATING 14 COPIES 07/21                       2.80
07/21/08 DUPLICATING 1 COPIES 07/21                        0.20
07/21/08 DUPLICATING 3 COPIES 07/21                        0.60
07/21/08 DUPLICATING 29 COPIES 07/21                       5.80
07/22/08 SECRETARIAL OVERTIME 06/17/08 - MONICA L.        95.42
         BRICKLEY
07/22/08 SECRETARIAL OVERTIME 06/18/08 - MONICA L.        83.63
         BRICKLEY
07/22/08 SECRETARIAL OVERTIME 06/19/08 - MONICA L.       167.25
         BRICKLEY
07/22/08 LONG DISTANCE TELEPHONE 1 CALL 07/22              1.28
07/22/08 DUPLICATING 40 COPIES 07/22                       8.00
07/22/08 SECRETARIAL OVERTIME 06/16/08 - MONICA L.        38.17
         BRICKLEY
07/22/08 DUPLICATING 16 COPIES 07/22                       3.20
07/22/08 TIPS, JERROLD N. POSLUSNY, JR., TRAVEL TO         2.00
         BANKRUPTCY COURT IN CAMDEN FOR CONFIRMATION
         HEARING, REF# ER00178238
07/22/08 DUPLICATING 274 COPIES 07/22                     54.80
07/22/08 DUPLICATING 110 COPIES 07/22                     22.00
07/22/08 DUPLICATING 996 COPIES 07/22                    199.20
07/22/08 MILEAGE (US), JERROLD N. POSLUSNY, JR., SELF,     7.02
         FROM CHERRY HILL TO CAMDEN, 12 MILES, 22 JUL
         2008, TRAVEL TO BANKRUPTCY COURT IN CAMDEN FOR
         CONFIRMATION HEARING, REF# ER00178238
07/22/08 PARKING/TOLLS, JERROLD N. POSLUSNY, JR., SELF,    9.00
         TRAVEL TO BANKRUPTCY COURT IN CAMDEN FOR
         CONFIRMATION HEARING, REF# ER00178238
07/23/08 DUPLICATING 4 COPIES 07/23                        0.80
07/23/08 LUNCHEON MEETING  - SATISFARE - BREAKFAST        25.68
         MEETING ATTENDED BY J. POSLUSNY, M. FELGER, S.
         GRABILL AND M. JACOBY 7/24/08 CC 74642
07/23/08 DUPLICATING 3 COPIES 07/23                        0.60
07/23/08 DUPLICATING 8 COPIES 07/23                        1.60
07/24/08 LONG DISTANCE TELEPHONE 1 CALL 07/24              6.40
07/24/08 LONG DISTANCE TELEPHONE 1 CALL 07/24              1.28
07/24/08 FAX CHARGES 2 PAGE(S) 07/24                       2.00
07/24/08 DUPLICATING 1 COPIES 07/24                        0.20
07/25/08 COURIER SERVICE  - ROAD RUNNER COURIER SERVICES  91.00
         - INVOICE# 450625 7/21/08 CC 27056
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug  7, 2008    PAGE   7
FILE NUMBER: 220718.000
INVOICE NO.: 599838

07/25/08 LONG DISTANCE TELEPHONE 1 CALL 07/25           3.20
07/28/08 DUPLICATING 2 COPIES 07/28                     0.40
07/29/08 DUPLICATING 1 COPIES 07/29                     0.20
07/29/08 DUPLICATING 31 COPIES 07/29                    6.20
07/29/08 DUPLICATING 1 COPIES 07/29                     0.20
07/30/08 DUPLICATING 2 COPIES 07/30                     0.40
07/30/08 FAX CHARGES 3 PAGE(S) 07/30                    3.00
07/31/08 SPECIAL COPY 07/30/08 - CC63554 - BENSALEM    25.00
         TOWNSHIP - COPY OF CERTIFICATE OF OCCUPANCY
07/31/08 LONG DISTANCE TELEPHONE 1 CALL 07/31           3.84
07/31/08 SPECIAL COPY 07/30/08 - CC63555 - BENSALEM    80.00
         TOWNSHIP -  COPY OF ZONING CERTIFICATE

         EXPENSES INCURRED......................    $3,899.48


         INVOICE TOTAL                             $3,899.48


    GRAND TOTAL DUE COZEN O'CONNOR
         AS OF THE ABOVE DATE                      $3,899.48
```

*Fees and costs are due upon receipt of bill*