# EXHIBIT "B"

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

EIN 23-1732832

August 15, 2008

SHAPES/ARCH HOLDINGS

RE:  SHAPES/ARCH HOLDINGS/BANKRUPTCY

OUR FILE NO.:  220718.000

| | |
|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $17,956.50 |
| EXPENSES INCURRED: | $948.42 |
| TOTAL AMOUNT OF INVOICE NO: 601082 | $18,904.92 |

```
*---------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE    HOURS           FEES
S. A. BLOCH                       550.00    4.80          2640.00
M.E. FELGER                       525.00   16.40          8610.00
W. HOGAN                          320.00     .10            32.00
D. REYES                          195.00    1.00           195.00
J.N. POSLUSNY, JR.                375.00   11.90          4462.50
M. MILLIS                         185.00     .80           148.00
K.M. SMITH                        100.00     .60            60.00
J.S. REYNOLDS                     315.00    2.60           819.00
JH UNHOCH                         275.00    3.60           990.00
              TOTALS                       41.80         17956.50
```

```
SEARCH FEES - LIBRARY                        567.36
COURIER SERVICE                               80.00
DUPLICATING                                   32.00
TRAVEL & MEALS SUBJECT TO I.R.S. LIMITATIONS ON   103.50
LONG DISTANCE TELEPHONE                      188.56
FAX CHARGES                                    2.00
```

***Fees and costs are due upon receipt of bill***

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                        Aug 15, 2008      PAGE    2
FILE NUMBER: 220718.000
INVOICE NO.: 601082

    SPECIAL COPY                                -25.00

            EXPENSES INCURRED              $948.42


            GRAND TOTAL                  $18,904.92

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:        601082
File/Matter No:  220718.000
Amount Due:      18,904.92

Please remit check payable to COZEN O'CONNOR to:

        W1385
        Cozen O'Connor
        P.O. Box 7777
        Philadelphia, PA 19175-0775

Please send wire transfers to:

            Account Name:    Cozen O'Connor Executive Account
            Account No:      2953925
            Bank Name:       Mellon Bank
            Bank ABA No:     031000037
            Bank Address:    1735 Market Street
                   :         Philadelphia, PA 19103
            Swift Code*:     MELNUS3P
            * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

INVOICE NO.:  601082                    INVOICE DATE:  Aug 15, 2008

09273.0001.000 SHAPES/ARCH HOLDINGS
220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY

| DATE | ATTY | DESCRIPTION OF SERVICES | CODE | HOURS |
|------|------|-------------------------|------|-------|
| | | CASE ADMINISTRATION | | |
| 08/01/08 | D R | FOLLOW UP RE: TRANSCRIPT OF 7/22 HEARING. | BKG104 | 0.20 |
| 08/04/08 | SAB | TELEPHONE CALL WITH SGRABELL REGARDING OPEN ISSUES | BKG104 | 0.60 |
| 08/05/08 | MEF | TELEPHONE CONFERENCE WITH J. POSLUSNY RE: ALL OPEN MATTERS | BKG104 | 0.40 |
| 08/06/08 | JNP | READ/REPLY TO EMAIL FROM S. GRABELL RE: COURT NOTICE OF CONFIRMATION. | BKG104 | 0.10 |
| 08/06/08 | JNP | CORRESPONDENCE FROM K. MCKENNA RE: BREAKDOWN OF SETTLEMENT AMOUNTS TO BE PAID BY EACH INSURER. | BKG104 | 0.10 |
| 08/06/08 | JNP | TELEPHONE CALL WITH S. LEVINE RE: CASE STATUS. | BKG104 | 0.10 |
| 08/06/08 | JNP | EMAIL FROM A. TRAVEA RE: PAYMENTS TO CHAPTER 13 TRUSTEE. | BKG104 | 0.10 |
| 08/08/08 | MM | TELEPHONE CONFERENCES WITH MIDDLESEX COUNTY, NJ RE OBTAINING COPY OF THIEDE DOCKET (.3); PREPARE LETTER/CHECK TO CLERK'S OFFICE REQUESTING COPY OF DOCKET (.3). | BKG104 | 0.60 |
| | | TOTAL CASE ADMINISTRATION | 2.20 | $840.00 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug 15, 2008      PAGE    5
FILE NUMBER: 220718.000
INVOICE NO.: 601082

          CLAIMS ADMINISTRATION AND OBJECTIONS

08/04/08 MEF    REVIEW MEMOS RE: CLAIMS AND EMAIL TO    BKG105    0.30
                HANDLER RE: LIQUIDITY SOLUTIONS
                CLAIMS

08/04/08 MEF    REVIEW 502(E) MOTION AND OBJECTIONS     BKG105    0.50
                RE: 8/14 HEARING

08/04/08 MEF    MEMOS TO OBJECTORS RE: 502(E) MOTION    BKG105    0.70
                (3)

08/04/08 MM     CORRESPONDENCE TO EPIQ SYSTEMS ENC.     BKG105    0.20
                ORIGINAL PROOF OF CLAIM OF BLUE TARP
                FINANCIAL RECEIVED BY COZEN.

08/04/08 JNP    RESEARCH 502(E) CASE LAW AND REVIEW     BKG105    1.80
                RESPONSES TO MOTION RE: PREPARATION
                FOR HEARING.

08/04/08 JNP    MEMO TO M. FELGER RE: 502(E) MOTION.    BKG105    0.50

08/05/08 JNP    TELEPHONE CALL WITH M. FELGER RE:       BKG105    0.70
                CLAIM OBJECTIONS; OPEN ISSUES.

08/05/08 JNP    TELEPHONE CALL WITH G. ANGELITCH RE:    BKG105    0.10
                503(B)(9) PAYMENTS.

08/05/08 MEF    CONFERENCE CALL WITH GRABELL AND        BKG105    0.40
                GROSSMAN RE: 8.1 SCHEDULE OBJECTIONS

08/05/08 MEF    MEMO TO B. LENNON RE: 502(C) MOTION     BKG105    0.10

08/05/08 MEF    TELEPHONE CONFERENCE WITH S. GRABELL    BKG105    0.20
                RE: ADMINISTRATIVE CLAIMS

08/05/08 JHU    CONVERSATION WITH J. POSLUSNY RE: NJ    BKG105    0.30
                UCC AND RESEARCHED 2-103 AND 2-705
                OF THE NJ UCC
```

***Fees and costs are due upon receipt of bill***

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug 15, 2008     PAGE    6
FILE NUMBER: 220718.000
INVOICE NO.: 601082


08/05/08 JHU    REVIEWED LAJOIES'S PROOF OF CLAIM     BKG105    0.30
                AND IDENTIFIED OBJECTIONABLE INVOICES

08/05/08 JHU    BEGAN DRAFTING OBJECTION TO LAJOIE'S  BKG105    1.10
                503(B)(9) CLAIM

08/05/08 JNP    TELEPHONE CALL WITH J. UNHOCH RE:     BKG105    0.20
                ADMINISTRATIVE CLAIM OBJECTIONS.

08/05/08 JNP    REVIEW LAJOIE'S CLAIM AND EMAIL P.    BKG105    0.20
                SORENSEN RE: SAME.

08/06/08 JNP    DRAFT MEMORANDUM TO M. FELGER RE:     BKG105    0.50
                502(E) MOTION ISSUES.

08/06/08 JHU    COMPLETED OBJECTION TO LAJOIE'S       BKG105    1.30
                503(B)(9) ADMINISTRATIVE CLAIM

08/07/08 MEF    REVISE ADMINISTRATIVE CLAIMS          BKG105    0.30
                SPREADSHEET AND MEMOS TO FILE RE:
                SAME

08/07/08 MEF    REVIEW MEMO RE: 502(E) MOTION AND     BKG105    0.40
                MEMOS TO PARTIES RE: HEARING

08/07/08 JNP    TELEPHONE CALL WITH M. STAFFORD RE:   BKG105    0.10
                COOPER ADMINISTRATIVE CLAIM.

08/08/08 JNP    READ/REPLY TO EMAILS FROM M. FELGER   BKG105    0.20
                RE: THEIDE CLAIM.

08/08/08 JHU    PREPARED EXHIBITS TO THE OBJECTION    BKG105    0.40
                TO LAJOIE'S 503(B)(9) CLAIM

08/08/08 JHU    EMAILS EXCHANGED WITH J. POSLUSNY     BKG105    0.20
                RE: CONFIRMATION OF RECEIPT DATE FOR
                MEDALCO AND LAJOIE'S.


        TOTAL CLAIMS ADMINISTRATION AND OBJECTIONS          11.00    $4162.00
```

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug 15, 2008      PAGE    7
FILE NUMBER: 220718.000
INVOICE NO.: 601082

          FEE/EMPLOYMENT APPLICATIONS

08/01/08 D R    PREPARE/EFILING OF CERTIFICATE OF NO   BKG107   0.50
                OBJECTIONS FOR COZEN AND PHOENIX FEE
                STATEMENTS.

08/01/08 D R    REVIEW FEE STATEMENTS FILED BY         BKG107   0.30
                PROFESSIONALS RE: AMOUNTS OWING.

08/04/08 MEF    MEMOS TO FILE RE: JUNE FEE             BKG107   0.20
                STATEMENTS (4)

08/05/08 MEF    LETTER TO PROFESSIONALS RE: FEES       BKG107   0.30

08/05/08 JNP    REVIEW ORDINARY COURSE PROFESSIONAL    BKG107   0.20
                ORDER; EMAIL M. FELGER RE: SAME.

08/05/08 JNP    TELEPHONE CALL WITH K. MCKENNA RE:     BKG107   0.20
                FEE STATEMENTS.

08/07/08 MEF    REVISE FEE STATEMENTS AND APPLICATION  BKG107   0.30

08/07/08 MEF    TELEPHONE CONFERENCE WITH S. VICTOR    BKG107   0.20
                RE: CLOSING STATUS

08/07/08 JNP    REVIEW PHOENIX'S FIFTH MONTHLY FEE     BKG107   0.10
                STATEMENT; EMAIL J. JACOBY RE: SAME.

08/07/08 JNP    REVIEW LATSHA DAVIS' MONTHLY FEE       BKG107   0.10
                STATEMENT AND EMAIL K. MCKENNA WITH
                COMMENTS.

08/07/08 JNP    DRAFT FEE STATEMENT FOR 7/08.          BKG107   1.60

08/08/08 MEF    REVIEW RETENTION APPLICATION AND       BKG107   0.20
                ORDER RE: NATCITY

08/08/08 MEF    MEMOS TO PARTIES RE: NATCITY FEE (4)   BKG107   0.30

08/08/08 MEF    REVIEW COMMITTEE FEE APPLICATIONS      BKG107   0.40
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           Aug 15, 2008      PAGE   8
FILE NUMBER: 220718.000
INVOICE NO.: 601082


08/08/08 JNP    PREPARE COZEN O'CONNOR AND PHOENIX      BKG107    0.30
                FEE STATEMENTS FOR FILING.

        TOTAL FEE/EMPLOYMENT APPLICATIONS               5.20    $2091.00

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug 15, 2008      PAGE    9
FILE NUMBER: 220718.000
INVOICE NO.: 601082

        PLAN AND DISCLOSURE STATEMENT

07/11/08 JNP    EDIT PLAN MODIFICATION.              BKG113    0.30

07/31/08 MEF    MEMOS TO CIT AND ARCH RE: EXTENSION  BKG113    0.30
                OF EFFECTIVE DATE

08/01/08 JNP    READ/REPLY TO EMAILS FROM S. BLOCH   BKG113    0.10
                AND M. FELGER RE: ZONING ISSUES.

08/01/08 SAB    MULTIPLE TELEPHONE CALLS WITH OKLEIN BKG113    0.40
                (PARKER MCKAY) REGARDING PENNSAUKEN
                LETTERS FOR CLOSING

08/01/08 W H    TELEPHONE CALL FROM BLOCH RE ZONING  BKG113    0.10
                ISSUES;

08/01/08 SAB    E-MAILS REGARDING ISRA ISSUES        BKG113    0.20

08/01/08 JSR    RECEIPT AND REVIEW OF EXTENSION      BKG113    0.30
                LETTER FROM CIT

08/01/08 SAB    MULTIPLE E-MAILS REGARDING ZONING    BKG113    0.40
                AND CERTIFICATE OF OCCUPANCY MATTERS

08/01/08 SAB    TELEPHONE CALL WITH EGROCHOWSI RE:   BKG113    0.20
                CLOSING

08/01/08 SAB    TELEPHONE CALL WITH SGRABELL         BKG113    0.30
                REGARDING VARIOUS ISSUES FOR CLOSING

08/01/08 JSR    DISTRIBUTION OF EXTENSION LETTER TO  BKG113    0.20
                CLIENT FOR SIGNATURE

08/04/08 MEF    REVISE AND CIRCULATE PA AGREEMENT    BKG113    0.30

08/04/08 MEF    MEMOS TO PARTIES RE: 8/7 CLOSING     BKG113    0.30
                STATUS (3)
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug 15, 2008      PAGE  10
FILE NUMBER: 220718.000
INVOICE NO.: 601082


08/04/08 MEF    REVIEW CONFIRMATION HEARING          BKG113    0.50
                TRANSCRIPT

08/04/08 JSR    RECEIPT OF CLIENT SIGNATURES TO      BKG113    0.10
                EXTENSION LETTER

08/04/08 MEF    REVIEW MEMOS RE: ISRA ISSUE AND      BKG113    0.30
                OTHER CLOSING ISSUES (8)

08/04/08 SAB    TELEPHONE CALL WITH RCRANE           BKG113    0.20
                (PENNSAUKEN TOWNSHIP) REGARDING
                ZONING REQUEST

08/04/08 JSR    RECEIPT OF FULLY EXECUTED LETTER     BKG113    0.10
                EXTENDING ANNIVERSARY DATE UNTIL
                AUGUST 8, 2008

08/04/08 MEF    REVIEW CIT EXTENSION LETTER AND      BKG113    0.20
                CIRCULATE

08/04/08 KMS    TELEPHONE CONFERENCE WITH BENSALEM   BKG113    0.20
                TOWNSHIP REGARDING THE STATUS OF
                1211 FORD ROAD ZONING CERTIFICATION
                AND CERTIFICATE OF OCCUPANCY

08/04/08 MEF    MEMOS TO BEZARK AND POSLUSNY RE EPA  BKG113    0.20
                SETTLEMENT (3)

08/04/08 SAB    TELEPHONE CALL WITH PFONTAINE        BKG113    0.20
                REGARDING ISRA

08/04/08 SAB    E-MAILS TO BHARRIS REGARDING         BKG113    0.20
                BENSALEM AND PENNSAUKEN CLOSING
                REQUESTS

08/04/08 JNP    REVIEW DRAFT 9019 MOTION FOR EPA     BKG113    0.30
                SETTLEMENT; EMAIL COMMENTS TO M.
                FELGER.


*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug 15, 2008      PAGE  11
FILE NUMBER: 220718.000
INVOICE NO.: 601082

| | | | | |
|---|---|---|---|---|
| 08/04/08 MEF | MEMOS TO CLIENT RE: NATIONAL CITY AND NATIONWIDE ISSUES (4) | BKG113 | 0.40 |
| 08/04/08 JNP | READ/REPLY TO EMAILS FROM M. FELGER AND S. BEZARK RE: EPA SETTLEMENT. | BKG113 | 0.10 |
| 08/05/08 JSR | COMMENTS TO PAYOFF LETTER | BKG113 | 0.20 |
| 08/05/08 JSR | RECEIPT AND REVIEW OF CIT PAYOFF LETTER | BKG113 | 0.30 |
| 08/05/08 JSR | RECEIPT AND REVIEW OF CIT SATISFACTION DOCUMENTS | BKG113 | 0.30 |
| 08/05/08 JNP | DRAFT NOTICE OF EFFECTIVE DATE. | BKG113 | 1.10 |
| 08/05/08 KMS | CONTACTED BENSALEM TOWNSHIP BUILDING AND PLANNING DEPARTMENT REGARDING THE STATUS OF THE 1211 FORD ROAD ZONING CERTIFICATION AND ZONING COMPLIANCE LETTER. | BKG113 | 0.20 |
| 08/05/08 MEF | NUMEROUS MEMOS TO PARTIES RE: CLOSING ISSUES (15) | BKG113 | 0.70 |
| 08/05/08 MEF | REVIEW DOCUMENT AND MEMOS TO HIG RE: CLAIM ISSUES (5) | BKG113 | 0.50 |
| 08/05/08 MEF | REVIEW CIT PAYOFF LETTER AND MEMOS TO PARTIES RE: COMMENTS | BKG113 | 0.30 |
| 08/05/08 MEF | REVIEW AND REVISE NOTICE OF EFFECTIVE DATE | BKG113 | 0.40 |
| 08/05/08 JSR | MULTIPLE EMAILS REGARDING FEES ASSOCIATED WITH CIT PAYOFF | BKG113 | 0.60 |
| 08/06/08 JNP | EMAIL S. GRABELL RE: NATIONWIDE CONTRACT REJECTION. | BKG113 | 0.10 |

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                     Aug 15, 2008      PAGE  12
FILE NUMBER: 220718.000
INVOICE NO.: 601082


08/06/08 SAB    E-MAILS TO AND FROM BHARRIS          BKG113    0.20
                REGARDING BENSALEM TOWNSHIP

08/06/08 SAB    TELEPHONE CALLS WITH KSMITH          BKG113    0.10
                REGARDING BENSALEM TOWNSHIP MATERIALS

08/06/08 SAB    QUICK REVIEW OF MULTIPLE PAYOF       BKG113    0.20
                LETTER DRAFTS

08/06/08 KMS    TELEPHONE CONFERENCE WITH BENSALEM   BKG113    0.20
                TOWNSHIP REGARDING OBTAINING THE
                LIGHT INDUSTRIAL CLASSIFICATION
                SECTION OF THE ZONING CODE; RECEIVED
                AND FORWARDED TO S BLOCH.

08/06/08 JNP    REVISE NOTICE OF EFFECTIVE DATE PER  BKG113    0.50
                COMMENTS FROM M. FELGER.

08/06/08 JNP    EMAILS FROM M. FELGER, M. JACOBY AND BKG113    0.10
                P. SORENSEN RE: CLOSING.

08/06/08 JNP    TELEPHONE CALL WITH D. TERRELL RE:   BKG113    0.10
                NATIONWIDE CONTRACT SETTLEMENT.

08/07/08 JNP    CONFERENCE CALL WITH M. FELGER, S.   BKG113    0.70
                GRABELL, P. SORENSEN AND M. JACOBY
                RE: TRANSACTION CLOSING ISSUES.

08/07/08 JNP    READ/REPLY TO EMAIL FROM S. BEZARK   BKG113    0.10
                RE: NJDEP SETTLEMENT.

08/07/08 MEF    CONFERENCE CALL WITH GRABELL,        BKG113    0.60
                SORENSON, JACOBY AND POSLUSNY RE:
                CLOSING ISSUES

08/07/08 MEF    NUMEROUS MEMOS TO CLIENT RE: CLOSING BKG113    1.00
                STATUS AND OPEN ISSUES (15)


*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           Aug 15, 2008       PAGE   13
FILE NUMBER: 220718.000
INVOICE NO.: 601082

| | | | |
|---|---|---|---|
| 08/07/08 MEF | TELEPHONE CONFERENCE WITH G. SCHARMETT AND P. PATTERSON RE: FEE ISSUES | BKG113 | 0.30 |
| 08/07/08 MEF | MEMOS TO COMMITTEE RE: CLOSING STATUS | BKG113 | 0.20 |
| 08/07/08 MEF | REVIEW REVISED PAYOFF LETTER | BKG113 | 0.20 |
| 08/07/08 MEF | REVIEW AND REVISE NOTICE OF EFFECTIVE DATE | BKG113 | 0.20 |
| 08/07/08 MEF | TELEPHONE CALL WITH A. BRODY RE: CLOSING ISSUES. | BKG113 | 0.30 |
| 08/07/08 MEF | MEMOS TO BEZARK AND POSLUSNY RE: EPA (3) | BKG113 | 0.20 |
| 08/08/08 MEF | MEMOS TO COMMITTEE RE: CLOSING STATUS | BKG113 | 0.20 |
| 08/08/08 MEF | MEMOS TO PARTIES RE: PLAN ADMINISTRATION AGREEMENT | BKG113 | 0.30 |
| 08/08/08 JNP | REVIEW EMAILS FROM M. FELGER, S. BLOCH, M. JACOBY RE: CLOSING ISSUES. | BKG113 | 0.20 |
| 08/08/08 JSR | MULTIPLE EMAILS REGARDING FUNDING AND CLOSING | BKG113 | 0.30 |
| 08/08/08 SAB | MULTIPLE E-MAILS REGARDING CLOSING ISSUES | BKG113 | 0.90 |
| 08/08/08 SAB | TELEPHONE CALL WITH PSORENSEN REGARDING CLOSING | BKG113 | 0.20 |
| 08/08/08 MEF | MEMOS TO PARTIES RE: THIEDE LITIGATION CLAIM (4) | BKG113 | 0.40 |
| 08/08/08 MEF | MEMO TO COUNSEL FOR ARGONAUT RE: STATUS | BKG113 | 0.10 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                          Aug 15, 2008       PAGE  14
FILE NUMBER: 220718.000
INVOICE NO.: 601082


| 08/08/08 MEF | MEMOS TO CLIENT RE: REAL ESTATE TAXES (3) | BKG113 | 0.20 |
|---|---|---|---|
| 08/08/08 MEF | TELEPHONE CONFERENCES WITH A. BRODY (2) RE: CLOSING ISSUES. | BKG113 | 0.40 |
| 08/08/08 MEF | MEMOS TO CIT AND HIG RE: WAIVER FEE ISSUE (3) | BKG113 | 0.30 |
| 08/08/08 MEF | MEMOS TO PARTIES RE: NOTICE OF EFFECTIVE DATE | BKG113 | 0.30 |
| 08/08/08 MEF | MEMOS TO CIT RE: CLOSING ISSUE/STATUS (3) | BKG113 | 0.20 |
| 08/08/08 MEF | MEMOS TO H. COHEN RE: EPA SETTLEMENT AND CLOSING STATUS | BKG113 | 0.20 |
| 08/08/08 JSR | RECEIPT AND REVIEW OF FINAL PAYOFF LETTER | BKG113 | 0.20 |
| 08/08/08 MEF | MEMOS TO BEZARK RE: EPA SETTLEMENT STATUS | BKG113 | 0.20 |
| 08/08/08 MEF | NUMEROUS MEMOS TO PARTIES RE: MISCELLANEOUS CLOSING ISSUES (10) | BKG113 | 0.70 |

          TOTAL PLAN AND DISCLOSURE STATEMENT                21.60   $10056.00


*Fees and costs are due upon receipt of bill*

## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                     Aug 15, 2008      PAGE   15
FILE NUMBER: 220718.000
INVOICE NO.: 601082

          RELIEF FROM STAY PROCEEEDINGS

08/01/08 JNP    READ/REPLY TO EMAIL FROM K. VELDHUIS    BKG114    0.10
                RE: GMAC STAY MOTION.

08/04/08 MEF    REVIEW DE LAGE STIPULATION AND MEMO     BKG114    0.30
                RE: SAME

08/04/08 JNP    REVIEW REVISED DELAGE ORDER; EMAIL      BKG114    0.20
                S. GRABELL RE: SAME.

08/05/08 JNP    READ/REPLY TO EMAIL FROM L. BIAZZO      BKG114    0.10
                RE: GMAC STAY RELIEF.

08/05/08 JNP    EDIT DELAGE STAY ORDER; EMAIL W.        BKG114    0.20
                CALLAHAN RE: SAME.

08/05/08 JNP    EMAIL E. GANC RE: SHEEHAN AND DELAGE    BKG114    0.10
                STAY ORDERS.

08/05/08 JNP    TELEPHONE CALL WITH W. MASON RE: SUN    BKG114    0.10
                MODIFICATION.

        TOTAL RELIEF FROM STAY PROCEEEDINGS              1.10    $457.50
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                      Aug 15, 2008      PAGE  16
FILE NUMBER: 220718.000
INVOICE NO.: 601082

             TAX ISSUES

08/01/08 SAB    TELEPHONE CALLS WITH PSORENSEN       BKG123    0.20
                REGARDING REAL ESTATE TAX PAYMENT

08/01/08 JNP    REVIEW EMAILS FROM M. FELGER, S.     BKG123    0.20
                BLOCH AND O. KLEIN RE: PENNSAUKEN
                TAXES.

08/01/08 SAB    E-MAILS TO AND FROM OKLEIN REGARDING BKG123    0.30
                REAL ESTATE TAX PAYMENT

        TOTAL TAX ISSUES                                0.70    $350.00
```

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                            Aug 15, 2008      PAGE   17
FILE NUMBER: 220718.000
INVOICE NO.: 601082

                        ACTIVITY RECAP
            HOURS              AMOUNT
CASE ADMINISTRATION                              2.20          840.00
CLAIMS ADMINISTRATION AND OBJECTIONS            11.00        4,162.00
FEE/EMPLOYMENT APPLICATIONS                      5.20        2,091.00
PLAN AND DISCLOSURE STATEMENT                   21.60       10,056.00
RELIEF FROM STAY PROCEEEDINGS                    1.10          457.50
TAX ISSUES                                       0.70          350.00
                        _____    _____
                TOTALS                          41.80       17,956.50

*Fees and costs are due upon receipt of bill*



# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

August 15, 2008


SHAPES/ARCH HOLDINGS


        RE:   SHAPES/ARCH HOLDINGS/BANKRUPTCY
              OUR FILE NO.:  220718.000
              SUPERVISING ATTORNEY: SANDRA A. BLOCH

        TOTAL AMOUNT OF INVOICE NO:  601082            $948.42

        GRAND TOTAL DUE AS OF THE ABOVE DATE           $948.42

        ENCLOSED HEREWITH PLEASE FIND OUR STATEMENT FOR EXPENSES
INCURRED.  WE TRUST THE ENCLOSURES ARE TO YOUR SATISFACTION.
WE WOULD APPRECIATE YOUR PAYMENT OF THE AMOUNTS DUE AT THE
EARLIEST POSSIBLE TIME.

        SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO
CONTACT ME.  WE ARE GRATEFUL FOR THIS OPPORTUNITY TO PROVIDE
SERVICE TO YOU.

                          VERY TRULY YOURS,

                          COZEN O'CONNOR


                          BY:   SANDRA A. BLOCH

ENC.


**Fees and costs are due upon receipt of bill**

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

Remittance Advice

PLEASE RETURN THIS COPY WITH YOUR CHECK TO ENSURE PROPER CREDIT

Invoice No:        601082
File/Matter No:  220718.000
Amount Due:       18,904.92

Please remit check payable to COZEN O'CONNOR to:

            W1385
            Cozen O'Connor
            P.O. Box 7777
            Philadelphia, PA 19175-0775

Please send wire transfers to:

            Account Name:    Cozen O'Connor Executive Account
            Account No:      2953925
            Bank Name:       Mellon Bank
            Bank ABA No:     031000037
            Bank Address:    1735 Market Street
                 :           Philadelphia, PA 19103
            Swift Code*:     MELNUS3P
            * Only needed for international transfers.

Notification to Accounts Receivable Department at Cozen O'Connor,
phila.AccountsReceivable@cozen.com of the wire transmittal is always greatly
appreciated.

*Fees and costs are due upon receipt of bill*

## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com
EIN 23-1732832

SHAPES/ARCH HOLDINGS                           Aug 15, 2008      PAGE    2
FILE NUMBER: 220718.000
INVOICE NO.: 601082

```
                    09273.0001.000 SHAPES/ARCH HOLDINGS
                    220718.000 SHAPES/ARCH HOLDINGS/BANKRUPTCY
```

| DATE | EXPENSES INCURRED | VALUE |
|---|---|---|
| 05/20/08 | MEALS - BUSINESS, GALLUCIO'S CAFE, JEFFREY R. WAXMAN, WILMINGTON, MARK FELGER FROM COZEN O'CONNOR, PREPARATION FOR AUCTION, REF# ER00177808 | 8.00 |
| 07/08/08 | MEALS - BUSINESS, GALLUCIO'S CAFE, JEFFREY R. WAXMAN, WILMINGTON, MARK FELGER FROM COZEN O'CONNOR, PREPARATION FOR CONFIRMATION HEARING, REF# ER00177808 | 14.00 |
| 07/16/08 | MEALS - BUSINESS, GALLUCIO'S CAFE, MONICA BRICKLEY, WILMINGTON, MONICA BRICKLEY, MARK FELGER FROM COZEN O'CONNOR, DINNER WHILE WORKING OVERTIME., REF# ER00179089 | 16.00 |
| 07/20/08 | MEALS - BUSINESS, GALLUCIO'S CAFE, MARK E. FELGER, WILMINGTON, EMPLOYEES FROM COZEN O'CONNOR - WORKING OVERTIME, OVERTIME/DINNER, REF# ER00179091 | 30.50 |
| 07/21/08 | MEALS - BUSINESS, WASHINGTON STREET ALE HOUSE, MARK E. FELGER, WILMINGTON, EMPLOYEES FROM COZEN O'CONNOR - WORKING OVERTIME, OVERTIME/DINNER, REF# ER00179091 | 35.00 |
| 07/31/08 | Reversal from Cancelled Voucher 936020 SPECIAL COPY 07/30/08 - CC63554 - BENSALEM TOWNSHIP - COPY OF CERTIFICATE OF OCCUPANCY | (25.00) |
| 08/01/08 | LONG DISTANCE TELEPHONE 1 CALL 08/01 | 1.28 |
| 08/01/08 | DUPLICATING 98 COPIES 08/01 | 19.60 |
| 08/01/08 | DUPLICATING 3 COPIES 08/01 | 0.60 |
| 08/01/08 | TELEPHONE, VERIZON WIRELESS, MARK E. FELGER, VARIOUS, REF# ER00179091 | 173.52 |
| 08/01/08 | FAX CHARGES 2 PAGE(S) 08/01 | 2.00 |
| 08/01/08 | TELEPHONE, SPRINT PCS, PETER J. FONTAINE, RETURN CLIENT AND EXPERT CALLS, REF# ER00178934 | 2.88 |
| 08/04/08 | COURIER SERVICE  - PARCELS, INC. - INVOICE# 115000 7/21/08 | 80.00 |
| 08/04/08 | DUPLICATING 26 COPIES 08/04 | 5.20 |
| 08/04/08 | LONG DISTANCE TELEPHONE 1 CALL 08/04 | 1.28 |

*Fees and costs are due upon receipt of bill*

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com
EIN 23-1732832

```
SHAPES/ARCH HOLDINGS                    Aug 15, 2008      PAGE    3
FILE NUMBER: 220718.000
INVOICE NO.: 601082


08/04/08  LONG DISTANCE TELEPHONE 1 CALL 08/04          1.28
08/05/08  DUPLICATING 18 COPIES 08/05                    3.60
08/05/08  LONG DISTANCE TELEPHONE 1 CALL 08/05          1.28
08/05/08  DUPLICATING 14 COPIES 08/05                    2.80
08/06/08  PACER FEES 07/07/08 STMT. - CO0086           561.68
08/06/08  PACER FEES 07/07/08 STMT. - CO1079             5.68
08/08/08  DUPLICATING 1 COPIES 08/08                     0.20
08/08/08  LONG DISTANCE TELEPHONE 1 CALL 08/08          0.64
08/08/08  LONG DISTANCE TELEPHONE 1 CALL 08/08          6.40


          EXPENSES INCURRED......................      $948.42



          INVOICE TOTAL                                $948.42



     GRAND TOTAL DUE COZEN O'CONNOR
          AS OF THE ABOVE DATE                          $948.42
```

*Fees and costs are due upon receipt of bill*