# EXHIBIT "B"

**Exhibit B**
**Final Fee Application**
**Phoenix Management Services, Inc.**
**110 Chadds Ford Commons**
**Chadds Ford, PA 19317**

**Detail of Time Charges for Shapes/Arch Holdings, LLC DIP**
**For the Period:**                                              **8/04/08 thru 8/08/08**

| Entry Number | Employee | Date | Description | Hours | | Hourly Rate | | Professional Fees |
|---|---|---|---|---|---|---|---|---|
| 1 | MEJ | 8/5/2008 | Review various versions of CIT payoff letter | 0.30 | $ | 405.00 | $ | 121.50 |
| 2 | MEJ | 8/6/2008 | Discussion with PS re: Wells Fargo and case status Review and update PMSI and equipment leases for | 0.40 | $ | 405.00 | $ | 162.00 |
| 3 | MEJ | 8/6/2008 | loan closing | 1.00 | $ | 405.00 | $ | 405.00 |
| 4 | MEJ | 8/6/2008 | Discussion with SG re: PMSI | 0.10 | $ | 405.00 | $ | 40.50 |
| 5 | MEJ | 8/6/2008 | Update Permitted liens for HIG | 0.20 | $ | 405.00 | $ | 81.00 |
| 6 | MEJ | 8/7/2008 | Conf call with Cozen and Company re: closing items | 0.60 | $ | 405.00 | $ | 243.00 |
| 7 | MEJ | 8/7/2008 | Review payoff letters | 0.10 | $ | 405.00 | $ | 40.50 |
| 8 | MEJ | 8/7/2008 | Various emails re: closing | 0.10 | $ | 405.00 | $ | 40.50 |
| 9 | MEJ | 8/7/2008 | emails re admin and priority payments | 0.40 | $ | 405.00 | $ | 162.00 |
| 10 | MEJ | 8/8/2008 | emails re: closing | 0.30 | $ | 405.00 | $ | 121.50 |
| 11 | MEJ | 8/8/2008 | Discussion with HK | 0.20 | $ | 405.00 | $ | 81.00 |
| 12 | MEJ | 8/8/2008 | More closing items | 0.30 | $ | 405.00 | $ | 121.50 |
| 13 | MEJ | 8/8/2008 | Fee Application Preparation | 4.00 | $ | 405.00 | $ | 1,620.00 |
| | | Total | | 8.00 | | | $ | 3,240.00 |