| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF
PHOENIX MANAGEMENT SERVICES, INC. AS RESTRUCTURING ADVISORS FOR
THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The relief set forth on the following page, is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings, L.L.C.

Case No. 08014631 (GMB)

Order Granting First and Final Application of Phoenix Management Services, Inc. as Restructuring Advisors for the Debtors for Compensation and Reimbursement of Expenses

---

Upon consideration of the Final Fee Application[1] of Phoenix Management Services, Inc., restructuring advisors for the Debtors, for an order granting a final allowance of professional fees and expenses, and good cause appearing therefore, after notice and hearing, it is hereby ORDERED:

1.　　That the Final Fee Application is APPROVED.

2.　　That Phoenix Management Services, Inc. is allowed fees of $431,482.50 and expenses of $4,182.70 incurred during the Fee Application Period of March 16, 2008 through August 8, 2008 and said amounts are authorized for payment in full.

CHERRY_HILL\454018\1  220718.000

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Final Fee Application.