U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

08 SEP -4 AM 8: 13

JAMES J. WALDRON

DISCLOSURE OF FORD MOTOR COMPANY
A DELAWARE CORPORATION
TO THE:    BY: _____
DEPUTY CLERK
Date    8/19/2008

**Our reference No    25375597**

U S BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
401 MARKET STREET
CAMDEN NJ 08102

08 14631
CASE NUMBER

| SHAPES ARCH HOLDING LLC | 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 |
|---|---|
| DEFENDANT | SOCIAL SECURITY NUMBER |

NOW COME FORD MOTOR COMPANY, GARNISHEE DEFENDANT IN THE ABOVE ENTITLED CAUSE, AND FOR ITS ANSWER TO THE INTERROGATORIES HERETOFORE PROPOUNDED TO IT BY THE PLAINTIFF HEREIN STATES AS FOLLOWS:

**GARNISHMENT COULD NOT BE PROCESSED AS WE FIND THE INCORRECT SSN**

| Kathleen Beaudoin | |
|---|---|
| Notary Public, Wayne Co. MI | GARNISHMENT REPRESENTATIVE |
| Commission Expires December 5, 2010 | FORD MOTOR COMPANY |
| | A DELAWARE CORPORATION    12/13/2005 |
| | FAX NO: 313-390-1332 |

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____

NOTARY PUBLIC                                    TITLE OF PERSON MAKING DISCLOSURE