UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: Shapes/Arch Holdings L.L.C. et al    APPLICANT: Stevens & Lee, P.C.

CASE NO: 08-14631    CLIENT: Debtors and Debtors in Possession
CHAPTER: 11    CASE FILED: March 16, 2008

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER ATTACHED.

SECTION I
FEE SUMMARY

INTERIM FEE APPLICATION NO. ____ OR FINAL FEE APPLICATION ___x___

|  | FEES | EXPENSES |
| --- | --- | --- |
| TOTAL PREVIOUS FEE REQUESTED[1]: | $46,588.00 | $935.95 |
| TOTAL FEES ALLOWED TO DATE[2]: | $0 | $0 |
| TOTAL RETAINER (IF APPLICABLE): | $50,000.00 | |
| TOTAL HOLDBACK (IF APPLICABLE): | $9,317.60 | $0 |
| TOTAL RECEIVED BY APPLICANT: | $37,270.40 | $935.95 |

| PROFESSIONAL | PRACTICE AREA | YEAR ADMITTED | HOURS | RATE | FEE |
| --- | --- | --- | --- | --- | --- |
| SEE ATTACHED (page 2) | | | | | |
| | | | | | |

FEE TOTALS – PAGE 2         $171,948.50
DISBURSEMENTS TOTAL – PAGE 4    $3,249.76
TOTAL FEE APPLICATION         $175,198.26

---

[1] S&L filed one interim monthly fee statement pursuant to the Court's order dated March 18, 2008 approving interim compensation procedures.

[2] To date, no fees have been allowed by Court Order; however, S&L did file an interim monthly fee statement for the period of March 16, 2008 though April 30, 2008 and has been paid pursuant to the Court Order approving interim compensation procedures.

SL1 863605v1/103456.00001

| PROFESSIONAL | PRACTICE AREA | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Paul R. Lewis | Labor | 1973-PA | 279.7 | $500.00 | $139,850.00 |
| Charles F. Harenza | Labor | 1985-PA | 1.40 | $500.00 | $700.00 |
| Frank C. Sabatino | Labor | 1981-NJ<br>1979-PA | 3.90 | $490.00 | $1,911.00 |
| Robert Lapowsky | Bankruptcy | 1981-NJ<br>1979-PA | 13.6 | $480.00 | $6,528.00 |
| Harry A. Horowitz | Labor | 1979-NJ<br>1979-PA<br>1989-NY<br>1996-FL | 0.30 | $450.00 | $135.00 |
| Jo Bennett | Labor | 1996-NJ<br>1996-PA | 15.1 | $395.00 | $5,964.50 |
| John F. Ward | Labor | 1997-PA | 18.30 | $360.00 | $6,588.00 |
| John C. Kilgannon | Bankruptcy | 1998-NJ<br>1998-PA | 12.1 | $360.00 | $4,356.00 |
| Adam A. Zuidema | Employee Benefits and Executive Compensation | 2007-PA | 0.20 | $215.00 | $43.00 |
| Patricia S. Bradway | Labor Paralegal | | 6.30 | $195.00 | $1,228.50 |
| Alexandra Minehart | Bankruptcy Paralegal | | 16.6 | $185.00 | $3,071.00 |
| Allison M. Decker | Bankruptcy Paralegal | | 8.10 | $185.00 | $1,498.50 |
| Rebecca K. Kunkel | Labor Paralegal | | .40 | $125.00 | $50.00 |
| Kara R. Citarella | Labor Assistant | | 0.20 | $125.00 | $25.00 |
| TOTAL: | | | 376.2 | | $171,948.50 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) Telephone Calls | 58.2 | $28,387.50 |
| b) Correspondence Drafted | 40.8 | $19,101.50 |
| c) Correspondence Reviewed | 5.4 | $2,463.00 |
| d) Legal Research | 10.1 | $3,902.00 |
| e) Court Appearance | | |
| f) Preparation of Pleadings and Briefs | 77.5 | $36,613.00 |
| g) Internal Office Meetings (1):<br>(1) Solely w/applicants staff;<br>(2) third party conferences: | 2.1<br><br>100.2 | $947.00<br><br>$47,481.00 |
| h) Out of Office Meetings | 30.8 | $15,400.00 |
| i) Review of File | 25.0 | $11,079.50 |
| j) Travel Time | | |
| k) Fee Application Preparation | 26.1 | $6,574.00 |
| l) Other Services:<br><br>_____<br><br>(Continue other services to separate page if needed). | | |
| SERVICES TOTAL | 376.2 | $171,948.50 |

SECTION III
SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research (including Westlaw) | $577.68 |
| b) Facsimile (with rates)<br>No. of Pages __2__ Rate per Page ___$1.00___ (Max. $1.00/pg.) | 2.00 |
| c) Long Distance Telephone | $106.24 |
| d) In-House Reproduction<br>No. of Pages __2,636__ Rate per Page __.20___ (Max. .20¢pg.) | $527.20 |
| e) Outside Reproduction | |
| f) Outside Research | |
| g) Filing/Court Fees | $186.00 |
| h) Court Reporting | |
| i)    Travel (miles) | $468.83 |
|      Parking | $318.00 |
| j) Courier & Express Carriers (e.g. Federal Express) | $22.17 |
| k) Postage | $9.90 |
| l) Other (Explain)<br>meeting meals | $1,031.74 |
| DISBURSEMENT TOTAL: | $3,249.76 |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. § 506)

(1) DATE CASE FILED: March 16, 2008

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: Chapter 11

(3) DATE OF RETENTION: Application: March 16, 2008; Order: April 9, 2008
   (ANNEX COPY OF ORDERS(S))
   IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS
   TO RETENTION, SET FORTH: None

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED: S&L was retained as Special Labor & Conflicts counsel to assist Debtors in negotiating modifications to collective bargaining agreements which benefited the Estate. See attached Affidavit of Paul R. Lewis, Esq.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:
   (A) ADMINISTRATION EXPENSES:
   (B) SECURED CREDITORS:
   (C) PRIORITY CREDITORS:
   (D) GENERAL UNSECURED CREDITORS:

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE):

I certify under penalty of perjury that the foregoing is true and correct.

/s/ John C. Kilgannon                                    9/5/08
SIGNATURE OF APPLICANT                                   DATE

SL1 863605v1/103456.00001

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| |
| MARK E. FELGER (MF9985) |
| JERROLD N. POSLUSNY, JR. (JP7140) |
| COZEN O'CONNOR |
| LibertyView, Suite 300 |
| 457 Haddonfield Road |
| Cherry Hill, NJ 08002 |
| (856) 910-5000 |
| Proposed Attorneys for the Debtors |

Order Filed on
4/9/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

Debtors.

Case No. 08-14631 (GMB)
(Jointly Administered)

Judge: Gloria M. Burns

Chapter: 11

| Recommended Local Form: | ☐ Followed | ☒ Modified |
| --- | --- | --- |

### ORDER AUTHORIZING RETENTION OF STEVENS & LEE, P.C. AS SPECIAL LABOR AND CONFLICTS COUNSEL FOR THE DEBTORS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

DATED: 4/9/2008

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-14631(GMB)

Order Authorizing Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors

---

In re:       Shapes/Arch Holdings L.L.C., et al.
Case No.:   08-14631(GMB)
Applicant:   Shapes/Arch Holdings L.L.C., et al.

     ☐ Trustee:      ☐ Chap. 7      ☐ Chap. 11      ☐ Chap. 13

     ☑ Debtors:      ☑ Chap. 11      ☐ Chap. 13

     ☐ Official Committee of _____

Name of Professional:    Stevens & Lee, P.C.
Address of Professional:   1818 Market Street, 29th Floor
                             Philadelphia, PA 19103

☐ Attorney for:    ☐ Trustee      ☐ Debtors-in-Possession

                ☐ Official Committee of _____

☐ Accountant for:   ☐ Trustee      ☐ Debtor-in-Possession

                ☐ Official Committee of _____

☑ Other Professional:

                ☐ Realtor     ☐ Appraiser     ☑ Special Labor and Conflicts Counsel

                ☐ Auctioneer ☐ Other (specify):_____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicants, Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C. and Ultra L.L.C., are authorized to retain the above party in the professional capacity noted pursuant to 11 U.S.C. §327(e).

2

*Approved by Judge Gloria M. Burns April 09, 2008*

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No: 08-14631(GMB)

Order Authorizing Retention of Stevens & Lee, P.C. as Special Labor and Conflicts Counsel for the Debtors

---

    2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

    3.    The effective date of the retention is the date the application was filed with the Court.

    4.    If Stevens & Lee, P.C., is named as a defendant in any avoidance action, it shall not represent the estates as plaintiff's counsel on any other avoidance actions, and shall withdraw as counsel of record in any avoidance actions which it had initiated on the estates' behalf prior to being named a defendant.

    5.    The United States Trustee and Stevens & Lee, P.C., have agreed that the issue of an "evergreen" retainer will be deferred and resolved in due course.

CHERRY_HILL\430925\2 077771.000

3

*Approved by Judge Gloria M. Burns April 09, 2008*