# EXHIBIT "B"

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Computer Assisted Legal Research (including Westlaw) | $577.68 |
| b) Facsimile (with rates) <br> No. of Pages _____ Rate per Page ___$1.00___ <br> _____(Max. $1.00/pg.) | $2.00 |
| c) Long Distance Telephone | $106.24 |
| d) In-House Reproduction <br> No. of Pages _2,636_ Rate per Page ___.20___ (Max. .20¢pg.) | $527.20 |
| e) Outside Reproduction | |
| f) Outside Research | |
| g) Filing/Court Fees | $186.00 |
| h) Court Reporting | |
| i)    Travel (miles) | $468.83 |
|        Parking | $318.00 |
| j) Courier & Express Carriers (e.g. Federal Express) | $22.17 |
| k) Postage | $9.90 |
| l) Other (Explain) <br><br> meeting meals | $1,031.74 |
| DISBURSEMENT TOTAL: | $3,249.76 |

| Matter | Description | Date | Type | Amount |
|---|---|---|---|---|
| 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | 3/21/08 | Document reproduction | $2.20 |
| 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | 3/25/08 | Document reproduction | $3.20 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/1/08 | Document reproduction | $0.40 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/11/08 | Document reproduction | $20.00 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/29/08 | Document reproduction | $1.20 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/29/08 | Document reproduction | $1.40 |
| | | | | **$28.40** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 3/24/08 | Postage | $0.82 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 3/24/08 | Postage | $0.82 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/8/08 | Postage | $4.73 |
| | | | | **$6.37** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 3/14/08 | Telephone charges | $2.50 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 3/14/08 | Telephone charges | $1.94 |
| 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | 3/21/08 | Telephone charges | $1.94 |
| 030026-00063 | ALUMINUM SHAPES/LABOR ISSUES RE CHAPTER 11 | 3/21/08 | Telephone charges | $3.62 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 3/21/08 | Telephone charges | $2.31 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 3/21/08 | Telephone charges | $2.12 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 3/21/08 | Telephone charges | $2.12 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/1/08 | Telephone charges | $1.94 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/1/08 | Telephone charges | $1.94 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/25/08 | Telephone charges | $1.94 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/25/08 | Telephone charges | $1.94 |
| | | | | **$24.31** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 | Travel / Miles | $16.67 |
| 103456-00002 | SHAPES/ARCH/BANKRUPTCY | 4/3/08 | Travel / Miles | $26.26 |
| 103456-00003 | SHAPES/ARCH/BANKRUPTCY | 4/8/08 | Travel / Miles | $26.26 |
| 103456-00004 | SHAPES/ARCH/BANKRUPTCY | 4/11/08 | Travel / Miles | $16.67 |
| 103456-00005 | SHAPES/ARCH/BANKRUPTCY | 4/21/08 | Travel / Miles | $16.67 |
| 103456-00006 | SHAPES/ARCH/BANKRUPTCY | 4/23/08 | Travel / Miles | $26.26 |
| | | | | **$128.79** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 | Parking | $23.00 |
| 103456-00003 | SHAPES/ARCH/BANKRUPTCY | 4/8/08 | Parking | $19.00 |
| 103456-00004 | SHAPES/ARCH/BANKRUPTCY | 4/11/08 | Parking | $23.00 |
| 103456-00005 | SHAPES/ARCH/BANKRUPTCY | 4/21/08 | Parking | $23.00 |
| 103456-00006 | SHAPES/ARCH/BANKRUPTCY | 4/23/08 | Parking | $19.00 |

| Matter | Client | Date | Description | Amount |
|---|---|---|---|---|
| 103456-00006 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 | Meals | $107.00 |
| 103456-00006 | SHAPES/ARCH/BANKRUPTCY | 4/11/08 | Meals | $48.26 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 | Westlaw research | $42.98 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 | Westlaw research | $91.24 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 | Westlaw research | $47.62 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 | Westlaw research | $84.39 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 | Westlaw research | $89.55 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 | Westlaw research | $105.88 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 4/2/08 | Westlaw research | $222.40 |
| | | | | $549.84 |

TOTAL 935.95

| Matnum | MatName | Date | CostItemName | ChargeAmount | BillText |
|---|---|---|---|---|---|
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/21/08 | Computer research | $11.68 | COMPUTER RESEARCH |
| | | | | **$11.68** | |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/19/08 | Document Reproduction | $1.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/19/08 | Document Reproduction | $1.00 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/19/08 | Document Reproduction | $1.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/22/08 | Document Reproduction | $327.60 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/23/08 | Document Reproduction | $1.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/23/08 | Document Reproduction | $1.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/23/08 | Document Reproduction | $1.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/23/08 | Document Reproduction | $1.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/23/08 | Document Reproduction | $1.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/23/08 | Document Reproduction | $1.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/28/08 | Document Reproduction | $0.80 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/28/08 | Document Reproduction | $1.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Document Reproduction | $1.00 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Document Reproduction | $14.40 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Document Reproduction | $33.60 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/6/08 | Document Reproduction | $12.00 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/12/08 | Document Reproduction | $0.80 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/16/08 | Document Reproduction | $3.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/17/08 | Document Reproduction | $0.40 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/17/08 | Document Reproduction | $4.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/17/08 | Document Reproduction | $3.40 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/17/08 | Document Reproduction | $5.40 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/18/08 | Document Reproduction | $1.00 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/18/08 | Document Reproduction | $5.60 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Document Reproduction | $4.40 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Document Reproduction | $3.60 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/7/08 | Document Reproduction | $1.00 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/7/08 | Document Reproduction | $17.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/7/08 | Document Reproduction | $0.40 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/7/08 | Document Reproduction | $0.40 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/7/08 | Document Reproduction | $2.40 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/7/08 | Document Reproduction | $19.20 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/7/08 | Document Reproduction | $2.00 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/7/08 | Document Reproduction | $2.00 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/7/08 | Document Reproduction | $2.00 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/7/08 | Document Reproduction | $2.40 | DOCUMENT REPRODUCTION |

| | | | | |
|---|---|---|---|---|
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/9/08 | Document Reproduction | $6.60 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/11/08 | Document Reproduction | $0.60 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/29/08 | Document Reproduction | $6.40 | DOCUMENT REPRODUCTION |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/7/08 | Document Reproduction | $3.20 | DOCUMENT REPRODUCTION |
| | | | | **$498.80** | |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/7/08 | Facsimile | $2.00 | FACSIMILE |
| | | | | **$2.00** | |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/18/08 | Federal exp | $10.89 | FEDERAL EXPRESS |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/25/08 | Federal exp | $11.28 | FEDERAL EXPRESS |
| | | | | **$22.17** | |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/18/08 | Filing/Court Fees | $186.00 | NEW JERSEY LAWYERS' FUND: PRO HAC VICE - PRL |
| | | | | **$186.00** | |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/3/08 | Meeting Expense | $213.77 | CBC ROSE: VF - LUNCH |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Meeting expense | $329.52 | PAUL R LEWIS: DINNER MTG W/ IBT 837 & POTENTIAL BUYERS OF DEBTORS 6/4 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Meeting expense | $285.00 | PAUL R LEWIS: DINNER MTG W/ UIU & POTENTIAL BUYERS OF DEBTORS 6/3 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Meeting expense | $42.34 | PAUL R LEWIS: LUNCH MTG W/ SHAPE NEGOTIATORS 6/6 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Meeting expense | $42.98 | PAUL R LEWIS: LUNCH W/ D.GOLLIN & B.ORENFORD AT UIU NEGOTIATIONS IN PHL 4/2 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Meeting expense | $26.89 | PAUL R LEWIS: LUNCH W/ SHAPES REFS 6/16 |
| | | | | **$940.50** | |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/9/08 | Mileage | $27.42 | JO BENNETT: MILEAGE T/F DELAIR, NJ FOR MTG 7/9 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/16/08 | Mileage | $40.40 | JOHN F WARD: TRAVEL T/F BENSALEM, PA 6/24 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/4/08 | Mileage | $26.26 | PAUL R LEWIS: MILEAGE T/F LOCAL 837 IN PHL 4/3 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Mileage | $26.26 | PAUL R LEWIS: TRAVEL T/F LOCAL 837 IN PHL 4/23 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/4/08 | Mileage | $26.26 | PAUL R LEWIS: TRAVEL T/F LOCAL 837 IN PHL 4/8 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Mileage | $26.26 | PAUL R LEWIS: TRAVEL T/F LOCAL 837 IN PHL 6/11 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Mileage | $26.26 | PAUL R LEWIS: TRAVEL T/F LOCAL 837 IN PHL 4/4 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Mileage | $26.26 | PAUL R LEWIS: TRAVEL T/F LOCAL 837 IN PHL 6/6 |

| Code | Client | Date | Description | Amount |
|---|---|---|---|---|
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Mileage | $16.67 | PAUL R LEWIS: TRAVEL T/F UIU IN PHILADELPHIA 4/2 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Mileage | $16.67 | PAUL R LEWIS: TRAVEL T/F UIU IN PHL 4/11 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Mileage | $16.67 | PAUL R LEWIS: TRAVEL T/F UIU IN PHL 4/21 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Mileage | $16.67 | PAUL R LEWIS: TRAVEL T/F UIU IN PHL 6/12 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Mileage | $16.67 | PAUL R LEWIS: TRAVEL T/F UIU IN PHL 6/4 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Mileage | $29.29 | PAUL R LEWIS: TRAVEL TO LOCAL 837 NEGOTIATIONS 6/16 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Mileage | $28.28 | PAUL R LEWIS: TRAVEL TO SHAPES FOR MTG 6/30 |
|  |  |  |  | **$340.04** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/3/08 | Postage | $1.51 | POSTAGE |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/25/08 | Postage | $2.02 | POSTAGE |
|  |  |  |  | **$3.53** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/21/08 | Telephone charges | $3.06 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/3/08 | Telephone charges | $1.94 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/3/08 | Telephone charges | $3.43 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/6/08 | Telephone charges | $2.12 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/10/08 | Telephone charges | $2.31 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/17/08 | Telephone charges | $2.12 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/17/08 | Telephone charges | $9.79 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/18/08 | Telephone charges | $4.18 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Telephone charges | $2.12 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Telephone charges | $1.94 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Telephone charges | $1.94 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Telephone charges | $3.25 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Telephone charges | $2.12 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Telephone charges | $2.12 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Telephone charges | $2.31 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Telephone charges | $1.94 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Telephone charges | $2.50 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/24/08 | Telephone charges | $2.12 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 6/30/08 | Telephone charges | $1.94 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/9/08 | Telephone charges | $1.94 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/9/08 | Telephone charges | $2.12 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/9/08 | Telephone charges | $2.68 | TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/11/08 | Telephone charges | $2.50 | TELEPHONE CHARGES |

| Client | Matter | Date | Description | Amount |
|---|---|---|---|---|
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/11/08 | Telephone charges | $2.50 TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/11/08 | Telephone charges | $2.31 TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/11/08 | Telephone charges | $2.50 TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/24/08 | Telephone charges | $1.94 TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/30/08 | Telephone charges | $1.94 TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/30/08 | Telephone charges | $1.94 TELEPHONE CHARGES |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/7/08 | Telephone charges | $4.37 TELEPHONE CHARGES |
| | | | | **$81.93** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/9/08 | Tolls/parking | $16.50 JO BENNETT: PARKING IN DELAIR FOR MTG 7/9 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 7/16/08 | Tolls/parking | $4.50 JOHN F WARD: TRAVEL T/F BENSALEM, PA 6/24 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/4/08 | Tolls/parking | $24.00 PAUL R LEWIS: PARKING 5/29 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Tolls/parking | $23.00 PAUL R LEWIS: PARKING IN PHL 4/21 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Tolls/parking | $19.00 PAUL R LEWIS: PARKING IN PHL 4/23 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Tolls/parking | $23.00 PAUL R LEWIS: PARKING IN PHL 6/3 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Tolls/parking | $24.00 PAUL R LEWIS: PARKING IN PHL 7/24 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Tolls/parking | $24.00 PAUL R LEWIS: PARKING 5/29 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Tolls/parking | $1.00 PAUL R LEWIS: TRAVEL T/F LOCAL 837 IN PHL 6/11 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Tolls/parking | $23.00 PAUL R LEWIS: TRAVEL T/F UIU IN PHILADELPHIA 4/2 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 5/30/08 | Tolls/parking | $23.00 PAUL R LEWIS: TRAVEL T/F UIU IN PHL 4/11 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Tolls/parking | $3.00 PAUL R LEWIS: TRAVEL TO LOCAL 837 NEGOTIATIONS 6/16 |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Tolls/parking | $3.00 PAUL R LEWIS: TRAVEL TO SHAPES FOR MTG 6/30 |
| | | | | **$211.00** |
| 103456-00001 | SHAPES/ARCH/BANKRUPTCY | 8/6/08 | Westlaw research | $16.16 WESTLAW |
| | | | | **$16.16** |

**Grand Total** $2,313.81