| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| STEVENS & LEE, P.C.<br>1415 Marlton Pike East<br>Suite 506<br>Cherry Hill, NJ 08034-2210<br>Phone: 856-354-9200<br>Fax:    856-354-8111<br>John C. Kilgannon, Esq (JK-3649)<br>jck@stevenslee.com | CHAPTER 11<br><br>CASE NO. 08-14631 (GMB)<br>(Jointly Administered) |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | |

**ORDER APPROVING FINAL APPLICATION OF STEVENS & LEE, P.C., AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 16, 2008 THROUGH AUGUST 8, 2008**

The relief set forth on the following pages is hereby ORDERED.

Upon consideration of the Fee Application[1] of Stevens & Lee, P.C., special counsel to the Debtors, for an order granting a final allowance of professional fees and expenses, and good cause appearing therefore, after notice and hearing, it is hereby ORDERED:

1. That the Fee Application is APPROVED.

2. That Stevens & Lee is allowed fees in the amount of $171,948.50 and reimbursement of expenses in the amount of $3,249.76 incurred during the Application Period of March 16, 2008 through August 8, 2008 and said amounts are authorized for payment in full.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Fee Application.

SL1 863703v1/030026.00001