# EXHIBIT A

Order Filed on
**4/25/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Alan D. Halperin, Esq.<br>Walter Benzija, Esq.<br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br><br>Proposed Attorneys for the Official Committee<br>of Unsecured Creditors | |
| In re:<br><br>**SHAPES/ARCH HOLDINGS L.L.C., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns, USBJ |

**ORDER AUTHORIZING THE RETENTION OF HALPERIN
BATTAGLIA RAICHT, LLP AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED
<u>CREDITORS, *NUNC PRO TUNC*, TO MARCH 31, 2008</u>**

      The relief set forth on the following pages, numbered two (2) and three (3), is hereby

ORDERED.

**DATED: 4/25/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

{00061561.1 / 0631-001}

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., et al. |
| Case No. | 08-14631(GMB) |
| Caption of Order: | ORDER AUTHORIZING THE RETENTION OF HALPERIN BATTAGLIA RAICHT, LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC*, TO MARCH 31, 2008 |

Upon the application of the Official Joint Committee of Unsecured Creditors (the "Committee") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned debtors and debtors-in-application for authority to retain Halperin Battaglia Raicht, LLP ("HBR"), as bankruptcy counsel to the Committee, under a general retainer, *nunc pro tunc* to March 31, 2008; and upon the affidavit of Alan D. Halperin; and due and adequate notice of the application having been provided, as evidenced by the certificate of service filed with this Court; and the Court having jurisdiction to consider the application and the relief requested therein in accordance with 28 U.S.C. §§157 and 1334; and consideration of the application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §1409; and the Court being satisfied that (a) the employment of HBR is necessary and in the best interests of the Committee, unsecured creditors, and the estates, (b) HBR does not have or represent any interest adverse to the Committee or the estates, and (c) HBR is a "disinterested person" as that term is defined in §101(14) of Title 11 of the United States Code (the "Bankruptcy Code"); and good and sufficient cause appearing for the relief sought by the application; it is

**ORDERED,** that pursuant to §1103(a) of the Bankruptcy Code, the Committee is hereby authorized to retain HBR, as bankruptcy counsel to the Committee, under a general retainer, *nunc pro tunc* to March 31, 2008; and it is further

*Approved by Judge Gloria M. Burns April 25, 2008*

(Page 3)
Debtor:  SHAPES/ARCH HOLDINGS L.L.C., et al.
Case No.  08-14631(GMB)
Caption of Order:  ORDER AUTHORIZING THE RETENTION OF HALPERIN BATTAGLIA RAICHT, LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC*, TO MARCH 31, 2008

---

**ORDERED,** that HBR shall be compensated in accordance with the procedures set forth in §§330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and any orders issued by this Court.

**ORDERED,** that a copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

{00061561.1 / 0631-001}

3

*Approved by Judge Gloria M. Burns April 25, 2008*