# EXHIBIT B

# SHAPES
## ACTIVITY BREAKDOWN
## MARCH 31, 2008 - AUGUST 8, 2008

| ACTIVITY | TIME SPENT | FEES INCURRED |
|---|---|---|
| Asset Sales | 10.4 | $4,482.00 |
| Claims Review & Analysis | 27.5 | $10,314.00 |
| Committee Matters | 7.7 | $2,579.50 |
| DIP Financing | 2.6 | $988.50 |
| Discovery | 0.4 | $90.00 |
| Executory Contracts | 0.6 | $261.00 |
| Fee Application | 6.8 | $1,008.50 |
| Financing | 55.7 | $22,383.50 |
| General | 360.5 | $120,542.00 |
| Meetings & Hearings | 127.0 | $52,814.50 |
| Motions & Applications | 120.8 | $38,199.00 |
| Plan & Disclosure Statement | 282.5 | $115,319.00 |
| Pleadings | 64.2 | $17,976.00 |
| **TOTAL** | 1066.7 | $386,957.50 |

| | | | | | |
|---|---|---|---|---|---|
| 9/3/2008 | | Halperin Battaglia Raicht, LLP | | | |
| 11:24 AM | | Listing | | | Page 1 |

## Selection Criteria

Slip.Date        8/1/2008 - 8/8/2008
Clie.Selection   Include: Shapes-CC
Slip.Slip Type   Time

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 179483<br>8/1/2008<br>WIP<br>Office conference with J. Moore regarding time. (.2) ;<br>Office conference with D. Lieberman regarding fee<br>application. (.3) | TIME | CEM<br>Fee Application<br>Shapes-CC | 0.50 | 225.00 | 112.50 |
| 179488<br>8/1/2008<br>WIP<br>Conference with D. Lieberman and C. Mitchell<br>regarding fee application preparation. (.2) ; Begin<br>preparation of time regarding same. (.3) | TIME | JBM<br>Fee Application<br>Shapes-CC | 0.50 | 95.00 | 47.50 |
| 179504<br>8/1/2008<br>WIP<br>Office conferences with D. Lieberman regarding<br>closing delay, implementation, and related issues. (.7)<br>; Review and revise memo to Committee, and review<br>documents. (.8) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.50 | 435.00 | 652.50 |
| 179503<br>8/1/2008<br>WIP<br>Review of pleadings filed with Bankruptcy Court. | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 0.30 | 435.00 | 130.50 |
| 179492<br>8/1/2008<br>WIP<br>Email exchange with M. Felger regarding closing<br>documents. (.2) ; Preparation of Trust contacts. (.3) ;<br>Meeting with J. Moore regarding early September fee<br>application. (.1) ; Drafting - email to Committee. (.4) | TIME | DHL<br>General<br>Shapes-CC | 1.00 | 350.00 | 350.00 |
| 179482<br>8/1/2008<br>WIP<br>Review docket and forward to D. Lieberman. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 179484<br>8/4/2008<br>WIP<br>Review docket and forward to D. Lieberman. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 179485<br>8/4/2008<br>WIP<br>Review time in preparation for fee application. | TIME | CEM<br>Fee Application<br>Shapes-CC | 1.20 | 225.00 | 270.00 |
| 179506<br>8/4/2008<br>WIP<br>Follow-up on fee statements. | TIME | ADH<br>General<br>Shapes-CC | 0.30 | 435.00 | 130.50 |

9/3/2008  
11:24 AM

Halperin Battaglia Raicht, LLP

Listing

Page 2

| Slip ID<br>Dates and Time<br>Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 179505 TIME<br>8/4/2008<br>WIP<br>Emails with H. Konicov regarding performace, closing date, cushion and other related issues. (.5) ; Follow-up with D. Lieberman regarding same. (.4) ; Follow-up with D. Lieberman regarding plan administration agreement. (.3) ; Emails with Committee members regarding status and projected closing date. (.6) ; Receive and review extension letter. (.3) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 2.10 | 435.00 | 913.50 |
| 179493 TIME<br>8/4/2008<br>WIP<br>Emails to M. Felger, S. Sass, D. Platt regarding closing, plan administration agreement. | DHL<br>General<br>Shapes-CC | 0.30 | 350.00 | 105.00 |
| 179497 TIME<br>8/5/2008<br>WIP<br>Meeting with C. Mitchell regarding fee application and assembly of documents for same. | JDD<br>Meetings & Hearings<br>Shapes-CC | 0.20 | 275.00 | 55.00 |
| 179507 TIME<br>8/5/2008<br>WIP<br>Review confirmation transcript. | ADH<br>Meetings & Hearings<br>Shapes-CC | 1.20 | 435.00 | 522.00 |
| 179498 TIME<br>8/5/2008<br>WIP<br>Begin draft of fee application. | JDD<br>Motions&Applications<br>Shapes-CC | 3.60 | 275.00 | 990.00 |
| 179508 TIME<br>8/5/2008<br>WIP<br>Prepare bills. | ADH<br>General<br>Shapes-CC | 0.50 | 435.00 | 217.50 |
| 179509 TIME<br>8/5/2008<br>WIP<br>Emails with H. Konicov regarding closing and cap. (.3) ; Receive and review cap projection/analysis. (.6) | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 0.90 | 435.00 | 391.50 |
| 179494 TIME<br>8/5/2008<br>WIP<br>Email to S. Sass regarding closing. (.2) ; Email to A. Halperin regarding professionals involved in transaction. (.1) | DHL<br>General<br>Shapes-CC | 0.30 | 350.00 | 105.00 |
| 179489 TIME<br>8/5/2008<br>WIP<br>Begin preparation of monthly fee statement. | JBM<br>General<br>Shapes-CC | 0.60 | 95.00 | 57.00 |
| 179486 TIME<br>8/5/2008<br>WIP<br>Review docket and forward to D. Lieberman. | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 179511 TIME<br>8/6/2008<br>WIP<br>Follow-up on Trust set up, escrow account, transfer logistics and related issues necessary to go effective. (1.3) ; Office conferences with D. Lieberman regarding | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 2.30 | 435.00 | 1000.50 |

9/3/2008                                  Halperin Battaglia Raicht, LLP
11:24 AM                                            Listing                                                Page      3

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---:|---:|---:|
| closing and tasks. (.4) ; Follow-up with S. Sass regarding same. (.4) ; Emails with M. Felger and A. Brody regarding closing issues. (.2) | | | | |
| 179499               TIME<br>8/6/2008<br>WIP<br>Coordinate with J. Moore regarding charts in support of fee application. (.2) ; Conferences with A. Halperin (.1) and D. Lieberman regarding same. (.2) | JDD<br>Meetings & Hearings<br>Shapes-CC | 0.50 | 275.00 | 137.50 |
| 179500               TIME<br>8/6/2008<br>WIP<br>Begin review of docket and pleadings for background to fee application. (2.2) ; Review NJ standards for fee applications and incorporate law into draft. (1.5) ; Begin draft of fee application. (4.3) | JDD<br>Motions&Applications<br>Shapes-CC | 8.00 | 275.00 | 2200.00 |
| 179510               TIME<br>8/6/2008<br>WIP<br>Review time records, and prepare bill. (.5) ; Work on fee application. (.6) ; Discuss same with J. Dyas. (.3) | ADH<br>Motions&Applications<br>Shapes-CC | 1.40 | 435.00 | 609.00 |
| 179490               TIME<br>8/6/2008<br>WIP<br>Preparation of time for fee application. (.3) ; Contiune work on monthly fee statement. (.8) | JBM<br>Fee Application<br>Shapes-CC | 1.10 | 95.00 | 104.50 |
| 179487               TIME<br>8/6/2008<br>WIP<br>Review docket and forward to D. Lieberman. | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 179495               TIME<br>8/6/2008<br>WIP<br>Placed call to A. Halperin and S. Sass regarding plan administration and bank account. (.5) ; Email to A. Halperin regarding same. (.1) ; Placed calls (2x) to S. Sass. (.4) ; Emails to M. Felger with plan administration, tax ID query. (.2) ; Placed call to A. Brody regarding closing. (.2) ; Meeting with A. Halperin regarding Trust issues. (.1) | DHL<br>General<br>Shapes-CC | 1.50 | 350.00 | 525.00 |
| 179513               TIME<br>8/7/2008<br>WIP<br>Emails with D. Lieberman regarding delay and reasons. (.2) ; Follow-up with D. Lieberman and H. Konicov. (.2) | ADH<br>General<br>Shapes-CC | 0.40 | 435.00 | 174.00 |
| 179515               TIME<br>8/7/2008<br>WIP<br>Placed call to S. Sass. (.2) ; Emails to S. Sass and from T. Britt. (.3) ; Meeting with A. Halperin regarding closing. (.6) ; Meeting with J. Moore regarding fee application. (.1) | DHL<br>General<br>Shapes-CC | 1.20 | 350.00 | 420.00 |
| 179514               TIME<br>8/7/2008<br>WIP<br>Conference with A. Halperin regarding fee application issues. (.2) ; Update time on fee application and work | JBM<br>Fee Application<br>Shapes-CC | 0.70 | 95.00 | 66.50 |

| | | | | | |
|---|---|---|---|---|---|
| 9/3/2008 | | Halperin Battaglia Raicht, LLP | | | |
| 11:24 AM | | Listing | | | Page 4 |

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| on exhibits. (.5) | | | | | |
| 179516<br>8/7/2008<br>WIP<br>Placed call to T. Britt regarding Trust account. (.1) ; Emails to A. Brody and M. Felger, WIlmington Trust regarding wire. (.4) ; Emails to and from M. Felger, I. Volkov and H. Konicov regarding closing. (.6) | TIME | DHL<br>General<br>Shapes-CC | 1.10 | 350.00 | 385.00 |
| 179502<br>8/7/2008<br>WIP<br>Discussions with D. Lieberman regarding background to fee application on various issues from time entries. | TIME | JDD<br>Meetings & Hearings<br>Shapes-CC | 0.20 | 275.00 | 55.00 |
| 179512<br>8/7/2008<br>WIP<br>Follow-up on escrow, accounts, wire instructions, etc., necessary for closing. (.5) ; Office conferences with D. Lieberman regarding same. (.3) ; Review and finalize fee statement. (.3) | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 1.10 | 435.00 | 478.50 |
| 179501<br>8/7/2008<br>WIP<br>Review docket and various entries in preparation for finalization of fee application. (1.5) ; Review time records for duration of compensation period. (2.0) ; Complete initial draft of fee application. (4.7) | TIME | JDD<br>Motions&Applications<br>Shapes-CC | 8.20 | 275.00 | 2255.00 |
| 179496<br>8/7/2008<br>WIP<br>Review docket and forward to D. Lieberman. | TIME | CEM<br>Motions&Applications<br>Shapes-CC | 0.20 | 225.00 | 45.00 |
| 179491<br>8/7/2008<br>WIP<br>Continued preparation of and finalize and email monthly fee statement to counsel for filing. | TIME | JBM<br>Fee Application<br>Shapes-CC | 2.00 | 95.00 | 190.00 |
| 179517<br>8/8/2008<br>WIP<br>Update fee application for revised closing date and emails with A. Halperin regarding same. (.5); Review charts. (.3) | TIME | JDD<br>Motions&Applications<br>Shapes-CC | 0.80 | 275.00 | 220.00 |
| 179534<br>8/8/2008<br>WIP<br>Follow-up with D. Lieberman regarding closing issues and fee application. (.8) ; Review Cozen fee statement. (.3) ; | TIME | ADH<br>Motions&Applications<br>Shapes-CC | 1.10 | 435.00 | 478.50 |
| 179535<br>8/8/2008<br>WIP<br>Review J. H. Cohn Cohn emails regarding funding and effective date, and follow-up with H. Konicov and D. Lieberman. (.3) ; Emails with M. Felger regarding closing. (.2) ; Telephone calls with S. Sass regarding anticipated closing and preparation for same. (.5) | TIME | ADH<br>Plan&Disclosure Statement<br>Shapes-CC | 1.00 | 435.00 | 435.00 |

9/3/2008     Halperin Battaglia Raicht, LLP
11:24 AM     Listing     Page 5

| Slip ID<br>Dates and Time<br>Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 179536<br>8/8/2008<br>WIP<br>Emails with Committee members regarding status, and respond to inquiries. | TIME | ADH<br>General<br>Shapes-CC | 0.70 | 435.00 | 304.50 |
| 179537<br>8/8/2008<br>WIP<br>Emails regarding Trust account, funding, etc. (.4) ;<br>Review and revisions to fee application. (.8) | TIME | DHL<br>General<br>Shapes-CC | 1.20 | 350.00 | 420.00 |
| 179538<br>8/8/2008<br>WIP<br>Exchange of emailswith M. Felger, Wilmington Trust, S. Sass. | TIME | DHL<br>General<br>Shapes-CC | 0.50 | 350.00 | 175.00 |
| 179539<br>8/8/2008<br>WIP<br>Drafting of memo to Committee. | TIME | DHL<br>General<br>Shapes-CC | 0.40 | 350.00 | 140.00 |

Grand Total

| | Billable | 51.40 | 16048.50 |
|---|---|---|---|
| | Unbillable | 0.00 | 0.00 |
| | Total | 51.40 | 16048.50 |