# EXHIBIT C

**SHAPES**
**SUMMARY OF ATTORNEY TIME**
**MARCH 31, 2008 - AUGUST 8, 2008**

| ATTORNEY | CODE | POSITION | YEAR OF ADMISSION | AS | CR&A | COM | DIP | DIS | EXC | FEE | FIN | GEN | M&H | M&A | P&DS | PLDS | TOTAL TIME | RATE | FEES INCURRED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALAN D. HALPERIN | ADH | PARTNER | 1991 | 10.2 | 16.4 | 0.0 | 0.8 | 0.0 | 0.6 | 0.0 | 43.7 | 34.9 | 105.6 | 41.0 | 200.6 | 0.0 | 453.8 | $435 | $197,403.00 |
| CHRISTOPHER J. BATTAGLIA | CJB | PARTNER | 1997 | 0.0 | 0.0 | 0.0 | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.3 | 0.0 | 0.0 | 1.9 | $385 | $731.50 |
| ROBERT D. RAICHT | RDR | PARTNER | 1987 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.2 | 0.0 | 0.0 | 0.0 | 1.2 | $410 | $492.00 |
| WALTER BENZIJA | WB | PARTNER | 1996 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.3 | 9.9 | 0.0 | 28.5 | 0.0 | 43.7 | $370 | $16,169.00 |
| DEBRA J. COHEN | DJC | ASSOCIATE | 1992 | 0.0 | 0.0 | 7.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 43.8 | 0.0 | 0.0 | 0.0 | 0.0 | 51.5 | $335 | $17,252.50 |
| JULIE D. DYAS | JDD | ASSOCIATE | 2003 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.6 | 42.7 | 6.6 | 0.0 | 52.9 | $275 | $14,547.50 |
| ETHAN D. GANC | EDG | ASSOCIATE | 2001 | 0.0 | 1.5 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 11.8 | 0.2 | 0.7 | 0.7 | 2.6 | 64.2 | 82.2 | $280 | $23,016.00 |
| DONNA H. LIEBERMAN | DHL | ASSOCIATE | 1984 | 0.0 | 4.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.2 | 244.9 | 1.5 | 1.5 | 40.2 | 0.0 | 293.4 | $350 | $102,690.00 |
| CARRIE E. MITCHELL | CEM | ASSOCIATE | 2005 | 0.2 | 4.8 | 0.0 | 0.0 | 0.4 | 0.0 | 2.2 | 0.0 | 1.3 | 4.5 | 34.6 | 4.0 | 0.0 | 52.0 | $225 | $11,700.00 |
| SYDIA N. COOPER | SNC | LAW CLERK | N/A | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.8 | 0.0 | 0.0 | 0.0 | 0.0 | 1.8 | $80 | $144.00 |
| MONIQUE A. MINTO - GONZALEZ | MAMG | LAW CLERK | N/A | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.1 | 0.0 | 0.0 | 0.0 | 0.0 | 3.1 | $100 | $310.00 |
| MARY M. CHARLES - KENNEDY | MCK | LAW CLERK | N/A | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 13.6 | 0.0 | 0.0 | 0.0 | 0.0 | 13.6 | $75 | $1,020.00 |
| JEFFREY B. MOORE | JBM | LAW CLERK | N/A | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.3 | 0.0 | 11.3 | 0.0 | 0.0 | 0.0 | 0.0 | 15.6 | $95 | $1,482.00 |
| | | | TOTALS | 10.4 | 27.5 | 7.7 | 2.6 | 0.4 | 0.6 | 6.8 | 55.7 | 360.5 | 127.0 | 120.8 | 282.5 | 64.2 | 1066.7 | | $386,957.50 |