# EXHIBIT D

**SHAPES**
**DISBURSEMENT SCHEDULE**
**MARCH 31, 2008 - AUGUST 8, 2008**

| EXPENSE | AMOUNT |
|---|---|
| Conference Call Services | $868.51 |
| Facsimile | $9.00 |
| Federal Express | $11.76 |
| Long Distance | $42.90 |
| Meal | $558.73 |
| PACER | $360.72 |
| Photocopies | $1,713.80 |
| Postage | $8.64 |
| Transcripts | $404.40 |
| Transportation | $3,439.44 |
| Westlaw | $1,112.28 |
| **TOTALS** | **$8,530.18** |