# EXHIBIT B



**COLE SCHOTZ**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law          A Professional Corporation

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201.489.3000   201.489.1536 FAX

NEW YORK

DELAWARE

MARYLAND

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
C/O BRIAN BULL, FCI CCE, CREDIT MANAGER - USA
ALCAN, INC.
1188 SHERBROOKE STREET WEST
MONTREAL QUEBEC, H3A 3GC
CANADA

Re:  Client/Matter No. 45765-0001
     **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Ilana Volkov
Invoice No. 632358
September 4, 2008

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 8, 2008

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/08 | E-MAIL EXCHANGE WITH I. VOLKOV AND D. LIEBERMAN RE FINAL FEE APPLICATION AND REVIEW FILES AND FORWARD SAME | CAB | 0.30 | 49.50 |
| 08/01/08 | REVIEW DOCKET FOR OBJECTIONS TO JAMES V. DREW, ESQ. EXPENSE REPORT | CAB | 0.20 | 33.00 |
| 08/01/08 | PREPARE CERTIFICATE OF NO OBJECTION TO JAMES V. DREW, ESQ. EXPENSE REPORT AND E-FILE WITH COURT | CAB | 0.30 | 49.50 |
| 08/01/08 | E-MAIL TO M. FELGER THE CERTIFICATE OF NO OBJECTION TO JAMES V. DREW, ESQ. EXPENSE REPORT | CAB | 0.20 | 33.00 |
| 08/01/08 | CONFER WITH J. BOB RE JULY FEE STATEMENT AND FINAL FEE APPLICATION | CAB | 0.20 | 33.00 |
| 08/01/08 | TELEPHONE CALL TO PARALEGAL RE FEE APPLICATION ISSUES | JYB | 0.10 | 25.00 |
| 08/04/08 | REVIEW CORRESPONDENCE RE FEE STATEMENT | JYB | 0.10 | 25.00 |
| 08/04/08 | CONFER WITH I. VOLKOV RE JULY FEE STATEMENT AND FINAL FEE APPLICATION | CAB | 0.20 | 33.00 |
| 08/04/08 | REVIEW JULY PROFORMAS | CAB | 0.50 | 82.50 |
| 08/04/08 | CONFERENCE WITH C. BRADEN RE: JULY FEE STATEMENTS | IVOL | 0.10 | 45.00 |
| 08/04/08 | E-MAIL TO AND FROM J. BOB RE REVISIONS TO JULY PROFORMA | CAB | 0.20 | 33.00 |
| 08/04/08 | REVIEW E-MAILS RE: STATUS OF CLOSING | IVOL | 0.10 | 45.00 |
| 08/04/08 | E-MAIL TO HALPERIN BATTAGLIA AND JH COHN RE FILING DATE FOR JULY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 08/05/08 | COMPLETE REVIEW OF PROFORMAS AND BEGIN JULY MONTHLY FEE STATEMENT | CAB | 0.80 | 132.00 |
| 08/05/08 | E-MAIL TO ACCOUNTING RE REVISIONS TO JULY PROFORMA | CAB | 0.10 | 16.50 |
| 08/05/08 | REVIEW E-MAILS RE: EMERGENCE FUNDING CAP | IVOL | 0.20 | 90.00 |
| 08/06/08 | E-MAIL FROM JH COHN FORWARDING JULY FEE STATEMENT AND REVIEW SAME | CAB | 0.30 | 49.50 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 15765 0001

Invoice No. 632358  
September 4, 2008  
Page 2

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/06/08 | E-MAIL FROM AND TO B. MOORE RE JULY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 08/06/08 | E-MAIL FROM ACCOUNTING RE JULY PROFORMAS, REVIEW SAME FOR ACCURACY AND E-MAIL TO J. BOB | CAB | 0.40 | 66.00 |
| 08/07/08 | REVIEW AND REVISE COLE SCHOTZ FOURTH MONTHLY FEE STATEMENT; REVIEW PRO FORMA; REVIEW DOCKET AND CERTAIN RELEVANT PLEADINGS | JYB | 1.80 | 450.00 |
| 08/07/08 | E-MAIL RE: STATUS OF CLOSING | IVOL | 0.20 | 90.00 |
| 08/07/08 | E-MAIL FROM JH COHN AND REVIEW REVISED JULY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 08/07/08 | CONFER WITH J. BOB RE JULY FEE STATEMENTS | CAB | 0.20 | 33.00 |
| 08/07/08 | WORK ON JULY MONTHLY FEE STATEMENT | CAB | 0.50 | 82.50 |
| 08/07/08 | WORK ON FIRST AND FINAL FEE APPLICATION | CAB | 1.00 | 165.00 |
| 08/07/08 | REVIEW E-MAIL FROM J. MOORE AND PRINT HALPERIN BATTAGLIA FOURTH MONTHLY FEE STATEMENT AND REVIEW SAME | CAB | 0.40 | 66.00 |
| 08/07/08 | E-MAIL TO AND FROM ACCOUNTING RE FOURTH MONTHLY FEE STATEMENT | CAB | 0.20 | 33.00 |
| 08/08/08 | E-MAILS FROM AND TO JH COHN, HALPERIN BATTAGLIA RE FOURTH MONTHLY FEE STATEMENTS AND REVIEW SAME | CAB | 0.50 | 82.50 |
| 08/08/08 | CONFER WITH J. BOB RE FOURTH MONTHLY FEE STATEMENTS | CAB | 0.20 | 33.00 |
| 08/08/08 | WORK ON FOURTH MONTHLY FEE STATEMENTS | CAB | 0.60 | 99.00 |
| 08/08/08 | SCAN EXHIBITS, PDF AND E-FILE FOURTH MONTHLY FEE STATEMENTS FOR COLE SCHOTZ, HALPERIN BATTAGLIA AND JH COHN | CAB | 0.60 | 99.00 |
| 08/08/08 | DRAFT LETTER TO SERVICE LIST ENCLOSING FOURTH MONTHLY FEE STATEMENTS FOR COLE SCHOTZ, HALPERIN BATTAGLIA AND JH COHN AND ASSIST WITH SERVICE | CAB | 0.40 | 66.00 |
| 08/08/08 | E-MAIL TO CORE SERVICE LIST ATTACHING FOURTH MONTHLY FEE STATEMENTS FOR COLE SCHOTZ, HALPERIN BATTAGLIA AND JH COHN | CAB | 0.20 | 33.00 |
| 08/08/08 | REVIEW AND REVISE JULY MONTHLY FEE STATEMENT | IVOL | 0.20 | 90.00 |
| 08/08/08 | WORK ON FILE - NUMEROUS E MAIL CORRESP. RE: CLOSING AND EFFECTIVE DATE | IVOL | 0.30 | 135.00 |
| 08/08/08 | REVISE COLE SCHOTZ FEE STATEMENT | JYB | 0.50 | 125.00 |
| 08/08/08 | REVISE HALPERIN AND JH COHN FEE STATEMENTS | JYB | 0.40 | 100.00 |
|  |  | TOTAL HOURS | 13.10 |  |

PROFESSIONAL SERVICES:                              $    2,721.50