# EXHIBIT C

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 632358  
September 4, 2008  
Page 4

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01/08 | PHOTOCOPYING | 3.00 |
| 08/06/08 | PHOTOCOPYING | 2.20 |
| 08/06/08 | PHOTOCOPYING | 2.60 |
| 08/07/08 | PHOTOCOPYING | 3.00 |
| 08/07/08 | PHOTOCOPYING | 2.20 |
| 08/07/08 | PHOTOCOPYING | 4.00 |
| 08/08/08 | PHOTOCOPYING Qty: 1887 | 377.40 |
| 08/08/08 | PHOTOCOPYING Qty: 115 | 23.00 |
| 08/08/08 | TELEPHONE TOLL CHARGE 17326353106 | 2.97 |
| 08/08/08 | TELEPHONE TOLL CHARGE 17326353134 | 0.99 |
| 08/08/08 | PHOTOCOPYING | 4.20 |
| 08/08/08 | PHOTOCOPYING | 2.20 |
| 08/08/08 | PHOTOCOPYING Qty: 5 | 1.00 |
| 08/08/08 | PHOTOCOPYING Qty: 7 | 1.40 |

TOTAL COSTS ADVANCED: $ 430.16

TOTAL SERVICES AND COSTS: $ 3,151.66