UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ACCOUNTANT FEE APPLICATION COVER SHEET

IN RE:  Shapes/Arch Holdings L.L.C., et al.          APPLICANT: J.H. Cohn LLP

CASE NO: 08-14631                                    CASE FILED: March 16, 2008

CHAPTER  11                                          CLIENT: Official Committee of
                                                     Unsecured Creditors

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  RETENTION ORDER ATTACHED.

/s/ Howard L. Konicov      9/5/08
HOWARD L. KONICOV          DATE

_____

SECTION I
**FEE SUMMARY**

First and Final Application for the Period March 31, 2008 through August 8, 2008

| | |
|---|---|
| TOTAL PREVIOUS FEES REQUESTED (monthly fee stmts. 1-4) | $ 487,804.40 |
| TOTAL COSTS PREVIOUSLY REQUESTED (mo. fee stmts. 1-4) | $ 4,026.51 |
| TOTAL FEES ALLOWED TO DATE: | $ 0 |
| TOTAL COSTS ALLOWED TO DATE: | $ 0 |
| TOTAL RETAINER (IF APPLICABLE) | $ 0 |
| TOTAL HOLDBACK  (see page 3) | $ 121,951.10 |
| TOTAL INTERIM PAYMENTS RECEIVED BY APPLICANT | $ 437,938.11 |
| TOTAL RECEIVED BY APPLICANT | $ 437,938.11 |

| Name of Professional | Level | Hours Billed | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Bernard Katz | Senior Partner | 129.50 | $615 | $ 79,642.50 |
| Howard Konicov | Partner | 338.50 | 570 | 192,945.00 |
| Kenneth Arlein | Partner | 2.00 | 570 | 1,140.00 |
| Steven Pinsky | Principal | 1.60 | 570 | 912.00 |
| Irv Schwarzbaum | Director | 387.10 | 465 | 180,001.50 |
| Brian Badal | Senior Accountant | 12.40 | 310 | 3,844.00 |
| Lillian McPherson | Senior Accountant | 318.9 | 310 | 98,859.00 |
| Michele Finocchiaro | Staff | 170.50 | 230 | 39,215.00 |
| Stephen Salantrie | Staff | 3.00 | 230 | 690.00 |
| Rosellen Martoken | Staff | 72.80 | 230 | 16,744.00 |
| Maria Elena Valle | Paraprofessional | 35.90 | 145 | 5,205.50 |
| **TOTAL:** | | 1,472.20 | | $619,198.50 |
| **Blended Hourly Rate:** | | | | $420.59 |

| | | |
|---|---|---|
| FEE TOTALS | | $619,198.50 |
| DISBURSEMENT TOTALS | (page 3) | 4,026.51 |
| TOTAL FINAL APPLICATION | | $623,225.01 |

## Section II
## Summary of Services by Code

| Category | | Description of Task | Hours | Fee |
|---|---|---|---:|---:|
| **Administration** | | | | |
| | a | Case Administration | 19.80 | 5,098.00 |
| | b | Correspondence/correspondence review | 37.50 | 21,358.50 |
| | c | Office conferences/planning | 21.40 | 12,090.00 |
| **Analysis of Financial information** | | | | |
| | d | Analyze assets & liabilities | 27.80 | 10,059.50 |
| | e | Monitor Debtor's post-petition operating results | 176.40 | 68,489.00 |
| | f | Analyze Debtor's historical financial information | 38.80 | 13,084.50 |
| | g | Document response, request & review | 36.30 | 13,718.00 |
| | h | Prepare/review cashflow projections/budget rev | 209.80 | 82,827.00 |
| | i | Review proposed transactions of Debtor | 20.20 | 11,887.50 |
| | j | Services relating to DIP facility | 74.00 | 37,150.50 |
| | k | Disclosure Statement services | 29.30 | 13,216.00 |
| | l | Claims analysis/reconciliation | 68.80 | 25,433.00 |
| | m | Prepare/review flash reports | 75.50 | 28,768.50 |
| | n | Plan negotiations | 44.40 | 21,998.00 |
| | o | Prepare schedules and stmt/financial affairs | 21.80 | 6,862.00 |
| | p | Evaluate sale of debtor's assets | 20.50 | 11,892.00 |
| | q | Analyze preferences/fraudulent conveyances | 27.00 | 5,878.50 |
| | r | Prepare report(s) to Committee | 50.00 | 17,054.50 |
| | s | Prepare alternative liquidation analyses | 104.70 | 40,847.00 |
| | t | Other financial analysis | 16.40 | 5,500.00 |
| **Meetings/teleconferences** | | | | |
| | u | Attendance at committee meetings | 6.20 | 3,799.50 |
| | v | Meetings with parties to case | 42.30 | 24,078.00 |
| | w | Teleconferences w/parties to case | 113.60 | 66,039.00 |
| **Travel time** | | | | |
| | x | Travel time at 50% of actual | 12.40 | 7,068.00 |
| **Litigation Support** | | | | |
| | y | Litigation general | 5.00 | 3,075.00 |
| | z | Prepare for/attend depositions | 19.20 | 10,028.50 |
| | aa | Review deposition transcript | 2.60 | 1,554.00 |
| | ab | Preparation of trial exhibits | 91.80 | 26,814.50 |
| | ac | Prepare for/attend Court | 26.50 | 14,594.00 |
| **Fee applications and interim billing** | | | | |
| | ad | Prepare/review fee application and interim billing | 32.20 | 8,936.00 |
| | | | **1,472.20** | **619,198.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Photocopies (722 copies at $.15 per page) | $108.30 |
| Travel (mileage, tolls, parking, train) | 1,822.14 |
| Zanaras Reporting – deposition 4/29/08 | 1,049.60 |
| Faxes – 17 pages at $1 per page | 17.00 |
| Telephone | 5.83 |
| Working meals | 971.56 |
| Federal Express | 52.08 |
| **Total Disbursements:** | $4,026.51 |

## SECTION IV
## CASE HISTORY

(1)     DATE CASE FILED:   March 16, 2008

(2)     CHAPTER UNDER WHICH CASE WAS COMMENCED:      Chapter 11

(3)     DATE OF RETENTION:  April 25, 2008, effective as of March 31, 2008 (Exhibit "A")

(4)     PRIOR APPLICATION HISTORY THROUGH JULY 31, 2008:

| Applic. | Period Covered | Fees Requested | Expenses Requested | Fees at 80% | Expenses | Payment | Holdback 20% |
|---|---|---|---|---|---|---|---|
| 1st mo. | 3/31-4/30/08 | $307,637.00 | $467.71 | $246,109.60 | $467.71 | $ 246,577.31 | $61,527.40 |
| 2nd mo. | 5/1 – 5/31 | 149,668.00 | 1,876.65 | 119,734.40 | 1,876.65 | 121,611.05 | 29,933.60 |
| 3rd mo. | 6/1 – 6/30 | 86,550.00 | 539.75 | 69,240.00 | 539.75 | 69,779.75 | 17,310.00 |
| 4th mo. | 7/1 – 7/31 | 65,900.50 | 1,142.40 | 52,720.40 | 1,142.40 | | 13,180.10 |
| | | $609,755.50 | $4,026.51 | $487,804.40 | $4,026.51 | $437,968.11 | $121,951.10 |

3

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
Alan D. Halperin, Esq.
Walter Benzija, Esq.
(212) 765-9100
(212) 765-0964 Facsimile

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Telecopier
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Co-Counsel to the Official Committee
 of Unsecured Creditors
of Shapes/Arch Holdings L.L.C., *et al.*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

HONORABLE GLORIA M. BURNS
CASE NO. 08-14631(GMB)

In re:

SHAPES/ARCH HOLDINGS L.L.C., *et al.*,

Debtors.

(Jointly Administered)

Chapter 11

**FIRST AND FINAL CHAPTER 11 FEE APPLICATION OF J.H. COHN LLP  FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES PURSUANT TO 11 U.S.C. §§ 328 AND 330**

TO:    HONORABLE GLORIA M. BURNS
        UNITED STATES BANKRUPTCY JUDGE

This First and Final Application for allowance of compensation of $619,198.50 and reimbursement of expenses of $4,026.51 by J.H. Cohn LLP as financial advisor and forensic accountants to the Official Committee of Unsecured Creditors of Shapes/Arch Holdings, L.L.C., et al. for the period March 31, 2008 through August 8, 2008 is submitted pursuant to Sections 327, 328, 330 and 331 of the Bankruptcy Code, 11 U.S.C. §101, et seq., and Federal Rules of Bankruptcy Procedure 2016.  Applicant respectfully represents as follows:

1. J.H. Cohn LLP ("JHC") is a firm of accountants and consultants retained by the Official Committee of Unsecured Creditors of Shapes/Arch Holdings, L.L.C., et al., the ("Committee") as its financial advisor and forensic accountants.

2. JHC's retention was approved by this Court by Order dated April 25, 2008, effective as of March 31, 2008.  A copy of the Order (the "Retention Order") is annexed hereto as Exhibit "A".

3. This application seeks allowance of compensation for professional services rendered to the Committee for the time period March 31, 2008 through August 8, 2008 (the "Application Period").

4. JHC has filed monthly fee statements pursuant to the *Administrative Order Pursuant to 11 U.S.C.§§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* dated March 18, 2008.  Applicant has filed four monthly fee statements for the period March 31 through July 31, 2008 and has received interim payments totaling $437,968.11.  (See Fee Application Cover Sheet for details.)

      6.      Applicant has also incurred $9,443.00 in fees for the period August 1 through August 8, 2008, the Effective Date of the Confirmation Order, for which Applicant has not filed a monthly fee statement.

      7.      Applicant values the services rendered during the subject period to the Committee of $619,198.50. Such amount represents the Applicant's usual and customary charges for services of a similar nature performed for other clients of the firm and computes to an average hourly rate of $420.59. A summary indicating all professionals who rendered services to the Committee, their hourly billing rates, the amount of time spent by each individual, the total dollar value of each person's time and the overall average hourly rate charged during the Subject Period is attached hereto as Exhibit "B".

      8.      Applicant's billing rates are commensurate with the level of experience and industry expertise of the professionals at their respective levels of responsibility.

The most experienced professionals who are considered industry experts have the highest billing rates; those individuals are the partners, and their involvement in the assignment is that of coordinator and reviewer. Partners have in excess of twenty years of experience in their respective areas of expertise, namely, insolvency.

The next level of professional is the Director and Senior Manager who have the day-to-day responsibility for the assignment. Directors and Senior Managers have at least ten years experience in their respective area of expertise, namely, insolvency.

Managers have at least seven years of experience in their respective field and are responsible for various phases of the assignment as delegated by the senior manager.

Staff members range in experience from three years to seven years. They perform field work and various accounting functions as directed and delegated by the senior managers and managers.

Applicant's billing rates are commensurate with services of a similar nature performed for other clients of the firm. The use of various levels of staff permits the work to be performed at the lowest possible level, and consequently the least costly method, given the nature of the assignment. This necessitates periodic conferences between various levels of staff and management in order to coordinate efforts and/or monitor the progress of the assignment.

9. The following is a summary of services provided by JHC at the direction of counsel for the Committee:

a) Review reasonableness of the DIP facilities as to its cost to the Debtors and the likelihood that Debtors will be able to comply with the terms.
b) Review the DIP facilities as to whether they provide sufficient liquidity.
c) Analyze and review key motions as to financial issues.
d) Gain an understanding of Debtors' corporate structure, including non-debtor entities.
e) Perform a preliminary assessment of the Debtors' 13-week budget.
f) Establish reporting procedures that will allow for the monitoring of the Debtors' post-petition operations.
g) Develop and evaluate alternative sale and restructuring strategies.
h) Gain an understanding of Debtors' accounting systems.
i) Scrutinize proposed transactions, including the assumption and/or rejection of executory contracts.
j) Review the reasonableness and necessity of any proposed key employee retention plan.
k) Identify, analyze and investigate transactions with non-debtor entities and other related parties.

    l) Monitor Debtors' weekly operating results, availability and borrowing base certificates, if applicable.

    m) Participate in the establishment and monitoring of any proposed sales process and supplement list of potential buyers.

    n) Communicate findings to the Committee.

    o) Identify and quantify any recoverable assets which are not in the Debtors' estates.

    p) Assist the Committee in negotiating the key terms of a Plan of Reorganization.

    q) Review the nature and origin of other significant claims asserted against the Debtors.

    r) Prepare dividend analysis.

    s) Validate the Debtors' business plan projections and liquidation analysis.

    t) Render such other assistance as the Committee and its counsel may deem necessary.

10. Annexed hereto as Exhibit "C" is a detailed description of the professional services rendered by JHC during the Subject Period, including the date the service was performed, the identity of the individuals rendering such services, the hours expended by them and a description of the services performed. The charges associated with such services during the Subject Period based upon JHC's standard hourly rates amounted to $619,198.50.

11. Annexed hereto as Exhibits "D1" and "D2" are a summary of hours expended, together with detailed descriptions of the professional services rendered during the period August 1 through August 8, for which JHC has not previously submitted a monthly fee statement. These hours are also included in the final application summary and detail (Exhibits "B" and "C").

12. JHC also incurred necessary out-of-pocket expenses in the sum of $4,026.51 during the Subject Period related to the aforesaid services, which are summarized on Exhibit "B" attached herewith.

13. To the extent this Final Application seeks allowance of compensation for the time period covered by JHC's first through fourth monthly fee statements, those statements are incorporated by reference in this Final Application.

WHEREFORE, J.H. Cohn LLP respectfully requests that this Court approve its First and Final Application for Compensation and Reimbursement of Expenses as Financial Advisor and Forensic Accountants to the Committee and requests an order:

a) Awarding a final fee allowance for professional fees in the amount of $619,198.50 for the period March 31, 2008 through August 8, 2008;

b) Awarding a final allowance for necessary out-of-pocket disbursements incurred in the amount of $4,026.51 for the period March 31, 2008 through August 8, 2008;

c) For approval of the twenty percent "holdback" fees for the first through fourth monthly fee statements;

d) For a total final fee award of $623,225.01; and,

e) Granting such other further relief as the Court deems appropriate.

Dated: Edison, New Jersey
September 5, 2008

Respectfully submitted,

J.H. COHN LLP
Financial Advisor and Forensic Accountants to the
Official Committee of Unsecured Creditors
of Shapes/Arch Holdings L.L.C., et al.

  /s/ Howard L. Konicov
Howard L. Konicov, Partner
J.H. Cohn LLP
333 Thornall Street
Edison, New Jersey 08837
(732) 549-0700