UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY FEE APPLICATION COVER SHEET

IN RE:

SHAPES/ARCH HOLDINGS L.L.C., *et al*.

CASE NO.: 08-14631 (GMB)

CHAPTER: 11

APPLICANT:
Members of the Official Committee of
Unsecured Creditors

CLIENT: Official Committee of Unsecured
Creditors

CASES FILED: March 16, 2008

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  RETENTION ORDER ATTACHED.

|  |  |
|---|---|
| */s/ Michael D. Sirota* | 9/5/08 |
| MICHAEL D. SIROTA | Date |

| SECTION I |
|:---:|
| **SECTION I**<br>**FEE SUMMARY** |

First and Final Fee Application Covering the
Period March 31, 2008 through August 8,
2008

| | |
|---|---|
| Total Previous Expenses Requested: | $4,048.24 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer (if applicable): | $0.00 |
| Total Holdback (if applicable): | $N/A |
| Total Received by Applicant: | $4,048.24 |

### Services Rendered Covering Period March 31, 2008 through August 8, 2008

| | Name of Professional and Title | Date Filed | Certificate of No Objection Filed | Expense Amount |
|---|---|---|---|---|
| 1. | Richard Kellner | June 18, 2008 | July 9, 2008 | $141.00 |
| 2. | Steven D. Sass | June 20, 2008 | July 11, 2008 | 649.88 |
| 3. | Ronald Peterson | June 30, 2008 | July 21, 2008 | 2,482.28 |
| 4. | Linda L. Clash | July 3, 2008 | July 25, 2008 | 374.00 |
| 5. | Elitsa H. Golab | July 3, 2008 | July 25, 2008 | 155.00 |
| 6. | James V. Drew | July 10, 2008 | August 1, 2008 | 246.08 |
| | TOTAL | | | $4,048.24 |

EXPENSE TOTALS                                                                $4,048.24

EXPENSE REPORT FOR MEMBERS OF
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
SHAPES/ARCH HOLDINGS, LLC

CODES AND EXPLANATION

PKG = Parking
M/C = Mileage Charge (at .38/mile)
T = Tolls - Bridges, Tunnels, Parkway, etc.
A/F = Airfare (at coach rates)
H = Hotel
R/R = Trains and subways
TAXI = Taxi, radio cars
R/C = Rent-a-Car
M = Meals out-of-town (Breakfast, Lunch, Dinner)
TEL = Extraordinary telephone charges - conference calls, long distance, etc.
M/E = Other Miscellaneous charges (give full description of expenses)

PLEASE ATTACH RECEIPTS WHEREVER POSSIBLE

| DATE | LOCATION | AMOUNT | CODE | EXPLANATION OF EXPENSES |
|------|----------|--------|------|--------------------------|
| 3/31 | Newark | $30.40 | M/C | |
| | | $14.00 | PKG | |
| | | $20.00 | T | |
| 4/7 | NYC | $26.60 | M/C | |
| | | $40.00 | PKG | |
| | | $10.00 | T | |

PLEASE TYPE OR PRINT:

TOTAL AMOUNT
REQUESTED

Name of Creditors' Committee Member/Representative:

Richard Kelher

Total Amount Requested: $ 141.00

Company Name:

RUSAL

Completion of this form constitutes a certification under penalty
of perjury.

_Signature of Applicant_          6/8/08          _Date_

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ULTRA/SHAPES CORP.**

**EXPENSE REIMBURSEMENT REPORT**

| | | |
|---|---|---|
| 1. | Name of Company | Representative for UPS |
| 2. | Date of Meeting | 3/31 & 4/7/2008 |
| 3. | Location of Meeting | NJ & NY |
| 4. | Name of Representative Attending Meeting | Steven D. Sass, Esq. |
| 5. | Reimbursable Expenses: | |

(a) Transportation:

    (1) Air or Rail Fare      $ 560.00

    (2) Personal automobile miles at $.505 per mile      $ 40.40

    (3) Taxi      $

    (4) Parking/Tolls      $ 29.00

    (5) Other (describe)      $

(b) Lodging:

    (1) Hotel (excluding meals)      $

(c) Meals:

    (1) Breakfast      $ 20.48

    (2) Lunch      $

    (3) Dinner      $

TOTAL REIMBURSEMENT SOUGHT      $ 649.88

I hereby certify that the above expenses were incurred by me in connection with attendance at the Committee meeting or other authorized Committee business.

_____
(Signature of Member's Representative)
Incurring Expenses)

file:///C:\Documents and Settings\diaz\My Documents\PRINT 3312008\Reminder Your sta... 4/2/2008



THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rept# 41713
03/31/08 21:33   T#18 A#    Txn# 64965
3/31/08 10:59 In   03/31/08 21:33 Out
Lt# 172663
sex. Card   $ 9.00-
XXXXXXXXX2001 10/09
Approval No.: 521816
Reference No.: 00131212



***AMTRAK***
1 800 USA-RAIL
WWW.AMTRAK.COM
WE'RE MAKING TRACKS

G  03-31-2008 10:28 AM
2110-000014

IDA C            $1.75
SH               $1.75

THANKS FOR TRAVELING
***AMTRAK***
FOR NEXT RESERVATION
CALL 1 800 USA-RAIL

***AMTRAK***
1 800 USA RAIL
OR
WWW.AMTRA .COM
WE'RE MAKING TRACKS

REG  03-31-200  06:40
2 71-0001.

ON CRAZE B         $3.
SODA              $0.
CASH             $5

THANKS FOR TRAVELING
***AMTRAK***
FOR NEXT RESERVATION
CALL 1 800 USA-RAIL



YOU'VE GOT A
GIANT ON YOUR SIDE

GIANT #344
ELKRIDGE, MD. 21075
410-379-6405
WWW.GIANTFOOD.COM

Welcome I'm Michelle 10:42am  3/31/08
Tran 43229 Terminal   7 Cashier 00113

Customer Number          XXXXX6090
GENERAL MERCHANDISE
CDBRY RST ALMOND          1.69 FT
   BonusCard Savings     -0.69 F
   PRICE PAID             1.00
CDBRY RST ALMOND          1.69 FT
   BonusCard Savings     -0.69 F
   PRICE PAID             1.00
CDBRY RST ALMOND          1.69 FT
   BonusCard Savings     -0.69 F
   PRICE PAID             1.00
GROCERY
DASANI WATER 2GZ          1.49 F
PF DB CHO MILANO
PREPARED FOODS
GIN ROAST BF HOG          9.99 FT
   Total before savings  $13.
   Your Total Savings     $2.
   Total after savings   $11.
   Tax paid               $0.
   Total                 $12.
   Cash Tnd              $20.
   Change                 $7.

Total number of items sold = 6

YOUR SAVINGS SUMMARY
BonusCard Savings              $2.07
Your Total Savings             $2

***YEAR-TO-DATE SAVINGS*** $161.11
*** ** ***********

THANK YOU FOR SHOPPING AT GIANT
WE'VE ENJOYED SERVING YOU, AND WE
LOOK FORWARD TO SERVING ALL YOUR
FUTURE SHOPPING NEEDS.

John Albini, Store Mgr.410-379-6405

GIANT #344

```
***AMTRAK***
 1 800 USA-RAIL
      OR
 WWW.AMTRAK.COM
WE'RE MAKING TRACKS

REG  04-07-2008 08:27 PM
          2175-000230

SODA C         $1.75
CANDCOOK B     $2.00
TL             $3.75
TOTAL          $3.75
CASH           $5.00
CHANGE         $1.25
THANKS FOR TRAVELING
 ***AMTRAK***
FOR NEXT RESERVATION
CALL 1 800 USA-RAIL
```

```
MED#        3J26
04/07/08 TR 1635
START  END MILES
19:29 19 19  1.7
REGULAR  ARE
RATE 1:$   7.30
SURCH: $    1.00
TOTAL: $    8.30
     THANKS
TO CONTACT TLC
 DIAL   1-1
```

```
***AMTRAK***
 1 800 USA-RAIL
      OR
 WWW.AMTRAK.COM
WE'RE MAKING TRACKS

REG  04-07-2008 08:26 AM
          2158-000010

SODA C         $1.75
BAGEL B        $1.75
TL             $3.50
CASH           $3.50
THANKS FOR TRAVELING
 ***AMTRAK***
FOR NEXT RESERVATION
CALL 1 800 USA-RAIL
```

```
THE MARC STATION
   THANKS YOU
PLEASE COME AGAIN

Rcpt# 19260
04/07/08 22:49  L#17 A#  1  Txn# 33788
04/07/08 09:34 In  04/07/08 22:48 Out
Tkt# 163394
Amex. Card     $ 9.00
XXXXXXXXXXX 001 10/09
Approval No : 540488
Reference No : 00807274
```





# Jenner & Block LLP

TRAVEL/BUSINESS MEAL EXPENSE REIMBURSEMENT FORM
( See Side B for Business Meals ) --- (Side A )

☐ Cash
☐ Check
PAY TO    Ron Peterson

Travel Expenses of    Ron Peterson

From: 3/31/2008    to    Newark,    City    NJ    State
To: 3/31/2008

OFFICE:    ☒ Chicago (01)    FACILITY Number
            ☐ Washington (02)    Department
            ☐ Dallas (05)    Name
            ☐ New York (03)

Firm Account No.:
Client/Matter Name:    Atas Aluminum Shapes
Client Matter No.:    45282-10020

Purpose of Travel:    Attend Formation Meeting of Creditors' Committee

Submitted by: _____    Signature    Date
Approved by: _____    Signature    Date

## TRAVEL EXPENSES

| Description | Date > | 3/31/2008 | | Total |
|---|---|---|---|---|
| Lodging (Room Rate Including Tax) | | | | |
| Telephone | | 1.00 | | 1.00 |
| Other – Please Specify "in the comment area" | | 818.97 | | 818.97 |
| Air or rail transportation | | 20.00 | | 20.00 |
| LOCAL TRANSPORTATION Taxi | | | | |
| Taxi | | | | |
| Taxi | | | | |
| Taxi | | | | |
| Taxi | | | | |
| 0.505 Mileage allowance for use of own car  # of Miles 44  22.22 | | 22.22 | | 22.22 |
| Car rental | | | | |
| Parking | | 30.00 | | 30.00 |
| TOTAL TRAVEL EXPENSES | | 892.19 | | 892.19 |

Comments:
1 tolls                                    Amount
2                                          $1.00
3
4
5

ACCOUNTING USE:

Firm Account No. _____

Firm Account No. _____

Firm Account No. _____

Disbursement Recap
TRAVEL EXPENSE (A) $    892.19
BUSINESS MEALS (B) $
TOTAL $    892.19
LESS TRAVEL ADVANCE $
NET AMOUNT TO BE PAID $    892.19

# JENNER & BLOCK LLP

BUSINESS MEAL EXPENSE REIMBURSEMENT FORM
(See Reverse Side for Travel Expenses) -- (Side B)

ATTORNEY'S NAME _____ Ror Peterson

CLIENT/MATTER NO. _____ 45232-10020

FIRM ACCOUNT NO. _____

LOCATION WHERE EXPENSES WERE INCURRED:

CITY Newark,
STATE NJ

**BUSINESS MEALS:**

| Description | Dates: | 3/31/2008 | | | | |
|---|---|---|---|---|---|---|
| Breakfas; | | | | | | |
| Lunch | | | | | | |
| Dinner | | | | | | |
| Other | | | | | | |
| TOTAL | | | | | | |

**BUSINESS MEALS -- DETAIL**      *Business meal expenses recapped on the top half of the form are to be referenced to the detail on the bottom half of the form.

| Ref.* | Amount | Date | Individuals (include self) | Firm or Company (If Appropriate) | Business Purpose of Meal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

Total Business Meals -- To Reverse Side - Must Agree with (B)
(Attach Additional Sheet If Necessary

## Jenner & Block LLP

TRAVEL/BUSINESS MEAL EXPENSE REIMBURSEMENT FORM
( See Side B for Business Meals ) — (Side A )

OFFICE:

| | | |
|---|---|---|
| x | Chicago (01) | |
| | Washington (02) | |
| | Dallas (05) | |
| | New York (86) | |

FACILITY: Number _____
Department _____
Name _____

| Cash | ☐ |
| Check | ☐ |
| PAY TO | Ron Peterson |

**Travel Expenses of** Ron Peterson
to _____ New York _____
City    State

From: _____
To: _____

Firm Account No: _____
Client/Mattr Name: Atzan Alumnum shpaes
Client Mattr No.: 45132-10306

Submitted by: _____
Signature    Date

Purpose of Travel: Attend Creditors' Committee Meeting

Approved by: _____
Signature    Date

### TRAVEL EXPENSES

| Description | Date > | 4/7/2008 | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| Lodging (Room Rate Including Tax) | | | | | | | | |
| Telephone | | 1.00 | | | | | | 1.00 |
| Other - Please Specify "in the comment area" | | 1,469.87 | | | | | | 1,469.87 |
| Air or rail transportation | | 39.00 | | | | | | 39.00 |
| LOCAL TRANSPORTATION  Taxi | | 28.00 | | | | | | 28.00 |
| Taxi | | | | | | | | |
| Taxi | | | | | | | | |
| Taxi | | | | | | | | |
| Taxi | | | | | | | | |
| 22.22  Taxi | | 22.22 | | | | | | 22.22 |
| 0.505 Mileage allowance for use of own car | | | | | | | | |
| Car rental | | | | | | | | |
| Parking | | 30.00 | | | | | | 30.00 |
| TOTAL TRAVEL EXPENSES | | 1,590.09 | | | | | | 1,590.09 |

# of Miles: 44

| Comments: | Amount |
|---|---|
| 1 Tolls | $1.00 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

| ACCOUNTING USE: | | Disbursement Recap | |
|---|---|---|---|
| | | TRAVEL EXPENSE (A) $ | 1,590.09 |
| Firm Account No. | | BUSINESS MEALS (B) $ | |
| | | TOTAL $ | 1,590.09 |
| Firm Account No. | | LESS TRAVEL ADVANCE $ | |
| Firm Account No. | | NET AMOUNT TO BE PAID $ | 1,590.09 |

# JENNER & BLOCK LLP

BUSINESS MEAL EXPENSE REIMBURSEMENT FORM
(See Reverse Side for Travel Expenses) -- (Side B)

ATTORNEY'S NAME   Ron Peterson
CLIENT/MATTER NO.   45232-10306
FIRM ACCOUNT NO.

LOCATION WHERE EXPENSES WERE INCURRED:
CITY   New York
STATE   New York

BUSINESS MEALS:

| Description | Dates | 4/7/2008 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Breakfast | | | | | | | | |
| Lunch | | | | | | | | |
| Dinner | | | | | | | | |
| Other | | | | | | | | |
| TOTAL | | | | | | | | |

BUSINESS MEALS -- DETAIL        *Business meal expenses recapped on the top half of the form are to be referenced to the detail on the bottom half of the form.

| Ref.* | Amount | Date | Individuals (include self) | Firm or Company (If Appropriate) | Business Purpose of Meal |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

Total Business Meals -- To Reverse Side - Must Agree with (B)
(Attach Additional Sheet If Necessary

EXPENSE REPORT FOR MEMBERS OF
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
SHAPES/ARCH HOLDINGS, LLC

CODES AND EXPLANATION

PKG = Parking
M/C = Mileage Charge (at .38/mile)
T = Tolls - Bridges, Tunnels, Parkway, etc.
A/F = Airfare (at coach rates)
H = Hotel
R/R = Trains and subways
TAXI = Taxi, radio cars
R/C = Rent-a-Car
M = Meals out-of-town (Breakfast, Lunch, Dinner)
TEL = Extraordinary telephone charges - conference calls, long distance, etc.
M/E = Other Miscellaneous charges (give full description of expenses)

PLEASE ATTACH RECEIPTS WHEREVER POSSIBLE

| DATE | LOCATION | AMOUNT | CODE | EXPLANATION OF EXPENSES |
|------|----------|--------|------|-------------------------|
| 03/30/06 | | $360.00 | n/a | Amtrak |
| 03/30/06 | | $14.00 | PKG | Parking |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLEASE TYPE OR PRINT:          TOTAL AMOUNT
                               REQUESTED

Name of Creditors' Committee Member/Representative:

Linda L Clash                    Total Amount Requested: $ 374.00

Company Name:

Euler Hermes ACI

Completion of this form constitutes a certification under penalty
of perjury.

_Schumann_                    07/03/08
Signature of Applicant        Date

{00064901.1 / 0631-001}



**Corporate Card Statement of Account**

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
LINDA CLASH
EULER HERMES ACI

Account Number

Closing Date
04/07/08

Page 1 of 3

**Balance Due $** **Please Pay By 04/22/08**

For important information regarding your account refer to page 2

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ |
|---|---|---|---|---|
| | | 0.00 | 0.00 | |

**Your account is 30 days past due. Pay by 04/22/08 to avoid delinquency charge.**

For assistance or questions about your account, contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

**Activity** Date reflects either transaction or posting date

**Card Number**

| Date | Description | | Reference Code | Amount $ |
|---|---|---|---|---|
| 03/10/08 | TLF*RADEBAUGH FLST & TOWSON<br>REF# 03202432213 TLF*RADEBAUGH FL 03/10/08 | MD | 03202432213 | 57.65 |
| 03/10/08 | TLF*RADEBAUGH FLST & TOWSON<br>REF# 03202432215 TLF*RADEBAUGH FL 03/10/08 | MD | 03202432215 | 59.30 |
| 03/30/08 | AMTRAK              INTERNET      DC<br>TKT# 5541050430570        03/29<br>VENDOR SALE<br>CLASH/LINDA MS        AMTRAK<br>AMTRAK              INTERNET      DC<br>FROM<br>  NOT RECORDED<br>TO        CARRIER CLASS<br>  NOT RECORDED | | 0465005000 | 360.00 |
| 03/31/08 | PENN STATION GARAGE BALTIMORE      MD<br>REF#        0 GOVERNMENT SERVI 03/31/08 | | | 14.00 |

EXPENSE REPORT FOR MEMBERS OF
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
SHAPES/ARCH HOLDINGS, LLC

CODES AND EXPLANATION

PKG = Parking
M/C = Mileage Charge (at .38/mile)
T = Tolls - Bridges, Tunnels, Parkway, etc.
A/F = Airfare (at coach rates)
H = Hotel
R/R = Trains and subways
TAXI = Taxi, radio cars
R/C = Rent-a-Car
M = Meals out-of-town (Breakfast, Lunch, Dinner)
TEL = Extraordinary telephone charges - conference calls, long distance, etc.
M/E = Other Miscellaneous charges (give full description of expenses)

PLEASE ATTACH RECEIPTS WHEREVER POSSIBLE

| DATE | LOCATION | AMOUNT | CODE | EXPLANATION OF EXPENSES |
|---|---|---|---|---|
| 3/31/08 | Newark, NJ | $147 | R/R | Trout from Stamford to Newark. |
| 3/3/08 | Stamford | $8 | Taxi | Taxi from to office |

PLEASE TYPE OR PRINT:          TOTAL AMOUNT
                              REQUESTED

Name of Creditors' Committee Member/Representative:

Elitsa Golab                    Total Amount Requested: $ 155

Company Name:

Glenicane Ltd.

Completion of this form constitutes a certification under penalty
of perjury.

_____        7/1/08
Signature of Applicant            Date

Amtrak - Reservations - Confirmation                                      Page 1 of 2

Español  Deutsch                                    Home  Help  Contact Us  Search

**Reservations** | Schedules | Routes | Stations | Hot Deals | Traveling With Amtrak

AMTRAK.COM LOGIN

User ID

Password

☐ Remember Me

Register
Forgot Password?
Help

① ② ③ ④ ⑤
Fare Finder  Select Train  View Fare  Passenger Info  Payment

⑥ *Confirmation*

**Thank you for choosing Amtrak! Your reservation is complete.**

We look forward to serving you.

**Please Note:** All Amtrak trains (except the Auto Train) are non-smoking.

Please save or print this page for your records. THIS CONFIRMATION IS NOT A TICKET. You must obtain a ticket before boarding. Please follow the ticketing information instructions below.

**<THIS IS NOT A TICKET>**

**Reservation Number: 145E77**

Departing: Stamford, CT (STM) To Newark, NJ (NWK)

| Service | Departs | Arrives | Duration | Amenities |
|---------|---------|---------|----------|-----------|
| 2159 Acela Express | **Stamford, CT** (STM) **11:57 am** 31-MAR-08 | **Newark, NJ** (NWK) **1:14 pm** 31-MAR-08 | 1h 17m | Snack car |

Returning: Newark, NJ (NWK) To Stamford, CT (STM)

| Service | Departs | Arrives | Duration | Amenities |
|---------|---------|---------|----------|-----------|
| 2170 Acela Express | **Newark, NJ** (NWK) **5:29 pm** 31-MAR-08 | **Stamford, CT** (STM) **6:44 pm** 31-MAR-08 | 1h 15m | Snack car |

## TICKET INFORMATION

THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding. You can pick up your tickets at any Amtrak Quik-Trak self-service ticketing kiosk, or at any Amtrak ticket window. Please check station operating hours before you go, as Amtrak ticket window hours and/or Quik-Trak kiosk hours vary from station to station.

## BILLING INFORMATION

**Billed to:**
Elitsa H Golab
248 West Street
White Plains, NY 10605
United States

**Total Price:** $147.00

**Credit Card:** MasterCard
***********0519

## FARE

1 Passenger:
Passenger 1:  Elitsa Golab (Adult)

| | |
|---|---|
| Rail Fare: | $147.00 |
| Accommodations Price: | $0.00 |
| Total: | $147.00 |

## E-MAIL CONFIRMATION

**We have sent an e-mail confirmation to** address(es):

elitsa.golab@glencore-us.com

## Stamford Taxi Inc.

80 Harvard Avenue, Stamford 06902

### 203-325-2611  866-262-0644

| | SHARED RIDE | YES | NO |
|---|---|---|---|
| | FARE | | |
| | WAITING TIME | | |
| | TOLLS | | |
| | PARKING | | |
| | **TOTAL $** | | |

**PAYMENT METHOD**

DATE _____ TIME _____ AM  PM

CUSTOMER NAME: _____

ADDRESS: _Elitga  Golab_    $8

FROM: _____

TO: _____

DRIVER'S SIGNATURE: _____ DRIVER # : _____

EXPENSE REPORT FOR MEMBERS OF
THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
SHAPES/ARCH HOLDINGS, LLC

CODES AND EXPLANATION

PKG = Parking
M/C = Mileage Charge (at .38/mile)
T = Tolls - Bridges, Tunnels, Parkway, etc.
A/F = Airfare (at coach rates)
H = Hotel
R/R = Trains and subways
TAXI = Taxi, radio cars
R/C = Rent-a-Car
M = Meals out-of-town (Breakfast, Lunch, Dinner)
TEL = Extraordinary telephone charges - conference calls, long distance, etc.
M/E = Other Miscellaneous charges (give full description of expenses)

PLEASE ATTACH RECEIPTS WHEREVER POSSIBLE

| DATE | LOCATION | AMOUNT | CODE | EXPLANATION OF EXPENSES |
|---|---|---|---|---|
| 3/31/08 | | $38.00 | TAXI | Travel – committee formation meeting |
| 3/31/08 | | $22.00 | TAXI | Travel – committee formation meeting |
| 4/07/08 | | $7.00 | TAXI | Travel – committee meeting |
| 4/17/08 | | $132.97 | TEL | court hearing |
| 5/01/08 | | $12.37 | TEL | court hearing |
| 5/01/08 | | $33.74 | TEL | court hearing |

PLEASE TYPE OR PRINT:

TOTAL AMOUNT
REQUESTED

Name of Creditors' Committee Member/Representative:

James V. Drew, Esq.        Total Amount Requested: $  $246.08

Company Name:

Curtis, Mallet-Prevost, Colt & Mosle LLP - Counsel to Glencore Ltd.

Completion of this form constitutes a certification under penalty
of perjury.

7/9/08

Signature of Applicant        Date

{00064901 1 / 0631-001}

# CLIENT DISBURSEMENT PETTY CASH FORM

Client Matter Name _____

Client Matter Number ___ *01631* ____ . *0481*

Date ___ *03* , *31* , *08* ___

Amount $ *38* ___ ( *00* ___ & /100 Dollars)

Attorney
Number ___ *0161* / or Name if no No. ___ *JDrew* ___

Disbursement Type — encircle one only:

1. (long distance telephone)
4. (local transportation (legal))
6. meals (non-legal)
7. overtime commutation costs
8. messenger service - inside - fares
11. lunches & dinners (legal)

13. printing/duplicating - outside
14. advances to clients
15. cash advance (to be accounted for)
22. entertainment
35. stationery & supplies
92. court fees

99. miscellaneous - explain _____

_____ *JDrew* _____          _____ *E Acton* _____
Approved                        Received Payment



## CLIENT DISBURSEMENT PETTY CASH FORM

Client Matter Name  Glencore / Alum Shapes

Client Matter Number  0 1 7 6 3 1 . 4 8 7

Date  0 3 , 3 1 , 0 8

Amount $  22.00  (_____ & 00/100 Dollars)

Attorney Number  0035  / or Name if no No.  Steven J. Reisman

Disbursement Type — encircle one only:

→To Newark, NJ for meeting on Mon

1. long distance telephone
4. local transportation (legal)
6. meals (non-legal)
7. overtime commutation costs
8. messenger service - inside - fares
11. lunches & dinners (legal)

13. printing/duplicating - outside
14. advances to clients
15. cash advance (to be accounted for)
22. entertainment
35. stationery & supplies
92. court fees

99. miscellaneous - explain  _____

_____          _____
Approved                       Received Payment

# CLIENT DISBURSEMENT PETTY CASH FORM

Client Matter Name

Client Matter Number _017631_ . _0487_

Date _04_ , _07_ , _08_

Amount $ _7_ ( _00_ & /100 Dollars)

Attorney Number _061_ / or Name if no No. _J Drew_

Disbursement Type — encircle one only:

1. long distance telephone
(4.) local transportation (legal)
6. meals (non-legal)
7. overtime commutation costs
8. messenger service - inside - fares
11. lunches & dinners (legal)

13. printing/duplicating - outside
14. advances to clients
15. cash advance (to be accounted for)
22. entertainment
35. stationery & supplies
92. court fees

99. miscellaneous - explain _____

_J Drew_

Approved

_E Acton_

Received Payment

017631-0487

MEDI⌐
04/07/08 TR 7931
START END MILES
10147 10164   0.0
REGULAR FARE   6.10
RATE 1:$   6.10
SURCH:$   0.00
TOTAL: $   6.10
THANKS
TO CONTACT US
DIAL 3-1-1

Equitrac *Professional v3.5*

**Curtis, Mallet-Prevost, Colt & Mosle LLP**
**Transaction Report, Telephone, By Date**
**(Client/Matter Code=0176310487)**

Page 1 of 1

**From Apr. 17, 2008 To Apr. 18, 2008 23:59**

Ran on: Jul. 07, 2008 10:11 AM

| Date Time | User | Client/Matter | Ext. | Phone Number | City | State | Duration | Phone Cost | St. |
|---|---|---|---|---|---|---|---|---|---|
| Apr. 17, 2008 09:49:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(856)757-5485 | CAMDEN | NJ | 00:01:10 | $0.44 | L |
| Apr. 17, 2008 09:52:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(203)328-2476 | STAMFORD | CT | 02:36:56 | $64.35 | P |
| Apr. 17, 2008 09:55:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(856)757-5174 | CAMDEN | NJ | 02:34:32 | $68.18 | P |

REDACTED

**Report Totals:** | | | | | | | 05:19:52 | $135.84 | |

Record Count:    5



Equitrac *Professional v3.5*

**Curtis, Mallet-Prevost, Colt & Mosle LLP**
Transaction Report, Telephone, By Date
(Client/Matter Code=0176310487)

Page 1 of 1

From May. 01, 2008 To May. 01, 2008 23:59

Ran on: Jul. 07, 2008 12:32 PM

| Date Time | User | Client/Matter | Ext. | Phone Number | City | State | Duration | Phone Cost | St. |
|---|---|---|---|---|---|---|---|---|---|
| May. 01, 2008 09:57:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(203)328-2476 | STAMFORD | CT | 00:03:32 | $1.64 | P |
| May. 01, 2008 09:58:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(540)777-3068 | ROANOKE | VA | 00:02:04 | $0.88 | L |
| May. 01, 2008 10:24:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(540)777-3068 | ROANOKE | VA | 00:06:44 | $3.08 | P |
| May. 01, 2008 11:08:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(540)777-3068 | ROANOKE | VA | 00:07:12 | $3.08 | P |
| May. 01, 2008 13:35:00 | 0161 - Drew, Ja | 0176310487 | 1-8884 | 1(203)328-2476 | STAMFORD | CT | 00:09:10 | $3.69 | P |

**Report Totals:** | | | | | | | 00:28:42 | $12.37 |

Record Count:    5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Curtis, Mall | 228366 | 46317706 | 05/01/2008 | Drew, Jam eRes-Plus R8 | | 4.65 | 4.65 | 17631D487 |
| Curtis, Mall | 228366 | 46317706 | 05/01/2008 | Drew, Jam eRes-Plus R8 | | 5.7 | 5.7 | 17631D487 |
| Curtis, Mall | 228366 | 46317706 | 05/01/2008 | Drew, James | | Service Fe | 1.05 | 17631D487 |
| Curtis, Mall | 228366 | 46317706 | 05/01/2008 | Drew, James | | Conference | 1.05 | 17631D487 |
| Curtis, Mall | 228366 | 46317706 | 05/01/2008 | Drew, James | | New York 1 | 4.65 | 17631D487 |
| Curtis, Mall | 228366 | 46317706 | 05/01/2008 | Drew, James | | 0.82 | 0.82 | 17631D487 |
| Curtis, Mall | 228366 | 46321359 | 05/01/2008 | Drew, Jam eRes-Plus R8 | | 0.9 | 0.9 | 17631D487 |
| Curtis, Mall | 228366 | 46321359 | 05/01/2008 | Drew, Jam eRes-Plus R8 | | 2.55 | 2.55 | 17631D487 |
| Curtis, Mall | 228366 | 46321359 | 05/01/2008 | Drew, James | | Service Fe | 1.05 | 17631D487 |
| Curtis, Mall | 228366 | 46321359 | 05/01/2008 | Drew, James | | Conference | 1.55 | 17631D487 |
| Curtis, Mall | 228366 | 46321359 | 05/01/2008 | Drew, James | | New York 1 | 0.82 | 17631D487 |
| Curtis, Mall | 228366 | 46321359 | 05/01/2008 | Drew, James | | 13.8 | 19.94 | 17631D487 |

No. of Conf: 2

31
38
6
17
92

(33.7)

17631487