Mark E. Felger, Esquire (I.D. No.: MF9985)
Jerrold N. Poslusny I.D. No.: JP7140)
Cozen O'Connor
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
Exton, PA 19341
(856) 910-5000
Proposed Attorneys for the Debtors

---

| In re: | : | UNITED STATES BANKRUPTCY COURT |
| --- | --- | --- |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
|  | : |  |
| SHAPES/ARCH HOLDINGS, L.L.C., et al., | : | CHAPTER 11 |
|  | : | CASE NO. 08-14631 (GMB) |
|  | : |  |
| Debtors, | : | (Jointly Administered) |
|  | : |  |

## FEE APPLICATION ALLOWANCES OF LATSHA DAVIS YOHE & MCKENNA, P.C., AS ENVIRONMENTAL LEGAL COUNSEL FOR DEBTORS

TO:     HONORABLE GLORIA M. BURNS
        UNITED STATES BANKRUPTCY JUDGE

The Application of Latsha Davis Yohe & McKenna P.C. respectfully represents:

1.      It is environmental legal counsel for Debtors in the above-captioned matter.

2.      That as such environmental legal counsel, it rendered services in this case as appears on Exhibit "A" which is attached to the Affidavit of Kevin M. McKenna, Esquire, and filed herewith.

WHEREFORE, your Applicant requests an allowance of $47,928.00 in fees, $5,295.28 in disbursements, which totals $53,223.28.

By: _____
Kevin M. McKenna, Esquire
Latsha Davis Yohe & McKenna, P.C.
Counsel for Debtors

Dated: September 5, 2008

SNJ1\272666\1 131394.000