| UNITED STATES BANKRTUPCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Mark E. Felger, Esquire (MF9985)<br>Jerrold N. Poslusny (JP7140)<br>Cozen O'Connor<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>Proposed Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS, L.L.C., et al.,<br><br>Debtors | CASE NO.: 08-14631 (GM)<br><br>Judge Gloria M. Burns<br><br>Chapter 11 |

## ORDER GRANTING FEE APPLICATION OF LATSHA DAVIS YOHE & MCKENNA, P.C. AS ENVIRONMENTAL LEGAL COUNSEL FOR DEBTORS

The relief set forth on the following page, is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings, L.L.C., et al.,

Case No. 08-14631(GMB)

Order Granting Fee Application of Latsha Davis Yohe & McKenna, P.C. as Environmental Legal Counsel for the Debtor

---

Upon consideration of the Fee Application[1] of Latsha Davis Yohe & McKenna, P.C., environmental legal counsel for Debtors, for an order granting interim allowances, and good cause appearing therefore, it is hereby ORDERED:

1. That the Fee Application is APPROVED.

2. That Latsha Davis Yohe & McKenna, P.C. is allowed fees and expenses in the amount of $53,223.28 incurred during the Period of March 16, 2008 through August 8, 2008.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Application.