**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)
Attorneys for the Reorganized Debtors

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | CHAPTER 11 |
| Debtors. | CASE NO. 08-14631 (GMB) (Jointly Administered) |
|  | **Hearing Date: September 30, 2008 at 2:00 p.m.** |

## NOTICE OF HEARING ON APPLICATIONS FOR COMPENSATION

**PLEASE TAKE NOTICE** that the below listed court appointed professionals have filed first and final fee applications (the "Fee Applications") in these cases:[1]

| **Professional** | **Capacity** | **Fees Requested** | **Expenses Requested** |
|---|---|---|---|
| Cozen O'Connor | Attorneys for the Debtors | $849,821.50 | $25,695.17 |
| Phoenix Management Services, Inc. | Restructuring advisor for the Debtors | $431,482.50 | $4,182.50 |
| NatCity Investments | Sales Consultant/Investment Bankers | $250,000.00 | $3,878.94 |
| Stevens & Lee, P.C. | Special Labor and Conflicts Counsel for the Debtors | $171,948.50 | $3,249.76 |
| Latsha Davis Yohe & McKenna, P.C. | Ordinary Course Professional for the Debtors | $47,928.00 | $5,959.28 |
| Halperin Battaglia & Raicht | Attorneys for the Creditors Committee | $399,457.50 | $8,530.18 |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | Attorneys for the Creditors Committee | $375,660.00 | $18,315.99 |
| J.H. Cohn LLP | Financial Advisors for the Creditors Committee | $619,198.50 | $4,026.51 |

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("Shapes/Arch"), the Debtors consist of the following entities, all of which are wholly owned subsidiaries of Shapes/Arch: Shapes L.L.C. ("Shapes"); Delair L.L.C. ("Delair"); Accu-Weld L.L.C. ("Accu-Weld"); and Ultra L.L.C. ("Ultra").

CHERRY_HILL\468621\1  220718.000

In accordance with D.N.J. Local Bankruptcy Rule 2016-1(h), if you do not want the Court to grant the relief requested in the Fee Applications, or if you want the Court to consider your views on the Fee Applications, then on or before September 23, 2008, you or your attorney must:

File with the Court an objection explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067 Camden, NJ 08101-2067. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also serve a copy of your objection on the professional against whom your objection is filed.

Attend a hearing scheduled to be held on September 30, 2008 at 2:00 p.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101. In accordance with D.N.J. Local Bankruptcy Rule 2016-1(d), appearances are not required on applications for compensation unless objections are filed.

Copies of the Fee Applications, may be obtained by contacting Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4601, New York, NY 10163-4601 or at (866) 890-1550.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Fee Applications and may enter an order granting that relief.

Dated: September 5, 2008                COZEN O'CONNOR

                                        By:   /s/ Jerrold N. Poslusny, Jr.
                                              Mark E. Felger
                                              Jerrold N. Poslusny, Jr.

                                        Attorneys for the Reorganized Debtors