| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 11<br><br>CASE NO. 08-14631 (GMB)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

Lauren Keith, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Hudson County, New Jersey.

On September 5, 2008, deponent served true and correct copies of First and Final Application Statement of Stevens & Lee, P.C., as Special Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses for the Period from March 16, 2008 through August 8, 2008 by first class U.S. Mail on parties not receiving electronic notification pursuant to the attached ECF filing receipt ("Exhibit A"). All parties included in the electronic notification did not receive hard copies.

_____
Lauren Keith

Sworn to before me this
5th day of September 2008

_____
Notary Public

CONSTANTINE D. POURAKIS
NOTARY PUBLIC, State Of New York
No. 02PO6054338
Qualified in Nassau County
Commission Expires January 29. 2011

SL1 863910v1/030026.00001

# EXHIBIT A

**File a Motion:**

08-14631-GMB Shapes/Arch Holdings L.L.C.

Type: bk  
Judge: GMB  
Chapter: 11 v  
Assets: y  
Office: 1 (Camden)  
Case Flag: Complex, JNTADMN, Agent, CONFIRMED

### U.S. Bankruptcy Court

### District of New Jersey

Notice of Electronic Filing

The following transaction was received from Kilgannon, John C. entered on 9/5/2008 at 2:53 PM EDT and filed on 9/5/2008  
**Case Name:** Shapes/Arch Holdings L.L.C.  
**Case Number:** 08-14631-GMB  
**Document Number:** 626

**Docket Text:**
Final Application for Compensation for John C. Kilgannon, Special Counsel, period: 3/16/2008 to 8/8/2008, fee: $171,948.50, expenses: $3,249.76. Filed by John C. Kilgannon. Hearing scheduled for 9/30/2008 at 02:00 PM at GMB - Courtroom 4C, Camden. (Attachments: # (1) Application # (2) Affidavit # (3) Exhibit A# (4) Exhibit B# (5) Proposed Order) (Kilgannon, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document  
**Original filename:** C:\Documents and Settings\lek\My Documents\Shapes-Arch- Fee App Cover Sheet.pdf  
**Electronic document Stamp:**  
[STAMP bkecfStamp_ID=1002741850 [Date=9/5/2008] [FileNumber=19405114-0
] [033af166e5363ed4b4d63ccfd372ccfdb199ed2b5ea43ead28824a88ff0885ef91d
4271336171872c354d921c6641a2539752f1c7849f443f005c509eafc161d]]  
**Document description:** Application  
**Original filename:** C:\Documents and Settings\lek\My Documents\Shapes- Arch- First and Final Fee Application.pdf  
**Electronic document Stamp:**  
[STAMP bkecfStamp_ID=1002741850 [Date=9/5/2008] [FileNumber=19405114-1
] [9f7de0e06c8649494f8611c03f3be6d3d95269d3845fc7099de48d3ce89693c2618
1c0903ad1664f38bca8ff66e06facfcddbd0662b8ea258f00ef86af5197ad]]  
**Document description:** Affidavit  
**Original filename:** C:\Documents and Settings\lek\My Documents\Shapes- Arch- Affidavit of Paul Lewis.pdf  
**Electronic document Stamp:**  
[STAMP bkecfStamp_ID=1002741850 [Date=9/5/2008] [FileNumber=19405114-2
] [98b3e55d30ec47bf8305cc39ceb7d38fd2eba8e35623fcdbf3bd6dc2f544822b024
3ae7facede16f1c8751bb74deb5f813c26a6289ef4e395b719f7e6ddf3253]]  
**Document description:** Exhibit A  
**Original filename:** C:\Documents and Settings\lek\My Documents\Shapes- Arch- Exhibit A.pdf  
**Electronic document Stamp:**  
[STAMP bkecfStamp_ID=1002741850 [Date=9/5/2008] [FileNumber=19405114-3
] [559608f1593739ad8c9748d0b9aa9bfaa320c99821e802d1e806a42723289648d7b
b9fc8a18547ca66cb21929ee4b628b59cb4d1fddf4cbbbe8be191f2eafb61]]  
**Document description:** Exhibit B  
**Original filename:** C:\Documents and Settings\lek\My Documents\Shapes-Arch- Exhibit B.pdf  
**Electronic document Stamp:**  
[STAMP bkecfStamp_ID=1002741850 [Date=9/5/2008] [FileNumber=19405114-4
] [700352403a36acba2809ea39b6b1cce3a4617fc7963afa5dbb4504f7241b637682b
8627bcb86443b32d1ca21f52db9553539ac75adfba17358e22270f09474f8]]  
**Document description:** Proposed Order  
**Original filename:** C:\Documents and Settings\lek\My Documents\Shapes- Arch- Proposed Order.pdf  
**Electronic document Stamp:**  
[STAMP bkecfStamp_ID=1002741850 [Date=9/5/2008] [FileNumber=19405114-5
] [896086b14147f38b2e445749c99b00949d2f256a39996d6bbea2a6229bfe9bc6465
dc2f09c3f71ca3081c60ba6be066bb953de2c85d9ae9c82e20ba59e43ddf4]]

**08-14631-GMB Notice will be electronically mailed to:**

U.S. Trustees Office

David B. Aaronson    david.aaronson@dbr.com

Emmanuel J. Argentieri    eargentieri@parkermccay.com

Nola R. Bencze    nola.bencze@bipc.com, kara.tunney@bipc.com;annette.gilbert@bipc.com

Walter Benzija    wbenzija@halperinlaw.net, eganc@halperinlaw.net;cmitchell@halperinlaw.net

Alan J. Brody    brodya@gtlaw.com

Bruce D. Buechler    bbuechler@lowenstein.com, lsowinski@lowenstein.com;msavetsky@lowenstein.com

Ramanjit K. Chawla    chawlram@law.dol.lps.state.nj.us

Vincent T. Cieslik    vcieslik@cogr.com, dkaser@cogr.com

Carol R. Cobb    carolrogerscobb@verizon.net

Cheryl L. Cooper    phil@holstonlaw.com

Louis T. DeLucia    delucial@gtlaw.com

Ira Deiches    ideiches@deicheslaw.com

Sam Della Fera    sdellafera@trenklawfirm.com

Mark J. Dorval    mdorval@stradley.com

Alyson M. Fiedler    fiedlera@gtlaw.com, rodriguezme@gtlaw.com;vecchionem@gtlaw.com

Andrew J. Flame    andrew.flame@dbr.com

Linda S. Fossi    dlemanowicz@deilylawfirm.com, twright@deilylawfirm.com

Alan P. Fox    afox@capehart.com, bankruptcy@capehart.com

Donald Goodfriend Frankel    donald.frankel@usdoj.gov

Joseph M. Garemore    jgaremore@brownconnery.com

Joseph G. Gibbons    gibbonsj@whiteandwilliams.com

Jennifer D. Gould    jdavies@lammrubenstone.com, mdenton@lammrubenstone.com

John C. Kilgannon    jck@stevenslee.com

Suzanne M. Klar    suzanne.klar@pseg.com, joel.taylor@pseg.com

Oren Klein    oklein@parkermccay.com, narena@parkermccay.com

Jeffrey Kurtzman    jkurtzma@klehr.com

Rachel Jeanne Lehr    Rachel.Lehr@law.dol.lps.state.nj.us, rjlehr@aol.com

Eric H. Lindenman    elindenman@harrisbeach.com, kgriffith@harrisbeach.com;bkemail@harrisbeach.com

David R Lyons    davidl@ldvlaw.com

Donald F. MacMaster    Donald.F.MacMaster@usdoj.gov

Robert M. Marshall    rmarshall@mqlaw.net

John R. Morton    jrmecf@verizon.net

Office of Unemployment Compensation Tax Services (OUCTS), Department of Labor and Industry, Commonwealth of Pennsylvania

Melissa A. Pena    mapena@nmmlaw.com, LWashington@nmmlaw.com

Frank Peretore    peretore@peretore.com

R. Matthew Pettigrew    mpettigrew@markowitzandrichman.com

David W. Phillips    david.phillips@leclairryan.com

Robyn Pollack    rpollack@saul.com

Jerrold N. Poslusny    jposlusny@cozen.com, dreyes@cozen.com

Steven J. Reisman    sreisman@curtis.com, jdrew@curtis.com;lharrison@curtis.com

Michael Joseph Reynolds    michael.reynolds@dbr.com

Philip Seth Rosen    prosen@zeklaw.com, mdavis@zeklaw.com;agiacobbe@zeklaw.com;mmccarthy@zeklaw.com

Joseph L. Schwartz    jschwartz@riker.com

Joel C. Shapiro    shapiro-jc@blankrome.com, hutches@blankrome.com;senese@blankrome.com

Michael D. Sirota    msirota@coleschotz.com

Michael Stafford    mjsnorddemaio@aol.com, norddemaio@aol.com

United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

Ilana Volkov    ivolkov@coleschotz.com

Diane E. Vuocolo    vuocolod@gtlaw.com

Katherine Wade-Battle    MARIANNE@ccmua.org

John J. Winter    jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com

William G. Wright    wwright@capehart.com, jlafferty@capehart.com

**08-14631-GMB Notice will not be electronically mailed to:**

Sharon Block
Michelman & Block
811 Church Road
Suite 117-A
Cherry Hill, NJ 08002

Perry Burkett
617 Eleventh Avenue
New York, NY 10036

Matthew W. Cheney
,

Matthew W. Cheney
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Jeanine D. Clark
216 Haddon Avenue
PO Box 9222
Westmont, NJ 08108

Carol Cobb
,

Michael J. Cordone
Stradley Ronon Stevens & Young LLP

Woodland Falls Corporation Park
200 Lake Drive East
Cherry Hill, NJ 08002

Joseph P. Davis
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Earl M. Forte
Blank, Rome, Comisky & McCauley
One Logan Square
Philadelphia, PA 19103-6998

Tyler S. Graden
1515 Market Street
16th Floor
Philadelphia, PA 19102-1916

Gina Baker Hantel
Office of the Attorney General
Bankruptcy Division
PPO Box 20207
Nashville, TN 37202-0207

Mark F Heinze
85 Main St.
Hackensack, NJ 07601

IKON Financial Services
Bankruptcy Administration
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

Donna H. Lieberman
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

Sherry D Lowe
Lamm Rubenstone LLC
3600 Horizon Boulevard
Suite 200
Trevose, PA 19053

Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107

William P. Miller
Roberson Haworth & Reese, PLLC
PO Box 1550
300 North Main Street
Suite 300
High Point, NC 27261

Nancy A. Mitchell
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY 10166

NatCity Investments, Inc.
Five Tower Bridge
300 Barr Harbor Drive

Suite 420
West Conshohocken, PA 19428

Paul A. Patterson
Stradley Ronon Stevens & Young LLP
Woodland Falls Corporation Park
200 Lake Drive East
Cherry Hill, NJ 08002

Quickway, Inc.
,

Barry C. Reed
Reed & Giordano
101 Tremont Street
Suite 900
Boston, MA 02108

Sandford F. Schmidt
Brandt Haughey Penberthy Lewis & Hyland
240 Rte 38 W.
PO Box 1002
Moorestown, NJ 08057-0949

Liston Jr Smith
822 S. 8th Street
Camden, NJ 08103

Samantha L. Southall
Buchanan Ingersoll & Rooney PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103

John Sullivan
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103

Mary Elizabeth Wolfe
Koch & DeMarco, LLP
101 Greenwood Avenue
Jenkintown Plaza
Suite 460
Jenkintown, PA 19046