**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Alan D. Halperin, Esq.
Walter Benzija, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.

Co-Counsel to the Official
Committee of Unsecured Creditors
of Shapes/Arch Holdings L.L.C., *et al.*

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. GLORIA M. BURNS CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, Debtors. | Chapter 11 (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                            ) SS.:
COUNTY OF BERGEN       )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

45765/0001-1535231v1

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel to the Official Committee of Unsecured Creditors of Shapes/Arch Holdings L.L.C., *et al.* (the "Committee").

2. On September 5, 2008, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following documents:

    a. First and Final Application of Halperin Battaglia Raicht, LLP for Allowance of Compensation and Reimbursement of Expenses for Services Rendered in These Cases for the period March 31, 2008 through August 8, 2008;

    b. First and Final Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Pursuant to 11 U.S.C. §§ 328 and 330 for the period March 31, 2008 through August 8, 2008;

    c. First and Final Chapter 11 Fee Application of J.H. Cohn LLP for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Pursuant to 11 U.S.C. §§ 328 and 330 for the period March 31, 2008 through August 8, 2008; and

    d. First and Final Application of Members of the Official Committee of Unsecured Creditors for Reimbursement of Actual and Necessary Expenses Pursuant to 11 U.S.C. §§ 328 and 330 for the period March 31, 2008 through August 8, 2008.

3. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above referenced pleadings *via electronic service*.

4. On September 5, 2008, I caused a true copy of the above-referenced pleadings to be served *via electronic mail* on the parties on the Service List attached hereto as Exhibit A.

5.  On September 5, 2008, this office caused to be served, *via United States Mail, first class delivery*, a copy of the pleadings as referenced above, on all parties on the Service List attached hereto as Exhibit B.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                         */s/ Cynthia Braden*
                                                                         CYNTHIA BRADEN

Sworn and subscribed to before me
this 8th day of September, 2008.

*/s/ Frances Pisano*
FRANCES PISANO
A Notary Public of New Jersey
My Commission Expires 12/02/08

3

45765/0001-1535231v1

**IN RE SHAPES/ARCH HOLDINGS L.L.C.**
**CASE NO. 08-14631 (GMB)**

**SERVICE LIST**

**EXHIBIT A**

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Attorneys for Debtors
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Mark E. Felger, Esq.
Cozen O'Connor
Attorneys for Debtors
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Joel Shapiro, Esq.
Blank Rome LLP
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.
One Logan Square
130 North 18th Street
Philadelphia, PA 19 103-6998

Lawrence Flick, Esq.
Blank Rome LLP
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.
The Chrysler Building
405 Lexington Ave.
New York, NY 10174

Mark J. Dorval, Esq.
Stradley Ronon Stevens & Young LLP
Attorneys for The CIT Group/Business Credit, Inc.
2600 One Commerce Square
Philadelphia, PA 19103

Paul A. Patterson, Esq.
Stradley Ronon Stevens & Young LLP
Attorneys for The CIT Group/Business Credit, Inc.
Woodland Falls Corporate Park
200 Lake Drive West
Cherry Hill, NJ 08002

**IN RE SHAPES/ARCH HOLDINGS L.L.C.**
**CASE NO. 08-14631 (GMB)**

**SERVICE LIST**

**EXHIBIT B**

Robert Lapowsky, Esq.
Stevens & Lee, P.C.
Special Counsel to Debtors
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Brian Bull
Creditors' Committee Co-Chairperson
Alcan1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada

Richard A. Keliner
Creditors' Committee Co-Chairperson
Rusal America Corp.
550 Mamaroneck Ave.
Harrison, NY 10528

Nancy A. Mitchell, Esq.
Greenberg Traurig, LLP
Attorneys for Arch Acquisition I, LLC
Metlife Building
200 Park Ave.
New York, NY 10016

Glencore Ltd
Attn:  Elitsa Golab
301 Tresser Blvd.
Stamford, CT 06901

Joe M. Lozano, Jr., Esq.
Brice, Vander Linden & Wernick, P.C.
Attorneys for Bank of America
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

Richard McNeill, Esq.
McNeill & Walker
Attorneys for Teamsters Local 837
230 South Broad Street
Suite 700
Philadelphia, PA 19102

Timothy A. Bortz, UC Tax Agent/Bankruptcy Rep.
Commonwealth of Pennsylvania, Dept. of Law & Ind.
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602-1184

Christine R. Etheridge, Bankruptcy Administration
IKON Financial Services
1738 Bass Road, P.O. Box 13708
Macon, GA  31208-3708

Gilbert B. Weisman, Esq.
c/o Becket and Lee LLP
Attorney/Agent for American Express Travel Related
Svcs Co. Inc. Corp Card
P.O. Box 3001
Malvern, PA  19355-0701

Bonnie A. Barnet, Esq. & Deborah Shuff, Esq.
Drinker Biddle & Reath LLP
Attys for Sears Holding, Georgia-Pacific, The Glidden
Co., Avery Dennison, Borden Foods, Crowley Corp.,
Garrett-Buchanan, Southeastern PA Trans. Authority
One Logan Square, 18th and Cherry Streets
Philadelphia, PA  19103

A. Dennis Terrell, Esq.
Michael Reynolds, Esq.
Drinker Biddle & Reath LLP
Attys for Nationwide Industries, Inc.
500 Campus Drive
Florham Park, NJ  07932-1047

Shawn M. Christianson, Esq.
Buchalter Nemer, PC
Attorneys for Oracle Credit Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Jeanine D. Clark, Esq.
Margolis Edelstein
Attorneys for Creditor, Shaw Alloy Piping Prod.
216 Haddon Avenue
P.O. Box 9222
Westmont, NJ 08108

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Mary Elizabeth Wolfe, Esq.
Koch & DeMarco, LLP
Attorneys for Twentieth Century
Refuse Removal Company
101 Greenwood Avenue
Jenkintown Plaza, Ste. 460
Jenkintown, PA 19046

Sandford F. Schmidt, Esq.
Schmidt & Tomlinson
Attorneys for Atlantic Disposal Services, Inc.
29 Union Street
Medford, NJ 08055

Sharon Block, Esq.
Michelman & Block
Attorneys for A. Marianni's Sons, Inc.
811 Church Road
Suite 117-A
Cherry Hill, NJ 08002

3

Perry Burkett, Esq.
Attorneys for Metropolitan Lumber
Hardware & Bldg Supplies, Inc
617 Eleventh Avenue
New York, NY 10036

Barry C. Reed, Jr., Esq.
Reed & Giordano
Attorneys for Jennifer Sheehan
101 Tremont Street
Suite 900
Boston, MA 02108

James J. O'Toole, Esq.
Buchanan Ingersoll & Rooney PC
Attys for Creditor Waste Management of NJ, Inc.
1835 Market Street, 14th Floor
Philadelphia, PA  19103

Linda S. Fossi, Esq.
Deily, Mooney & Glastetter, LLP
Attorneys for DCFS Trust
One Greentree Centre
10000 Lincoln Drive East – Suite 201
Marlton, NJ  08053

Philip S. Rosen, Esq.
Zeichner Ellman & Krause LLP
Attorneys for Lexington Ins., National Union Fire Ins.
Co. & other Affiliates of American International
103 Eisenhower Parkway
Roseland, NJ  07068

John R. Morton, Jr., Esq.
Attorneys for Ford Motor Credit Company, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ  08057

Ford Motor Credit Company, LLC
P.O. Box 537901
Livonia, MI  48153-7901