**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| In re: | : | UNITED STATES BANKRUPTCY COURT |
| --- | --- | --- |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
|  | : |  |
| Debtors. | : | CASE NO. 08-14631 (GMB) |
|  | : |  |
|  | : | **Hearing Date:  October 20, 2008** |
|  | : | **at 10:00 a.m.** |

**APPLICATION TO LIMIT NOTICE OF DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 9019(b) AUTHORIZING AND APPROVING A SETTLEMENT WITH THE ENVIRONMENTAL PROTECTION AGENCY**

TO:    THE HONORABLE GLORIA M. BURNS

Your applicant, Jerrold N. Poslusny, Jr., respectfully represents:

1. Your applicant is a member with the firm of Cozen O'Connor, attorneys for the above captioned debtors and debtors-in-possession (the "Debtors").[1]  I am familiar with the facts of these cases.

2. The Debtors have filed a motion for an order pursuant to 11 U.S.C. § 105(a) and Fed. R. Bank. P. 9019(b) authorizing and approving a settlement with the Environmental Protection Agency (the "Motion").

3. Limited notice of the Motion is requested as there are over 12,000 creditors in these cases.  The Debtors submit cost of serving the Motion on all creditors is unreasonable and

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

CHERRY_HILL\473755\1  220718.000

unnecessary because the terms of the settlement were disclosed in the modification to the Plan and the settlement is being funded by the Debtors' insurers.

    4.    You Applicant requests that the Motion be served on: (a) counsel for CIT, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) the Internal Revenue Service, (e) the New Jersey Attorney General, (f) the Commonwealth of Pennsylvania Department of Revenue, (g) counsel to the Committee, (h) the EPA, (i) the Department of Justice, (j) the Debtors' insurers; and (k) all parties on the Master Service List. In light of the nature of the relief requested herein, the Debtors submit that no further notice is necessary.

WHEREFORE, your applicant requests entry of the Order submitted herewith.

Dated: September 10, 2008        COZEN O'CONNOR

By:   /s/ Jerrold N. Poslusny, Jr.
     Mark E. Felger
     Jerrold N. Poslusny, Jr.

Attorneys for the Debtors