| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

## **ORDER LIMITING NOTICE**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Limiting Notice

---

Upon consideration of the application (the "<u>Application</u>")[1] of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>"), for an order limiting notice of the Debtors motion for an order pursuant to 11 U.S.C. § 105(a) and Fed. R. Bank. P. 9019(b) authorizing and approving a settlement with the Environmental Protection Agency (the "Motion"), and for cause shown, it is hereby **ORDERED**

1.      That the Application is GRANTED.

2.      That true copies of the Motion shall be served upon: (a) counsel for CIT, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) the Internal Revenue Service, (e) the New Jersey Attorney General, (f) the Commonwealth of Pennsylvania Department of Revenue, (g) counsel to the Committee, (h) the EPA, (i) the Department of Justice, (j) the Debtors' insurers; and (k) all parties on the Master Service List.  In light of the nature of the relief requested herein, no further notice is necessary.

CHERRY_HILL\473758\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Application.