

Order Filed on
9/11/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

Debtors.

Case No. 08-14631(GMB)

Judge: Gloria M. Burns

Chapter:  11

### ORDER LIMITING NOTICE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 9/11/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Limiting Notice

---

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (the "Debtors"), for an order limiting notice of the Debtors motion for an order pursuant to 11 U.S.C. § 105(a) and Fed. R. Bank. P. 9019(b) authorizing and approving a settlement with the Environmental Protection Agency (the "Motion"), and for cause shown, it is hereby **ORDERED**

1. That the Application is GRANTED.

2. That true copies of the Motion shall be served upon: (a) counsel for CIT, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) the Internal Revenue Service, (e) the New Jersey Attorney General, (f) the Commonwealth of Pennsylvania Department of Revenue, (g) counsel to the Committee, (h) the EPA, (i) the Department of Justice, (j) the Debtors' insurers; and (k) all parties on the Master Service List.  In light of the nature of the relief requested herein, no further notice is necessary.

CHERRY_HILL\473758\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Application.

*Approved by Judge Gloria M. Burns September  11, 2008*