

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

### ORDER LIMITING NOTICE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 9/11/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Limiting Notice

---

Upon consideration of the application (the "Application")[1] of the above-captioned debtors and debtors-in-possession (the "Debtors"), for an order limiting notice of the Debtors motion for an order pursuant to 11 U.S.C. § 105(a) and Fed. R. Bank. P. 9019(b) authorizing and approving a settlement with the Environmental Protection Agency (the "Motion"), and for cause shown, it is hereby **ORDERED**

1.    That the Application is GRANTED.

2.    That true copies of the Motion shall be served upon: (a) counsel for CIT, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) the Internal Revenue Service, (e) the New Jersey Attorney General, (f) the Commonwealth of Pennsylvania Department of Revenue, (g) counsel to the Committee, (h) the EPA, (i) the Department of Justice, (j) the Debtors' insurers; and (k) all parties on the Master Service List.  In light of the nature of the relief requested herein, no further notice is necessary.

CHERRY_HILL\473758\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Application.

2

*Approved by Judge Gloria M. Burns September  11, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-1            User: dfitzger            Page 1 of 1            Date Rcvd: Sep 12, 2008
Case: 08-14631                  Form ID: pdf903           Total Served: 1
```

The following entities were served by first class mail on Sep 14, 2008.
db          +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 14, 2008**                     **Signature:** _Joseph Speetjens_