We received the enclosed documents at this address on 9/12/08. Please be advised that effective April 14, 2008, the registered office provided by CT Corporation System under Pennsylvania's CROP statute was changed. The current address for that office is 116 Pine Street, Suite 320, Harrisburg, PA 17101. This address, therefore, is no longer the registered office for the company in question so we are returning the documents for further handling.

BY: DEPUTY CLERK
08 SEP 18 AM 10: 05
JAMES J. WALDRON
U.S. BANKRUPTCY COURT
FILED
CAMDEN

Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 08–14631–GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shapes/Arch Holdings L.L.C.
9000 River Road
Delair, NJ 08110

Social Security No.:

---

Employer's Tax I.D. No.:
22-3413451

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Gloria M. Burns on:

Date:      9/30/08
Time:      02:00 PM
Location:  4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101-2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Jerrold N. Poslusny Jr., Debtor's Attorney

COMMISSION OR FEES
fee: $849,821.50

---

EXPENSES
$25,695.17

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016-1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016-1(h).

Dated: September 4, 2008
JJW:

James J. Waldron
Clerk

021699