| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with to D.N.J. LBR 9004-2(c)<br>Robyn F. Pollack (RP 8974)<br>SAUL EWING LLP<br>A Delaware Limited Liability Partnership<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>(215) 972-7537 (phone)/(215) 972-1946 (fax)<br>Attorneys for Exco Extrusion Dies<br>In Re:<br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br>Debtors. | Case No.:  08-14631 (GMB)<br>             (Jointly Administered)<br>Adv. No.:  _____<br>Hearing Date:  September 29, 2008 10:00 a.m.<br>Judge:  Gloria M. Burns |

## CERTIFICATE OF CONSENT

### REGARDING CONSENT ORDER GRANTING
ALLOWANCE AND PAYMENT OF SECTION 503(b)(9) ADMINISTRATIVE EXPENSE CLAIM
OF EXCO EXTRUSION DIES

   I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a)   The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b)   The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c)   I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(d)   I will make the original consent order available for inspection upon request of the Court or any party in interest; and

Final paragraph options:

☐   (e) *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr.P. 9011 (sign certification in pen and ink and the Court will scan);

☒   (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr.P 9011 (sign certification with a /s/_____).

                              /s/
                              _____
*Revised 6/11/02*              Signature of Attorney
                              Robyn F. Pollack