**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Telecopier
Michael D. Sirota, Esq.
Ilana Volkov, Esq.

Co-Counsel to the Official Committee
 of Unsecured Creditors
of Shapes/Arch Holdings L.L.C., *et al.*

|  |  |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATION OF ILANA VOLKOV, ESQ. IN FURTHER SUPPORT OF FIRST AND FINAL APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES PURSUANT TO 11 U.S.C. §§ 328 AND 330**<br><br>**HEARING DATE AND TIME:**<br>September 30, 2008, at 2:00 p.m. |

1.    I am an attorney-at-law of the State of New Jersey and a member of the firm of

Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole, Schotz"), co-counsel for the Official

Committee of Unsecured Creditors (the "Committee") of Shapes/Arch Holdings, LLC et al. (the

"Debtors").

45765/0001-1537066v1

2. On September 5, 2008, Cole, Schotz filed its First and Final Fee Application for services rendered and out-of-pocket expenses incurred during the period March 1, 2008 through August 8, 2008 as co-counsel for the Committee (the "Fee Application"). In the Fee Application, Cole, Schotz estimated that it would incur an additional approximate amount of $10,000.00 for services rendered in connection with preparation of the Fee Application and for related expenses from and after the "Effective Date" of the Debtors' confirmed plan of reorganization. Cole Schotz further stated in the Fee Application that prior to the hearing thereon, it would file a supplemental submission attaching the invoices which would reflect those services and costs. In that regard, attached hereto as Exhibits "A" and "B" are Cole, Schotz's invoices for fees and costs incurred from the Effective Date, respectively, for preparation of the Fee Application.

3. It is respectfully requested that the final fee award for Cole, Schotz include the total amount reflected on Exhibits "A" and "B" of $6,700.28.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

*/s/ Ilana Volkov*
ILANA VOLKOV

DATED: September 24, 2008

# EXHIBIT A



**COLE SCHOTZ**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law        A Professional Corporation

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201.489.3000   201.489.1536 FAX

NEW YORK

DELAWARE

MARYLAND

SHAPES / ARCH HOLDINGS, L.L.C., ETAL
C/O BRIAN BULL, FCI CCE, CREDIT MANAGER - USA
ALCAN, INC.
1188 SHERBROOKE STREET WEST
MONTREAL QUEBEC, H3A 3GC
CANADA

Re:   Client/Matter No. 45765-0001                                        Ilana Volkov
      **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**              Invoice No. 633589
                                                                    September 18, 2008

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 17, 2008

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/11/08 | DRAFT FINAL FEE APPLICATION | JYB | 0.50 | 125.00 |
| 08/11/08 | E-MAIL CORRESP. RE: CIT'S COUNSEL'S FEES WITH P. PATTERSON | IVOL | 0.10 | 45.00 |
| 08/11/08 | REVIEW E-MAILS BETWEEN I. VOLKOV AND A. HALPERIN, D. LIEBERMAN RE EFFECTIVE DATE AND FILING OF FINAL FEE APPLICATION | CAB | 0.20 | 33.00 |
| 08/12/08 | E-MAIL CORRESP. RE: FINAL FEE APPLICATIONS | IVOL | 0.10 | 45.00 |
| 08/12/08 | DRAFT FINAL FEE APPLICATION | JYB | 0.50 | 125.00 |
| 08/12/08 | DRAFT FINAL FEE APPLICATION | JYB | 3.60 | 900.00 |
| 08/12/08 | CONFER WITH J. BOB RE FIRST AND FINAL FEE APPLICATION | CAB | 0.20 | 33.00 |
| 08/12/08 | REVIEW DOCKET AND DRAFT PORTION OF FIRST AND FINAL FEE APPLICATION | CAB | 0.40 | 66.00 |
| 08/12/08 | PREPARE AND E-FILE AFFIDAVIT OF SERVICE OF FOURTH MONTHLY FEE STATEMENTS | CAB | 0.40 | 66.00 |
| 08/12/08 | REVIEW E-MAILS TO AND FROM I. VOLKOV, D. LIEBERMAN RE FILING OF FIRST AND FINAL FEE APPLICATIONS AND PREPARATION OF NOTICE OF HEARING TO ALL CREDITORS | CAB | 0.20 | 33.00 |
| 08/15/08 | WORK ON FIRST AND FINAL FEE APPLICATION | CAB | 0.30 | 49.50 |
| 08/26/08 | E-MAIL FROM JH COHN AND PRINT FINAL FEE APPLICATION AND BEGIN REVIEW | CAB | 0.50 | 82.50 |
| 08/28/08 | E-MAIL FROM AND TO I. VOLKOV RE HEARING DATE ON SHAPES FEE APPLICATIONS | CAB | 0.20 | 33.00 |
| 09/02/08 | REVIEW DOCKET FOR OBJECTIONS TO FOURTH MONTHLY FEE STATEMENTS; PREPARE CERTIFICATIONS OF NO OBJECTIONS FOR COLE SCHOTZ, HALPERIN BATTAGLIA AND JH COHN; AND E-FILE SAME | CAB | 0.70 | 126.00 |
| 09/02/08 | CALCULATE AMOUNTS DUE ON FOURTH MONTHLY FEE STATEMENTS OF COLE SCHOTZ, HALPERIN BATTAGLIA AND JH COHN AND SEND E-MAIL TO M. FELGER REQUESTING SAME | CAB | 0.30 | 54.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Client/Matter No. 45765-0001

Invoice No. 633589
September 18, 2008
Page 2

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/03/08 | PRINT AND REVIEW HALPERIN BATTAGLIA'S FIRST AND FINAL FEE APPLICATION | CAB | 0.40 | 72.00 |
| 09/03/08 | REVIEW JH COHN FIRST AND FINAL FEE APPLICATION AND E-MAIL TO AND FROM H. KONICOV/R. MARTOKEN RE CHANGES | CAB | 0.60 | 108.00 |
| 09/04/08 | WORK ON FIRST AND FINAL FEE APPLICATIONS FOR COLE SCHOTZ AND FOR MEMBERS OF COMMITTEE | CAB | 5.50 | 990.00 |
| 09/04/08 | WORK ON FEE APPLICATION FOR COLE SCHOTZ | IVOL | 1.00 | 475.00 |
| 09/05/08 | E-MAIL TO AND FROM M. FELGER RE FIRST AND FINAL FEE APPLICATIONS AND AMOUNTS FOR NOTICE OF HEARING | CAB | 0.20 | 36.00 |
| 09/05/08 | CONFER WITH I. VOLKOV RE FINAL FEE APPLICATIONS INCLUDING SEVERAL E-MAILS | CAB | 0.30 | 54.00 |
| 09/05/08 | REVISE FIRST AND FINAL FEE APPLICATION, SCAN EXHIBITS, PDF AND PREPARE DOCUMENTS FOR FILING | CAB | 0.50 | 90.00 |
| 09/05/08 | SCAN/PDF EXHIBITS AND APPLICATION OF MEMBERS OF COMMITTEE'S FIRST AND FINAL FEE APPLICATION AND PDF HALPERIN BATTAGLIA AND JH COHN APPLICATIONS | CAB | 0.50 | 90.00 |
| 09/05/08 | WORK ON FINALIZING FEE APPLICATION | IVOL | 2.00 | 950.00 |
| 09/05/08 | E-FILE THE FIRST AND FINAL FEE APPLICATIONS WITH THE COURT | CAB | 0.50 | 90.00 |
| 09/05/08 | E-MAIL TO CORE SERVICE AND DRAFT LETTER TO JUDGE BURNS ENCLOSING THE FIRST AND FINAL FEE APPLICATIONS | CAB | 0.40 | 72.00 |
| 09/05/08 | DRAFT LETTER TO SERVICE LIST ENCLOSING FIRST AND FINAL FEE APPLICATIONS AND ASSIST WITH SERVICE OF SAME | CAB | 0.50 | 90.00 |
| 09/08/08 | ASSEMBLE ALL PRIOR INVOICES AND REVISE LETTER TO JUDGE BURNS FORWARDING SAME | CAB | 0.50 | 90.00 |
| 09/08/08 | PREPARE AND E-FILE AFFIDAVIT OF SERVICE OF FIRST AND FINAL FEE APPLICATIONS | CAB | 0.40 | 72.00 |
|  |  | TOTAL HOURS | 21.50 |  |
|  | PROFESSIONAL SERVICES: |  | $ | 5,095.00 |

# EXHIBIT B

Case 08-14631-GMB    Doc 648    Filed 09/25/08    Entered 09/25/08 08:40:31    Desc Main
Document      Page 6 of 8

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice No. 633589
Client/Matter No. 45765-0001  September 18, 2008
Page 3

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 08/12/08 | PHOTOCOPYING | 3.00 |
| 08/12/08 | PHOTOCOPYING | 3.00 |
| 08/12/08 | PHOTOCOPYING | 3.00 |
| 08/12/08 | PHOTOCOPYING | 3.40 |
| 08/12/08 | PHOTOCOPYING | 3.40 |
| 08/12/08 | PHOTOCOPYING | 3.00 |
| 08/12/08 | PHOTOCOPYING | 3.40 |
| 08/12/08 | PHOTOCOPYING | 4.00 |
| 08/13/08 | PHOTOCOPYING | 4.40 |
| 08/26/08 | TELEPHONE TOLL CHARGE 17326353104 | 7.92 |
| 08/26/08 | PHOTOCOPYING | 9.80 |
| 09/03/08 | TELEPHONE TOLL CHARGE 18567575375 | 4.95 |
| 09/03/08 | TELEPHONE TOLL CHARGE 14104586100 | 9.90 |
| 09/03/08 | TELEPHONE TOLL CHARGE 17326353106 | 3.96 |
| 09/03/08 | TELEPHONE TOLL CHARGE 17326353104 | 0.99 |
| 09/03/08 | PHOTOCOPYING | 2.80 |
| 09/03/08 | PHOTOCOPYING | 5.00 |
| 09/03/08 | PHOTOCOPYING | 5.00 |
| 09/03/08 | PHOTOCOPYING | 9.80 |
| 09/03/08 | PHOTOCOPYING | 2.40 |
| 09/03/08 | PHOTOCOPYING | 7.60 |
| 09/04/08 | TELEPHONE TOLL CHARGE 12127659100 | 3.96 |
| 09/04/08 | PHOTOCOPYING | 3.40 |
| 09/04/08 | PHOTOCOPYING | 3.40 |
| 09/04/08 | PHOTOCOPYING | 5.00 |
| 09/05/08 | PHOTOCOPYING Qty: 2972 | 594.40 |
| 09/05/08 | PHOTOCOPYING Qty: 1672 | 334.40 |
| 09/05/08 | PHOTOCOPYING Qty: 811 | 162.20 |
| 09/05/08 | PHOTOCOPYING | 3.40 |
| 09/05/08 | PHOTOCOPYING | 3.40 |
| 09/05/08 | PHOTOCOPYING Qty: 20 | 4.00 |
| 09/05/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 09/05/08 | PHOTOCOPYING Qty: 3 | 0.60 |
| 09/08/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 09/08/08 | POSTAGE | 124.80 |
| 09/08/08 | POSTAGE | 96.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 45765-0001

Invoice No. 633589  
September 18, 2008  
Page 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08/08 | PHOTOCOPYING | 3.60 |
| 09/08/08 | PHOTOCOPYING | 2.20 |
| 09/08/08 | PHOTOCOPYING | 5.20 |
| 09/08/08 | PHOTOCOPYING | 7.20 |
| 09/08/08 | PHOTOCOPYING | 6.00 |
| 09/08/08 | PHOTOCOPYING | 4.60 |
| 09/08/08 | PHOTOCOPYING | 3.00 |
| 09/08/08 | PHOTOCOPYING | 4.20 |
| 09/08/08 | PHOTOCOPYING | 4.20 |
| 09/08/08 | PHOTOCOPYING | 10.00 |
| 09/08/08 | PHOTOCOPYING | 9.00 |
| 09/09/08 | POSTAGE | 105.60 |

TOTAL COSTS ADVANCED:  $  1,605.28

TOTAL SERVICES AND COSTS:  $  6,700.28