UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------x

In re:

SHAPES/ARCH HOLDINGS,
L.L.CL., *et al.,*

             Debtors.

HONORABLE GLORIA M. BURNS
LEAD CASE NO. 08-14631

(Jointly Administered)

Chapter 11

**Hearing Date and Time:**
**September 30, 2008 at 2:00 p.m.**

------------------------------------------------------x

CERTIFICATION OF ALAN D. HALPERIN SUPPLEMENTING
THE FIRST AND FINAL APPLICATION OF
HALPERIN BATTAGLIA RAICHT, LLP FOR
ALLOWANCE OF COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES
FOR SERVICES RENDERED IN THESE CASES

    1.    I am a member of the firm of Halperin Battaglia Raicht, LLP ("HBR"),  HBR is co-counsel to the Official Committee of Unsecured Creditors (the "Committee") of Shapes/Arch Holdings, LLC *et al.* (the "Debtors").

    2.    On September 5, 2008, HBR filed its First and Final Fee Application for services rendered and out-of-pocket expenses incurred during the period March 31, 2008 through August 8, 2008 as co-counsel for the Committee (the "Fee Application").  In the Fee Application, HBR estimated that it would incur an additional approximate amount of $12,500.00 for services rendered in connection with preparation of the Fee Application and for related expenses from and after the "Effective Date" of the Debtors' confirmed plan of reorganization.  This certified statement supplements the Fee Application with the actual amounts billed and expenses incurred by HBR in connection with the Fee Application during the period August 9, 2008 and September 5, 2008 (the latter being the date the Fee Application was filed).

69763

3. Attached hereto as Exhibit "A" are the records of those fees, which total $3,178.00.  HBR incurred no expenses in connection with the Fee Application during the post-Effective Date period.

4. HBR respectfully requests that this amount be approved as part of its Fee Application, together with any other fees and expenses incurred in connection with the fee application process after September 5th.

5. HBR also notes that as of the date of filing of its Fee Application, it had not yet received payment from the Debtors on account of its fee statement for the month of July, 2008.  No objections were made to that fee statement, and as of the date of this certification, HBR has received 80% of the fees sought pursuant to the July statement and 100% of the expenses.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

*/s/ Alan D. Halperin*
ALAN D. HALPERIN

DATED:  September 23, 2008

69763.1

9/24/2008     Halperin Battaglia Raicht, LLP
10:46 AM     Listing     Page 1

## Selection Criteria

| | |
|---|---|
| Slip.Date | 8/9/2008 - 9/5/2008 |
| Clie.Selection | Include: Shapes-CC |
| Slip.Slip Type | Time |

| Slip ID / Dates and Time / Status / Description | Attorney / Activity / Client / Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 180110 TIME<br>8/11/2008<br>WIP<br>Emails with J. Moore regarding fee application and charts. | JDD<br>Fee Application<br>Shapes-CC | 0.20 | 275.00 | 55.00 |
| 179764 TIME<br>8/12/2008<br>WIP<br>Emails with other professionals regarding fee applications. | ADH<br>Fee Application<br>Shapes-CC | 0.20 | 435.00 | 87.00 |
| 179770 TIME<br>8/13/2008<br>WIP<br>Office conferences and emails with D. Lieberman regarding effective date and planning. (.3) ; Discuss DeLage settlement with E. Ganc, and follow-up regarding same. (.3) ; Office conference with D. Lieberman regarding fee application, completion, timing, etc. (.3) ; Emails with M. Felger regarding pending matters. (.2) ; Office conference with D. Lieberman regarding pending claim objections. (.2) | ADH<br>Fee Application<br>Shapes-CC | 1.30 | 435.00 | 565.50 |
| 179828 TIME<br>8/14/2008<br>WIP<br>Review and response to Carlmax email. (.2) ; Review of notice of effective date. (.2) ; Drafting of memo to Committee regarding same. (.2) | DHL<br>Fee Application<br>Shapes-CC | 0.60 | 350.00 | 210.00 |
| 179831 TIME<br>8/14/2008<br>WIP<br>Drafting - fee application. (2.7) ; Exchange of emails regarding Committee expenses. (.2) | DHL<br>Fee Application<br>Shapes-CC | 2.90 | 350.00 | 1015.00 |
| 181113 TIME<br>8/15/2008<br>WIP<br>Finalize fee application charts; Conference with D. Lieberman regarding same. | JBM<br>Fee Application<br>Shapes-CC | 1.00 | 95.00 | 95.00 |
| 179833 TIME<br>8/15/2008<br>WIP<br>Review of exhibits. (.3) ; Revision to fee application regarding same. (.5) | DHL<br>Fee Application<br>Shapes-CC | 0.80 | 350.00 | 280.00 |
| 179787 TIME<br>8/15/2008<br>WIP<br>Office conference with D. Lieberman regarding fee application. | ADH<br>Fee Application<br>Shapes-CC | 0.30 | 435.00 | 130.50 |

9/24/2008 Halperin Battaglia Raicht, LLP
10:46 AM Listing Page 2

| Slip ID / Dates and Time / Status / Description | Attorney / Activity / Client / Reference | Units | Rate | Slip Value |
|---|---|---:|---:|---:|
| 179849 TIME<br>8/20/2008<br>WIP<br>Revision to fee application. | DHL<br>Fee Application<br>Shapes-CC | 1.00 | 350.00 | 350.00 |
| 179863 TIME<br>8/27/2008<br>WIP<br>Exchanges of emails with A. Halperin and I. Volkov. | DHL<br>Fee Application<br>Shapes-CC | 0.20 | 350.00 | 70.00 |
| 179870 TIME<br>8/28/2008<br>WIP<br>Email regarding fee hearings. (.1) ; Review of filings regarding claims, motion regarding late filing. (.3) | DHL<br>Fee Application<br>Shapes-CC | 0.40 | 350.00 | 140.00 |
| 179874 TIME<br>8/29/2008<br>WIP<br>Review of exhibits to fee application. | DHL<br>Fee Application<br>Shapes-CC | 0.20 | 350.00 | 70.00 |
| 180192 TIME<br>8/29/2008<br>WIP<br>Emails with D. Lieberman regarding fee application updates and follow-up on same. | JDD<br>Fee Application<br>Shapes-CC | 0.40 | 275.00 | 110.00 |

Grand Total

| | | Units | | Slip Value |
|---|---|---:|---|---:|
| | Billable | 9.50 | | 3178.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 9.50 | | 3178.00 |