UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (CAMDEN)

In Re:                                                                                    Case No. 08-14631
    SHAPES/ARCH HOLDINGS, L.L.C., et al                    Chapter 11

           Debtors.

## CERTIFICATE OF SERVICE

I, Erica B. Mallinger of Harris Beach PLLC, hereby certify that on the 26th day of September, 2008, this office caused service of the proposed ORDER ALLOWING ADMINISTRATIVE CLAIM AND GENERAL UNSECURED CLAIM OF CALDWELL MANUFACTURIING CO. by regular mail, via the United States Postal Service in a postage prepaid envelope, in compliance with FRBP Rules 9014(b) and 7004(b), to the following CM/ECF non-participants:

Cozen O'Connor
Mark E. Felger, Esq.
Jerrold N. Poslusny, Jr., Esq.
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002

United States Trustee's Office
One Newark Center, Suite 2100
Newark, NJ 07102

Honorable Gloria M. Burns
United States Bankruptcy Court
400 Cooper Street, Courtroom 4C
Camden, NJ 08101

Cole, Schotz, Meisel, Forman & Leonard
25 Main Street
P.O. Box 800
Hackensack, NH 07602-0800

Executed on September 26, 2008.                    /s/ *Erica B. Mallinger*
                                                  Erica B. Mallinger