UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
HARRIS BEACH PLLC
ONE PARK PLACE, 4TH FLOOR
300 SOUTH STATE STREET
SYRACUSE, NEW YORK 13202
(315) 423-7100

and

HARRIS BEACH PLLC
100 WALL STREET
NEW YORK, NEW YORK 10005
(212) 687-0100
Attorneys for Caldwell Manufacturing Co

| | |
|---|---|
| In Re: | Case No.: 08-14631 |
| SHAPES/ARCH HOLDINGS, L.L.C. et al., | Adv. No.: |
| | Hearing Date: September ___, 2008 |
| | Judge: Gloria M. Burns |

**ORDER ALLOWING ADMINISTRATIVE CLAIM AND GENERAL
UNSECURED CLAIM OF CALDWELL MANUFACTURING CO.**

The relief set forth on the following pages, numbered two (2) through three is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Allowing Administrative Claim and General Unsecured Claim of Caldwell Manufacturing Co.

**THIS MATTER** having been come on to be heard on the Motion of Caldwell Manufacturing Co. ("Caldwell")[1], by and through its counsel Harris Beach PLLC, upon Motion for Leave to File Late Proof of Claim (the "Motion"), and good and sufficient notice of the hearing having been provided, and the Court having considered the moving papers, and Caldwell, the Debtors and Class 10 Liquidating Trustee each by their counsel having agreed to settle the Motion, and the Court having determined that good cause exists for the entry of this Order,

**IT IS ORDERED,** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED**, that the claim filed by Caldwell is hereby allowed a timely filed Administrative Expense Claim under 11 U.S.C. §503(b)(9) in the amount of $15,000.00 (the "Administrative Expense Claim"), and a timely filed General Unsecured Claim in the amount of $6,160.31 (the "Unsecured Claim"), in the jointly administered cases; and

**IT IS FURTHER ORDERED**, that the foregoing administrative claim and unsecured claim shall be deemed to have been filed in the bankruptcy cases of Accu-Weld, LLC without the need for separate or further filings therein by Caldwell; and

**IT IS FURTHER ORDERED**, that the Debtor shall pay the Administrative Expense Claim to Movant within 30 days of entry of this Order on this Court's docket; and

**IT IS FURTHER ORDERED**, that the General Unsecured Claim shall be paid in accordance with the terms of the confirmed Plan of Reorganization;

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

Page 3

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Allowing Administrative Claim and General Unsecured Claim of Caldwell Manufacturing Co.

**IT IS FURTHER ORDERED**, that the Movant shall serve a copy of this Order on the Debtors, the Class 10 Liquidating Trustee, any trustee and any other party who entered an appearance in this Motion.

..........