ALAN J. BRODY (AB4777)
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Telephone: (973) 443-3543
Facsimile: (973) 295-1333

*Attorneys for Reorganized Debtors*

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*<br><br>Debtors. | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>:<br>: CHAPTER 11<br>:<br>: CASE NO. 08-14631 (GMB)<br>:<br>: **Hearing Date: October 20, 2008 at 10:00 a.m.** |

## NOTICE OF THE REORGANIZED DEBTORS' OBJECTION SEEKING ORDER TO EXPUNGE ADMINISTRATIVE <u>CLAIM OF STEVEN GRABELL</u>

The above captioned reorganized debtors, by and through their undersigned counsel, have filed an objection seeking an Order expunging the administrative expense claim of Steven Grabell (the "Objection").

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief requested by the Movant, or if you want the Court to consider your views on the Motion, then on or before October 13, 2008 you or your attorney must:

File with the Court an answer explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067, Camden, New Jersey 08101-2067. If you mail your response to the

Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also mail a copy to:

Alan J. Brody, Esq., GREENBERG TRAURIG, LLP, 200 Park Avenue, Florham Park, New Jersey 07932.

Attend a hearing scheduled to be held on October 20, 2008 at 10:00 a.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: September 29, 2008

GREENBERG TRAURIG, LLP

By: _____
Alan J. Brody, Esq.
200 Park Avenue
Florham Park, New Jersey 07932
Telephone: (973) 443-3543
Facsimile: (973) 295-1333

*Attorneys for the Reorganized Debtors*

NJ 226,494,925v1