**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
a Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)
Attorneys for the Debtors

**ALAN D. HALPERIN (AH8432)**
**DONNA LIEBERMAN (DL3553)**
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue-9th Floor
New York, NY 10022-3301
(212) 765-9100
(212) 765-0964 (fax)
Attorneys for the Class 10 Liquidation Trustee

|  | : | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
| In re: | : | FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : | CHAPTER 11 |
|  | : |  |
| Debtors. | : | CASE NO. 08-14631 (GMB) |
|  | : |  |
|  | : | **Hearing Date: October 20, 2008 at 10:00 a.m.** |

### NOTICE OF JOINT MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO ADMINISTRATIVE, OTHER PRIORITY CLAIMS, PRIORITY TAX CLAIMS AND GENERAL UNSECURED CLAIMS

The above captioned Reorganized Debtors (the "<u>Debtors</u>") and the Class 10 Liquidation Trustee (the "<u>Liquidation Trustee</u>"), by and through their undersigned counsel, have filed a joint motion for an order granting an extension of time to file objections to Administrative Claims, Other Priority Claims, Priority Tax Claims and General Unsecured Claims (the "<u>Motion</u>").

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested by the Debtors and the Liquidation Trustee, or if you want the Court to consider your views on the Motion, then on or before October 13, 2008 you or your attorney must:

File with the Court an answer explaining your position at:  Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067 Camden, NJ 08101-2067.  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also mail a copy to:

Jerrold N. Poslusny, Jr., Esquire, COZEN O'CONNOR, Liberty View, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ 08002 and Donna Lieberman, Esquire, HALPERIN BATTAGLIA RAICHT, LLP, 555 Madison Avenue-9th Floor, New York, NY 10022-3301.

Attend a hearing scheduled to be held on October 20, 2008 at 10:00 a.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: September 29, 2008                                COZEN O'CONNOR, P.C.

                                By:   /s/ Jerrold N. Poslusny, Jr.
                                      Mark E. Felger
                                      Jerrold N. Poslusny, Jr.

                                Attorneys for the Debtors

    and

    HALPERIN BATTAGLIA RAICHT, LLP

By:  */s/ Alan D. Halperin*
    Alan D. Halperin
    Donna Lieberman

    Attorneys for the Class 10 Liquidation Trustee

CHERRY_HILL\475238\2 226314.000