**ALAN J. BRODY (AB4777)**
**GREENBERG TAURIG, LLP**
200 Park Avenue
Florham Park, New Jersey 07932
Telephone: (973) 443-3543
Facsimile: (973) 295-1333

*Attorneys for Reorganized Debtors*

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.* | : CHAPTER 11 |
|  | : CASE NO. 08-14631 (GMB) |
| Debtors. |  |

## ORDER EXPUNGING ADMINISTRATIVE CLAIM OF STEVEN GRABELL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Dated: October _____, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

Upon consideration of the above captioned reorganized debtors' (the "Debtors') objection seeking an Order expunging the administrative expense claim of Steven Grabell (the "Objection), and the Court having considered the arguments of counsel at the hearing on the Objection, if any; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) notice of the Objection was served on those parties required to receive notice; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED.

2. Steven Grabell's Request for Payment of Administrative Expense identified as Claim No. 862 on the claims register is expunged and disallowed in its entirety.

*NJ 226,501,033v1*