**GREENBERG TRAURIG, LLP**
200 Park Avenue
Florham Park, New Jersey 07932
Telephone: (973) 443-3543
Facsimile: (973) 295-1333
*Attorneys for the Reorganized Debtors*

|  |  |
|---|---|
| In re:  :<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Debtors. | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>:<br>: CHAPTER 11<br>:<br>: CASE NO. 08-14631 (GMB)<br>:<br>: |

## CERTIFICATE OF SERVICE

I, MARIA R. VECCHIONE, of full age, hereby certifies pursuant to Title 28 of the United States Code, Section 1746, as follows:

1. I am a legal secretary with the law firm of Greenberg Traurig, LLP, 200 Park Avenue, Florham Park, New Jersey 07932.

2. On September 29, 2008, I caused a true and correct copy of the following to be served *via* United States first class mail on the parties on the attached service list:

- *Notice of the Reorganized Debtors' Objection Seeking Order to Expunge Administrative Claim of Steven Grabell;*

- *Reorganized Debtors' Objection Seeking Order to Expunge Administrative Claim of Steven Grabell; and*

- *Proposed Order Expunging Administrative Claim of Steven Grabell.*

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of September 2008.

/s/ Maria R. Vecchione
Maria R. Vecchione

NJ 226,502,203v1

**SHAPES/ARCH HOLDINGS L.L.C.**
**CASE NO. 08-14631 (GMB) (JOINTLY ADMINISTERED)**
**MASTER SERVICE LIST**

Robert Lapowsky, Esq.
Stevens & Lee, P.C.
181 Market Street, 29th Floor
Philadelphia, PA 19103
***Special Counsel to Debtors***

Donald MacMaster, Esq.
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Brian Bull
Alcan
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada
***Creditors' Committee Co-Chairperson***

Richard A. Kellner
Rusal America Corp.
550 Mamaroneck Ave.
Harrison, NY 10528
***Creditors' Committee Co-Chairperson***

Alan D. Halperin, Esq.
Donna Liebernman, Esq.
Debra J. Cohen, Esq.
Halperin Battaglia Raicht, LLP
555 Madison Avenue-9th Floor
New York, NY 10022-3301
***Counsel for The Creditors' Committee***

Michael D. Sirota, Esq.
Ilana Volkov, Esq.
Warren A. Usatine, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
PO Box 800
Hackensack, NJ 07601
*Local Counsel for The Creditors' Committee*

Joel Shapiro, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
*Attorneys for ASI Funding, LLC and Arcus ASI, Inc.*

Lawrence Flick, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
*Attorneys for ASI Funding, LLC and Arcus ASI, Inc.*

Paul A. Patterson, Esq.
Michael Cordone, Esq.
Mark J. Dorval, Esq.
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103
*Attorneys for The CIT Group/Business Credit, Inc.*

Louis T. DeLucia, Esq.
Alan J. Brody, Esq.
Alyson M. Fiedler, Esq.
Greenberg Traurig, LLP
200 Park Ave.
Florham Park, NJ 07932
*Attorneys for Arch Acquisition I, LLC*

Nancy A. Mitchell, Esq.
Greenberg Traurig, LLP
Metlife Building
200 Park Ave.
New York, NY 10016
*Attorneys for Arch Acquisition I, LLC*

2

Diane E. Vuocolo, Esq.
Greenberg Traurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
***Attorneys for Arch Acquisition I, LLC***

Jennifer M. Davies, Esq.
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
***Attorneys for Modern Handling Equipment Co.***

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
***Attorneys for Glencore Ltd.***

Glencore Ltd
Attn: Elitsa Golab
301 Tresser Blvd.
Stamford, CT 06901

John R. Morton, Jr. Esq.
Law Offices of John R. Morton, Jr.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
***Attorneys for Jaguar Credit Corporation and
Wells Fargo Equipment Finance, Inc.***

Robert M. Marshall, Esq.
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ 07470
***Attorneys for Alumet Supply, Inc.***

Joe M. Lozano, Jr., Esq.
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
***Attorneys for Bank of America and VW Credit, Inc.***

Jeffrey Kurtzman, Esq.
Klehr Harrison Harvey Branzbug & Ellers
260 South Broad Street
Philadelphia, PA 19102
***Attorneys for A. Jerome Grossman and Frank Kessler***

David W. Phillips, Esq.
Todd M. Galante, Esq.
Jeffrey M. Zalkin, Esq.
LeClairRyan
Two Penn Plaza East
Newark, NJ 07 105-2249
***Attorneys for De Lage Landen Financial Services, Inc.***

Emmanuel J. Argentieri, Esq.
Parker McCay
PO Box 974
Marlton, NJ 08053
***Attorneys for Pennsauken Township***

Joseph M. Garemore, Esq.
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
***Attorneys for Pollution Control Financing Authority of Camden County***

American Express Travel Related Services Inc. Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Cheryl L. Cooper, Esq.
Holston, MacDonald, et al.
66 Euclid Street
PO Box 358
Woodbury, NJ 08096
***Attorneys for Steven Battle***

Robyn F. Pollack, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
***Attorneys for SL Industries, Inc.***

4

Kelly A. Krail, Esq.
Kathleen J. Collins, Esq.
1800 Chapel Ave. West, Suite 360
~~360~~ Cherry Hill, NJ 08002
***Attorneys for Quickway, Inc.***

Sam Della Fera, Jr., Esq.
Trenk, DiPasquale, et al.
347 Mt. Pleasant Ave., Suite 300
West Orange, NJ 07052
***Attorneys for Metal Management Northeast, Inc. and***
***Metal Management Connecticut, Inc.***

Bonnie A. Barnett, Esq.
Deborah Shuff, Esq.
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
***Attorneys for Sears Holding Management Corporation,***
***Georgia-Pacific Corp, The Glidden Co., Avery Dennison, Borden Foods, Crowley Corp,***
***Garrett-Buchanan Southeastern Pennsylvania Transportation Authority***

Andrew J. Flame, Esq.
Howard A. Cohen, Esq.
Drinker, Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
***Attorneys for PPL Energyplus, LLC***

Alan P. Fox, Esq.
Capehart & Scatchard, P.A.
Laurel Corporate Center-Suite 300 S
8000 Midlantic Drive
Mount Laurel, NJ 08054
***Attorneys for Color Source, Inc.***

Carol Rogers Cobb, Esq.
Giansante & Cobb, LLC
23 E. Main Street
Moorestown, NJ 08057-3309
***Attorneys for Ward Sand & Materials, Inc.***

5

William G. Wright, Esq.
Farr, Burke, Gambacorta & Wright, P.C.
1000 Atrium Way, Suite 401
PO Box 669
Mt. Laurel, NJ 08054
***Attorneys for General Electric Capital Corporation***

Ira Deiches, Esq.
Deiches & Ferschmann
25 Wilkins Ave.
Haddonfield, NJ 08033
***Attorneys for Northeast Metal Traders, Inc.***

John J. Winter, Esq.
The Chartwell Law Offices, LLP
2621 Van Buren Ave.
Norristown, PA 19403
***Attorneys for PPG Industries, Inc.***

Bruce Buechler, Esq.
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068
***Attorneys for Sun Capital Partners Group IV, Inc.***

Tyler S. Graden, Esq.
Conrad Obrien Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916
***Attorneys for Rohm and Haas***

John Sullivan, Esq.
Post & Schell PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
***Attorneys for Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company***

Mark D. Plevin, Esq.
Kelly R. Cusick, Esq.
Crowell & Morning LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595

Jeanine D. Clark, Esq.
Margolis Edelstein
216 Haddon Ave.
PO Box 9222
Westmont, NJ 08101
***Attorneys for Shaw Alloy Piping Products, Inc.***

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
***Attorneys for Oracle USA, Inc.***

Melissa A. Pena, Esq.
Norris, McLaughlin & Marcus
721 Route 202-206
PO Box 1018
Somerville, NJ 08876-1018
***Attorneys for Combustion Engineering, Inc.***

William P. Miller, Esq.
Roberson Haworth & Reese
300 North Main Street, Suite 300
High Point, NC 27260
***Attorneys for Blue Ridge General Contractors, LLC***

A. Dennis Terrell, Esq.
Michael J. Reynolds, Esq.
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
***Attorneys for Nationwide Industries, Inc.***

Philip S. Rosen, Esq.
Zeichner Ellman & Krause LLP
103 Eisenhower Parkway
Roseland, NJ 07068
***Attorneys for Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh PA and certain affiliates of American International Group, Inc.***

James J. O'Toole, Esq.
Buchanan Ingersoll & Rooney PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103
***Attorneys for Waste Management of New Jersey, Inc.***

7

Linda S. Fossi, Esq.
DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre
10000 Lincoln Drive East - Suite 201
Marlton, New Jersey 08053
*Attorneys for DCFS Trust*

R. Matthew Pettigrew, Jr., Esq.
Markowitz & Richman
1100 North American Building
121 South Broad Street Philadelphia, PA 19107
*Attorneys for U.I.U. Health & Welfare Fund*

Richard McNeill, Esq.
McNeill & Walker
230 South Broad Street Suite 700
Philadelphia, PA 19102
*Attorneys for Teamsters Local 837*

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA 3 1208-4708

Internal Revenue Service (IRS)
1601 Roosevelt Blvd.
Mail Drop Point N781
Philadelphia, PA 19154

New Jersey Attorney General's Office
Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-01 12

Commonwealth of Pennsylvania
State Office Building
1400 Spring Garden Street, Room 201
Philadelphia, PA 19130

8

Timothy A. Bortz, Esq.
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street-Room 203
Reading, PA 19602-1184

Donald G. Frankel, Esq.
Environmental Enforcement Section
Environmental and Natural Resources Division Department of Justice
One Gateway Center
Suite 616
Newton, MA 02458
*Attorneys for the Environmental Protection Agency,
Department of Interior and the National Oceanic and
Atmospheric Administration*

New Jersey Department of Environmental Protection
Attorney General of New Jersey
25 Market Street
P.O. Box 093
Trenton, NJ 08625

Tennessee Department of Revenue
c/o TN Attorney General's Office
Cordell Hull Bldg.
425 5th Ave N.
Nashville, TN 37243

Euler Hermes ACI
Assignee of Rusal America Corp.
800 Red Brook Blvd.
Owing Mills, MD 21117

Paul Kopatich
Alcoa, Inc.
201 Isabella Street
Pittsburgh, PA 15212

*NJ 226,501,056v1*