UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**10/2/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.:    _____

Hearing Date:  _____

Judge:     _____

Chapter:    _____

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 10/2/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |

*rev. 7/1/04 jml*

2

*Approved by Judge Gloria M. Burns October  02, 2008*