Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08−14631−GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22−3413451

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 2, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 660 − 629
Order Granting Application For Compensation for Accountant J.H. Cohn LLP, fees awarded: $619,198.50, expenses awarded: $4026.51 (Related Doc # [629]). The following parties were served: Debtor, Debtor's Attorney, Accountant and US Trustee. Signed on 10/2/2008. (def)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 2, 2008
JJW: def

James J. Waldron
Clerk