Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08–14631–GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22–3413451

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on October 2, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 661 – 625
Order Granting Application For Compensation for NatCity Investments, Inc., fees awarded: $250,000.00, expenses awarded: $3878.94 (Related Doc # [625]). The following parties were served: Debtor, Debtor's Attorney, US Trustee and Movant. Signed on 10/2/2008. (def)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 2, 2008
JJW: def

James J. Waldron
Clerk