*Order Filed on 10/2/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

STEVENS & LEE, P.C.
1415 Marlton Pike East
Suite 506
Cherry Hill, NJ 08034-2210
Phone: 856-354-9200
Fax:   856-354-8111
John C. Kilgannon, Esq (JK-3649)
jck@stevenslee.com

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

Debtors.

CHAPTER 11

CASE NO. 08-14631 (GMB)
(Jointly Administered)

**ORDER APPROVING FINAL APPLICATION OF STEVENS & LEE, P.C., AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 16, 2008 THROUGH AUGUST 8, 2008**

The relief set forth on the following pages is hereby ORDERED.

**DATED: 10/2/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

SL1 863703v1/030026.00001

Upon consideration of the Fee Application[1] of Stevens & Lee, P.C., special counsel to the Debtors, for an order granting a final allowance of professional fees and expenses, and good cause appearing therefore, after notice and hearing, it is hereby ORDERED:

1. That the Fee Application is APPROVED.

2. That Stevens & Lee is allowed fees in the amount of $171,948.50 and reimbursement of expenses in the amount of $3,249.76 incurred during the Application Period of March 16, 2008 through August 8, 2008 and said amounts are authorized for payment in full.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Fee Application.

2

SL1 863703v1/030026.00001

*Approved by Judge Gloria M. Burns October 02, 2008*