Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08–14631–GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shapes/Arch Holdings L.L.C.
9000 River Road
Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
22–3413451

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 2, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 663 – 622
Order Granting First and Final Application For Compensation for Phoenix Management Services, Inc., fees awarded: $431,482.50, expenses awarded: $4182.50 (Related Doc # [622]). The following parties were served: Debtor, Debtor's Attorney, and US Trustee. Signed on 10/2/2008. (def)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 2, 2008
JJW: def

James J. Waldron
Clerk