

Order Filed on
**10/2/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRTUPCY COURT DISTRICT OF NEW JERSEY |
|---|
| Mark E. Felger, Esquire (MF9985) <br> Jerrold N. Poslusny (JP7140) <br> Cozen O'Connor <br> Liberty View, Suite 300 <br> 457 Haddonfield Road <br> Cherry Hill, NJ 08002 <br> (856) 910-5000 <br> Proposed Attorneys for the Debtors |
| In re: <br><br> SHAPES/ARCH HOLDINGS, L.L.C., et al., <br><br> Debtors |

CASE NO.: 08-14631 (GM )

Judge Gloria M. Burns

Chapter 11

### ORDER GRANTING FEE APPLICATION OF LATSHA DAVIS YOHE & MCKENNA, P.C. AS ENVIRONMENTAL LEGAL COUNSEL FOR DEBTORS

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: 10/2/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings, L.L.C., et al.,

Case No. 08-14631(GMB)

Order Granting Fee Application of Latsha Davis Yohe & McKenna, P.C. as Environmental Legal Counsel for the Debtor

---

Upon consideration of the Fee Application[1] of Latsha Davis Yohe & McKenna, P.C., environmental legal counsel for Debtors, for an order granting interim allowances, and good cause appearing therefore, it is hereby ORDERED:

1. That the Fee Application is APPROVED.

2. That Latsha Davis Yohe & McKenna, P.C. is allowed fees and expenses in the amount of $53,223.28 incurred during the Period of March 16, 2008 through August 8, 2008.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Application.

*Approved by Judge Gloria M. Burns October 02, 2008*