Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08−14631−GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shapes/Arch Holdings L.L.C.
    9000 River Road
    Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
    22−3413451

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 2, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 663 − 622
Order Granting First and Final Application For Compensation for Phoenix Management Services, Inc., fees awarded: $431,482.50, expenses awarded: $4182.50 (Related Doc # [622]). The following parties were served: Debtor, Debtor's Attorney, and US Trustee. Signed on 10/2/2008. (def)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: October 2, 2008
JJW: def

                                                                  James J. Waldron
                                                                  Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger           Page 1 of 1            Date Rcvd: Oct 02, 2008
Case: 08-14631                Form ID: orderntc        Total Served: 1

The following entities were served by first class mail on Oct 04, 2008.
op           Phoenix Management Services, Inc.,   110 Chadds Ford Commons,   Chadds Ford, PA   19317

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2008**                          **Signature:** _Joseph Speetjens_