Order Filed on
**10/2/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
  A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,

Debtors.

Case No. 08-14631(GMB)

Judge: Gloria M. Burns

Chapter:  11

### ORDER GRANTING FIRST AND FINAL APPLICATION OF
### COZEN O'CONNOR AS ATTORNEYS FOR THE DEBTORS
### <u>FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: 10/2/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings, L.L.C.

Case No. 08014631 (GMB)

Order Granting First and Final Application of Cozen O'Connor as Attorneys for the Debtors for Compensation and Reimbursement of Expenses

_____

Upon consideration of the Final Fee Application[1] of Cozen O'Connor, attorneys for the

Debtors, for an order granting a final allowance of professional fees and expenses, and good

cause appearing therefore, after notice and hearing, it is hereby ORDERED:

1. That the Final Fee Application is APPROVED.

2. That Cozen O'Connor is allowed fees of $849,821.50 and expenses of $28,400.14

incurred during the Fee Application Period of March 16, 2008 through August 8, 2008 and said

amounts are authorized for payment in full.

CHERRY_HILL\454018\1  220718.000

_____

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Final Fee Application.

*Approved by Judge Gloria M. Burns October  02, 2008*

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: dfitzger          Page 1 of 1          Date Rcvd: Oct 02, 2008
Case: 08-14631               Form ID: pdf903          Total Served: 1


The following entities were served by first class mail on Oct 04, 2008.
db          +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2008**                        **Signature:**  _Joseph Speetjens_