| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

Order Filed on
**10/2/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| In Re: | Case No.: | 08-14631 |
| --- | --- | --- |
| Shapes/Arch Holdings LLC | Hearing Date: | 9/30/2008 |
| | Judge: | GMB |
| | Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 10/2/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| J.H. Cohn LLP, Accountant | $619,198.50 | 4,026.51 |

*rev. 7/1/04 jml*

*Approved by Judge Gloria M. Burns October 02, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: dfitzger            Page 1 of 1              Date Rcvd: Oct 02, 2008
Case: 08-14631                 Form ID: pdf903           Total Served: 1
```

The following entities were served by first class mail on Oct 04, 2008.
```
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204
```

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2008**                    **Signature:**    _Joseph Speetjens_