

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

STEVENS & LEE, P.C.
1415 Marlton Pike East
Suite 506
Cherry Hill, NJ 08034-2210
Phone: 856-354-9200
Fax: 856-354-8111
John C. Kilgannon, Esq (JK-3649)
jck@stevenslee.com

CHAPTER 11

CASE NO. 08-14631 (GMB)
(Jointly Administered)

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

Debtors.

**ORDER APPROVING FINAL APPLICATION OF STEVENS & LEE, P.C., AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 16, 2008 THROUGH AUGUST 8, 2008**

The relief set forth on the following pages is hereby ORDERED.

**DATED: 10/2/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

SL1 863703v1/030026.00001

Upon consideration of the Fee Application[1] of Stevens & Lee, P.C., special counsel to the Debtors, for an order granting a final allowance of professional fees and expenses, and good cause appearing therefore, after notice and hearing, it is hereby ORDERED:

1.    That the Fee Application is APPROVED.

2.    That Stevens & Lee is allowed fees in the amount of $171,948.50 and reimbursement of expenses in the amount of $3,249.76 incurred during the Application Period of March 16, 2008 through August 8, 2008 and said amounts are authorized for payment in full.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Fee Application.

*Approved by Judge Gloria M. Burns October 02, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger          Page 1 of 1              Date Rcvd: Oct 02, 2008
Case: 08-14631                Form ID: pdf903         Total Served: 1

The following entities were served by first class mail on Oct 04, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2008**                    **Signature:** _Joseph Speetjens_