*Order Filed on 10/2/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF
PHOENIX MANAGEMENT SERVICES, INC. AS RESTRUCTURING ADVISORS FOR
THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: 10/2/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings, L.L.C.

Case No. 08014631 (GMB)

Order Granting First and Final Application of Phoenix Management Services, Inc. as Restructuring Advisors for the Debtors for Compensation and Reimbursement of Expenses

---

Upon consideration of the Final Fee Application[1] of Phoenix Management Services, Inc., restructuring advisors for the Debtors, for an order granting a final allowance of professional fees and expenses, and good cause appearing therefore, after notice and hearing, it is hereby ORDERED:

1. That the Final Fee Application is APPROVED.

2. That Phoenix Management Services, Inc. is allowed fees of $431,482.50 and expenses of $4,182.50 incurred during the Fee Application Period of March 16, 2008 through August 8, 2008 and said amounts are authorized for payment in full.

CHERRY_HILL\454018\1  220718.000

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Final Fee Application.

2

*Approved by Judge Gloria M. Burns October 02, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger            Page 1 of 1              Date Rcvd: Oct 02, 2008
Case: 08-14631                Form ID: pdf903           Total Served: 1

The following entities were served by first class mail on Oct 04, 2008.
db            +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 04, 2008**                    **Signature:** _Joseph Speetjens_