

Order Filed on
**10/2/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRTUPCY COURT DISTRICT OF NEW JERSEY |
|---|
| Mark E. Felger, Esquire (MF9985) <br> Jerrold N. Poslusny (JP7140) <br> Cozen O'Connor <br> Liberty View, Suite 300 <br> 457 Haddonfield Road <br> Cherry Hill, NJ  08002 <br> (856) 910-5000 <br> Proposed Attorneys for the Debtors |
| In re: <br><br> SHAPES/ARCH HOLDINGS, L.L.C., et al., <br><br> Debtors |

CASE NO.: 08-14631 (GM )

Judge Gloria M. Burns

Chapter 11

### ORDER GRANTING FEE APPLICATION OF
### LATSHA DAVIS YOHE & MCKENNA, P.C.  AS ENVIRONMENTAL LEGAL COUNSEL FOR DEBTORS

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: 10/2/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings, L.L.C., et al.,

Case No. 08-14631(GMB)

Order Granting Fee Application of Latsha Davis Yohe & McKenna, P.C. as Environmental Legal Counsel for the Debtor

---

Upon consideration of the Fee Application[1] of Latsha Davis Yohe & McKenna, P.C., environmental legal counsel for Debtors, for an order granting interim allowances, and good cause appearing therefore, it is hereby ORDERED:

1. That the Fee Application is APPROVED.

2. That Latsha Davis Yohe & McKenna, P.C. is allowed fees and expenses in the amount of $53,223.28 incurred during the Period of March 16, 2008 through August 8, 2008.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Application.

2

*Approved by Judge Gloria M. Burns October 02, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: dfitzger              Page 1 of 1                  Date Rcvd: Oct 03, 2008
Case: 08-14631                 Form ID: pdf903             Total Served: 1

The following entities were served by first class mail on Oct 05, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2008**                    **Signature:**    _Joseph Speetjens_