| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER EXPUNGING AND DISALLOWING ADMINISTRATIVE AND PRIORITY CLAIMS OF JIM SELLARS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Administrative and Priority Claims of Jim Sellars

---

Upon consideration of the above-captioned debtors' (the "<u>Debtors</u>")[1] objection (the "<u>Objection</u>") to the administrative and priority claims of Jim Sellars ("<u>Sellars</u>") seeking to expunge and disallow the proofs of claim, any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED.

2. That Sellars' administrative and priority proofs of claim identified as claim nos. 758, 836, 187 and 199 on the claims register are hereby expunged and disallowed in their entirety; and

3. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\473959\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

|  |  |  | **Claims to be Expunged** | | | **Remaining Claim** | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** | | **Claim Amount** | **Claim Type** |
| | | | 0.00 | UNS | | 0.00 | UNS |
| Jim Sellars | | | 10,950.00 | PRY | | 0.00 | PRY |
| 12871 Encanto Drive | | | | | | | |
| Victorville, CA 92392 | 187 | Shapes | 10,950.00 | TOT | | 0.00 | TOT |
| | | | 0.00 | UNS | | 0.00 | UNS |
| Jim Sellars | | | 10,950.00 | PRY | | 0.00 | PRY |
| 12871 Encanto Drive | | | | | | | |
| Victorville, CA 92392 | 199 | Shapes | 10,950.00 | TOT | | 0.00 | TOT |
| | | | 0.00 | UNS | | 0.00 | UNS |
| Jim Sellars | | | 10,950.00 | ADM | | 0.00 | ADM |
| 12871 Encanto Drive | | | | | | | |
| Victorville, CA 92392 | 758 | Ultra | 10,950.00 | TOT | | 0.00 | TOT |
| | | | 0.00 | UNS | | 0.00 | UNS |
| Jim Sellars | | | 10,950.00 | ADM | | 0.00 | ADM |
| 12871 Encanto Drive | | | | | | | |
| Victorville, CA 92392 | 836 | Shapes | 10,950.00 | TOT | | 0.00 | TOT |

PRY    Priority
UNS    General Unsecured Non-Priority
ADM    Administrative
TOT    Total