Proposed Order    Page 1 of 3

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER EXPUNGING AND DISALLOWING ADMINISTRATIVE CLAIMS OF
LAJOIE'S AUTO WRECKING CO., INC.**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Administrative Claims of LaJoie's Auto Wrecking Co, Inc.

---

Upon consideration of the above-captioned debtors' (the "Debtors")[1] objection (the "Objection") seeking an order to expunge and disallow administrative claims of LaJoie's Auto Wrecking Co., Inc. ("LaJoie's"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED.

2. That LaJoie's administrative proofs of claim identified as claim nos. 747 and 748 on the claims register are hereby expunged and disallowed in their entirety;

3. That this Order does not affect the claim identified on Exhibit "A" as to the Alleged General Unsecured Claim; and

4. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\454961\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

|  |  |  | Claims of LaJoie's Auto Wrecking |  |  | Remaining Claim |  |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |  | **Claim Amount** | **Claim Type** |
| LaJoie's Auto Wrecking Co., Inc.<br>c/o Michael J. Connolly, Esq.<br>Bressler, Amery & Ross, P.C.<br>Box 1980<br>Morristown, NJ 07962 | 565 | Shapes | 142,877.53<br>-<br>142,877.53 | UNS<br>ADM<br>TOT |  | 142,877.53<br>-<br>142,877.53 | UNS<br>ADM<br>TOT |
| LaJoie's Auto Wrecking Co., Inc.<br>c/o Michael J. Connolly, Esq.<br>Bressler, Amery & Ross, P.C.<br>Box 1980<br>Morristown, NJ 07962 | 747 | Shapes | -<br>142,877.53<br>142,877.53 | UNS<br>ADM<br>TOT |  | -<br>0.00<br>0.00 | UNS<br>ADM<br>TOT |
| LaJoie's Auto Wrecking Co., Inc.<br>c/o Michael J. Connolly, Esq.<br>Bressler, Amery & Ross, P.C.<br>Box 1980<br>Morristown, NJ 07962 | 748 | Shapes | -<br>142,877.53<br>142,877.53 | UNS<br>ADM<br>TOT |  | -<br>0.00<br>0.00 | UNS<br>ADM<br>TOT |

ADM  Administrative
UNS  General Unsecured Non-Priority
TOT  Total