| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER EXPUNGING AND DISALLOWING CONTINGENT CLAIM OF
INTERNATIONAL FIDELITY INSURANCE CO.**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Contingent Claim of International Fidelity Insurance Co.

---

Upon consideration of the above-captioned debtors' (the "Debtors")[1] objection (the "Objection") to the contingent claim of International Fidelity Insurance Co. ("International Fidelity") seeking to expunge and disallow the proof of claim, any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby

**ORDERED**:

    1.    That the Objection is SUSTAINED.

    2.    That International Fidelity's contingent claim identified as claim no. 461 on the claims register is hereby expunged and disallowed in its entirety; and

    3.    That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims is hereby fully reserved.

CHERRY_HILL\473965\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

| Name/Address of Claimant | **Claim to be Expunged** | | | | | **Remaining Claim** | |
|---|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | | Claim Amount | Claim Type |
| International Fidelity Insurance Co. | | | - | UNS | | 0.00 | UNS |
| c/o International Bond & Marine Brkge, Ltd. | | | 200,000.00 | PTY | | 0.00 | PTY |
| 2 Hudson Place | | | | | | | |
| 4th Floor | | | | | | | |
| Hoboken, NJ 07030 | 461 | Shapes | 200,000.00 | TOT | | 0.00 | TOT |

PTY  Priority
UNS  General Unsecured Non-Priority
TOT  Total