**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
  A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

|  | : | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
| In re: | : | FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | CHAPTER 11 |
|  | : |  |
| Debtors. | : | CASE NO. 08-14631 (GMB) |
|  | : |  |
|  | : | **Hearing Date: November 10, 2008 at 10:00 a.m.** |

**DEBTORS' THIRD OMNIBUS OBJECTION, OBJECTING TO PROOFS OF CLAIM THAT IMPROPERLY ASSERT AN ADMINISTRATIVE CLAIM**

   ALL PARTIES THAT FILED A PROOF OF CLAIM AND RECEIVED THIS OBJECTION SHOULD REVIEW THIS OBJECTION CAREFULLY TO LOCATE THEIR NAMES AND CLAIMS IN THE EXHIBITS TO THIS OBJECTION AND THE BASIS FOR THE DEBTORS' OBJECTION TO YOUR CLAIM(S).  THE DEBTORS URGE CLAIMANTS RECEIVING THIS OBJECTION TO DISCUSS THE OBJECTION WITH THEIR ATTORNEYS.

   Shapes/Arch Holdings L.L.C. and its related debtor entities (collectively the "Debtors"),[1] the reorganized debtors, hereby submit, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), their Third Omnibus Objection (the "Third Omnibus Objection") to proofs of claim that improperly assert an Administrative Claim (as defined in the Plan).  In support of the Third Omnibus Objection, the Debtors represent as follows:

---

[1] In addition to Shapes/Arch Holdings L.L.C. ("Shapes/Arch"), the following entities, all of which are wholly owned subsidiaries of Shapes/Arch, also filed petitions on the Petition Date (defined below):  Shapes L.L.C. ("Shapes"); Delair L.L.C. ("Delair"); Accu-Weld L.L.C. ("Accu-Weld"); and Ultra L.L.C. ("Ultra").

## BACKGROUND

### General

1. On March 16, 2008 (the "Petition Date"), the Debtors filed their respective petitions for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

2. These cases are being jointly administered pursuant to this Court's Order of March 18, 2008 under the lead debtor "Shapes/Arch Holdings L.L.C."

3. No trustee or examiner has been appointed in these cases.

4. An official committee of unsecured creditors (the "Committee") was appointed on March 31, 2008, and was active in these cases through the Effective Date (defined below).

5. The Court confirmed (the "Confirmation Order")the Debtors' Third Amended Joint Plan of Reorganization (the "Third Amended Plan") effective as of July 22, 2008. The Third Amended Plan became effective on August 8, 2008 (the "Effective Date").

6. The Court has jurisdiction over this Objection pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**Schedules And Proofs Of Claim**

7.  On the Petition Date the Debtors filed their Statements of Financial Affairs, Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases (the "Bankruptcy Materials").

8.  Pursuant to this Court's order, dated March 18, 2008, the Debtors retained Epiq Bankruptcy Solutions, L.L.C. as their official claims and noticing agent.

9.  Paragraph 40 of the Confirmation Order required that all parties asserting an Administrative Claim arising between June 16, 2008 and the Effective Date (except for Fee Claims (as defined in the Plan)) were to have been filed no later than September 8, 2008 (the "Second Administrative Claim Bar Date").[2]  Notice of the Second Administrative Claim Bar Date was included in the Debtors' notice of the Effective Date.

10. Approximately 55 Administrative Claims were filed prior to the Second Administrative Claim Bar Date.  The Debtors have conducted a review and reconciliation of those claims to determine, inter alia, whether they appropriately assert the right to a priority under Section 507 of the Bankruptcy Code.  This Third Omnibus Objection relates to proofs of claims that improperly assert an Administrative Claim (the "Improperly Classified Claims").

---

[2] Requests for payment of Administrative Claims arising between the Petition Date and June 15, 2008 (except for Fee Claims) were to be filed by June 30, 2008, pursuant to a separate Court order.

3

**RELIEF REQUESTED AND THE BASIS THEREFOR**

11. Pursuant to Bankruptcy Rule 3007(d)(8), the Debtors hereby object to the Improperly Classified Claims listed on Exhibits "A" and "B" because they assert entitlement to Administrative Claims (as defined in the Plan) even though the claims accrued prior to the Petition Date.

    **A.    Parties Asserting Improperly Classified Claims to be Expunged and Disallowed**

12. The Debtors have determined that each of the proofs of claim identified on Exhibit "A" as "Claim to be Expunged" improperly asserts an Administrative Claim, because the claim accrued prior to the Petition Date. Moreover, each of those claimants was either scheduled by the Debtors as holding an allowed pre-petition claim, or filed a pre-petition claim.

13. Therefore, each claimant is asserting a claim in an amount that exceeds the maximum amount that should be afforded priority under Section 507(a)(2) of the Bankruptcy Code.

14. Therefore, the Court should sustain the objection to each of the Improperly Classified Claims listed on Exhibit "A".

15. If the Improperly Classified Claims listed on Exhibit "A" are not formally expunged and disallowed the potential exists for the claimants to recover an amount far in excess of that to which they are entitled.

16. Accordingly, the Debtors request that the Court enter an order expunging and disallowing the proofs of claim identified on Exhibit "A" as "Claims to be Expunged."

### B. Parties Asserting Improperly Classified Claims to be Reclassified

17. The Debtors have determined that each of the Improperly Classified claims identified on Exhibit "B" should be reclassified as Class 10 General Unsecured Claims (as defined in the Plan). The Debtors have reviewed these proofs of claim and have determined that the proofs of claim identified on Exhibit "B" as "Claim to be Reclassified" improperly asserts an Administrative Claim, because the proofs of claim reference claims that accrued prior to the Petition Date.

18. Therefore, each claimant is asserting a claim in amount that exceeds the maximum amount that should be afforded priority under Section 507(a)(2) of the Bankruptcy Code.

19. The Debtors assert that the claims listed on Exhibit "B", should be reclassified because the claims were filed for amounts different than what was listed in the Debtors' Schedules.

20. If such Improperly Classified Claims are not formally reclassified, the potential exists for the claimants to recover an amount far in excess of what they would recover if their claims were properly classified.

21. Accordingly, the Debtors request that the Court enter an order reclassifying the proofs of claim identified on Exhibit "B".

### RESERVATION

22. The Debtors, on their behalf and on behalf of the Class 10 Liquidating Trustee, hereby reserve the right to object in the future to any claims identified on Exhibits "A" and "B" that are not expunged or disallowed on any additional grounds.

5

## WAIVER OF MEMORANDUM OF LAW

23.     The Third Omnibus Objection does not raise any novel issues of law and, accordingly, the Debtors respectfully request that the Court waive the requirement contained in Rule 9013-2 of the Local Bankruptcy Rules for the District of New Jersey that a separate memorandum of law be submitted in support of the Third Omnibus Objection.

## NOTICE

24.     Notice of this Motion has been provided to: (a) counsel for CIT, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) counsel to the Class 10 Liquidating Trustee (as defined in the Plan), (e) all parties that are listed on Exhibits "A" and "B" at the address specified on the Improperly Classified Claims, and (f) all parties on the Master Service List.  In light of the nature of the relief requested herein, the Debtors submit that no further notice is necessary.

WHEREFORE, the Debtors respectfully request that the Court enter an order granting the relief requested and such other and further relief as is just and proper.

Dated:  October 8, 2008                              COZEN O'CONNOR, P.C.

                                                     By:     /s/ Jerrold N. Poslusny, Jr.
                                                         Mark E. Felger
                                                         Jerrold N. Poslusny, Jr.

                                                         Attorneys for the Debtors

6

**VERIFICATION**

Richard Mackessy certifies and states as follows:

1. I am the Interim Chief Financial Officer of the Reorganized Debtors[3], and I am fully authorized to make this Verification on all of the Debtors' behalf.

2. I have read the foregoing Objection and I hereby certify and verify that all of the statements contained therein are true.

3. I hereby verify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

                                                          Richard Mackessy

Dated: October ___, 2008

---

[3] Unless otherwise defined capitalized terms shall have the same meaning ascribed to them in the Motion.

7

CHERRY_HILL\474945\1 226314.000

# EXHIBIT A

**Parties Asserting Improperly Classified Claims to be Expunged and Disallowed
(all parties listed alphabetically, and individuals by last name)**

**Please refer to Pages 4 of the Third Omnibus Objection for the stated grounds in support of the objection.**

|  | Claim to be Expunged | | | | | Remaining Claims | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | | Cross Claim Number | Debtor | Claim Amount | Claim Type | Comment |
| 7 Oil Company Inc<br>PO Box 2526<br>Cinnaminson, NJ 08077 | 841 | Shapes/Arch | $8,849.36 | A | | 71 | Shapes/Arch | $8,849.36 | U | Remaining claim subject to future objection. |
| A Best Vending<br>7336 State Rd.<br>Philadelphia, PA 19136 | 875 | Shapes/Arch | $1,353.69 | A | | Sch. | Shapes/Arch | $1,566.14 | U | Remaining claim subject to future objection. |
| Accu Staffing Services<br>911 Kings Highway North<br>Cherry Hill, NJ 08034 | 858 | Shapes/Arch | $1,261.66 | A | | Sch. | Ultra | $405.76 | U | Remaining claim subject to future objection. |
| Acorn Industrial Products Co.<br>520 Hertzog Blvd<br>King Of Prussia, PA 19404 | 842 | Shapes/Arch | $791.18 | A | | 98 | Shapes/Arch | $791.18 | U | Remaining claim subject to future objection. |
| Akron Bearing Company, Inc.<br>PO Box 7159<br>Akron, OH 44306 | 876 | Shapes/Arch | $5,898.77 | A | | 82 | Shapes/Arch | $5,898.77 | U | Remaining claim subject to future objection. |
| Branch Radiographic Labs Inc<br>32 South Ave W<br>Cranford, NJ 07016 | 836 | Shapes/Arch | $1,152.80 | A | | Sch. | Shapes | $599.20 | U | Remaining claim subject to future objection. |
| Broglin, Juliette<br>311 Edgewater Ave.<br>Westville, NJ 08093 | 882 | Shapes/Arch | $75,000.00 | A | | Sch. | Shapes/Arch | $0.00 | U | Remaining claim subject to future objection. |
| Castool Tooling Systems<br>2 Parratt Rd.<br>Uxbridge, ON<br>L9P-1R1 | 877 | Shapes/Arch | $12,445.00 | A | | 91 | Shapes/Arch | $12,445.00 | U | Remaining claim subject to future objection. |
| Chung Hsin Enterprise Ltd.<br>NO. 16, Sec 1, Gour Guang Rd., DAH LII<br>Taichung County, Taiwan R.O.C. 41218 | 861 | Shapes/Arch | $13,557.60 | A | | 270 | Ultra | $13,557.60 | U | Three General Unsecured Claims filed [Claim #s 193, 194 and 270] are subject to future objections. |
| Clean Venture, Inc.<br>201 South First Street<br>Elizabeth, NJ 07206 | 878 | Shapes/Arch | $12,274.96 | A | | 700 | Shapes/Arch | $12,274.96 | U | Remaining claim subject to future objection. |
| Clendenin Brothers, Inc.<br>4309 Erdman Avenue<br>Baltimore, MD 21213 | 855 | Shapes/Arch | $12,635.00 | A | | Sch. | Shapes | $12,635.00 | U | Remaining claim subject to future objection. |
| DiMedio Lumber & Cabinet LLC<br>651 Cutler Ave.<br>Maple Shade, NJ 08052 | 879 | Delair | $3,022.00 | A | | 375 | Delair | $3,022.00 | U | Two General Unsecured Claims filed [Claim #s 293 and 375] are subject to future objections. |
| ETS Corporation<br>320 High Tide Drive, Suite 201<br>St. Augustine, FL 32080 | 859 | Shapes/Arch | $7,400.00 | A | | 606 | Shapes/Arch | $7,400.00 | U | Two General Unsecured Claims filed [Claim #s 483 and 606] are subject to future objections. |
| Griffin, George<br>6552 Windsor Street<br>Philadelphia, PA 19142 | 832 | Shapes/Arch | $887.00 | A | | 3 | Shapes/Arch | $887.50 | P | Remaining claim subject to future objection. |
| Hale Trailer Brake & Wheel<br>PO Box 1400<br>Route 73 & Cooper Road<br>Voorhees, NJ 08043 | 848 | Shapes/Arch | $2,370.00 | A | | Sch. | Shapes/Arch | $2,370.00 | U | Remaining claim subject to future objection. |
| Homes Plus, Inc.<br>2800 Sylvester Rd.<br>Albany, GA 31705 | 880 | Shapes/Arch | $16,000.00 | A | | | | | | |
| International Extrusion Designs<br>2377 Hoffman Street<br>Bronx, NY 10458 | 833 | Shapes/Arch | $6,000.00 | A | | 829 | Shapes/Arch | $50,429.98 | U | Remaining claim subject to future objection. |
| IT Net Services<br>1900 Highway 17 N. Unit I1<br>Mt. Pleasant, SC 29464 | 881 | Shapes/Arch | $812.50 | A | | Sch. | Ultra | $750.00 | U | Remaining claim subject to future objection. |
| Junker, Inc.<br>PO Box 645<br>West Chicago, IL 60186-0645 | 835 | Shapes/Arch | $9,963.68 | A | | 417 | Shapes/Arch | $9,963.68 | U | Two General Unsecured Claims filed [Claim #s 109 and 417] are subject to future objections. |

| Name/Address of Claimant | Claim to be Expunged | | | | | Remaining Claims | | | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | | Cross Claim Number | Debtor | Claim Amount | Claim Type | |
| Kane Steel Company<br>PO Box 829<br>301 S. 12th St.<br>Millville, NJ 08332 | 853 | Shapes/Arch | $3,560.34 | A | | 73 | Shapes/Arch | $3,560.34 | U | Remaining claim subject to future objection. |
| Methold Engineering<br>10 Country Line Road, Ste 21<br>Branchburg, NJ 08876 | 883 | Shapes/Arch | $812.50 | A | | Sch. | Accu-Weld | $77.44 | U | Remaining claim subject to future objection. |
| Monster, Inc.<br>7800 W. Brown Deer Road, Suite 200<br>Milwaukee, WI 53223 | 884 | Shapes/Arch | $2,650.00 | A | | Sch. | Shapes | $2,650.00 | U | Remaining claim subject to future objection. |
| National Basic Sensor<br>4291 Carvel Ave.<br>Trevose, PA 19053 | 856 | Shapes/Arch | $122.50 | A | | Sch. | Shapes | $122.50 | U | Remaining claim subject to future objection. |
| National Certified Testing Labs (Nctl)<br>5 Leigh Dr<br>York, PA 17406 | 834 | Shapes/Arch | $1,885.00 | A | | 77 | Shapes/Arch | $1,885.00 | U | Remaining claim subject to future objection. |
| New Pig Corp<br>One Pork Ave<br>Tipton, PA 16684-0304 | 843 | Shapes/Arch | $604.77 | A | | 31 | Accu-Weld | $604.77 | U | Remaining claim subject to future objection. |
| Plastic Process Equipment, Inc.<br>8303 Corporate Park Drive.<br>Macedonnia, OH 44056 | 885 | Shapes/Arch | $153.04 | A | | Sch. | Accu-Weld | $153.04 | U | Remaining claim subject to future objection. |
| Print-Tech Graphics Inc.<br>1165 Hollow Rd.<br>Narberth, PA 19072 | 870 | Shapes/Arch | $4,163.94 | A | | 724 | Ultra | $3,421.54 | U | Remaining claim subject to future objection. |
| Pro Group, Inc.<br>Po Box 6585<br>Englewood, CO 80155-6585 | 857 | Shapes/Arch | $595.00 | A | | Sch. | Ultra | $595.00 | U | General Unsecured Claim filed [Claim # 331] is subject to future objections. |
| Pro Label, Inc.<br>2415 N. Progress Drive<br>Appleton, WI 54911 | 865 | Shapes/Arch | $963.03 | A | | Sch. | Accu-Weld | $963.03 | U | Remaining claim subject to future objection. |
| Prodex, Inc.<br>PO Box 14<br>Red Hill, PA 18076 | 886 | Shapes/Arch | $1,153.00 | A | | 16 | Shapes/Arch | $1,153.00 | U | Remaining claim subject to future objection. |
| REIT Lubricants Company<br>899 Mearns Road<br>Warminster, PA 18974 | 844 | Shapes/Arch | $17,555.07 | A | | 80 | Shapes/Arch | $17,555.07 | U | Remaining claim subject to future objection. |
| Sama Wood<br>20 Sand Park Road<br>Cedar Grove, NJ 07009 | 887 | Ultra | $1,896.00 | A | | Sch. | Ultra | $1,896.00 | U | Remaining claim subject to future objection. |
| Stik II Division/Adhesive Applications<br>PO Box 71<br>Easthampton, MA 01027 | 831 | Shapes/Arch | $247.50 | A | | Sch. | Accu-Weld | $188.30 | U | Remaining claim subject to future objection. |
| Strahl & Pitsch<br>PO Box 1098<br>West Babylon, NY 11704 | 864 | Shapes/Arch | $593.80 | A | | 29 | Shapes/Arch | $593.86 | U | Remaining claim subject to future objection. |
| Summit Metal Products Corp.<br>700 A. Chettic Ave.<br>Copiague, NY 11726 | 837 | Shapes/Arch | $4,799.41 | A | | 134 | Shapes/Arch | $4,799.41 | U | Two General Unsecured Claims filed [Claim #s 134 and 888] are subject to future objections. |
| Tellkemp Systems Inc<br>15523 Carmenita Road<br>Santa Fe, CA 90760 | 866 | Shapes/Arch | $5,360.28 | A | | | | | | |
| TransCore<br>11000 SW Stratus, Ste 100<br>Beaverton, OR 97008 | 889 | Shapes/Arch | $566.00 | A | | Sch. | Accu-Weld | $566.00 | U | Remaining claim subject to future objection. |
| Tuscaloosa Security & Locksmith, LLC<br>1613 15th Street-Suite C<br>Tuscaloosa, AL 35401 | 891 | Shapes/Arch | $330.00 | A | | | | | | |

| Name/Address of Claimant | Claim to be Expunged | | | | | Remaining Claims | | | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | | Cross Claim Number | Debtor | Claim Amount | Claim Type | |
| Unipunch Products, Inc.<br>527 3rd Ave.<br>PO Box 17<br>Clear Lake, WI  54005 | 892 | Shapes/Arch | $3,299.86 | A | | 24 | Shapes/Arch | $3,299.86 | U | Remaining claim subject to future objection. |
| US Blade<br>90 Myrtle Street<br>Cranford, NJ 07016 | 869 | Shapes/Arch | $8,400.00 | A | | | | | | |
| S - Secured | | | | | | | | | | |
| A - Administrative | | | | | | | | | | |
| P - Priority | | | | | | | | | | |
| U - Unsecured | | | | | | | | | | |
| T - Total Claimed | | | | | | | | | | |
| Sch. - Scheduled Claim | | | | | | | | | | |

# EXHIBIT B

**Parties Asserting Improperly Classified Claims to be Reclassified**
**(all parties listed alphabetically, and individuals by last name)**

**Please refer to Page 3 of the Third Omnibus Objection for the stated grounds in support of the objection.**

| Name/Address of Claimant | Claim to be Reclassified | | | | Comment |
|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | |
| GAPP, Inc.<br>201 Marple Ave.<br>Clifton Heights, PA  19018-2497 | 854 | Shapes/Arch | $2,192.85 | A | Remaining claim subject to future objection. |
| Henry Stewart Company<br>601 Conestoga Road<br>Villanova, PA 19085 | 839 | Shapes/Arch | $4,884.03 | A | Remaining claim subject to future objection. |
| Travers Tool Co., Inc.<br>128-15 26th Ave.<br>Flushing, NY  11354 | 890 | Shapes/Arch | $2,833.42 | A | Remaining claim subject to future objection. |
| S - Secured | | | | | |
| A - Administrative | | | | | |
| P - Priority | | | | | |
| U - Unsecured | | | | | |
| T - Total Claimed | | | | | |
| Sch. - Scheduled Claim | | | | | |