**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
 A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | : FOR THE DISTRICT OF NEW JERSEY |
| | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (GMB) |

**ORDER GRANTING THE DEBTORS' THIRD OMNIBUS
OBJECTION TO PROOFS OF CLAIM THAT IMPROPERLY
<u>ASSERT AN ADMINISTRATIVE CLAIM</u>**

The relief set forth on the following page, numbered (2) is hereby **ORDERED**.

In re: Shapes/Arch Holding, L.L.C., et al.

Case No: 08-14631

Order Granting the Debtors' Third Omnibus Objection to Proofs of Claim that Improperly Assert an Administrative Claim
_____

Upon consideration of the Debtors' Third Omnibus Objection (the "<u>Third Omnibus Objection</u>") for the entry of an order (the "<u>Order</u>") expunging, disallowing or reclassifying certain Filed Claims identified in <u>Exhibits "A" and "B"</u> to this Order; and pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, good and sufficient notice having been provided to each holder of a claim listed on the attached exhibits; and the relief requested in the Third Omnibus Objection being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed Objections to the Third Omnibus Objection, if any; and upon all proceedings had before the Court; and after deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED**:

1.  That the Objection is SUSTAINED, as set forth herein;

2.  That the proofs of claim identified on <u>Exhibit "A"</u> as "Claim to be Expunged" are hereby expunged and disallowed in their entirety;

3.  That this Order does not affect the claims identified in <u>Exhibit "A"</u> as to the "Remaining Claim";

4.  That the proofs of claim identified on <u>Exhibit "B"</u> as "Claim to be Reclassified" are hereby reclassified as Class 10 General Unsecured Claims; and

5.  That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

# EXHIBIT A

**Parties Asserting Improperly Classified Claims to be Expunged and Disallowed
(all parties listed alphabetically, and individuals by last name)**

**Please refer to Pages 4 of the Third Omnibus Objection for the stated grounds in support of the objection.**

| Name/Address of Claimant | Claim to be Expunged | | | | | Remaining Claims | | | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | | Cross Claim Number | Debtor | Claim Amount | Claim Type | |
| 7 Oil Company Inc<br>PO Box 2526<br>Cinnaminson, NJ 08077 | 841 | Shapes/Arch | $8,849.36 | A | | 71 | Shapes/Arch | $8,849.36 | U | Remaining claim subject to future objection. |
| A Best Vending<br>7336 State Rd.<br>Philadelphia, PA 19136 | 875 | Shapes/Arch | $1,353.69 | A | | Sch. | Shapes/Arch | $1,566.14 | U | Remaining claim subject to future objection. |
| Accu Staffing Services<br>911 Kings Highway North<br>Cherry Hill, NJ 08034 | 858 | Shapes/Arch | $1,261.66 | A | | Sch. | Ultra | $405.76 | U | Remaining claim subject to future objection. |
| Acorn Industrial Products Co.<br>520 Hertzog Blvd<br>King Of Prussia, PA 19404 | 842 | Shapes/Arch | $791.18 | A | | 98 | Shapes/Arch | $791.18 | U | Remaining claim subject to future objection. |
| Akron Bearing Company, Inc.<br>PO Box 7159<br>Akron, OH 44306 | 876 | Shapes/Arch | $5,898.77 | A | | 82 | Shapes/Arch | $5,898.77 | U | Remaining claim subject to future objection. |
| Branch Radiographic Labs Inc<br>32 South Ave W<br>Cranford, NJ 07016 | 836 | Shapes/Arch | $1,152.80 | A | | Sch. | Shapes | $599.20 | U | Remaining claim subject to future objection. |
| Broglin, Juliette<br>311 Edgewater Ave.<br>Westville, NJ 08093 | 882 | Shapes/Arch | $75,000.00 | A | | Sch. | Shapes/Arch | $0.00 | U | Remaining claim subject to future objection. |
| Castool Tooling Systems<br>2 Parratt Rd.<br>Uxbridge, ON<br>L9P-1R1 | 877 | Shapes/Arch | $12,445.00 | A | | 91 | Shapes/Arch | $12,445.00 | U | Remaining claim subject to future objection. |
| Chung Hsin Enterprise Ltd.<br>NO. 16, Sec 1, Gour Guang Rd., DAH LII<br>Taichung County, Taiwan R.O.C. 41218 | 861 | Shapes/Arch | $13,557.60 | A | | 270 | Ultra | $13,557.60 | U | Three General Unsecured Claims filed [Claim #s 193, 194 and 270] are subject to future objections. |
| Clean Venture, Inc.<br>201 South First Street<br>Elizabeth, NJ 07206 | 878 | Shapes/Arch | $12,274.96 | A | | 700 | Shapes/Arch | $12,274.96 | U | Remaining claim subject to future objection. |
| Clendenin Brothers, Inc.<br>4309 Erdman Avenue<br>Baltimore, MD 21213 | 855 | Shapes/Arch | $12,635.00 | A | | Sch. | Shapes | $12,635.00 | U | Remaining claim subject to future objection. |
| DiMedio Lumber & Cabinet LLC<br>651 Cutler Ave.<br>Maple Shade, NJ 08052 | 879 | Delair | $3,022.00 | A | | 375 | Delair | $3,022.00 | U | Two General Unsecured Claims filed [Claim #s 293 and 375] are subject to future objections. |
| ETS Corporation<br>320 High Tide Drive, Suite 201<br>St. Augustine, FL 32080 | 859 | Shapes/Arch | $7,400.00 | A | | 606 | Shapes/Arch | $7,400.00 | U | Two General Unsecured Claims filed [Claim #s 483 and 606] are subject to future objections. |
| Griffin, George<br>6552 Windsor Street<br>Philadelphia, PA 19142 | 832 | Shapes/Arch | $887.00 | A | | 3 | Shapes/Arch | $887.50 | P | Remaining claim subject to future objection. |
| Hale Trailer Brake & Wheel<br>PO Box 1400<br>Route 73 & Cooper Road<br>Voorhees, NJ 08043 | 848 | Shapes/Arch | $2,370.00 | A | | Sch. | Shapes/Arch | $2,370.00 | U | Remaining claim subject to future objection. |
| Homes Plus, Inc.<br>2800 Sylvester Rd.<br>Albany, GA 31705 | 880 | Shapes/Arch | $16,000.00 | A | | | | | | |
| International Extrusion Designs<br>2377 Hoffman Street<br>Bronx, NY 10458 | 833 | Shapes/Arch | $6,000.00 | A | | 829 | Shapes/Arch | $50,429.98 | U | Remaining claim subject to future objection. |
| IT Net Services<br>1900 Highway 17 N. Unit I1<br>Mt. Pleasant, SC 29464 | 881 | Shapes/Arch | $812.50 | A | | Sch. | Ultra | $750.00 | U | Remaining claim subject to future objection. |
| Junker, Inc.<br>PO Box 645<br>West Chicago, IL 60186-0645 | 835 | Shapes/Arch | $9,963.68 | A | | 417 | Shapes/Arch | $9,963.68 | U | Two General Unsecured Claims filed [Claim #s 109 and 417] are subject to future objections. |

| Name/Address of Claimant | Claim to be Expunged | | | | | Remaining Claims | | | | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | | Cross Claim Number | Debtor | Claim Amount | Claim Type | |
| Kane Steel Company<br>PO Box 829<br>301 S. 12th St.<br>Millville, NJ 08332 | 853 | Shapes/Arch | $3,560.34 | A | | 73 | Shapes/Arch | $3,560.34 | U | Remaining claim subject to future objection. |
| Methold Engineering<br>10 Country Line Road, Ste 21<br>Branchburg, NJ 08876 | 883 | Shapes/Arch | $812.50 | A | | Sch. | Accu-Weld | $77.44 | U | Remaining claim subject to future objection. |
| Monster, Inc.<br>7800 W. Brown Deer Road, Suite 200<br>Milwaukee, WI 53223 | 884 | Shapes/Arch | $2,650.00 | A | | Sch. | Shapes | $2,650.00 | U | Remaining claim subject to future objection. |
| National Basic Sensor<br>4291 Carvel Ave.<br>Trevose, PA 19053 | 856 | Shapes/Arch | $122.50 | A | | Sch. | Shapes | $122.50 | U | Remaining claim subject to future objection. |
| National Certified Testing Labs (Nctl)<br>5 Leigh Dr<br>York, PA 17406 | 834 | Shapes/Arch | $1,885.00 | A | | 77 | Shapes/Arch | $1,885.00 | U | Remaining claim subject to future objection. |
| New Pig Corp<br>One Pork Ave<br>Tipton, PA 16684-0304 | 843 | Shapes/Arch | $604.77 | A | | 31 | Accu-Weld | $604.77 | U | Remaining claim subject to future objection. |
| Plastic Process Equipment, Inc.<br>8303 Corporate Park Drive.<br>Macedonnia, OH 44056 | 885 | Shapes/Arch | $153.04 | A | | Sch. | Accu-Weld | $153.04 | U | Remaining claim subject to future objection. |
| Print-Tech Graphics Inc.<br>1165 Hollow Rd.<br>Narberth, PA 19072 | 870 | Shapes/Arch | $4,163.94 | A | | 724 | Ultra | $3,421.54 | U | Remaining claim subject to future objection. |
| Pro Group, Inc.<br>Po Box 6585<br>Englewood, CO 80155-6585 | 857 | Shapes/Arch | $595.00 | A | | Sch. | Ultra | $595.00 | U | General Unsecured Claim filed [Claim # 331] is subject to future objections. |
| Pro Label, Inc.<br>2415 N. Progress Drive<br>Appleton, WI 54911 | 865 | Shapes/Arch | $963.03 | A | | Sch. | Accu-Weld | $963.03 | U | Remaining claim subject to future objection. |
| Prodex, Inc.<br>PO Box 14<br>Red Hill, PA 18076 | 886 | Shapes/Arch | $1,153.00 | A | | 16 | Shapes/Arch | $1,153.00 | U | Remaining claim subject to future objection. |
| REIT Lubricants Company<br>899 Mearns Road<br>Warminster, PA 18974 | 844 | Shapes/Arch | $17,555.07 | A | | 80 | Shapes/Arch | $17,555.07 | U | Remaining claim subject to future objection. |
| Sama Wood<br>20 Sand Park Road<br>Cedar Grove, NJ 07009 | 887 | Ultra | $1,896.00 | A | | Sch. | Ultra | $1,896.00 | U | Remaining claim subject to future objection. |
| Stik II Division/Adhesive Applications<br>PO Box 71<br>Easthampton, MA 01027 | 831 | Shapes/Arch | $247.50 | A | | Sch. | Accu-Weld | $188.30 | U | Remaining claim subject to future objection. |
| Strahl & Pitsch<br>PO Box 1098<br>West Babylon, NY 11704 | 864 | Shapes/Arch | $593.80 | A | | 29 | Shapes/Arch | $593.86 | U | Remaining claim subject to future objection. |
| Summit Metal Products Corp.<br>700 A. Chettic Ave.<br>Copiague, NY 11726 | 837 | Shapes/Arch | $4,799.41 | A | | 134 | Shapes/Arch | $4,799.41 | U | Two General Unsecured Claims filed [Claim #s 134 and 888] are subject to future objections. |
| Tellkemp Systems Inc<br>15523 Carmenita Road<br>Santa Fe, CA 90760 | 866 | Shapes/Arch | $5,360.28 | A | | | | | | |
| TransCore<br>11000 SW Stratus, Ste 100<br>Beaverton, OR 97008 | 889 | Shapes/Arch | $566.00 | A | | Sch. | Accu-Weld | $566.00 | U | Remaining claim subject to future objection. |
| Tuscaloosa Security & Locksmith, LLC<br>1613 15th Street-Suite C<br>Tuscaloosa, AL 35401 | 891 | Shapes/Arch | $330.00 | A | | | | | | |

|  | Claim to be Expunged | | | | | Remaining Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | | Cross Claim Number | Debtor | Claim Amount | Claim Type | Comment |
| Unipunch Products, Inc.<br>527 3rd Ave.<br>PO Box 17<br>Clear Lake, WI  54005 | 892 | Shapes/Arch | $3,299.86 | A | | 24 | Shapes/Arch | $3,299.86 | U | Remaining claim subject to future objection. |
| US Blade<br>90 Myrtle Street<br>Cranford, NJ 07016 | 869 | Shapes/Arch | $8,400.00 | A | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| S - Secured | | | | | | | | | | |
| A - Administrative | | | | | | | | | | |
| P - Priority | | | | | | | | | | |
| U - Unsecured | | | | | | | | | | |
| T - Total Claimed | | | | | | | | | | |
| Sch. - Scheduled Claim | | | | | | | | | | |

# EXHIBIT B

**Parties Asserting Improperly Classified Claims to be Reclassified**
**(all parties listed alphabetically, and individuals by last name)**

**Please refer to Page 3 of the Third Omnibus Objection for the stated grounds in support of the objection.**

9

|  | **Claim to be Reclassified** | | | | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** | **Comment** |
| GAPP, Inc.<br>201 Marple Ave.<br>Clifton Heights, PA 19018-2497 | 854 | Shapes/Arch | $2,192.85 | A | Remaining claim subject to future objection. |
| Henry Stewart Company<br>601 Conestoga Road<br>Villanova, PA 19085 | 839 | Shapes/Arch | $4,884.03 | A | Remaining claim subject to future objection. |
| Travers Tool Co., Inc.<br>128-15 26th Ave.<br>Flushing, NY 11354 | 890 | Shapes/Arch | $2,833.42 | A | Remaining claim subject to future objection. |
| S - Secured | | | | | |
| A - Administrative | | | | | |
| P - Priority | | | | | |
| U - Unsecured | | | | | |
| T - Total Claimed | | | | | |
| Sch. - Scheduled Claim | | | | | |