UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : CHAPTER 11 |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : |
| Debtors. | : CASE NO. 08-14631 |
| | : (Jointly Administered) |

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 8, 2008, I supervised the mailing of the "Notice of the Debtors' Third Omnibus Objection, Objecting to Proofs of Claim that Improperly Assert an Administrative Claim," dated October 8, 2008, [Docket No. 683], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "A".

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Regina Amporfro

Sworn to before me this
13TH day of October, 2008

_____
Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6150011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\SHAPES\Affidavits\Third Omnibus- Improper Admin Claim_Aff_10-8-08.doc

**EXHIBIT A**

SHAPES/ARCH HOLDINGS L.L.C.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 7 OIL COMPANY INC | PO BOX 2526, CINNAMINSON, NJ 08077 |
| A BEST VENDING | 7336 STATC RD, PHILADELPHIA, PA 19136 |
| ACCU STAFFING SERVICES | 911 KINGS HIGHWAY NORTH,   ACCOUNT NO. ULT101   CHERRY HILL, NJ 08034 |
| ACORN INDUSTRIAL PRODUCTS CO. | 520 HERTZOG BLVD, KING OF PRUSSIA, PA 19404 |
| AKRON BEARING CO. INC | ATTN AR COOK, VICE PRESIDENT, 1965 S ARLINGTON RD, PO BOX 7159,   ACCOUNT NO. 023150   AKRON, OH 44306 |
| BRAGLIN, JULIETTE | 311 EDGEWATER AVE, WESTVILLE, NJ 08093 |
| BRANCH RADIOGRAPHIC LABS INC | 32 SOUTH AVE W, CRANFORD, NJ 07016 |
| CAPP, INC. | 201 MARPLE AVENUE, CLIFTON HEIGHTS, PA 19018-2497 |
| CASTOOL TOOLING SYSTEMSS | ATTN SIRI SUGIRTHALINGAM, CONTROLLER, 2 PARRATT ROAD,   ACCOUNT NO. A16850   UXBRIDGE, ON |
| CHUNG HSIN ENTERPRISE LTD | NO. 16, SEC. 1 GUOR GUANG RD., DAH LII, TAICHUNG COUNTY 412, TAICHUNG,   CHINA |
| CLEAN VENTURE INC | 201 SOUTH FIRST ST.,   ACCOUNT NO. 00-8825   ELIZABETH, NJ 07206 |
| CLENDENIN BROTHERS, INC. | 4309 ERDMAN AVENUE,   ACCOUNT NO. A5500   BALTIMORE, MD 21213 |
| DI MEDIO LUMBER & CABINET | ATTN ROBERT DI MEDIO, PARTNER, 651 CUTLER AVE, MAPLE SHADE, NJ 08052 |
| ETS CORPORATION OF DETROIT | 320 HIGH TIDE DRIVE SUITE 201,   ACCOUNT NO. FC 073   ST. AUGUSTINE, FL 32080 |
| GRIFFIN, GEORGE L. | 6552 WINDSOR ST, PHILADELPHIA, PA 19142 |
| HALE TRAILER BRAKE & WHEEL | PO BOX 1400, ROUTE 73 & COOPER ROAD, VOORHEES, NJ 08043 |
| HENRY STEWART COMPANY | 601 CONESTOGA ROAD, VILLANOVA, PA 19085 |
| HOMES PLUS, INC | 2800 SYLVESTER RD, ALBANY, GA 31705 |
| INTERNATIONAL EXTRUSION DESIGNS | 2377 HOFFMAN STREET, BRONX, NY 10458 |
| ITNET SERVICES, LLC | 1900 HIGHWAY 17 N, UNIT I1,   ACCOUNT NO. 52073   MOUNT PLEASANT, SC 29464 |
| JUNKER, INC. | PO BOX 645, WEST CHICAGO, IL 60186-0645 |
| KANE STEEL COMPANY | PO BOX 829, 301 S. 12TH ST.,   ACCOUNT NO. 100093   MILLVILLE, NJ 08332 |
| METHODS ENGINEERING | 10 COUNTYLINE RD, STE 21, BRANCHBURG, NJ 08876 |
| MONSTER INC | MONSTER WORLDWIDE, 7800 W BROWN DEER RD, STE 200,   ACCOUNT NO. MCMW226967-010140   MILWAUKEE, WI 53223 |
| NATIONAL BASIC SENSOR | 4921 CARVER AVENUE, TREVOSE, PA 19053 |
| NATIONAL CERTIFIED TESTING LABS (NCTL) | 5 LEIGH DR, YORK, PA 17406 |
| NEW PIG CORP | ONE PORK AVE, TIPTON, PA 16684-0304 |
| PLASTIC PROCESS EQUIPMENT, INC. | 8303 CORPORATE PARK DR,   ACCOUNT NO. 21221   MACEDONIA, OH 44056 |
| PRINT-TECH GRAPHICS | 1165 HOLLOW RD, NARBERTH, PA 19072 |
| PRO GROUP, INC. | PO BOX 6585, ENGLEWOOD, CO 80155-6585 |
| PRO LABEL, INC. | 2915 N PROGRESS DRIVE, APPLETON, WI 54911 |
| PRODEK INC. | PO BOX 14,   ACCOUNT NO. 08107   RED HILL, PA 18076 |
| REIT LUBRICANTS COMPANY | 899 MEARNS ROAD, WARMINSTER, PA 18974 |
| SAMA WOOD | 20 SAND PARK ROAD, CEDAR GROVE, NJ 07009 |
| STIK II DIVISION/ADHESIVE APPLICATIONS | PO BOX 71, EASTHAMPTON, MA 01027 |
| STRAHL & PITSCH | PO BOX 1098, WEST BABYLON, NY 11704 |
| SUMMIT METAL PRODUCTS CORP. | 700A CHETTIC AVE, COPIAGUE, NY 11726 |
| TELLKEMP SYSTEMS INC | 15523 CARMENITA ROAD, SANTA FE, CA 90760 |
| TRANSCORE | 11000 SW STRATUS STE,   ACCOUNT NO. 463890-091251   BEAVERTON, OR 97008 |
| TRAVERS TOOL CO., INC. | 128-15 26TH AVE,   ACCOUNT NO. 187744   FLUSHING, NY 11354 |
| TUSCALOOSA SECURITY & LOCKSMITH, LLC | ATTN JAMES K LANGFORD, OWNER, 1613 15TH STREET - STE C, TUSCALOOSA, AL 35401 |
| UNIPUNCH PRODUCTS, INC | 527 3RD AVE, PO BOX 17,   ACCOUNT NO. ALU040   CLEAR LAKE, WI 54005 |
| US BLADE | 90 MYRTLE STREET, CRANFORD, NJ 07016 |

SHAPES/ARCH HOLDINGS L.L.C.
SERVICE LIST

| Claim Name | Address Information |
|---|---|

Total Creditor Count 43