UNITED STATES BANKRUPTCY COURT
CAMDEN DIVISION/NEW JERSEY

IN RE:
ALUMINUM SHAPES LLC.              : CASE NO.   08-14631

DEBTOR

## WITHDRAWAL

COMES NOW IKON Financial Services Inc. hereby withdraws its claim filed 6/6/2008 in the amount of $3864.11 in the above-captioned matter.

This seventh day of October 2008.

*Stephanie Simonton*
Stephanie Simonton
Bankruptcy Specialist

IKON Financial Services
P.O. Box 13708
Macon, Georgia 31208-3708
800-480-6513 ext. 3747