Order Filed on
10/16/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Robyn F. Pollack (RP 8974)<br>SAUL EWING LLP<br>A Delaware Limited Liability Partnership<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>(215) 972-7537 (phone)<br>(215) 972-1946 (fax)<br><br>H. Buswell Roberts, Jr.<br>Nathan A. Hall<br>SHUMAKER, LOOP & KENDRICK, LLP<br>1000 Jackson Street<br>Toledo, Ohio 43604-5573<br>(419) 241-9000<br><br>Attorneys for Exco Extrusion Dies |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. |

Case No. 08-14631 (GMB)
(Jointly Administered)

Judge Gloria M. Burns

Chapter 11

**CONSENT ORDER AUTHORIZING ALLOWANCE AND PAYMENT OF SECTION
503(b)(9) ADMINISTRATIVE EXPENSE CLAIM OF EXCO EXTRUSION DIES**

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED.**
**DATED: 10/16/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Upon consideration of the Motion of Exco Extrusion Dies for Leave to File Late §503(b)(9) Administrative Expense Claim [D.I. 608] (the "Motion") and the Reorganized Debtors' informal response thereto, and the Court having determined that good and sufficient notice of the hearing has been provided and that no other or further notice is necessary and that good cause exists for the entry of this Order, it is hereby

**ORDERED, DECREED and ADJUDGED** that:

1. The Motion is **GRANTED** to the extent set forth herein.

2. Exco Extrusion Dies is hereby allowed a section 503(b)(9) administrative expense claim in the amount of $50,000.

3. The Reorganized Debtors are hereby authorized and directed to pay to Exco Extrusion Dies the amount of $50,000 within fifteen (15) days of the entry of this Order.

4. In addition to the section 503(b)(9) administrative claim allowed herein, Exco Extrusion Dies is hereby allowed a general, unsecured, Class 10 claim in the amount of $15,810.59 which shall be paid to the extent and at the time that the balance of Class 10 claims are paid pursuant to the Debtors' confirmed Third Amended Joint Chapter 11 Plan of Reorganization, as modified (the "Plan").

5. The allowance and payment of the claims as set forth paragraphs 2 and 4 herein, and the entry of this Consent Order, do not in any way prejudice or affect the right of Exco Extrusion Dies to assert and receive payment with respect to its asserted proof of claim number 394, provided, however, that the asserted amount of such claim is hereby reduced from $335,030.58 to $269,219.99. The parties each retain all of their respective rights, arguments and defenses with respect to such claim, as modified herein.

*Approved by Judge Gloria M. Burns October 16, 2008*

6. The parties further each retain all of their respective rights, arguments and defenses with respect to Avoidance Actions (as defined in the Plan).

7. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

The following hereby consent to the form, language and content as set forth in this Consent Order:

| | |
|---|---|
| SAUL EWING LLP | COZEN O'CONNOR |
| /s/ | /s/ |
| Robyn Forman Pollack, Esquire | Jerold N. Poslusny, Jr., Esquire |
| Centre Square West | Liberty View, Suite 300 |
| 1500 Market Street, 38th Floor | 457 Haddonfield Road |
| Philadelphia, PA 19102 | Cherry Hill, NJ 08002 |
| (215) 972-7537 | (856) 910-5005 |
| | |
| and | Attorneys for Reorganized Debtors |
| | |
| SHUMAKER, LOOP & KENDRICK, LLP | |
| H. Buswell Roberts, Jr. | |
| Nathan A. Hall | |
| 1000 Jackson Street | |
| Toledo, Ohio 43608-2801 | |
| (419) 321-1470 | |
| | |
| Attorneys for Exco Extrusion Dies | |