| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>　　　　　　　Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

### ORDER RECLASSIFYING PRIORITY CLAIM OF
### METAL STRUCTURES, INC. TO GENERAL UNSECURED CLAIM

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Reclassifying Priority Claim of Metal Structures, Inc. to General Unsecured Claim

---

Upon consideration of the above-captioned debtors' (the "Debtors") objection seeking an order to reclassify priority claim of Metal Structures, Inc. ("Metal Structures") to general unsecured claim (the "Objection"),[1] any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED.

2. That Metal Structures' proof of claim identified as claim no. 63 on the claims register is reclassified as a general unsecured claim in the amount of $24,400.00.

3. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including the claim referenced in this Objection is hereby fully reserved.

CHERRY_HILL\479124\1  226317.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.