**GREENBERG TRAURIG, LLP**
200 Park Avenue
Florham Park, New Jersey 07932
Telephone: (973) 443-3543
Facsimile: (973) 295-1333
*Attorneys for the Reorganized Debtors*

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (GMB) |

## CERTIFICATE OF SERVICE

I, MARIA R. VECCHIONE, of full age, hereby certifies pursuant to Title 28 of the United States Code, Section 1746, as follows:

1. I am a legal secretary with the law firm of Greenberg Traurig, LLP, 200 Park Avenue, Florham Park, New Jersey 07932.

2. On October 23, 2008, I caused a true and correct copy of the following to be served *via* United States first class mail and facsimile on Ashely Chan, Esq., Hangley Aronchick Segal and Pudlin, 20 Brace Road, Suite 201, Cherry Hill, NJ 08034 attorney to Steven S. Grabell:

- *Notice of the Reorganized Debtors' Objection Seeking Order to Expunge Administrative Claim of Steven Grabell;*

- *Reorganized Debtors' Objection Seeking Order to Expunge Administrative Claim of Steven Grabell; and*

- *Proposed Order Expunging Administrative Claim of Steven Grabell.*

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of October 2008.

*/s/ Maria R. Vecchione*
Maria R. Vecchione

NJ 226,514,139v1