Donald G. Frankel
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
Department of Justice
One Gateway Center
Suite 616
Newton, MA 02458
617-450-0442
Fax: 617-450-0448
donald.frankel@usdoj.gov
Counsel for Environmental Protection Agency

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Case No. 08-14631 (GMB) |
|  | : | (Jointly Administered) |
| Shapes/Arch Holdings L.L.C., et al. | : |  |
|  | : | Chapter 11 |
| Debtors | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

The undersigned certifies that the United States' Joinder In Debtors' Motion for Approval of Settlement With the Environmental Protection Agency, filed by the undersigned on October 30, 2008, through the Court's ECF system, was electronically sent to the registered participants as identified on the Notice of Electronic Filing.  In addition, on October 30, 2008, paper copies of the document were sent via first class mail to the following persons:

Brian Bull
Alcan
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada
Creditors' Committee Co-Chairperson

Richard A. Kellner
Rusal America Corp.
550 Mamaroneck Ave.
Harrison, NY  10528
Creditors' Committee Co-Chairperson


Mark D. Plevin, Esq.
Crowell & Morning LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004-2595


Kelly R. Cusick, Esq.
Crowell & Morning LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004-2595


Richard McNeill, Esq.
McNeill & Walker
230 South Broad Street
Suite 700
Philadelphia, PA 19102
Attorneys for Teamsters Local 837


Bankruptcy Administration
IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA  31208-4708



Internal Revenue Service (IRS)
1601 Roosevelt Blvd.
Mail Drop Point N781
Philadelphia, PA  19154

New Jersey Attorney General's
Office Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112


Commonwealth of Pennsylvania
State Office Building
1400 Spring Garden Street, Room 201
Philadelphia, PA  19130


New Jersey Department of Environmental Protection
Attorney General of New Jersey
25 Market Street
P.O. Box 093
Trenton, NJ  08625


Tennessee Department of Revenue
c/o TN Attorney General's Office
Cordell Hull Bldg.
425 5th Ave N.
Nashville, TN  37243


Jerrold N. Poslusny
Cozen O'Connor
Liberty View, Suite 300
457 Haddonfield Road
Cherryfield, NJ 08002

Respectfully submitted,

RONALD J. TENPAS
    Assistant Attorney General
Environmental Enforcement Section
Environment and Natural Resources
                Division
U.S. Department of Justice


/s/ Donald G. Frankel
DONALD G. FRANKEL
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
One Gateway Center
Suite 616
Newton, MA 02458
617-450-0442
donald.frankel@usdoj.gov

CHRISTOPHER J. CHRISTIE
U.S. Attorney

ANTHONY LABRUNA
Assistant United States Attorney
United States Attorney's Office
970 Broad Street
Seventh Floor
Newark, NJ 07102
973-645-2700