*Order Filed on 10/30/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> a Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>(856) 910-5075 (fax)<br>Attorneys for the Debtors<br><br>**ALAN D. HALPERIN (AH8432)**<br>**DONNA LIEBERMAN (DL3553)**<br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue-9th Floor<br>New York, NY 10022-3301<br>(212) 765-9100<br>(212) 765-0964 (fax)<br>Attorneys for the Class 10 Liquidation Trustee |

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>        Debtors. | Chapter 11<br><br>Case No. 8-14631 (GMB) |

**ORDER GRANTING AN EXTENSION OF TIME TO FILE OBJECTIONS
TO ADMINISTRATIVE CLAIMS, OTHER PRIORITY CLAIMS,
PRIORITY TAX CLAIMS AND GENERAL UNSECURED CLAIMS**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 10/30/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

**Page 2**

Shapes/Arch Holdings L.L.C., et al.,

Case No. 8-14631 (GMB)

Order Granting an Extension of Time to File Objections to Administrative Claims, Other Priority Claims, Priority Tax Claims and General Unsecured Claims.

---

Upon Consideration of the Joint Motion for an Extension of Time to File Objections to Administrative Claims, Other Priority Claims, Priority Tax Claims and General Unsecured Claims (the "Motion"),[1] and good cause appearing therefore, it is hereby

ORDERED:

1. That the Motion is GRANTED.

2. That the deadline to file objections to Administrative Claims, Other Priority Claims, Priority Tax Claims and General Unsecured Claims is extended to November 28, 2008.

3. That Entry of this Order is without prejudice to the Debtors' or the Liquidation Trustee's right to seek further extensions of time to file objections to claims.

CHERRY_HILL\475239\1  226314.000

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns October 30, 2008*