Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08–14631–GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22–3413451

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on November 3, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 697 – 653
Order Granting Motion to Extend Time To File Objections To Administrative Claims, Other Priority Claims, Priority Tax Claims and General Unsecured Claims to November 28, 2008 (Related Doc # [653]). The following parties were served: Debtor, Debtor's Attorney, US Trustee and Movant's Attorney. Signed on 10/30/2008. (def)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 3, 2008
JJW: def

                                                                                James J. Waldron
                                                                                Clerk