Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08−14631−GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22−3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 3, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 697 − 653
Order Granting Motion to Extend Time To File Objections To Administrative Claims, Other Priority Claims, Priority Tax Claims and General Unsecured Claims to November 28, 2008 (Related Doc # [653]). The following parties were served: Debtor, Debtor's Attorney, US Trustee and Movant's Attorney. Signed on 10/30/2008. (def)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 3, 2008
JJW: def

James J. Waldron
Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger          Page 1 of 1              Date Rcvd: Nov 03, 2008
Case: 08-14631                Form ID: orderntc       Total Served: 1

The following entities were served by first class mail on Nov 05, 2008.
aty          +Donna H. Lieberman,   Halperin Battaglia Raicht, LLP,   555 Madison Avenue,   9th Floor,
              New York, NY 10022-3301
The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 05, 2008**              **Signature:** _Joseph Speetjens_