Order Filed on
**10/30/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> a Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>(856) 910-5075 (fax)<br>Attorneys for the Debtors<br><br>**ALAN D. HALPERIN (AH8432)**<br>**DONNA LIEBERMAN (DL3553)**<br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue-9th Floor<br>New York, NY 10022-3301<br>(212) 765-9100<br>(212) 765-0964 (fax)<br>Attorneys for the Class 10 Liquidation Trustee |

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>               Debtors. | Chapter 11<br><br>Case No. 8-14631 (GMB) |

**ORDER GRANTING AN EXTENSION OF TIME TO FILE OBJECTIONS
TO ADMINISTRATIVE CLAIMS, OTHER PRIORITY CLAIMS,
PRIORITY TAX CLAIMS AND GENERAL UNSECURED CLAIMS**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 10/30/2008**

_Honorable Gloria M Burns_
United States Bankruptcy Court Judge

**Page 2**

Shapes/Arch Holdings L.L.C., et al.,

Case No. 8-14631 (GMB)

Order Granting an Extension of Time to File Objections to Administrative Claims, Other Priority Claims, Priority Tax Claims and General Unsecured Claims.

---

Upon Consideration of the Joint Motion for an Extension of Time to File Objections to Administrative Claims, Other Priority Claims, Priority Tax Claims and General Unsecured Claims (the "Motion"),[1] and good cause appearing therefore, it is hereby

ORDERED:

1. That the Motion is GRANTED.

2. That the deadline to file objections to Administrative Claims, Other Priority Claims, Priority Tax Claims and General Unsecured Claims is extended to November 28, 2008.

3. That Entry of this Order is without prejudice to the Debtors' or the Liquidation Trustee's right to seek further extensions of time to file objections to claims.

CHERRY_HILL\475239\1  226314.000

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

2

*Approved by Judge Gloria M. Burns October 30, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger              Page 1 of 1              Date Rcvd: Nov 03, 2008
Case: 08-14631                Form ID: pdf903             Total Served: 1

The following entities were served by first class mail on Nov 05, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 05, 2008**                    **Signature:**    _Joseph Speetjens_