| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Liquidation Trust |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>              Debtors. |

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Hon. Gloria M. Burns

Hearing Date: November ___, 2008

**ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST A FURTHER EXTENSION OF TIME TO FILE OBJECTIONS TO UNSECURED CLAIMS**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

45765/0003-1542478v1

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., et al. |
| Case No. | 08-14631(GMB) (JOINTLY ADMINISTERED) |
| Caption of Order: | ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST A FURTHER EXTENSION OF TIME TO FILE OBJECTIONS TO UNSECURED CLAIMS |

THIS MATTER having been opened to the Court by the Class 10 Liquidation Trust (the "Trust"), by and through its co-counsel, upon a motion for an order granting the Trust a further extension of time to file objections to unsecured claims (the "Motion); and good and sufficient notice of the Motion having been provided in accordance with the Order Shortening Time entered by the Court on November ___, 2008, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the moving papers, the opposition thereto, if any, and the arguments of counsel, if any; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. The deadline by which the Trust has to object to unsecured claims in these cases be and hereby is extended to and including January 30, 2009.

2. A true copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.