| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

Order Filed on 11/12/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

**ORDER APPROVING SETTLEMENT WITH
THE ENVIRONMENTAL PROTECTION AGENCY**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 11/12/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Approving Settlement with the Environmental Protection Agency

---

Upon consideration of the Debtors' motion for an order pursuant to 11 U.S.C. § 105(a) and Fed. R. Bank. P. 9019(b) authorizing and approving a settlement with the Environmental Protection Agency (the "Motion")[1], and good cause appearing therefore, it is hereby

ORDERED:

1. That the Motion is GRANTED.

2. That the Settlement Agreement attached to the Motion is approved.

CHERRY_HILL\473758\1  220718.000

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns November 12, 2008*