**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Co-Counsel for the Class 10 Liquidation Trust

| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>Debtors. | : : : : : : : : : : | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>Chapter 11<br>(Jointly Administered)<br><br>HEARING DATE AND TIME:<br>December 16, 2008, 10:00 a.m. |
|---|---|---|

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION OF THE CLASS 10 LIQUIDATION TRUST'S FIRST**
**OMNIBUS OBJECTION TO CLAIMS AGAINST THE DEBTORS**
(CLAIM NUMBERS 65, 72, 76, 116, 136, 146, 150, 156, 194, 195, 200, 201, 202, 203, 209, 214, 222, 223, 224, 227, 232, 233, 234, 242, 243, 251, 256, 267, 268, 270, 274, 276, 277, 278, 280, 281, 283, 286, 287, 288, 289, 291, 304, 305, 306, 307, 317, 357, 358, 359, 363, 367, 371, 375, 377, 378, 379, 381, 382, 383, 384, 410, 411, 415, 417, 418, 419, 436, 444, 452, 459, 466, 473, 474, 475, 554, 556, 557, 558, 606, 607, 608, 610, 611, 657, 658, 659, 660, 661, 670, 676, 677, 678, 679, 681, 685, 708, 733, 738, & 860, 895)

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., et al., the

above-captioned debtors and debtors-in-possession, have filed a motion (the "Motion") for an

Order reducing and/or expunging certain claims, which are duplicate claims.

**Your rights may be affected.  You should read these papers carefully and discuss**

**them with your attorney, if you have one in this bankruptcy case.  (If you do not have an**

**attorney, you may wish to consult one.)**

45765/0003-1542945v1

If you do not want the Court to grant the relief requested by the Movant, or if you want the court to consider your views on the Motion, then on or before December 9, 2008 you or your attorney must:

File with the Court an answer explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067 Camden, New Jersey 08101-2067.  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also mail a copy to: Donna H. Lieberman, Esq., Halperin Battaglia Raicht LLP, 555 Madison Avenue, 9th Floor, New York, New York 10022.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                HALPERIN BATTAGLIA RAICHT, LLP,
                Co-Counsel for the Class 10 Liquidation Trust

                By:*/s/ Donna H. Lieberman*
                    Donna H. Lieberman, Esq.
                    Carrie E. Mitchell, Esq.

                COLE, SCHOTZ, MEISEL,
                FORMAN & LEONARD, P.A.
                Co-Counsel for the Class 10 Liquidation Trust

                By:*/s/ Ilana Volkov*
                    Ilana Volkov, Esq.

DATED: November 13, 2008