# EXHIBIT A

| Name/ Address of Claimant | **Claims To Be Expunged** | | | | **Remaining Claims** | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| ACTION PACKAGING SYSTEMS, INC<br>374 SOMERS ROAD<br>ELLINGTON, CT 06029 | 436<br>452 | Ultra LLC<br>Ultra LLC | 1,241.20<br>1,241.20 | U<br>U | 427 | Ultra LLC | 1,241.20 | U |
| ADVANCE MANAGEMENT CORP.<br>1530 GLEN AVE., UNIT 1<br>ATTN: ED DALESANDRO, DIRECTOR OF FINANCE<br>MOORESTOWN, NJ 08057 | 381 | Ultra LLC | 1,458.41 | U | 327 | Ultra LLC | 1,458.41 | U |
| ADVANCE MANAGEMENT CORP.<br>1530 GLEN AVE., UNIT 1<br>ATTN: ED DALESANDRO, DIRECTOR OF FINANCE<br>MOORESTOWN, NJ 08058 | 382 | Shapes/Arch Holdings LLC | 2,782.82 | U | 326 | Shapes/Arch Holdings LLC | 2,782.82 | U |
| ADVANCED RECOVERY SERVICES<br>5434 KING AVE. RTE. 38 E.<br>SUITE 200<br>PENNSAUKEN, NJ 08109 | 243 | Shapes/Arch Holdings LLC | 21,058.51 | U | 208 | Shapes/Arch Holdings LLC | 21,058.51 | U |
| AIR-OIL SYSTEMS, INC.<br>ATTN OFFICE MANAGER<br>753 WAMBOLD RD<br>PO BOX 195<br>MAINLAND, PA 19451-0195 | 72 | Shapes/Arch Holdings LLC | 1,782.29 | U | 25 | Shapes/Arch Holdings LLC | 1,782.29 | U |
| ARGONAUT INSURANCE COMPANY(& AFFILIATES)<br>ATTN: CRAIG COMEAUX<br>1010 REUNION PLACE, SUITE 500<br>SAN ANTONIO, TX 78217 | 554 | Delair LLC | 751,000.00 | U | 555 | Shapes/Arch Holdings LLC | 751,000.00 | U |

|  | **Claims To Be Expunged** | | | | | **Remaining Claims** | | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| ARGONAUT INSURANCE COMPANY(& AFFILIATES) ATTN: CRAIG COMEAUX 1010 REUNION PLACE, SUITE 500 SAN ANTONIO, TX 78217 | 556 | Accu-Weld LLC | 751,000.00 | U | 555 | Shapes/Arch Holdings LLC | 751,000.00 | U |
| ARGONAUT INSURANCE COMPANY(& AFFILIATES) ATTN: CRAIG COMEAUX 1010 REUNION PLACE, SUITE 500 SAN ANTONIO, TX 78218 | 557 | Shapes LLC | 751,000.00 | U | 555 | Shapes/Arch Holdings LLC | 751,001.00 | U |
| ARGONAUT INSURANCE COMPANY(& AFFILIATES) ATTN: CRAIG COMEAUX 1010 REUNION PLACE, SUITE 500 SAN ANTONIO, TX 78219 | 558 | Ultra LLC | 751,000.00 | U | 555 | Shapes/Arch Holdings LLC | 751,001.00 | U |
| AVAYA INC. P.O. BOX 5332 NEW YORK, NY 10087-5332 | 291 | Shapes/Arch Holdings LLC | 891.54 | U | 248 | Shapes/Arch Holdings LLC | 891.54 | U |
| BEILER HYDRAULICS, INC. JOHN HURST 322 E. MAIN ST. LEOLA, PA 17540 | 677 | Shapes/Arch Holdings LLC | 336.98 | U | 521 | Shapes/Arch Holdings LLC | 336.98 | U |
| BOHN DISTRIBUTIONS LLC DBA METHODS ENGINEERING ATTN JUDY BOHN, OFFICE MANAGER 10-21 COUNTY LINE RD BRANCHBURG, NJ 08876 | 383 | Shapes/Arch Holdings LLC | 77.44 | U | 329 | Shapes/Arch Holdings LLC | 77.44 | U |

| | **Claims To Be Expunged** | | | | | **Remaining Claims** | | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| BOYLE BROS. INC.<br>130 SHARP ROAD<br>ATTN: JOHN T. BOYLE JR.<br>MARLTON, NJ 08053 | 201 | Shapes/Arch Holdings LLC | 1,252.40 | U | 135 | Shapes/Arch Holdings LLC | 1,252.40 | U |
| BURLINGHAM INTERNATIONAL<br>1041 W. 18TH ST., A-109<br>COSTA MESA, CA 92627 | 466 | Shapes/Arch Holdings LLC | 10,256.24 | U | 442 | Shapes/Arch Holdings LLC | 10,256.24 | U |
| CHARLES A LONG, INC<br>ATTN PRESIDENT<br>2600 HADDONFIELD ROAD<br>PENNSAUKEN, NJ 08110 | 278 | Ultra LLC | 6,296.25 | U | 258 | Ultra LLC | 6,296.25 | U |

3

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| CHUNG HSIN ENTERPRISE LTD<br>NO. 16, SEC. 1 GUOR GUANG RD.<br>DAH LII<br>TAICHUNG COUNTY 412<br>TAICHUNG,<br>CHINA | 194<br>270 | Ultra LLC<br>Ultra LLC | 13,557.60<br>13,557.60 | U<br>U | 193 | Ultra LLC | 13,557.60 | U |
| COLOR SOURCE, INC.<br>ATTN ALAN P FOX, ESQ<br>C/O CAPEHART & SCATCHARD, P.A.<br>8000 MIDLANTIC DR., SUITE 300 S.<br>MOUNT LAUREL, NJ 08054 | 281<br>363 | Delair LLC<br>Delair LLC | 16,187.26<br>16,187.26 | U<br>U | 240 | Delair LLC | 16,187.26 | U |
| COLOR SOURCE, INC.<br>ATTN ALAN P FOX, ESQ<br>C/O CAPEHART & SCATCHARD, P.A.<br>8000 MIDLANTIC DR., SUITE 300 S.<br>MOUNT LAUREL, NJ 08054 | 371<br>415 | Shapes/Arch Holdings LLC<br>Shapes/Arch Holdings LLC | 5,019.22<br>5,019.22 | U<br>U | 220 | Shapes/Arch Holdings LLC | 5,019.22 | U |
| CPT FREIGHT MANAGEMENT SERVICE<br>425 STEELWAY<br>LANCASTER, PA 17601 | 242 | Shapes LLC | 3,400.00 | U | 126 | Shapes LLC | 3,400.00 | U |
| CROWN STAPLE & SUPPLY CO.<br>96N. HARRISON AVENUE<br>CONGERS, NY 10920 | 474 | Shapes/Arch Holdings LLC | 1,455.11 | U | 430 | Shapes/Arch Holdings LLC | 1,455.11 | U |

4

| | **Claims To Be Expunged** | | | | | **Remaining Claims** | | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| CROWN STAPLE & SUPPLY CO. 96N. HARRISON AVENUE CONGERS, NY 10921 | 475 | Delair LLC | 338.00 | U | 428 | Delair LLC | 338.00 | U |
| CURBELL PLASTICS, INC. 7 COBHAM DRIVE ORCHARD PARK, NY 14127 | 679 | Shapes/Arch Holdings LLC | 336.84 | U | 522 | Shapes/Arch Holdings LLC | 336.84 | U |
| CUT-MARK, INC ATTN GEORGE W GIBSON, JR., PRESIDENT 801 S CHURCH ST., STE 6 MOUNT LAUREL, NJ 08054-2572 | 224 | Shapes/Arch Holdings LLC | 713.75 | U | 128 | Shapes/Arch Holdings LLC | 713.75 | U |
| DI MEDIO LUMBER & CABINET LLC ATTN ROBERT DI MEDIO, PARTNER 651 CUTLER AVE. MAPLE SHADE, NJ 08052 | 375 | Delair LLC | 3,022.00 | U | 293 | Delair LLC | 3,022.00 | U |
| ESTHER WILLIAMS/EWL PRODUCTIONS ANTHONY E. BELL, ESQ. LAW OFFICES OF ANTHONY E. BELL, INC. 33 S. GRAND AVE. 25TH FLOOR LOS ANGELES, CA 90071 | 708 | Shapes/Arch Holdings LLC | 43,271.00 | U | 595 | Shapes/Arch Holdings LLC | 43,271.00 | U |
| | 733 | Shapes/Arch Holdings LLC | 43,271.00 | U | | | | |

|  | **Claims To Be Expunged** | | | | | **Remaining Claims** | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| ETS CORPORATION OF DETROIT<br>320 HIGH TIDE DRIVE SUITE 201<br>ATTN: MARK GLIDDEN, VICE PRESIDENT<br>ST. AUGUSTINE, FL 32080 | 606 | Shapes/Arch Holdings LLC | 7,400.00 | U | 483 | Shapes/Arch Holdings LLC | 7,400.00 | U |
| FEDEX FREIGHT EAST<br>M JEFF JONES SR. MGR CREDIT/COLLECTIONS<br>FEDEX FREIGHT<br>PO BOX 840<br>HARRISON, AR 72602-0840 | 267 | Shapes/Arch Holdings LLC | 978.14 | U | 244 | Shapes/Arch Holdings LLC | 978.14 | U |
| FEDEX FREIGHT WEST<br>M JEFF JONES SR. MGR CREDIT/COLLECTIONS<br>FEDEX FREIGHT<br>PO BOX 840<br>HARRISON, AR 72602-0840 | 268 | Shapes/Arch Holdings LLC | 75.71 | U | 245 | Shapes/Arch Holdings LLC | 75.71 | U |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>ATTN: TRACI HAMER<br>1010 THOMAS EDISON BLVD. SW<br>CEDAR RAPIDS, IA 52404 | 860 | Shapes/Arch Holdings LLC | 232,341.56 | U | 871 | Shapes/Arch Holdings LLC | 232,341.56 | U |
| GILL POWDER COATING, INC<br>ATTN ANDREW J GILL, JR<br>1384 BYBERRY ROAD<br>BENSALEM, PA 19020 | 304 | Delair LLC | 42,877.45 | U | 255 | Delair LLC | 42,877.45 | U |

| | **Claims To Be Expunged** | | | | | | **Remaining Claims** | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| GMAC<br>ATTN M. BOHEN, AGENT<br>PO BOX 130424<br>ROSEVILLE, MN 55113 | 203 | Delair LLC | 40,997.54 | U | 178 | Delair LLC | 40,997.54 | U |
| GRAHAM COMPANY, THE<br>AMY E. VULPIO, ESQUIRE<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PLACE<br>PHILADELPHIA, PA 19103 | 473 | Shapes/Arch Holdings LLC | 27,187.50 | U | 424 | Shapes/Arch Holdings LLC | 27,187.50 | U |
| GRANCO CLARK, INC.<br>ATTN ROBERT FROSTICK, CFO<br>7298 N STOREY RD<br>BELDING, MI 48809 | 280 | Shapes/Arch Holdings LLC | 6,834.99 | U | 253 | Shapes/Arch Holdings LLC | 6,834.99 | U |
| GUYSON CORPORATION OF USA<br>ATTN JOSEPH W CODACOVI,<br>PRESIDENT & CEO<br>13 GRANDE BLVD<br>SARATOGA SPRINGS, NY 12866 | 289 | Shapes/Arch Holdings LLC | 615.89 | U | 181 | Shapes/Arch Holdings LLC | 615.89 | U |
| J.T. REDDY INC.<br>ATTN WALTER MEYERS<br>500 MARKET ST<br>PERTH AMBOY, NJ 08862 | 200 | Shapes/Arch Holdings LLC | 1,469.22 | U | 133 | Shapes/Arch Holdings LLC | 1,469.22 | U |
| JANI-KING OF PHILADELPHIA, INC.<br>ATTN DANIEL J MOORE<br>16885 DALLAS PARKWAY<br>ADDISON, TX 75001 | 418 | Ultra LLC | 3,288.64 | U | 118 | Ultra LLC | 3,288.64 | U |

| | **Claims To Be Expunged** | | | | | **Remaining Claims** | | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| JOHN STERLING CORPORATION<br>ATTN ROBERT M BERGSLIEN, CFO<br>11600 STERLING PARKWAY<br>RICHMOND, IL 60071 | 156 | Shapes/Arch Holdings LLC | 5,512.02 | U | 124 | Shapes/Arch Holdings LLC | 5,512.02 | U |
| | 222 | Shapes/Arch Holdings LLC | 5,512.02 | U | | | | |
| JUNKER INC.<br>ATTN DIETMAR BREUER<br>PO BOX 645<br>WEST CHICAGO, IL 60186-0645 | 417 | Shapes/Arch Holdings LLC | 9,963.68 | U | 109 | Shapes/Arch Holdings LLC | 9,963.68 | U |
| KAM WAH METALWARE MAUFACTURING, LIMITED<br>B5, 11F., HONG KONG INDUSTRIAL CENTRE<br>489-491 CASTLE PEAK ROAD<br>KOWLOON,<br>HONG KONG | 459 | Shapes/Arch Holdings LLC | 24,838.56 | U | 321 | Shapes/Arch Holdings LLC | 24,838.56 | U |
| LAKE PARK TOOL & MACHINE INC.<br>ATTN TREASURER<br>1221 VELMA COURT<br>YOUNGSTOWN, OH 44512 | 419 | Shapes/Arch Holdings LLC | 3,480.00 | U | 119 | Shapes/Arch Holdings LLC | 3,480.00 | U |
| LATHAM MANUFACTURING CORP.<br>ATTN PHILIP GROGAN, CREDIT MANAGER<br>787 WATERVLIET-SHAKER ROAD<br>LATHAM, NY 12110 | 307 | Shapes/Arch Holdings LLC | 19,673.92 | U | 261 | Shapes/Arch Holdings LLC | 19,673.92 | U |

| | **Claims To Be Expunged** | | | | | | **Remaining Claims** | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: WHARTON HARDWARE & SUPPLY CO D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 116 | Shapes/Arch Holdings LLC | 5,086.28 | U | 64 | Shapes/Arch Holdings LLC | 5,086.28 | U |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: JA CUNNINGHAM EQPT, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 234 | Shapes/Arch Holdings LLC | 3,229.23 | U | 60 | Shapes/Arch Holdings LLC | 3,229.23 | U |
| LONDON & SCANDINAVIAN METALLURGICAL CO. LTD. / ATTN DJE BEARE, FINANCIAL DIR. FULLERTON ROAD ROTHERHAM SOUTH YORKSHIRE, 560 1DL ENGLAND | 357 | Shapes/Arch Holdings LLC | 18,378.15 | U | 299 | Shapes/Arch Holdings LLC | 18,378.15 | U |
| LOUIS P. CANUSO, INC. P.O. BOX 501 101 CROWN POINT RD. THOROFARE, NJ 08086-0501 | 150 | Shapes/Arch Holdings LLC | 1,521.84 | U | 62 | Shapes/Arch Holdings LLC | 1,521.84 | U |
| LOUISIANA DEPARTMENT OF REVENUE PO BOX 66658 BATON ROUGE, LA 70896 | 287 | Shapes/Arch Holdings LLC | 349.80 | U | 238 | Shapes/Arch Holdings LLC | 349.80 | U |

| | **Claims To Be Expunged** | | | | | **Remaining Claims** | | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| MACOWARE COMPANY LTD<br>1410 WORLD WIDE INDUSTRIAL CENTER<br>43-47 SHAN MEI STREET, FO TAN, SHATIN, N.T.,<br>HONG KONG | 444 | Shapes/Arch Holdings LLC | 1,723.68 | U | 425 | Shapes/Arch Holdings LLC | 1,723.68 | U |
| MATERIAL SCIENCES CORPORATION<br>2200 E PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007 | 738 | Shapes/Arch Holdings LLC | 23,828.27 | U | 796 | Shapes/Arch Holdings LLC | 23,828.27 | U |
| MERCHANTS FASTENER CORP.<br>ATTN ANNE SONNICK, CREDIT MANAGER<br>45-18 COURT SQUARE<br>SUITE 601<br>LONG ISLAND CITY, NY 11101 | 202 | Accu-Weld LLC | 1,752.71 | U | 183 | Accu-Weld LLC | 1,752.71 | U |
| | 209 | Accu-Weld LLC | 1,752.71 | U | | | | |
| | 227 | Accu-Weld LLC | 1,752.71 | U | | | | |
| | 251 | Accu-Weld LLC | 1,752.71 | U | | | | |
| | 276 | Accu-Weld LLC | 1,752.71 | U | | | | |
| METAL MANAGEMENT NORTHEAST, INC.<br>C/O SAM DELLA FERA,JR., ESQ.<br>TRENK DIPASQUALE WEBSTER DELLA FERA ETAL<br>347 MT PLEASANT AVE STE 300<br>WEST ORANGE, NJ 07052 | 274 | Shapes/Arch Holdings LLC | 46,225.64 | U | 221 | Shapes/Arch Holdings LLC | 46,225.64 | U |

| | **Claims To Be Expunged** | | | | | | **Remaining Claims** | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | | **Claim Type** |
| MILLER PACKAGING MATERIALS ATTN NORMAN MILLER, OWNER PO BOX 939 BUCKINGHAM, PA 18912-0939 | 65 | Accu-Weld LLC | 2,886.00 | U | 12 | Accu-Weld LLC | 2,886.00 | | U |
| MIRILLAS OPTICAS, S.L. ATTN JOSE M PEDRET, ADMINISTRATOR CUARTEL DE LEVANTE, 7 PARETS DEL VALLES, 08150 BARCELONA, SPAIN | 195 | Ultra LLC | 1,699.20 | U | 129 | Ultra LLC | 1,699.20 | | U |
| MONROE TOOL & DIE INC 197 SHARPS RD. ATTN: STEVEN KENNEDY, PRESIDENT WILLIAMSTOWN, NJ 08094 | 611 | Shapes/Arch Holdings LLC | 16,040.00 | U | 345 | Shapes/Arch Holdings LLC | 16,040.00 | | U |
| MSC INDUSTRIAL SUPPLY COMPANY ATTN DAISY WALROND 75 MAXESS ROAD MELVILLE, NY 11747 | 223 | Shapes/Arch Holdings LLC | 81.63 | U | 215 | Shapes/Arch Holdings LLC | 81.63 | | U |
| NALCO COMPANY ATTN: CHAD PECHMAN 1601 WEST DIEHL ROAD NAPERVILLE, IL 60563 | 670 | Shapes LLC | 6,418.40 | U | 517 | Shapes LLC | 6,418.40 | | U |

11

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY<br>LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | 895 | Accu-Weld LLC | 143,365.67 | U | 874 | Accu-Weld LLC | 143,365.67 | U |
| NATIONAL GLASS ASSOCIATION<br>ATTN BETH MOORMAN, PRODUCTION DIRECTOR<br>8200 GREENSBORO DRIVE<br>SUITE 302<br>MC LEAN, VA 22102 | 233 | Shapes/Arch Holdings LLC | 4,874.75 | U | 55 | Shapes/Arch Holdings LLC | 4,874.75 | U |
| NORTHERN MARKETING<br>14-16 BROWN STREET<br>SALEM, MA 01970 | 678 | Ultra LLC | 13,115.40 | U | 485 | Shapes/Arch Holdings LLC | 13,115.40 | U |
| NORTHEAST METAL TRADERS, INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | 681 | Shapes LLC | 11,493.65 | U | 488 | Shapes LLC | 11,493.65 | U |
| NOVATOOL INC.<br>6100 BALTIMORE NATIONAL PIKE<br>BALTIMORE, MD 21228 | 232 | Shapes LLC | 904.13 | U | 54 | Shapes LLC | 904.13 | U |
| NPC ACQUISITIONS, INC.<br>ATTN RICHARD DAVIS, CONTROLLER<br>100 MAIN STREET<br>TULLYTOWN, PA 19007 | 384 | Accu-Weld LLC | 1,077.20 | U | 324 | Accu-Weld LLC | 1,077.20 | U |

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| | 410 | Accu-Weld LLC | 1,077.20 | U | | | | |
| PAGE TRANSPORTATION INC<br>ATTN TERRI GILLOTTI<br>ACCOUNTS RECEIVABLE / COLLECTIONS<br>PO BOX 920<br>WEEDSPORT, NY 13166 | 146 | Shapes/Arch Holdings LLC | 3,808.57 | U | 40 | Shapes/Arch Holdings LLC | 3,808.57 | U |
| PALL TRINCOR<br>C/O NIXON PEABODY LLP<br>437 MADISON AVENUE<br>ATTN: JOSEPH M. GITTO, ESQ.<br>NEW YORK, NY 10022 | 657 | Shapes/Arch Holdings LLC | 18,750.00 | U | 653 | Shapes LLC | 18,750.00 | U |
| | 658 | Shapes LLC | 18,750.00 | U | | | | |
| | 659 | Ultra LLC | 18,750.00 | U | | | | |
| | 660 | Delair LLC | 18,750.00 | U | | | | |
| | 661 | Accu-Weld LLC | 18,750.00 | U | | | | |
| PRECOAT METALS DIV. OF SEQUA CORPORATION<br>1310 PAPIN ST., 3RD FLR<br>ATTN: ROBERT BACHUZEWSKI<br>ST. LOUIS, MO 63103 | 676 | Delair LLC | 43,403.11 | U | 494 | Delair LLC | 43,403.11 | U |
| PRO AEROSOLS<br>ATTN PETER G FROESS, OWNER<br>4042 WOODSDALE AVE<br>ERIE, PA 16510 | 288 | Shapes/Arch Holdings LLC | 422.00 | U | 249 | Shapes/Arch Holdings LLC | 422.00 | U |

13

|  | **Claims To Be Expunged** | | | | | **Remaining Claims** | | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| PUBLIC SERVICE ELECTRIC AND GAS CO-PSE&G<br>PO BOX 490<br>ATTN: NANCY OLIVERAS<br>CRANFORD, NJ 07016 | 367 | Ultra LLC | 19,916.00 | U | 297 | Ultra LLC | 19,916.00 | U |
| R-MAC TRANSPORT<br>C/O BRYAN C SCHROLL, ESQUIRE<br>LAW OFFICES OF BRYAN C SCHROLL<br>172 BRANDYWINE DRIVE<br>MARLTON, NJ 08053 | 277 | Shapes LLC | 19,252.32 | U | 241 | Shapes LLC | 19,252.32 | U |
| SAMA PLASTICS CORP.<br>SAMA WOOD, LLC.<br>ATTN GAIL S WOLFBERG, VICE PRESIDENT<br>20 SAND PARK ROAD<br>CEDAR GROVE, NJ 07009 | 136 | Shapes/Arch Holdings LLC | 1,896.00 | U | 58 | Shapes/Arch Holdings LLC | 1,896.00 | U |
| REVENUE MANAGEMENT<br>TRANSFEROR: MATI SALES, LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 607 | Delair LLC | 7,565.17 | U | 515 | Delair LLC | 7,565.17 | U |
| REVENUE MANAGEMENT<br>TRANSFEROR: MATI SALES, LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 608 | Ultra LLC | 7,332.92 | U | 516 | Ultra LLC | 7,332.92 | U |

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| SELEE CORPORATION<br>ATTN TIMOTHY P KRIEGEL, CFO<br>700 SHEPHERD STREET<br>HENDERSONVILLE, NC 28792 | 256 | Shapes LLC | 15,106.50 | U | 180 | Shapes LLC | 15,106.50 | U |
| | 286 | Shapes LLC | 15,106.50 | U | | | | |
| SENTRY INSURANCE, A MUTUAL COMPANY<br>ATTN: KEN ERLER<br>1800 NORTH POINT DRIVE<br>STEVENS POINT, WI 54481 | 411 | Shapes/Arch Holdings LLC | 275,680.00 | U | 389 | Shapes/Arch Holdings LLC | 275,680.00 | U |
| SHANGHAI HOUSING PROD CO LTD<br>RM 101, NO 19, INGXIANG YUAN, LANE 501, NIANJIABANG ROAD<br>ZHOUPU TOWN, PUDONG,<br>SHANGHAI,<br>CHINA | 685 | Ultra LLC | 25,149.92 | U | 438 | Ultra LLC | 25,149.92 | U |
| SHAPES UNLIMITED, INC.<br>ATTN D FISHER, TREASURER<br>590 E WESTERN RESERVE RD<br>YOUNGSTOWN, OH 44514 | 76 | Shapes/Arch Holdings LLC | 23,119.72 | U | 7 | Shapes/Arch Holdings LLC | 23,119.72 | U |
| SPRINGER PUMPS LLC<br>861 TECH DR<br>TELFORD, PA 18969 | 214 | Shapes/Arch Holdings LLC | 1,244.78 | U | 127 | Shapes/Arch Holdings LLC | 1,244.78 | U |
| STAPLES, INC.<br>A/R COLLECTIONS DEPARTMENT<br>300 ARBOR LAKE DRIVE<br>COLUMBIA, SC 29223 | 377 | Delair LLC | 451.35 | U | 354 | Delair LLC | 451.35 | U |

| | **Claims To Be Expunged** | | | | | | **Remaining Claims** | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| STAPLES, INC.<br>A/R COLLECTIONS DEPARTMENT<br>300 ARBOR LAKE DRIVE<br>COLUMBIA, SC 29223 | 378 | Ultra LLC | 874.09 | U | 355 | Ultra LLC | 874.09 | U |
| SYSTEM TRANSPORT INC<br>ATTN SUE WITTE, CREDIT MGR<br>PO BOX 3456<br>SPOKANE, WA 99220 | 379 | Shapes/Arch Holdings LLC | 15,723.71 | U | 333 | Shapes/Arch Holdings LLC | 15,723.71 | U |
| THEODORE E MOZER, INC<br>ATTN THOMAS W MOZER, PRESIDENT<br>PO BOX 25<br>4TH & MARKET STS<br>PALMYRA, NJ 08065 | 283 | Shapes/Arch Holdings LLC | 2,270.00 | U | 213 | Shapes/Arch Holdings LLC | 2,270.00 | U |
| TOTAL CARE NETWORK, INC<br>ATTN CHRISTINE M KNYSH, PRESIDENT / CEO<br>PENN TREATY PARK PLACE<br>1341 N DELAWARE AVE, SUITE 403<br>PHILADELPHIA, PA 19125-4300 | 359 | Shapes/Arch Holdings LLC | 1,620.00 | U | 330 | Shapes/Arch Holdings LLC | 1,620.00 | U |
| TRI-R-TOOL, INC.<br>629 S. WARRINGTON AVE<br>ATTN: YASCO WAINBERG, PRESIDENT<br>CINNAMINSON, NJ 08077 | 610 | Shapes/Arch Holdings LLC | 879.11 | U | 536 | Shapes/Arch Holdings LLC | 879.11 | U |
| TTI ENVIRONMENTAL INC.<br>ATTN WILLIAM DOLAN, CEO<br>1253 N CHURCH STREET<br>MOORESTOWN, NJ 08057 | 305 | Shapes/Arch Holdings LLC | 20,525.17 | U | 296 | Shapes/Arch Holdings LLC | 20,525.17 | U |

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | 317 | Shapes/Arch Holdings LLC | 5,613.87 | U | 308 | Shapes/Arch Holdings LLC | 5,613.87 | U |
| WAGSTAFF, INC.<br>ATTN KENDALL B PARKES, CFO<br>3910 N FLORA ROD<br>SPOKANE, WA 99216 | 358 | Shapes LLC | 17,897.50 | U | 301 | Shapes LLC | 17,897.50 | U |
| YALE SALES WHOLESALE HARDWARE<br>A DIVISION OF PRODUCTS ENGINEERING CORP<br>ATTN BERNARD BROOK, JR, CONTROLLER<br>2645 MARICOPA STREET<br>TORRANCE, CA 90503-5144 | 306 | Ultra LLC | 2,297.59 | U | 250 | Ultra LLC | 2,297.59 | U |