| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Trust | |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Hearing Date: December 16, 2008 |

**ORDER EXPUNGING CERTAIN CLAIMS AGAINST THE DEBTORS**

**(Claim Numbers 65, 72, 76, 116, 136, 146, 150, 156, 194, 195, 200, 201, 202, 203, 209, 214, 222, 223, 224, 227, 232, 233, 234, 242, 243, 251, 256, 267, 268, 270, 274, 276, 277, 278, 280, 281, 283, 286, 287, 288, 289, 291, 304, 305, 306, 307, 317, 357, 358, 359, 363, 367, 371, 375, 377, 378, 379, 381, 382, 383, 384, 410, 411, 415, 417, 418, 419, 436, 444, 452, 459, 466, 473, 474, 475, 554, 556, 557, 558, 606, 607, 608, 610, 611, 657, 658, 659, 660, 661, 670, 676, 677, 678, 679, 681, 685, 708, 733, 738, & 860, 895)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

| | |
|---|---|
| (Page 2) | |
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al*. |
| Case No: | 08-14631 (GMB) |
| Caption of Order: | ORDER EXPUNGING CERTAIN CLAIMS AGAINST THE DEBTORS (Claim Numbers 65, 72, 76, 116, 136, 146, 150, 156, 194, 195, 200, 201, 202, 203, 209, 214, 222, 223, 224, 227, 232, 233, 234, 242, 243, 251, 256, 267, 268, 270, 274, 276, 277, 278, 280, 281, 283, 286, 287, 288, 289, 291, 304, 305, 306, 307, 317, 357, 358, 359, 363, 367, 371, 375, 377, 378, 379, 381, 382, 383, 384, 410, 411, 415, 417, 418, 419, 436, 444, 452, 459, 466, 473, 474, 475, 554, 556, 557, 558, 606, 607, 608, 610, 611, 657, 658, 659, 660, 661, 670, 676, 677, 678, 679, 681, 685, 708, 733, 738, & 860, 895) |

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion") for an Order expunging certain claims, as more fully set forth in the schedules annexed to the Application in support of the Motion, pursuant to Section 502 of title 11 of the United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure; and the parties on the schedule annexed hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the Declaration of Irv Schwarzbaum in support of the Motion; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion; and appearing that the other parties on the exhibits hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED**, that the claims set forth on Exhibit A annexed hereto and made a part hereof be, and hereby are, expunged as set forth therein.

# EXHIBIT A

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| ACTION PACKAGING SYSTEMS, INC<br>374 SOMERS ROAD<br>ELLINGTON, CT 06029 | 436<br>452 | Ultra LLC<br>Ultra LLC | 1,241.20<br>1,241.20 | U<br>U | 427 | Ultra LLC | 1,241.20 | U |
| ADVANCE MANAGEMENT CORP.<br>1530 GLEN AVE., UNIT 1<br>ATTN: ED DALESANDRO, DIRECTOR OF FINANCE<br>MOORESTOWN, NJ 08057 | 381 | Ultra LLC | 1,458.41 | U | 327 | Ultra LLC | 1,458.41 | U |
| ADVANCE MANAGEMENT CORP.<br>1530 GLEN AVE., UNIT 1<br>ATTN: ED DALESANDRO, DIRECTOR OF FINANCE<br>MOORESTOWN, NJ 08058 | 382 | Shapes/Arch Holdings LLC | 2,782.82 | U | 326 | Shapes/Arch Holdings LLC | 2,782.82 | U |
| ADVANCED RECOVERY SERVICES<br>5434 KING AVE. RTE. 38 E.<br>SUITE 200<br>PENNSAUKEN, NJ 08109 | 243 | Shapes/Arch Holdings LLC | 21,058.51 | U | 208 | Shapes/Arch Holdings LLC | 21,058.51 | U |
| AIR-OIL SYSTEMS, INC.<br>ATTN OFFICE MANAGER<br>753 WAMBOLD RD<br>PO BOX 195<br>MAINLAND, PA 19451-0195 | 72 | Shapes/Arch Holdings LLC | 1,782.29 | U | 25 | Shapes/Arch Holdings LLC | 1,782.29 | U |
| ARGONAUT INSURANCE COMPANY(& AFFILIATES)<br>ATTN: CRAIG COMEAUX<br>1010 REUNION PLACE, SUITE 500<br>SAN ANTONIO, TX 78217 | 554 | Delair LLC | 751,000.00 | U | 555 | Shapes/Arch Holdings LLC | 751,000.00 | U |

1

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| ARGONAUT INSURANCE COMPANY(& AFFILIATES) ATTN: CRAIG COMEAUX 1010 REUNION PLACE, SUITE 500 SAN ANTONIO, TX 78217 | 556 | Accu-Weld LLC | 751,000.00 | U | 555 | Shapes/Arch Holdings LLC | 751,000.00 | U |
| ARGONAUT INSURANCE COMPANY(& AFFILIATES) ATTN: CRAIG COMEAUX 1010 REUNION PLACE, SUITE 500 SAN ANTONIO, TX 78218 | 557 | Shapes LLC | 751,000.00 | U | 555 | Shapes/Arch Holdings LLC | 751,001.00 | U |
| ARGONAUT INSURANCE COMPANY(& AFFILIATES) ATTN: CRAIG COMEAUX 1010 REUNION PLACE, SUITE 500 SAN ANTONIO, TX 78219 | 558 | Ultra LLC | 751,000.00 | U | 555 | Shapes/Arch Holdings LLC | 751,001.00 | U |
| AVAYA INC. P.O. BOX 5332 NEW YORK, NY 10087-5332 | 291 | Shapes/Arch Holdings LLC | 891.54 | U | 248 | Shapes/Arch Holdings LLC | 891.54 | U |
| BEILER HYDRAULICS, INC. JOHN HURST 322 E. MAIN ST. LEOLA, PA 17540 | 677 | Shapes/Arch Holdings LLC | 336.98 | U | 521 | Shapes/Arch Holdings LLC | 336.98 | U |
| BOHN DISTRIBUTIONS LLC DBA METHODS ENGINEERING ATTN JUDY BOHN, OFFICE MANAGER 10-21 COUNTY LINE RD BRANCHBURG, NJ 08876 | 383 | Shapes/Arch Holdings LLC | 77.44 | U | 329 | Shapes/Arch Holdings LLC | 77.44 | U |

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| BOYLE BROS. INC.<br>130 SHARP ROAD<br>ATTN: JOHN T. BOYLE JR.<br>MARLTON, NJ 08053 | 201 | Shapes/Arch Holdings LLC | 1,252.40 | U | 135 | Shapes/Arch Holdings LLC | 1,252.40 | U |
| BURLINGHAM INTERNATIONAL<br>1041 W. 18TH ST., A-109<br>COSTA MESA, CA 92627 | 466 | Shapes/Arch Holdings LLC | 10,256.24 | U | 442 | Shapes/Arch Holdings LLC | 10,256.24 | U |
| CHARLES A LONG, INC<br>ATTN PRESIDENT<br>2600 HADDONFIELD ROAD<br>PENNSAUKEN, NJ 08110 | 278 | Ultra LLC | 6,296.25 | U | 258 | Ultra LLC | 6,296.25 | U |

3

| Name/ Address of Claimant | Claim Number(s) | **Claims To Be Expunged** Debtor | Claim Amount | Claim Type | Claim Number | **Remaining Claims** Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| CHUNG HSIN ENTERPRISE LTD NO. 16, SEC. 1 GUOR GUANG RD. DAH LII TAICHUNG COUNTY 412 TAICHUNG, CHINA | 194 270 | Ultra LLC Ultra LLC | 13,557.60 13,557.60 | U U | 193 | Ultra LLC | 13,557.60 | U |
| COLOR SOURCE, INC. ATTN ALAN P FOX, ESQ C/O CAPEHART & SCATCHARD, P.A. 8000 MIDLANTIC DR., SUITE 300 S. MOUNT LAUREL, NJ 08054 | 281 363 | Delair LLC Delair LLC | 16,187.26 16,187.26 | U U | 240 | Delair LLC | 16,187.26 | U |
| COLOR SOURCE, INC. ATTN ALAN P FOX, ESQ C/O CAPEHART & SCATCHARD, P.A. 8000 MIDLANTIC DR., SUITE 300 S. MOUNT LAUREL, NJ 08054 | 371 415 | Shapes/Arch Holdings LLC Shapes/Arch Holdings LLC | 5,019.22 5,019.22 | U U | 220 | Shapes/Arch Holdings LLC | 5,019.22 | U |
| CPT FREIGHT MANAGEMENT SERVICE 425 STEELWAY LANCASTER, PA 17601 | 242 | Shapes LLC | 3,400.00 | U | 126 | Shapes LLC | 3,400.00 | U |
| CROWN STAPLE & SUPPLY CO. 96N. HARRISON AVENUE CONGERS, NY 10920 | 474 | Shapes/Arch Holdings LLC | 1,455.11 | U | 430 | Shapes/Arch Holdings LLC | 1,455.11 | U |

4

| Name/ Address of Claimant | Claims To Be Expunged Claim Number(s) | Debtor | Claim Amount | Claim Type | Remaining Claims Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| CROWN STAPLE & SUPPLY CO. 96N. HARRISON AVENUE CONGERS, NY 10921 | 475 | Delair LLC | 338.00 | U | 428 | Delair LLC | 338.00 | U |
| CURBELL PLASTICS, INC. 7 COBHAM DRIVE ORCHARD PARK, NY 14127 | 679 | Shapes/Arch Holdings LLC | 336.84 | U | 522 | Shapes/Arch Holdings LLC | 336.84 | U |
| CUT-MARK, INC ATTN GEORGE W GIBSON, JR., PRESIDENT 801 S CHURCH ST., STE 6 MOUNT LAUREL, NJ 08054-2572 | 224 | Shapes/Arch Holdings LLC | 713.75 | U | 128 | Shapes/Arch Holdings LLC | 713.75 | U |
| DI MEDIO LUMBER & CABINET LLC ATTN ROBERT DI MEDIO, PARTNER 651 CUTLER AVE. MAPLE SHADE, NJ 08052 | 375 | Delair LLC | 3,022.00 | U | 293 | Delair LLC | 3,022.00 | U |
| ESTHER WILLIAMS/EWL PRODUCTIONS ANTHONY E. BELL, ESQ. LAW OFFICES OF ANTHONY E. BELL, INC. 33 S. GRAND AVE. 25TH FLOOR LOS ANGELES, CA 90071 | 708 | Shapes/Arch Holdings LLC | 43,271.00 | U | 595 | Shapes/Arch Holdings LLC | 43,271.00 | U |
|  | 733 | Shapes/Arch Holdings LLC | 43,271.00 | U |  |  |  |  |

5

|  | **Claims To Be Expunged** | | | | | **Remaining Claims** | | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| ETS CORPORATION OF DETROIT<br>320 HIGH TIDE DRIVE SUITE 201<br>ATTN: MARK GLIDDEN, VICE PRESIDENT<br>ST. AUGUSTINE, FL 32080 | 606 | Shapes/Arch Holdings LLC | 7,400.00 | U | 483 | Shapes/Arch Holdings LLC | 7,400.00 | U |
| FEDEX FREIGHT EAST<br>M JEFF JONES SR. MGR CREDIT/COLLECTIONS<br>FEDEX FREIGHT<br>PO BOX 840<br>HARRISON, AR 72602-0840 | 267 | Shapes/Arch Holdings LLC | 978.14 | U | 244 | Shapes/Arch Holdings LLC | 978.14 | U |
| FEDEX FREIGHT WEST<br>M JEFF JONES SR. MGR CREDIT/COLLECTIONS<br>FEDEX FREIGHT<br>PO BOX 840<br>HARRISON, AR 72602-0840 | 268 | Shapes/Arch Holdings LLC | 75.71 | U | 245 | Shapes/Arch Holdings LLC | 75.71 | U |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>ATTN: TRACI HAMER<br>1010 THOMAS EDISON BLVD. SW<br>CEDAR RAPIDS, IA 52404 | 860 | Shapes/Arch Holdings LLC | 232,341.56 | U | 871 | Shapes/Arch Holdings LLC | 232,341.56 | U |
| GILL POWDER COATING, INC<br>ATTN ANDREW J GILL, JR<br>1384 BYBERRY ROAD<br>BENSALEM, PA 19020 | 304 | Delair LLC | 42,877.45 | U | 255 | Delair LLC | 42,877.45 | U |

6

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| GMAC<br>ATTN M. BOHEN, AGENT<br>PO BOX 130424<br>ROSEVILLE, MN 55113 | 203 | Delair LLC | 40,997.54 | U | 178 | Delair LLC | 40,997.54 | U |
| GRAHAM COMPANY, THE<br>AMY E. VULPIO, ESQUIRE<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PLACE<br>PHILADELPHIA, PA 19103 | 473 | Shapes/Arch Holdings LLC | 27,187.50 | U | 424 | Shapes/Arch Holdings LLC | 27,187.50 | U |
| GRANCO CLARK, INC.<br>ATTN ROBERT FROSTICK, CFO<br>7298 N STOREY RD<br>BELDING, MI 48809 | 280 | Shapes/Arch Holdings LLC | 6,834.99 | U | 253 | Shapes/Arch Holdings LLC | 6,834.99 | U |
| GUYSON CORPORATION OF USA<br>ATTN JOSEPH W CODACOVI,<br>PRESIDENT & CEO<br>13 GRANDE BLVD<br>SARATOGA SPRINGS, NY 12866 | 289 | Shapes/Arch Holdings LLC | 615.89 | U | 181 | Shapes/Arch Holdings LLC | 615.89 | U |
| J.T. REDDY INC.<br>ATTN WALTER MEYERS<br>500 MARKET ST<br>PERTH AMBOY, NJ 08862 | 200 | Shapes/Arch Holdings LLC | 1,469.22 | U | 133 | Shapes/Arch Holdings LLC | 1,469.22 | U |
| JANI-KING OF PHILADELPHIA, INC.<br>ATTN DANIEL J MOORE<br>16885 DALLAS PARKWAY<br>ADDISON, TX 75001 | 418 | Ultra LLC | 3,288.64 | U | 118 | Ultra LLC | 3,288.64 | U |

|  | Claims To Be Expunged | | | | | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| JOHN STERLING CORPORATION<br>ATTN ROBERT M BERGSLIEN, CFO<br>11600 STERLING PARKWAY<br>RICHMOND, IL 60071 | 156 | Shapes/Arch Holdings LLC | 5,512.02 | U | 124 | Shapes/Arch Holdings LLC | 5,512.02 | U |
|  | 222 | Shapes/Arch Holdings LLC | 5,512.02 | U |  |  |  |  |
| JUNKER INC.<br>ATTN DIETMAR BREUER<br>PO BOX 645<br>WEST CHICAGO, IL 60186-0645 | 417 | Shapes/Arch Holdings LLC | 9,963.68 | U | 109 | Shapes/Arch Holdings LLC | 9,963.68 | U |
| KAM WAH METALWARE MAUFACTURING, LIMITED<br>B5, 11F., HONG KONG INDUSTRIAL CENTRE<br>489-491 CASTLE PEAK ROAD<br>KOWLOON,<br>HONG KONG | 459 | Shapes/Arch Holdings LLC | 24,838.56 | U | 321 | Shapes/Arch Holdings LLC | 24,838.56 | U |
| LAKE PARK TOOL & MACHINE INC.<br>ATTN TREASURER<br>1221 VELMA COURT<br>YOUNGSTOWN, OH 44512 | 419 | Shapes/Arch Holdings LLC | 3,480.00 | U | 119 | Shapes/Arch Holdings LLC | 3,480.00 | U |
| LATHAM MANUFACTURING CORP.<br>ATTN PHILIP GROGAN, CREDIT MANAGER<br>787 WATERVLIET-SHAKER ROAD<br>LATHAM, NY 12110 | 307 | Shapes/Arch Holdings LLC | 19,673.92 | U | 261 | Shapes/Arch Holdings LLC | 19,673.92 | U |

8

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: WHARTON HARDWARE & SUPPLY CO D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 116 | Shapes/Arch Holdings LLC | 5,086.28 | U | 64 | Shapes/Arch Holdings LLC | 5,086.28 | U |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: JA CUNNINGHAM EQPT, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 234 | Shapes/Arch Holdings LLC | 3,229.23 | U | 60 | Shapes/Arch Holdings LLC | 3,229.23 | U |
| LONDON & SCANDINAVIAN METALLURGICAL CO. LTD. / ATTN DJE BEARE, FINANCIAL DIR. FULLERTON ROAD ROTHERHAM SOUTH YORKSHIRE, 560 1DL ENGLAND | 357 | Shapes/Arch Holdings LLC | 18,378.15 | U | 299 | Shapes/Arch Holdings LLC | 18,378.15 | U |
| LOUIS P. CANUSO, INC. P.O. BOX 501 101 CROWN POINT RD. THOROFARE, NJ 08086-0501 | 150 | Shapes/Arch Holdings LLC | 1,521.84 | U | 62 | Shapes/Arch Holdings LLC | 1,521.84 | U |
| LOUISIANA DEPARTMENT OF REVENUE PO BOX 66658 BATON ROUGE, LA 70896 | 287 | Shapes/Arch Holdings LLC | 349.80 | U | 238 | Shapes/Arch Holdings LLC | 349.80 | U |

9

|  | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/ Address of Claimant | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| MACOWARE COMPANY LTD<br>1410 WORLD WIDE INDUSTRIAL CENTER<br>43-47 SHAN MEI STREET, FO TAN, SHATIN, N.T.,<br>HONG KONG | 444 | Shapes/Arch Holdings LLC | 1,723.68 | U | 425 | Shapes/Arch Holdings LLC | 1,723.68 | U |
| MATERIAL SCIENCES CORPORATION<br>2200 E PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007 | 738 | Shapes/Arch Holdings LLC | 23,828.27 | U | 796 | Shapes/Arch Holdings LLC | 23,828.27 | U |
| MERCHANTS FASTENER CORP.<br>ATTN ANNE SONNICK, CREDIT MANAGER<br>45-18 COURT SQUARE<br>SUITE 601<br>LONG ISLAND CITY, NY 11101 | 202 | Accu-Weld LLC | 1,752.71 | U | 183 | Accu-Weld LLC | 1,752.71 | U |
|  | 209 | Accu-Weld LLC | 1,752.71 | U |  |  |  |  |
|  | 227 | Accu-Weld LLC | 1,752.71 | U |  |  |  |  |
|  | 251 | Accu-Weld LLC | 1,752.71 | U |  |  |  |  |
|  | 276 | Accu-Weld LLC | 1,752.71 | U |  |  |  |  |
| METAL MANAGEMENT NORTHEAST, INC.<br>C/O SAM DELLA FERA,JR., ESQ.<br>TRENK DIPASQUALE WEBSTER DELLA FERA ETAL<br>347 MT PLEASANT AVE STE 300<br>WEST ORANGE, NJ 07052 | 274 | Shapes/Arch Holdings LLC | 46,225.64 | U | 221 | Shapes/Arch Holdings LLC | 46,225.64 | U |

| | Claims To Be Expunged | | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name/ Address of Claimant | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| MILLER PACKAGING MATERIALS<br>ATTN NORMAN MILLER, OWNER<br>PO BOX 939<br>BUCKINGHAM, PA 18912-0939 | 65 | Accu-Weld LLC | 2,886.00 | U | 12 | Accu-Weld LLC | 2,886.00 | U |
| MIRILLAS OPTICAS, S.L.<br>ATTN JOSE M PEDRET, ADMINISTRATOR<br>CUARTEL DE LEVANTE, 7<br>PARETS DEL VALLES, 08150<br>BARCELONA, SPAIN | 195 | Ultra LLC | 1,699.20 | U | 129 | Ultra LLC | 1,699.20 | U |
| MONROE TOOL & DIE INC<br>197 SHARPS RD.<br>ATTN: STEVEN KENNEDY, PRESIDENT<br>WILLIAMSTOWN, NJ 08094 | 611 | Shapes/Arch Holdings LLC | 16,040.00 | U | 345 | Shapes/Arch Holdings LLC | 16,040.00 | U |
| MSC INDUSTRIAL SUPPLY COMPANY<br>ATTN DAISY WALROND<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | 223 | Shapes/Arch Holdings LLC | 81.63 | U | 215 | Shapes/Arch Holdings LLC | 81.63 | U |
| NALCO COMPANY<br>ATTN: CHAD PECHMAN<br>1601 WEST DIEHL ROAD<br>NAPERVILLE, IL 60563 | 670 | Shapes LLC | 6,418.40 | U | 517 | Shapes LLC | 6,418.40 | U |

11

| | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/ Address of Claimant | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY<br>LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | 895 | Accu-Weld LLC | 143,365.67 | U | 874 | Accu-Weld LLC | 143,365.67 | U |
| NATIONAL GLASS ASSOCIATION<br>ATTN BETH MOORMAN, PRODUCTION DIRECTOR<br>8200 GREENSBORO DRIVE<br>SUITE 302<br>MC LEAN, VA 22102 | 233 | Shapes/Arch Holdings LLC | 4,874.75 | U | 55 | Shapes/Arch Holdings LLC | 4,874.75 | U |
| NORTHERN MARKETING<br>14-16 BROWN STREET<br>SALEM, MA 01970 | 678 | Ultra LLC | 13,115.40 | U | 485 | Shapes/Arch Holdings LLC | 13,115.40 | U |
| NORTHEAST METAL TRADERS, INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | 681 | Shapes LLC | 11,493.65 | U | 488 | Shapes LLC | 11,493.65 | U |
| NOVATOOL INC.<br>6100 BALTIMORE NATIONAL PIKE<br>BALTIMORE, MD 21228 | 232 | Shapes LLC | 904.13 | U | 54 | Shapes LLC | 904.13 | U |
| NPC ACQUISITIONS, INC.<br>ATTN RICHARD DAVIS, CONTROLLER<br>100 MAIN STREET<br>TULLYTOWN, PA 19007 | 384 | Accu-Weld LLC | 1,077.20 | U | 324 | Accu-Weld LLC | 1,077.20 | U |

12

| Name/ Address of Claimant | Claims To Be Expunged Claim Number(s) | Debtor | Claim Amount | Claim Type | Remaining Claims Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| | 410 | Accu-Weld LLC | 1,077.20 | U | | | | |
| PAGE TRANSPORTATION INC ATTN TERRI GILLOTTI ACCOUNTS RECEIVABLE / COLLECTIONS PO BOX 920 WEEDSPORT, NY 13166 | 146 | Shapes/Arch Holdings LLC | 3,808.57 | U | 40 | Shapes/Arch Holdings LLC | 3,808.57 | U |
| PALL TRINCOR C/O NIXON PEABODY LLP 437 MADISON AVENUE ATTN: JOSEPH M. GITTO, ESQ. NEW YORK, NY 10022 | 657 | Shapes/Arch Holdings LLC | 18,750.00 | U | 653 | Shapes LLC | 18,750.00 | U |
| | 658 | Shapes LLC | 18,750.00 | U | | | | |
| | 659 | Ultra LLC | 18,750.00 | U | | | | |
| | 660 | Delair LLC | 18,750.00 | U | | | | |
| | 661 | Accu-Weld LLC | 18,750.00 | U | | | | |
| PRECOAT METALS DIV. OF SEQUA CORPORATION 1310 PAPIN ST., 3RD FLR ATTN: ROBERT BACHUZEWSKI ST. LOUIS, MO 63103 | 676 | Delair LLC | 43,403.11 | U | 494 | Delair LLC | 43,403.11 | U |
| PRO AEROSOLS ATTN PETER G FROESS, OWNER 4042 WOODSDALE AVE ERIE, PA 16510 | 288 | Shapes/Arch Holdings LLC | 422.00 | U | 249 | Shapes/Arch Holdings LLC | 422.00 | U |

13

|  | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/ Address of Claimant | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| PUBLIC SERVICE ELECTRIC AND GAS CO-PSE&G<br>PO BOX 490<br>ATTN: NANCY OLIVERAS<br>CRANFORD, NJ 07016 | 367 | Ultra LLC | 19,916.00 | U | 297 | Ultra LLC | 19,916.00 | U |
| R-MAC TRANSPORT<br>C/O BRYAN C SCHROLL, ESQUIRE<br>LAW OFFICES OF BRYAN C SCHROLL<br>172 BRANDYWINE DRIVE<br>MARLTON, NJ 08053 | 277 | Shapes LLC | 19,252.32 | U | 241 | Shapes LLC | 19,252.32 | U |
| SAMA PLASTICS CORP.<br>SAMA WOOD, LLC.<br>ATTN GAIL S WOLFBERG, VICE PRESIDENT<br>20 SAND PARK ROAD<br>CEDAR GROVE, NJ 07009 | 136 | Shapes/Arch Holdings LLC | 1,896.00 | U | 58 | Shapes/Arch Holdings LLC | 1,896.00 | U |
| REVENUE MANAGEMENT<br>TRANSFEROR: MATI SALES, LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 607 | Delair LLC | 7,565.17 | U | 515 | Delair LLC | 7,565.17 | U |
| REVENUE MANAGEMENT<br>TRANSFEROR: MATI SALES, LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 608 | Ultra LLC | 7,332.92 | U | 516 | Ultra LLC | 7,332.92 | U |

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| SELEE CORPORATION<br>ATTN TIMOTHY P KRIEGEL, CFO<br>700 SHEPHERD STREET<br>HENDERSONVILLE, NC 28792 | 256 | Shapes LLC | 15,106.50 | U | 180 | Shapes LLC | 15,106.50 | U |
| | 286 | Shapes LLC | 15,106.50 | U | | | | |
| SENTRY INSURANCE, A MUTUAL COMPANY<br>ATTN: KEN ERLER<br>1800 NORTH POINT DRIVE<br>STEVENS POINT, WI 54481 | 411 | Shapes/Arch Holdings LLC | 275,680.00 | U | 389 | Shapes/Arch Holdings LLC | 275,680.00 | U |
| SHANGHAI HOUSING PROD CO LTD<br>RM 101, NO 19, INGXIANG YUAN,<br>LANE 501, NIANJIABANG ROAD<br>ZHOUPU TOWN, PUDONG,<br>SHANGHAI,<br>CHINA | 685 | Ultra LLC | 25,149.92 | U | 438 | Ultra LLC | 25,149.92 | U |
| SHAPES UNLIMITED, INC.<br>ATTN D FISHER, TREASURER<br>590 E WESTERN RESERVE RD<br>YOUNGSTOWN, OH 44514 | 76 | Shapes/Arch Holdings LLC | 23,119.72 | U | 7 | Shapes/Arch Holdings LLC | 23,119.72 | U |
| SPRINGER PUMPS LLC<br>861 TECH DR<br>TELFORD, PA 18969 | 214 | Shapes/Arch Holdings LLC | 1,244.78 | U | 127 | Shapes/Arch Holdings LLC | 1,244.78 | U |
| STAPLES, INC.<br>A/R COLLECTIONS DEPARTMENT<br>300 ARBOR LAKE DRIVE<br>COLUMBIA, SC 29223 | 377 | Delair LLC | 451.35 | U | 354 | Delair LLC | 451.35 | U |

|  | **Claims To Be Expunged** | | | | | | **Remaining Claims** | |
|---|---|---|---|---|---|---|---|---|
| **Name/ Address of Claimant** | **Claim Number(s)** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** |
| STAPLES, INC.<br>A/R COLLECTIONS DEPARTMENT<br>300 ARBOR LAKE DRIVE<br>COLUMBIA, SC 29223 | 378 | Ultra LLC | 874.09 | U | 355 | Ultra LLC | 874.09 | U |
| SYSTEM TRANSPORT INC<br>ATTN SUE WITTE, CREDIT MGR<br>PO BOX 3456<br>SPOKANE, WA 99220 | 379 | Shapes/Arch Holdings LLC | 15,723.71 | U | 333 | Shapes/Arch Holdings LLC | 15,723.71 | U |
| THEODORE E MOZER, INC<br>ATTN THOMAS W MOZER, PRESIDENT<br>PO BOX 25<br>4TH & MARKET STS<br>PALMYRA, NJ 08065 | 283 | Shapes/Arch Holdings LLC | 2,270.00 | U | 213 | Shapes/Arch Holdings LLC | 2,270.00 | U |
| TOTAL CARE NETWORK, INC<br>ATTN CHRISTINE M KNYSH, PRESIDENT / CEO<br>PENN TREATY PARK PLACE<br>1341 N DELAWARE AVE, SUITE 403<br>PHILADELPHIA, PA 19125-4300 | 359 | Shapes/Arch Holdings LLC | 1,620.00 | U | 330 | Shapes/Arch Holdings LLC | 1,620.00 | U |
| TRI-R-TOOL, INC.<br>629 S. WARRINGTON AVE<br>ATTN: YASCO WAINBERG, PRESIDENT<br>CINNAMINSON, NJ 08077 | 610 | Shapes/Arch Holdings LLC | 879.11 | U | 536 | Shapes/Arch Holdings LLC | 879.11 | U |
| TTI ENVIRONMENTAL INC.<br>ATTN WILLIAM DOLAN, CEO<br>1253 N CHURCH STREET<br>MOORESTOWN, NJ 08057 | 305 | Shapes/Arch Holdings LLC | 20,525.17 | U | 296 | Shapes/Arch Holdings LLC | 20,525.17 | U |

16

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | 317 | Shapes/Arch Holdings LLC | 5,613.87 | U | 308 | Shapes/Arch Holdings LLC | 5,613.87 | U |
| WAGSTAFF, INC.<br>ATTN KENDALL B PARKES, CFO<br>3910 N FLORA ROD<br>SPOKANE, WA 99216 | 358 | Shapes LLC | 17,897.50 | U | 301 | Shapes LLC | 17,897.50 | U |
| YALE SALES WHOLESALE HARDWARE<br>A DIVISION OF PRODUCTS ENGINEERING CORP<br>ATTN BERNARD BROOK, JR, CONTROLLER<br>2645 MARICOPA STREET<br>TORRANCE, CA 90503-5144 | 306 | Ultra LLC | 2,297.59 | U | 250 | Ultra LLC | 2,297.59 | U |