| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

Order Filed on 11/13/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER EXPUNGING AND DISALLOWING ADMINISTRATIVE CLAIMS OF MEDALCO METALS, INC.**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 11/13/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Administrative Claims of Medalco Metals, Inc.

---

Upon consideration of the above-captioned debtors' (the "Debtors")[1] objection (the "Objection") seeking an order expunging and disallowing administrative claims of Medalco Metals, Inc. ("Medalco"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1.	That the Objection is SUSTAINED.

2.	That Medalco's administrative proofs of claim identified as claim nos. 792 and 813 on the claims register are hereby expunged and disallowed in their entirety;

3.	That this Order does not affect the claim identified on Exhibit "A" as to the Alleged General Unsecured Claim; and

4.	That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\450984\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

| Name/Address of Claimant | Claim Number | Debtor | Claims of Medalco Metals, Inc. | | | Remaining Claim | |
|---|---|---|---|---|---|---|---|
| | | | Claim Amount | Claim Type | | Claim Amount | Claim Type |
| Medalco Metals, Inc.<br>245 Russell Street, Unit 16<br>Hadley, MA 01035 | 311 | Delair LLC | 62,908.72<br>-<br>62,908.72 | UNS<br>ADM<br>TOT | | 62,908.72<br>-<br>62,908.72 | UNS<br>ADM<br>TOT |
| Medalco Metals, Inc.<br>245 Russell Street, Unit 16<br>Hadley, MA 01035 | 792 | Delair LLC | -<br>62,908.72<br>62,908.72 | UNS<br>ADM<br>TOT | | -<br>0.00<br>0.00 | UNS<br>ADM<br>TOT |
| Medalco Metals, Inc.<br>245 Russell Street, Unit 16<br>Hadley, MA 01035 | 813 | Delair LLC | -<br>62,908.72<br>62,908.72 | UNS<br>ADM<br>TOT | | -<br>0.00<br>0.00 | UNS<br>ADM<br>TOT |

ADM   Administrative
UNS   General Unsecured Non-Priority
TOT   Total

*Approved by Judge Gloria M. Burns November 13, 2008*