| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**Order Filed on 11/13/2008 by Clerk U.S. Bankruptcy Court District of New Jersey**

### ORDER EXPUNGING AND DISALLOWING ADMINISTRATIVE CLAIMS OF <u>LAJOIE'S AUTO WRECKING CO., INC.</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 11/13/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Administrative Claims of LaJoie's Auto Wrecking Co, Inc.

---

Upon consideration of the above-captioned debtors' (the "<u>Debtors</u>")[1] objection (the "<u>Objection</u>") seeking an order to expunge and disallow administrative claims of LaJoie's Auto Wrecking Co., Inc. ("<u>LaJoie's</u>"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1.   That the Objection is SUSTAINED.

2.   That LaJoie's administrative proofs of claim identified as claim nos. 747 and 748 on the claims register are hereby expunged and disallowed in their entirety;

3.   That this Order does not affect the claim identified on <u>Exhibit "A"</u> as to the Alleged General Unsecured Claim; and

4.   That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\454961\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns November 13, 2008*

|  |  | Claims of LaJoie's Auto Wrecking |  |  | Remaining Claim |  |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** | **Claim Amount** | **Claim Type** |
| LaJoie's Auto Wrecking Co., Inc. c/o Michael J. Connolly, Esq. Bressler, Amery & Ross, P.C. Box 1980 Morristown, NJ 07962 | 565 | Shapes | 142,877.53 - 142,877.53 | UNS ADM TOT | 142,877.53 - 142,877.53 | UNS ADM TOT |
| LaJoie's Auto Wrecking Co., Inc. c/o Michael J. Connolly, Esq. Bressler, Amery & Ross, P.C. Box 1980 Morristown, NJ 07962 | 747 | Shapes | - 142,877.53 142,877.53 | UNS ADM TOT | - 0.00 0.00 | UNS ADM TOT |
| LaJoie's Auto Wrecking Co., Inc. c/o Michael J. Connolly, Esq. Bressler, Amery & Ross, P.C. Box 1980 Morristown, NJ 07962 | 748 | Shapes | - 142,877.53 142,877.53 | UNS ADM TOT | - 0.00 0.00 | UNS ADM TOT |

ADM   Administrative
UNS   General Unsecured Non-Priority
TOT   Total

Page 1 of 1
*Approved by Judge Gloria M. Burns November 13, 2008*