Order Filed on
**11/13/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
 A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : FOR THE DISTRICT OF NEW JERSEY |
| | : CHAPTER 11 |
| | : |
| Debtors. | : CASE NO. 08-14631 (GMB) |
| | : |
| | : |

### ORDER GRANTING THE DEBTORS' SECOND OMNIBUS
### OBJECTION TO DUPLICATE PROOFS OF CLAIM

The relief set forth on the following page, numbered (2) is hereby **ORDERED**.

**DATED: 11/13/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

In re: Shapes/Arch Holding, L.L.C., et al.

Case No: 08-14631

Order Granting the Debtors' Second Omnibus Objection to Duplicate Proofs of Claim
_____

        Upon consideration of the Debtors' Second Omnibus Objection to Duplicate

Proofs of Claim (the "Second Omnibus Objection") for the entry of an order (the

"Order") expunging and disallowing certain Filed Claims identified in Exhibit "A" to this

Order; and pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, good

and sufficient notice having been provided to each holder of a claim listed on the attached

exhibits; and the relief requested in the Second Omnibus Objection being in the best

interests of the Debtors and their estates and creditors; and the Court having reviewed

Objections to the Second Omnibus Objection, if any; and upon all proceedings had before

the Court; and after deliberation and sufficient cause appearing therefore, **IT IS**

**HEREBY ORDERED**:

        1.      That the Objection is SUSTAINED, as set forth herein;

        2.      That the duplicate proofs of claim identified on Exhibit "A" as "Claims to

be Expunged" are hereby expunged and disallowed in their entirety;

        3.      That this Order does not affect the claims identified in Exhibit "A" as to

the "Remaining Claim";

        4.      That the hearing with respect to the objection to the claims of Sentry

Insurance is hereby adjourned to December 16, 2008 at 11:30 a.m.; and

        5.      That the Debtors' and the Class 10 Liquidating Trustee's rights to file

other objections to claims, including those claims referenced in this Objection is hereby

fully reserved.

*Approved by Judge Gloria M. Burns November  13, 2008*

## EXHIBIT A

**Parties Holding Duplicate Claims**
**(all parties listed alphabetically, and individuals by last name)**

**Please refer to Pages 3 and 4 of the Second Omnibus Objection for the stated**
**grounds in support of the objection**

*Approved by Judge Gloria M. Burns November  13, 2008*

| Name/Address of Claimant | Claim Number | Debtor | Claim Amount | Claim Type | | Cross Claim Number | Debtor | Claim Amount | Claim Type | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Claim to be Expunged | | | | Remaining Claims | | | |
| BUCKS COUNTY WATER & SEWER AUTHORITY 1275 ALMSHOUSE ROAD WARRINGTON, PA 18976 | 23 765 | Shapes/Arch Shapes/Arch | 8,267.41 8,267.41 | U A | | 768 | Shapes/Arch | 8,267.41 | A | Allowed Claim has been paid pursuant to Plan and Confirmation Order. |
| PANITCH SCHWARZE BELISARIO & NADEL 2005 MARKET STREET, SUITE 2200 PHILADELPHIA, PA 19103 | 779 | Shapes/Arch | 3,140.00 | A | | 791 | Shapes/Arch | 3,140.00 | A | Allowed Claim has been paid pursuant to Plan and Confirmation Order. |
| EASTERN LIFT TRUCK COMPANY, INC PO BOX 307 MAPLE SHADE, NJ 08052 | 784 | Shapes/Arch | 2,754.06 | A | | 793 | Shapes/Arch | 2,754.06 | A | |
| CDW CORPORATION ATTN PHILLIS A. HAYES, AGENT C/O RECEIVABLE MANAGEMENT SERVICES (RMS) PO BOX 5126 TIMONIUM, MD 21094 | 46 | Shapes/Arch | 1,333.84 7,633.60 8,967.44 (total) | P U | | 204 | Shapes/Arch | 1,333.84 7,633.60 8,967.44 (total) | P U | Allowed Priority Claim has been paid pursuant to Plan and Confirmation Order. |
| METAL MANAGEMENT NORTHEAST, INC. C/O SAM DELLA FERA,JR., ESQ. TRENK DIPASQUALE WEBSTER DELLA FERA 347 MT PLEASANT AVE STE 300 WEST ORANGE, NJ 07052 | 811 | Shapes/Arch | 89,030.84 | A | | 812 | Shapes | 89,030.84 | A | Allowed Claim has been paid pursuant to Plan and Confirmation Order. |
| PENNSYLVANIA DEPARTMENT OF REVENUE ATTN: JAMES M. FOSTER, CHIEF BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 434 | Shapes | 815.00 54.00 869.00 (total) | P U | | 454 | Shapes | 815.00 54.00 869.00 (total) | P U | Allowed Priority Claim has been paid pursuant to Plan and Confirmation Order. |
| PENNSYLVANIA DEPARTMENT OF REVENUE ATTN: JAMES M. FOSTER, CHIEF BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 435 | Shapes/Arch | 1,714.00 4,274.00 5,988.00 (total) | P U | | 455 | Shapes/Arch | 1,714.00 4,274.00 5,988.00 (total) | P U | Allowed Priority Claim has been paid pursuant to Plan and Confirmation Order. |
| PENNSYLVANIA DEPARTMENT OF REVENUE ATTN: JAMES M. FOSTER, CHIEF BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 433 | Accu-Weld | 17.40 453.00 56.51 526.91 (total) | S P U | | 456 | Accu-Weld | 17.40 453.00 56.51 526.91 (total) | S P U | Allowed Priority Claim has been paid pursuant to Plan and Confirmation Order. |
| PENNSYLVANIA DEPARTMENT OF REVENUE ATTN: JAMES M. FOSTER, CHIEF BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 734 | Accu-Weld | 17.40 242.00 36.51 295.91 (total) | S P U | | 739 | Accu-Weld | 17.40 242.00 36.51 295.91 (total) | S P U | Allowed Priority Claim has been paid pursuant to Plan and Confirmation Order. |
| PENNSYLVANIA DEPARTMENT OF REVENUE ATTN: JAMES M. FOSTER, CHIEF BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 732 | Shapes | 242.00 | P | | 740 | Shapes | 242.00 | P | Allowed Claim has been paid pursuant to Plan and Confirmation Order. |
| | | | | | | | | | | |
| S - Secured | | | | | | | | | | |
| A - Administrative | | | | | | | | | | |
| P - Priority | | | | | | | | | | |
| U - Unsecured | | | | | | | | | | |
| T - Total Claimed | | | | | | | | | | |

456110

Page 1 of 1

*Approved by Judge Gloria M. Burns November  13, 2008*