| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>          Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |



Order Filed on
**11/13/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

### CONSENT ORDER RESOLVING DEBTORS' OBJECTION TO CLAIM OF TENNESSEE DEPARTMENT OF REVENUE AND REDUCING AND <u>ALLOWING ADMINISTRATIVE CLAIM</u>

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 11/13/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

**Page 2**

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Consent Order Resolving Debtors' Objection to Claim of Tennessee Department of Revenue and Reducing and Allowing Administrative Claim

---

This matter having come before the Court by Jerrold N. Poslusny, Jr., of Cozen O'Connor, attorneys for the Debtors and Gina Baker Hantel, of the Office of the Tennessee Attorney General, attorneys for Tennessee Department of Revenue ("Tennessee"); and

WHEREAS, the Debtors filed an objection (the "Objection")[1] to Tennessee's claim no. 637 (the "Priority Claim"), seeking to disallow and expunge the Priority Claim;

WHEREAS, subsequent to filing the Objection, Tennessee filed administrative claim no. 894 in the amount of $1,826.23 (the "Administrative Claim");

WHEREAS, the parties desire to settle the Objection to the Priority Claim and the amount of the Administrative Claim as set forth herein.

IT IS HEREBY ORDERED:

1. That the Priority Claim is hereby disallowed and expunged from the claims register; and

2. That the Administrative Claim is hereby allowed in the reduced amount of $579.50 as a administrative claim, which shall be paid within 30 days of entry of this Order.

CONSENTED TO BY:

| | |
|---|---|
| COZEN O'CONNOR, PC | OFFICE OF THE TENNESSEE ATTORNEY GENERAL |
| Counsel for Debtor | Counsel for Tennessee Department of Revenue |
| By:   /s/ Jerrold N. Poslusny, Jr. | By:   /s/ Gina Baker Hantel |
|       Mark E. Felger |       Gina Baker Hantel |
|       Jerrold N. Poslusny, Jr. | |

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns November 13, 2008*