Order Filed on
**11/12/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER APPROVING SETTLEMENT WITH**
**THE ENVIRONMENTAL PROTECTION AGENCY**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 11/12/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Approving Settlement with the Environmental Protection Agency

---

Upon consideration of the Debtors' motion for an order pursuant to 11 U.S.C. § 105(a) and Fed. R. Bank. P. 9019(b) authorizing and approving a settlement with the Environmental Protection Agency (the "<u>Motion</u>")[1], and good cause appearing therefore, it is hereby

ORDERED:

1. That the Motion is GRANTED.

2. That the Settlement Agreement attached to the Motion is approved.

CHERRY_HILL\473758\1 220718.000

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns November 12, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger           Page 1 of 1          Date Rcvd: Nov 13, 2008
Case: 08-14631                Form ID: pdf903          Total Served: 1

The following entities were served by first class mail on Nov 15, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2008**                    **Signature:** _Joseph Speetjens_