| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

Order Filed on 11/13/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER EXPUNGING AND DISALLOWING ADMINISTRATIVE AND PRIORITY
CLAIMS OF JIM SELLARS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 11/13/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Administrative and Priority Claims of Jim Sellars

---

Upon consideration of the above-captioned debtors' (the "Debtors")[1] objection (the "Objection") to the administrative and priority claims of Jim Sellars ("Sellars") seeking to expunge and disallow the proofs of claim, any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED.

2. That Sellars' administrative and priority proofs of claim identified as claim nos. 758, 836, 187 and 199 on the claims register are hereby expunged and disallowed in their entirety; and

3. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\473959\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

2

*Approved by Judge Gloria M. Burns November 13, 2008*

|  |  |  | Claims to be Expunged | | | Remaining Claim | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** | | **Claim Amount** | **Claim Type** |
| | | | 0.00 | UNS | | 0.00 | UNS |
| | | | 10,950.00 | PRY | | 0.00 | PRY |
| Jim Sellars 12871 Encanto Drive Victorville, CA 92392 | 187 | Shapes | 10,950.00 | TOT | | 0.00 | TOT |
| | | | 0.00 | UNS | | 0.00 | UNS |
| | | | 10,950.00 | PRY | | 0.00 | PRY |
| Jim Sellars 12871 Encanto Drive Victorville, CA 92392 | 199 | Shapes | 10,950.00 | TOT | | 0.00 | TOT |
| | | | 0.00 | UNS | | 0.00 | UNS |
| | | | 10,950.00 | ADM | | 0.00 | ADM |
| Jim Sellars 12871 Encanto Drive Victorville, CA 92392 | 758 | Ultra | 10,950.00 | TOT | | 0.00 | TOT |
| | | | 0.00 | UNS | | 0.00 | UNS |
| | | | 10,950.00 | ADM | | 0.00 | ADM |
| Jim Sellars 12871 Encanto Drive Victorville, CA 92392 | 836 | Shapes | 10,950.00 | TOT | | 0.00 | TOT |

PRY   Priority
UNS   General Unsecured Non-Priority
ADM   Administrative
TOT   Total

*Approved by Judge Gloria M. Burns November 13, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger              Page 1 of 1              Date Rcvd: Nov 14, 2008
Case: 08-14631                Form ID: pdf903             Total Served: 1

The following entities were served by first class mail on Nov 16, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2008**                    **Signature:** _Joseph Speetjens_