Order Filed on
**11/13/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>                Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

## ORDER EXPUNGING AND DISALLOWING ADMINISTRATIVE CLAIMS
## <u>OF MEDALCO METALS, INC.</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 11/13/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Administrative Claims of Medalco Metals, Inc.

---

Upon consideration of the above-captioned debtors' (the "Debtors")[1] objection (the "Objection") seeking an order expunging and disallowing administrative claims of Medalco Metals, Inc. ("Medalco"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1.    That the Objection is SUSTAINED.

2.    That Medalco's administrative proofs of claim identified as claim nos. 792 and 813 on the claims register are hereby expunged and disallowed in their entirety;

3.    That this Order does not affect the claim identified on Exhibit "A" as to the Alleged General Unsecured Claim; and

4.    That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\450984\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

2

*Approved by Judge Gloria M. Burns November  13, 2008*

| Name/Address of Claimant | Claim Number | Debtor | Claims of Medalco Metals, Inc. | | | Remaining Claim | |
|---|---|---|---|---|---|---|---|
| | | | Claim Amount | Claim Type | | Claim Amount | Claim Type |
| Medalco Metals, Inc. 245 Russell Street, Unit 16 Hadley, MA 01035 | 311 | Delair LLC | 62,908.72 | UNS | | 62,908.72 | UNS |
| | | | - | ADM | | - | ADM |
| | | | 62,908.72 | TOT | | 62,908.72 | TOT |
| Medalco Metals, Inc. 245 Russell Street, Unit 16 Hadley, MA 01035 | 792 | Delair LLC | - | UNS | | - | UNS |
| | | | 62,908.72 | ADM | | 0.00 | ADM |
| | | | 62,908.72 | TOT | | 0.00 | TOT |
| Medalco Metals, Inc. 245 Russell Street, Unit 16 Hadley, MA 01035 | 813 | Delair LLC | - | UNS | | - | UNS |
| | | | 62,908.72 | ADM | | 0.00 | ADM |
| | | | 62,908.72 | TOT | | 0.00 | TOT |

ADM   Administrative
UNS   General Unsecured Non-Priority
TOT   Total

*Approved by Judge Gloria M. Burns November 13, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger          Page 1 of 1          Date Rcvd: Nov 14, 2008
Case: 08-14631                Form ID: pdf903         Total Served: 1


The following entities were served by first class mail on Nov 16, 2008.
db          +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2008**                    **Signature:**   _Joseph Speetjens_