Order Filed on
**11/13/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER EXPUNGING AND DISALLOWING ADMINISTRATIVE CLAIMS OF**
**LAJOIE'S AUTO WRECKING CO., INC.**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 11/13/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Administrative Claims of LaJoie's Auto Wrecking Co, Inc.

---

Upon consideration of the above-captioned debtors' (the "<u>Debtors</u>")[1] objection (the "<u>Objection</u>") seeking an order to expunge and disallow administrative claims of LaJoie's Auto Wrecking Co., Inc. ("<u>LaJoie's</u>"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED.

2. That LaJoie's administrative proofs of claim identified as claim nos. 747 and 748 on the claims register are hereby expunged and disallowed in their entirety;

3. That this Order does not affect the claim identified on <u>Exhibit "A"</u> as to the Alleged General Unsecured Claim; and

4. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\454961\1  220718.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns November 13, 2008*

|  | Claims of LaJoie's Auto Wrecking | | | | | Remaining Claim | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** | | **Claim Amount** | **Claim Type** |
| LaJoie's Auto Wrecking Co., Inc.  c/o Michael J. Connolly, Esq.  Bressler, Amery & Ross, P.C.  Box 1980  Morristown, NJ  07962 | 565 | Shapes | 142,877.53  -  142,877.53 | UNS  ADM  TOT | | 142,877.53  -  142,877.53 | UNS  ADM  TOT |
| LaJoie's Auto Wrecking Co., Inc.  c/o Michael J. Connolly, Esq.  Bressler, Amery & Ross, P.C.  Box 1980  Morristown, NJ  07962 | 747 | Shapes | -  142,877.53  142,877.53 | UNS  ADM  TOT | | -  0.00  0.00 | UNS  ADM  TOT |
| LaJoie's Auto Wrecking Co., Inc.  c/o Michael J. Connolly, Esq.  Bressler, Amery & Ross, P.C.  Box 1980  Morristown, NJ  07962 | 748 | Shapes | -  142,877.53  142,877.53 | UNS  ADM  TOT | | -  0.00  0.00 | UNS  ADM  TOT |

ADM   Administrative  
UNS   General Unsecured Non-Priority  
TOT   Total

*Approved by Judge Gloria M. Burns November  13, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger            Page 1 of 1              Date Rcvd: Nov 14, 2008
Case: 08-14631                Form ID: pdf903           Total Served: 1

The following entities were served by first class mail on Nov 16, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2008**           **Signature:** _/s/ Joseph Speetjens_