*Order Filed on 11/13/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
 A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : FOR THE DISTRICT OF NEW JERSEY |
| | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631 (GMB) |

### ORDER GRANTING THE DEBTORS' SECOND OMNIBUS OBJECTION TO DUPLICATE PROOFS OF CLAIM

The relief set forth on the following page, numbered (2) is hereby **ORDERED**.

**DATED: 11/13/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

In re: Shapes/Arch Holding, L.L.C., et al.

Case No: 08-14631

Order Granting the Debtors' Second Omnibus Objection to Duplicate Proofs of Claim
_____

Upon consideration of the Debtors' Second Omnibus Objection to Duplicate Proofs of Claim (the "Second Omnibus Objection") for the entry of an order (the "Order") expunging and disallowing certain Filed Claims identified in Exhibit "A" to this Order; and pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, good and sufficient notice having been provided to each holder of a claim listed on the attached exhibits; and the relief requested in the Second Omnibus Objection being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed Objections to the Second Omnibus Objection, if any; and upon all proceedings had before the Court; and after deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED**:

    1.    That the Objection is SUSTAINED, as set forth herein;

    2.    That the duplicate proofs of claim identified on Exhibit "A" as "Claims to be Expunged" are hereby expunged and disallowed in their entirety;

    3.    That this Order does not affect the claims identified in Exhibit "A" as to the "Remaining Claim";

    4.    That the hearing with respect to the objection to the claims of Sentry Insurance is hereby adjourned to December 16, 2008 at 11:30 a.m.; and

    5.    That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

*Approved by Judge Gloria M. Burns November 13, 2008*

# EXHIBIT A

## Parties Holding Duplicate Claims
### (all parties listed alphabetically, and individuals by last name)

**Please refer to Pages 3 and 4 of the Second Omnibus Objection for the stated grounds in support of the objection**

*Approved by Judge Gloria M. Burns November 13, 2008*

Case 08-14631-GMB    Doc 715    Filed 11/16/08    Entered 11/17/08 01:15:58    Desc
Imaged Certificate of Service    Page 4 of 5

| | Claim to be Expunged | | | | | Remaining Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** | | **Cross Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** | **Comments** |
| BUCKS COUNTY WATER & SEWER AUTHORITY<br>1275 ALMSHOUSE ROAD<br>WARRINGTON, PA 18976 | 23<br>765 | Shapes/Arch<br>Shapes/Arch | 8,267.41<br>8,267.41 | U<br>A | | 768 | Shapes/Arch | 8,267.41 | A | Allowed Claim has been paid pursuant to Plan and Confirmation Order. |
| PANITCH SCHWARZE BELISARIO & NADEL<br>2005 MARKET STREET, SUITE 2200<br>PHILADELPHIA, PA 19103 | 779 | Shapes/Arch | 3,140.00 | A | | 791 | Shapes/Arch | 3,140.00 | A | Allowed Claim has been paid pursuant to Plan and Confirmation Order. |
| EASTERN LIFT TRUCK COMPANY, INC<br>PO BOX 307<br>MAPLE SHADE, NJ 08052 | 784 | Shapes/Arch | 2,754.06 | A | | 793 | Shapes/Arch | 2,754.06 | A | |
| CDW CORPORATION<br>ATTN PHILLIS A. HAYES, AGENT<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 46 | Shapes/Arch | 1,333.84<br>7,633.60<br><br>8,967.44 (total) | P<br>U | | 204 | Shapes/Arch | 1,333.84<br>7,633.60<br><br>8,967.44 (total) | P<br>U | Allowed Priority Claim has been paid pursuant to Plan and Confirmation Order. |
| METAL MANAGEMENT NORTHEAST, INC.<br>C/O SAM DELLA FERA,JR., ESQ.<br>TRENK DIPASQUALE WEBSTER DELLA FERA<br>347 MT PLEASANT AVE STE 300<br>WEST ORANGE, NJ 07052 | 811 | Shapes/Arch | 89,030.84 | A | | 812 | Shapes | 89,030.84 | A | Allowed Claim has been paid pursuant to Plan and Confirmation Order. |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN: JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 434 | Shapes | 815.00<br>54.00<br><br>869.00 (total) | P<br>U | | 454 | Shapes | 815.00<br>54.00<br><br>869.00 (total) | P<br>U | Allowed Priority Claim has been paid pursuant to Plan and Confirmation Order. |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN: JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 435 | Shapes/Arch | 1,714.00<br>4,274.00<br><br>5,988.00 (total) | P<br>U | | 455 | Shapes/Arch | 1,714.00<br>4,274.00<br><br>5,988.00 (total) | P<br>U | Allowed Priority Claim has been paid pursuant to Plan and Confirmation Order. |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN: JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 433 | Accu-Weld | 17.40<br>453.00<br>56.51<br>526.91 (total) | S<br>P<br>U | | 456 | Accu-Weld | 17.40<br>453.00<br>56.51<br>526.91 (total) | S<br>P<br>U | Allowed Priority Claim has been paid pursuant to Plan and Confirmation Order. |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN: JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 734 | Accu-Weld | 17.40<br>242.00<br>36.51<br>295.91 (total) | S<br>P<br>U | | 739 | Accu-Weld | 17.40<br>242.00<br>36.51<br>295.91 (total) | S<br>P<br>U | Allowed Priority Claim has been paid pursuant to Plan and Confirmation Order. |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>ATTN: JAMES M. FOSTER, CHIEF<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 732 | Shapes | 242.00 | P | | 740 | Shapes | 242.00 | P | Allowed Claim has been paid pursuant to Plan and Confirmation Order. |

S - Secured
A - Administrative
P - Priority
U - Unsecured
T - Total Claimed

456110

Page 1 of 1

*Approved by Judge Gloria M. Burns November 13, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: dfitzger              Page 1 of 1              Date Rcvd: Nov 14, 2008
Case: 08-14631                 Form ID: pdf903             Total Served: 1

The following entities were served by first class mail on Nov 16, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2008**                    **Signature:** _Joseph Speetjens_