| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

Order Filed on
11/13/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>          Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

**CONSENT ORDER RESOLVING DEBTORS' OBJECTION TO CLAIM OF
TENNESSEE DEPARTMENT OF REVENUE AND REDUCING AND
<u>ALLOWING ADMINISTRATIVE CLAIM</u>**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 11/13/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

**Page 2**

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Consent Order Resolving Debtors' Objection to Claim of Tennessee Department of Revenue and Reducing and Allowing Administrative Claim

---

This matter having come before the Court by Jerrold N. Poslusny, Jr., of Cozen O'Connor, attorneys for the Debtors and Gina Baker Hantel, of the Office of the Tennessee Attorney General, attorneys for Tennessee Department of Revenue ("Tennessee"); and

WHEREAS, the Debtors filed an objection (the "Objection")[1] to Tennessee's claim no. 637 (the "Priority Claim"), seeking to disallow and expunge the Priority Claim;

WHEREAS, subsequent to filing the Objection, Tennessee filed administrative claim no. 894 in the amount of $1,826.23 (the "Administrative Claim");

WHEREAS, the parties desire to settle the Objection to the Priority Claim and the amount of the Administrative Claim as set forth herein.

IT IS HEREBY ORDERED:

1. That the Priority Claim is hereby disallowed and expunged from the claims register; and

2. That the Administrative Claim is hereby allowed in the reduced amount of $579.50 as a administrative claim, which shall be paid within 30 days of entry of this Order.

CONSENTED TO BY:

| | |
|---|---|
| COZEN O'CONNOR, PC | OFFICE OF THE TENNESSEE ATTORNEY GENERAL |
| Counsel for Debtor | Counsel for Tennessee Department of Revenue |

By:   /s/ Jerrold N. Poslusny, Jr.            By:   /s/ Gina Baker Hantel
    Mark E. Felger                                   Gina Baker Hantel
    Jerrold N. Poslusny, Jr.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns November 13, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1            User: dfitzger              Page 1 of 1                 Date Rcvd: Nov 14, 2008
Case: 08-14631                  Form ID: pdf903             Total Served: 1

The following entities were served by first class mail on Nov 16, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2008**                    **Signature:**   *Joseph Speetjens*