**DRINKER BIDDLE & REATH LLP**
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103
(215) 988-2700
David B. Aaronson (DA 8387)
*Attorneys for Lightman Drum Company Superfund Site PRP Group,*
*Ewan Superfund Site PRP Group and D'Imperio Superfund Site PRP Group*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**(CAMDEN VICINAGE)**

| | |
|---|---|
| In re: | (Hon. Gloria M. Burns) |
| Shapes/Arch Holdings L.L.C., Shapes L.L.C., Delair L.L.C., Accu-Weld L.L.C., and Ultra L.L.C. | Chapter 11 |
| | Lead Case No. 08-14631 (GMB) |
| | (Jointly Administered) |
| Debtors | |

**NOTICE OF WITHDRAWAL OF CLAIMS**

The Lightman Drum Company Superfund Site PRP Group, Ewan Superfund Site PRP Group and D'Imperio Superfund Site PRP Group, hereby withdraw their claims filed in the above-captioned bankruptcy case, including, without limitation, claim numbers 496, 497, 498, 499, 500, 501, 502, 503, 504, 505, 506, 507, 508, 509 and 510.

Respectfully submitted,

Dated: November 18, 2008   By: /s/ David B. Aaronson
                                David B. Aaronson

                          -and-

                           /s/ Robert Gladstone
                           Robert Gladstone

WM01/ 106433.1