**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. GLORIA M. BURNS CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, Debtors. | Chapter 11 (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                           )    SS.:
COUNTY OF BERGEN      )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman

& Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On November 7, 2008, this office electronically filed with the United States

Bankruptcy Court for the District of New Jersey the following:

45765/0003-1543220v1

   (a) Notice of Motion of the Class 10 Liquidation Trust for an Order Granting a Further Extension of Time to File Objections to Unsecured Claims;

   (b) Application in Support of Motion;

   (c) Proposed form of Order granting the Motion;

   (d) Application in Support of Order Shortening Time for Notice of Hearing on Motion; and

   (e) Proposed form of Order Shortening Time.

  3. On November 11, 2008, I caused a true copy of the *Conformed Order Shortening Time for Notice of Hearing on the Class 10 Liquidation Trust's Motion for Entry of an Order Granting a Further Extension of Time to File Objections to Unsecured Claims*, which was signed by the Honorable Gloria M. Burns on November 10, 2008, and all pleadings referenced above in paragraph 2, to be served on all parties on the Service List attached hereto, in the manner so described.

  4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above referenced pleadings *via electronic service*.

  I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

               */s/ Cynthia Braden*
               CYNTHIA BRADEN

Sworn and subscribed to before me
this 20th day of November, 2008.

*/s/ Frances Pisano*
FRANCES PISANO
A Notary Public of New Jersey
My Commission Expires 12/02/08

2

**IN RE SHAPES/ARCH HOLDINGS L.L.C.**
**CASE NO. 08-14631 (GMB)**

**SERVICE LIST**

*<u>VIA ELECTRONIC MAIL</u>*

Mark E. Felger, Esq.
Cozen O'Connor
Attorneys for Debtors
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
mfelger@cozen.com

Richard A. Kellner
Creditors' Committee Co-Chairperson
Rusal America Corp.
550 Mamaroneck Ave.
Harrison, NY 10528
rlk@kbklawyers.com

Lawrence Flick, Esq.
Blank Rome LLP
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
flick@blankrome.com

Nancy A. Mitchell, Esq.
Greenberg Traurig, LLP
Attorneys for Arch Acquisition I, LLC
Metlife Building
200 Park Ave.
New York, NY 10016
mitchelln@gtlaw.com

Michael J. Cordone & Paul A. Patterson, Esqs.
Stradley Ronon Stevens & Young LLP
Attorneys for the CIT Group/Business Credit, Inc.
Woodland Falls Corporation Park
200 Lake Drive East
Cherry Hill, NJ  08002
ppaterson@stradley.com

Jeanine D. Clark, Esq.
Margolis Edelstein
Attorneys for Creditor, Shaw Alloy Piping Prod.
216 Haddon Avenue
P.O. Box 9222
Westmont, NJ  08108
clark@margolisedelstein.com

Sandford F. Schmidt, Esq.
Schmidt & Tomlinson
Attorneys for Atlantic Disposal Services, Inc.
29 Union Street
Medfrod, NJ  08055
schmidtlaw@comcast.net

Linda S. Fossi, Esq.
Deily, Mooney & Glastetter, LLP
Attorneys for DCFS Trust
One Greentree Centre
10000 Lincoln Drive East – Suite 201
Marlton, NJ  08053
lfossi@ddmlaw.com

Mark F. Heinze, Esq.
Attorney for Bil-Ray Aluminum Siding
Corporation of Queens, Inc.
85 Main St.
Hackensack, NJ 07601
markfheinze@gmail.com

***VIA OVERNIGHT MAIL***

Robert Lapowsky, Esq.
Stevens & Lee, P.C.
Special Counsel to Debtors
1818 Market Street, 29th Floor
Philadelphia, PA 19103

2

Brian Bull
Creditors' Committee Co-Chairperson
Alcan1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada

Glencore Ltd
Attn: Elitsa Golab
301 Tresser Blvd.
Stamford, CT 06901

Joe M. Lozano, Jr., Esq.
Brice, Vander Linden & Wernick, P.C.
Attorneys for Bank of America
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

Stephen Richman, Esq., Thomas Kohn, Esq.
R. Matthew Pettigrew, Jr., Esq.
Markowitz & Richman
Attorneys for U.I.U. Health & Welfare Fund
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107

Richard McNeill, Esq.
McNeill & Walker
Attorneys for Teamsters Local 837
230 South Broad Street
Suite 700
Philadelphia, PA 19102

Internal Revenue Service (IRS)
P.O. Box 21126
Philadelphia, PA 19114

New Jersey Attorney General
Office Division of Law
Attn: Tracy Richardson, Esq.
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

3

Timothy A. Bortz, UC Tax Agent/Bankruptcy Rep.
On behalf of Creditor, Office of Unemployment
Comp. Tax Services
Commonwealth of Pennsylvania, Dept. of Law & Ind.
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602-1184

Christine R. Etheridge, Bankruptcy Administration
IKON Financial Services
1738 Bass Road, P.O. Box 13708
Macon, GA  31208-3708

Gilbert B. Weisman, Esq.
c/o Becket and Lee LLP
Attorney/Agent for American Express Travel Related
Svcs Co. Inc. Corp Card
P.O. Box 3001
Malvern, PA  19355-0701

Bonnie A. Barnet, Esq. & Deborah Shuff, Esq.
Drinker Biddle & Reath LLP
Attys for Sears Holding, Georgia-Pacific, The Glidden
Co., Avery Dennison, Borden Foods, Crowley Corp.,
Garrett-Buchanan, Southeastern PA Trans. Authority
One Logan Square, 18th and Cherry Streets
Philadelphia, PA  19103

Sherry D. Lowe, Esq.
Lamm Rubenstone LLC
Attorneys for Modern Handling Equipment Co.
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

Shawn M. Christianson, Esq.
Buchalter Nemer, PC
Attorneys for Oracle Credit Corporation
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207

4

45765/0003-1542787v1

Mary Elizabeth Wolfe, Esq.
Koch & DeMarco, LLP
Attorneys for Twentieth Century
Refuse Removal Company
101 Greenwood Avenue
Jenkintown Plaza, Ste. 460
Jenkintown, PA 19046

Sharon Block, Esq.
Michelman & Block
Attorneys for A. Marianni's Sons, Inc.
811 Church Road
Suite 117-A
Cherry Hill, NJ 08002

Perry Burkett, Esq.
Attorneys for Metropolitan Lumber
Hardware & Bldg Supplies, Inc
617 Eleventh Avenue
New York, NY 10036

Barry C. Reed, Jr., Esq.
Reed & Giordano
Attorneys for Jennifer Sheehan
101 Tremont Street
Suite 900
Boston, MA 02108

Matthew W. Cheney, Esq.
Crowell & Moring LLP
Attorneys for Liberty Mutual Insurance Company
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Alan J. Brody, Esq.
Greenberg Traurig, LLP
Attorneys for Arch Acquisition I, LLC
200 Park Avenue
FLorham Park, NJ  07932-0677

Earl M. Forte, III, Esq.
Blank, Rome, Comisky & McCauley
Attorneys for Arcus ASI Funding, LLC and Arcus ASI, Inc.
One Logan Square
Philadelphia, PA 19103-6998

Tyler S. Graden
1515 Market Street
16th Floor
Philadelphia, PA 19102-1916

Gina Baker Hantel, Esq.
Office of the Attorney General
Attorneys for Tennessee Department of Revenue
Bankruptcy Division
PPO Box 20207
Nashville, TN 37202-0207

Markowitz & Richman
Attorneys United Independent Union Health & Welfare Fund
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107

Samantha L. Southall, Esq.
Buchanan Ingersoll & Rooney PC
Attorneys for Waste Management
 of New Jersey, Inc.
1835 Market Street, 14th Floor
Philadelphia, PA 19103

John Sullivan
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103

6