| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER PARTIALLY RECLASSIFYING ADMINISTRATIVE CLAIM OF PERFECT TRADE TO GENERAL UNSECURED CLAIM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Partially Reclassifying Administrative Claim of Perfect Trade to General Unsecured Claim

---

Upon consideration of the above-captioned debtors' (the "<u>Debtors</u>")[1] objection (the "<u>Objection</u>") seeking an order to Partially Reclassify Administrative Claim of Perfect Trade to General Unsecured Claim ("<u>Perfect Trade</u>"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1.  That the Objection is SUSTAINED.

2.  That Perfect Trade's administrative proof of claim identified as claim no. 772 on the claims register is hereby partially reclassified and allowed as indicated under the column labeled "Modified Claim" on <u>Exhibit "A"</u>, attached hereto; and

3.  That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\501709\1  226314.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

| Name/Address of Claimant | Claims Asserted with Incorrect Administrative Status | | | | Modified Claim | |
|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | Claim Amount | Claim Type |
| Perfect Trade<br>c/o Changqing Li<br>Rm. 903, Bldg. A, Huahong Mansion<br>No. 238 Tian Mu Shan Road<br>Hangzhou, China | 772 | Ultra LLC | -<br>273,108.42<br>273,108.42 | UNS<br>ADM<br>TOT | 72,250.52<br>200,857.90<br>273,108.42 | UNS<br>ADM<br>TOT |

ADM  Administrative
UNS  General Unsecured Non-Priority
TOT  Total