| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER EXPUNGING AND DISALLOWING ADMINISTRATIVE CLAIM OF
THE STATE OF NEW JERSEY DIVISION OF TAXATION**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Administrative Claim of the State of New Jersey Division of Taxation

---

Upon consideration of the above-captioned debtors' (the "<u>Debtors</u>")[1] objection (the "<u>Objection</u>") to the administrative claim of the State of New Jersey Division of Taxation ("<u>New Jersey</u>") seeking to expunge and disallow the proof of claim, any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED.

2. That New Jersey's administrative proof of claim identified as claim no. 873 on the claims register is hereby expunged and disallowed in its entirety; and

3. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including the claim referenced in this Objection is hereby fully reserved.

CHERRY_HILL\503347\1  226314.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.