**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
  A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-14631<br>: (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Debbie Reyes, paralegal to the firm of Cozen O'Connor, hereby certify that I caused true and correct copies of the following documents, to be served upon the parties listed on the attached service list, in the manner indicated, on November 26, 2008:

*Notice of the Debtors' Objection to the Administrative Claim of the State of New Jersey Division of Taxation Seeking to Expunge and Disallow the Proof of Claim;*

*Debtors' Objection to the Administrative Claim of the State of New Jersey Division of Taxation Seeking to Expunge and Disallow the Proof of Claim; and*

*Proposed Order Expunging and Disallowing Administrative Claim of The State of New Jersey Division of Taxation.*

                                                      /s/ Debbie Reyes
                                                      Debbie Reyes

Dated: November 26, 2008

**SHAPES/ARCH HOLDINGS L.L.C.**
**CASE NO. 08-14631 (GMB) (JOINTLY ADMINISTERED)**
<u>**MASTER SERVICE LIST**</u>

Robert Lapowsky, Esq. (via email)
Stevens & Lee, P.C.
181 Market Street, 29th Floor
Philadelphia, PA  19103
Special Counsel to Debtors

Donald MacMaster, Esq. (via email)
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Brian Bull (via regular mail)
Alcan
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada
Creditors' Committee Co-Chairperson

Richard A. Kellner (via regular mail)
Rusal America Corp.
550 Mamaroneck Ave.
Harrison, NY  10528
Creditors' Committee Co-Chairperson

Alan D. Halperin, Esq. (via email)
Donna Liebernman, Esq. (via email)
Debra J. Cohen, Esq. (via email)
Halperin Battaglia Raicht, LLP
555 Madison Avenue-9th Floor
New York, NY 10022-3301
Counsel for The Creditors' Committee

Michael D. Sirota, Esq. (via email)
Ilana Volkov, Esq. (via email)
Warren A. Usatine, Esq. (via email)
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
PO Box 800
Hackensack, NJ 07601
Local Counsel for The Creditors' Committee

2

Joel Shapiro, Esq. (via email)
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Lawrence Flick, Esq. (via email)
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
Attorneys for ASI Funding, LLC and Arcus ASI, Inc.

Paul A. Patterson, Esq. (via email)
Michael Cordone, Esq. (via email)
Mark J. Dorval, Esq. (via email)
Stradley Ronon
2600 One Commerce Square
Philadelphia, PA 19103
Attorneys for The CIT Group/Business Credit, Inc.

Louis T. DeLucia, Esq. (via email)
Alan J. Brody, Esq. (via email)
Alyson M. Fiedler, Esq. (via email)
Greenberg Traurig, LLP
200 Park Ave.
Florham Park, NJ 07932
Attorneys for Arch Acquisition I, LLC

Nancy A. Mitchell, Esq. (via email)
Greenberg Traurig, LLP
Metlife Building
200 Park Ave.
New York, NY 10016
Attorneys for Arch Acquisition I, LLC

Diane E. Vuocolo, Esq. (via email)
Greenberg Traurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
Attorneys for Arch Acquisition I, LLC

CHERRY_HILL\503660\1 226314.000

Jennifer M. Davies, Esq. (via email)
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
Attorneys for Modern Handling Equipment Co.

Steven J. Reisman, Esq. (via email)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attorneys for Glencore Ltd.

Glencore Ltd (via email)
Attn: Elitsa Golab
301 Tresser Blvd.
Stamford, CT  06901

John R. Morton, Jr. Esq. (via email)
Law Offices of John R. Morton, Jr.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys for Jaguar Credit Corporation and
Wells Fargo Equipment Finance, Inc.

Robert M. Marshall, Esq. (via email)
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, NJ 07470
Attorneys for Alumet Supply, Inc.

Joe M. Lozano, Jr., Esq. (via email)
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX  75243
Attorneys for Bank of America and VW Credit, Inc.

Jeffrey Kurtzman, Esq. (via email)
Klehr Harrison Harvey Branzbug & Ellers
260 South Broad Street
Philadelphia, PA 19102
Attorneys for A. Jerome Grossman and Frank Kessler

David W. Phillips, Esq. (via email)
Todd M. Galante, Esq. (via email)
Jeffrey M. Zalkin, Esq. (via email)
LeClairRyan
Two Penn Plaza East
Newark, NJ  07105-2249
Attorneys for De Lage Landen Financial Services, Inc.

Emmanuel J. Argentieri, Esq. (via email)
Parker McCay
PO Box 974
Marlton, NJ  08053
Attorneys for Pennsauken Township

Joseph M. Garemore, Esq. (via email)
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ  08096
Attorneys for Pollution Control Financing
Authority of Camden County

American Express Travel Related Services (via email)
Inc. Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701

Cheryl L. Cooper, Esq. (via email)
Holston, MacDonald, et al.
66 Euclid Street
PO Box 358
Woodbury, NJ  08096
Attorneys for Steven Battle

Robyn F. Pollack, Esq. (via email)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
Attorneys for SL Industries, Inc.

Kelly A. Krail, Esq. (via email)
Kathleen J. Collins, Esq. (via email)
1800 Chapel Ave. West, Suite 360
Cherry Hill, NJ  08002
Attorneys for Quickway, Inc.

5

Sam Della Fera, Jr., Esq. (via email)
Trenk, DiPasquale, et al.
347 Mt. Pleasant Ave., Suite 300
West Orange, NJ  07052
Attorneys for Metal Management Northeast, Inc. and
Metal Management Connecticut, Inc.

Bonnie A. Barnett, Esq. (via email)
Deborah Shuff, Esq. (via email)
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103
Attorneys for Sears Holding Management Corporation,
Georgia-Pacific Corp, The Glidden Co., Avery Dennison,
Borden Foods, Crowley Corp, Garrett-Buchanan
Southeastern Pennsylvania Transportation Authority

Andrew J. Flame, Esq. (via email)
Howard A. Cohen, Esq. (via email)
Drinker, Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801-1254
Attorneys for PPL Energyplus, LLC

Alan P. Fox, Esq. (via email)
Capehart & Scatchard, P.A.
Laurel Corporate Center-Suite 300 S
8000 Midlantic Drive
Mount Laurel, NJ  08054
Attorneys for Color Source, Inc.

Carol Rogers Cobb, Esq. (via email)
Giansante & Cobb, LLC
23 E. Main Street
Moorestown, NJ  08057-3309
Attorneys for Ward Sand & Materials, Inc.

William G. Wright, Esq. (via email)
Capehart Scatchard
Laurel Corporate  Center
 Suite 300 S
 8000 Midlantic Drive
 Mt. Laurel, NJ 08054
Attorneys for General Electric Capital Corporation

Ira Deiches, Esq. (via email)
Deiches & Ferschmann
25 Wilkins Ave.
Haddonfield, NJ 08033
Attorneys for Northeast Metal Traders, Inc.

John J. Winter, Esq. (via email)
The Chartwell Law Offices, LLP
2621 Van Buren Ave.
Norristown, PA 19403
Attorneys for PPG Industries, Inc.

Bruce Buechler, Esq. (via email)
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068
Attorneys for Sun Capital Partners Group IV, Inc.

Tyler S. Graden, Esq. (via email)
Conrad Obrien Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916
Attorneys for Rohm and Haas

John Sullivan, Esq. (via email)
Post & Schell PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
Attorneys for Liberty Mutual Insurance Company and
Wausau Underwriters Insurance Company

Mark D. Plevin, Esq. (via regular mail)
Kelly R. Cusick, Esq. (via regular mail)
Matthew W. Cheney, Esq. (via email)
Crowell & Morning LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595

Jeanine D. Clark, Esq. (via email)
Margolis Edelstein
216 Haddon Ave.
PO Box 9222
Westmont, NJ 08101
Attorneys for Shaw Alloy Piping Products, Inc.

Shawn M. Christianson, Esq. (via email)
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Attorneys for Oracle USA, Inc.

Melissa A. Pena, Esq. (via email)
Norris, McLaughlin & Marcus
721 Route 202-206
PO Box 1018
Somerville, NJ  08876-1018
Attorneys for Combustion Engineering, Inc.

William P. Miller, Esq.(via email)
Roberson Haworth & Reese
300 North Main Street, Suite 300
High Point, NC  27260
Attorneys for Blue Ridge General Contractors, LLC

R. Matthew Pettigrew, Jr., Esq. (via email)
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
Attorneys for U.I.U. Health & Welfare Fund

A. Dennis Terrell, Esq. (via email)
Michael J. Reynolds, Esq.
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Attorneys for Nationwide Industries, Inc.

Richard McNeill, Esq. (via regular mail)
McNeill & Walker
230 South Broad Street
Suite 700
Philadelphia, PA 19102
Attorneys for Teamsters Local 837

Bankruptcy Administration (via regular mail)
IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA  31208-4708

8

Internal Revenue Service (IRS) (via regular mail)
1601 Roosevelt Blvd.
Mail Drop Point N781
Philadelphia, PA  19154

New Jersey Attorney General's (via regular mail)
Office Division of Law
Attn: Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Commonwealth of Pennsylvania  (via regular mail)
State Office Building
1400 Spring Garden Street, Room 201
Philadelphia, PA  19130

Timothy A. Bortz, Esq. (via email)
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of  Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street-Room 203
Reading, PA  19602-1184

Donald G. Frankel, Esq. (via email)
Environmental Enforcement Section
Environmental and Natural Resources Division
Department of Justice
One Gateway Center
Suite 616
Newton, MA  02458
Attorneys for the Environmental Protection Agency,
Department of Interior and the National Oceanic and
Atmospheric Administration

New Jersey Department of Environmental Protection (via regular mail)
Attorney General of New Jersey
25 Market Street
P.O. Box 093
Trenton, NJ  08625

Tennessee Department of Revenue (via regular mail)
c/o TN Attorney General's Office
Cordell Hull Bldg.
425 5th Ave N.
Nashville, TN 37243

Michael J. Vanitallie, Esq. (via email)
Assistant Regional Counsel
EPA Region 2
290 Broadway
New York, NY 10007

Joseph Gibbons, Esq. (via email)
White and Williams
1800 One Liberty Place
Philadelphia, PA 19103-7395

**Parties listed on Exhibit A of the Objection**

NEW JERSEY DIVISION OF TAXATION (via regular mail)
ATTN MICHAEL READING, AUTHORIZED AGENT
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08646