| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br>A Pennsylvania Professional Corporation<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER EXPUNGING AND DISALLOWING CLAIM OF
THE STATE OF NEW JERSEY, DEPARTMENT OF
<u>ENVIRONMENTAL PROTECTION</u>**

The relief set forth on the following page, number two (2), is hereby **ORDERED**

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Claim of The State of New Jersey, Department of Environmental Protection

---

Upon consideration of the above-captioned debtors' (the "Debtors")[1] objection (the "Objection") seeking to expunge and disallow the claim of the State of New Jersey, Department of Environmental Protection (the "NJDEP"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED:**

1. That the Objection is SUSTAINED.

2. The NJDEP's claim identified as claim no. 603 on the claims register is hereby expunged and disallowed in its entirety; and

3. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims is hereby fully reserved.

6664388

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.