Joseph G. Gibbons, Esq. (7710)
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-7000

Attorneys for Century Indemnity Company

Mark D. Plevin
Matthew W. Cheney
Kelly R. Cusick
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

and

John Sullivan
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

Attorneys for Liberty Mutual Insurance Company and
Wausau Underwriters Insurance Company

|  |  |  |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., | : | CHAPTER 11 |
| <u>et al.</u>, | : |  |
| Debtors. | : | CASE NO. 08-14631 (GMB) |
|  | : | (Jointly Administered) |
|  | : |  |
|  | : | **Hearing Date:    January 5, 2009** |
|  | : | **at 10:00 a.m.** |

**NOTICE OF CERTAIN INSURERS' OBJECTION TO, AND JOINDER IN DEBTORS'
OBJECTION TO THE CLAIM OF THE STATE OF NEW JERSEY,
<u>DEPARTMENT OF ENVIRONMENTAL PROTECTION</u>**

PHLDMS1 4876975v.2

Liberty Mutual Insurance Company, Wausau Underwriters Insurance Company, and Century Indemnity Company (collectively, "Certain Insurers"), parties in interest in the above captioned Chapter 11 cases, by and through their undersigned counsel, have filed an objection to and joinder to Debtors' objection to the claim of the State of New Jersey, Department of Environmental Protection (the "<u>Objection</u>").

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested by the Debtors, or if you want the Court to consider your views on the Motion, then on or before December 29, 2008 you or your attorney must:

File with the Court an answer explaining your position at:  Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067 Camden, NJ 08101-2067.  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also mail a copy to:

Jerrold N. Poslusny, Jr., Esquire, Cozen O'Connor, Liberty View, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ 08002, Joseph G. Gibbons, Esquire, White and Williams LLP, 1800 One Liberty Place, Philadelphia, PA 19103, John Sullivan, Esquire, Post & Schell PC, 1600 John F. Kennedy Blvd., Philadelphia, PA 19103 and Matthew W. Cheney, Esquire, Crowell & Moring LLP 1001 Pennsylvania Avenue, N.W., Washington D.C. 20004.

Attend a hearing scheduled to be held on January 5, 2009 at 10:00 a.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  November 26, 2008                WHITE AND WILLIAMS LLP


By:    */s/ Joseph G. Gibbons.*
Joseph G. Gibbons, Esq.
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-7000

Attorneys for Century Indemnity Company

CROWELL & MORING LLP
Mark D. Plevin
Matthew W. Cheney
Kelly R. Cusick
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500

and

POST & SCHELL PC
John Sullivan
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

Attorneys for Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company

6663106

3

PHLDMS1 4876975v.2