| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Joseph G. Gibbons, Esq. (7710)<br>WHITE AND WILLIAMS LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395<br>(215) 864-7000<br><br>Attorneys for Century Indemnity Company<br><br>Mark D. Plevin<br>Matthew W. Cheney<br>Kelly R. Cusick<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>(202) 624-2500<br><br>and<br><br>John Sullivan<br>POST & SCHELL PC<br>1600 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br>(215) 587-1000<br><br>Attorneys for Liberty Mutual Insurance Company<br>and<br>Wausau Underwriters Insurance Company | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>        Debtors. | |

**ORDER EXPUNGING AND DISALLOWING CLAIM OF**
**THE STATE OF NEW JERSEY, DEPARTMENT OF**
**<u>ENVIRONMENTAL PROTECTION</u>**

The relief set forth on the following page, number two (2), is hereby **ORDERED**

PHLDMS1 4877014v.1

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Claim of The State of New Jersey, Department of Environmental Protection

---

Upon consideration of Certain Insurers' objection to, and joinder in Debtors' objections to, the claim of the State of New Jersey, Department of Environmental Protection (the "NJDEP") seeking to expunge and disallow the NJDEP Claim (the "Objection"), any other objections to the NJDEP Claim, any responses or objections thereto, notice of the Objection appearing appropriate, and for cause shown, it is hereby **ORDERED:**

1. That the Objection is SUSTAINED.

2. The NJDEP's claim identified as claim no. 603 on the claims register is hereby expunged and disallowed in its entirety; and

3. That Certain Insurers', the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims are hereby fully reserved.

6664388v2

2

PHLDMS1 4877014v.1