Order Filed on
**11/26/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
 A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

Debtors.

Case No. 08-14631(GMB)

Judge: Gloria M. Burns

Chapter:  11

### ORDER RECLASSIFYING PRIORITY CLAIM OF
### METAL STRUCTURES, INC. TO GENERAL UNSECURED CLAIM

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 11/26/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Reclassifying Priority Claim of Metal Structures, Inc. to General Unsecured Claim

___

Upon consideration of the above-captioned debtors' (the "Debtors") objection seeking an order to reclassify priority claim of Metal Structures, Inc. ("Metal Structures") to general unsecured claim (the "Objection"),[1] any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1.     That the Objection is SUSTAINED.

2.     That Metal Structures' proof of claim identified as claim no. 63 on the claims register is reclassified as a general unsecured claim in the amount of $24,400.00.

3.     That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including the claim referenced in this Objection is hereby fully reserved.

CHERRY_HILL\479124\1  226317.000

___

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns November  26, 2008*