Joseph G. Gibbons, Esq. (7710)
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-7000

Attorneys for Century Indemnity Company

Mark D. Plevin
Matthew W. Cheney
Kelly R. Cusick
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500

and

John Sullivan
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000

Attorneys for Liberty Mutual Insurance Company and
Wausau Underwriters Insurance Company

|  |  |  |
|---|---|---|
|  | : | UNITED STATES BANKRUPTCY COURT |
| In re: | : | FOR THE DISTRICT OF NEW JERSEY |
|  | : |  |
| SHAPES/ARCH HOLDINGS L.L.C., | : | CHAPTER 11 |
| et al., | : |  |
| Debtors. | : | CASE NO. 08-14631 (GMB) |
|  | : | (Jointly Administered) |
|  | : |  |
|  | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 26, 2008, I caused a true and correct copy of Certain

Insurers' Objection to, and Joinder in Debtors' Objections to, the Claim of the State of New

Jersey, Department of Environmental Protection upon the parties on the attached service list via

regular first-class U.S. mail, postage pre-paid and upon all other parties on the Rule 2002 Service

List via the Court's electronic notification system.

DATED:  December 2, 2008

_/s/ Joseph G. Gibbons_
Joseph G. Gibbons, Esq.
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-7000

Attorneys for Century Indemnity Company

PHLDMS1 4877870v.1

## SERVICE LIST

Robert Lapowsky, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Brian Bull
Alcan
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada

Richard A. Kellner
Rusal America Corp.
550 Mamaroneck Avenue
Harrison, NY 10528

Lawrence Flick, Esquire
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Nancy A. Mitchell, Esquire
Greenberg Traurig, LLP
Metlife Building
200 Park Avenue
New York, NY 10016

Jennifer M. Davies, Esquire
Lamm Rubenstone LLC
3600 Horizon Boulevard, suite 200
Trevose, PA 19053

Glencore Ltd.
Attn:  Elitsa Golab
301 Tresser Boulevard
Stamford, CT 06901

Joe M. Lozano, Jr., Esquire
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

PHLDMS1 4877870v.1

American Express Travel Related Services Inc. Corp. Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Kelly A. Krail, Esquire
Kathleen J. Collins, Esquire
1800 Chapel Ave. West, Suite 360
Cherry Hill, NJ 08002

Bonnie A. Barnett, Esquire
Deborah Shuff, Esquire
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

Tyler S. Graden, Esquire
Conrad Obrien Gellman & Rohn, P.C.
1515 Market Street, 16th floor
Philadelphia, PA 19102-1916

John Sullivan, Esquire
Post & Schell PC
1600 John f. Kennedy Blvd.
Philadelphia, PA 9103

Jeanine D. Clark, Esquire
Margolis Edelstein
216 Haddon Avenue
P. O. Box 9222
Westmont, NJ 08101

Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

William P. Miller, Esquire
Roberson Haworth & Reese
300 North Main Street, Suite 300
High Point, NC 27260

4

Richard McNeill, Esquire
McNeill & Walker
230 South Broad Street, Suite 700
Philadelphia, PA 19102

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P. O. Box 13708
Macon, GA 31208-4708

Internal Revenue Services
1601 Roosevelt Boulevard
Mail Drop Point N781
Philadelphia, PA 19154

New Jersey Attorney General's Office
Division of Law
Attn:  Tracy Richardson
Richard J. Hughes Justice Complex
25 Market Street, P. O. Box 112
Trenton, NJ 08625-0112

Commonwealth of Pennsylvania
State Office Building
1400 Spring Garden Street, Room 201
Philadelphia, PA 19130

Timothy A. Bortz, Esquire
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street – Room 203
Reading, PA 19602-1184

Donald G. Frankel, Esquire
Environmental Enforcement Section
Environmental and Natural Resources Division
Department of Justice
One Gateway Center, Suite 616
Newton, MA 02458

New Jersey Department of Environmental Prote
Attorney General of New Jersey
25 Market Street
P. O. Box 093
Trenton, NJ 08625

5

Tennessee Department of Revenue
c/o TN Attorney General's office
Cordell Hull Building
425 5th Avenue N.
Nashville, TN 37243

Michael J. Vanitallie, Esquire
Assistant Regional Counsel
EPA Region 2
290 Broadway
New York, NY 10007

PHLDMS1 4877870v.1