|  |  |
|---|---|
| In re | UNITED STATES BANKRUPTCY COURT : FOR THE DISTRICT OF NEW JERSEY |
|  | Chapter 11 |
| SHAPES/ARCH HOLDINGS, L.L.C., | Case No. 08-14631 (GMB) |
|  | (Jointly Administered) |
| Debtor. |  |
|  | **Hearing Date: January 5, 2009 at 10:00 a.m.** |

### CERTIFICATE OF SERVICE

The undersigned hereby certify that on this 2nd day of December, 2008, he cause a true and correct copy of Response of Eric S. Laboz to Debtor's Objection Seeking Order Reclassifying Claim No. 614 via U.S. first class mail as follows:

Jerrold N. Plslusny, Jr. Esquire
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002

Donald McMaster, Esquire
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ  07102

Michael D. Sirota, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ  07601

Alan D. Halperin, Esquire
Halperin, Battaglia, Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY  10022

_____
JEFFREY KURTZMAN

PHIL1 818012-1