| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Jeffrey Kurtzman, Esquire (JK-7689)<br>KLEHR, HARRISON, HARVEY,<br>BRANZBURG & ELLERS<br>A Pennsylvania Limited Liability Partnership<br>457 Haddonfield Road, Suite 510<br>Cherry Hill, NJ 08002-2220<br>Phone: (856) 486-7900<br>Fax: (856) 486-4875<br>Attorneys for Eric S. Laboz | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>                Debtors. | Case No. 08-14631 (GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter 11<br><br>Hearing Date: January 5, 2008 at 10:00 a.m. |

## ORDER DENYING DEBTORS' OBJECTION SEEKING ORDER RECLASSIFYING THE CLAIM OF ERIC S. LABOZ

The relief set forth on the following page, numbered two (2). is hereby **ORDERED.**

PHIL1 818027-1

Page 2
Case Name: Shapes/Arch Holdings, LLC
Case No.: 08-14631
Order Denying Debtors' Objection Seeking Order Reclassifying the Claim of Eric S. Laboz

Upon consideration of the above-captioned debtors' objection (the "Objection") seeking an order reclassifying the claim of Eric S. Laboz (the "Claimant"), and the response filed by the Claimant to the relief requested in the Objection, and after notice and an opportunity for hearing, and good cause appearing, it is hereby ORDERED:

1. That the Objection is overruled.

2. That the Claimant is hereby determined to have an allowed priority claim pursuant to 11 U.S.C. § 507(a)(4) in the amount of $10,950 and an allowed Class 10 general unsecured claim in the amount of $5,423.

3. That distribution on account of the claim described in the preceding paragraph shall be made as soon as practicable and as otherwise provided in the confirmed plan of reorganization in these proceedings.

PHIL1 818027-1