**TTI Environmental Incorporated**
1253 North Church Street
Moorestown, New Jersey 08057
Tel: 856-840-8800
Fax: 856-840-8815

*A Service Disabled Veteran Owned Small Business*

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ
2008 DEC -1  AM 12:30
JAMES J. WALDRON
BY:
DEPUTY CLERK

November 25, 2008

Clerk
U. S. Bankruptcy Court
U.S. Post Office & Courthouse Building
401 Market Street
2nd Floor
P.O. Box 2067
Camden, New Jersey 08101-2067

In re:  SHAPES/ARCH HOLDINGS L.L.C., et al Debtors
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HON. GLORIA M. BURNS
CASE NO. 08-14631(GMB)

## ANSWER TO NOTICE OF MOTION OF THE CLASS 10 LIQUIDATION TRUST'S FIRST OMNIBUS OBJECTION TO CLAIMS AGAINST THE DEBTORS

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., et al., the above captioned debtors and debtors-in-possession, have filed a motion (the "Motion") for an Order reducing and/or expunging certain claims which are duplicate claims. TTI Environmental, Inc. ("TTI") is a creditor of the Trust, no., Claim No. 305 with a claim in the amount of $20,525.17. This claim was filed on April 16, 2008 ahead of the deadline of May 15, 2008. Copies of the Proof of Claim and the Acknowledgement of Receipt of Proof of Claim are enclosed.

**Providing Sound Environmental Solutions For Business & Industry**
www.ttienv.com

TTI requests that the Court deny the Movant's request for an Order disallowing and expunging Claim No. 305. TTI's claim no. 305 is not duplicative and was filed against Aluminum Shapes of Delair, New Jersey for inspection services rendered. Claim 305 is one Claim against the consolidated Debtors and is one Claim against or obligation of the Debtors as if they were consolidated and can be satisfied with one distribution from the Debtor's Estates.

## CONCLUSION

**WHEREFORE,** TTI respectfully requests the Court deny the Movant's motion for an order to reduce and/or expunge our Claim No. 305.

Very truly yours,

TTI Environmental, Inc.

William P. Dolan
CEO

Enclosure (s)
    Copy of Proof of Claim
    Copy of Acknowledgement of Receipt of Proof of Claim
    Copies of Invoice Nos. 9664, 9856, 9921 & 9943



P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* SAH CLMLTR (MERGE2,TXNUM2) 4000002236 \*\*\*\*
TTI ENVIRONMENTAL INC.
ATTN WILLIAM DOLAN, CEO
1253 N CHURCH STREET
MOORESTOWN, NJ 08057



May 07, 2008

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the SHAPES/ARCH HOLDINGS LLC case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | Shapes/Arch Holdings LLC |
| Case Number: | 08-14631631 |
| Creditor: | TTI ENVIRONMENTAL INC. |
| Date Received: | 04/24/2008 |
| Claim Number: | 305 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/SAH. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2500 or via our contact form on our website at http://www.epiqbankruptcysolutions.com/contact.htm. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

# PROOF OF CLAIM

| In Re: Shapes/Arch Holdings LLC et al. Debtors. | Chapter 11 Case No. 08-14631 through 08-14635 (GMB) |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TTI Environmental Inc.
1253 N. Church Street
Moorestown, NJ 08057

Telephone number: 856-840-8800   Email Address: billd@ttienv.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: 4/16/08

[Stamp: 2008 DEC -1 AM 12:30 U.S. BANKRUPTCY COURT FILED CAMDEN, NJ BY: DEPUTY CLERK JAMES J. WALDRON]

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 20,525.17

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** services performed - invoices (4) attached
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have schedules account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate ____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:

   $_____

   * Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

   **FOR COURT USE ONLY**

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

| Date: 4/16/08 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    *[signed]*    William Dolan, CEO |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



TTI Environmental Incorporated
1253 North Church Street
Moorestown, New Jersey 08057
Tel: 856-840-8800
Fax: 856-840-8815

INVOICE NO.: 9856

INVOICE DATE: 2/29/08

**Providing Sound Environmental Solutions For Business & Industry**
www.ttienv.com

SOLD TO:
A90
ALUMINUM SHAPES
9000 RIVER ROAD
DELAIR, NJ 08110
BOB NEILSON

SHIP TO:
ATTN: BOB NEILSON

#: 22-2622257

PLEASE RETURN THIS STUB WITH YOUR REMITTANCE

PAST DUE BALANCES SUBJECT TO:
1 1/2% PER MONTH FINANCE CHARGE.

| CUSTOMER ORDER NO. | REFERENCE NO. | TERMS: NET 10 DAYS | PROJECT NO. | SALESMAN |
|---|---|---|---|---|
| 123 | 71069 | | 07-1069 | SWN |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | PROJECT: INTEGRITY INSPECTIONS OF 11 AST's<br>TTI PROJECT NO. 07-1069<br><br>PARTIAL INVOICE | | |
| 1.00 | EXTERNAL VISUAL INSPECTIONS | 300.00 TANK | 3,300.00 |
| 1.00 | INTERNAL VISUAL INSPECTION | 1200.00 TANK | 1,200.00 |

TO PAY BY **VISA** OR **MASTERCARD** CALL
ACCOUNTS RECEIVABLE AT 856-840-8800

**INVOICE TOTAL** 4,500.00

**BALANCE DUE** 4,500.00



TTI Environmental Incorporated
1253 North Church Street
Moorestown, New Jersey 08057
Tel: 856-840-8800
Fax: 856-840-8815

**INVOICE NO.:** 9943
**INVOICE DATE:** 3/31/08

**Providing Sound Environmental Solutions For Business & Industry**
www.ttienv.com

**SOLD TO:**
A90
ALUMINUM SHAPES
9000 RIVER ROAD
DELAIR, NJ 08110
BOB NEILSON

**SHIP TO:**
ATTN: BOB NEILSON

N#: 22-2622257

PLEASE RETURN THIS STUB WITH YOUR REMITTANCE

PAST DUE BALANCES SUBJECT TO:
1 1/2% PER MONTH FINANCE CHARGE.

| CUSTOMER ORDER NO. | REFERENCE NO. | TERMS: NET 10 DAYS | PROJECT NO. | SALESMAN |
|---|---|---|---|---|
| 2423 | 71069 | | 07-1069 | SWN |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | PROJECT: INTEGRITY INSPECTION OF 11 AST's<br>TTI PROJECT NO 07-1069<br><br>REPORTING | | 2,200.00 |

TO PAY BY **VISA** OR **MASTERCARD** CALL
ACCOUNTS RECEIVABLE AT 856-840-8800

**INVOICE TOTAL** 2,200.00
**BALANCE DUE** 2,200.00



**TTI Environmental Incorporated**
1253 North Church Street
Moorestown, New Jersey 08057
Tel: 856-840-8800
Fax: 856-840-8815

INVOICE NO.: 9664
INVOICE DATE: 12/31/07

**Providing Sound Environmental Solutions For Business & Industry**
www.ttienv.com

SOLD TO:
A90
ALUMINUM SHAPES
9000 RIVER ROAD
DELAIR, NJ 08110
BOB NEILSON

SHIP TO:
ATTN: BOB NEILSON

N#: 22-2622257

PLEASE RETURN THIS STUB WITH YOUR REMITTANCE

PAST DUE BALANCES SUBJECT TO:
1 1/2% PER MONTH FINANCE CHARGE.

| CUSTOMER ORDER NO. | REFERENCE NO. | TERMS | PROJECT NO. | SALESMAN |
|---|---|---|---|---|
| 1526 | 7954 | NET 10 DAYS | 07-954 | DN |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | EQUIPMENT AND MATERIALS | | |
| | OMNTEC (ELID-LF CONSOLE) | | 2,469.00 |
| | OMNTEC (LF-1-SS HIGH LEVEL SENSOR) | | 429.00 |
| | OMNTEC (US-26" ULTRASONIC LEVEL PROBE) | | 2,147.00 |
| | OMNTEC (LWS-SS NON DISTINGUISHING INTERSTITIAL SENSOR) | | 348.00 |
| | OVERFILL PIPING MATERIALS 4" PVC AND FITTINGS | | 200.00 |
| | FIELD LABOR | | |
| | 3-MAN CREW (ONE DAY) | | 1,845.00 |
| | ENERGY AND INSURANCE SURCHARGE | | 223.14 |

TO PAY BY **VISA** OR **MASTERCARD** CALL
ACCOUNTS RECEIVABLE AT 856-840-8800

**INVOICE TOTAL** 7,661.14
**BALANCE DUE** 7,661.14



**TTI Environmental Incorporated**
1253 North Church Street
Moorestown, New Jersey 08057
Tel: 856-840-8800
Fax: 856-840-8815

**INVOICE NO.:** 9921
**INVOICE DATE:** 3/31/08

**Providing Sound Environmental Solutions For Business & Industry**
www.ttienv.com

A90

**SOLD TO:**
ALUMINUM SHAPES
9000 RIVER ROAD
DELAIR, NJ 08110
BOB NEILSON

**SHIP TO:**
ATTN: BOB NEILSON

#: 22-2622257    PLEASE RETURN THIS STUB WITH YOUR REMITTANCE    PAST DUE BALANCES SUBJECT TO: 1 1/2% PER MONTH FINANCE CHARGE.

| CUSTOMER ORDER NO. | REFERENCE NO. | TERMS | PROJECT NO. | SALESMAN |
|---|---|---|---|---|
| 14 | 8245 | NET 10 DAYS | 08-245 | DN |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | PROJECT: CLEANING, INTEGRITY TESTING, INTERNAL/EXTERNAL AND VISUAL INSPECTION ONE (1) 6,000 GALLON AST TTI PROJECT NO 08-245 | | |
| | TANK CLEANING | | 1,850.00 |
| .00 | VACUUM TRUCK | 165.00 HOUR | 1,815.00 |
| .00 | DISPOSAL RESIDUAL MATERIAL | 0.75 GALN | 769.50 |
| | INTERNAL/EXTERNAL VISUAL INSPECTION AND VACUUM BOX TESTING | | 1,350.00 |
| | REPORTING | | 200.00 |
| | ENERGY AND INSURANCE SURCHARGE | | 179.53 |

PAY BY **VISA** OR **MASTERCARD** CALL
ACCOUNTS RECEIVABLE AT 856-840-8800

**INVOICE TOTAL** 6,164.03
**BALANCE DUE** 6,164.03