Alan P. Fox, Esq.
CAPEHART & SCATCHARD, P.A.
Laurel Corporate Center - Suite 300 S
8000 Midlantic Drive
Mount Laurel, N.J. 08054
(856) 234-6800
**Attorneys for Unsecured Creditor, Color Source, Inc.**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |
|---|---|
| IN RE: | : CHAPTER 11 |
|  | : |
|  | : CASE NO: 08-14631-GMB |
| SHAPES/ARCH HOLDINGS LLC ET AL | : (Jointly Administered) |
|  | : |
| Debtor. | : |

### NOTICE OF WITHDRAWAL OF APPEARANCE

To:   Clerk
      United States Bankruptcy Court
      401 Market Street, Camden, NJ 08102.

**PLEASE TAKE NOTICE** that the undersigned, Alan P. Fox, Esquire, of the law firm of Capehart & Scatchard, P.A. hereby withdraws it appearance on behalf of unsecured creditor Color Source, Inc. in the above captioned matter.

**CAPEHART & SCATCHARD, P.A.**
Attorneys for unsecured creditor Color Source, Inc.

By:   /s/ Alan P. Fox
      Alan P. Fox

Dated: December 8, 2008

1110863