ASHELY M. CHAN
JAMES M. MATOUR
HANGLEY ARONCHICK
 SEGAL & PUDLIN
20 Brace Road
Cherry Hill, NJ 08034-2634
Telephone: (856) 616-2100
Facsimile: (856) 616-2170

*Attorneys for Steven Grabell*

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., et al. | CHAPTER 11 |
| Debtors. | CASE NO. 08-14631 (GMB) |

## CERTIFICATE OF SERVICE

I, Ashely M. Chan, do hereby certify that on this date a true and correct copy of the foregoing Answer of Steven Grabell to Motion to Expunge Administrative Claim and attached Proposed Order has been served electronically upon the following:

Alan J. Brody, Esquire
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932

Date: December 19, 2008

/s/ Ashely M. Chan
Ashely M. Chan, Esquire