ANNE MILGRAM
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106

By:  Ramanjit K. Chawla (RKC 1181)
     Deputy Attorney General
     (609) 292-4966

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SHAPRES/ARCH HOLDINGS L.L.C. et al., | ) | Case No.: 08-14631(GMB) |
| Debtors. | ) | Hearing Date: January 5, 2009 at 10:00 a.m. |

CERTIFICATE OF SERVICE

Ramanjit K. Chawla hereby certifies and says:

1. I am employed as a Deputy Attorney General with the Department of Law and Public Safety, Division of Law.

2. I hereby certify that on December 24, 2008, an opposition to the Debtors Motion to Expunge Claims, was filed electronically, and if the following are not registered participants for electronic notice, I caused a true copy to be served via U.S. mail:

    Honorable Gloria M. Burns, U.S.B.J.
    United States Bankruptcy Court
    District of New Jersey
    401 Market Street, P.O. Box 2067
    Camden, NJ 08101

Jerrold N. Poslusny, **Jr**.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

John C. Kilgannon
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, PA 19103

Donald F. MacMaster
Office of the United States Trustee
One Newark Ctr, Suite 2100
Newark, NJ 07102

Michael D. Sirota
Cole, Schotz, Meisel, Forman & Leonard
25 Main St.
Hackensack, NJ 07601

Donna H. Lieberman
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

Ilana Volkov
Cole, Schotz, Meisel, Forman & Leonard
25 Main St.
Hackensack, NJ 07601

          ANNE MILGRAM
          ATTORNEY GENERAL OF NEW JERSEY

          By: /s/ Ramanjit K. Chawla
          Ramanjit K. Chawla
          Deputy Attorney General

Dated: 12/24/08