UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Shapes/Arch Holdings, L.L.C. | Case No.: 08-14631<br><br>Chapter: 11<br><br>Hearing Date: 1/26/09<br><br>Judge: GMB |

# NOTICE OF INTENTION TO CLOSE CASE
# PURSUANT TO D.N.J. LBR 3022-1(a)

TO:    DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LDR 3022-1(a). The case shall be closed on or after    January 20, 2009    unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:       January 26, 2009
Time:      10:00 am
Location:  Courtroom 4C, Mitchell H. Cohen
           U.S. Courthouse, 400 Cooper Street,
           Camden, NJ  08101

DATED: December 23, 2008                    JAMES J. WALDRON, Clerk

*new 8/1/07*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: ldavis                Page 1 of 1          Date Rcvd: Dec 23, 2008
Case: 08-14631                Form ID: pdf904             Total Served: 4

The following entities were served by first class mail on Dec 25, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204
aty          +Donna H. Lieberman,   Halperin Battaglia Raicht, LLP,   555 Madison Avenue,   9th Floor,
               New York, NY 10022-3301
tr            Class 10 Liquidation Trust,   Cole Schotz Meisel Forman & Leonard, PA,   c/o Ilana Volkov, Esq.,
               Court Plaza North,   25 Main Street, P.O. Box 800,   Hackensack, NJ 07602-0800
crcm          Cole, Schotz, Meisel, Forman & Leonard, P.A.,   25 Main Street,   P.O. Box 800,
               Hackensack, NJ  07602-0800

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2008**                    **Signature:**    _Joseph Speetjens_