| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

Order Filed on **12/24/2008** by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER PARTIALLY RECLASSIFYING ADMINISTRATIVE CLAIM OF PERFECT TRADE TO GENERAL UNSECURED CLAIM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 12/24/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Partially Reclassifying Administrative Claim of Perfect Trade to General Unsecured Claim

---

Upon consideration of the above-captioned debtors' (the "<u>Debtors</u>")[1] objection (the "<u>Objection</u>") seeking an order to Partially Reclassify Administrative Claim of Perfect Trade to General Unsecured Claim ("<u>Perfect Trade</u>"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED.

2. That Perfect Trade's administrative proof of claim identified as claim no. 772 on the claims register is hereby partially reclassified and allowed as indicated under the column labeled "Modified Claim" on <u>Exhibit "A"</u>, attached hereto; and

3. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\501709\1  226314.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns December  24, 2008*

| | | **Claims Asserted with Incorrect Administrative Status** | | | | **Modified Claim** | |
|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Debtor** | **Claim Amount** | **Claim Type** | | **Claim Amount** | **Claim Type** |
| Perfect Trade c/o Changqing Li Rm. 903, Bldg. A, Huahong Mansion No. 238 Tian Mu Shan Road Hangzhou, China | 772 | Ultra LLC | - 273,108.42 273,108.42 | UNS ADM TOT | | 72,250.52 200,857.90 273,108.42 | UNS ADM TOT |

ADM  Administrative
UNS  General Unsecured Non-Priority
TOT  Total

*Approved by Judge Gloria M. Burns December  24, 2008*