**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| | HON. GLORIA M. BURNS |
| | CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.,* | |
| | Chapter 11 |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                           )    SS.:
COUNTY OF BERGEN    )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

1.    I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman

& Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2.    On December 26, 2008, this office electronically filed with the United States

Bankruptcy Court for the District of New Jersey the following:

(a)      *Limited Joinder of the Class 10 Liquidation Trust in (I) Debtors'*

*Objection to the Claim of the State of New Jersey, Department of Environmental Protection and*

*(II) the Objection of Certain Insurers' to that Claim.*

3.      On December 26, 2008, I caused a true copy of the above-referenced pleading to

be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing a

true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the

exclusive care and custody of the United States Post Office Department within the State of New

Jersey.

4.      All parties receiving electronic notification of filing via the Court's CM/ECF

system received notice of the above referenced pleading *via electronic service*.

I swear that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.


                                                */s/ Cynthia Braden*
                                                CYNTHIA BRADEN

Sworn and subscribed to before me
this 30th day of December, 2008.

      */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 09/18/2011

45765/0003-5248850v1

**SHAPES/ARCH HOLDINGS L.L.C.,** *ET AL.*
**CASE NO. 08-14631 (GMB)**

### SERVICE LIST

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002

Alan J. Brody, Esq.
Greenberg & Traurig, LLP
200 Park Avenue
Florham Park, NJ  07932

Joseph G. Gibbons, Esq.
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

Mark D. Plevin
Matthew W. Cheney, Kelly R. Cusick
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595

John Sullivan, Esq.
Post & Schell PC
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103

Anne Milgram, Esq.
Attorney General
Office of the Attorney General
P.O. Box 080
Trenton, NJ  08625-0080