UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
 A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

        Debtors.

Case No. 08-14631(GMB)

Judge: Gloria M. Burns

Chapter:  11

Order Filed on 12/24/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

**ORDER PARTIALLY RECLASSIFYING ADMINISTRATIVE CLAIM OF PERFECT TRADE TO GENERAL UNSECURED CLAIM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 12/24/2008**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Partially Reclassifying Administrative Claim of Perfect Trade to General Unsecured Claim

---

Upon consideration of the above-captioned debtors' (the "<u>Debtors</u>")[1] objection (the "<u>Objection</u>") seeking an order to Partially Reclassify Administrative Claim of Perfect Trade to General Unsecured Claim ("<u>Perfect Trade</u>"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED.

2. That Perfect Trade's administrative proof of claim identified as claim no. 772 on the claims register is hereby partially reclassified and allowed as indicated under the column labeled "Modified Claim" on <u>Exhibit "A"</u>, attached hereto; and

3. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\501709\1  226314.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

2

*Approved by Judge Gloria M. Burns December 24, 2008*

| Name/Address of Claimant | Claims Asserted with Incorrect Administrative Status | | | | Modified Claim | |
|---|---|---|---|---|---|---|
| | Claim Number | Debtor | Claim Amount | Claim Type | Claim Amount | Claim Type |
| Perfect Trade<br>c/o Changqing Li<br>Rm. 903, Bldg. A, Huahong Mansion<br>No. 238 Tian Mu Shan Road<br>Hangzhou, China | 772 | Ultra LLC | -<br>273,108.42<br>273,108.42 | UNS<br>ADM<br>TOT | 72,250.52<br>200,857.90<br>273,108.42 | UNS<br>ADM<br>TOT |

ADM   Administrative
UNS   General Unsecured Non-Priority
TOT   Total

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger           Page 1 of 1              Date Rcvd: Dec 29, 2008
Case: 08-14631                Form ID: pdf903          Total Served: 1

The following entities were served by first class mail on Dec 31, 2008.
db            +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2008**                    **Signature:**    _Joseph Speetjens_