Order Filed on
12/24/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>　　　　　　　Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

**ORDER EXPUNGING AND DISALLOWING ADMINISTRATIVE CLAIM OF
SUMMIT METAL PRODUCTS CORP.**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 12/24/2008**

　　　　　　　　　　　　　　　　　　　　　　Honorable Gloria M Burns
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Expunging and Disallowing Administrative Claim of Summit Metal Products Corp.

---

Upon consideration of the above-captioned debtors' (the "<u>Debtors</u>")[1] objection (the "<u>Objection</u>") seeking an order to expunge and disallow administrative claim of Summit Metal Products Corp. ("<u>Summit</u>"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED.

2. That Summit's administrative proof of claim identified as claim no. 888 on the claims register is hereby expunged and disallowed in its entirety; and

3. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\490495\1  226314.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns December  24, 2008*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger           Page 1 of 1              Date Rcvd: Dec 29, 2008
Case: 08-14631                Form ID: pdf903          Total Served: 1

The following entities were served by first class mail on Dec 31, 2008.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,    Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2008**                    **Signature:** _Joseph Speetjens_