# EXHIBIT A

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| A. DUIE PYLE, INC<br>ATTN DON STOTT<br>PO BOX 564<br>WEST CHESTER, PA 19381 | Shapes/Arch Holdings LLC | $20,340.15 | 340 | $29,320.45 | $20,340.15 |
| ACME CORRUGATED BOX CO., INC<br>2700 TURNPIKE DRIVE<br>ATTN: DAVID PLATT, CFO<br>HATBORO, PA 19040 | Ultra LLC | $10,356.06 | 511 | $13,271.04 | $10,356.06 |
| ADVANCE SCALE CO. INC.<br>2400 EGG HARBOR ROAD<br>LINDENWOLD, NJ 08021 | Shapes/Arch Holdings LLC | $2,549.68 | 30 | $1,163.63 | $0.00 |
| AIR & ELECTRIC EQUIPMENT CO<br>2314 N SECOND STREET<br>PHILADELPHIA, PA 19133 | Shapes/Arch Holdings LLC | $6,217.01 | 260 | $9,025.30 | $6,217.01 |
| AIR LIQUIDE INDUSTRIAL U.S. LP<br>ATTN LEGAL DEPARTMENT<br>2700 POST OAK BOULEVARD, SUITE 1800<br>HOUSTON, TX 77056 | Shapes/Arch Holdings LLC | $44,228.31 | 121 | $52,483.08 | $29,790.33 |
| AIRGAS SAFETY, INC.<br>128 WHARTON RD<br>BRISTOL, PA 19007-1693 | Shapes/Arch Holdings LLC | $11,970.65 | 827 | $13,980.12 | $11,970.65 |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | Delair LLC | $336,156.47 | 518 | $336,156.47 | $238,237.75 |
| AMS MECHANICAL LLC<br>1703 TAYLORS LA<br>PO BOX 2252<br>CINNAMINSON, NJ 08077 | Shapes/Arch Holdings LLC | $17,045.69 | 88 | $19,636.40 | $17,045.69 |

1

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| ATLANTIC SCRAP & PROCESSING LLC<br>STANLEY E. LEVINE, ESQUIRE<br>CAMPBELL & LEVINE LLC<br>330 GRANT ST. STE 1700<br>PITTSBURGH, PA 15219 | Shapes/Arch Holdings LLC | $526,687.40 | 542 | $515,529.60 | $350,608.80 |
| AZON USA, INC.<br>ATTN SUSANNE TRELOAR, ACCOUNTANT<br>643 WEST CROSSTOWN PARKWAY<br>KALAMAZOO, MI 49008 | Shapes/Arch Holdings LLC | $47,527.64 | 43 | $57,027.64 | $47,527.64 |
| BARNES DISTRIBUTION<br>ATTN JOHN BALONIER, CR MGR<br>1301 E 9TH ST<br>STE 700<br>CLEVELAND, OH 44114 | Shapes/Arch Holdings LLC | $0.00 | 320 | $3,570.09 | $0.00 |
| BIRD DOG SOULTIONS, INC.<br>2301 N 117 AVE, STE 201<br>OMAHA, NE 68164 | Ultra LLC | $2,767.08 | 95 | $5,082.65 | $2,767.08 |
| CCTRANS2<br>ATTN DJ WILLIAMS, PRESIDENT<br>107 GREEN STREET<br>HULMEVILLE, PA 19047-5543 | Shapes/Arch Holdings LLC | $21,583.57 | 346 | $25,238.17 | $21,583.57 |
| CLEAN VENTURE INC<br>201 SOUTH FIRST ST.<br>ELIZABETH, NJ 07206 | Shapes/Arch Holdings LLC | $0.00 | 700 | $12,274.96 | $0.00 |
| CONSOLIDATED PLASTICS CO.<br>8181 DARROW ROAD<br>TWINSBURG, OH 44087-2375 | Shapes LLC | $707.45 | 0 | $0.00 | $0.00 |
| EKL MACHINE COMPANY<br>500 MILL ROAD<br>ANDALUSIA, PA 19020 | Shapes/Arch Holdings LLC | $14,503.50 | 584 | $38,790.00 | $14,503.50 |

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| EMSOURCE, INC.<br>ATTN: DAVID H. CRITCHFIELD, PRES/CEO<br>P.O. BOX 17914<br>PORTLAND, ME 04112 | Shapes/Arch Holdings LLC | $0.00 | 423 | $5,000.00 | $0.00 |
| ESTES-EXPRESS LINES<br>ATTN CREDIT DEPARTMENT<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230-3962 | Shapes/Arch Holdings LLC | $0.00 | 206 | $19.28 | $0.00 |
| | | $2,550.35 | 207 | $55,978.10 | $2,550.35 |
| FASTENAL COMPANY<br>ATTN JOHN MILEK, GENERAL COUNSEL<br>2001 THEURER BLVD<br>PO BOX 978<br>WINONA, MN 55987 | Shapes/Arch Holdings LLC | $5,122.70 | 318 | $3,240.74 | $2,371.89 |
| GAINSBOROUGH HARDWARE IND LTD<br>190 WHITEHORSE ROAD<br>BLACK BURN, VICTORIA, 3130<br>AUSTRALIA | Ultra LLC | $111,057.25 | 300 | $117,695.17 | $111,057.25 |
| HAIN CAPITAL HOLDINGS LTD AD ASSIGNEE<br>OF SHANGAI HOUSING PRODUCTS CO LTD<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD, NJ 07070 | Shapes/Arch Holdings LLC | $40,331.26 | 840 | $40,331.26 | $15,181.34 |
| HESS CORPORATION<br>DIRECTOR OF RECEIVABLES MANAGEMENT<br>ONE HESS PLAZA<br>WOODBRIDGE, NJ 07095 | Shapes/Arch Holdings LLC | $2,332,850.83 | 458 | $2,584,385.68 | $2,294,877.62 |
| HONEYWELL INDUSTRY SOLUTIONS<br>ATTN ERIN PINTER<br>2500 WEST UNION HILLS DR<br>PHOENIX, AZ 85027 | Shapes/Arch Holdings LLC | $0.00 | 344 | $5,282.50 | $0.00 |
| IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>P.O. BOX 13708<br>MACON, GA 31208 | Shapes/Arch Holdings LLC | $993.94 | 780 | $3,864.11 | $993.94 |

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| INDUSTRIAL WEIGHING SYSTEMS, INC.<br>ATTN SHERYL HAND, OFFICE MANAGER<br>3477 HADDONFIELD ROAD<br>PENNSAUKEN, NJ 08109 | Shapes/Arch Holdings LLC | $0.00 | 13 | $3,478.93 | $0.00 |
| INTERNATIONAL BUSINESS SYSTEMS<br>90 BLUE RAVINE ROAD<br>FOLSOM, CA 95630 | Ultra LLC | $0.00 | 671 | $2,183.75 | $0.00 |
| | | $0.00 | 722 | $2,183.75 | $0.00 |
| | | $34,579.75 | 186 | $59,820.10 | $34,579.75 |
| J.T. REDDY INC.<br>ATTN WALTER MEYERS<br>CONTRACT ADMINSTRATOR<br>500 MARKET ST<br>PERTH AMBOY, NJ 08862 | Shapes/Arch Holdings LLC | $1,469.22 | 133 | $1,469.22 | $0.00 |
| KEYSTONE FIRE PROTECTION CO.<br>108 PARK DRIVE SUITE 3<br>MONTGOMERYVILLE, PA 18936 | Delair LLC | $0.00 | 726 | $3,343.02 | $0.00 |
| MANLINE OPTICAL<br>2910 RT 130N<br>ATTN CLIFF MANCINE<br>DELRAN, NJ 08075 | Shapes/Arch Holdings LLC | $2,622.95 | 99 | $3,129.95 | $2,622.95 |
| MARYLAND RECYCLE CO., INC.<br>200 8TH AVENUE NW<br>GLEN BURNIE, MD 21061 | Shapes LLC | $173,106.91 | 32 | $214,582.60 | $173,106.91 |
| MELTON TRUCK LINES, INC.<br>ATTN: LISA M. FAGLEMAN<br>808 N 161ST E. AVE.<br>TULSA, OK 74116 | Shapes/Arch Holdings LLC | $122,151.71 | 395 | $139,960.66 | $122,151.71 |
| METALALL CO., LTD.<br>C/O SCHUYLER CARROL, ESQ.<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019 | Shapes/Arch Holdings LLC | $68,234.57 | 668 | $68,234.37 | $45,411.34 |

4

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| METAL STRUCTURES, INC<br>ATTN MARTIN J SCHLEMBACK<br>1603 TAYLORS LANE<br>CINNAMINSON, NJ 08077 | Shapes LLC | $0.00 | 63 | $24,400.00 | $0.00 |
| METLSAW SYSTEMS INC.<br>ATTN RICHARD SCHNABEL, CONTROLLER<br>2950 BAY VISTA COURT<br>BENICIA, CA 94510 | Shapes/Arch Holdings LLC | $4,495.81 | 228 | $4,495.81 | $0.00 |
| MID-ATLANTIC CNC, INC<br>ATTN GARY PROSCIA, VP FINANCE<br>260 EVANS WAY<br>BRANCHBURG, NJ 08876 | Shapes/Arch Holdings LLC | $7,068.65 | 338 | $23,576.80 | $7,068.65 |
| MIDWEST DRIVERS SOLUTION<br>DBA TRILLIUM STAFFING SOLUTIONS<br>ATTN SHEILA LOVETT, COLLECTIONS SPEC.<br>5555 GULL RD<br>KALAMAZOO, MI 49048 | Shapes/Arch Holdings LLC | $4,840.16 | 92 | $9,735.37 | $4,840.16 |
| PANITCH SCHWARZE BELISARIO & NADEL LLP<br>ATTN MARIE ALISON SANTINI<br>ONE COMMERCE SQUARE<br>2005 MARKET SUITE 2200<br>PHILADELPHIA, PA 19103 | Shapes/Arch Holdings LLC | $890.00 | 353 | $3,625.59 | $890.00 |
| PENSKE TRUCK LEASING<br>ATTN KIRTIDA BHATT, BAD DEBT CLERK<br>PO BOX 563<br>READING, PA 19603 | Shapes/Arch Holdings LLC | $146,589.40 | 177 | $148,937.34 | $137,536.30 |
| PERFECT TRADE DEVELOPMENT CO<br>ROOM A, 7/12F.,<br>MAO TAI CENTURY TOWER<br>NO. 83 ZHONG HE BEI ROAD<br>HANGZHOU,<br>CHINA | Ultra LLC | $433,628.49 | 0 | $0.00 | $229,167.52 |

5

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| PPG INDUSTRIES, INC.<br>JOHN J. WINTER, ESQUIRE<br>THE CHARTWELL LAW OFFICES, LLP<br>2621 VAN BUREN DRIVE<br>NORRISTOWN, PA 19403 | Accu-Weld LLC | $232,984.62 | 539 | $244,407.62 | $169,583.22 |
| | Shapes LLC | $143,900.96 | 538 | $161,740.96 | |
| PRECOAT METALS DIV. OF SEQUA CORPORATION<br>1310 PAPIN ST., 3RD FLR<br>ATTN: ROBERT BACHUZEWSKI<br>ST. LOUIS, MO 63103 | Delair LLC | $39,806.62 | 494 | $43,403.11 | $39,806.62 |
| PRINT TECH GRAPHICS, INC.<br>1165 HOLLOW RD.<br>NARBERTH, PA 19072 | Ultra LLC | $79.54 | 724 | $3,421.54 | $79.54 |
| PRO GROUP INC<br>PO BOX 6585<br>ENGLEWOOD, CO 80155 | Ultra LLC | $595.00 | 331 | $4,845.00 | $595.00 |
| PSK STEEL CORP.<br>ATTN PATRICIA J LYDIC, OFFICE MANAGER<br>PO BOX 308<br>HUBBARD, OH 44425 | Shapes/Arch Holdings LLC | $26,683.00 | 2 | $38,683.00 | $26,683.00 |
| QUENCH USA<br>DOLPHIN CAPITAL CORP<br>GRETCHEN SIMMONS<br>PO BOX 605<br>MOBERLY, MO 65270 | Ultra LLC | $283.82 | 94 | $2,024.91 | $283.82 |
| QUENCH<br>DOLPHIN CAPITAL CORP<br>GRETCHEN SIMMONS, LITIGATION SPECIALIST<br>PO BOX 605<br>MOBERLY, MO 65270 | Delair LLC | $0.00 | 93 | $2,662.71 | $0.00 |

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| REVENUE MANAGEMENT<br>TRANSFEROR: MATI SALES, LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Delair LLC | $3,988.90 | 515 | $7,565.15 | $2,901.10 |
| REVENUE MANAGEMENT<br>TRANSFEROR: WHARTON HARDWARE & SUPPLY CO<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Shapes/Arch Holdings LLC | $5,204.52 | 64 | $5,086.28 | $3,945.28 |
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27404 | Shapes/Arch Holdings LLC | $2,893.71 | 745 | $2,978.70 | $0.00 |
| TATE ENGINEERING SYSTEMS, INC<br>ATTN CAROL GRANDY, AR MANAGER<br>1560 CATON CENTER DRIVE<br>BALTIMORE, MD 21227 | Shapes/Arch Holdings LLC | $2,096.56 | 86 | $2,096.56 | $0.00 |
| TOTAL CARE NETWORK, INC<br>ATTN CHRISTINE M KNYSH, PRESIDENT / CEO<br>PENN TREATY PARK PLACE<br>1341 N DELAWARE AVE, SUITE 403<br>PHILADELPHIA, PA 19125-4300 | Shapes/Arch Holdings LLC | $1,630.00 | 330 | $1,620.00 | $0.00 |
| TPC WIRE & CABLE<br>ATTN BECKY JOHNSON, CREDIT SUPERVISOR<br>7061 E PLEASANT VALLEY RD<br>INDEPENDENCE, OH 44131 | Shapes/Arch Holdings LLC | $1,238.89 | 101 | $1,238.39 | $0.00 |
| TTI ENVIRONMENTAL INC.<br>ATTN WILLIAM DOLAN, CEO<br>1253 N CHURCH STREET<br>MOORESTOWN, NJ 08057 | Shapes/Arch Holdings LLC | $17,849.74 | 296 | $20,525.17 | $17,849.74 |

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| UNEEDA BOLT & SCREW CO INC<br>10 CAPITOL DRIVE<br>ATTN: ELI BRICKMAN, PRES.<br>MOONACHIE, NJ 07074 | Shapes/Arch Holdings LLC | $126,985.68 | 777 | $149,217.14 | $126,985.68 |
| VISUMATIC INDUSTRIAL PRODUCTS, INC<br>ATTN HAROLD CUNNINGHAM, CFO<br>856 PORTER PLACE<br>LEXINGTON, KY 40508 | Shapes/Arch Holdings LLC | $7,125.50 | 153 | $9,451.50 | $7,125.50 |
| W.W. GRAINGER, INC.<br>ATTN ANNE GODZISZEWSKI<br>7300 N MELVINA AVE. M240<br>NILES, IL 60714-3998 | Shapes/Arch Holdings LLC | $3,036.64 | 313 | $8,095.90 | $3,036.64 |
| WARE INDUSTRIAL CO., LTD.<br>C/O SCHUYLER CARROLL, ESQ.<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019 | Shapes/Arch Holdings LLC | $188,853.82 | 667 | $161,383.24 | $128,147.33 |
| WINDOW DEPOT USA<br>ATTN JIM VENABLE, PRESIDENT<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211 | Accu-Weld LLC | $29,799.16 | 212 | $55,838.83 | $29,799.16 |
| WOODWARD PRINTING SERVICES<br>ATTN SHARON WELBORN<br>PO BOX 688<br>DUBUQUE, IA 52004-0688 | Shapes/Arch Holdings LLC | $0.00 | 265 | $5,950.31 | $0.00 |