UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Trust

In Re:

SHAPES/ARCH HOLDINGS L.L.C., *et al.*,

Debtors.

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Gloria M. Burns

Hearing Date: February 9, 2009

**ORDER REDUCING CERTAIN CLAIMS AGAINST THE DEBTORS**

**(Claim Numbers 2, 13, 30, 32, 43, 63, 64, 86, 88, 92, 93, 94, 95, 99, 101, 121, 133, 153, 177, 186, 206, 207, 212, 228, 260, 265, 296, 300, 313, 318, 320, 330, 338, 340, 344, 346, 353, 395, 423, 458, 494, 511, 515, 518, 538, 539, 542, 568, 584, 667, 668, 671, 700, 722, 724, 726, 745, 777, 780, 827 and 840)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No: | 08-14631 (GMB) |
| Caption of Order: | ORDER REDUCING CERTAIN CLAIMS AGAINST THE DEBTORS (Claim Numbers 2, 13, 30, 32, 43, 63, 64, 86, 88, 92, 93, 94, 95, 99, 101, 121, 133, 153, 177, 186, 206, 207, 212, 228, 260, 265, 296, 300, 313, 318, 320, 330, 338, 340, 344, 346, 353, 395, 423, 458, 494, 511, 515, 518, 538, 539, 542, 568, 584, 667, 668, 671, 700, 722, 724, 726, 745, 777, 780, 827 and 840) |

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion") for an Order reducing certain claims, as more fully set forth in the schedules annexed to the Application in support of the Motion, pursuant to Section 502 of title 11 of the United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure; and the parties on the schedule annexed hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the Declaration of Irv Schwarzbaum in support of the Motion; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion; and appearing that the other parties on the exhibits hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED**, that the claims set forth on Exhibit A annexed hereto and made a part hereof be, and hereby are, reduced as set forth therein.

# EXHIBIT A

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| A. DUIE PYLE, INC<br>ATTN DON STOTT<br>PO BOX 564<br>WEST CHESTER, PA 19381 | Shapes/Arch Holdings LLC | $20,340.15 | 340 | $29,320.45 | $20,340.15 |
| ACME CORRUGATED BOX CO., INC<br>2700 TURNPIKE DRIVE<br>ATTN: DAVID PLATT, CFO<br>HATBORO, PA 19040 | Ultra LLC | $10,356.06 | 511 | $13,271.04 | $10,356.06 |
| ADVANCE SCALE CO. INC.<br>2400 EGG HARBOR ROAD<br>LINDENWOLD, NJ 08021 | Shapes/Arch Holdings LLC | $2,549.68 | 30 | $1,163.63 | $0.00 |
| AIR & ELECTRIC EQUIPMENT CO<br>2314 N SECOND STREET<br>PHILADELPHIA, PA 19133 | Shapes/Arch Holdings LLC | $6,217.01 | 260 | $9,025.30 | $6,217.01 |
| AIR LIQUIDE INDUSTRIAL U.S. LP<br>ATTN LEGAL DEPARTMENT<br>2700 POST OAK BOULEVARD, SUITE 1800<br>HOUSTON, TX 77056 | Shapes/Arch Holdings LLC | $44,228.31 | 121 | $52,483.08 | $29,790.33 |
| AIRGAS SAFETY, INC.<br>128 WHARTON RD<br>BRISTOL, PA 19007-1693 | Shapes/Arch Holdings LLC | $11,970.65 | 827 | $13,980.12 | $11,970.65 |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | Delair LLC | $336,156.47 | 518 | $336,156.47 | $238,237.75 |
| AMS MECHANICAL LLC<br>1703 TAYLORS LA<br>PO BOX 2252<br>CINNAMINSON, NJ 08077 | Shapes/Arch Holdings LLC | $17,045.69 | 88 | $19,636.40 | $17,045.69 |

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| ATLANTIC SCRAP & PROCESSING LLC STANLEY E. LEVINE, ESQUIRE CAMPBELL & LEVINE LLC 330 GRANT ST. STE 1700 PITTSBURGH, PA 15219 | Shapes/Arch Holdings LLC | $526,687.40 | 542 | $515,529.60 | $350,608.80 |
| AZON USA, INC. ATTN SUSANNE TRELOAR, ACCOUNTANT 643 WEST CROSSTOWN PARKWAY KALAMAZOO, MI 49008 | Shapes/Arch Holdings LLC | $47,527.64 | 43 | $57,027.64 | $47,527.64 |
| BARNES DISTRIBUTION ATTN JOHN BALONIER, CR MGR 1301 E 9TH ST STE 700 CLEVELAND, OH 44114 | Shapes/Arch Holdings LLC | $0.00 | 320 | $3,570.09 | $0.00 |
| BIRD DOG SOULTIONS, INC. 2301 N  117 AVE, STE 201 OMAHA, NE 68164 | Ultra LLC | $2,767.08 | 95 | $5,082.65 | $2,767.08 |
| CCTRANS2 ATTN DJ WILLIAMS, PRESIDENT 107 GREEN STREET HULMEVILLE, PA 19047-5543 | Shapes/Arch Holdings LLC | $21,583.57 | 346 | $25,238.17 | $21,583.57 |
| CLEAN VENTURE INC 201 SOUTH FIRST ST. ELIZABETH, NJ 07206 | Shapes/Arch Holdings LLC | $0.00 | 700 | $12,274.96 | $0.00 |
| CONSOLIDATED PLASTICS CO. 8181 DARROW ROAD TWINSBURG, OH 44087-2375 | Shapes LLC | $707.45 | 0 | $0.00 | $0.00 |
| EKL MACHINE COMPANY 500 MILL ROAD ANDALUSIA, PA 19020 | Shapes/Arch Holdings LLC | $14,503.50 | 584 | $38,790.00 | $14,503.50 |

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|---|
| EMSOURCE, INC.<br>ATTN: DAVID H. CRITCHFIELD, PRES/CEO<br>P.O. BOX 17914<br>PORTLAND, ME 04112 | Shapes/Arch Holdings LLC | $0.00 | | 423 | $5,000.00 | $0.00 |
| ESTES-EXPRESS LINES<br>ATTN CREDIT DEPARTMENT<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230-3962 | Shapes/Arch Holdings LLC | $0.00 | | 206 | $19.28 | $0.00 |
| | | $2,550.35 | | 207 | $55,978.10 | $2,550.35 |
| FASTENAL COMPANY<br>ATTN JOHN MILEK, GENERAL COUNSEL<br>2001 THEURER BLVD<br>PO BOX 978<br>WINONA, MN 55987 | Shapes/Arch Holdings LLC | $5,122.70 | | 318 | $3,240.74 | $2,371.89 |
| GAINSBOROUGH HARDWARE IND LTD<br>190 WHITEHORSE ROAD<br>BLACK BURN, VICTORIA, 3130<br>AUSTRALIA | Ultra LLC | $111,057.25 | | 300 | $117,695.17 | $111,057.25 |
| HAIN CAPITAL HOLDINGS LTD AD ASSIGNEE<br>OF SHANGAI HOUSING PRODUCTS CO LTD<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD, NJ 07070 | Shapes/Arch Holdings LLC | $40,331.26 | | 840 | $40,331.26 | $15,181.34 |
| HESS CORPORATION<br>DIRECTOR OF RECEIVABLES MANAGEMENT<br>ONE HESS PLAZA<br>WOODBRIDGE, NJ 07095 | Shapes/Arch Holdings LLC | $2,332,850.83 | | 458 | $2,584,385.68 | $2,294,877.62 |
| HONEYWELL INDUSTRY SOLUTIONS<br>ATTN ERIN PINTER<br>2500 WEST UNION HILLS DR<br>PHOENIX, AZ 85027 | Shapes/Arch Holdings LLC | $0.00 | | 344 | $5,282.50 | $0.00 |
| IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>P.O. BOX 13708<br>MACON, GA 31208 | Shapes/Arch Holdings LLC | $993.94 | | 780 | $3,864.11 | $993.94 |

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| INDUSTRIAL WEIGHING SYSTEMS, INC.<br>ATTN SHERYL HAND, OFFICE MANAGER<br>3477 HADDONFIELD ROAD<br>PENNSAUKEN, NJ 08109 | Shapes/Arch Holdings LLC | $0.00 | 13 | $3,478.93 | $0.00 |
| INTERNATIONAL BUSINESS SYSTEMS<br>90 BLUE RAVINE ROAD<br>FOLSOM, CA 95630 | Ultra LLC | $0.00 | 671 | $2,183.75 | $0.00 |
| | | $0.00 | 722 | $2,183.75 | $0.00 |
| | | $34,579.75 | 186 | $59,820.10 | $34,579.75 |
| J.T. REDDY INC.<br>ATTN WALTER MEYERS<br>CONTRACT ADMINSTRATOR<br>500 MARKET ST<br>PERTH AMBOY, NJ 08862 | Shapes/Arch Holdings LLC | $1,469.22 | 133 | $1,469.22 | $0.00 |
| KEYSTONE FIRE PROTECTION CO.<br>108 PARK DRIVE SUITE 3<br>MONTGOMERYVILLE, PA 18936 | Delair LLC | $0.00 | 726 | $3,343.02 | $0.00 |
| MANLINE OPTICAL<br>2910 RT 130N<br>ATTN CLIFF MANCINE<br>DELRAN, NJ 08075 | Shapes/Arch Holdings LLC | $2,622.95 | 99 | $3,129.95 | $2,622.95 |
| MARYLAND RECYCLE CO., INC.<br>200 8TH AVENUE NW<br>GLEN BURNIE, MD 21061 | Shapes LLC | $173,106.91 | 32 | $214,582.60 | $173,106.91 |
| MELTON TRUCK LINES, INC.<br>ATTN: LISA M. FAGLEMAN<br>808 N 161ST E. AVE.<br>TULSA, OK 74116 | Shapes/Arch Holdings LLC | $122,151.71 | 395 | $139,960.66 | $122,151.71 |
| METALALL CO., LTD.<br>C/O SCHUYLER CARROL, ESQ.<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019 | Shapes/Arch Holdings LLC | $68,234.57 | 668 | $68,234.37 | $45,411.34 |

4

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|---|
| METAL STRUCTURES, INC ATTN MARTIN J SCHLEMBACK 1603 TAYLORS LANE CINNAMINSON, NJ 08077 | Shapes LLC | $0.00 | | 63 | $24,400.00 | $0.00 |
| METLSAW SYSTEMS INC. ATTN RICHARD SCHNABEL, CONTROLLER 2950 BAY VISTA COURT BENICIA, CA 94510 | Shapes/Arch Holdings LLC | $4,495.81 | | 228 | $4,495.81 | $0.00 |
| MID-ATLANTIC CNC, INC ATTN GARY PROSCIA, VP FINANCE 260 EVANS WAY BRANCHBURG, NJ 08876 | Shapes/Arch Holdings LLC | $7,068.65 | | 338 | $23,576.80 | $7,068.65 |
| MIDWEST DRIVERS SOLUTION DBA TRILLIUM STAFFING SOLUTIONS ATTN SHEILA LOVETT, COLLECTIONS SPEC. 5555 GULL RD KALAMAZOO, MI 49048 | Shapes/Arch Holdings LLC | $4,840.16 | | 92 | $9,735.37 | $4,840.16 |
| PANITCH SCHWARZE BELISARIO & NADEL LLP ATTN MARIE ALISON SANTINI ONE COMMERCE SQUARE 2005 MARKET SUITE 2200 PHILADELPHIA, PA 19103 | Shapes/Arch Holdings LLC | $890.00 | | 353 | $3,625.59 | $890.00 |
| PENSKE TRUCK LEASING ATTN KIRTIDA BHATT, BAD DEBT CLERK PO BOX 563 READING, PA 19603 | Shapes/Arch Holdings LLC | $146,589.40 | | 177 | $148,937.34 | $137,536.30 |
| PERFECT TRADE DEVELOPMENT CO ROOM A, 7/12F., MAO TAI CENTURY TOWER NO. 83 ZHONG HE BEI ROAD HANGZHOU, CHINA | Ultra LLC | $433,628.49 | | 0 | $0.00 | $229,167.52 |

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| PPG INDUSTRIES, INC.<br>JOHN J. WINTER, ESQUIRE<br>THE CHARTWELL LAW OFFICES, LLP<br>2621 VAN BUREN DRIVE<br>NORRISTOWN, PA 19403 | Accu-Weld LLC | $232,984.62 | 539 | $244,407.62 | $169,583.22 |
| | Shapes LLC | $143,900.96 | 538 | $161,740.96 | |
| PRECOAT METALS DIV. OF SEQUA CORPORATION<br>1310 PAPIN ST., 3RD FLR<br>ATTN: ROBERT BACHUZEWSKI<br>ST. LOUIS, MO 63103 | Delair LLC | $39,806.62 | 494 | $43,403.11 | $39,806.62 |
| PRINT TECH GRAPHICS, INC.<br>1165 HOLLOW RD.<br>NARBERTH, PA 19072 | Ultra LLC | $79.54 | 724 | $3,421.54 | $79.54 |
| PRO GROUP INC<br>PO BOX 6585<br>ENGLEWOOD, CO 80155 | Ultra LLC | $595.00 | 331 | $4,845.00 | $595.00 |
| PSK STEEL CORP.<br>ATTN PATRICIA J LYDIC, OFFICE MANAGER<br>PO BOX 308<br>HUBBARD, OH 44425 | Shapes/Arch Holdings LLC | $26,683.00 | 2 | $38,683.00 | $26,683.00 |
| QUENCH USA<br>DOLPHIN CAPITAL CORP<br>GRETCHEN SIMMONS<br>PO BOX 605<br>MOBERLY, MO 65270 | Ultra LLC | $283.82 | 94 | $2,024.91 | $283.82 |
| QUENCH<br>DOLPHIN CAPITAL CORP<br>GRETCHEN SIMMONS, LITIGATION SPECIALIST<br>PO BOX 605<br>MOBERLY, MO 65270 | Delair LLC | $0.00 | 93 | $2,662.71 | $0.00 |

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| REVENUE MANAGEMENT TRANSFEROR: MATI SALES, LLC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | Delair LLC | $3,988.90 | 515 | $7,565.15 | $2,901.10 |
| REVENUE MANAGEMENT TRANSFEROR: WHARTON HARDWARE & SUPPLY CO ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | Shapes/Arch Holdings LLC | $5,204.52 | 64 | $5,086.28 | $3,945.28 |
| SAF-GARD SAFETY SHOE CO. 2701 PATTERSON ST. GREENSBORO, NC 27404 | Shapes/Arch Holdings LLC | $2,893.71 | 745 | $2,978.70 | $0.00 |
| TATE ENGINEERING SYSTEMS, INC ATTN CAROL GRANDY, AR MANAGER 1560 CATON CENTER DRIVE BALTIMORE, MD 21227 | Shapes/Arch Holdings LLC | $2,096.56 | 86 | $2,096.56 | $0.00 |
| TOTAL CARE NETWORK, INC ATTN CHRISTINE M KNYSH, PRESIDENT / CEO PENN TREATY PARK PLACE 1341 N DELAWARE AVE, SUITE 403 PHILADELPHIA, PA 19125-4300 | Shapes/Arch Holdings LLC | $1,630.00 | 330 | $1,620.00 | $0.00 |
| TPC WIRE & CABLE ATTN BECKY JOHNSON, CREDIT SUPERVISOR 7061 E PLEASANT VALLEY RD INDEPENDENCE, OH 44131 | Shapes/Arch Holdings LLC | $1,238.89 | 101 | $1,238.39 | $0.00 |
| TTI ENVIRONMENTAL INC. ATTN WILLIAM DOLAN, CEO 1253 N CHURCH STREET MOORESTOWN, NJ 08057 | Shapes/Arch Holdings LLC | $17,849.74 | 296 | $20,525.17 | $17,849.74 |

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| UNEEDA BOLT & SCREW CO INC<br>10 CAPITOL DRIVE<br>ATTN: ELI BRICKMAN, PRES.<br>MOONACHIE, NJ 07074 | Shapes/Arch Holdings LLC | $126,985.68 | 777 | $149,217.14 | $126,985.68 |
| VISUMATIC INDUSTRIAL PRODUCTS, INC<br>ATTN HAROLD CUNNINGHAM, CFO<br>856 PORTER PLACE<br>LEXINGTON, KY 40508 | Shapes/Arch Holdings LLC | $7,125.50 | 153 | $9,451.50 | $7,125.50 |
| W.W. GRAINGER, INC.<br>ATTN ANNE GODZISZEWSKI<br>7300 N MELVINA AVE. M240<br>NILES, IL 60714-3998 | Shapes/Arch Holdings LLC | $3,036.64 | 313 | $8,095.90 | $3,036.64 |
| WARE INDUSTRIAL CO., LTD.<br>C/O SCHUYLER CARROLL, ESQ.<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019 | Shapes/Arch Holdings LLC | $188,853.82 | 667 | $161,383.24 | $128,147.33 |
| WINDOW DEPOT USA<br>ATTN JIM VENABLE, PRESIDENT<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211 | Accu-Weld LLC | $29,799.16 | 212 | $55,838.83 | $29,799.16 |
| WOODWARD PRINTING SERVICES<br>ATTN SHARON WELBORN<br>PO BOX 688<br>DUBUQUE, IA 52004-0688 | Shapes/Arch Holdings LLC | $0.00 | 265 | $5,950.31 | $0.00 |