**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. GLORIA M. BURNS CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | |
| Debtors. | Chapter 11 (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                            )  SS.:
COUNTY OF BERGEN       )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On January 7, 2009, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

    (a) Notice of Motion of the Class 10 Liquidation Trust's Second Omnibus Objection to Books and Records Claims;

    (b) Application in Support of Motion; and

    (c) Proposed form of Order granting the Motion.

  3. On January 7, 2009, I caused true copies of the above-referenced pleadings to be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing copies in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

  4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above referenced pleadings *via electronic service*.

  I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                  */s/ Cynthia Braden*
                  CYNTHIA BRADEN

Sworn and subscribed to before me
this 8th day of January, 2009.

*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

45966/0001-5261965v1

**IN RE SHAPES/ARCH HOLDINGS L.L.C.**
**CASE NO. 08-14631 (GMB)**
**SERVICE LIST**

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Ctr, Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Attorneys for Debtors
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Mark E. Felger, Esq.
Cozen O'Connor
Attorneys for Debtors
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801

Alan J. Brody, Esq.
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932

Brian Bull
Alcan
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada

Richard A. Kellner
Rusal America Corp.
Creditors' Committee Co-Chairperson
550 Mamaroneck Ave.
Harrison, NY 10528

A. Duie Pyle, Inc
Attn Don Stott
PO Box 564
West Chester, PA 19381

Acme Corrugated Box Co., Inc
2700 Turnpike Drive
Attn: David Platt, CFO
Hatboro, PA 19040

Advance Scale Co. Inc.
2400 Egg Harbor Road
Lindenwold, NJ 08021

Air & Electric Equipment Co
2314 N Second Street
Philadelphia, PA 19133

Air Liquide Industrial U.S. LP
Attn Legal Department
2700 Post Oak Boulevard, Suite 1800
Houston, TX 77056

Airgas Safety, Inc.
128 Wharton Rd
Bristol, PA 19007-1693

Alcoa Inc.
Paul Kopatich
201 Isabella Street
Pittsburgh, PA 15212

AMS Mechanical LLC
1703 Taylors La
Po Box 2252
Cinnaminson, NJ 08077

Atlantic Scrap & Processing LLC
Stanley E. Levine, Esquire
Campbell & Levine LLC
330 Grant St. Ste 1700
Pittsburgh, PA 15219

Azon USA, Inc.
Attn Susanne Treloar, Accountant
643 West Crosstown Parkway
Kalamazoo, MI 49008

2

Barnes Distribution
Attn John Balonier, CR Mgr
1301 E 9th St
Ste 700
Cleveland, OH 44114

Bird Dog Solutions, Inc.
2301 N 117 Ave, Ste 201
Omaha, NE 68164

CCTRANS2
Attn DJ Williams, President
107 Green Street
Hulmeville, PA 19047-5543

Clean Venture Inc
201 South First St.
Elizabeth, NJ 07206

Consolidated Plastics Co.
8181 Darrow Road
Twinsburg, OH 44087-2375

EKL Machine Company
500 Mill Road
Andalusia, PA 19020

Emsource, Inc.
Attn: David H. Critchfield, Pres/CEO
P.O. Box 17914
Portland, ME 04112

Estes-Express Lines
Attn Credit Department
3901 West Broad Street
Richmond, VA 23230-3962

Fastenal Company
Attn John Milek, General Counsel
2001 Theurer Blvd
PO Box 978
Winona, MN 55987

Gainsborough Hardware Ind Ltd
190 Whitehorse Road
Black Burn, Victoria, 3130
Australia

3

Hain Capital Holdings Ltd Ad Assignee
Of Shangai Housing Products Co Ltd
301 Route 17 6th Floor
Rutherford, NJ 07070

Hess Corporation
Director of Receivables Management
One Hess Plaza
Woodbridge, NJ 07095

Honeywell Industry Solutions
Attn Erin Pinter
2500 West Union Hills Dr
Phoenix, AZ 85027

Ikon Financial Services
Bankruptcy Administration
P.O. Box 13708
Macon, GA 31208

Industrial Weighing Systems, Inc.
Attn Sheryl Hand, Office Manager
3477 Haddonfield Road
Pennsauken, NJ 08109

International Business Systems
90 Blue Ravine Road
Folsom, CA 95630

J.T. Reddy Inc.
Attn Walter Meyers
Contract Administrator
500 Market St
Perth Amboy, NJ 08862

Keystone Fire Protection Co.
108 Park Drive Suite 3
Montgomeryville, PA 18936

Manline Optical
2910 Rt 130N
Attn Cliff Mancine
Delran, NJ 08075

Maryland Recycle Co., Inc.
200 8th Avenue NW
Glen Burnie, MD 21061

4

Melton Truck Lines, Inc.
Attn: Lisa M. Fagleman
808 N 161st E. Ave.
Tulsa, OK 74116

Metal Structures, Inc
Attn Martin J Schlemback
1603 Taylors Lane
Cinnaminson, NJ 08077

Metalall Co., Ltd.
C/O Schuyler Carrol, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019

Metlsaw Systems Inc.
Attn Richard Schnabel, Controller
2950 Bay Vista Court
Benicia, CA 94510

Mid-Atlantic CNC, Inc
Attn Gary Proscia, VP Finance
260 Evans Way
Branchburg, NJ 08876

Midwest Drivers Solution
d/b/a Trillium Staffing Solutions
Attn Sheila Lovett, Collections Spec.
5555 Gull Rd
Kalamazoo, MI 49048

Panitch Schwarze Belisario & Nadel LLP
Attn Marie Alison Santini
One Commerce Square
2005 Market Suite 2200
Philadelphia, PA 19103

Penske Truck Leasing
Attn Kirtida Bhatt, Bad Debt Clerk
Po Box 563
Reading, PA 19603

5

Perfect Trade Development Co
Room A, 7/12F.,
Mao Tai Century Tower
No. 83 Zhong He Bei Road
Hangzhou,
China

PPG Industries, Inc.
John J. Winter, Esquire
The Chartwell Law Offices, LLP
2621 Van Buren Drive
Norristown, PA 19403

Precoat Metals Div. Of Sequa
Corporation
1310 Papin St., 3rd Flr
Attn: Robert Bachuzewski
St. Louis, MO 63103

Print Tech Graphics, Inc.
1165 Hollow Rd.
Narberth, PA 19072

Pro Group Inc
PO Box 6585
Englewood, CO 80155

PSK Steel Corp.
Attn Patricia J Lydic, Office Manager
PO Box 308
Hubbard, OH 44425

Quench USA
Dolphin Capital Corp
Gretchen Simmons
PO Box 605
Moberly, MO 65270

Quench
Dolphin Capital Corp
Gretchen Simmons, Litigation Specialist
PO Box 605
Moberly, MO 65270

6

Revenue Management
Transferor: Mati Sales, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

Revenue Management
Transferor: Wharton Hardware &
Supply Co
One University Plaza
Suite 312
Hackensack, NJ 07601

Saf-Gard Safety Shoe Co.
2701 Patterson St.
Greensboro, NC 27404

Tate Engineering Systems, Inc
Attn Carol Grandy, AR Manager
1560 Caton Center Drive
Baltimore, MD 21227

Total Care Network, Inc
Attn Christine M Knysh, President / CEO
Penn Treaty Park Place
1341 N Delaware Ave, Suite 403
Philadelphia, PA 19125-4300

TPC Wire & Cable
Attn Becky Johnson, Credit Supervisor
7061 E Pleasant Valley Rd
Independence, OH 44131

TTI Environmental Inc.
Attn William Dolan, CEO
1253 N Church Street
Moorestown, NJ 08057

Uneeda Bolt & Screw Co Inc
10 Capitol Drive
Attn: Eli Brickman, Pres.
Moonachie, NJ 07074

Visumatic Industrial Products, Inc
Attn Harold Cunningham, CFO
856 Porter Place
Lexington, KY 40508

W.W. Grainger, Inc.
Attn Anne Godziszewski
7300 N Melvina Ave. M240
Niles, IL 60714-3998

Ware Industrial Co., Ltd.
C/O Schuyler Carroll, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019

Window Depot USA
Attn Jim Venable, President
10800 Financial Center Parkway #280
Little Rock, AR 72211

Woodward Printing Services
Attn Sharon Welborn
Po Box 688
Dubuque, IA 52004-0688

45765/0003-5260847v1 January 08, 2009