Order Filed on
1/6/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re: | Case No. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>, | Judge: Gloria M. Burns |
| Debtors. | Chapter:  11 |

**ORDER REDUCING CLAIM OF CRAIG SELLER AND CLASSIFYING REMAINING
CLAIM AS A GENERAL UNSECURED CLAIM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 1/6/2009**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Reducing Claim of Craig Seller and Reclassifying Remaining Claim As A General Unsecured Claim

---

Upon consideration of the above-captioned debtors' (the "Debtors")[1] objection (the "Objection") seeking an order Reducing the Claim of Craig Seller and Reclassifying Claim to General Unsecured Claim ("Seller"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED.

2. That Seller's proof of claim identified as claim no. 562 on the claims register is reduced to $10,691.54 and that the claim is classified as a Class 10, general unsecured claim;

3. That Seller's proof of claim no. 590 identified on the claims register is hereby expunged and disallowed in its entirety; and

4. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\503357\1  226314.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns January  06, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger           Page 1 of 1              Date Rcvd: Jan 07, 2009
Case: 08-14631                Form ID: pdf903          Total Served: 1
```

The following entities were served by first class mail on Jan 09, 2009.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2009**                      **Signature:**   _Joseph Speetjens_