**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street, P. O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS, L.L.C., et al.,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF THE CLASS 10 LIQUIDATION TRUST FOR AN ORDER GRANTING A FURTHER EXTENSION OF TIME TO FILE OBJECTIONS TO LITIGATION CLAIMS AND INSIDER CLAIMS AND TO ASSERT OBJECTIONS UNDER §502(d) OF THE BANKRUPTCY CODE**<br><br>HEARING DATE AND TIME:<br>January ___, 2009, at _____ __.m.<br><br>**ORAL ARGUMENT WAIVED UNLESS OBJECTIONS TIMELY FILED** |

TO:    All Parties-in-Interest

{00073609.1 / 0631-002}
45765/0003-1542476v1

PLEASE TAKE NOTICE that pursuant to an Order Shortening Time entered by the Bankruptcy Court on January____, 2009, on the ____ day of January, 2009, at _____ o'clock in the _____ noon, or as soon thereafter as counsel may be heard, the undersigned, attorneys for the Class 10 Liquidation Trust, shall move before the Honorable Gloria M. Burns, United States Bankruptcy Judge, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101, for entry of an Order granting a further extension of time to file objections to litigation claims and insider claims and to assert objections under §502(d) of the bankruptcy code (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Application, which sets forth the relevant factual and legal bases upon which the requested relief should be granted.  A proposed Order granting the requested relief also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall be filed in accordance with the Order Shortening Time.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned does not request oral argument unless objections are timely filed.

Respectfully submitted,

**HALPERIN BATTAGLIA RAICHT, LLP**
Co-Counsel for the Class 10 Liquidation Trust


By:   */s/ Donna H. Lieberman*
      Donna H. Lieberman
      Carrie E. Mitchell

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
Co-Counsel for the Class 10 Liquidation Trust


By:   */s/ Ilana Volkov*
      Ilana Volkov


DATED:  January 16, 2009