Order Filed on
1/20/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Liquidation Trust |

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns<br><br>Hearing Date:  N/A |

**ORDER SHORTENING TIME FOR NOTICE OF HEARING ON THE CLASS 10 LIQUIDATION TRUST'S MOTION FOR ENTRY OF AN ORDER GRANTING A FURTHER EXTENSION OF TIME TO FILE OBJECTIONS TO UNSECURED CLAIMS**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: 1/20/2009**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

45765/0003-5281508v1

*Approved by Judge Gloria M. Burns January  20, 2009*

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., et al.
Case No. 08-14631(GMB) (JOINTLY ADMINISTERED)
Caption of Order: ORDER SHORTENING TIME FOR NOTICE OF HEARING ON THE CLASS 10 LIQUIDATION TRUST'S MOTION FOR ENTRY OF AN ORDER GRANTING A FURTHER EXTENSION OF TIME TO FILE OBJECTIONS TO UNSECURED CLAIMS

THIS MATTER having been opened to the Court by the Class 10 Liquidation Trust, by and through its co-counsel, upon an Application for entry of an order shortening the time period for notice and setting a hearing on the Trust's motion for entry of an order granting a further extension of time to file objections to unsecured claims (the "Motion); and the Court having considered the Application and determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. The time period required by Local Rule of Bankruptcy Procedure 9013-1(c) for notice of a hearing on the Motion be and hereby is reduced as set forth herein.

2. A hearing on the Motion shall be conducted on **January 26, 2009, 11:30 o'clock in the fore noon**, before the Honorable Gloria M. Burns, U.S.B.J., at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101.

3. Within one (1) day of entry of this Order, counsel for the Trust shall serve copies of this Order Shortening Time and all pleadings submitted in support of the Motion on the following parties by regular mail: (a) the Office of the United States Trustee for the District of New Jersey; (b) counsel for the Debtors; (c) counsel for Arch Acquisition, LLC, the plan funder; and (d) all parties that have filed a notice of appearance, except to the extent any said parties receive electronic notification of filings via the Court's CM/ECF System.

45765/0003-5281508v1

*Approved by Judge Gloria M. Burns January 20, 2009*

(Page 3)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., et al.
Case No. 08-14631(GMB) (JOINTLY ADMINISTERED)
Caption of Order: ORDER SHORTENING TIME FOR NOTICE OF HEARING ON THE CLASS 10 LIQUIDATION TRUST'S MOTION FOR ENTRY OF AN ORDER GRANTING A FURTHER EXTENSION OF TIME TO FILE OBJECTIONS TO UNSECURED CLAIMS

---

4.      Any objections to the relief sought in the Motion shall be in writing, specify with particularity the basis of the objection and be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), no later than __five__ o'clock in the _after_ noon on January 22, 2009. However, oral opposition will also be considered at the hearing.

5.      ~~Unless objections are timely filed, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without a hearing.~~

45765/0003-5281508v1

*Approved by Judge Gloria M. Burns January 20, 2009*