Order Filed on
1/15/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Trust

In Re:

SHAPES/ARCH HOLDINGS L.L.C., *et al.*,

Debtors.

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Gloria M. Burns

Hearing Date: December 16, 2008

**ORDER EXPUNGING CERTAIN CLAIMS AGAINST THE DEBTORS**

**(Claim Numbers 65, 72, 76, 116, 136, 146, 150, 156, 194, 195, 200, 201, 202, 203, 209, 214, 222, 223, 224, 227, 232, 233, 234, 242, 243, 251, 256, 267, 268, 270, 274, 276, 277, 278, 280, 281, 283, 286, 287, 288, 289, 291, 304, 305, 306, 307, 317, 357, 358, 359, 363, 367, 371, 375, 377, 378, 379, 381, 382, 383, 384, 410, 411, 415, 417, 418, 419, 436, 444, 452, 459, 466, 473, 474, 475, 606, 607, 608, 610, 611, 657, 658, 659, 660, 661, 670, 676, 677, 678, 679, 681, 685, 708, 733, 738, 871 and 895)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 1/15/2009**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No: | 08-14631 (GMB) |
| Caption of Order: | ORDER EXPUNGING CERTAIN CLAIMS AGAINST THE DEBTORS |
| | (Claim Numbers 65, 72, 76, 116, 136, 146, 150, 156, 194, 195, 200, 201, 202, 203, 209, 214, 222, 223, 224, 227, 232, 233, 234, 242, 243, 251, 256, 267, 268, 270, 274, 276, 277, 278, 280, 281, 283, 286, 287, 288, 289, 291, 304, 305, 306, 307, 317, 357, 358, 359, 363, 367, 371, 375, 377, 378, 379, 381, 382, 383, 384, 410, 411, 415, 417, 418, 419, 436, 444, 452, 459, 466, 473, 474, 475, 606, 607, 608, 610, 611, 657, 658, 659, 660, 661, 670, 676, 677, 678, 679, 681, 685, 708, 733, 738, 871 and 895) |

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion") for an Order expunging certain claims, as more fully set forth in the schedules annexed to the Application in support of the Motion, pursuant to Section 502 of title 11 of the United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure; and the response filed by TTI Environmental Inc. having been resolved by communications between the parties; and the Trust having agreed to (a) adjourn the Motion with respect to the claims of Argonaut Insurance Company and its affiliates and (b) seek disallowance of the later, rather than the earlier, filed claim of General Electric Capital Corporation, which later claim was recorded as claim number 871; and the other parties on the schedule annexed hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the Declaration of Irv Schwarzbaum in support of the Motion; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion; and appearing that the other parties on the exhibits hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

*Approved by Judge Gloria M. Burns January  15, 2009*

(Page 3)

Debtor:            SHAPES/ARCH HOLDINGS L.L.C., *et al*.

Case No:           08-14631 (GMB)

Caption of Order:  ORDER EXPUNGING CERTAIN CLAIMS AGAINST THE DEBTORS
(Claim Numbers 65, 72, 76, 116, 136, 146, 150, 156, 194, 195, 200, 201,
202, 203, 209, 214, 222, 223, 224, 227, 232, 233, 234, 242, 243, 251, 256,
267, 268, 270, 274, 276, 277, 278, 280, 281, 283, 286, 287, 288, 289, 291,
304, 305, 306, 307, 317, 357, 358, 359, 363, 367, 371, 375, 377, 378, 379,
381, 382, 383, 384, 410, 411, 415, 417, 418, 419, 436, 444, 452, 459, 466,
473, 474, 475, 606, 607, 608, 610, 611, 657, 658, 659, 660, 661, 670, 676,
677, 678, 679, 681, 685, 708, 733, 738, 871 and 895)

**ORDERED**, that the claims set forth on Exhibit A annexed hereto and made a part

hereof be, and hereby are, expunged as set forth therein; and it is further

**ORDERED**, that with respect to the claims of Argonaut Insurance Company and its

affiliates (claims numbered 554, 555, 556, 557 and 558), the Motion is adjourned until January

20, 2009 at 10:00 a.m.

*Approved by Judge Gloria M. Burns January  15, 2009*

# EXHIBIT A

Shapes tablel

Duplicate Claims Exhibit

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| ACTION PACKAGING SYSTEMS, INC 374 SOMERS ROAD ELLINGTON, CT 06029 | 436 | Ultra LLC | 1,241.20 | U | 427 | Ultra LLC | 1,241.20 | U |
| | 452 | Ultra LLC | 1,241.20 | U | | | | |
| ADVANCE MANAGEMENT CORP. 1530 GLEN AVE., UNIT 1 ATTN: ED DALESANDRO, DIRECTOR OF FINANCE MOORESTOWN, NJ 08057 | 381 | Ultra LLC | 1,458.41 | U | 327 | Ultra LLC | 1,458.41 | U |
| ADVANCE MANAGEMENT CORP. 1530 GLEN AVE., UNIT 1 ATTN: ED DALESANDRO, DIRECTOR OF FINANCE MOORESTOWN, NJ 08058 | 382 | Shapes/Arch Holdings LLC | 2,782.82 | U | 326 | Shapes/Arch Holdings LLC | 2,782.82 | U |
| ADVANCED RECOVERY SERVICES 5434 KING AVE. RTE. 38 E. SUITE 200 PENNSAUKEN, NJ 08109 | 243 | Shapes/Arch Holdings LLC | 21,058.51 | U | 208 | Shapes/Arch Holdings LLC | 21,058.51 | U |
| AIR-OIL SYSTEMS, INC. ATTN OFFICE MANAGER 753 WAMBOLD RD PO BOX 195 MAINLAND, PA 19451-0195 | 72 | Shapes/Arch Holdings LLC | 1,782.29 | U | 25 | Shapes/Arch Holdings LLC | 1,782.29 | U |
| AVAYA INC. P.O. BOX 5332 NEW YORK, NY 10087-5332 | 291 | Shapes/Arch Holdings LLC | 891.54 | U | 248 | Shapes/Arch Holdings LLC | 891.54 | U |

*Approved by Judge Gloria M. Burns January 15, 2009*

Shapes panel

Duplicate Claims Exhibit

| Name/ Address of Claimant | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| | | **Claims To Be Expunged** | | | | | **Remaining Claims** | |
| BEILER HYDRAULICS, INC. JOHN HURST 322 E. MAIN ST. LEOLA, PA 17540 | 677 | Shapes/Arch Holdings LLC | 336.98 | U | 521 | Shapes/Arch Holdings LLC | 336.98 | U |
| BOHN DISTRIBUTIONS LLC DBA METHODS ENGINEERING ATTN JUDY BOHN, OFFICE MANAGER 10-21 COUNTY LINE RD BRANCHBURG, NJ 08876 | 383 | Shapes/Arch Holdings LLC | 77.44 | U | 329 | Shapes/Arch Holdings LLC | 77.44 | U |
| BOYLE BROS. INC. 130 SHARP ROAD ATTN: JOHN T. BOYLE JR. MARLTON, NJ 08053 | 201 | Shapes/Arch Holdings LLC | 1,252.40 | U | 135 | Shapes/Arch Holdings LLC | 1,252.40 | U |
| BURLINGHAM INTERNATIONAL 1041 W. 18TH ST., A-109 COSTA MESA, CA 92627 | 466 | Shapes/Arch Holdings LLC | 10,256.24 | U | 442 | Shapes/Arch Holdings LLC | 10,256.24 | U |
| CHARLES A LONG, INC ATTN PRESIDENT 2600 HADDONFIELD ROAD PENNSAUKEN, NJ 08110 | 278 | Ultra LLC | 6,296.25 | U | 258 | Ultra LLC | 6,296.25 | U |

*Approved by Judge Gloria M. Burns January  15, 2009*

Shapes model

Duplicate Claims Exhibit

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| CHUNG HSIN ENTERPRISE LTD NO. 16, SEC. 1 GUOR GUANG RD. DAH LII TAICHUNG COUNTY 412 TAICHUNG, CHINA | 194 | Ultra LLC | 13,557.60 | U | 193 | Ultra LLC | 13,557.60 | U |
| | 270 | Ultra LLC | 13,557.60 | U | | | | |
| COLOR SOURCE, INC. ATTN ALAN P FOX, ESQ C/O CAPEHART & SCATCHARD, P.A. 8000 MIDLANTIC DR., SUITE 300 S. MOUNT LAUREL, NJ 08054 | 281 | Delair LLC | 16,187.26 | U | 240 | Delair LLC | 16,187.26 | U |
| | 363 | Delair LLC | 16,187.26 | U | | | | |
| COLOR SOURCE, INC. ATTN ALAN P FOX, ESQ C/O CAPEHART & SCATCHARD, P.A. 8000 MIDLANTIC DR., SUITE 300 S. MOUNT LAUREL, NJ 08054 | 371 | Shapes/Arch Holdings LLC | 5,019.22 | U | 220 | Shapes/Arch Holdings LLC | 5,019.22 | U |
| | 415 | Shapes/Arch Holdings LLC | 5,019.22 | U | | | | |
| CPT FREIGHT MANAGEMENT SERVICE 425 STEELWAY LANCASTER, PA 17601 | 242 | Shapes LLC | 3,400.00 | U | 126 | Shapes LLC | 3,400.00 | U |
| CROWN STAPLE & SUPPLY CO. 96N. HARRISON AVENUE CONGERS, NY 10920 | 474 | Shapes/Arch Holdings LLC | 1,455.11 | U | 430 | Shapes/Arch Holdings LLC | 1,455.11 | U |

3

Shapes panel

Duplicate Claims Exhibit

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| CROWN STAPLE & SUPPLY CO.<br>96N. HARRISON AVENUE<br>CONGERS, NY 10921 | 475 | Delair LLC | 338.00 | U | 428 | Delair LLC | 338.00 | U |
| CURBELL PLASTICS, INC.<br>7 COBHAM DRIVE<br>ORCHARD PARK, NY 14127 | 679 | Shapes/Arch Holdings LLC | 336.84 | U | 522 | Shapes/Arch Holdings LLC | 336.84 | U |
| CUT-MARK, INC<br>ATTN GEORGE W GIBSON, JR., PRESIDENT<br>801 S CHURCH ST., STE 6<br>MOUNT LAUREL, NJ 08054-2572 | 224 | Shapes/Arch Holdings LLC | 713.75 | U | 128 | Shapes/Arch Holdings LLC | 713.75 | U |
| DI MEDIO LUMBER & CABINET LLC<br>ATTN ROBERT DI MEDIO, PARTNER<br>651 CUTLER AVE.<br>MAPLE SHADE, NJ 08052 | 375 | Delair LLC | 3,022.00 | U | 293 | Delair LLC | 3,022.00 | U |
| ESTHER WILLIAMS/EWL PRODUCTIONS<br>ANTHONY E. BELL, ESQ.<br>LAW OFFICES OF ANTHONY E. BELL, INC.<br>33 S. GRAND AVE. 25TH FLOOR<br>LOS ANGELES, CA 90071 | 708 | Shapes/Arch Holdings LLC | 43,271.00 | U | 595 | Shapes/Arch Holdings LLC | 43,271.00 | U |
| | 733 | Shapes/Arch Holdings LLC | 43,271.00 | U | | | | |

*Approved by Judge Gloria M. Burns January  15, 2009*

Shapes/Arch
Duplicate Claims Exhibit

| Name/ Address of Claimant | Claims To Be Expunged | | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| ETS CORPORATION OF DETROIT 320 HIGH TIDE DRIVE SUITE 201 ATTN: MARK GLIDDEN, VICE PRESIDENT ST. AUGUSTINE, FL 32080 | 606 | Shapes/Arch Holdings LLC | 7,400.00 | U | 483 | Shapes/Arch Holdings LLC | 7,400.00 | U |
| FEDEX FREIGHT EAST M JEFF JONES SR. MGR CREDIT/COLLECTIONS FEDEX FREIGHT PO BOX 840 HARRISON, AR 72602-0840 | 267 | Shapes/Arch Holdings LLC | 978.14 | U | 244 | Shapes/Arch Holdings LLC | 978.14 | U |
| FEDEX FREIGHT WEST M JEFF JONES SR. MGR CREDIT/COLLECTIONS FEDEX FREIGHT PO BOX 840 HARRISON, AR 72602-0840 | 268 | Shapes/Arch Holdings LLC | 75.71 | U | 245 | Shapes/Arch Holdings LLC | 75.71 | U |
| GENERAL ELECTRIC CAPITAL CORPORATION ATTN: TRACI HAMER 1010 THOMAS EDISON BLVD. SW CEDAR RAPIDS, IA 52404 | 871 | Shapes/Arch Holdings LLC | 232,341.56 | U | 860 | Shapes/Arch Holdings LLC | 232,341.56 | U |
| GILL POWDER COATING, INC ATTN ANDREW J GILL, JR 1384 BYBERRY ROAD BENSALEM, PA 19020 | 304 | Delair LLC | 42,877.45 | U | 255 | Delair LLC | 42,877.45 | U |

*Approved by Judge Gloria M. Burns January  15, 2009*

Shapes
Duplicate Claims Exhibit

| | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/ Address of Claimant | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| GMAC<br>ATTN M. BOHEN, AGENT<br>PO BOX 130424<br>ROSEVILLE, MN 55113 | 203 | Delair LLC | 40,997.54 | U | 178 | Delair LLC | 40,997.54 | U |
| GRAHAM COMPANY, THE<br>AMY E. VULPIO, ESQUIRE<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PLACE<br>PHILADELPHIA, PA 19103 | 473 | Shapes/Arch Holdings LLC | 27,187.50 | U | 424 | Shapes/Arch Holdings LLC | 27,187.50 | U |
| GRANCO CLARK, INC.<br>ATTN ROBERT FROSTICK, CFO<br>7298 N STOREY RD<br>BELDING, MI 48809 | 280 | Shapes/Arch Holdings LLC | 6,834.99 | U | 253 | Shapes/Arch Holdings LLC | 6,834.99 | U |
| GUYSON CORPORATION OF USA<br>ATTN JOSEPH W CODACOVI,<br>PRESIDENT & CEO<br>13 GRANDE BLVD<br>SARATOGA SPRINGS, NY 12866 | 289 | Shapes/Arch Holdings LLC | 615.89 | U | 181 | Shapes/Arch Holdings LLC | 615.89 | U |
| J.T. REDDY  INC.<br>ATTN WALTER MEYERS<br>500 MARKET ST<br>PERTH AMBOY, NJ 08862 | 200 | Shapes/Arch Holdings LLC | 1,469.22 | U | 133 | Shapes/Arch Holdings LLC | 1,469.22 | U |
| JANI-KING OF PHILADELPHIA, INC.<br>ATTN DANIEL J MOORE<br>16885 DALLAS PARKWAY<br>ADDISON, TX 75001 | 418 | Ultra LLC | 3,288.64 | U | 118 | Ultra LLC | 3,288.64 | U |

*Approved by Judge Gloria M. Burns January  15, 2009*

Shapes

Duplicate Claims Exhibit

| Name/ Address of Claimant | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| | | **Claims To Be Expunged** | | | | | **Remaining Claims** | |
| JOHN STERLING CORPORATION ATTN ROBERT M BERGSLIEN, CFO 11600 STERLING PARKWAY RICHMOND, IL 60071 | 156 | Shapes/Arch Holdings LLC | 5,512.02 | U | 124 | Shapes/Arch Holdings LLC | 5,512.02 | U |
| | 222 | Shapes/Arch Holdings LLC | 5,512.02 | U | | | | |
| JUNKER INC. ATTN DIETMAR BREUER PO BOX 645 WEST CHICAGO, IL 60186-0645 | 417 | Shapes/Arch Holdings LLC | 9,963.68 | U | 109 | Shapes/Arch Holdings LLC | 9,963.68 | U |
| KAM WAH METALWARE MAUFACTURING, LIMITED B5, 11F., HONG KONG INDUSTRIAL CENTRE 489-491 CASTLE PEAK ROAD KOWLOON, HONG KONG | 459 | Shapes/Arch Holdings LLC | 24,838.56 | U | 321 | Shapes/Arch Holdings LLC | 24,838.56 | U |
| LAKE PARK TOOL & MACHINE INC. ATTN TREASURER 1221 VELMA COURT YOUNGSTOWN, OH 44512 | 419 | Shapes/Arch Holdings LLC | 3,480.00 | U | 119 | Shapes/Arch Holdings LLC | 3,480.00 | U |
| LATHAM MANUFACTURING CORP. ATTN PHILIP GROGAN, CREDIT MANAGER 787 WATERVLIET-SHAKER ROAD LATHAM, NY 12110 | 307 | Shapes/Arch Holdings LLC | 19,673.92 | U | 261 | Shapes/Arch Holdings LLC | 19,673.92 | U |

7

*Approved by Judge Gloria M. Burns January  15, 2009*

Shapes
Duplicate Claims Exhibit

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: WHARTON HARDWARE & SUPPLY CO D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 116 | Shapes/Arch Holdings LLC | 5,086.28 | U | 64 | Shapes/Arch Holdings LLC | 5,086.28 | U |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: JA CUNNINGHAM EQPT, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 234 | Shapes/Arch Holdings LLC | 3,229.23 | U | 60 | Shapes/Arch Holdings LLC | 3,229.23 | U |
| LONDON & SCANDINAVIAN METALLURGICAL CO. LTD. / ATTN DJE BEARE, FINANCIAL DIR. FULLERTON ROAD ROTHERHAM SOUTH YORKSHIRE, 560 1DL ENGLAND | 357 | Shapes/Arch Holdings LLC | 18,378.15 | U | 299 | Shapes/Arch Holdings LLC | 18,378.15 | U |
| LOUIS P. CANUSO, INC. P.O. BOX 501 101 CROWN POINT RD. THOROFARE, NJ 08086-0501 | 150 | Shapes/Arch Holdings LLC | 1,521.84 | U | 62 | Shapes/Arch Holdings LLC | 1,521.84 | U |
| LOUISIANA DEPARTMENT OF REVENUE PO BOX 66658 BATON ROUGE, LA 70896 | 287 | Shapes/Arch Holdings LLC | 349.80 | U | 238 | Shapes/Arch Holdings LLC | 349.80 | U |

*Approved by Judge Gloria M. Burns January  15, 2009*

Shapes
Duplicate Claims Exhibit

| Name/ Address of Claimant | Claims To Be Expunged Claim Number(s) | Debtor | Claim Amount | Claim Type | Remaining Claims Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| MACOWARE COMPANY LTD 1410 WORLD WIDE INDUSTRIAL CENTER 43-47 SHAN MEI STREET, FO TAN, SHATIN, N.T., HONG KONG | 444 | Shapes/Arch Holdings LLC | 1,723.68 | U | 425 | Shapes/Arch Holdings LLC | 1,723.68 | U |
| MATERIAL SCIENCES CORPORATION 2200 E PRATT BLVD ELK GROVE VILLAGE, IL 60007 | 738 | Shapes/Arch Holdings LLC | 23,828.27 | U | 796 | Shapes/Arch Holdings LLC | 23,828.27 | U |
| MERCHANTS FASTENER CORP. ATTN ANNE SONNICK, CREDIT MANAGER 45-18 COURT SQUARE SUITE 601 LONG ISLAND CITY, NY 11101 | 202 | Accu-Weld LLC | 1,752.71 | U | 183 | Accu-Weld LLC | 1,752.71 | U |
| | 209 | Accu-Weld LLC | 1,752.71 | U | | | | |
| | 227 | Accu-Weld LLC | 1,752.71 | U | | | | |
| | 251 | Accu-Weld LLC | 1,752.71 | U | | | | |
| | 276 | Accu-Weld LLC | 1,752.71 | U | | | | |
| METAL MANAGEMENT NORTHEAST, INC. C/O SAM DELLA FERA,JR., ESQ. TRENK DIPASQUALE WEBSTER DELLA FERA ETAL 347 MT PLEASANT AVE STE 300 WEST ORANGE, NJ 07052 | 274 | Shapes/Arch Holdings LLC | 46,225.64 | U | 221 | Shapes/Arch Holdings LLC | 46,225.64 | U |

*Approved by Judge Gloria M. Burns January  15, 2009*

Duplicate Claims Exhibit

| | **Claims To Be Expunged** | | | | | **Remaining Claims** | | |
| Name/ Address of Claimant | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| MILLER PACKAGING MATERIALS ATTN NORMAN MILLER, OWNER PO BOX 939 BUCKINGHAM, PA 18912-0939 | 65 | Accu-Weld LLC | 2,886.00 | U | 12 | Accu-Weld LLC | 2,886.00 | U |
| MIRILLAS OPTICAS, S.L. ATTN JOSE M PEDRET, ADMINISTRATOR CUARTEL DE LEVANTE, 7 PARETS DEL VALLES, 08150 BARCELONA, SPAIN | 195 | Ultra LLC | 1,699.20 | U | 129 | Ultra LLC | 1,699.20 | U |
| MONROE TOOL & DIE INC 197 SHARPS RD. ATTN: STEVEN KENNEDY, PRESIDENT WILLIAMSTOWN, NJ 08094 | 611 | Shapes/Arch Holdings LLC | 16,040.00 | U | 345 | Shapes/Arch Holdings LLC | 16,040.00 | U |
| MSC INDUSTRIAL SUPPLY COMPANY ATTN DAISY WALROND 75 MAXESS ROAD MELVILLE, NY 11747 | 223 | Shapes/Arch Holdings LLC | 81.63 | U | 215 | Shapes/Arch Holdings LLC | 81.63 | U |
| NALCO COMPANY ATTN: CHAD PECHMAN 1601 WEST DIEHL ROAD NAPERVILLE, IL 60563 | 670 | Shapes LLC | 6,418.40 | U | 517 | Shapes LLC | 6,418.40 | U |

*Approved by Judge Gloria M. Burns January  15, 2009*

Duplicate Claims Exhibit

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY<br>LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | 895 | Accu-Weld LLC | 143,365.67 | U | 874 | Accu-Weld LLC | 143,365.67 | U |
| NATIONAL GLASS ASSOCIATION<br>ATTN BETH MOORMAN, PRODUCTION DIRECTOR<br>8200 GREENSBORO DRIVE<br>SUITE 302<br>MC LEAN, VA 22102 | 233 | Shapes/Arch Holdings LLC | 4,874.75 | U | 55 | Shapes/Arch Holdings LLC | 4,874.75 | U |
| NORTHERN MARKETING<br>14-16 BROWN STREET<br>SALEM, MA 01970 | 678 | Ultra LLC | 13,115.40 | U | 485 | Shapes/Arch Holdings LLC | 13,115.40 | U |
| NORTHEAST METAL TRADERS, INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | 681 | Shapes LLC | 11,493.65 | U | 488 | Shapes LLC | 11,493.65 | U |
| NOVATOOL INC.<br>6100 BALTIMORE NATIONAL PIKE<br>BALTIMORE, MD 21228 | 232 | Shapes LLC | 904.13 | U | 54 | Shapes LLC | 904.13 | U |
| NPC ACQUISITIONS, INC.<br>ATTN RICHARD DAVIS, CONTROLLER<br>100 MAIN STREET<br>TULLYTOWN, PA 19007 | 384 | Accu-Weld LLC | 1,077.20 | U | 324 | Accu-Weld LLC | 1,077.20 | U |

11

*Approved by Judge Gloria M. Burns January  15, 2009*

Duplicate Claims Exhibit

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| | 410 | Accu-Weld LLC | 1,077.20 | U | | | | |
| PAGE TRANSPORTATION INC ATTN TERRI GILLOTTI ACCOUNTS RECEIVABLE / COLLECTIONS PO BOX 920 WEEDSPORT, NY 13166 | 146 | Shapes/Arch Holdings LLC | 3,808.57 | U | 40 | Shapes/Arch Holdings LLC | 3,808.57 | U |
| PALL TRINCOR C/O NIXON PEABODY LLP 437 MADISON AVENUE ATTN: JOSEPH M. GITTO, ESQ. NEW YORK, NY 10022 | 657 | Shapes/Arch Holdings LLC | 18,750.00 | U | 653 | Shapes LLC | 18,750.00 | U |
| | 658 | Shapes LLC | 18,750.00 | U | | | | |
| | 659 | Ultra LLC | 18,750.00 | U | | | | |
| | 660 | Delair LLC | 18,750.00 | U | | | | |
| | 661 | Accu-Weld LLC | 18,750.00 | U | | | | |
| PRECOAT METALS DIV. OF SEQUA CORPORATION 1310 PAPIN ST., 3RD FLR ATTN: ROBERT BACHUZEWSKI ST. LOUIS, MO 63103 | 676 | Delair LLC | 43,403.11 | U | 494 | Delair LLC | 43,403.11 | U |
| PRO AEROSOLS ATTN PETER G FROESS, OWNER 4042 WOODSDALE AVE ERIE, PA 16510 | 288 | Shapes/Arch Holdings LLC | 422.00 | U | 249 | Shapes/Arch Holdings LLC | 422.00 | U |

*Approved by Judge Gloria M. Burns January  15, 2009*

Shapes

Duplicate Claims Exhibit

| Name/ Address of Claimant | Claims To Be Expunged | | | | | Remaining Claims | | |
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| PUBLIC SERVICE ELECTRIC AND GAS CO-PSE&G PO BOX 490 ATTN: NANCY OLIVERAS CRANFORD, NJ 07016 | 367 | Ultra LLC | 19,916.00 | U | 297 | Ultra LLC | 19,916.00 | U |
| R-MAC TRANSPORT C/O BRYAN C SCHROLL, ESQUIRE LAW OFFICES OF BRYAN C SCHROLL 172 BRANDYWINE DRIVE MARLTON, NJ 08053 | 277 | Shapes LLC | 19,252.32 | U | 241 | Shapes LLC | 19,252.32 | U |
| SAMA PLASTICS CORP. SAMA WOOD, LLC. ATTN GAIL S WOLFBERG, VICE PRESIDENT 20 SAND PARK ROAD CEDAR GROVE, NJ 07009 | 136 | Shapes/Arch Holdings LLC | 1,896.00 | U | 58 | Shapes/Arch Holdings LLC | 1,896.00 | U |
| REVENUE MANAGEMENT TRANSFEROR: MATI SALES, LLC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 607 | Delair LLC | 7,565.17 | U | 515 | Delair LLC | 7,565.17 | U |
| REVENUE MANAGEMENT TRANSFEROR: MATI SALES, LLC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 608 | Ultra LLC | 7,332.92 | U | 516 | Ultra LLC | 7,332.92 | U |

*Approved by Judge Gloria M. Burns January  15, 2009*

Shapes
Duplicate Claims Exhibit

| Name/ Address of Claimant | Claims To Be Expunged | | | | Remaining Claims | | | |
| | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| SELEE CORPORATION ATTN TIMOTHY P KRIEGEL, CFO 700 SHEPHERD STREET HENDERSONVILLE, NC 28792 | 256 | Shapes LLC | 15,106.50 | U | 180 | Shapes LLC | 15,106.50 | U |
| | 286 | Shapes LLC | 15,106.50 | U | | | | |
| SENTRY INSURANCE, A MUTUAL COMPANY ATTN: KEN ERLER 1800 NORTH POINT DRIVE STEVENS POINT, WI 54481 | 411 | Shapes/Arch Holdings LLC | 275,680.00 | U | 389 | Shapes/Arch Holdings LLC | 275,680.00 | U |
| SHANGHAI HOUSING PROD CO LTD RM 101, NO 19, INGXIANG YUAN, LANE 501, NIANJIABANG ROAD ZHOUPU TOWN, PUDONG, SHANGHAI, CHINA | 685 | Ultra LLC | 25,149.92 | U | 438 | Ultra LLC | 25,149.92 | U |
| SHAPES UNLIMITED, INC. ATTN D FISHER, TREASURER 590 E WESTERN RESERVE RD YOUNGSTOWN, OH 44514 | 76 | Shapes/Arch Holdings LLC | 23,119.72 | U | 7 | Shapes/Arch Holdings LLC | 23,119.72 | U |
| SPRINGER PUMPS LLC 861 TECH DR TELFORD, PA 18969 | 214 | Shapes/Arch Holdings LLC | 1,244.78 | U | 127 | Shapes/Arch Holdings LLC | 1,244.78 | U |
| STAPLES, INC. A/R COLLECTIONS DEPARTMENT 300 ARBOR LAKE DRIVE COLUMBIA, SC 29223 | 377 | Delair LLC | 451.35 | U | 354 | Delair LLC | 451.35 | U |

*Approved by Judge Gloria M. Burns January  15, 2009*

Duplicate Claims Exhibit

| | Claims To Be Expunged | | | | | Remaining Claims | | |
|---|---|---|---|---|---|---|---|---|
| Name/ Address of Claimant | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
| STAPLES, INC.<br>A/R COLLECTIONS DEPARTMENT<br>300 ARBOR LAKE DRIVE<br>COLUMBIA, SC 29223 | 378 | Ultra LLC | 874.09 | U | 355 | Ultra LLC | 874.09 | U |
| SYSTEM TRANSPORT INC<br>ATTN SUE WITTE, CREDIT MGR<br>PO BOX 3456<br>SPOKANE, WA 99220 | 379 | Shapes/Arch Holdings LLC | 15,723.71 | U | 333 | Shapes/Arch Holdings LLC | 15,723.71 | U |
| THEODORE E MOZER, INC<br>ATTN THOMAS W MOZER, PRESIDENT<br>PO BOX 25<br>4TH & MARKET STS<br>PALMYRA, NJ 08065 | 283 | Shapes/Arch Holdings LLC | 2,270.00 | U | 213 | Shapes/Arch Holdings LLC | 2,270.00 | U |
| TOTAL CARE NETWORK, INC<br>ATTN CHRISTINE M KNYSH, PRESIDENT / CEO<br>PENN TREATY PARK PLACE<br>1341 N DELAWARE AVE, SUITE 403<br>PHILADELPHIA, PA 19125-4300 | 359 | Shapes/Arch Holdings LLC | 1,620.00 | U | 330 | Shapes/Arch Holdings LLC | 1,620.00 | U |
| TRI-R-TOOL, INC.<br>629 S. WARRINGTON AVE<br>ATTN: YASCO WAINBERG, PRESIDENT<br>CINNAMINSON, NJ 08077 | 610 | Shapes/Arch Holdings LLC | 879.11 | U | 536 | Shapes/Arch Holdings LLC | 879.11 | U |
| TTI ENVIRONMENTAL INC.<br>ATTN WILLIAM DOLAN, CEO<br>1253 N CHURCH STREET<br>MOORESTOWN, NJ 08057 | 305 | Shapes/Arch Holdings LLC | 20,525.17 | U | 296 | Shapes/Arch Holdings LLC | 20,525.17 | U |

*Approved by Judge Gloria M. Burns January  15, 2009*

Duplicate Claims Exhibit

| Name/ Address of Claimant | Claim Number(s) | Debtor | Claim Amount | Claim Type | Claim Number | Debtor | Claim Amount | Claim Type |
|---|---|---|---|---|---|---|---|---|
| | **Claims To Be Expunged** | | | | | **Remaining Claims** | | |
| UNITED PARCEL SERVICE C/O RMS BANKRUPTCY RECOVERY SERVICES P.O. BOX 4396 TIMONIUM, MD 21094 | 317 | Shapes/Arch Holdings LLC | 5,613.87 | U | 308 | Shapes/Arch Holdings LLC | 5,613.87 | U |
| WAGSTAFF, INC. ATTN KENDALL B PARKES, CFO 3910 N FLORA ROD SPOKANE, WA 99216 | 358 | Shapes LLC | 17,897.50 | U | 301 | Shapes LLC | 17,897.50 | U |
| YALE SALES WHOLESALE HARDWARE A DIVISION OF PRODUCTS ENGINEERING CORP ATTN BERNARD BROOK, JR, CONTROLLER 2645 MARICOPA STREET TORRANCE, CA 90503-5144 | 306 | Ultra LLC | 2,297.59 | U | 250 | Ultra LLC | 2,297.59 | U |

*Approved by Judge Gloria M. Burns January  15, 2009*