**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. GLORIA M. BURNS CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, Debtors. | Chapter 11 (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                       )  SS.:
COUNTY OF BERGEN       )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On January 20, 2009, I caused to be served a true copy of the *Order Expunging Certain Claims Against the Debtors,* which was signed by the Honorable Gloria M. Burns on

January 15, 2009, *via first class mail,* on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

      3.     All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                         */s/ Cynthia Braden*
                                                         CYNTHIA BRADEN

Sworn and subscribed to before me
this 22nd day of January, 2009.

*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

45765/0003-5293117v1

**IN RE SHAPES/ARCH HOLDINGS L.L.C.**
**CASE NO. 08-14631 (GMB)**

**SERVICE LIST**

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Ctr, Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Attorneys for Debtors
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Mark E. Felger, Esq.
Cozen O'Connor
Attorneys for Debtors
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801

Alan J. Brody, Esq.
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932

Brian Bull
Alcan
1188 Sherbrooke Street West
Montreal, Quebec
H3A 3G2
Canada

Richard A. Kellner
Rusal America Corp.
Creditors' Committee Co-Chairperson
550 Mamaroneck Ave.
Harrison, NY 10528

David Platt
Acme Corrugated Box
2700 Turnpike Drive
Hatboro, PA 19040

Action Packaging Systems, Inc
374 Somers Road
Ellington, Connecticut 06029

Advance Management Corp.
1530 Glen Ave., Unit 1
Attn: Ed Dalesandro, Director Of Finance
Moorestown, New Jersey 08057

Advanced Recovery Services
5434 King Ave. Rte. 38 E.
Suite 200
Pennsauken, New Jersey 08109

Air-Oil Systems, Inc.
Attn Office Manager
753 Wambold Rd.
PO Box 195
Mainland, Pennsylvania 19451-0195

Argonaut Insurance Company (& Affiliates)
Attn: Craig Comeaux
1010 Reunion Place, Suite 500
San Antonio, Texas 78217

Argonaut Insurance Company (& Affiliates)
Attn: Craig Comeaux
1010 Reunion Place, Suite 500
San Antonio, Texas 78219

Avaya Inc.
P.O. Box 5332
New York, New York 10087-5332

Beiler Hydraulics, Inc.
John Hurst
322 E. Main St.
Leola, Pennsylvania 17540

2

Bohn Distributions LLC
d/b/a Methods Engineering
Attn. Judy Bohn, Office Manager
10-21 County Line Rd.
Branchburg, New Jersey 08876

Boyle Bros. Inc.
130 Sharp Road
Attn: John T. Boyle Jr.
Marlton, New Jersey 08053

Burlingham International
1041 W. 18th St., A-109
Costa Mesa, California 92627

Charles A Long, Inc
Attn. President
2600 Haddonfield Road
Pennsauken, New Jersey 08110

Chung Hsin Enterprise Ltd
No. 16, Sec. 1 Guor Guang Rd
Dah LII
Taichung County 412
Taichung, China

Color Source, Inc.
Attn. Alan P Fox, Esq
c/o Capehart & Scatchard, P.A.
8000 Midlantic Dr., Suite 300 S.
Mount Laurel, New Jersey 08054

CPT Freight Management Service
425 Steelway
Lancaster, Pennsylvania 17601

Crown Staple & Supply Co.
96 N. Harrison Avenue
Congers, New York 10920

Curbell Plastics, Inc.
7 Cobham Drive
Orchard Park, New York 14127

3

Cut-Mark, Inc.
Attn George W Gibson, Jr., President
801 S Church St., Ste 6
Mount Laurel, New Jersey 08054-2572

Di Medio Lumber & Cabinet LLC
Attn. Robert Di Medio, Partner
651 Cutler Ave.
Maple Shade, New Jersey 08052

Esther Williams/Ewl Productions
Anthony E. Bell, Esq.
Law Offices Of Anthony E. Bell, Inc.
33 S. Grand Ave. 25th Floor
Los Angeles, California 90071

ETS Corporation Of Detroit
320 High Tide Drive Suite 201
Attn: Mark Glidden, Vice President
St. Augustine, Florida 32080

Fedex Freight East
M. Jeff Jones Sr. Mgr.
Credit/Collections
Fedex Freight
PO Box 840
Harrison, Arizona 72602-0840

General Electric Capital Corporation
Attn: Traci Hamer
1010 Thomas Edison Blvd. SW
Cedar Rapids, Iowa 52404

Gill Powder Coating, Inc.
Attn. Andrew J. Gill, Jr.
1384 Byberry Road
Bensalem, Pennsylvania 19020

GMAC
Attn. M. Bohen, Agent
PO Box 130424
Roseville, Minnesota 55113

4

The Graham Company,
Amy E. Vulpio, Esquire
White And Williams LLP
1800 One Liberty Place
Philadelphia, Pennsylvania 19103

Granco Clark, Inc.
Attn Robert Frostick, CFO
7298 N. Storey Rd
Belding, Michigan 48809

Guyson Corporation Of USA
Attn Joseph W Codacovi,
President & CEO
13 Grande Blvd
Saratoga Springs, New York 12866

J.T. Reddy Inc.
Attn Walter Meyers
500 Market St
Perth Amboy, New Jersey 08862

Jani-King of Philadelphia, Inc.
Attn. Daniel J. Moore
16885 Dallas Parkway
Addison, Texas 75001

John Sterling Corporation
Attn Robert M. Bergslien, CFO
11600 Sterling Parkway
Richmond, Illinois 60071

Junker Inc.
Attn. Dietmar Breuer
PO Box 645
West Chicago, Illinois 60186-0645

Kam Wah Metalware
Maufacturing, Limited
B5, 11F., Hong Kong Industrial Centre
489-491 Castle Peak Road
Kowloon, Hong Kong

Lake Park Tool & Machine Inc.
Attn Treasurer
1221 Velma Court
Youngstown, Ohio 44512

5

Latham Manufacturing Corp.
Attn Philip Grogan,
Credit Manager
787 Watervliet-Shaker Road
Latham, New York 12110

Liquidity Solutions, Inc.
Transferor: Wharton Hardware & Supply Co
d/b/a Revenue Management
One University Plaza, Suite 312
Hackensack, New Jersey 07601

Liquidity Solutions, Inc.
Transferor: JA Cunningham Eqpt, Inc.
d/b/a Revenue Management
One University Plaza, Suite 312
Hackensack, New Jersey 07601

London & Scandinavian Metallurgical Co.Ltd. /
Attn DJE Beare, Financial Dir.
Fullerton Road
Rotherham
South Yorkshire, 560 1DL
England

Louis P. Canuso, Inc.
P.O. Box 501
101 Crown Point Rd
Thorofare, New Jersey 08086-0501

Louisiana Department Of Revenue
PO Box 66658
Baton Rouge, LA 70896

Macoware Company Ltd
1410 World Wide Industrial Center
43-47 Shan Mei Street, Fo Tan,
Shatin, N.T., Hong Kong

Material Sciences Corporation
2200 E Pratt Blvd
Elk Grove Village, Illinois 60007

Merchants Fastener Corp.
Attn. Anne Sonnick, Credit Manager
45-18 Court Square
Suite 601
Long Island City, New York 11101

Metal Management Northeast, Inc.
c/o Sam Della Fera, Jr., Esq.
Trenk Dipasquale Webster Della
Fera *Et Al*
347 Mt Pleasant Ave. Ste 300
West Orange, New Jersey 07052

Miller Packaging Materials
Attn. Norman Miller, Owner
PO Box 939
Buckingham, Pennsylvania 18912-0939

Mirillas Opticas, S.L.
Attn. Jose M Pedret, Administrator
Cuartel De Levante, 7
Parets Del Valles, 08150
Barcelona, Spain

Monroe Tool & Die Inc
197 Sharps Rd.
Attn: Steven Kennedy, President
Williamstown, New Jersey 08094

MSC Industrial Supply Company
Attn. Daisy Walrond
75 Maxess Road
Melville, New York 11747

Nalco Company
Attn: Chad Pechman
1601 West Diehl Road
Naperville, Illinois 60563

National City Commercial Capital Company
Lisa M. Moore, Vice President
995 Dalton Avenue
Cincinnati, Ohio 45203

7

National Glass Association
Attn. Beth Moorman, Production Director
8200 Greensboro Drive
Suite 302
Mc Lean, Virginia 22102

Northern Marketing
14-16 Brown Street
Salem, Massachusetts 01970

Northeast Metal Traders, Inc.
Ira R. Deiches, Esq.
Deiches & Ferschmann, P.C.
25 Wilkins Avenue
Haddonfield, New Jersey 08033

Novatool Inc.
6100 Baltimore National Pike
Baltimore, Maryland 21228

NPC Acquisitions, Inc.
Attn. Richard Davis, Controller
100 Main Street
Tullytown, Pennsylvania 19007

Page Transportation Inc.
Attn. Terri Gillotti
Accounts Receivable / Collections
PO Box 920
Weedsport, New York 13166

Pall Trincor
c/o Nixon Peabody LLP
437 Madison Avenue
Attn: Joseph M. Gitto, Esq.
New York, New York 10022

Precoat Metals Div. Of Sequa Corporation
1310 Papin St., 3rd Flr.
Attn: Robert Bachuzewski
St. Louis, Missouri 63103

Pro Aerosols
Attn. Peter G Froess, Owner
4042 Woodsdale Ave
Erie, Pennsylvania 16510

Public Service Electric And Gas Co-PSE&G
PO Box 490
Attn: Nancy Oliveras
Cranford, New Jersey 07016

R-Mac Transport
c/o Bryan C Schroll, Esquire
Law Offices Of Bryan C Schroll
172 Brandywine Drive
Marlton, New Jersey 08053

Sama Plastics Corp.
Sama Wood, LLC
Attn. Gail S Wolfberg,
Vice President
20 Sand Park Road
Cedar Grove, New Jersey 07009

Revenue Management
Transferor: Mati Sales, LLC
One University Plaza
Suite 312
Hackensack, New Jersey 07601

Selee Corporation
Attn. Timothy P Kriegel, CFO
700 Shepherd Street
Hendersonville, North Carolina 28792

Sentry Insurance, A Mutual Company
Attn: Ken Erler
1800 North Point Drive
Stevens Point, Wisconsin 54481

Shanghai Housing Prod Co Ltd
Rm 101, No 19, Ingxiang Yuan,
Lane 501, Nianjiabang Road
Zhoupu Town, Pudong,
Shanghai, China

Shapes Unlimited, Inc.
Attn D Fisher, Treasurer
590 E Western Reserve Rd
Youngstown, Ohio 44514

9

Springer Pumps LLC
861 Tech Dr
Telford, Pennsylvania 18969

Staples, Inc.
A/R Collections Department
300 Arbor Lake Drive
Columbia, South Carolina 29223

System Transport Inc
Attn. Sue Witte,
Credit Mgr.
PO Box 3456
Spokane, Washington 99220

Theodore E Mozer, Inc.
Attn. Thomas W Mozer, President
PO Box 25
4th & Market Sts
Palmyra, New Jersey 08065

Total Care Network, Inc.
Attn Christine M Knysh, President / CEO
Penn Treaty Park Place
1341 N. Delaware Ave., Suite 403
Philadelphia, Pennsylvania 19125-4300

Tri-R-Tool, Inc.
629 S. Warrington Ave
Attn: Yasco Wainberg, President
Cinnaminson, New Jersey 08077

TTI Environmental Inc.
Attn. William Dolan, CEO
1253 N. Church Street
Moorestown, New Jersey 08057

United Parcel Service
c/o RMS Bankruptcy Recovery Services
P.O. Box 4396
Timonium, Maryland 21094

Wagstaff, Inc.
Attn Kendall B Parkes, CFO
3910 N Flora Rod
Spokane, Washington 99216

10

Yale Sales Wholesale Hardware
A Division of Products Engineering Corp.
Attn. Bernard Brook, Jr., Controller
2645 Maricopa Street
Torrance, California 90503-5144

11