UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
 A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

       Debtors.

Case No. 08-14631 (GMB)
(Jointly Administered)

Judge: Gloria M. Burns

Chapter: 11

### CERTIFICATE OF CONSENT REGARDING CONSENT ORDER MODIFYING THE BANKRUPTCY STAY AND THE PLAN INJUNCTION IN FAVOR OF BLUE RIDGE GENERAL CONTRACTORS LLC FOR THE LIMITED PURPOSE OF PERMITTING BLUE RIDGE GENERAL CONTRACTORS LLC TO PURSUE AN ACTION TO THE EXTENT OF INSURANCE

**I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order

submitted to the Court, the following conditions have been met:

1.     The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

2.     The signatures represented by the */s/ Jerrold N. Poslusny, Jr., /s/ Donna H. Lieberman and /s/ William P. Miller* on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

3.     I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

4.     I will make the original consent order available for inspection upon request of the Court or any party in interest; and

5.     I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

                               */s/ Jerrold N. Poslusny, Jr.*
                            Mark E. Felger
                            Jerrold N. Poslusny, Jr.

Date: January 23, 2009