*Gainsborough*®
fine quality door furniture

16th January 2009

Clerk, US Bankruptcy Court
US Post Office & Courthouse Building
401 Market Street,
2nd Floor
PO Box 2067
Camden
New Jersey    08101-2067

**Gainsborough Hardware
Industries Limited**
A.B.N. 25 004 792 269

190 Whitehorse Road Blackburn

PO Box 330 Blackburn
Victoria 3130 Australia

Telephone: +61 3 9877 1555
Facsimile: +61 3 9894 1599

**Subject:**    **Shapes/Arch Holdings L.L.C., et al
Case No. 08-14631-GMB**

Dear Sir/madam,

We have today received correspondence from Cole, Schotz, Meisel Forman & Leonard PA dated January 7 2009 referring to a Motion of the Class 10 Liquisation Trust's Second Omnibus Objection to Books and Records Claims.

As we understand it, the intent of this motion is, in essence, to have the Court agree to vary the claims of various claimants from the amounts claimed as included in the attached exhibit under the heading "Filed Unsecured Claim" to amounts shown under the heading "Claim Per Debtors' Updated Books and Records".

In the case of our company, Gainsborough Hardware Industries Ltd ("GHI") - Claim number 300 - this will reduce the amount claimed from $117,695.17 to $111,057.25.

We would like to object to the passing of this adjustment.

Shortly after the time the Shapes/Arch organisation filed for relief under Chapter 11 of the US Bankruptcy Code, all creditors were required to lodge a Proof of Claim together with certain documentation (shipping documents/invoices etc.) to support the claim. This was duly done by GHI and the Proof of Claim was filed/received (via the Epiq Bankruptcy Solutions website) on April 24 2008 – well within the required timeframe. GHI submitted documented claims to the value of $117,695.17.

We have had no correspondence back from any party that in any way disputes or even queries any of the integrity of the documentation we have submitted and we cannot understand why the quantum of our claim has now been reduced to $111,057.25. All necessary documents to establish the bona fides of our claim has been submitted, and there is no justifiable reason why the full value of our claim for $117,695.17 is not accepted in full.

Please advise why our claim has not been accepted in full

Yours faithfully

**Ken Heard
Commercial Manager**

Cc:    Donna H Lieberman, Esq., Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor, New York, New York, 10022