# EXHIBIT A

Late Claim
Exhibit

| CLAIMANT | DEBTOR | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Comments |
|---|---|---|---|---|---|
| FLATWORLD SOLUTIONS INC<br>LINCOLN BUILDING<br>60 EAST 52ND STREET, SUITE 1144<br>NEW YORK, NY 10165 | Shapes/Arch Holdings LLC | $0.00 | 713 | $2,554.13 | Filed After Bar Date - Late Claim |
| HI TECH GLASS & WINDOWS, INC.<br>423 W 27TH ST<br>ATTN: LEONARDO CORREA<br>HIALEAH, FL 33010 | Shapes/Arch Holdings LLC | $0.00 | 716 | $23,750.00 | Filed After Bar Date - Late Claim |