# **EXHIBIT B**

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CORP CARD - C/O BECKET & LEE LLP ATTN: KENNETH W. KLEPPINGER, ESQ. P.O. BOX 3001 MALVERN, PA 19355-0701 | Shapes/Arch Holdings LLC | 0 | $0.00 | 402 | $11,801.53 | $0.00 | |
| | | 632000890 | $599.95 | 401 | $1,649.14 | $599.95 | |
| | | 633000180 | $585.93 | 403 | $6,460.98 | $585.93 | |
| C H BRIGGS INC ATTN DONNA J GUTHRIE, SR CREDIT ANALYST PO BOX 15188 READING, PA 19612-5188 | Shapes/Arch Holdings LLC | 0 | $0.00 | 192 | $2,310.00 | $0.00 | |
| COMPANHIA INDUSTRIAL FLUMINENSE SAO JOAO DEL REI ATTN: EDMUNDO ALVES SOUZA MINAS GERAIS, BRAZIL | Shapes/Arch Holdings LLC | 0 | $0.00 | 482 | $32,965.35 | $0.00 | |
| COOPER ELECTRIC SUPPLY CO. 70 APPLE ST TINTON FALLS, NJ 07724 | Shapes/Arch Holdings LLC | 632002520 | $851.55 | 97 | $24,771.43 | $851.55 | |
| COOPER ELECTRIC SUPPLY CO. ATTN DIANE M BERESFORD C/O NORD & DEMAIO 190 HWY 18 SUITE 201 EAST BRUNSWICK, NJ 08816 | Shapes/Arch Holdings LLC | 0 | $0.00 | 226 | $18,526.69 | $0.00 | |
| COOPER ELECTRIC SUPPLY CO. C/O NORD & DEMAIO 190 HIGHWAY 18, SUITE 201 EAST BRUNSWICK, NJ 08816 | Shapes/Arch Holdings LLC | 0 | $0.00 | 376 | $6,244.74 | $0.00 | |
| DCFS TRUST TRUSTEE PAYMENT DEPT #100301 PO BOX 55000 DETROIT, MI 48255-1003 | Shapes/Arch Holdings LLC | 0 | $0.00 | 824 | $41,789.38 | $0.00 | |
| ENERGYPLUS, LLC ANDREW J. FLAME AND HOWARD A. COHEN DRINKER BIDDLE & REATH LLP 1100 NORTH MARKET STREET, SUITE 1000 WILMINGTON, DE 19801-1254 | Shapes LLC | 632007540 | $593,945.22 | 487 | $646,936.95 | $593,945.22 | |
| PPL ENERGYPLUS, LLC ANDREW J. FLAME AND HOWARD A. COHEN DRINKER BIDDLE & REATH LLP 1100 NORTH MARKET STREET, SUITE 1000 WILMINGTON, DE 19801-1254 | Shapes LLC | | | 711 | $0.00 | $0.00 | Duplicate Same as Energy plus |
| | Shapes/Arch Holdings LLC | 0 | $0.00 | 391 | $646,936.95 | $0.00 | Duplicate Same as Energy plus |
| ESTHER WILLIAMS/EWL PRODUCTIONS ANTHONY E. BELL, ESQ. LAW OFFICES OF ANTHONY E. BELL, INC. 333 S. GRAND AVE. 25TH FLOOR LOS ANGELES, CA 90071 | Shapes/Arch Holdings LLC | 0 | $0.00 | 595 | $43,271.00 | $0.00 | |

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR MEMPHIS, TN 38116 | Shapes/Arch Holdings LLC | 634002010, 632003670 | $14,091.37 | 781 | $28,624.85 | $14,091.37 | |
| FEDEX FREIGHT EAST M JEFF JONES SR. MGR CREDIT/COLLECTIONS FEDEX FREIGHT PO BOX 840 HARRISON, AR 72602-0840 | Shapes/Arch Holdings LLC | 635000540, 633001080 | $1,036.81 | 244 | $978.14 | $1,036.81 | |
| FEDEX FREIGHT WEST M JEFF JONES SR. MGR CREDIT/COLLECTIONS FEDEX FREIGHT PO BOX 840 HARRISON, AR 72602-0840 | Shapes/Arch Holdings LLC | 0 | $0.00 | 245 | $75.71 | $0.00 | |
| GENERAL ELECTRIC CAPITAL CORPORATION WILLIAM G. WRIGHT, ESQ. CAPEHART & SCATCHARD, P.A. 8000 MIDLANTIC DRIVE, SUITE 300 MT. LAUREL, NJ 08054 | Shapes/Arch Holdings LLC | 0 | $0.00 | 491 | $3,674.97 | $0.00 | |
| GMAC ATTN M. BOHEN, AGENT PO BOX 130424 ROSEVILLE, MN 55113 | Delair LLC | 634000720 | $808.00 | 178 | $40,997.54 | $40,997.54 | |
| JAGUAR CREDIT CORPORATION PO BOX 537950 LIVONIA, MI 48153-7950 | Shapes/Arch Holdings LLC | 632005070 | $1,758.00 | 284 | $13,185.00 | $1,758.00 | |
| JAQUAR CREDIT CORPORATE PO BOX 537950 LIVONIA, MI 48153-7950 | Shapes/Arch Holdings LLC | 0 | $0.00 | 237 | $0.00 | $0.00 | Duplicate Claim |
| LONDON & SCANDINAVIAN METALLURGICAL CO. LTD. / ATTN DJE BEARE, FINANCIAL DIR. FULLERTON ROAD ROTHERHAM SOUTH YORKSHIRE, 560 1DL ENGLAND | Shapes/Arch Holdings LLC | 0 | $0.00 | 299 | $18,378.15 | $0.00 | |
| LOUISIANA DEPARTMENT OF REVENUE PO BOX 66658 BATON ROUGE, LA 70896 | Shapes/Arch Holdings LLC | 0 | $0.00 | 238 | $349.80 | $0.00 | |
| MATERIAL SCIENCES CORPORATION 2200 E PRATT BLVD ELK GROVE VILLAGE, IL 60007 | Shapes/Arch Holdings LLC | 0 | $0.00 | 796 | $23,828.27 | $0.00 | |
| NATIONAL CITY COMMERCIAL CAPITAL CO. LLC LISA M MOORE, VICE PRESIDENT 995 DALTON AVENUE CINCINNATI, OH 45203 | Accu-Weld LLC | 0 | $0.00 | 874 | $143,365.67 | $0.00 | Duplicate Claim |
| NATIONAL CITY COMMERCIAL CAPITAL CO.,LLC ATTN: LISA M. MOORE 995 DALTON AVE. CINCINNATI, OH 45203 | Accu-Weld LLC | 635001030 | $0.00 | 651 | $129,356.51 | $0.00 | Duplicate Claim |
| | | | $0.00 | 900 | $143,365.67 | $43,365.67 | |

2

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| NEW PENN MOTOR EXPRESS<br>ATTN ACCOUNT ANALYST<br>625 S 5TH AVENUE<br>PO BOX 630<br>LEBANON, PA 17042 | Shapes/Arch Holdings LLC | 0 | $0.00 | 172 | $29,657.15 | $0.00 | |
| NORTHERN MARKETING<br>14-16 BROWN STREET<br>SALEM, MA 01970 | Shapes/Arch Holdings LLC | 0 | $0.00 | 485 | $13,115.40 | $0.00 | |
| PECO<br>PECO ENERGY COMPANY<br>ATTN: MICHAEL P. MURPHY, S222-1<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19103 | Accu-Weld LLC | 635001100,<br>635001140,<br>632007060,<br>632007070,<br>635002250 | $49,177.69 | 451 | $72,650.63 | $0.00 | Paid Post Petition |
| PENN-AIR & HYDRAULICS CORP.<br>ATTN ROBERT H RHEIN, PRESIDENT & COO<br>1750 INDUSTRIAL HIGHWAY<br>YORK, PA 17402 | Shapes/Arch Holdings LLC | 0 | $0.00 | 125 | $2,520.62 | $0.00 | |
| PREMIER WINDOWS INC.<br>P.O. BOX 62<br>ATTN: JAMIE CAUDILL, PRESIDENT<br>THURMOND, NC 28683 | Shapes/Arch Holdings LLC | 0 | $0.00 | 537 | $57,406.00 | $0.00 | |
| QUAKER CITY CHEMICALS<br>7360 MILNOR STREET<br>PHILADELPHIA, PA 19136 | Shapes/Arch Holdings LLC | 0 | $0.00 | 37 | $0.00 | $0.00 | |
| SAINT-GOBAIN TECHNICAL FABRICS (BAYFORM)<br>ATTN MARILYN A WOOMER, CR MGR<br>1795 BASELINE RD<br>GRAND ISLAND, NY 14072 | Shapes/Arch Holdings LLC | 0 | $0.00 | 175 | $8,038.05 | $0.00 | |
| U.S. CUSTOMS AND BORDER PROTECTION<br>ATTN: REVENUE DIVISION, BANKRUPTCY TEAM<br>6650 TELECOM DRIVE, SUITE 100<br>INDIANAPOLIS, IN 46278 | Ultra LLC | 0 | $0.00 | 399 | $266,433.32 | $0.00 | The Trust is engaged in discussions with the Debtor regarding this claim and specifically reserves its right to supplement its rights to this objection. |
| UNITED STATES POSTAL SERVICE<br>ATTN STEVEN SCHATZ, USPS<br>2825 LONE OAK PKWY<br>EAGAN, MN 22121-9672 | Shapes/Arch Holdings LLC | 0 | $0.00 | 351 | $975.00 | $0.00 | |
| VW CREDIT, INC.<br>ATTN JOE M LOZANO, JR.<br>PO BOX 829009<br>DALLAS, TX 75382-9009 | Ultra LLC | 633003470 | $785.00 | 416 | $36,918.95 | $785.00 | |
| | | | | 366 | $0.00 | $0.00 | Duplicate |
| WASTE MANAGEMENT<br>ATTN KINYASHA MARTIN<br>BANKRUPTCY SPECIALIST<br>2421 W PEORIA AVE SUITE 110<br>PHOENIX, AZ 85029 | Accu-Weld LLC | 635001920 | $2,065.12 | 167 | $2,148.00 | $2,148.00 | |
| WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN, STE 4000<br>HOUSTON, TX 77002 | Shapes/Arch Holdings LLC | 633003520,<br>633003530 | $3,203.11 | 520 | $75,153.88 | $3,203.11 | |

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| WELLS FARGO EQUIPMENT FINANCE<br>1540 WEST FOUNTAINHEAD PKWY<br>TMEPE, AZ 85282 | Shapes LLC | 632010390 | $1,620.44 | 0 | $0.00 | $0.00 | Paid Post Petition |
| YELLOW TRANSPORTATION, INC.<br>10990 ROE AVE<br>OVERLAND PARK, KS 66211 | Delair LLC | 0 | $0.00 | 684 | $17,442.96 | $0.00 | |