UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Trust

In Re:

SHAPES/ARCH HOLDINGS L.L.C., *et al.*,

Debtors.

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Gloria M. Burns

Hearing Date: February 23, 2009

**ORDER EXPUNGING AND/OR REDUCING CERTAIN CLAIMS AGAINST
THE DEBTORS
(Claim Numbers 37, 97, 125, 167, 172, 175, 178, 192, 226, 237, 238, 244, 245, 284,
299, 351, 366, 376, 391, 399, 401, 402, 403, 416, 451, 482, 485, 487, 491, 520,
537, 595, 651, 684, 711, 713, 716, 796, 781, 796, 824, 874, 900)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

| | |
|---|---|
| (Page 2) | |
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al*. |
| Case No: | 08-14631 (GMB) |
| Caption of Order: | ORDER EXPUNGING AND/OR REDUCING CERTAIN CLAIMS AGAINST THE DEBTORS (Claim Numbers 37, 97, 125, 167, 172, 175, 178, 192, 226, 237, 238, 244, 245, 284, 299, 351, 366, 376, 391, 399, 401, 402, 403, 416, 451, 482, 485, 487, 491, 520, 537, 595, 651, 684, 711, 713, 716, 796, 781, 796, 824, 874, 900) |

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion") for an Order expunging and/or reducing certain claims, as more fully set forth in the schedules annexed to the Application in support of the Motion, pursuant to Section 502 of title 11 of the United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure; and the parties on the schedule annexed hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the Declaration of Irv Schwarzbaum in support of the Motion; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion; and appearing that the other parties on the exhibits hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED**, that the claims set forth on Exhibit A and Exhibit B annexed hereto and made a part hereof be, and hereby are, expunged and/or reduced as set forth therein.

# EXHIBIT A

Late Claim
Exhibit

| CLAIMANT | DEBTOR | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Comments |
|---|---|---|---|---|---|
| FLATWORLD SOLUTIONS INC<br>LINCOLN BUILDING<br>60 EAST 52ND STREET, SUITE 1144<br>NEW YORK, NY 10165 | Shapes/Arch Holdings LLC | $0.00 | 713 | $2,554.13 | Filed After Bar Date - Late Claim |
| HI TECH GLASS & WINDOWS, INC.<br>423 W 27TH ST<br>ATTN: LEONARDO CORREA<br>HIALEAH, FL 33010 | Shapes/Arch Holdings LLC | $0.00 | 716 | $23,750.00 | Filed After Bar Date - Late Claim |

# EXHIBIT B

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CORP CARD - C/O BECKET & LEE LLP ATTN: KENNETH W. KLEPPINGER, ESQ. P.O. BOX 3001 MALVERN, PA 19355-0701 | Shapes/Arch Holdings LLC | 0 | $0.00 | 402 | $11,801.53 | $0.00 | |
| | | 632000890 | $599.95 | 401 | $1,649.14 | $599.95 | |
| | | 633000180 | $585.93 | 403 | $6,460.98 | $585.93 | |
| C H BRIGGS INC ATTN DONNA J GUTHRIE, SR CREDIT ANALYST PO BOX 15188 READING, PA 19612-5188 | Shapes/Arch Holdings LLC | 0 | $0.00 | 192 | $2,310.00 | $0.00 | |
| COMPANHIA INDUSTRIAL FLUMINENSE SAO JOAO DEL REI ATTN: EDMUNDO ALVES SOUZA MINAS GERAIS, BRAZIL | Shapes/Arch Holdings LLC | 0 | $0.00 | 482 | $32,965.35 | $0.00 | |
| COOPER ELECTRIC SUPPLY CO. 70 APPLE ST TINTON FALLS, NJ 07724 | Shapes/Arch Holdings LLC | 632002520 | $851.55 | 97 | $24,771.43 | $851.55 | |
| COOPER ELECTRIC SUPPLY CO. ATTN DIANE M BERESFORD C/O NORD & DEMAIO 190 HWY 18 SUITE 201 EAST BRUNSWICK, NJ 08816 | Shapes/Arch Holdings LLC | 0 | $0.00 | 226 | $18,526.69 | $0.00 | |
| COOPER ELECTRIC SUPPLY CO. C/O NORD & DEMAIO 190 HIGHWAY 18, SUITE 201 EAST BRUNSWICK, NJ 08816 | Shapes/Arch Holdings LLC | 0 | $0.00 | 376 | $6,244.74 | $0.00 | |
| DCFS TRUST TRUSTEE PAYMENT DEPT #100301 PO BOX 55000 DETROIT, MI 48255-1003 | Shapes/Arch Holdings LLC | 0 | $0.00 | 824 | $41,789.38 | $0.00 | |
| ENERGYPLUS, LLC ANDREW J. FLAME AND HOWARD A. COHEN DRINKER BIDDLE & REATH LLP 1100 NORTH MARKET STREET, SUITE 1000 WILMINGTON, DE 19801-1254 | Shapes LLC | 632007540 | $593,945.22 | 487 | $646,936.95 | $593,945.22 | |
| PPL ENERGYPLUS, LLC ANDREW J. FLAME AND HOWARD A. COHEN DRINKER BIDDLE & REATH LLP 1100 NORTH MARKET STREET, SUITE 1000 WILMINGTON, DE 19801-1254 | Shapes LLC | | | 711 | $0.00 | $0.00 | Duplicate Same as Energy plus |
| | Shapes/Arch Holdings LLC | 0 | $0.00 | 391 | $646,936.95 | $0.00 | Duplicate Same as Energy plus |
| ESTHER WILLIAMS/EWL PRODUCTIONS ANTHONY E. BELL, ESQ. LAW OFFICES OF ANTHONY E. BELL, INC. 333 S. GRAND AVE. 25TH FLOOR LOS ANGELES, CA 90071 | Shapes/Arch Holdings LLC | 0 | $0.00 | 595 | $43,271.00 | $0.00 | |

1

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38116 | Shapes/Arch Holdings LLC | 634002010, 632003670 | $14,091.37 | 781 | $28,624.85 | $14,091.37 | |
| FEDEX FREIGHT EAST<br>M JEFF JONES SR. MGR CREDIT/COLLECTIONS<br>FEDEX FREIGHT<br>PO BOX 840<br>HARRISON, AR 72602-0840 | Shapes/Arch Holdings LLC | 635000540, 633001080 | $1,036.81 | 244 | $978.14 | $1,036.81 | |
| FEDEX FREIGHT WEST<br>M JEFF JONES SR. MGR CREDIT/COLLECTIONS<br>FEDEX FREIGHT<br>PO BOX 840<br>HARRISON, AR 72602-0840 | Shapes/Arch Holdings LLC | 0 | $0.00 | 245 | $75.71 | $0.00 | |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>WILLIAM G. WRIGHT, ESQ.<br>CAPEHART & SCATCHARD, P.A.<br>8000 MIDLANTIC DRIVE, SUITE 300<br>MT. LAUREL, NJ 08054 | Shapes/Arch Holdings LLC | 0 | $0.00 | 491 | $3,674.97 | $0.00 | |
| GMAC<br>ATTN M. BOHEN, AGENT<br>PO BOX 130424<br>ROSEVILLE, MN 55113 | Delair LLC | 634000720 | $808.00 | 178 | $40,997.54 | $40,997.54 | |
| JAGUAR CREDIT CORPORATION<br>PO BOX 537950<br>LIVONIA, MI 48153-7950 | Shapes/Arch Holdings LLC | 632005070 | $1,758.00 | 284 | $13,185.00 | $1,758.00 | |
| JAQUAR CREDIT CORPORATE<br>PO BOX 537950<br>LIVONIA, MI 48153-7950 | Shapes/Arch Holdings LLC | 0 | $0.00 | 237 | $0.00 | $0.00 | Duplicate Claim |
| LONDON & SCANDINAVIAN METALLURGICAL CO.<br>LTD. / ATTN DJE BEARE, FINANCIAL DIR.<br>FULLERTON ROAD<br>ROTHERHAM<br>SOUTH YORKSHIRE, 560 1DL<br>ENGLAND | Shapes/Arch Holdings LLC | 0 | $0.00 | 299 | $18,378.15 | $0.00 | |
| LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | Shapes/Arch Holdings LLC | 0 | $0.00 | 238 | $349.80 | $0.00 | |
| MATERIAL SCIENCES CORPORATION<br>2200 E PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007 | Shapes/Arch Holdings LLC | 0 | $0.00 | 796 | $23,828.27 | $0.00 | |
| NATIONAL CITY COMMERCIAL CAPITAL CO. LLC<br>LISA M MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | Accu-Weld LLC | 0 | $0.00 | 874 | $143,365.67 | $0.00 | Duplicate Claim |
| NATIONAL CITY COMMERCIAL CAPITAL CO.,LLC<br>ATTN: LISA M. MOORE<br>995 DALTON AVE.<br>CINCINNATI, OH 45203 | Accu-Weld LLC | 635001030 | $0.00 | 651 | $129,356.51 | $0.00 | Duplicate Claim |
| | | | $0.00 | 900 | $143,365.67 | $43,365.67 | |

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| NEW PENN MOTOR EXPRESS<br>ATTN ACCOUNT ANALYST<br>625 S 5TH AVENUE<br>PO BOX 630<br>LEBANON, PA 17042 | Shapes/Arch Holdings LLC | 0 | $0.00 | 172 | $29,657.15 | $0.00 | |
| NORTHERN MARKETING<br>14-16 BROWN STREET<br>SALEM, MA 01970 | Shapes/Arch Holdings LLC | 0 | $0.00 | 485 | $13,115.40 | $0.00 | |
| PECO<br>PECO ENERGY COMPANY<br>ATTN: MICHAEL P. MURPHY, S222-1<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19103 | Accu-Weld LLC | 635001100,<br>635001140,<br>632007060,<br>632007070,<br>635002250 | $49,177.69 | 451 | $72,650.63 | $0.00 | Paid Post Petition |
| PENN-AIR & HYDRAULICS CORP.<br>ATTN ROBERT H RHEIN, PRESIDENT & COO<br>1750 INDUSTRIAL HIGHWAY<br>YORK, PA 17402 | Shapes/Arch Holdings LLC | 0 | $0.00 | 125 | $2,520.62 | $0.00 | |
| PREMIER WINDOWS INC.<br>P.O. BOX 62<br>ATTN: JAMIE CAUDILL, PRESIDENT<br>THURMOND, NC 28683 | Shapes/Arch Holdings LLC | 0 | $0.00 | 537 | $57,406.00 | $0.00 | |
| QUAKER CITY CHEMICALS<br>7360 MILNOR STREET<br>PHILADELPHIA, PA 19136 | Shapes/Arch Holdings LLC | 0 | $0.00 | 37 | $0.00 | $0.00 | |
| SAINT-GOBAIN TECHNICAL FABRICS (BAYFORM)<br>ATTN MARILYN A WOOMER, CR MGR<br>1795 BASELINE RD<br>GRAND ISLAND, NY 14072 | Shapes/Arch Holdings LLC | 0 | $0.00 | 175 | $8,038.05 | $0.00 | |
| U.S. CUSTOMS AND BORDER PROTECTION<br>ATTN: REVENUE DIVISION, BANKRUPTCY TEAM<br>6650 TELECOM DRIVE, SUITE 100<br>INDIANAPOLIS, IN 46278 | Ultra LLC | 0 | $0.00 | 399 | $266,433.32 | $0.00 | The Trust is engaged in discussions with the Debtor regarding this claim and specifically reserves its right to supplement its rights to this objection. |
| UNITED STATES POSTAL SERVICE<br>ATTN STEVEN SCHATZ, USPS<br>2825 LONE OAK PKWY<br>EAGAN, MN 22121-9672 | Shapes/Arch Holdings LLC | 0 | $0.00 | 351 | $975.00 | $0.00 | |
| VW CREDIT, INC.<br>ATTN JOE M LOZANO, JR.<br>PO BOX 829009<br>DALLAS, TX 75382-9009 | Ultra LLC | 633003470 | $785.00 | 416 | $36,918.95 | $785.00 | |
| | | | | 366 | $0.00 | $0.00 | Duplicate |
| WASTE MANAGEMENT<br>ATTN KINYASHA MARTIN<br>BANKRUPTCY SPECIALIST<br>2421 W PEORIA AVE SUITE 110<br>PHOENIX, AZ 85029 | Accu-Weld LLC | 635001920 | $2,065.12 | 167 | $2,148.00 | $2,148.00 | |
| WASTE MANAGEMENT<br>C/O JACQUOLYN MILLS<br>1001 FANNIN, STE 4000<br>HOUSTON, TX 77002 | Shapes/Arch Holdings LLC | 633003520,<br>633003530 | $3,203.11 | 520 | $75,153.88 | $3,203.11 | |

3

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| WELLS FARGO EQUIPMENT FINANCE<br>1540 WEST FOUNTAINHEAD PKWY<br>TMEPE, AZ 85282 | Shapes LLC | 632010390 | $1,620.44 | 0 | $0.00 | $0.00 | Paid Post Petition |
| YELLOW TRANSPORTATION, INC.<br>10990 ROE AVE<br>OVERLAND PARK, KS 66211 | Delair LLC | 0 | $0.00 | 684 | $17,442.96 | $0.00 | |

4