PPG\Shapes-Arch Holdings\answer to claims objection

**THE CHARTWELL LAW OFFICES, LLP**
John J. Winter, Esquire
NJ ID No. JW9777
970 Rittenhouse Road, Suite 300
Eagleville, PA 19403
Telephone: (610) 666-7700
Telecopier: (610) 666-7704
*Attorneys for PPG Industries, Inc.*

_____

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| **SHAPES/ARCH HOLDINGS, LLC,** | : DISTRICT OF NEW JERSEY |
| **et al.,** | : Chapter 11 Case Nos. 08-14631 through |
| Debtors | :     08-14635 (GMB) (jointly administered) |
| | : Hearing Date: February 9, 2009, 10:00 A.M. |
| _____ | : Oral Argument Requested if Opposed |

### ORDER OF COURT DENYING/DISMISSING CLASS 10 LIQUIDATION TRUST'S SECOND OMNIBUS OBJECTION TO BOOKS AND RECORDS CLAIMS AS CONCERNS PREVIOUSLY ALLOWED PROOFS OF CLAIM <u>FILED ON BEHALF OF PPG INDUSTRIES, INC.</u>

Recommended Local Form:   <u>X</u> Followed   ____ Modified

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

ORDERED.

Dated: _____, 2009
        Camden, New Jersey

                                                                **BY THE COURT:**


                                                                _____
                                                                Honorable Gloria M. Burns
                                                                United States Bankruptcy Judge

-1-

Debtors:    Shapes/Arch Holdings, LLC *et al*
Case Nos.:  08-14631 through 08-14635
Page No.:   Two (2)
Caption:    Order Dismissing Class 10 Liquidation Trust's Second Omnibus Objection to Books and Records Claims as Concerns Previously Allowed Proofs of Claim of PPG Industries, Inc.

      **THIS MATTER** having been opened to the Court by the Class 10 Liquidation Trust, by and through its counsel, upon Second Omnibus to Books and Records Claims PPG Industries, Inc. (the "Claims Objection"), and an answer thereto filed by PPG Industries, Inc. (the "Answer"), good and sufficient notice of the hearing on the Claims Objection having been provided, and the Court having considered the moving papers, the opposition thereto, if any, and the oral arguments of counsel, and the Court having determined that good cause exists for the entry of this Order,

      **IT IS ORDERED,** that the Claims Objection is **GRANTED IN PART AND DENIED IN PART** as concerns the Proofs of Claim filed by PPG Industries, Inc.; and

      **IT IS FURTHER ORDERED** that this Court's prior allowance in the amount of $138,745.96, of PPG Industries, Inc.'s unsecured claim against the Debtor, Shapes, LLC (Claim No. 538), is hereby confirmed; and

      **IT IS FURTHER ORDERED** that this Court's prior allowance in the amount of $181,006.22, of PPG Industries, Inc.'s unsecured claim against the Debtor, Accu-Weld, LLC (Claim No. 539), is hereby reduced to $169,538.22, and, as modified, is hereby allowed; and

      **IT IS FURTHER ORDERED** that the Class 10 Trust shall serve a copy of this Order on the Debtors, any trustee and any other party who entered an appearance on the Claims Objection.