PPG\Shapes-Arch Holdings\answer to claims objection

**THE CHARTWELL LAW OFFICES, LLP**
John J. Winter, Esquire
NJ ID No. JW9777
970 Rittenhouse Road, Suite 300
Eagleville, PA 19403
Telephone: (610) 666-7700
Telecopier: (610) 666-7704
*Attorneys for PPG Industries, Inc.*

_____

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| **SHAPES/ARCH HOLDINGS, LLC,** | : DISTRICT OF NEW JERSEY |
| **et al.,** | : Chapter 11 Case Nos. 08-14631 through |
| Debtors | :    08-14635 (GMB) (jointly administered) |
| | : Hearing Date: February 9, 2009, 10:00 A.M. |
| _____ | : Oral Argument Requested if Opposed |

**CERTIFICATE OF SERVICE OF
ANSWER TO CLASS 10 LIQUIDATION TRUST'S SECOND
OMNIBUS OBJECTION TO BOOKS AND RECORDS CLAIMS
<u>FILED ON BEHALF OF PPG INDUSTRIES, INC.</u>**

    **John J. Winter, Esquire**, hereby certifies as follows:

    1.    I am a member of the law firm of The Chartwell Law Offices, LLP, located at 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403.
.

    2.    On the 31st day of January, 2009, I caused to be delivered to the Clerk of the United States Bankruptcy Court for the District of New Jersey, Camden Vicinage, by Electronic Case Filing, true and correct copies of the following documents for filing:

        (a)    Answer of PPG Industries, Inc. to Class 10 Liquidating Trust's Second Omnibus Objection to Books and Records Claims:

        (b)    Proposed Form of Order Granting Motion to Compel Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364(b), 503(a) and 503(b)(9); and

        (c)    Certification of Service.

    3.    On the 31st day of January, 2009, due to their having been filed with the Court by Electronic Case Filing, the foregoing documents also became available for viewing and downloading, and were therefore served upon all e-filers that have entered their appearances in these cases, including without limitation, the following parties:

Donna H. Lieberman, Esquire, Carrie E. Mitchell, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor, New York, NY 10022
*(Counsel for Class 10 Liquidation Trust)*

Ilana Volkov, Esquire
Cole, Schotz, Meisel, Forman & Leonard, PA
Court Plaza North, 25 Main Street, PO Box 800
Hackensack, NJ 07602-0800
*(Co-Counsel for Class 10 Liquidation Trust)*

Mark E. Felger, Esquire, Jerrold N. Poslusny, Jr., Esquire
Cozen O'Connor
Liberty View, Suite 300, 475 Haddonfield Road
Cherry Hill, NJ 08002
*(Counsel for Debtors)*

John C. Kilgannon, Esquire
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103
*(Co-Counsel for Debtors)*

Michael D. Sirota, Esquire, Ilana Volkov, Esquire
Cole, Schotz, Meisel, Forman & Leonard
25 Main Street, Hackensack, NJ 07601
*(Counsel for Official Committee of Unsecured Creditors)*

Alan D. Halperin, Esquire, Walter Benzija, Esquire, Debra J. Cohen, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor, New York, NY 10022
*(Co-Counsel for Official Committee of Unsecured Creditors)*

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
*(Claims Noticing Agent)*

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, N J 07102

Dated: Eagleville, PA
     January 31, 2009          **THE CHARTWELL LAW OFFICES, LLP**

By: /s/ John J. Winter
    John J. Winter, Esquire
    (JW-9777)
970 Rittenhouse Road, Suite 300
Eagleville, PA 19403
Telephone: (610) 666-8437
Telecopier: (610) 666-7704
e-mail: jwinter@chartwelllaw.com
*Attorneys for PPG Industries, Inc.*