

**MARYLAND RECYCLE** CO., INC.

NON-FERROUS METAL PROCESSORS

U.S. BANKRUPTCY COURT
FILED
CAMDEN NJ

09 JAN 30  AM 10: 33

JAMES J. WALDRON

BY:_____
    DEPUTY CLERK

200 8th Avenue
Glen Burnie, Maryland 21061
410-760-9088
 Fax 410-760-9418
January 26th, 2009

Clerk U.S. Bankruptcy Court
U.S. Post Office & Court House Bldg
401 Market Street 2nd Floor
PO Box 2067
Camden, NJ 08101-2067

RE: Shapes/Arch Holdings L.L.C., et al.
    Case No. 08-14631 (GMB)

To Whom It May Concern:

We/Us, here in being Maryland Recycle Co., Inc., dispute the Debtors here in being Aluminum Shapes, Scheduled Claim Amount due Us.

We scheduled and shipped 5 (five) loads of Aluminum Extrusions, per contracts to Debtor on the following dates:
1.    February 7th, 2008 against PO # 793171
2.    February 7th, 2008 against PO # 793171
3.    February 15th, 2008 against PO # 793171
4.    February 27th, 2008 against PO # 793206
5.    March 7th, 2008 against PO # 793655

We had attached all invoices, shipping paperwork, contracts and signed scale weights from the Debtor.

Please make the appropriate corrections to the Debtors Books to reflect the correct amount due Maryland Recycle Co., Inc. as $214,582.60.

If you should need any other information, I can be contacted at the above address and telephone number Monday through Friday 8:30 am to 5 pm.

Thanking you in advance for your cooperation with the matter.

Sincerely,
MARYLAND RECYCLE CO., INC.

Ronald Vogt
President
Enclosures: 30
RLV/dmp

3/27/2008

| Due From Aluminum Shapes | | | |
|---|---|---|---|
| DATE | INVOICE# | PO# | AMOUNT |
| 2/7/2008 | 10110 | 793171 | $44,863.20 |
| 2/7/2008 | 801 | 793171 | $41,149.73 |
| 2/15/2008 | 3044 | 793171 | $39,028.17 |
| 2/27/2008 | 1574 | 793206 | $39,666.74 |
| 3/7/2008 | 10202 | 793655 | $49,874.76 |
| | Total Due | | $214,582.60 |

**11:10 AM**
03/27/08

### 1Maryland Recycle Co of Elkridge, Inc
## Open Invoices
As of March 27, 2008

| Type | Date | Num | P. O. # | Terms | Due Date |
|------|------|-----|---------|-------|----------|
| Aluminum Shapes | | | | | |
| Invoice | 2/27/2008 | 1574 | 11535/793206 | 30 | 3/28/2008 |
| Total Aluminum Shapes | | | | | |
| | | | | | |
| **TOTAL** | | | | | |

**Page 1**

**11:10 AM**
03/27/08

**1Maryland Recycle Co of Elkridge, Inc**
**Open Invoices**
As of March 27, 2008

| Aging | Open Balance |
| --- | --- |
| | 39,666.74 |
| | 39,666.74 |
| | 39,666.74 |

**Page 2**

**Maryland Recycle Co. of Golden Ring, Inc**
**Open Invoices**
As of March 27, 2008

03/27/08

| Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|------|-----|---------|-------|----------|-------|--------------|
| Aluminum Shapes | | | | | | |
| 2/14/2008 | 3044 | 793171 | NET 30 | 3/15/2008 | 12 | 39,028.17 |
| Total Aluminum Shapes | | | | | | 39,028.17 |
| TOTAL | | | | | | 39,028.17 |

**11:04 AM**
**03/27/08**

# Maryland Recycle Company, Inc.
## Open Invoices
### As of March 27, 2008

| Type | Date | Num | P. O. # | Terms | Due Date | Agi... | Open Balance |
|------|------|-----|---------|-------|----------|--------|--------------|
| **Aluminum Shapes** | | | | | | | |
| Invoice | 2/7/2008 | 10110 | 793171 | net 30 | 3/8/2008 | 49 | 44,863.20 |
| Invoice | 3/7/2008 | 10202 | 793655 | net 30 | 4/6/2008 | 20 | 49,874.76 |
| **Total Aluminum Shapes** | | | | | | | 94,737.96 |
| **TOTAL** | | | | | | | 94,737.96 |

# INVOICE

| | |
|---|---|
| 2/7/2008 | 10110 |
| net 30 | 3/8/2008 |

SHIP TO:

**Aluminum Shapes**
9000 River Road
Delair, NJ 08110
Trk# 3070/Seal# 05005/SR# 11850

| | | 783171 | 2/6/2008 | APEX |
|---|---|---|---|---|
| 1 | | 44,640 | 1.005 | 44,863.20 |



| | | $44,863.20 |
|---|---|---|

**STRAIGHT BILL OF LADING – SHORT FORM**
ORIGINAL - NOT NEGOTIABLE

SHIPPER'S #1-30.1/793171

TRAILER NO. **3070**

Carrier's Name: **Apex Transportation**    Pro#    TRACTOR NO. **166**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading,    SR# **11850**

AT **Aluminum Shapes**    (Date) 2/8/2008 FROM **Maryland Recycle Co., Inc.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned **TO  Aluminum Shapes**

On Collection on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec.1.

Destination **9000 River Road**    Street **Delair**    City

County **NJ**    State **08110**    Zip

Route

Delivery Address*

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

Delivers ~~Wednesday~~ **Thursday February 7th. 2008 between    7am-1pm**

Destination Phone No. **856-662-5000**

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**C.O.D.** Charges to be

Paid by

**x** Shipper    Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $_____ to apply in prepayment of the charges on the property described herein.

Agent or Cashier

(The signature here acknowledges only the amount prepaid)

Charges Advanced:

$

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Gross | Tare | Net |
|---|---|---|---|---|---|
| **37** | | **Aluminum Extrusion** | **44,714** | | |
| | | **PO# 793171** | | | |
| | | **Seal # 05005** | | | |

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per

The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification. *Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Maryland Recycle Co., Inc.
200 8th Avenue NW    Shipper, Per
Glen Burnie, MD 21061

Permanent post-office address of shipper.

**CPT EIC**    Agent

Per **NICK KRAYER** 2.6'08

# MARYLAND RECYCLE CO., INC.

NO. 11850

200 8th Avenue
Glen Burnie, MD 21061
410-760-9088
410-760-9418 Fax

8920 Yellow Brick Road
Rosedale, MD 21237
410-780-3060
410-574-3790 Fax

5618 Furnace Avenue
Elkridge, MD 21075
410-796-0760
410-796-1508 Fax

24 Gwynns Court
Owings Mills, MD 21117
410-363-3347
410-581-8148 Fax

343 Granary Road, Suite G
Forest Hill, MD 21050
410-836-0070
410-836-0082 Fax

www.marylandrecycle.com

RECEIVED
SHIPPED
ADDRESS

DEL. #:

DATE:

P.O. #:  1703171

BROKER: Aluminum Shapes

CARRIER:

TRAILER / CONTAINER #:

SEAL #:  05005

BOOKING #:

| # | ITEM | GROSS | TARE | NET |
|---|------|-------|------|-----|
| 1 | Aluminum Extruded | 3726 | 6 | |
| 2 | | 1194 | 2 | |
| 3 | | 2618 | 4 | |
| 4 | | 3446 | 6 | |
| 5 | | 3608 | 6 | |
| 6 | | 1122 | 2 | |
| 7 | | 2110 | 4 | |
| 8 | | 2500 | 4 | |
| 9 | | 3806 | 6 | |
| 10 | 28060 | 3930 | 6 | |
| 11 | | 3640 | 6 | |
| 12 | | 3600 | 6 | |
| 13 | | 3534 | 6 | |
| 14 | | 3406 | 6 | |
| 15 | 44714 | 4484 | 4 | |

## PURCHASE ORDER



# Aluminum Shapes LLC

AN ARCH AMERICA COMPANY
9000 River Road, Delair, NJ 08110
**Phone: 856-662-5500    Fax: 856-488-5336**

| P.O NUMBER | AMEND. NUMBER | PAGE |
|---|---|---|
| 793171 | | 1 |
| P.O DATE | DESCRIPTION | CURRENCY |
| 01/30/08 | Normal | US – USA |

**ORDERED FROM**

832675

MARYLAND RECYCLING CO.
200 8TH AVENUE
GLEN BURNIE MD 21061
UNITED STATES

410 760 9088

*(handwritten: 130.1 - 2/5 , 2. - on 2/6 , .3 - on 2/14)*

**SHIP TO**

ALUMINUM SHAPES L.L.C.
9000 RIVER ROAD
DELAIR    NJ
08110
USA

| BUYER | TERMS | ORDER TYPE | FOB | SHIP VIA |
|---|---|---|---|---|
| KATHY ROMAN | 0.0%-0/30 | TELEPHONE | OUR PLANT | Best Way |

| S | LINE REL | QUANTITY | DATE REQU'RED | DATE PROMISED | UOM | TAX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | 001 | | | | | | | |
| | | Part: XZS63X-B | | | | | | |
| | | Desc: 6063 ALUM EXT 10/10. BALED | | | | | | |
| | | CLEAN AND FREE OF CONTAMINANTS | | | | | | |
| | | BOX CHARGE OF $10.00 APPLIES. | | | | | | |
| | .001 | 120000.000 | 02/01/08 | 02/29/08 | LB | EX | 1.0050 | 120,600.00 |

Tax Ex: 22-3413455

**TOTAL EXTEND PRICE**        120,600.00

**ORIGINAL**        ORDERED BY  *Kathy Roman*

# WEIGHT CERTIFICATE/SCRAP PROCESSING REPORT
## ALUMINUM SHAPES, LLC

RM NO. 305 / 9/28/04

ate 2 - 7 - 0 8    Trucker CenTral Penn    Supplier MARYLAND RecycLc

ractor No: 179    Trailer No. 30700    Driver: DoN    on ☐    off ☑

rop WT (trailer only) ☐    Truck Type:    Dump ☐    Opentop ☐    Van ☑    Flat ☐

ommodity Description C063 10/10 EXTRUSION    Weighmaster APC

| SUPPLIER PLEASE NOTE: All weights and materials subject to buyer's final processing report. |

# METAL RECEIVING REPORT
### (FOR ACCT. DEPT. ONLY)

upplier MARYLANd RecYc P.O. No. 793171 Date: Recvd. _____ Procsd. _____

| METAL DESCRIPTION | C063 10/10 | | | | TOTAL | |
|---|---|---|---|---|---|---|
| EIGHT RECEIVED | 44660 | | | | | |
| UNNAGE (BOXES, SKIDS, ETC.) | ( ) | ( ) | ( ) | ( ) | ( ) | |
| ALANCE | | | | | | |
| | ( ) | ( ) | ( ) | ( ) | ( ) | |
| RT / FINES (scale # 1) | ( ) | ( ) | ( ) | ( ) | ( ) | |
| ON / STEEL (scale # 2) | ( ) | ( ) | ( ) | ( ) | ( ) | |
| CESS PAINT | ( ) | ( ) | ( ) | ( ) | ( ) | |
| OF BOXES ( ) | | | | | | |
| NAL SETTLEMENT WEIGHTS | | | | | | |

06:22 AM  02-07-08    74840 lb    GROSS

00:00 AM  02-07-08    28000 lb    TARE

NET

(Deductions) _____

Balance _____

OMMENTS/DESCRIPTION: _____

_____

_____

_____

cvd by _____  Processed by _____  Reviewed by _____  Verified by _____

# INVOICE

| INV. TERM | INVOICE NO |
| --- | --- |
| 3/7/2008 | 10202 |
| TERMS | DUE DATE |
| net 30 | 4/6/2008 |

SHIP TO:

**Aluminum Shapes**
9000 River Road
Delair, NJ  08110
Trl# 53102/Seal# 05029/Bolt #
SS2293089
SR# 11898

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 28 | | 793655 | 3/6/2008 | APEX | |
| | | 42,628 | 1.17 | 49,874.76 | |

*Faxed & Mailed 3/6/08*

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | | | $49,874.76 | |



STRAIGHT BILL OF LADING – SHORT FORM

ORIGINAL - NOT NEGOTIABLE

SHIPPER'S #2-26.5/793655

TRAILER NO. **53102**

**Carrier's Name: Apex Transportation**     Pro#

TRACTOR NO.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.     SR# 11898

At **Aluminum Shapes**     (Date) 3/7/2008 FROM **Maryland Recycle Co., Inc.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO  **Aluminum Shapes**

On Collection on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec.1.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

| Destination | 9000 River Road | Street | Delsir | City |
|---|---|---|---|---|
| | County | NJ | State | 08110 | Zip |
| Route | Delivery Address* | | | |

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

Delivers  **Friday, March 7th, 2008 between     7am-1pm**

Destination Phone No. **856-662-5000**

(Signature of Consignor)

C.O.D. Charges to be

Paid by

x Shipper  _Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks and Exceptions | Gross | Tare | Net | |
|---|---|---|---|---|---|---|
| **34** | | **Aluminum Extrusion** | 42696 | 68 | 42628 | Received $_____to apply in prepayment of the charges on the property described herein. |
| | | | | | | |
| | | PO# 793655 | | | | Agent or Cashier |
| | | Seal # 0509/BFA# SS299301 | | | | (The signature here acknowledges only the amount prepaid) |

Charges Advanced:

$

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification. "Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per

Maryland Recycle Co., Inc.
200 8th Avenue NW
Glen Burnie, MD 21061
Permanent post-office address of shipper.

Shipper, Per  3/6/08

Agent

Per  T. Gatto  SLC

3/6/08  IN 9:15
OUT 10:50

**MARYLAND RECYCLE CO., INC.**

NO. 11 ___8

200 8th Avenue
Glen Burnie, MD 21061
410-760-9088
410-760-9418 Fax

9920 Yellow Brick Road
Nottingale, MD 21237
410-780-3060
410-574-3790 Fax

5611 Furnace Avenue
Elkridge, MD 21075
410-796-0760
410-796-1508 Fax

24 Gwynns Mills Court
Owings Mills, MD 21117
410-363-3347
410-581-8148 Fax

343 Granary Road, Suite G
Forest Hill, MD 21050
410-836-0070
410-836-0070 Fax

RECEIVED
SHIPPED: Aluminum Shapes
ADDRESS: 9000 River Rd
Delair, NJ 08110

DEL#: 2-265
DATE: March 7th 2008 Between 9:00am
P.O.#: N93655
BROKER: Aluminum Shapes

CARRIER: Roy Transportation
TRAILER / CONTAINER #: 53/02
SEAL #: 0500 / Bill # 229308
BOOKING #:

| # | ITEM | GROSS | TARE | NET |
| --- | --- | --- | --- | --- |
| 1/2 | Extrusion | 2512 | 4 | |
| 3 | | 1058 | 2 | |
| 4/5 | | 2582 | 2 | |
| 6 | | 1242 | 2 | |
| 7 | | 1158 | 2 | |
| 8/9 | | 2516 | 4 | |
| | | 2752 | 4 | |
| 12 | | 1230 | 2 | |
| 13/14 | | 2498 | 4 | |
| 15 | | 1252 | 2 | |
| 16/17 | | 2258 | 4 | |
| 18 | | 1236 | 2 | |
| 19/20 | | 2416 | 4 | |
| 21 | | 1294 | 2 | |
| 22 | | 1430 | 2 | |
| 23/24 | | 2656 | 4 | |
| 25/26 | | 2406 | 4 | |
| 27 | | 1264 | 2 | |
| 28/29 | | 2878 | 4 | |
| 30 | | 1124 | 2 | |
| 31/32 | | 2616 | 4 | |
| 33/34 | | 2646 | 4 | |



# Aluminum Shapes LLC
## AN ARCH AMERICA COMPANY
9000 River Road, Delair, NJ 08110

Phone: 856-662-5500    Fax: 856-488-5336

**PURCHASE ORDER**

| P/O NUMBER | AMEND. NUMBER | PAGE |
|---|---|---|
| 793655 | | 1 |
| P/O DATE | DESCRIPTION | CURRENCY |
| 02/26/08 | Normal | US - USA |

*226.5 - CB-3/7*
*.6 TGR 3/M*

ORDERED FROM

830675

MARYLAND RECYCLING CO.
200  8TH AVENUE
GLEN BURNIE MD 21061
UNITED STATES

SHIP TO

ALUMINUM SHAPES L.L.C.
9000 RIVER ROAD
DELAIR    NJ
08110
USA

410 760 9086

| BUYER | TERMS | ORDER TYPE | FOB | SHIP VIA |
|---|---|---|---|---|
| KATHY ROMAN | 0.0%-0/30 | TELEPHONE | OUR PLANT | Best Way |

| S | LINE/REL | QUANTITY | DATE REQUIRED | DATE PROMISED | UOM | TAX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | 001 | | | | | | | |
| | | | Part: | XZ963X-B | | | | |
| | | | Desc: | 6063 ALUM EXT 10/10 BALED | | | | |
| | | | CLEAN AND FREE OF CONTAMINANTS | | | | | |
| | | | BOX CHARGE OF $10.00 APPLIES. | | | | | |
| | .001 | 65000.000 | 02/26/08 | 03/31/08 | LB | EX | 1.1700 | 76,050.0 |
| | 002 | | | | | | | |
| | | | Part: | XZS63NP | | | | |
| | | | Desc: | 6063 BARL EXT NEW PRODUCTION | | | | |
| | .001 | 30000.000 | 02/26/08 | 03/31/08 | LB | EX | 1.2300 | 36,900.0 |

Tax Ext: 22-3412455    TOTAL EXTEND PRICE    112,953.0

ORIGINAL    ORDERED BY _Kathy Roman_

## WEIGHT CERTIFICATE/SCRAP PROCESSING REPORT
### ALUMINUM SHAPES, LLC

FORM NO. 305 / 9/26/04-1

Date 3-7-08   Trucker _Continental Carrier_   Supplier _Maryland Recycle_
Tractor No. _29_   Trailer No. _53013_   Driver _JOM_   on ☐   off ☑
Drop WT (trailer only) ☐   Truck Type:   Dump ☐   Opentop ☐   Van ☑   Flat ☐
Commodity Description _6063 10/10_   Weighmaster _ARC_

**SUPPLIER PLEASE NOTE: All weights and materials subject to buyer's final processing report.**

## METAL RECEIVING REPORT
### (FOR ACCT. DEPT. ONLY)

Supplier _Maryland Recycle_   P.O. No. _993655_   Date: Rec'vd _____   Proc'sd _____

| METAL DESCRIPTION | 6063 10 | | | | | TOTAL |
|---|---|---|---|---|---|---|
| WEIGHT RECEIVED | 42564 | | | | | |
| DUNNAGE (BOXES, SKIDS, ETC.) | ( ) | ( ) | ( 2 ) | ( ) | 3345 | ( ) |
| BALANCE | | | | | | |
| | ( ) | ( ) | ( ) | ( ) | ( ) | |
| DIRT/FINES (scale # 1) | ( ) | ( ) | ( ) | ( ) | ( ) | |
| IRON/STEEL (scale # 2) | ( ) | ( ) | ( ) | ( ) | ( ) | |
| EXCESS PAINT | ( ) | ( ) | ( ) | ( ) | ( ) | |
| | | | | | | |
| # OF BOXES ( ) | | | | | | |
| FINAL SETTLEMENT WEIGHTS | | | | | | |

09:50 PM   03-09-08   74520 lb   **GROSS**

10:35 AM   03-07-08   3320 lb   **TARE**

**NET**

(Deductions) _____

Balance _____

**COMMENTS/DESCRIPTION:**

_____

_____

_____

_____

Rec'vd. by _____   Processed by _____   Reviewed by _____   Verified by _____

## Maryland Recycle Co. of Golden Ring, Inc

8920 Yellow Brick Road
Baltimore, MD 21237
Ph# 410-780-3060
Fax# 410-574-3790

| DATE | INVOICE # |
|------|-----------|
| 2/14/2008 | 3044 |

| BILL TO | SHIP TO |
|---------|---------|
| Aluminum Shapes 9000 River Road Delair, NJ 08110 | |

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA |
|----------|-------|----------|-----------|----------|
| 793171 | NET 30 | 3/15/2008 | 2/14/2008 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 106 | Aluminum Extrusion | 38,834 | 1.005 | 39,028.17 |

| Total | $39,028.17 |
|-------|------------|

Page 1

# STRAIGHT BILL OF LADING – SHORT FORM

**SHIPPER'S #:1-31.3/793171**

ORIGINAL - NOT NEGOTIABLE

TRAILER NO.

**Carrier's Name: Apex**    **Pro#**

TRACTOR NO.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of lading,

SR#

AT **Aluminum Shapes**    **(Date) 2/15/2008 FROM Maryland Recycle Co., Inc.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of it s highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his consigns.

Consigned TO **Aluminum Shapes**

On Collection on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided consignee, in Item 430, Sec.1.

| Destination | 9000 River Road | Street | Delair | | City |
| Freight | | County | NJ | State | 08110 | Zip |
| Route | | Delivery Address* | | | |

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

Delivers **Friday, February 15th, 2008  between 7 am-1 pm**

Destination Phone No. **856-662-5500**

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**C.O.D.** Charges to be Paid by

X Shipper ___ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Gross | Tare | Net | |
|---|---|---|---|---|---|---|
| 38 | | Aluminum Extrusion | 38994 | 160 | 38834 | Received $_____ to apply in prepayment of the charges on the property described herein. |
| | | | | | | |
| | | | | | | Agent or Cashier |
| | | | | | | (The signature here acknowledges only the amount prepaid.) |
| | | PO# 793171 | | | | Charges Advanced: |
| | | Seal # 04977 | | | | $ |

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ the _____

Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.

*Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Maryland Recycle Co., Inc.
3920 Yellow Brick Rd    Shipper, Per _____
Rosedale, MD 21237                                              Agent

Permanent post-office address of shipper.                Per _____

## MARYLAND RECYCLE CO., INC.

NO. 9370

200 8th Avenue
Glen Burnie, MD 21061
410-760-9088
410-760-9418 Fax

8920 Yellow Brick Road
Rosedale, MD 21237
410-780-3960
410-574-3790 Fax

5618 Furnace Avenue
Elkridge, MD 21075
410-796-6760
410-796-1598 Fax

24 Owynns Mills Court
Owings Mills, MD 21117
410-363-3347
410-581-8148 Fax

343 Grasmery Road, Suite G
Forest Hill, MD 21050
410-836-4070
410-836-4062 Fax

RECEIVED SHIPPED ADDRESS: AL. SHAPES

DEL.#:
DATE: 2-14-08
P.O.#: 793171
BROKER:

CARRIER: _____ EXPRESS TRANS
TRAILER #/CONTAINER #: 122658
SEAL #: 04977
BOOKING #:

www.marylandrecycle.com

| # | ITEM | GROSS | TARE | NET |
|---|------|-------|------|-----|
| | AL EXTRUSIONS | 1876 | 4 | |
| | | 1782 | 4 | |
| | | 2218 | 4 | |
| | | 1624 | 4 | |
| | | 1492 | 4 | |
| | | 2176 | 4 | |
| | | 1858 | 4 | |
| | | 2188 | 4 | |
| | | 1712 | 4 | |
| | | 1844 | 4 | |
| | | 2006 | 4 | |
| | | 2194 | 4 | |
| | | 1144 | 42 | |
| | | 1108 | 40 | |
| | | 2020 | 4 | |
| | | 2130 | 4 | |
| | | 2492 | 4 | |
| | | 2006 | 4 | |
| | | 2346 | 4 | |
| | | 1054 | 2 | |
| | | 1014 | 2 | |
| | | 38994 | | 3854 |

## PURCHASE ORDER



# Aluminum Shapes L.L.C.
**AN ARCH AMERICA COMPANY**
9000 River Road, Delair, NJ 08110
Phone: 856-662-5500    Fax: 856-488-5336

| P.O. NUMBER | AMEND. NUMBER | PAGE |
|---|---|---|
| 793171 | | 1 |
| P.O. DATE | DESCRIPTION | CURRENCY |
| 01/30/08 | Normal | US - USA |

**ORDERED FROM**

832675

MARYLAND RECYCLING CO.
200  8TH AVENUE
GLEN BURNIE MD 21061
UNITED STATES

410 760 9088

*1-30. 1 - 2/5*
*.2. - 04 2/16*
*.3 - 04 2/16*

**SHIP TO**

ALUMINUM SHAPES L.L.C.
9000 RIVER ROAD
DELAIR    NJ
08110
USA

| BUYER | TERM | ORDER TYPE | FOB | SHIP VIA |
|---|---|---|---|---|
| KATHY ROMAN | 0.0%-0/30 | TELEPHONE | OUR PLANT | Best Way |

| S | LINE REL | QUANTITY | DATE REQUIRED | DATE PROMISED | UOM | TAX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | 001 | | | | | | | |
| | | Part:    XZS63X-B | | | | | | |
| | | Desc:    6063 ALUM EXT 10/10. BALED | | | | | | |
| | | CLEAN AND FREE OF CONTAMINANTS | | | | | | |
| | | BOX CHARGE OF $10.00 APPLIES. | | | | | | |
| | .001 | 120000.000 | 02/01/08 | 02/29/08 | LB | EX | 1.0050 | 120,600.00 |

Tax Ex: 22-3413455

**TOTAL EXTEND PRICE**    120,600.00

ORIGINAL

ORDERED BY *Kathy Roman*

# WEIGHT CERTIFICATE/SCRAP PROCESSING REPORT
## ALUMINUM SHAPES, LLC

EL 305 / 9/28/04

Date _2-14-08_ Trucker _Express Limited_ Supplier _Maryland Recycling_

Tractor No. _01_ Trailer No. _122658_ Driver: _Mizom_ on ☐ off ☒

Drop WT (trailer only) ☐   Truck Type:   Dump ☐   Opentop ☐   Van ☒   Flat ☐

Commodity Description _6063 Billet Baled_ Weighmaster _____

**SUPPLIER PLEASE NOTE: All weights and materials subject to buyer's final processing report.**

## METAL RECEIVING REPORT
### (FOR ACCT. DEPT. ONLY)

Supplier _Maryland Recycling_ P.O. No. _793171_ Date: Recvd. _____ Procsd. _____

| METAL DESCRIPTION | _6063 Billet_ | | | | TOTAL |
|---|---|---|---|---|---|
| WEIGHT RECEIVED | 3 8 9 2 0 | | | | |
| DUNNAGE (BOXES, SKIDS, ETC.) | ( ) | ( ) | ( ) | ( ) | ( ) |
| BALANCE | | | | | |
| | ( ) | ( ) | ( ) | ( ) | ( ) |
| DIRT/FINES (scale # 1) | ( ) | ( ) | ( ) | ( ) | ( ) |
| IRON/STEEL (scale #2) | ( ) | ( ) | ( ) | ( ) | ( ) |
| EXCESS PAINT | ( ) | ( ) | ( ) | ( ) | ( ) |
| | | | | | |
| # OF BOXES ( ) | | | | | |
| FINAL SETTLEMENT WEIGHTS | | | | | |

05:31 PM  02-14-08      72120 lb    **GROSS**

04:01 AM  02-15-08      33200 lb    **TARE**

**NET**

(Deductions) _____

Balance _____

## COMMENTS/DESCRIPTION:

Recvd. by _____ Processed by _____ Reviewed by _____ Verified by _____

1Maryland Recycle Co of Elkridge, Inc

5618 Furnace Avenue
Elkridge, Maryland 21075

| | DATE | INVOICE # |
|---|---|---|
| Invoice | | |
| | 2/27/2008 | 1574 |
| TERMS | | DUE DATE |
| 30 | | 3/28/2008 |

| BILL TO | SHIP TO |
|---|---|
| Aluminum Shapes<br>9000 River Road<br>Delair, NJ  08110 | |

| SR# NO/RO# | SHIP DATE | SHIP VIA |
|---|---|---|
| 11535/793206 | 2/27/2008 | Apex |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 106 | Aluminum Extrusion | 39,274 | 1.01 | 39,666.74 |
| | | | | |
| | | | Total | $39,666.74 |

RECEIVED  03/27/2008 09:50    4107609418    MD RECYCLE
Mar 27 08 10:44a    mrc Elkridge                                    4107961508        p.2

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of lading.  SR# 11555

AT **Aluminum Shapes**                (Date) 2/27/2008 FROM **Maryland Recycle Co., Inc.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of it's highway operations, otherwise to deliver to another carrier on the route to said destination.  It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.  Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

|  |  |
|---|---|
| Consigned TO __Aluminum Shapes__ | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| On Collection on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec.1. | |
| Destination __9000 River Road__ Street __Delair__ City | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| County __NJ__ State __08110__ Zip | |
| Route _____ Delivery Address* | |
| (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.) | |
| Delivers __Wednesday, February 27th, 2008 between__  __7am-1pm__ | (Signature of Consignor) |
| | **C.O.D.** Charges to be |
| Destination Phone No. __856-662-5000__ | Paid by |
| | _x_ Shipper _Consignee |
| | f charges are to be prepaid, write or stamp here, "To be Prepaid." |

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Gross | Tare | Net | |
|---|---|---|---|---|---|---|
| 35 | | Aluminum Extrusion | 39,462 | 188 | 39,274 | Received $_____ to apply in prepayment of the charges on the property described herein. |
| | | | | | | |
| | | | | | | Agent or Cashier |
| | | | | | | (The signature here acknowledges only the amount prepaid.) |
| | | PO# 793206 Seal # 04060 | | | | Charges Advanced: |
| | | | | | | $ |

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.  NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification. *Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Maryland Recycle Co., Inc.**
**5618 Furnace Avenue**    Shipper, Per
**Elkridge, Maryland 21075**                                              Agent
Permanent post-office address of shipper.

Per SLC _____
2-27-08

# MARYLAND RECYCLE CO., INC.

NO. 11538

200 8th Avenue
Glen Burnie, MD 21061
410-760-9088
410-760-9418 Fax

8920 Yellow Brick Road
Rosedale, MD 21237
410-780-3050
410-574-3790 Fax

5618 Furnace Avenue
Elkridge, MD 21075
410-796-0760
410-796-1508 Fax

24 Gwynns Mills Court
Owings Mills, MD 21117
410-363-3347
410-581-8148 Fax

343 Gunnary Road, Suite G
Forest Hill, MD 21050
410-836-0070
410-836-0082 Fax

www.marylandrecycle.com

RECEIVED SHIPPED: Aluminum Shapes
ADDRESS: 1000 River Road
Delair, NJ 08110

CARRIER: Contractual Carriers
TRAILER # / CONTAINER #: 53 - 106
SEAL #: 04-080
BOOKING #:

DEL #:
DATE: Feb. 22, 2008
P.O. #: 1432.06
BROKER:

| # | ITEM | GROSS | TARE | NET |
|---|------|-------|------|-----|
|   | Extrusion | 1200 | -2 | 1198 |
|   |      | 1191 | -2 | 1189 |
|   |      | 1091 | -2 | 1089 |
|   |      | 818  | -2 | 816 |
|   |      | 1039 | -2 | 1037 |
|   |      | 1035 | -2 | 1033 |
|   |      | 1018 | -2 | 1016 |
|   |      | 1184 | -2 | 1182 |
|   |      | 1053 | -2 | 1052 |
|   |      | 1143 | -2 | 1141 |
|   |      | 955  | -2 | 953 |
|   |      | 849  | -2 | 847 |
|   |      | 905  | -2 | 903 |
|   |      | 1025 | -2 | 1023 |
|   |      | 957  | -2 | 955 |
|   |      | 1068 | -2 | 1066 |
|   |      | 1154 | -2 | 1152 |
|   |      | 1214 | -2 | 1212 |
|   |      | 1475 | -2 | 1473 |
|   |      | 1212 | -2 | 1210 |
|   |      | 1232 | -2 | 1230 |
|   |      | 1328 | -54 | 1274 |

| # | ITEM | GROSS | TARE | NET |
|---|------|-------|------|-----|
|   | Extrusion | 1636 | -30 | 1608 |
|   |      | 1101 | -40 | 1061 |
|   | 35 k | 1105 | -2 | 1103 |
|   |      | 1102 | -2 | 1100 |
|   |      | 1386 | -2 | 1384 |
|   |      | 1011 | -2 | 1009 |
|   |      | 1016 | -2 | 1014 |
|   |      | 1116 | -2 | 1114 |
|   |      | 1204 | -2 | 1202 |
|   |      | 1205 | -2 | 1203 |
|   |      | 1464 | -2 | 1462 |
|   |      | 952  | -2 | 950 |
|   |      | 908  | -2 | 906 |
|   |      | 31,482 | -108 | 31,274 |

# PURCHASE ORDER



## Aluminum Shapes LLC.
AN ARCH AMERICA COMPANY
9000 River Road, Delair, NJ 08110
**Phone: 856-662-5500    Fax: 856-488-5336**

| P/O NUMBER | AMEND. NUMBER | PAGE |
|---|---|---|
| 793206 | | 1 |
| **P/O DATE** | **DESCRIPTION** | **CURRENCY** |
| 02/01/08 | Normal | US - USA |

```
830675

MARYLAND RECYCLING CO.
200  8TH AVENUE
GLEN BURNIE MD 21061
UNITED STATES
```

```
S  ALUMINUM SHAPES L.L.C.
H  9000 RIVER ROAD
I  DELAIR    NJ
P  08110
T  USA
O
```

410 760 9088

| BUYER | TERMS | ORDER TYPE | FOB | SHIP VIA |
|---|---|---|---|---|
| KATHY ROMAN | 0.0%-0/30 | TELEPHONE | OUR PLANT | Best Way |

| S | LINE/REL | QUANTITY | DATE REQUIRED | DATE PROMISED | UOM | TAX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 001 | | | Part: XZ6602-B | | | | | |
| | | | Desc: 6063 ALUM EXT 10/10 BALED | | | | | |
| | | | CLEAN AND FREE OF CONTAMINANTS | | | | | |
| | | | BOX CHARGE OF $10.00 APPLIES. | | | | | |
| | | | FOB DELIVERY | | | | | |
| | .001 | 40000.000 | 02/01/08 | 02/29/08 | LB | EX | 1.0100 | 40,400.00 |

EMC

Tax Ex: 22-3413498

**TOTAL EXTEND PRICE**                    40,400.00

**ORIGINAL**

ORDERED BY *Kathleen Roman*

# WEIGHT CERTIFICATE/SCRAP PROCESSING REPORT
## ALUMINUM SHAPES, LLC

Date 2-25-08  Trucker CONTRACTUAL CAR  Supplier MARYLAND RECYCLE
Tractor No. 31  Trailer No. 53106  Driver BRUCE on ☐  off ☒  Flat ☐
Drop WT (trailer only) ☐  Truck Type:  Dump ☐  Opentop ☐  Van ☒
Commodity Description 604 3/10/12 EXTRA  Weighmaster

**SUPPLIER PLEASE NOTE: All weights and materials subject to buyer's final processing report.**

# METAL RECEIVING REPORT
## (FOB ACCT. DEPT. ONLY)

Supplier MARYLAND RECYCLE P.O. No. 777306  Date: Recvd.  Procsd.

| METAL DESCRIPTION | | | | | | TOTAL | |
|---|---|---|---|---|---|---|---|
| WEIGHT RECEIVED | 37460 | | | | | | |
| DUNNAGE (BOXES, SKIDS, ETC.) | ( ) | ( ) | ( ) | ( ) | ( ) | | |
| BALANCE | | | | | | | |
| | ( ) | ( ) | ( ) | ( ) | ( ) | | |
| DIRT/FINES (scale #1) | ( ) | ( ) | ( ) | ( ) | ( ) | | |
| IRON/STEEL (scale #2) | ( ) | ( ) | ( ) | ( ) | ( ) | | |
| EXCESS PAINT | ( ) | ( ) | ( ) | ( ) | | | |
| | | | | | | | |
| # OF BOXES ( ) | | | | | | | |
| FINAL SETTLEMENT WEIGHTS | | | | | | | |

07:15 RM  02-25-09   71400 lb   GROSS
11:51 AM  02-25-09   33940 lb   TARE
NET

(Deductions)

Balance

## COMMENTS/DESCRIPTION:

Recvd. by _____  Processed by _____  Reviewed by _____  Verified by _____

Case 08-14631-GMB - Doc 776 Filed 01/30/09 Entered 02/03/09 13:37:19 Desc Main
RECEIVED Document Page 27 of 31 MD RECYCLE

3/17/2008 9:00 AM FROM: MRC-OM Maryland Recycle Co., Inc TO: 4107609418 PAGE: 001 OF 001

| DATE | INVOICE # |
|------|-----------|
| 2/6/2008 | 801 |
| TERMS | ORDER |
| NET 30 DAYS | 3/7/2008 |

24 Gwynns Mill Court
Owings Mills, MD 21117
410-363-3347/410-581-8148 Fax

**BILL TO**

ALUMINUM SHAPES
9000 RIVER ROAD
DELAIR NJ. 08110

**SHIP TO**

| ORDER NO. | ORDER DA... | CUSTO... | P.O. NO. | SHIP D... | SHIP VIA |
|-----------|-------------|----------|----------|-----------|----------|
| | | | 793171 | 2/6/2008 | APEX |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 106 | Aluminum Extrusion  36 BALES | 40,945 | 1.005 | 41,149.73 |
| | B&D TRUCKING | | | |
| | TRUCK  # 34 | | | |
| | TRAILER # 1102 | | | |
| | SEAL # 03839 | | | |

Please Remit to:
Maryland Recycle Co., Inc.
200 8th Avenue
Glen Burnie, MD 21061

| | Total | $41,149.73 |
|---|-------|-----------|

## STRAIGHT BILL OF LADING - SHORT FORM

ORIGINAL - NOT NEGOTIABLE

SHIPPER'S #:1-30.2/793171
TRAILER NO. 34
TRACTOR NO. 1102  BFD

Carrier's Name: Apex Transportation        Pro#

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of lading.        SR#

AT Aluminum Shapes        (Date) 2/7/2008  FROM  Maryland Recycle Co., Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of it's highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO  **Aluminum Shapes**

On Collection on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430. Sec.1.

Destination  9000 River Road        Street  Delair        City

Route _____County    NJ    State  08110  Zip

Delivery Address*

(* To be filled in only when shipper desires and governing tariffs provide for delivery threeat.)

Delivers  **Thursday February 7th, 2008 between    7am-1pm**

Destination Phone No. 856-662-5000

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**C.O.D.** Charges to be

Paid by

x  Shipper  _Consignee

If charges are to be prepaid , write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Gross | Tare | Net | |
|---|---|---|---|---|---|---|
| 36 | | Aluminum Extrusion | 41,017 | 72 | 40,945 | Received $_____ to apply a prepayment of the charges on the property described herein. |
| | | | | | | |
| | | | | | | Agent or Cashier |
| | | | | | | (The signature here acknowledges only the amount prepaid.) |
| | | PO# 793171 Seal # 03839 | | | | Charges Advanced: $ |

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding**
_____ per _____

The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification. *Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**Maryland Recycle Co., Inc.**
**24 Gwynns Mills Ct**        Shipper, Per  AC-Voy
**Owings Mills, MD 21117**

Permanent post-office address of shipper.

_____ Agent

Per

# MARYLAND RECYCLE CO., INC.

NO. 11455

☐ 200 8th Avenue
Glen Burnie, MD 21061
410-760-9088
410-760-9418 Fax

☐ 8920 Yellow Brick Road
Rosedale, MD 21237
410-780-3060
410-574-3790 Fax

☐ 5618 Furnace Avenue
Elkridge, MD 21075
410-796-0760
410-796-1508 Fax

☐ 24 Gwynns Mills Court
Owings Mills, MD 21117
410-363-3347
410-581-8148 Fax

☐ 343 Greanry Road, Suite G
Forest Hill, MD 21050
410-836-0070
410-836-0082 Fax

RECEIVED
SHIPPED
ADDRESS    Aluminum Shapes

9000 River Rd
Delair N.J.   08/10

DEL #: ____
DATE:  2 - 6 - 2008
P.O. #:  793 171
BROKER: ____

CARRIER:  Apex Transportation
TRAILER # / CONTAINER #:  34 / 1108 B.D
SEAL #:  03839
BOOKING #: ____

| # | ITEM | GROSS | TARE | NET | # | ITEM | GROSS | TARE | NET | # | ITEM | GROSS | TARE | NET |
|---|------|-------|------|-----|---|------|-------|------|-----|---|------|-------|------|-----|
|   | Extrusion |    |   |   |   |   |   |   |   |   |   |   |   |   |
| 1 |  | 1207 | 2 |   | 16 |  | 1065 | 2 |   | 31 |  | 1088 | 2 |   |
| 2 |  | 1552 |   |   | 17 |  | 1418 |   |   | 32 |  | 1107 |   |   |
| 3 |  | 962 |   |   | 18 |  | 1162 |   |   | 33 |  | 1351 |   |   |
| 4 |  | 1042 |   |   | 19 |  | 1104 |   |   | 34 |  | 1304 |   |   |
| 5 |  | 1071 |   |   | 20 |  | 1247 |   |   | 35 |  | 1281 |   |   |
| 6 |  | 1059 |   |   | 21 |  | 1061 |   |   | 36 |  | 1190 |   |   |
| 7 |  | 1284 |   |   | 22 |  | 1313 |   |   |   |   |   |   |   |
| 8 |  | 977 |   |   | 23 |  | 1128 |   |   |   |   |   |   |   |
| 9 |  | 910 |   |   | 24 |  | 1220 |   |   |   |   |   |   |   |
| 10 |  | 973 |   |   | 25 |  | 1130 |   |   |   |   |   |   |   |
| 11 |  | 947 |   |   | 26 |  | 868 |   |   |   |   |   |   |   |
| 12 |  | 1020 |   |   | 27 |  | 876 |   |   |   |   |   |   |   |
| 13 |  | 1322 |   |   | 28 |  | 1044 |   |   |   |   |   |   |   |
| 14 |  | 836 | 1 |   | 29 |  | 1357 |   |   |   |   |   |   |   |
| 15 |  | 1012 |   |   | 30 |  | 1344 | 1 |   |   | Total | 49017 | 20 | 48997 |

www.marylandrecycle.com

# PURCHASE ORDER



## Aluminum Shapes LLC.
### AN ARCH AMERICA COMPANY
9000 River Road, Delair, NJ 08110
Phone: 856-662-5500   Fax: 856-488-5336

| P.O. NUMBER | AMEND NUMBER | PAGE |
|---|---|---|
| 793171 | | 1 |
| P.O. DATE | DESCRIPTION | CURRENCY |
| 01/30/08 | Normal | US - USA |

**ORDERED FROM**

830675

MARYLAND RECYCLING CO.
200  8TH AVENUE
GLEN BURNIE MD 21061
UNITED STATES

410 760 9088

130. 1 - 2/5
.2. - 0H 3/6
.3 - 0H 3/16

**SHIP TO**

ALUMINUM SHAPES L.L.C.
9000 RIVER ROAD
DELAIR    NJ
08110
USA

| BUYER | TERMS | HOW SHIPPED | FOB | SHIP VIA |
|---|---|---|---|---|
| KATHY ROMAN | 0.0%-0/30 | TELEPHONE | OUR PLANT | Best Way |

| LINE # | QUANTITY | DATE REQUIRED | DATE PROMISED | UOM | TAX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 001 | | | | | | | |
| .001 | 120000.000 | 02/01/08 | 02/29/08 | LB | EX | 1.0050 | 120,600.00 |

Part:  XZS63X-B
Desc:  6063 ALUM EXT 10/10 BALED
CLEAN AND FREE OF CONTAMINANTS
BOX CHARGE OF $10.00 APPLIES.

Tax Ex: 22-3413455

**TOTAL EXTEND PRICE**          120,600.00

ORIGINAL

ORDERED BY _Kathy Roman_

# WEIGHT CERTIFICATE/SCRAP PROCESSING REPORT
## ALUMINUM SHAPES, LLC.

Date: _____ Trucker: _____ Supplier: _____ Driver: _____ on ☐ off ☑

Tractor No.: _____ Trailer No.: _____ Flat ☐

Drop #1 (trailer only) ☐ Truck Type: Dump ☐ Opentop ☐ Van ☑

Commodity Description: _____ Weighmaster: _____

**SUPPLIER PLEASE NOTE: All weights and quantities subject to buyer's final processing report**

## METAL RECEIVING REPORT
### (FOR ACCT. DEPT. ONLY)

Supplier: _____ P.O. No.: _____ Date: _____ Recvd: _____ Procsd: _____

| METAL DESCRIPTION | | | | | | TOTAL |
|---|---|---|---|---|---|---|
| WEIGHT RECEIVED | | | | | | |
| DUNNAGE (BOXES, SKIDS, ETC.) | | | | | | |
| BALANCE | | | | | | |
| DIRT/FINES (note #1) | | | | | | |
| IRON/STEEL (note #2) | | | | | | |
| EXCESS PAINT | | | | | | |
| # OF BOXES | | | | | | |
| FINAL SETTLEMENT WEIGHTS | | | | | | |

GROSS

TARE

NET

(Deductions)

Balance

COMMENTS/DESCRIPTION:

Recvd. by: _____ Processed by: _____ Reviewed by: _____ Verified by: _____