*Order Filed on 2/3/2009 by Clerk U.S. Bankruptcy Court District of New Jersey*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Liquidation Trust |

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns<br><br>Hearing Date: January ___, 2009 |

**ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST A FURTHER
EXTENSION OF TIME TO FILE CLAIMS OBJECTIONS TO LITIGATION
CLAIMS AND INSIDER CLAIMS, AND TO ASSERT OBJECTIONS
UNDER §502(d) OF THE BANKRUPTCY CODE**

The relief set forth on the following pages is hereby ORDERED.

**DATED: 2/3/2009**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

{00073608.1 / 0631-002}45765/0003-1542478v1

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No. 08-14631(GMB) (JOINTLY ADMINISTERED)
Caption of Order: ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST A FURTHER EXTENSION OF TIME TO FILE CLAIMS OBJECTIONS TO LITIGATION CLAIMS AND INSIDER CLAIMS, AND TO ASSERT OBJECTIONS UNDER §502(d) OF THE BANKRUPTCY CODE

---

THIS MATTER having been opened to the Court by the Class 10 Liquidation Trust (the "Trust"), by and through its co-counsel, upon a motion for an order granting the Trust a further extension of time to file objections to litigation claims and insider claims and to assert objections under §502(d) of the bankruptcy code (the "Motion); and good and sufficient notice of the Motion having been provided in accordance with the Order Shortening Time entered by the Court on January ___, 2009, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the moving papers, the opposition thereto, if any, and the arguments of counsel, if any; and the Court having determined that good cause exists for the entry of this Order,

IT IS ORDERED as follows:

1. The deadline by which the Trust has to object to litigation claims and insider claims and to assert objections under §502(d) of the bankruptcy code in these cases be and hereby is extended to and including March 31, 2009.

2. A true copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

*Approved by Judge Gloria M. Burns February 03, 2009*