Order Filed on
**2/5/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Liquidation Trust | |
| In re:<br><br>**SHAPES/ARCH HOLDINGS L.L.C.,** *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns |

**CONSENT ORDER RESOLVING THE CLAIMS OF
TEAMSTERS LOCAL 837 PENSION, HEALTH AND
<u>WELFARE AND SCHOLARSHIP FUNDS</u>
(Claims numbered 49, 50, 51, 52, 53, 111, 112, 113, 114,
115, 774, 778 and 821)**

The relief set forth in the following pages, number two (2) through five (5) is hereby **ORDERED.**

**DATED: 2/5/2009**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

45765/0003-5330293v1
February 04, 2009

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.,* |
| Case No: | 08-14631 |
| Caption of Order: | CONSENT ORDER RESOLVING THE CLAIMS OF TEAMSTERS LOCAL 837 PENSION, HEALTH AND WELFARE AND SCHOLARSHIP FUNDS |

**WHEREAS**, the above-captioned debtors (together, the "**Debtors**") filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on March 16, 2008 (the "**Petition Date**") in the United States Bankruptcy Court for the District of New Jersey; and

**WHEREAS,** certain of the Debtors were parties to collective bargaining agreements with the Teamsters Local 837 ("**Local 837**"), pursuant to which said debtors were required to make employee benefit contributions to the Teamsters Local 837 Pension Fund (the "**Pension Fund**"), the Teamsters Local 837 Health and Welfare Fund ("**Welfare Fund**")and the Teamsters Local 837 Scholarship Fund (the "**Scholarship Fund**", and together with the Pension Fund and the Welfare Fund, the "**Funds**");

**WHEREAS**, the Debtors' Schedules of Liabilities reflect certain obligations to the Funds;

**WHEREAS**, the Funds filed and later amended proofs of claim, as follows:

| **Claimant** | **Number** | **Date Filed** | **Amount** |
|---|---|---|---|
| Pension Fund | 50 | 4/2/08 | $ 93,607.00 |
| | 53 | 4/2/08 | $ 2,557.74 |
| | 112 | 4/8/08 | $ 108,806.94 |
| | 114 | 4/8/08 | $ 2,557.74 |
| | 774 | 6/19/08 | $7,500,000.00 |
| | 778 | 6/23/08 | $7,500,000.00 |
| | 821 | 7/29/08 | $4,276,682.00 |
| Welfare Fund | 51 | 4/2/08 | $ 961,755.00 |
| | 52 | 4/2/08 | $ 28,000.00 |
| | 111 | 4/8/08 | $1,451,330.20 |
| | 113 | 4/8/08 | $ 28,000.00 |
| Scholarship Fund | 49 | 4/2/08 | $ 80.00 |

45765/0003-5330293v1
February 04, 2009

*Approved by Judge Gloria M. Burns February 05, 2009*

(Page 3)
Debtor:             SHAPES/ARCH HOLDINGS L.L.C., *et al.,*
Case No:            08-14631
Caption of Order:   CONSENT ORDER RESOLVING THE CLAIMS OF
                    TEAMSTERS LOCAL 837 PENSION, HEALTH AND
                    WELFARE AND SCHOLARSHIP FUNDS

|   |   |   |
|---|---|---|
| 115 | 4/8/08 | $ 80.00 |

(all of the preceding claims, exclusive of claim numbered 821, being the "**Claims**"); and

**WHEREAS**, the Debtors' Third Amended Joint Plan of Reorganization (the "**Plan**") was confirmed by Order of this Court dated July 24, 2008 (the "**Confirmation Order**") and became effective on August 8, 2008 (the "**Effective Date**"); and

**WHEREAS**, on the Effective Date, the Class 10 Trust came into existence, and pursuant to Sections 4.5, 5.2 and 5.3 of the Plan and Article IV of the Plan Administration Agreement (an exhibit to the Plan), the Trust, by its Trustee, Steven D. Sass, was empowered to, among other things, object to and resolve unsecured claims; and

**WHEREAS,** the Trust engaged an actuary to review the claims of the Funds, and in particular, the claims of the Pension Fund for withdrawal liability from the pension plan; and

**WHEREAS**, the Funds and the Trust (together, the "**Parties**") wish to consensually resolve any claims the Funds, each, on its own behalf and on behalf of its members, may hold against the Debtors and/or the Trust and the property of each, including but not limited to the Claims; and

WHEREAS, certain of the priority claims of the Funds have already been paid by the Debtors;

**NOW, THEREFORE,** it is hereby stipulated and agreed between the Funds and the Trust as follows:

A.    Claim numbered 821 of the Pension Fund is hereby allowed as a pre-petition, unsecured claim in the amount of $4,276,682.00, and the Pension Fund shall be entitled to a

(Page 4)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.,* |
| Case No: | 08-14631 |
| Caption of Order: | CONSENT ORDER RESOLVING THE CLAIMS OF TEAMSTERS LOCAL 837 PENSION, HEALTH AND WELFARE AND SCHOLARSHIP FUNDS |

distribution from the Trust on account of such allowed claim, as and to the extent provided in the Plan and the exhibits to the Plan.

  B. All other claims of the Funds, each on its own behalf and on behalf of its participants and beneficiaries, including but not limited to the Claims, against the Debtors and their estates, the Trust and/or the property of any of the preceding, to the extent that such claims have not already been satisfied, are hereby disallowed and expunged.

  C. Except as otherwise set forth in paragraph A of this Consent Order, each of the Funds, each, on its own behalf and on behalf of its participants and beneficiaries, hereby releases the Debtors and their estates from any and all obligations, claims and demands of any kind, at law or in equity, that the Funds, may hold or assert against the Debtors, their estates or property as of the Effective Date.

  D. Except as otherwise set forth in paragraph A of this Consent Order, each of the Funds, on its own behalf and on behalf of its members, hereby releases the Trust and the Trustee from any and all obligations, claims and demands of any kind, at law or in equity, that the Funds, may hold or assert against the Trust or the Trustee, or the property of either as of the date of this Consent Order.

  E. This Consent Order contains the entire agreement by and among the Parties and all prior understandings or agreements between them, if any, are merged into this Consent Order.

  E. This Consent Order and the obligations of the Parties are specifically subject to, and conditioned upon, the approval of the Bankruptcy Court. If the Bankruptcy Court declines

(Page 5)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.*, |
| Case No: | 08-14631 |
| Caption of Order: | CONSENT ORDER RESOLVING THE CLAIMS OF TEAMSTERS LOCAL 837 PENSION, HEALTH AND WELFARE AND SCHOLARSHIP FUNDS |

to approve this agreement, the provisions hereof shall be null, void and of no force and effect, and nothing contained herein shall be deemed an admission by either of the Parties.

    F.    This document may be signed in counterpart, and faxed copies of signatures of the Parties shall be deemed originals for purposes of this Consent Order.

    G.    This Consent Order shall be binding upon all successors and assigns of each of the Parties, and any subsequently appointed chapter 11 or chapter 7 trustee.

    H.    This Court shall retain jurisdiction to resolve disputes or controversies arising from or related to the terms of this Consent Order.

Dated: February 4, 2009

        **HALPERIN BATTAGLIA RAICHT, LLP**
        Counsel to the Class 10 Trust

By:    */s/ Donna H. Lieberman*
        Donna H. Lieberman, Esq.
        555 Madison Avenue, 9th Floor
        New York, New York 10022
        212- 765-9100

Dated: February 4, 2009

        **McNEILL & WALKER, P.C.**
        Counsel to the Teamsters Local 837 Pension, Health and Welfare and Scholarship Funds

By:    */s/ Richard C. McNeill*
        Richard C. McNeill, Esq.
        230 South Broad Street, Suite 700
        Philadelphia, Pennsylvania 19102
        215-735-2890

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: kryan              Page 1 of 1           Date Rcvd: Feb 06, 2009
Case: 08-14631                Form ID: pdf903          Total Served: 1

The following entities were served by first class mail on Feb 08, 2009.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2009**                    **Signature:** _Joseph Speetjens_