UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

PEPPER HAMILTON LLP
Michael H. Reed
Nina M. Varughese (NV2347)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Counsel for PECO Energy Company*

IN RE:

SHAPES/ARCH HOLDINGS L.L.C., *et al.*

*Debtors..*

CHAPTER 11

Case Nos. 08-14631 (GMB)

(Jointly Administered)

Hon. Gloria M. Burns

Hearing Date and Time: March 2, 2009 at 10:00 a.m.
Response Date: February 16, 2009

## RESPONSE OF PECO ENERGY COMPANY
## TO CLASS 10 LIQUIDATION TRUST'S
## THIRD OMNIBUS CLAIMS OBJECTION

PECO Energy Company ("PECO"), by and through its undersigned counsel, responds to the Third Omnibus Claims Objection (the "Objection") by the Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holding, L.L.C., *et al.*[1] (the "Debtors"). With respect to PECO's claim (the "Claim") totaling $72,650.63, the Claim is designated in Exhibit B of the Objection as a claim that the Trust seeks to disallow and expunge on the grounds that the Trust alleges the Claim arises under contracts rejected by the Debtors or, in the alternative, the Claim

---

[1] The Debtors in the jointly administered cases include Shapes L.L.C., Case No. 08-14632; Ultra L.L.C., Case No. 08-14633; Delair L.L.C., Case No. 08-14634; and Accu-Weld L.L.C., Case No. 08-14635.

#10569297 v1

asserts a dollar amount which differs from the amount reflected in the Debtors' updated books and records. In support of this objection, PECO states as follows:

1. The Debtors commenced these Chapter 11 cases on March 18, 2008 (the "Petition Date").

2. Prior to the Petition Date, PECO provided goods and/or services on credit to the Debtor Accu-Weld L.L.C. ("Accu-Weld") The indebtedness owed by Accu-Weld as of the Petition Date was $72,650.63 (the "Debt").

3. On or about May 5, 2008, PECO filed a timely proof of claim, designated as Claim No. 451 for an unsecured amount of $72,650.63. The proof of claim is attached hereto as Exhibit A and attached account summary.

## ARGUMENT

5. A proof of claim executed and filed according to the requirements of Bankruptcy Rule 3001(f) constitutes *prima facie* evidence of the validity and amount of the claim. Fed.R.Bankr.P. 3001(f). "The interposition of an objection does not deprive the proof of claim of presumptive validity unless the objection is supported by *substantial evidence*." In re Hemingway Transport, Inc., 993 F.2d 915, 925 (1st Cir. 1993).

6. Rule 3001(a) requires that the proof of claim be a written statement setting forth a creditor's claim, in a form substantially conforming to the appropriate Official Form. Rule 3001(c) requires that a claim based on a writing include a copy of the writing thereto.

7. Claim No. 451 substantially conforms to the Official Form, is signed by a representative of PECO, and provides an account summary setting forth the exact dollar amount of the claim.

9. Having satisfied the requirements of Bankruptcy Rule 3001, Claim No. 451 constitutes *prima facie* evidence of the validity and amount of the claim.

10. The Debtors have provided no evidence, let alone substantial evidence, to support the Objection; therefore, the Objection should be overruled and PECO's claim should be allowed in the amount of $72,650.63.

**WHEREFORE**, PECO Energy Company respectfully requests that the Court overrule the Objection and grant all other proper relief.

**PEPPER HAMILTON LLP**

Dated: February 13, 2009

/s/ Nina M. Varughese
Michael H. Reed
Nina M. Varughese (NV2347)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for PECO Energy Company, Inc.*

# Exhibit A

| UNITED STATES BANKRUPTCY COURT  DISTRICT OF NEW JERSEY | | PROOF OF CLAIM |
|---|---|---|
| IN RE: Accu-Weld L.L.C.<br>1211 Ford Road<br>Bensalem, Pa 19020 | Case Number<br>DT#11-08-14635-GMB | U S BANKRUPTCY COURT<br>FILED<br>NEWARK, NJ<br>08 MAY -5 AM 11:40<br>[signature] WALDRON<br>[signature]<br>DEPUTY CLERK<br>THIS SPACE IS FOR COURT USE ONLY |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor:
PECO

PECO ENERGY COMPANY
2301 MARKET STREET
PHILADELPHIA, PA 19103
ATTN: MICHAEL P. MURPHY, S222-1
(215) 841-4534

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor: 30940-78004

Check here  ☐ replaces
if this claim  ☐ amends  a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other: _____

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS#: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)        (date)

2. Date debt was incurred:

3. If court judgment, date obtained:

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed See reverse side for important explanations.

   **Unsecured Nonpriority Claim**   $ 72,650.63
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or only part of your claim is entitled to priority.

   **Unsecured Priority Claim** $.
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

   Amount entitled to priority $

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5)

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).

   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
   Value of Collateral:  $_____

   Amount of arrearage and other charges at time case filed included in secured claim, if any:  $_____

   ☐ Up to $2,2225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8)

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time of Case Filed:**   $ 72,650.63                                                                            $ 72,650.63
   (unsecured)   (secured)   (priority)   (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date 04/25/08   Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ and 3571.

CUAR038                      PECO Account Activity Statement                 Date: 04/25/08
                                                                             Page: 1 of 1

*** Account Information ***                      *** Current Account Status ***

Account Number:                                   Current Bill:     $0.00    Credit Amount:      $0.00
30940-78004              Mail To:                 Billed Prior:     $0.00    Deposit Requested:  $0.00
Account Status: Final    ACCU-WELD INC            Balance Due:      $0.00    Deposit On-Hand:    $0.00
Requested By:            1211 FORD RD             Service Address:
ACCU-WELD INC            BENSALEM        PA 19020 1211 FORD RD              Meter Bill Grp: 11
(215)245-6050  Extension:                         BENSALEM        PA 19020  Rate:

                                                                                          BALANCE    DUE
DATE     CHARGE TYPE     BILLING PERIOD    READ    METER #    CHARGE    CREDIT    TOTAL   FORWARD   DATE
                                                              AMOUNT    AMOUNT    BILL
04/25/08 Transfer Debit                                      $72650.63                             KWH  CCF  KW