| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br> DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**PEPPER HAMILTON LLP**<br>Michael H. Reed<br>Nina M. Varughese (NV2347)<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4000<br><br>*Counsel for PECO Energy Company* | |
| IN RE:<br><br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*<br><br><br><br>*Debtors..* | CHAPTER 11<br><br>Case Nos. 08-14631 (GMB)<br><br>(Jointly Administered)<br><br>Hon. Gloria M. Burns<br><br>**Hearing Date and Time: March 2, 2009 at 10:00 a.m.**<br>**Response Date:  February 16, 2009** |

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that on February 13, 2009, a copy of the

Response Of PECO Energy Company To Class 10 Liquidation Trust's Third Omnibus Claims

Objection was served via first class mail, postage prepaid, upon the following individual:

Donna H. Lieberman, Esquire
Halperin Battaglia Raicht LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Dated: February 13, 2009

/s/ Nina M. Varughese_____
Nina M. Varughese (NV2347)
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
*Attorneys for PECO Energy Company, Inc.*

#10571613 v1 (999932.2002)

-2-