# EXHIBIT "A"



# Monthly Statement

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL, NJ 08034
856-985-2443 Phone

| Augusta, NJ | Fairview, NJ | Neptune, NJ |
| Bay Shore, NY | Flemington, NJ | New York, NY |
| Bergenfield, NJ | Freehold, NJ | Newburgh, NY |
| Bethlehem, PA | Garden City, NY | Paterson, NJ |
| Bricktown, NJ | Hamilton, NJ | Phillipsburg, NJ |
| Brooklyn, NY | Jersey City, NJ | Plainfield, NJ |
| Cherry Hill, NJ | Lansdowne, PA | Tinton Falls, NJ |
| Egg Harbor, NJ | Linden, NJ | Vineland, NJ |
| Elmsford, NY | Manahawkin, NJ | West Berlin, NJ |
| Fairfield, NJ | Middletown, NJ | West Deptford, NJ |

**Payment Information:**

Please check off invoices paid and include tear-off strip with your payment.

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ 08110-0720

Ship to:  ALUMINUM SHAPES INC

Page 1 of 2

| Invoice Date | Invoice Number | Purchase Order # | Invoice Amount | Invoice Balance | Running Balance | Invoice Number | Invoice Balance | ✓ |
|---|---|---|---:|---:|---:|---|---:|---|
| 06/04/07 | Unapplied CR | 111644 | 0.00 | -927.00 | -927.00 | Unapplied CR | -927.00 | |
| 11/29/07 | S002176029.004 | 791333 | 223.08 | 223.08 | -703.92 | S002176029.004 | 223.08 | |
| 12/03/07 | S001662069.001 | 784535 | 386.27 | 386.27 | -317.65 | S001662069.001 | 386.27 | |
| 12/03/07 | S002351323.001 | 792027 | 587.68 | 587.68 | 270.03 | S002351323.001 | 587.68 | |
| 12/03/07 | S002381471.001 | 792025 | 329.03 | 329.03 | 599.06 | S002381471.001 | 329.03 | |
| 12/04/07 | S002374377.001 | 792011 | 613.91 | 204.63 | 803.69 | S002374377.001 | 204.63 | |
| 12/06/07 | S002351323.003 | 792027 | 149.14 | 149.14 | 952.83 | S002351323.003 | 149.14 | |
| 12/06/07 | S002393437.001 | 792143 | 890.84 | 890.84 | 1,843.67 | S002393437.001 | 890.84 | |
| 12/06/07 | S002401524.001 | 792143 | 17.01 | 17.01 | 1,860.68 | S002401524.001 | 17.01 | |
| 12/10/07 | S002410162.001 | 792192 | 152.70 | 152.70 | 2,013.38 | S002410162.001 | 152.70 | |
| 12/10/07 | S002414477.001 | 792213 | 66.02 | 66.02 | 2,079.40 | S002414477.001 | 66.02 | |
| 12/11/07 | S002420148.001 | 792246 | 453.06 | 453.06 | 2,532.46 | S002420148.001 | 453.06 | |
| 12/11/07 | S002421545.001 | 792248 | 255.78 | 255.78 | 2,788.24 | S002421545.001 | 255.78 | |
| 12/12/07 | S002274439.001 | 791595 | 3,002.42 | 3,002.42 | 5,790.66 | S002274439.001 | 3,002.42 | |
| 12/12/07 | S002392872.001 | 792288 | 234.28 | 234.28 | 6,024.94 | S002392872.001 | 234.28 | |
| 12/12/07 | S002429102.001 | 792289 | 129.72 | 129.72 | 6,154.66 | S002429102.001 | 129.72 | |
| 12/17/07 | S002445647.001 | 792367 | 554.27 | 554.27 | 6,708.93 | S002445647.001 | 554.27 | |
| 12/17/07 | S002447484.001 | 792161 | 50.83 | 50.83 | 6,759.76 | S002447484.001 | 50.83 | |
| 12/18/07 | S002452728.001 | 792399 | 99.37 | 99.37 | 6,859.13 | S002452728.001 | 99.37 | |
| 12/19/07 | S002401524.002 | 792143 | 11.34 | 11.34 | 6,870.47 | S002401524.002 | 11.34 | |
| 12/20/07 | S002431329.001 | 792430 | 1,566.00 | 1,566.00 | 8,436.47 | S002431329.001 | 1,566.00 | |
| 12/21/07 | S001662069.003 | 784535 | 624.56 | 624.56 | 9,061.03 | S001662069.003 | 624.56 | |
| 01/02/08 | S002351323.005 | 792027 | 822.40 | 822.40 | 9,883.43 | S002351323.005 | 822.40 | |
| 01/02/08 | S002464785.001 | 792516 | 834.09 | 834.09 | 10,717.52 | S002464785.001 | 834.09 | |
| 01/02/08 | S002476491.001 | 792517 | 34.45 | 34.45 | 10,751.97 | S002476491.001 | 34.45 | |
| 01/02/08 | S002478102.001 | 791685 | 31.03 | 31.03 | 10,783.00 | S002478102.001 | 31.03 | |
| 01/04/08 | S002505780.001 | 792571 | 621.94 | 621.94 | 11,404.94 | S002505780.001 | 621.94 | |
| 01/07/08 | S002512013.001 | 792599 | 223.99 | 223.99 | 11,628.93 | S002512013.001 | 223.99 | |
| 01/09/08 | S002526942.001 | 792772 | 45.26 | 45.26 | 11,674.19 | S002526942.001 | 45.26 | |
| 01/10/08 | S002516723.001 | 792784 | 561.42 | 561.42 | 12,235.61 | S002516723.001 | 561.42 | |
| 01/10/08 | S002534630.001 | 792815 | 60.19 | 60.19 | 12,295.80 | S002534630.001 | 60.19 | |
| 01/11/08 | S002523467.001 | 792854 | 875.19 | 875.19 | 13,170.99 | S002523467.001 | 875.19 | |
| 01/11/08 | S002534552.001 | 792785 | 376.16 | 376.16 | 13,547.15 | S002534552.001 | 376.16 | |
| 01/15/08 | S002397018.001 | 792110 | 249.31 | 249.31 | 13,796.46 | S002397018.001 | 249.31 | |
| 01/25/08 | S002593065.001 | 793062 | 166.67 | 166.67 | 13,963.13 | S002593065.001 | 166.67 | |

| Account Summary ||||
|:---:|:---:|:---:|:---:|
| Current | 30 Days | 60 Days | 90 Days |
| | Continued ||||



Account Number: 24725
Statement Date: March 25, 2008
Amount Due By: April 10, 2008
Total Amount Due: *Continued*

24725
March 25, 2008
April 10, 2008
*Continued*

Past due balances are subject to late charges, up to maximum allowable by law.



# Monthly Statement

**COOPER ELECTRIC SUPPLY CO**
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL, NJ 08034
856-985-2443 Phone

Augusta, NJ         Fairview, NJ        Neptune, NJ
Bay Shore, NY       Flemington, NJ      New York, NY
Bergenfield, NJ     Freehold, NJ        Newburgh, NY
Bethlehem, PA       Garden City, NY     Patterson, NJ
Bricktown, NJ       Hamilton, NJ        Phillipsburg, NJ
Brooklyn, NY        Jersey City, NJ     Plainfield, NJ
Cherry Hill, NJ     Lansdowne, PA       Tinton Falls, NJ
Egg Harbor, NJ      Linden, NJ          Vineland, NJ
Elmsford, NY        Manahawkin, NJ      West Berlin, NJ
Fairfield, NJ       Middletown, NJ      West Deptford, NJ

**Payment Information:**

Please check off invoices paid and include tear-off strip with your payment.

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ 08110-0720

Ship to:  ALUMINUM SHAPES INC

Page 2 of 2

| Invoice Date | Invoice Number | Purchase Order # | Invoice Amount | Invoice Balance | Running Balance |
|---|---|---|---|---|---|
| 01/25/08 | S002593065.003 | 793062 | 166.66 | 166.66 | 14,129.79 |
| 01/25/08 | S002601699.001 | 791333 | 91.23 | 91.23 | 14,221.02 |
| 01/28/08 | S002610276.001 | 793103 | 97.09 | 97.09 | 14,318.11 |
| 02/01/08 | S002601676.001 | 791333 | -215.64 | -215.64 | 14,102.47 |
| 02/01/08 | S002618611.001 | 793114 | 42.86 | 42.86 | 14,145.33 |
| 02/05/08 | S002650662.001 | 793238 | 31.03 | 31.03 | 14,176.36 |
| 02/11/08 | S002638329.001 | 793114 | 619.05 | 619.05 | 14,795.41 |
| 02/12/08 | S002618611.002 | 793114 | 129.36 | 129.36 | 14,924.77 |
| 02/13/08 | S002688244.001 | 793384 | 6.66 | 6.66 | 14,931.43 |
| 02/19/08 | S008835409.019 | 767282 | 1,869.40 | 1,869.40 | 16,800.83 |
| 02/20/08 | S002618611.003 | 793114 | 27.85 | 27.85 | 16,828.68 |
| 02/21/08 | S002688244.002 | 793384 | 804.11 | 804.11 | 17,632.79 |
| 02/22/08 | S002731263.001 | 793566 | 42.35 | 42.35 | 17,675.14 |
| 02/26/08 | S002611990.001 | 793069 | 472.94 | 472.94 | 18,148.08 |
| 02/26/08 | S002611990.002 | 793069 | 60.56 | 60.56 | 18,208.64 |
| 02/26/08 | S002713738.001 | 793510 | 13.39 | 13.39 | 18,222.03 |
| 02/27/08 | S002713738.003 | 793510 | 543.54 | 543.54 | 18,765.57 |
| 02/27/08 | S002742494.001 | 793646 | 59.76 | 59.76 | 18,825.33 |
| 02/27/08 | S002750452.001 | 793640 | 39.48 | 39.48 | 18,864.81 |
| 02/28/08 | S002668190.001 | 793482 | 234.69 | 234.69 | 19,099.50 |
| 03/03/08 | S002755881.001 | 793711 | 27.87 | 27.87 | 19,127.37 |
| 03/05/08 | S008835409.021 | 767282 | 1,869.40 | 1,869.40 | 20,996.77 |
| 03/07/08 | S002791534.001 | 793114-ADD | 20.22 | 20.22 | 21,016.99 |
| 03/10/08 | S002755972.001 | 793645 | 1,998.67 | 1,998.67 | 23,015.66 |
| 03/11/08 | S002791549.001 | 793845 | 8.67 | 8.67 | 23,024.33 |
| 03/11/08 | S002804825.001 | 793879 | 102.25 | 102.25 | 23,126.58 |
| 03/12/08 | S002806780.001 | 793845 | 762.27 | 762.27 | 23,888.85 |
| 03/14/08 | S002827108.001 | 793904 | 31.03 | 31.03 | 23,919.88 |

Page 2 of 2

| Invoice Number | Invoice Balance | ✓ |
|---|---|---|
| S002593065.003 | 166.66 | |
| S002601699.001 | 91.23 | |
| S002610276.001 | 97.09 | |
| S002601676.001 | -215.64 | |
| S002618611.001 | 42.86 | |
| S002650662.001 | 31.03 | |
| S002638329.001 | 619.05 | |
| S002618611.002 | 129.36 | |
| S002688244.001 | 6.66 | |
| S008835409.019 | 1,869.40 | |
| S002618611.003 | 27.85 | |
| S002688244.002 | 804.11 | |
| S002731263.001 | 42.35 | |
| S002611990.001 | 472.94 | |
| S002611990.002 | 60.56 | |
| S002713738.001 | 13.39 | |
| S002713738.003 | 543.54 | |
| S002742494.001 | 59.76 | |
| S002750452.001 | 39.48 | |
| S002668190.001 | 234.69 | |
| S002755881.001 | 27.87 | |
| S008835409.021 | 1,869.40 | |
| S002791534.001 | 20.22 | |
| S002755972.001 | 1,998.67 | |
| S002791549.001 | 8.67 | |
| S002804825.001 | 102.25 | |
| S002806780.001 | 762.27 | |
| S002827108.001 | 31.03 | |

### Account Summary

| Current | 30 Days | 60 Days | 90 Days |
|---|---|---|---|
| 6,244.74 | 3,454.12 | 5,159.99 | 9,061.03 |



Account Number:     24725
Statement Date:     March 25, 2008
Amount Due By:      April 10, 2008
Total Amount Due:   23,919.88

24725
March 25, 2008
April 10, 2008
23,919.88

Past due balances are subject to late charges, up to maximum allowable by law.