# EXHIBIT "B"

# Cooper electric supply co.     Bergenfield/Cooper electric supply co.

REPLY TO: Credit Dept. 1715 Highway 35
P.O. Box 4070, Middletown, NJ 07748-9990
(908) 706 - 0800

Referred By: _____

## PLEASE TYPE OR PRINT ALL INFORMATION

The undersigned hereby applies for credit with COOPER ELECTRIC SUPPLY CO. and BERGENFIELD/COOPER ELECTRIC SUPPLY CO. and agrees to abide by its standard terms and conditions of sale as printed below as to any presently outstanding or future account balances.

CORPORATE NAME: Aluminum Shapes, Inc.

LIST ALL TRADE NAMES USED: _____

BILL TO (Name and Address):
Aluminum Shapes, Inc.
P.O. Box C90397
Delair, N.J.   ZIP 08110
TEL. NO. (609) - 662 - 5500
FAX NO. (609) - 488 - 5332

SHIP TO (If different from billing):
Aluminum Shapes Inc
9000 River Road
Delair, N.J.   ZIP 08110

Principle Business Activity: Aluminum Extruders
What types of products will you purchase from us: Electrical supplies + Components
Bank: See attached    Address: _____
Account Number: _____   Officer: _____
Are you: Corporation X    Partnership ___   Proprietor ___
D&B Number: 00-233-9267
Are you Sales Tax Exempt? YES ___ NO X (Valid certificate MUST accompany form)
Have you ever dealt with COOPER ELECTRIC or BERGENFIELD LIGHTING before? YES ___ NO ✓
If name is different please provide name: _____

TRADE REFERENCES: (MUST have complete mailing address and telephone number)
1. See attached    2. _____    3. _____

Estimated Annual Purchases $ _____

Purchasing Agent: Mr. Kenneth J. Kereson       Mailing List YES ✓  NO ___
Plant Manager: Mr. John Collins                Mailing List YES ___ NO ✓
Accounts Payable Manager: Mr. Paul Sorensen    Mailing List YES ___ NO ✓

## BONDING (Builders and Contractors MUST complete)

Surety Company used on jobs requiring bonds: _____
Address: _____
Agents Name & Address: _____

FAXED 12-1-95

OVER →

**INCIPLES or OFFICERS**

| Name | Title | Residence | Soc. Sec. Number |
|---|---|---|---|
| Stephen Kendall | President | | |
| Al Jerome Grossman | V-President | | |
| Norman Lapow | V-President Jr. | | |

**AUTHORIZED PURCHASERS:**

- Sam Cofentino
- Ken Okerson
- Bob James
- Tom Pape

Please notify COOPER ELECTRIC SUPPLY CO. and BERGENFIELD/COOPER ELECTRIC SUPPLY CO. of any additions/deletions/changes to the above list of authorized purchasers IN WRITING. Changes become effective upon receipt of written notice by the companies.

## GENERAL TERMS AND CONDITIONS AND PERSONAL GUARANTEE

1. COOPER ELECTRIC SUPPLY CO. and BERGENFIELD/COOPER ELECTRIC SUPPLY CO. pays all freight charges on items shipped from our normal stock items, on orders exceeding $25.00 or shipped direct for our convenience. Freight on all special orders or small orders will be invoiced at cost and is not subject to cash discount or tax.

2. Our Standard Cash Discount for all our of stock or normal stock items is the terms of the manufacturer and is extended only for payment on or before the 10th day of the month following that month in which the purchase is made. Payments not made by the 10th of the month will be due Net on the 25th of the month following that month in which the purchase is made. A 3% Per Month Service Charge will be added to all invoices past due 30 days or more to cover the expense of carrying and additional bookkeeping costs. Should an account be placed for collections, Purchaser agrees to pay all reasonable collection costs allowed by law. Purchaser also agrees to pay the highest interest rate allowed by law, but not exceeding 24% annum.

3. Cash Discounts for special items, direct shipments or negotiated jobs will be the same as the manufacturer making shipment and will be so indicated on our invoice. All other terms and conditions outlined in Paragraph 1 and 2 will also apply.

4. Minimum Billing: $25.00

5. Delinquent accounts are subject to a finance charge applied monthly at the rate of twenty-four percent (24%) per annum.

6. In the event this contract is placed in the hands of an attorney for collection after default, the customer agrees to pay 30% of the unpaid balance for attorney's fees together with applicable costs.

7. PERSONAL GUARANTEE: IF THE PURCHASER IS A CORPORATION, THEN THOSE SIGNING THE APPLICATION, WHETHER EXECUTING THIS AGREEMENT AS AN OFFICER OR NOT, DO HEREBY PERSONALLY GUARANTEE PAYMENT FOR ANY AND ALL OBLIGATIONS AS SET FORTH HEREIN.

8. COOPER ELECTRIC SUPPLY or an authorized representative has my authorization to contact any references given here.

**I HAVE READ THE ABOVE STATEMENT AND AGREE TO THESE TERMS STATED**

DATE: 11/30/45

Company: Aluminum Shapes Inc

Individual Signature: [signature]

Title: Corp V.P.

Print Name: NORMAN LEPOW

WITNESSED BY: _____

or NOTARY: _____



**ALUMINUM SHAPES**
An Arch America Company

FEB 01 2002

### CREDIT REFERENCES

**PNC BANK**
1000 Market Street
22nd Floor
Philadelphia, PA 19103
Fax (215) 585-6987
Attn: Joe Meterchick (phone 856-489-2765)

X

**MORRIS MATERIAL HANDLING**
Tinicum Industrial Park
10 Industrial Highway
Mail Stop 80 Complex E
Lester, PA 19113
Phone (800) 346-2098
Fax (610)-521-5908

X

**LUMBERMEN ASSOCIATES, INC.**
PO Box 720
2101 Hunter Road
Bristol, PA 19007-0720
(215) 785-4600
Fax (215) 785-5645

X

**WILLER ELECTRIC**
1 Linden Avenue
Gibbsboro, NJ 08021
Phone (856)627-3535 - Don Willier, Jr.
Fax (856) 627-5271

X

**UNITED ELECTRIC SUPPLY**
1150 W. Garden Road
Vineland, NJ 08360
Phone (856) 691-6668
Fax (856) 691-6699

**EXCO DIES/CANADA**
130 Spy Court, Unit 1
Markham, Ontario
L3R 5H6
Canada
Phone (800) 461-6298
Fax (905) 477-6304

**ALUMINUM SHAPES** LLC.
An Arch America Company

9000 RIVER ROAD
DELAIR, NJ 08110
Telephone: (856) 317-5305
Fax: (856) 488-5336
Email: jcackowski@shapeallc.com

Jim Cackowski
Purchasing Manager

ALUMINUM SHAPES L.L.C. ▲ 9000 River Road ▲ Delair, NJ 08110
856-662-5500 ▲ Fax: 856-488-5336

Dec. 12 '95 11:09   0000   TRANSFAX5 SERIES   TEL



**ALUMINUM SHAPES**
9000 River Road
P.O. Box C90397
Delair, NJ 08110-0397
(609) 662-5500
FAX: (609) 662-5605

## CREDIT REFERENCES

**MIDLANTIC BANK**
1500 Market Street
Philadelphia, PA 19102
(215) 564-7365 - Credit Line Dept.

**BILLOWS ELECTRIC SUPPLY CO.**
7225 Frankford Avenue
Philadelphia, PA 19135
(215) 332-9700 - Jackie Powers

**THUMB TOOL ENGINEERING COMPANY**
354 Liberty Street
Bad Axe, MI 48413
(517) 269-9731 - Jean Rochefort

**INDUSTRIAL LIFT**
Route 206
Vincentown, NJ 08088
(609) 859-81-- · Steve Reese, V.P.
Fax: (609) 859-5119

**CAMDEN TOOL, INC.**
129 York Street
Camden, NJ 08101
(609) 966-6800 - Martha Castillo

**WILLIER ELECTRIC**
1 Linden Avenue
Gibbsboro, NJ 08021
(609) 627-3535 - Don Willier, Jr.

**CRUCIBLE SERVICE CENTER**
5639 West Genesee Street
Camillus, NY 13031
Fax to: Patty Hughes, Credit Dept.
        (315) 487-4028