# EXHIBIT "D"



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

# Invoice

S002176029.004
11/29/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 791333 | | | randy |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| MARK TYE | | S002176029.004 | CDLN | 11/29/07 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207279223 | A-B 800TJ2KA7BP SWITCH,SELECTOR 600V AC MAX 5 AMP MAX | 1 | 1 | 201.530 | e | 201.53 |

| | |
|---|---|
| Sub Total | 201.53 |
| S & H CHGS | 6.96 |
| Sales Tax | 14.59 |
| Total Due | 223.08 |

monthly service charge, up to the maximum allowable by law,
ll be added to all past due invoices.
l payments are due by 12/29/2007



**sonepar**
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

**Invoice**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S001662069.001
12/03/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 784535 | | | RANDY ALTSHULER |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JOE WIEST | S001662069.001 | CDLN | 12/03/07 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | A-B GMS-EXCHANGE 2711P-T6M5D | 1 | 1 | 361.000 | e | 361.00 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/02/2008

| | |
|---|---|
| Sub Total | 361.00 |
| S & H CHGS | 0.00 |
| Sales Tax | 25.27 |
| **Total Due** | **386.27** |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002351323.001
12/03/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 792027 | | RA/JW |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002351323.001 | CCHE | 12/03/07 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 61132046932 | A-B 440FM1530BYNN MAT, SAFETY | 1 | 1 | 504.900 | e | 504.90 |
| 66207279484 | A-B 889DF4AC5 CORDSET, MICRO CORDSET, MICRO | 1 | 1 | 13.500 | e | 13.50 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/02/2008

| | |
|---|---|
| Sub Total | 518.40 |
| S & H CHGS | 30.83 |
| Sales Tax | 38.45 |
| Total Due | 587.68 |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002381471.001
12/03/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|
| 24725 | 792025 | | | RA | |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| JIM TOMASELLI | | S002381471.001 | CDLN | 12/03/07 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 61259817994 | A-B 17940A16 FLEX 120VAC, 16OUT | 1 | 1 | 307.500 | e | 307.50 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/02/2008

| | |
|---|---|
| Sub Total | 307.50 |
| S & H CHGS | 0.00 |
| Sales Tax | 21.53 |
| **Total Due** | **329.03** |



**sonepar** usa

Reprint ** Reprint ** Reprint **
Signature    Date    15/03/07
Mark Yastarian
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

# Invoice

S002374377.001
12/04/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 792011 | | RANDY ALTSHULER |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JOE WIEST | S002374377.001 | CCHE | 12/04/07 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 61259828476 | A-B 1756BATM CONTROLLOGIX BATTERY MODULE | 3 | 3 | 191.250 | e | 573.75 |

*Balance 204.63*

monthly service charge, up to the maximum allowable by law,
ll be added to all past due invoices.
l payments are due by 01/03/2008


onepar
usa

| | |
|---|---|
| Sub Total | 573.75 |
| S & H CHGS | 0.00 |
| Sales Tax | 40.16 |
| Total Due | 613.91 |

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

# Invoice

S002351323.003
12/06/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 792027 | | RELEASE # | | | ORDERED BY RA/JW | | |
|---|---|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002351323.003 | | SHIPPING BRANCH CCHE | | SHIP DATE 12/06/07 | SHIP VIA DIRECT | |
| SKU | DESCRIPTION | | | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| 61132015666 | A-B 440FT1530 STD TRIM PACKAGE | | | 1 | 1 | 132.300 | e | 132.30 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.

All payments are due by 01/05/2008

| | |
|---|---|
| Sub Total | 132.30 |
| S & H CHGS | 7.08 |
| Sales Tax | 9.76 |
| Total Due | 149.14 |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**sonepar**
usa

** Reprint ** Reprint ** Reprint **

# Cooper electric supply co.

**COOPER ELECTRIC SUPPLY CO**
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

## Invoice

S002393437.001
12/06/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ  08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 792143 | | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002393437.001 | CCHE | 12/06/07 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207305856 | A-B 1492JD3P<br>IEC 2-Ckt Feed-Through Blk,<br>Plug-In, 2.5mm | 100 | 100 | 3.180 | e | 318.00 |
| 61132087186 | A-B 1492FPK2120<br>Fuse Plug w/ Blown Fuse Ind (60 -<br>150 V) | 80 | 80 | 5.660 | e | 452.80 |
| 66207305988 | A-B 1492M5X5<br>TERMINAL BLOCK | 5 | 5 | 10.960 | e | 54.80 |

monthly service charge, up to the maximum allowable by law,
ill be added to all past due invoices.
.l payments are due by 01/05/2008

| | |
|---|---|
| Sub Total | 825.60 |
| S & H CHGS | 6.96 |
| Sales Tax | 58.28 |
| **Total Due** | **890.84** |



** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

# Cooper Electric supply co.

**COOPER ELECTRIC SUPPLY CO**
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

## Invoice

S002401524.001
12/06/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 792143 | | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002401524.001 | CDLN | 12/06/07 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207305942 | A-B 1492CJJ510<br>Screw Center Jumper, 5 mm, 10 Pole | 10 | 6 | 2.650 | e | 15.90 |

monthly service charge, up to the maximum allowable by law,
ill be added to all past due invoices.
ll payments are due by 01/05/2008

| | |
|---|---|
| Sub Total | 15.90 |
| S & H CHGS | 0.00 |
| Sales Tax | 1.11 |
| Total Due | 17.01 |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Signature                Date
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



Cooper electric supply co.

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

# Invoice

✓  S002410162.001
12/10/07

Page 1 of 1

**SOLD TO:**

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

**SHIPPED TO: 24725**

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 792192 | RELEASE # | | ORDERED BY RA | |
|---|---|---|---|---|---|

| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002410162.001 | SHIPPING BRANCH CCHE | SHIP DATE 12/10/07 | SHIP VIA DIRECT |
|---|---|---|---|---|---|

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207342451 | A-B 800T16JG91KB7AX SWITCH,SELECTOR 600V AC MAX 10 AMP MAX | 1 | 1 | 118.050 | e | 118.05 |
| 66207342262 | A-B 800TN297G ILLUM. SELECTOR SWITCH, STANDARD,GREEN | 2 | 2 | 8.850 | e | 17.70 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/09/2008

| Sub Total | 135.75 |
|---|---|
| S & H CHGS | 6.96 |
| Sales Tax | 9.99 |
| **Total Due** | **152.70** |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

Case 08-14631-GMB   Doc 788-5   Filed 02/19/09   Entered 02/19/09 15:33:02   Desc
UPS: Tracking Information    Exhibit D (part 1)   Page 11 of 31

Page 1 of 2



⊠Close Window

## Tracking Summary

**Tracking Numbers**

| | | |
|---|---|---|
| **Tracking Number:** | 1Z 432 9X5 03 2945 536 8 | SOO2176029.004 |
| Type: | Package | |
| Status: | **Delivered** | |
| Delivered On: | 12/03/2007 | |
| | 8:55 A.M. | |
| Delivered To: | PENNSAUKEN, NJ, US | |
| Signed By: | MARK | |
| Service: | GROUND | |

| | | |
|---|---|---|
| **Tracking Number:** | 1Z 99W 700 03 8927 991 9 | SOO2351323.001 |
| Type: | Package | |
| Status: | **Delivered** | |
| Delivered On: | 12/04/2007 | |
| | 8:51 A.M. | |
| Delivered To: | PENNSAUKEN, NJ, US | |
| Signed By: | RON | |
| Service: | GROUND | |
| Multiple Packages: | 2 | |

| | | |
|---|---|---|
| **Tracking Number:** | 1Z 019 632 03 1359 404 6 | SOO2351323.001 |
| Type: | Package | |
| Status: | **Delivered** | |
| Delivered On: | 12/07/2007 | |
| | 9:07 A.M. | |
| Delivered To: | PENNSAUKEN, NJ, US | |
| Signed By: | MARK | |
| Service: | GROUND | |

| | | |
|---|---|---|
| **Tracking Number:** | 1Z 99W 700 03 8927 991 9 | SOO2351323.003 |
| Type: | Package | |
| Status: | **Delivered** | |
| Delivered On: | 12/04/2007 | |
| | 8:51 A.M. | |
| Delivered To: | PENNSAUKEN, NJ, US | |
| Signed By: | RON | |
| Service: | GROUND | |
| Multiple Packages: | 2 | |

| | | |
|---|---|---|
| **Tracking Number:** | 1Z 99W 700 03 8936 037 5 | SOO2393437.001 |
| Type: | Package | |

| | |
|---|---|
| Status: | **Delivered** |
| Delivered On: | 12/07/2007 |
| | 9:07 A.M. |
| Delivered To: | PENNSAUKEN, NJ, US |
| Signed By: | MARK |
| Service: | GROUND |

Tracking results provided by UPS: 03/28/2008 8:40 A.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

Case 08-14631-GMB    Doc 788-5    Filed 02/19/09    Entered 02/19/09 15:33:02    Desc
UPS: Tracking Information        Exhibit D (part 1)    Page 13 of 31

Page 1 of 1



☒Close Window

## Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 99W 700 03 8942 037 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/11/2007 |
| | 9:03 A.M. |
| Delivered To: | PENNSAUKEN, NJ, US |
| Signed By: | MARK |
| Service: | GROUND |

5002410162.001

Tracking results provided by UPS: 03/28/2008 8:41 A.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.



**Cooper electric supply co.**

| | |
|---|---|
| COOPER ELECTRIC SUPPLY CO | **Invoice** |
| 2020 SPRINGDALE ROAD UNIT 200 | S002414477.001 |
| CHERRY HILL NJ 08034 | 12/10/07 |
| 856-985-2443  Fax 856-983-3402 | |
| | Page 1 of 1 |

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 792213 | | RELEASE # | | ORDERED BY JW | |
|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002414477.001 | SHIPPING BRANCH CDLN | SHIP DATE 12/10/07 | SHIP VIA OT OUR-TRUCK | |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207305805 | A-B 1492J4G | 10 | 10 | 0.920 | e | 9.20 |
| | IEC 1-Ckt Feed-Through Blk, 4mm | | | | | |
| 78118097468 | A-B 1492CA1 | 25 | 25 | 2.100 | e | 52.50 |
| | TERMINAL BLOCK 600V MAX | | | | | |

monthly service charge, up to the maximum allowable by law,
ill be added to all past due invoices.
ll payments are due by 01/09/2008

| | |
|---|---|
| Sub Total | 61.70 |
| S & H CHGS | 0.00 |
| Sales Tax | 4.32 |
| **Total Due** | **66.02** |



**sonepar** usa

** Reprint ** Reprint ** Reprint **

Signature Information

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**COOPER ELECTRIC SUPPLY CO**
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**
S002420148.001
12/11/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 792246 | | RELEASE # | | ORDERED BY RA | | |
|---|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002420148.001 | SHIPPING BRANCH CDLN | | SHIP DATE 12/11/07 | SHIP VIA OT OUR-TRUCK | |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78118089603 | A-B 1489A1D030 UL489 MINIATURE CIRCUIT BIEC60947-2 MINIATURE CIRC | 2 | 2 | 47.780 | e | 95.56 |
| 78118089606 | A-B 1489A1D050 UL489 MINIATURE CIRCUIT BIEC60947-2 MINIATURE CIRC | 2 | 2 | 47.780 | e | 95.56 |
| 78285612007 | ERC CD7B 3-IN CONDUIT HANGER | 10 | 10 | 103.020 | c | 10.30 |
| 80303890040 | HAYDON H1320S-10SS 1-5/8 STRUT OVAL SLOT 304SS | 30 | 30 | 740.000 | c | 222.00 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.

All payments are due by 01/10/2008

| | |
|---|---|
| Sub Total | 423.42 |
| S & H CHGS | 0.00 |
| Sales Tax | 29.64 |
| Total Due | 453.06 |



sonepar
usa

** Reprint ** Reprint ** Reprint **
Signature    12/11/07    Date
MARK PROTACH
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric SUPPLY co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

**Invoice**

S002421545.001
12/11/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 792248 | | RELEASE # | | ORDERED BY RA | | |
|---|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002421545.001 | | SHIPPING BRANCH CDLN | SHIP DATE 12/11/07 | SHIP VIA OT OUR-TRUCK | |
| SKU | DESCRIPTION | | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| 78118020615 | A-B 609AAW MANUAL STARTING SWITCH, PUSH BUTTON, 3 PHASE | | 1 | 1 | 165.000 | e | 165.00 |
| 66207305981 | A-B 1492EAJ35 END ANCHOR | | 10 | 10 | 1.150 | e | 11.50 |
| 78118023954 | A-B 800TN230F STANDARD KNOB,WHITE | | 3 | 3 | 9.300 | e | 27.90 |
| 78118015403 | A-B W47 ELEMENT,HEATER FOR OVERLOAD RELAY | | 3 | 3 | 11.550 | e | 34.65 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/10/2008

| | |
|---|---|
| Sub Total | 239.05 |
| S & H CHGS | 0.00 |
| Sales Tax | 16.73 |
| Total Due | 255.78 |



**sonepar** usa

Reprint ** Reprint ** Reprint **
Signature        12/11/07
                 Date
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

| | |
|---|---|
| COOPER ELECTRIC SUPPLY CO | **Invoice** |
| 1717 GALLAGHER DR | S002274439.001 |
| VINELAND NJ 08360-1503 | 12/12/07 |
| 856-794-8922  Fax 856-794-8732 | |
| | Page 1 of 1 |

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | | RELEASE # | | ORDERED BY | | |
|---|---|---|---|---|---|---|---|
| 24725 | 791595 | | | | RANDY ALTSHULER | | |
| SALESMAN | | INVOICE NUMBER | | SHIPPING BRANCH | SHIP DATE | SHIP VIA | |
| BRIAN HUCK | | S002274439.001 | | CVIN | 12/12/07 | DIRECT | |
| SKU | DESCRIPTION | | | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | A-B REPAIR | 1 | 1 | 2806.000 | e | 2806.00 |
| | REPAIR OF A-B 2711T10C1/B | | | | | |
| | PANELVIEW TERMINAL | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/11/2008

| | |
|---|---|
| Sub Total | 2806.00 |
| S & H CHGS | 0.00 |
| Sales Tax | 196.42 |
| **Total Due** | **3002.42** |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Invoice**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002392872.001
12/12/07

Page 1 of 2

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|
| 24725 | 792288 | | | RA | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002392872.001 | CDLN | 12/12/07 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 01039910024 | VICTOR 10024-S 3/4 2H CONDUIT | 20 | 20 | 11.140 | c | 2.23 |
| 01039910025 | VICTOR 10025-S 1-IN 2H COND ST | 10 | 10 | 15.000 | c | 1.50 |
| 78366947014 | ILSCO IK-2/0 COP SPLIT BOLT CONN | 8 | 8 | 345.000 | c | 27.60 |
| 78366947004 | ILSCO IK-6 6AWG COP SPLIT BOLT CONN | 8 | 8 | 83.390 | c | 6.67 |
| 78366947000 | ILSCO IK-10 COP SPLIT BOLT CONN | 10 | 10 | 78.170 | c | 7.82 |
| 09532740009 | MULB 40009 1-1/4X3/4 RED WASH | 20 | 20 | 14.000 | c | 2.80 |
| 09532740008 | MULB 40008 1-1/4X1/2 RED WASH | 10 | 10 | 14.000 | c | 1.40 |
| 78174700321 | BRI 321 1/2 105D PLSTC BUSH | 100 | 100 | 5.000 | c | 5.00 |
| 78174700323 | BRI 323 1-IN 105D PLSTC BUSH | 20 | 20 | 11.000 | c | 2.20 |
| 78174720105 | BRI 105-S 1-1/2 STL CND LKNT | 20 | 20 | 27.070 | c | 5.41 |
| 78358533008 | HUBW 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 STRAIN REL | 3 | 3 | 12.300 | e | 36.90 |
| 78358533009 | HUBW 073031209 STRAIN RELIEF GRIP | 2 | 2 | 13.410 | e | 26.82 |
| 78599114150 | STL-CTY 54C1 4RND FLAT BLANK COVER | 15 | 15 | 31.450 | c | 4.72 |
| 78174791104 | BRI 1104-DC 1-IN DC BUSHED NIP | 3 | 3 | 71.210 | c | 2.14 |
| 78312632756 | OZ-G LB17 | 6 | 6 | 4.840 | e | 29.04 |



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002392872.001
12/12/07

Page 2 of 2

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 792288 | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002392872.001 | CDLN | 12/12/07 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | 1/2 COND BDY LB | | | | | |
| 98002000431 | GNP 034000 | 10 | 10 | 63.980 | c | 6.40 |
| | 3/4 X CLOSE NIPPLE | | | | | |
| 98002000439 | GNP 034800 3/4 X 8 NIPPLE | 5 | 5 | 240.210 | c | 12.01 |
| | 3/4 X 8 NIPPLE | | | | | |
| 98002000466 | GNP 100400 | 4 | 4 | 155.580 | c | 6.22 |
| | 1 X 4 NIPPLE | | | | | |
| 98002000468 | GNP 100600 1 X 6 NIPPLE | 4 | 4 | 192.810 | c | 7.71 |
| | 1 X 6 NIPPLE | | | | | |
| 98002000491 | GNP 114000 1-1/4 X CLOSE NIPP | 6 | 6 | 124.820 | c | 7.49 |
| | 1-1/4 X CLOSE NIPP | | | | | |
| 98002000528 | GNP 112600 1-1/2 X 6 NIPPLE | 2 | 2 | 333.430 | c | 6.67 |
| | 1-1/2 X 6 NIPPLE | | | | | |
| 98002000529 | GNP 112800 1-1/2 X 8 NIPPLE | 2 | 2 | 510.020 | c | 10.20 |
| | 1-1/2 X 8 NIPPLE | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/11/2008

| Sub Total | 218.95 |
|---|---|
| S & H CHGS | 0.00 |
| Sales Tax | 15.33 |
| **Total Due** | **234.28** |



**sonepar** usa

** Reprint ** Reprint ** Reprint **

Signature      Date

Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Invoice**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002429102.001
12/12/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 792289 | RELEASE # | | ORDERED BY JW | |
|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | INVOICE NUMBER S002429102.001 | SHIPPING BRANCH CDLN | | SHIP DATE 12/12/07 | SHIP VIA OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207364107 | A-B 700HR52TA17 700-HR GENERAL PURPOSE DIAL TIMING RELAY | 1 | 1 | 81.750 | e | 81.75 |
| 78118031082 | A-B 700HA32A1 700-HA GENERAL PURPOSE TUBE BASE RELAY | 3 | 3 | 13.160 | e | 39.48 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/11/2008

| Sub Total | 121.23 |
|---|---|
| S & H CHGS | 0.00 |
| Sales Tax | 8.49 |
| Total Due | 129.72 |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500


sonepar usa

** Reprint ** Reprint ** Reprint **



**Cooper electric supply co.**

# Invoice

COOPER ELECTRIC SUPPLY CO
1924 HECK AVENUE
NEPTUNE NJ 07753-4489
732-774-1058  Fax 732-774-8334

S002440541.001
12/13/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ   08110-0720

*Billing*

SHIPPED TO: 34210

ALUMUNIN SHAPES INC
ALUMINUM SHAPES INC
9000 RIVER RD
DELAIR, NJ 08110

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER GENERATOR SERVICE | | RELEASE # SHAUN | | ORDERED BY | | |
|---|---|---|---|---|---|---|---|
| SALESMAN CARALEE EUGENIO | | INVOICE NUMBER S002440541.001 | | SHIPPING BRANCH CPNT | SHIP DATE 12/13/07 | SHIP VIA DEPT | |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 21480099347 | MIDAU EXIDEORB78DT84 BATTERY | 1 | 1 | 281.840 | e | 281.84 |
| | CPS Service Trip Charge | 1 | 1 | 371.500 | e | 371.50 |
| | CPS' LABOR REGULAR | 1 | 1 | 95.000 | e | 95.00 |
| | CPS Service Labor .5hrRegularRate | 1 | 1 | 47.500 | e | 47.50 |
| | THE TECH WENT OUT ON 12/12/07. | | | | | |
| | REPLACED A DEAD BATTERY & TEST RAN | | | | | |
| | THE UNIT. SYSTEMS CHECK OK | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/12/2008

| Sub Total | 795.84 |
|---|---|
| S & H CHGS | 0.00 |
| Sales Tax | 55.71 |
| Total Due | 851.55 |



**sonepar** usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

cooper electric supply co.
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002445647.001
12/17/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 792367 | | JW |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002445647.001 | CDLN | 12/17/07 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207373590 | A-B 1746NI4 | 1 | 1 | 503.250 | e | 503.25 |
| | ANALOG INPUT MODULE | | | | | |
| 66207357483 | A-B 700HN100 | 3 | 3 | 4.920 | e | 14.76 |
| | SOCKET,TUBE BASE | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/16/2008

| | |
|---|---|
| Sub Total | 518.01 |
| S & H CHGS | 0.00 |
| Sales Tax | 36.26 |
| **Total Due** | **554.27** |



**sonepar** usa

Signature Information

Reprint ** Reprint ** Reprint **
12/17/07
Signature
Date
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
**2020 SPRINGDALE ROAD UNIT 200**
**CHERRY HILL NJ 08034**
**856-985-2443  Fax 856-983-3402**

# Invoice

S002447484.001
12/17/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ   08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 792161 | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002447484.001 | CDLN | 12/17/07 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78364311940 | ITE P120<br>SP 20A 120V CB | 2 | 2 | 23.750 | e | 47.50 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/16/2008

| | |
|---|---|
| Sub Total | 47.50 |
| S & H CHGS | 0.00 |
| Sales Tax | 3.33 |
| **Total Due** | **50.83** |



**sonepar**
usa

** Reprint ** Reprint ** Reprint **
Signature          Date
12/17/07
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002452728.001
12/18/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|
| 24725 | 792399 | | | JIM WHITTERAKER | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JOE WIEST | S002452728.001 | CDLN | 12/18/07 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78118031082 | A-B 700HA32A1 700-HA GENERAL PURPOSE TUBE BASE RELAY | 4 | 4 | 13.160 | e | 52.64 |
| 78358533009 | HUBW 073031209 STRAIN RELIEF GRIP | 3 | 3 | 13.410 | e | 40.23 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/17/2008

| | |
|---|---|
| Sub Total | 92.87 |
| S & H CHGS | 0.00 |
| Sales Tax | 6.50 |
| Total Due | 99.37 |



**sonepar**
usa

Reprint ** Reprint ** Reprint **
Signature      Date
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

Invoice
S002401524.002
12/19/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 792143 | | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002401524.002 | CDLN | 12/19/07 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207305942 | A-B 1492CJJ510<br>Screw Center Jumper, 5 mm, 10 Pole | 4 | 4 | 2.650 | e | 10.60 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/18/2008

| | |
|---|---|
| Sub Total | 10.60 |
| S & H CHGS | 0.00 |
| Sales Tax | 0.74 |
| Total Due | 11.34 |



**sonepar** usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

# Invoice

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

S002431329.001
12/20/07

Page 1 of 1

5164406

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 792430 | | | RANDY |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002431329.001 | CCHE | 12/20/07 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78351014385 | HOFF PGLD12135DC<br>1200X1300X500 CNSL | 1 | 1 | 1117.950 | e | 1117.95 |
| 78351014431 | HOFF PP1112G<br>GALV/GRAY MOD IND PKG | 1 | 1 | 141.230 | e | 141.23 |
| 78351014433 | HOFF PPSM84G<br>806X422MM SD MNT PNL | 2 | 2 | 58.930 | e | 117.86 |

monthly service charge, up to the maximum allowable by law,
ill be added to all past due invoices.
l payments are due by 01/19/2008

| | |
|---|---|
| Sub Total | 1377.04 |
| S & H CHGS | 86.51 |
| Sales Tax | 102.45 |
| Total Due | 1566.00 |



onepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S001662069.003
12/21/07

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 784535 | | RELEASE # | | ORDERED BY RANDY ALTSHULER | | |
|---|---|---|---|---|---|---|---|
| SALESMAN JOE WIEST | | INVOICE NUMBER S001662069.003 | | SHIPPING BRANCH CDLN | SHIP DATE 12/21/07 | SHIP VIA DIRECT | |
| SKU | DESCRIPTION | | | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| | A-B GMS-EXCHANGE CHARGE FOR NON RETURN OF 2711P-T6M5D (UNREPAIRABLE) SEE S00163308 FOR RETURN OF ITEM TO CUSTOMER | | | 1 | 1 | 583.700 | e | 583.70 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 01/20/2008

| | |
|---|---|
| Sub Total | 583.70 |
| S & H CHGS | 0.00 |
| Sales Tax | 40.86 |
| Total Due | 624.56 |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002351323.005
01/02/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|---|
| 24725 | 792027 | | | | RA/JW | |

| SALESMAN | | INVOICE NUMBER | | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| JIM TOMASELLI | | S002351323.005 | | CCHE | 01/02/08 | BW BEST-WAY |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 61132021799 | A-B 440FC4000S<br>CONTROLLER<br>*Procured Item* | 1 | 1 | 768.600 | e | 768.60 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/01/2008

| | |
|---|---|
| Sub Total | 768.60 |
| S & H CHGS | 0.00 |
| Sales Tax | 53.80 |
| Total Due | 822.40 |



**sonepar** usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**KENDALL ELECTRIC INCORPORATED**

# Invoice

## KENDALL ELECTRIC INC
### 131 GRAND TRUNK AVE
### BATTLE CREEK MI 49037
**269-963-5585  Fax 269-963-5606**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/21/07 | S4988158.002 |

| REMIT TO: | PAGE NO. |
|---|---|
| KENDALL ELECTRIC INC PO BOX 671121 DETROIT MI 48267-1121 | 1 of 2 |

Visit our web site at www.kendallelectric.com

BILL TO:
EBC CASH SALE LARGE CONTRACTOR
BATTLE CREEK,   MI   49037

SHIP TO:
EBC CASH SALE LARGE CONTRACTOR
BARRY J. EMERS
13 SCHOOL LANE
CHERRY HILL, NJ 08002

| CUSTOMER NUMBER | CUSTOMER PO / RELEASE NUMBER | | PRICE BR / SHIP BR | ACCOUNT MANAGER |
|---|---|---|---|---|
| 2525 | BARRY J. EMERS | | EBC / EGDC | HOUSE SALES ACCOUNT |
| INSIDE SALESPERSON | ORDERED BY | TERMS CODE | ORDER DATE | SHIP VIA |
| MICHAEL HUNT | BARRY EMERS | CHARGED TO BANKCARD | 12/21/07 | UPS SATURDAY AIR |

| LINE NO | DESCRIPTION | ORDER QTY | SHIP QTY | PRICE/UOM | EXT AMOUNT |
|---|---|---|---|---|---|
| 1 | 440FC4000S AB SAFETY MAT CONTROLLER STEEL CASE | 1 | 1 | 768.600/e | 768.60 |

```
********************* Credit Card Information ***********************
*                                                                  *
* Merchant ID# : kendall          Time/Date: 10:42:43 02 JAN 2008  *
* Card Number  : XXXXXXXXXXX1084   Card Type: AX                    *
* Card Holder  : BARRY EMERS       Auth Code: 185979               *
* Charge Amount: $768.60           Charge Date: 12/21/2007         *
*                                                                  *
********************************************************************

********************* Credit Card Information ***********************
*                                                                  *
* Merchant ID# : kendall          Time/Date: 10:42:43 02 JAN 2008  *
* Card Number  : XXXXXXXXXXX1084   Card Type: AX                    *
* Card Holder  : BARRY EMERS       Auth Code: 101274               *
* Charge Amount: $104.76           Charge Date: 12/26/2007         *
*                                                                  *
********************************************************************

********** ORDER SUMMARY **********
Total Sales for Order       873.36
     Payments to Date      -873.36
                        -----------
             Balance          0.00
***************************************
12/21/07     768.60 Credit Card
12/26/07     104.76 Credit Card
```

**Thank You - We Appreciate Your Business**

# Cooper electric supply co.

**COOPER ELECTRIC SUPPLY CO**
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402
jim.tomaselli@cooper-electric.com

*** CONFIRMING P/O *** DO NOT DUPLICATE ***

## Purchase Order

| P/O DATE | P/O NUMBER |
|----------|------------|
| 01/02/08 | P001108510 |

BILL TO:
COOPER ELECTRIC SUPPLY CO
70 APPLE STREET
TINTON FALLS, NJ 07724-2600

PAGE NO
1 of 1

VENDOR:
KENDALL ELECTRIC
131 GRAND TRUNK AVENUE
BATTLE CREEK, MI 49015

SHIP TO:
COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

| VENDOR NUMBER | BUYER | SHIP VIA | TERMS |
|---------------|-------|----------|-------|
| 552381 | JIM TOMASELLI | BW BEST-WAY | NET 30 DAYS |

| FREIGHT | SPECIAL MARKINGS | CONFIRMING TO | DATE REQUIRED | ORDER TO |
|---------|------------------|---------------|---------------|----------|
| PPD & ADD | | MICHAEL HUNT | 01/02/08 | PD W/CREDIT CA |

| ORDER QTY | UPC | DESCRIPTION | UNIT PRICE | U | EXT PRICE |
|-----------|-----|-------------|------------|---|-----------|
| | | ********* Shipping Instructions ********* | | | |
| | | * SHIPPED TO BARRY EMERS,EMERY SAT.DEL * | | | |
| | | * ON 12/22/2007.BARRY PAID THIS PO WITH * | | | |
| | | * HIS AMEX CARD * | | | |
| | | ****************************************** | | | |
| 1ea | 61132021799 | A-B 440FC4000S CONTROLLER | | e | |

This order is subject to the Company Terms and Conditions of Purchase, a copy of which can be obtained at www.cooper-electric.com/TERMSANDCONDITIONS/, which provisions shall govern in the event of any conflict with any Terms and Conditions of the Vendor's proposal, acknowledgement, or other document.

BY ACCEPTING THIS AGREEMENT, YOU AFFIRM AND AGREE THAT YOU HAVE READ, UNDERSTOOD, AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS INCLUDING ANY AND ALL REFERENCED AND INCORPORATED DOCUMENTS, INCLUDING, BUT NOT LIMITED TO, THE ADDITIONAL TERMS AND CONDITIONS FOUND AT www.cooper-electric.com/TERMSANDCONDITIONS/

| | |
|---|---|
| Subtotal | |
| S&H CHGS | 0.00 |
| Sales Tax | 0.00 |
| Amount Due | |

**KENDALL ELECTRIC INCORPORATED**

# Invoice

**KENDALL ELECTRIC INC**
**131 GRAND TRUNK AVE**
**BATTLE CREEK MI 49037**
**269-963-5585  Fax 269-963-5606**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/21/07 | S4988158.002 |

| REMIT TO: | PAGE NO. |
|---|---|
| KENDALL ELECTRIC INC PO BOX 671121 DETROIT MI 48267-1121 | 2 of 2 |

Visit our web site at www.kendallelectric.com

BILL TO:
EBC CASH SALE LARGE CONTRACTOR
BATTLE CREEK,   MI   49037

SHIP TO:
EBC CASH SALE LARGE CONTRACTOR
BARRY J. EMERS
13 SCHOOL LANE
CHERRY HILL, NJ 08002

| CUSTOMER NUMBER | CUSTOMER PO / RELEASE NUMBER | | PRICE BR / SHIP BR | ACCOUNT MANAGER |
|---|---|---|---|---|
| 2525 | BARRY J. EMERS | | EBC / EGDC | HOUSE SALES ACCOUNT |

| INSIDE SALESPERSON | ORDERED BY | TERMS CODE | ORDER DATE | SHIP VIA |
|---|---|---|---|---|
| MICHAEL HUNT | BARRY EMERS | CHARGED TO BANKCARD | 12/21/07 | UPS SATURDAY AIR |

| LINE NO | DESCRIPTION | ORDER QTY | SHIP QTY | PRICE/UOM | EXT AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

**Notice** New Remit To Address****
If you would like your Invoices
faxed or emailed please call:
1-800-632-5422 x 2700.

All claims for shortages or errors must be reported immediately. Return merchandise will only be accepted without prior authorisation. Authorised returns subject to restocking charges. Special ordered and non-stock material may not be returnable for credit. Past due invoices may be assessed a 1.5% late charge (18% per annum), subject to credit terms. For detailed Terms and Conditions, please visit www.kendallelectric.com/tandc.asp CERTIFICATE OF EXEMPTION: If no sales tax is charged, than the materials on this order are certified by the Purchaser to be tax exempt and Purchaser assumes all the liability for any such tax if later found to be due. PURCHASER MAY PAY APPROPRIATE SALES TAX TO SATISFY ITS LIABILITY. Fed. Tax ID# 38-2023623

| | |
|---|---|
| Subtotal | |
| S&H CHGS | |
| Sales Tax | 0.00 |
| Payments | |
| Amount Due | 0.00 |

**Thank You - We Appreciate Your Business**