

**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002464785.001
01/02/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 792516 | | | RANDY |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| JOE WIEST | | S002464785.001 | CDLN | 01/02/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207402302 | A-B 1763L16AWA | 1 | 1 | 493.290 | e | 493.29 |
| | 16 PT ML1100 AC IN/RELAY | | | | | |
| 61259820719 | A-B 1762IF2OF2 | 1 | 1 | 286.230 | e | 286.23 |
| | 4 CHANNEL ANALOG COMBO MODULE | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/01/2008

| | |
|---|---|
| Sub Total | 779.52 |
| S & H CHGS | 0.00 |
| Sales Tax | 54.57 |
| **Total Due** | **834.09** |



**sonepar** usa

Signature Information

_____ Reprint ** Reprint ** Reprint **
Signature        Date
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

| | |
|---|---|
| | **Invoice** |
| COOPER ELECTRIC SUPPLY CO | S002476491.001 |
| 2020 SPRINGDALE ROAD UNIT 200 | 01/02/08 |
| CHERRY HILL NJ 08034 | |
| 856-985-2443  Fax 856-983-3402 | Page 1 of 1 |

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 792517 | | | JIM |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JOE WIEST | S002476491.001 | CDLN | 01/02/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 98002000431 | GNP 034000 | 10 | 10 | 63.980 | c | 6.40 |
| | 3/4 X CLOSE NIPPLE | | | | | |
| 09532711201 | MULB 11201 | 20 | 20 | 24.000 | c | 4.80 |
| | 4-IN SQ BLANK CVR | | | | | |
| 78312676301 | OZ-G 270 | 10 | 10 | 2.100 | e | 21.00 |
| | 3/4 COND BODY COVER A | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.

All payments are due by 02/01/2008

| | |
|---|---|
| Sub Total | 32.20 |
| S & H CHGS | 0.00 |
| Sales Tax | 2.25 |
| **Total Due** | **34.45** |



**sonepar** usa

Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002478102.001

01/02/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | | RELEASE # | | ORDERED BY | |
| --- | --- | --- | --- | --- | --- | --- |
| 24725 | 791685 | | | | JIM | |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA | |
| --- | --- | --- | --- | --- | --- | --- |
| JOE WIEST | | S002478102.001 | CDLN | 01/02/08 | OT OUR-TRUCK | |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| 04613549908 | SYL QTP4X32T8/UNV-ISN-SC-B | 2 | 2 | 14.500 | e | 29.00 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/01/2008

| | |
| --- | --- |
| Sub Total | 29.00 |
| S & H CHGS | 0.00 |
| Sales Tax | 2.03 |
| **Total Due** | **31.03** |



**sonepar**
usa

\*\* Reprint \*\* Reprint \*\* Reprint \*\*

Signature ____ 01/02/08 Date
Printed Name ____

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Invoice**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002505780.001
01/04/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 792571 | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002505780.001 | CDLN | 01/04/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 61259817259 | A-B 1756PA72<br>85-265 VAC POWER SUPPLY (5V @ 10<br>AMP) | 1 | 1 | 581.250 | e | 581.25 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/03/2008

| | |
|---|---|
| Sub Total | 581.25 |
| S & H CHGS | 0.00 |
| Sales Tax | 40.69 |
| Total Due | 621.94 |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Signature    01/04/08    Date

Printed Nam:

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Invoice**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002512013.001
01/07/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 792599 | | JW |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002512013.001 | CDLN | 01/07/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207335785 | A-B 700HN125 | 4 | 4 | 4.920 | e | 19.68 |
| | 8-PIN TUBE BASE SOCKET | | | | | |
| 66207364107 | A-B 700HR52TA17 | 2 | 2 | 94.830 | e | 189.66 |
| | 700-HR GENERAL PURPOSE DIAL TIMING | | | | | |
| | RELAY | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.

All payments are due by 02/06/2008

| | |
|---|---|
| Sub Total | 209.34 |
| S & H CHGS | 0.00 |
| Sales Tax | 14.65 |
| Total Due | 223.99 |



sonepar
usa

Reprint ** Reprint ** Reprint **
Signature          Date
01/07/08
Mark Pastorich
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper Electric Supply Co.**
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

Invoice

S002526942.001
01/09/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 792772 | | RELEASE # | | ORDERED BY JW | |
|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002526942.001 | SHIPPING BRANCH CDLN | SHIP DATE 01/09/08 | SHIP VIA OT OUR-TRUCK | |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78118082396 | A-B 802TW2B LEVER | 2 | 2 | 18.750 | e | 37.50 |
| 09532711201 | MULB 11201 4-IN SQ BLANK CVR | 20 | 20 | 24.000 | c | 4.80 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/08/2008

| | |
|---|---|
| Sub Total | 42.30 |
| S & H CHGS | 0.00 |
| Sales Tax | 2.96 |
| Total Due | 45.26 |


sonepar
usa

** Reprint ** Reprint ** Reprint **

signature information

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

✓ S002516723.001

01/10/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|
| 24725 | 792784 | | | RA | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002516723.001 | CCHE | 01/10/08 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78118089615 | A-B 1489A1D200 UL489 MINIATURE CIRCUIT BIEC60947-2 MINIATURE CIRC | 10 | 10 | 47.780 | e | 477.80 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/09/2008

| | |
|---|---|
| Sub Total | 477.80 |
| S & H CHGS | 46.89 |
| Sales Tax | 36.73 |
| **Total Due** | **561.42** |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002534630.001
01/10/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|---|
| 24725 | 792815 | | | | JW | |

| SALESMAN | | INVOICE NUMBER | | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| JIM TOMASELLI | | S002534630.001 | | CDLN | 01/10/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78118082546 | A-B 802TW3A LEVER | 3 | 3 | 18.750 | e | 56.25 |

| | |
|---|---|
| Sub Total | 56.25 |
| S & H CHGS | 0.00 |
| Sales Tax | 3.94 |
| **Total Due** | **60.19** |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/09/2008



**sonepar** usa

** Reprint ** Reprint ** Reprint **

Signature

Date

MARK PASTORIZZA

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



Cooper electric supply co.

**Invoice**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002523467.001
01/11/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 792854 | | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002523467.001 | CCHE | 01/11/08 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207373589 | A-B 1746NIO4V (2) ANALOG INPUT, (2) ANALOG VOLTAGE OUTPUT | 1 | 1 | 779.250 | e | 779.25 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/10/2008

| | |
|---|---|
| Sub Total | 779.25 |
| S & H CHGS | 38.68 |
| Sales Tax | 57.26 |
| Total Due | 875.19 |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

**Invoice**

cooper electric supply co
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002534552.001
01/11/08

Page 1 of 1

5/88/61

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 792785 | | RELEASE # | | ORDERED BY RA | | |
|---|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002534552.001 | | SHIPPING BRANCH CCHE | SHIP DATE 01/11/08 | | SHIP VIA DIRECT |
| SKU | DESCRIPTION | | | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| 78351056900 | HOFF A404NFSS NEMA4X SS JIC BOX | | | 3 | 3 | 114.900 | e | 344.70 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/10/2008



sonepar
usa

\*\* Reprint \*\* Reprint \*\* Reprint \*\*

| | |
|---|---|
| Sub Total | 344.70 |
| S & H CHGS | 6.85 |
| Sales Tax | 24.61 |
| Total Due | 376.16 |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

IPS: Tracking Information



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS United States**



| Shipping | Tracking | | | |

Log-In   User ID:                Password:              🖫   | Forgot Password              `Register`

Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment
Help

## Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

**Tracking Detail**                                Printer Friendly 🖨 | Help 🗗

**Your package has been delivered.**



Track UPS packages
from your mobile device
Learn more about
UPS Wireless

**Find Answers to Your
Tracking Questions**

→ Go to Tracking FAQ

| | |
|---|---|
| Tracking Number: | 1Z 562 087 03 3910 070 7 |
| Type: | Package |
| Status: | **Delivered** Proof of Delivery 🗐 |
| Delivered On: | 01/15/2008 9:20 A.M. |
| Signed By: | PASTOR |
| Location: | DOCK |
| Delivered To: | PENNSAUKEN, NJ, US |
| Shipped/Billed On: | 01/10/2008 |
| Service: | GROUND |
| Weight: | 8.00 Lbs |

$$Jnv$$
$$5188161$$

To view additional tracking information, please log in to My UPS.

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| LAWNSIDE, NJ, US | 01/15/2008 | 9:20 A.M. | DELIVERY |
| | 01/15/2008 | 7:10 A.M. | OUT FOR DELIVERY |
| | 01/15/2008 | 7:01 A.M. | DESTINATION SCAN |
| | 01/15/2008 | 3:59 A.M. | ARRIVAL SCAN |
| HORSHAM, PA, US | 01/15/2008 | 3:09 A.M. | DEPARTURE SCAN |
| HORSHAM, PA, US | 01/14/2008 | 9:52 P.M. | ARRIVAL SCAN |
| HODGKINS, IL, US | 01/11/2008 | 12:38 P.M. | DEPARTURE SCAN |
| | 01/11/2008 | 7:00 A.M. | ARRIVAL SCAN |
| MAPLE GROVE, MN, US | 01/10/2008 | 10:40 P.M. | DEPARTURE SCAN |
| | 01/10/2008 | 7:03 P.M. | ORIGIN SCAN |
| US | 01/10/2008 | 6:19 P.M. | BILLING INFORMATION RECEIVED |



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
1717 GALLAGHER DR
VINELAND NJ 08360-1503
856-794-8922  Fax 856-794-8732

**Invoice**

S002397018.001
01/15/08

Page 1 of 1

*Repair no P.O.D*

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|---|
| 24725 | 792110 | | | | RANDY ALTSHULER | |

| SALESMAN | | INVOICE NUMBER | | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|---|
| BRIAN HUCK | | S002397018.001 | | CVIN | 01/15/08 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | A-B REPAIR | 1 | 1 | 233.000 | e | 233.00 |
| | REPAIR OF A-B 1771-IAD/B | | | | | |
| | 120VAC INPUT MODULE | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/14/2008

| | |
|---|---|
| Sub Total | 233.00 |
| S & H CHGS | 0.00 |
| Sales Tax | 16.31 |
| Total Due | 249.31 |



sonepar
USA

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

**Invoice**

S002593065.001
01/25/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

5211224

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 793062 | | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002593065.001 | CCHE | 01/25/08 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78351056140 | HOFF A12106GSC SCREW CVR BOX W/GAS | 6 | 3 | 45.600 | e | 136.80 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.

All payments are due by 02/24/2008

| | |
|---|---|
| Sub Total | 136.80 |
| S & H CHGS | 18.97 |
| Sales Tax | 10.90 |
| Total Due | 166.67 |



**sonepar** usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

 **Cooper electric SUPPLY CO.**

**Invoice**

cooper electric supply co

2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002593065.003
01/25/08

Page 1 of 1

5211224

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
|---|---|---|---|---|
| 24725 | 793062 | | | RA |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002593065.003 | CCHE | 01/25/08 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78351056140 | HOFF A12106GSC | 3 | 3 | 45.600 | e | 136.80 |
| | SCREW CVR BOX W/GAS | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/24/2008

| | |
|---|---|
| Sub Total | 136.80 |
| S & H CHGS | 18.96 |
| Sales Tax | 10.90 |
| **Total Due** | **166.66** |

 **sonepar** usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

IPS: Tracking Information



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide





**UPS United States**

**Tracking**

Log-In  User ID:                    Password:            | Forgot Password         Register

Tracking

**Track Shipments**
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers
  ♦
  Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment ♦
Help



UPS Exporting for
Growth seminar

**Find Answers to Your
Tracking Questions**

→ Go to Tracking FAQ

## Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

**Tracking Detail**                          Printer Friendly 🗐 | Help 🗐

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 562 087 01 3924 759 0 |
| Type: | Package |
| Status: | **Delivered** Proof of Delivery 🗐 |
| Delivered On: | 01/25/2008 9:42 A.M. |
| Signed By: | TREVOR |
| Location: | RECEIVER |
| Delivered To: | NEW ROCHELLE, NY, US |
| Shipped/Billed On: | 01/24/2008 |
| Service: | NEXT DAY AIR |
| Weight: | 17.00 Lbs |

*handwritten: JnV. 5711024*

To view additional tracking information, please log in to My UPS.

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| BRONX, NY, US | 01/25/2008 | 9:42 A.M. | DELIVERY |
| | 01/25/2008 | 6:20 A.M. | OUT FOR DELIVERY |
| | 01/25/2008 | 6:03 A.M. | ARRIVAL SCAN |
| PHILADELPHIA, PA, US | 01/25/2008 | 3:19 A.M. | DEPARTURE SCAN |
| | 01/25/2008 | 1:12 A.M. | ARRIVAL SCAN |
| MINNEAPOLIS, MN, US | 01/24/2008 | 10:05 P.M. | DEPARTURE SCAN |
| | 01/24/2008 | 7:10 P.M. | ARRIVAL SCAN |
| MAPLE GROVE, MN, US | 01/24/2008 | 7:00 P.M. | DEPARTURE SCAN |
| | 01/24/2008 | 4:41 P.M. | ORIGIN SCAN |
| US | 01/24/2008 | 1:48 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 04/11/2008 3:47 P.M. ET



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

# Invoice

✓    S002601699.001
01/25/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ  08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 791333 | | RELEASE # | | ORDERED BY RANDY | |
|---|---|---|---|---|---|---|
| SALESMAN JOE WIEST | | INVOICE NUMBER S002601699.001 | | SHIPPING BRANCH CCHE | SHIP DATE 01/25/08 | SHIP VIA DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78118062378 | A-B 800TJ2KA7B SWITCH,SELECTOR 600V AC MAX 10 AMP MAX | 1 | 1 | 78.080 | e | 78.08 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/24/2008

| | |
|---|---|
| Sub Total | 78.08 |
| S & H CHGS | 7.18 |
| Sales Tax | 5.97 |
| **Total Due** | **91.23** |



**sonepar** usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

cooper industry supply co
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002610276.001
01/28/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793103 | | RELEASE # | | | ORDERED BY JW | | |
|---|---|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002610276.001 | | SHIPPING BRANCH CDLN | | SHIP DATE 01/28/08 | SHIP VIA OT OUR-TRUCK | |
| SKU | DESCRIPTION | | | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| 78312632756 | OZ-G LB17 1/2 COND BDY LB | | | 6 | 6 | 5.160 | e | 30.96 |
| 66207260820 | A-B 100C09D10 MCS-C CONTACTOR,IEC,9A, 110V 50HZ / 120V 60HZ | | | 1 | 1 | 59.780 | e | 59.78 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 02/27/2008

| | |
|---|---|
| Sub Total | 90.74 |
| S & H CHGS | 0.00 |
| Sales Tax | 6.35 |
| Total Due | 97.09 |



**sonepar** usa



** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



⊠Close Window

# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 99W 700 01 8255 271 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/10/2008 |
| | 8:52 A.M. |
| Delivered To: | PENNSAUKEN, NJ, US |
| Signed By: | GILESPE |
| Service: | NEXT DAY AIR |

SCO2516723.001

| | |
|---|---|
| **Tracking Number:** | 1Z 99W 700 01 8258 441 7 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/11/2008 |
| | 9:14 A.M. |
| Delivered To: | CHERRY HILL, NJ, US |
| Signed By: | RUI |
| Service: | NEXT DAY AIR |

SCO2523467.001

| | |
|---|---|
| **Tracking Number:** | 1Z 99W 700 03 9000 885 1 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/28/2008 |
| | 9:08 A.M. |
| Delivered To: | PENNSAUKEN, NJ, US |
| Signed By: | PASTOR |
| Service: | GROUND |

SCO2601699.001

Tracking results provided by UPS: 03/31/2008 11:04 A.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.



**Invoice**

COOPER ELECTRIC SUPPLY CO.
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

S002618611.001
02/01/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793114 | RELEASE # | | ORDERED BY JW | |
|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002618611.001 | SHIPPING BRANCH CDLN | SHIP DATE 02/01/08 | SHIP VIA OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78312676301 | OZ-G 270 | 1 | 1 | 2.100 | e | 2.10 |
| | 3/4 COND BODY COVER A | | | | | |
| 66207357472 | A-B 800TN159R | 2 | 2 | 18.980 | e | 37.96 |
| | 800T ILLUM. PUSH-PULL CAP,RED | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/02/2008

| | |
|---|---|
| Sub Total | 40.06 |
| S & H CHGS | 0.00 |
| Sales Tax | 2.80 |
| Total Due | 42.86 |



sonepar
usa

** Reprint ** Reprint ** Reprint **
Signature
Date
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443 Fax 856-983-3402

**Credit Memo**

S002601676.001
02/01/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY |
| --- | --- | --- | --- | --- |
| 24725 | 791333 | | | RANDY |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
| --- | --- | --- | --- | --- | --- |
| MARK TYE | | S002601676.001 | CCHE | 02/01/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| 66207279223 | A-B 800TJ2KA7BP SWITCH,SELECTOR 600V AC MAX 5 AMP MAX ** Original Sale : S002176029.004 ** CUSTOMER ORDERED 800T-J2KA7B. WE ENTERED INCORRECT CAT NUMBER. TO BE RETURNED TO VENDOR ON RA 951076. ISSUE FULL CREDIT!!!! DO NOT PASS RESTOCK OR RETURN FRT TO CUSTOMER. | -1 | -1 | 201.530 | e | -201.53 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/02/2008



** Reprint ** Reprint ** Reprint **

| Sub Total | -201.53 |
| --- | --- |
| S & H CHGS | 0.00 |
| Sales Tax | -14.11 |
| **Total Due** | **-215.64** |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

**COOPER ELECTRIC SUPPLY CO**
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002650662.001
02/05/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|
| 24725 | 793238 | | | jim | |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| RICHARD RAU | | S002650662.001 | CDLN | 02/05/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 04613549908 | SYL QTP4X32T8/UNV-ISN-SC-B | 2 | 2 | 14.500 | e | 29.00 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/06/2008

| | |
|---|---|
| Sub Total | 29.00 |
| S & H CHGS | 0.00 |
| Sales Tax | 2.03 |
| Total Due | 31.03 |



**sonepar** usa

Signature Information

** Reprint ** Reprint ** Reprint **

Signature        Date
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

Invoice

S002638329.001
02/11/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY | |
| --- | --- | --- | --- | --- | --- |
| 24725 | 793114 | | | JW | |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | | SHIP DATE | SHIP VIA |
| --- | --- | --- | --- | --- | --- | --- |
| JIM TOMASELLI | | S002638329.001 | CCHE | | 02/11/08 | DIRECT |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| 78366722552 | LINE-M 522-B12 | 1 | 1 | 51.270 | e | 51.27 |
| | FULL TWIN GUARD | | | | | |
| | TWIN88SH2 | 2 | 2 | 257.530 | e | 515.06 |

| | |
| --- | --- |
| Sub Total | 566.33 |
| S & H CHGS | 12.22 |
| Sales Tax | 40.50 |
| Total Due | 619.05 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/12/2008



sonepar
USA

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500

Need POD.
Proof of Delivery.
w/signature.
thks
Necee

## INVOICE          ORIGINAL INVOICE



**LINEMASTER**

AMERICA'S FOOT SWITCH LEADER

LINEMASTER SWITCH CORPORATION

29 PLAINE HILL ROAD • P.O. BOX 236
WOODSTOCK, CONNECTICUT 06281-0236 USA
TEL. (800) 974-1000 • FAX (860) 974-0000

TOLL FREE FAX (800) 974-3668

ID# 06-0875499

SHIP TO:
Aluminum Shapes Inc.
9000 River Road
Delair, NJ 08110-3296

U.S.A.

SOLD TO:
Sonepar / Capital Lighting & Supply
Attn: Accounts Payable
7 Apple Street
Tinton Falls, NJ 07724
U.S.A.

TERMS: NET 30 DAYS, F.O.B WOODSTOCK, CT

Payment must reference account and invoice number(s) on check stub

| ACCOUNT | DATE | INVOICE # |
|---|---|---|
| 50044957 | 02/04/08 | 128163 |

| | ORDER NO. | ORDER DATE | SHIP DATE | CUSTOMER PO | SHIP VIA | EXPORT REF |
|---|---|---|---|---|---|---|
| 1 | | 130381 | 02/01/2008 | 02/04/2008 | S002638329 | UPS |

| LINE | ORDERED | SHIPPED | BO | ITEM CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 0 | S22-B12 | Twin Guard Assembly | | |
| 2 | 2 | 2 | 0 | TWIN 8BSH2 | Classic III Std. w/Guard | | |
| | | | | | | | |
| | | | | | FREIGHT CHARGES | | |

USD
INVOICE
TOTAL

ALL CLAIMS FOR ERRORS OR DEFECTS IN MANUFACTURE MUST BE MADE WITHIN 10 DAYS AFTER RECEIPT OF GOODS. "WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

FAX TO: 1-732-747-6582

1 Z 0187510313379J-20



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS United States**

Shipping | Tracking |  Freight | Locations | Support | Business Solutions

## Tracking

Log-In User ID: | Password: | 🔒 | Forgot Password | Register |

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
■
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment ■
Help

## Track Shipments

**Track Packages & Freight**    Quantum View    Flex Global View

**Tracking Summary**        Printer Friendly ⎙ | Help ℹ

| | |
|---|---|
| **Tracking Number:** | 1Z 018 751 03 1337 950 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 02/05/2008 |
| | 9:00 A.M. |
| Delivered To: | PENNSAUKEN, NJ, US |
| Signed By: | PASTOR |
| Service: | GROUND |

**UPS Air**
**Freight**
A new level
of convenience
and predictability

Learn more →

Tracking results provided by UPS: 03/31/2008 12:40 P.M. ET

Printer Friendly ⎙

**Find Answers to Your
Tracking Questions**

→ Go to Tracking FAQ

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Preferences |
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

# Invoice

S002618611.002
02/12/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ   08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 793114 | | JW |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S002618611.002 | CDLN | 02/12/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66246833019 | A-B 800E3X10<br>22.5MM PB LATCH MOUNT CONTACT<br>BLOCK, 3 ACROSS | 10 | 10 | 12.090 | e | 120.90 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/13/2008

| | |
|---|---|
| Sub Total | 120.90 |
| S & H CHGS | 0.00 |
| Sales Tax | 8.46 |
| Total Due | 129.36 |



**sonepar** usa

Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric SUPPLY co.**

2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

Invoice
S002688244.001
02/13/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793384 | | RELEASE # | | | ORDERED BY JW | | |
|---|---|---|---|---|---|---|---|---|
| SALESMAN JIM TOMASELLI | | INVOICE NUMBER S002688244.001 | | SHIPPING BRANCH CDLN | | SHIP DATE 02/13/08 | SHIP VIA OT OUR-TRUCK | |
| SKU | DESCRIPTION | | | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
| 98002000466 | GNP 100400 1 X 4 NIPPLE | | | 4 | 4 | 155.580 | c | 6.22 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/14/2008

| | | |
|---|---|---|
| Sub Total | | 6.22 |
| S & H CHGS | | 0.00 |
| Sales Tax | | 0.44 |
| **Total Due** | | **6.66** |



sonepar
usa

Reprint ** Reprint ** Reprint **

Signature       Date
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

# Invoice

**COOPER ELECTRIC SUPPLY CO**
**2020 SPRINGDALE ROAD UNIT 200**
**CHERRY HILL NJ 08034**
**856-985-2443  Fax 856-983-3402**

S008835409.019
02/19/08

Page 1 of 1

488604

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
.
9000 RIVER ROAD
DELAIR NJ 08110

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | ORDERED BY |
|---|---|---|---|
| 24725 | 767282 | 08835409 | JIM |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| JIM TOMASELLI | S008835409.019 | CCHE | 02/19/08 | PROJECT BILLI |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^GMS-ASSET ON SITE INVENTORY 10 | 1 | 1 | 1747.100 | | 1747.10 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/20/2008

| | |
|---|---|
| Sub Total | 1747.10 |
| S & H CHGS | 0.00 |
| Sales Tax | 122.30 |
| Total Due | 1869.40 |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Cooper electric supply co.**

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002618611.003
02/20/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY | |
|---|---|---|---|---|---|
| 24725 | 793114 | | | JW | |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| JIM TOMASELLI | | S002618611.003 | CDLN | 02/20/08 | OT OUR-TRUCK |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 66207319154 | A-B 800TH17 30.5MM TYPE 4/13 2 POS SEL. SWITCH-NON-ILLUM. | 1 | 1 | 26.030 | e | 26.03 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/21/2008

| | |
|---|---|
| Sub Total | 26.03 |
| S & H CHGS | 0.00 |
| Sales Tax | 1.82 |
| Total Due | 27.85 |



**sonepar**
usa

Reprint ** Reprint ** Reprint **

Signature        Date
Printed Name

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



# Cooper electric supply co.

COOPER ELECTRIC SUPPLY CO
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

**Invoice**

S002688244.002
02/21/08

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER 24725 | CUSTOMER PO NUMBER 793384 | RELEASE # | ORDERED BY JW | |
|---|---|---|---|---|

| SALESMAN JIM TOMASELLI | INVOICE NUMBER S002688244.002 | SHIPPING BRANCH CDLN | SHIP DATE 02/21/08 | SHIP VIA OT OUR-TRUCK |
|---|---|---|---|---|

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78118053187 | A-B 800S3SD STATION,ASSEM PUSHBUTTON 600V AC MAX 5 AMP MAX | 1 | 1 | 122.250 | e | 122.25 |
| 61132054507 | A-B 855HBCA10EDR5 SIGNALING DEVICES 240V AC MAX | 1 | 1 | 629.250 | e | 629.25 |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/22/2008



sonepar
usa

** Reprint ** Reprint ** Reprint **

| Sub Total | 751.50 |
|---|---|
| S & H CHGS | 0.00 |
| Sales Tax | 52.61 |
| Total Due | 804.11 |

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500



**Invoice**

S002731263.001
02/22/08

cooper electric supply co
2020 SPRINGDALE ROAD UNIT 200
CHERRY HILL NJ 08034
856-985-2443  Fax 856-983-3402

Page 1 of 1

SOLD TO:

ALUMINUM SHAPES INC
PO BOX 90397C
DELAIR, NJ  08110-0720

SHIPPED TO: 24725

ALUMINUM SHAPES INC 27992.24L
9000 RIVER ROAD
DELAIR, NJ 08110-3296

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE # | | ORDERED BY | | |
|---|---|---|---|---|---|---|
| 24725 | 793566 | | | JW | | |

| SALESMAN | | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA | |
|---|---|---|---|---|---|---|
| JIM TOMASELLI | | S002731263.001 | CDLN | 02/22/08 | OT OUR-TRUCK | |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 04613549908 | SYL QTP4X32T8/UNV-ISN-SC-B | 2 | 2 | 14.500 | e | 29.00 |
| 04613518711 | SYL 60T10/CF-120V | 2 | 2 | 5.290 | e | 10.58 |
| | T10 MED LAMP | | | | | |

A monthly service charge, up to the maximum allowable by law,
will be added to all past due invoices.
All payments are due by 03/23/2008

| | |
|---|---|
| Sub Total | 39.58 |
| S & H CHGS | 0.00 |
| Sales Tax | 2.77 |
| Total Due | 42.35 |



sonepar
usa

** Reprint ** Reprint ** Reprint **

Signature _____  Date 02/22/08

MARK PASTORIZA 8:15

Payment Mailing Address:
COOPER ELECTRIC SUPPLY CO
PO BOX 8500-41095
PHILADELPHIA, PA 19178-8500