**NORD & DeMAIO**
**Michael Stafford, Esq. (MJS-2700)**
**Turnpike Metroplex, Suite 201**
**190 State Highway 18**
**East Brunswick, NJ  08816**
**Attorneys for Cooper Electric Supply Co.**
**(732) 214-0303**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

---------------------------------

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.* | : HON. GLORIA M. BURNS |
|  | : CASE NO. 08-14631 (GMB) |
| Debtor. | :            08-14632 |
|  | :            08-14633 |
|  | :            08-14634 |
|  | :            08-14635 |
|  | :         Chapter 11 |
|  | (Jointly Administered) |

### **CERTIFICATE OF SERVICE**

I, MICHAEL STAFFORD, of full age, do hereby certify the following:

1.  I am an attorney at law of the State of New Jersey associated with the firm of Nord & DeMaio, attorneys for Cooper Electric Supply Co. ("Cooper").

2.  That on the 19th day of February 2009, I electronically filed with the Clerk of the United States Bankruptcy Court, 401 Market Street, Camden, New Jersey, the documents listed below.  By virtue of said filing, said documents were electronically served on all parties who are certified CM/ECF filers by electronic noticing via the United States Bankruptcy Court's electronic docket on February 19, 2009:

> A) Cooper's Opposition to the Notice of Motion of Class 10 Liquidation Trust's Third Omnibus Objection to Claims;

      B)   Certification of Diane Beresford with Exhibits.

   3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                           NORD & DeMAIO

                           */s/ Michael Stafford*
                           MICHAEL STAFFORD

DATED: February 19, 2009