**DUPLICATE COPY**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

## Corporate Card
## Statement of Account

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| LINDA BIAZZO<br>AMEXCO COLLECTIONS | XXXX-XXXXX-1006 | 03/29/08 | Page 1 of 37 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 04/13/08 |
|---|---|---|---|---|---|---|
| 37,747.31 | 8,476.38 | 0.00 | 37,747.31 | 1,346.49 | 7,129.89 | For important information regarding your account refer to page 2. |

---

**Your account is cancelled. Return all charge cards.**

For assistance or questions about your account, contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Corporate Card Snapshot

| Card Number | Card | New Charges + Other Debits | Payments + Other Credits |
|---|---|---|---|
| XXXX-XXXXX-1006 | LINDA BIAZZO | 0.00 | -37,747.31 |
| XXXX-XXXXX-9058 | PHILIP R LUNETTA JR | 1,058.34 | -18.97 |
| XXXX-XXXXX-1170 | NORMAN LEPOW | 41.97 | -11.25 |
| XXXX-XXXXX-1196 | STEVEN M FLEISHER | 242.15 | -210.27 |
| XXXX-XXXXX-3341 | STEVEN GRABELL | 628.69 | -225.00 |
| XXXX-XXXXX-1428 | PAUL SORENSEN JR | 608.15 | -11.25 |
| XXXX-XXXXX-1493 | JOSEPH F KERINS | 291.92 | -11.25 |
| XXXX-XXXXX-1501 | KATHLEEN ROMAN | 283.70 | -11.25 |
| XXXX-XXXXX-1568 | JAMES E. LUNDSTEDT | 29.00 | -11.25 |
| XXXX-XXXXX-1626 | TITUS BOCKARIE | 0.00 | -11.25 |
| XXXX-XXXXX-1667 | ROBERT S BERTMAN | 310.22 | -11.25 |
| XXXX-XXXXX-1675 | DAVID GOLLIN | 36.32 | -11.25 |
| XXXX-XXXXX-1691 | SUSAN BARTHOLOMAI | 880.77 | -11.25 |
| XXXX-XXXXX-1709 | BILL FRITH | 1,724.98 | 0.00 |
| XXXX-XXXXX-1717 | WALTER R BROWN III | 1,753.90 | -757.25 |
| XXXX-XXXXX-1725 | WILLIAM J WETMORE | 0.00 | -11.25 |
| XXXX-XXXXX-1733 | JEFFREY SCHIPANI | 190.00 | -11.25 |
| XXXX-XXXXX-1741 | MICHAEL FITZGIBBONS | 396.27 | -11.25 |
| | Total | 8,476.38 | -39,093.80 |

---

Continued on Page 3

✂ Please fold on the perforation below, detach and return with your payment ✂

**Payment Coupon**

| | Account Number | | Please Pay By 04/13/08 | Payable upon receipt in U.S. Dollars. |
|---|---|---|---|---|

Account Number: XXXXXXXXXXX1006

LINDA BIAZZO
AMEXCO COLLECTIONS
2423 E LINCOLN DR
PHOENIX AZ          85016

Please enter account number on all checks and correspondence.

**Amount Due**
**$7,129.89**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side. ☐

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-0001

EXHIBIT A

00003           1006 000

**DUPLICATE COPY**

| Prepared For | Account Number | Closing Date | Page 3 of 37 |
|---|---|---|---|
| LINDA BIAZZO | XXXX-XXXXX███006 | 03/29/08 | |
| AMEXCO  COLLECTIONS | | | |

## Activity   <span style="font-size:small">Date reflects either transaction or posting date</span>

### Card Number XXXX-XXXXX███1006

| | | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 03/01/08 | PAYMENT RECEIVED  -  THANK YOU | | 03/01 | 00354000000 | -22,692.74 |
| 03/12/08 | CHECKLESS PYMT RECEIVED-THANK YOU | 03/12 | | 07314000000 | -15,054.57 |

**Total for LINDA BIAZZO**

| | New Charges/Other Debits | 0.00 |
|---|---|---|
| | Payments/Other Credits | -37,747.31 |

**DUPLICATE COPY**

| Prepared For | Account Number | Closing Date | Page 5 of 37 |
|---|---|---|---|
| LINDA BIAZZO<br>AMEXCO  COLLECTIONS | XXXX-XXXXX●●1006 | 03/29/08 | |

## Activity Continued

### Card Number XXXX-XXXXX9-49058

| | | Reference Code | Amount $ |
|---|---|---|---|

| Date | Description | Ref | Amount $ |
|---|---|---|---|
| 02/26/08 | SHERATON HOTELS  SHER PHOENIX          AZ<br>FOL# 873017          LODGING          02/26/08<br>ARRIVAL  DATE  DEPARTURE DATE<br>02/26/08    02/28/08      00<br>ROOM RATE                    $22.50<br>ROOM NUMBER 873017 | 99919905400 | 33.21 |
| 02/28/08 | AVIS  RENT A CAR          PHOENIX          AZ<br>R/A#  399344680          AUTOMOBILE  RE 02/28/08<br>                    AVIS   RENT A CAR<br>LOCATION  DATE/TIME<br>RENTAL  AGREEMENT<br>PHOENIX                    AZ 02/26/08      399344680<br>000000<br>RETURN TR#<br>PHOENIX                    AZ 02/28/08<br>LUNETTA,PHILIP | 39934468000 | 258.10 |
| 02/28/08 | PPAPHLY PHLY000234    P PHILADELPHIA          PA<br>REF#  00000046      2156839840          02/28/08<br>PARKING  FEES<br>ROC NUMBER 000000046 | 0000004600 | 51.00 |
| 03/01/08 | SHERATON HOTELS  SHER PHOENIX          AZ<br>FOL# 875712          LODGING          03/01/08<br>ARRIVAL  DATE  DEPARTURE DATE<br>02/29/09    02/29/08      00<br>ROOM RATE                    $0.10<br>ROC NUMBER 875712 | 99920011300 | -7.72<br>Credit |
| 03/04/08 | CINGWS*9887732400138      WICHITA   FAL          TN<br>REF#  14199661      8003310500          03/04/08<br>TELEPHONE  SERV<br>ROC NUMBER 14199661 | 14199661000 | 68.97 |
| 03/10/08 | VERIZONWRLSSAPO VE      800-922-0204          NJ<br>REF#  E0000000178    VZWRLSS*APOCC          03/10/08<br>ROC NUMBER E000000017855180 | | 67.09 |
| 03/18/08 | EMILY'S    88430037568      MOHNTON          PA<br>REF#  79239          EMILY'S          03/18/08 | 79239000000 | 99.21 |
| 03/18/08 | RES*AIRPORTHOTELGUID  210-507-5998          FL<br>REF#  14884414      2105075998          03/18/08 | 14884414000 | 3.75 |
| 03/19/08 | CITY   GAS  00000000061      MAPLE SHADE          NJ<br>REF#  000468668      8567277994          03/19/08 | 00046866800 | 45.01 |
| 03/19/08 | US AIRWAYS          PHOENIX          AZ<br>TKT#  0372130050879                    03/18<br>PASSENGER TICKET<br>LUNETTA/PHILIPR<br>US AIRWAYS                    US AIRWAYS<br>US AIRWAYS                    PHOENIX          AZ<br>FROM<br>     PHILADELPHIA    PA<br>TO                    CARRIER  CLASS<br>     CHARLOTTE  NC          US      RX<br>TO<br>     PENSACOLA  FL          US      6<br>TO<br>     CHARLOTTE  NC          US      R<br>TO<br>     PHILADELPHIA    PA          US      A6 | 08000020000 | 382.00 |
| 03/19/08 | NEW JERSEY  E-ZPASS      888-AUTOTOLL          NJ<br>REF#  B0556649632      8882886865          03/19/08 | | 50.00 |
| 03/20/08 | MEMBERSHIP  CANCELLED          03/20<br>09  MONTHS CREDIT  -  UNUSED FEE | 02900000000 | -11.25<br>Credit |

| | | | |
|---|---|---|---|
| **Total for PHILIP R LUNETTA JR** | | New Charges/Other Debits<br>Payments/Other Credits | 1,058.34<br>-18.97 |

## DUPLICATE COPY

| | | |
|---|---|---|
| Prepared For<br>LINDA BIAZZO<br>AMEXCO  COLLECTIONS | Account Number<br>XXXX-XXXXX●●●006 | Closing Date<br>03/29/08 |

Page 7 of 37

---

### Activity Continued

**Card Number XXXX-XXXXX●●●1170**

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 03/09/08 | DIRECTV  SERVICE          800-347-3288<br>REF#  1681F21A        TV  SERVICE | CA<br>03/09/08 | | 41.97 |
| 03/21/08 | MEMBERSHIP  CANCELLED<br>09  MONTHS CREDIT  -  UNUSED FEE | 03/21 | 02900000000 | -11.25<br>Credit |

| **Total for NORMAN LEPOW** | New Charges/Other Debits<br>Payments/Other Credits | 41.97<br>-11.25 |
|---|---|---|

**DUPLICATE COPY**

| Prepared For<br>LINDA BIAZZO<br>AMEXCO  COLLECTIONS | Account Number<br>XXXX-XXXXX    1006 | Closing Date<br>03/29/08 | Page 9 of 37 |
|---|---|---|---|

---

## Activity Continued

### Card Number XXXX-XXXXX   196

| Date | Description | | Reference Code | Amount $ |
|---|---|---|---|---|
| 02/29/08 | SHELL OIL  9100223120      MERION STA<br>REF# SHELL OIL      061934002355 | PA<br>02/29/08 | | 40.12 |
| 03/02/08 | SHELL OIL  9100223120      MERION STA<br>REF# SHELL OIL      063742011313 | PA<br>03/02/08 | | 40.78 |
| 03/02/08 | AMTRAK NORTH DECK CT PHILADELPHIA<br>REF# 000006352      3144214063<br>PARKING  FEES<br>ROC NUMBER 000006352 | PA<br>03/02/08 | 00000635200 | 20.00 |
| 03/06/08 | MACARONI GRIL#272        MT.  LAUREL<br>REF# 60096282      1-800-983-4637 | NJ<br>03/06/08 | 60096282000 | 30.00 |
| 03/10/08 | LUKOIL  57283  6060572    CHERRY HILL<br>REF# 005000046      8566650090<br>SERVICE  STATION<br>ROC NUMBER 005000046 | NJ<br>03/10/08 | 00500004600 | 36.15 |
| 03/13/08 | WAWA 952              PENNSAUKEN<br>REF# 0090-6768      GAS STATION<br>FUEL<br>ROC NUMBER 0090-6768 | NJ<br>03/13/08 | | 33.02 |
| 03/14/08 | BMW ASSIST   *SERVICE  888-333-6118<br>REF# T1,4DDA,1C2    AUTO  SERVICE | TX<br>03/14/08 | | -199.02<br>Credit |
| 03/18/08 | LUKOIL  57283  6060572    CHERRY HILL<br>REF# 001000044      8566650090<br>SERVICE  STATION<br>ROC NUMBER 001000044 | NJ<br>03/18/08 | 00100004400 | 42.08 |
| 03/20/08 | MEMBERSHIP CANCELLED<br>09  MONTHS CREDIT  -  UNUSED FEE | 03/20 | 02900000000 | -11.25<br>Credit |

**Total for STEVEN M FLEISHER**                  New Charges/Other Debits     242.15
                                            Payments/Other Credits     -210.27

**DUPLICATE COPY**

| Prepared For | Account Number | Closing Date | Page 11 of 37 |
|---|---|---|---|
| LINDA BIAZZO | XXXX-XXXX**XX**1006 | 03/29/08 | |
| AMEXCO  COLLECTIONS | | | |

## Activity Continued

### Card Number XXXX-XXXX**XX**3341

| | | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 02/29/08 | TGI_FRIDAYS   #0144   00  CHERRY HILL<br>REF# 99999998061      8569108934<br>RESTAURANT CHARGES<br>ROC NUMBER 9999999806120373 | | NJ<br>02/29/08 | 99999998061 | 56.43 |
| 03/01/08 | LUKOIL  69201   6060692    BALA CYNWYD<br>REF# 002000026      6106670241<br>AUTOMATED FUEL PUMP<br>ROC NUMBER 002000026 | | PA<br>03/01/08 | 00200002600 | 75.00 |
| 03/02/08 | SUNOCO 0364106501          BALA CYNWYD<br>REF# 06345915522     AUTO FUEL DISPEN | | PA<br>03/02/08 | 06345915522 | 45.28 |
| 03/02/08 | AMTRAK NORTH DECK CT PHILADELPHIA<br>REF# 000006374      3144214063<br>PARKING  FEES<br>ROC NUMBER 000006374 | | PA<br>03/02/08 | 00000637400 | 20.00 |
| 03/04/08 | APPLEBEES 9820206206      CHERRY HILL<br>REF# 000006452      856-6635008 | | NJ<br>03/04/08 | 00000645200 | 58.23 |
| 03/06/08 | NEW JERSEY E-ZPASS        888-AUTOTOLL<br>REF# B0556215493      8882886865 | | NJ<br>03/06/08 | | 45.00 |
| 03/07/08 | BRIO  CHERRY HILL          CHERRY HILL<br>REF# 1226197          RESTAURANT | | NJ<br>03/07/08 | 12261970000 | 70.13 |
| 03/08/08 | SUNOCO 0364106501          BALA CYNWYD<br>REF# 06942008526     AUTO FUEL DISPEN | | PA<br>03/08/08 | 06942008526 | 42.47 |
| 03/09/08 | SUNOCO 0364106501          BALA CYNWYD<br>REF# 07046340527     AUTO FUEL DISPEN | | PA<br>03/09/08 | 07046340527 | 77.99 |
| 03/10/08 | AMTRAK NORTH DECK CT PHILADELPHIA<br>REF# 000001924      3144214063<br>PARKING  FEES<br>ROC NUMBER 000001924 | | PA<br>03/10/08 | 00000192400 | 20.00 |
| 03/11/08 | BO'S  WOK BOS WOK          CINNAMINSON<br>REF# 80710004309      856-8296622 | | NJ<br>03/11/08 | 80710004309 | 20.00 |
| 03/12/08 | HOULIHAN'S  #092   3004  CHERRY HILL<br>REF# 233000260       1111111111 | | NJ<br>03/12/08 | 23300026000 | 44.94 |
| 03/15/08 | SUNOCO 0363518203          WYNNEWOOD<br>REF# 07646535196     AUTO FUEL DISPEN | | PA<br>03/15/08 | 07646535196 | 53.22 |
| 03/20/08 | MEMBERSHIP CANCELLED<br>09  MONTHS CREDIT  -  UNUSED FEE | | 03/20 | 02900000000 | -225.00<br>Credit |

**Total for STEVEN GRABELL**

New Charges/Other Debits    628.69
Payments/Other Credits    -225.00

**DUPLICATE COPY**

| Prepared For<br>LINDA BIAZZO<br>AMEXCO  COLLECTIONS | Account Number<br>XXXX-XXXX■■41006 | Closing Date<br>03/29/08 | Page 13 of 37 |
|---|---|---|---|

## Activity Continued

### Card Number XXXX-XXXX■■1428

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 03/01/08 | MORTON'S  OF PHILADEL    PHILADELPHIA<br>REF# 729000528        3129230030 | PA<br>03/01/08 | 72900052800 | 252.96 |
| 03/02/08 | AMTRAK NORTH DECK CT PHILADELPHIA<br>REF# 000006373        3144214063<br>PARKING  FEES<br>ROC NUMBER 000006373 | PA<br>03/02/08 | 00000637300 | 20.00 |
| 03/03/08 | LUKOIL  57251   6060572      MANTUA<br>REF# 002000112        8564640468<br>AUTOMATED FUEL  PUMP<br>ROC NUMBER 002000112 | NJ<br>03/03/08 | 00200011200 | 62.12 |
| 03/08/08 | SUNOCO 0193548501          RICHWOOD<br>REF# 06942007368      AUTO FUEL  DISPEN | NJ<br>03/08/08 | 06942007368 | 59.88 |
| 03/10/08 | AMTRAK NORTH DECK CT PHILADELPHIA<br>REF# 000001898        3144214063<br>PARKING  FEES<br>ROC NUMBER 000001898 | PA<br>03/10/08 | 00000189800 | 20.00 |
| 03/12/08 | GEORGETTI'S    MARKET      856-829-5992<br>REF# 072031800        856-829-5992 | NJ<br>03/12/08 | 07203180000 | 21.81 |
| 03/13/08 | RT 73  CITGO  00020268      PALMYRA<br>REF# 9651018          856-786-2345<br>GAS/MSC96    51188014<br>ROC NUMBER 9651018 | NJ<br>03/13/08 | 96510180000 | 62.00 |
| 03/14/08 | TGI_FRIDAYS   #0144    00 CHERRY HILL<br>REF# 99999998075      8569108934<br>RESTAURANT CHARGES<br>ROC NUMBER 9999999807522149 | NJ<br>03/14/08 | 99999998075 | 51.13 |
| 03/19/08 | RT 73  CITGO  00020268      PALMYRA<br>REF# 9698025          856-786-2345<br>GAS/MSC96    98258014<br>ROC NUMBER 9698025 | NJ<br>03/19/08 | 96980250000 | 58.25 |
| 03/20/08 | MEMBERSHIP  CANCELLED<br>09  MONTHS CREDIT  -  UNUSED FEE | 03/20 | 02900000000 | -11.25<br>Credit |

| **Total for PAUL SORENSEN JR** | | New Charges/Other Debits<br>Payments/Other Credits | 608.15<br>-11.25 |
|---|---|---|---|

**DUPLICATE COPY**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| LINDA BIAZZO | XXXX-XXXX**1006 | 03/29/08 | Page 15 of 37 |
| AMEXCO  COLLECTIONS | | | |

## Activity Continued

**Card Number XXXX-XXXX**1493**    Reference Code    Amount $

| Date | Description | | Location | | Reference Code | Amount $ |
|---|---|---|---|---|---|---|
| 02/28/08 | DIVINCENZO'S<br>REF# | 0 | CINNAMINSON<br>RESTAURANT | NJ<br>02/28/08 | | 13.05 |
| 02/29/08 | CHICK-FIL-A    #01385<br>REF# 000375442 | 0 | DELRAN<br>8567640765 | NJ<br>02/29/08 | 00037544200 | 33.22 |
| 03/03/08 | PENN QUEEN DINER,  IN<br>REF# | 0 | PENNSAUKEN<br>RESTAURANT | NJ<br>03/03/08 | | 22.25 |
| 03/13/08 | DIVINCENZO'S<br>REF# | 0 | CINNAMINSON<br>RESTAURANT | NJ<br>03/13/08 | | 89.11 |
| 03/14/08 | MEADOWBROOK FOOD CEN<br>REF# 074005836 | | PENNSAUKEN<br>856-663-3532 | NJ<br>03/14/08 | 07400583600 | 23.09 |
| 03/15/08 | DIVINCENZO'S<br>REF# | 0 | CINNAMINSON<br>RESTAURANT | NJ<br>03/15/08 | | 30.07 |
| 03/17/08 | TACO BELL    032292<br>REF# 031184023 | | PENNSAUKEN<br>8566657516 | NJ<br>03/17/08 | 03118402300 | 27.40 |
| 03/18/08 | TACO BELL    032292<br>REF# 031204255 | | PENNSAUKEN<br>8566657516 | NJ<br>03/18/08 | 03120425500 | 12.86 |
| 03/18/08 | STAPLES<br>000104259    OFFICE  SUPPLIES<br>OFFICE  SUPPLIES | | DELRAN | NJ<br>03/17/08 | 00000104259 | 6.94 |
| 03/19/08 | DIVINCENZO'S<br>REF# | 0 | CINNAMINSON<br>RESTAURANT | NJ<br>03/19/08 | | 33.93 |
| 03/20/08 | MEMBERSHIP  CANCELLED<br>09  MONTHS CREDIT  -  UNUSED FEE | | | 03/20 | 02900000000 | -11.25<br>Credit |

| **Total for JOSEPH F  KERINS** | New Charges/Other Debits | 291.92 |
|---|---|---|
| | Payments/Other Credits | -11.25 |

**DUPLICATE COPY**

| Prepared For | Account Number | Closing Date | Page 17 of 37 |
|---|---|---|---|
| LINDA BIAZZO | XXXX-XXXXX█████1006 | 03/29/08 | |
| AMEXCO  COLLECTIONS | | | |

## Activity Continued

### Card Number XXXX-XXXXX████1501

| | | Reference Code | Amount $ |
|---|---|---|---|
| 03/09/08 | STAPLES                    E.   LINCOLN   HWY:  L  PA | 00000199703 | 83.70 |
| | 000199703      OFFICE   SUPPLIES          03/08/08 | | |
| | OFFICE   SUPPLIES | | |
| 03/12/08 | MORIMOTO 30000008714      PHILADELPHIA          PA | 30700034900 | 200.00 |
| | REF#  307000349      2154139070          03/12/08 | | |
| 03/20/08 | MEMBERSHIP  CANCELLED          03/20 | 02900000000 | -11.25 |
| | 09  MONTHS CREDIT  -  UNUSED FEE | | Credit |

**Total for KATHLEEN ROMAN**

| | |
|---|---|
| New Charges/Other Debits | 283.70 |
| Payments/Other Credits | -11.25 |

# DUPLICATE COPY

| | | |
|---|---|---|
| Prepared For<br>LINDA BIAZZO<br>AMEXCO  COLLECTIONS | Account Number<br>XXXX-XXXXX 006 | Closing Date<br>03/29/08 |

Page 19 of 37

---

## Activity Continued

### Card Number XXXX-XXXX 1568

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 02/28/08 | GULF 800000799152001          MT HOLLY<br>REF# 001000033          8569818544<br>SERVICE  STATION<br>ROC NUMBER 001000033 | NJ<br>02/28/08 | 00100003300 | 29.00 |
| 03/20/08 | MEMBERSHIP  CANCELLED<br>09  MONTHS CREDIT  -  UNUSED FEE | 03/20 | 02900000000 | -11.25<br>Credit |

| Total for JAMES E. LUNDSTEDT | New Charges/Other Debits | 29.00 |
|---|---|---|
| | Payments/Other Credits | -11.25 |

# DUPLICATE COPY

| Prepared For<br>LINDA BIAZZO<br>AMEXCO   COLLECTIONS | Account Number<br>XXXX-XXXXX1006 | Closing Date<br>03/29/08 | Page 21 of 37 |
|---|---|---|---|

## Activity Continued

### Card Number XXXX-XXXXX1626

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 03/20/08 | MEMBERSHIP  CANCELLED<br>09  MONTHS CREDIT  -  UNUSED FEE | 03/20 | 02900000000 | -11.25<br>Credit |

**Total for TITUS BOCKARIE**

New Charges/Other Debits      0.00
Payments/Other Credits      -11.25

## DUPLICATE COPY

| | | |
|---|---|---|
| Prepared For<br>LINDA BIAZZO<br>AMEXCO  COLLECTIONS | Account Number<br>XXXX-XXXXX-1006    Closing Date<br>                    03/29/08 | Page 23 of 37 |

## Activity Continued

### Card Number XXXX-XXXXX-1667

| | | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 03/05/08 | DIVINCENZO'S<br>REF# | CINNAMINSON<br>0  RESTAURANT | NJ<br>03/05/08 | | 109.95 |
| 03/12/08 | DIVINCENZO'S<br>REF# | CINNAMINSON<br>0  RESTAURANT | NJ<br>03/12/08 | | 105.14 |
| 03/19/08 | DIVINCENZO'S<br>REF# | CINNAMINSON<br>0  RESTAURANT | NJ<br>03/19/08 | | 95.13 |
| 03/20/08 | MEMBERSHIP  CANCELLED<br>09   MONTHS CREDIT  -  UNUSED FEE | | 03/20 | 02900000000 | -11.25<br>Credit |

| **Total for ROBERT S BERTMAN** | New Charges/Other Debits<br>Payments/Other Credits | 310.22<br>-11.25 |
|---|---|---|

## DUPLICATE COPY

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| LINDA BIAZZO | XXXX-XXXXX**1006 | 03/29/08 | Page 25 of 37 |
| AMEXCO  COLLECTIONS | | | |

## Activity Continued

### Card Number XXXX-XXXX**1675

| | | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 03/02/08 | AMTRAK NORTH DECK CT PHILADELPHIA | | PA | 00000637500 | 20.00 |
| | REF# 000006375        3144214063 | | 03/02/08 | | |
| | PARKING  FEES | | | | |
| | ROC NUMBER 000006375 | | | | |
| 03/17/08 | DIVINCENZO'S | CINNAMINSON | NJ | | 16.32 |
| | REF#             0  RESTAURANT | | 03/17/08 | | |
| 03/20/08 | MEMBERSHIP  CANCELLED | | 03/20 | 02900000000 | -11.25 |
| | 09  MONTHS CREDIT  -  UNUSED FEE | | | | Credit |

| **Total for DAVID GOLLIN** | | New Charges/Other Debits | 36.32 |
|---|---|---|---|
| | | Payments/Other Credits | -11.25 |

**DUPLICATE COPY**

| Prepared For | Account Number | Closing Date | Page 27 of 37 |
|---|---|---|---|
| LINDA BIAZZO | XXXX-XXXXX-1006 | 03/29/08 | |
| AMEXCO  COLLECTIONS | | | |

## Activity Continued

| Card Number XXXX-XXXXX-1691 | | Reference Code | Amount $ |
|---|---|---|---|

| Date | Description | Location | Ref Date | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 02/28/08 | AL & RICHS CITGO 000 HAMMONTON<br>REF# 9676014    609-567-5558<br>GAS/MSC96    76141012<br>ROC NUMBER 9676014 | NJ | 02/28/08 | 96760140000 | 47.50 |
| 03/05/08 | AL & RICHS CITGO 000 HAMMONTON<br>REF# 9624022    609-567-5558<br>GAS/MSC96    24221012<br>ROC NUMBER 9624022 | NJ | 03/05/08 | 96240220000 | 53.00 |
| 03/09/08 | WAL-MART 2254    HAMMONTON<br>99875957    GENERAL MERCHANDISE<br>GENERAL MERCHANDISE | NJ | 03/09/08 | 00099875957 | 28.86 |
| 03/11/08 | AL & RICHS CITGO 000 HAMMONTON<br>REF# 9670002    609-567-5558<br>GAS/MSC96    70021012<br>ROC NUMBER 9670002 | NJ | 03/11/08 | 96700020000 | 41.00 |
| 03/11/08 | EXXONMOBIL    DARIEN<br>REF# 00027851    2036562059<br>GAS/SERVICES<br>ROC NUMBER 00027851 | CT | 03/11/08 | 00027851000 | 48.16 |
| 03/12/08 | 99 RESTAURANT #30129    MARLBORO<br>REF# 007322799    9999999999 | MA | 03/12/08 | 00732279900 | 38.74 |
| 03/12/08 | MALBORO WINE AND S    MARLBORO<br>REF# 312009613    5084800088<br>GENERAL MERCHANDISE<br>ROC NUMBER 312009613 | MA | 03/12/08 | 31200981300 | 35.08 |
| 03/13/08 | SHELL OIL 2754237980    WESTWOOD<br>REF# 07436201231    SHELL OIL | MA | 03/13/08 | 07436201231 | 45.68 |
| 03/13/08 | AL & RICHS CITGO 000 HAMMONTON<br>REF# 9693030    609-567-5558<br>GAS/MSC96    93301012<br>ROC NUMBER 9693030 | NJ | 03/13/08 | 96930300000 | 53.37 |
| 03/13/08 | BERTUCCI'S  #024  0069  WEST HARTFORD<br>REF# 49910099    RESTAURANT | CT | 03/13/08 | 49910099000 | 34.45 |
| 03/14/08 | HOLIDAY INN MARLBORO MARLBORO<br>FOL# 29900070    LODGING<br>ARRIVAL DATE DEPARTURE DATE<br>03/11/08    03/13/08    00<br>ROOM RATE    $311.00<br>ROC NUMBER 29900070 | MA | 03/14/08 | 29900070000 | 345.33 |
| 03/17/08 | SUNOCO 0368297801    HAMILTON TWP<br>REF# 07847156024    AUTO FUEL DISPEN | NJ | 03/17/08 | 07847156024 | 42.84 |
| 03/17/08 | HMS HOST NJ TURNPK Q MILTOWN<br>REF# 99999998078    7322541049<br>REFER TO RECEIPT<br>ROC NUMBER 9999999807822544 | NJ | 03/17/08 | 99999998078 | 7.86 |
| 03/18/08 | AL & RICHS CITGO 000 HAMMONTON<br>REF# 9633033    609-567-5558<br>GAS/MSC96    33331012<br>ROC NUMBER 9633033 | NJ | 03/18/08 | 96330330000 | 58.90 |
| 03/20/08 | MEMBERSHIP CANCELLED<br>09 MONTHS CREDIT - UNUSED FEE | | 03/20 | 02900000000 | -11.25<br>Credit |

| Total for SUSAN BARTHOLOMAI | | New Charges/Other Debits<br>Payments/Other Credits | 880.77<br>-11.25 |
|---|---|---|---|

**DUPLICATE COPY**

| Prepared For | Account Number | Closing Date | Page 29 of 37 |
|---|---|---|---|
| LINDA BIAZZO | XXXX-XXXX**ظه**1006 | 03/29/08 | |
| AMEXCO  COLLECTIONS | | | |

## Activity Continued

### Card Number XXXX-XXXX**ظه**1709

| | | Reference Code | Amount $ |
|---|---|---|---|

| Date | Description | | Reference Code | Amount $ |
|---|---|---|---|---|
| 02/29/08 | S & M #1  BP OIL  6400  RICHBURG<br>REF# 64002535601    S & M #1 | SC<br>02/29/08 | 64002535601 | 52.01 |
| 03/03/08 | BOB EVANS REST #0189  TAMPA<br>REF# 99999998064    8136841638<br>FOOD<br>ROC NUMBER 9999999806420731 | FL<br>03/03/08 | 99999998064 | 11.40 |
| 03/03/08 | JO-TO  JAPANESE  STEAK  BRANDON<br>REF#          0  RESTAURANT | FL<br>03/03/08 | | 27.81 |
| 03/03/08 | LONGHORN #079          BRANDON<br>REF# 000680001      7705515400 | FL<br>03/03/08 | 00068000100 | 38.97 |
| 03/04/08 | HANDY 90  00036081018    TAMPA<br>REF# 9687029      813-622-8807<br>GAS/MSC96    87291018<br>ROC NUMBER 9687029 | FL<br>03/04/08 | 96870290000 | 52.01 |
| 03/04/08 | MACARONI GRILL#22        BRANDON<br>REF# 59614031      1-800-983-4637 | FL<br>03/04/08 | 59614031000 | 64.76 |
| 03/05/08 | DAVID  & HANA  0003683    TAMPA<br>REF# 9646024      813-237-4700<br>GAS/MSC96    46248125<br>ROC NUMBER 9646024 | FL<br>03/05/08 | 96460240000 | 20.00 |
| 03/05/08 | 7-ELEVEN  32690    00073    ORLANDO<br>REF# 930840306    7  407-363-9215<br>GAS/MSC92    93849001<br>ROC NUMBER 930840306      732690 | FL<br>03/05/08 | 93084030607 | 49.50 |
| 03/05/08 | WILCO  #932              WINNSBORO<br>REF# 0537-0495      GAS STATION<br>FUEL<br>ROC NUMBER 0537-0495 | SC<br>03/05/08 | | 46.00 |
| 03/05/08 | BUDGET RENT A CAR      ORLANDO<br>R/A# 322634911          AUTOMOBILE RE<br>                    BUDGET RENT A CAR<br>LOCATION  DATE/TIME<br>RENTAL  AGREEMENT<br>ORLANDO            FL 03/02/08    322634911<br>000000<br>RETURN TR#<br>ORLANDO            FL  03/05/08<br>FRITH,BILL | FL<br>03/05/08 | 32263491100 | 170.27 |
| 03/05/08 | DUNKIN #341157        Q BRANDON<br>REF# 006620203      8137419381 | FL<br>03/05/08 | 00662020300 | 13.98 |
| 03/05/08 | LEE ROY SELMON'S  #80  TAMPA<br>REF# 697000102      8138713287 | FL<br>03/05/08 | 69700010200 | 44.56 |
| 03/05/08 | CHARLOTTE DOUG PARKI  CHARLOTTE<br>REF#          0  PARKING LOT & GA | NC<br>03/05/08 | | 12.00 |
| 03/06/08 | SPRINGHILL    SUITES5B7TAMPA<br>005030004    LODGING<br>ARRIVAL  DATE        DEPARTURE DATE<br>    03/02/08          03/05/08 | FL<br>03/05/08 | 00005030004 | 396.27 |
| 03/07/08 | AMOCO #109  BP OIL  82 CONCORD<br>REF# 82188857101    AMOCO #109 | NC<br>03/07/08 | 82188857101 | 47.00 |
| 03/10/08 | CIRCLE  K #5371  CIRCL  LUGOFF<br>REF# 580360311      803-438-7422<br>GAS/MSC96    58364982<br>ROC NUMBER 580360311 | SC<br>03/10/08 | 58036031100 | 50.00 |
| 03/10/08 | USPS 4518030078          LUGOFF<br>REF# 518030078      8034389618 | SC<br>03/10/08 | 51803007800 | 16.40 |
| 03/11/08 | LANA'S  MEXICAN  RSTRN CHARLESTON<br>REF# 000000024      8438819163 | SC<br>03/11/08 | 00000002400 | 35.60 |
| 03/12/08 | SPEAKS #104  BP OIL  4 LUGOFF<br>REF# 44169546901    SPEAKS #104 | SC<br>03/12/08 | 44169546901 | 41.01 |
| 03/13/08 | KANGAROO EXP #833  BP LUGOFF<br>REF# 67861152001    KANGAROO EXP #83 | SC<br>03/13/08 | 67861152001 | 47.00 |
| 03/13/08 | SHELL  OIL  5752408790    WILLIAMSBURG<br>REF# 07463502212    SHELL  OIL | VA<br>03/13/08 | 07463502212 | 47.01 |

*Continued  on  reverse*

## DUPLICATE COPY

| Prepared For<br>LINDA BIAZZO<br>AMEXCO COLLECTIONS | Account Number<br>XXXX-XXXXX**1006** | Page 30 of 37 |
|---|---|---|

### Activity Continued

| | | Reference Code | Amount $ |
|---|---|---|---|
| 03/13/08 | FAMOUS DAVE'S  #2060    GLEN ALLEN          VA<br>REF# 99999998074    8042640356          03/13/08<br>RESTAURANT CHARGES<br>ROC NUMBER 999999807421976 | 99999998074 | 49.36 |
| 03/13/08 | OLIVE  GARDEN #1185   0  VIRGINIA    BEACH    VA<br>REF# 118546526     7574868234          03/13/08 | 11854652600 | 28.70 |
| 03/14/08 | GORDON DOVE BP  BP  OI  LUMBERTON          NC<br>REF# 24451796504     GORDON DOVE BP   03/14/08 | 24451796504 | 50.00 |
| 03/15/08 | SPRINGHILL    SUITES5D2VIRGINIA    BEACH    VA<br>014030008    LODGING              03/14/08<br>ARRIVAL  DATE      DEPARTURE DATE<br>03/13/08            03/14/08 | 00014030008 | 144.82 |
| 03/17/08 | SPEAKS #102   BP  OIL  5  ELGIN            SC<br>REF# 56497443704     SPEAKS #102     03/17/08 | 56497443704 | 42.00 |
| 03/18/08 | DUNKIN  #330220          Q GREENVILLE        SC<br>REF# 007925213     8648484461          03/18/08 | 00792521300 | 15.10 |
| 03/18/08 | BUDGET WWWPLATEPASSCSCOTTSDALE            AZ<br>REF# 030010586     877-411-4300        03/18/08 | 03001058600 | 13.50 |
| 03/19/08 | SHELL  OIL  5754285610      THOMSON          GA<br>REF# 08076704518     SHELL  OIL        03/19/08 | 08076704518 | 57.01 |
| 03/19/08 | SHOGUN JAPANESE  STEA  DULUTH              GA<br>REF#            0  RESTAURANT        03/19/08 | | 40.93 |

| **Total for BILL FRITH** | New Charges/Other Debits<br>Payments/Other Credits | 1,724.98<br>0.00 |
|---|---|---|

**DUPLICATE COPY**

Prepared For
LINDA BIAZZO
AMEXCO  COLLECTIONS

Account Number
XXXX-XXXXX██████006

Closing Date
03/29/08

Page 31 of 37

---

## Activity Continued

### Card Number XXXX-XXXXX██████1717

| | | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 03/04/08 | JESSES  STEAK  & SEAFO  TAMPA | | FL | | 83.18 |
| | REF# | 0  RESTAURANT | 03/04/08 | | |
| 03/06/08 | US AIRWAYS | TAMPA | FL | 06000030000 | 25.00 |
| | TKT#  0372158938279 | | 03/05 | | |
| | PASSENGER TICKET | | | | |
| | BROWN/WALTER | US  AIRWAYS | | | |
| | US AIRWAYS | TAMPA | FL | | |
| | FROM | | | | |
| | NOT  AVAILABLE | | | | |
| | TO | CARRIER  CLASS | | | |
| | NOT  AVAILABLE | US  YE | | | |
| 03/06/08 | SPRINGHILL  SUITES5B7TAMPA | | FL | 00005030005 | 152.22 |
| | 005030005  LODGING | | 03/05/08 | | |
| | ARRIVAL  DATE  DEPARTURE DATE | | | | |
| | 03/04/08  03/05/08 | | | | |
| 03/07/08 | SOUTHWEST AIRLINES | DALLAS | TX | 06000010000 | 221.00 |
| | TKT#  5262368195206 | | 03/06 | | |
| | PASSENGER TICKET | | | | |
| | HOFFMAN/BRUCE | SOUTHWEST AIRLINES | | | |
| | SOUTHWEST AIRLINES | DALLAS  TX | | | |
| | FROM | | | | |
| | PITTSBURGH  PA | | | | |
| | TO | CARRIER  CLASS | | | |
| | PHILADELPHIA  PA | WN  Y | | | |
| | TO | | | | |
| | PITTSBURGH  PA | WN  Y | | | |
| 03/07/08 | SHOWORKSINC | SPOKANE | WA | 42527022000 | 165.00 |
| | REF# 42527022 | BUSINESS  SERVICE | 03/07/08 | | |
| 03/10/08 | SAGE RESTAURANT | MOUNT LAUREL | NJ | 00000005600 | 24.50 |
| | REF# 000000056  RESTAURANT | | 03/10/08 | | |
| | 549943 | | | | |
| | ROC NUMBER 000000056 | | | | |
| 03/14/08 | AMERICAN  AIRLINES | DALLAS | TX | 06010010000 | 186.00 |
| | TKT#  0012109121522 | | 03/13 | | |
| | ADDITIONAL  COLLECTION | | | | |
| | BROWN/WALTER | AMERICAN  AIRLINES | | | |
| | AMERICAN  AIRLINES | DALLAS  TX | | | |
| | FROM | | | | |
| | PHILADELPHIA  PA | | | | |
| | TO | CARRIER  CLASS | | | |
| | O HARE FIELD  IL | AA  L2 | | | |
| | TO | | | | |
| | PHILADELPHIA  PA | AA  KU | | | |
| 03/14/08 | AMERICAN  AIRLINES | DALLAS, | TX | 06010010000 | 560.00 |
| | TKT#  0012109116282 | | 03/13 | | |
| | PASSENGER TICKET | | | | |
| | BROWN/WALTER | AMERICAN  AIRLINES | | | |
| | AMERICAN  AIRLINES | DALLAS,  TX | | | |
| | FROM | | | | |
| | PHILADELPHIA  PA | | | | |
| | TO | CARRIER  CLASS | | | |
| | O HARE FIELD  IL | AA  L2 | | | |
| | TO | | | | |
| | PHILADELPHIA  PA | AA  K2 | | | |
| 03/15/08 | NEW JERSEY E-ZPASS  888-AUTOTOLL | | NJ | | 25.00 |
| | REF# O054561147  8882886865 | | 03/15/08 | | |
| 03/17/08 | EXPEDIA  SVC/DLVRY  FE 800-397-3342 | | WA | 10046357400 | 5.00 |
| | REF# 100463574  TRAVEL  AGENCY | | 03/17/08 | | |

*Continued  on  reverse*

## DUPLICATE COPY

Prepared For
LINDA BIAZZO
AMEXCO COLLECTIONS

Account Number
XXXX-XXXX-1006

| **Activity Continued** | | | Reference Code | Amount $ |
|---|---|---|---|---|

| Date | Description | Location | Reference Code | Amount $ |
|---|---|---|---|---|
| 03/18/08 | US  AIRWAYS         ATLANTA        GA<br>TKT#  0377121656897          03/17<br>PASSENGER  TICKET<br>BROWN/WALTER<br>EXPEDIA  INC         US  AIRWAYS<br>FROM                  ATLANTA        GA<br>    PHILADELPHIA    PA<br>TO                    CARRIER  CLASS<br>    O HARE FIELD   IL      US     GX<br>TO<br>    PHILADELPHIA    PA     US     GX | | | 06903360000 | 307.00 |
| 03/20/08 | AMERICAN  AIRLINES     TULSA       OK<br>TKT#  0012109121522          03/19<br>CREDIT  OR ADJUSTMENT -  UNUSED AIRLINE  TICKET<br>WALTER   BROWN          AMERICAN  AIRLINES<br>AMERICAN  AIRLINES    IN      TULSA       OK<br>FROM<br>    NOT  RECORDED<br>TO                    CARRIER  CLASS<br>    NOT  RECORDED | | | 06010000000 | -746.00<br>Credit |
| 03/20/08 | MEMBERSHIP  CANCELLED          03/20<br>09  MONTHS CREDIT  -  UNUSED FEE | | | 02900000000 | -11.25<br>Credit |

| **Total for WALTER R BROWN III** | | New Charges/Other Debits | 1,753.90 |
|---|---|---|---|
| | | Payments/Other Credits | -757.25 |

## DUPLICATE COPY

Prepared For
LINDA BIAZZO
AMEXCO   COLLECTIONS

Account Number
XXXX-XXXXX1006

Closing Date
03/29/08

Page 33 of 37

### Activity Continued

| Card Number XXXX-XXXXX1725 | | Reference Code | Amount $ |
|---|---|---|---|
| 03/20/08   MEMBERSHIP CANCELLED | 03/20 | 02900000000 | -11.25 |
| 09   MONTHS CREDIT  -  UNUSED FEE | | | Credit |
| **Total for WILLIAM J WETMORE** | | New Charges/Other Debits | 0.00 |
| | | Payments/Other Credits | -11.25 |

## DUPLICATE COPY

| | | |
|---|---|---|
| Prepared For<br>LINDA BIAZZO<br>AMEXCO  COLLECTIONS | Account Number<br>XXXX-XXXXX-41 006 | Closing Date<br>03/29/08 |

Page 35 of 37

---

### Activity Continued

### Card Number XXXX-XXXXX-1733

| Date | Description | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 02/29/08 | EXXONMOBIL<br>REF# 00847877<br>GAS/SERVICES<br>ROC NUMBER 00847877 | OAKDALE<br>AUTO FUEL  DISPEN | PA<br>02/29/08 | 00847877000 | 40.00 |
| 03/06/08 | SHEETZ       002022<br>REF# 032081911 | HERMITAGE<br>814-9463611 | PA<br>03/06/08 | 03208191100 | 45.00 |
| 03/11/08 | EXXONMOBIL<br>REF# 00717169<br>GAS/SERVICES<br>ROC NUMBER 00717169 | OAKDALE<br>AUTO FUEL  DISPEN | PA<br>03/11/08 | 00717169000 | 40.00 |
| 03/14/08 | JAMES MILEY  BP OIL  7  PITTSBURGH<br>REF# 77125816604 | JAMES MILEY | PA<br>03/14/08 | 77125816604 | 35.00 |
| 03/17/08 | SUNOCO 0014063208<br>REF# 07847157036 | ALIQUIPPA<br>AUTO FUEL  DISPEN | PA<br>03/17/08 | 07847157036 | 30.00 |
| 03/20/08 | MEMBERSHIP CANCELLED<br>09  MONTHS CREDIT  -  UNUSED FEE | | 03/20 | 02900000000 | -11.25<br>Credit |

| **Total for JEFFREY SCHIPANI** | New Charges/Other Debits<br>Payments/Other Credits | 190.00<br>-11.25 |
|---|---|---|

**DUPLICATE COPY**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| LINDA BIAZZO | XXXX-XXXXXX-1006 | 03/29/08 | Page 37 of 37 |
| AMEXCO  COLLECTIONS | | | |

---

## Activity Continued

### Card Number XXXX-XXXX-1741

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 03/12/08 | EXXONMOBIL                    NAPERVILLE<br>REF#  00402716        6303579725<br>GAS/SERVICES<br>ROC NUMBER 00402716 | IL<br>03/12/08 | 00402716000 | 48.66 |
| 03/12/08 | MAIL  BOXES ETC.  #258  BOLINGBROOK<br>REF# 676000923    6 6303781178<br>BUSINESS  SERVICES<br>ROC NUMBER 676000923        676000 | IL<br>03/12/08 | 67600092306 | 31.97 |
| 03/18/08 | CLOVERDALE BP BP OIL  CLOVERDALE<br>REF# 87388332601      CLOVERDALE BP | IN<br>03/18/08 | 87388332601 | 36.35 |
| 03/18/08 | SHELL  OIL  2744234910      DARIEN<br>REF# 07930302304      SHELL  OIL | IL<br>03/18/08 | 07930302304 | 34.16 |
| 03/19/08 | Speedway  SuperAmeric      INDIANAPOLIS<br>REF# 9025045          AUTO FUEL  DISPEN | IN<br>03/19/08 | 90250450000 | 25.60 |
| 03/20/08 | COURTYARD 1XD            INDIANAPOLIS<br>019030024    LODGING<br>ARRIVAL    DATE        DEPARTURE DATE<br>03/18/08            03/19/08 | IN<br>03/19/08 | 00019030024 | 219.53 |
| 03/20/08 | MEMBERSHIP  CANCELLED<br>09  MONTHS  CREDIT  -  UNUSED FEE | 03/20 | 02900000000 | -11.25<br>Credit |
| **Total for MICHAEL FITZGIBBONS** | | | New Charges/Other Debits<br>Payments/Other Credits | 396.27<br>-11.25 |