## DUPLICATE COPY

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**
www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| LYNNE WEINSTEIN | XXXX-XXXXX9-71002 | 02/28/08 | Page 1 of 28 |
| DELAIR GROUP LLC | | | |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 03/14/08 |
|---|---|---|---|---|---|---|
| 34,300.59 | 47,875.10 | 0.00 | 34,300.59 | 416.36 | 47,458.74 | For important information regarding your account refer to page 2. |

Payment is due in full. Please pay by 03/14/08 to allow time for your payment to be received by us and credited to your account.

For assistance or questions about your account, contact us at www.americanexpress.com/checkyourbill  or call Customer Service at 1-800-528-2122.

### Corporate Card Snapshot

| Card Number | Card | New Charges + Other Debits | Payments + Other Credits |
|---|---|---|---|
| XXXX-XXXXX9-71002 | LYNNE WEINSTEIN | 0.00 | -34,300.59 |
| XXXX-XXXXX9-75029 | MICHAEL L HUBLEY | 2,054.38 | 0.00 |
| XXXX-XXXXX9-75094 | STEPHEN SHERVIN | 8,226.76 | 0.00 |
| XXXX-XXXXX9-71358 | RICHARD M GROSSMAN | 938.21 | 0.00 |
| XXXX-XXXXX9-78361 | GERALD J HERSON | 7,904.65 | -180.92 |
| XXXX-XXXXX9-71465 | ROSEANN M PHILLIPS | 1,951.72 | 0.00 |
| XXXX-XXXXX9-73479 | LYNNE N WEINSTEIN | 296.70 | -235.44 |
| XXXX-XXXXX9-74493 | ROBERT P BRADLEY | 5,712.82 | 0.00 |
| XXXX-XXXXX9-71713 | IRV LAVINSKY | 947.98 | 0.00 |
| XXXX-XXXXX9-72752 | WILLIAM S MACKENZIE | 17,524.45 | 0.00 |
| XXXX-XXXXX9-72935 | COURTENAY WHITEHURST | 2,317.43 | 0.00 |
| | Total | 47,875.10 | -34,716.95 |

### Activity
Date reflects either transaction or posting date

** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

**Card Number XXXX-XXXXX9-71002**

| | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 02/17/08 | PAYMENT RECEIVED - THANK YOU | 02/17 | 00273000000 | | -34,300.59 |

**Total for LYNNE WEINSTEIN**

New Charges/Other Debits 0.00
Payments/Other Credits -34,300.59

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

| Account Number | | |
|---|---|---|
| 71002 | | |

**Please Pay By 03/14/08** — Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

LYNNE WEINSTEIN
DELAIR GROUP LLC
8600 RIVER ROAD
DELAIR        NJ    08110-3328

**Amount Due $47,458.74**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270




EXHIBIT B

**DUPLICATE COPY**

| | | |
|---|---|---|
| Prepared For<br>LYNNE WEINSTEIN<br>DELAIR GROUP LLC | Account Number<br>XXXX-XXXX**XXXX**1002    Closing Date<br>02/28/08 | Page 3 of 28 |

## Activity Continued    **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

### Card Number XXXX-XXXXX9-75029

| | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 01/24/08 | CHAMPPS #65213   0079   FORT LAUDERDA   FL<br>REF# 39990017   9544919335   01/24/08<br>FOOD/BEVERAGE<br>ROC NUMBER 39990017 | 39990017000 | | 63.35 |
| 01/29/08 | ROGERSVILLE OFFICE   ROGERSVILLE   TN<br>REF#   0 CARD & SOUVENIR   01/29/08 | | | 18.98 |
| 01/30/08 | ULTRA-PRO AUTO WASH COOKEVILLE   TN<br>REF# 004920579   GAS STATION   01/30/08<br>PURCHASE<br>ROC NUMBER 004920579 | 00492057900 | | 12.06 |
| 01/30/08 | RED LOBSTER #365   001 ANTIOCH   TN<br>REF# 36560575   6157310141   01/30/08 | 36560575000 | | 18.24 |
| 01/30/08 | WEIGELS #58   Q KINGSTON   TN<br>REF# 00619630   8653764130   01/30/08<br>GAS/SERVICES<br>ROC NUMBER 00619630 | 00619530000 | | 41.00 |
| 01/31/08 | Hampton Inn BNAEAPMS ANTIOCH   TN<br>FOL# 0000195440-0   LODGING   01/31/08<br>ARRIVAL DATE DEPARTURE DATE<br>01/30/08   01/31/08   00<br>ROC NUMBER 0000195440-0 | | | 115.06 |
| 01/31/08 | GONDOLA PIZZA HOUSE COOKEVILLE   TN<br>REF#   0 FAST FOOD RESTAU 01/31/08 | | | 15.94 |
| 01/31/08 | RAFFERTY'S #72 80000   NASHVILLE   TN<br>REF# 407000019   4 6152799660   01/31/08<br>FOOD AND BEVERAGE<br>ROC NUMBER 407000019   407017 | 40700001904 | | 65.53 |
| 02/01/08 | PILOT TRAVEL CNTRS#   CROSSVILLE   TN<br>REF# 00000013932   GAS STATION   02/01/08 | 00000013932 | | 40.55 |
| 02/01/08 | Hampton Inn CJEJAPMS COOKEVILLE   TN<br>FOL# 0000183966-0   LODGING   02/01/08<br>ARRIVAL DATE DEPARTURE DATE<br>01/31/08   02/01/08   00<br>ROC NUMBER 0000183966-0 | | | 103.14 |
| 02/05/08 | MACARONI GRIL#228   CHATTANOOGA   TN<br>REF# 51915248   1-800-983-4637   02/05/08 | 51915248000 | | 19.08 |
| 02/06/08 | TEXACO SWIFTY MART # STEVENSON   AL<br>REF# 4485103   2564372726   02/06/08<br>FUEL/MISCELLANEOUS<br>ROC NUMBER 4485103 | 44851030000 | | 47.20 |
| 02/06/08 | Hampton Inn CHALOPMS CHATTANOOGA   TN<br>FOL# 0000197465-0   LODGING   02/06/08<br>ARRIVAL DATE DEPARTURE DATE<br>02/05/08   02/06/08   00<br>ROC NUMBER 0000197465-0 | | | 83.37 |
| 02/06/08 | SIMP MCGHEE'S   256-353-6284   AL<br>REF# 037099628   256-353-6284   02/06/08 | 03709962800 | | 116.04 |
| 02/07/08 | JAMESON INN DECATUR   DECATUR   AL<br>FOL# 55526   LODGING   02/07/08<br>ARRIVAL DATE DEPARTURE DATE<br>02/06/08   02/07/08   00<br>ROOM RATE   $1.00<br>ROC NUMBER 55526 | | | 79.69 |
| 02/07/08 | RUBY TUESDAY #3147   0 MADISON   AL<br>REF# 99999998039   2564618282   02/07/08<br>RESTAURANT CHARGES<br>ROC NUMBER 9999999803917514 | 99999998039 | | 44.17 |
| 02/08/08 | BREADBOX 49 10052496   KNOXVILLE   TN<br>REF# 131219   BREADBOX 49   02/08/08 | 13121900000 | | 43.03 |
| 02/08/08 | Hampton Inn ATHTNPMS ATHENS   TN<br>FOL# 0000167062-0   LODGING   02/08/08<br>ARRIVAL DATE DEPARTURE DATE<br>02/07/08   02/08/08   00<br>ROC NUMBER 0000167062-0 | | | 101.58 |

*Continued on reverse*

## DUPLICATE COPY

| Prepared For<br>LYNNE WEINSTEIN<br>DELAIR GROUP LLC | Account Number<br>XXXX-XXXXX**1002 | Page 4 of 28 |

| Activity Continued | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 02/11/08 | HAMPTON INNS GASTONI GASTONIA<br>FOL# 000020977700       LODGING<br>ARRIVAL   DATE  DEPARTURE DATE<br>02/11/08    02/13/08    00<br>ROC NUMBER 000020977700 | NC<br>02/11/08 | 10053101000 | | 251.66 |
| 02/11/08 | TEXAS ROADHOUSE #206  GASTONIA<br>REF# 704000501      7048109631 | NC<br>02/11/08 | 70400050100 | | 23.87 |
| 02/11/08 | THE HOME DEPOT 3606    GASTONIA<br>REF# 004394227     9999999999 | NC<br>02/11/08 | 00439422700 | | 100.00 |
| 02/11/08 | FASTOP MARKET #303  0 SHELBY<br>REF# 000760892     7044810003 | NC<br>02/11/08 | 00076089200 | | 34.97 |
| 02/12/08 | TEXAS ROADHOUSE #206  GASTONIA<br>REF# 705000644     7048109631 | NC<br>02/12/08 | 70500064400 | | 12.64 |
| 02/14/08 | SHELL OIL              INMAN<br>SHELL OIL  539416000024045448008123<br>539416000024045448008123<br>ROC NUMBER 0134049ISL | SC<br>02/13/08 | | | 27.08 |
| 02/15/08 | RIVERFRONT SEAFOOD C KINGSPORT<br>REF# 68830173       RESTAURANT<br>FOOD/BEVERAGE<br>ROC NUMBER 68830173 | TN<br>02/15/08 | 68830173000 | | 91.43 |
| 02/17/08 | SUNOCO 0919366501      ROGERSVILLE<br>REF# 04941409008    AUTO FUEL DISPEN | TN<br>02/17/08 | 04941409008 | | 33.31 |
| 02/20/08 | DEMOS' STEAK AND S    LEBANON<br>REF# 000172930     6158481777 | TN<br>02/20/08 | 00017293000 | | 13.67 |
| 02/21/08 | SHELL OIL              LEBANON<br>SHELL OIL  575299487050526410455506<br>575299487050526410455506<br>ROC NUMBER 0298042ISL | TN<br>02/20/08 | | | 39.14 |
| 02/21/08 | Hampton  Inn  LEBTNPMS LEBANON<br>FOL# 0000166612-0       LODGING<br>ARRIVAL  DATE  DEPARTURE DATE<br>02/20/08    02/21/08    00<br>ROC NUMBER 0000166612-0 | TN<br>02/21/08 | | | 77.42 |
| 02/21/08 | FAMOUS DAVE'S  000000   KNOXVILLE<br>REF# 99999998053    6157915045<br>RESTAURANT CHARGES<br>ROC NUMBER 9999999805319376 | TN<br>02/21/08 | 99999998053 | | 15.63 |
| 02/22/08 | APPCO #57  0000000003    ROGERSVILLE<br>REF# 000133521    4232728646 | TN<br>02/22/08 | 00013352100 | | 46.07 |
| 02/26/08 | MACARONI GRIL#228     CHATTANOOGA<br>REF# 57700648      1-800-983-4637 | TN<br>02/26/08 | 57700648000 | | 19.58 |
| 02/26/08 | EXPRESS OIL  CHANGE G CHATTANOOGA<br>REF# 001172032     423-296-0925 | TN<br>02/26/08 | 00117203200 | | 33.85 |
| 02/27/08 | PILOT  254  00254      WILDWOOD<br>REF# 00000068813    GAS STATION | GA<br>02/27/08 | 00000068813 | | 39.55 |
| 02/27/08 | Hampton  Inn  CHALOPMS CHATTANOOGA<br>FOL# 0000198719-0       LODGING<br>ARRIVAL  DATE  DEPARTURE DATE<br>02/26/08    02/27/08    00<br>ROC NUMBER 0000198719-0 | TN<br>02/27/08 | | | 83.37 |
| 02/27/08 | LOGANS 000000369      DECATUR<br>REF# 99999998059    6153201161<br>REFER TO RECEIPT<br>ROC NUMBER 9999999805920164 | AL<br>02/27/08 | 99999998059 | | 83.13 |

| **Total for MICHAEL L HUBLEY** | | | New Charges/Other Debits<br>Payments/Other Credits | | 2,054.38<br>0.00 |

## DUPLICATE COPY

| Prepared For<br>LYNNE WEINSTEIN<br>DELAIR GROUP LLC | Account Number<br>XXXX-XXXX████1002 | Closing Date<br>02/28/08 | Page 5 of 28 |
|---|---|---|---|

**Activity Continued**    *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.*

### Card Number XXXX-XXXXX9-75094

| Date | Description | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 01/28/08 | OLD HOMESTEAD RESTAU ATLANTIC CITY<br>REF#           0 RESTAURANT | NJ<br>01/28/08 | | | | 735.89 |
| 01/30/08 | ANGELONIS II   RESTAUR ATLANTIC CITY<br>REF# 269000011      6093447875 | NJ<br>01/30/08 | | 26900001100 | | 22.75 |
| 01/30/08 | ANGELONIS II   RESTAUR ATLANTIC CITY<br>REF# 269000027      6093447875 | NJ<br>01/30/08 | | 26900002700 | | 437.94 |
| 01/31/08 | THE BORGATA           ATLANTIC CITY<br>FOL# 394176924197      LODGING<br>ARRIVAL   DATE DEPARTURE DATE<br>01/28/08      01/31/08      00<br>ROOM RATE               $119.00<br>ROC NUMBER 394176924197 | NJ<br>01/31/08 | | | | 316.17 |
| 01/31/08 | AC CONV CTR-BW HALL   ATLANTIC CITY<br>REF# 031037296      609-449-2056 | NJ<br>01/31/08 | | 03103729600 | | 11.00 |
| 02/04/08 | RACESTAR #9 00000000   WEST KEANSBURG<br>REF# 000000080      7324719227 | NJ<br>02/04/08 | | 00000008000 | | 42.56 |
| 02/04/08 | HANNAFORD #0386   0000   LATHAM<br>REF# 000026114      5187821750 | NY<br>02/04/08 | | 00002611400 | | 12.31 |
| 02/05/08 | HESS MART 32633   0000   LATHAM<br>REF# 000031968      5183652984 | NY<br>02/05/08 | | 00003196800 | | 56.25 |
| 02/05/08 | NEW JERSEY E-ZPASS      888-AUTOTOLL<br>REF# B0555310386      8882886865 | NJ<br>02/05/08 | | | | 50.00 |
| 02/06/08 | Hampton Inn ALBLHPMS COHOES<br>FOL# 0000250979-0      LODGING<br>ARRIVAL   DATE DEPARTURE DATE<br>02/04/08      02/06/08      00<br>ROC NUMBER 0000250979-0 | NY<br>02/06/08 | | | | 233.94 |
| 02/06/08 | SHOPRITE OF FISHKI      FISHKILL<br>REF# 080206994      8458972211<br>GENERAL MERCHANDISE<br>ROC NUMBER 080206994 | NY<br>02/06/08 | | 08020699400 | | 10.09 |
| 02/07/08 | US AIRWAYS           PHOENIX      AZ<br>TKT# 0372156606943<br>PASSENGER TICKET<br>SHERVIN/STEPHEN            US AIRWAYS<br>US AIRWAYS            PHOENIX      AZ<br>FROM<br>  PHILADELPHIA   PA<br>TO           CARRIER CLASS<br>  TORONTO ONTARIO CD   US   WX<br>TO<br>  PHILADELPHIA   PA      US   2 | 02/06 | | 06000020000 | | 724.90 |
| 02/07/08 | Hilton Garden Inn Fi Fishkill<br>FOL# 0000193097      LODGING<br>ARRIVAL   DATE DEPARTURE DATE<br>02/06/08      02/07/08      00<br>ROC NUMBER 0000193097 | NY<br>02/07/08 | | 00001930970 | | 148.22 |
| 02/11/08 | FRONTLINE MARKETING   CLARKSTON<br>REF#           0 MGMT/CONSULTING/ | MI<br>02/11/08 | | | | 2,895.00 |
| 02/12/08 | EXXONMOBIL           LINDEN<br>REF# 00615045      9088620500<br>GAS/SERVICES<br>ROC NUMBER 00615045 | NJ<br>02/12/08 | | 00615045000 | | 44.83 |
| 02/12/08 | Foxwoods Buffet   0000   Mashantucket<br>REF# 0000001425      (860)312-3000 | CT<br>02/12/08 | | 00000014250 | | 17.97 |
| 02/13/08 | Foxwoods Golden Drag Mashantucket<br>REF# 0000002513      (860)312-3000 | CT<br>02/13/08 | | 00000025130 | | 33.18 |
| 02/14/08 | Foxwoods Cedars Rest Mashantucket<br>REF# 0000001940      (860)312-3000 | CT<br>02/14/08 | | 00000019400 | | 342.00 |
| 02/15/08 | Foxwoods Grnd Pequot Mashantucket<br>FOL# 1236744305      LODGING<br>ARRIVAL   DATE DEPARTURE DATE<br>02/14/08      02/15/08      00<br>ROC NUMBER 1236744305 | CT<br>02/15/08 | | 12367443050 | | 508.00 |

*Continued on reverse*

**DUPLICATE COPY**

| Prepared For<br>LYNNE WEINSTEIN<br>DELAIR GROUP LLC | Account Number<br>XXXX-XXXXX~1002 | Page 6 of 28 |
| --- | --- | --- |

| Activity Continued | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | | Reference Code | Foreign Spending | Amount $ |
| --- | --- | --- | --- | --- | --- |
| 02/15/08 | BAZOOKAS BAZOOKAS    SECAUCUS           NJ<br>REF# 015363927    201-223-1234    02/15/08 | | 01536392700 | | 125.74 |
| 02/17/08 | SHELL  OIL                 NORTH BERGEN     NJ<br>SHELL  OIL  57542894803048754020955    02/16/08<br>57542894803048754020955<br>ROC NUMBER 0151126ISL | | | | 55.10 |
| 02/17/08 | Secaucus   Hilton   Gard  Secaucus        NJ<br>FOL# 0000197820        LODGING       02/17/08<br>ARRIVAL  DATE  DEPARTURE DATE<br>02/15/08     02/16/08     00<br>ROC NUMBER 0000197820 | | 00001978200 | | 142.60 |
| 02/22/08 | ESSO 480  DERRY RD E   MISSISSAUGA      ON<br>ELNIF8397    PETRO PRODUCTS/PRODUITS  02/22/08<br>PETRO PRODUCTS/PROD<br>EREG    /EORDI<br>ROC NUMBER 8397 | | | 38.10<br>**Canadian Dollars | 38.70 |
| 02/22/08 | WHITE  OAKS CONF.  RESNIAGARA        ON<br>005330766                     02/21/08<br>ROC NUMBER        882023 | | 00005330766 | 456.50<br>**Canadian Dollars | 463.74 |
| 02/22/08 | PACIFICO  AIRPORT  VAL PHILADELPHIA      PA<br>REF# 179000046    1 2154920990    02/22/08<br>PARKING  LOT/GARAGE<br>ROC NUMBER 179000046      179210 | | 17900004601 | | 55.60 |
| 02/23/08 | HAMPTON INN         MISSISSAUGA        OH<br>3361-0001    LODGING            02/22/08<br>ARRIVAL  DATE    DEPARTURE DATE    # OF NIGHTS<br>02/21/08         02/22/08             01 | | | 137.62<br>**Canadian Dollars | 139.80 |
| 02/23/08 | NATL  CAR CANADA       TORONTO         ON<br>159478351    NATL  CAR CANADA    02/22/08<br>LOCATION              DATE/TIME<br>RENTAL                               AGREEMENT<br>.TORONTO          ON 02/18/08      159478351<br>RETURN                             TR#<br>TORONTO          ON 02/22/08      053842<br>SHERVIN | | 00159478351 | 304.64<br>**Canadian Dollars | 309.47 |
| 02/23/08 | UPPER CRUST 20222     TORONTO         ON<br>005452481    FAST  FOOD RESTAURANTS    02/22/08<br>FAST  FOOD RESTAURAN | | 00005452481 | 15.11<br>**Canadian Dollars | 15.35 |
| 02/24/08 | SUNOCO 0012956908      TREVOSE         PA<br>REF# 05643159036    AUTO FUEL  DISPEN  02/24/08 | | 05643159036 | | 66.25 |
| 02/27/08 | HESS 30517  000000000    SECAUCUS       NJ<br>REF# 000060528       2016010596    02/27/08 | | 00006052800 | | 58.15 |
| 02/27/08 | LOWES                  TURNERSVILLE      NJ<br>10158  HOME IMPROVEMENT          02/27/08<br>HOME IMPROVEMENT<br>ROC NUMBER 0127653963 | | 00000010158 | | 100.00 |
| 02/27/08 | PATHMARK #180  000000  NORTH BERGEN     NJ<br>REF# 000006756       2014530009    02/27/08 | | 00000675600 | | 13.26 |

| **Total for STEPHEN SHERVIN** | New Charges/Other Debits<br>Payments/Other Credits | 8,226.76<br>0.00 |
| --- | --- | --- |

**DUPLICATE COPY**

Prepared For
LYNNE WEINSTEIN
DELAIR GROUP LLC

Account Number
XXXX-XXXXX1002

Closing Date
02/28/08

Page 7 of 28

**Activity Continued**   *Foreign Currerncy conversion rate is base rate plus 2.5%. See page 2 for details.*

### Card Number XXXX-XXXXX9-71358

| Date | Description | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 01/29/08 | EXXONMOBIL HOWELL NJ REF# 00463523 7323670672 01/29/08 GAS/SERVICES ROC NUMBER 00463523 | | | 00463523000 | | 54.80 |
| 01/29/08 | WAWA 952 PENNSAUKEN NJ REF# 0046-1036 GAS STATION 01/29/08 FUEL ROC NUMBER 0046-1036 | | | | | 42.41 |
| 02/01/08 | MAPLE SHADE AMOCO BP MAPLE SHADE NJ REF# 10076408500 MAPLE SHADE AMOC 02/01/08 | | | 10076408500 | | 15.00 |
| 02/05/08 | EXXONMOBIL NARBERTH PA REF# 00669541 AUTO FUEL DISPEN 02/05/08 GAS/SERVICES ROC NUMBER 00669541 | | | 00669541000 | | 57.44 |
| 02/06/08 | SUNOCO 0363270004 PROSPECT PARK PA REF# 03845433140 AUTO FUEL DISPEN 02/06/08 | | | 03845433140 | | 31.60 |
| 02/06/08 | MANDALAY BAY RESORT/ LAS VEGAS NV FOL# 3247039333 LODGING 02/06/08 ARRIVAL DATE DEPARTURE DATE 02/04/08 02/06/08 00 ROC NUMBER 3247039333 | | | 00388455600 | | 253.82 |
| 02/06/08 | PACIFICO AIRPORT VAL PHILADELPHIA PA REF# 163000080 1 2154920990 02/06/08 PARKING LOT/GARAGE ROC NUMBER 163000080 163973 | | | 16300008001 | | 41.39 |
| 02/08/08 | WAWA 952 PENNSAUKEN NJ REF# 0056-6096 GAS STATION 02/08/08 FUEL ROC NUMBER 0056-6096 | | | | | 51.00 |
| 02/11/08 | 15TH SPRUCE CPPA00 PHILADELPHIA PA REF# 000002077 2155633650 02/11/08 URBAN PARKING ROC NUMBER 000002077 | | | 00000207700 | | 22.00 |
| 02/12/08 | WAWA 952 PENNSAUKEN NJ REF# 0060-5647 GAS STATION 02/12/08 FUEL ROC NUMBER 0060-5647 | | | | | 42.00 |
| 02/14/08 | EXXONMOBIL NARBERTH PA REF# 00758608 AUTO FUEL DISPEN 02/14/08 GAS/SERVICES ROC NUMBER 00758608 | | | 00758608000 | | 59.59 |
| 02/14/08 | NEW JERSEY E-ZPASS 888-AUTOTOLL NJ REF# B0555542240 8882886865 02/14/08 | | | | | 50.00 |
| 02/15/08 | RT 73 CITGO 00020268 PALMYRA NJ REF# 9657005 856-786-2345 02/15/08 GAS/MSC96 57058014 ROC NUMBER 9657005 | | | 96570050000 | | 40.01 |
| 02/21/08 | EXXONMOBIL ARDMORE PA REF# 00826909 AUTO FUEL DISPEN 02/21/08 GAS/SERVICES ROC NUMBER 00826909 | | | 00826909000 | | 65.62 |
| 02/21/08 | WAWA 952 PENNSAUKEN NJ REF# 0069-2559 GAS STATION 02/21/08 FUEL ROC NUMBER 0069-2559 | | | | | 49.56 |
| 02/23/08 | TWX*AOL SERVICE 0208 800-827-6364 NY REF# 031CD89C8 ONLINE 02/23/08 | | | | | 9.95 |
| 02/25/08 | WAWA 952 PENNSAUKEN NJ REF# 0073-9944 GAS STATION 02/25/08 FUEL ROC NUMBER 0073-9944 | | | | | 52.02 |

**Total for RICHARD M GROSSMAN**   New Charges/Other Debits 938.21   Payments/Other Credits 0.00

## DUPLICATE COPY

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| LYNNE WEINSTEIN | XXXX-XXXX**9**1002 | 02/28/08 | Page 9 of 28 |
| DELAIR GROUP LLC | | | |

**Activity Continued**   \*\*Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

### Card Number XXXX-XXXXX9-78361

| | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 01/26/08 | THE BORGATA          ATLANTIC CITY     NJ<br>FOL# 394176923138     LODGING     01/26/08<br>ARRIVAL DATE DEPARTURE DATE<br>01/28/08   01/31/08   00<br>ROOM RATE          $119.00<br>ROC NUMBER 394176923138 | | | -135.66<br>Credit |
| 01/29/08 | EXXONMOBIL          CHERRY HILL     NJ<br>REF# 00715194     AUTO FUEL DISPEN 01/29/08<br>GAS/SERVICES<br>ROC NUMBER 00715194 | 00715194000 | | 49.22 |
| 01/29/08 | BOBBY FLAY STEAKHOUS ATLANTIC CITY     NJ<br>REF#          0 RESTAURANT     01/29/08 | | | 63.21 |
| 01/29/08 | BOBBY FLAY STEAKHOUS ATLANTIC CITY     NJ<br>REF#          0 RESTAURANT     01/29/08 | | | 1,079.98 |
| 01/29/08 | BORGATA COLLECTIONS   ATLANTIC CITY     NJ<br>REF# 39990007     5093177594     01/29/08<br>GIFT ITEMS<br>ROC NUMBER 39990007 | 39990007000 | | 11.53 |
| 01/30/08 | MARINA COFFEE 0130     ATLANTIC CITY     NJ<br>REF# 00000016     6093177590     01/30/08<br>FAST FOOD REST<br>ROC NUMBER 00000016 | 00000016000 | | 4.87 |
| 01/30/08 | OLD HOMESTEAD RESTAU ATLANTIC CITY     NJ<br>REF#          0 RESTAURANT     01/30/08 | | | 250.08 |
| 01/30/08 | OLD HOMESTEAD RESTAU ATLANTIC CITY     NJ<br>REF#          0 RESTAURANT     01/30/08 | | | 72.00 |
| 01/30/08 | BORGATA COLLECTIONS   ATLANTIC CITY     NJ<br>REF# 39990008     5093177594     01/30/08<br>GIFT ITEMS<br>ROC NUMBER 39990008 | 39990008000 | | 23.71 |
| 01/30/08 | BORGATA COLLECTIONS   ATLANTIC CITY     NJ<br>REF# 39990029     5093177594     01/30/08<br>GIFT ITEMS<br>ROC NUMBER 39990029 | 39990029000 | | 6.29 |
| 01/31/08 | THE BORGATA          ATLANTIC CITY     NJ<br>FOL# 394045382486     LODGING     01/31/08<br>ARRIVAL DATE DEPARTURE DATE<br>01/29/08   01/31/08   00<br>ROOM RATE          $199.00<br>ROC NUMBER 394045382486 | | | 483.62 |
| 02/01/08 | MAPLE SHADE AMOCO BP MAPLE SHADE     NJ<br>REF# 10076409000     MAPLE SHADE AMOC 02/01/08 | 10076409000 | | 30.00 |
| 02/01/08 | TURQUOISE RESTAURANT NEW YORK     NY<br>REF#          0 RESTAURANT     02/01/08 | | | 158.85 |
| 02/02/08 | TWX*AOL SERVICE 0208   800-827-6364     NY<br>REF# 0212FA99A     ONLINE     02/02/08 | | | 25.90 |
| 02/02/08 | ANTHOS          NEW YORK     NY<br>REF#          0 RESTAURANT     02/02/08 | | | 176.98 |
| 02/02/08 | ZETA PARKING 0000     NEW YORK     NY<br>REF# 55360004     PARKING LOT & GA 02/02/08<br>PARKING FEES<br>ROC NUMBER 55360004 | 55360004000 | | 36.00 |
| 02/05/08 | SHELL OIL          VOORHEES     NJ<br>SHELL OIL 57543007108036744014477     02/04/08<br>57543007108036744014477<br>ROC NUMBER 0584284ISL | | | 52.00 |
| 02/05/08 | THE EIFFEL TOWER RES LAS VEGAS     NV<br>REF# 2877543     RESTAURANT     02/05/08 | 28775430000 | | 1,431.99 |
| 02/05/08 | MANDALAY B.- THE STO LAS VEGAS     NV<br>FOL# 4823396328     MISC/SPECIALT 02/05/08<br>ARRIVAL DATE DEPARTURE DATE<br>02/04/08   02/05/08   00<br>ROC NUMBER 4823396328 | 00378010700 | | 9.75 |

Continued on reverse

## DUPLICATE COPY

| Prepared For<br>LYNNE WEINSTEIN<br>DELAIR GROUP LLC | Account Number<br>XXXX-XXXX▆▆▆▆1002 | Page 10 of 28 |
|---|---|---|

| Activity Continued | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 02/06/08 | DELI CORNER                LAS VEGAS<br>FOL# 4833409814           RESTAURANT<br>ARRIVAL DATE DEPARTURE DATE<br>02/05/08     02/06/08     00<br>ROC NUMBER 4833409814 | NV<br>02/06/08 | | 00388501800 | | 25.50 |
| 02/06/08 | AUREOLE AT SWAN COUR LAS VEGAS<br>FOL# 4833414923           RESTAURANT<br>ARRIVAL DATE DEPARTURE DATE<br>02/05/08     02/06/08     00<br>ROC NUMBER 4833414923 | NV<br>02/06/08 | | 00389302300 | | 45.26 |
| 02/06/08 | AUREOLE AT SWAN COUR LAS VEGAS<br>FOL# 4833417341           RESTAURANT<br>ARRIVAL DATE DEPARTURE DATE<br>02/05/08     02/06/08     00<br>ROC NUMBER 4833417341 | NV<br>02/06/08 | | 00389302500 | | 53.26 |
| 02/06/08 | AUREOLE AT SWAN COUR LAS VEGAS<br>FOL# 4833416279           RESTAURANT<br>ARRIVAL DATE DEPARTURE DATE<br>02/05/08     02/06/08     00<br>ROC NUMBER 4833416279 | NV<br>02/06/08 | | 00389302600 | | 607.50 |
| 02/06/08 | MANDALAY BAY - KONA  LAS VEGAS<br>FOL# 4833403548           RESTAURANT<br>ARRIVAL DATE DEPARTURE DATE<br>02/05/08     02/06/08     00<br>ROC NUMBER 4833403548 | NV<br>02/06/08 | | 00389313500 | | 6.79 |
| 02/06/08 | AUREOLE AT SWAN COUR LAS VEGAS<br>FOL# 4833415152           RESTAURANT<br>ARRIVAL DATE DEPARTURE DATE<br>02/05/08     02/06/08     00<br>ROC NUMBER 4833415152 | NV<br>02/06/08 | | 00389302400 | | -45.26<br>Credit |
| 02/07/08 | MANDALAY BAY RESORT/ LAS VEGAS<br>FOL# 3247039427           LODGING<br>ARRIVAL DATE DEPARTURE DATE<br>02/05/08     02/07/08     00<br>ROC NUMBER 3247039427 | NV<br>02/07/08 | | 00397004400 | | 33.13 |
| 02/07/08 | MANDALAY BAY RESORT/ LAS VEGAS<br>FOL# 3247039427           LODGING<br>ARRIVAL DATE DEPARTURE DATE<br>02/05/08     02/07/08     00<br>ROC NUMBER 3247039427 | NV<br>02/07/08 | | 00397004500 | | 318.02 |
| 02/07/08 | PACIFICO AIRPORT VAL PHILADELPHIA<br>REF# 164000027   1 2154920990<br>PARKING LOT/GARAGE<br>ROC NUMBER 164000027      164124 | PA<br>02/07/08 | | 16400002701 | | 41.05 |
| 02/08/08 | MAPLE SHADE AMOCO BP MAPLE SHADE<br>REF# 10076402400     MAPLE SHADE AMOC | NJ<br>02/08/08 | | 10076402400 | | 21.50 |
| 02/08/08 | BARAONDA BARAONDA      NEW YORK<br>REF# 80390004993     212-2888555 | NY<br>02/08/08 | | 80390004993 | | 145.22 |
| 02/08/08 | EXPEDIA SVC/DLVRY FE 800-397-3342<br>REF# 633360993      TRAVEL AGENCY | WA<br>02/08/08 | | 63336099300 | | 5.00 |
| 02/09/08 | CONTINENTAL AIRLINES    ATLANTA<br>TKT# 0057110962776<br>PASSENGER TICKET<br>HERSON/GERALD                    CONTINENTAL AIRLINES<br>EXPEDIA INC                        ATLANTA         GA<br>FROM<br>  LAGUARDIA INTL A/P<br>TO                         CARRIER  CLASS<br>  CLEVELAND OH           CO    Y1<br>TO<br>  LAGUARDIA INTL A/P    CO    Y1 | GA<br>02/08 | | 06902230000 | | 839.00 |
| 02/12/08 | TURQUOISE RESTAURANT NEW YORK<br>REF#             0 RESTAURANT | NY<br>02/12/08 | | | | 161.47 |
| 02/13/08 | ZETA PARKING  0608      NEW YORK<br>REF# 55370032        PARKING LOT & GA<br>PARKING FEES<br>ROC NUMBER 55370032 | NY<br>02/13/08 | | 55370032000 | | 98.00 |

Continued on next page

## DUPLICATE COPY

| Prepared For<br>LYNNE WEINSTEIN<br>DELAIR GROUP LLC | | Account Number<br>XXXX-XXXX~1002 | Closing Date<br>02/28/08 | Page 11 of 28 |
|---|---|---|---|---|

| Activity Continued | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 02/14/08 | ELIO'S                    NEW YORK          NY<br>REF# 000318232    RESTAURANT    02/14/08<br>568504<br>ROC NUMBER 000318232 | 00031823200 | | 188.23 |
| 02/14/08 | CARMEL CAR SERVICE  0  MAMARONECK        NY<br>REF# 59970543    2126629807    02/14/08<br>CHARTER SERVIC<br>ROC NUMBER 59970543 | 59970543000 | | 38.50 |
| 02/15/08 | MAPLE SHADE AMOCO BP  MAPLE SHADE      NJ<br>REF# 10076404500    MAPLE SHADE AMOC 02/15/08 | 10076404500 | | 44.16 |
| 02/15/08 | BARAONDA BARAONDA        NEW YORK          NY<br>REF# 80460005082    212-2888555    02/15/08 | 80460005082 | | 205.57 |
| 02/15/08 | CARMEL CAR SERVICE  0  MAMARONECK        NY<br>REF# 59970296    2126629807    02/15/08<br>CHARTER SERVIC<br>ROC NUMBER 59970296 | 59970296000 | | 44.00 |
| 02/16/08 | WOLFGANG'S STEAKHOUS NEW YORK          NY<br>REF# 695000042    2128893369    02/16/08 | 69500004200 | | 27.90 |
| 02/16/08 | WOLFGANG'S STEAKHOUS NEW YORK          NY<br>REF# 695000181    2128893369    02/16/08 | 69500018100 | | 203.68 |
| 02/17/08 | PORT AUTHORITY  E-ZPA  STATEN  ISLAND    NY<br>REF# 1587575    166322287    02/17/08<br>FOR BILLING   QUESTIO<br>ACCT:  1587575    B<br>ROC NUMBER 1587575 | 15875750000 | | 100.00 |
| 02/19/08 | EXXONMOBIL              CHERRY HILL        NJ<br>REF# 00748313    AUTO FUEL DISPEN 02/19/08<br>GAS/SERVICES<br>ROC NUMBER 00748313 | 00748313000 | | 47.60 |
| 02/19/08 | MISSION  GRILL  0076        PHILADELPHA      PA<br>REF# 98840035    2156369550    02/19/08<br>FOOD/BEVERAGE<br>ROC NUMBER 98840035 | 98840035000 | | 102.80 |
| 02/20/08 | ELIO'S                    NEW YORK          NY<br>REF# 000318726    RESTAURANT    02/20/08<br>588308<br>ROC NUMBER 000318726 | 00031872600 | | 184.96 |
| 02/21/08 | CAFE  LA  STRADA  00000    HAUPPAUGE        NY<br>REF# 000013567    6312345550    02/21/08 | 00001356700 | | 132.00 |
| 02/22/08 | ATLANTIC   GRILL          NEW YORK          NY<br>REF# 1350286    RESTAURANT    02/22/08 | 13502860000 | | 159.57 |
| 02/25/08 | GETTY  58557001    60605   E.  ELMHURST      NY<br>REF# 001000003    7187280002    02/25/08<br>SERVICE  STATION<br>ROC NUMBER 001000003 | 00100000300 | | 59.00 |

| **Total for GERALD J HERSON** | | New Charges/Other Debits<br>Payments/Other Credits | 7,904.65<br>-180.92 |
|---|---|---|---|

## DUPLICATE COPY

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| LYNNE WEINSTEIN<br>DELAIR GROUP LLC | XXXX-XXXXX~71002 | 02/28/08 | Page 13 of 28 |

**Activity Continued**   **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

### Card Number XXXX-XXXXX9-71465

| | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 01/29/08 | BORGATA RESTAURANTS   ATLANTIC   CITY          NJ<br>REF#             0  RESTAURANT          01/29/08 | | | 14.93 |
| 01/30/08 | BORGATA RESTAURANTS   ATLANTIC   CITY          NJ<br>REF#             0  RESTAURANT          01/30/08 | | | 14.93 |
| 01/31/08 | THE  BORGATA                ATLANTIC   CITY          NJ<br>FOL# 394176923104          LODGING     01/31/08<br>ARRIVAL   DATE DEPARTURE DATE<br>01/28/08      01/31/08      00<br>ROOM RATE                $119.00<br>ROC NUMBER 394176923104 | | | 286.32 |
| 01/31/08 | BORGATA RESTAURANTS   ATLANTIC   CITY          NJ<br>REF#             0  RESTAURANT          01/31/08 | | | 15.00 |
| 02/03/08 | LE  PETIT   BISTRO  201    PHILADELPHIA             PA<br>REF#             0  FAST  FOOD RESTAU 02/03/08 | | | 11.18 |
| 02/03/08 | MANDALAY BAY RAFFLES  LAS  VEGAS          NV<br>FOL# 4803354306          RESTAURANT     02/03/08<br>ARRIVAL   DATE DEPARTURE DATE<br>02/02/08      02/03/08      00<br>ROC NUMBER 4803354306 | 00357872200 | | 26.00 |
| 02/04/08 | LUXOR  AURORA             LAS  VEGAS          NV<br>FOL# 4816094371          RESTAURANT     02/04/08<br>ARRIVAL   DATE DEPARTURE DATE<br>02/03/08      02/04/08      00<br>ROC NUMBER 4816094371 | 00367402600 | | 33.00 |
| 02/04/08 | MANDALAY-BAY  SIDE   BU LAS  VEGAS          NV<br>FOL# 4813361912          RESTAURANT     02/04/08<br>ARRIVAL   DATE DEPARTURE DATE<br>02/03/08      02/04/08      00<br>ROC NUMBER 4813361912 | 00368410000 | | 20.23 |
| 02/05/08 | RED  WHITE  &  BLUE  RVC LAS  VEGAS          NV<br>REF#             0  RESTAURANT          02/05/08 | | | 19.00 |
| 02/06/08 | MANDALAY BAY RESORT/  LAS  VEGAS          NV<br>FOL# 3247045190          LODGING     02/06/08<br>ARRIVAL   DATE DEPARTURE DATE<br>02/03/08      02/06/08      00<br>ROC NUMBER 3247045190 | 00388455700 | | 470.88 |
| 02/06/08 | MANDALAY BAY RAFFLES  LAS  VEGAS          NV<br>FOL# 4833402579          RESTAURANT     02/06/08<br>ARRIVAL   DATE DEPARTURE DATE<br>02/05/08      02/06/08      00<br>ROC NUMBER 4833402579 | 00389318500 | | 18.09 |
| 02/06/08 | PPAPHLY PHLY000246   P PHILADELPHIA             PA<br>REF# 000000138        2156839840     02/06/08<br>PARKING  FEES<br>ROC NUMBER 000000138 | 00000013800 | | 68.00 |
| 02/08/08 | DIVINCENZO'S               CINNAMINSON          NJ<br>REF#             0  RESTAURANT          02/08/08 | | | 636.95 |
| 02/10/08 | BJ'S    013  MAPLE SHADE MAPLE SHADE          NJ<br>REF#             0  BJS  CLUB  1-800-2 02/10/08 | | | 75.54 |
| 02/15/08 | US  AIRWAYS               PHOENIX          AZ<br>TKT#  0372157280079                        02/14<br>PASSENGER  TICKET<br>PHILLIPS/ROSEANN               US  AIRWAYS<br>US  AIRWAYS                PHOENIX          AZ<br>FROM<br>   PHILADELPHIA    PA<br>TO                  CARRIER  CLASS<br>   FORT  LAUDERDALE  FL      US      UX<br>TO<br>   PHILADELPHIA    PA          US      6Y | 06000020000 | | 221.00 |

Continued  on  reverse

**DUPLICATE COPY**

| Prepared For<br>LYNNE WEINSTEIN<br>DELAIR GROUP LLC | Account Number<br>XXXX-XXXXX🔳1002 | Page 14 of 28 |
| --- | --- | --- |

| **Activity Continued** | **Foreign Currerncy conversion rate is base rate plus 2.5%. See page 2 for details. | | Reference Code | Foreign Spending | Amount $ |
| --- | --- | --- | --- | --- | --- |
| 02/21/08 | AUBUCHON HARDWARE   WESTMINSTER   MA<br>REF# 000781043   9788740521   02/21/08<br>GENERAL MERCHANDISE<br>ROC NUMBER 000781043 | | 00078104300 | | 20.67 |

| **Total for ROSEANN M PHILLIPS** | New Charges/Other Debits<br>Payments/Other Credits | 1,951.72<br>0.00 |
| --- | --- | --- |

Prepared For
LYNNE WEINSTEIN
DELAIR GROUP LLC

Account Number
XXXX-XXXXX🔳1002

Page 14 of 28

## DUPLICATE COPY

| Prepared For | Account Number | Closing Date | Page 15 of 28 |
|---|---|---|---|
| LYNNE WEINSTEIN<br>DELAIR GROUP LLC | XXXX-XXXXX~1002 | 02/28/08 | |

**Activity Continued**    *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

### Card Number XXXX-XXXXX9-73479

| | | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 02/02/08 | StayBridge   Suites   99   Mount   Laurel<br>FOL#  223963               LODGING<br>ARRIVAL   DATE  DEPARTURE  DATE<br>01/31/08      02/02/08      00<br>ROC NUMBER 223963 | | NJ<br>02/02/08 | 01000000000 | | 109.24 |
| 02/04/08 | MANDALAY BAY RESORT/ LAS VEGAS<br>FOL# 3247039219          LODGING<br>ARRIVAL  DATE DEPARTURE DATE<br>02/04/08     02/04/08      00<br>ROC NUMBER 3247039219 | | NV<br>02/04/08 | 00367540400 | | -235.44<br>Credit |
| 02/14/08 | STAPLES   CORPORATE      MONTGOMERY<br>133015184      OFC  SUPLY  313301-5184-<br>             OFC  SUPLY  313301-5184- | | NY<br>02/14/08 | 00133015184 | | 54.29 |
| 02/14/08 | SCHWERINGS HARDWARE  PALMYRA<br>REF#               0  HARDWARE STORE | | NJ<br>02/14/08 | | | 7.46 |
| 02/15/08 | DIVINCENZO'S                CINNAMINSON<br>REF#          0  RESTAURANT | | NJ<br>02/15/08 | | | 71.20 |
| 02/22/08 | CIRCUIT   CTY #4443        ARDMORE, OK<br>REF# 000243990       www.circuitcity.<br>PHONES - STD<br>E-COMMERCE SHIPPING<br>ROC NUMBER 000243990 | | VA<br>02/22/08 | 00024399000 | | 54.51 |

**Total for LYNNE N WEINSTEIN**

| | |
|---|---|
| New Charges/Other Debits | 296.70 |
| Payments/Other Credits | -235.44 |

## DUPLICATE COPY

| Prepared For<br>LYNNE WEINSTEIN<br>DELAIR GROUP LLC | Account Number<br>XXXX-XXXX**XXXX**1002 | Closing Date<br>02/28/08 | Page 17 of 28 |
| --- | --- | --- | --- |

**Activity Continued**    *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.*

### Card Number XXXX-XXXXX9-74493

| Date | Description | | | Reference Code | Foreign Spending | Amount $ |
| --- | --- | --- | --- | --- | --- | --- |
| 01/29/08 | SEA BLUE RESTAURANT   ATLANTIC   CITY<br>REF#              0  RESTAURANT | NJ<br>01/29/08 | | | | 391.67 |
| 01/29/08 | AC CONV CTR-BW  HALL   ATLANTIC   CITY<br>REF#  029026838       609-449-2056 | NJ<br>01/29/08 | | 02902683800 | | 14.00 |
| 01/30/08 | AC CONV CTR-BW  HALL   ATLANTIC   CITY<br>REF#  030030062       609-449-2056 | NJ<br>01/30/08 | | 03003006200 | | 14.00 |
| 01/31/08 | THE  BORGATA            ATLANTIC   CITY<br>FOL# 394176923082     LODGING<br>ARRIVAL   DATE  DEPARTURE DATE<br>01/28/08      01/31/08       00<br>ROOM RATE               $119.00<br>ROC NUMBER 394176923082 | NJ<br>01/31/08 | | | | 308.07 |
| 01/31/08 | QUIZNOS SUB 0684        WEST BERLIN<br>REF#  77440005       8568099000<br>FOOD/BEVERAGE<br>ROC NUMBER 77440005 | NJ<br>01/31/08 | | 77440005000 | | 10.34 |
| 01/31/08 | AC CONV CTR-BW  HALL   ATLANTIC   CITY<br>REF#  031037295       609-449-2056 | NJ<br>01/31/08 | | 03103729500 | | 11.00 |
| 02/02/08 | NEW JERSEY  E-ZPASS       888-AUTOTOLL<br>REF#  B0555215226     8882886865 | NJ<br>02/02/08 | | | | 25.00 |
| 02/04/08 | AUNTIE  ANNE'S  -  PHIL  PHILADELPHIA<br>REF#  435144          AUNTIE  ANNE'S  - | PA<br>02/04/08 | | 43514400000 | | 5.30 |
| 02/04/08 | CIBO  BISTRO  WINE  A     PHILADELPHIA<br>REF#  000200029       2158064327 | PA<br>02/04/08 | | 00020002900 | | 2.68 |
| 02/04/08 | BURGERS & DOGS         LAS  VEGAS<br>FOL# 4813369838      RESTAURANT<br>ARRIVAL   DATE  DEPARTURE DATE<br>02/03/08      02/04/08      00<br>ROC NUMBER 4813369838 | NV<br>02/04/08 | | 00367575200 | | 19.00 |
| 02/05/08 | THE  BORGATA            ATLANTIC   CITY<br>FOL# 394176923082     LODGING<br>ARRIVAL   DATE  DEPARTURE DATE<br>01/28/08      01/31/08       00<br>ROOM RATE               $119.00<br>ROC NUMBER 394176923082 | NJ<br>02/05/08 | | | | 135.66 |
| 02/05/08 | RED SQUARE             LAS  VEGAS<br>REF#              0  RESTAURANT | NV<br>02/05/08 | | | | 27.00 |
| 02/06/08 | DELI  CORNER           LAS  VEGAS<br>FOL# 4833409185      RESTAURANT<br>ARRIVAL   DATE  DEPARTURE DATE<br>02/05/08      02/06/08      00<br>ROC NUMBER 4833409185 | NV<br>02/06/08 | | 00388501700 | | 54.50 |
| 02/06/08 | TRATTORIA  DEL  LUPO    LAS  VEGAS<br>REF#  003890703       7027379600 | NV<br>02/06/08 | | 00389070300 | | 8.00 |
| 02/06/08 | TRATTORIA  DEL  LUPO    LAS  VEGAS<br>REF#  003890704       7027379600 | NV<br>02/06/08 | | 00389070400 | | 528.49 |
| 02/07/08 | 1-800-FLOWERS.COM        800-468-1141<br>REF#  1002499335     FLORAL  PROD | NY<br>02/07/08 | | 10024993350 | | 160.97 |
| 02/08/08 | MANDALAY BAY RESORT/ LAS  VEGAS<br>FOL# 3247039219      LODGING<br>ARRIVAL   DATE  DEPARTURE DATE<br>02/04/08      02/08/08      00<br>ROC NUMBER 3247039219 | NV<br>02/08/08 | | 00414446000 | | 1,537.59 |
| 02/08/08 | FASTRACK  AIRPORT  PAR PHILADELPHIA<br>REF#  79920052       5622871310<br>AUTOMOBILE  PAR<br>ROC NUMBER 79920052 | PA<br>02/08/08 | | 79920052000 | | 38.99 |
| 02/12/08 | SUNOCO 0004612811        MARLTON<br>REF#  04445974000   AUTO FUEL  DISPEN | NJ<br>02/12/08 | | 04445974000 | | 29.51 |
| 02/12/08 | QUIZNOS SUB 0144        MARLTON<br>REF#  20800012       8565965815<br>FOOD/BEVERAGE<br>ROC NUMBER 20800012 | NJ<br>02/12/08 | | 20800012000 | | 10.17 |

*Continued  on  reverse*

**DUPLICATE COPY**

Prepared For
LYNNE WEINSTEIN
DELAIR GROUP LLC

Account Number
XXXX-XXXXX▨▨1002

Page 18 of 28

| Activity Continued | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 02/12/08 | DENNY'S #7144  000000  WESTBROOK<br>REF# 000002702     8603996004 | CT<br>02/12/08 | | 00000270200 | | 14.93 |
| 02/13/08 | CALIFORNIA  PIZZA  KIT  MASHANTUCKET<br>REF# 498000032     3103424681 | CT<br>02/13/08 | | 49800003200 | | 46.08 |
| 02/14/08 | CALIFORNIA  PIZZA  KIT  MASHANTUCKET<br>REF# 499000040     3103424681 | CT<br>02/14/08 | | 49900004000 | | 25.51 |
| 02/14/08 | Foxwoods  Ben & Jerry  Mashantucket<br>REF# 0000002237     (860)312-3000 | CT<br>02/14/08 | | 00000022370 | | 4.77 |
| 02/15/08 | LUKOIL  57311  6060573  OAKLAND<br>REF# 003000168     2013370016<br>AUTOMATED FUEL PUMP<br>ROC NUMBER 003000168 | NJ<br>02/15/08 | | 00300016800 | | 46.50 |
| 02/15/08 | Foxwoods  Grnd  Pequot  Mashantucket<br>FOL# 1236744708     LODGING<br>ARRIVAL  DATE DEPARTURE DATE<br>02/14/08     02/15/08     00<br>ROC NUMBER 1236744708 | CT<br>02/15/08 | | 12367447080 | | 589.76 |
| 02/15/08 | PANERA BREAD #3643  0 WAYNE<br>REF# 000076960     9736920801 | NJ<br>02/15/08 | | 00007696000 | | 12.81 |
| 02/15/08 | Foxwoods  Douwe  Egber  Mashantucket<br>REF# 0000007655     (860)312-3000 | CT<br>02/15/08 | | 00000076550 | | 5.30 |
| 02/16/08 | CHERRY HILL  CAR WASH CHERRY HILL<br>REF# 001000077   0 8564280003<br>CAR WASH<br>ROC NUMBER 001000077     000077 | NJ<br>02/16/08 | | 00100007700 | | 12.83 |
| 02/18/08 | CIBO  BISTRO  WINE  A     PHILADELPHIA<br>REF# 000214077     2158064327 | PA<br>02/18/08 | | 00021407700 | | 7.49 |
| 02/19/08 | RR RESORT BOWLING BA LAS VEGAS<br>FOL# 4965295989     BAR/NIGHTCLUB<br>ARRIVAL  DATE DEPARTURE DATE<br>02/18/08     02/19/08     00<br>ROC NUMBER 4965295989 | NV<br>02/19/08 | | 00516579100 | | 17.00 |
| 02/20/08 | US AIRWAYS     PHOENIX<br>TKT# 0372157737701<br>PASSENGER TICKET<br>BRADLEY/ROBERT          US AIRWAYS<br>US AIRWAYS          PHOENIX     AZ<br>FROM<br>  PHILADELPHIA   PA<br>TO          CARRIER  CLASS<br>  PHOENIX AZ          US     LX<br>TO<br>  SALT LAKE CITY  UT     US     4<br>TO<br>  DENVER CO          US     L<br>TO<br>  PHILADELPHIA   PA     US     J4 | AZ<br>02/19 | | 06000020000 | | 487.00 |
| 02/20/08 | TAO  LOUNGE          LAS  VEGAS<br>REF# 3117492          RESTAURANT | NV<br>02/20/08 | | 31174920000 | | 27.00 |
| 02/20/08 | ZEFFIRINOS          LAS  VEGAS<br>REF#          0 RESTAURANT | NV<br>02/20/08 | | | | 202.77 |
| 02/21/08 | RED ROCK CASINO  RESO LAS VEGAS<br>FOL# 4195848547     LODGING<br>ARRIVAL  DATE DEPARTURE DATE<br>02/18/08     02/21/08     00<br>ROC NUMBER 4195848547 | NV<br>02/21/08 | | 00537109700 | | 80.75 |
| 02/21/08 | RED ROCK CASINO  RESO LAS VEGAS<br>FOL# 4195848547     LODGING<br>ARRIVAL  DATE DEPARTURE DATE<br>02/18/08     02/21/08     00<br>ROC NUMBER 4195848547 | NV<br>02/21/08 | | 00537109800 | | 686.05 |
| 02/21/08 | FLAT  BREDZ LAS     Q LAS VEGAS<br>REF# 99999998053     7022614303<br>REFER TO RECEIPT<br>ROC NUMBER 9999999805319420 | NV<br>02/21/08 | | 99999998053 | | 15.91 |

*Continued on next page*

## DUPLICATE COPY

| Prepared For | Account Number | Closing Date | Page 19 of 28 |
|---|---|---|---|
| LYNNE WEINSTEIN | XXXX-XXXXX⬛⬛1002 | 02/28/08 | |
| DELAIR GROUP LLC | | | |

| Activity Continued | **Foreign Currerncy conversion rate is base rate plus 2.5%. See page 2 for details. | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 02/21/08 | FASTRACK  AIRPORT  PAR PHILADELPHIA<br>REF# 79920106      5622871310<br>AUTOMOBILE  PAR<br>ROC NUMBER 79920106 | PA<br>02/21/08 | | 79920106000 | | 31.20 |
| 02/25/08 | ENCORE PRODUCTIONS     LAS  VEGAS<br>REF#            0 BUSINESS  SERVICE | NV<br>02/25/08 | | | | 10.00 |
| 02/27/08 | MI-KEYS                     BROOKFIELD<br>REF#  0382099        RESTAURANT | WI<br>02/27/08 | | 03820990000 | | 34.48 |
| 02/27/08 | QUIZNOS  SUB #2492   30  BARTLETT<br>REF#  446000015   4 6303722969<br>FAST  FOOD RESTAURAN<br>ROC NUMBER 446000015     446015 | IL<br>02/27/08 | | 44600001504 | | 8.81 |
| 02/27/08 | HMS HOST-IL-TURNPK   Q SCHILLER  PARK<br>REF#  99999998059     8476719190<br>FOOD/BEV<br>ROC NUMBER 9999999805920120 | IL<br>02/27/08 | | 99999998059 | | 9.86 |
| 02/27/08 | HUDSON NEWS PH 68  30  PHILADELPHIA<br>REF#  029000224    0  2019395050<br>NEWS DEALERS/NEWSST<br>ROC NUMBER 029000224     019357 | PA<br>02/27/08 | | 02900022400 | | 4.07 |

| **Total for ROBERT P BRADLEY** | New Charges/Other Debits | 5,712.82 |
|---|---|---|
| | Payments/Other Credits | 0.00 |

## DUPLICATE COPY

| Prepared For | Account Number | Closing Date | Page 21 of 28 |
|---|---|---|---|
| LYNNE WEINSTEIN<br>DELAIR GROUP LLC | XXXX-XXXXX-71002 | 02/28/08 | |

**Activity Continued**  *\*\*Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.*

### Card Number XXXX-XXXXX9-71713

| | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 01/28/08 | AC CONV CTR-BW HALL   ATLANTIC   CITY         NJ<br>REF# 028027212        609-449-2056        01/28/08 | 02802721200 | | 16.00 |
| 01/28/08 | AC CONV CTR-BW HALL   ATLANTIC   CITY         NJ<br>REF# 028027213        609-449-2056        01/28/08 | 02802721300 | | 12.00 |
| 01/29/08 | TUN TAVERN BREWERY &  ATLANTIC   CITY         NJ<br>REF# 08850217        RESTAURANT        01/29/08<br>FOOD/BEVERAGE<br>ROC NUMBER 08850217 | 08850217000 | | 51.00 |
| 01/29/08 | AC CONV CTR-BW HALL   ATLANTIC   CITY         NJ<br>REF# 029026835        609-449-2056        01/29/08 | 02902683500 | | 15.00 |
| 01/29/08 | AC CONV CTR-BW HALL   ATLANTIC   CITY         NJ<br>REF# 029026836        609-449-2056        01/29/08 | 02902683600 | | 12.00 |
| 01/30/08 | DIVINCENZO'S                  CINNAMINSON      NJ<br>REF#             0 RESTAURANT        01/30/08 | | | 30.71 |
| 02/01/08 | TUN TAVERN BREWERY &  ATLANTIC   CITY         NJ<br>REF# 08850062        RESTAURANT        02/01/08<br>FOOD/BEVERAGE<br>ROC NUMBER 08850062 | 08850062000 | | 32.80 |
| 02/01/08 | AC CONV CTR-BW HALL   ATLANTIC   CITY         NJ<br>REF# 032041542        609-449-2056        02/01/08 | 03204154200 | | 11.00 |
| 02/01/08 | AC CONV CTR-BW HALL   ATLANTIC   CITY         NJ<br>REF# 032041543        609-449-2056        02/01/08 | 03204154300 | | 12.00 |
| 02/04/08 | TGI_FRIDAYS   #0812   00  PHILIDELPHIA         PA<br>REF# 99999998036    2153654300        02/04/08<br>RESTAURANT CHARGES<br>ROC NUMBER 9999999803617156 | 99999998036 | | 10.75 |
| 02/05/08 | MANDALAY-BAY SIDE  BU LAS VEGAS              NV<br>FOL# 4823384124            RESTAURANT        02/05/08<br>ARRIVAL   DATE  DEPARTURE DATE<br>02/04/08      02/05/08        00<br>ROC NUMBER 4823384124 | 00378741500 | | 17.23 |
| 02/06/08 | MANDALAY BAY RESORT/  LAS VEGAS              NV<br>FOL# 3247044779            LODGING        02/06/08<br>ARRIVAL   DATE  DEPARTURE DATE<br>02/04/08      02/06/08        00<br>ROC NUMBER 3247044779 | 00388455800 | | 11.85 |
| 02/06/08 | MANDALAY BAY RESORT/  LAS VEGAS              NV<br>FOL# 3247044779            LODGING        02/06/08<br>ARRIVAL   DATE  DEPARTURE DATE<br>02/04/08      02/06/08        00<br>ROC NUMBER 3247044779 | 00388455900 | | 235.44 |
| 02/06/08 | FLAT  BREDZ LAS       Q LAS  VEGAS            NV<br>REF# 99999998038    7022614303        02/06/08<br>REFER TO RECEIPT<br>ROC NUMBER 9999999803817478 | 99999998038 | | 13.22 |
| 02/06/08 | MANDALAY-BAY SIDE  BU LAS VEGAS              NV<br>FOL# 4833402869            RESTAURANT        02/06/08<br>ARRIVAL   DATE  DEPARTURE DATE<br>02/05/08      02/06/08        00<br>ROC NUMBER 4833402869 | 00389309300 | | 19.63 |
| 02/06/08 | FASTRACK AIRPORT  PAR PHILADELPHIA           PA<br>REF# 79920060        5622871310        02/06/08<br>AUTOMOBILE  PAR<br>ROC NUMBER 79920060 | 79920060000 | | 26.00 |
| 02/08/08 | MEADOWBROOKFOOD CEN PENNSAUKEN               NJ<br>REF# 039005542        856-663-3532        02/08/08 | 03900554200 | | 55.22 |
| 02/11/08 | THE HOME DEPOT 914    MOUNT LAUREL           NJ<br>REF# 004331924        9999999999        02/11/08 | 00433192400 | | 80.79 |
| 02/13/08 | SCHWERINGS HARDWARE  PALMYRA                 NJ<br>REF#             0 HARDWARE STORE   02/13/08 | | | 8.00 |
| 02/13/08 | TYLER  TOOL CO INC  TY TYLERTOWN             MS<br>REF# 021871040        601-876-2145        02/13/08 | 02187104000 | | 35.45 |

*Continued on reverse*

## DUPLICATE COPY

| Prepared For | Account Number | |
|---|---|---|
| LYNNE WEINSTEIN | XXXX-XXXX■■■1002 | Page 22 of 28 |
| DELAIR GROUP LLC | | |

| Activity Continued | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 02/19/08 | TUN TAVERN BREWERY & ATLANTIC CITY<br>REF# 08850114   RESTAURANT<br>FOOD/BEVERAGE<br>ROC NUMBER 08850114 | | NJ<br>02/19/08 | 08850114000 | | 52.85 |
| 02/19/08 | AC CONV CTR-BW HALL   ATLANTIC CITY<br>REF# 050028245   609-449-2056 | | NJ<br>02/19/08 | 05002824500 | | 11.00 |
| 02/19/08 | AC CONV CTR-BW HALL   ATLANTIC CITY<br>REF# 050028246   609-449-2056 | | NJ<br>02/19/08 | 05002824600 | | 12.00 |
| 02/20/08 | MEADOWBROOKFOOD CEN PENNSAUKEN<br>REF# 051005804   856-663-3532 | | NJ<br>02/20/08 | 05100580400 | | 107.88 |
| 02/22/08 | DIVINCENZO'S   CINNAMINSON<br>REF#   0 RESTAURANT | | NJ<br>02/22/08 | | | 42.80 |
| 02/26/08 | THE HOME DEPOT 914   MOUNT LAUREL<br>REF# 005833158   9999999999 | | NJ<br>02/26/08 | 00583315800 | | 15.36 |

**Total for IRV LAVINSKY**

| | | New Charges/Other Debits | 947.98 |
|---|---|---|---|
| | | Payments/Other Credits | 0.00 |

## DUPLICATE COPY

| Prepared For | Account Number | Closing Date | Page 23 of 28 |
|---|---|---|---|
| LYNNE WEINSTEIN<br>DELAIR GROUP LLC | XXXX-XXXXX■■71002 | 02/28/08 | |

**Activity Continued**   **Foreign Currrency conversion rate is base rate plus 2.5%. See page 2 for details.

### Card Number XXXX-XXXXX9-72752

| | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 01/28/08 | AC CONV CTR-BW HALL   ATLANTIC   CITY         NJ<br>REF# 028027214       609-449-2056         01/28/08 | 02802721400 | | 10.00 |
| 01/29/08 | THE HOME DEPOT #0975   ABSECON                 NJ<br>REF# 003029028       9999999999         01/29/08 | 00302902800 | | 189.04 |
| 01/29/08 | AC CONV CTR-BW HALL   ATLANTIC   CITY         NJ<br>REF# 029026837       609-449-2056         01/29/08 | 02902683700 | | 14.00 |
| 01/30/08 | THE BORGATA              ATLANTIC   CITY         NJ<br>FOL# 394176924231         LODGING        01/30/08<br>ARRIVAL   DATE DEPARTURE DATE<br>01/28/08       01/30/08       00<br>ROOM RATE             $119.00<br>ROC NUMBER 394176924231 | | | 176.46 |
| 01/30/08 | VISTA   CONVENTIONS SE EGG HARBOR TWP       NJ<br>REF# 280000163   0 6094852421         01/30/08<br>BUSINESS   SERVICES<br>ROC NUMBER 280000163     000183 | 28000016300 | | 3,416.08 |
| 01/30/08 | AC CONV CTR-CLIENT   U ATLANTIC   CITY         NJ<br>REF# 030027190       609-449-2291         01/30/08 | 03002719000 | | 439.98 |
| 01/30/08 | AC CONV CTR-BW HALL   ATLANTIC   CITY         NJ<br>REF# 030030061       609-449-2056         01/30/08 | 03003006100 | | 12.00 |
| 01/31/08 | THE BORGATA              ATLANTIC   CITY         NJ<br>FOL# 394482954168         LODGING        01/31/08<br>ARRIVAL   DATE DEPARTURE DATE<br>01/28/08       01/31/08       00<br>ROOM RATE             $119.00<br>ROC NUMBER 394482954168 | | | 399.46 |
| 01/31/08 | AC CONV CTR-BW HALL   ATLANTIC   CITY         NJ<br>REF# 031037294       609-449-2056         01/31/08 | 03103729400 | | 12.00 |
| 02/01/08 | NEW JERSEY E-ZPASS       888-AUTOTOLL           NJ<br>REF# B0555180445     8882886865         02/01/08 | | | 25.00 |
| 02/04/08 | TRADESHOW RESOURCES   ALPHARETTA             GA<br>REF# 000261817         EQUIPMENT  RENTAL 02/04/08<br>134777<br>ROC NUMBER 000261817 | 00026181700 | | 1,052.00 |
| 02/05/08 | THE EIFFEL   TOWER RES LAS VEGAS               NV<br>REF# 2877503         RESTAURANT        02/05/08 | 28775030000 | | 142.73 |
| 02/05/08 | FREEMAN - LAS VEGAS   LAS VEGAS               NV<br>REF# 480000109   1 7022631404         02/05/08<br>CONTRACT WORK<br>ROC NUMBER 480000109     111184 | 48000010901 | | 12.50 |
| 02/05/08 | FREEMAN - LAS VEGAS   LAS VEGAS               NV<br>REF# 481000093   1 7022631404         02/05/08<br>CONTRACT WORK<br>ROC NUMBER 481000093     138338 | 48100009301 | | 5,192.64 |
| 02/06/08 | MANDALAY BAY CONVENT LAS VEGAS               NV<br>REF# 003884800       7026327508         02/06/08 | 00388480000 | | 230.50 |
| 02/08/08 | MANDALAY BAY RESORT/ LAS VEGAS               NV<br>FOL# 3247044851         LODGING        02/08/08<br>ARRIVAL   DATE DEPARTURE DATE<br>02/03/08       02/08/08       00<br>ROC NUMBER 3247044851 | 00414445800 | | 1,225.85 |
| 02/08/08 | DEMERS EXPOSITION   SE MIDDLETOWN             CT<br>REF# 000390000       8603449919         02/08/08<br>EQUIPMNT RENTAL & L<br>ROC NUMBER 000390000 | 00039000000 | | 585.00 |
| 02/08/08 | FASTRACK AIRPORT  PAR PHILADELPHIA             PA<br>REF# 79920055       5622871310         02/08/08<br>AUTOMOBILE  PAR<br>ROC NUMBER 79920055 | 79920055000 | | 46.80 |
| 02/12/08 | PPAPHLY PHLY000241   P PHILADELPHIA             PA<br>REF# 000000059       2156839840         02/12/08<br>PARKING  FEES<br>ROC NUMBER 000000059 | 00000005900 | | 34.00 |

*Continued on reverse*

## DUPLICATE COPY

| Prepared For<br>LYNNE WEINSTEIN<br>DELAIR GROUP LLC | Account Number<br>XXXX-XXXXX███1002 | Page 24 of 28 |
| --- | --- | --- |

| Activity Continued | **Foreign Currrency conversion rate is base rate plus 2.5%. See page 2 for details. | | Reference Code | Foreign Spending | Amount $ |
| --- | --- | --- | --- | --- | --- |
| 02/12/08 | AEX CONVENTION SERVI EGG HARBOR TOW NJ<br>REF# 08-203 0176 AEX CONVENTION S 02/12/08 | | | | 465.45 |
| 02/13/08 | FOURPOINTS SHERATON MARS PA<br>FOL# 471704 LODGING 02/13/08<br>ARRIVAL DATE DEPARTURE DATE<br>02/11/08 02/12/08 00<br>ROOM RATE $90.00<br>ROC NUMBER 471704 | | 00189997021 | | 148.65 |
| 02/13/08 | FAT TUESDAY PITTSBURGH PA<br>REF# 0 RESTAURANT 02/13/08 | | | | 17.78 |
| 02/14/08 | GES 8004752098 NV<br>REF# 0 BUSINESS SERVICE 02/14/08 | | | | 361.28 |
| 02/15/08 | US AIRWAYS PHOENIX AZ<br>TKT# 0372157269090 02/14<br>PASSENGER TICKET<br>MACKENZIE/WILLIAMS US AIRWAYS<br>US AIRWAYS PHOENIX AZ<br>FROM<br>  PHILADELPHIA PA<br>TO CARRIER CLASS<br>  CHARLOTTE NC US UX<br>TO<br>  NASHVILLE TN US 2<br>TO<br>  CHARLOTTE NC US U<br>TO<br>  PHILADELPHIA PA US A2 | | 06000020000 | | 290.50 |
| 02/18/08 | FREEMAN - LAS VEGAS LAS VEGAS NV<br>REF# 496000070 1 7022631404 02/18/08<br>CONTRACT WORK<br>ROC NUMBER 496000070 111185 | | 49600007001 | | 1,048.00 |
| 02/19/08 | SHERATON HOTELS SHER ATLANTIC CITY NJ<br>FOL# 1091285 LODGING 02/19/08<br>ARRIVAL DATE DEPARTURE DATE<br>02/19/08 02/20/08 00<br>ROOM RATE $13.90<br>ROC NUMBER 1091285 | | 96019306500 | | 159.46 |
| 02/19/08 | SHERATON HOTELS SHER ATLANTIC CITY NJ<br>FOL# 1091285 LODGING 02/19/08<br>ARRIVAL DATE DEPARTURE DATE<br>02/19/08 02/20/08 00<br>ROOM RATE $13.90<br>ROC NUMBER 1091285 | | 96019403700 | | 22.79 |
| 02/19/08 | TUN TAVERN BREWERY & ATLANTIC CITY NJ<br>REF# 08850117 RESTAURANT 02/19/08<br>FOOD/BEVERAGE<br>ROC NUMBER 08850117 | | 08850117000 | | 32.50 |
| 02/20/08 | AEX CONVENTION SERVI EGG HARBOR TOW NJ<br>REF# 08-203 0176 AEX CONVENTION S 02/20/08 | | | | 396.17 |
| 02/21/08 | SUNOCO 0263790802 HAMMONTON NJ<br>REF# 05355653005 AUTO FUEL DISPEN 02/21/08 | | 05355653005 | | 46.91 |
| 02/21/08 | US AIRWAYS PHOENIX AZ<br>TKT# 0372157753823 02/20<br>PASSENGER TICKET<br>MACKENZIE/WILLIAMS US AIRWAYS<br>US AIRWAYS PHOENIX AZ<br>FROM<br>  PHILADELPHIA PA<br>TO CARRIER CLASS<br>  PHOENIX AZ US AA<br>TO<br>  SALT LAKE CITY UT US C<br>TO<br>  DENVER CO US A<br>TO<br>  PHILADELPHIA PA US NC | | 06000020000 | | 729.99 |
| 02/21/08 | AC CONV CTR-BW HALL ATLANTIC CITY NJ<br>REF# 052026892 609-449-2056 02/21/08 | | 05202689200 | | 10.00 |

*Continued on next page*

**DUPLICATE COPY**

Prepared For
LYNNE WEINSTEIN
DELAIR GROUP LLC

Account Number
XXXX-XXXXX1002

Closing Date
02/28/08

Page 25 of 28

| Activity Continued | **Foreign Currerncy conversion rate is base rate plus 2.5%. See page 2 for details. | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 02/25/08 | VERIZON WRLS 70234-0   MOUNT LAUREL      NJ<br>REF# 028501          VERIZON WRLS 702 02/25/08<br>TELECOMMUNICATION EQUIPMENT AND TELEPHON<br>ROC NUMBER 028501 | 02850100000 | | 144.43 |
| 02/28/08 | US AIRWAYS              PHOENIX       AZ<br>TKT# 0372158354657                  02/27<br>PASSENGER TICKET<br>MACKENZIE/WILLIAMS        US AIRWAYS<br>US AIRWAYS                PHOENIX      AZ<br>FROM<br>  PHILADELPHIA   PA<br>TO          CARRIER CLASS<br>  CHARLOTTE NC     US   KX<br>TO<br>  NASHVILLE  TN     US   2<br>TO<br>  CHARLOTTE NC     US   K<br>TO<br>  PHILADELPHIA   PA   US   A2 | 06000020000 | | 434.50 |

**Total for WILLIAM S MACKENZIE**

New Charges/Other Debits          17,524.45
Payments/Other Credits                  0.00