

**Corporate Card
Statement of Account**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

Prepared For
LYNNE WEINSTEIN
AMEXCO COLLECTIONS

Account Number: XXXX-XXXXX-1001
Closing Date: 03/29/08
Page 1 of 8

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 4,291.24 | 1,864.54 | 0.00 | 4,291.24 | 33.75 | 1,830.79 |

Please Pay By 04/13/08

For important information regarding your account refer to page 2.

**Your account is cancelled. Return all charge cards.**

For assistance or questions about your account, contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

**Corporate Card Snapshot**

| Card Number | Card | New Charges + Other Debits | Payments + Other Credits |
|---|---|---|---|
| XXXX-XXXXX-1001 | LYNNE WEINSTEIN | 0.00 | -4,291.24 |
| XXXX-XXXXX-1027 | DARRYL HURD | 813.27 | -11.25 |
| XXXX-XXXXX-1035 | LISA LAYTON | 0.00 | -11.25 |
| XXXX-XXXXX-1043 | MARK C HABERBOSCH | 1,051.27 | -11.25 |
| | Total | 1,864.54 | -4,324.99 |

**Activity**  Date reflects either transaction or posting date

**Card Number XXXX-XXXXX-1001**

| Date | Description | Reference Code | Amount $ |
|---|---|---|---|
| 03/12/08 | CHECKLESS PYMT RECEIVED-THANK YOU 03/12 | 07314000000 | -4,291.24 |
| | New Charges/Other Debits | | 0.00 |
| **Total for LYNNE WEINSTEIN** | Payments/Other Credits | | -4,291.24 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number: 1001

Please Pay By 04/13/08

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Amount Due $1,830.79

Checks or drafts must be drawn against banks located in the U.S.

LYNNE WEINSTEIN
AMEXCO COLLECTIONS
2423 E LINCOLN DR
PHOENIX AZ  85016

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:
AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-0001

**EXHIBIT C**

00003   1001   000



Prepared For
LYNNE WEINSTEIN
AMEXCO COLLECTIONS

Account Number
XXXX-XXXXX■1001

Closing Date
03/29/08

Page 3 of 8

## Activity Continued

### Card Number XXXX-XXXXX■1027

| Date | Description | Reference Code | Amount $ |
|---|---|---|---|
| 02/27/08 | BUCKEYE TAVERN    MACUNGIE    PA<br>REF#    0  RESTAURANT    02/27/08 | | 55.03 |
| 02/28/08 | WAWA 287    WESCOSVILLE    PA<br>REF# 0098-4243    GAS STATION    02/28/08<br>FUEL<br>ROC NUMBER 0098-4243 | | 40.97 |
| 02/28/08 | WAWA 287    WESCOSVILLE    PA<br>REF# 0098-4262    GAS STATION    02/28/08<br>MERCHANDISE<br>ROC NUMBER 0098-4262 | | 5.90 |
| 02/28/08 | WINGATE INN WINGATE  ALLENTOWN    PA<br>FOL# P31558-00    LODGING    02/28/08<br>ARRIVAL  DATE  DEPARTURE DATE<br>02/27/08    02/28/08    00<br>ROOM RATE    $9.81<br>ROC NUMBER P31558-00 | 94521400600 | 107.92 |
| 02/28/08 | RED ROBIN  #240  0000  CENTER VALLEY    PA<br>REF# 000000000    6104813176    02/28/08 | | 17.09 |
| 02/29/08 | SUNOCO 0004745608    WILMINGTON    DE<br>REF# 06154134000    AUTO FUEL DISPEN  02/29/08 | 06154134000 | 33.15 |
| 03/03/08 | FCC FRANKLINCOVEYCLG  800-257-1812    UT<br>REF# 44909671-1    DAYPLANNERS    03/03/08 | | 43.95 |
| 03/05/08 | WAWA 974    WOOLRICHTWNSH    NJ<br>REF# 0124-3601    GAS STATION    03/05/08<br>FUEL<br>ROC NUMBER 0124-3601 | | 33.50 |
| 03/05/08 | DU JOUR    HAVERFORDPA<br>CHK20100  FOOD/BEV    03/04/08<br>FOOD/BEV    $23.00<br>TIP | | 23.00 |
| 03/05/08 | THECABINRESTAURANT    FREEHOLD    NJ<br>REF#    0 RESTAURANT    03/05/08 | | 15.18 |
| 03/05/08 | Charlie  Browns  2021  Lakewood    NJ<br>REF# 0000004063    (732)367-4818    03/05/08 | 00000040630 | 27.22 |
| 03/06/08 | WAWA 321    TOMS RIVER    NJ<br>REF# 0085-0005    GAS STATION    03/06/08<br>MERCHANDISE<br>ROC NUMBER 0085-0005 | | 5.65 |
| 03/06/08 | SHELL OIL 5754094820    SWEDESBORO    NJ<br>REF# 06768802759    SHELL OIL    03/06/08 | 06768802759 | 35.47 |
| 03/06/08 | TGI FRIDAYS #1408  00 TURNERSVILLE    NJ<br>REF# 99999998067    8563741212    03/06/08<br>RESTAURANT CHARGES<br>ROC NUMBER 9999999806721140 | 99999998067 | 37.62 |
| 03/07/08 | HESS 38448  000000000  DOUGLASSVILL    PA<br>REF# 000014835    6103857680    03/07/08 | 00001483500 | 32.00 |
| 03/07/08 | RAMADA INN OF TOMS R TOMS RIVER    NJ<br>REF# 29910028    LODGING    03/07/08<br>LODGING<br>ROC NUMBER 29910028 | 29910028000 | 122.08 |
| 03/09/08 | EZPASS DELAWARE    888-397-2773    DE<br>REF# 19763030    8883972773    03/09/08 | 19763030000 | 55.00 |
| 03/13/08 | EXXONMOBIL    WILMINGTON    DE<br>REF# 00465075    3026561322    03/13/08<br>GAS/SERVICES<br>ROC NUMBER 00465075 | 00465075000 | 38.08 |
| 03/13/08 | STAPLES    CONCORD PIKE:  WIL DE<br>000639145    OFFICE  SUPPLIES    03/12/08<br>OFFICE  SUPPLIES | 00000639145 | 18.98 |
| 03/17/08 | EXXONMOBIL    WILMINGTON    DE<br>REF# 00434095    3026561322    03/17/08<br>GAS/SERVICES<br>ROC NUMBER 00434095 | 00434095000 | 44.14 |

Continued on reverse

| Prepared For | Account Number | Page 4 of 8 |
|---|---|---|
| LYNNE WEINSTEIN<br>AMEXCO COLLECTIONS | XXXX-XXXXX-1001 | |

## Activity Continued

| Date | Description | | | Reference Code | Amount $ |
|---|---|---|---|---|---|
| 03/18/08 | USPS 3379300503<br>REF# 379300503 | WILMINGTON<br>3024784511 | DE<br>03/18/08 | 37930050300 | 21.34 |
| 03/20/08 | MEMBERSHIP CANCELLED<br>09 MONTHS CREDIT - UNUSED FEE | | 03/20 | 02900000000 | -11.25<br>Credit |
| **Total for DARRYL HURD** | | | | New Charges/Other Debits<br>Payments/Other Credits | 813.27<br>-11.25 |



| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| LYNNE WEINSTEIN<br>AMEXCO COLLECTIONS | XXXX-XXXXX■1001 | 03/29/08 | Page 5 of 8 |

## Activity Continued

| Card Number XXXX-XXXXX■1035 | | Reference Code | Amount $ |
|---|---|---|---|
| 03/20/08 | MEMBERSHIP CANCELLED<br>09 MONTHS CREDIT - UNUSED FEE | 03/20    02900000000 | -11.25<br>Credit |
| **Total for LISA LAYTON** | | New Charges/Other Debits<br>Payments/Other Credits | 0.00<br>-11.25 |



| Prepared For | Account Number | Closing Date | Page 7 of 8 |
|---|---|---|---|
| LYNNE WEINSTEIN<br>AMEXCO COLLECTIONS | XXXX-XXXXX-1001 | 03/29/08 | |

## Activity Continued

### Card Number XXXX-XXXXX-1043

| Date | Description | | Reference Code | Amount $ |
|---|---|---|---|---|
| 02/28/08 | PANERA BREAD #3865  0 WATERFORD<br>REF# 000234214    8604378300 | CT<br>02/28/08 | 00023421400 | 12.05 |
| 02/28/08 | DUNKIN #341477    Q NORWICH<br>REF# 006015843    8608590207 | CT<br>02/28/08 | 00601584300 | 18.93 |
| 02/29/08 | POMPFRET XTRA MART 0 POMPFRET<br>REF# 9659008    860-928-1900<br>GAS/MSC96    59089134<br>ROC NUMBER 9659008 | CT<br>02/29/08 | 96590080000 | 68.50 |
| 03/04/08 | SUNOCO 0012260612    SOUTHINGTON<br>REF# 06545860043    AUTO FUEL DISPEN | CT<br>03/04/08 | 06545860043 | 73.01 |
| 03/04/08 | BIG Y 32 NAUGATUCK    NAUGATUCK<br>REF# 304001005    2037294124<br>GENERAL MERCHANDISE<br>ROC NUMBER 304001005 | CT<br>03/04/08 | 30400100500 | 11.08 |
| 03/05/08 | ROM'S RESTAURANT INC STURBRIDGE<br>REF#        0 RESTAURANT | MA<br>03/05/08 | | 48.62 |
| 03/07/08 | HESS GAS STATION  000 NORWICH<br>REF# 000001500    8608899201 | CT<br>03/07/08 | 00000150000 | 66.75 |
| 03/10/08 | PETROMAX 00000000047    SOUTHBRIDGE<br>REF# 000014083    5087642000 | MA<br>03/10/08 | 00001408300 | 64.01 |
| 03/11/08 | RUBY TUESDAY #4551  0 PORTSMOUTH<br>REF# 99999998072    6035599740<br>RESTAURANT CHARGES<br>ROC NUMBER 9999999807221723 | NH<br>03/11/08 | 99999998072 | 35.13 |
| 03/12/08 | BEDFORD IRVING  #7122  BEDFORD<br>REF# 000034232    6036238250 | NH<br>03/12/08 | 00003423200 | 60.25 |
| 03/12/08 | Hampton  Inn   PSMNHPMS PORTSMOUTH<br>FOL# 0000236269-0    LODGING<br>ARRIVAL  DATE DEPARTURE DATE<br>03/11/08    03/12/08    00<br>ROC NUMBER 0000236269-0 | NH<br>03/12/08 | | 128.52 |
| 03/12/08 | PANERA BREAD #3406  0 PORTSMOUTH<br>REF# 000000108    6035599000 | NH<br>03/12/08 | 00000010800 | 23.59 |
| 03/12/08 | 99 RESTAURANT #40128   BRATTLEBORO<br>REF# 007333973    9999999999 | VT<br>03/12/08 | 00733397300 | 30.93 |
| 03/13/08 | EXXONMOBIL         QUECHEE<br>REF# 01174472    AUTO FUEL DISPEN<br>GAS/SERVICES<br>ROC NUMBER 01174472 | VT<br>03/13/08 | 01174472000 | 67.50 |
| 03/13/08 | Hampton  Inn   BRAVTPMS BRATTLEBORO<br>FOL# 0000070858-0    LODGING<br>ARRIVAL  DATE DEPARTURE DATE<br>03/12/08    03/13/08    00<br>ROC NUMBER 0000070858-0 | VT<br>03/13/08 | | 97.90 |
| 03/13/08 | SUBWAY #36832        PUTNAM<br>REF# 073113099    860-928-5526 | CT<br>03/13/08 | 07311309900 | 10.58 |
| 03/14/08 | POMPFRET XTRA MART 0 POMPFRET<br>REF# 9620032    860-928-1900<br>GAS/MSC96    20329134<br>ROC NUMBER 9620032 | CT<br>03/14/08 | 96200320000 | 75.00 |
| 03/14/08 | RI CONVENTION CTR I    PROVIDENCE<br>REF# 69950087    4014586338<br>AUTOMOBILE PAR<br>ROC NUMBER 69950087 | RI<br>03/14/08 | 69950087000 | 9.00 |
| 03/17/08 | CUMBERLAND FARMS 065  ASHFORD<br>REF# 000033673    8604298074 | CT<br>03/17/08 | 00003367300 | 67.00 |
| 03/17/08 | PANERA BREAD #3859  0 MANCHESTER<br>REF# 000318517    8607916050 | CT<br>03/17/08 | 00031851700 | 21.98 |
| 03/18/08 | AL PRIME LEOMINSTER   LEOMINSTER<br>REF# 000060979    9788404336 | MA<br>03/18/08 | 00006097900 | 48.50 |
| 03/18/08 | CENTER DELI  CENTER D CHELMSFORD<br>REF# 80781600001    978-2564003 | MA<br>03/18/08 | 80781600001 | 12.44 |

*Continued on reverse*

| Prepared For | Account Number | Page 8 of 8 |
|---|---|---|
| LYNNE WEINSTEIN<br>AMEXCO COLLECTIONS | XXXX-XXXXX1001 | |

| Activity Continued | | Reference Code | Amount $ |
|---|---|---|---|
| 03/20/08 | MEMBERSHIP CANCELLED<br>09 MONTHS CREDIT - UNUSED FEE | 03/20    02900000000 | -11.25<br>Credit |
| **Total for MARK C HABERBOSCH** | | New Charges/Other Debits<br>Payments/Other Credits | 1,051.27<br>-11.25 |