Daniel J. Yablonsky, Esquire (NJ Bar #DY0793)
YABLONSKY & ASSOCIATES, LLC
1430 Route 23 North
Wayne, NJ 07470
Telephone: (973) 686-3800
Attorneys for American Express Travel
Related Services Company, Inc.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | : | |
| | : | CASE NO. 08-14631(GMB) |
| DEBTOR. | : | Hearing Date: |
| | : | March 2, 2009 at 10:00 a.m. |

## ORDER OVERRULING THE CLASS 10 LIQUIDATION
## TRUST'S THIRD OMNIBUS OBJECTION TO AMERICAN
## EXPRESS CLAIM NUMBERS 401, 402, AND 403

This matter having been opened to the Court upon the filing of the Third Omnibus Objection filed by The Class 10 Liquidation Trust, and upon consideration of the Response filed by American Express, and for good cause shown, the relief set forth on the following pages, through and including page number two, is hereby ORDERED.

(Page Two)  
Bankruptcy No:    08-14631(GMB)

**Order Overruling the Class 10 Liquidation Trust's Third Omnibus Objection to American Express Claim Numbers 401, 402, and 403**

---

ORDERED that the objection to American Express' Claim, Numbers 401, 402, and 403, is overruled.

BY THE COURT:

Dated: _____    _____  
GLORIA M. BURNS  
UNITED STATES BANKRUPTCY JUDGE