Daniel J. Yablonsky, Esquire (NJ Bar #DY0793)
YABLONSKY & ASSOCIATES, LLC
1430 Route 23 North
Wayne, NJ 07470
Telephone: (973) 686-3800
Attorneys for American Express Travel
Related Services Company, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | (Jointly Administered) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | |
| | CASE NO. 08-14631(GMB) |
| DEBTOR. | Hearing Date: |
| | March 2, 2009 at 10:00 a.m. |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 23rd day of February, 2009, I served or caused to be served via first class United States mail, postage prepaid, a true and correct copy of the RESPONSE OF AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. TO THE CLAS 10 LIQUIDATION TRUST'S THIRD OMNIBUS OBJECTION TO CLAIMS upon the parties listed below.

Under penalty of perjury, I declare that the foregoing is true and correct.


Dated: February 23, 2009        By: */s/ Daniel J. Yablonsky*
                                    Daniel J. Yablonsky, Esquire (DY0793)
                                    YABLONSKY & ASSOCIATES, LLC
                                    1430 Route 23 North
                                    Wayne, NJ 07470
                                    Telephone: (973) 686-3800
                                    Facsimile: (973)686-3801

Parties Served:

| | |
|---|---|
| Donna H. Lieberman, Esquire | Ilana Volkov, Esquie |
| HALPERIN, BATTAGLIA, RAICHT, LLP | COLE, SCHOTZ, MEISEL, FORMAN & |
| 555 Madison Avenue, 9th Floor | LEONARD, P.A. |
| New York, New York 10022 | 25 Main Street, P.O. Box 800 |
| | Hackensack, New Jersey 07602 |

6