UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK
ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ  08033-0968
Tel: (856) 795-2121
Fax: (856) 795-0574
Attorneys for Waste Management Inc.,

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

                Debtors.

Chapter 11

Case No: 08-14631 (GMB)
(Jointly Administered)

## CERTIFICATE OF SERVICE

JERROLD S. KULBACK hereby certifies as follows:

On February 23, 2009, I caused copies of the Objection of Waste Management to Class 10 Liquidation Trust's Third Omnibus Objection to Claims to be served on all parties listed on the attached service list by United States, first class mail, with postage prepaid thereon.

I certify that the statements contained herein are true and correct to the best of my knowledge, information and belief.  I understand that if any statement contained herein is willfully false, I am subject to punishment.

Dated:  February 23, 2009            /s/  Jerrold S. Kulback
                                                           JERROLD S. KULBACK

2

## SHAPES/ARCH HOLDINGS L.L.C., et al., DEBTORS

## SERVICE LIST

| | |
|---|---|
| Donna H. Lieberman, Esquire<br>Halperin Battaglia Raicht LLP<br>555 Madison Avenue, 9th Floor<br>New York, New York  10022 | Ilana Volkov, Esquire<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>Court Plaza North<br>25 Main Street, P.O. Box 800<br>Hackensack, New Jersey 07602 |

3859812v1