UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK
ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ  08033-0968
Tel: (856) 795-2121
Fax: (856) 795-0574
Attorneys for Waste Management Inc.,

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

                              Debtors.

Chapter 11

Case No: 08-14631 (GMB)
(Jointly Administered)

## CERTIFICATE OF SERVICE

JERROLD S. KULBACK hereby certifies as follows:

On February 23, 2009, I caused copies of the Objection of Waste Management to Class 10 Liquidation Trust's Third Omnibus Objection to Claims to be served on all parties listed on the attached service list by United States, first class mail, with postage prepaid thereon.

I certify that the statements contained herein are true and correct to the best of my knowledge, information and belief.  I understand that if any statement contained herein is willfully false, I am subject to punishment.

Dated:  February 23, 2009                    _____/s/  Jerrold S. Kulback_____
                                             JERROLD S. KULBACK

**SHAPES/ARCH HOLDINGS L.L.C., et al., DEBTORS**

**<u>SERVICE LIST</u>**

Donna H. Lieberman, Esquire
Halperin Battaglia Raicht LLP
555 Madison Avenue, 9th Floor
New York, New York  10022

Ilana Volkov, Esquire
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602

3859812v1