*Order Filed on 2/20/2009 by Clerk U.S. Bankruptcy Court District of New Jersey*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Trust |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>                              Debtors. |

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Gloria M. Burns

Hearing Date: February 9, 2009

**ORDER REDUCING CERTAIN CLAIMS AGAINST THE DEBTORS**

**(Claim Numbers 2, 13, 30, 43, 64, 86, 88, 92, 93, 94, 95, 99, 101, 121, 133, 153, 177, 186, 206, 207, 212, 228, 260, 265, 296, 313, 318, 320, 330, 338, 340, 344, 346, 353, 395, 423, 458, 494, 511, 515, 518, 542, 568, 584, 671, 700, 722, 724, 726, 745, 777, 780, 827 and 840)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

*Honorable Gloria M Burns*
*United States Bankruptcy Court Judge*

**DATED: 2/20/2009**

{00074124.1 / 0631-002}
45765/0003-5249611v1

| | |
|---|---|
| (Page 2) | |
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al*. |
| Case No: | 08-14631 (GMB) |
| Caption of Order: | ORDER REDUCING CERTAIN CLAIMS AGAINST THE DEBTORS (Claim Numbers 2, 13, 30, 43, 64, 86, 88, 92, 93, 94, 95, 99, 101, 121, 133, 153, 177, 186, 206, 207, 212, 228, 260, 265, 296, 313, 318, 320, 330, 338, 340, 344, 346, 353, 395, 423, 458, 494, 511, 515, 518, 542, 568, 584, 671, 700, 722, 724, 726, 745, 777, 780, 827 and 840) |

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion") for an Order reducing certain claims, as more fully set forth in the schedules annexed to the Application in support of the Motion, pursuant to Section 502 of title 11 of the United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure; and the Trust having agreed to withdraw its objection to the claims of Gainsborough Hardware Ind. Ltd., and Maryland Recycle Co., Inc.; and the Trust having agreed to adjourn the Motion with respect to the claims of Metalall Co., Ltd., Metal Structures, Inc., PPG Industries, Inc., and Ware Industrial Co., LTD, and the other parties on the schedule annexed hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the Declaration of Irv Schwarzbaum in support of the Motion; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion; and appearing that the other parties on the exhibits hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED**, that the claims set forth on Exhibit A annexed hereto and made a part hereof be, and hereby are, reduced and/or disallowed as set forth therein.

# EXHIBIT A

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| A. DUIE PYLE, INC<br>ATTN DON STOTT<br>PO BOX 564<br>WEST CHESTER, PA 19381 | Shapes/Arch Holdings LLC | $20,340.15 | 340 | $29,320.45 | $20,340.15 |
| ACME CORRUGATED BOX CO., INC<br>2700 TURNPIKE DRIVE<br>ATTN: DAVID PLATT, CFO<br>HATBORO, PA 19040 | Ultra LLC | $10,356.06 | 511 | $13,271.04 | $10,356.06 |
| ADVANCE SCALE CO. INC.<br>2400 EGG HARBOR ROAD<br>LINDENWOLD, NJ 08021 | Shapes/Arch Holdings LLC | $2,549.68 | 30 | $1,163.63 | $0.00 |
| AIR & ELECTRIC EQUIPMENT CO<br>2314 N SECOND STREET<br>PHILADELPHIA, PA 19133 | Shapes/Arch Holdings LLC | $6,217.01 | 260 | $9,025.30 | $6,217.01 |
| AIR LIQUIDE INDUSTRIAL U.S. LP<br>ATTN LEGAL DEPARTMENT<br>2700 POST OAK BOULEVARD, SUITE 1800<br>HOUSTON, TX 77056 | Shapes/Arch Holdings LLC | $44,228.31 | 121 | $52,483.08 | $29,790.33 |
| AIRGAS SAFETY, INC.<br>128 WHARTON RD<br>BRISTOL, PA 19007-1693 | Shapes/Arch Holdings LLC | $11,970.65 | 827 | $13,980.12 | $11,970.65 |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | Delair LLC | $336,156.47 | 518 | $336,156.47 | $208,237.76 |
| AMS MECHANICAL LLC<br>1703 TAYLORS LA<br>PO BOX 2252<br>CINNAMINSON, NJ 08077 | Shapes/Arch Holdings LLC | $17,045.69 | 88 | $19,636.40 | $17,045.69 |
| ATLANTIC SCRAP & PROCESSING LLC<br>STANLEY E. LEVINE, ESQUIRE<br>CAMPBELL & LEVINE LLC<br>330 GRANT ST. STE 1700<br>PITTSBURGH, PA 15219 | Shapes/Arch Holdings LLC | $526,687.40 | 542 | $515,529.60 | $350,608.80 |

1

*Approved by Judge Gloria M. Burns February 20, 2009*

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| AZON USA, INC.<br>ATTN SUSANNE TRELOAR, ACCOUNTANT<br>643 WEST CROSSTOWN PARKWAY<br>KALAMAZOO, MI 49008 | Shapes/Arch Holdings LLC | $47,527.64 | 43 | $57,027.64 | $47,527.64 |
| BARNES DISTRIBUTION<br>ATTN JOHN BALONIER, CR MGR<br>1301 E 9TH ST<br>STE 700<br>CLEVELAND, OH 44114 | Shapes/Arch Holdings LLC | $0.00 | 320 | $3,570.09 | $0.00 |
| BIRD DOG SOULTIONS, INC.<br>2301 N 117 AVE, STE 201<br>OMAHA, NE 68164 | Ultra LLC | $2,767.08 | 95 | $5,082.65 | $2,767.08 |
| CCTRANS2<br>ATTN DJ WILLIAMS, PRESIDENT<br>107 GREEN STREET<br>HULMEVILLE, PA 19047-5543 | Shapes/Arch Holdings LLC | $21,583.57 | 346 | $25,238.17 | $21,583.57 |
| CLEAN VENTURE INC<br>201 SOUTH FIRST ST.<br>ELIZABETH, NJ 07206 | Shapes/Arch Holdings LLC | $0.00 | 700 | $12,274.96 | $0.00 |
| CONSOLIDATED PLASTICS CO.<br>8181 DARROW ROAD<br>TWINSBURG, OH 44087-2375 | Shapes LLC | $707.45 | 0 | $0.00 | $0.00 |
| EKL MACHINE COMPANY<br>500 MILL ROAD<br>ANDALUSIA, PA 19020 | Shapes/Arch Holdings LLC | $14,503.50 | 584 | $38,790.00 | $14,503.50 |
| EMSOURCE, INC.<br>ATTN: DAVID H. CRITCHFIELD, PRES/CEO<br>P.O. BOX 17914<br>PORTLAND, ME 04112 | Shapes/Arch Holdings LLC | $0.00 | 423 | $5,000.00 | $0.00 |
| ESTES-EXPRESS LINES<br>ATTN CREDIT DEPARTMENT<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230-3962 | Shapes/Arch Holdings LLC | $0.00 | 206 | $19.28 | $0.00 |

*Approved by Judge Gloria M. Burns February 20, 2009*

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| | | $2,550.35 | 207 | $55,978.10 | $2,550.35 |
| FASTENAL COMPANY<br>ATTN JOHN MILEK, GENERAL COUNSEL<br>2001 THEURER BLVD<br>PO BOX 978<br>WINONA, MN 55987 | Shapes/Arch Holdings LLC | $5,122.70 | 318 | $3,240.74 | $2,371.89 |
| HAIN CAPITAL HOLDINGS LTD AD ASSIGNEE<br>OF SHANGAI HOUSING PRODUCTS CO LTD<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD, NJ 07070 | Shapes/Arch Holdings LLC | $40,331.26 | 840 | $40,331.26 | $15,181.34 |
| HESS CORPORATION<br>DIRECTOR OF RECEIVABLES MANAGEMENT<br>ONE HESS PLAZA<br>WOODBRIDGE, NJ 07095 | Shapes/Arch Holdings LLC | $2,332,850.83 | 458 | $2,584,385.68 | $2,294,877.62 |
| HONEYWELL INDUSTRY SOLUTIONS<br>ATTN ERIN PINTER<br>2500 WEST UNION HILLS DR<br>PHOENIX, AZ 85027 | Shapes/Arch Holdings LLC | $0.00 | 344 | $5,282.50 | $0.00 |
| IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>P.O. BOX 13708<br>MACON, GA 31208 | Shapes/Arch Holdings LLC | $993.94 | 780 | $3,864.11 | $993.94 |
| INDUSTRIAL WEIGHING SYSTEMS, INC.<br>ATTN SHERYL HAND, OFFICE MANAGER<br>3477 HADDONFIELD ROAD<br>PENNSAUKEN, NJ 08109 | Shapes/Arch Holdings LLC | $0.00 | 13 | $3,478.93 | $0.00 |
| INTERNATIONAL BUSINESS SYSTEMS<br>90 BLUE RAVINE ROAD<br>FOLSOM, CA 95630 | Ultra LLC | $0.00 | 671 | $2,183.75 | $0.00 |
| | | $0.00 | 722 | $2,183.75 | $0.00 |
| | | $34,579.75 | 186 | $59,820.10 | $34,579.75 |

3

*Approved by Judge Gloria M. Burns February 20, 2009*

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| J.T. REDDY INC.<br>ATTN WALTER MEYERS<br>CONTRACT ADMINSTRATOR<br>500 MARKET ST<br>PERTH AMBOY, NJ 08862 | Shapes/Arch Holdings LLC | $1,469.22 | 133 | $1,469.22 | $0.00 |
| KEYSTONE FIRE PROTECTION CO.<br>108 PARK DRIVE SUITE 3<br>MONTGOMERYVILLE, PA 18936 | Delair LLC | $0.00 | 726 | $3,343.02 | $0.00 |
| MANLINE OPTICAL<br>2910 RT 130N<br>ATTN CLIFF MANCINE<br>DELRAN, NJ 08075 | Shapes/Arch Holdings LLC | $2,622.95 | 99 | $3,129.95 | $2,622.95 |
| MELTON TRUCK LINES, INC.<br>ATTN: LISA M. FAGLEMAN<br>808 N 161ST E. AVE.<br>TULSA, OK 74116 | Shapes/Arch Holdings LLC | $122,151.71 | 395 | $139,960.66 | $122,151.71 |
| METLSAW SYSTEMS INC.<br>ATTN RICHARD SCHNABEL, CONTROLLER<br>2950 BAY VISTA COURT<br>BENICIA, CA 94510 | Shapes/Arch Holdings LLC | $4,495.81 | 228 | $4,495.81 | $0.00 |
| MID-ATLANTIC CNC, INC<br>ATTN GARY PROSCIA, VP FINANCE<br>260 EVANS WAY<br>BRANCHBURG, NJ 08876 | Shapes/Arch Holdings LLC | $7,068.65 | 338 | $23,576.80 | $7,068.65 |
| MIDWEST DRIVERS SOLUTION<br>DBA TRILLIUM STAFFING SOLUTIONS<br>ATTN SHEILA LOVETT, COLLECTIONS SPEC.<br>5555 GULL RD<br>KALAMAZOO, MI 49048 | Shapes/Arch Holdings LLC | $4,840.16 | 92 | $9,735.37 | $4,840.16 |
| PANITCH SCHWARZE BELISARIO & NADEL LLP<br>ATTN MARIE ALISON SANTINI<br>ONE COMMERCE SQUARE<br>2005 MARKET SUITE 2200<br>PHILADELPHIA, PA 19103 | Shapes/Arch Holdings LLC | $890.00 | 353 | $3,625.59 | $890.00 |

4

*Approved by Judge Gloria M. Burns February 20, 2009*

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| PENSKE TRUCK LEASING<br>ATTN KIRTIDA BHATT, BAD DEBT CLERK<br>PO BOX 563<br>READING, PA 19603 | Shapes/Arch Holdings LLC | $146,589.40 | 177 | $148,937.34 | $137,536.30 |
| PERFECT TRADE DEVELOPMENT CO<br>ROOM A, 7/12F.,<br>MAO TAI CENTURY TOWER<br>NO. 83 ZHONG HE BEI ROAD<br>HANGZHOU,<br>CHINA | Ultra LLC | $433,628.49 | 0 | $0.00 | $229,167.52 |
| PRECOAT METALS DIV. OF SEQUA CORPORATION<br>1310 PAPIN ST., 3RD FLR<br>ATTN: ROBERT BACHUZEWSKI<br>ST. LOUIS, MO 63103 | Delair LLC | $39,806.62 | 494 | $43,403.11 | $39,806.62 |
| PRINT TECH GRAPHICS, INC.<br>1165 HOLLOW RD.<br>NARBERTH, PA 19072 | Ultra LLC | $79.54 | 724 | $3,421.54 | $79.54 |
| PRO GROUP INC<br>PO BOX 6585<br>ENGLEWOOD, CO 80155 | Ultra LLC | $595.00 | 331 | $4,845.00 | $595.00 |
| PSK STEEL CORP.<br>ATTN PATRICIA J LYDIC, OFFICE MANAGER<br>PO BOX 308<br>HUBBARD, OH 44425 | Shapes/Arch Holdings LLC | $26,683.00 | 2 | $38,683.00 | $26,683.00 |
| QUENCH USA<br>DOLPHIN CAPITAL CORP<br>GRETCHEN SIMMONS<br>PO BOX 605<br>MOBERLY, MO 65270 | Ultra LLC | $283.82 | 94 | $2,024.91 | $283.82 |

*Approved by Judge Gloria M. Burns February 20, 2009*

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| QUENCH<br>DOLPHIN CAPITAL CORP<br>GRETCHEN SIMMONS, LITIGATION SPECIALIST<br>PO BOX 605<br>MOBERLY, MO 65270 | Delair LLC | $0.00 | 93 | $2,662.71 | $0.00 |
| REVENUE MANAGEMENT<br>TRANSFEROR: MATI SALES, LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Delair LLC | $3,988.90 | 515 | $7,565.15 | $2,901.10 |
| REVENUE MANAGEMENT<br>TRANSFEROR: WHARTON HARDWARE & SUPPLY CO<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Shapes/Arch Holdings LLC | $5,204.52 | 64 | $5,086.28 | $3,945.28 |
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27404 | Shapes/Arch Holdings LLC | $2,893.71 | 745 | $2,978.70 | $0.00 |
| TATE ENGINEERING SYSTEMS, INC<br>ATTN CAROL GRANDY, AR MANAGER<br>1560 CATON CENTER DRIVE<br>BALTIMORE, MD 21227 | Shapes/Arch Holdings LLC | $2,096.56 | 86 | $2,096.56 | $0.00 |
| TOTAL CARE NETWORK, INC<br>ATTN CHRISTINE M KNYSH, PRESIDENT / CEO<br>PENN TREATY PARK PLACE<br>1341 N DELAWARE AVE, SUITE 403<br>PHILADELPHIA, PA 19125-4300 | Shapes/Arch Holdings LLC | $1,630.00 | 330 | $1,620.00 | $0.00 |
| TPC WIRE & CABLE<br>ATTN BECKY JOHNSON, CREDIT SUPERVISOR<br>7061 E PLEASANT VALLEY RD<br>INDEPENDENCE, OH 44131 | Shapes/Arch Holdings LLC | $1,238.89 | 101 | $1,238.39 | $0.00 |

*Approved by Judge Gloria M. Burns February 20, 2009*

Shapes et al
Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | Scheduled Amount | CLAIM NUMBER | Filed Unsecured Claim | Claim Per Debtors' Updated Books & Records |
|---|---|---|---|---|---|
| TTI ENVIRONMENTAL INC.<br>ATTN WILLIAM DOLAN, CEO<br>1253 N CHURCH STREET<br>MOORESTOWN, NJ 08057 | Shapes/Arch Holdings LLC | $17,849.74 | 296 | $20,525.17 | $17,849.74 |
| UNEEDA BOLT & SCREW CO INC<br>10 CAPITOL DRIVE<br>ATTN: ELI BRICKMAN, PRES.<br>MOONACHIE, NJ 07074 | Shapes/Arch Holdings LLC | $126,985.68 | 777 | $149,217.14 | $126,985.68 |
| VISUMATIC INDUSTRIAL PRODUCTS, INC<br>ATTN HAROLD CUNNINGHAM, CFO<br>856 PORTER PLACE<br>LEXINGTON, KY 40508 | Shapes/Arch Holdings LLC | $7,125.50 | 153 | $9,451.50 | $7,125.50 |
| W.W. GRAINGER, INC.<br>ATTN ANNE GODZISZEWSKI<br>7300 N MELVINA AVE. M240<br>NILES, IL 60714-3998 | Shapes/Arch Holdings LLC | $3,036.64 | 313 | $8,095.90 | $3,036.64 |
| WINDOW DEPOT USA<br>ATTN JIM VENABLE, PRESIDENT<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211 | Accu-Weld LLC | $29,799.16 | 212 | $55,838.83 | $29,799.16 |
| WOODWARD PRINTING SERVICES<br>ATTN SHARON WELBORN<br>PO BOX 688<br>DUBUQUE, IA 52004-0688 | Shapes/Arch Holdings LLC | $0.00 | 265 | $5,950.31 | $0.00 |

7

*Approved by Judge Gloria M. Burns February 20, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: dfitzger              Page 1 of 1           Date Rcvd: Feb 23, 2009
Case: 08-14631                 Form ID: pdf903             Total Served: 1

The following entities were served by first class mail on Feb 25, 2009.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2009**                              **Signature:**  _/s/ Joseph Speetjens_