RALPH J. MARRA JR.
Acting United States Attorney
LEAH A. BYNON
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-297-2010
email: Leah.Bynon@usdoj.gov
LAB0321

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SHAPES/ARCH HOLDINGS L.L.C..,

　　　　Debtor(s),

Bankruptcy Case No. 08-14631

Chapter 11

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that LEAH A. BYNON, Assistant United States Attorney, of the United States Attorney's Office, District of New Jersey, hereby enters an appearance as counsel for United States of America, Customs and Border Protection ("CBP") in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that counsel be added to the mailing list, and that all notices and papers sent or served, or required to be sent or served under Rule 2002 be served upon counsel at the following address:

　　　　Leah A. Bynon
　　　　United States Attorney's Office
　　　　970 Broad Street, Suite 700
　　　　Newark, NJ 07102

　　　　　　　　　　　　RAPLH J. MARRA, JR.
　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　s/Leah A. Bynon
　　　　By:　　　　　　_____
　　　　　　　　　　　　LEAH A. BYNON
　　　　　　　　　　　　Assistant United States Attorney