| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>         Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER RESOLVING MOTION TO RECLASSIFY ADMINISTRATIVE CLAIM OF EULER HERMES ACI, AS ASSIGNEE OF RUSAL AMERICA CORP. TO GENERAL UNSECURED CLAIM**

**I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

1.    The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

2.    The signatures represented by the */s/ Jerrold N. Poslusny, Jr. and /s/ Michael Etkin* on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

3.    I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

4.    I will make the original consent order available for inspection upon request of the Court or any party in interest; and

5.    I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

                                                       */s/ Jerrold N. Poslusny, Jr.*
                                                  Mark E. Felger
                                                  Jerrold N. Poslusny, Jr.

Date: March 10, 2009