Order Filed on
**3/11/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Trust | |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>                            Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Hearing Date: March 23, 2009 |

**ORDER EXPUNGING AND/OR REDUCING CERTAIN CLAIMS AGAINST**
**THE DEBTORS**
**(Claim Numbers 37, 125, 175, 178, 192, 237, 238, 244, 245, 284,**
**299, 351, 366, 391, 416, 482, 485, 487, 491,**
**537, 595, 651, 711, 713, 716, 796, 781, 796, 824, 874, 900)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

**DATED: 3/11/2009**

| | |
|---|---|
| (Page 2) | |
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al*. |
| Case No: | 08-14631 (GMB) |
| Caption of Order: | ORDER EXPUNGING AND/OR REDUCING CERTAIN CLAIMS AGAINST THE DEBTORS (Claim Numbers 37, 125, 175, 178, 192, 237, 238, 244, 245, 284, 299, 351, 366, 391, 416, 482, 485, 487, 491, 537, 595, 651, 711, 713, 716, 796, 781, 796, 824, 874, 900) |

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion") for an Order expunging and/or reducing certain claims, as more fully set forth in the schedules annexed to the Application in support of the Motion, pursuant to Section 502 of title 11 of the United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure; and the Trust having agreed to withdraw its objection to claims of American Express Travel Related Services Co. Inc. Corp. Card, Cooper Electric Supply Co., New Penn Motor Express, and Waste Management, Inc.; and the Trust having agreed to adjourn the Motion with respect to the claims of Peco Energy Company, U.S. Customs and Border Protection and Yellow Transportation, Inc., and the other parties on the schedule annexed hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the Declaration of Irv Schwarzbaum in support of the Motion; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion; and appearing that the other parties on the exhibits hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED**, that the claims set forth on Exhibit A and Exhibit B annexed hereto and made a part hereof be, and hereby are, expunged and/or reduced as set forth therein.

*Approved by Judge Gloria M. Burns March 11, 2009*

# EXHIBIT A

*Approved by Judge Gloria M. Burns March 11, 2009*

Late Claim Exhibit

| CLAIMANT | DEBTOR | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Comments |
|---|---|---|---|---|---|
| FLATWORLD SOLUTIONS INC<br>LINCOLN BUILDING<br>60 EAST 52ND STREET, SUITE 1144<br>NEW YORK, NY 10165 | Shapes/Arch Holdings LLC | $0.00 | 713 | $2,554.13 | Filed After Bar Date - Late Claim |
| HI TECH GLASS & WINDOWS, INC.<br>423 W 27TH ST<br>ATTN: LEONARDO CORREA<br>HIALEAH, FL 33010 | Shapes/Arch Holdings LLC | $0.00 | 716 | $23,750.00 | Filed After Bar Date - Late Claim |

*Approved by Judge Gloria M. Burns March 11, 2009*

# EXHIBIT B

*Approved by Judge Gloria M. Burns March 11, 2009*

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| C H BRIGGS INC<br>ATTN DONNA J GUTHRIE, SR CREDIT ANALYST<br>PO BOX 15188<br>READING, PA 19612-5188 | Shapes/Arch Holdings LLC | 0 | $0.00 | 192 | $2,310.00 | $0.00 | |
| COMPANHIA INDUSTRIAL FLUMINENSE<br>SAO JOAO DEL REI<br>ATTN: EDMUNDO ALVES SOUZA<br>MINAS GERAIS,<br>BRAZIL | Shapes/Arch Holdings LLC | 0 | $0.00 | 482 | $32,965.35 | $0.00 | |
| DCFS TRUST<br>TRUSTEE PAYMENT DEPT #100301<br>PO BOX 55000<br>DETROIT, MI 48255-1003 | Shapes/Arch Holdings LLC | 0 | $0.00 | 824 | $41,789.38 | $0.00 | |
| ENERGYPLUS, LLC<br>ANDREW J. FLAME AND HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 NORTH MARKET STREET, SUITE 1000<br>WILMINGTON, DE 19801-1254 | Shapes LLC | 632007540 | $593,945.22 | 487 | $646,936.95 | $593,945.22 | |
| PPL ENERGYPLUS, LLC<br>ANDREW J. FLAME AND HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 NORTH MARKET STREET, SUITE 1000<br>WILMINGTON, DE 19801-1254 | Shapes LLC | | | 711 | $0.00 | $0.00 | Duplicate Same as Energy plus |
| | Shapes/Arch Holdings LLC | 0 | $0.00 | 391 | $646,936.95 | $0.00 | Duplicate Same as Energy plus |
| ESTHER WILLIAMS/EWL PRODUCTIONS<br>ANTHONY E. BELL, ESQ.<br>LAW OFFICES OF ANTHONY E. BELL, INC.<br>333 S. GRAND AVE. 25TH FLOOR<br>LOS ANGELES, CA 90071 | Shapes/Arch Holdings LLC | 0 | $0.00 | 595 | $43,271.00 | $0.00 | |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38116 | Shapes/Arch Holdings LLC | 634002010,<br>632003670 | $14,091.37 | 781 | $28,624.85 | $14,091.37 | |
| FEDEX FREIGHT EAST<br>M JEFF JONES SR. MGR CREDIT/COLLECTIONS<br>FEDEX FREIGHT<br>PO BOX 840<br>HARRISON, AR 72602-0840 | Shapes/Arch Holdings LLC | 635000540,<br>633001080 | $1,036.81 | 244 | $978.14 | $1,036.81 | |
| FEDEX FREIGHT WEST<br>M JEFF JONES SR. MGR CREDIT/COLLECTIONS<br>FEDEX FREIGHT<br>PO BOX 840<br>HARRISON, AR 72602-0840 | Shapes/Arch Holdings LLC | 0 | $0.00 | 245 | $75.71 | $0.00 | |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>WILLIAM G. WRIGHT, ESQ.<br>CAPEHART & SCATCHARD, P.A.<br>8000 MIDLANTIC DRIVE, SUITE 300<br>MT. LAUREL, NJ 08054 | Shapes/Arch Holdings LLC | 0 | $0.00 | 491 | $3,674.97 | $0.00 | |

1

*Approved by Judge Gloria M. Burns March 11, 2009*

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| GMAC<br>ATTN M. BOHEN, AGENT<br>PO BOX 130424<br>ROSEVILLE, MN 55113 | Delair LLC | 634000720 | $808.00 | 178 | $40,997.54 | $40,997.54 | |
| JAGUAR CREDIT CORPORATION<br>PO BOX 537950<br>LIVONIA, MI 48153-7950 | Shapes/Arch Holdings LLC | 632005070 | $1,758.00 | 284 | $13,185.00 | $1,758.00 | |
| JAQUAR CREDIT CORPORATE<br>PO BOX 537950<br>LIVONIA, MI 48153-7950 | Shapes/Arch Holdings LLC | 0 | $0.00 | 237 | $0.00 | $0.00 | Duplicate Claim |
| LONDON & SCANDINAVIAN METALLURGICAL CO. LTD. / ATTN DJE BEARE, FINANCIAL DIR.<br>FULLERTON ROAD<br>ROTHERHAM<br>SOUTH YORKSHIRE, S60 1DL<br>ENGLAND | Shapes/Arch Holdings LLC | 0 | $0.00 | 299 | $18,378.15 | $0.00 | |
| LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | Shapes/Arch Holdings LLC | 0 | $0.00 | 238 | $349.80 | $0.00 | |
| MATERIAL SCIENCES CORPORATION<br>2200 E PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007 | Shapes/Arch Holdings LLC | 0 | $0.00 | 796 | $23,828.27 | $0.00 | |
| NATIONAL CITY COMMERCIAL CAPITAL CO. LLC<br>LISA M MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | Accu-Weld LLC | 0 | $0.00 | 874 | $143,365.67 | $0.00 | Duplicate Claim |
| NATIONAL CITY COMMERCIAL CAPITAL CO.,LLC<br>ATTN: LISA M. MOORE<br>995 DALTON AVE.<br>CINCINNATI, OH 45203 | Accu-Weld LLC | 635001030 | $0.00 | 651 | $129,356.51 | $0.00 | Duplicate Claim |
| | | | $0.00 | 900 | $143,365.67 | $43,365.67 | |
| NORTHERN MARKETING<br>14-16 BROWN STREET<br>SALEM, MA 01970 | Shapes/Arch Holdings LLC | 0 | $0.00 | 485 | $13,115.40 | $0.00 | |
| PENN-AIR & HYDRAULICS CORP.<br>ATTN ROBERT H RHEIN, PRESIDENT & COO<br>1750 INDUSTRIAL HIGHWAY<br>YORK, PA 17402 | Shapes/Arch Holdings LLC | 0 | $0.00 | 125 | $2,520.62 | $0.00 | |
| PREMIER WINDOWS INC.<br>P.O. BOX 62<br>ATTN: JAMIE CAUDILL, PRESIDENT<br>THURMOND, NC 28683 | Shapes/Arch Holdings LLC | 0 | $0.00 | 537 | $57,406.00 | $0.00 | |
| QUAKER CITY CHEMICALS<br>7360 MILNOR STREET<br>PHILADELPHIA, PA 19136 | Shapes/Arch Holdings LLC | 0 | $0.00 | 37 | $0.00 | $0.00 | |
| SAINT-GOBAIN TECHNICAL FABRICS (BAYFORM)<br>ATTN MARILYN A WOOMER, CR MGR<br>1795 BASELINE RD<br>GRAND ISLAND, NY 14072 | Shapes/Arch Holdings LLC | 0 | $0.00 | 175 | $8,038.05 | $0.00 | |

*Approved by Judge Gloria M. Burns March 11, 2009*

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| UNITED STATES POSTAL SERVICE<br>ATTN STEVEN SCHATZ, USPS<br>2825 LONE OAK PKWY<br>EAGAN, MN 22121-9672 | Shapes/Arch Holdings LLC | 0 | $0.00 | 351 | $975.00 | $0.00 | |
| VW CREDIT, INC.<br>ATTN JOE M LOZANO, JR.<br>PO BOX 829009<br>DALLAS, TX 75382-9009 | Ultra LLC | 633003470 | $785.00 | 416 | $36,918.95 | $785.00 | |
| | | | | 366 | $0.00 | $0.00 | Duplicate |
| WELLS FARGO EQUIPMENT FINANCE<br>1540 WEST FOUNTAINHEAD PKWY<br>TMEPE, AZ 85282 | Shapes LLC | 632010390 | $1,620.44 | 0 | $0.00 | $0.00 | Paid Post Petition |

3

*Approved by Judge Gloria M. Burns March 11, 2009*