Order Filed on
**3/11/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Trust | |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns |

**ORDER AMENDING ORDER ENTERED ON FEBRUARY 20, 2009 REDUCING
CERTAIN CLAIMS [DOC. NO. 792]**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 3/11/2009**

_____
Honorable Gloria M. Burns
United States Bankruptcy Court Judge

45765/0003-5403829v2

(Page 2)
Debtor:             SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No:            08-14631 (GMB)
Caption of Order:   ORDER AMENDING ORDER ENTERED ON FEBRUARY 20, 2009
                    REDUCING CERTAIN CLAIMS [DOC. NO. 792]

---

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion") for an Order reducing certain claims, as more fully set forth in the schedules annexed to the Application in support of the Motion, pursuant to Section 502 of title 11 of the United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure [Doc. No. 754]; and the Court having entered an Order granting the Motion on February 20, 2009 [Doc. No. 792] (the "February 20 Order"); and it appearing that the claim of Acme Corrugated Box Co., Inc. ("Acme"), claim number 155, inadvertently was reduced pursuant to the February 20 Order; and it further appearing that the Trust, by and through the Class 10 Liquidation Trustee has agreed to withdraw its objection to Acme's claim; and for good cause shown, it is

ORDERED, that the February 20 Order hereby is amended to provide that the Trust's objection to the claim of Acme is withdrawn; and it is further

ORDERED, that Acme shall have an allowed Class 10 claim in the amount of $13,271.04.

45765/0003-5403829v2

*Approved by Judge Gloria M. Burns March 11, 2009*