Order Filed on
**3/11/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Trust

In Re:

SHAPES/ARCH HOLDINGS L.L.C., *et al.*,

                                        Debtors.

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Gloria M. Burns

Hearing Date: March 23, 2009

**ORDER EXPUNGING AND/OR REDUCING CERTAIN CLAIMS AGAINST
THE DEBTORS
(Claim Numbers 37, 125, 175, 178, 192, 237, 238, 244, 245, 284,
299, 351, 366, 391, 416, 482, 485, 487, 491,
537, 595, 651, 711, 713, 716, 796, 781, 796, 824, 874, 900)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Honorable Gloria M Burns
United States Bankruptcy Court Judge

**DATED: 3/11/2009**

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al*. |
| Case No: | 08-14631 (GMB) |
| Caption of Order: | ORDER EXPUNGING AND/OR REDUCING CERTAIN CLAIMS AGAINST THE DEBTORS (Claim Numbers 37, 125, 175, 178, 192, 237, 238, 244, 245, 284, 299, 351, 366, 391, 416, 482, 485, 487, 491, 537, 595, 651, 711, 713, 716, 796, 781, 796, 824, 874, 900) |

The Class 10 Liquidation Trust (the "<u>Trust</u>") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned debtors and debtors-in-possession, having filed a motion (the "<u>Motion</u>") for an Order expunging and/or reducing certain claims, as more fully set forth in the schedules annexed to the Application in support of the Motion, pursuant to Section 502 of title 11 of the United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure; and the Trust having agreed to withdraw its objection to claims of American Express Travel Related Services Co. Inc. Corp. Card, Cooper Electric Supply Co., New Penn Motor Express, and Waste Management, Inc.; and the Trust having agreed to adjourn the Motion with respect to the claims of Peco Energy Company, U.S. Customs and Border Protection and Yellow Transportation, Inc., and the other parties on the schedule annexed hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the Declaration of Irv Schwarzbaum in support of the Motion; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion; and appearing that the other parties on the exhibits hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED**, that the claims set forth on Exhibit A and Exhibit B annexed hereto and made a part hereof be, and hereby are, expunged and/or reduced as set forth therein.

*Approved by Judge Gloria M. Burns March  11, 2009*

# EXHIBIT A

*Approved by Judge Gloria M. Burns March  11, 2009*

Late Claim
Exhibit

| CLAIMANT | DEBTOR | SCHEDULED AMOUNT | | CLAIM NUMBER | Filed Unsecured Claim | Comments |
|----------|--------|-----------------:|--|:------------:|----------------------:|----------|
| FLATWORLD SOLUTIONS INC<br>LINCOLN BUILDING<br>60 EAST 52ND STREET, SUITE 1144<br>NEW YORK, NY 10165 | Shapes/Arch Holdings LLC | $0.00 | | 713 | $2,554.13 | Filed After Bar Date - Late Claim |
| HI TECH GLASS & WINDOWS, INC.<br>423 W 27TH ST<br>ATTN: LEONARDO CORREA<br>HIALEAH, FL 33010 | Shapes/Arch Holdings LLC | $0.00 | | 716 | $23,750.00 | Filed After Bar Date - Late Claim |

*Approved by Judge Gloria M. Burns March  11, 2009*

# EXHIBIT B

*Approved by Judge Gloria M. Burns March  11, 2009*

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| C H BRIGGS INC<br>ATTN DONNA J GUTHRIE, SR CREDIT ANALYST<br>PO BOX 15188<br>READING, PA 19612-5188 | Shapes/Arch Holdings LLC | 0 | $0.00 | 192 | $2,310.00 | $0.00 | |
| COMPANHIA INDUSTRIAL FLUMINENSE<br>SAO JOAO DEL REI<br>ATTN: EDMUNDO ALVES SOUZA<br>MINAS GERAIS,<br>BRAZIL | Shapes/Arch Holdings LLC | 0 | $0.00 | 482 | $32,965.35 | $0.00 | |
| DCFS TRUST<br>TRUSTEE PAYMENT DEPT #100301<br>PO BOX 55000<br>DETROIT, MI 48255-1003 | Shapes/Arch Holdings LLC | 0 | $0.00 | 824 | $41,789.38 | $0.00 | |
| ENERGYPLUS, LLC<br>ANDREW J. FLAME AND HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 NORTH MARKET STREET, SUITE 1000<br>WILMINGTON, DE 19801-1254 | Shapes LLC | 632007540 | $593,945.22 | 487 | $646,936.95 | $593,945.22 | |
| PPL ENERGYPLUS, LLC<br>ANDREW J. FLAME AND HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 NORTH MARKET STREET, SUITE 1000<br>WILMINGTON, DE 19801-1254 | Shapes LLC | | | 711 | $0.00 | $0.00 | Duplicate Same as Energy plus |
| | Shapes/Arch Holdings LLC | 0 | $0.00 | 391 | $646,936.95 | $0.00 | Duplicate Same as Energy plus |
| ESTHER WILLIAMS/EWL PRODUCTIONS<br>ANTHONY E. BELL, ESQ.<br>LAW OFFICES OF ANTHONY E. BELL, INC.<br>333 S. GRAND AVE. 25TH FLOOR<br>LOS ANGELES, CA 90071 | Shapes/Arch Holdings LLC | 0 | $0.00 | 595 | $43,271.00 | $0.00 | |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38116 | Shapes/Arch Holdings LLC | 634002010,<br>632003670 | $14,091.37 | 781 | $28,624.85 | $14,091.37 | |
| FEDEX FREIGHT EAST<br>M JEFF JONES SR. MGR CREDIT/COLLECTIONS<br>FEDEX FREIGHT<br>PO BOX 840<br>HARRISON, AR 72602-0840 | Shapes/Arch Holdings LLC | 635000540,<br>633001080 | $1,036.81 | 244 | $978.14 | $1,036.81 | |
| FEDEX FREIGHT WEST<br>M JEFF JONES SR. MGR CREDIT/COLLECTIONS<br>FEDEX FREIGHT<br>PO BOX 840<br>HARRISON, AR 72602-0840 | Shapes/Arch Holdings LLC | 0 | $0.00 | 245 | $75.71 | $0.00 | |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>WILLIAM G. WRIGHT, ESQ.<br>CAPEHART & SCATCHARD, P.A.<br>8000 MIDLANTIC DRIVE, SUITE 300<br>MT. LAUREL, NJ 08054 | Shapes/Arch Holdings LLC | 0 | $0.00 | 491 | $3,674.97 | $0.00 | |

*Approved by Judge Gloria M. Burns March  11, 2009*

Books Records Objection
Exhibit

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| GMAC ATTN M. BOHEN, AGENT PO BOX 130424 ROSEVILLE, MN 55113 | Delair LLC | 634000720 | $808.00 | 178 | $40,997.54 | $40,997.54 | |
| JAGUAR CREDIT CORPORATION PO BOX 537950 LIVONIA, MI 48153-7950 | Shapes/Arch Holdings LLC | 632005070 | $1,758.00 | 284 | $13,185.00 | $1,758.00 | |
| JAQUAR CREDIT CORPORATE PO BOX 537950 LIVONIA, MI 48153-7950 | Shapes/Arch Holdings LLC | 0 | $0.00 | 237 | $0.00 | $0.00 | Duplicate Claim |
| LONDON & SCANDINAVIAN METALLURGICAL CO. LTD. / ATTN DJE BEARE, FINANCIAL DIR. FULLERTON ROAD ROTHERHAM SOUTH YORKSHIRE, 560 1DL ENGLAND | Shapes/Arch Holdings LLC | 0 | $0.00 | 299 | $18,378.15 | $0.00 | |
| LOUISIANA DEPARTMENT OF REVENUE PO BOX 66658 BATON ROUGE, LA 70896 | Shapes/Arch Holdings LLC | 0 | $0.00 | 238 | $349.80 | $0.00 | |
| MATERIAL SCIENCES CORPORATION 2200 E PRATT BLVD ELK GROVE VILLAGE, IL 60007 | Shapes/Arch Holdings LLC | 0 | $0.00 | 796 | $23,828.27 | $0.00 | |
| NATIONAL CITY COMMERCIAL CAPITAL CO. LLC LISA M MOORE, VICE PRESIDENT 995 DALTON AVENUE CINCINNATI, OH 45203 | Accu-Weld LLC | 0 | $0.00 | 874 | $143,365.67 | $0.00 | Duplicate Claim |
| NATIONAL CITY COMMERCIAL CAPITAL CO.,LLC ATTN: LISA M. MOORE 995 DALTON AVE. CINCINNATI, OH 45203 | Accu-Weld LLC | 635001030 | $0.00 | 651 | $129,356.51 | $0.00 | Duplicate Claim |
| | | | $0.00 | 900 | $143,365.67 | $43,365.67 | |
| NORTHERN MARKETING 14-16 BROWN STREET SALEM, MA 01970 | Shapes/Arch Holdings LLC | 0 | $0.00 | 485 | $13,115.40 | $0.00 | |
| PENN-AIR & HYDRAULICS CORP. ATTN ROBERT H RHEIN, PRESIDENT & COO 1750 INDUSTRIAL HIGHWAY YORK, PA 17402 | Shapes/Arch Holdings LLC | 0 | $0.00 | 125 | $2,520.62 | $0.00 | |
| PREMIER WINDOWS INC. P.O. BOX 62 ATTN: JAMIE CAUDILL, PRESIDENT THURMOND, NC 28683 | Shapes/Arch Holdings LLC | 0 | $0.00 | 537 | $57,406.00 | $0.00 | |
| QUAKER CITY CHEMICALS 7360 MILNOR STREET PHILADELPHIA, PA 19136 | Shapes/Arch Holdings LLC | 0 | $0.00 | 37 | $0.00 | $0.00 | |
| SAINT-GOBAIN TECHNICAL FABRICS (BAYFORM) ATTN MARILYN A WOOMER, CR MGR 1795 BASELINE RD GRAND ISLAND, NY 14072 | Shapes/Arch Holdings LLC | 0 | $0.00 | 175 | $8,038.05 | $0.00 | |

*Approved by Judge Gloria M. Burns March  11, 2009*

| CLAIMANT | DEBTOR | SCHEDULE NUMBER | SCHEDULED AMOUNT | CLAIM NUMBER | Filed Unsecured Claim | Surviving Reduced Claim | Comments |
|---|---|---|---|---|---|---|---|
| UNITED STATES POSTAL SERVICE<br>ATTN STEVEN SCHATZ, USPS<br>2825 LONE OAK PKWY<br>EAGAN, MN 22121-9672 | Shapes/Arch Holdings LLC | 0 | $0.00 | 351 | $975.00 | $0.00 | |
| VW CREDIT, INC.<br>ATTN JOE M LOZANO, JR.<br>PO BOX 829009<br>DALLAS, TX 75382-9009 | Ultra LLC | 633003470 | $785.00 | 416 | $36,918.95 | $785.00 | |
| | | | | 366 | $0.00 | $0.00 | Duplicate |
| WELLS FARGO EQUIPMENT FINANCE<br>1540 WEST FOUNTAINHEAD PKWY<br>TMEPE, AZ 85282 | Shapes LLC | 632010390 | $1,620.44 | 0 | $0.00 | $0.00 | Paid Post Petition |

*Approved by Judge Gloria M. Burns March  11, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1        User: dfitzger         Page 1 of 1              Date Rcvd: Mar 12, 2009
Case: 08-14631              Form ID: pdf903        Total Served: 1

The following entities were served by first class mail on Mar 14, 2009.
db          +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2009**              **Signature:**    _Joseph Speetjens_