| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>                  Debtors. |

Case No. 08-14631 (GMB)
(Jointly Administered)

Judge: Gloria M. Burns

Chapter: 11

**STIPULATION AND ORDER BETWEEN SHAPES/ARCH HOLDINGS L.L.C. ET AL AND ARROWOOD INDEMNITY COMPANY (F/K/A ROYAL INDEMNITY COMPANY)**

**I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

1. The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

2. The signatures represented by the */s/ Jerrold N. Poslusny, Jr. and /s/ John M. Flynn, Esq.* on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

3. I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

4. I will make the original consent order available for inspection upon request of the Court or any party in interest; and

5. I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

                                               */s/ Jerrold N. Poslusny, Jr.*
                                               Mark E. Felger
                                               Jerrold N. Poslusny, Jr.

Date: March 18, 2009