**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>Chapter 11<br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                          )   SS.:
COUNTY OF BERGEN    )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On March 12, 2009, I caused to be served a true copy of the *Order Expunging and/or Reducing Certain Claims Against the Debtors (Third Omnibus Objection),* which was

signed by the Honorable Gloria M. Burns on March 11, 2009, *via first class mail,* on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

     3.     All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                  */s/ Cynthia Braden*
                                                  CYNTHIA BRADEN

Sworn and subscribed to before me
this 20th day of March, 2009.

*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

45765/0003-5392766v1

**SHAPES/ARCH HOLDINGS L.L.C.,** *et al*
**CASE NO. 08-14631 (GMB)**

**SERVICE LIST**

AMERICAN EXPRESS TRAVEL RELATED SVCS
CO INC CORP CARD - C/O BECKET & LEE LLP
ATTN: KENNETH W. KLEPPINGER, ESQ.
P.O. BOX 3001
MALVERN, PA 19355-0701

C H BRIGGS INC
ATTN DONNA J GUTHRIE, SR CREDIT ANALYST
PO BOX 15188
READING, PA 19612-5188

COMPANHIA INDUSTRIAL FLUMINENSE
SAO JOAO DEL REI
ATTN: EDMUNDO ALVES SOUZA
MINAS GERAIS,
BRAZIL

COOPER ELECTRIC SUPPLY CO.
70 APPLE ST
TINTON FALLS, NJ 07724

COOPER ELECTRIC SUPPLY CO.
ATTN DIANE M BERESFORD
C/O NORD & DEMAIO
190 HWY 18 SUITE 201
EAST BRUNSWICK, NJ 08816

COOPER ELECTRIC SUPPLY CO.
C/O NORD & DEMAIO
190 HIGHWAY 18, SUITE 201
EAST BRUNSWICK, NJ 08816

DCFS TRUST
TRUSTEE PAYMENT DEPT #100301
PO BOX 55000
DETROIT, MI 48255-1003

45765-0003-5315604v1

ENERGYPLUS, LLC
c/o ANDREW J. FLAME AND HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 NORTH MARKET STREET, SUITE 1000
WILMINGTON, DE 19801-1254

PPL ENERGYPLUS, LLC
c/o ANDREW J. FLAME AND HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 NORTH MARKET STREET, SUITE 1000
WILMINGTON, DE 19801-1254

ESTHER WILLIAMS/EWL PRODUCTIONS
ANTHONY E. BELL, ESQ.
LAW OFFICES OF ANTHONY E. BELL, INC.
333 S. GRAND AVE. 25TH FLOOR
LOS ANGELES, CA 90071

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE RECOVERY/BANKRUPTCY
3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR
MEMPHIS, TN 38116

FEDEX FREIGHT EAST
M JEFF JONES SR. MGR CREDIT/COLLECTIONS
FEDEX FREIGHT
PO BOX 840
HARRISON, AR 72602-0840

FEDEX FREIGHT WEST
M JEFF JONES SR. MGR CREDIT/COLLECTIONS
FEDEX FREIGHT
PO BOX 840
HARRISON, AR 72602-0840

GENERAL ELECTRIC CAPITAL CORPORATION
WILLIAM G. WRIGHT, ESQ.
CAPEHART & SCATCHARD, P.A.
8000 MIDLANTIC DRIVE, SUITE 300
MT. LAUREL, NJ 08054

2

GMAC
ATTN M. BOHEN, AGENT
PO BOX 130424
ROSEVILLE, MN 55113

JAGUAR CREDIT CORPORATION
PO BOX 537950
LIVONIA, MI 48153-7950

JAQUAR CREDIT CORPORATE
PO BOX 537950
LIVONIA, MI 48153-7950

LONDON & SCANDINAVIAN METALLURGICAL CO.
LTD. / ATTN DJE BEARE, FINANCIAL DIR.
FULLERTON ROAD
ROTHERHAM
SOUTH YORKSHIRE, 560 1DL
ENGLAND

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 66658
BATON ROUGE, LA 70896

MATERIAL SCIENCES CORPORATION
2200 E PRATT BLVD
ELK GROVE VILLAGE, IL 60007

NATIONAL CITY COMMERCIAL CAPITAL CO. LLC
LISA M MOORE, VICE PRESIDENT
995 DALTON AVENUE
CINCINNATI, OH 45203

NATIONAL CITY COMMERCIAL CAPITAL CO. LLC
ATTN: LISA M. MOORE
995 DALTON AVE.
CINCINNATI, OH 45203

NEW PENN MOTOR EXPRESS
ATTN ACCOUNT ANALYST
625 S 5TH AVENUE
PO BOX 630
LEBANON, PA 17042

3

NORTHERN MARKETING
14-16 BROWN STREET
SALEM, MA 01970

PECO ENERGY COMPANY
ATTN: MICHAEL P. MURPHY, S222-1
2301 MARKET STREET
PHILADELPHIA, PA 19103

PENN-AIR & HYDRAULICS CORP.
ATTN ROBERT H RHEIN, PRESIDENT & COO
1750 INDUSTRIAL HIGHWAY
YORK, PA 17402

PREMIER WINDOWS INC.
P.O. BOX 62
ATTN: JAMIE CAUDILL, PRESIDENT
THURMOND, NC 28683

QUAKER CITY CHEMICALS
7360 MILNOR STREET
PHILADELPHIA, PA 19136

SAINT-GOBAIN TECHNICAL FABRICS (BAYFORM)
ATTN MARILYN A WOOMER, CR MGR
1795 BASELINE RD
GRAND ISLAND, NY 14072

U.S. CUSTOMS AND BORDER PROTECTION
ATTN: REVENUE DIVISION, BANKRUPTCY TEAM
6650 TELECOM DRIVE, SUITE 100
INDIANAPOLIS, IN 46278

UNITED STATES POSTAL SERVICE
ATTN STEVEN SCHATZ, USPS
2825 LONE OAK PKWY
EAGAN, MN 22121-9672

VW CREDIT, INC.
ATTN JOE M LOZANO, JR.
PO BOX 829009
DALLAS, TX 75382-9009

WASTE MANAGEMENT
ATTN KINYASHA MARTIN
BANKRUPTCY SPECIALIST
2421 W PEORIA AVE SUITE 110
PHOENIX, AZ 85029

WASTE MANAGEMENT
C/O JACQUOLYN MILLS
1001 FANNIN, STE 4000
HOUSTON, TX 77002

WELLS FARGO EQUIPMENT FINANCE
1540 WEST FOUNTAINHEAD PKWY
TEMPE, AZ 85282

YELLOW TRANSPORTATION, INC.
10990 ROE AVE
OVERLAND PARK, KS 66211

FLATWORLD SOLUTIONS INC
LINCOLN BUILDING
60 EAST 52ND STREET, SUITE 1144
NEW YORK, NY 10165

HI TECH GLASS & WINDOWS, INC.
423 W 27TH ST
ATTN: LEONARDO CORREA
HIALEAH, FL 33010

45765-0003-5315604v1