**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
  A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 910-5000
(856) 910-5075 (fax)

Attorneys for the Debtors

|  |  |
|---|---|
| In re:<br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br>    Debtors. | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>: CHAPTER 11<br>:<br>: CASE NO. 08-14631 (GMB)<br>:<br>: |

## CASE CLOSING NOTICE

TO THE CLASS 10 LIQUIDATION TRUSTEE
AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that pursuant to the Order of the Bankruptcy Court for the District of New Jersey (the "<u>Court</u>") Confirming (the "<u>Confirmation Order</u>") the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization, as modified (the "<u>Plan</u>")[1], Shapes/Arch Holdings L.L.C. and its related reorganized debtor entities (collectively the "<u>Debtors</u>"),[2] hereby give notice pursuant to Section 11.6(a) of the Plan, that the Debtors have performed all of their duties necessary to substantially consummate the Plan.

**PLEASE TAKE NOTICE** that pursuant to Section 11.6(b) of the Plan, in the event the Liquidation Trustee requires that one or more of these cases remain open, the Quarterly Fees

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings subscribed to them in the Plan.

[2] In addition to Shapes/Arch Holdings L.L.C. ("<u>Shapes/Arch</u>"), the following entities, all of which are wholly owned subsidiaries of Shapes/Arch, are the Debtors in these Chapter 11 Cases: Shapes L.L.C. ("<u>Shapes</u>"); Delair L.L.C. ("<u>Delair</u>"); Accu-Weld L.L.C. ("<u>Accu-Weld</u>"); and Ultra L.L.C. ("<u>Ultra</u>").

incurred beginning April 1, 2009, through closing of these cases, shall be paid solely by the Class 10 Liquidation Trustee from the assets of the Liquidation Trust.

Dated: March 23, 2009                                    COZEN O'CONNOR, PC

                                               By:    /s/ Jerrold N. Poslusny, Jr.
                                                      Mark E. Felger
                                                      Jerrold N. Poslusny, Jr.

                                                      Attorneys for the Debtors