UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GREENBERG TRAURIG, LLP**
200 Park Avenue
Florham Park, New Jersey  07932
Telephone:  (973) 443-3543
Facsimile:  (973) 295-1333
Alan J. Brody, Esq.

*Attorneys for the Reorganized Debtors*

In re:

SHAPES/ARCH HOLDINGS L.L.C., *et al*.

                    Debtors.

Case No. 08-14631 (GMB)
(Jointly Administered)

Chapter 11

Judge:  Gloria M. Burns

## CERTIFICATE OF CONSENT REGARDING CONSENT ORDER RESOLVING OBJECTION TO THE ADMINISTRATIVE CLAIM OF STEVEN GRABELL

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order

submitted to the Court, the following conditions have been met:

1.      The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

2.      The signatures represented by the */s/ Alan J. Brody* and */s/ Ashely M. Chan* on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

3.      I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

4.      I will make the original consent order available for inspection upon request of the Court or any party in interest; and

5.      I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

By:  /s/ Alan J. Brody
                    Alan J. Brody

Date:  March 25, 2009
*NJ 226,643,378v1*