| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MARK E. FELGER (MF9985)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., et al.,<br><br>           Debtors. | Case No. 08-14631(GMB)<br><br>Judge: Gloria M. Burns<br><br>Chapter:  11 |

Order Filed on 3/24/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

### ORDER RECLASSIFYING CLAIM OF ERIC S. LABOZ

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 3/24/2009**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Reclassifying Claim of Eric S. Laboz

---

Upon consideration of the above-captioned debtors' (the "Debtors")[1] objection (the "Objection") seeking an order Reclassifying the Claim of Eric S. Laboz ("Laboz"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1. That the Objection is SUSTAINED as set forth herein.

2. That Laboz's proof of claim identified as claim no. 614 on the claims register is reclassified as a priority claim in the amount of $10,950, and a Class 10 general unsecured claim in the amount of $5,423.

3. That the Debtors shall pay the allowed priority claim within 15 days of entry of this Order.

4. That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\503646\1  226314.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

*Approved by Judge Gloria M. Burns March 24, 2009*