UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MARK E. FELGER (MF9985)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**COZEN O'CONNOR**
 A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

Debtors.

Case No. 08-14631(GMB)

Judge: Gloria M. Burns

Chapter:  11

Order Filed on
**3/24/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

## <u>ORDER RECLASSIFYING CLAIM OF ERIC S. LABOZ</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 3/24/2009**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page 2

Shapes/Arch Holdings L.L.C., et al.

Case No. 08-14631 (GMB)

Order Reclassifying Claim of Eric S. Laboz

Upon consideration of the above-captioned debtors' (the "Debtors")[1] objection (the "Objection") seeking an order Reclassifying the Claim of Eric S. Laboz ("Laboz"), any responses or objections thereto, notice of the Motion appearing appropriate, and for cause shown, it is hereby **ORDERED**:

1.      That the Objection is SUSTAINED as set forth herein.

2.      That Laboz's proof of claim identified as claim no. 614 on the claims register is reclassified as a priority claim in the amount of $10,950, and a Class 10 general unsecured claim in the amount of $5,423.

3.      That the Debtors shall pay the allowed priority claim within 15 days of entry of this Order.

4.      That the Debtors' and the Class 10 Liquidating Trustee's rights to file other objections to claims, including those claims referenced in this Objection is hereby fully reserved.

CHERRY_HILL\503646\1  226314.000

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Objection.

2

*Approved by Judge Gloria M. Burns March  24, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1        User: dfitzger         Page 1 of 1          Date Rcvd: Mar 25, 2009
Case: 08-14631             Form ID: pdf903        Total Served: 1

The following entities were served by first class mail on Mar 27, 2009.
db         +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2009**                    **Signature:**   _Joseph Speetjens_