## CERTIFICATE OF SERVICE

Re:  Shapes/Arch Holdings, L.L.C.
     Docket No.: 08-14631

I, Lynn M. McCarthy, a Legal Assistant for the U.S. Attorney's Office, District of New Jersey, hereby certify that on 27th March 2009, I served a copy of the Answer of the U.S. Customs and Border Protection (" CBP") Regarding Motion by the Class 10 Liquidations Trust's Third Omnibus Objections to Claims by First Class Mail upon:

Donna H. Lieberman, Esq.
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, New York 10022

I certify under penalty of perjury that the foregoing is true and correct.

Executed on the 27th day of March 2009.

Lynn M. McCarthy
Legal Assistant