Order Filed on
**3/30/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>MARK E. FELGER (MF9985)<br>JERROLD N. POSLUSNY, JR. (JP7140)<br>COZEN O'CONNOR<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002<br>(856) 910-5000<br>Attorneys for the Debtors |

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., <u>et al.</u>,<br><br>                    Debtors. | CHAPTER 11<br><br><br>CASE NO. 08-14631 (GMB)<br>(Jointly Administered) |

## ORDER CLOSING CASES

The relief set forth on the following pages, numbered two through three, is hereby **ORDERED**.

**DATED: 3/30/2009**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

**Page 2**

Shapes/Arch Holdings, L.L.C., et al.

Case No. 08-14631 (GMB)

Order Closing Cases

---

Upon consideration of the Court's Notice of Intention to Close Case Pursuant to D.N.J.

LBR 3022-1(a), the responses thereto, it appearing that the Debtors have completed their

administration of these cases pursuant to the Plan, and good cause appearing, therefore, it is

ORDERED:

1.    That the following Chapter 11 cases are closed:

Shapes LLC (case no. 08-14632)

Ultra LLC (case no. 08-14633)

Delair LLC (case no. 08-14634)

Accu-Weld LLC (case no. 08-14635)

2.    That the Clerk shall docket this Order in each of the above-referenced cases.

3.    That the Chapter 11 case of Shapes/Arch (case no. 08-14631) shall remain open.

4.    That pursuant to Section 11.6(b) of the Third Amended Plan, the Liquidation

Trustee will be responsible for any and all statutory fees due pursuant to 28 U.S.C. § 1930(a)(6),

beginning April 1, 2009 through the date that the Shapes/Arch case is closed.

5.    That within fifteen (15) days following entry of this Order, Shapes, Ultra, Delair

and Accu-Weld shall file the post-confirmation quarterly report for the first quarter of 2009 (the

"Quarterly Fee Statement") with the Office of the United States Trustee (the "US Trustee") and

pay any and all statutory fees due pursuant to 28 U.S.C. § 1930(a)(6) within ten (10) days of

filing the Quarterly Fee Statement with the Office of the United States Trustee.

*Approved by Judge Gloria M. Burns March  30, 2009*

**Page 3**

Shapes/Arch Holdings, L.L.C., et al.

Case No. 08-14631 (GMB)

Order Closing Cases

_____

      6.     Should the Debtors fail to comply with this Order, the cases will be reopened upon the submission of a certificate of default by the Acting United States Trustee, by and through counsel, on five (5) days notice to the Debtors and Debtors' counsel, without the need for filing a separate motion to reopen this case.  The Debtors consent to the reopening of the cases pursuant to the procedure set forth herein.

CHERRY_HILL\520521\1  226314.000

*Approved by Judge Gloria M. Burns March  30, 2009*