UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Liquidation Trust

In re:

SHAPES/ARCH HOLDINGS L.L.C., *et al*.,

                                    Debtors.

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Hon. Gloria M. Burns

Hearing Date: March 23, 2009

**ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST A FURTHER**
**EXTENSION OF TIME TO FILE OBJECTIONS TO UNSECURED CLAIMS**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 3/30/2009**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Order Filed on
**3/30/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

45765/0003-5376833v1

(Page 2)

Debtor:               SHAPES/ARCH HOLDINGS L.L.C., *et al.*

Case No.              08-14631

Caption of Order:     ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST A
                      FURTHER EXTENSION OF TIME TO FILE OBJECTIONS TO
                      UNSECURED CLAIMS

THIS MATTER having been opened to the Court by the Class 10 Liquidation Trust of Shapes/Arch Holdings, L.L.C., *et al.* (the "Trust"), the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion) for an order granting the Trust a further extension of time to file objections to unsecured claims; and good and sufficient notice of the hearing on the Motion having been provided to all parties-in-interest, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the moving papers, the opposition thereto, if any, and the arguments of counsel, if any; and the Court having determined that good cause exists for the entry of this Order;

IT IS ORDERED as follows:

1.      The deadline by which the Trust has to object to unsecured claims in these cases be and hereby is extended to and including May 29, 2009.

2.      A true copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

45765/0003-5376833v1

*Approved by Judge Gloria M. Burns March  30, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1        User: dfitzger        Page 1 of 1          Date Rcvd: Mar 30, 2009
Case: 08-14631              Form ID: pdf903       Total Served: 1


The following entities were served by first class mail on Apr 01, 2009.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 01, 2009**                     **Signature:**   _Joseph Speetjens_