Order Filed on
3/30/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARK E. FELGER (MF9985)
JERROLD N. POSLUSNY, JR. (JP7140)
COZEN O'CONNOR
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
Attorneys for the Debtors

In re:

SHAPES/ARCH HOLDINGS L.L.C., et al.,

             Debtors.

CHAPTER 11

CASE NO. 08-14631 (GMB)
(Jointly Administered)

## ORDER CLOSING CASES

The relief set forth on the following pages, numbered two through three, is hereby **ORDERED**.

**DATED: 3/30/2009**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Page **2**

Shapes/Arch Holdings, L.L.C., et al.

Case No. 08-14631 (GMB)

Order Closing Cases

___

Upon consideration of the Court's Notice of Intention to Close Case Pursuant to D.N.J. LBR 3022-1(a), the responses thereto, it appearing that the Debtors have completed their administration of these cases pursuant to the Plan, and good cause appearing, therefore, it is ORDERED:

1. That the following Chapter 11 cases are closed:

    Shapes LLC (case no. 08-14632)

    Ultra LLC (case no. 08-14633)

    Delair LLC (case no. 08-14634)

    Accu-Weld LLC (case no. 08-14635)

2. That the Clerk shall docket this Order in each of the above-referenced cases.

3. That the Chapter 11 case of Shapes/Arch (case no. 08-14631) shall remain open.

4. That pursuant to Section 11.6(b) of the Third Amended Plan, the Liquidation Trustee will be responsible for any and all statutory fees due pursuant to 28 U.S.C. § 1930(a)(6), beginning April 1, 2009 through the date that the Shapes/Arch case is closed.

5. That within fifteen (15) days following entry of this Order, Shapes, Ultra, Delair and Accu-Weld shall file the post-confirmation quarterly report for the first quarter of 2009 (the "Quarterly Fee Statement") with the Office of the United States Trustee (the "<u>US Trustee</u>") and pay any and all statutory fees due pursuant to 28 U.S.C. § 1930(a)(6) within ten (10) days of filing the Quarterly Fee Statement with the Office of the United States Trustee.

*Approved by Judge Gloria M. Burns March  30, 2009*

**Page 3**

Shapes/Arch Holdings, L.L.C., et al.

Case No. 08-14631 (GMB)

Order Closing Cases

---

    6.  Should the Debtors fail to comply with this Order, the cases will be reopened upon the submission of a certificate of default by the Acting United States Trustee, by and through counsel, on five (5) days notice to the Debtors and Debtors' counsel, without the need for filing a separate motion to reopen this case.  The Debtors consent to the reopening of the cases pursuant to the procedure set forth herein.

CHERRY_HILL\520521\1  226314.000

*Approved by Judge Gloria M. Burns March  30, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: dfitzger          Page 1 of 1          Date Rcvd: Mar 31, 2009
Case: 08-14631                Form ID: pdf903         Total Served: 1

The following entities were served by first class mail on Apr 02, 2009.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2009**          **Signature:**    _Joseph Speetjens_