**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, NY 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Trust

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
HONORABLE GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.,* | CASE NO. 08-14631 (GMB) |
| Debtors. | Chapter 11
(Jointly Administered) |
| | **CERTIFICATE OF CONSENT** |

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order Resolving the Claims of U.S. Customs and Border Protection (Claim Number 399) ("Consent Order") submitted to the Court, the following conditions have been met:

1. The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order.

2. The signatures represented by the /s/ on the copy of the Consent Order submitted to the Court reference the consent of parties obtained in the original Consent Order.

45765/0001-5536473v1

3.  I will retain the original Consent Order for a period of seven (7) years from the date of closing of the case or adversary proceeding.

4.  I will simultaneously electronically file this Certification with the Court, by use of my login and password, thereby signing same for all purposes, including those under Fed. R. Bankr. P. 9011.

*/s/ Ilana Volkov*
ILANA VOLKOV

DATED:    April 17, 2009

45765/0001-5536473v1