Order Filed on
4/23/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Trust | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered) |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al*.,<br><br>Debtors. | Judge: Gloria M. Burns |

**SUPPLEMENTAL ORDER EXPUNGING CERTAIN CLAIMS
AGAINST THE DEBTORS
(Claim Numbers 554, 556, 557, and 558)**

The relief set forth on the following page, numbered three (3), is hereby **ORDERED**.

*[Signature]*
Honorable Gloria M Burns
United States Bankruptcy Court Judge

**DATED: 4/23/2009**

45765/0003-5509345v2

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al.*
Case No: 08-14631 (GMB)
Caption of Order: ORDER EXPUNGING CERTAIN CLAIMS AGAINST THE DEBTORS
(Claim Numbers 554, 556, 557, and 558)

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion") for an Order expunging certain claims, as more fully set forth in the schedules annexed to the Application in support of the Motion, pursuant to Section 502 of title 11 of the United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure [Doc. No. 705]; and the Trust having objected to certain proofs of claim filed by Argonaut Insurance Company (& Affiliates) ("Argonaut"), in the amount of $751,000.00, which Claim has been assigned Claim No. 554 on the Claims Registry, against Delair LLC; in the amount of $751,000.00, which Claim has been assigned Claim No. 556 on the Claims Registry, against Accu-Weld LLC; in the amount of $751,000.00, which Claim has been assigned Claim No. 557 on the Claims Registry, against Shapes LLC; and in the amount of $751,000.00, which Claim has been assigned Claim No. 558 on the Claims Registry, against Ultra LLC; and the Court having scheduled a hearing on Argonaut's claims for December 16, 2008 at 10:00 a.m., which hearing was adjourned to January 20, 2009 at 10:00 a.m., February 23, 2009 at 11:30 a.m., and March 23, 2009 at 11:30 a.m., and the Court having found that upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion; and the Court having entered an Order on January 15, 2009 [Doc. No. 762] with regard to certain other claims granting the Motion, it is

45765/0003-5509345v2

*Approved by Judge Gloria M. Burns April  23, 2009*

(Page 3)
Debtor:            SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No:           08-14631 (GMB)
Caption of Order:  ORDER EXPUNGING CERTAIN CLAIMS AGAINST THE DEBTORS
                   (Claim Numbers 554, 556, 557, and 558)

**ORDERED**, that the Order dated January 15, 2009 is hereby supplemented and

Argonaut's Claim Nos. 554, 556, 557, and 558 are hereby expunged; and it is

**FURTHER ORDERED**, that Claim No. 555 shall be the sole surviving claim of

Argonaut.

45765/0003-5509345v2

*Approved by Judge Gloria M. Burns April 23, 2009*