**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER** |

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order Resolving the Claim of Combination Door Ware Industrial Co. Ltd. (Claim Number 667) (the "Consent Order") submitted to the Court, the following conditions have been met:

1. The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order.

45765/0003-5895698v1

2. I will retain the original Consent Order for a period of seven (7) years from the date of closing of the case or adversary proceeding.

3. I will simultaneously electronically file this Certification with the Court, by use of my login and password, thereby signing same for all purposes, including those under Fed. R. Bankr. P. 9011.

                                              */s/ Ilana Volkov*
                                              ILANA VOLKOV

DATED: July 30, 2009