**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT |
|  | FOR THE DISTRICT OF NEW JERSEY |
|  | HON. GLORIA M. BURNS |
|  | CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, |  |
|  | Chapter 11 |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                       )    SS.:
COUNTY OF BERGEN    )

      CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

      1.    I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

      2.    On August 4, 2009, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

45765/0003-5902819v1

      (a)    Notice of Motion of the Class 10 Liquidation Trust for an Order Granting a Further Extension of Time to File Objections to Litigation Claims and Insider Claims and to Assert Objections Under §502(d) of the Bankruptcy Code;

      (b)    Application in Support of Motion; and

      (c)    Proposed form of Order granting the Motion.

3.    The U.S. Trustee, counsel for the Debtors, counsel for the plan funder and all parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

    */s/ Cynthia Braden*
    CYNTHIA BRADEN

Sworn and subscribed to before me
this 4th day of August, 2009.

*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

45765/0003-5902819v1