# EXHIBIT "A"

# LATSHA DAVIS YOHE & MCKENNA, P.C.
### ATTORNEYS AT LAW

PLEASE REPLY TO: Exton
WRITER'S E-MAIL: kmckenna@ldylaw.com

August 14, 2009

**Via Electronic and First Class Mail**

Richard F. Engel, Esquire
Chief Deputy Attorney General
Cost Recovery/Natural Resource Damages Section
Hughes Justice Complex – 7th Floor
P. O. Box 093
Trenton, NJ  08625-0093

  Re: **In re: Shapes/Arch Holdings LLC, et al.**
    **United States Bankruptcy Court for the District of New Jersey**
    **Case No.: 08-14631 (GMB)**
    **Chapter 11 Jointly Administered**
    **Our File No.: 697-05**

Dear Mr. Engel:

  As you know, the Scheduling Order in this matter established September 15, 2009 as the deadline for completion of written discovery.

  On July 13, 2009, our office served you with Debtors' Interrogatories, Requests for Production of Documents and Things and Requests for Admission directed to New Jersey Department of Environmental Protection (the "Department") with regards to the above referenced matter. Pursuant to the applicable Federal Rules of Bankruptcy Procedure, (the "Bankruptcy Rules"), the deadline for responses to this discovery was Wednesday, August 12, 2009.

  To date, our office has not received responses to any of the discovery and in accordance with Bankruptcy Rule 7036(a)(3), the matters set forth in the Requests for Admission are now deemed admitted.

Richard F. Engel, Esquire
Chief Deputy Attorney General
August 14, 2009
Page 2

    Due to the approaching discovery deadline, we must insist that you contact us by August 18, 2009 and arrange for the delivery of full and complete responses to the Interrogatories and Requests for Production. If we do not hear from you on or before that date, we intend to file a motion to compel the Department's responses to such discovery.

    We appreciate you prompt attention to this matter.

                                        Sincerely,

                                        Kevin M. McKenna

KMM/jfs
cc:    Robert Neilson (via Electronic Mail)

# EXHIBIT "B"

# LATSHA DAVIS YOHE & MCKENNA, P.C.
### ATTORNEYS AT LAW

PLEASE REPLY TO: Exton
WRITER'S E-MAIL: kmckenna@ldylaw.com

August 20, 2009

**Via Electronic and First Class Mail**

Richard F. Engel, Esquire
Chief, Deputy Attorney General
Cost Recovery/Natural Resource Damages Section
Hughes Justice Complex – 7th Floor
P. O. Box 093
Trenton, NJ 08625-0093

  Re: In re: Shapes/Arch Holdings LLC, et al.
     United States Bankruptcy Court for the District of New Jersey
     Case No.: 08-14631 (GMB)
     Chapter 11 Jointly Administered
     Our File No.: 458-04

Dear Mr. Engel:

  This will confirm our telephone conversation yesterday, regarding the discovery in the above captioned matter. On behalf of the Debtors, I called you to inquire as to the status of the overdue discovery responses of the New Jersey Department of Environmental Protection (NJDEP), which were due on August 13, 2009. You advised me that health issues in your family and with personnel in your section at the NJDEP had prevented you from providing the Debtors with discovery responses. I stated that the Debtors' position was that its Request for Admissions had been deemed admitted since no timely answers were received from the NJDEP.

  However, subject to obtaining my clients authority, the Debtors may be willing to extend all deadlines contained in the Court's Scheduling Order to allow you time to provide responses to Interrogatories and Requests For Production of Documents and Other Things. Subject to obtaining my clients' approval, the Debtors involved agree to extend all deadlines by 90 days to allow you time to provide responses to Interrogatories and Document Requests provided that the NJDEP

350 Eagleview Boulevard, Suite 100 • Exton, PA 19341 • (610) 524-8454 • FAX (610) 524-9383

1700 Bent Creek Boulevard, Suite 140 • Mechanicsburg, PA 17050 • (717) 620-2424 • FAX (717) 620-2444
3000 Atrium Way, Suite 251 • Mt. Laurel, NJ 08054 • (856) 231-5351 • FAX (856) 231-5341
Maryland Telephone: (410) 727-2810

Richard F. Engel, Esquire
Chief, Deputy Attorney General
August 20, 2009
Page 2

serves the Debtors with their discovery responses no later than October 1, 2009. You also advised that you would provide an Affidavit regarding the health issues. Subject to my clients' approval, we will file a Motion with the Court to extend all deadlines as outlined above and in the alternative to Compel Discovery.

    Thank you for your cooperation.

Sincerely,

Kevin M. McKenna

KMM/jfs
cc:    Robert Neilson (via Electronic Mail)

# EXHIBIT "C"

# LATSHA DAVIS YOHE
# & McKENNA, P.C.
### ATTORNEYS AT LAW

PLEASE REPLY TO: Exton
WRITER'S E-MAIL: kmckenna@ldylaw.com

August 24, 2009

**Via Electronic and First Class Mail**

Richard F. Engel, Esquire
Chief, Deputy Attorney General
Cost Recovery/Natural Resource Damages Section
Hughes Justice Complex – 7th Floor
P. O. Box 093
Trenton, NJ 08625-0093

    Re:    In re: Shapes/Arch Holdings LLC, et al.
            United States Bankruptcy Court for the District of New Jersey
            Case No.: 08-14631 (GMB)
            Chapter 11 Jointly Administered
            Our File No.: 458-04

Dear Mr. Engel:

      This will confirm our telephone conversation on Friday, August 21, 2009, wherein the Debtors will consent to the request of the NJDEP for a 90 day extension of all deadlines in the current scheduling Order provided that the NJDEP shall serve answers to Interrogatories and Request For Production of Documents and Other Things no later than October 1, 2010 (This previous offer was without prejudice and subject to confidentiality pursuant to the Federal and New Jersey Rules of Civil Procedures for settlement negotiations).

      In light of the September 15, 2009 deadline for written discovery I intend to file the motion this week.

      Thank you for your attention to this matter.

                                  Sincerely,

                                  Kevin M. McKenna

KMM/jfs
cc:     Robert Neilson (via Electronic Mail)