| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Kevin M. McKenna, Esquire (KMM – 4502)<br>Timothy W. Garvey, Esquire (TWG – 9134)<br>Latsha Davis Yohe & McKenna<br>350 Eagleview Boulevard<br>Suite 100<br>Exton, PA 19341<br>Telephone: (610) 524-8454<br>kmckenna@ldylaw.com<br>tgarvey@ldylaw.com | |
| In Re: Shapes<br>Shapes/Arch Holdings, LLC, <u>et al</u>,<br>Debtors | Case No.: 08-14631 (GMB)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: The Honorable Gloria M. Burns |

**ORDER GRANTING DEBTORS' MOTION TO EXTEND ALL SCHEDULING DEADLINES RELATED TO DEBTORS OBJECTION TO THE CLAIM OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION OR, IN THE ALTERNATIVE, DEBTORS' MOTION TO COMPEL RESPONSES TO THE DEBTORS' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

Upon consideration of Debtors' Motion to Extend All Scheduling Deadlines Related to Debtors' Objection to the Claim of the New Jersey Department of Environmental Protection Or, In The Alternative, Debtors' Motion To Compel Responses To The Debtors' Interrogatories And Requests For Production Of Documents And Things Directed To New Jersey Department Of Environmental Protection and the Affidavit of Kevin M. McKenna, Esquire in support of the Motion, NJDEP having an opportunity to be heard, service of the Motion appearing appropriate, and no response to the Motion having been filed, it is this _____ day of _____ 2009, ORDERED:

1. That the Motion is GRANTED.

2. That all deadlines pursuant to the current Scheduling Order are extended by 90 days.

3. That NJDEP shall respond to the Debtors' Interrogatories and Requests for Production of Documents and Things no later than the deadline of October 1, 2009.

                                                                             Honorable Gloria M. Burns
                                                                             United States Bankruptcy Judge