Kevin M. McKenna, Esquire (KMM – 4502)
Timothy W. Garvey, Esquire (TWG – 9134)
Latsha Davis Yohe & McKenna, P.C.
350 Eagleview Boulevard, Suite 100
Exton, PA 19341
(610) 524-8454
kmckenna@ldylaw.com
tgarvey@ldylaw.com
Attorneys for the Debtors

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

09 AUG 27 AM 11:41

JAMES J. WALDRON

BY: _____
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : CHAPTER 11 |
| SHAPES/ARCH HOLDINGS, LLC, et al., | : |
| | : CASE NO. 08-14631 (GMB) |
| Debtors | : |
| | : Hearing Date: |

### CERTIFICATE OF SERVICE

I, Kevin McKenna, Esquire do hereby swear that true and correct copies of the **DEBTORS' MOTION TO EXTEND ALL SCHEDULING DEADLINES RELATED TO DEBTORS' OBJECTION TO THE CLAIM OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION OR, IN THE ALTERNATIVE, DEBTORS' MOTION TO COMPEL RESPONSES TO THE DEBTORS' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION** has been served on the 27th day of August, 2009 upon the following via Federal Express and Electronic Mail:

Richard Engel, Chief, Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ
New Jersey Department of
Environmental Protection

|  |  |
|---|---|
| Dated: August 27, 2009<br>Exton, PA | LATSHA DAVIS YOHE & MCKENNA<br><br>*/s/ Kevin M. McKenna*<br>_____<br>Kevin M. McKenna, Esquire<br>Timothy W. Garvey, Esquire<br>350 Eagleview Blvd. Suite 100<br>Exton, PA 19341<br>Tel.: (610) 524-8454 |