*Order Filed on 9/2/2009 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Liquidation Trust

In re:

SHAPES/ARCH HOLDINGS L.L.C., *et al.*,

  Debtors.

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Hon. Gloria M. Burns

Hearing Date: August 24, 2009

**ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION FOR A FURTHER EXTENSION OF TIME TO FILE CLAIMS OBJECTIONS TO LITIGATION CLAIMS AND INSIDER CLAIMS, TO ASSERT OBJECTIONS UNDER § 502(d) OF THE BANKR**........................**IEF**

The relief set forth on the follow............................ED.

*Honorable Gloria M Burns
United States Bankruptcy Court Judge*

**DATED: 9/2/2009**

{00082126.1 / 0631-002}45765/0003-5888183v1

(Page 2)
Debtor:            SHAPES/ARCH HOLDINGS L.L.C., *et al.*
Case No.           08-14631 (GMB)
Caption of Order:  ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION FOR A FURTHER EXTENSION OF TIME TO FILE CLAIMS OBJECTIONS TO LITIGATION CLAIMS AND INSIDER CLAIMS, AND TO ASSERT OBJECTIONS UNDER § 502(d) OF THE BANKRUPTCY CODE

THIS MATTER having been opened to the Court by the Class 10 Liquidation Trust of Shapes/Arch Holdings, L.L.C., *et al.* (the "Trust"), the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion) for an Order granting the Trust's motion for a further extension of time to file claims objections to litigation claims and insider claims, to assert objections under § 502(d) of the Bankruptcy Code, and to file claims objections necessary to reconcile the claims register; and good and sufficient notice of the hearing on the Motion having been provided to all parties-in-interest, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the moving papers, the opposition thereto, if any, and the arguments of counsel, if any; and the Court having determined that good cause exists for the entry of this Order;

IT IS ORDERED as follows:

1. The deadline by which the Trust has to object to litigation claims, insider claims, to assert objections under § 502(d) of the Bankruptcy Code and to file claims objections necessary to reconcile the claims register in this case be and hereby is extended to and including December 31, 2009.

2. A true copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

*Approved by Judge Gloria M. Burns September  02, 2009*