| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| In Re: |

Order Filed on
9/29/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No.:

Adv. No.:

Hearing Date:

Judge:

## ORDER APPROVING STIPULATION

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: 9/29/2009**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Kevin M. McKenna, Esquire (KMM – 4502)<br>Timothy W. Garvey, Esquire (TWG – 9134)<br>Latsha Davis Yohe & McKenna<br>350 Eagleview Boulevard<br>Suite 100<br>Exton, PA  19341<br>Telephone:  (610) 524-8454<br>kmckenna@ldylaw.com<br>tgarvey@ldylaw.com | |
| In Re:  Shapes<br>Shapes/Arch Holdings, LLC, <u>et al</u>,<br>Debtors | Case No.: 08-14631 (GMB)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  The Honorable Gloria M. Burns |

## STIPULATED ORDER GRANTING DEBTORS' MOTION TO COMPEL RESPONSES TO DEBTORS' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION

Debtors and the New Jersey Department of Environmental Protection ("NJDEP") hereby stipulate as follows:

WHEREAS, on July 13, 2009, Debtors served upon NJDEP, electronically and via first class mail, Debtors' Interrogatories and Requests for Production of Documents and Things directed to NJDEP.

WHEREAS, as of August 19, 2009, NJDEP had not answered Debtors' Interrogatories and Requests for Production of Documents and Things.

*Approved by Judge Gloria M. Burns September 29, 2009*

WHEREAS, on August 19, 2009, Debtors' counsel, Kevin McKenna, Esquire, spoke with Richard Engel, Chief Deputy Attorney General for NJDEP, about the overdue discovery responses of the NJDEP. Mr. Engel advised that due to health issues in both his family and in his section at the NJDEP that he would require additional time to respond to Debtors' Interrogatories and Requests for Production of Documents and Things directed to NJDEP.

WHEREAS, on August 27, 2009, Debtors' filed its Motion to Extend All Scheduling Deadlines Related to Debtors' Objection to the Claim of the New Jersey Department of Environmental Protection Or, In The Alternative, Debtors' Motion To Compel Responses To The Debtors' Interrogatories And Requests For Production Of Documents And Things Directed To NJDEP.

NOW THEREFORE, upon consideration of Debtors' Motion to Extend All Scheduling Deadlines Related to Debtors' Objection to the Claim of the New Jersey Department of Environmental Protection Or, In The Alternative, Debtors' Motion To Compel Responses To The Debtors' Interrogatories And Requests For Production Of Documents And Things Directed To NJDEP and the Affidavit of Kevin M. McKenna, Esquire in support of the Motion, NJDEP and Debtors' counsel consent thereto and it is hereby Stipulated by all the undersigned, it is this _____ day of _____ 2009, ORDERED:

1. That the Motion is GRANTED on consent.

2. That NJDEP shall respond to the Debtors' Interrogatories and Requests for Production of Documents and Things no later than November 1, 2009.

*Approved by Judge Gloria M. Burns September 29, 2009*

3. All case scheduling deadlines are hereby extended 120 days.

Attorneys for Plaintiff                                Attorneys for Debtors

By: /s/ Richard F. Engel                        By:   /s/    Kevin M. McKenna
    Richard F. Engel, Esquire                    Kevin M. McKenna, Esquire

                                              Honorable Gloria M. Burns
                                              United States Bankruptcy Judge

*Approved by Judge Gloria M. Burns September 29, 2009*