Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

               Case No.: 08−14631−GMB
               Chapter: 11
               Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22−3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 30, 2009, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 865 − 858
Stipulated Order Granting Debtor's Motion to Compel Responses to Debtors' Interrogatories and Requests For Production of Documents and Things Directed to New Jersey Department of Enviromental Protection. (Related Doc # [858]). The following parties were served: Debtor, Debtor 's Attorney, Trustee, US Trustee and Movant 's Attorney. Signed on 9/29/2009. (bed)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 30, 2009
JJW: bed

                                                             James J. Waldron
                                                             Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: bdrayton              Page 1 of 1              Date Rcvd: Sep 30, 2009
Case: 08-14631                Form ID: orderntc           Total Noticed: 1

The following entities were noticed by first class mail on Oct 02, 2009.
aty          +Kevin M. McKenna,    Latsha Davis Yohe & McKenna,    350 Eagleview Boulevard,   Suite 100,
              Exton, PA 19341-1178
The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2009**          **Signature:** _Joseph Speetjens_