UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Liquidation Trust

---

In re:

SHAPES/ARCH HOLDINGS L.L.C., *et al*.,

Debtors.

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Hon. Gloria M. Burns

Hearing Date: December 14, 2009

**ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION FOR A FURTHER EXTENSION OF TIME TO FILE CLAIMS OBJECTIONS TO INSIDER CLAIMS AND TO ASSERT OBJECTIONS UNDER § 502(d) OF THE BANKRUPTCY CODE**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

{00087594.1 / 0631-002}45765/0003-6127796v1

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No. | 08-14631 (GMB) |
| Caption of Order: | ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION FOR A FURTHER EXTENSION OF TIME TO FILE CLAIMS OBJECTIONS TO INSIDER CLAIMS AND TO ASSERT OBJECTIONS UNDER § 502(d) OF THE BANKRUPTCY CODE |

THIS MATTER having been opened to the Court by the Class 10 Liquidation Trust of Shapes/Arch Holdings, L.L.C., *et al.* (the "Trust"), the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion) for an Order granting the Trust's motion for a further extension of time to file claims objections to insider claims, and to assert objections under § 502(d) of the Bankruptcy Code; and good and sufficient notice of the hearing on the Motion having been provided to all parties-in-interest, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the moving papers, the opposition thereto, if any, and the arguments of counsel, if any; and the Court having determined that good cause exists for the entry of this Order;

IT IS ORDERED as follows:

1. The deadline by which the Trust has to (i) object to insider claims, (ii) assert objections under § 502(d) of the Bankruptcy Code, and (iii) object to claims for which claimants have failed to provide completed W-9 or W-8 form in this case be and hereby is extended to and including April 30, 2010.

2. A true copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.