**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212)765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street, P. O. Box 800
Hackensack, New Jersey  07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In the Matter of: | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>: HONORABLE GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS, L.L.C., *et al.,* | : CASE NO. 08-14631(GMB)<br>: |
| Reorganized Debtors. | :<br>:           Chapter 11<br>: |
|  | : **HEARING DATE AND TIME**:<br>: January 11, 2010, at 10:00 a.m. |

**ORAL ARGUMENT WAIVED UNLESS**
**OBJECTIONS TIMELY FILED**

**NOTICE OF MOTION OF THE CLASS 10 LIQUIDATION TRUST'S**
**FOURTH OMNIBUS OBJECTION TO CLAIMS**

(Claim Numbers: 34, 60, 64, 79, 117, 120, 165, 192, 218, 221, 239, 254, 393, 396, 413, 481, 514, 515, 516, 524, 598, 599, 641, 643, 669,  20, 725, 728, 776, 786, 799, 800, 802, 803, 804, 805, 806, 807, 827)

TO:    All Parties-in-Interest

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C. *et al.*, the above-captioned debtors and reorganized debtors, has filed a motion (the "Motion") for an Order reducing, expunging, and/or disallowing certain claims.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested by the Movant, or if you want the court to consider your views on the Motion, then on or before January 4, 2010, you or your attorney must:

File with the Court an answer explaining your position at:  Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067, Camden, New Jersey 08101-2067.  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also mail a copy to:  Donna H. Lieberman, Esq., Halperin Battaglia Raicht LLP, 555 Madison Avenue, 9th Floor, New York, New York 10022.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

        **HALPERIN BATTAGLIA RAICHT, LLP**
        Co-Counsel for the Class 10 Liquidation Trust

        By:   */s/ Donna H. Lieberman*
            Donna H. Lieberman
            Carrie E. Mitchell

        **COLE, SCHOTZ, MEISEL,**
        **FORMAN & LEONARD, P.A.**
        Co-Counsel for the Class 10 Liquidation Trust

        By:   */s/ Ilana Volkov*
            Ilana Volkov

DATED: December 11, 2009

45765/0003-6176533v1