**EXHIBIT A**
**Duplicative Claims**

| Name and Address of Claimant | Claim # | Claim Amount | Expunge Claim | Surviving Claim |
|---|---|---|---|---|
| Helene Kendall (Estate of Stephen Kendall) c/o Klehr, Harrison, Harvey, Branzburg & Ellers 260 S. Broad Street Philadelphia, PA 19102 | 393<br>599 | $1,436,140.00<br>$1,551,110.01 | 393 | 599 |
| Joseph F. Kerins 10 Oak Leaf Drive New Egypt, NJ 08533 | 481<br>524<br>786 | $50,000.00<br>$50,000.00<br>$50,000.00 | 481<br>786 | 524* |
| Basic Chemical Solutions, LLC Attn: James Wallace 525 Seaport Blvd. Readwood City, CA 94063 | Scheduled<br>720 | $46,568.94<br>$39,918.28 | Scheduled | 720** |
| H.B. Fuller Company Attn: Gregg Walters Credit Department PO Box 65492 St. Paul, MN 55165-0492 | 254<br>396 | $45,967.11<br>$3,076.85 | 254 | 396 |
| Manko, Gold, Katcher & Fox, LLP Attn: John S. Kirk Director of Administration 401 City Avenue Sui Bala Cynwyd, PA 19004 | 34<br>117 | $28,945.46<br>$29,851.46 | 34 | 117 |
| Metal Management Connecticut, Inc. c/o Sam Della Fera, Jr., Esq. Trenk DiPasquale 347 Mt. Pleasant Avenue West Orange, NJ 07052 | 221<br>239 | $46,225.64<br>$85,048.44 | 221 | 239 |
| Southeastern Extrusion & Tool, Inc. PO Box 2218 Florence, AL 99206 | 669<br>776 | $100,803.06<br>$72,094.62 | 669 | 776 (Claim 776 amends claim 669) |
| Vision Industries Group Attn: Edward N. Weizer, Controller 500 Metuchen Road South Plainfield, NJ 07080 | 120<br>218 | $9,050.15<br>$8,382.15 | 120 | 218 |

*The proofs of claim appear to be in filed in the same amount and the Trust seeks to expunge claim(s) filed after the Bar Date.
**The Trust seeks to allow the late filed claim, as it corrects the scheduled amount.

## EXHIBIT A
**Duplicative Claims**

| Creditor | Claim # | Amount | | |
|---|---|---|---|---|
| Mati Sales<br>Transferee - Revenue Management<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610 | 514<br>515<br>516<br>799*<br>803*<br>804* | $16,076.98<br>$7,332.92<br>$7,565.15<br>$7,565.15<br>$7,332.92<br>$16,076.98 | 799<br>803<br>804 | 514<br>515<br>516 |
| Marine Fasteners<br>Transferee - Liquidity Solutions<br>Attn: Michael Handler<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610 | Scheduled<br><br>798** | $75,078.77<br><br>$74,718.46 | Scheduled | 798 |
| Garden State Dust Control Inc.<br>Transferee - Liquidity Solutions<br>Attn: Michael Handler<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610 | Scheduled<br><br>Scheduled<br><br>802** | $1,144.75<br><br>$234.15<br><br>$1,151.20 | Scheduled 1<br><br>Scheduled 2 | 802 |
| E & R Industrial<br>Transferee - Liquidity Solutions<br>Attn: Michael Handler<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610 | 165<br><br>805* | $12,338.69<br><br>$12,338.69 | 805 | 165 |
| Custom Manufacturing Corp.<br>Transferee - Liquidity Solutions<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610<br><br>***This claim is also objected to in Exhibit B | 728<br><br>800* | $19,335.48<br><br>$15,185.18 | 728 | 800 |
| JA Cunningham Equipment, Inc<br>Transferee - Liquidity Solutions<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610<br><br>***This claim is also objected to in Exhibit B | 60<br><br><br><br>807* | $3,229.23<br><br><br><br>$3,229.23 | 807 | 60 |

*The proofs of claim appear to be in filed in the same amount and the Trust seeks to expunge claim(s) filed after the Bar Date.
**The Trust seeks to allow the late filed claim, as it corrects the scheduled amount.

**EXHIBIT A**
**Duplicative Claims**

| | | | | |
|---|---|---|---|---|
| KGM Precision Corp.<br>Transferee - Liquidity Solutions<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610<br><br>***This claim is also objected to in Exhibit B | 725<br><br>806* | $4,682.00<br><br>$4,682.00 | 725 | 806 |
| CH Briggs Inc.<br>Attn Donna J. Guthrie, Sr. Cred. Analyst<br>PO Box 15188<br>Reading, PA 19612-5188 | 192<br><br>413 | $2,310.00<br><br>$2,310.00 | 192 | 413 |
| Airgas Safety Inc.<br>128 Wharton Road<br>Bristol, PA 19007 | Scheduled<br><br>827* | $1,941.19<br><br>$13,980.12 | Scheduled | 827 |

*The proofs of claim appear to be in filed in the same amount and the Trust seeks to expunge claim(s) filed after the Bar Date.
**The Trust seeks to allow the late filed claim, as it corrects the scheduled amount.