**EXHIBIT B**
**Excessive/Misclassified Claims**

| Name and Address of Claimant | Claim # | Claim Amount | Reduce and reclassify claim to | Reason |
|---|---|---|---|---|
| Steven Grabell<br>c/o Ashely Chan, Esq.<br>Hangley Aronchick Segal & Pudlin<br>20 Brace Road, Suite 201<br>Cherry Hill, NJ 08034-2634 | 641* | 1,981,275.00 general unsecured* | 1,643,429.00 general unsecured | $21,274 of the claim asserted for accrued vacation pay has been fully satisfied. |
| A Jerome Grossman<br>c/o Klehr, Harrison, Harvey,<br>Branzburg & Ellers<br>260 S. Broad Street<br>Philadelphia, PA 19102 | 598 | 1,554,931.35 general unsecured | 1,134,589.31 general unsecured | $20,342.04 of interest sought as part of the claim under Subordinated Promissory Note dated December 30, 2003 was fully paid. |
| Paul Sorensen, Jr.<br>508 Leonard Lane<br>Mullica Hill, NJ 08062 | 643 | 663,845.00 general unsecured | 650,000.00 general unsecured | $13,845.00 of the claim asserted for accrued vacation pay has been fully satisfied. |
| William Wetmore<br>795 Chelsea Glenn Road<br>Clarksboro, NJ 08020 | 79 | 315,000.00 priority | 300,000.00 general unsecured | claim seeks reimbursement of medical coverage of $15,000 to which claimant is not entitled. Balance of claim not entitled to priority status. |
| Wharton Hardware & Supply Co.<br>Transferee - Revenue Management<br>Once University Plaza, Suite 312<br>Hackensack, NJ 076610 | 64 | $5,086.28 | 5,086.28 administrative claim | This claim was amended by claim 797 and classified as an administrative claim. |
| Custom Manufacturing Corp.<br>Transferee - Liquidity Solutions<br>Once University Plaza, Suite 312<br>Hackensack, NJ 076610 | 728 | 15,185.15 | 12,756.98 general unsecured | $2,428.20 of this claim was classified as an administrative claim. |
| JA Cunningham Equipment, Inc<br>Transferee - Liquidity Solutions<br>Once University Plaza, Suite 312<br>Hackensack, NJ 076610 | 60 | 3,229.23 | 2,443.52 general unsecured | $785.71 of this claim was classified as an administrative claim. |
| KGM Precision Corp.<br>Transferee - Liquidity Solutions<br>Once University Plaza, Suite 312<br>Hackensack, NJ 076610 | 725 | 4,682.00 | 4,114.00 general unsecured | $785.71 of this claim was classified as an administrative claim. |

* The Claim was filed in the amount of $2,021,274.00, however by Consent Order dated March 25, 2009, it was reduced to $1,981,275.00, with the Trust's right to file other objections fully reserved.