| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>Telephone (212) 765-9100<br>Facsimile (212) 765-0964<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602<br>Telephone (201) 489-3000<br>Facsimile (201) 489-1536<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Trust | |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Hearing Date: January 11, 2010 |

**ORDER REDUCING, RECLASSIFYING, EXPUNGING AND/OR
DISALLOWING CERTAIN CLAIMS AGAINST THE DEBTORS
(Claim Numbers: 34, 60, 64, 79, 117, 120, 165, 192, 218, 221, 239, 254, 393,
396, 413, 481, 514, 515, 516, 524, 598, 599, 641, 643, 669, 720, 725, 728, 776,
786, 799, 800, 802, 803, 804, 805, 806, 807, 827)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al*. |
| Case No: | 08-14631 (GMB) |
| Caption of Order: | ORDER REDUCING, RECLASSIFYING, EXPUNGING AND/OR DISALLOWING CERTAIN CLAIMS AGAINST THE DEBTORS (Claim Numbers: 34, 60, 64, 79, 117, 120, 165, 192, 218, 221, 239, 254, 393, 396, 413, 481, 514, 515, 516, 524, 598, 599, 641, 643, 669, 720, 725, 728, 776, 786, 799, 800, 802, 803, 804, 805, 806, 807, 827 |

THIS MATTER having been opened to the Court by the Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned reorganized debtors, upon a motion (the "Motion") for an Order reducing, reclassifying, expunging, and/or disallowing certain claims, as more fully set forth in the exhibits annexed to the Motion, pursuant to Section 502 of title 11 of the United States Code, as amended, and Rule 3007 of the Federal Rules of Bankruptcy Procedure; and the parties on the schedules annexed hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the Declaration of Lynn Smalley in support of the Motion; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED**, that the claims set forth on Exhibit A and identified as "claims to be expunged" are hereby disallowed and expunged; and it is further

**ORDERED** that the claims set forth on Exhibit B are hereby reduced and reclassified as set forth therein; and it is further

**ORDERED** that nothing herein shall preclude the Trust from filing any additional objections to claims, including objections to surviving claims on Exhibit B, on any additional factual or legal grounds.

{00111880.1 / 0631-002}45765/0003-6176752v1