**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT |
|  | FOR THE DISTRICT OF NEW JERSEY |
|  | HON. GLORIA M. BURNS |
|  | CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.,* |  |
|  | Chapter 11 |
| Reorganized Debtors. |  |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY      )
                                                 )      SS.:
COUNTY OF BERGEN        )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

     1.     I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman

& Leonard, P.A., co-counsel to the Class 10 Liquidation Trust (the "Trust") of Shapes/Arch

Holdings, L.L.C. *et al.*, the above-captioned debtors and reorganized debtors.

45765/0003-6183119v1

2.      On December 11, 2009, this office electronically filed with the United States

Bankruptcy Court for the District of New Jersey the following documents:

> a.      Notice of Motion of the Class 10 Liquidation Trust's Fourth Omnibus
>         Objection to Claims;
> b.      Application in Support of Motion; and
> c.      Proposed form of Order;

3.      On December 11, 2009, I caused true copies of the above-referenced pleadings to

be served, by first class mail, on all parties on the attached Service List, by depositing a true

copy in a postage pre-paid, properly addressed envelope, in an official depository, under the

exclusive care and custody of the United States Post Office Department within the State of New

Jersey.

4.      On December 15, 2009, I caused true copies of the above-referenced pleadings to

be served, by first class mail, on *CH Briggs Inc., Attn: Donna J. Guthrie, P.O. Box 15188,*

*Reading, PA 19612-5188*, by depositing a true copy in a postage pre-paid, properly addressed

envelope, in an official depository, under the exclusive care and custody of the United States

Post Office Department within the State of New Jersey.

5.      All parties receiving electronic notification of filing via the Court's CM/ECF

system received notice of the above referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

> */s/ Cynthia Braden*
> CYNTHIA BRADEN

Sworn and subscribed to before me
this 17th day of December, 2009.

*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

45765/0003-6183119v1

**SHAPES/ARCH HOLDINGS L.L.C.,** *ET AL.*
**CASE NO. 08-14631 (GMB)**

**SERVICE LIST**


Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ  07102

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002

Alan J. Brody, Esq.
Greenberg & Traurig, LLP
200 Park Avenue
Florham Park, NJ  07932

Steven Grabell
c/o Ashely Chan, Esq.
Hangley Aronchick Segal & Pudlin
20 Brace Road, Suite 201
Cherry Hill, NJ 08034-2634

A. Jerome Grossman
c/o Klehr, Harrison, Harvey,
Branzburg & Ellers
260 S. Broad Street
Philadelphia, PA 19102

Paul Sorensen, Jr.
508 Leonard Lane
Mullica Hill, NJ 08062

William Wetmore
795 Chelsea Glenn Road
Clarksboro, NJ 08020

Helene Kendall (Estate of Stephen Kendall)
c/o Klehr, Harrison, Harvey,
Branzburg & Ellers
260 S. Broad Street
Philadelphia, PA 19102

45765/0003-6183119v1

Joseph F. Kerins
10 Oak Leaf Drive
New Egypt, NJ 08533

Frank Kessler
c/o Klehr, Harrison, Harvey,
Branzburg & Ellers
260 S. Broad Street
Philadelphia, PA 19102

H.B. Fuller Company
Attn: Gregg Walters
Credit Department
PO Box 65492
St. Paul, MN 55165-0492

Manko, Gold, Katcher & Fox, LLP
Attn: John S. Kirk
Director of Administration
401 City Avenue
Bala Cynwyd, PA 19004

Metal Management Connecticut, Inc.
c/o Sam Della Fera, Jr., Esq.
Trenk DiPasquale
347 Mt. Pleasant Avenue
West Orange, NJ 07052

Pyrotek Inc.
9503 E. Montgomery Avenue
Attn: Jacqueline Witter, Credit Manager
Spokane Valley, WA  99206-4115

Southeastern Extrusion & Tool, Inc.
PO Box 2218
Florence, AL 35630-0017

Vision Industries Group
Attn: Edward N. Weizer, Controller
500 Metuchen Road
South Plainfield, NJ 07080-4810

Carrie E. Mitchell, Esq.
Halperin Battaglia Raicht, LLP
555 Madison Avenue – 5th Floor
New York, NY  10022

2

Mati Sales
Transferee - Revenue Management
One University Plaza, Suite 312
Hackensack, NJ 07601

Wharton Hardware & Supply Co.
Transferee - Revenue Management
One University Plaza, Suite 312
Hackensack, NJ 07610

Custom Manufacturing Corp.
Transferee - Liquidity Solutions
One University Plaza, Suite 312
Hackensack, NJ 07610

JA Cunningham Equipment, Inc
Transferee - Liquidity Solutions
One University Plaza, Suite 312
Hackensack, NJ 07610

KGM Precision Corp.
Transferee - Liquidity Solutions
One University Plaza, Suite 312
Hackensack, NJ 07610

Marine Fasteners
Transferee - Liquidity Solutions
Attn: Michael Handler
One University Plaza, Suite 312
Hackensack, NJ 07610

Garden State Dust Control Inc.
Transferee - Liquidity Solutions
Attn: Michael Handler
One University Plaza, Suite 312
Hackensack, NJ 07610

E & R Industrial
Transferee - Liquidity Solutions
Attn: Michael Handler
One University Plaza, Suite 312
Hackensack, NJ 07610

Airgas Safety Inc.
128 Wharton Road
Bristol, PA 19007

3

Basic Chemical Solutions, LLC
Attn: James Wallace
525 Seaport Blvd.
Redwood City, CA 94063

4