Order Filed on
**12/21/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Liquidation Trust |

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns<br><br>Hearing Date:  December 14, 2009 |

**ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION FOR A FURTHER EXTENSION OF TIME TO FILE CLAIMS OBJECTIONS TO INSIDER CLAIMS AND TO ASSERT OBJECTIONS UNDER § 502(d) OF THE BANK**

**DATED: 12/21/2009** The relief set forth on the follow ———————————— ED.
Honorable Gloria M Burns
United States Bankruptcy Court Judge

{00087594.1 / 0631-002}45765/0003-6127796v1

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al.*
Case No. 08-14631 (GMB)
Caption of Order: ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION FOR A FURTHER EXTENSION OF TIME TO FILE CLAIMS OBJECTIONS TO INSIDER CLAIMS AND TO ASSERT OBJECTIONS UNDER § 502(d) OF THE BANKRUPTCY CODE

THIS MATTER having been opened to the Court by the Class 10 Liquidation Trust of Shapes/Arch Holdings, L.L.C., *et al.* (the "Trust"), the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion) for an Order granting the Trust's motion for a further extension of time to file claims objections to insider claims, and to assert objections under § 502(d) of the Bankruptcy Code; and good and sufficient notice of the hearing on the Motion having been provided to all parties-in-interest, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the moving papers, the opposition thereto, if any, and the arguments of counsel, if any; and the Court having determined that good cause exists for the entry of this Order;

IT IS ORDERED as follows:

1. The deadline by which the Trust has to (i) object to insider claims, (ii) assert objections under § 502(d) of the Bankruptcy Code, and (iii) object to claims for which claimants have failed to provide completed W-9 or W-8 form in this case be and hereby is extended to and including April 30, 2010.

2. A true copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

{00087594.1 / 0631-002}45765/0003-6127796v1

*Approved by Judge Gloria M. Burns December 21, 2009*