|  |  |
|---|---|
| In re | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>:<br>: Chapter 11 |
| SHAPES/ARCH HOLDINGS, L.L.C., | :<br>: Case No. 08-14631 (GMB)<br>: (Jointly Administered) |
| Debtor. | :<br>: Hearing Date: January 11, 2009 at 10:00 a.m.<br>: |

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on this 23rd day of December, 2009, he caused a true and correct copy of Response of A. Jerome Grossman to the Class 10 Liquidation Trust's Fourth Omnibus Objection to Claims via U.S. first class mail as follows:

Donna H. Lieberman, Esquire
Alan D. Halperin, Esquire
Halperin, Battaglia, Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Ilana Volkov, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07601

Donald McMaster, Esquire
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

*[signature]*
JEFFREY KURTZMAN

PHIL1 899437-1