Order Filed on
**12/21/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| **HALPERIN BATTAGLIA RAICHT, LLP** 555 Madison Avenue – 9th Floor New York, New York 10022 (212) 765-9100 (212) 765-0964 Facsimile Donna Lieberman, Esq. Carrie E. Mitchell, Esq. |
| **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** A Professional Corporation Court Plaza North 25 Main Street P.O. Box 800 Hackensack, New Jersey 07602-0800 (201) 489-3000 (201) 489-1536 Facsimile Ilana Volkov, Esq. |
| Co-Counsel for the Class 10 Liquidation Trust |

| | |
|---|---|
| In re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | Case No. 08-14631 (Jointly Administered) |
| Debtors. | Judge: Hon. Gloria M. Burns |
| | Hearing Date: December 14, 2009 |

**ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION FOR A FURTHER EXTENSION OF TIME TO FILE CLAIMS OBJECTIONS TO INSIDER CLAIMS AND TO ASSERT OBJECTIONS UNDER § 502(d) OF THE BANKRUPTCY CODE**

**DATED: 12/21/2009**    The relief set forth on the following page is hereby ORDERED.

Honorable Gloria M Burns
United States Bankruptcy Court Judge

{00087594.1 / 0631-002}45765/0003-6127796v1

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al.*
Case No. 08-14631 (GMB)
Caption of Order: ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION FOR A FURTHER EXTENSION OF TIME TO FILE CLAIMS OBJECTIONS TO INSIDER CLAIMS AND TO ASSERT OBJECTIONS UNDER § 502(d) OF THE BANKRUPTCY CODE

---

THIS MATTER having been opened to the Court by the Class 10 Liquidation Trust of Shapes/Arch Holdings, L.L.C., *et al.* (the "Trust"), the above-captioned debtors and debtors-in-possession, having filed a motion (the "Motion) for an Order granting the Trust's motion for a further extension of time to file claims objections to insider claims, and to assert objections under § 502(d) of the Bankruptcy Code; and good and sufficient notice of the hearing on the Motion having been provided to all parties-in-interest, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the moving papers, the opposition thereto, if any, and the arguments of counsel, if any; and the Court having determined that good cause exists for the entry of this Order;

IT IS ORDERED as follows:

1. The deadline by which the Trust has to (i) object to insider claims, (ii) assert objections under § 502(d) of the Bankruptcy Code, and (iii) object to claims for which claimants have failed to provide completed W-9 or W-8 form in this case be and hereby is extended to and including April 30, 2010.

2. A true copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

{00087594.1 / 0631-002}45765/0003-6127796v1

*Approved by Judge Gloria M. Burns December 21, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: bdrayton            Page 1 of 1              Date Rcvd: Dec 22, 2009
Case: 08-14631                Form ID: pdf903           Total Noticed: 2

The following entities were noticed by first class mail on Dec 24, 2009.
db           +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204
aty          +Kevin M. McKenna,    Latsha Davis Yohe & McKenna,    350 Eagleview Boulevard,   Suite 100,
              Exton, PA 19341-1178

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2009**          **Signature:** *Joseph Speetjens*