**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212)765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street, P. O. Box 800
Hackensack, New Jersey  07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS, L.L.C., *et al.,*<br><br>Reorganized Debtors. | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>: HONORABLE GLORIA M. BURNS<br>: CASE NO. 08-14631(GMB)<br>:<br>: Chapter 11<br>:<br>: **HEARING DATE AND TIME**:<br>: January 11, 2010, at 10:00 a.m.<br>: |

# AMENDED "EXHIBIT B"

# to the Class 10 Liquidation Trust's Fourth Omnibus Objection to Claims (Doc. No. 869)

**AMENDED EXHIBIT B**
**Excessive/Misclassified Claims**

| Name and Address of Claimant | Claim # | Claim Amount | Reduce and reclassify claim to | Reason |
|---|---|---|---|---|
| Steven Grabell<br>c/o Ashely Chan, Esq.<br>Hangley Aronchick Segal & Pudlin<br>20 Brace Road, Suite 201<br>Cherry Hill, NJ 08034-2634 | 641* | 1,981,275.00 general unsecured* | 1,643,429.00 general unsecured | The claim consists of the following amounts:<br>1) $1,643,429.00 in deferred compensation which was vested as of the Petition Date.<br>2) $21,274 in accrued vacation pay that has now been fully satisfied.<br>3) $356,571 in deferred compensation which was not vested as of Petition Date.<br><br>The Trust is objecting to the portions of the claim which relate to accrued vacation, and deferred compensation which was not vested as of the Petition Date, and therefore seeks to reduce the claim by $377,845. |
| A Jerome Grossman<br>c/o Klehr, Harrison, Harvey, Branzburg & Ellers<br>260 S. Broad Street<br>Philadelphia, PA 19102 | 598 | 1,554,931.35 general unsecured | 1,534,589.31 general unsecured | $20,342.04 of interest sought as part of the claim under Subordinated Promissory Note dated December 30, 2003 was fully paid. |

\* On May 15, 2008, Grabell filed Claim 641, in the amount of $2,021,274.00. On September 5, 2008, Grabell filed Claim 862, a Request for Payment of Administrative Expense, in the amount of $356,571, which purported to amend proof of claim 641. On September 29, 2009, the Debtors filed an objection seeking to expunge Claim 862. The Debtors' objection was resolved by a Consent Order dated March 25, 2009, which allowed Claim 862 as an administrative claim in the amount of $40,000 and reduced and reclassified Claim 641 to $1,981,275.00 as a general unsecured claim and fully reserved the Trust's rights to file other objections to Claim 641.