**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF THE CLASS 10 LIQUIDATION TRUST'S OBJECTION TO A. JEROME GROSSMAN CLAIM NO. 598 WITHOUT PREJUDICE** |

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned debtors and reorganized debtors, filed a fourth omnibus objection to claims on December 11, 2009 (the "Motion") for an Order reducing, expunging, and/or disallowing certain claims (doc. no. 869).  The Trust is withdrawing its objection to the A. Jerome Grossman claim no. 598, without prejudice.

HALPERIN BATTAGLIA RAICHT, LLP,

By: */s/ Donna H. Lieberman*
    Donna H. Lieberman, Esq.
    Carrie E. Mitchell, Esq.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: */s/ Ilana Volkov*
    Ilana Volkov, Esq.
    Co-Counsel for the Class 10 Liquidation Trust

DATED: January 7, 2010
45765/0003-6235683v1