Order Filed on 1/13/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Kevin M. McKenna, Esquire<br>Timothy W. Garvey, Esquire<br>Latsha Davis Yohe and McKenna, P.C.<br>350 Eagleview Boulevard<br>Suite 100<br>Exton, PA 19341<br>Telephone: 610-524-8454 | |
| In Re:  Shapes<br><br>      Debtor. | Case No.: 08-14631(GMB) |
| New Jersey Department of Environmental Protection<br><br>v.<br><br>Shapes | Adv. No.:<br><br>Pre-Trial Hearing Date:<br><br><br>Judge:  The Honorable Gloria M. Burns |

## JOINT ORDER AMENDING SCHEDULING
## PRETRIAL PROCEEDINGS AND TRIAL

  The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: 1/13/2010**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)
Debtor:  Shapes
Case No.
Adv. Pro. No.

## Joint Order Scheduling Pretrial Proceedings and Trial

A pretrial conference having been held on January 5, 2010 pursuant to *Fed.R.Civ.P* 16(b) and (e), made applicable to these proceedings by *Fed.R.Bankr.P.* 7016, it is

ORDERED that

1.  No later than March 19, 2010, the NJDEP shall meet and/or confer via conference call with the attorneys for the Debtors to resolve all asserted deficiencies in the NJDEP discovery responses. If the deficiencies are not resolved the Debtors may file a motion.

3.  Fact depositions are to be completed by June 15, 2010.

4.  Expert witness reports of the New Jersey Department of Environmental Protection are to be disclosed to Shapes by July 14, 2010.

5.  Expert witness reports of Shapes are to be disclosed to the New Jersey Department of Environmental Protection by August 14, 2010.

6.  Depositions of the expert witnesses of both parties shall be completed by November 12, 2010.

7.  All other motions, including any motions for summary judgment, shall be filed no later than December 14, 2010 and returnable no later than January 15, 2011. Late filed motions shall not constitute cause for adjournment of the trial date.

*Approved by Judge Gloria M. Burns January 13, 2010*

(Page 3)
Debtor: Shapes
Case No.
Adv. Pro. No.
**Joint Order Scheduling Pretrial Proceedings and Trial**

---

8.  _____ (CHECK IF APPLICABLE) The parties agree to pursue mediation to attempt to resolve disputed matters. A separate mediation order selecting a mediator and providing for a mediation schedule shall be submitted within ten (10) days.

9.  New Jersey Department of Environmental Protection shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs if desired by the party, and binders with <u>copies</u> of pre-marked exhibits no later than 3 days before trial. The parties anticipate a trial of approximately 10 days.

10. All parties shall also bring to the trial sufficient copies of their exhibit lists to provide two to the Court and one to each adversary.

*Approved by Judge Gloria M. Burns January 13, 2010*

(Page 4)
Debtor: Shapes
Case No.
Adv. Pro. No.
**Joint Order Scheduling Pretrial Proceedings and Trial**

---

10. TRIAL will commence on April 21, 2011 at 10:00 am    or as soon thereafter as the matter may be heard at:

|  |  |
|---|---|
| Address: | United States Bankruptcy Court<br>District of New Jersey<br>401 Market Street<br>Camden, NJ  08101 |
| Courtroom: | The Honorable Gloria M. Burns<br>Courtroom 4C |

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENT REQUESTS MUST BE RECEIVED NO LATER THAN THE THIRD BUSINESS DAY BEFORE THE SCHEDULED TRIAL DATE.**

The undersigned hereby consent to the form and content of this Scheduling Order.

Attorneys for Plaintiff                                    Attorneys for Defendant

By: /s/_____                         By: /s/_____
    Rachel Jeanne Lehr, Esquire                          Kevin M. McKenna, Esquire

*Approved by Judge Gloria M. Burns January  13, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: bdrayton            Page 1 of 1              Date Rcvd: Jan 13, 2010
Case: 08-14631                Form ID: pdf903           Total Noticed: 2
```

The following entities were noticed by first class mail on Jan 15, 2010.
```
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204
aty          +Kevin M. McKenna,   Latsha Davis Yohe & McKenna,   350 Eagleview Boulevard,   Suite 100,
               Exton, PA 19341-1178
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2010**                    **Signature:**       *Joseph Speetjens*