Order Filed on
1/21/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>Telephone (212) 765-9100<br>Facsimile (212) 765-0964<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602<br>Telephone (201) 489-3000<br>Facsimile (201) 489-1536<br>Ilana Volkov, Esq.<br><br>Co-Counsel for the Class 10 Liquidation Trust | |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>　　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns<br><br>Hearing Date: January 11, 2010 |

**ORDER REDUCING, RECLASSIFYING, EXPUNGING AND/OR
DISALLOWING CERTAIN CLAIMS AGAINST THE DEBTORS
(Claim Numbers: 34, 60, 64, 79, 117, 120, 165, 192, 218, 221, 239, 254, 393,
396, 413, 481, 514, 515, 516, 524, 599, 643, 669, 720, 725, 728, 776, 786, 799,
800, 802, 803, 804, 805, 806, 807, 827)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 1/21/2010**

*/s/ Honorable Gloria M Burns*
United States Bankruptcy Court Judge

{00111880.1 / 0631-002}45765/0003-6236033v2

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No: | 08-14631 (GMB) |
| Caption of Order: | ORDER REDUCING, RECLASSIFYING, EXPUNGING AND/OR DISALLOWING CERTAIN CLAIMS AGAINST THE DEBTORS (Claim Numbers: 34, 60, 64, 79, 117, 120, 165, 192, 218, 221, 239, 254, 393, 396, 413, 481, 514, 515, 516, 524, 599, 643, 669, 720, 725, 728, 776, 786, 799, 800, 802, 803, 804, 805, 806, 807, 827 |

THIS MATTER having been opened to the Court by the Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned reorganized debtors, upon a motion (the "Motion") for an Order reducing, reclassifying, expunging, and/or disallowing certain claims, as more fully set forth in the exhibits annexed to the Motion, pursuant to Section 502 of title 11 of the United States Code, as amended, and Rule 3007 of the Federal Rules of Bankruptcy Procedure; and the Trust withdrawing its objection without prejudice to claim no. 598 of A. Jerome Grossman (doc. no. 882); and the parties on the schedules annexed hereto having failed to object or otherwise respond to the relief requested in the Motion; and upon the Declaration of Lynn Smalley in support of the Motion; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED**, that the claims set forth on Exhibit A and identified as "claims to be expunged" are hereby disallowed and expunged; and it is further

**ORDERED** that the claims set forth on Exhibit B are hereby reduced and reclassified as set forth therein; and it is further

**ORDERED** that nothing herein shall preclude the Trust from filing any additional objections to claims, including objections to surviving claims on Exhibits A and B, on any additional factual or legal grounds; and it is further

{00111880.1 / 0631-002}45765/0003-6236033v2

*Approved by Judge Gloria M. Burns January 21, 2010*

**ORDERED** that the Motion with respect to claim no. 641 of Steven Grabell hereby is adjourned to February 22, 2010, at 10:00 a.m.

{00111880.1 / 0631-002}45765/0003-6236033v2

*Approved by Judge Gloria M. Burns January 21, 2010*

**EXHIBIT A**
**Duplicative Claims**

| Name and Address of Claimant | Claim No. | Claim Amount | Expunge Claim | Surviving Claim |
|---|---|---|---|---|
| Helene Kendall (Estate of Stephen Kendall) c/o Klehr, Harrison, Harvey, Branzburg & Ellers 260 S. Broad Street Philadelphia, PA 19102 | 393<br><br>599 | $1,436,140.00<br><br>$1,551,110.01 | 393 | 599 |
| Joseph F. Kerins 10 Oak Leaf Drive New Egypt, NJ 08533 | 481<br>524<br>786 | $50,000.00<br>$50,000.00<br>$50,000.00 | 481<br>786 | 524* |
| Basic Chemical Solutions, LLC Attn: James Wallace 525 Seaport Blvd. Readwood City, CA 94063 | Scheduled<br><br>720 | $46,568.94<br><br>$39,918.28 | Scheduled | 720** |
| H.B. Fuller Company Attn: Gregg Walters Credit Department PO Box 65492 St. Paul, MN 55165-0492 | 254<br><br>396 | $45,967.11<br><br>$3,076.85 | 254 | 396 |
| Manko, Gold, Katcher & Fox, LLP Attn: John S. Kirk Director of Administration 401 City Avenue Sui Bala Cynwyd, PA 19004 | 34<br><br>117 | $28,945.46<br><br>$29,851.46 | 34 | 117 |
| Metal Management Connecticut, Inc. c/o Sam Della Fera, Jr., Esq. Trenk DiPasquale 347 Mt. Pleasant Avenue West Orange, NJ 07052 | 221<br><br>239 | $46,225.64<br><br>$85,048.44 | 221 | 239 |
| Southeastern Extrusion & Tool, Inc. PO Box 2218 Florence, AL 99206 | 669<br>776 | $100,803.06<br>$72,094.62 | 669 | 776 (Claim 776 amends claim 669) |
| Vision Industries Group Attn: Edward N. Weizer, Controller 500 Metuchen Road South Plainfield, NJ 07080 | 120<br><br>218 | $9,050.15<br><br>$8,382.15 | 120 | 218 |

*The proofs of claim appear to be in filed in the same amount and the Trust seeks to expunge claim(s) filed after the Bar Date.
**The Trust seeks to allow the late filed claim, as it corrects the scheduled amount.

*Approved by Judge Gloria M. Burns January 21, 2010*

**EXHIBIT A**
**Duplicative Claims**

| | | | | |
|---|---|---|---|---|
| Mati Sales<br>Transferee - Revenue Management<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610 | 514<br>515<br>516<br>799*<br>803*<br>804* | $16,076.98<br>$7,332.92<br>$7,565.15<br>$7,565.15<br>$7,332.92<br>$16,076.98 | 799<br>803<br>804 | 514<br>515<br>516 |
| Marine Fasteners<br>Transferee - Liquidity Solutions<br>Attn: Michael Handler<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610 | Scheduled<br><br>798** | $75,078.77<br><br>$74,718.46 | Scheduled | 798 |
| Garden State Dust Control Inc.<br>Transferee - Liquidity Solutions<br>Attn: Michael Handler<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610 | Scheduled<br><br>Scheduled<br><br>802** | $1,144.75<br><br>$234.15<br><br>$1,151.20 | Scheduled 1<br><br>Scheduled 2 | 802 |
| E & R Industrial<br>Transferee - Liquidity Solutions<br>Attn: Michael Handler<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610 | 165<br><br>805* | $12,338.69<br><br>$12,338.69 | 805 | 165 |
| Custom Manufacturing Corp.<br>Transferee - Liquidity Solutions<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610<br><br>***This claim is also objected to in Exhibit B | 728<br><br>800* | $19,335.48<br><br>$15,185.18 | 728 | 800 |
| JA Cunningham Equipment, Inc<br>Transferee - Liquidity Solutions<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610<br><br>***This claim is also objected to in Exhibit B | 60<br><br><br>807* | $3,229.23<br><br><br>$3,229.23 | 807 | 60 |

*The proofs of claim appear to be in filed in the same amount and the Trust seeks to expunge claim(s) filed after the Bar Date.
**The Trust seeks to allow the late filed claim, as it corrects the scheduled amount.

*Approved by Judge Gloria M. Burns January 21, 2010*

**EXHIBIT A**
**Duplicative Claims**

| | | | | |
|---|---|---|---|---|
| KGM Precision Corp.<br>Transferee - Liquidity Solutions<br>One University Plaza, Suite 312<br>Hackensack, NJ 076610<br><br>***This claim is also objected to in Exhibit B | 725<br><br>806* | $4,682.00<br><br>$4,682.00 | 725 | 806 |
| CH Briggs Inc.<br>Attn Donna J. Guthrie, Sr. Cred. Analyst<br>PO Box 15188<br>Reading, PA 19612-5188 | 192<br><br>413 | $2,310.00<br><br>$2,310.00 | 192 | 413 |
| Airgas Safety Inc.<br>128 Wharton Road<br>Bristol, PA 19007 | Scheduled<br><br>827* | $1,941.19<br><br>$13,980.12 | Scheduled | 827 |

*The proofs of claim appear to be in filed in the same amount and the Trust seeks to expunge claim(s) filed after the Bar Date.
**The Trust seeks to allow the late filed claim, as it corrects the scheduled amount.

*Approved by Judge Gloria M. Burns January 21, 2010*

**EXHIBIT B**
**Excessive/Misclassified Claims**

| Name and Address of Claimant | Claim No. | Filed Claim | Reduce and reclassify claim to |
|---|---|---|---|
| Paul Sorensen, Jr.<br>508 Leonard Lane<br>Mullica Hill, NJ 08062 | 643 | 663,845.00<br>general unsecured | 650,000.00<br>general unsecured |
| William Wetmore<br>795 Chelsea Glenn Road<br>Clarksboro, NJ 08020 | 79 | 315,000.00<br>priority | 300,000.00<br>general unsecured |
| Wharton Hardware & Supply Co.<br>Transferee - Revenue Management<br>Once University Plaza, Suite 312<br>Hackensack, NJ 076610 | 64 | $5,086.28 | 5,086.28<br>administrative claim |
| Custom Manufacturing Corp.<br>Transferee - Liquidity Solutions<br>Once University Plaza, Suite 312<br>Hackensack, NJ 076610 | 728 | 15,185.15 | 12,756.98<br>general unsecured |
| JA Cunningham Equipment, Inc<br>Transferee - Liquidity Solutions<br>Once University Plaza, Suite 312<br>Hackensack, NJ 076610 | 60 | 3,229.23 | 2,443.52<br>general unsecured |
| KGM Precision Corp.<br>Transferee - Liquidity Solutions<br>Once University Plaza, Suite 312<br>Hackensack, NJ 076610 | 725 | 4,682.00 | 4,114.00<br>general unsecured |

*Approved by Judge Gloria M. Burns January 21, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1            User: bdrayton              Page 1 of 1               Date Rcvd: Jan 21, 2010
Case: 08-14631                  Form ID: pdf903             Total Noticed: 2

The following entities were noticed by first class mail on Jan 23, 2010.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204
aty          +Kevin M. McKenna,   Latsha Davis Yohe & McKenna,   350 Eagleview Boulevard,   Suite 100,
               Exton, PA 19341-1178
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 23, 2010**                  **Signature:**  *Joseph Speetjens*