

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
Attorneys at Law                    A Professional Corporation

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201-489-3000  201-489-1536 FAX
—
NEW YORK
—
DELAWARE
—
MARYLAND

**Ilana Volkov**
MEMBER
ADMITTED IN NJ AND NY

**Reply to New Jersey Office**
WRITER'S DIRECT LINE: 201-525-6269
WRITER'S DIRECT FAX: 201-678-6269
WRITER'S E-MAIL: IVOLKOV@COLESCHOTZ.COM

February 17, 2010

**<u>Via CM/ECF Filing</u>**

Honorable Gloria M. Burns, U.S.B.J.
United States Bankruptcy Court for the
    District of New Jersey
United States Post Office and Courthouse
2nd Floor
401 Market Street
Camden, NJ  08101

> Re:    Shapes/Arch Holdings L.L.C., *et al.*
>          Case No. 08-14631 (GMB)

Dear Judge Burns:

This firm is co-counsel for the Class 10 Liquidation Trust, in the above-captioned Chapter 11 proceeding.  Before Your Honor on February 22, 2010, at 10:00 a.m. is the Motion of the Class 10 Liquidation Trust's Fourth Omnibus Objection to Claims, with regard to claim no. 641 filed by Steven Grabell [Docket No. 869] (the "Motion").

This letter shall serve to confirm that the hearing on the Motion has been rescheduled to March 8, 2010, at 10:00 a.m.

> Respectfully submitted,
>
> */s/ Ilana Volkov*
>
> Ilana Volkov

IV:dmz
cc:    Donna H. Lieberman, Esq. (via e-mail)
       Carrie H. Mitchell, Esq. (via e-mail)

45765/0001-6333126v1