**ASHELY M. CHAN**
**JAMES M. MATOUR**
**HANGLEY ARONCHICK SEGAL & PUDLIN**
20 Brace Road
Cherry Hill, NJ  08034-2634
Telephone: (856) 616-2100
Facsimile:  (856) 616-2170

*Attorneys for Steven Grabell*

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
|  | : |
| SHAPES/ARCH HOLDINGS L.L.C., | : CHAPTER 11 |
| et al. | : |
|  | : CASE NO. 08-14631 (GMB) |
| Debtors. | : |
|  | : |

## ORDER ALLOWING CLAIM OF STEVEN GRABELL

And now this _____ day of _____, 2010, upon consideration of the Class 10

Liquidation Trust's Fourth Omnibus Objection to Claims and the Response of Steven Grabell,

after notice and a hearing, it is hereby ORDERED that the claim of Steven Grabell set forth in

Proof of Claim 641 is hereby allowed in the amount of $1,960,001.


_____
Gloria M. Burns, Bankruptcy Judge