# UNITED STATES BANKRUPTCY COURT
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | Case No. 08-14631 |
| Reorganized Debtors. | (Jointly Administered) |
| | Judge: Gloria M. Burns |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee, | Adv. Pro. No. 10- |
| Plaintiff(s), | |
| v. | |
| MELTON TRUCK LINES, INC., | |
| Defendant(s). | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE HEREBY SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:  James J. Waldron, Clerk
> 50 Walnut Street, 3rd Floor, P.O. Box 1352
> Newark, NJ 07102-1352

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney:
> Ilana Volkov, Esq.
> Felice Yudkin, Esq.
> Cole, Schotz, Meisel, Forman & Leonard, P.A.
> A Professional Corporation
> Court Plaza North, 25 Main Street, P.O. Box 800
> Hackensack, NJ 07602-0800
>
> Donna H. Lieberman, Esq.
> Carrie E. Mitchell, Esq.
> Halperin Battaglia Raicht, LLP
> 555 Madison Avenue, 9th Floor
> New York, NY 10022

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| Address | United States Bankruptcy Court 50 Walnut Street Newark, NJ 07102 | Room # |
|---|---|---|
| | | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

JAMES J. WALDRON
Clerk of the Bankruptcy Court

_____     BY:_____
Date                                                                         Deputy Clerk

45765/0003-6389976v1

**CERTIFICATE OF SERVICE**

I, _____, certify that I am, and at all times during the service
             (name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the complaint was made _____ by:
                                                                                                                                                                             (date)

☐    Mail service:  Regular, first class United States mail, postage fully pre-paid, addressed to:

☐    Personal Service:  By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service:  By leaving the process with the following adult at:

☐    Publication:  The defendant was served as follows:  [Describe briefly]

☐    State Law:  The defendant was served pursuant to the laws of the State of _____, as follows:  [Describe briefly]                                                                                                                       (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                    _____
                  *Date*                                                                                                        *Signature*

| Print Name |  |  |
|---|---|---|
| Business Address |  |  |
| City | State | Zip |

45765/0003-6389976v1