**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>Chapter 11<br>(Jointly Administered) |

**NOTICE OF MOTION OF THE CLASS 10 LIQUIDATION TRUST FOR AN ORDER APPROVING AND ADOPTING GLOBAL PROCEDURES WITH RESPECT TO AVOIDANCE ACTIONS**

HEARING DATE AND TIME:
April 26, 2010, 10:00 a.m.

**ORAL ARGUMENT WAIVED UNLESS OBJECTIONS TIMELY FILED**

TO:   THE U.S. TRUSTEE, ALL PARTIES REQUESTING NOTICE AND ALL AVOIDANCE ACTION DEFENDANTS AND POTENTIAL DEFENDANTS:

PLEASE TAKE NOTICE that on April 26, 2010, at 10:00 a.m., or as soon thereafter as

counsel may be heard, the Class 10 Liquidation Trust, also known as the Shapes Liquidation

45765/0003-6433959v2

Trust (the "Trust"), established upon the effective date of the Chapter 11 plan reorganization of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned reorganized debtors and debtors-in-possession, by and through its counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., shall move before the Honorable Gloria M. Burns, U.S.B.J., at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101, for entry of an order approving and adopting certain global procedures in connection with the commencement, prosecution and settlement of actions, including settlement prior to the commencement of an adversary proceeding, under 11 U.S.C. §§ 547, 548, 549 and 550 (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Application, which sets forth the relevant factual and legal bases upon which the requested relief should be granted. A proposed Order granting the requested relief also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance

45765/0003-6433959v2

with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned does not request oral argument on the return date of the Motion unless objections are timely filed.

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

        By: _/s/ Ilana Volkov_
            Ilana Volkov

        -and-

        HALPERIN BATTAGLIA RAICHT, LLP
        Donna H. Lieberman, Esq.
        Carrie E. Mitchell, Esq.
        Stephanie S. Park, Esq.
        555 Madison Avenue, 9th Floor
        New York, New York 10022
        Telephone: (212) 765-9100
        Facsimile:  (212) 765-0964

        Co-Counsel for the Class 10 Liquidation Trust

Dated:  April 5, 2010

45765/0003-6433959v2