UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR
9004-2(c)**

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns<br><br>Hearing Date:  April 26, 2010 |

## ORDER APPROVING AND ADOPTING GLOBAL
## PROCEDURES WITH RESPECT TO AVOIDANCE ACTIONS

The relief set forth on the following pages, numbered two (2) through five (5), is hereby

ORDERED.

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No. | 08-14631 (GMB) |
| Caption of Order: | ORDER APPROVING AND ADOPTING GLOBAL PROCEDURES WITH RESPECT TO AVOIDANCE ACTIONS |

THIS MATTER having been opened to the Court by The Class 10 Liquidation Trust, also known as the Shapes Liquidation Trust (the "Trust"), established upon the effective date of the Chapter 11 plan of reorganization of Shapes/Arch Holdings, by and through its counsel, upon motion for an order approving and adopting certain global procedures in connection with the commencement, prosecution and settlement of actions, including settlement prior to the commencement of an adversary proceeding, under 11 U.S.C. §§ 547, 548, 549 and 550 (the "Motion")[1]; and the Court having determined that adequate notice of the Motion has been given pursuant to Fed. R. Bankr. P. 2002, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the Motion, objections thereto, if any, and arguments of counsel, if any; and the Court having determined that good cause exists for the entry of this Order:

It is hereby ORDERED that:

1. The Motion be and is hereby GRANTED on the terms set forth herein.

2. The following global procedures in connection with claims and actions under 11 U.S.C. §§ 547, 548, 549 and 550, be and hereby are approved:

A. **Settlements without Notice**. The Trust is authorized, pursuant to Fed. R. Bankr. P. 9019(b), to settle individual Avoidance Actions and avoidance claims, including settlement before the commencement of adversary proceedings, without further

---

[1] Capitalized terms used herein and not otherwise shall have the meaning ascribed to them in the Application in support of the Motion.

(Page 3)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No. | 08-14631 (GMB) |
| Caption of Order: | ORDER APPROVING AND ADOPTING GLOBAL PROCEDURES WITH RESPECT TO AVOIDANCE ACTIONS |

---

notice, and without further approval of the Bankruptcy Court if: (i) the face amount of the

funds sought to be recovered is $25,000 or less; or (ii) the face amount of the funds

sought to be recovered is $75,000 or less and the settlement amount is at least fifty

percent (50%) of the face amount of the Avoidance Action.

        B.      **Settlements with Notice.**  With respect to settlement of the

Avoidance Actions, including settlement of avoidance claims before the commencement

of adversary proceedings, that are not within the above categories and that require

Bankruptcy Court approval, the Trust is authorized to employ the following procedures:

        (i)      **Payment**. If the Trust and Potential Defendant reach an

agreement as to an amount that the Potential Defendant will pay, the Trust is authorized

to accept immediate payment from the Potential Defendant and retain such payment (the

"Settlement Monies") in its trust account pending the Bankruptcy Court's approval of the

settlement.

        (ii)      **Notice of Settlement**. The Trust shall file, on a monthly

basis, an omnibus notice advising the Court of Avoidance Actions and claims that have

been settled (the "Monthly Omnibus Notice").  The Monthly Omnibus Notice shall

contain the relevant terms of each settlement entered into in the previous month and seek

Court approval of such settlements.  (Copies of the settlement agreements shall be

attached as exhibits to the Monthly Omnibus Notice.)  The Monthly Omnibus Notice

shall be filed on or before the 15th day of the month, commencing May 15, 2010 and shall

cover the period through the end of the prior month.  The Monthly Omnibus Notice shall

(Page 4)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No. | 08-14631 (GMB) |
| Caption of Order: | ORDER APPROVING AND ADOPTING GLOBAL PROCEDURES WITH RESPECT TO AVOIDANCE ACTIONS |

---

only be served upon counsel for the Debtors, the Trust and the applicable Avoidance Action defendants and their counsel (if any), and the Office of the United States Trustee. If no objections to the Monthly Omnibus Notice are received within 13 days of service, the Court may enter an order approving the settlements listed in the Monthly Omnibus Notice without the need for a hearing.

(iii)    **Retention of Payment; Dismissal of Action**.  Upon the Court's approval of the settlements identified in the Monthly Omnibus Notice, the Trust shall be permitted to retain the Settlement Monies and to file a notice of dismissal of those Avoidance Actions.  If any of the settlements identified in the Monthly Omnibus Notice are not approved by the Court, the Trust must promptly return the Settlement Monies paid in connection with that settlement to that Potential Defendant.

C.    **Rule 26 Waivers**. The requirements under Fed. R. Civ. P. 26(a)(1) – (3) and the requirements under Fed. R. Civ. P. 26(d) and (e) are waived, unless the parties to the specific adversary proceeding otherwise stipulate in writing.

D.    **Discovery and Other Deadlines**.  The following discovery deadlines apply to all Avoidance Actions filed on or before April 1, 2010:

(i)    Completion of discovery:  November 1, 2010.  All motions to compel discovery are to be made so that the Court can rule and discovery can be obtained prior to that date.

(Page 5)
Debtor:            SHAPES/ARCH HOLDINGS L.L.C., *et al.*
Case No.           08-14631 (GMB)
Caption of Order:  ORDER APPROVING AND ADOPTING GLOBAL
                   PROCEDURES WITH RESPECT TO AVOIDANCE
                   ACTIONS

---

(ii)    Dispositive motions:  December 15, 2010.  Dispositive

motions shall be filed by December 15, 2010 and returnable no later than January 31,

2011.

E.    **Mediation**.  Any matter that has not been otherwise resolved by or

before January 31, 2011 shall be referred to mediation.

F.    **Omnibus hearing dates**.  Other than trial dates and matters

brought before the Court on an emergency basis, all conferences and hearings relating to

the Avoidance Actions shall be scheduled for periodic omnibus hearing dates to be set by

the Court.

3.    A copy of this Order shall be docketed in the main case, Case No. 08-

14631 (GMB) Shapes/Arch Holdings L.L.C., and in each of the adversary proceedings

listed on attached **Exhibit A**.

**Exhibit A**

| Adv. Pro. No. | Name |
|---|---|
| 10-01322-GMB | The Class 10 Liquidation Trust v. 7 Oil Co. Inc. |
| 10-01370-GMB | The Class 10 Liquidation Trust v. Ace Pallet Corporation |
| 10-01371-GMB | The Class 10 Liquidation Trust v. Allegheny Plywood Company |
| 10-01323-GMB | The Class 10 Liquidation Trust v. Aqua a/k/a AquaPennsylvania, Inc. |
| 10-01324-GMB | The Class 10 Liquidation Trust v. BKA Sales and Marketing, Inc. |
| 10-01398-GMB | The Class 10 Liquidation Trust v. Carpey et al |
| 10-01325-GMB | The Class 10 Liquidation Trust v. Celadon Logistics Services, Inc. |
| 10-01326-GMB | The Class 10 Liquidation Trust v. Chromalox |
| 10-01328-GMB | The Class 10 Liquidation Trust v. Clean Earth, Inc. a/k/a Clean Earth of North Jersey |
| 10-01329-GMB | The Class 10 Liquidation Trust v. Compressed Air Equipment, Inc. |
| 10-01337-GMB | The Class 10 Liquidation Trust v. Crops NA, Inc. |
| 10-01338-GMB | The Class 10 Liquidation Trust v. Crown Credit Company |
| 09-02963-GMB | The Class 10 Liquidation Trust v. DGI Supply |
| 10-01372-GMB | The Class 10 Liquidation Trust v. Exco USA |
| 10-01373-GMB | The Class 10 Liquidation Trust v. Federal Express Corp. |
| 10-01374-GMB | The Class 10 Liquidation Trust v. Fitzpatrick Container Company |
| 10-01341-GMB | The Class 10 Liquidation Trust v. GDHWD & Eberle, Inc. a/k/a Grossman, DeBartolo, et al. |
| 10-01342-GMB | The Class 10 Liquidation Trust v. Grays Trucking a/k/a Gray Trucking |
| 10-01375-GMB | The Class 10 Liquidation Trust v. Greaney Consulting, LLC |
| 10-01392-GMB | The Class 10 Liquidation Trust v. HD Supply a/k/a HDS IP Holding, LLC |
| 10-01343-GMB | The Class 10 Liquidation Trust v. Houghton Metal Finishing Co. |
| 09-02961-GMB | The Class 10 Liquidation Trust v. Household Metals, Inc. |
| 10-01389-GMB | The Class 10 Liquidation Trust v. Ingersoll-Rand Company d/b/a Schlage Lock Company |
| 09-02962-GMB | The Class 10 Liquidation Trust v. K&M Transport LLC |
| 10-01344-GMB | The Class 10 Liquidation Trust v. Kingmaker Steel Co., Inc. |
| 10-01345-GMB | The Class 10 Liquidation Trust v. Kronos Incorporated |
| 10-01346-GMB | The Class 10 Liquidation Trust v. Lamatek, Inc. |
| 09-02957-GMB | The Class 10 Liquidation Trust v. Magretech |
| 10-01348-GMB | The Class 10 Liquidation Trust v. Mal-ber Manufacturing Co. |
| 10-01025-GMB | The Class 10 Liquidation Trust v. Marine Fasteners, Inc. |
| 10-01349-GMB | The Class 10 Liquidation Trust v. Matalco Inc. |
| 10-01350-GMB | The Class 10 Liquidation Trust v. Mati Sales LLC |
| 10-01351-GMB | The Class 10 Liquidation Trust v. MEB Logistics |
| 10-01376-GMB | The Class 10 Liquidation Trust v. Melton Truck Lines, Inc. |
| 10-01352-GMB | The Class 10 Liquidation Trust v. Metal Koting |

| 10-01353-GMB | The Class 10 Liquidation Trust v. National Accreditation and Management Institute |
|---|---|
| 10-01377-GMB | The Class 10 Liquidation Trust v. Northeast Metal Traders, Inc. |
| 10-01390-GMB | The Class 10 Liquidation Trust v. Northern Plastic Lumber Inc. |
| 10-01026-GMB | The Class 10 Liquidation Trust v. ODL, Inc. |
| 10-01379-GMB | The Class 10 Liquidation Trust v. Polyone Corporation |
| 10-01380-GMB | The Class 10 Liquidation Trust v. Premier Window, Inc. |
| 10-01391-GMB | The Class 10 Liquidation Trust v. PSK Steel Corporation |
| 10-01354-GMB | The Class 10 Liquidation Trust v. Quaker City Chemicals, Inc. |
| 10-01355-GMB | The Class 10 Liquidation Trust v. Rapture Trailer, Inc. |
| 10-01356-GMB | The Class 10 Liquidation Trust v. Reeder & Vermaat, Inc. |
| 10-01029-GMB | The Class 10 Liquidation Trust v. River Road Recycling, Inc. |
| 10-01357-GMB | The Class 10 Liquidation Trust v. Roux Associates, Inc. |
| 10-01381-GMB | The Class 10 Liquidation Trust v. Royalplast Door Systems Co. |
| 10-01358-GMB | The Class 10 Liquidation Trust v. Sales Unlimited LLC |
| 10-01360-GMB | The Class 10 Liquidation Trust v. Sepesi, Inc. |
| 10-01030-GMB | The Class 10 Liquidation Trust v. Service Aluminum Corporation |
| 10-01361-GMB | The Class 10 Liquidation Trust v. Shapes Unlimited, Inc. |
| 10-01362-GMB | The Class 10 Liquidation Trust v. Slick Ideas Inc. |
| 10-01363-GMB | The Class 10 Liquidation Trust v. South Jersey Processing Inc. |
| 10-01031-GMB | The Class 10 Liquidation Trust v. Swimline Corporation |
| 10-01027-GMB | The Class 10 Liquidation Trust v. The Oilgear Company |
| 10-01033-GMB | The Class 10 Liquidation Trust v. Toco Products, Inc. |
| 10-01394-GMB | The Shapes Liquidation Trust a/k/a Class 10 Liquid v. Uneeda Bolt & Screw Co., Inc. |
| 10-01035-GMB | The Class 10 Liquidation Trust v. United Packaging Supply Company |
| 10-01364-GMB | The Class 10 Liquidation Trust v. Van-Air Hydraulics Inc. |
| 10-01382-GMB | The Class 10 Liquidation Trust v. Verizon |
| 10-01365-GMB | The Class 10 Liquidation Trust v. Vision Industries Group, Inc. |
| 10-01383-GMB | The Class 10 Liquidation Trust v. Wagstaff, Inc. |