**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.,*<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>Chapter 11<br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                       )  SS.:
COUNTY OF BERGEN       )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On April 5, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

   (a) Notice of Motion of the Class 10 Liquidation Trust for an Order Approving and Adopting Global Procedures with Respect to Avoidance Actions;

   (b) Application in Support of Motion; and

   (c) Proposed form of Order granting the Motion.

  3. On April 5, 2010, I caused true copies of the above-referenced pleadings to be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing true copies in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

  4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

  I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

               */s/ Cynthia Braden*
               CYNTHIA BRADEN

Sworn and subscribed to before me
this 6th day of April, 2010.

 */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

SHAPES/ARCH HOLDINGS L.L.C., *et al.*

## SERVICE LIST

### CORE PARTIES

| | | |
|---|---|---|
| Donald F. McMaster, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>Attorneys for Debtors<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 | Mark E. Felger, Esq.<br>Cozen O'Connor<br>Attorneys for Debtors<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801 |
| Alan D. Halperin, Esq.<br>Halperin Battaglia Raicht, LLP<br>Co-Counsel for the Committee<br>555 Madison Avenue - 9th Floor<br>New York, NY 10022-3301 | | |

### NOTICE OF APPEARANCE PARTIES

| | | |
|---|---|---|
| Joel Shapiro, Esq.<br>Blank Rome LLP<br>Attorneys for ASI Funding, Arcus ASI, Inc.<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998 | Lawrence Flick, Esq.<br>Blank Rome LLP<br>Attorneys for ASI Funding, Arcus ASI, Inc<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174 | Robert Lapowsky, Esq.<br>Stevens & Lee, P.C.<br>Special Counsel to Shapes<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103 |
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Attorneys for Glencore Ltd.<br>101 Park Avenue<br>New York, NY 10178 | Glencore Ltd<br>Attn: Elitsa Golab<br>301 Tresser Blvd.<br>Stamford, CT 06901 | Jennifer M. Davies, Sherry D. Lowe, Esq.<br>Lamm Rubenstone LLC<br>Attys for Modern Handling Equipment<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053 |
| Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzbug & Ellers<br>Attys for A. Jerome Grossman, Frank Kessler<br>260 South Broad Street<br>Philadelphia, PA 19102 | David W. Phillips, Todd M. Galante, et al.<br>LeClairRyan<br>Attorneys for De Lage Financial Services<br>Two Penn Plaza East<br>Newark, NJ 07105-2249 | Emmanuel J. Argentieri, Oren Klein, Esq.<br>Parker McCay<br>Attys for Pennsauken Township<br>3 Greentreet Centre; 7001 Lincoln Dr. W.<br>PO Box 974<br>Marlton, NJ 08053 |
| Mark J. Dorval, Esq.<br>Stradley Ronon Stevens & Young LLP<br>Attorneys for the CIT Group/Business Credit, Inc.<br>2600 One Commerce Square<br>Philadelphia, PA 19103 | Paul A. Patterson, Michael Cordone, Esq.<br>Stradley Ronon Stevens & Young LLP<br>Attorneys for the CIT Group<br>Woodland Falls Corporation Park<br>200 Lake Drive East<br>Cherry Hill, NJ 08002 | Louis T. DeLucia, Alan J. Brody, et al.<br>Greenberg Traurig, LLP<br>Attorneys for Arch Acquisition I, LLC<br>200 Park Ave.<br>Florham Park, NJ 07932 |

45765/0003-6437912v1

| | | |
|---|---|---|
| Nancy A. Mitchell, Esq.<br>Greenberg Traurig, LLP<br>Attorneys for Arch Acquisition I, LLC<br>Metlife Building<br>200 Park Ave.<br>New York, NY 10016 | Diane E. Vuocolo, Esq.<br>Greenberg Traurig, LLP<br>Attorneys for Arch Acquisition I, LLC<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA 19103 | Leah A. Bynon<br>United States Attorney's Office<br>Atty for US Customs and Border<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 |
| Timothy A. Bortz, UC Tax Agent/Bankruptcy<br>Office of Unemployment Comp. Tax Services<br>Commonwealth of Pennsylvania<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1184 | John R. Morton, Jr. Esq.<br>Law Offices of John R. Morton, Jr.<br>Attorneys for Jaguar Credit Corporation<br>&Wells Fargo Equipment Finance, Inc.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | Christine R. Etheridge, Bankruptcy<br>Administration<br>IKON Financial Services<br>1738 Bass Road, P.O. Box 13708<br>Macon, GA 31208-3708 |
| Joseph M. Garemore, Esq.<br>Brown & Connery, LLP<br>Attorneys for Pollution Control Financing<br>Authority of Camden County<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 | Gilbert B. Weisman, Esq.<br>c/o Becket and Lee LLP<br>Attorney/Agent for American Express Travel<br>Related Svcs Co. Inc. Corp Card<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Cheryl L. Cooper, Esq.<br>Holston, MacDonald, Uzdavinis<br>Eastlack, Ziegler & Lodge<br>Attorneys for Steven Battel<br>66 Euclid Street, P.O. Box 358<br>Woodbury, NJ 08096 |
| Stephen Richman, Thomas Kohn, et al.<br>Markowitz & Richman<br>Attorneys for U.I.U. Health & Welfare<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107 | Robyn F. Pollack, Esq.<br>Saul Ewing LLP<br>Attorneys for SL Industries, Inc.<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | Kelly A. Krail, Esq. & Kathleen J. Collins, Esq.<br>Litchfield Cavo LLP<br>Attorneys for Creditor Quickway, Inc.<br>1800 Chapel Avenue West, Suite 360<br>Cherry Hill, NJ 08002 |
| Sam Della Fera, Jr., Esq.<br>Trenk, DiPasquale, Webster<br>Attorneys for Metal Mgmt Northeast,<br>and Metal Management Connecticut, Inc.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052 | David Aaronson, Bonnie Barnett, et al.<br>Attys for Sears Holding, Georgia-Pacific,<br>Glidden Co., Avery, Borden Foods, Crowley,<br>Garrett-Buchanan, SE PA Trans.<br>One Logan Square, 18th and Cherry St.<br>Philadelphia, PA 19103 | Carol R. Cobb, Esq.<br>Louis Giansante, Esq.<br>Giansante & Cobb, LLC<br>Attorneys for Ward Sand & Materials, Inc.<br>23 East Main Street<br>Moorestown, NJ 08057-3309 |
| John R. Morton, Jr., Esquire<br>Atty for Ford Motor Credit Co.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | William G. Wright, Esq.<br>Farr, Burke, Gambacorta & Wright, P.C.<br>Attorneys for General Electric Capital<br>Atrium I, Suite 401<br>1000 Atrium Way, P.O. Box 669<br>Mt. Laurel, NJ 08054 | Ira R. Deiches, Esq.<br>Deiches & Ferschmann<br>Attorneys for Northeast Metal Traders<br>25 Wilkins Avenue<br>Haddonfield, NJ 08033 |
| Andrew J. Flame, Esq./Howard A. Cohn<br>Drinker Biddle & Reath LLP<br>Attorneys for PPL Energyplus, LLC<br>1100 North Market Street<br>Wilmington, DE 19801-1254 | The Chartwell Law Offices, LLP<br>John J. Winter, Esq.<br>Attorneys for PPG Industries, Inc.<br>2621 Van Buren Avenue<br>Norristown, PA 19403 | Bruce Buechler, Esq.<br>Lowenstein Sandler PC<br>Attorneys for Sun Capital Partners Group<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Donald G. Frankel, Trial Attorney<br>U.S. Department of Justice<br>Attorneys for U.S. Environ. Protection<br>One Gateway Center, Suite 616<br>Newton, MA 02458 | Tyler S. Graden, Esq.<br>Conrad O'Brien Gellman & Rohn, P.C.<br>Attorneys for Rohm and Haas Company<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102-1916 | John C. Sullivan, Esq.<br>Attorneys for Liberty Mutual Insurance<br>Company and Wausau Underwriters<br>Insurance Company<br>1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103 |
| Jeanine D. Clark, Esq.<br>Margolis Edelstein<br>Attorneys for Creditor, Shaw Alloy Piping<br>216 Haddon Avenue<br>P.O. Box 9222<br>Westmont, NJ 08108 | Shawn M. Christianson, Esq.<br>Buchalter Nemer, PC<br>Attorneys for Oracle Credit Corporation<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |

45765/0003-6437912v1

| | | |
|---|---|---|
| Melissa A. Pena<br>Norris, McLaughlin & Marcus<br>Atty. for Combustion Engineering, C-E<br>721 Rt. 202-206<br>P.O. Box 1018<br>Somerville, NJ  08876-1018 | A. Dennis Terrell, Esq.<br>DRINKER BIDDLE & REATH LLP<br>Atty for Nationwide Insurance, Inc.<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047 | Michael J. Reynolds, Esq.<br>Atty for Nationwide Insurance, Inc.<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047 |
| Philip S. Rosen, Esq.<br>Zeichner Ellman & Krause LLP<br>Atty for American Int. Group<br>103 Eisenhower Parkway<br>Roseland, New Jersey 07068 | Nola R. Bencze, Esq.<br>James J. O'Toole, Esq.<br>Buchanan Ingersoll & Rooney PC<br>Attys for Waste Management of NJ<br>1835 Market Street, 14th Floor<br>Philadelphia, PA  19103 | Linda S. Fossi, Esq.<br>Deily, Mooney & Glastetter, LLP<br>Attorneys for DCFS Trust<br>One Greentree Centre<br>10000 Lincoln Drive East – Suite 201<br>Marlton, NJ  08053 |

### FRAUD CONVEYANCE DEFENDANTS

| | | |
|---|---|---|
| Amy Laboz<br>1283 Club House Rd.<br>Gladwyne, PA 19035-1003 | Amy Laboz<br>750 Canterbury Ln.<br>Villanova, PA  19085-2052 | Beth Ann Kessler<br>333 Rosemary Lane<br>Penn Valley, PA 19072-1119 |
| Cecelia Kessler<br>333 Rosemary Lane<br>Penn Valley, PA  19072-1119 | Craig & Lori Seller<br>36 Ponderosa Dr.<br>Southhampton, PA  18966-2240 | Richard Grossman<br>338 Rosemary Lane<br>Narberth, PA 19072 |
| Ellen Grossman<br>750 Canterbury Lane<br>Villanova, PA 19085 | Steven Grabell<br>465A Conshohocken Street Road<br>Balacynwyd, PA 19004 | Helene Kendall<br>210 W. Rittonhouse Square<br>Philadelphia, Pa 19103 |
| Linda Fleisher<br>420 Mayflower Lane<br>Wynnewood, PA 19096-1663 | Linda Fleisher<br>6600 SW 57th Ave.<br>Apt. D 302<br>South Miami, FL  33143-3762 | Nancy Carpey<br>38 N. Exeter Ave<br>Margate City, NJ 08402-1834 |
| Nancy Carpey<br>532 Foxglove Lane<br>Wynnewood, PA 19096-1661 | Paul Sorensen<br>508 Leonard Lane<br>Mullica, NJ  08062 | |

45765/0003-6437912v1

## PREFERENCE DEFENDANTS

| | | |
|---|---|---|
| Magretech<br>301 Country Road #177<br>Bellevue, OH  44811 | John C. Kilgannon<br>Stevens & Lee<br>Atty for Magretech<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103 | Household Metals, Inc.<br>645 E. Erie Avenue<br>Philadelphia, PA  19134 |
| Joseph Bodnar<br>Atty for Household Metals, Inc.<br>Law Offices of Joseph J. Bodnar<br>2101 North Harrison Street<br>Post Office Box 1022<br>Wilmington, DE 19899-1022 | K&M Transport, LLC<br>Attn: Brian Levari<br>526 Railroad Blvd.<br>Buena, NJ  08310 | DGI Supply-A DoALL Company<br>1480 South Wolf Road<br>Wheeling,  IL 60090 |
| Marine Fasteners, Inc.<br>Attn: Chris Van Doren<br>120 Maritime Drive<br>Sanford, FL  32771 | ODL, Inc.<br>215 E. Roosevelt Avenue<br>Zeeland, MI  49464 | Gordon Toering<br>Warner Norcross & Judd LLP<br>Atty for ODL, Inc.<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503-2487 |
| The Oilgear Company<br>2300 S 51 STREET<br>Milwaukee, WI  53219 | River Road Recycling<br>450 37th St.<br>Pennsauken, NJ 08110 | River Road Recycling<br>P.O. BOX 302<br>Pennsauken, NJ  08110 |
| Service Aluminum Corporation<br>3300 North Ridge Road, Suite 290<br>Ellicott City, MD  21043 | Hillary Jury<br>Siller Wilk, LLP<br>Atty for Service Aluminum Corp.<br>675 3rd Avenue<br>New York, NY 10017 | Swimline Corp.<br>191 Rodeo Drive<br>Edgewood, NY 11717 |
| Toco Products<br>1129 West River Drive<br>Mays Landing, NJ 08330 | Anthony D. Buonadonna<br>Buonadonna & Benson, P.C.<br>Atty for Toco Products<br>1138 East Chestnut Avenue, Suite 2A<br>Vineland, NJ 08360 | United Packaging Supply Co.<br>727 Wicker Avenue<br>Bensalem, PA 19020 |
| United Packaging Supply Co.<br>PO Box 850053723<br>Philadelphia, PA 19178-3723 | Stephen C. Goldblum, Esq.<br>Semanoff Ormsby<br>Atty for United Packaging Supply<br>2617 Huntingdon Pike<br>Huntingdon Valley, PA 19006 | 7 Oil Co., Inc.<br>Attn: Mick Cairns<br>P.O. Box 2526<br>Cinnaminson, NJ 08077 |
| Aquia PA<br>P.O. Box 1229<br>Newark, NJ  07101 | Aqua<br>4130 Lien Rd.<br>Madison, WI  53704 | Andrew Henry<br>Assistant General Counsel<br>Aqua America, Inc.<br>762 W. Lancaster Avenue<br>Bryn Mawr, PA 19010 |

45765/0003-6437912v1

| | | |
|---|---|---|
| BKA Sales and Marketing, Inc.<br>c/o Jorge Fernandez, Reg. Agent<br>1605 S.W. 89th Ave./Rd.<br>Miami, FL 33157 | Celadon Logistics Services<br>1830 Momentum Place<br>Chicago, IL 60689-5318 | Compressed Air Equipment<br>Attn: Gale Hill, Office Mgr.<br>111 Clinton Ave.<br>Pitman, NJ 08071 |
| Crops NA, Inc.<br>6600 Decari, Suite 302<br>Quebec, CANADA<br>H3X 2K4 | Mitchell Rosen<br>Crops, Inc.<br>6600 Decari, Suite 302<br>Quebec, CANADA<br>H3X 2K4 | Crown Credit Company<br>P.O. Box 640352<br>Cincinnati, OH 45264-0352 |
| Crown Credit Company<br>c/o Resident Agent<br>115 N. Main Street<br>New Bremen, OH 45869 | Crown Credit Company<br>44 S. Washington St.<br>New Bremen, OH 45869-1247 | GDWH & Eberle, Inc.<br>c/o William J. Garmisa, Registered Agent<br>330 N. Wabash, Ste. 1700<br>Chicago, IL 60611 |
| GDWH & Eberle, Inc.<br>330 N. Wabash, Suite 1700<br>Chicago, IL 60611 | Gray's Trucking<br>735 Broad Street<br>Beverly, NJ 08010 | Kingmaker Steel<br>133 Belmont Drive<br>Somerset, NJ 08873-1203 |
| Kronos Incorporated<br>297 Billerica Road<br>Chelmsford, MA 01824 | Lamatek Inc.<br>1226 Forest Parkway<br>West Debtford, NJ 08066 | Lamatek, Inc.<br>Attn: G. Robert Carlson, President<br>1226 Forest Parkway<br>West Deptford, NJ 08066 |
| Mal-Ber Manufacturing Co.<br>2115 Byberry Road<br>Huntingdon Valley, PA 19006 | Matalco Inc.<br>850 Intermodal Drive<br>Brampton, ON<br>L6T 0B5 CANADA | Mati Sales LLC<br>PO Box 816<br>Glenside, PA 19038-0816 |
| Howard Gershman, Esq.<br>Counsel to Mati Sales LLC<br>Gershman Law Offices, PC<br>610 York Road, Suite 200<br>Jenkintown, PA 19046 | MEB Logistics, LLC<br>c/o Michael Bowen, President<br>148 Homestead Drive<br>Doylestown, PA 18901 | Metal Koting<br>1430 Martin Grove Road<br>Rexdale, Ontario<br>M9W 4Y1 CANADA |
| NAMI<br>11870 Merchant's Walk, Suite 202<br>Newport News, VA 23606 | Quaker City Chemicals<br>7360 Milnor Street<br>Philadelphia, PA 19136 | Rapture Trailer, Inc.<br>2411 Big Oak Road<br>Langhorne, PA 19047 |
| John R. Crayton<br>Atty for Rapture Trailer, Inc.<br>33 West Second Street<br>Moorestown, NJ 08057 | Reeder and Vermaat<br>408 Deepwood Court<br>Naperville, IL 60540 | Reeder & Vermaat, Inc.<br>c/o S&R Registered Agent Service, Inc.<br>416 Main St., Ste. 400<br>Peoria, IL 61602 |

| | | |
|---|---|---|
| Roux Associates<br>209 Shafter St.<br>Islandia, NY 11749-5074 | Roux Associates, Inc.<br>Attn: Ralph A. Rosella, Esq.<br>Registered Agent<br>225 Old Country Rd.<br>Melville, NY 11749 | Sales Unlimited LLC<br>12123 Shelbyville Rd, Ste. 100-173<br>Louisville, KY 40243-1079 |
| Sepesi, Inc.<br>P.O. Box 266<br>Red Hook, NY 12571 | Shapes Unlimited, Inc.<br>590 E. Western Reserve Rd., Bldg. 4<br>Youngstown, OH 44514 | Shapes Unlimited, Inc.<br>C/o John Sullivan, Registered Agent<br>940 Augusta<br>Youngstown, OH 44512 |
| Slick Ideas, Inc.<br>Attn: Geoffrey Slick<br>1013 N. Gravel Pike<br>Schwenksville, PA 19473 | Slick Ideas, Inc.<br>Attn: Geoffrey Slick<br>905 Yorkshire Way<br>Harleysville, PA, 19438 | South Jersey Processing<br>2201 Mt. Ephriam Ave., Building 40<br>Camden, NJ 08104 |
| Thomas J. Orr, Esq.<br>Counsel to South Jersey Processing<br>321 High Street<br>Burlington, NJ 08016 | Van – Air and Hydraulics<br>P.O. Box 38<br>Maple Shade, NJ 08052 | Van-Air and Hydraulics, Inc. c/o<br>RG Group<br>Attn: Rich Freeh, CEO<br>612 E. Woodlawn Ave.<br>Maple Shade, NJ 08052 |
| Neil A. Slenker, Esquire<br>Atty for Van – Air and Hydraulics<br>Susquehanna Comm. Center E., Suite 600<br>221 West Philadelphia Street<br>York, PA 17401-2994 | Vision Industries Group<br>500 Metuchen Rd.<br>South Plainfield, NJ 07080 | Ace Pallet Corp<br>PO Box 228<br>Paulsboro, NJ 08066 |
| Ace Pallet Corp<br>215 East Broad Street<br>Paulsboro, NJ 08066 | Allegheny Plywood<br>3433 Smallman St.<br>Pittsburgh, PA 15201 | Morella & Associates<br>A Professional Corporation<br>Atty for Allegheny Plywood<br>706 Rochester Road<br>Pittsburgh, PA 15237 |
| EXCO, USA<br>56617 NORTH BAY DRIVE<br>CHESTERFIELD, MI 48051 | Victor A. Veprauskas IV, Esq.<br>BEIER HOWLETT, P.C.<br>Atty for Exco USA<br>200 E. Long Lake Rd., Ste. 110<br>Bloomfield Hills, MI 48304 | Federal Express Corp.<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 |
| Federal Express Corp.<br>Attn: Bob Ross, Esq.<br>3610 Hack's Cross Rd<br>Memphis, TN 38125 | Fitzpatrick Container<br>800 E. Walnut St.<br>North Wales, PA 19454 | Charles V. Curley, Esq.<br>Halberstadt Curley LLC<br>Atty for Fitzpatrick Container<br>1100 E. Hector Street, Suite 425<br>Conshohocken, PA 19426 |
| Greaney Consulting LLC<br>9854 E. Monument Drive<br>Scottsdale, AZ 85262 | Sergio I. Scuteri<br>Capehart & Scatchard<br>Atty for Greaney Consulting LLC<br>8000 Midlantic Drive, Suite 300 S<br>Mount Laurel, NJ 08054 | Melton Truck Lines<br>DEPARTMENT 1974<br>Tulsa, OK 74182 |

45765/0003-6437912v1

Melton Truck Lines
808 North 161st East Avenue
North Tulsa, OK 74116

John Howland
Rosenstein, Fist & Ringold
Atty for Melton Truck Lines
525 S. Main Ste 700
Tulsa, OK 74103

NE Metal Traders
7345 MILNOR STREET
Philadelphia, PA 19136

Ira R. Deiches
DEICHES & FERSCHMANN
Atty for NE Metal Traders
25 Wilkins Avenue
Haddonfield, NJ 08033

PolyOne Corp.
33587 Walker Road
Avon Lake OH, USA 44012

PolyOne Corp
DEPT CH 10489
PALATINE , IL 60055-0489

Mark Weintraub
Thompon Hine
Atty for Polyone Corp
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291

Premier Window, Inc.
20468 Chartwell Center Dr., Suite Q
Cornelius, NC 28031

Premier Windows
P.O. BOX 62
Thurmond, NC 28683

Royal Plast Door Systems
5770 Highway #7 West
WOODBRIDGE, ONTARIO
CANADA   L4L3A2

RoyalPlast Door Co.
1085 des Cheminots
Lachenaie (Quebec) CANADA
J6W 0A1

Verizon
PO Box 4833
Trenton, NJ 08650-4833

Verizon
PO Box 4648
Trenton, NJ

Verizon
PO Box 4830
Trenton, NJ 08650

Verizon
100 Southgate Parkway
Morristown, NJ 07960

Zach Wilson
Arnall Golden Gregory LLP
Atty for Verizon
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031

Scott Shectman, Esq.
Braverman Kaskey, P.C.
Attys for NE Metal Traderse
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA 19103

Wagstaff Inc.
3910 NORTH FLORA ROAD
SPOKANE, WA 99216

Jed W. Morris, Esq.
Lukins & Annis
Atty for Wagstaff, Inc.
717 W. Sprague Ave., Suite 1600
Spokane, WA 99201

Schlage Lock Company
Corporate Center
One Centennial Ave.
Piscataway, NJ 08854

Schlage Lock Company
155 Chestnut Ridge Road
Montvale, NJ 07645

Northern Plastic Lumber Inc.
Attn: Officer, Managing or General Agent
164 Needham Street
Lindsay, ON K9V5R7
CANDA

PSK Steel
Attn. Steve Anderson, VP
2960 Gale Avenue
Hubbard, OH 44425

HD Supply
13285 Marietta Court
Alpharetta, GA 30004

Uneeda Bolt & Screw Co. Inc.
c/o Eli Brickman, Registered Agent
11 Ashland Drive
Montville, NJ 07045

Uneeda Bolt & Screw Co. Inc.
c/o Eli Brickman, President
10 Capital Drive
Moonachie, NJ 07074

45765/0003-6437912v1

## POTENTIAL PREFERENCE DEFENDANTS

| | | |
|---|---|---|
| ALCOA MILL PRODUCTS<br>1480 MANHEIM PIKE<br>LANCASTER, PA  17601 | Michael J. Roeschenthaler<br>McGuireWoods LLP<br>Atty for Alcoa, Inc.<br>625 Liberty Avenue, 23rd Floor<br>Pittsburgh, Pennsylvania 15222 | AMERICAN EXPRESS<br>P.O. BOX 1270<br>NEWARK, NJ  07101-1270 |
| Eugene Chikowski, Esq.<br>Flaster/Greenberg P.C.<br>Four Penn Center<br>1600 John F. Kennedy Blvd., 2nd Fl.<br>Philadelphia, PA 19103 | DAC Products, Inc.<br>Attn: Cathy Lynch<br>100 Century Point Drive<br>East Bend, NC  27018 | Distribution Data<br>Attn: Robert Hartig, President<br>16101 Snow Road, Suite 200<br>Cleveland, OH  44142 |
| MEDALCO METALS, INC.<br>281 HIGHWAY 79<br>MORGANVILLE, NJ  07751 | Peter C. Connor<br>Lyon & Fitzpatrick, LLP<br>Atty for Medalco Metals<br>14 Bobala Road<br>Holyoke, Ma 01040 | Trillium Construction<br>PO Box 67000<br>Department 185401<br>Detroit, MI  48267 |
| R. Ryan McNally, Esq.<br>Kreis, Enderle, Hudgins & Borsos, P.C.<br>Atty for Trillium Construction<br>171 Monroe Ave NW, Suite 900B<br>Grand Rapids, MI  49503 | WINDOW DEPOT USA<br>10800 FINANCIAL CENTER PARKWAY<br>LITTLE ROCK, AR  72211 | WINDOW DEPOT USA OF VA BEACH<br>2625 PRODUCTION ROAD<br>VIRGINIA BEACH, VA  23454 |
| Richard L. Ramsay<br>Eichenbaum, Liles & Heister, PA<br>Atty for Window Depot USA<br>124 West Capitol Avenue, Suite 1900<br>Little Rock, Arkansas 72201 | ZYMOTIC IMPORTS, LTD.<br>1361 MONMOUTH ROAD<br>EASTAMPTON, NJ  08060-3900 | Christine A. Pinto, Esquire<br>PARKER McCAY P.A.<br>Atty for Zymotic Imports<br>Three Greentree Centre<br>7001 Lincoln Drive West, P.O. Box 974<br>Marlton, NJ  08053-0974 |

45765/0003-6437912v1