Timothy W. Garvey, Esq.   TG (9134)
LATSHA, DAVIS, YOHE & McKENNA, P.C.
3000 Atrium Way, Suite 251
Mt. Laurel, NJ  08054
(856) 231-5351
tgarvey@ldylaw.com



Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | CHAPTER 11 |
| SHAPES / ARCH HOLDING, LLC, et al | CASE NO. 08-14631 (GMB) |
| Debtors | Hearing Date: May 3, 2010 |
| | Claim No.: 603 |
| | Oral Argument Requested |

### NOTICE OF MOTION

TO:   Rachel Jean Lehr, Esq.
      Deputy Attorney General
      Richard J. Hughes Justice Complex
      25 Market Street
      Post Office Box 093
      Trenton, NJ  08625-0093

PLEASE TAKE NOTICE that on May 3, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned Attorney for the Debtor in the above captioned matter will apply for an Order disallowing and expunging Claim No. 603, the

NJDEP's claim for natural resource damage, for the reasons set forth in the within supporting papers.

Respectfully submitted,
LATSHA, DAVIS, YOHE & McKENNA, P.C.

By: _____  4/9/10
Timothy W. Garvey, Esq. TG (9134)
Attorney for Debtor