Timothy W. Garvey, Esq.    TG (9134)
LATSHA, DAVIS, YOHE & McKENNA, P.C.
3000 Atrium Way, Suite 251
Mt. Laurel, NJ  08054
(856) 231-5351
tgarvey@ldylaw.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | CHAPTER 11 |
| SHAPES / ARCH HOLDING, LLC, et al | CASE NO. 08-14631 (GMB) |
| Debtors | Claim No.:  603 |
| | Hearing Date: May 3, 2010 |

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Disallow, Brief in Support of Motion to Disallow and supporting papers was served on the following party by Federal Express, on the 8th day of April, 2010:

Rachel Jean Lehr, Esq.
Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market Street
Post Office Box 093
Trenton, NJ  08625-0093

Signed: _____    Dated: 4/9/10