UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 08-14631-GMB |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | Chapter 11 |
| Reorganized Debtors. | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
AND SERVICE OF ALL OTHER PAPERS**

TO THE CLERK OF U.S. BANKRUPTCY COURT:

PLEASE TAKE NOTICE that Braverman Kaskey, P.C., hereby enters its appearance on behalf of Northeast Metal Traders, Inc., in the above-referenced chapter 11 proceeding pursuant to Section 1109(d) of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010.

PLEASE TAKE FURTHER NOTICE that such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that all notices given or required to be given in the above-captioned case including, but not limited to, all papers filed and served in all adversary proceedings in this case and all notices mailed only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be mailed to them be given to and served upon said counsel at the following address, telephone and fax number:

>Braverman Kaskey, P.C.
>Attn: David L. Braverman, Esquire
>1650 Market Street
>56th Floor
>Philadelphia, PA 19103
>Phone: (215) 575-3800
>Fax: (215) 575-3801
>dbraver@braverlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this case and any proceeding commenced herein.

>Respectfully submitted,
>
>By:   /s/ David L. Braverman
>David L. Braverman, Esquire
>BRAVERMAN KASKEY, P.C.
>One Liberty Place, 56th Floor
>1650 Market Street
>Philadelphia, Pennsylvania 19103
>(215) 575-3800 (phone)
>(215) 575-3801 (facsimile)
>Email: dbraver@braverlaw.com
>
>*Attorneys for Northeast Metal Traders, Inc.*

Dated: April 14, 2010

## CERTIFICATE OF SERVICE

I, David L. Braverman, Esquire, hereby certify, on this 14th day of April, 2010, caused a true and correct copy of the foregoing Entry of Appearance and Request for Notices and Service of all other Papers to be electronically filed with the Court, and served upon the following counsel of record by electronic mail via the Court's CM/ECF System pursuant to Local Bankruptcy Rule 7005-1:

Alan J. Brody, Esquire
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Email: brodya@gtlaw.com
*Attorney for Debtor Shapes/Arch Holdings L.L.C.*

Jerrold N. Poslusny, Jr., Esquire
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Email: jposlusny@cozen.com
*Attorney for Debtor Shapes/Arch Holdings L.L.C.*

John C. Kilgannon, Esquire
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, Pennsylvania 19103
Email: jck@stevenslee.com
*Attorney for Debtor Shapes/Arch Holdings L.L.C.*

Kevin M. McKenna, Esquire
Latsha Davis Yohe & McKenna
350 Eagleview Boulevard
Suite 100
Exton, Pennsylvania 19341
Email: kmckenna@ldylaw.com
*Attorney for Debtor Shapes/Arch Holdings L.L.C.*

3

Ilana Volkov, Esquire
Cole, Schotz, Meisel, Forman & Leonard
25 Main Street
Hackensack, New Jersey 07601
Email: ivolkov@coleschotz.com
*Attorney for Trustee, Class 10 Liquidation Trust*

Donald F. MacMaster, Esquire
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, New Jersey 07102
Email: Donald.F.MacMaster@usdoj.gov
*U.S. Trustee*

Michael D. Sirota, Esquire
Cole, Schotz, Meisel, Forman & Leonard
25 Main Street
Hackensack, New Jersey 07601
Email: msirota@coleschotz.com
*Attorney for Creditor Committee*

Donna H. Lieberman, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, New York 10019
*Attorney for Creditor Committee*

Walter Benzija, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, New York 10022
Email: wbenzija@halperinlaw.net
*Attorney for Creditor Committee*

David B. Aaronson, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103
Email: david.aaronson@dbr.com
*Attorney for Creditor Committee*
*(Lightman Drum Company Superfund Site PRP Group)*

        /s/ David L. Braverman
David L. Braverman, Esquire
BRAVERMAN KASKEY, P.C.
One Liberty Place, 56th Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
(215) 575-3800
dbraver@braverlaw.com

*Attorneys for Northeast Metal Traders, Inc.*

Dated: April 14, 2010