**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**CERTIFICATE OF CONSENT** |

      I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order Modifying the Automatic Stay and the Plan Injunction in Favor of Hal and Debra Yates, *et al.* for the Limited Purpose of Permitting Hal and Debra Yates, *et al.* to Pursue an Action to the Extent of Insurance (the "Consent Order") submitted to the Court, the following conditions have been met:

      1.    The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order.

45765/0003-6463435v1

2.       The signatures represented by the /s/ on the copy of the Consent Order submitted to the Court reference the consent of parties obtained to the original Consent Order.

3.       I will retain the original Consent Order for a period of seven (7) years from the date of closing of the case or adversary proceeding.

4.       I will simultaneously electronically file this Certification with the Court, by use of my login and password, thereby signing same for all purposes, including those under Fed. R. Bankr. P. 9011.

                                      /s/ Ilana Volkov
                                    ILANA VOLKOV

DATED:  April 14, 2010

45765/0003-6463435v1