UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.

Co-Counsel for the Class 10 Liquidation Trust

In re:

SHAPES/ARCH HOLDINGS L.L.C., *et al.*,

   Debtors.

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Hon. Gloria M. Burns

**CONSENT ORDER MODIFYING THE
AUTOMATIC STAY AND THE PLAN INJUNCTION IN
FAVOR OF HAL AND DEBRA YATES, ET AL. FOR THE LIMITED
PURPOSE OF PERMITTING HAL AND DEBRA YATES, ET AL.
TO PURSUE AN ACTION TO THE EXTENT OF INSURANCE**

The relief set forth in the following pages, numbered two (2) through six (6) is

hereby

**ORDERED.**

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al*. |
| Case No: | 08-14631 (GMB) |
| Adv. Pro. No. | 10-01031 (GMB) |
| Caption of Order: | CONSENT ORDER MODIFYING THE AUTOMATIC STAY AND THE PLAN INJUNCTION IN FAVOR OF HAL AND DEBRA YATES, ET AL. FOR THE LIMITED PURPOSE OF PERMITTING HAL AND DEBRA YATES, ET AL. TO PURSUE AN ACTION TO THE EXTENT OF INSURANCE |

**WHEREAS**, Cody Yates, an infant by his guardians *ad litem* Hal and Debra Yates, and Hal and Debra Yates, individually, and Katie Yates (collectively, the "**Claimant**"), filed an action in the Superior Court of New Jersey, Ocean County captioned *CODY YATES, an infant by his guardians ad litem HAL and DEBRA YATES; and HAL and DEBRA YATES, Individually; KATIE YATES v. ULTRA HARDWARE PRODUCTS, LLC; ALUMINUM SHAPES, LLC; THE ARCH AMERICA COMPANY; THE HOME DEPOT, INC; RICKEL HOME CENTERS, INC; EOS PARTNERS L.P.; AND A-Z OWNER CORPORATIONS (1-5) (Fictitious Corporations); XYZ MANUFACTURING INC. (1-5); JOHN DOE MANAGEMENT COMPANY (1-5); and JANE AND JOHN DOES (1-5) (Fictitious Individuals), Case No. OCNL-435-08* alleging counts of Strict Products Liability; Failure to Test, Warn, or Instruct; Breach of Implied Warranty of Merchantability and of Fitness for Particular Purpose; Negligent Design and Manufacture; Violations of the Consumer Fraud Act; Common Law Fraud; and Negligent Infliction of Emotional Distress on Bystander(s); and seeking a judgment in an amount in excess of $1,000,000 (the "**Action**"); and

**WHEREAS**, Shapes/Arch Holdings L.L.C., Shapes LLC, Ultra LLC, Delair LLC, and Accu-Weld LLC (together, the "**Debtors**") filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the United States Code, as amended (the

(Page 3)
Debtor:             SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No:            08-14631 (GMB)
Adv. Pro. No.       10-01031 (GMB)
Caption of Order:   CONSENT ORDER MODIFYING THE AUTOMATIC STAY AND THE PLAN INJUNCTION IN FAVOR OF HAL AND DEBRA YATES, ET AL. FOR THE LIMITED PURPOSE OF PERMITTING HAL AND DEBRA YATES, ET AL. TO PURSUE AN ACTION TO THE EXTENT OF INSURANCE

"**Bankruptcy Code**") on March 16, 2008 (the "**Petition Date**") in the United States Bankruptcy Court for the District of New Jersey; and

**WHEREAS,** upon such filings, actions against the Debtors and their assets on account of pre-petition claims were barred by the automatic stay provisions of Section 362 of the Bankruptcy Code; and

**WHEREAS**, the Claimant, by and through counsel, filed a proof of claim in the bankruptcy cases on April 4, 2008, alleging an unsecured claim against the Debtors in the amount of $1,000,000; and

**WHEREAS**, the Debtors' Third Amended Joint Plan of Reorganization (the "**Plan**") was confirmed by Order of this Court dated July 24, 2008 (the "**Confirmation Order**") and became effective on August 8, 2008 (the "**Effective Date**"); and

**WHEREAS**, on the Effective Date of the Plan, the Class 10 Liquidation Trust ("the **Trust**") came into existence, and pursuant to Sections 4.5, 5.2 and 5.3 of the Plan and Article IV of the Plan Administration Agreement (an exhibit to the Plan), the Trust, by its Trustee, Steven D. Sass, was empowered to, among other things, object to and resolve unsecured claims; and

**WHEREAS,** the Debtors, the Claimant and the Trust (together, the "**Parties**") wish to consensually resolve any claims the Claimant may hold against the Debtors

(Page 4)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al*. |
| Case No: | 08-14631 (GMB) |
| Adv. Pro. No. | 10-01031 (GMB) |
| Caption of Order: | CONSENT ORDER MODIFYING THE AUTOMATIC STAY AND THE PLAN INJUNCTION IN FAVOR OF HAL AND DEBRA YATES, ET AL. FOR THE LIMITED PURPOSE OF PERMITTING HAL AND DEBRA YATES, ET AL. TO PURSUE AN ACTION TO THE EXTENT OF INSURANCE |

and/or the Trust and the property of each, including, but not limited to, claims asserted in the Action;

**NOW, THEREFORE,** it is hereby stipulated and agreed between the Debtors, the Claimant and the Trust as follows:

A. The automatic stay pursuant to 11 U.S.C. § 362(a) and the injunction provisions of the Plan and Confirmation Order are hereby modified in these cases to permit the Claimant to proceed with the Action, solely on the terms and conditions set forth below.

B. The Claimant agrees that its recovery against the Reorganized Debtors, the Debtors' estates and property shall be limited to the actual available proceeds, if any, of insurance, and shall be recoverable by the Claimant solely from the insurer and not from the Reorganized Debtors, the Debtors' estates or any of the Debtors' other assets. Except as otherwise set forth in this paragraph, the Claimant hereby releases the Debtors and their estates from any and all obligations, claims and demands of any kind, at law or in equity, arising out of, by reason of or relating to the Action or any other obligations, claims and demands of any kind that the Claimant may hold or assert against the Debtors or their estates as of the date of this Stipulation.

C. The Claimant acknowledges and agrees that it has no claims against the Trust, the Trustee or the assets of the Trust, and that it is not a beneficiary of the Trust

45765/0003-6459166v1

(Page 5)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No: 08-14631 (GMB)
Adv. Pro. No. 10-01031 (GMB)
Caption of Order: CONSENT ORDER MODIFYING THE AUTOMATIC STAY AND THE PLAN INJUNCTION IN FAVOR OF HAL AND DEBRA YATES, ET AL. FOR THE LIMITED PURPOSE OF PERMITTING HAL AND DEBRA YATES, ET AL. TO PURSUE AN ACTION TO THE EXTENT OF INSURANCE

and will not seek any distribution or recovery from the Trust. The Claimant hereby releases the Trust and the Trustee from any and all obligations, claims and demands of any kind, at law or in equity, arising out of, by reason of or relating to the Action or any other obligations, claims and demands of any kind that the Claimant may hold or assert against the Trust or the Trustee as of the date of this Stipulation.

D. This Stipulation contains the entire agreement by and among the Parties and all prior understandings or agreements between them, if any, are merged into this Stipulation.

E. This Stipulation and the obligations of the Parties are specifically subject to, and conditioned upon, the approval of the Stipulation by the Bankruptcy Court. If the Bankruptcy Court declines to approve the Stipulation, the provisions hereof shall be null, void and of no force and effect, and nothing contained herein shall be deemed an admission by any of the Parties.

F. This Stipulation may be signed in counterparts, and faxed copies of signatures shall be deemed originals for purposes of this Stipulation.

G. This Stipulation shall be binding upon all successors and assigns of each of the Parties, and any subsequently appointed Chapter 11 trustee or Chapter 7 trustee.

H. This Court shall retain jurisdiction to resolve disputes or controversies arising from or related to the terms of this Stipulation

(Page 6)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al.*
Case No: 08-14631 (GMB)
Adv. Pro. No. 10-01031 (GMB)
Caption of Order: CONSENT ORDER MODIFYING THE AUTOMATIC STAY AND THE PLAN INJUNCTION IN FAVOR OF HAL AND DEBRA YATES, ET AL. FOR THE LIMITED PURPOSE OF PERMITTING HAL AND DEBRA YATES, ET AL. TO PURSUE AN ACTION TO THE EXTENT OF INSURANCE

Dated: April 12, 2010
    Cherry Hill, New Jersey

**COZEN O'CONNOR, PC**
Counsel to the Debtors and Reorganized Debtors

By: */s/ Jerrold N. Poslusny*
    Jerrold N. Poslusny, Jr.
    Liberty View, Suite 300
    457 Haddonfield Road
    Cherry Hill, NJ 08002
    856-910-5005

Dated: December 16, 2009
    Toms River, New Jersey

**FUGGI & FUGGI**
Attorneys for Hal & Debra Yates, *et al.*

By: */s/ Robert R. Fuggi, Jr.*
    Robert R. Fuggi, Jr.
    47 Main Street
    P.O. Box 1808
    Toms River, NJ  08754
    732-240-9095

Dated: April 14, 2010
    Hackensack, New Jersey

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
Counsel to the Class 10 Trust

By: */s/ Ilana Volkov*
    Ilana Volkov
    Court Plaza North
    25 Main Street
    P.O. Box 800
    Hackensack, New Jersey 07602-0800
    (201) 489-3000