UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TO: JAMES J. WALDRON, CLERK | CASE NO. 08-14631 (GMB) |
| | ADV. NO. 10-01328 (GMB) |
| | IN RE: Shapes/Arch Holdings, L.L.C., *et al.* (Jointly Administered) |
| | The Class 10 Liquidation Trust v. Clean Earth of New Jersey |
| CHAPTER 11 | |

## INFORMATION FOR NOTICE OF SETTLEMENT OF CONTROVERSY

The Class 10 Liquidation Trust (the "Class 10 Trust") proposes to settle a claim and/or action, the nature of which is described below.

If any creditor or other party in interest has an objection to the settlement, an objection and request for a hearing on such objection shall be in writing, served upon the Class 10 Trust's counsel and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the Class 10 Trust's counsel no later than May 11, 2010.

In the event an objection is timely filed, a hearing thereon will be held on May 24, 2010, at 10:00 a.m., before the Honorable Gloria M. Burns, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101.

If no objection is filed with the Clerk and served upon the person named below on or before May 11, 2010, the settlement will be consummated without further notice.

The nature of the action and the terms of the settlement are as follows

| NATURE OF ACTION | PERTINENT TERMS OF THE SETTLEMENT |
|---|---|
| On March 5, 2010, the Class 10 Trust filed a complaint against Clean Earth of New Jersey (the "Defendant") seeking recovery of $13,659.15 in transfers made by one or more of the Debtors to the Defendant during the 90-day period preceding the Debtors' Chapter 11 filings under 11 U.S.C. §547. | Defendant and the Class 10 Trust have entered into a settlement agreement resolving the complaint. Pursuant to the settlement agreement, Defendant has agreed to make payment to the Class 10 Trust in the amount of $7,605.00 (the "Settlement Amount") in full satisfaction of any avoidance claims the Class 10 Trust has or might have against Defendant and to waive the filing of any claim under 11 U.S.C. § 502(h). The complaint shall be dismissed with prejudice upon indefeasible payment of the Settlement Amount by the Defendant. |

Requests for additional information about the nature of the action or the terms of the settlement should be directed to either of:

| | | |
|---|---|---|
| NAME: | Ilana Volkov, Esq. | Donna H. Lieberman, Esq. |
| ADDRESS: | Cole, Schotz, Meisel, | Halperin Battaglia Raicht, LLP |
| | Forman & Leonard, P.A. | 555 Madison Avenue |
| | Court Plaza North | 9th Floor |
| | 25 Main Street | New York, NY 10022 |
| | Hackensack, New Jersey 07601 | |
| TELEPHONE NO: | (201) 489-3000 | (212) 765-9100 |

SUBMITTED BY:   /s/ Ilana Volkov        POSITION: Co-counsel for the
                                         Class 10 Trust's

DATED:     April 21, 2010

{00126216.1 / 0631-003}126209
45765/0050-6455447v2

FOR CLERK'S OFFICE USE ONLY
TYPE OF TASK:  11
FORM #  BL   STATEMENT   11S

NJ LOCAL FORM 10

{00126216.1 \ 0631-003}45961/0001-6374548v2
45765/0050-6455447v2