UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TO: JAMES J. WALDRON, CLERK | CASE NO. 08-14631 (GMB) |
| | ADV. NO. 10-01025 (GMB) |
| | IN RE: Shapes/Arch Holdings, L.L.C., *et al.* (Jointly Administered) |
| | The Class 10 Liquidation Trust v. Marine Fasteners, Inc. |

CHAPTER 11

## INFORMATION FOR NOTICE OF SETTLEMENT OF CONTROVERSY

The Class 10 Liquidation Trust (the "Class 10 Trust") proposes to settle a claim and/or action, the nature of which is described below.

If any creditor or other party in interest has an objection to the settlement, an objection and request for a hearing on such objection shall be in writing, served upon the Class 10 Trust's counsel and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the Class 10 Trust's counsel no later than May 13, 2010.

In the event an objection is timely filed, a hearing thereon will be held on May 24, 2010, at 10:00 a.m., before the Honorable Gloria M. Burns, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101.

If no objection is filed with the Clerk and served upon the person named below on or before May 13, 2010, the settlement will be consummated without further notice.

The nature of the action and the terms of the settlement are as follows:

| NATURE OF ACTION | PERTINENT TERMS OF THE SETTLEMENT |
|---|---|
| On January 11, 2010, the Class 10 Trust filed a complaint against Marine Fasteners, Inc. (the "Defendant") seeking recovery of $58,566.99 in transfers made by one or more of the Debtors to Defendant during the 90-day period preceding the Debtors' Chapter 11 filings under 11 USC § 547. | Defendant and the Class 10 Trust have entered into a settlement agreement resolving the complaint. Pursuant to the settlement agreement, Defendant has agreed to make payment to the Class 10 Trust in the amount of $1,000.00 (the "Settlement Amount") in full satisfaction of any avoidance claims the Class 10 Trust has or might have against Defendant and to waive the filing of any claim under 11 U.S.C. § 502(h) and to waive any and all general unsecured, pre-petition claim(s). The complaint shall be dismissed with prejudice upon indefeasible payment of the Settlement Amount by Defendant and the approval of the settlement agreement by this Court. |

Requests for additional information about the nature of the action or the terms of the settlement should be directed to either of:

| | | |
|---|---|---|
| NAME: | Ilana Volkov, Esq. | Donna H. Lieberman, Esq. |
| ADDRESS: | Cole, Schotz, Meisel, | Halperin Battaglia Raicht, LLP |
| | Forman & Leonard, P.A. | 555 Madison Avenue |
| | Court Plaza North | 9th Floor |
| | 25 Main Street | New York, NY 10022 |
| | Hackensack, New Jersey 07601 | |
| TELEPHONE NO: | (201) 489-3000 | (212) 765-9100 |

SUBMITTED BY:  /s/ Ilana Volkov    POSITION: Co-counsel for the Class 10 Trust's    PHONE: (201) 489-3000

DATED:    April 23, 2010

{00126601.1 \ 0631-003}126209

FOR CLERK'S OFFICE USE ONLY
TYPE OF TASK: 11
FORM # <u>BL</u>  STATEMENT <u>11S</u>

NJ LOCAL FORM 10