**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
Stephanie S. Park, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536 Facsimile
Ilana Volkov, Esq.
Felice Yudkin, Esq.

Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In the Matter of: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
|  | : HON. GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | : CASE NO. 08-14631 (GMB) |
|  | : |
| Reorganized Debtors. | : Chapter 11 |
|  | (Jointly Administered) |

HEARING DATE AND TIME:
July 26, 2010, 10:00 a.m.

**ORAL ARGUMENT WAIVED UNLESS**
**OBJECTIONS TIMELY FILED**

**NOTICE OF THE CLASS 10 LIQUIDATION TRUST'S**
**MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE**
**BANKRUPTCY CODE AND REQUESTING RELATED RELIEF**
**(Claim Numbers: 2, 7, 9, 22, 37, 71, 159, 160, 173, 212, 218, 241,**
**301, 311, 349, 356, 388, 394, 395, 401, 402, 403, 463, 488, 518,**
**537, 599, 641, 643, 682, 683, 684, 691, 777, 785, 901)**

To:   All Parties-in-Interest

PLEASE TAKE NOTICE that on July 26, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard, the Class 10 Liquidation Trust, also known as the Shapes Liquidation Trust (the "Trust"), established upon the effective date of the Chapter 11 plan reorganization of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned reorganized debtors and debtors-in-possession, by and through its counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A. and Halperin Battaglia Raicht, LLP, shall move before the Honorable Gloria M. Burns, U.S.B.J., at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101, for entry of an order granting the motion of the Trust objecting to claims under section 502(d) of the Bankruptcy code and requesting related relief (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested by the Movant, or if you want the Court to consider your views on the Motion, then on or before July 19, 2010, you or your attorney must:

1. File with the Court an answer explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067, Camden, New Jersey 08101-2067. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. You **must** also mail a copy to: Donna H. Lieberman, Esq., Halperin Battaglia Raicht, LLP, 555 Madison Avenue, 9th Floor, New York, New York 10022.

45765/0003-6483157v1

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

        COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

        By: */s/ Ilana Volkov*
           Ilana Volkov
           Felice Yudkin
        Court Plaza North
        25 Main Street
        P.O. Box 800
        Hackensack, New Jersey 07602
        Telephone: (201) 489-3000
        Facsimile: (201) 489-1536

        -and-

        HALPERIN BATTAGLIA RAICHT, LLP
        Donna H. Lieberman, Esq.
        Carrie E. Mitchell, Esq.
        Stephanie S. Park, Esq.
        555 Madison Avenue, 9th Floor
        New York, New York 10022
        Telephone: (212) 765-9100
        Facsimile:  (212) 765-0964

        Co-Counsel for the Class 10 Liquidation Trust

Dated:  Hackensack, New Jersey
       April 26, 2010