## EXHIBIT A

**Objections pursuant to § 502(d)**

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| 7 OIL COMPANY INC.<br>PO BOX 2526<br>CINNAMINSON, NJ 08077<br>ATTN: MICHAEL CAIRN | 71<br>Scheduled | $8,849.36<br>$8,849.36 | 7 OIL COMPANY INC.<br>PO BOX 2526<br>CINNAMINSON, NJ 08077<br>ATTN: LINDA KAPRAL |
| ACE PALLET CORP<br>POBOX 228<br>PAULSBORO, NJ 08066<br>ATTN: CYNTHIA UNGER | Scheduled<br>Scheduled<br>Scheduled | $7,761.00<br>$1,183.00<br>$44,443.00 | JOHN M. MAKOWSKI, ESQ.<br>GREENTREE EXECUTIVE CAMPUS<br>4003 LINCOLN DRIVE WEST, SUITE C<br>MARLTON, NJ 08053-1523 |
| AQUA PA<br>POBOX 1229<br>NEWARK, NJ 07101-1229 | Scheduled | $3,491.24 | AQUA PA<br>ATTN: ANDREW HENRY, ASSISTANT GENERAL COUNSEL<br>762 LANCASTER AVENUE<br>BRYNMAWR, PA 19010 |
| CELADON LOGISTICS SERVICES, INC.<br>9503 E 33RD ST<br>INDIANAPOLIS, IN 46235<br>ATTN CINDY FESSELMEYER | 22<br>Scheduled | $12,870.47<br>$13,035.77 | JOHN S. MAIRO, ESQ.<br>PORZIO, BROMBERG & NEWMAN, P.C.<br>100 SOUTHGATE PARKWAY<br>P.O.BOX 1997<br>MORRISTOWN, NJ 07962-1997 |
| CROWN CREDIT COMPANY<br>P.O.BOX 640352<br>CINCINNATI, OH 45264-0352 | Scheduled<br>Scheduled | $273.15<br>$3,670.33 | JOHN C. KILGANNON, ESQ.<br>STEVENS & LEE<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103 |
| DGI SUPPLY<br>95 LOUISE DRIVE, SUITE B<br>IVYLAND, PA 18974 | Scheduled | $1,240.83 | DGI SUPPLY-A DOALL COMPANY<br>1480 SOUTH WOLF ROAD<br>WHEELING IL 60090 |
| EXCO EXTRUSION DIES<br>56617 NORTH BAY DRIVE<br>CHESTERFIELD, MI 48051<br>ATTN: JANET SLEDMERE, CONTROLLER | 394<br>Scheduled | $335,030.58<br>$410,735.74 | VICTOR A. VEPRAUSKAS IV, ESQ.<br>BEIER HOWLETT, P.C.<br>200 E. LONG LAKE RD., STE. 110<br>BLOOMFIELD HILLS, MI 48304 |
| FITZPATRICK CONTAINER<br>800 EAST WALNUT STREET<br>NORTH WALES, PA 19454<br>ATTN: JIM ZEBROWSKI | Scheduled | $30,103.38 | MELISSA ANN SIMOLA, ESQ.<br>HALBERSTADT CURLEY, LLC<br>1100 E. HECTOR ST., SUITE 425<br>CONSHOHOCKEN, PA 19428 |
| GRABELL, STEVEN<br>C/O ASHELY CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>20 BRACE ROAD, SUITE 201<br>CHERRY HILL, NJ 08034-2634 | 641 | $2,021,274.00 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| GRAYS TRUCKING<br>735 BROAD STREET<br>BEVERLY, NJ 08010 | Scheduled | $1,009.15 | GRAYS TRUCKING<br>735 BROAD STREET<br>BEVERLY, NJ 08010<br>ATTN: MICHAEL VANDERMAY |

45765/0003-6483183v1

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| HOUGHTON METAL FINISHING<br>1075 WINDWARD RIDGE PKWY<br>SUITE 180<br>ALPHARETTA, GA 30005 | Scheduled | $74,633.62 | HOUGHTON METAL FINISHING CO<br>C/O HOUGHTON INTERNATIONAL INC.<br>ATTN: PAUL DEVIVO, PRESIDENT<br>MADISON & VAN BUREN AVENUE<br>PO BOX 930<br>VALLEY FORGE, PA 19482-0930 |
| HOUSEHOLD METALS, INC<br>645 E. ERIE AVE.<br>PHILADELPHIA, PA 19134<br>ATTN: DAWN WILBEKIATIS | Scheduled | $26,694.15 | JOE BODNAR, ESQ.<br>LAW OFFICES OF JOSEPH J. BODNAR<br>POST OFFICE BOX 1022<br>2101 NORTH HARRISON STREET<br>WILMINGTON, DE 19899-1022 |
| (INGERSOLL RAND d/b/a)<br>SCHLAGE LOCK COMPANY<br>75 REMITTANCE DRIVE<br>STE 6079<br>CHICAGO, IL 60675-6079 | Scheduled | $5,005.04 | ALEX KRESS, ESQ.<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN, NJ   07962-1981 |
| K & M TRANSPORT LLC<br>526 RAILROAD BLVD.<br>BUENA, NJ 08310 | Scheduled | $35,096.48 | |
| KENDALL, HELENE<br>C/O KLEHR, HARRISON,<br>HARVEY, BRANZBURG<br>& ELLERS<br>260 S.BROAD STREET<br>PHILADELPHIA, PA 19102 | 599<br>Scheduled | $1,551,110.01<br>$1,512,389.98 | JAMES M. MATOUR, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| MALBER TOOL<br>2115 BYBERRY ROAD<br>HUNTINGDON VALLEY, PA 19006<br>ATTN: TOM ORLIK | Scheduled | $72,068.86 | JOSH LADOV, ESQ.<br>LIPSKY AND BRANDT<br>1200 LAUREL OAK ROAD, SUITE 104<br>VOORHEES, NJ 08043 |
| MATALCO INC.<br>850 INTERMODAL DRIVE<br>BRAMPTON, ON L6T 0B5<br>CANADA | Scheduled | $11,030.03 | KIMBERLY SALOMON, ESQ.<br>FORMAN HOLT ELIADES & RAVIN LLC<br>80 ROUTE 4 EAST,SUITE 290<br>PARAMUS, NJ   07652 |
| M E B LOGISTICS<br>POBOX 1644<br>DOYLESTOWN, PA 18901 | Scheduled | $9,870.69 | |
| MELTON TRUCK LINES, INC.<br>808 N 161ST E. AVE.<br>TULSA, OK 74116<br>ATTN: LISA M. FAGLEMAN | 395<br>Scheduled | $139,960.66<br>$122,151.71 | JOHN HOWLAND, ESQ.<br>ROSENSTEIN, FIST & RINGOLD<br>525 S. MAIN,STE 700<br>TULSA, OK 74103 |
| METAL KOTING<br>1430 MARTIN GROVE ROAD<br>ATTN: TONY FARRUGIA<br>REXDALE, ON M9W 4Y1<br>CANADA | Scheduled | $73,653.48 | |

45765/0003-6483183v1

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| NORTHEAST METAL TRADERS INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | 488<br>Scheduled | $11,493.65<br>$227,977.12 | DAVID L. BRAVERMAN, ESQ.<br>BRAVERMAN KASKEY, P.C.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET, 56TH FLOOR<br>PHILADELPHIA, PA 19103 |
| ODL INC<br>215 E ROOSEVELT AVE<br>ZEELAND, MI 49464<br>ATTN AMY L DEHEEUW | 349<br>Scheduled | $14,480.90<br>$14,033.90 | GORDON TOERING, ESQ.<br>WARNER NORCROSS & JUDD LLP<br>900 FIFTH THIRD CENTER<br>111 LYON STREET NW<br>GRAND RAPIDS, MI 49503-2487 |
| OILGEAR COMPANY, THE<br>C/O COFACE NORTH AMERICA INC.<br>50 MILLSTONE RD., BLDG. 100, STE. 360<br>EAST WINDSOR, NJ 08520<br>ATTN AMY SCHMIDT AS AGENT | 173<br>Scheduled | $23,254.05<br>$23,254.05 | OILGEAR CO.<br>2300 S. 51st STREET<br>MILWAUKEE, WI<br>ATTN: HOWARD LAUNSTEIN |
| POLYONE CORP<br>DEPT CH 10489<br>ATTN: DEBBIE NOSKI<br>PALATINE, IL 60055-0489 | Scheduled | $164,813.78 | MARK WEINTRAUB, ESQ.<br>THOMPON HINE<br>3900KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291 |
| PREMIER WINDOWS INC.<br>P.O.BOX 62<br>THURMOND, NC 28683<br>ATTN: JAMIE CAUDILL, PRESIDENT | 537 | $57,406.00 | |
| PSK STEEL CORP.<br>POBOX 308<br>HUBBARD, OH 44425<br>ATTN PATRICIA J LYDIC, OFFICE MANAGER | 2<br>Scheduled | $38,683.00<br>$26,683.00 | |
| QUAKER CITY CHEMICALS<br>7360 MILNOR STREET<br>PHILADELPHIA, PA 19136 | 37<br>Scheduled<br>Scheduled | Undetermined<br>$2,919.74<br>Contingent and Unliquidated | JOSEPH F. RIGA, ESQ.<br>MCDOWELLRIGA<br>A PROFESSIONAL CORPORATION<br>46W. MAIN STREET<br>MAPLESHADE, NJ 08052 |
| RAPTURE TRAILER, INC.<br>2411 BIG OAK ROAD<br>LANGHORNE, PA 19047 | Scheduled | $17,170.92 | JOHN R. CRAYTON, ESQ.<br>ATTY FOR RAPTURE TRAILER, INC<br>33 WEST SECOND STREET<br>MOORESTOWN, NJ  08057 |
| RIVER ROAD RECYCLING<br>450 37TH ST.<br>PENNSAUKEN, NJ 08110<br>ATTN: MARK WANG | 463<br>Scheduled | $33,437.34<br>$33,437.34 | |
| ROYALPLAST DOOR SYSTEMS CO.<br>5770 HIGHWAY #7 WEST<br>WOODBRIDGE, ON L4L 3A2<br>CANADA | Scheduled | $39,243.40 | JENNIFER DEL MEDICO, ESQ.<br>JONES DAY<br>222 EAST 41ST STREET<br>NEW YORK, NY 10017-6702 |

45765/0003-6483183v1

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| ROUX ASSOCIATES INC.<br>209 SHAFTER STREET<br>ISLANDIA, NY 11749-5074<br>ATTN: SUSAN SULLIVAN, ESQ.<br>GENERAL COUNSEL | Scheduled | $508.54 | |
| SERVICE ALUMINUM CORPORATION<br>3300 NORTH RIDGE ROAD<br>SUITE 290<br>ELLICOTT CITY, MD 21043 | Scheduled | $9,374.80 | HILLARY JURY, ESQ.<br>SILLER WILK, LLP<br>675 3RD AVENUE<br>NEW YORK, NY 10017 |
| SHAPES UNLIMITED, INC.<br>590 E WESTERN RESERVE RD<br>YOUNGSTOWN, OH 44514<br>ATTN D FISHER, TREASURER | 7<br>Scheduled | $23,119.72<br>$23,119.72 | JEFFREY S. CIANCIULLI, ESQ.<br>WEIR & PARTNERS LLP<br>THE LIBERTY VIEW BUILDING, SUITE 310<br>457 HADDONFIELD ROAD<br>CHERRY HILL, NJ 08002<br><br>JEREMY TEABERRY, ESQ.<br>HENDERSONCOVINGTON<br>6 FEDERAL PLAZA, SUITE 1300<br>YOUNGSTOWN, OH 44503 |
| SORENSEN, PAUL JR.<br>508 LEONARD LANE<br>MULLICA HILL, NJ 08062 | 643 | $650,000.00 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| SWIMLINE CORPORATION<br>191 RODEO DRIVE<br>EDGEWOOD, NY 11717 | Scheduled | $32,586.78 | |
| UNEEDA BOLT & SCREW CO INC<br>10 CAPITOL DRIVE<br>MOONACHIE, NJ 07074<br>ATTN: ELI BRICKMAN, PRES. | 777<br>Scheduled | $149,217.14<br>$126,985.68 | KELLY CURTIN, ESQ.<br>PORZIO BROMBERG & NEWMAN P.C.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962-1997 |
| VERIZON<br>P.O.BOX 4833<br>TRENTON, NJ 08650-4833 | Scheduled | $115.20 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON<br>P.O.BOX 4648<br>TRENTON, NJ 08650-4648 | Scheduled | $1,170.92 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON<br>P.O.BOX 660748<br>DALLAS, TX 75266-0748 | Scheduled | $54.70 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON WIRELESS NORTHEAST<br>POBOX 3397<br>BLOOMINGTON, IL 61701 | 691<br>901 | $4,408.43<br>$660.77 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON WIRELESS-PA<br>P.O. BOX 25505<br>LEHIGHVLY, PA 18002-5505 | Scheduled | $1,187.74 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |

45765/0003-6483183v1

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| VISION INDUSTRIES GROUP<br>500 METUCHEN ROAD<br>SOUTH PLAINFIELD, NJ 07080<br>ATTN EDWARD N WEIZER,<br>CONTROLLER | 218<br>Scheduled | $8,382.15<br>$7,091.00 | RICHARD KAPLAN, ESQ.<br>RUBIN KAPLAN & ASSOCIATES<br>200 CENTENNIAL AVE, SUITE 110<br>PISCATAWAY, NJ  08854 |
| WAGSTAFF, INC.<br>3910 N FLORA ROD<br>SPOKANE, WA 99216<br>ATTN KENDALL B PARKES,<br>CFO | 301<br>Scheduled | $17,897.50<br>$27,252.50 | ANTHONY D. BUONADONNA, ESQ.<br>BUONADONNA & BENSON, P.C.<br>1138 EAST CHESTNUT AVENUE,<br>SUITE 2A<br>VINELAND, NJ 08360 |

45765/0003-6483183v1

**EXHIBIT B**

**Tolling Agreement Claims**

| Name and Address of Claimant | Claim to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | 518<br>Scheduled<br>785 | $336,156.47<br>$336,156.47<br>$208,237.76 | MICHAEL J. ROESCHENTHALER, ESQ.<br>MCGUIREWOODS LLP<br>625 LIBERTY AVENUE, 23RD FLOOR<br>PITTSBURGH, PA 15222 |
| AMERICAN EXPRESS<br>P.O.BOX 1270<br>NEWARK, NJ 07101-1270 | Scheduled<br>Scheduled | $599.95<br>$585.93 | EUGENE J. CHIKOWSKI, ESQ.<br>FLASTER/GREENBERG P.C.<br>FOUR PENN CENTER, 2ND FLOOR<br>1600 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA 19103 |
| AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CORP CARD - C/O BECKET & LEE LLP<br>ATTN: KENNETH W. KLEPPINGER, ESQ.<br>P.O.BOX 3001<br>MALVERN, PA 19355-0701 | 401<br>402<br>403 | $1,649.14<br>$11,801.53<br>$6,460.98 | EUGENE J. CHIKOWSKI, ESQ.<br>FLASTER/GREENBERG P.C.<br>FOUR PENN CENTER, 2ND FLOOR<br>1600 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA 19103<br><br>GILBERT B. WEISMAN, ESQ.<br>AMERICAN EXPRESS TRAVEL RELATED SVCS CO<br>INC CORP CARD<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 |
| DAC PRODUCTS, INC.<br>100 CENTURY POINT DRIVE<br>EAST BEND, NC 27018 | Scheduled | $1,485.25 | |
| MEDALCO METALS, INC.<br>245 RUSSELL ST., UNIT 16<br>HADLEY, MA 01035 | 311<br>Scheduled | $62,908.72<br>$62,908.72 | PETER CONNOR, ESQ.<br>LYON & FITZPATRICK, LLP<br>14 BOBALA ROAD<br>HOLYOKE, MA 01040 |
| WINDOW DEPOT USA<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211<br>ATTN JIM VENABLE, PRESIDENT | 212<br>Scheduled | $55,838.83<br>$29,799.16 | RICHARD L. RAMSAY, ESQ.<br>EICHENBAUM,LILES & HEISTER, PA<br>124 WEST CAPITOL AVENUE, SUITE 1900<br>LITTLEROCK, AR 72201 |
| ZYMOTIC IMPORTS LTD<br>1361 MONMOUTH ROAD<br>EASTAMPTON, NJ 08060-3900<br>ATTN: JOHN STRONG | 388<br>Scheduled | $14,895.08<br>$14,655.08 | CHRISTINE A. PINTO, ESQ.<br>PARKER MCCAY P.A.<br>THREE GREENTREE CENTRE<br>7001 LINCOLN DRIVE WEST<br>P.O.BOX 974<br>MARLTON, NJ 08053-0974 |

45765/0003-6483183v1

**EXHIBIT C**

**Settlement Agreements Waiving Claims**

| Name and Address of Claimant | Claim to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| JOHN BRIDGE SONS INC.<br>1201 W 9TH STREET<br>CHESTER, PA 19013<br>ATTN GARY J WATKINS, OWNER | 9<br>Scheduled | $31,458.63<br>$37,864.24 | ROBERT W. SEITZER, ESQ.<br>MASCHMEYER KARALIS P.C.<br>1900 SPRUCE STREET<br>PHILADELPHIA, PA 19103 |
| LARSON ALLEN<br>18 SENTRY PARK W. STE 300<br>BLUEBELL, PA 19422 | Scheduled<br>Scheduled | $12,299.73<br>$1,671.25 | CASS S. WEIL, ESQ.<br>MOSS & BARNETT<br>4800WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS, MN |
| R-MAC TRANSPORT<br>C/O BRYAN C SCHROLL, ESQUIRE<br>LAW OFFICES OF BRYAN C SCHROLL<br>172 BRANDYWINE DRIVE<br>MARLTON, NJ 08053 | 241<br>Scheduled | $19,252.32<br>$19,252.32 | ROBERT J. BOWMAN, ESQ.<br>LAW OFFICES OF SCHROLL & BOWMAN<br>2 SHEPPARD ROAD,<br>SHEPPARD OFFICE PARK,SUITE 603<br>VOORHEES, NJ  08043 |
| SAMUEL STRAPPING SYSTEMS INC<br>1455 JAMES PKWY<br>HEATH, OH 430564007 | 356<br>Scheduled | $13,676.31<br>$13,624.20 | BRAD WISNIEWSKI, ESQ.<br>WISNIEWSKI & ASSOCIATES, P.C.<br>118 N. CLINTON STREET, SUITE 100-5<br>CHICAGO, IL 60661 |
| SHIELDALLOY METALLURGICAL CORP<br>545 BECKETT ROAD, SUITE 208<br>SWEDESBORO, NJ 08085 | Scheduled | $71,140.56 | TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| UNITED PACKAGING SUPPLY<br>727 WICKER AVENUE<br>BENSALEM, PA 19020 | 159<br>Scheduled<br>160<br>Scheduled<br>Scheduled | $9,934.11<br>$14,299.11<br>$9,759.90<br>$8,601.90<br>$890.44 | STEPHEN C. GOLDBLUM, ESQ<br>SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC<br>2617 HUNTINGDON PIKE<br>HUNTINGDON VALLEY, PA 19006 |
| WILLIER ELECTRIC MOTOR CO., INC.<br>P.O. BOX98<br>1 LINDEN AVENUE<br>GIBBSBORO, NJ 08026 | Scheduled<br>Scheduled | $17,378.64<br>$504.27 | SERGIO I. SCUTERI, ESQUIRE<br>CAPEHART & SCATCHARD, P.A.<br>8000 MIDLANTIC DRIVE, SUIT 300<br>MOUNT LAUREL, NJ 08054<br>ATTY FOR WILLIER ELECTRI |
| YELLOW TRANSPORTATION, INC.<br>10990 ROE AVE<br>OVERLAND PARK, KS 66211 | 682<br>Scheduled<br>683<br>Scheduled<br>684 | $51,386.20<br>$52,539.46<br>$5,483.54<br>$5,369.14<br>$17,442.96 | OLIVIA LIN, ESQ.<br>FRANTZ WARD LLP<br>2500KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 |

45765/0003-6483183v1

| Name and Address of Claimant | Claim to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| YELLOW TRANSPORTATION, INC.<br>P.O. 13850<br>NEWARK, NJ 07188-0850 | Scheduled | $349.17 | OLIVIA LIN, ESQ.<br>FRANTZ WARD LLP<br>2500KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 |

45765/0003-6483183v1