# EXHIBIT E

Case 08-14631-GMB    Doc 972-4    Filed 04/26/10    Entered 04/26/10 15:54:51    Desc
Exhibit E - Proposed Order    Page 1 of 12

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br>Stephanie S. Park, Esq.<br><br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P. O. Box 800<br>Hackensack, NJ 07602-0800<br>(201) 489-3000<br>(201) 489-1536  Facsimile<br>Ilana Volkov, Esq.<br>Felice Yudkin, Esq.<br><br>Co-Counsel for the Class 10 Liquidation Trust |
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al*.<br><br>Reorganized Debtors. |

Chapter 11

Case No. 08-14631 (GMB)

Judge:  Gloria M. Burns

Hearing Date:  July 26, 2010

**ORDER GRANTING THE MOTION OF THE CLASS 10 LIQUIDATION TRUST'S
MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE
BANKRUPTCY CODE AND REQUESTING RELATED RELIEF
(Claim Numbers: 2, 7, 9, 22, 37, 71, 159, 160, 173, 212, 218, 241,
301, 311, 349, 356, 388, 394, 395, 401, 402, 403, 463, 488, 518,
<u>537, 599, 641, 643, 682, 683, 684, 691, 777, 785, 901</u>)**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

45765/0003-6483178v1

| | |
|---|---|
| (Page 2) | |
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al*. |
| Case No.: | 08-14631 (GMB) |
| Caption of Order: | ORDER GRANTING THE MOTION OF THE CLASS 10 LIQUIDATION TRUST'S MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE BANKRUPTCY CODE AND REQUESTING RELATED RELIEF<br>(Claim Numbers: 2, 7, 9, 22, 37, 71, 159, 160, 173, 212, 218, 241, 301, 311, 349, 356, 388, 394, 395, 401, 402, 403, 463, 488, 518, 537, 599, 641, 643, 682, 683, 684, 691, 777, 785, 901) |

THIS MATTER having been brought before the Court by the Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned reorganized debtors, upon a motion (the "Motion") for an order disallowing certain claims, as more fully set forth in the Motion and Exhibits A, B and C thereto, pursuant to §§ 105 and 502(d) of Title 11 of the United States Code, as amended, and Rule 3007 of the Federal Rules of Bankruptcy Procedures; and the Trust having removed from the exhibits any party with whom the Trust has reached a settlement of avoidance claims, unless such settlement included a waiver of the claimant's unsecured claims; and the claimants identified on the exhibits annexed to the Motion having failed to object or otherwise respond to the relief requested in the Motion; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion; and upon the record taken before me, and no adverse interest being represented and for good cause, it is

ORDERED, that the claims set forth on Exhibits A, B and C to this Order and identified as "claims to be expunged" are hereby disallowed and expunged.

ORDERED, that notwithstanding the Claims Objection Deadline (as defined in the Motion) nothing herein shall preclude the Trust from filing additional or supplemental objections

45765/0003-6483178v1

(Page 3)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al.*
Case No.: 08-14631 (GMB)
Caption of Order: ORDER GRANTING THE MOTION OF THE CLASS 10 LIQUIDATION TRUST'S MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE BANKRUPTCY CODE AND REQUESTING RELATED RELIEF
(Claim Numbers: 2, 7, 9, 22, 37, 71, 159, 160, 173, 212, 218, 241, 301, 311, 349, 356, 388, 394, 395, 401, 402, 403, 463, 488, 518, 537, 599, 641, 643, 682, 683, 684, 691, 777, 785, 901)

to the Disputed Claims (as defined in the Motion) on additional or alternative factual or legal grounds.

**EXHIBIT A**

**Objections pursuant to § 502(d)**

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| 7 OIL COMPANY INC.<br>PO BOX 2526<br>CINNAMINSON, NJ 08077<br>ATTN: MICHAEL CAIRN | 71<br>Scheduled | $8,849.36<br>$8,849.36 | 7 OIL COMPANY INC.<br>PO BOX 2526<br>CINNAMINSON, NJ 08077<br>ATTN: LINDA KAPRAL |
| ACE PALLET CORP<br>POBOX 228<br>PAULSBORO, NJ 08066<br>ATTN: CYNTHIA UNGER | Scheduled<br>Scheduled<br>Scheduled | $7,761.00<br>$1,183.00<br>$44,443.00 | JOHN M. MAKOWSKI, ESQ.<br>GREENTREE EXECUTIVE CAMPUS<br>4003 LINCOLN DRIVE WEST, SUITE C<br>MARLTON, NJ 08053-1523 |
| AQUA PA<br>POBOX 1229<br>NEWARK, NJ 07101-1229 | Scheduled | $3,491.24 | AQUA PA<br>ATTN: ANDREW HENRY, ASSISTANT GENERAL COUNSEL<br>762 LANCASTER AVENUE<br>BRYNMAWR, PA 19010 |
| CELADON LOGISTICS SERVICES, INC.<br>9503 E 33RD ST<br>INDIANAPOLIS, IN 46235<br>ATTN CINDY FESSELMEYER | 22<br>Scheduled | $12,870.47<br>$13,035.77 | JOHN S. MAIRO, ESQ.<br>PORZIO, BROMBERG & NEWMAN, P.C.<br>100 SOUTHGATE PARKWAY<br>P.O. BOX 1997<br>MORRISTOWN, NJ 07962-1997 |
| CROWN CREDIT COMPANY<br>P.O.BOX 640352<br>CINCINNATI, OH 45264-0352 | Scheduled<br>Scheduled | $273.15<br>$3,670.33 | JOHN C. KILGANNON, ESQ.<br>STEVENS & LEE<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103 |
| DGI SUPPLY<br>95 LOUISE DRIVE, SUITE B<br>IVYLAND, PA 18974 | Scheduled | $1,240.83 | DGI SUPPLY-A DOALL COMPANY<br>1480 SOUTH WOLF ROAD<br>WHEELING IL 60090 |
| EXCO EXTRUSION DIES<br>56617 NORTH BAY DRIVE<br>CHESTERFIELD, MI 48051<br>ATTN: JANET SLEDMERE, CONTROLLER | 394<br>Scheduled | $335,030.58<br>$410,735.74 | VICTOR A. VEPRAUSKAS IV, ESQ.<br>BEIER HOWLETT, P.C.<br>200 E. LONG LAKE RD., STE. 110<br>BLOOMFIELD HILLS, MI 48304 |
| FITZPATRICK CONTAINER<br>800 EAST WALNUT STREET<br>NORTH WALES, PA 19454<br>ATTN: JIM ZEBROWSKI | Scheduled | $30,103.38 | MELISSA ANN SIMOLA, ESQ.<br>HALBERSTADT CURLEY, LLC<br>1100 E. HECTOR ST., SUITE 425<br>CONSHOHOCKEN, PA 19428 |
| GRABELL, STEVEN<br>C/O ASHELY CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>20 BRACE ROAD, SUITE 201<br>CHERRY HILL, NJ 08034-2634 | 641 | $2,021,274.00 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| GRAYS TRUCKING<br>735 BROAD STREET<br>BEVERLY, NJ 08010 | Scheduled | $1,009.15 | GRAYS TRUCKING<br>735 BROAD STREET<br>BEVERLY, NJ 08010<br>ATTN: MICHAEL VANDERMAY |

1

45765/0003-6483183v1

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| HOUGHTON METAL FINISHING<br>1075 WINDWARD RIDGE PKWY<br>SUITE 180<br>ALPHARETTA, GA 30005 | Scheduled | $74,633.62 | HOUGHTON METAL FINISHING CO<br>C/O HOUGHTON INTERNATIONAL INC.<br>ATTN: PAUL DEVIVO, PRESIDENT<br>MADISON & VAN BUREN AVENUE<br>PO BOX 930<br>VALLEY FORGE, PA 19482-0930 |
| HOUSEHOLD METALS, INC<br>645 E. ERIE AVE.<br>PHILADELPHIA, PA 19134<br>ATTN: DAWN WILBEKIATIS | Scheduled | $26,694.15 | JOE BODNAR, ESQ.<br>LAW OFFICES OF JOSEPH J. BODNAR<br>POST OFFICE BOX 1022<br>2101 NORTH HARRISON STREET<br>WILMINGTON, DE 19899-1022 |
| (INGERSOLL RAND d/b/a)<br>SCHLAGE LOCK COMPANY<br>75 REMITTANCE DRIVE<br>STE 6079<br>CHICAGO, IL 60675-6079 | Scheduled | $5,005.04 | ALEX KRESS, ESQ.<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN, NJ   07962-1981 |
| K & M TRANSPORT LLC<br>526 RAILROAD BLVD.<br>BUENA, NJ 08310 | Scheduled | $35,096.48 | |
| KENDALL, HELENE<br>C/O KLEHR, HARRISON, HARVEY, BRANZBURG<br>& ELLERS<br>260 S.BROAD STREET<br>PHILADELPHIA, PA 19102 | 599<br>Scheduled | $1,551,110.01<br>$1,512,389.98 | JAMES M. MATOUR, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| MALBER TOOL<br>2115 BYBERRY ROAD<br>HUNTINGDON VALLEY, PA 19006<br>ATTN: TOM ORLIK | Scheduled | $72,068.86 | JOSH LADOV, ESQ.<br>LIPSKY AND BRANDT<br>1200 LAUREL OAK ROAD, SUITE 104<br>VOORHEES, NJ 08043 |
| MATALCO INC.<br>850 INTERMODAL DRIVE<br>BRAMPTON, ON L6T 0B5<br>CANADA | Scheduled | $11,030.03 | KIMBERLY SALOMON, ESQ.<br>FORMAN HOLT ELIADES & RAVIN LLC<br>80 ROUTE 4 EAST,SUITE 290<br>PARAMUS, NJ   07652 |
| M E B LOGISTICS<br>POBOX 1644<br>DOYLESTOWN, PA 18901 | Scheduled | $9,870.69 | |
| MELTON TRUCK LINES, INC.<br>808 N 161ST E. AVE.<br>TULSA, OK 74116<br>ATTN: LISA M. FAGLEMAN | 395<br>Scheduled | $139,960.66<br>$122,151.71 | JOHN HOWLAND, ESQ.<br>ROSENSTEIN, FIST & RINGOLD<br>525 S. MAIN,STE 700<br>TULSA, OK 74103 |
| METAL KOTING<br>1430 MARTIN GROVE ROAD<br>ATTN: TONY FARRUGIA<br>REXDALE, ON M9W 4Y1<br>CANADA | Scheduled | $73,653.48 | |

2

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| NORTHEAST METAL TRADERS INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | 488<br>Scheduled | $11,493.65<br>$227,977.12 | DAVID L. BRAVERMAN, ESQ.<br>BRAVERMAN KASKEY, P.C.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET, 56TH FLOOR<br>PHILADELPHIA, PA 19103 |
| ODL INC<br>215 E ROOSEVELT AVE<br>ZEELAND, MI 49464<br>ATTN AMY L DEHEEUW | 349<br>Scheduled | $14,480.90<br>$14,033.90 | GORDON TOERING, ESQ.<br>WARNER NORCROSS & JUDD LLP<br>900 FIFTH THIRD CENTER<br>111 LYON STREET NW<br>GRAND RAPIDS, MI 49503-2487 |
| OILGEAR COMPANY, THE<br>C/O COFACE NORTH AMERICA INC.<br>50 MILLSTONE RD., BLDG. 100, STE. 360<br>EAST WINDSOR, NJ 08520<br>ATTN AMY SCHMIDT AS AGENT | 173<br>Scheduled | $23,254.05<br>$23,254.05 | OILGEAR CO.<br>2300 S. 51st STREET<br>MILWAUKEE, WI<br>ATTN: HOWARD LAUNSTEIN |
| POLYONE CORP<br>DEPT CH 10489<br>ATTN: DEBBIE NOSKI<br>PALATINE, IL 60055-0489 | Scheduled | $164,813.78 | MARK WEINTRAUB, ESQ.<br>THOMPON HINE<br>3900KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291 |
| PREMIER WINDOWS INC.<br>P.O.BOX 62<br>THURMOND, NC 28683<br>ATTN: JAMIE CAUDILL, PRESIDENT | 537 | $57,406.00 | |
| PSK STEEL CORP.<br>POBOX 308<br>HUBBARD, OH 44425<br>ATTN PATRICIA J LYDIC, OFFICE MANAGER | 2<br>Scheduled | $38,683.00<br>$26,683.00 | |
| QUAKER CITY CHEMICALS<br>7360 MILNOR STREET<br>PHILADELPHIA, PA 19136 | 37<br>Scheduled<br>Scheduled | Undetermined<br>$2,919.74<br>Contingent and Unliquidated | JOSEPH F. RIGA, ESQ.<br>MCDOWELLRIGA<br>A PROFESSIONAL CORPORATION<br>46W. MAIN STREET<br>MAPLESHADE, NJ 08052 |
| RAPTURE TRAILER, INC.<br>2411 BIG OAK ROAD<br>LANGHORNE, PA 19047 | Scheduled | $17,170.92 | JOHN R. CRAYTON, ESQ.<br>ATTY FOR RAPTURE TRAILER, INC<br>33 WEST SECOND STREET<br>MOORESTOWN, NJ  08057 |
| RIVER ROAD RECYCLING<br>450 37TH ST.<br>PENNSAUKEN, NJ 08110<br>ATTN: MARK WANG | 463<br>Scheduled | $33,437.34<br>$33,437.34 | |
| ROYALPLAST DOOR SYSTEMS CO.<br>5770 HIGHWAY #7 WEST<br>WOODBRIDGE, ON L4L 3A2<br>CANADA | Scheduled | $39,243.40 | JENNIFER DEL MEDICO, ESQ.<br>JONES DAY<br>222 EAST 41ST STREET<br>NEW YORK, NY 10017-6702 |

45765/0003-6483183v1

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| ROUX ASSOCIATES INC.<br>209 SHAFTER STREET<br>ISLANDIA, NY 11749-5074<br>ATTN: SUSAN SULLIVAN, ESQ.<br>GENERAL COUNSEL | Scheduled | $508.54 | |
| SERVICE ALUMINUM CORPORATION<br>3300 NORTH RIDGE ROAD<br>SUITE 290<br>ELLICOTT CITY, MD 21043 | Scheduled | $9,374.80 | HILLARY JURY, ESQ.<br>SILLER WILK, LLP<br>675 3RD AVENUE<br>NEW YORK, NY 10017 |
| SHAPES UNLIMITED, INC.<br>590 E WESTERN RESERVE RD<br>YOUNGSTOWN, OH 44514<br>ATTN D FISHER, TREASURER | 7<br>Scheduled | $23,119.72<br>$23,119.72 | JEFFREY S. CIANCIULLI, ESQ.<br>WEIR & PARTNERS LLP<br>THE LIBERTY VIEW BUILDING, SUITE 310<br>457 HADDONFIELD ROAD<br>CHERRY HILL, NJ 08002<br><br>JEREMY TEABERRY, ESQ.<br>HENDERSONCOVINGTON<br>6 FEDERAL PLAZA, SUITE 1300<br>YOUNGSTOWN, OH 44503 |
| SORENSEN, PAUL JR.<br>508 LEONARD LANE<br>MULLICA HILL, NJ 08062 | 643 | $650,000.00 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| SWIMLINE CORPORATION<br>191 RODEO DRIVE<br>EDGEWOOD, NY 11717 | Scheduled | $32,586.78 | |
| UNEEDA BOLT & SCREW CO INC<br>10 CAPITOL DRIVE<br>MOONACHIE, NJ 07074<br>ATTN: ELI BRICKMAN, PRES. | 777<br>Scheduled | $149,217.14<br>$126,985.68 | KELLY CURTIN, ESQ.<br>PORZIO BROMBERG & NEWMAN P.C.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962-1997 |
| VERIZON<br>P.O. BOX 4833<br>TRENTON, NJ 08650-4833 | Scheduled | $115.20 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON<br>P.O. BOX 4648<br>TRENTON, NJ 08650-4648 | Scheduled | $1,170.92 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON<br>P.O. BOX 660748<br>DALLAS, TX 75266-0748 | Scheduled | $54.70 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON WIRELESS NORTHEAST<br>POBOX 3397<br>BLOOMINGTON, IL 61701 | 691<br>901 | $4,408.43<br>$660.77 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON WIRELESS-PA<br>P.O. BOX 25505<br>LEHIGHVLY, PA 18002-5505 | Scheduled | $1,187.74 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |

45765/0003-6483183v1

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| VISION INDUSTRIES GROUP<br>500 METUCHEN ROAD<br>SOUTH PLAINFIELD, NJ 07080<br>ATTN EDWARD N WEIZER,<br>CONTROLLER | 218<br>Scheduled | $8,382.15<br>$7,091.00 | RICHARD KAPLAN, ESQ.<br>RUBIN KAPLAN & ASSOCIATES<br>200 CENTENNIAL AVE, SUITE 110<br>PISCATAWAY, NJ  08854 |
| WAGSTAFF, INC.<br>3910 N FLORA ROD<br>SPOKANE, WA 99216<br>ATTN KENDALL B PARKES,<br>CFO | 301<br>Scheduled | $17,897.50<br>$27,252.50 | ANTHONY D. BUONADONNA, ESQ.<br>BUONADONNA & BENSON, P.C.<br>1138 EAST CHESTNUT AVENUE,<br>SUITE 2A<br>VINELAND, NJ 08360 |

5

**EXHIBIT B**

**Tolling Agreement Claims**

| Name and Address of Claimant | Claim to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | 518<br>Scheduled<br>785 | $336,156.47<br>$336,156.47<br>$208,237.76 | MICHAEL J. ROESCHENTHALER, ESQ.<br>MCGUIREWOODS LLP<br>625 LIBERTY AVENUE, 23RD FLOOR<br>PITTSBURGH, PA 15222 |
| AMERICAN EXPRESS<br>P.O.BOX 1270<br>NEWARK, NJ 07101-1270 | Scheduled<br>Scheduled | $599.95<br>$585.93 | EUGENE J. CHIKOWSKI, ESQ.<br>FLASTER/GREENBERG P.C.<br>FOUR PENN CENTER, 2ND FLOOR<br>1600 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA 19103 |
| AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CORP CARD - C/O BECKET & LEE LLP<br>ATTN: KENNETH W. KLEPPINGER, ESQ.<br>P.O.BOX 3001<br>MALVERN, PA 19355-0701 | 401<br>402<br>403 | $1,649.14<br>$11,801.53<br>$6,460.98 | EUGENE J. CHIKOWSKI, ESQ.<br>FLASTER/GREENBERG P.C.<br>FOUR PENN CENTER, 2ND FLOOR<br>1600 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA 19103<br><br>GILBERT B. WEISMAN, ESQ.<br>AMERICAN EXPRESS TRAVEL RELATED SVCS CO<br>INC CORP CARD<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 |
| DAC PRODUCTS, INC.<br>100 CENTURY POINT DRIVE<br>EAST BEND, NC 27018 | Scheduled | $1,485.25 | |
| MEDALCO METALS, INC.<br>245 RUSSELL ST., UNIT 16<br>HADLEY, MA 01035 | 311<br>Scheduled | $62,908.72<br>$62,908.72 | PETER CONNOR, ESQ.<br>LYON & FITZPATRICK, LLP<br>14 BOBALA ROAD<br>HOLYOKE, MA 01040 |
| WINDOW DEPOT USA<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211<br>ATTN JIM VENABLE, PRESIDENT | 212<br>Scheduled | $55,838.83<br>$29,799.16 | RICHARD L. RAMSAY, ESQ.<br>EICHENBAUM, LILES & HEISTER, PA<br>124 WEST CAPITOL AVENUE, SUITE 1900<br>LITTLEROCK, AR 72201 |
| ZYMOTIC IMPORTS LTD<br>1361 MONMOUTH ROAD<br>EASTAMPTON, NJ 08060-3900<br>ATTN: JOHN STRONG | 388<br>Scheduled | $14,895.08<br>$14,655.08 | CHRISTINE A. PINTO, ESQ.<br>PARKER MCCAY P.A.<br>THREE GREENTREE CENTRE<br>7001 LINCOLN DRIVE WEST<br>P.O.BOX 974<br>MARLTON, NJ 08053-0974 |

45765/0003-6483183v1

**EXHIBIT C**

**Settlement Agreements Waiving Claims**

| Name and Address of Claimant | Claim to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| JOHN BRIDGE SONS INC.<br>1201 W 9TH STREET<br>CHESTER, PA 19013<br>ATTN GARY J WATKINS, OWNER | 9<br>Scheduled | $31,458.63<br>$37,864.24 | ROBERT W. SEITZER, ESQ.<br>MASCHMEYER KARALIS P.C.<br>1900 SPRUCE STREET<br>PHILADELPHIA, PA 19103 |
| LARSON ALLEN<br>18 SENTRY PARK W. STE 300<br>BLUEBELL, PA 19422 | Scheduled<br>Scheduled | $12,299.73<br>$1,671.25 | CASS S. WEIL, ESQ.<br>MOSS & BARNETT<br>4800WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS, MN |
| R-MAC TRANSPORT<br>C/O BRYAN C SCHROLL, ESQUIRE<br>LAW OFFICES OF BRYAN C SCHROLL<br>172 BRANDYWINE DRIVE<br>MARLTON, NJ 08053 | 241<br>Scheduled | $19,252.32<br>$19,252.32 | ROBERT J. BOWMAN, ESQ.<br>LAW OFFICES OF SCHROLL & BOWMAN<br>2 SHEPPARD ROAD, SHEPPARD OFFICE PARK,SUITE 603<br>VOORHEES, NJ  08043 |
| SAMUEL STRAPPING SYSTEMS INC<br>1455 JAMES PKWY<br>HEATH, OH 430564007 | 356<br>Scheduled | $13,676.31<br>$13,624.20 | BRAD WISNIEWSKI, ESQ.<br>WISNIEWSKI & ASSOCIATES, P.C.<br>118 N. CLINTON STREET, SUITE 100-5<br>CHICAGO, IL 60661 |
| SHIELDALLOY METALLURGICAL CORP<br>545 BECKETT ROAD, SUITE 208<br>SWEDESBORO, NJ 08085 | Scheduled | $71,140.56 | TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| UNITED PACKAGING SUPPLY<br>727 WICKER AVENUE<br>BENSALEM, PA 19020 | 159<br>Scheduled<br>160<br>Scheduled<br>Scheduled | $9,934.11<br>$14,299.11<br>$9,759.90<br>$8,601.90<br>$890.44 | STEPHEN C. GOLDBLUM, ESQ.<br>SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC<br>2617 HUNTINGDON PIKE<br>HUNTINGDON VALLEY, PA 19006 |
| WILLIER ELECTRIC MOTOR CO., INC.<br>P.O. BOX98<br>1 LINDEN AVENUE<br>GIBBSBORO, NJ 08026 | Scheduled<br>Scheduled | $17,378.64<br>$504.27 | SERGIO I. SCUTERI, ESQUIRE<br>CAPEHART & SCATCHARD, P.A.<br>8000 MIDLANTIC DRIVE, SUIT 300<br>MOUNT LAUREL, NJ 08054<br>ATTY FOR WILLIER  ELECTRI |
| YELLOW TRANSPORTATION, INC.<br>10990 ROE AVE<br>OVERLAND PARK, KS 66211 | 682<br>Scheduled<br>683<br>Scheduled<br>684 | $51,386.20<br>$52,539.46<br>$5,483.54<br>$5,369.14<br>$17,442.96 | OLIVIA LIN, ESQ.<br>FRANTZ WARD LLP<br>2500KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 |

45765/0003-6483183v1

| Name and Address of Claimant | Claim to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| YELLOW TRANSPORTATION, INC.<br>P.O. 13850<br>NEWARK, NJ 07188-0850 | Scheduled | $349.17 | OLIVIA LIN, ESQ.<br>FRANTZ WARD LLP<br>2500KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 |