**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone (212) 765-9100
Facsimile (212) 765-0964
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602
Telephone (201) 489-3000
Facsimile (201) 489-1536
Ilana Volkov, Esq.
Felice Yudkin, Esq.

Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**APPLICATION OF THE CLASS 10 LIQUIDATION TRUST PURSUANT TO D.N.J. LBR 9013-1(j) FOR ENTRY OF CONSENT ORDER RESOLVING THE CLAIMS OF STEPHEN BATTEL**<br><br>HEARING DATE AND TIME:<br>N/A |

TO:  THE HONORABLE GLORIA M. BURNS
     UNITED STATES BANKRUPTCY JUDGE

The Class 10 Liquidation Trust (the "Class 10 Trust"), established upon the Effective

Date (as defined hereafter) of the Chapter 11 plan of Shapes/Arch Holdings, L.L.C., *et al.*, the

above-captioned reorganized debtors and debtors-in-possession (together, the "Debtors"), by and

through the Trustee (as defined hereafter), submits this application (the "Application") and respectfully represents:

### I. INTRODUCTION AND JURISDICTION

1. This Application is submitted pursuant to D.N.J. LBR 9013-1(j) for entry of the accompanying Consent Order (the "Consent Order") resolving the claims of Stephen Battel (the "Claimant").

2. This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 1334 and 157(b). This is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B) and (O).

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a).

### II. BACKGROUND

4. The Debtors filed voluntary petitions for relief under Chapter 11 of the United States Code, as amended (the "Bankruptcy Code"), on March 16, 2008 (the "Filing Date"). The cases were jointly administered pursuant to this Court's Order dated March 18, 2008. However, on March 30, 2009, the Court entered an Order closing the affiliated Chapter 11 cases: Shapes LLC (case no. 08-14632), Ultra LLC (case no. 08-14633), Delair LLC (case no. 08-14634), and Accu-Weld LLC (case no. 08-14635) and allowing the Chapter 11 case of Shapes/Arch Holdings L.L.C. (case no. 08-14631) to remain open.

5. The Debtors' Third Amended Joint Plan of Reorganization (the plan, including amendments, exhibits, and modifications, being the "Plan") was confirmed by Order of this Court dated July 24, 2008 (the "Confirmation Order") and became effective on August 8, 2008 (the "Effective Date").

6. On the Effective Date of the Plan, the Class 10 Trust came into existence, and pursuant to Sections 4.5, 5.2 and 5.3 of the Plan and Article IV of the Plan Administration

2

Agreement (an exhibit to the Plan), the Trust, by its Trustee, Steven D. Sass (the "Trustee"), was empowered to, among other things, review and file objections to unsecured claims and bring avoidance actions.

7. On March 18, 2008, this Court entered an Order pursuant to Bankruptcy Rules 2002(a)(7) and 3003(c)(3) establishing the deadline for the filing of proofs of claim evidencing pre-petition claims (the "Bar Date Order").

8. Pursuant to the Bar Date Order, the deadline for all persons and entities to file proofs of claim against the Debtors for claims that arose on or prior to the Filing Date was May 15, 2008.

9. Claimant, by and through his counsel, filed seven proofs of claim in the bankruptcy cases on April 8, 2008, April 21, 2008, and April 28, 2008, in each alleging an unsecured claim against the Debtors in the amount of $250,000.

10. In addition, the Claimant filed an action in the Superior Court of New Jersey, Law Division, captioned *Stephen Battel v. v. Aluminum Shapes, LLC; John Does 1-10 (fictitious names); ABC Corporations 1-10 (fictitious names); jointly, severally or in the alternative* alleging counts of employment discrimination; and seeking a judgment in an amount in excess of $250,000 (the "Action").

11. As of the Filing Date, actions against the Debtors and their assets on account of pre-petition claims were barred by the automatic stay provisions of Section 362 of the Bankruptcy Code.

### Negotiations with Stephen Battel

12. The Class 10 Trust has reviewed the Proof of Claim, the assertions in the Action, information provided by the Claimant, and the Debtors' books and records as they pertain to the Claimant, and has engaged in good faith, arms' length negotiations with the Claimant.

3

Case 08-14631-GMB    Doc 975-1    Filed 04/27/10    Entered 04/27/10 15:50:44    Desc
Application of the Class 10 Liquidation Trust Pursuant to D.N.J. LBR 9013-1(j)    Page 4 of 5

13. The Class 10 Trust and the Claimant have determined that the Proof of Claim are duplicative of the assertions in the Action and, therefore, the Claimant has agreed to waive the Proofs of Claim. In return, the Class 10 Trust has agreed to modify the automatic stay pursuant to 11 U.S.C. § 362(a) and the injunction provisions of the Plan and Confirmation Order to permit Claimant to proceed with the Action, upon the terms set forth in the accompanying Consent Order.

### III. RELIEF REQUESTED AND BASIS THEREFOR

14. The Trustee believes that entry of the Consent Order is in the estates' best interests. As a result of extensive negotiations with Claimant, the Trustee has been able to reach an agreement regarding the treatment of the Claimant's Proofs of Claim under the Debtors' Plan. Therefore, the Trustee respectfully submits that cause exists for the entry of the Consent Order.

**(Remainder of page intentionally blank)**

4

45765/0003-6487172v1

WHEREFORE, the Class 10 Trust respectfully requests that the Court enter the Consent Order and grant such other relief as the Court deems just and appropriate under the circumstances.

        Respectfully Submitted,

        COLE SCHOTZ MEISEL FORMAN & LEONARD, P.A.

        By: */s/ Ilana Volkov*
            Ilana Volkov
        Court Plaza North
        25 Main Street
        P.O. Box 800
        Hackensack, New Jersey 07602
        Telephone: (201) 489-3000
        Facsimile: (201) 489-1536

        -and-

        HALPERIN BATTAGLIA RAICHT, LLP
        Donna H. Lieberman, Esq.
        Carrie E. Mitchell, Esq.
        555 Madison Avenue, 9th Floor
        New York, New York 10022
        Telephone: (212) 765-9100
        Facsimile: (212) 765-0964

        Co-Counsel for the Class 10 Liquidation Trust

Dated: Hackensack, New Jersey
       April 27, 2010