**Exhibit A**

**Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims**

| Name and Address of Claimant | Late Filed-Claim to be Expunged | Amount | Surviving Claim | Amount | Additional Contact Information |
|---|---|---|---|---|---|
| MCMASTER-CARR SUPPLY COMPANY<br>PO BOX 5370<br><br>PRINCETON NJ  08543 | 906 | 4,000.00 | 385<br>386<br>387 | 1925.99,<br>6459.32<br>4567.92 | |
| BURNER DYNAMICS, INC<br>5865 OLD LEEDS ROAD<br>SUITE A<br><br>BIRMINGHAM AL  35210 | 905 | 77,920.00 | None | None | |
| GMAC<br>PO BOX 130424<br><br>ROSEVILLE MN  55113 | 904 | 9,057.84 | 178 | 40,997.54 | |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br><br>BLOOMINGTON IL  61701 | 901 | 660.77 | None | | |
| UNDERWRITERS LABORATORIES<br>CORP OFFICE<br>333 PFINGSTON ROAD<br><br>NORTHBROOK IL  60062 | 828 | 1,505.00 | Scheduled | 1,055.00 | |
| SPS COMMERCE<br>333 S 7TH STREET, STE 1000<br><br>MINNEAPOLIS MN  55402 | 757 | 59.00 | None | | |
| SPS COMMERCE<br>333 S 7TH STREET, STE 1000<br><br>MINNEAPOLIS MN  55402 | 749 | 59.00 | None | | |
| SHAW ALLOY PIPING PRODUCTS<br>JEANINE D. CLARK - MARGOLIS EDELSTEIN<br>216 HADDON AVENUE, SENTRY OFFICE BLDG<br>P.O. BOX 92222<br>WESTMONT NJ  08108 | 744 | Undetermined | None | | |
| SHAW ALLOY PIPING PRODUCTS<br>JEANINE D. CLARK - MARGOLIS EDELSTEIN<br>216 HADDON AVENUE, SENTRY OFFICE BLDG<br>P.O. BOX 92222<br>WESTMONT NJ  08108 | 743 | Undetermined | None | | |
| RED WINGSHOE MOBILE<br>7B JULES LANE<br><br>NEW BRUNSWICK NJ  08901 | 742 | 3,155.00 | None | | |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br><br>PISCATAWAY NJ  08854 | 719 | 207.00 | None | | |

**Exhibit B**

**Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims**

| Name and Address of Claimant | Duplicative claim to be expunged | Amount | Surviving Claim | Amount | Additional Contact Information |
|---|---|---|---|---|---|
| MID-ATLANTIC CNC, INC<br>ATTN GARY PROSCIA, VP FINANCE<br>260 EVANS WAY<br><br>BRANCHBURG NJ  08876 | 81 | 6,890.50 | 338-1 | 7,068.65 | |
| PYROTEK INC.<br>9503 E. MONTGOMERY AVE.<br><br>SPOKANE VALLEY WA  99206 | 699 | 19,370.80 | 741 | 20,849.80 | |
| MARSHALL & QUENTZEL, LLC<br>C/O ALUMET SUPPLY, INC.<br>155 WILLOWBROOK BLVD.<br><br>WAYNE NJ  07470 | *Scheduled | 30678.26 | 540 | 30678.26 | ALUMET SUPPLY INC.<br>557 MAIN STREET<br><br>ORANGE NJ  07050 |

*Scheduled amount was in the name of Alumet Supply

**Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims**

| Name and Address of Claimant | Scheduled Amount | Claim Number | Filed Claim | Unsecured Claim Per Debtors' Books & Records | Allowed Unsecured Claim | Additional Contact Information |
|---|---|---|---|---|---|---|
| PENNSAUKEN TOWNSHIP MUNICIPAL BUILDING 5605 N. CRESCENT BLVD. ATTN: BILL BUFFINGTON PENNSAUKEN NJ 08110 | | 541 597* | $837,905.30 (admin) $837,905.30 (admin) | $747,938.72 | $0 | EMMANUEL J. ARGENTIERI, ESQ. PARKER MCCAY PA - THREE GREENTREE CENTRE 7001 LINCOLN DRIVE WEST - PO BOX 974 MARLTON, NJ 08053-0974 |
| ROOM A, 7/12F. MAO TAI CENTURY TOWER NO. 83 ZHONG HE BEI ROAD HANGZHOU, CHINA | $229,167.52** | 772 | $200,857.90 (admin) $72,250.52 (unsecured) *** | $229,167.52 | $229,167.52 | |
| RAGGEDY, INC. D/B/A HANDYMAN CONNECTION OF MIDDLE TENNESSEE, WINDOW DEPOT USA C/O JOHN H. ROWLAND / BAKER DONELSON 211 COMMERCE STREET, SUITE 1000 NASHVILLE TN 37201 | 0 | 663 | $60,000 (unsecured) | $0 | $0 | EICHENBAUM, LILES & HEISTER, PA RICHARD L. RAMSAY, ESQ. 124 WEST CAPITOL AVENUE, SUITE 1900 LITTLE ROCK, ARKANSAS 72201 COUNSEL TO WINDOW DEPOT |

*Claim 597 has been expunged by previous order of the Court.

**Perfect Trade's scheduled claim was reduced from $433,628.49 to $229,167.52 pursuant to an Order dated 2/20/2009.

***By Order dated 12/24/2008, Perfect Trade's claim 772 was recognized as an administrative claim in the amount of $200,857.90 and an unsecured claim in the amount of $72,250.52. The Trust's rights were specifically reserved to further object to the claim.