# EXHIBIT E

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>Telephone (212) 765-9100<br>Facsimile (212) 765-0964<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602<br>Telephone (201) 489-3000<br>Facsimile (201) 489-1536<br>Ilana Volkov, Esq.<br>Felice R. Yudkin, Esq.<br><br>Co-Counsel for the Class 10 Trust | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered) |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | Judge: Gloria M. Burns<br><br>Hearing Date: July 26, 2010 |

**ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S**
**FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(Claim Numbers: 81, 541, 597, 663, 699, 772, 719, 742. 743, 749, 742, 743,**
**744, 749, 757, 828, 901, 904, 905, 906)**

The relief set forth on the following page, numbered two (2) and three (3), is hereby

**ORDERED**.

45765/0003-6495623v1

(Page 2)
Debtor:            SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No.:          08-14631 (GMB)
Caption of Order:  ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S
                   FIFTH OMNIBUS OBJECTION TO CLAIMS
                   (Claim Numbers: 81, 541, 597, 663, 699, 772, 719, 742,
                   743, 749, 742, 743, 744, 749, 757, 828, 901, 904, 905, 906)

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned reorganized debtors, having filed a motion (the "Motion") for entry of an order expunging and disallowing the unsecured claims of the claimants listed on Exhibits A, B and C to the Motion (the "Disputed Claims" ); and Exhibits A and B being annexed hereto and being a part hereof;; and upon the Motion and the Declaration of Lynn K. Smalley in support of the Motion; and the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the affected claimants; and no other responses or objections to the Motion having been received; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED** that the Motion is granted in all respects.

**ORDERED**  that the Late Claims and the Duplicative Claims, identified on Exhibits A and B hereto as claims to be disallowed, hereby are expunged and disallowed in their entirety.

**ORDERED**  that scheduled unsecured claim of Pennsauken Township, which is recorded as scheduled claim 632007160, is expunged and disallowed in its entirety.

**ORDERED** that the unsecured portion of claim 772 of Perfect Trade Development Co. is expunged and disallowed in its entirety; provided, however, that nothing contained herein shall affect the administrative claims or the scheduled unsecured claim of Perfect Trade Development Co.

45765/0003-6495623v1

(Page 3)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No.: 08-14631 (GMB)
Caption of Order: ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S FIFTH OMNIBUS OBJECTION TO CLAIMS
(Claim Numbers: 81, 541, 597, 663, 699, 772, 719, 742, 743, 749, 742, 743, 744, 749, 757, 828, 901, 904, 905, 906)

**ORDERED** that the proof of claim 663 filed by Raggedy, Inc., d/b/a/ Handyman Connection of Middle Tennessee, Window Depot USA is expunged and disallowed in its entirety.

**ORDERED**, that notwithstanding the Claims Objection Deadline (as defined in the Motion) nothing herein shall preclude the Trust from filing additional or supplemental objections to the Late Claims or the Incorrect Claims (as defined in the Motion) on additional or alternative factual or legal grounds.

**Exhibit A**

**Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims**

| Name and Address of Claimant | Late Filed- Claim to be Expunged | Amount | Surviving Claim | Amount | Additional Contact Information |
|---|---|---|---|---|---|
| MCMASTER-CARR SUPPLY COMPANY<br>PO BOX 5370<br><br>PRINCETON NJ  08543 | 906 | 4,000.00 | 385<br>386<br>387 | 1925.99,<br>6459.32<br>4567.92 | |
| BURNER DYNAMICS, INC<br>5865 OLD LEEDS ROAD<br>SUITE A<br><br>BIRMINGHAM AL  35210 | 905 | 77,920.00 | None | None | |
| GMAC<br>PO BOX 130424<br><br>ROSEVILLE MN  55113 | 904 | 9,057.84 | 178 | 40,997.54 | |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br><br>BLOOMINGTON IL  61701 | 901 | 660.77 | None | | |
| UNDERWRITERS LABORATORIES<br>CORP OFFICE<br>333 PFINGSTON ROAD<br><br>NORTHBROOK IL  60062 | 828 | 1,505.00 | Scheduled | 1,055.00 | |
| SPS COMMERCE<br>333 S 7TH STREET, STE 1000<br><br>MINNEAPOLIS MN  55402 | 757 | 59.00 | None | | |
| SPS COMMERCE<br>333 S 7TH STREET, STE 1000<br><br>MINNEAPOLIS MN  55402 | 749 | 59.00 | None | | |
| SHAW ALLOY PIPING PRODUCTS<br>JEANINE D. CLARK - MARGOLIS EDELSTEIN<br>216 HADDON AVENUE, SENTRY OFFICE BLDG<br>P.O. BOX 92222<br>WESTMONT NJ  08108 | 744 | Undetermined | None | | |
| SHAW ALLOY PIPING PRODUCTS<br>JEANINE D. CLARK - MARGOLIS EDELSTEIN<br>216 HADDON AVENUE, SENTRY OFFICE BLDG<br>P.O. BOX 92222<br>WESTMONT NJ  08108 | 743 | Undetermined | None | | |
| RED WINGSHOE MOBILE<br>7B JULES LANE<br><br>NEW BRUNSWICK NJ  08901 | 742 | 3,155.00 | None | | |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br><br>PISCATAWAY NJ  08854 | 719 | 207.00 | None | | |

**Exhibit B**
**Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims**

| Name and Address of Claimant | Duplicative claim to be expunged | Amount | Surviving Claim | Amount | Additional Contact Information |
|---|---|---|---|---|---|
| MID-ATLANTIC CNC, INC<br>ATTN GARY PROSCIA, VP FINANCE<br>260 EVANS WAY<br><br>BRANCHBURG NJ  08876 | 81 | 6,890.50 | 338-1 | 7,068.65 | |
| PYROTEK INC.<br>9503 E. MONTGOMERY AVE.<br><br>SPOKANE VALLEY WA  99206 | 699 | 19,370.80 | 741 | 20,849.80 | |
| MARSHALL & QUENTZEL, LLC<br>C/O ALUMET SUPPLY, INC.<br>155 WILLOWBROOK BLVD.<br><br>WAYNE NJ  07470 | *Scheduled | 30678.26 | 540 | 30678.26 | ALUMET SUPPLY INC.<br>557 MAIN STREET<br><br>ORANGE NJ  07050 |

*Scheduled amount was in the name of Alumet Supply