# EXHIBIT A

| | | **Exhibit A** | | |
|---|---|---|---|---|
| | | **Class 10 Liquidation Trust's Sixth Omnibus Objection to Claims** | | |
| **Schedule Number** | **Claim Number** | **Creditor** | **Amount of Claim** | **Additional Notice Party Information** |
| 633000100 | | ADAIRVILLE HARDWARE<br>ATTN: PRES. OR GEN. COUNSEL<br>103 S. CHURCH ST.<br>ADAIRVILLE, KY  42202 | $300.00 | |
| 634001910 | | AICCO, INC<br>ATTN: PRES. OR GEN. COUNSEL<br>BOX 9045<br>NEW YORK, NY  10087-9045 | $33,879.73 | |
| 635000130 | | ALAN MEDLEY<br>1862 GENTRY FARM RD.<br>KING, NC  27021 | $250.00 | |
| 632000850 | | AMCOR<br>ATTN: PRES. OR GEN. COUNSEL<br>835 WEST SMITH ROAD<br>MEDINA, OH  44256 | $967.93 | |
| 632000950 | | AMERICAN TONERSERV (ASVP)<br>ATTN: PRES. OR GEN. COUNSEL<br>6280 SOUTH VALLEY VIEW BLVD.<br>BLDG. F SUITE 612<br>LAS VEGAS, NV  89118 | $964.76 | |
| 634000200 | | AMERIGAS<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1271<br>BORDENTOWN, NJ  08505-2198 | $7,390.60 | |
| 633000210 | | ANDREW'S INTERNATIONAL CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>ROOM 1003, 96 CHUN-SHAN N. RD. SEC. 2<br>TAIPEI    TAIWAN | $36,704.95 | Andrew's International Co. Ltd<br>Fax:   886-2-2521-8297 |
| 632001090 | | APPLIED INDUSTRIAL TECH<br>ATTN: PRES. OR GEN. COUNSEL<br>124 E. 9TH. AVE.<br>RUNNEMEDE, NJ  08078 | $80.93 | |
| 632001130 | | ARC WATER TREATMENT<br>ATTN: PRES. OR GEN. COUNSEL<br>114 HARVEY STREET<br>PHILADELPHIA, PA  19144 | $306.00 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 632001140 | | ARCH WIRELESS<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 4062<br>WOBURN, MA  01888-4062 | $261.31 | |
| 635000180 | | ASE TECHNICAL SERVICE CORP, INC<br>ATTN: PRES. OR GEN. COUNSEL<br>1 GOLDENROD DRIVE<br>MOUNT LAUREL, NJ  08054 | $3,800.00 | |
| 632001250 | | ASSOCIATED INDUSTRIAL TIRE INC<br>ATTN: PRES. OR GEN. COUNSEL<br>606 WM. LEIGH DRIVE<br>TULLYTOWN, PA  19007 | $1,255.20 | |
| 633000330 | | ATX COMMUNICATIONS<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 9257<br>UNIONDALE, NY  11555-9257 | $38.58 | |
| 632001300 | | AUTOMATION AIDES<br>ATTN: PRES. OR GEN. COUNSEL<br>26 EVERGREEN AVENUE<br>WARMINSTER, PA  18974 | $3,631.99 | |
| 632001380 | | BANK OF AMERICA<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 15713<br>WILMINGTON, DE  19886-5713 | $2,535.78 | |
| 632001450 | | BELCO INDUSTRIES, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>115 EAST MAIN STREET<br>BELDING, MI  48809 | $564.86 | |
| | 905 | BURNER DYNAMICS, INC<br>ATTN: PRES. OR GEN. COUNSEL<br>5865 OLD LEEDS ROAD<br>SUITE A<br>BIRMINGHAM, AL  35210 | $77,920.00 | |
| 634000330 | | C. PALMER DIE CASTING, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1278<br>OAKLAND, MD  21550 | $472.95 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 633000490 | 686 | CHAMP PROSPERITY ENT CO., LTD.<br>ATTN: PRES. OR GEN. COUNSEL<br>ROOM 5, 13TH FL.<br>NO 457 CHENG KUNG ROAD<br>TAINAN   TAIWAN R.O.C. | $11,401.72 | |
| 632002150 | | CHROMALOX<br>ATTN: PRES. OR GEN. COUNSEL<br>701 ALPHA DR<br>PITTSBURG, PA  15238 | $4,990.69 | Joe Mangieri, Dir. of Treasury<br>Chromalox<br>103 Gamma Drive<br>Pittsburgh, PA 15238 |
| 633000520 | 193 | CHUNG HSIN ENTERPRISE LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NO. 16, SEC. 1 GUOR GUANG RD.<br>DAH LII<br>TAICHUNG COUNTY 412<br>TAICHUNG   CHINA | $13,557.60 | CHUNG HSIN ENTERPRISE LTD<br>firstcom@tcts.seed.net.tw |
| 633000550 | | CLAIR HOME PRODUCTS<br>ATTN: PRES. OR GEN. COUNSEL<br>311-16 HONG-CHU VILLAGE<br>LU-CHU HSIANG<br>TAO-YUAN   CHINA | $24,185.50 | CLAIR HOME PRODUCTS<br>Fax: 886-3-3234 024<br>clairhom@ms4.hinet.net |
| 632002330 | | COLUMBIA MARKING TOOLS<br>ATTN: PRES. OR GEN. COUNSEL<br>27430 LUCKINO<br>CHESTERFIELD, MI  48047 | $1,027.44 | |
| 632002360 | | COMMERCIAL-WAGNER INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>4101 ASHLAND AVE.<br>BALTIMORE, MD  21205 | $1,276.14 | |
| 632002400 | | CONESTOGA-ROVERS & ASSOC.<br>ATTN: PRES. OR GEN. COUNSEL<br>ROUTE 113-559<br>W. UWCHIAN AVENUE SUITE 120<br>EXTON, PA  19341 | $32.91 | |
| 634000500 | | COURTENAY WHITEHURST<br>PO BOX 1287<br>NEWNAN, GA  30263 | $210.95 | |
| 632002690 | | CULLIGAN WATER<br>ATTN: PRES. OR GEN. COUNSEL<br>3113 WEST RIDGE PIKE<br>EAGLEVILLE, PA  19408 | $3,250.66 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 635000460 | | CUSTOM CRAFT PLASTICS<br>ATTN: PRES. OR GEN. COUNSEL<br>100 KING ARTHUR'S COURT<br>PO BOX 6029J<br>NORTH BRUNSWICK, NJ  08902 | $645.86 | |
| 634000530 | | CUSTOMER CHOICE TRANS. INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1290<br>HULMEVILLE, PA  19047-5543 | $24,396.67 | |
| 633000780 | | DALLAS TRANSFER<br>& TERMINAL WAREHOUSE<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 224301<br>DALLAS, TX  75222-4301 | $100.00 | |
| 632002770 | | DANA TRANSPORT<br>ATTN: PRES. OR GEN. COUNSEL<br>51 CROWN POINT ROAD<br>PAULSBORO, NJ  08066 | $1,385.00 | |
| 635000480 | | DANIEL SUCHODOLSKI, LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>114 LAWNTON ROAD<br>WILLOW GROVE, PA  19090 | $665.00 | |
| 632002790 | | DANIELI-BREDA EXTRUSION AND FORGING PRESSES S.P.A.<br>ATTN: PRES. OR GEN. COUNSEL<br>VIALE FULVIO TESTI, 124<br>20092 CINISELLO   BALSAMO ITALY | $2,700.00 | |
| 634000550 | | DANLY  DIE SET<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1292<br>CHICAGO, IL  60696-7697 | $44.10 | |
| 632002840 | | DATA DIRECT<br>ATTN: PRES. OR GEN. COUNSEL<br>400 WEST CUMMINGS PARK<br>SUITE 1575<br>WOBURN, MA  01801 | $239.00 | |
| 633000830 | | DELAWARE AVENUE DISTRIBUTION CENTER INC<br>ATTN: PRES. OR GEN. COUNSEL<br>700 PATTISON AVE<br>PHILADELPHIA, PA  19148 | $270.00 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 632003170 | | DGI SUPPLY<br>ATTN: PRES. OR GEN. COUNSEL<br>95 LOUISE DRIVE<br>SUITE B<br>IVYLAND PA  18974 | $1,240.83 | DGI Supply-A DoALL Company<br>1480 South Wolf Road<br>Wheeling, IL 60090 |
| 635000500 | | DOUBLE DOG COMMUNICATIONS<br>ATTN: PRES. OR GEN. COUNSEL<br>2615 JOPPA ROAD<br>YORK, PA  17403 | $70.00 | |
| 632003450 | | ELHAUS INDUSTRIEANLAGEN GMBH<br>ATTN: PRES. OR GEN. COUNSEL<br>RUDOLF-DIESEL-STR 1-3<br>78239 RIELASINGEN-WORBLINGEN<br>GERMANY | $2,177.40 | Elhaus Industrieanlagen Gmbh<br>Fax: 49-(0)7731-599 890 |
| 632007540 | 487 | ENERGYPLUS, LLC<br>ANDREW J. FLAME AND HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 NORTH MARKET STREET, SUITE 1000<br>WILMINGTON, DE  19801-1254 | $593,945.22 | |
| 633000980 | 207 | ESTES-EXPRESS LINES<br>ATTN: PRES. OR GEN. COUNSEL<br>ATTN CREDIT DEPARTMENT<br>3901 WEST BROAD STREET<br>RICHMOND, VA  23230-3962 | $2,550.35 | |
| 632003540 | | EVANS HEAT TREATING COMPANY<br>ATTN: PRES. OR GEN. COUNSEL<br>360 RED LION ROAD<br>HUNTINGDON VALLEY, PA  19006 | $79.50 | |
| 633001000 | | EVERSAFETY PRECISION INDUSTRY (TIANJIN) CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>LIAO HO BEI ROAD<br>HI-TECH PARK<br>SHATIN, NT   300402 CHINA | $1,983.00 | Eversafety Precision Industry<br>Fax:  86-22-26302666 |
| 633001010 | | EVERTEK INDUSTRIES INC<br>ATTN: PRES. OR GEN. COUNSEL<br>SUITE C, 16F, 447, SEC. 3<br>WEN-SHIN ROAD<br>TAICHUNG   CHINA | $21,597.29 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 635002080 | | F.C.F.C.U.<br>ATTN: PRES. OR GEN. COUNSEL<br>3301 S. GALLOWAY ST.<br>ROOM 241<br>PHILADELPHIA, PA  19148 | $2,432.50 | |
| 632010880 | | FILTER EQUIPMENT CO., INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1440 HWY 34<br>WALL TOWNSHIP, NJ  07753 | $143.12 | |
| 633001130 | | FOREVER GREEN HOLDINGS LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>117 FORT LEE RD, UNIT A-11<br>LEONIA, NJ  07605 | $486.00 | |
| 633001150 | | FRANK MAYER & ASSOCIATES INC<br>ATTN: PRES. OR GEN. COUNSEL<br>5750 RIVER VALLEY TRAIL<br>ANAHEIM HILLS, CA  92807 | $8,180.28 | |
| 632003870 | | FROMM ELECTRIC SUPPLY<br>ATTN: PRES. OR GEN. COUNSEL<br>2020 SPRINGDALE ROAD<br>SUITE 200<br>CHERRY HILL, NJ  08034 | $24,839.44 | |
| 635000590 | | FSS,LLC<br>Facility Systems Strategies, LLC<br>2463 152nd Ave. NE<br>Redmond, WA 98052 | $1,132.00 | **FSS, LLC<br>Filter Service and Supplies<br>198 Freshwater Blvd.<br>Enfield, CT 06082 |
| 633001160 | | FUELL'S<br>ATTN: PRES. OR GEN. COUNSEL<br>RR01 BOX 11835<br>MANATI, PR  00674 | $325.62 | |
| 634000720 | 178 | GMAC<br>ATTN M. BOHEN, AGENT<br>PO BOX 130424<br>ROSEVILLE, MN  55113 | $40,997.54 | Lawrence J. Fallon, Esq.<br>GMAC Financial Services<br>P.O. Box 130424<br>Roseville, MN 55113 |
| | 904 | GMAC<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 130424<br>ROSEVILLE, MN  55113 | $9,057.84 | Lawrence J. Fallon, Esq.<br>GMAC Financial Services<br>P.O. Box 130424<br>Roseville, MN 55113 |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 633001320 | | GOODWIN IMPORT AND EXPORT CO LTD OF ZHONGSHAN<br>ATTN: PRES. OR GEN. COUNSEL<br>3/F NO 86 BLDG, SHUN JING GARDEN<br>ZHONGSHAN 4 ROAD<br>ZHONGSHAN GD   CHINA | $12,885.25 | Goodwin Import And Export Co Ltd Of Zhongshan<br>Fax:  (86) 760-88263635<br>info@fayhero.com |
| 635000650 | 179 | GRAFCO<br>ATTN: M. GRAFE<br>20 REGINA ROAD<br>WOODBRIDGE ON  L4L8L6 CANADA | $4,342.32 | Grafco<br>Fax:  905-264-9727<br>inquiry@grafcogroup.com |
| 632004270 | | GREY HUB TROLLEY WHEEL CO.<br>ATTN: PRES. OR GEN. COUNSEL<br>17265 GABLE AVENUE<br>DETROIT, MI  48212 | $70.58 | |
| 633001370 | | GUANG ZHOU SHUN MING HARDWARE<br>ATTN: PRES. OR GEN. COUNSEL<br>YUANGANG VILLAGE, SAN JIANG SHITAN TOWN, ZENGCHENG CITY<br>GUANGDONG PROVINCE   CHINA | $5,406.00 | |
| 633001410 | | GUANGZHOU WELOON METALWORK<br>ATTN: PRES. OR GEN. COUNSEL<br>SHASHUI INDUSTRIAL DISTRICT<br>SONGGANG, NANHAI<br>FOSHAN   CHINA | $37,682.05 | |
| 635000670 | | GUARDIAN INDUSTRIES CORP.<br>ATTN: PRES. OR GEN. COUNSEL<br>4681 COLLECTIONS CENTER<br>CHIGAGO, IL  60693 | $16,545.40 | |
| 633001430 | | HAINING ANJIE LOCKS CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>88 XIUCHUAN E,<br>ROAD CHANGGAN TOWN HANNING<br>ZHEJIANG   CHINA | $12,947.16 | HAINING ANJIE LOCKS CO LTD<br>Fax:  86-573-87408711<br>anjielocks@vip.163.com |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 633001440 | | HANDY HARDWARE WHOLESALE INC<br>ATTN: CINDY RODRIGUEZ<br>8300 TEWANTIN DR<br>HOUSTON, TX  77061 | $3,479.00 | |
| 633001490 | | HANLIX INT'L CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>533 CHUNG SHAN ROAD, SHALU<br>TAICHUNG HSIEN    TAIWAN | $146,331.45 | |
| 633001530 | | HARWELL INDUSTRIES LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 267<br>NO 157, LANE 175, GWO-SHENG RD<br>CHANGHUA    TAIWAN | $58,910.38 | |
| 633001540 | | HAVE A CUP<br>ATTN: PRES. OR GEN. COUNSEL<br>1000 WASHINGTON AVE<br>CROYDON, PA  19021 | $347.10 | |
| 633001560 | | HENG HING METAL FACTORY LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>RM 515,5/F,VANTA INDUSTRIAL CENTRE,<br>21-33 TAI LIN PAI ROAD<br>KWAI CHUNG    CHINA | $17,220.07 | |
| 633001570 | | HENNEN & ASSOCIATES<br>ATTN: PRES. OR GEN. COUNSEL<br>10581 CR2300 (75474)<br>PO BOX 1449<br>QUINLAN, TX  75474-1449 | $550.00 | |
| 634000810 | | HUBLEY<br>ATTN: PRES. OR GEN. COUNSEL<br>128 JOHN SEVIER CIRCLE<br>ROGERSVILLE, TN  37857 | $51.64 | |
| 632004660 | | HUGHES CONSULTANTS, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>65 OLD HIGHWAY 22<br>SUITE 10<br>CLINTON, NJ  08809 | $1,500.00 | |
| 632004690 | | HYDRAULIC SOLUTIONS<br>DIVISION OF EASTERN LIFT TRUCK<br>ATTN: PRES. OR GEN. COUNSEL<br>549 E. LINWOOD AVENUE<br>MAPLE SHADE, NJ  08052 | $2,604.23 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 633001690 | | INNER MONGOLIA ACME HARDWARE CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>ROOM 1-4302, FANG TING GARDEN<br>NO 535 DONG FENG ROAD<br>HOHHOT   CHINA | $18,291.84 | Inner Mongolia Acme<br>Fax: 86-471-4221339 |
| 633001780 | 132 | JASON HARDWARE CO., LTD<br>ATTN: JASON WANG, CEO<br>LI-DE INDUSTRIAL ESTATE LIANXIA, CHENGHAI DISTRICT, SHAN TOU CITY<br>GUANG DONG PROVINCE   515834<br>CHINA | $17,975.00 | Jason Hardware Co., Ltd<br>Fax:  86-754-85162821<br>jasonhardware@163.net |
| 633001810 | | JETSTAR CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>16F, NO401, SEC 1, CHUNG SHAN ROAD<br>CHANG HUA CITY   TAIWAN | $2,139.24 | |
| 633001820 | | JIAXIN YINMAO INTL TRADING CO<br>ATTN: PRES. OR GEN. COUNSEL<br>NO. 562 HONGXING ROAD<br>JIAXING   314001 CHINA | $22,903.77 | |
| 633001940 | | KAMBO SECURITY PRODUCTS<br>ATTN: PRES. OR GEN. COUNSEL<br>UNIT 01-02, 5-FL.<br>KWAI FUNG STREET<br>KWAI CHUNG, N.T.   CHINA | $144,090.52 | Kambo Security Products<br>Fax: 852-2481-7922<br>kambo@kambo.com.hk |
| 633001980 | | KINSUN INTERNATIONAL TRADE CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>A-1203, NO 129, XINHUA RD<br>WUHAN   CHINA | $2,880.00 | Kinsun International<br>Fax:  86-27-82337341 |
| 634002130 | | KRG LOGISTICS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>170 TRADERS BLVD. EAST<br>MISSISSAUGA ON  L4Z 1W7 CANADA | $896.00 | KRG LOGISTICS INC<br>Fax: 905.501.7577<br>kbartlet@krglogistics.com |
| 632011020 | | LAWNMOWERS UNLIMITED INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>491 ROUTE 38 WEST<br>MAPLE SHADE, NJ  08052 | $250.00 | |

9

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
|  | 903 | LEBHAR-FRIEDMAN, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>425 PARK AVENUE<br>NEW YORK, NY  10022 | $5,000.00 | Lebhar-Friedman Inc.<br>PO Box 533093<br>Atlanta, GA  30353-3093 |
| 635000860 |  | LEE ELECTRIC, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 238<br>309 51ST STREET<br>WEST NEW YORK, NJ  07093 | $935.00 |  |
| 632011040 |  | LEN DOR SPECIALTIES, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1298 S. 28TH STREET<br>HARRISBURG, PA  17111 | $186.71 |  |
|  | 443 | LOMAS, L. ROBERTO P.E.<br>1432 WOODFORD RD.<br>CLEMMONS, NC  27012 | $2,733.60 |  |
| 633002140 |  | LOXON LOCK CO<br>ATTN: PRES. OR GEN. COUNSEL<br>6F,NO.76 SEC.1, ROOSEVELT RD<br>TAIPEI  10074 TAIWAN | $3,237.09 |  |
| 633002290 | 129 | MIRILLAS OPTICAS, S.L.<br>ATTN: JOSE M PEDRET, ADMINISTRATOR<br>CUARTEL DE LEVANTE, 7<br>PARETS DEL VALLES  08150<br>BARCELONA, SPAIN | $1,699.20 | MIRILLAS OPTICAS, S.L.<br>Fax:  93-562-32-05<br>comercial@mirillaspedret.com |
| 633002430 |  | NEW HOCHA ALUMINUM IND CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NANHAI FOSHAN<br>XING XIAN RD,M DALI TOWN<br>NANHAI CITY, 321 NATIONAL RD<br>GUANGDONG  528231 CHINA | $127,574.47 | New Hocha Aluminum Ind Co Ltd<br>Fax:  86-757-85500550<br>sales@hocha.com |
| 633002460 |  | NINGBO JINTIAN IMPORT & EXPORT CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>6F, GUANGFA MANSION<br>473 LINGQIAO RD<br>NINGBO  315000 CHINA | $24,902.10 |  |
| 632006860 |  | OMAV S.P.A.<br>ATTN: PRES. OR GEN. COUNSEL<br>VIA STACCA, 2<br>25050 RODENGO SAIANO BS<br>ITALY | $780.00 | Omav S.P.A.<br>Fax: 39-030-6816-288<br>info@omav.com |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 635001350 | | ROYALPLAST DOOR SYSTEMS CO. ATTN: PRES. OR GEN. COUNSEL 5770 HIGHWAY #7 WEST WOODBRIDGE ON  L4L 3A2 CANADA | $39,243.40 | ROYALPLAST DOOR SYSTEMS CO. 1085 des Cheminots Lachenaie J6W 061 Canada 71 Royal Group Crescent Woodbridge, Ontario L4H 1X9 Canada Fax: 866-988-1474 info@royalplast.ca |
| 633002890 | | SHANGHAI ELECTRIC INTL ATTN: PRES. OR GEN. COUNSEL F6, TOWER 1, SHANGHAI RESOURCE PLAZA NO 268 ZHONGSHAN ROAD(S) SHANGHAI   200010 CHINA | $42,004.28 | Shanghai Electric Intl Fax:  86-21-51154999 |
| | 438 | SHANGHAI HOUSING PRODUCTS CO., LTD. ATTN: PRES. OR GEN. COUNSEL RM 101, NO 19, NINAJIABANG RD. LANE 501, NIANJIABANG ROAD ZHOUPU TOWN, PUDONG, SHANGHAI   CHINA | $25,149.92 | |
| 633002930 | | SHUNDE HUATAI METAL GOODS ATTN: PRES. OR GEN. COUNSEL NO. 1 HEAN INDUSTRY ROAD LELIU TOWN SHUNDE CITY GUANGDONG   CHINA | $3,255.12 | Shunde Huatai Metal Goods Fax: 86-757-25332365 |
| 633003060 | | STYLUS SYSTEMS INC DBA FLATWORLD SOLUTIONS INC ATTN: PRES. OR GEN. COUNSEL #210 5A CROSS, 3RD BLOCK, HRBR LAYOUT BANGALORE   560043 INDIA | $2,554.13 | Stylus Systems Inc #924, 5A Cross 1st Block, HRBR Layout Kalyan Nagar, Bangalore 560043 India Fax: 91-80-42443001 info@stylusinc.com |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 633003230 | | TIANJIN ZONGHENG IND&TRADE CO<br>ATTN: PRES. OR GEN. COUNSEL<br>NO 168 BALDI ROAD, NANKAI DISTRICT<br>TIANJIN   CHINA | $137,742.10 | |
| 633003260 | 262 | TOKING HARDWARE INDUSTRIAL CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>UNIT 503 5/F SILVERCORP TOWER<br>30 CANTON ROAD TSIM SHA TSUI<br>KL   HONG KONG | $10,840.42 | Toking Hardware Industrial Co Ltd<br>4-707 Xixi Fengshang, No. 499 West Wensan Road<br>Hangzhou 310012 China<br>Fax: 86-571-88803726<br>manager@tkindustrial.cn |
| 633003290 | | TRADUCTA INC<br>ATTN: PRES. OR GEN. COUNSEL<br>35, CHEMIN BELLA VISTA<br>ST-BASILE-LE-GRAND QC  J3N 1L1<br>CANADA | $70.00 | TRADUCTA INC<br>Fax:  450-461-0009<br>info@traducta.com |
| 633003730 | | YONG AN PRINTING CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>JING YE STREET<br>CHEN YONG INDUSTRIAL PARK<br>PAN YU, GUANGZHOU<br>GUANGDONG   CHINA | $2,413.00 | Yong An Printing Co Ltd<br>Fax:  86-20-34730184<br>yonganpy@vip.163.com |
| 633003740 | | YONGFENG ALUMINUM CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>XIEBIAN INDUSTRIAL AREAL, DALI TOWN<br>NANHAI FOSHAN CITY<br>GUANGDONG   CHINA | $54,962.94 | YONGFENG ALUMINUM CO LTD<br>Fax:  86-757-85520011<br>hrd@nhyongfeng.com |
| 633003760 | | YUHUA AUTOMOBILE SPARE PARTS<br>ATTN: PRES. OR GEN. COUNSEL<br>MANUFACTURING CO LTD<br>NO 3 ZHENGDA ROAD<br>HAIBEI INDUSTRIAL, HAIAN<br>RUIAN   CHINA | $5,244.00 | |
| 633003770 | | YUYAO HOLY METAL CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>INDUSTRY A BOROUGH<br>HUANG JIABU TOWN<br>YUYAO<br>NINGBO   CHINA | $1,702.00 | Yuyao Holy Metal Co Ltd<br>Fax: 86-574-62020575 |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 633003780 | | YUYAO MUNICIPAL COMMERCIAL FOREIGN TRADE CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NO 57 YANGMING EAST ROAD<br>YUYAO<br>ZHEJIANG    CHINA | $15,589.20 | Yuyao Municipal Commercial Foreign Trade Co Ltd.<br>Fax:  86-574-62622999<br>yymcft@gmail.com |
| **The Debtors' schedules show no address for these claimants.  The Trust has done internet searches for these parties in New Jersey and Pennsylvania, and found the addresses indicated, but does not know with certainty that these are the correct addresses. | | | | |