# EXHIBIT B

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for Plaintiff, The Class 10 Liquidation Trust

|  |  |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>                Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**DECLARATION OF LYNN K. SMALLEY**<br>**IN SUPPORT OF CLASS 10**<br>**LIQUIDATION TRUST'S SIXTH**<br>**OMNIBUS OBJECTION TO CLAIMS**<br>**(CREDITORS WHO HAVE FAILED TO**<br>**RETURN COMPLETED W-8 OR W-9**<br>**FORMS** ) |

This declaration is made pursuant to 28 U.S.C. § 1746 by Lynn K. Smalley, as follows:

     1.     I am a senior consultant to the Trustee of the Class 10 Liquidation Trust (the

"Trust") in the cases of the above-captioned reorganized debtors (the "Debtors").  I have

reviewed the attached motion and exhibit A to that motion, and submit this declaration in

45765/0003-6493694v1

connection with the relief sought. All of the statements made in this declaration are based upon my firsthand knowledge, unless otherwise stated.

2. In connection with my work for the Trust, I obtained a complete copy of the claims register as of October 17, 2008 from Epiq Systems, the official claims agent in these cases. I reviewed the claims register, proof of claim forms, scheduled claims and supporting documentation to identify general unsecured claims which appeared to be Class 10 claims and determine if any of those claimants had provided taxpayer identification numbers.

3. My review revealed that more than 1,000 of those claimants had not provided the necessary information, and after discussion with the Trustee, I prepared a letter asking the claimants to complete and return IRS form W-9 to the Trust. A true and complete copy of that letter request, which is defined in the attached motion as the First Notice, is attached to this declaration as **Exhibit 1**, together with a W-9 form.

4. On or shortly after March 19, 2009, I supervised the mailing of the First Notice and a blank W-9 form to each of the claimants whose taxpayer information was missing.

5. A number of completed W-9 forms were received in response to the First Notice, and I reviewed the responses and updated the Trust's records accordingly. But when I reviewed the Trust's records, I noted that there were still more than 500 claimants for whom we lacked tax information.

6. I again discussed the situation with the Trustee, and with his authorization, prepared another letter. The attached motion defines that second written request as the Second Notice, and a true and complete copy of the Second Notice is attached to this declaration as **Exhibit 2**, together with a W-9 and a W-8 form.

2

7.　　On or shortly after April 30, 2009, I supervised the mailing of the Second Notice and a blank W-9 form to each of the claimants for whom the Trust still had no taxpayer identification number. Recognizing that some of the claimants were foreign entities, I also made certain that the Second Notice referenced W-8 forms (as well as W-9s).

8.　　The Trust received some responses to the Second Notice, and I updated our records accordingly. I then compiled a list of those claimants for whom we still needed tax information.

9.　　After each mailing, some of the notices were returned to the Trust with postal stamps that indicated that the addressee was unknown or had moved without providing a forwarding address. In those instances, I or individuals working under my supervision double-checked the address against the claims agent's records to see if the claims agent's records offered an alternative address. If we were able to find an alternative address, we would then re-send the notice to the new address or addresses.

10.　　In December of 2009, I or individuals working under my supervision made a last attempt to contact those claimants who still had not provided taxpayer identification numbers. We reviewed the list of claimants and the completed, returned W-9s to see if any of the forms we had might apply to multiple vendors, and where we had completed W-9s that did not appear to be from claimants on the claims register, we made efforts to contact those parties. Our efforts yielded some results, but as of the date of this declaration, we still do not have the necessary information for the claimants listed on Exhibit A to the motion.

11.　　I prepared Exhibit A, which identifies the claimants who have not returned completed W-8 forms, as well as some of the claimants who have not returned completed W-9

3

forms. (A separate motion deals with the balance of the claimants who have not returned completed W-9 forms.)

12. The Trust made an initial distribution to holders of allowed Class 10 claims in September of 2009. I worked with the Trustee in determining the amounts to be distributed and the appropriate amounts of reserves. Reserves were established for disputed Class 10 claims and for claims that were allowed but for the absence of taxpayer information for the claimant.

13. The Trust anticipates making a "catch-up" distribution this summer, and at that time, claimants whose claims are not disputed and who provided the Trust with the required tax information after the initial distribution was made will receive their initial distributions. However, funds continue to be reserved for the claimants identified on Exhibit A to the motion.

                */s/ Lynn K. Smalley*
                LYNN K. SMALLEY

DATED:  Ellicott City, Maryland
        April 29, 2010

# EXHIBIT 1

Steven D. Sass, LLC
P.O. Box 6743
Ellicott City, MD 21042
Phone: 410-627-6354
E-mail: creditors.trust.shapes@hotmail.com

March 19, 2009

TO: ALLOWED UNSECURED CREDITORS OF SHAPES/ARCH HOLDING LLC, SHAPES LLC, DELAIR LLC, ACCU-WELD LLC AND UTLRA LLC, CHAPTER 11, CASE NO 08-14631

RE: First Distribution and Grantor Tax Return-W-9 Requirement

Steven D. Sass, LLC is the Trustee for the Creditor's Trust established in the above-referenced bankruptcy case. On July 24, 2008 the United States Bankruptcy Court for the District of New Jersey confirmed the Amended Plan of Reorganization. Under the plan, Allowed Unsecured Claims are impaired (impaired is defined as receiving less than 100%), and those claims shall be satisfied, settled and discharged by payment of a pro rata share of available cash and provision for appropriate reserves.

The Trustee is preparing to make a monetary distribution to unsecured creditors from the remaining cash. **Applicable law states that we must have a completed W-9 form from you before we can send a distribution check.**

As stated in the Creditor's Trust agreement the Beneficiaries of the Trust are to be treated as the grantors and owners of the Trust. Currently, the tax return for the Trust has been put on extension until all the Beneficiaries of the Trust provide the Trustee with a completed W-9 form.

We have enclosed a blank W-9 form, which we ask that you complete and return to us immediately by mail or to the above email address. You will receive no distributions unless and until we receive the completed W-9 form. If you are not familiar with the W-9 form and require more information, you may get additional details at the IRS website: WWW.IRS.GOV and click "W-9 Form".

If you have any questions any questions regarding the foregoing, please feel free to contact us at the e-mail address shown above.

Sincerely,

*Steven D. Sass*

Enclosure: Blank W-9 Form

**Form W-9**
(Rev January 2005)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

Give form to the requester. Do not send to the IRS.

**Print or type**
**See Specific Instructions on page 2.**

Name (as shown on your income tax return)

Business name if different from above

Check appropriate box:  ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership   ☐ Other ▶ _____   ☐ Exempt from backup withholding

Address (number, street, and apt or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I Instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Social security number

or

Employer identification number

*Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter*

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien)

Certification Instructions You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here   Signature of U.S. person ▶   Date ▶

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S exempt payee

**Note.** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9*

For federal tax purposes you are considered a person if you are:

- An individual who is a citizen or resident of the United States,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or
- Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions

Cat No 10231X    Form W-9 (Rev 1-2005)

Form W-9 (Rev. 1-2005) Page 2

4 The type and amount of income that qualifies for the exemption from tax.

5 Sufficient facts to justify the exemption from tax under the terms of the treaty article

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments (after December 31, 2002). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1 You do not furnish your TIN to the requester, or

2 You do not certify your TIN when required (see the Part II instructions on page 4 for details), or

3. The IRS tells the requester that you furnished an incorrect TIN, or

4 The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your social security card. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your social security card on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line. Check the appropriate box for your filing status (sole proprietor, corporation, etc.), then check the box for "Other" and enter "LLC" in the space provided.

**Other entities.** Enter your business name as shown on required Federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Note.** You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc.)

### Exempt From Backup Withholding

If you are exempt, enter your name as described above and check the appropriate box for your status, then check the "Exempt from backup withholding" box in the line following the business name, sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

**Exempt payees.** Backup withholding is not required on any payments made to the following payees:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6 A corporation,

Form W-9 (Rev. 1-2005) Page 3

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt recipients listed above, 1 through 15

| IF the payment is for.. | THEN the payment is exempt for... |
|---|---|
| Interest and dividend payments | All exempt recipients except for 9 |
| Broker transactions | Exempt recipients 1 through 13 Also, a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt recipients 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt recipients 1 through 7 [2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its Instructions

[2] However the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees; and payments for services paid by a Federal executive agency

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS Individual taxpayer identification number (ITIN). Enter it in the social security number box If you do not have an ITIN, see *How to get a TIN* below

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN However, the IRS prefers that you use your SSN.

If you are a single-owner LLC that is disregarded as an entity separate from its owner (see *Limited liability company (LLC)* on page 2), enter your SSN (or EIN, if you have one). If the LLC is a corporation, partnership, etc , enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.socialsecurity.gov/online/ss-5 pdf*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www irs gov/businesses/* and clicking on Employer ID Numbers under Related Topics. You can get Forms W-7 and SS-4 from the IRS by visiting *www.irs.gov* or by calling 1-800-TAX-FORM (1-800-829-3676)

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

# EXHIBIT 2

Steven D. Sass, LLC
P.O. Box 6743
Ellicott City, MD 21042
Phone: 410-627-6354
E-mail: creditors.trust.shapes@hotmail.com

# FINAL REQUEST

April 30, 2009

TO: ALLOWED UNSECURED CREDITORS OF SHAPES/ARCH HOLDING LLC, SHAPES LLC, DELAIR LLC, ACCU-WELD LLC AND UTLRA LLC, CHAPTER 11, CASE NO 08-14631

RE: First Distribution and Grantor Tax Return-W-9 Requirement

Steven D. Sass, LLC is the Trustee for the Creditor's Trust established in the above-referenced bankruptcy case. On July 24, 2008 the United States Bankruptcy Court for the District of New Jersey confirmed the Amended Plan of Reorganization. Under the plan, Allowed Unsecured Claims are impaired (impaired is defined as receiving less than 100%), and those claims shall be satisfied, settled and discharged by payment of a pro rata share of available cash and provision for appropriate reserves.

The Trustee is preparing to make a monetary distribution to unsecured creditors from the remaining cash. **Applicable law states that we must have a completed W-9 form from you before we can send a distribution check. If you are a foreign entity then a W-8 BEN must be completed instead of a W-9.**

As stated in the Creditor's Trust agreement the Beneficiaries of the Trust are to be treated as the grantors and owners of the Trust. Currently, the tax return for the Trust has been put on extension until all the Beneficiaries of the Trust provide the Trustee with a completed W-9 or W-8 BEN form.

We have enclosed a blank W-9 form or a W-8 BEN, which we ask that you complete and return to us immediately by mail or to the above email address. You will receive no distributions unless and until we receive the completed W-9 or W-8 BEN form. If you are not familiar with the W-9 or the W-8 BEN form and require more information, you may get additional details at the IRS website: WWW.IRS.GOV and click "W-9 Form" or "W-8 BEN".

If you have any questions any questions regarding the foregoing, please feel free to contact us at the e-mail address shown above.

Sincerely,

*Steven D. Sass*
Enclosure

| Form **W-9** | Request for Taxpayer | Give form to the |
| --- | --- | --- |
| (Rev January 2005) | Identification Number and Certification | requester. Do not |
| Department of the Treasury Internal Revenue Service | | send to the IRS. |

**See Specific Instructions on page 2.** **Print or type**

Name (as shown on your income tax return)

Business name if different from above

Check appropriate box: ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☐ Other ▶ .................... ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Social security number

or

Employer identification number

Note. *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here   Signature of U.S. person ▶                          Date ▶

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

 1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

 2. Certify that you are not subject to backup withholding, or

 3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note. *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

For federal tax purposes you are considered a person if you are:

● An individual who is a citizen or resident of the United States,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or

● Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

 1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

 2. The treaty article addressing the income.

 3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

Cat. No. 10231X                                                                                              Form **W-9** (Rev 1-2005)

Form W-9 (Rev. 1-2005) — Page 2

4 The type and amount of income that qualifies for the exemption from tax.

5 Sufficient facts to justify the exemption from tax under the terms of the treaty article

*Example.* Article 20 of the U S -China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States Under U.S law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years However, paragraph 2 of the first Protocol to the U S -China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments (after December 31, 2002). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators Real estate transactions are not subject to backup withholding

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1 You do not furnish your TIN to the requester, or

2 You do not certify your TIN when required (see the Part II instructions on page 4 for details), or

3. The IRS tells the requester that you furnished an incorrect TIN, or

4 The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only)

Certain payees and payments are exempt from backup withholding See the Instructions below and the separate Instructions for the Requester of Form W-9.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your social security card However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form

**Sole proprietor.** Enter your individual name as shown on your social security card on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line

**Limited liability company (LLC).** If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury regulations section 301.7701-3, enter the owner's name on the "Name" line. Enter the LLC's name on the "Business name" line. Check the appropriate box for your filing status (sole proprietor, corporation, etc ), then check the box for "Other" and enter "LLC" in the space provided

**Other entities.** Enter your business name as shown on required Federal tax documents on the "Name" line This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line

**Note.** You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc )

## Exempt From Backup Withholding

If you are exempt, enter your name as described above and check the appropriate box for your status, then check the "Exempt from backup withholding" box in the line following the business name, sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding Corporations are exempt from backup withholding for certain payments, such as interest and dividends

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding

**Exempt payees.** Backup withholding is not required on any payments made to the following payees:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities

Other payees that may be exempt from backup withholding include:

6 A corporation,

Form W-9 (Rev. 1-2005) Page 3

7. A foreign central bank of issue,

8 A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9 A futures commission merchant registered with the Commodity Futures Trading Commission,

10 A real estate investment trust,

11 An entity registered at all times during the tax year under the Investment Company Act of 1940,

12 A common trust fund operated by a bank under section 584(a),

13 A financial institution,

14 A middleman known in the investment community as a nominee or custodian, or

15 A trust exempt from tax under section 664 or described in section 4947

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt recipients listed above, 1 through 15

| IF the payment is for... | THEN the payment is exempt for... |
|---|---|
| Interest and dividend payments | All exempt recipients except for 9 |
| Broker transactions | Exempt recipients 1 through 13 Also, a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt recipients 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt recipients 1 through 7 [2] |

[1] See Form 1099-MISC, Miscellaneous Income and its instructions

[2] However, the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees; and payments for services paid by a Federal executive agency

## Part I. Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS Individual taxpayer identification number (ITIN). Enter it in the social security number box If you do not have an ITIN, see *How to get a TIN* below

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN However, the IRS prefers that you use your SSN.

If you are a single-owner LLC that is disregarded as an entity separate from its owner (see *Limited liability company (LLC)* on page 2), enter your SSN (or EIN, if you have one). If the LLC is a corporation, partnership, etc., enter the entity's EIN

**Note.** See the chart on page 4 for further clarification of name and TIN combinations

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at www.socialsecurity.gov/online/ss-5 pdf. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at www.irs.gov/businesses/ and clicking on Employer ID Numbers under Related Topics. You can get Forms W-7 and SS-4 from the IRS by visiting www.irs.gov or by calling 1-800-TAX-FORM (1-800-829-3676)

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

| Form **W-8BEN** | **Certificate of Foreign Status of Beneficial Owner** | |
|---|---|---|
| (Rev February 2006) | **for United States Tax Withholding** | OMB No 1545-1621 |
| Department of the Treasury<br>Internal Revenue Service | ▶ Section references are to the Internal Revenue Code.    ▶ See separate instructions.<br>▶ Give this form to the withholding agent or payer. Do not send to the IRS. | |

Do not use this form for:                                                                                                 Instead, use Form:
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct
  of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,
  foreign private foundation, or government of a U.S possession that received effectively connected income or that is
  claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . . W-8ECI or W-8EXP
  Note: *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to
  claim they are a foreign person exempt from backup withholding*
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY
  Note: *See instructions for additional exceptions*

**Part I    Identification of Beneficial Owner** (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| | |

3 Type of beneficial owner:    ☐ Individual    ☐ Corporation    ☐ Disregarded entity    ☐ Partnership    ☐ Simple trust
☐ Grantor trust    ☐ Complex trust    ☐ Estate    ☐ Government    ☐ International organization
☐ Central bank of issue    ☐ Tax-exempt organization    ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

| City or town, state or province Include postal code where appropriate | Country (do not abbreviate) |
|---|---|
| | |

5 Mailing address (if different from above)

| City or town, state or province Include postal code where appropriate | Country (do not abbreviate) |
|---|---|
| | |

| 6 U.S. taxpayer identification number, if required (see instructions)<br>☐ SSN or ITIN    ☐ EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|
| | |

8 Reference number(s) (see instructions)

**Part II    Claim of Tax Treaty Benefits** (if applicable)

9 I certify that (check all that apply):
a ☐ The beneficial owner is a resident of ................... within the meaning of the income tax treaty between the United States and that country.
b ☐ If required, the U.S taxpayer identification number is stated on line 6 (see instructions)
c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if
applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions)
d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a
U S trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file
Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............... of the
treaty identified on line 9a above to claim a ................% rate of withholding on (specify type of income): .............................
Explain the reasons the beneficial owner meets the terms of the treaty article: ..........................................................
..............................................................................................................................

**Part III    Notional Principal Contracts**

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively
connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV    Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I
further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates.
2 The beneficial owner is not a U S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is
not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, **and**
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or
any withholding agent that can disburse or make payments of the income of which I am the beneficial owner

**Sign Here** ▶ ........................................................    ..................    ..................
Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat No 25047Z    Form **W-8BEN** (Rev 2-2006)