**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.
Stephanie S. Park, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for Plaintiff, The Class 10 Liquidation Trust

|  |  |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al*.,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF MOTION OF THE CLASS 10 LIQUIDATION TRUST'S SEVENTH OMNIBUS OBJECTION TO CLAIMS (CREDITORS WHO HAVE FAILED TO RETURN COMPLETED W-9 FORMS) (Claim Numbers: 29, 162, 284, 330, 385, 386, 387, 389, 416, 523, 602, 663, 703, 906)**<br><br>**HEARING DATE AND TIME:  July 26, 2010 at 10:00 a.m.**<br><br>**ORAL ARGUMENT WAIVED UNLESS OBJECTIONS TIMELY FILED** |

To:    All Parties-in-Interest

45765/0003-6493941v1

PLEASE TAKE NOTICE that on July 26, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard, the Class 10 Liquidation Trust, also known as the Shapes Liquidation Trust (the "Trust"), established upon the effective date of the Chapter 11 plan reorganization of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned reorganized debtors and debtors-in-possession, by and through its counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A. and Halperin Battaglia Raicht, LLP, shall move before the Honorable Gloria M. Burns, U.S.B.J., at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101, for entry of an order disallowing certain claims pursuant to sections 105 and 502 of the Bankruptcy Code and otherwise, due to the failure of those claimants to return completed W-9 forms (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested by the Movant, or if you want the Court to consider your views on the Motion, then on or before July 19, 2010, you or your attorney must:

1) File with the Court an answer explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067, Camden, New Jersey 08101-2067. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2) You **must** also mail a copy to: Donna H. Lieberman, Esq., Halperin Battaglia Raicht, LLP, 555 Madison Avenue, 9th Floor, New York, New York 10022.

2

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:    /s/ Ilana Volkov
      Ilana Volkov
      Felice R. Yudkin
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile

-and-

HALPERIN BATTAGLIA RAICHT, LLP
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
Stephanie S. Park, Esq.
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
Facsimile:  (212) 765-0964

Co-Counsel for the Class 10 Liquidation Trust

DATED:  April 30, 2010