# EXHIBIT C

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>Telephone (212) 765-9100<br>Facsimile (212) 765-0964<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602<br>Telephone (201) 489-3000<br>Facsimile (201) 489-1536<br>Ilana Volkov, Esq.<br>Felice R. Yudkin, Esq.<br><br>Co-Counsel for the Class 10 Trust | |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>       Reorganized Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Gloria M. Burns, U.S.B.J.<br><br>Hearing Date:  July 26, 2010 |

**ORDER GRANTING TRUST'S SEVENTH OMNIBUS OBJECTION TO CLAIMS AND DISALLOWING CLAIMS DUE TO CLAIMANTS' FAILURE TO PROVIDE COMPLETED W-9 FORMS**
**(Claim Numbers: 29, 162, 284, 330, 385, 386, 387, 389, 416, 523, 602, 663, 703, 906)**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

| | |
|---|---|
| (Page 2) | |
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al*. |
| Case No.: | 08-14631 (GMB) |
| Caption of Order: | ORDER GRANTING TRUST'S SEVENTH OMNIBUS OBJECTION TO CLAIMS AND DISALLOWING CLAIMS DUE TO CLAIMANTS' FAILURE TO PROVIDE COMPLETED W-9 FORMS (Claim Numbers: 29, 162, 284, 330, 385, 386, 387, 389, 416, 523, 602, 663, 703, 906) |

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned reorganized debtors, having filed a motion (the "Motion") for entry of an order disallowing the claims and distribution rights of the claimants listed on Exhibit A to the Motion (the "Non-Complying Claimants"), due to the failure of those claimants to return completed W-9 forms to the Trust; and upon the Motion and the Declaration of Lynn K. Smalley in support of the Motion; and the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the Non-Complying Claimants; and the Trust having removed from the list of Non-Complying Claimants those claimants who returned completed W-9 forms to the Trust on or before the objection deadline for the Motion, and such modified list being attached to this Order as **Exhibit A** (the "Remaining Non-Complying Claimants"); and no other responses or objections to the Motion having been received; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

ORDERED that the Motion is granted in all respects, and the claims and distribution rights of the Remaining Non-Complying Claimants, identified on Exhibit A annexed hereto and made a part hereof, hereby are expunged and disallowed in their entirety.

ORDERED, that notwithstanding the Claims Objection Deadline (as defined in the Motion) nothing herein shall preclude the Trust from filing additional or supplemental objections to the Claims (as defined in the Motion) on additional or alternative factual or legal grounds.

# EXHIBIT A

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| | | **Exhibit A** <br> **Class 10 Liquidation Trust's Seventh Omnibus Objection to Claims** | | |
| 632004800 | | INDUSTRIAL LIFT <br> ATTN: PRES. OR GEN. COUNSEL <br> 1905 ROUTE 206 <br> P.O. BOX 2507 <br> VINCENTOWN, NJ  08088-2507 | $11,194.18 | |
| 632004820 | | INDUSTRONICS SERVICE CO. <br> ATTN: PRES. OR GEN. COUNSEL <br> 489 SULLIVAN AVENUE <br> SOUTH WINDSOR, CT  06074 | $31.00 | |
| 632004890 | | INSTRON SYSTEMS <br> ATTN: PRES. OR GEN. COUNSEL <br> 100 ROYALL STREET <br> CANTON, MA  02021-1089 | $2,601.00 | |
| 632004930 | | INTERSOURCE USA INC. <br> ATTN: PRES. OR GEN. COUNSEL <br> 17 EDGEBORO ROAD <br> SUITE D <br> EAST BRUNSWICK, NJ  08816 | $300.80 | |
| 633001740 | | ITNET SERVICES LLC <br> ATTN: PRES. OR GEN. COUNSEL <br> 19 RIESLING CT <br> MARLTON, NJ  08053 | $750.00 | |
| | 284 | JAGUAR CREDIT CORPORATION <br> ATTN: PRES. OR GEN. COUNSEL <br> PO BOX 537950 <br> LIVONIA, MI  48153-7950 | $1,758.00 | |
| 632005110 | | JAY'S TIRE SERVICE <br> ATTN: PRES. OR GEN. COUNSEL <br> 7015 WESTFIELD AVENUE <br> PENNSAUKEN, NJ  08110 | $16.05 | |
| 635002130 | | JDM INFRASTRUCTURE, LLC <br> ATTN: PRES. OR GEN. COUNSEL <br> DEPT#4240 <br> P.O. BOX 87618 <br> CHICAGO, IL  60680-061 | $127.20 | |
| 634000940 | | JEVIC TRANSPORTATION INC <br> ATTN: PRES. OR GEN. COUNSEL <br> P.O. BOX 13031 <br> NEWARK, NJ  07188 | $2,631.03 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 632010960 | | JOHN M. ROWE INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>ROUTE 419 SOUTH<br>P.O. BOX 362<br>SCHAEFFERSTOWN, PA  17088 | $258.65 | |
| 633001850 | | JOHN MCCLEERY<br>129 8TH AVE<br>HADDON HEIGHTS, NJ  08035 | $450.00 | |
| 635000790 | | JOSEPH STEINROEDER<br>509 TRADITIONS CT. SOUTH<br>OXFORD, CT  06478 | $197.99 | |
| 633001920 | | K B M COMPANY LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>876 N LENOLA RD, STE 6D<br>MOORESTOWN, NJ  08057 | $432.25 | |
| 634000960 | | KEY TECH CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>20508 56TH AVE W. SUITE A<br>LYNNWOOD, WA  98036-7650 | $1,871.47 | |
| 634001100 | | MACKENZIE<br>ATTN: PRES. OR GEN. COUNSEL<br>609 BLUEBERRY DR.<br>ATCO, NJ  08004 | $45.00 | |
| 635002210 | | MARK A. DANO<br>909 ARBOR FOREST LANDING<br>MARIETTA, GA  30064 | $163.54 | |
| 633002150 | | M E B LOGISTICS<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1644<br>DOYLESTOWN, PA  18901 | $9,870.69 | MEB Logistics, LLC<br>c/o Michael Bowen, President<br>148 Homestead Drive<br>Doylestown, PA  18901 |
| 632005910 | 386 | MCMASTER-CARR SUPPLY COMPANY<br>ATTN: JEFF MILLER, ACCTS RECEIVABLE<br>PO BOX 5370<br>PRINCETON NJ  08543 | $6,459.32 | David Phillips, Dir. Of Taxes<br>MC Master-Carr Supply Co.<br>P.O. Box 680<br>Elmhurst, IL 60126 |
| 635000900 | 387 | MCMASTER-CARR SUPPLY COMPANY<br>ATTN: JEFF MILLER, ACCTS RECEIVABLE<br>PO BOX 5370<br>PRINCETON NJ  08543 | $4,567.92 | David Phillips, Dir. Of Taxes<br>MC Master-Carr Supply Co.<br>P.O. Box 680<br>Elmhurst, IL 60126 |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 634001180 | 385 | MCMASTER-CARR SUPPLY COMPANY<br>ATTN: JEFF MILLER, ACCTS RECEIVABLE<br>PO BOX 5370<br>PRINCETON NJ  08543 | $1,925.99 | David Phillips, Dir. Of Taxes<br>MC Master-Carr Supply Co.<br>P.O. Box 680<br>Elmhurst, IL 60126 |
|  | 906 | MCMASTER-CARR SUPPLY COMPANY<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 5370<br>PRINCETON NJ  08543 | $4,000.00 | David Phillips, Dir. Of Taxes<br>MC Master-Carr Supply Co.<br>P.O. Box 680<br>Elmhurst, IL 60126 |
| 634001250 |  | MHS LIFT<br>ATTN: PRES. OR GEN. COUNSEL<br>OLD SALEM ROAD<br>NORTH OF CREEK ROAD<br>BROOKLAWN NJ  08030 | $5,462.18 |  |
| 632011100 |  | MID-ATLANTIC QUICK-FIT<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 1008<br>BUCKINGHAM PA  18912 | $81.74 |  |
| 633002270 |  | MIDLAND BUILDING MATERIALS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>2912 CAMERON ST<br>MONROE LA  71211 | $100.00 |  |
| 632006200, 635000980 | 602 | MODERN HANDLING EQUIPMENT COMPANY<br>c/o JENNIFER D. GOULD, SHERRY D. LOWE<br>LAMM RUBENSTONE LLC<br>3600 HORIZON BOULEVARD, SUITE 200<br>TREVOSE PA  19053 | $106,164.39 |  |
| 632006240 |  | MOORE MEDICAL CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 31773<br>HARTFORD CT  06150-1773 | $156.65 |  |
| 634001260 |  | MOORE WALLACE<br>PO BOX 13663<br>NEWARK NJ  07188-0663 | $1,982.18 |  |
| 632006250 |  | MORGAN PAPER<br>ATTN: PRES. OR GEN. COUNSEL<br>33 EAST SOUTH STREET<br>SMYRNA DE  19977 | $1,596.00 |  |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 632006280 | | MOST ELECTRIC INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>114 E. RANKIN STREET<br>JACKSON MS  39201 | $1,551.04 | |
| 632006290 | | MOTION INDUSTRIES INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>28 INDUSTRIAL DR.   UNIT B<br>TRENTON NJ  08619 | $10,913.25 | Motion Industries Inc.<br>Attn: Steve Brown, Credit Manager<br>P.O. Box 1477<br>Birmingham, AL 35201 |
| 632006420 | | NATIONAL AMMONIA<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 7777-W2170<br>PHILA PA  19175 | $2,512.25 | |
| 633002450 | | NGA EXHIBITS<br>ATTN: PRES. OR GEN. COUNSEL<br>8200 GREENSBORO DR, STE 302<br>MCLEAN VA  22102 | $5,300.00 | |
| 632006650 | | NMHG FINANCIAL SERVICES<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 643749<br>PITTSBURGH PA  15264-3749 | $7,689.00 | |
| 634001320 | | NMHG FINANCIAL SERVICES<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 643749<br>PITTSBURGH PA  15264-3749 | $6,914.00 | |
| 635001070 | | NORTH AMERICAN PRODUCTS CORP<br>ATTN: PRES. OR GEN. COUNSEL<br>LOCK BOX 1396<br>1396 PAYSPHERE CIRCLE<br>CHICAGO IL  60674 | $136.52 | |
| 632006700, 634001330 | 703 | NORTHEAST PLASTIC SUPPLY CO.<br>ATTN: LOUIS J. ALTOMARI, PRESIDENT<br>3021 DARNELL ROAD<br>PHILADELPHIA PA  19154 | $6,336.60 | NE Plastic Supply Co.<br>Attn: Steve Brown, Credit Manager<br>P.O. Box 1477<br>Birmingham, AL 35201 |
| 632006760 | | OBERG BROS. INDUSTRIAL SUPPLY CORP.<br>ATTN: PRES. OR GEN. COUNSEL<br>312 E. MAIN STREET<br>MAPLE SHADE NJ  08052 | $155.16 | |
| 632011140 | | OEM CONTROLS INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>12 CONTROLS DRIVE<br>SHELTON CT  06484 | $558.52 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 632011180 | | PATRICK J.KELLY DRUMS INC.<br>Attn: Bill Sigafoes<br>2109 HOWELL STREET<br>CAMDEN NJ  08105 | $150.00 | |
| 632007160 | | *PENNSAUKEN TOWNSHIP<br>MUNICIPAL BUILDING<br>5605 N. CRESCENT BLVD.<br>ATTN: BILL BUFFINGTON<br>PENNSAUKEN NJ  08110 | $747,938.72 | EMMANUEL J. ARGENTIERI, ESQUIRE<br>PARKER MCCAY PA - THREE GREENTREE CENTRE<br>7001 LINCOLN DRIVE WEST - P.O. BOX 974<br>MARLTON, NJ 08053-0974 |
| 632007280 | | PERMA INDUSTRIES, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>2129 CENTER PARK DRIVE<br>CHARLOTTE NC  28217 | $0.00 | |
| 635001170 | | PHG<br>ATTN: PRES. OR GEN. COUNSEL<br>777 SCHWAB ROAD<br>SUITE 1D<br>HATFIELD PA  19440 | $257.80 | |
| 632011220 | | PHILADELPHIA CHAPTER M.S.C.I. | $230.00 | **PHILADELPHIA CHAPTER M.S.C.I.<br>4201 Euclid Avenue<br>Rolling Meadows, IL  60008<br>Attn: Chip Ostroski (President) |
| 633002650 | | PINEY CREEK HARDWARE STORE<br>ATTN: PRES. OR GEN. COUNSEL<br>10015 HIGHWAY 113<br>PINEY CREEK NC  28663 | $300.00 | |
| 635001180 | | PITT OHIO EXPRESS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 643271<br>PITTSBURGH PA  15264-3271 | $1,068.06 | |
| 633002670 | | PITT OHIO EXPRESS LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 643271<br>PITTSBURGH PA  15264-3271 | $167.23 | |
| 632007470 | | PLATTS<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 848093<br>DALLAS TX  75284-8093 | $1,492.65 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 635002260 | | PROTOCALL | $832.00 | **Protocall<br>One Cherry Hill – Suite 100<br>Cherry Hill, NJ 08034<br>**Protocall Staffing<br>One Cherry Hill, Ste. 100<br>Cherry Hill, NJ 08034 |
| 632007630 | | PROVIDENT PACKAGING & CONTAINER<br>ATTN: PRES. OR GEN. COUNSEL<br>8701 TORRESDALE AVE. (REAR)<br>PHILADELPHIA PA  19136 | $96.45 | |
| 633002710 | | PROVIDENT PACKAGING CORP<br>ATTN: PRES. OR GEN. COUNSEL<br>8701 TORRESDALE AVE (REAR)<br>PHILADELPHIA PA  19136 | $3,622.90 | |
| 632007800 | | QUALITY SYSTEMS REGISTRARS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>22375 BRODERICK DR STE 260<br>STERLING VA  201669348 | $1,525.00 | |
| | 663 | RAGGEDY, INC. D/B/A HANDYMAN CONNECTION<br>OF MIDDLE TENNESSEE, WINDOW DEPOT USA<br>c/o JOHN H. ROWLAND, BAKER DONELSON<br>211 COMMERCE STREET, SUITE 1000<br>NASHVILLE TN  37201 | $60,000.00 | |
| 632007900 | | RALPH H. COFLESH, JR., ESQ.<br>UNIT F-101<br>150 WEST EVERGREEN AVE.<br>PHILADELPHIA PA  19118 | $1,800.00 | |
| 633002760 | | RELIABLE HARDWARE INC<br>ATTN: PRES. OR GEN. COUNSEL<br>28100 N ASHLEY CIRCLE, STE 109<br>LIBERTYVILLE IL  60048-9479 | $200.00 | |
| 633002790 | | RICHMOND HARDWARE & PLUMBING<br>ATTN: PRES. OR GEN. COUNSEL<br>899 WASHINGTON ST<br>PO BOX 850375<br>BRAINTREE MA  02184-5450 | $300.00 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 635001320 | | RICOH<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 73683<br>CHICAGO IL  60673-7683 | $1,805.16 | |
| 632008070 | | RMT INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>527 PLYMOUTH ROAD, SUITE 406<br>PLYMOUTH MEETING PA  19462-1641 | $4,125.03 | |
| 635001330 | | ROBERT ELGART & SON, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1011 W. BUTLER ST<br>PHILADELPHIA PA  19140-3109 | $39.48 | |
| | 162 | ROTTENKO, JOHN | $576.24 | |
| 632011280 | | ROUX ASSOCIATES INC.<br>ATTN: SUSAN SULLIVAN<br>209 SHAFTER STREET<br>ISLANDIA NY  11749-5074 | $508.54 | Roux Associates, Inc.<br> Attn Ralph A Rosella, Esq<br>Registered Agent<br>225 Old Country Road Melville, NY  11749 |
| 632008180 | | ROYAL ELECTRIC SUPPLY COMPANY<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 12618<br>3233 HUNTING PARK AVENUE<br>PHILA PA  19129 | $155.81 | |
| 632008290 | | RYZEX REPAIR, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>830 FESSLERS PARKWAY<br>SUITE 102<br>NASHVILLE TN  37210 | $300.00 | |
| 632008330 | | SABIC POLYMERSHAPES<br>ATTN: PRES. OR GEN. COUNSEL<br>2585 INTERPLEX DRIVE<br>TREVOSE PA  19053 | $3,304.55 | |
| 634001510 | | SCHALL, FRED | $206.35 | **Frederick P. Schall<br>18860 W. Marion Drive<br>Lake Villa, IL 60046 |
| 635001430 | | SCOTT PAIST<br>4753 CYPRESS AVE.<br>TREVOSE PA  19053 | $575.00 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 632008520, 632008530, 633002880, 634001530, 635001450 | 389 | SENTRY INSURANCE, A MUTUAL COMPANY<br>ATTN: KEN ERLER<br>1800 NORTH POINT DRIVE<br>STEVENS POINT WI  54481 | $275,680.00 | |
| 632008690 | | SIGBET MFG.<br>ATTN: PRES. OR GEN. COUNSEL<br>3994 CHESTNUT RIDGE ROAD<br>BLAIRSVILLE PA  15717 | $1,137.88 | |
| 635001510 | | SIMCO | $434.31 | **Simco<br>2257 North Penn Road<br>Hatfield, PA USA 19440 |
| 632008700 | | SIPERSTEIN'S/ MAPLE SHADE<br>ATTN: PRES. OR GEN. COUNSEL<br>2819 ROUTE 73 SOUTH<br>MAPLE SHADE NJ  08052 | $1,722.48 | |
| 633002960 | | SONITROL OF PHILADELPHIA<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 660777<br>DALLAS TX  75266-0777 | $1,355.69 | |
| 635001540 | | SPECTRA GASES<br>ATTN: PRES. OR GEN. COUNSEL<br>3434 ROUTE 22 WEST<br>BRANCHBURG NJ  08876 | $28.42 | |
| 632008880, 632008890 | 523 | SPRINT NEXTEL<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 172408<br>DENVER CO  80217-2408 | $15,880.91 | |
| 633002980 | | ST JOHN OF GOD COMMUNITY SVCS<br>ATTN: PRES. OR GEN. COUNSEL<br>532 DELSEA DR<br>WESTVILLE GROVE NJ  08093 | $125.92 | |
| 632009070 | | STONKLEEN SERVICES INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>ONE PARK AVE.<br>MAPLE SHADE NJ  08052 | $4,106.78 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| 632009080 | 29 | STRAHL & PITSCH INC.<br>ATTN JOHN A. GOMES, VICE PRESIDENT<br>230 GREAT EAST NECK ROAD<br>WEST BABYLON NY  11704 | $593.86 | |
| 633003080 | | SUNSET LANDSCAPING & LAWN SVC<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 752<br>MEDFORD NJ  08055 | $321.00 | |
| 635001670 | 330 | TOTAL CARE NETWORK, INC<br>ATTN: CHRISTINE M KNYSH, PRESIDENT / CEO<br>PENN TREATY PARK PLACE<br>1341 N DELAWARE AVE, SUITE 403<br>PHILADELPHIA PA  19125-4300 | $1,630.00 | |
| 632009770 | | TRI-STEEL CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>512 SWEDESBORO AVENUE<br>MICKLETON NJ  08056 | $67.26 | |
| 635001740 | | U.I.U. DUES<br>ATTN: PRES. OR GEN. COUNSEL<br>1166 SOUTH 11TH STREET<br>PHILADELPHIA PA  19147 | $9,235.47 | |
| 634001800 | | UNISOURCE<br>ATTN: PRES. OR GEN. COUNSEL<br>7575 BREWSTER AVE<br>PHILADELPHIA PA  19153-3296 | $870.60 | |
| 632010050 | | UNITTOOL PUNCH & DIE CO. INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 8000<br>DEPT. 859<br>BUFFALO NY  14267 | $535.42 | |
| 632010100 | | USA BLUEBOOK<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 1186<br>3995 COMMERCIAL AVENUE<br>NORTHBROOK IL  60062 | $554.70 | |
| 632010180 | | VERIMATION TECHNOLOGY INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>23883 INDUSTRIAL PARK DR.<br>FARMINGTON HILLS MI  48335-2860 | $1,220.00 | |

| Schedule Number | Claim Number | Creditor | Amount of Claim | Additional Notice Party Information |
|---|---|---|---|---|
| | 416 | VW CREDIT, INC.<br>ATTN JOE M LOZANO, JR.<br>PO BOX 829009<br>DALLAS TX  75382-9009 | $785.00 | |
| 633003510 | | WALLACE HARDWARE CO INC<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 6004<br>MORRISTOWN TN  37815-6004 | $2,600.00 | |
| 635001930 | | WEIL INDUSTRIAL HARDWARE<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 217<br>WEST HURLEY NY  12491 | $841.00 | |
| 633003610 | | WILLIAM PARKER ASSOCIATES INC<br>ATTN: PRES. OR GEN. COUNSEL<br>2845 E WESTMORELAND ST<br>PHILADELPHIA PA  19134 | $3,748.71 | |
| 635001990 | | WINDOW TREE INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>527 N. GREEN RIVER<br>EVANSVILLE IN  47715 | $2,019.36 | |
| 632010610 | | WM OF CAMDEN INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1001 FAIRVIEW ST.<br>CAMDEN NJ  08104 | $73,158.52 | |
| 635002020 | | YOUNG AMERICA CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>NW 8916 PO BOX 1450<br>MINNEAPOLIS MN  55485-8916 | $2,532.18 | |
| 635002040 | | ZURICH-AMERICA INSURANCE<br>ATTN: PRES. OR GEN. COUNSEL<br>135 S. LA SALLE ST.<br>DEPT. 8723<br>CHICAGO IL  60674-8723 | $19.92 | |
| * This claim continues to be reviewed, to determine if it is a Class 10 general unsecured claim or some other type of claim. ||||
| **The Debtors' schedules show no address for these claimants.  The Trust has done internet searches for these parties in New Jersey and Pennsylvania, and found the addresses indicated, but does not know with certainty that these are the correct addresses. ||||