**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. GLORIA M. BURNS CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, Debtors. | (Jointly Administered) Chapter 11 **CERTIFICATE OF CONSENT** |

     I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order Modifying the Bankruptcy Stay and the Plan Injunction in Favor of Bil-Ray Aluminum Siding Corp. of Queens, Inc. for the Limited Purpose of Permitting Haddon Windows LLC, t/a Accu-Weld and Bil-Ray Aluminum Siding Corp. of Queens, Inc. to Continue the Action Commenced in the Supreme Court of Nassau County Identified as Index No. 08-2266 (the "Consent Order") submitted to the Court, the following conditions have been met:

45765/0003-6497890v1

1. The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order.

2. The signatures represented by the /s/ on the copy of the Consent Order submitted to the Court reference the consent of parties obtained to the original Consent Order.

3. I will retain the original Consent Order for a period of seven (7) years from the date of closing of the case or adversary proceeding.

4. I will simultaneously electronically file this Certification with the Court, by use of my login and password, thereby signing same for all purposes, including those under Fed. R. Bankr. P. 9011.

                                                                                       */s/ Felice R. Yudkin*
                                                                                        FELICE R. YUDKIN

DATED: April 30, 2010