**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | |
| Debtors. | Chapter 11<br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                       )  SS.:
COUNTY OF BERGEN       )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1.   I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

45765/0003-6498764v1

2. On April 28, 2010, I caused to be served a true copy of the *Order Approving and Adopting Global Procedures with Respect to Avoidance Actions,* which was signed by the Honorable Gloria M. Burns on April 27, 2010, *via first class mail,* on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

3. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                  */s/ Cynthia Braden*
                                                  CYNTHIA BRADEN

Sworn and subscribed to before me
this 3rd day of May 2010.

*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

45765/0003-6498764v1

SHAPES/ARCH HOLDINGS L.L.C., *et al.*

SERVICE LIST

| | | |
|---|---|---|
| Donald F. McMaster, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>Attorneys for Debtors<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 | Mark E. Felger, Esq.<br>Cozen O'Connor<br>Attorneys for Debtors<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801 |
| Alan D. Halperin, Esq.<br>Halperin Battaglia Raicht, LLP<br>Co-Counsel for the Committee<br>555 Madison Avenue - 9th Floor<br>New York, NY 10022-3301 | Lawrence Flick, Esq.<br>Blank Rome LLP<br>Attorneys for ASI Funding, Arcus ASI, Inc<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174 | Robert Lapowsky, Esq.<br>Stevens & Lee, P.C.<br>Special Counsel to Shapes<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103 |
| Joel Shapiro, Esq.<br>Blank Rome LLP<br>Attorneys for ASI Funding, Arcus ASI, Inc.<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998 | Glencore Ltd<br>Attn: Elitsa Golab<br>301 Tresser Blvd.<br>Stamford, CT 06901 | Jennifer M. Davies, Sherry D. Lowe, Esq.<br>Lamm Rubenstone LLC<br>Attys for Modern Handling Equipment<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053 |
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Attorneys for Glencore Ltd.<br>101 Park Avenue<br>New York, NY 10178 | David W. Phillips, Todd M. Galante, et al.<br>LeClairRyan<br>Attorneys for De Lage Financial Services<br>Two Penn Plaza East<br>Newark, NJ 07105-2249 | Emmanuel J. Argentieri, Oren Klein, Esq.<br>Parker McCay<br>Attys for Pennsauken Township<br>3 Greentreet Centre; 7001 Lincoln Dr. W.<br>PO Box 974<br>Marlton, NJ 08053 |
| Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzbug & Ellers<br>Attys for A. Jerome Grossman, Frank Kessler<br>260 South Broad Street<br>Philadelphia, PA 19102 | Paul A. Patterson, Michael Cordone, Esq.<br>Stradley Ronon Stevens & Young LLP<br>Attorneys for the CIT Group<br>Woodland Falls Corporation Park<br>200 Lake Drive East<br>Cherry Hill, NJ 08002 | Louis T. DeLucia, Alan J. Brody, et al.<br>Greenberg Traurig, LLP<br>Attorneys for Arch Acquisition I, LLC<br>200 Park Ave.<br>Florham Park, NJ 07932 |
| Mark J. Dorval, Esq.<br>Stradley Ronon Stevens & Young LLP<br>Attorneys for the CIT Group/Business Credit, Inc.<br>2600 One Commerce Square<br>Philadelphia, PA 19103 | Diane E. Vuocolo, Esq.<br>Greenberg Traurig, LLP<br>Attorneys for Arch Acquisition I, LLC<br>Two Commerce Square, Suite 2700<br>2001 Market Street<br>Philadelphia, PA 19103 | Leah A. Bynon<br>United States Attorney's Office<br>Atty for US Customs and Border<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 |
| Nancy A. Mitchell, Esq.<br>Greenberg Traurig, LLP<br>Attorneys for Arch Acquisition I, LLC<br>Metlife Building<br>200 Park Ave.<br>New York, NY 10016 | John R. Morton, Jr. Esq.<br>Law Offices of John R. Morton, Jr.<br>Attorneys for Jaguar Credit Corporation<br>&Wells Fargo Equipment Finance, Inc.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | Christine R. Etheridge, Bankruptcy<br>Administration<br>IKON Financial Services<br>1738 Bass Road, P.O. Box 13708<br>Macon, GA 31208-3708 |
| Timothy A. Bortz, UC Tax Agent/Bankruptcy<br>Office of Unemployment Comp. Tax Services<br>Commonwealth of Pennsylvania<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1184 | Gilbert B. Weisman, Esq.<br>c/o Becket and Lee LLP<br>Attorney/Agent for American Express Travel<br>Related Svcs Co. Inc. Corp Card<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Cheryl L. Cooper, Esq.<br>Holston, MacDonald, Uzdavinis<br>Eastlack, Ziegler & Lodge<br>Attorneys for Steven Battel<br>66 Euclid Street, P.O. Box 358<br>Woodbury, NJ 08096 |

45765/0003-6437912v2

| | | |
|---|---|---|
| Joseph M. Garemore, Esq.<br>Brown & Connery, LLP<br>Attorneys for Pollution Control Financing<br>Authority of Camden County<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 | Robyn F. Pollack, Esq.<br>Saul Ewing LLP<br>Attorneys for SL Industries, Inc.<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | Kelly A. Krail, Esq. & Kathleen J. Collins, Esq.<br>Litchfield Cavo LLP<br>Attorneys for Creditor Quickway, Inc.<br>1800 Chapel Avenue West, Suite 360<br>Cherry Hill, NJ 08002 |
| Stephen Richman, Thomas Kohn, et al.<br>Markowitz & Richman<br>Attorneys for U.I.U. Health & Welfare<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107 | David Aaronson, Bonnie Barnett, et al.<br>Attys for Sears Holding, Georgia-Pacific,<br>Glidden Co., Avery, Borden Foods, Crowley,<br>Garrett-Buchanan, SE PA Trans.<br>One Logan Square, 18th and Cherry St.<br>Philadelphia, PA 19103 | Carol R. Cobb, Esq.<br>Louis Giansante, Esq.<br>Giansante & Cobb, LLC<br>Attorneys for Ward Sand & Materials, Inc.<br>23 East Main Street<br>Moorestown, NJ 08057-3309 |
| Sam Della Fera, Jr., Esq.<br>Trenk, DiPasquale, Webster<br>Attorneys for Metal Mgment Northeast,<br>and Metal Management Connecticut, Inc.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052 | William G. Wright, Esq.<br>Capehart & Scatchard, P.A.<br>Attorneys for General Electric Capital<br>Laurel Corporate Center, Ste. 300 S<br>8000 Midlantic Drive<br>Mount Laurel, NJ 08054 | Ira R. Deiches, Esq.<br>Deiches & Ferschmann<br>Attorneys for Northeast Metal Traders<br>25 Wilkins Avenue<br>Haddonfield, NJ 08033 |
| John R. Morton, Jr., Esquire<br>Atty for Ford Motor Credit Co.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | John J. Winter, Esq.<br>The Chartwell Law Offices, LLP<br>Attorneys for PPG Industries, Inc.<br>Valley Forge Corp. Ctr.<br>970 Rittenhouse Rd., Suite 300<br>Eagleville, PA 19403 | Bruce Buechler, Esq.<br>Lowenstein Sandler PC<br>Attorneys for Sun Capital Partners Group<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Andrew J. Flame, Esq./Howard A. Cohn<br>Drinker Biddle & Reath LLP<br>Attorneys for PPL Energyplus, LLC<br>1100 North Market Street<br>Wilmington, DE 19801-1254 | Tyler S. Graden, Esq.<br>Conrad O'Brien Gellman & Rohn, P.C.<br>Attorneys for Rohm and Haas Company<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102-1916 | John C. Sullivan, Esq.<br>Attorneys for Liberty Mutual Insurance<br>Company and Wausau Underwriters<br>Insurance Company<br>1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103 |
| Donald G. Frankel, Trial Attorney<br>U.S. Department of Justice<br>Attorneys for U.S. Environ. Protection<br>One Gateway Center, Suite 616<br>Newton, MA 02458 | Shawn M. Christianson, Esq.<br>Buchalter Nemer, PC<br>Attorneys for Oracle Credit Corporation<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Jeanine D. Clark, Esq.<br>Margolis Edelstein<br>Attorneys for Creditor, Shaw Alloy Piping<br>216 Haddon Avenue<br>P.O. Box 9222<br>Westmont, NJ 08108 | A. Dennis Terrell, Esq.<br>DRINKER BIDDLE & REATH LLP<br>Atty for Nationwide Insurance, Inc.<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047 | Michael J. Reynolds, Esq.<br>Atty for Nationwide Insurance, Inc.<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047 |
| Melissa A. Pena<br>Norris, McLaughlin & Marcus<br>Atty. for Combustion Engineering, C-E<br>721 Rt. 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876-1018 | Nola R. Bencze, Esq.<br>James J. O'Toole, Esq.<br>Buchanan Ingersoll & Rooney PC<br>Attys for Waste Management of NJ<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103 | Linda S. Fossi, Esq.<br>Deily, Mooney & Glastetter, LLP<br>Attorneys for DCFS Trust<br>One Greentree Centre<br>10000 Lincoln Drive East – Suite 201<br>Marlton, NJ 08053 |
| Philip S. Rosen, Esq.<br>Zeichner Ellman & Krause LLP<br>Atty for American Int. Group<br>103 Eisenhower Parkway<br>Roseland, New Jersey 07068 | Amy Laboz<br>750 Canterbury Ln.<br>Villanova, PA 19085-2052 | Beth Ann Kessler<br>190 Presidential Blvd.<br>Unit PH 11<br>Bala Cynwyd, PA 19004 |

Amy Laboz
1283 Club House Rd.
Gladwyne, PA 19035-1003

Craig & Lori Seller
36 Ponderosa Dr.
Southhampton, PA 18966-2240

Richard Grossman
338 Rosemary Lane
Narberth, PA 19072

Cecelia Kessler
190 Presidential Blvd.
Unit PH 11
Bala Cynwyd, PA 19004

Steven Grabell
465A Conshohocken Street Road
Balacynwyd, PA 19004

Helene Kendall
210 W. Rittenhouse Square
Philadelphia, Pa 19103

Ellen Grossman
750 Canterbury Lane
Villanova, PA 19085

Linda Fleisher
6600 SW 57th Ave.
Apt. D 302
South Miami, FL 33143-3762

Nancy Carpey
38 N. Exeter Ave
Margate City, NJ 08402-1834

Linda Fleisher
420 Mayflower Lane
Wynnewood, PA 19096-1663

Paul Sorensen
508 Leonard Lane
Mullica, NJ 08062

Household Metals, Inc.
645 E. Erie Avenue
Philadelphia, PA 19134

Nancy Carpey
532 Foxglove Lane
Wynnewood, PA 19096-1661

John C. Kilgannon
Stevens & Lee
Atty for Magretech
1818 Market Street, 29th Floor
Philadelphia, PA 19103

DGI Supply-A DoALL Company
1480 South Wolf Road
Wheeling, IL 60090

Magretech
301 Country Road #177
Bellevue, OH 44811

K&M Transport, LLC
Attn: Brian Levari
526 Railroad Blvd.
Buena, NJ 08310

Gordon Toering
Warner Norcross & Judd LLP
Atty for ODL, Inc.
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

Joseph Bodnar
Atty for Household Metals, Inc.
Law Offices of Joseph J. Bodnar
2101 North Harrison Street
Post Office Box 1022
Wilmington, DE 19899-1022

ODL, Inc.
215 E. Roosevelt Avenue
Zeeland, MI 49464

River Road Recycling
P.O. BOX 302
Pennsauken, NJ 08110

Marine Fasteners, Inc.
Attn: Chris Van Doren
120 Maritime Drive
Sanford, FL 32771

River Road Recycling
450 37th St.
Pennsauken, NJ 08110

Swimline Corp.
191 Rodeo Drive
Edgewood, NY 11717

The Oilgear Company
2300 S 51 STREET
Milwaukee, WI 53219

Hillary Jury
Siller Wilk, LLP
Atty for Service Aluminum Corp.
675 3rd Avenue
New York, NY 10017

United Packaging Supply Co.
727 Wicker Avenue
Bensalem, PA 19020

45765/0003-6437912v2

| | | |
|---|---|---|
| Service Aluminum Corporation<br>3300 North Ridge Road, Suite 290<br>Ellicott City, MD  21043 | Anthony D. Buonadonna<br>Buonadonna & Benson, P.C.<br>Atty for Toco Products<br>1138 East Chestnut Avenue, Suite 2A<br>Vineland, NJ 08360 | 7 Oil Co., Inc.<br>Attn: Mick Cairns<br>P.O. Box 2526<br>Cinnaminson, NJ 08077 |
| Toco Products<br>1129 West River Drive<br>Mays Landing, NJ 08330 | Stephen C. Goldblum, Esq.<br>Semanoff Ormsby<br>Atty for United Packaging Supply<br>2617 Huntingdon Pike<br>Huntingdon Valley, PA 19006 | Andrew Henry<br>Assistant General Counsel<br>Aqua America, Inc.<br>762 W. Lancaster Avenue<br>Bryn Mawr, PA 19010 |
| United Packaging Supply Co.<br>PO Box 850053723<br>Philadelphia, PA 19178-3723 | Aqua<br>4130 Lien Rd.<br>Madison, WI  53704 | Compressed Air Equipment<br>Attn: Gale Hill, Office Mgr.<br>111 Clinton Ave.<br>Pitman, NJ 08071 |
| Aquia PA<br>P.O. Box 1229<br>Newark, NJ  07101 | Celadon Logistics Services<br>1830 Momentum Place<br>Chicago, IL  60689-5318 | Crown Credit Company<br>P.O. Box 640352<br>Cincinnati, OH  45264-0352 |
| BKA Sales and Marketing, Inc.<br>c/o Jorge Fernandez, Reg. Agent<br>1605 S.W. 89th Ave./Rd.<br>Miami, FL 33157 | Mitchell Rosen<br>Crops, Inc.<br>6600 Decari, Suite 302<br>Quebec, CANADA<br>H3X 2K4 | GDWH & Eberle, Inc.<br>c/o William J. Garmisa, Registered Agent<br>330 N. Wabash, Ste. 1700<br>Chicago, IL 60611 |
| Crops NA, Inc.<br>6600 Decari, Suite 302<br>Quebec, CANADA<br>H3X 2K4 | Crown Credit Company<br>44 S. Washington St.<br>New Bremen, OH  45869-1247 | Kingmaker Steel<br>133 Belmont Drive<br>Somerset, NJ  08873-1203 |
| Crown Credit Company<br>c/o Resident Agent<br>115 N. Main Street<br>New Bremen, OH 45869 | Gray's Trucking<br>735 Broad Street<br>Beverly, NJ  08010 | Lamatek, Inc.<br>Attn: G. Robert Carlson, President<br>1226 Forest Parkway<br>West Deptford, NJ 08066 |
| GDWH & Eberle, Inc.<br>330 N. Wabash, Suite 1700<br>Chicago, IL  60611 | Lamatek Inc.<br>1226 Forest Parkway<br>West Debtford, NJ  08066 | Mati Sales LLC<br>PO Box 816<br>Glenside, PA  19038-0816 |
| Kronos Incorporated<br>297 Billerica Road<br>Chelmsford, MA 01824 | Matalco Inc.<br>850 Intermodal Drive<br>Brampton, ON<br>L6T 0B5 CANADA | Metal Koting<br>1430 Martin Grove Road<br>Rexdale, Ontario<br>M9W 4Y1 CANADA |

| | | |
|---|---|---|
| Mal-Ber Manufacturing Co.<br>2115 Byberry Road<br>Huntingdon Valley, PA 19006 | MEB Logistics, LLC<br>c/o Michael Bowen, President<br>148 Homestead Drive<br>Doylestown, PA 18901 | Rapture Trailer, Inc.<br>2411 Big Oak Road<br>Langhorne, PA 19047 |
| Howard Gershman, Esq.<br>Counsel to Mati Sales LLC<br>Gershman Law Offices, PC<br>610 York Road, Suite 200<br>Jenkintown, PA 19046 | Quaker City Chemicals<br>7360 Milnor Street<br>Philadelphia, PA 19136 | Reeder & Vermaat, Inc.<br>c/o S&R Registered Agent Service, Inc.<br>416 Main St., Ste. 400<br>Peoria, IL 61602 |
| NAMI<br>11870 Merchant's Walk, Suite 202<br>Newport News, VA 23606 | Reeder and Vermaat<br>408 Deepwood Court<br>Naperville, IL 60540 | Sales Unlimited LLC<br>12123 Shelbyville Rd, Ste. 100-173<br>Louisville, KY 40243-1079 |
| John R. Crayton<br>Atty for Rapture Trailer, Inc.<br>33 West Second Street<br>Moorestown, NJ 08057 | Roux Associates, Inc.<br>Attn: Ralph A. Rosella, Esq.<br>Registered Agent<br>225 Old Country Rd.<br>Melville, NY 11749 | Shapes Unlimited, Inc.<br>C/o John Sullivan, Registered Agent<br>940 Augusta<br>Youngstown, OH 44512 |
| Roux Associates<br>209 Shafter St.<br>Islandia, NY 11749-5074 | Shapes Unlimited, Inc.<br>590 E. Western Reserve Rd., Bldg. 4<br>Youngstown, OH 44514 | South Jersey Processing<br>2201 Mt. Ephriam Ave., Building 40<br>Camden, NJ 08104 |
| Sepesi, Inc.<br>P.O. Box 266<br>Red Hook, NY 12571 | Slick Ideas, Inc.<br>Attn: Geoffrey Slick<br>905 Yorkshire Way<br>Harleysville, PA, 19438 | Van-Air and Hydraulics, Inc. c/o<br>RG Group<br>Attn: Rich Freeh, CEO<br>612 E. Woodlawn Ave.<br>Maple Shade, NJ 08052 |
| Slick Ideas, Inc.<br>Attn: Geoffrey Slick<br>1013 N. Gravel Pike<br>Schwenksville, PA 19473 | Van – Air and Hydraulics<br>P.O. Box 38<br>Maple Shade, NJ 08052 | Ace Pallet Corp<br>PO Box 228<br>Paulsboro, NJ 08066 |
| Thomas J. Orr, Esq.<br>Counsel to South Jersey Processing<br>321 High Street<br>Burlington, NJ 08016 | Vision Industries Group<br>500 Metuchen Rd.<br>South Plainfield, NJ 07080 | Morella & Associates<br>A Professional Corporation<br>Atty for Allegheny Plywood<br>706 Rochester Road<br>Pittsburgh, PA 15237 |
| Neil A. Slenker, Esquire<br>Atty for Van – Air and Hydraulics<br>Susquehanna Comm. Center E., Suite 600<br>221 West Philadelphia Street<br>York, PA 17401-2994 | Allegheny Plywood<br>3433 Smallman St.<br>Pittsburgh, PA 15201 | Federal Express Corp.<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 |

45765/0003-6437912v2

| | | |
|---|---|---|
| Ace Pallet Corp<br>215 East Broad Street<br>Paulsboro, NJ 08066 | Victor A. Veprauskas IV, Esq.<br>BEIER HOWLETT, P.C.<br>Atty for Exco USA<br>200 E. Long Lake Rd., Ste. 110<br>Bloomfield Hills, MI 48304 | Charles V. Curley, Esq.<br>Halberstadt Curley LLC<br>Atty for Fitzpatrick Container<br>1100 E. Hector Street, Suite 425<br>Conshohocken, PA 19426 |
| EXCO, USA<br>56617 NORTH BAY DRIVE<br>CHESTERFIELD, MI 48051 | Fitzpatrick Container<br>800 E. Walnut St.<br>North Wales, PA 19454 | Melton Truck Lines<br>DEPARTMENT 1974<br>Tulsa, OK 74182 |
| Federal Express Corp.<br>Attn: Bob Ross, Esq.<br>3610 Hack's Cross Rd<br>Memphis, TN 38125 | Sergio I. Scuteri<br>Capehart & Scatchard<br>Atty for Greaney Consulting LLC<br>8000 Midlantic Drive, Suite 300 S<br>Mount Laurel, NJ 08054 | NE Metal Traders<br>7345 MILNOR STREET<br>Philadelphia, PA 19136 |
| Greaney Consulting LLC<br>9854 E. Monument Drive<br>Scottsdale, AZ 85262 | John Howland<br>Rosenstein, Fist & Ringold<br>Atty for Melton Truck Lines<br>525 S. Main Ste 700<br>Tulsa, OK 74103 | PolyOne Corp<br>DEPT CH 10489<br>PALATINE, IL 60055-0489 |
| Melton Truck Lines<br>808 North 161st East Avenue<br>North Tulsa, OK 74116 | PolyOne Corp.<br>33587 Walker Road<br>Avon Lake OH, USA 44012 | Premier Windows<br>P.O. BOX 62<br>Thurmond, NC 28683 |
| Ira R. Deiches<br>DEICHES & FERSCHMANN<br>Atty for NE Metal Traders<br>25 Wilkins Avenue<br>Haddonfield, NJ 08033 | Premier Window, Inc.<br>20468 Chartwell Center Dr., Suite Q<br>Cornelius, NC 28031 | Verizon<br>PO Box 4833<br>Trenton, NJ 08650-4833 |
| Mark Weintraub<br>Thompon Hine<br>Atty for Polyone Corp<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1291 | RoyalPlast Door Co.<br>1085 des Cheminots<br>Lachenaie (Quebec) CANADA<br>J6W 0A1 | Verizon<br>100 Southgate Parkway<br>Morristown, NJ 07960 |
| Royal Plast Door Systems<br>5770 Highway #7 West<br>WOODBRIDGE, ONTARIO<br>CANADA L4L3A2 | Verizon<br>PO Box 4830<br>Trenton, NJ 08650 | Schlage Lock Company<br>Corporate Center<br>One Centennial Ave.<br>Piscataway, NJ 08854 |
| Verizon<br>PO Box 4648<br>Trenton, NJ | Scott Shectman, Esq.<br>Braverman Kaskey, P.C.<br>Attys for NE Metal Traderse<br>One Liberty Place<br>1650 Market Street, 56th Floor<br>Philadelphia, PA 19103 | PSK Steel<br>Attn. Steve Anderson, VP<br>2960 Gale Avenue<br>Hubbard, OH 44425 |

45765/0003-6437912v2

| | | |
|---|---|---|
| Zach Wilson<br>Arnall Golden Gregory LLP<br>Atty for Verizon<br>171 17th Street NW, Suite 2100<br>Atlanta, Georgia 30363-1031 | Jed W. Morris, Esq.<br>Lukins & Annis<br>Atty for Wagstaff, Inc.<br>717 W. Sprague Ave., Suite 1600<br>Spokane, WA  99201 | Uneeda Bolt & Screw Co. Inc.<br>c/o Eli Brickman, President<br>10 Capital Drive<br>Moonachie, NJ  07074 |
| Wagstaff Inc.<br>3910 NORTH FLORA ROAD<br>SPOKANE, WA  99216 | Northern Plastic Lumber Inc.<br>Attn: Officer, Managing or General Agent<br>164 Needham Street<br>Lindsay, ON K9V5R7<br>CANDA | AMERICAN EXPRESS<br>P.O. BOX 1270<br>NEWARK, NJ  07101-1270 |
| Schlage Lock Company<br>155 Chestnut Ridge Road<br>Montvale, NJ  07645 | Uneeda Bolt & Screw Co. Inc.<br>c/o Eli Brickman, Registered Agent<br>11 Ashland Drive<br>Montville, NJ  07045 | Distribution Data<br>Attn: Robert Hartig, President<br>16101 Snow Road, Suite 200<br>Cleveland, OH  44142 |
| HD Supply<br>13285 Marietta Court<br>Alpharetta, GA  30004 | Michael J. Roeschenthaler<br>McGuireWoods LLP<br>Atty for Alcoa, Inc.<br>625 Liberty Avenue, 23rd Floor<br>Pittsburgh, Pennsylvania 15222 | Trillium Construction<br>PO Box 67000<br>Department 185401<br>Detroit, MI  48267 |
| ALCOA MILL PRODUCTS<br>1480 MANHEIM PIKE<br>LANCASTER, PA  17601 | DAC Products, Inc.<br>Attn: Cathy Lynch<br>100 Century Point Drive<br>East Bend, NC  27018 | WINDOW DEPOT USA OF VA BEACH<br>2625 PRODUCTION ROAD<br>VIRGINIA BEACH, VA  23454 |
| Eugene Chikowski, Esq.<br>Flaster/Greenberg P.C.<br>Four Penn Center<br>1600 John F. Kennedy Blvd., 2nd Fl.<br>Philadelphia, PA 19103 | Peter C. Connor<br>Lyon & Fitzpatrick, LLP<br>Atty for Medalco Metals<br>14 Bobala Road<br>Holyoke, Ma 01040 | Christine A. Pinto, Esquire<br>PARKER McCAY P.A.<br>Atty for Zymotic Imports<br>Three Greentree Centre<br>7001 Lincoln Drive West, P.O. Box 974<br>Marlton, NJ  08053-0974 |
| MEDALCO METALS, INC.<br>281 HIGHWAY 79<br>MORGANVILLE, NJ  07751 | WINDOW DEPOT USA<br>10800 FINANCIAL CENTER PARKWAY<br>LITTLE ROCK, AR  72211 | R. Ryan McNally, Esq.<br>Kreis, Enderle, Hudgins & Borsos, P.C.<br>Atty for Trillium Construction<br>171 Monroe Ave NW, Suite 900B<br>Grand Rapids, MI  49503 |
| ZYMOTIC IMPORTS, LTD.<br>1361 MONMOUTH ROAD<br>EASTAMPTON, NJ  08060-3900 | Richard L. Ramsay<br>Eichenbaum, Liles & Heister, PA<br>Atty for Window Depot USA<br>124 West Capitol Avenue, Suite 1900<br>Little Rock, Arkansas 72201 | |

45765/0003-6437912v2