**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.
Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HON. GLORIA M. BURNS
CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*,
Reorganized Debtors. | Chapter 11
(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                             )    SS.:
COUNTY OF BERGEN    )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1.  I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On April 30, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

(a) Notice of Motion of the Class 10 Liquidation Trust's Seventh Omnibus Objection to Claims (Creditors Who Have Failed to Return Completed W-9 Forms) (Claim Numbers: 29, 162, 284, 330, 385, 386, 387, 389, 416, 523, 602, 663, 703, 906);

(b) Application in Support;

(c) Declaration of Lynn K. Smalley; and

(d) Proposed form of Order.

3. On April 30, 2010, I caused true copies of the above-referenced pleadings to be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing true copies in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Cynthia Braden*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CYNTHIA BRADEN

Sworn and subscribed to before me
this 3rd day of May, 2010.

　　*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

# SHAPES/ARCH HOLDINGS L.L.C., *et al.*
## SERVICE LIST
### (SEVENTH OMNIBUS CLAIMS OBJECTION)

| | | |
|---|---|---|
| DONALD F. MACMASTER, ESQ.<br>ONE NEWARK CENTER, SUITE 2100<br>NEWARK, NJ 07102<br>**OFFICE OF THE UNITED STATES TRUSTEE** | JERROLD N. POSLUSNY, JR., ESQ.<br>COZEN O'CONNOR<br>LIBERTYVIEW, SUITE 300<br>457 HADDONFIELD ROAD<br>CHERRY HILL, NJ 08002<br>**ATTORNEYS FOR DEBTORS** | MARK E. FELGER, ESQ.<br>COZEN O'CONNOR<br>CHASE MANHATTAN CENTRE<br>1201 NORTH MARKET STREET, SUITE 1400<br>WILMINGTON, DE 19801<br>**ATTORNEYS FOR DEBTORS** |
| ROBERT LAPOWSKY, ESQ.<br>STEVENS & LEE, P.C.<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103<br>**SPECIAL COUNSEL TO DEBTORS** | INTERNAL REVENUE SERVICE<br>955 S. SPRINGFIELD AVENUE<br>P.O. BOX 724<br>SPRINGFIELD, NJ 07081-0724 | INTERNAL REVENUE SERVICE<br>1050 WAVERLY PLACE<br>HOLTSVILLE, NY 00501 |
| NEWARK U.S. ATTORNEY'S OFFICE<br>970 BROAD STREET, 7TH FLOOR<br>NEWARK, NJ 07102 | **CAMDEN U.S. ATTORNEY'S OFFICE**<br>CAMDEN FEDERAL BUILDING AND U.S. COURTHOUSE<br>P.O. BOX 2098<br>401 MARKET STREET, 4TH FLOOR<br>CAMDEN, NJ 08101 | NJ ATTORNEY GENERAL<br>RICHARD J, HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON, NJ 08625 |
| JOEL SHAPIRO, ESQ.<br>BLANK ROME LLP<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA, PA 19103-6998<br>**ATTYS FOR ASI FUNDING, LLC, ARCUS** | STEVEN J. REISMAN, ESQ.<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>**ATTORNEYS FOR GLENCORE LTD.** | JENNIFER M. DAVIES, ESQ.<br>SHERRY D. LOWE, ESQ.<br>LAMM RUBENSTONE LLC<br>3600 HORIZON BLVD., SUITE 200<br>TREVOSE, PA 19053<br>**ATTORNEYS FOR MODERN HANDLING** |
| JEFFREY KURTZMAN, ESQ.<br>KLEHR HARRISON HARVEY BRANZBUG & ELLERS<br>260 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19102<br>**ATTYS FOR A. J. GROSSMAN AND FRANK KESSLER** | DAVID PHILLIPS, TODD GALANTE, JEFFREY ZALKIN<br>LECLAIRRYAN<br>TWO PENN PLAZA EAST<br>NEWARK, NJ 07105-2249<br>**ATTORNEYS FOR DE LAGE LANDEN FINANCIAL** | EMMANUEL ARGENTIERI, ESQ./OREN KLEIN, ESQ.<br>PARKER MCCAY<br>3 GREENSREET CENTRE; 7001 LINCOLN DR. WEST<br>PO BOX 974<br>MARLTON, NJ 08053<br>**ATTORNEYS FOR PENNSAUKEN TOWNSHIP** |
| MARK J. DORVAL, ESQ.<br>STRADLEY RONON STEVENS & YOUNG LLP<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103<br>**ATTYS FOR CIT GROUP/BUSINESS** | LOUIS DELUCIA, ALAN BRODY, ALYSON FIEDLER<br>GREENBERG TRAURIG, LLP<br>200 PARK AVE.<br>FLORHAM PARK, NJ 07932<br>**ATTORNEYS FOR ARCH ACQUISITION I,** | CHRISTINE R. ETHERIDGE, BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD, P.O. BOX 13708<br>MACON, GA 31208-3708<br>**IKON FINANCIAL SERVICES** |
| TIMOTHY A. BORTZ,<br>625 CHERRY STREET, ROOM 203<br>READING, PA 19602-1184<br>**OFFICE OF UNEMPLOYMENT TAX - PENNSYLVANIA** | JOHN R. MORTON, JR. ESQ.<br>110 MARTER AVENUE, SUITE 301<br>MOORESTOWN, NJ 08057<br>**ATTYS FOR JAGUAR CREDIT CORPORATION & WELLS FARGO EQUIPMENT FINANCE,** | CHERYL L. COOPER, ESQ.<br>HOLSTON, MACDONALD, UZDAVINIS<br>66 EUCLID STREET, P.O. BOX 358<br>WOODBURY, NJ 08096<br>**ATTORNEYS FOR STEVEN BATTEL** |

{00126795.1 / 0631-002}
45765/0003-6495531v1

| | | |
|---|---|---|
| JOSEPH M. GAREMORE, ESQ.<br>BROWN & CONNERY, LLP<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096<br>**ATTYS FOR POLLUTION CONTROL CAMDEN COUNTY** | GILBERT B. WEISMAN, ESQ.<br>C/O BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701<br>**AMERICAN EXPRESS TRAVEL RELATED SVCS CO.** | KELLY A. KRAIL, ESQ. & KATHLEEN J. COLLINS, ESQ.<br>LITCHFIELD CAVO LLP<br>1800 CHAPEL AVENUE WEST, SUITE 360<br>CHERRY HILL, NJ 08002<br>**ATTORNEYS FOR QUICKWAY, INC.** |
| STEPHEN RICHMAN, T. KOHN, R. M. PETTIGREW<br>MARKOWITZ & RICHMAN<br>1100 NORTH AMERICAN BUILDING<br>121 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19107<br>**ATTORNEYS FOR U.I.U. HEALTH & WELFARE FUND** | ROBYN F. POLLACK, ESQ.<br>SAUL EWING LLP<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA, PA 19102<br>**ATTORNEYS FOR SL INDUSTRIES, INC.** | CAROL R. COBB, ESQ., LOUIS GIANSANTE, ESQ.<br>GIANSANTE & COBB, LLC<br>23 EAST MAIN STREET<br>MOORESTOWN, NJ 08057-3309<br>**ATTORNEYS FOR WARD SAND & MATERIALS, INC.** |
| SAM DELLA FERA, JR., ESQ.<br>TRENK, DIPASQUALE, WEBSTER<br>347 MT. PLEASANT AVENUE, SUITE 300<br>WEST ORANGE, NJ 07052<br>**ATTYS FOR METAL MGMT NE, METAL** | DAVID AARONSON, ET AL.<br>ONE LOGAN SQUARE, 18TH AND CHERRY STREETS<br>PHILADELPHIA, PA 19103<br>ATTYS FOR SEARS, GA-PACIFIC, GLIDDEN, AVERY DENNISON, BORDEN, CROWLEY., GARRETT-BUCHANAN, SOUTHEASTERN PA TRANS. AUTHORITY | IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033<br>**ATTORNEYS FOR NORTHEAST METAL TRADERS** |
| ALAN P. FOX, ESQ.<br>CAPEHART & SCATCHARD, P.A..<br>LAUREL CORPORATE CENTET – SUITE 300 S<br>8000 MIDLANTIC DRIVE<br>MOUNT LAUREL, NJ 08054<br>**ATTORNEYS FOR CREDITOR, COLOR** | WILLIAM G. WRIGHT, ESQ.<br>CAPEHART & SCATCHARD, P.A.<br>LAUREL CORPORATE CENTER, STE. 300 S<br>8000 MIDLANTIC DRIVE<br>MOUNT LAUREL, NJ 08054<br>**ATTORNEYS FOR GE CAPITAL** | BRUCE BUECHLER, ESQ.<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br>**ATTYS FOR SUN CAPITAL PARTNERS** |
| ANDREW J. FLAME, HOWARD A. COHN<br>DRINKER BIDDLE & REATH LLP<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19801-1254<br>**ATTORNEYS FOR PPL ENERGYPLUS, LLC** | JOHN J. WINTER, ESQ.<br>THE CHARTWELL LAW OFFICES, LLP<br>VALLEY FORGE CORP. CTR.<br>970 RITTENHOUSE RD., SUITE 300<br>EAGLEVILLE, PA 19403<br>**ATTORNEYS FOR PPG INDUSTRIES, INC.** | JOHN C. SULLIVAN, ESQ.<br>POST & SCHELL PC<br>1600 JOHN F. KENNEDY BOULEVARD<br>PHILADELPHIA, PA 19103<br>**ATTYS FOR LIBERTY MUT, WAUSAU UNDERWRITERS** |
| DONALD G. FRANKEL<br>ONE GATEWAY CENTER, SUITE 616<br>NEWTON, MA 02458<br>**ENV NATURAL RESOURCES DIV. U.S. DEP OF JUSTICE** | TYLER S. GRADEN, ESQ.<br>CONRAD O'BRIEN GELLMAN & ROHN, P.C.<br>1515 MARKET STREET, 16TH FLOOR<br>PHILADELPHIA, PA 19102-1916<br>**ATTORNEYS FOR ROHM AND HAAS COMPANY** | TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 |
| JEANINE D. CLARK, ESQ.<br>MARGOLIS EDELSTEIN<br>216 HADDON AVENUE<br>P.O. BOX 9222<br>WESTMONT, NJ 08108<br>**ATTYS FOR SHAW ALLOY PIPING PROD.** | SHAWN M. CHRISTIANSON, ESQ.<br>BUCHALTER NEMER, PC<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105-2126<br>**ATTORNEYS FOR ORACLE CREDIT CORPORATION** | MICHAEL J. REYNOLDS, ESQ.<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NEW JERSEY 07932-1047<br>**ATTYS FOR NATIONWIDE** |
| MELISSA A. PENA<br>NORRIS, MCLAUGHLIN & MARCUS<br>721 RT. 202-206<br>P.O. BOX 1018<br>SOMERVILLE, NJ 08876-1018<br>**ATTY. COMBUSTION ENG, SUCCESSOR OF** | A. DENNIS TERRELL, ESQ.<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NEW JERSEY 07932-1047<br>**ATTYS FOR NATIONWIDE** | LINDA S. FOSSI, ESQ.<br>DEILY, MOONEY & GLASTETTER, LLP<br>ONE GREENTREE CENTRE<br>10000 LINCOLN DRIVE EAST – SUITE 201<br>MARLTON, NJ 08053<br>**ATTORNEYS FOR DCFS TRUST** |

| | | |
|---|---|---|
| PHILIP S. ROSEN, ESQ.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>103 EISENHOWER PARKWAY<br>ROSELAND, NEW JERSEY 07068<br>**ATTYS FOR NATIONAL UNION FIRE INS.** | NOLA R. BENCZE, JAMES J. O'TOOLE<br>BUCHANAN INGERSOLL & ROONEY PC<br>1835 MARKET STREET, 14TH FLOOR<br>PHILADELPHIA, PA 19103<br>**ATTYS FOR WASTE MANAGEMENT OF NJ, INC.** | INSTRON SYSTEMS<br>ATTN: PRES. OR GEN. COUNSEL<br>100 ROYALL STREET<br>CANTON, MA 02021-1089 |
| LEAH A. BYNON<br>UNITED STATES ATTORNEY'S OFFICE<br>970 BROAD STREET, SUITE 700<br>NEWARK, NJ 07102<br>**US CUSTOMS AND BORDER PROTECTION** | DAVID L. BRAVERMAN, ESQ.<br>BRAVERMAN KASKEY, P.C.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET, 56TH FLOOR<br>PHILADELPHIA, PA 19103<br>**ATTY FOR NE METAL TRADERS** | JAGUAR CREDIT CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 537950<br>LIVONIA, MI 48153-7950 |
| INDUSTRIAL LIFT<br>ATTN: PRES. OR GEN. COUNSEL<br>1905 ROUTE 206<br>P.O. BOX 2507<br>VINCENTOWN, NJ 08088-2507 | INDUSTRONICS SERVICE CO.<br>ATTN: PRES. OR GEN. COUNSEL<br>489 SULLIVAN AVENUE<br>SOUTH WINDSOR, CT 06074 | JEVIC TRANSPORTATION INC<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 13031<br>NEWARK, NJ 07188 |
| INTERSOURCE USA INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>17 EDGEBORO ROAD<br>SUITE D<br>EAST BRUNSWICK, NJ 08816 | ITNET SERVICES LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>19 RIESLING CT<br>MARLTON, NJ 08053 | JOSEPH STEINROEDER<br>509 TRADITIONS CT. SOUTH<br>OXFORD, CT 06478 |
| JAY'S TIRE SERVICE<br>ATTN: PRES. OR GEN. COUNSEL<br>7015 WESTFIELD AVENUE<br>PENNSAUKEN, NJ 08110 | JDM INFRASTRUCTURE, LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>DEPT#4240<br>P.O. BOX 87618<br>CHICAGO, IL 60680-061 | MACKENZIE<br>ATTN: PRES. OR GEN. COUNSEL<br>609 BLUEBERRY DR.<br>ATCO, NJ 08004 |
| JOHN M. ROWE INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>ROUTE 419 SOUTH<br>P.O. BOX 362<br>SCHAEFFERSTOWN, PA 17088 | JOHN MCCLEERY<br>129 8TH AVE<br>HADDON HEIGHTS, NJ 08035 | MEB LOGISTICS, LLC<br>C/O MICHAEL BOWEN, PRESIDENT<br>148 HOMESTEAD DRIVE<br>DOYLESTOWN, PA 18901 |
| K B M COMPANY LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>876 N LENOLA RD, STE 6D<br>MOORESTOWN, NJ 08057 | KEY TECH CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>20508 56TH AVE W. SUITE A<br>LYNNWOOD, WA 98036-7650 | MCMASTER-CARR SUPPLY COMPANY<br>ATTN: JEFF MILLER, ACCTS RECEIVABLE<br>PO BOX 5370<br>PRINCETON NJ 08543 |
| MARK A. DANO<br>909 ARBOR FOREST LANDING<br>MARIETTA, GA 30064 | M E B LOGISTICS<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1644<br>DOYLESTOWN, PA 18901 | DAVID PHILLIPS, DIR. OF TAXES<br>MC MASTER-CARR SUPPLY CO.<br>P.O. BOX 680<br>ELMHURST, IL 60126 |

| | | |
|---|---|---|
| MCMASTER-CARR SUPPLY COMPANY<br>ATTN: JEFF MILLER, ACCTS RECEIVABLE<br>PO BOX 5370<br>PRINCETON NJ 08543 | DAVID PHILLIPS, DIR. OF TAXES<br>MC MASTER-CARR SUPPLY CO.<br>P.O. BOX 680<br>ELMHURST, IL 60126 | MIDLAND BUILDING MATERIALS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>2912 CAMERON ST<br>MONROE LA 71211 |
| DAVID PHILLIPS, DIR. OF TAXES<br>MC MASTER-CARR SUPPLY CO.<br>P.O. BOX 680<br>ELMHURST, IL 60126 | MCMASTER-CARR SUPPLY COMPANY<br>ATTN: JEFF MILLER, ACCTS RECEIVABLE<br>PO BOX 5370<br>PRINCETON NJ 08543 | MOORE WALLACE<br>PO BOX 13663<br>NEWARK NJ 07188-0663 |
| MCMASTER-CARR SUPPLY COMPANY<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 5370<br>PRINCETON NJ 08543 | DAVID PHILLIPS, DIR. OF TAXES<br>MC MASTER-CARR SUPPLY CO.<br>P.O. BOX 680<br>ELMHURST, IL 60126 | MOTION INDUSTRIES INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>28 INDUSTRIAL DR. UNIT B<br>TRENTON NJ 08619 |
| MODERN HANDLING EQUIPMENT COMPANY<br>C/O JENNIFER D. GOULD, SHERRY D. LOWE<br>LAMM RUBENSTONE LLC<br>3600 HORIZON BOULEVARD, SUITE 200 | MOORE MEDICAL CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 31773<br>HARTFORD CT 06150-1773 | NGA EXHIBITS<br>ATTN: PRES. OR GEN. COUNSEL<br>8200 GREENSBORO DR, STE 302<br>MCLEAN VA 22102 |
| MORGAN PAPER<br>ATTN: PRES. OR GEN. COUNSEL<br>33 EAST SOUTH STREET<br>SMYRNA DE 19977 | MOST ELECTRIC INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>114 E. RANKIN STREET<br>JACKSON MS 39201 | NORTH AMERICAN PRODUCTS CORP<br>ATTN: PRES. OR GEN. COUNSEL<br>LOCK BOX 1396<br>1396 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 |
| MOTION INDUSTRIES INC.<br>ATTN: STEVE BROWN, CREDIT MANAGER<br>P.O. BOX 1477<br>BIRMINGHAM, AL 35201 | NATIONAL AMMONIA<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 7777-W2170<br>PHILA PA 19175 | OBERG BROS. INDUSTRIAL<br>SUPPLY CORP.<br>ATTN: PRES. OR GEN. COUNSEL<br>312 E. MAIN STREET<br>MAPLE SHADE NJ 08052 |
| NMHG FINANCIAL SERVICES<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 643749<br>PITTSBURGH PA 15264-3749 | NMHG FINANCIAL SERVICES<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 643749<br>PITTSBURGH PA 15264-3749 | EMMANUEL J. ARGENTIERI, ESQUIRE<br>PARKER MCCAY PA - THREE GREENTREE CENTRE<br>7001 LINCOLN DRIVE WEST - P.O. BOX 974<br>MARLTON, NJ 08053-0974 |
| NORTHEAST PLASTIC SUPPLY CO.<br>ATTN: LOUIS J. ALTOMARI, PRESIDENT<br>3021 DARNELL ROAD<br>PHILADELPHIA PA 19154 | NE PLASTIC SUPPLY CO.<br>ATTN: STEVE BROWN, CREDIT MANAGER<br>P.O. BOX 1477<br>BIRMINGHAM, AL 35201 | PHILADELPHIA CHAPTER M.S.C.I.<br>4201 EUCLID AVENUE<br>ROLLING MEADOWS, IL 60008<br>ATTN: CHIP OSTROSKI (PRESIDENT) |

| | | |
|---|---|---|
| OEM CONTROLS INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>12 CONTROLS DRIVE<br>SHELTON CT  06484 | PATRICK J.KELLY DRUMS INC.<br>ATTN: BILL SIGAFOES<br>2109 HOWELL STREET<br>CAMDEN NJ  08105 | PITT OHIO EXPRESS LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 643271<br>PITTSBURGH PA  15264-3271 |
| PERMA INDUSTRIES, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>2129 CENTER PARK DRIVE<br>CHARLOTTE NC  28217 | PHG<br>ATTN: PRES. OR GEN. COUNSEL<br>777 SCHWAB ROAD<br>SUITE 1D<br>HATFIELD PA  19440 | PROTOCALL STAFFING<br>ONE CHERRY HILL – SUITE 100<br>CHERRY HILL, NJ 08034 |
| PINEY CREEK HARDWARE STORE<br>ATTN: PRES. OR GEN. COUNSEL<br>10015 HIGHWAY 113<br>PINEY CREEK NC  28663 | PITT OHIO EXPRESS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 643271<br>PITTSBURGH PA  15264-3271 | QUALITY SYSTEMS REGISTRARS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>22375 BRODERICK DR STE 260<br>STERLING VA  201669348 |
| PLATTS<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 848093<br>DALLAS TX  75284-8093 | PROTOCALL<br>ONE CHERRY HILL – SUITE 100<br>CHERRY HILL, NJ 08034 | RALPH H. COFLESH, JR., ESQ.<br>UNIT F-101<br>150 WEST EVERGREEN AVE.<br>PHILADELPHIA PA  19118 |
| PROVIDENT PACKAGING & CONTAINER<br>ATTN: PRES. OR GEN. COUNSEL<br>8701 TORRESDALE AVE. (REAR)<br>PHILADELPHIA PA  19136 | PROVIDENT PACKAGING CORP<br>ATTN: PRES. OR GEN. COUNSEL<br>8701 TORRESDALE AVE (REAR)<br>PHILADELPHIA PA  19136 | RICOH<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 73683<br>CHICAGO IL  60673-7683 |
| RAGGEDY, INC. D/B/A HANDYMAN CONNECTION<br>OF MIDDLE TENNESSEE, WINDOW DEPOT USA<br>C/O JOHN H. ROWLAND, BAKER | EICHENBAUM, LILES & HEISTER, PA<br>RICHARD L. RAMSAY, ESQ.<br>124 WEST CAPITOL AVENUE, SUITE 1900<br>LITTLE ROCK, ARKANSAS  72201<br>COUNSEL TO WINDOW DEPOT | ROUX ASSOCIATES INC.<br>ATTN: SUSAN SULLIVAN<br>209 SHAFTER STREET<br>ISLANDIA NY  11749-5074 |
| RELIABLE HARDWARE INC<br>ATTN: PRES. OR GEN. COUNSEL<br>28100 N ASHLEY CIRCLE, STE 109<br>LIBERTYVILLE IL  60048-9479 | RICHMOND HARDWARE & PLUMBING<br>ATTN: PRES. OR GEN. COUNSEL<br>899 WASHINGTON ST<br>PO BOX 850375<br>BRAINTREE MA  02184-5450 | RYZEX REPAIR, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>830 FESSLERS PARKWAY<br>SUITE 102<br>NASHVILLE TN  37210 |
| RMT INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>527 PLYMOUTH ROAD, SUITE 406<br>PLYMOUTH MEETING PA  19462-1641 | ROBERT ELGART & SON, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1011 W. BUTLER ST<br>PHILADELPHIA PA  19140-3109 | SCOTT PAIST<br>4753 CYPRESS AVE.<br>TREVOSE PA  19053 |

| | | |
|---|---|---|
| ROUX ASSOCIATES, INC.<br>ATTN RALPH A ROSELLA, ESQ<br>REGISTERED AGENT<br>225 OLD COUNTRY ROAD<br>MELVILLE, NY  11749 | ROYAL ELECTRIC SUPPLY COMPANY<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 12618<br>3233 HUNTING PARK AVENUE<br>PHILA PA  19129 | SIMCO<br>2257 NORTH PENN ROAD<br>HATFIELD, PA USA 19440 |
| SABIC POLYMERSHAPES<br>ATTN: PRES. OR GEN. COUNSEL<br>2585 INTERPLEX DRIVE<br>TREVOSE PA  19053 | FREDERICK P. SCHALL<br>18860 W. MARION DRIVE<br>LAKE VILLA, IL 60046 | SPECTRA GASES<br>ATTN: PRES. OR GEN. COUNSEL<br>3434 ROUTE 22 WEST<br>BRANCHBURG NJ  08876 |
| SENTRY INSURANCE, A MUTUAL COMPANY<br>ATTN: KEN ERLER<br>1800 NORTH POINT DRIVE<br>STEVENS POINT WI  54481 | SIGBET MFG.<br>ATTN: PRES. OR GEN. COUNSEL<br>3994 CHESTNUT RIDGE ROAD<br>BLAIRSVILLE PA  15717 | STONKLEEN SERVICES INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>ONE PARK AVE.<br>MAPLE SHADE NJ  08052 |
| SIPERSTEIN'S/ MAPLE SHADE<br>ATTN: PRES. OR GEN. COUNSEL<br>2819 ROUTE 73 SOUTH<br>MAPLE SHADE NJ  08052 | SONITROL OF PHILADELPHIA<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 660777<br>DALLAS TX  75266-0777 | TOTAL CARE NETWORK, INC<br>ATTN: CHRISTINE M KNYSH, PRESIDENT / CEO<br>PENN TREATY PARK PLACE<br>1341 N DELAWARE AVE, SUITE 403 |
| SPRINT NEXTEL<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 172408<br>DENVER CO  80217-2408 | ST JOHN OF GOD COMMUNITY SVCS<br>ATTN: PRES. OR GEN. COUNSEL<br>532 DELSEA DR<br>WESTVILLE GROVE NJ  08093 | UNISOURCE<br>ATTN: PRES. OR GEN. COUNSEL<br>7575 BREWSTER AVE<br>PHILADELPHIA PA  19153-3296 |
| STRAHL & PITSCH INC.<br>ATTN JOHN A. GOMES, VICE PRESIDENT<br>230 GREAT EAST NECK ROAD<br>WEST BABYLON NY  11704 | SUNSET LANDSCAPING & LAWN SVC<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 752<br>MEDFORD NJ  08055 | VERIMATION TECHNOLOGY INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>23883 INDUSTRIAL PARK DR.<br>FARMINGTON HILLS MI  48335-2860 |
| TRI-STEEL CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>512 SWEDESBORO AVENUE<br>MICKLETON NJ  08056 | U.I.U. DUES<br>ATTN: PRES. OR GEN. COUNSEL<br>1166 SOUTH 11TH STREET<br>PHILADELPHIA PA  19147 | WEIL INDUSTRIAL HARDWARE<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 217<br>WEST HURLEY NY  12491 |
| UNITTOOL PUNCH & DIE CO. INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 8000<br>DEPT. 859<br>BUFFALO NY  14267 | USA BLUEBOOK<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 1186<br>3995 COMMERCIAL AVENUE<br>NORTHBROOK IL  60062 | WM OF CAMDEN INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1001 FAIRVIEW ST.<br>CAMDEN NJ  08104 |

| | | |
|---|---|---|
| VW CREDIT, INC.<br>ATTN JOE M LOZANO, JR.<br>PO BOX 829009<br>DALLAS TX  75382-9009 | WALLACE HARDWARE CO INC<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 6004<br>MORRISTOWN TN  37815-6004 | BRAVERMAN KASKY, P.C.<br>ATTN: DAVID L. BRAVERMAN, ESQ.<br>1650 MARKET STREET – 56TH FLOOR<br>PHILADELPHIA, PA 19103 |
| WILLIAM PARKER ASSOCIATES INC<br>ATTN: PRES. OR GEN. COUNSEL<br>2845 E WESTMORELAND ST<br>PHILADELPHIA PA  19134 | WINDOW TREE INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>527 N. GREEN RIVER<br>EVANSVILLE IN  47715 | YOUNG AMERICA CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>NW 8916 PO BOX 1450<br>MINNEAPOLIS MN  55485-8916 |
| ZURICH-AMERICA INSURANCE<br>ATTN: PRES. OR GEN. COUNSEL<br>135 S. LA SALLE ST.<br>DEPT. 8723<br>CHICAGO IL  60674-8723 | | |