**LAW OFFICES**

# DEICHES & FERSCHMANN
A Professional Corporation

25 WILKINS AVENUE
HADDONFIELD, NEW JERSEY 08033
856-428-9696

IRA R. DEICHES
SUSAN N. FERSCHMANN

TELEFAX #856-795-6983
E-mail: ideiches@deicheslaw.com

May 3, 2010

Clerk, United States Bankruptcy Court
District of New Jersey

**VIA ELECTRONIC FILING (ECF) ONLY**

Re:  Shapes/Arch Holdings L.L.C., et al.
     Case No. 08–14631-GMB

Dear Sir/Madam:

We formerly filed our Notice of Appearance and Demand for Service of Papers on behalf of Northeast Metal Traders, Inc. in the referenced case. Kindly withdraw our appearance on behalf of this creditor.

Thank you.

Very truly yours,

IRA R. DEICHES
For the Firm

IRD/snf