**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for Plaintiff, The Class 10 Liquidation Trust

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al*.,<br><br>            Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered) |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>            Plaintiff,<br>     v.<br><br>CHROMALOX,<br><br>            Defendants. | ADV. PRO. NO. 10-01326 (GMB)<br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY     )
                                              )    SS.:
COUNTY OF BERGEN       )

      CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

45765/0003-6500248v1

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Plaintiff, The Class 10 Liquidation Trust.

2. On April 21, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

    a. *Information for Notice of Settlement of Controversy*.

3. On April 27, 2010, I caused a true copy of the Notice to be served, *via first class mail,* on the parties listed below:

Donald F. MacMaster, Esq.  
Office of the United States Trustee  
One Newark Center, Suite 2100  
Newark, NJ 07102  

Jerrold N. Poslusny, Jr., Esq.  
Cozen O'Connor  
LibertyView, Suite 300  
457 Haddonfield Road  
Cherry Hill, NJ 08002  

Mark E. Felger, Esq.  
Cozen O'Connor  
Chase Manhattan Centre  
1201 North Market Street, Suite 1400  
Wilmington, DE 19801  

Chromalox, Inc.  
Attn: Joseph Mangieri  
103 Gamma Drive Ext  
Pittsburgh, PA 15238  

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

           */s/ Cynthia Braden*  
           CYNTHIA BRADEN

Sworn and subscribed to before me  
this 3rd day of May, 2010

*/s/ Julie Mamone*  
JULIE MAMONE  
A Notary Public of New Jersey  
My Commission Expires 09/18/2011