**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for Plaintiff, The Class 10 Liquidation Trust

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>  Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE GLORIA M. BURNS CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered) |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>  Plaintiff,<br>  v.<br><br>CLEAN EARTH, INC. a/k/a CLEAN EARTH OF NORTH JERSEY,<br><br>  Defendant. | ADV. PRO. NO. 10-01328 (GMB)<br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY          )
                                              )    SS.:
COUNTY OF BERGEN          )

    CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

1.      I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman

& Leonard, P.A., attorneys for Plaintiff, The Class 10 Liquidation Trust.

2.      On April 21, 2010, this office electronically filed with the United States

Bankruptcy Court for the District of New Jersey the following:

        a.      *Information for Notice of Settlement of Controversy*.

3.      On April 27, 2010, I caused a true copy of the Notice to be served, *via first class

mail,* on the parties listed below:

| | |
|---|---|
| Donald F. MacMaster, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 |
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801 | Clean Earth, Inc. a/k/a  Clean Earth<br>of North Jersey<br>Attn:  Michael Goebner<br>115 Jacobus Ave.<br>South Kearny, NJ  07032 |

        I swear that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

                                */s/ Cynthia Braden*
                                CYNTHIA BRADEN

Sworn and subscribed to before me
this 3rd day of May, 2010

        */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 09/18/2011