**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.
Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. GLORIA M. BURNS CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, Reorganized Debtors. | Chapter 11 (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY   )
                                              )   SS.:
COUNTY OF BERGEN    )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On April 30, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

    (a) Notice of Motion of The Class 10 Liquidation Trust's Sixth Omnibus Objection to Claims (Creditors Who Have Failed to Return Completed W-8 or W-9 Forms) (Claim Numbers: 129, 132, 178, 179, 193, 207, 262, 438, 443, 487, 686, 903, 904, 905);

    (b) Application in Support;

    (c) Declaration of Lynn K. Smalley; and

    (d) Proposed form of Order.

3. On April 30, 2010, I caused true copies of the above-referenced pleadings to be served, *via first class mail*, on all parties on the Service List attached hereto as Exhibit A, by depositing true copies in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

4. On April 30, 2010, in addition to serving *via first class mail*, I caused true copies of the above referenced pleadings to be served, *via electronic mail*, on all parties on the Service List attached hereto as Exhibit B.

5. On April 30, 2010, in addition to serving *via first class mail*, I caused true copies of the above referenced pleadings to be served, *via facsimile*, on all parties on the Service List attached hereto as Exhibit C.

6. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

      I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                          */s/ Cynthia Braden*  
                                          CYNTHIA BRADEN

Sworn and subscribed to before me  
this 4th day of May, 2010.

    */s/ Julie Mamone*  
JULIE MAMONE  
A Notary Public of New Jersey  
My Commission Expires 9/18/11

3

# EXHIBIT A

SHAPES/ARCH HOLDINGS L.L.C., *et al.*

SERVICE LIST
(SIXTH OMNIBUS CLAIMS OBJECTION)

| | | |
|---|---|---|
| DONALD F. MACMASTER, ESQ.<br>ONE NEWARK CENTER, SUITE 2100<br>NEWARK, NJ 07102<br>**OFFICE OF THE UNITED STATES TRUSTEE** | JERROLD N. POSLUSNY, JR., ESQ.<br>COZEN O'CONNOR<br>LIBERTYVIEW, SUITE 300<br>457 HADDONFIELD ROAD<br>CHERRY HILL, NJ 08002<br>**ATTORNEYS FOR DEBTORS** | MARK E. FELGER, ESQ.<br>COZEN O'CONNOR<br>CHASE MANHATTAN CENTRE<br>1201 NORTH MARKET STREET, SUITE 1400<br>WILMINGTON, DE 19801<br>**ATTORNEYS FOR DEBTORS** |
| ROBERT LAPOWSKY, ESQ.<br>STEVENS & LEE, P.C.<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103<br>**SPECIAL COUNSEL TO DEBTORS** | INTERNAL REVENUE SERVICE<br>955 S. SPRINGFIELD AVENUE<br>P.O. BOX 724<br>SPRINGFIELD, NJ 07081-0724 | INTERNAL REVENUE SERVICE<br>1050 WAVERLY PLACE<br>HOLTSVILLE, NY 00501 |
| NEWARK U.S. ATTORNEY'S OFFICE<br>970 BROAD STREET, 7TH FLOOR<br>NEWARK, NJ 07102 | **CAMDEN U.S. ATTORNEY'S OFFICE**<br>CAMDEN FEDERAL BUILDING AND U.S. COURTHOUSE<br>P.O. BOX 2098<br>401 MARKET STREET, 4TH FLOOR<br>CAMDEN, NJ 08101 | NJ ATTORNEY GENERAL<br>RICHARD J, HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON, NJ 08625 |
| JOEL SHAPIRO, ESQ.<br>BLANK ROME LLP<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA, PA 19103-6998<br>**ATTYS FOR ASI FUNDING, LLC, ARCUS ASI, INC.** | STEVEN J. REISMAN, ESQ.<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>**ATTORNEYS FOR GLENCORE LTD.** | JENNIFER M. DAVIES, ESQ.<br>SHERRY D. LOWE, ESQ.<br>LAMM RUBENSTONE LLC<br>3600 HORIZON BLVD., SUITE 200<br>TREVOSE, PA 19053<br>**ATTORNEYS FOR MODERN HANDLING EQUIPMENT** |
| JEFFREY KURTZMAN, ESQ.<br>KLEHR HARRISON HARVEY BRANZBUG & ELLERS<br>260 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19102<br>**ATTYS FOR A. J. GROSSMAN AND FRANK KESSLER** | DAVID PHILLIPS, TODD GALANTE, JEFFREY ZALKIN<br>LECLAIRRYAN<br>TWO PENN PLAZA EAST<br>NEWARK, NJ 07105-2249<br>**ATTORNEYS FOR DE LAGE LANDEN FINANCIAL** | EMMANUEL ARGENTIERI, ESQ./OREN KLEIN, ESQ.<br>PARKER MCCAY<br>3 GREENSREET CENTRE; 7001 LINCOLN DR. WEST<br>PO BOX 974<br>MARLTON, NJ 08053<br>**ATTORNEYS FOR PENNSAUKEN TOWNSHIP** |
| MARK J. DORVAL, ESQ.<br>STRADLEY RONON STEVENS & YOUNG LLP<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103<br>**ATTYS FOR CIT GROUP/BUSINESS CREDIT, INC.** | LOUIS DELUCIA, ALAN BRODY, ALYSON FIEDLER<br>GREENBERG TRAURIG, LLP<br>200 PARK AVE.<br>FLORHAM PARK, NJ 07932<br>**ATTORNEYS FOR ARCH ACQUISITION I, LLC** | CHRISTINE R. ETHERIDGE, BANKRUPTCY<br>ADMINISTRATION<br>1738 BASS ROAD, P.O. BOX 13708<br>MACON, GA 31208-3708<br>**IKON FINANCIAL SERVICES** |

{00126793.1 / 0631-002}
45765/0003-6495563v2

| | | |
|---|---|---|
| TIMOTHY A. BORTZ,<br>625 CHERRY STREET, ROOM 203<br>READING, PA 19602-1184<br>**OFFICE OF UNEMPLOYMENT TAX - PENNSYLVANIA** | JOHN R. MORTON, JR. ESQ.<br>110 MARTER AVENUE, SUITE 301<br>MOORESTOWN, NJ 08057<br>**ATTYS FOR JAGUAR CREDIT CORPORATION & WELLS FARGO EQUIPMENT FINANCE, INC.** | CHERYL L. COOPER, ESQ.<br>HOLSTON, MACDONALD, UZDAVINIS<br>66 EUCLID STREET, P.O. BOX 358<br>WOODBURY, NJ 08096<br>**ATTORNEYS FOR STEVEN BATTEL** |
| JOSEPH M. GAREMORE, ESQ.<br>BROWN & CONNERY, LLP<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096<br>**ATTYS FOR POLLUTION CONTROL CAMDEN COUNTY** | GILBERT B. WEISMAN, ESQ.<br>C/O BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701<br>**AMERICAN EXPRESS TRAVEL RELATED SVCS CO.** | KELLY A. KRAIL, ESQ. & KATHLEEN J. COLLINS, ESQ.<br>LITCHFIELD CAVO LLP<br>1800 CHAPEL AVENUE WEST, SUITE 360<br>CHERRY HILL, NJ 08002<br>**ATTORNEYS FOR QUICKWAY, INC.** |
| STEPHEN RICHMAN, T. KOHN, R. M. PETTIGREW<br>MARKOWITZ & RICHMAN<br>1100 NORTH AMERICAN BUILDING<br>121 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19107<br>**ATTORNEYS FOR U.I.U. HEALTH & WELFARE FUND** | ROBYN F. POLLACK, ESQ.<br>SAUL EWING LLP<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA, PA 19102<br>**ATTORNEYS FOR SL INDUSTRIES, INC**. | CAROL R. COBB, ESQ., LOUIS GIANSANTE, ESQ.<br>GIANSANTE & COBB, LLC<br>23 EAST MAIN STREET<br>MOORESTOWN, NJ 08057-3309<br>**ATTORNEYS FOR WARD SAND & MATERIALS, INC.** |
| SAM DELLA FERA, JR., ESQ.<br>TRENK, DIPASQUALE, WEBSTER<br>347 MT. PLEASANT AVENUE, SUITE 300<br>WEST ORANGE, NJ 07052<br>**ATTYS FOR METAL MGMT NE, METAL MGMT CT.** | DAVID AARONSON, ET AL.<br>ONE LOGAN SQUARE, 18TH AND CHERRY STREETS<br>PHILADELPHIA, PA 19103<br>**ATTYS FOR SEARS, GA-PACIFIC, GLIDDEN, AVERY DENNISON, BORDEN, CROWLEY., GARRETT-BUCHANAN, SOUTHEASTERN PA TRANS. AUTHORITY** | IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033<br>**ATTORNEYS FOR NORTHEAST METAL TRADERS** |
| ALAN P. FOX, ESQ.<br>CAPEHART & SCATCHARD, P.A..<br>LAUREL CORPORATE CENTET – SUITE 300 S<br>8000 MIDLATIC DRIVE<br>MOUNT LAUREL, NJ 08054<br>**ATTORNEYS FOR CREDITOR, COLOR** ~~SOURCE, INC~~ | WILLIAM G. WRIGHT, ESQ.<br>CAPEHART & SCATCHARD, P.A.<br>LAUREL CORPORATE CENTER, STE. 300 S<br>8000 MIDLATIC DRIVE<br>MOUNT LAUREL, NJ 08054<br>**ATTORNEYS FOR GE CAPITAL CORPORATION** | BRUCE BUECHLER, ESQ.<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br>**ATTYS FOR SUN CAPITAL PARTNERS GROUP IV, INC.** |
| ANDREW J. FLAME, HOWARD A. COHN<br>DRINKER BIDDLE & REATH LLP<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19801-1254<br>**ATTORNEYS FOR PPL ENERGYPLUS, LLC** | JOHN J. WINTER, ESQ.<br>THE CHARTWELL LAW OFFICES, LLP<br>VALLEY FORGE CORP. CTR.<br>970 RITTENHOUSE RD., SUITE 300<br>EAGLEVILLE, PA 19403<br>**ATTORNEYS FOR PPG INDUSTRIES, INC.** | JOHN C. SULLIVAN, ESQ.<br>POST & SCHELL PC<br>1600 JOHN F. KENNEDY BOULEVARD<br>PHILADELPHIA, PA 19103<br>**ATTYS FOR LIBERTY MUT, WAUSAU UNDERWRITERS** |
| DONALD G. FRANKEL<br>ONE GATEWAY CENTER, SUITE 616<br>NEWTON, MA 02458<br>**ENV NATURAL RESOURCES DIV. U.S. DEP OF JUSTICE** | TYLER S. GRADEN, ESQ.<br>CONRAD O'BRIEN GELLMAN & ROHN, P.C.<br>1515 MARKET STREET, 16TH FLOOR<br>PHILADELPHIA, PA 19102-1916<br>**ATTORNEYS FOR ROHM AND HAAS COMPANY** | TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 |
| JEANINE D. CLARK, ESQ.<br>MARGOLIS EDELSTEIN<br>216 HADDON AVENUE<br>P.O. BOX 9222<br>WESTMONT, NJ 08108<br>**ATTYS FOR SHAW ALLOY PIPING PROD.** | SHAWN M. CHRISTIANSON, ESQ.<br>BUCHALTER NEMER, PC<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105-2126<br>**ATTORNEYS FOR ORACLE CREDIT CORPORATION** | MICHAEL J. REYNOLDS, ESQ.<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NEW JERSEY 07932-1047<br>**ATTYS FOR NATIONWIDE** |

| | | |
|---|---|---|
| MELISSA A. PENA<br>NORRIS, MCLAUGHLIN & MARCUS<br>721 RT. 202-206<br>P.O. BOX 1018<br>SOMERVILLE, NJ 08876-1018<br>**ATTY. COMBUSTION ENG, SUCCESSOR OF C-E GLASS** | A. DENNIS TERRELL, ESQ.<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NEW JERSEY 07932-1047<br>**ATTYS FOR NATIONWIDE** | LINDA S. FOSSI, ESQ.<br>DEILY, MOONEY & GLASTETTER, LLP<br>ONE GREENTREE CENTRE<br>10000 LINCOLN DRIVE EAST – SUITE 201<br>MARLTON, NJ 08053<br>**ATTORNEYS FOR DCFS TRUST** |
| PHILIP S. ROSEN, ESQ.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>103 EISENHOWER PARKWAY<br>ROSELAND, NEW JERSEY 07068<br>**ATTYS FOR NATIONAL UNION FIRE INS.** | NOLA R. BENCZE, JAMES J. O'TOOLE<br>BUCHANAN INGERSOLL & ROONEY PC<br>1835 MARKET STREET, 14TH FLOOR<br>PHILADELPHIA, PA 19103<br>**ATTYS FOR WASTE MANAGEMENT OF NJ, INC.** | ALAN MEDLEY<br>1862 GENTRY FARM RD.<br>KING, NC 27021 |
| LEAH A. BYNON<br>UNITED STATES ATTORNEY'S OFFICE<br>970 BROAD STREET, SUITE 700<br>NEWARK, NJ 07102<br>**US CUSTOMS AND BORDER PROTECTION** | DAVID L. BRAVERMAN, ESQ.<br>BRAVERMAN KASKEY, P.C.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET, 56TH FLOOR<br>PHILADELPHIA, PA 19103<br>**ATTY FOR NE METAL TRADERS** | AMERIGAS<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1271<br>BORDENTOWN, NJ 08505-2198 |
| ADAIRVILLE HARDWARE<br>ATTN: PRES. OR GEN. COUNSEL<br>103 S. CHURCH ST.<br>ADAIRVILLE, KY 42202 | AICCO, INC<br>ATTN: PRES. OR GEN. COUNSEL<br>BOX 9045<br>NEW YORK, NY 10087-9045 | ARC WATER TREATMENT<br>ATTN: PRES. OR GEN. COUNSEL<br>114 HARVEY STREET<br>PHILADELPHIA, PA 19144 |
| AMCOR<br>ATTN: PRES. OR GEN. COUNSEL<br>835 WEST SMITH ROAD<br>MEDINA, OH 44256 | AMERICAN TONERSERV (ASVP)<br>ATTN: PRES. OR GEN. COUNSEL<br>6280 SOUTH VALLEY VIEW BLVD.<br>BLDG. F SUITE 612<br>LAS VEGAS, NV 89118 | ASSOCIATED INDUSTRIAL TIRE INC<br>ATTN: PRES. OR GEN. COUNSEL<br>606 WM. LEIGH DRIVE<br>TULLYTOWN, PA 19007 |
| ANDREW'S INTERNATIONAL CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>ROOM 1003, 96 CHUN-SHAN N. RD.<br>SEC. 2<br>TAIPEI   TAIWAN | APPLIED INDUSTRIAL TECH<br>ATTN: PRES. OR GEN. COUNSEL<br>124 E. 9TH. AVE.<br>RUNNEMEDE, NJ 08078 | BANK OF AMERICA<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 15713<br>WILMINGTON, DE 19886-5713 |
| ARCH WIRELESS<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 4062<br>WOBURN, MA 01888-4062 | ASE TECHNICAL SERVICE CORP, INC<br>ATTN: PRES. OR GEN. COUNSEL<br>1 GOLDENROD DRIVE<br>MOUNT LAUREL, NJ 08054 | C. PALMER DIE CASTING, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1278<br>OAKLAND, MD 21550 |
| ATX COMMUNICATIONS<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 9257<br>UNIONDALE, NY 11555-9257 | AUTOMATION AIDES<br>ATTN: PRES. OR GEN. COUNSEL<br>26 EVERGREEN AVENUE<br>WARMINSTER, PA 18974 | JOE MANGIERI, DIR. OF TREASURY<br>CHROMALOX<br>103 GAMMA DRIVE<br>PITTSBURGH, PA 15238 |

| | | |
|---|---|---|
| BELCO INDUSTRIES, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>115 EAST MAIN STREET<br>BELDING, MI  48809 | BURNER DYNAMICS, INC<br>ATTN: PRES. OR GEN. COUNSEL<br>5865 OLD LEEDS ROAD<br>SUITE A<br>BIRMINGHAM, AL  35210 | COLUMBIA MARKING TOOLS<br>ATTN: PRES. OR GEN. COUNSEL<br>27430 LUCKINO<br>CHESTERFIELD, MI  48047 |
| CHAMP PROSPERITY ENT CO., LTD.<br>ATTN: PRES. OR GEN. COUNSEL<br>ROOM 5, 13TH FL.<br>NO 457 CHENG KUNG ROAD<br>TAINAN   TAIWAN R.O.C. | CHROMALOX<br>ATTN: PRES. OR GEN. COUNSEL<br>701 ALPHA DR<br>PITTSBURG, PA  15238 | CULLIGAN WATER<br>ATTN: PRES. OR GEN. COUNSEL<br>3113 WEST RIDGE PIKE<br>EAGLEVILLE, PA  19408 |
| CHUNG HSIN ENTERPRISE LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NO. 16, SEC. 1 GUOR GUANG RD.<br>DAH LII<br>TAICHUNG COUNTY 412<br>TAICHUNG   CHINA | CLAIR HOME PRODUCTS<br>ATTN: PRES. OR GEN. COUNSEL<br>311-16 HONG-CHU VILLAGE<br>LU-CHU HSIANG<br>TAO-YUAN   CHINA | CUSTOMER CHOICE TRANS. INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1290<br>HULMEVILLE, PA  19047-5543 |
| COMMERCIAL-WAGNER INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>4101 ASHLAND AVE.<br>BALTIMORE, MD  21205 | CONESTOGA-ROVERS & ASSOC.<br>ATTN: PRES. OR GEN. COUNSEL<br>ROUTE 113-559<br>W. UWCHIAN AVENUE SUITE 120<br>EXTON, PA  19341 | DANIEL SUCHODOLSKI, LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>114 LAWNTON ROAD<br>WILLOW GROVE, PA  19090 |
| COURTENAY WHITEHURST<br>PO BOX 1287<br>NEWNAN, GA  30263 | CUSTOM CRAFT PLASTICS<br>ATTN: PRES. OR GEN. COUNSEL<br>100 KING ARTHUR'S COURT<br>PO BOX 6029J<br>NORTH BRUNSWICK, NJ  08902 | DATA DIRECT<br>ATTN: PRES. OR GEN. COUNSEL<br>400 WEST CUMMINGS PARK<br>SUITE 1575<br>WOBURN, MA  01801 |
| DALLAS TRANSFER<br>& TERMINAL WAREHOUSE<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 224301<br>DALLAS, TX  75222-4301 | DANA TRANSPORT<br>ATTN: PRES. OR GEN. COUNSEL<br>51 CROWN POINT ROAD<br>PAULSBORO, NJ  08066 | DOUBLE DOG COMMUNICATIONS<br>ATTN: PRES. OR GEN. COUNSEL<br>2615 JOPPA ROAD<br>YORK, PA  17403 |
| DANIELI-BREDA EXTRUSION AND<br>FORGING PRESSES S.P.A.<br>ATTN: PRES. OR GEN. COUNSEL<br>VIALE FULVIO TESTI, 124<br>20092 CINISELLO   BALSAMO ITALY | DANLY  DIE SET<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1292<br>CHICAGO, IL  60696-7697 | ESTES-EXPRESS LINES<br>ATTN: PRES. OR GEN. COUNSEL<br>ATTN CREDIT DEPARTMENT<br>3901 WEST BROAD STREET<br>RICHMOND, VA  23230-3962 |
| DELAWARE AVENUE<br>DISTRIBUTION CENTER INC<br>ATTN: PRES. OR GEN. COUNSEL<br>700 PATTISON AVE<br>PHILADELPHIA, PA  19148 | DGI SUPPLY<br>ATTN: PRES. OR GEN. COUNSEL<br>95 LOUISE DRIVE<br>SUITE B<br>IVYLAND PA  18974 | EVERTEK INDUSTRIES INC<br>ATTN: PRES. OR GEN. COUNSEL<br>SUITE C, 16F, 447, SEC. 3<br>WEN-SHIN ROAD<br>TAICHUNG   CHINA |

| | | |
|---|---|---|
| ELHAUS INDUSTRIEANLAGEN GMBH<br>ATTN: PRES. OR GEN. COUNSEL<br>RUDOLF-DIESEL-STR 1-3<br>78239 RIELASINGEN-WORBLINGEN<br>GERMANY | ENERGYPLUS, LLC<br>ANDREW J. FLAME AND HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 NORTH MARKET STREET, SUITE 1000<br>WILMINGTON, DE  19801-1254 | FOREVER GREEN HOLDINGS LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>117 FORT LEE RD, UNIT A-11<br>LEONIA, NJ  07605 |
| EVANS HEAT TREATING COMPANY<br>ATTN: PRES. OR GEN. COUNSEL<br>360 RED LION ROAD<br>HUNTINGDON VALLEY, PA  19006 | EVERSAFETY PRECISION INDUSTRY<br>(TIANJIN) CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>LIAO HO BEI ROAD<br>HI-TECH PARK<br>SHATIN, NT  300402 CHINA | FSS,LLC<br>FACILITY SYSTEMS STRATEGIES, LLC<br>2463 152ND AVE. NE<br>REDMOND, WA 98052 |
| F.C.F.C.U.<br>ATTN: PRES. OR GEN. COUNSEL<br>3301 S. GALLOWAY ST.<br>ROOM 241<br>PHILADELPHIA, PA  19148 | FILTER EQUIPMENT CO., INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1440 HWY 34<br>WALL TOWNSHIP, NJ  07753 | GMAC<br>ATTN M. BOHEN, AGENT<br>PO BOX 130424<br>ROSEVILLE, MN  55113 |
| FRANK MAYER & ASSOCIATES INC<br>ATTN: PRES. OR GEN. COUNSEL<br>5750 RIVER VALLEY TRAIL<br>ANAHEIM HILLS, CA  92807 | FROMM ELECTRIC SUPPLY<br>ATTN: PRES. OR GEN. COUNSEL<br>2020 SPRINGDALE ROAD<br>SUITE 200<br>CHERRY HILL, NJ  08034 | LAWRENCE J. FALLON, ESQ.<br>GMAC FINANCIAL SERVICES<br>P.O. BOX 130424<br>ROSEVILLE, MN 55113 |
| FSS, LLC<br>FILTER SERVICE AND SUPPLIES<br>198 FRESHWATER BLVD.<br>ENFIELD, CT 06082 | FUELL'S<br>ATTN: PRES. OR GEN. COUNSEL<br>RR01 BOX 11835<br>MANATI, PR  00674 | GREY HUB TROLLEY WHEEL CO.<br>ATTN: PRES. OR GEN. COUNSEL<br>17265 GABLE AVENUE<br>DETROIT, MI  48212 |
| LAWRENCE J. FALLON, ESQ.<br>GMAC FINANCIAL SERVICES<br>P.O. BOX 130424<br>ROSEVILLE, MN 55113 | GMAC<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 130424<br>ROSEVILLE, MN  55113 | GUARDIAN INDUSTRIES CORP.<br>ATTN: PRES. OR GEN. COUNSEL<br>4681 COLLECTIONS CENTER<br>CHIGAGO, IL  60693 |
| GOODWIN IMPORT AND EXPORT<br>CO LTD OF ZHONGSHAN<br>ATTN: PRES. OR GEN. COUNSEL<br>3/F NO 86 BLDG, SHUN JING GARDEN<br>ZHONGSHAN 4 ROAD<br>ZHONGSHAN GD   CHINA | GRAFCO<br>ATTN: M. GRAFE<br>20 REGINA ROAD<br>WOODBRIDGE ON  L4L8L6 CANADA | HANLIX INT'L CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>533 CHUNG SHAN ROAD, SHALU<br>TAICHUNG HSIEN   TAIWAN |
| GUANG ZHOU SHUN MING HARDWARE<br>ATTN: PRES. OR GEN. COUNSEL<br>YUANGANG VILLAGE, SAN JIANG<br>SHITAN TOWN, ZENGCHENG CITY<br>GUANGDONG PROVINCE   CHINA | GUANGZHOU WELOON METALWORK<br>ATTN: PRES. OR GEN. COUNSEL<br>SHASHUI INDUSTRIAL DISTRICT<br>SONGGANG, NANHAI<br>FOSHAN   CHINA | HENG HING METAL FACTORY LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>RM 515,5/F,VANTA INDUSTRIAL CENTRE,<br>21-33 TAI LIN PAI ROAD<br>KWAI CHUNG   CHINA |

| | | |
|---|---|---|
| HAINING ANJIE LOCKS CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>88 XIUCHUAN E,<br>ROAD CHANGGAN TOWN HANNING<br>ZHEJIANG   CHINA | HANDY HARDWARE WHOLESALE INC<br>ATTN:  CINDY RODRIGUEZ<br>8300 TEWANTIN DR<br>HOUSTON, TX  77061 | HYDRAULIC SOLUTIONS<br>DIVISION OF EASTERN LIFT TRUCK<br>ATTN: PRES. OR GEN. COUNSEL<br>549 E. LINWOOD AVENUE<br>MAPLE SHADE, NJ  08052 |
| HARWELL INDUSTRIES LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 267<br>NO 157, LANE 175, GWO-SHENG RD<br>CHANGHUA   TAIWAN | HAVE A CUP<br>ATTN: PRES. OR GEN. COUNSEL<br>1000 WASHINGTON AVE<br>CROYDON, PA  19021 | JETSTAR CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>16F, NO401, SEC 1, CHUNG SHAN ROAD<br>CHANG HUA CITY   TAIWAN |
| HENNEN & ASSOCIATES<br>ATTN: PRES. OR GEN. COUNSEL<br>10581 CR2300 (75474)<br>PO BOX 1449<br>QUINLAN, TX  75474-1449 | HUBLEY<br>ATTN: PRES. OR GEN. COUNSEL<br>128 JOHN SEVIER CIRCLE<br>ROGERSVILLE, TN  37857 | KINSUN INTERNATIONAL<br>TRADE CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>A-1203, NO 129, XINHUA RD<br>WUHAN   CHINA |
| HUGHES CONSULTANTS, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>65 OLD HIGHWAY 22<br>SUITE 10<br>CLINTON, NJ  08809 | INNER MONGOLIA ACME<br>HARDWARE CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>ROOM 1-4302, FANG TING GARDEN<br>NO 535 DONG FENG ROAD<br>HOHHOT   CHINA | LEBHAR-FRIEDMAN, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>425 PARK AVENUE<br>NEW YORK, NY  10022 |
| JIAXIN YINMAO INTL TRADING CO<br>ATTN: PRES. OR GEN. COUNSEL<br>NO. 562 HONGXING ROAD<br>JIAXING   314001 CHINA | KAMBO SECURITY PRODUCTS<br>ATTN: PRES. OR GEN. COUNSEL<br>UNIT 01-02, 5-FL.<br>KWAI FUNG STREET<br>KWAI CHUNG, N.T.   CHINA | LOMAS, L. ROBERTO P.E.<br>1432 WOODFORD RD.<br>CLEMMONS, NC  27012 |
| KRG LOGISTICS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>170 TRADERS BLVD. EAST<br>MISSISSAUGA ON  L4Z 1W7 CANADA | LAWNMOWERS UNLIMITED INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>491 ROUTE 38 WEST<br>MAPLE SHADE, NJ  08052 | NEW HOCHA ALUMINUM IND CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NANHAI FOSHAN<br>XING XIAN RD,M DALI TOWN<br>NANHAI CITY, 321 NATIONAL RD<br>GUANGDONG   528231 CHINA |
| LEE ELECTRIC, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 238<br>309 51ST STREET<br>WEST NEW YORK, NJ  07093 | LEN DOR SPECIALTIES, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1298 S. 28TH STREET<br>HARRISBURG, PA  17111 | ROYALPLAST DOOR SYSTEMS CO.<br>ATTN: PRES. OR GEN. COUNSEL<br>5770 HIGHWAY #7 WEST<br>WOODBRIDGE ON  L4L 3A2 CANADA |
| LOXON LOCK CO<br>ATTN: PRES. OR GEN. COUNSEL<br>6F,NO.76 SEC.1, ROOSEVELT RD<br>TAIPEI  10074 TAIWAN | MIRILLAS OPTICAS, S.L.<br>ATTN: JOSE M PEDRET, ADMINISTRATOR<br>CUARTEL DE LEVANTE, 7<br>PARETS DEL VALLES   08150 BARCELONA, SPAIN | SHUNDE HUATAI METAL GOODS<br>ATTN: PRES. OR GEN. COUNSEL<br>NO. 1 HEAN INDUSTRY ROAD<br>LELIU TOWN<br>SHUNDE CITY<br>GUANGDONG   CHINA |

| | | |
|---|---|---|
| NINGBO JINTIAN IMPORT<br>& EXPORT CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>6F, GUANGFA MANSION<br>473 LINGQIAO RD<br>NINGBO   315000 CHINA | OMAV S.P.A.<br>ATTN: PRES. OR GEN. COUNSEL<br>VIA STACCA, 2<br>25050 RODENGO SAIANO BS<br>ITALY | TOKING HARDWARE INDUSTRIAL CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>UNIT 503 5/F SILVERCORP TOWER<br>30 CANTON ROAD TSIM SHA TSUI<br>KL   HONG KONG |
| SHANGHAI ELECTRIC INTL<br>ATTN: PRES. OR GEN. COUNSEL<br>F6, TOWER 1,<br>SHANGHAI RESOURCE PLAZA<br>NO 268 ZHONGSHAN ROAD(S)<br>SHANGHAI   200010 CHINA | SHANGHAI HOUSING PRODUCTS CO., LTD.<br>ATTN: PRES. OR GEN. COUNSEL<br>RM 101, NO 19, NINAJIABANG RD.<br>LANE 501, NIANJIABANG ROAD<br>ZHOUPU TOWN, PUDONG,<br>SHANGHAI   CHINA | YONGFENG ALUMINUM CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>XIEBIAN INDUSTRIAL AREAL, DALI TOWN<br>NANHAI FOSHAN CITY<br>GUANGDONG   CHINA |
| STYLUS SYSTEMS INC<br>DBA FLATWORLD SOLUTIONS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>#210 5A CROSS,<br>3RD BLOCK, HRBR LAYOUT<br>BANGALORE   560043 INDIA | TIANJIN ZONGHENG IND&TRADE CO<br>ATTN: PRES. OR GEN. COUNSEL<br>NO 168 BALDI ROAD, NANKAI DISTRICT<br>TIANJIN   CHINA | YUYAO MUNICIPAL COMMERCIAL<br>FOREIGN TRADE CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NO 57 YANGMING EAST ROAD<br>YUYAO<br>ZHEJIANG   CHINA |
| TRADUCTA INC<br>ATTN: PRES. OR GEN. COUNSEL<br>35, CHEMIN BELLA VISTA<br>ST-BASILE-LE-GRAND QC  J3N 1L1 CANADA | YONG AN PRINTING CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>JING YE STREET<br>CHEN YONG INDUSTRIAL PARK<br>PAN YU, GUANGZHOU<br>GUANGDONG   CHINA | DGI Supply-A DoALL Company<br>1480 South Wolf Road<br>Wheeling, IL 60090 |
| YUHUA AUTOMOBILE SPARE PARTS<br>ATTN: PRES. OR GEN. COUNSEL<br>MANUFACTURING CO LTD<br>NO 3 ZHENGDA ROAD<br>HAIBEI INDUSTRIAL, HAIAN<br>RUIAN   CHINA | YUYAO HOLY METAL CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>INDUSTRY A BOROUGH<br>HUANG JIABU TOWN<br>YUYAO<br>NINGBO   CHINA | ENERGYPLUS, LLC<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932<br>ATTN: ANDREW J. FLAME, ESQ. |
| STYLUS SYSTEMS INC<br>#924, 5A CROSS<br>1ST BLOCK, HRBR LAYOUT<br>KALYAN NAGAR, BANGALORE 560043 INDIA | TOKING HARDWARE INDUSTRIAL CO LTD<br>4-707 XIXI FENGSHANG, NO. 499<br>WEST WENSAN ROAD<br>HANGZHOU 310012 CHINA | HAIN CAPITAL HOLDINGS, LTD.<br>301 RTE 17, 6th Floor<br>RUTHERFORD, NJ 07070<br>ATTN: GANNA LIBERCHUK |
| ROYALPLAST DOOR SYSTEMS CO.<br>1085 DES CHEMINOTS<br>LACHENAIE J6W 061 CANADA<br><br>71 ROYAL GROUP CRESCENT<br>WOODBRIDGE, ONTARIO<br>L4H 1X9 CANADA | ROYALPLAST DOOR SYSTEMS CO.<br>71 ROYAL GROUP CRESCENT<br>WOODBRIDGE, ONTARIO<br>L4H 1X9 CANADA | JASON HARDWARE CO., LTD<br>ATTN: JASON WANG, CEO<br>LI-DE INDUSTRIAL ESTATE LIANXIA,<br>CHENGHAI DISTRICT, SHAN TOU CITY<br>GUANG DONG PROVINCE   515834 CHINA |

# EXHIBIT B

**SHAPES/ARCH HOLDINGS L.L.C., et al.**
**SERVICE LIST**
**(SIXTH OMNIBUS CLAIMS OBJECTION)**

| | | |
|---|---|---|
| CHUNG HSIN ENTERPRISE LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NO. 16, SEC. 1 GUOR GUANG RD.<br>DAH LII<br>TAICHUNG COUNTY 412<br>TAICHUNG   CHINA | CLAIR HOME PRODUCTS<br>ATTN: PRES. OR GEN. COUNSEL<br>311-16 HONG-CHU VILLAGE<br>LU-CHU HSIANG<br>TAO-YUAN   CHINA | GOODWIN IMPORT AND EXPORT<br>CO LTD OF ZHONGSHAN<br>ATTN: PRES. OR GEN. COUNSEL<br>3/F NO 86 BLDG, SHUN JING GARDEN<br>ZHONGSHAN 4 ROAD<br>ZHONGSHAN GD   CHINA |
| GRAFCO<br>ATTN: M. GRAFE<br>20 REGINA ROAD<br>WOODBRIDGE ON  L4L8L6 CANADA | HAINING ANJIE LOCKS CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>88 XIUCHUAN E,<br>ROAD CHANGGAN TOWN HANNING<br>ZHEJIANG   CHINA | JASON HARDWARE CO., LTD<br>ATTN: JASON WANG, CEO<br>LI-DE INDUSTRIAL ESTATE LIANXIA,<br>CHENGHAI DISTRICT, SHAN TOU CITY<br>GUANG DONG PROVINCE   515834 CHINA |
| KAMBO SECURITY PRODUCTS<br>ATTN: PRES. OR GEN. COUNSEL<br>UNIT 01-02, 5-FL.<br>KWAI FUNG STREET<br>KWAI CHUNG, N.T.   CHINA | KRG LOGISTICS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>170 TRADERS BLVD. EAST<br>MISSISSAUGA ON  L4Z 1W7 CANADA | MIRILLAS OPTICAS, S.L.<br>ATTN: JOSE M PEDRET, ADMINISTRATOR<br>CUARTEL DE LEVANTE, 7<br>PARETS DEL VALLES   08150 BARCELONA, SPAIN |
| NEW HOCHA ALUMINUM IND CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NANHAI FOSHAN<br>XING XIAN RD,M DALI TOWN<br>NANHAI CITY, 321 NATIONAL RD<br>GUANGDONG   528231 CHINA | OMAV S.P.A.<br>ATTN: PRES. OR GEN. COUNSEL<br>VIA STACCA, 2<br>25050 RODENGO SAIANO BS<br>ITALY | ROYALPLAST DOOR SYSTEMS CO.<br>ATTN: PRES. OR GEN. COUNSEL<br>5770 HIGHWAY #7 WEST<br>WOODBRIDGE ON  L4L 3A2 CANADA |
| TOKING HARDWARE INDUSTRIAL CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>UNIT 503 5/F SILVERCORP TOWER<br>30 CANTON ROAD TSIM SHA TSUI<br>KL   HONG KONG | TRADUCTA INC<br>ATTN: PRES. OR GEN. COUNSEL<br>35, CHEMIN BELLA VISTA<br>ST-BASILE-LE-GRAND QC  J3N 1L1 CANADA | YONG AN PRINTING CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>JING YE STREET<br>CHEN YONG INDUSTRIAL PARK<br>PAN YU, GUANGZHOU<br>GUANGDONG   CHINA |
| YONGFENG ALUMINUM CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>XIEBIAN INDUSTRIAL AREAL, DALI TOWN<br>NANHAI FOSHAN CITY<br>GUANGDONG   CHINA | YUYAO MUNICIPAL COMMERCIAL<br>FOREIGN TRADE CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NO 57 YANGMING EAST ROAD<br>YUYAO<br>ZHEJIANG   CHINA | |

# EXHIBIT C

**SHAPES/ARCH HOLDINGS L.L.C.,** *et al.*
SERVICE LIST
(SIXTH OMNIBUS CLAIMS OBJECTION)

| | | |
|---|---|---|
| CLAIR HOME PRODUCTS<br>ATTN: PRES. OR GEN. COUNSEL<br>311-16 HONG-CHU VILLAGE<br>LU-CHU HSIANG<br>TAO-YUAN   CHINA | SHANGHAI ELECTRIC INTL<br>ATTN: PRES. OR GEN. COUNSEL<br>F6, TOWER 1,<br>SHANGHAI RESOURCE PLAZA<br>NO 268 ZHONGSHAN ROAD(S)<br>SHANGHAI   200010 CHINA | SHUNDE HUATAI METAL GOODS<br>ATTN: PRES. OR GEN. COUNSEL<br>NO. 1 HEAN INDUSTRY ROAD<br>LELIU TOWN<br>SHUNDE CITY<br>GUANGDONG   CHINA |