Aqua Legal Department
  Attorney for Creditor
  Aqua Pennsylvania, Inc.

------------------------------------------------------------

| In the Matter of: | : | UNITED STATES BANKRUPTCY |
|---|---|---|
|  | : | COURT FOR THE DISTRICT OF |
| SHAPES /ARCH HOLDINGS, LLC, *et. al.* | : | NEW JERSEY |
| , | : | HONARABLE GLORIA M. BURNS |
| Reorganized Debtors | : | Case No. 08-14631(GMB) |
|  | : |  |
|  | : | Chapter 11 |
|  | : |  |
|  | : |  |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk:

    Kindly enter my appearance as Counsel for Aqua Pennsylvania, Inc. in the above captioned matter.

        Respectfully,

         /S/ ANDREW HENRY_____
        Andrew Henry, Esquire
        Assistant General Counsel
        Aqua Pennsylvania, Inc. / Legal Department
        762 W. Lancaster Avenue
        Bryn Mawr, PA  19010
        (610) 645-4237 (telephone)
        (610) 520-9127 (telefax)
        aphenry@aquaamerica.com

Dated:  May 12, 2010