UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                  :    Case no.:    _____
                                                        :
                                                        :    Chapter:     _____
                                                        :
         Debtor(s)                                      :    Judge:       _____
_____:

**CERTIFICATION OF NO OBJECTION**

I hereby certify that there have been no objections filed relative to the following Notice of :

❏    Abandonment

❏    Public Sale

❏    Private Sale

❏    Settlement of Controversy

❏    Auctioneer Compensation

Description of Property (if applicable):

Date: _____            JAMES J. WALDRON, Clerk

*Last revised: 1/14/10*