Order Filed on
**5/6/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**HALPERIN BATTAGLIA RAICHT, LLP**

555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone (212) 765-9100
Facsimile (212) 765-0964
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**

A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602
Telephone (201) 489-3000
Facsimile (201) 489-1536
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for the Class 10 Trust

In Re:

SHAPES/ARCH HOLDINGS L.L.C., *et al.*,

Reorganized Debtors.

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Gloria M. Burns

## CONSENT ORDER FIXING THE AMOUNT
## OF THE CLAIM OF A. JEROME GROSSMAN
### (Claim Number 598)

The relief set forth in the following pages, pages two (2) through five (5), is hereby

**ORDERED.**

**DATED: 5/6/2010**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)
Debtor:                SHAPES/ARCH HOLDINGS L.L.C., *et al.*,
Case No.:              08-14631 (GMB)
Caption of Order:      CONSENT ORDER FIXING THE AMOUNT OF THE CLAIM OF A.
                       JEROME GROSSMAN (Claim Number 598)

**WHEREAS**, on March 16, 2008, the above-captioned debtors (the "Debtors") filed

voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the

"Bankruptcy Code"); and

**WHEREAS**, on the Petition Date, the Debtors filed their Statements of Financial Affairs,

Schedules of Assets and Liabilities, and Schedule of Executory Contracts and Unexpired Leases

(the "Bankruptcy Schedules"); and

**WHEREAS**, on March 18, 2008, this Court entered an Order pursuant to Bankruptcy

Rules 2002(a)(7) and 3003(c)(3) establishing the deadline for the filing of proofs of claim

evidencing pre-petition claims (the "Bar Date Order"); and

**WHEREAS**, Pursuant to the Bar Date Order, the deadline for all persons and entities to

file proofs of claim against the Debtors for claims that arose on or prior to the Petition Date was

May 15, 2008; and

**WHEREAS**, on May 13, 2008 A. Jerome Grossman ("Grossman") filed proof of claim

numbered 598, as a general unsecured claim against the Debtors' estates, in the amount of $

1,554,931.35 (the "Proof of Claim"); and

**WHEREAS**, by Order dated July 24, 2008, the Bankruptcy Court confirmed the

Debtors' Third Amended Joint Plan of Reorganization, (the "Plan"); and

**WHEREAS**, pursuant to Sections 4.5, 5.2 and 5.3 of the Plan and Article IV of the Plan

Administration Agreement (an exhibit to the Plan), the Class 10 Liquidation Trust (the "Trust"),

*Approved by Judge Gloria M. Burns May  06, 2010*

(Page 3)
Debtor:               SHAPES/ARCH HOLDINGS L.L.C., *et al*.,
Case No.:             08-14631 (GMB)
Caption of Order:     CONSENT ORDER FIXING THE AMOUNT OF THE CLAIM OF A.
                      JEROME GROSSMAN (Claim Number 598)

by its Trustee, Steven D. Sass, was empowered to, among other things, review, file objections to and resolve unsecured claims; and

**WHEREAS**, on December 11, 2009 the Trust filed its Fourth Omnibus Objection to Claims (the "Claims Objection") in which it objected to the Proof of Claim and sought to reduce the Proof of Claim; and

**WHEREAS**, on December 23, 2009, in response to the Objection (the "Response"), counsel to Grossman filed a response to the Claims Objection; and

**WHEREAS**, on January 7, 2010, counsel to the Trust withdrew the Objection, as it related to the Proof of Claim, without prejudice; and

**WHEREAS,** after filing the Response counsel to Grossman and counsel to the Trust worked together to resolve the issues raised in the Objection; and

**WHEREAS**, the Trust has reviewed the Proof of Claim, information provided by Grossman and the Debtors' books and records as they pertain to Grossman, and has engaged in good faith, arms' length negotiations with Grossman; and

**NOW, THEREFORE**, in consideration of the foregoing premises and of the mutual agreements and covenants hereinafter set forth, the parties hereto intending to be legally bound hereby, agree as follows:

1.      The Trust and Grossman have agreed to fix the amount of the Proof of Claim at $1,549,931.35 (the "Fixed Claim").  The Fixed Claim shall be classified as a general unsecured claim against the Debtors.

*Approved by Judge Gloria M. Burns May  06, 2010*

(Page 4)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.*, |
| Case No.: | 08-14631 (GMB) |
| Caption of Order: | CONSENT ORDER FIXING THE AMOUNT OF THE CLAIM OF A. JEROME GROSSMAN (Claim Number 598) |

2.     This Agreement shall be binding upon and shall inure to the benefit of each of the parties hereto and their respective successors and assigns and any successor of any of them.

3.     No modification or waiver of, or with respect to, any provision of this Agreement, or consent to any departure from any of the terms or conditions hereof, shall in any event be effective unless it shall be in writing and signed by the parties hereto.

4.     This Agreement has been negotiated and entered into in the interest of settlement and compromise only, without an admission, liability or fault on the part of any party.

5.     This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute but one and the same agreement.  A facsimile signature shall be sufficient to bind the parties as if it were an original signature.

6.     Each party expressly represents that it has entered freely and voluntarily into this Agreement after careful review and the opportunity to consult with counsel.  Except as otherwise expressly set forth herein, no representations have been made by either party with respect to any of the matters addressed in this Agreement or with respect to the Chapter 11 case.

45765/0003-6488810v1

*Approved by Judge Gloria M. Burns May  06, 2010*

(Page 5)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.*, |
| Case No.: | 08-14631 (GMB) |
| Caption of Order: | CONSENT ORDER FIXING THE AMOUNT OF THE CLAIM OF A. JEROME GROSSMAN (Claim Number 598) |

Dated: April 29, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:   */s/ Felice R. Yudkin*
    Ilana Volkov, Esq.
    Felice R. Yudkin, Esq.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602
Telephone (201) 489-3000
Facsimile (201) 489-1536

-and-

HALPERIN BATTAGLIA RAICHT, LLP
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile

Co-Counsel for the Class 10 Liquidation Trust


KLEHR HARRISON HARVEY
BRANZBURG LLP

By:   ____*/s/ Jeffrey Kurtzman*____
    Jeffrey Kurtzman, Esq.
    457 Haddonfield Road, Suite 510
    Cherry Hill, NJ 08002-2220

   Counsel for A. Jerome Grossman

*Approved by Judge Gloria M. Burns May 06, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: bdrayton          Page 1 of 1          Date Rcvd: May 11, 2010
Case: 08-14631               Form ID: pdf903          Total Noticed: 3

The following entities were noticed by first class mail on May 13, 2010.
db          +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204
aty         +Kevin M. McKenna,   Latsha Davis Yohe & McKenna,   350 Eagleview Boulevard,   Suite 100,
             Exton, PA 19341-1178
aty         +Timothy W. Garvey,   Latsha, Davis, Yohe & McKenna,   3000 Atrium Way,   Suite 251,
             Mt. Laurel, NJ 08054-3926

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2010**                    **Signature:**   _Joseph Speetjens_