**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT |
|  | FOR THE DISTRICT OF NEW JERSEY |
|  | HON. GLORIA M. BURNS |
|  | CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.,* |  |
|  | Chapter 11 |
| Reorganized Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                             )   SS.:
COUNTY OF BERGEN       )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

1.      I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman

& Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2.      On May 6, 2010, I caused to be served a letter regarding the rescheduling of the

hearing on the *Class 10 Liquidation Trust's Motion Objecting to Claims Under Section 502(d) of*

*the Bankruptcy Code and Requesting Related Relief* from July 26, 2010 to **Tuesday, July 27,**

**2010, at 10:00 a.m.***,* on all parties on the Service List attached hereto, by depositing a true copy

in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive

care and custody of the United States Post Office Department within the State of New Jersey.

3.      All parties receiving electronic notification of filing via the Court's CM/ECF

system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.


                                        */s/ Cynthia Braden*
                                        CYNTHIA BRADEN

Sworn and subscribed to before me
this 17th day of May, 2010.

      */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

45765/0003-6737972v1

**Shapes/Arch Holdings L.L.C., *et al*.**
**502(d) Objection Service List**

| | | |
|---|---|---|
| Donald F. MacMaster, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>**Office of the United States Trustee** | Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>**Attorneys for Debtors** | Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>**Attorneys for Debtors** |
| Robert Lapowsky, Esq.<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>**Special Counsel to Debtors** | Internal Revenue Service<br>955 S. Springfield Avenue<br>P.0. Box 724<br>Springfield, NJ 07081-0724 | Internal Revenue Service<br>1050 Waverly Place<br>Holtsville, NY 00501 |
| Joel Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998<br>**Attys for ASI Funding, LLC, Arcus ASI, Inc.** | Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>**Attorneys for Glencore Ltd.** | Jennifer M. Davies, Esq.<br>Sherry D. Lowe, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053<br>**Attorneys for Modern Handling Equipment** |
| Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzbug & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102<br>**Attys for A. J. Grossman and Frank Kessler** | David Phillips, Todd Galante, Jeffrey Zalkin<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, NJ 07105-2249<br>**Attorneys for De Lage Landen Financial** | Emmanuel Argentieri, Esq./Oren Klein, Esq.<br>Parker McCay<br>3 Greensreet Centre; 7001 Lincoln Dr. West<br>PO Box 974<br>Marlton, NJ 08053<br>**Attorneys for Pennsauken Township** |
| Mark J. Dorval, Esq.<br>Stradley Ronon Stevens & Young LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103<br>**Attys for CIT Group/Business Credit, Inc.** | Louis DeLucia, Alan Brody, Alyson Fiedler<br>Greenberg Traurig, LLP<br>200 Park Ave.<br>Florham Park, NJ 07932<br>**Attorneys for Arch Acquisition I, LLC** | Attorney General – NJ<br>Richard J, Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625 |
| Timothy A. Bortz,<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1184<br>**Office of Unemployment Tax - Pennsylvania** | John R. Morton, Jr. Esq.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057<br>**Attys for Jaguar Credit Corporation &<br>Wells Fargo Equipment Finance, Inc.** | Christine R. Etheridge, Bankruptcy Administration<br>1738 Bass Road, P.O. Box 13708<br>Macon, GA 31208-3708<br>**IKON Financial Services** |
| Joseph M. Garemore, Esq.<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096<br>**Attys for Pollution Control Camden County** | Gilbert B. Weisman, Esq.<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>**American Express Travel Related Svcs Co.** | Cheryl L. Cooper, Esq.<br>Holston, MacDonald, Uzdavinis<br>66 Euclid Street, P.O. Box 358<br>Woodbury, NJ 08096<br>**Attorneys for Steven Battel** |
| Stephen Richman, T. Kohn, R. M. Pettigrew<br>Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107<br>**Attorneys for U.I.U. Health & Welfare Fund** | Robyn F. Pollack, Esq.<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>**Attorneys for SL Industries, Inc**. | Kelly A. Krail, Esq. & Kathleen J. Collins, Esq.<br>Litchfield Cavo LLP<br>1800 Chapel Avenue West, Suite 360<br>Cherry Hill, NJ 08002<br>**Attorneys for Quickway, Inc.** |

| | | |
|---|---|---|
| Sam Della Fera, Jr., Esq.<br>Trenk, DiPasquale, Webster<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>**Attys for Metal Mgmt NE, Metal Mgmt CT.** | David Aaronson, et al.<br>One Logan Square, 18th and Cherry Streets<br>Philadelphia, PA 19103<br>Attys for Sears, GA-Pacific, Glidden, Avery<br>Dennison, Borden, Crowley., Garrett-Buchanan,<br>Southeastern PA Trans. Authority | Carol R. Cobb, Esq., Louis Giansante, Esq.<br>Giansante & Cobb, LLC<br>23 East Main Street<br>Moorestown, NJ 08057-3309<br>**Attorneys for Ward Sand & Materials, Inc.** |
| Andrew J. Flame, Howard A. Cohn<br>Drinker Biddle & Reath LLP<br>1100 North Market Street<br>Wilmington, DE 19801-1254<br>**Attorneys for PPL Energyplus, LLC** | William G. Wright, Esq.<br>Capehart & Scatchard, P.A.<br>Laurel Corporate Center, Ste. 300 S<br>8000 Midlantic Drive<br>Mount Laurel, NJ 08054<br>**Attorneys for GE Capital Corporation** | Ira R. Deiches, Esq.<br>Deiches & Ferschmann.<br>25 Wilkins Avenue<br>Haddonfield, NJ 08033<br>**Attorneys for Northeast Metal Traders** |
| Donald G. Frankel<br>One Gateway Center, Suite 616<br>Newton, MA 02458<br>**Env Natural Resources Div. U.S. Dep of Justice** | John J. Winter, Esq.<br>The Chartwell Law Offices, LLP<br>Valley Forge Corp. Ctr.<br>970 Rittenhouse Rd., Suite 300<br>Eagleville, PA 19403<br>**Attorneys for PPG Industries, Inc.** | Bruce Buechler, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>**Attys for Sun Capital Partners Group IV, Inc.** |
| Jeanine D. Clark, Esq.<br>Margolis Edelstein<br>216 Haddon Avenue<br>P.O. Box 9222<br>Westmont, NJ 08108<br>**Attys for Shaw Alloy Piping Prod.** | Tyler S. Graden, Esq.<br>Conrad O'Brien Gellman & Rohn, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102-1916<br>**Attorneys for Rohm and Haas Company** | John C. Sullivan, Esq.<br>Post & Schell PC<br>1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103<br>**Attys for Liberty Mut, Wausau Underwriters** |
| Melissa A. Pena<br>Norris, McLaughlin & Marcus<br>721 Rt. 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876-1018<br>**Atty. Combustion Eng, Successor of C-E Glass** | Shawn M. Christianson, Esq.<br>Buchalter Nemer, PC<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>**Attorneys for Oracle Credit Corporation** | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Philip S. Rosen, Esq.<br>Zeichner Ellman & Krause LLP<br>103 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>**Attys for National Union Fire Ins.** | A. Dennis Terrell, Esq.<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>**Attys for Nationwide** | Michael J. Reynolds, Esq.<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>**Attys for Nationwide** |
| Leah A. Bynon<br>United States Attorney's Office<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>**US Customs and Border Protection** | Nola R. Bencze, James J. O'Toole<br>Buchanan Ingersoll & Rooney PC<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103<br>**Attys for Waste Management of NJ, Inc.** | Linda S. Fossi, Esq.<br>Deily, Mooney & Glastetter, LLP<br>One Greentree Centre<br>10000 Lincoln Drive East – Suite 201<br>Marlton, NJ 08053<br>**Attorneys for DCFS Trust** |
| 7 OIL COMPANY INC.<br>PO BOX 2526<br>CINNAMINSON, NJ 08077<br>ATTN: MICHAEL CAIRN | 7 OIL COMPANY INC.<br>PO BOX 2526<br>CINNAMINSON, NJ 08077<br>ATTN: LINDA KAPRAL | ACE PALLET CORP<br>PO BOX 228<br>PAULSBORO, NJ 08066<br>ATTN: CYNTHIA UNGER |
| JOHN M. MAKOWSKI, ESQ.<br>GREENTREE EXECUTIVE CAMPUS<br>4003 LINCOLN DRIVE WEST, SUITE C<br>MARLTON, NJ 08053-1523<br>**ATTY FOR ACE PALLET CORP.** | AQUA PA<br>PO BOX 1229<br>NEWARK, NJ 07101-1229 | AQUA PA<br>ATTN: ANDREW HENRY, ASSISTANT GENERAL<br>COUNSEL<br>762 LANCASTER AVENUE<br>BRYN MAWR, PA 19010 |

| | | |
|---|---|---|
| CELADON LOGISTICS SERVICES, INC.<br>9503 E 33RD ST<br>INDIANAPOLIS, IN 46235<br>ATTN CINDY FESSELMEYER | JOHN S. MAIRO, ESQ.<br>100 SOUTHGATE PARKWAY<br>P.O. BOX 1997<br>MORRISTOWN, NJ 07962-1997<br>**ATTY FOR CELADON LOGISTICS SERVICES** | CROWN CREDIT COMPANY<br>P.O. BOX 640352<br>CINCINNATI, OH 45264-0352 |
| JOHN C. KILGANNON, ESQ.<br>STEVENS & LEE<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103<br>**ATTY FOR CROWN CREDIT COMPANY** | DGI SUPPLY<br>95 LOUISE DRIVE, SUITE B<br>IVYLAND, PA 18974 | DGI SUPPLY-A DOALL COMPANY<br>1480 SOUTH WOLF ROAD<br>WHEELING IL 60090 |
| EXCO EXTRUSION DIES<br>56617 NORTH BAY DRIVE<br>CHESTERFIELD, MI 48051<br>ATTN: JANET SLEDMERE, CONTROLLER | VICTOR A. VEPRAUSKAS IV, ESQ.<br>BEIER HOWLETT, P.C.<br>200 E. LONG LAKE RD., STE. 110<br>BLOOMFIELD HILLS, MI 48304<br>**ATTY FOR EXCO EXTRUSION** | FITZPATRICK CONTAINER<br>800 EAST WALNUT STREET<br>NORTH WALES, PA 19454<br>ATTN: JIM ZEBROWSKI |
| MELISSA ANN SIMOLA, ESQ.<br>HALBERSTADT CURLEY, LLC<br>1100 E. HECTOR ST., SUITE 425 CONSHOHOCKEN, PA 19428<br>**ATTY FOR FITZPATRICK CONTAINER** | GRABELL, STEVEN<br>C/O ASHELY CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>20 BRACE ROAD, SUITE 201<br>CHERRY HILL, NJ 08034-2634 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103<br>**ATTY FOR STEVEN GRABELL, HELENE KENDALL, PAUL SORENSEN** |
| GRAYS TRUCKING<br>735 BROAD STREET<br>BEVERLY, NJ 08010 | GRAYS TRUCKING<br>735 BROAD STREET<br>BEVERLY, NJ 08010<br>ATTN: MICHAEL VANDERMAY | HOUGHTON METAL FINISHING<br>1075 WINDWARD RIDGE PKWY<br>SUITE 180<br>ALPHARETTA, GA 30005 |
| HOUGHTON METAL FINISHING CO.<br>C/O HOUGHTON INTERNATIONAL INC.<br>ATTN: PAUL DEVIVO, PRESIDENT<br>MADISON & VAN BUREN AVENUES<br>PO BOX 930<br>VALLEY FORGE, PA 19482-0930 | HOUSEHOLD METALS, INC<br>645 E. ERIE AVE.<br>PHILADELPHIA, PA 19134<br>ATTN: DAWN WILBEKIATIS | JOE BODNAR, ESQ.<br>POST OFFICE BOX 1022<br>2101 NORTH HARRISON STREET<br>WILMINGTON, DE 19899-1022<br>**ATTY FOR HOUSEHOLD METALS** |
| (INGERSOLL RAND d/b/a) SCHLAGE LOCK COMPANY<br>75 REMITTANCE DRIVE<br>STE 6079<br>CHICAGO, IL 60675-6079 | ALEX KRESS, ESQ.<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN, NJ 07962-1981<br>**ATTY FOR INGERSOLL RAND** | K & M TRANSPORT LLC<br>526 RAILROAD BLVD.<br>BUENA, NJ 08310 |
| KENDALL, HELENE<br>C/O KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102 | MATALCO INC.<br>850 INTERMODAL DRIVE<br>BRAMPTON, ON L6T 0B5<br>CANADA | MALBER TOOL<br>2115 BYBERRY ROAD<br>HUNTINGDON VALLEY, PA 19006<br>ATTN: TOM ORLIK |
| JOSH LADOV, ESQ.<br>LIPSKY AND BRANDT<br>1200 LAUREL OAK ROAD, SUITE 104<br>VOORHEES, NJ 08043<br>**ATTY FOR MALBER TOOL** | MELTON TRUCK LINES, INC.<br>808 N 161ST E. AVE.<br>TULSA, OK 74116<br>ATTN: LISA M. FAGLEMAN | KIMBERLY SALOMON, ESQ.<br>FORMAN HOLT ELIADES & RAVIN LLC<br>80 ROUTE 4 EAST, SUITE 290<br>PARAMUS, NJ 07652<br>**ATTY FOR MATALCO** |

| | | |
|---|---|---|
| M E B LOGISTICS<br>PO BOX 1644<br>DOYLESTOWN, PA 18901 | NORTHEAST METAL TRADERS, INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | JOHN HOWLAND, ESQ.<br>ROSENSTEIN, FIST & RINGOLD<br>525 S. MAIN, STE 700<br>TULSA, OK 74103<br>**ATTY FOR MELTON TRUCK LINES** |
| METAL KOTING<br>1430 MARTIN GROVE ROAD<br>ATTN: TONY FARRUGIA<br>REXDALE, ON M9W 4Y1<br>CANADA | GORDON TOERING, ESQ.<br>900 FIFTH THIRD CENTER<br>111 LYON STREET NW<br>GRAND RAPIDS, MI 49503-2487<br>**ATTY FOR ODL INC.** | DAVID L. BRAVERMAN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET, 56TH FLOOR<br>PHILADELPHIA, PA 19103<br>**ATTY FOR NE METAL TRADERS** |
| ODL INC<br>215 E ROOSEVELT AVE<br>ZEELAND, MI 49464<br>ATTN AMY L DEHEEUW | POLYONE CORP<br>DEPT CH 10489<br>ATTN: DEBBIE NOSKI<br>PALATINE, IL 60055-0489 | OILGEAR COMPANY, THE<br>C/O COFACE NORTH AMERICA, INC.<br>50 MILLSTONE RD., BLDG. 100, STE. 360<br>EAST WINDSOR, NJ 08520<br>ATTN AMY SCHMIDT AS AGENT |
| OILGEAR CO.<br>2300 S. 51st STREET<br>MILWAUKEE, WI 53219<br>ATTN: HOWARD LAUNSTEIN | PSK STEEL CORP.<br>PO BOX 308<br>HUBBARD, OH 44425<br>ATTN PATRICIA J LYDIC, OFFICE MANAGER | MARK WEINTRAUB, ESQ.<br>3900 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291<br>**ATTY FOR POLYONE CORP** |
| PREMIER WINDOWS INC.<br>P.O. BOX 62<br>THURMOND, NC 28683<br>ATTN: JAMIE CAUDILL, PRESIDENT | RAPTURE TRAILER, INC.<br>2411 BIG OAK ROAD<br>LANGHORNE, PA 19047 | QUAKER CITY CHEMICALS<br>7360 MILNOR STREET<br>PHILADELPHIA, PA 19136 |
| JOSEPH F. RIGA, ESQ.<br>MCDOWELL RIGA<br>46 W. MAIN STREET<br>MAPLE SHADE, NJ 08052<br>**ATTY FOR QUAKER CITY CHEMICALS** | ROYALPLAST DOOR SYSTEMS CO.<br>5770 HIGHWAY #7 WEST<br>WOODBRIDGE, ON L4L 3A2<br>CANADA | JOHN R. CRAYTON, ESQ.<br>33 WEST SECOND STREET<br>MOORESTOWN, NJ  08057<br>**ATTY FOR RAPTURE TRAILER, INC.** |
| RIVER ROAD RECYCLING<br>450 37TH ST.<br>PENNSAUKEN, NJ 08110<br>ATTN: MARK WANG | SERVICE ALUMINUM CORPORATION<br>3300 NORTH RIDGE ROAD<br>SUITE 290<br>ELLICOTT CITY, MD 21043 | JENNIFER DEL MEDICO, ESQ.<br>JONES DAY<br>222 EAST 41ST STREET<br>NEW YORK, NY 10017-6702<br>**ATTY FOR ROYALPLAST** |
| ROUX ASSOCIATES INC.<br>209 SHAFTER STREET<br>ISLANDIA, NY 11749-5074<br>ATTN: SUSAN SULLIVAN, ESQ.<br>GENERAL COUNSEL | JEFFREY S. CIANCIULLI, ESQ.<br>THE LIBERTY VIEW BUILDING, SUITE 310<br>457 HADDONFIELD ROAD<br>CHERRY HILL, NJ  08002<br>**ATTY FOR SHAPES UNLIMITED** | HILLARY JURY, ESQ.<br>SILLER WILK, LLP<br>675 3RD AVENUE<br>NEW YORK, NY 10017<br>**ATTY FOR SVC ALUMINUM** |
| SHAPES UNLIMITED, INC.<br>590 E WESTERN RESERVE RD<br>YOUNGSTOWN, OH 44514<br>ATTN D FISHER, TREASURER | KELLY CURTIN, ESQ.<br>PORZIO BROMBERG & NEWMAN P.C.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962-1997<br>**ATTY FOR UNEEDA BOLT** | JEREMY TEABERRY, ESQ.<br>HENDERSON COVINGTON<br>6 FEDERAL PLAZA, SUITE 1300<br>YOUNGSTOWN, OH  44503<br>**ATTY FOR SHAPES UNLIMITED** |

| | | |
|---|---|---|
| SORENSEN, PAUL JR.<br>508 LEONARD LANE<br>MULLICA HILL, NJ 08062 | VERIZON<br>P.O. BOX 4648<br>TRENTON, NJ 08650-4648 | SWIMLINE CORPORATION<br>191 RODEO DRIVE<br>EDGEWOOD, NY 11717 |
| UNEEDA BOLT & SCREW CO INC<br>10 CAPITOL DRIVE<br>MOONACHIE, NJ 07074<br>ATTN: ELI BRICKMAN, PRES | VERIZON WIRELESS-PA<br>P.O. BOX 25505<br>LEHIGH VLY, PA 18002-5505 | VERIZON<br>P.O. BOX 4833<br>TRENTON, NJ 08650-4833 |
| ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031<br>**ATTY FOR VERIZON** | WAGSTAFF, INC.<br>3910 N FLORA ROD<br>SPOKANE, WA 99216<br>ATTN KENDALL B PARKES, CFO | VERIZON<br>P.O. BOX 660748<br>DALLAS, TX 75266-0748 |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | MICHAEL J. ROESCHENTHALER, ESQ.<br>MCGUIREWOODS LLP<br>625 LIBERTY AVENUE, 23RD FLOOR<br>PITTSBURGH, PA 15222<br>**ATTY FOR ALCOA** | VISION INDUSTRIES GROUP<br>500 METUCHEN ROAD<br>SOUTH PLAINFIELD, NJ 07080<br>ATTN EDWARD N WEIZER, CONTROLLER |
| RICHARD KAPLAN, ESQ.<br>RUBIN KAPLAN & ASSOCIATES<br>200 CENTENNIAL AVE, SUITE 110<br>PISCATAWAY, NJ 08854<br>**ATTY FOR VISION INDUSTRIES** | AMERICAN EXPRESS TRAVEL RELATED<br>CO INC CORP CARD - C/O BECKET & LEE<br>ATTN: KENNETH W. KLEPPINGER, ESQ.<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | ANTHONY D. BUONADONNA, ESQ.<br>BUONADONNA & BENSON, P.C.<br>1138 EAST CHESTNUT AVENUE, SUITE 2A<br>VINELAND, NJ 08360<br>**ATTY FOR WAGSTAFF** |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | PETER CONNOR, ESQ.<br>LYON & FITZPATRICK, LLP<br>14 BOBALA ROAD<br>HOLYOKE, MA 01040<br>**ATTY FOR MEDALCO METALS** | AMERICAN EXPRESS<br>P.O. BOX 1270<br>NEWARK, NJ 07101-1270 |
| EUGENE J. CHIKOWSKI, ESQ.<br>FOUR PENN CENTER, 2ND FLOOR<br>1600 JOHN F. KENNEDY BLVD. PHILADELPHIA, PA 19103<br>**ATTY FOR AMERICAN EXPRESS** | ZYMOTIC IMPORTS LTD<br>1361 MONMOUTH ROAD<br>EASTAMPTON, NJ 08060-3900<br>ATTN: JOHN STRONG | DAC PRODUCTS, INC.<br>100 CENTURY POINT DRIVE<br>EAST BEND, NC 27018 |
| MEDALCO METALS, INC.<br>245 RUSSELL ST., UNIT 16<br>Hadley, MA 01035 | ROBERT W. SEITZER, ESQ.<br>MASCHMEYER KARALIS P.C.<br>1900 SPRUCE STREET<br>PHILADELPHIA, PA 19103<br>**ATTY FOR JOHN BRIDGE SONS** | WINDOW DEPOT USA<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211<br>ATTN JIM VENABLE, PRESIDENT |
| RICHARD L. RAMSAY, ESQ.<br>EICHENBAUM, LILES & HEISTER, PA<br>124 WEST CAPITOL AVENUE, SUITE 1900<br>LITTLE ROCK, AR 72201<br>**ATTY FOR WINDOW DEPOT** | R-MAC TRANSPORT<br>C/O BRYAN C SCHROLL, ESQUIRE<br>LAW OFFICES OF BRYAN C SCHROLL<br>172 BRANDYWINE DRIVE<br>MARLTON, NJ 08053 | CHRISTINE A. PINTO, ESQ.<br>THREE GREENTREE CENTRE<br>7001 LINCOLN DRIVE WEST<br>P.O. BOX 974<br>MARLTON, NJ 08053-0974<br>**ATTY FOR ZYMOTIC IMPORTS** |

45765/0003-6485483v2

| | | |
|---|---|---|
| JOHN BRIDGE SONS INC.<br>1201 W 9TH STREET<br>CHESTER, PA 19013<br>ATTN GARY J WATKINS, OWNER | BRAD WISNIEWSKI, ESQ.<br>WISNIEWSKI & ASSOCIATES, P.C.<br>118 N. CLINTON STREET, SUITE 100-5<br>CHICAGO, IL 60661<br>**ATTY FOR SAMUEL STRAPPING** | LARSON ALLEN<br>18 SENTRY PARK W. STE 300<br>BLUE BELL, PA 19422 |
| CASS S. WEIL, ESQ.<br>4800 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS, MN<br>**ATTY FOR LARSON ALLEN** | UNITED PACKAGING SUPPLY<br>727 WICKER AVENUE<br>BENSALEM, PA 19020 | ROBERT J. BOWMAN, ESQ.<br>2 SHEPPARD ROAD<br>SHEPPARD OFFICE PARK, SUITE 603<br>VOORHEES, NJ  08043<br>**ATTY FOR R-MAC TRANSPORT** |
| SAMUEL STRAPPING SYSTEMS INC<br>1455 JAMES PKWY<br>HEATH, OH 430564007 | SERGIO I. SCUTERI, ESQUIRE<br>CAPEHART & SCATCHARD, P.A.<br>8000 MIDLANTIC DRIVE, SUITE 300<br>MOUNT LAUREL, NJ 08054<br>**ATTY FOR WILLIER  ELECTRIC** | SHIELDALLOY METALLURGICAL CORP<br>545 BECKETT ROAD, SUITE 208<br>SWEDESBORO, NJ 08085 |
| TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215<br>**ATTY FOR SHIELDALLOY** | YELLOW TRANSPORTATION, INC.<br>P.O. 13850<br>NEWARK, NJ 07188-0850 | STEPHEN C. GOLDBLUM, ESQ.<br>2617 HUNTINGDON PIKE<br>HUNTINGDON VALLEY, PA 19006<br>**ATTY FOR UNITED PACKAGING** |
| WILLIER ELECTRIC MOTOR CO., INC.<br>P.O. BOX 98<br>1 LINDEN AVENUE<br>GIBBSBORO, NJ 08026 | OLIVIA LIN, ESQ.<br>2500 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114<br>**ATTY FOR YELLOW TRANSPORTATION** | YELLOW TRANSPORTATION, INC.<br>10990 ROE AVE<br>OVERLAND PARK, KS 66211 |

45765/0003-6485483v2