SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, NY 10022
(212) 753-5000 (phone)
(212) 753-5044 (fax)
Louis T. DeLucia
Alyson M. Fiedler
Attorney for Arch Acquisition I, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SHAPES/ARCH HOLDINGS L.L.C., et al., | : | Case No. 08-14632 (GMB) |
| | : | |
| Debtors | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE OF LOUIS T. DELUCIA AND ALYSON FIEDLER AND SCHIFF HARDIN LLP REQUEST TO BE REMOVED FROM SERVICE LIST**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT Louis T. DeLucia** and Alyson Fiedler and Schiff Hardin LLP ("Counsel") file this Notice of Withdrawal of Appearance and Request to be Removed from Service List in the above-captioned proceeding, and in connection therewith state as follows:

1. Counsel has been acting as counsel for ARCH ACQUISITION I, LLC relating to the above-referenced bankruptcy proceeding.

2. Counsel is no longer counsel to ARCH ACQUISITION I, LLC in the above-referenced bankruptcy proceeding and therefore it is no longer necessary for Counsel to receive copies of notices in this bankruptcy proceeding.

3. Therefore, Counsel withdraws his appearance and requests that he be removed from all present and future service lists in this case.

| | |
|---|---|
| Dated: May 17, 2010 | SCHIFF HARDIN LLP |
| | By: /s/ Louis T. DeLucia |
| | Louis T. DeLucia |
| | 900 Third Avenue |
| | 23rd Floor |
| | New York, N.Y. 10022 |
| | (212) 753-5000 (phone) |
| | (212) 753-5044 (facsimile) |
| | ldelucia@schiffhardin.com |
| | Attorney for ARCH ACQUISITION I, LLC. |
| By: | /s/ Alyson Fiedler |
| | Alyson Fiedler |
| | 900 Third Avenue |
| | 23rd Floor |
| | New York, N.Y. 10022 |
| | (212) 753-5000 (phone) |
| | (212) 753-5044 (facsimile) |
| | ldelucia@schiffhardin.com |
| | Attorney for ARCH ACQUISITION I, LLC |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing has been served on this 17th day of May, 2010 to all parties receiving CM/ECF notice in this case.

/s/ Louis T. DeLucia
Louis T. DeLucia

CH2\8039664.1