IN THE UNITED STATES BANKRUPTCY COURT
                          DISTRICT OF NEW JERSEY


IN THE MATTER OF:                 )    Bankruptcy No. 08-14631
                                  )
                                  )
                                  )
SHAPES/ARCH HOLDINGS, LLC,        )
et al,                            )    Camden, NJ
                                  )    May 17, 2010
            Debtors.              )    10:30 a.m.


                         TRANSCRIPT OF HEARING
                   BEFORE THE HONORABLE GLORIA M. BURNS
                     UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:


For the Debtors:        KEVIN M. McKENNA, ESQUIRE
                        LATSHA DAVIS YOHE & McKENNA, PC
                        350 Eagleview Boulevard
                        Suite 100
                        Exton, PA   19341


                        TIMOTHY W. GARVEY, ESQUIRE
                        LATSHA DAVIS YOHE & McKENNA, PC
                        3000 Atrium Way
                        Suite 251
                        Mt. Laurel, NJ   08054


For the Class Ten       FELICE R. YUDKIN, ESQUIRE
Liquidation Trust:      COLE SCHOTZ MEISEL FORMAN &
                        LEONARD, PA
                        Court Plaza North
                        25 Main Street
                        Hackensack, NJ   07601
                        (via telephone)

```
APPEARANCES:   (continued)


For the Department           RACHEL JEANNE LEHR, ESQUIRE
of Environmental             DEPUTY ATTORNEY GENERAL
Protection:                  OFFICE OF THE ATTORNEY GENERAL
                             OF NEW JERSEY
                             Richard J. Hughes Justice Complex
                             25 Market Street
                             P.O. Box 093
                             Trenton, NJ    08625
                             (via telephone)


Audio Operator:              MARY LAMPONE


Transcribed by:              DIANA DOMAN TRANSCRIBING
                             P.O. Box 129
                             Gibbsboro, New Jersey  08026-0129
                             Phone:    (856) 435-7172
                             Fax:      (856) 435-7124
                             Email:    dianadoman@comcast.net


Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

1            (The following was heard in open court at 10:30
2    a.m.)
3            MR. McKENNA:  Good morning, Your Honor.
4            THE COURT:  Hello.  Hello, Ms. Yudkin.  Ms. Yudkin?
5            MS. YUDKIN:  Yes, yes, I'm here.
6            THE COURT:  Yes.  Good morning.
7            MS. YUDKIN:  Good morning.
8            THE COURT:  And, Ms. Lehr, are you on the phone,
9    too?
10           MS. LEHR:  Yes, I am, but I can't hear very well,
11   but I'll just do the best I can.
12           THE COURT:  Okay, Ms. Lehr, could you put your
13   appearance on the -- this is the matter of Shapes/Arch
14   Holdings.  Ms. Lehr, would you put your appearance on the
15   record, please.
16           MS. LEHR:  Yes, Rachel Jeanne Lehr, Deputy Attorney
17   General for the State of New Jersey, Department of
18   Environmental Protection.
19           THE COURT:  And, Ms. Yudkin.
20           MS. YUDKIN:  Sure.  Good morning, Your Honor.
21   Felice Yudkin, Cole, Schotz, Meisel, Forman, and Leonard, on
22   behalf of the Class Ten Liquidation Trust.
23           THE COURT:  And, gentlemen?
24           MR. McKENNA:  If it please the Court, Your Honor,
25   Kevin McKenna and Timothy Garvey, Latsha, Davis, Yohe and

1  McKenna on behalf of the debtors.

2              MR. GARVEY:  Yes, Timothy Garvey.

3              THE COURT:  All right.  Who wants to go forward, Mr.
4  McKenna?

5              MR. McKENNA:  Yes, Your Honor.  May it please the
6  Court, this is a motion to disallow or expunge for violation
7  of a scheduling order, Your Honor.

8              We had a conference with the Court back on January
9  5th regarding discovery.  The Court entered an order on
10 January 13th, 2010.  The order required the NJDEP to resolve
11 all discovery disputes with us by March 19th, 2010, and the
12 Court permitted us to file a motion if the discovery disputes
13 were not resolved.  They were not resolved, Your Honor.

14             We filed this motion on April the 9th, 2010.  We
15 were all set to come in here and argue on this morning, and
16 Friday I received a call from Rick Engel from the NJDEP
17 advising us that the State would agree to settle this matter.
18 So we wanted to come in here and just document that and then
19 ask the Court for an additional 60 days so we could work on
20 that.

21             I just wanted to advise the Court that Mr. Engel
22 advised me and he -- he sent me an email that the State would
23 settle the NRV claim of the State against the debtor for all
24 sites, plural, for any discharge emanating from the 9000 River
25 Road property which is owned by the debtors.  This would take

1    into account migration of the plume and cover everything.  Mr.
2    Engel sent me an email, Your Honor, at 2:52 p.m. on Friday,
3    May the 14th.
4            "Kevin, as we just discussed, I have approval from
5    the New Jersey Department of Environmental Protection to
6    accept in full settlement of your client's liability for
7    Natural Resource Damages from the sites at issue that we have
8    been discussing for several years now.  In return for that
9    money, your client will receive a full release from DEP.
10           "As we also discussed, DEP is still willing to take
11   the $50,000 that I understand is being held as part of the
12   bankruptcy proceedings to compensate DEP for remediation costs
13   at various sites that have been the subject of letters between
14   our offices."
15           Your Honor, according to the plan, they were
16   supposed to file an amended proof of claim within five days
17   and never did.  So just because of the lateness of the call on
18   Friday and everything, I need time to talk to our people to
19   reconfirm our authority, and I intentionally left out the
20   amount that they offered to settle, but it was a number that
21   we had previously offered and Your Honor was aware of, they
22   rejected it.
23           THE COURT:  So in essence you think if you have a
24   little bit of time to go over it with your client and discuss
25   it with Mr. Engel, you would be in a position hopefully to

1  resolve the matter?

2          MR. McKENNA:  Yes, Your Honor.  We want time to

3  draft a release, for a complete release.  So with the Court's

4  indulgence, we would ask for 60 days so we could work on that.

5          THE COURT:  Okay.  Ms. Lehr, are you in agreement

6  with what's been represented?

7          MS. LEHR:  Definitely.

8          THE COURT:  All right.

9          MS. LEHR:  And I appreciate the opportunity for the

10 extension.

11         THE COURT:  Okay.  Ms. Yudkin, anything you want to

12 add?

13         MS. YUDKIN:  No, Your Honor.

14         THE COURT:  All right.  Despite the things that have

15 happened with regard to the discovery issues, I think if

16 you're able to get this matter resolved, that's certainly in

17 everybody's best interest.

18         MR. McKENNA:  Yes.  So we would ask Your Honor just

19 to hold the motion in abeyance while we --

20         THE COURT:  Right.  Well, I'll reschedule the motion

21 for a date -- in 60 days which I'll give you today.  And then

22 if you haven't submitted a consent order that resolves all the

23 issues by that date, we can sort of have another status to see

24 where we are.

25         MR. McKENNA:  Very good, Your Honor.

```
 1              MS. LEHR:  Thank you, Your Honor.
 2              THE COURT:  July 19th?
 3              MR. McKENNA:  How about the 26th?  Would the 27th be
 4   okay, Your Honor?
 5              THE COURT:  That would be fine.  July 27th at 10:00,
 6   is that okay for you, Ms. Lehr?
 7              MS. LEHR:  Yes.  I can't believe we're already into
 8   July.  I'm still back around Labor Day.
 9              THE COURT:  Well, hopefully --
10              MS. LEHR:  But thank -- thank you so much.
11              THE COURT:  -- well, hopefully, you'll resolve it
12   and you won't have to worry about coming in July.
13              MS. LEHR:  Wouldn't that be wonderful.  I certainly
14   will do my best.
15              THE COURT:  All right.  And, Ms. Yudkin, is that
16   okay for you?
17              MS. YUDKIN:  Yes, Your Honor.
18              THE COURT:  All right.  Thank you.  I'll look for
19   the order.  Thank you.
20              MR. McKENNA:  Thank you, Your Honor.
21              MS. LEHR:  Thank you, all.
22              MS. YUDKIN:  Thank you.
23              THE COURT:  Thank you.
24              (Proceedings concluded at 10:34 a.m.)
25                             * * *
```

1                          **C E R T I F I C A T I O N**

2

3

4

5          I, Lois A. Vitarelli, court approved transcriber,

6   certify that the foregoing is a correct transcript from the

7   official electronic sound recording of the proceedings in the

8   above-entitled matter.

9

10

11

12  /S/  Lois A. Vitarelli            June 1, 2010

13  LOIS A. VITARELLI

14  DIANA DOMAN TRANSCRIBING

15

16

17

18

19

20

21

22

23

24

25