Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 08−14631−GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22−3413451

---

### Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on June 1, 2010. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: June 1, 2010
JJW:

                                               James J. Waldron
                                               Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: mlampone              Page 1 of 2                   Date Rcvd: Jun 01, 2010
Case: 08-14631                 Form ID: tsntc              Total Noticed: 67


The following entities were noticed by first class mail on Jun 03, 2010.
 db           +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204
 aty          +Barry C. Reed, Jr.,    Reed & Giordano,    101 Tremont Street,    Suite 900,    Boston, MA 02108-5005
 aty          +Donna H. Lieberman,    Halperin Battaglia Raicht, LLP,    555 Madison Avenue, 9th Floor,
                New York, NY 10022-3301
 aty          +Drinker Biddle & Reath LLP,    One Logan Sq.,    Philadelphia, PA 19103-6996
 aty           Earl M. Forte, III,    Blank, Rome, Comisky & McCauley,    One Logan Square,
                Philadelphia, PA  19103-6998
 aty          +Gina Baker Hantel,    Office of the Attorney General,    Bankruptcy Division,    PPO Box 20207,
                Nashville, TN 37202-4015
 aty           Jeanine D. Clark,    216 Haddon Avenue,    PO Box 9222,    Westmont, NJ  08108
 aty          +John Sullivan,    1600 John F. Kennedy Blvd.,    Philadelphia, PA 19103-2808
 aty          +Joseph P. Davis,    Greenberg Traurig, LLP,    One International Place,    Boston, MA 02110-2602
 aty          +Kevin M. McKenna,    Latsha Davis Yohe & McKenna,    350 Eagleview Boulevard,    Suite 100,
                Exton, PA 19341-1178
 aty          +Mark F Heinze,    85 Main St.,    Hackensack, NJ 07601-7105
 aty          +Markowitz & Richman,    1100 North American Building,    121 South Broad Street,
                Philadelphia, PA 19107-4533
 aty          +Mary Elizabeth Wolfe,    Koch & DeMarco, LLP,    101 Greenwood Avenue,    Jenkintown Plaza,
                Suite 460,    Jenkintown, PA 19046-2636
 aty           Matthew W. Cheney,    Crowell & Moring LLP,    1001 Pennsylvania Avenue, NW,
                Washington, DC  20004-2595
 aty          +Michael J. Cordone,    Stradley Ronon Stevens & Young LLP,    Woodland Falls Corporation Park,
                200 Lake Drive East,    Cherry Hill, NJ 08002-1171
 aty          +Nancy A. Mitchell,    Greenberg Traurig LLP,    MetLife Building,    200 Park Avenue,
                New York, NY 10166-0005
 aty          +Paul A. Patterson,    Stradley Ronon Stevens & Young LLP,    Woodland Falls Corporation Park,
                200 Lake Drive East,    Cherry Hill, NJ 08002-1171
 aty          +Perry Burkett,    617 Eleventh Avenue,    New York, NY 10036-2001
 aty          +Samantha L. Southall,    Buchanan Ingersoll & Rooney PC,    1835 Market Street, 14th Floor,
                Philadelphia, PA 19103-2945
 aty          +Sandford F. Schmidt,    Brandt Haughey Penberthy Lewis & Hyland,    240 Rte 38 W.,    PO Box 1002,
                Moorestown, NJ 08057-3240
 aty          +Sandford F. Schmidt,    Law Offices of Schmidt & Tomlinson,    29 Union Street,
                Medford, NJ 08055-2432
 aty          +Sharon Block,    Michelman & Block,    811 Church Road,    Suite 117-A,    Cherry Hill, NJ 08002-1459
 aty          +Sharon D. Block,    Michelman & Block,    811 Church Road,    Suite 117-A,
                Cherry Hill, NJ 08002-1459
 aty          +Timothy W. Garvey,    Latsha, Davis, Yohe & McKenna,    3000 Atrium Way,    Suite 251,
                Mt. Laurel, NJ 08054-3926
 aty           Tyler S. Graden,    1515 Market Street,    16th Floor,    Philadelphia, PA  19102-1916
 tr            Class 10 Liquidation Trust,    Cole Schotz Meisel Forman & Leonard, PA,    c/o Ilana Volkov, Esq.,
                Court Plaza North,    25 Main Street, P.O. Box 800,    Hackensack, NJ  07602-0800
 smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
 smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
 cr            A. Jerome Grossman and Frank Kessler,    Klehr, Harrison, Harvey, Branzburg & Ell,
                c/o Jeffrey Kurtzman, Esquire,    457 Haddonfield Road,    Suite 510,
                Cherry Hill, NJ  08002-2220
 cr            American Express Travel Related Services Company,,    Attn: Becket & Lee LLP,    PO Box 3001,
                Malvern, PA  19355-0701
 cr           +Aqua Pennsylvania, Inc.,    Legal Department,    762 W. Lancaster Ave.,    Bryn Mawr, PA 19010-3402
 cr           +Arch Acquisition I, LLC,    c/o Greenberg Traurig, LLP,    200 Park Avenue,
                Attn: Louis T. DeLucia, Esq.,    Attn: Alan J. Brody, Esq.,    Florham Park, NJ 07932-1026
 cr           +CCMUA,    1645 Ferry Ave.,    Camden, NJ 08104-1360
 cr           +CT Corporation System,    116 Pine Street,    Suite 320,    Harrisburg, PA 17101-1250
 cr           +Caldwell Manufacturing Co.,    c/o Harris Beach PLLC,    Attn: Eric H. Lindenman, Esq.,
                100 Wall Street,    New York, NY 10005-3701
 cr            Century Indemnity Company,    c/o Joseph G. Gibbons,    1800 One Liberty Place,
                Philadelphia, PA  19103
 crcm          Cole, Schotz, Meisel, Forman & Leonard, P.A.,    25 Main Street,    P.O. Box 800,
                Hackensack, NJ  07602-0800
 cr            Combustion Engineering, Inc., Successor by Merger,    c/o Melissa A. Pena,
                Norris, McLaughlin & Marcus, PA,    721 Route 202-206,    Somerville, NJ  08876
 cr           +Cooper Electric Supply Co.,    70 Apple Street,    Tinton Falls, NJ 07724-2696
 cr           +DCFS Trust,    c/o Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,    Albany, NY 12203-1006
 cr           +De Lage Landen Financial Services, Inc.,    1111 Old Eagle School Road,    Wayne, Pa 19087-1453
 cr           +Eric S. Laboz,    c/o Jeffrey Kurtzman, Esquire,    Klehr, Harrison, Harvey, Branzburg & Ell,
                260 S. Broad Street,    Philadelphia, PA 19102-5021
 cr           +Exco Extrusion Dies,    56617 North Bay Drive,    Chesterfield, MI 48051-3746
 cr          ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 537901,
                Livonia, MI  48153-7901,    UNITED STATES)
 cr            Gainsborough Hardware Industries Limited,    190 Whitehorse Road Blackburn,    PO Box 330 Blackburn,
                Victoria 3130,    AUSTRALIA
 cr            IKON Financial Services,    Bankruptcy Administration,    1738 Bass Road,    PO Box 13708,
                Macon, GA  31208-3708
 op           +J.H. Cohn LLP,    333 Thornall Street,    Edison, NJ 08837-2220
 cr            Jaguar Credit Corporation,    P.O. Box 537950,    Livonia, MI  48153-7950,    UNITED STATES
 nc           +John L. Sullivan,    13 Packard Avenue,    Woodbury, NJ 08096-3217
 cr           +Liston Jr Smith,    822 S. 8th Street,    Camden, NJ 08103-2533
 cr           +Metal Management Connecticut, Inc.,    c/o Sam Della Fera, Jr., Esq.,    Trenk, DiPasquale, et al.,
                347 Mt. Pleasant Avenue,    Suite 300,    West Orange, NJ 07052-2730
```

```
District/off: 0312-1          User: mlampone          Page 2 of 2          Date Rcvd: Jun 01, 2010
Case: 08-14631                Form ID: tsntc          Total Noticed: 67
```

cr          +Metal Management Northeast, Inc.,   c/o Sam Della Fera, Jr., Esq.,   Trenk, DiPasquale, et al.,
             347 Mt. Pleasant Avenue,   Suite 300,   West Orange, NJ 07052-2730
op          +NatCity Investments, Inc.,   Five Tower Bridge,   300 Barr Harbor Drive,   Suite 420,
             West Conshohocken, PA 19428-2998
cr          +Northeast Metal Traders Inc.,   c/o Deiches & Ferschmann, PC,   c/o Deiches & Ferschmann,
             25 Wilkins Avenue,   Haddonfield, NJ 08033-2405
cr           Office of Unemployment Compensation Tax Services (,   Timothy A. Bortz,   625 Cherry Street,
             Room 203,   Reading, PA  19602-1184
cr          +PPG Industries, Inc.,   c/o John J. Winter, Esquire,   The Chartwell Law Offices, LLP,
             2621 Van Buren Avenue,   Norristown, PA 19403-2329
cr          +Pennsauken Township,   5605 N. Crescent Road,   Pennsauken, NJ 08110-1899
op           Phoenix Management Services, Inc.,   110 Chadds Ford Commons,   Chadds Ford, PA  19317
cr          +Pollution Control Financing Authority of Camden Co,   c/o Brown & Connery, LLP,
             6 N. Borad Street,   Woodbury, NJ 08096-4635
cr          +SL Industries, Inc.,   520 Fellowship Road,   Suite A-114,   Mt. Laurel, NJ 08054-3425
intp        +State of New Jersey, Department of Environmental P,   Richard J. Hughes Justice Complex,
             Post Office Box 093,   25 Market Street,   Trenton, NJ 08611-2148,   US
cr          +Steven Battel,   c/o Cheryl L. Cooper, Esq.,   Holston, MacDonald,   66 Euclid St.,
             P.O. Box 358,   Woodbury, NJ 08096-7358
cr          +Steven Grabell,   Ashely M. Chan, Esq.,   Hangley Aronchick Segal & Pudlin,
             One Logan Square, 27th Floor,   Philadelphia, PA 19103-6995
cr          +THE CIT GROUP/BUSINESS CREDIT, INC.,   c/o Mark Dorval, Esquire,
             Stradley Ronon Stevens & Young, LLP,   200 Lake Drive East, Suite 100,
             Cherry Hill, NJ 08002-1170
cr          +TTI Environmental Inc.,   1253 North Church Street,   Moorestown, NJ 08057-1136
cr          +United States Customs and Border Protection,   970 Broad St.,   Suite 700,
             Newark, NJ 07102-2534
cr          +Wells Fargo Equipment Finance, Inc.,   1540 W. Fountainhead Pkwy., MAC S-3966-0,
             Tempe, AZ 85282-1839

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Matthew W. Cheney
nc           Carol Cobb
cr           Maryland Recycle Co., Inc.
cr           Quickway, Inc.
                                                                                            TOTALS: 4, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2010**                    **Signature:**    _Joseph Speetjens_