**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for Plaintiff, The Class 10 Liquidation Trust

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
|  | : HON. GLORIA M. BURNS |
|  | : CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.,* : |  |
|  | : Chapter 11 |
| Reorganized Debtors. | : (Jointly Administered) |
|  | : |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                               )    SS.:
COUNTY OF BERGEN    )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On June 10, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

    a. *Information for Notice of Settlement of Controversy with Alcoa, Inc.*

3. On June 10, 2010, I caused a true copy of the Notice to be served, *via regular mail, first class delivery,* on the parties listed below:

| | |
|---|---|
| Donald F. MacMaster, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 |
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801 | Michael J. Roeschenthaler, Esq.<br>McGuireWoods LLP<br>Attorneys for Alcoa, Inc.<br>625 Liberty Avenue, 23rd Floor<br>Pittsburgh, PA 15222 |

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                    */s/ Cynthia Braden*
                                                    CYNTHIA BRADEN

Sworn and subscribed to before me
this 10th day of June, 2010

    */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 09/18/2011