**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.
Stephanie S. Park, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for Plaintiff, The Class 10 Liquidation Trust

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE GLORIA M. BURNS CASE NO. 08-14631 (GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al*., | |
| Reorganized Debtors. | Chapter 11 (Jointly Administered) |
| | **NOTICE OF ADJOURNMENT** |

**PLEASE TAKE NOTICE** that the motion of the Class 10 Liquidation Trust (the

"Trust") of Shapes/Arch Holdings, L.L.C., *et al*. for an order disallowing certain claims pursuant

to sections 105 and 502(d) of the Bankruptcy Code (the "Motion") has been adjourned from **July**

**27, 2010 at 10:00 a.m. to September 27, 2010 at 10:00 a.m., with respect to those claims as**

**to which no settlement has been reached between the avoidance action defendant and the**

**Trust, a list of which is attached hereto as Exhibit "A"**. The adjourned motion will be heard

45765/0003-6877253v1

before the Honorable Gloria M. Burns, United States Bankruptcy Judge, on **September 27, 2010 at 10:00 a.m.**

If the Motion is being adjourned as to your claim(s) and you do not want the Court to grant the relief requested by the Trust, or if you want the Court to consider your views on the Motion, then on or before **September 20, 2010 at 5:00 p.m.** (EST), you or your attorney must:

1) File with the Court a response explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P. O. Box 2067, Camden, New Jersey 08101-2067.  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before September 20, 2010.

2) You **must** also mail a copy to:  Donna H. Lieberman, Esq., Halperin Battaglia Raicht, LLP, 555 Madison Avenue, 9th Floor, New York, New York 10022, again so that your response will be **received** on or before September 20, 2010.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

      COLE, SCHOTZ, MEISEL,
      FORMAN & LEONARD, P.A.

By: _/s/ Felice R. Yudkin_
      Ilana Volkov
      Felice R. Yudkin
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Telephone: (201) 489-3000
Facsimile: (201) 489-1536

-and-

HALPERIN BATTAGLIA RAICHT, LLP
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
Stephanie S. Park, Esq.
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
Facsimile: (212) 765-0964

Co-Counsel for the Class 10 Liquidation Trust

DATED: July 14, 2010

45765/0003-6877253v1