**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
Stephanie S. Park, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for The Class 10 Liquidation Trust

|  |  |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>Chapter 11<br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                              )   SS.:
COUNTY OF NEW YORK )

MARY CHARLES-KENNEDY, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed with the law firm of Halperin Battaglia Raicht, LLP, co-counsel to the Class 10 Liquidation Trust (the "Trust").

130062

2. On July 14, 2010, I caused a true copy of the Notice of Adjournment of Hearing on The Class 10 Liquidation Trust's Motion Objecting to Claims Under Section 502(d) of the Bankruptcy Code to be served, *via first class mail*, on the party on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New York.

3. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

      */s/ Mary Charles-Kennedy*
      MARY CHARLES-KENNEDY

Sworn and subscribed to before me
this 14th day of July, 2010.

    */s/ Stephanie S. Park*
STEPHANIE S. PARK
A Notary Public of New York
No. 02PA6213290
Qualified in New York County
Commission Expires 11/2/201

2

| **Shapes/Arch Holdings L.L.C., *et al*.** | | |
|---|---|---|
| **502(d) Objection Service List** | | |
| Uneeda Bolt & Screw Co., Inc.<br>Kelly D. Curtin, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ  07962-1997 | | |

{00130062.1 \ 0631-002}