**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
Stephanie S. Park, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for The Class 10 Liquidation Trust

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. GLORIA M. BURNS CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | |
| Reorganized Debtors. | Chapter 11 (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                            )   SS.:
COUNTY OF BERGEN    )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for The Class 10 Liquidation Trust (the "Trust").

2. On July 15, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

(a) Second Omnibus Notice Of Settlement.

3. On July 15, 2010, I caused true copies of the above-referenced pleading to be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                          */s/ Cynthia Braden*
                                                        CYNTHIA BRADEN

Sworn and subscribed to before me
this 15th day of July, 2010.

*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/1

45765/0003-6879517v1

**SHAPES/ARCH HOLDINGS L.L.C.,** *ET AL.*
**CASE NO. 08-14631 (GMB)**

## SERVICE LIST

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Attorneys for Debtors
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Alan J. Brody, Esq.
Greenberg & Traurig, LLP
Attorneys for Debtors
200 Park Avenue
Florham Park, NJ 07932

Exco USA
Attn: Paul Riganelli
VP Finance & Treasurer
56617 North Bay Drive
Chesterfield, MI 48051

Victor A. Veprauskas IV, Esq.
Beier Howlett, P.C.
Atty for Exco USA
200 E. Long Lake Rd., Ste. 110
Bloomfield Hills, MI 48304

Kingmaker Steel Co., Inc.
Attn: Sharon Lin
133 Belmont Drive
Somerset, NJ 08873-1203

Richard H. Kaplan, Esq.
Rubin, Kaplan & Associates
Attys for Kingmaker Steel Co., Inc.
200 Centennial Avenue, Suite 110
Piscataway, N.J. 08854

Kronos Incorporated
Attn: John O'Brien
297 Billerica Road
Chelmsford, MA 01824

Kronos Incorporated
P.O. Box 4295
Boston, MA 02211

Mati Sales LLC
PO Box 816
Glenside, PA 19038-0816

Mati Sales LLC
867 Glenside Drive
Glenside, PA 19038

Howard Gershman, Esq.
Atty for Mati Sales LLC
610 York Rd., Suite 200
Jenkintown, PA 19046

Melton Truck Lines, Inc.
Attn: Robert Ragan,
Senior VP of Finance
808 N. 161ST East Ave.
Tulsa, OK 74116

John Howland, Esq.
Rosenstein, Fist & Ringold
Atty for Melton Truck Lines, Inc.
525 S. Main, Ste. 700
Tulsa, OK 74103

Northern Plastic Lumber Inc.
Attn: Brian McIlhargey, Pres.
164 Needham Street
Lindsay, ON K9V5R7
Canada

ODL, Inc.
Attn: Amy L. Deheeuw
215 E Roosevelt Ave.
Zeeland, MI 49464

2

Gordon J. Toering, Esq.
Warner Norcross & Judd, LLP
Atty for ODL Inc.
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

Vision Industries Group
Attn: Butch St. Clair,
General Manager
500 Metuchen Road
South Plainfield, NJ 07080

Richard Kaplan, Esq.
Rubin Kaplan & Associates
Atty for Vision Industries Group
200 Centennial Ave, Suite 110
Piscataway, NJ  08854