**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.
Stephanie S. Park, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for Plaintiff, The Class 10 Liquidation Trust

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631(GMB)<br><br>Chapter 11<br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                          )    SS.:
COUNTY OF BERGEN    )

  CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

  1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

45765/0003-6883094v1

  2. On July 16, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

   a. *Information for Notice of Settlement of Controversy with Zymotic Imports, Ltd.*

  3. On July 16, 2010, I caused a true copy of the Notice to be served, *via regular mail, first class delivery,* on the parties listed below:

| | |
|---|---|
| Donald F. MacMaster, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 |
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 No. Market Street, Ste. 1400<br>Wilmington, DE 19801 | Zymotic Imports Ltd.<br>Attn: John Strong<br>1361 Monmouth Road<br>Eastampton, NJ 08060-3900 |
| Christine A. Pinto, Esq.<br>Atty for Zymotic Imports<br>Three Greentree Centre<br>7001 Lincoln Drive West<br>P.O. Box 974<br>Marlton, NJ  08053-0974 | |

 I swear that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

              */s/ Cynthia Braden*
              CYNTHIA BRADEN

Sworn and subscribed to before me
this 16th day of July, 2010

 */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 09/18/2011