Order Filed on 8/4/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|

Caption in Compliance with D.N.J. LBR 9004-2(c)

**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for the Class 10 Liquidation Trust

In Re:

SHAPES/ARCH HOLDINGS L.L.C., *et al.*,

           Reorganized Debtors.

Chapter 11
(Jointly Administered)

Case No. 08-14631

Judge: Hon. Gloria M. Burns

Hearing Date: July 27, 2010

**ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S**
**FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(Claim Numbers: 81, 541, 597, 663, 664, 699, 772, 719, 742. 743, 749, 742,**
**743, 744, 749, 757, 828, 901, 904, 905, 906)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 8/4/2010**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No: 08-14631 (GMB)
Caption of Order: ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S FIFTH OMNIBUS OBJECTION TO CLAIMS

---

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned reorganized debtors, having filed a motion (the "Motion") for entry of an order expunging and disallowing the unsecured claims of the claimants listed on Exhibits A, B and C to the Motion (the "Disputed Claims" ); and upon the Motion and the Declaration of Lynn K. Smalley in support of the Motion; and the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the affected claimants; and no other responses or objections to the Motion having been received; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED** that the Motion is granted in all respects.

**ORDERED** that the late-filed claims, identified on **Exhibit A** hereto in the column titled "Late Filed – Claim to be Expunged" are expunged and disallowed in their entirety.

**ORDERED** that the duplicative claims, identified on **Exhibit B** hereto in the column titled "Duplicative Claim to be expunged" are expunged and disallowed in their entirety.

**ORDERED** that as set forth on Exhibit C hereto, claim number 663 of Raggedy, Inc. is expunged and disallowed in its entirety, and Pennsauken Township has no unsecured claims in these cases.

**ORDERED** that as set forth on **Exhibit C** hereto, claimant Perfect Trade Development Co. shall have an allowed unsecured claim in the aggregate amount of $229,167.52, and shall have no other unsecured claims in these cases.

45765/0003-6893036v1

**Exhibit A**
**Order Granting Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims**

| Name and Address of Claimant | Late Filed- Claim to be Expunged | Amount | Surviving Claim | Amount |
|---|---|---|---|---|
| MCMASTER-CARR SUPPLY COMPANY<br>PO BOX 5370<br><br>PRINCETON NJ  08543 | 906 | 4,000.00 | 385<br>386<br>387 | 1925.99,<br>6459.32<br>4567.92 |
| BURNER DYNAMICS, INC<br>5865 OLD LEEDS ROAD<br>SUITE A<br><br>BIRMINGHAM AL  35210 | 905 | 77,920.00 | None | None |
| GMAC<br>PO BOX 130424<br><br>ROSEVILLE MN  55113 | 904 | 9,057.84 | 178 | 40,997.54 |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br><br>BLOOMINGTON IL  61701 | 901 | 660.77 | None | |
| UNDERWRITERS LABORATORIES<br>CORP OFFICE<br>333 PFINGSTON ROAD<br><br>NORTHBROOK IL  60062 | 828 | 1,505.00 | Scheduled | 1,055.00 |
| SPS COMMERCE<br>333 S 7TH STREET, STE 1000<br><br>MINNEAPOLIS MN  55402 | 757 | 59.00 | None | |
| SPS COMMERCE<br>333 S 7TH STREET, STE 1000<br><br>MINNEAPOLIS MN  55402 | 749 | 59.00 | None | |
| SHAW ALLOY PIPING PRODUCTS<br>JEANINE D. CLARK - MARGOLIS EDELSTEIN<br>216 HADDON AVENUE, SENTRY OFFICE BLDG<br>P.O. BOX 92222<br>WESTMONT NJ  08108 | 744 | Undetermined | None | |
| SHAW ALLOY PIPING PRODUCTS<br>JEANINE D. CLARK - MARGOLIS EDELSTEIN<br>216 HADDON AVENUE, SENTRY OFFICE BLDG<br>P.O. BOX 92222<br>WESTMONT NJ  08108 | 743 | Undetermined | None | |
| RED WINGSHOE MOBILE<br>7B JULES LANE<br><br>NEW BRUNSWICK NJ  08901 | 742 | 3,155.00 | None | |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br><br>PISCATAWAY NJ  08854 | 719 | 207.00 | None | |

*Approved by Judge Gloria M. Burns August  04, 2010*

**Exhibit B**
**Order Granting Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims**

| Name and Address of Claimant | Duplicative claim to be expunged | Amount | Surviving Claim | Amount |
|---|---|---|---|---|
| MID-ATLANTIC CNC, INC<br>ATTN GARY PROSCIA, VP FINANCE<br>260 EVANS WAY<br><br>BRANCHBURG NJ  08876 | 81 | 6,890.50 | 338-1 | 7,068.65 |
| PYROTEK INC.<br>9503 E. MONTGOMERY AVE.<br><br>SPOKANE VALLEY WA  99206 | 699 | 19,370.80 | 741 | 20,849.80 |
| MARSHALL & QUENTZEL, LLC<br>C/O ALUMET SUPPLY, INC.<br>155 WILLOWBROOK BLVD.<br><br>WAYNE NJ  07470 | *Scheduled | 30678.26 | 540 | 30678.26 |
| *Scheduled amount was in the name of Alumet Supply | | | | |

*Approved by Judge Gloria M. Burns August  04, 2010*

Exhibit C

**Order Granting Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims**

| Name and Address of Claimant | Scheduled Amount | Claim Number | Filed Claim | Allowed Unsecured Claim |
|---|---|---|---|---|
| PENNSAUKEN TOWNSHIP MUNICIPAL BUILDING 5605 N. CRESCENT BLVD. ATTN: BILL BUFFINGTON PENNSAUKEN NJ 08110 | | 541 597* | $837,905.30 (sec'd) $837,905.30 (sec'd) | None |
| ROOM A, 7/12F. MAO TAI CENTURY TOWER NO. 83 ZHONG HE BEI ROAD HANGZHOU, CHINA | $229,167.52** | 772 | $200,857.90 (admin) $72,250.52 (unsecured) | $229,167.52 |
| RAGGEDY, INC. D/B/A HANDYMAN CONNECTION OF MIDDLE TENNESSEE, WINDOW DEPOT USA C/O JOHN H. ROWLAND / BAKER DONELSON 211 COMMERCE STREET, SUITE 1000 NASHVILLE TN 37201 | 0 | 663 | $60,000 (unsecured) | $0 |

*Claim 597 has been expunged by previous Order of the Court.

**Perfect Trade's scheduled claim was reduced from $433,628.49 to $229,167.52 pursuant to an Order dated 2/20/2009, and its filed claim number 772 was classified as an administrative claim in the amount of $200,857.90 and an unsecured claim in the amount of $72,250.52 by Order dated 12/24/2008, which Order reserved the Trust's rights to file further objections. The total amount of Perfect Trade's unsecured claim is properly $229, 167.52, per the Debtors' books and records.

*Approved by Judge Gloria M. Burns August 04, 2010*