Order Filed on
8/4/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br>Felice R. Yudkin, Esq.<br><br>Co-Counsel for the Class 10 Liquidation Trust | |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>                Reorganized Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 08-14631<br><br>Judge: Hon. Gloria M. Burns<br><br>Hearing Date: July 27, 2010 |

**ORDER GRANTING TRUST'S SEVENTH OMNIBUS OBJECTION TO CLAIMS AND
DISALLOWING CLAIMS DUE TO CLAIMANTS'
FAILURE TO PROVIDE COMPLETED W-9 FORMS**
(Filed Claim Numbers 162, 284, 416, and 523; Scheduled Claim Numbers 632004800, 632004820, 632004890,
632004930, 632005110, 632006240, 632006250, 632006280, 632006420, 632006650, 632006760, 632007160,
632007280, 632007470, 632007630, 632007800, 632007900, 632008070, 632008180, 632008290, 632008330,
632008690, 632008700, 632008880, 632008890, 632009770, 632010100, 632010180, 632010610, 632010960,
632011100, 632011140, 632011180, 632011280, 633001740, 633001850, 633001920, 633002150, 633002270,
633002670, 633002710, 633002760, 633002790, 633002960, 633002980, 633003080, 633003510, 633003610,
634000940, 634000960, 634001100, 634001250, 634001260, 634001320, 634001510, 634001800, 635000790,
635001070 635001170, 635001180, 635001320, 635001330, 635001430, 635001510, 635001540, 635001930,
635001990, 635002020, 635002040, 635002130, 635002210, 635002260)

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 8/4/2010**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)
Debtor:             SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No:            08-14631 (GMB)
Caption of Order:   ORDER GRANTING TRUST'S SEVENTH OMNIBUS OBJECTION TO CLAIMS AND DISALLOWING CLAIMS DUE TO CLAIMANTS' FAILURE TO PROVIDE COMPLETED W-9 FORMS

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned reorganized debtors, having filed a motion (the "Motion") for entry of an order disallowing the claims and distribution rights of the claimants listed on Exhibit A to the Motion (the "Non-Complying Claimants"), due to the failure of those claimants to return completed W-9 forms to the Trust; and upon the Motion and the Declaration of Lynn K. Smalley in support of the Motion; and the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the Non-Complying Claimants; and the Trust having removed from the list of Non-Complying Claimants those claimants who returned completed W-9 forms to the Trust on or before the objection deadline for the Motion, and the Trust having agreed to withdraw its objection to the claims of Sentry Insurance as they were resolved pursuant to a prior Court order, and such modified list being attached to this Order as **Exhibit A** (the "Remaining Non-Complying Claimants"); and no other responses or objections to the Motion having been received; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED** that the Motion is granted in all respects, and the claims of the Remaining Non-Complying Claimants, identified on Exhibit A annexed hereto and made a part hereof, and their attendant distribution rights, hereby are expunged and disallowed in their entirety.

45765/0003-6890729v1

*Approved by Judge Gloria M. Burns August 04, 2010*

**Exhibit A**
**Order Granting Class 10 Liquidation Trust's Seventh Omnibus Objection to Claims**

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 632004800 | | INDUSTRIAL LIFT<br>ATTN: PRES. OR GEN. COUNSEL<br>1905 ROUTE 206<br>P.O. BOX 2507<br>VINCENTOWN, NJ 08088-2507 | $11,194.18 |
| 632004820 | | INDUSTRONICS SERVICE CO.<br>ATTN: PRES. OR GEN. COUNSEL<br>489 SULLIVAN AVENUE<br>SOUTH WINDSOR, CT 06074 | $31.00 |
| 632004890 | | INSTRON SYSTEMS<br>ATTN: PRES. OR GEN. COUNSEL<br>100 ROYALL STREET<br>CANTON, MA 02021-1089 | $2,601.00 |
| 632004930 | | INTERSOURCE USA INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>17 EDGEBORO ROAD<br>SUITE D<br>EAST BRUNSWICK, NJ 08816 | $300.80 |
| 633001740 | | ITNET SERVICES LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>19 RIESLING CT<br>MARLTON, NJ 08053 | $750.00 |
| | 284 | JAGUAR CREDIT CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 537950<br>LIVONIA, MI 48153-7950 | $1,758.00 |
| 632005110 | | JAY'S TIRE SERVICE<br>ATTN: PRES. OR GEN. COUNSEL<br>7015 WESTFIELD AVENUE<br>PENNSAUKEN, NJ 08110 | $16.05 |
| 635002130 | | JDM INFRASTRUCTURE, LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>DEPT#4240<br>P.O. BOX 87618<br>CHICAGO, IL 60680-061 | $127.20 |
| 634000940 | | JEVIC TRANSPORTATION INC<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 13031<br>NEWARK, NJ 07188 | $2,631.03 |

*Approved by Judge Gloria M. Burns August 04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 632010960 | | JOHN M. ROWE INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>ROUTE 419 SOUTH<br>P.O. BOX 362<br>SCHAEFFERSTOWN, PA  17088 | $258.65 |
| 633001850 | | JOHN MCCLEERY<br>129 8TH AVE<br>HADDON HEIGHTS, NJ  08035 | $450.00 |
| 635000790 | | JOSEPH STEINROEDER<br>509 TRADITIONS CT. SOUTH<br>OXFORD, CT  06478 | $197.99 |
| 633001920 | | K B M COMPANY LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>876 N LENOLA RD, STE 6D<br>MOORESTOWN, NJ  08057 | $432.25 |
| 634000960 | | KEY TECH CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>20508 56TH AVE W. SUITE A<br>LYNNWOOD, WA  98036-7650 | $1,871.47 |
| 634001100 | | MACKENZIE<br>ATTN: PRES. OR GEN. COUNSEL<br>609 BLUEBERRY DR.<br>ATCO, NJ  08004 | $45.00 |
| 635002210 | | MARK A. DANO<br>909 ARBOR FOREST LANDING<br>MARIETTA, GA  30064 | $163.54 |
| 633002150 | | M E B LOGISTICS<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1644<br>DOYLESTOWN, PA  18901 | $9,870.69 |
| 634001250 | | MHS LIFT<br>ATTN: PRES. OR GEN. COUNSEL<br>OLD SALEM ROAD<br>NORTH OF CREEK ROAD<br>BROOKLAWN NJ  08030 | $5,462.18 |
| 632011100 | | MID-ATLANTIC QUICK-FIT<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 1008<br>BUCKINGHAM PA  18912 | $81.74 |
| 633002270 | | MIDLAND BUILDING MATERIALS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>2912 CAMERON ST<br>MONROE LA  71211 | $100.00 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 632006240 | | MOORE MEDICAL CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 31773<br>HARTFORD CT  06150-1773 | $156.65 |
| 634001260 | | MOORE WALLACE<br>PO BOX 13663<br>NEWARK NJ  07188-0663 | $1,982.18 |
| 632006250 | | MORGAN PAPER<br>ATTN: PRES. OR GEN. COUNSEL<br>33 EAST SOUTH STREET<br>SMYRNA DE  19977 | $1,596.00 |
| 632006280 | | MOST ELECTRIC INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>114 E. RANKIN STREET<br>JACKSON MS  39201 | $1,551.04 |
| 632006420 | | NATIONAL AMMONIA<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 7777-W2170<br>PHILA PA  19175 | $2,512.25 |
| 633002450 | | NGA EXHIBITS<br>ATTN: PRES. OR GEN. COUNSEL<br>8200 GREENSBORO DR, STE 302<br>MCLEAN VA  22102 | $5,300.00 |
| 632006650 | | NMHG FINANCIAL SERVICES<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 643749<br>PITTSBURGH PA  15264-3749 | $7,689.00 |
| 634001320 | | NMHG FINANCIAL SERVICES<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 643749<br>PITTSBURGH PA  15264-3749 | $6,914.00 |
| 635001070 | | NORTH AMERICAN PRODUCTS CORP<br>ATTN: PRES. OR GEN. COUNSEL<br>LOCK BOX 1396<br>1396 PAYSPHERE CIRCLE<br>CHICAGO IL  60674 | $136.52 |
| 632006760 | | OBERG BROS. INDUSTRIAL<br>SUPPLY CORP.<br>ATTN: PRES. OR GEN. COUNSEL<br>312 E. MAIN STREET<br>MAPLE SHADE NJ  08052 | $155.16 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 632011140 | | OEM CONTROLS INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>12 CONTROLS DRIVE<br>SHELTON CT  06484 | $558.52 |
| 632011180 | | PATRICK J.KELLY DRUMS INC.<br>Attn: Bill Sigafoes<br>2109 HOWELL STREET<br>CAMDEN NJ  08105 | $150.00 |
| 632007160 | | *PENNSAUKEN TOWNSHIP<br>MUNICIPAL BUILDING<br>5605 N. CRESCENT BLVD.<br>ATTN: BILL BUFFINGTON<br>PENNSAUKEN NJ  08110 | $747,938.72 |
| 632007280 | | PERMA INDUSTRIES, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>2129 CENTER PARK DRIVE<br>CHARLOTTE NC  28217 | $0.00 |
| 635001170 | | PHG<br>ATTN: PRES. OR GEN. COUNSEL<br>777 SCHWAB ROAD<br>SUITE 1D<br>HATFIELD PA  19440 | $257.80 |
| 635001180 | | PITT OHIO EXPRESS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 643271<br>PITTSBURGH PA  15264-3271 | $1,068.06 |
| 633002670 | | PITT OHIO EXPRESS LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 643271<br>PITTSBURGH PA  15264-3271 | $167.23 |
| 632007470 | | PLATTS<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 848093<br>DALLAS TX  75284-8093 | $1,492.65 |
| 635002260 | | PROTOCALL | $832.00 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 632007630 | | PROVIDENT PACKAGING & CONTAINER<br>ATTN: PRES. OR GEN. COUNSEL<br>8701 TORRESDALE AVE. (REAR)<br>PHILADELPHIA PA  19136 | $96.45 |
| 633002710 | | PROVIDENT PACKAGING CORP<br>ATTN: PRES. OR GEN. COUNSEL<br>8701 TORRESDALE AVE (REAR)<br>PHILADELPHIA PA  19136 | $3,622.90 |
| 632007800 | | QUALITY SYSTEMS REGISTRARS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>22375 BRODERICK DR STE 260<br>STERLING VA  201669348 | $1,525.00 |
| 632007900 | | RALPH H. COFLESH, JR., ESQ.<br>UNIT F-101<br>150 WEST EVERGREEN AVE.<br>PHILADELPHIA PA  19118 | $1,800.00 |
| 633002760 | | RELIABLE HARDWARE INC<br>ATTN: PRES. OR GEN. COUNSEL<br>28100 N ASHLEY CIRCLE, STE 109<br>LIBERTYVILLE IL  60048-9479 | $200.00 |
| 633002790 | | RICHMOND HARDWARE & PLUMBING<br>ATTN: PRES. OR GEN. COUNSEL<br>899 WASHINGTON ST<br>PO BOX 850375<br>BRAINTREE MA  02184-5450 | $300.00 |
| 635001320 | | RICOH<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 73683<br>CHICAGO IL  60673-7683 | $1,805.16 |
| 632008070 | | RMT INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>527 PLYMOUTH ROAD, SUITE 406<br>PLYMOUTH MEETING PA  19462-1641 | $4,125.03 |
| 635001330 | | ROBERT ELGART & SON, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1011 W. BUTLER ST<br>PHILADELPHIA PA  19140-3109 | $39.48 |
| | 162 | ROTTENKO, JOHN | $576.24 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 632011280 | | ROUX ASSOCIATES INC.<br>ATTN: SUSAN SULLIVAN<br>209 SHAFTER STREET<br>ISLANDIA NY  11749-5074 | $508.54 |
| 632008180 | | ROYAL ELECTRIC SUPPLY COMPANY<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 12618<br>3233 HUNTING PARK AVENUE<br>PHILA PA  19129 | $155.81 |
| 632008290 | | RYZEX REPAIR, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>830 FESSLERS PARKWAY<br>SUITE 102<br>NASHVILLE TN  37210 | $300.00 |
| 632008330 | | SABIC POLYMERSHAPES<br>ATTN: PRES. OR GEN. COUNSEL<br>2585 INTERPLEX DRIVE<br>TREVOSE PA  19053 | $3,304.55 |
| 634001510 | | SCHALL, FRED | $206.35 |
| 635001430 | | SCOTT PAIST<br>4753 CYPRESS AVE.<br>TREVOSE PA  19053 | $575.00 |
| 632008690 | | SIGBET MFG.<br>ATTN: PRES. OR GEN. COUNSEL<br>3994 CHESTNUT RIDGE ROAD<br>BLAIRSVILLE PA  15717 | $1,137.88 |
| 635001510 | | SIMCO | $434.31 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 632008700 | | SIPERSTEIN'S/ MAPLE SHADE<br>ATTN: PRES. OR GEN. COUNSEL<br>2819 ROUTE 73 SOUTH<br>MAPLE SHADE NJ  08052 | $1,722.48 |
| 633002960 | | SONITROL OF PHILADELPHIA<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 660777<br>DALLAS TX  75266-0777 | $1,355.69 |
| 635001540 | | SPECTRA GASES<br>ATTN: PRES. OR GEN. COUNSEL<br>3434 ROUTE 22 WEST<br>BRANCHBURG NJ  08876 | $28.42 |
| 632008880, 632008890 | 523 | SPRINT NEXTEL<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 172408<br>DENVER CO  80217-2408 | $15,880.91 |
| 633002980 | | ST JOHN OF GOD COMMUNITY SVCS<br>ATTN: PRES. OR GEN. COUNSEL<br>532 DELSEA DR<br>WESTVILLE GROVE NJ  08093 | $125.92 |
| 633003080 | | SUNSET LANDSCAPING & LAWN SVC<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 752<br>MEDFORD NJ  08055 | $321.00 |
| 632009770 | | TRI-STEEL CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>512 SWEDESBORO AVENUE<br>MICKLETON NJ  08056 | $67.26 |
| 634001800 | | UNISOURCE<br>ATTN: PRES. OR GEN. COUNSEL<br>7575 BREWSTER AVE<br>PHILADELPHIA PA  19153-3296 | $870.60 |
| 632010100 | | USA BLUEBOOK<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 1186<br>3995 COMMERCIAL AVENUE<br>NORTHBROOK IL  60062 | $554.70 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 632010180 | | VERIMATION TECHNOLOGY INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>23883 INDUSTRIAL PARK DR.<br>FARMINGTON HILLS MI  48335-2860 | $1,220.00 |
| | 416 | VW CREDIT, INC.<br>ATTN JOE M LOZANO, JR.<br>PO BOX 829009<br>DALLAS TX  75382-9009 | $785.00 |
| 633003510 | | WALLACE HARDWARE CO INC<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 6004<br>MORRISTOWN TN  37815-6004 | $2,600.00 |
| 635001930 | | WEIL INDUSTRIAL HARDWARE<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 217<br>WEST HURLEY NY  12491 | $841.00 |
| 633003610 | | WILLIAM PARKER ASSOCIATES INC<br>ATTN: PRES. OR GEN. COUNSEL<br>2845 E WESTMORELAND ST<br>PHILADELPHIA PA  19134 | $3,748.71 |
| 635001990 | | WINDOW TREE INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>527 N. GREEN RIVER<br>EVANSVILLE IN  47715 | $2,019.36 |
| 632010610 | | WM OF CAMDEN INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1001 FAIRVIEW ST.<br>CAMDEN NJ  08104 | $73,158.52 |
| 635002020 | | YOUNG AMERICA CORPORATION<br>ATTN: PRES. OR GEN. COUNSEL<br>NW 8916 PO BOX 1450<br>MINNEAPOLIS MN  55485-8916 | $2,532.18 |
| 635002040 | | ZURICH-AMERICA INSURANCE<br>ATTN: PRES. OR GEN. COUNSEL<br>135 S. LA SALLE ST.<br>DEPT. 8723<br>CHICAGO IL  60674-8723 | $19.92 |

*Approved by Judge Gloria M. Burns August  04, 2010*