Order Filed on
8/4/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br>Felice R. Yudkin, Esq.<br><br>Co-Counsel for the Class 10 Liquidation Trust |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>                Reorganized Debtors. |

Chapter 11
(Jointly Administered)

Case No. 08-14631

Judge: Hon. Gloria M. Burns

Hearing Date: July 27, 2010

**ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S
FIFTH OMNIBUS OBJECTION TO CLAIMS
(Claim Numbers: 81, 541, 597, 663, 664, 699, 772, 719, 742. 743, 749, 742,
743, 744, 749, 757, 828, 901, 904, 905, 906)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 8/4/2010**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)
Debtor:              SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No:             08-14631 (GMB)
Caption of Order:    ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S
                     FIFTH OMNIBUS OBJECTION TO CLAIMS

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned reorganized debtors, having filed a motion (the "Motion") for entry of an order expunging and disallowing the unsecured claims of the claimants listed on Exhibits A, B and C to the Motion (the "Disputed Claims" ); and upon the Motion and the Declaration of Lynn K. Smalley in support of the Motion; and the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the affected claimants; and no other responses or objections to the Motion having been received; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED** that the Motion is granted in all respects.

**ORDERED** that the late-filed claims, identified on **Exhibit A** hereto in the column titled "Late Filed – Claim to be Expunged" are expunged and disallowed in their entirety.

**ORDERED** that the duplicative claims, identified on **Exhibit B** hereto in the column titled "Duplicative Claim to be expunged" are expunged and disallowed in their entirety.

**ORDERED** that as set forth on Exhibit C hereto, claim number 663 of Raggedy, Inc. is expunged and disallowed in its entirety, and Pennsauken Township has no unsecured claims in these cases.

**ORDERED** that as set forth on **Exhibit C** hereto, claimant Perfect Trade Development Co. shall have an allowed unsecured claim in the aggregate amount of $229,167.52, and shall have no other unsecured claims in these cases.

*Approved by Judge Gloria M. Burns August  04, 2010*

Exhibit A
Order Granting Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims

| Name and Address of Claimant | Late Filed-Claim to be Expunged | Amount | Surviving Claim | Amount |
|---|---|---|---|---|
| MCMASTER-CARR SUPPLY COMPANY<br>PO BOX 5370<br><br>PRINCETON NJ  08543 | 906 | 4,000.00 | 385<br>386<br>387 | 1925.99,<br>6459.32<br>4567.92 |
| BURNER DYNAMICS, INC<br>5865 OLD LEEDS ROAD<br>SUITE A<br><br>BIRMINGHAM AL  35210 | 905 | 77,920.00 | None | None |
| GMAC<br>PO BOX 130424<br><br>ROSEVILLE MN  55113 | 904 | 9,057.84 | 178 | 40,997.54 |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br><br>BLOOMINGTON IL  61701 | 901 | 660.77 | None | |
| UNDERWRITERS LABORATORIES<br>CORP OFFICE<br>333 PFINGSTON ROAD<br><br>NORTHBROOK IL  60062 | 828 | 1,505.00 | Scheduled | 1,055.00 |
| SPS COMMERCE<br>333 S 7TH STREET, STE 1000<br><br>MINNEAPOLIS MN  55402 | 757 | 59.00 | None | |
| SPS COMMERCE<br>333 S 7TH STREET, STE 1000<br><br>MINNEAPOLIS MN  55402 | 749 | 59.00 | None | |
| SHAW ALLOY PIPING PRODUCTS<br>JEANINE D. CLARK - MARGOLIS EDELSTEIN<br>216 HADDON AVENUE, SENTRY OFFICE BLDG<br>P.O. BOX 92222<br>WESTMONT NJ  08108 | 744 | Undetermined | None | |
| SHAW ALLOY PIPING PRODUCTS<br>JEANINE D. CLARK - MARGOLIS EDELSTEIN<br>216 HADDON AVENUE, SENTRY OFFICE BLDG<br>P.O. BOX 92222<br>WESTMONT NJ  08108 | 743 | Undetermined | None | |
| RED WINGSHOE MOBILE<br>7B JULES LANE<br><br>NEW BRUNSWICK NJ  08901 | 742 | 3,155.00 | None | |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br><br>PISCATAWAY NJ  08854 | 719 | 207.00 | None | |

*Approved by Judge Gloria M. Burns August  04, 2010*

**Exhibit B**
**Order Granting Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims**

| Name and Address of Claimant | Duplicative claim to be expunged | Amount | Surviving Claim | Amount |
|---|---|---|---|---|
| MID-ATLANTIC CNC, INC<br>ATTN GARY PROSCIA, VP FINANCE<br>260 EVANS WAY<br><br>BRANCHBURG NJ  08876 | 81 | 6,890.50 | 338-1 | 7,068.65 |
| PYROTEK INC.<br>9503 E. MONTGOMERY AVE.<br><br>SPOKANE VALLEY WA  99206 | 699 | 19,370.80 | 741 | 20,849.80 |
| MARSHALL & QUENTZEL, LLC<br>C/O ALUMET SUPPLY, INC.<br>155 WILLOWBROOK BLVD.<br><br>WAYNE NJ  07470 | *Scheduled | 30678.26 | 540 | 30678.26 |
| *Scheduled amount was in the name of Alumet Supply | | | | |

*Approved by Judge Gloria M. Burns August  04, 2010*

**Exhibit C**
**Order Granting Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims**

| Name and Address of Claimant | Scheduled Amount | Claim Number | Filed Claim | Allowed Unsecured Claim |
|---|---|---|---|---|
| PENNSAUKEN TOWNSHIP MUNICIPAL BUILDING 5605 N. CRESCENT BLVD. ATTN: BILL BUFFINGTON PENNSAUKEN NJ  08110 | | 541 597* | $837,905.30 (sec'd) $837,905.30 (sec'd) | None |
| ROOM A, 7/12F. MAO TAI CENTURY TOWER NO. 83 ZHONG HE BEI ROAD HANGZHOU, CHINA | $229,167.52** | 772 | $200,857.90 (admin) $72,250.52(unsecured) | $229,167.52 |
| RAGGEDY, INC. D/B/A HANDYMAN CONNECTION OF MIDDLE TENNESSEE, WINDOW DEPOT USA C/O JOHN H. ROWLAND / BAKER DONELSON 211 COMMERCE STREET, SUITE 1000 NASHVILLE TN  37201 | 0 | 663 | $60,000 (unsecured) | $0 |

*Claim 597 has been expunged by previous Order of the Court.

**Perfect Trade's scheduled claim was reduced from $433,628.49 to $229,167.52 pursuant to an Order dated 2/20/2009, and its filed claim number 772 was classified as an administrative claim in the amount of $200,857.90 and an unsecured claim in the amount of $72,250.52 by Order dated 12/24/2008, which Order reserved the Trust's rights to file further objections.  The total amount of Perfect Trade's unsecured claim is properly $229, 167.52, per the Debtors' books and records.

*Approved by Judge Gloria M. Burns August  04, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: bdrayton              Page 1 of 1           Date Rcvd: Aug 04, 2010
Case: 08-14631                Form ID: pdf903             Total Noticed: 3

The following entities were noticed by first class mail on Aug 06, 2010.
db           +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204
aty          +Kevin M. McKenna,    Latsha Davis Yohe & McKenna,    350 Eagleview Boulevard,    Suite 100,
               Exton, PA 19341-1178
aty          +Timothy W. Garvey,    Latsha, Davis, Yohe & McKenna,    3000 Atrium Way,    Suite 251,
               Mt. Laurel, NJ 08054-3926
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2010**                         **Signature:** *Joseph Speetjens*