Order Filed on 8/4/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| **HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq. |
| **COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br>Felice Yudkin, Esq. |
| Co-Counsel for the Class 10 Liquidation Trust |
| In Re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>                Reorganized Debtors. |

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Hon. Gloria M. Burns

Hearing Date: July 27, 2010

**ORDER GRANTING TRUST'S SIXTH OMNIBUS OBJECTION TO CLAIMS AND
DISALLOWING CLAIMS DUE TO CLAIMANTS'
FAILURE TO PROVIDE COMPLETED W-9 OR W-8 FORMS**
(Claim Numbers 129, 132, 179, 193, 443, 487, 686, 903; Scheduled Claim Numbers 632000850, 632000950, 632001090, 632001130, 632001250, 632001300, 632001380, 632001450, 632002150, 632002360, 632002400, 632002770, 632002790, 632002840, 632003170, 632003450, 632003540, 632003870, 632004270, 632004660, 632004690, 632006860, 632007540, 632010880, 632011020, 632011040, 633000100, 633000210, 633000330, 633000490, 633000520, 633000550, 633000780, 633000830, 633001000, 633001010, 633001130, 633001150, 633001160, 633001320, 633001370, 633001410, 633001430, 633001440, 633001490, 633001530, 633001540, 633001560, 633001570, 633001690, 633001780, 633001810, 633001820, 633001940, 633001980, 633002140, 633002290, 633002430, 633002460, 633002890, 633002930, 633003060, 633003230, 633003290, 633003730, 633003740, 633003760, 633003770, 633003780, 634000200, 634000330, 634000500, 634000530, 634000810, 634001910, 635000130, 635000180, 635000460, 635000500, 635000590, 635000650, 635000670, 635000860, 635001350, 635002080)

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 8/4/2010**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No: 08-14631 (GMB)
Caption of Order: ORDER GRANTING TRUST'S SIXTH OMNIBUS OBJECTION TO CLAIMS AND DISALLOWING CLAIMS DUE TO CLAIMANTS' FAILURE TO PROVIDE COMPLETED W-9 OR W-8 FORMS

The Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al*., the above-captioned reorganized debtors, having filed a motion (the "Motion") for entry of an order disallowing the claims and distribution rights of the claimants listed on Exhibit A to the Motion (the "Non-Complying Claimants"), due to the failure of those claimants to return completed W-9 or W-8 forms to the Trust; and upon the Motion and the Declaration of Lynn K. Smalley in support of the Motion; and the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the Non-Complying Claimants; and the Trust having removed from the list of Non-Complying Claimants those claimants who returned completed W-9 or W-8 forms to the Trust on or before the objection deadline for the Motion, and such modified list being attached to this Order as **Exhibit A** (the "Remaining Non-Complying Claimants"); and no other responses or objections to the Motion having been received; and upon the record taken before me, and no adverse interest being represented and for good cause shown, it is

**ORDERED** that the Motion is granted in all respects, and the claims of the Remaining Non-Complying Claimants, identified on Exhibit A annexed hereto and made a part hereof, and their attendant distribution rights, hereby are expunged and disallowed in their entirety.

45765/0003-6891241v1

*Approved by Judge Gloria M. Burns August 04, 2010*

| | | | |
|---|---|---|---|
| **Exhibit A** | | | |
| **Order Granting Class 10 Liquidation Trust's Sixth Omnibus Objection to Claims** | | | |
| **Schedule Number** | **Claim Number** | **Creditor** | **Amount of Claim** |
| 633000100 | | ADAIRVILLE HARDWARE<br>ATTN: PRES. OR GEN. COUNSEL<br>103 S. CHURCH ST.<br>ADAIRVILLE, KY  42202 | $300.00 |
| 634001910 | | AICCO, INC<br>ATTN: PRES. OR GEN. COUNSEL<br>BOX 9045<br>NEW YORK, NY  10087-9045 | $33,879.73 |
| 635000130 | | ALAN MEDLEY<br>1862 GENTRY FARM RD.<br>KING, NC  27021 | $250.00 |
| 632000850 | | AMCOR<br>ATTN: PRES. OR GEN. COUNSEL<br>835 WEST SMITH ROAD<br>MEDINA, OH  44256 | $967.93 |
| 632000950 | | AMERICAN TONERSERV (ASVP)<br>ATTN: PRES. OR GEN. COUNSEL<br>6280 SOUTH VALLEY VIEW BLVD.<br>BLDG. F SUITE 612<br>LAS VEGAS, NV  89118 | $964.76 |
| 634000200 | | AMERIGAS<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1271<br>BORDENTOWN, NJ  08505-2198 | $7,390.60 |
| 633000210 | | ANDREW'S INTERNATIONAL CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>ROOM 1003, 96 CHUN-SHAN N. RD.<br>SEC. 2<br>TAIPEI    TAIWAN | $36,704.95 |
| 632001090 | | APPLIED INDUSTRIAL TECH<br>ATTN: PRES. OR GEN. COUNSEL<br>124 E. 9TH. AVE.<br>RUNNEMEDE, NJ  08078 | $80.93 |
| 632001130 | | ARC WATER TREATMENT<br>ATTN: PRES. OR GEN. COUNSEL<br>114 HARVEY STREET<br>PHILADELPHIA, PA  19144 | $306.00 |
| 635000180 | | ASE TECHNICAL SERVICE CORP, INC<br>ATTN: PRES. OR GEN. COUNSEL<br>1 GOLDENROD DRIVE<br>MOUNT LAUREL, NJ  08054 | $3,800.00 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 632001250 | | ASSOCIATED INDUSTRIAL TIRE INC<br>ATTN: PRES. OR GEN. COUNSEL<br>606 WM. LEIGH DRIVE<br>TULLYTOWN, PA  19007 | $1,255.20 |
| 633000330 | | ATX COMMUNICATIONS<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 9257<br>UNIONDALE, NY  11555-9257 | $38.58 |
| 632001300 | | AUTOMATION AIDES<br>ATTN: PRES. OR GEN. COUNSEL<br>26 EVERGREEN AVENUE<br>WARMINSTER, PA  18974 | $3,631.99 |
| 632001380 | | BANK OF AMERICA<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 15713<br>WILMINGTON, DE  19886-5713 | $2,535.78 |
| 632001450 | | BELCO INDUSTRIES, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>115 EAST MAIN STREET<br>BELDING, MI  48809 | $564.86 |
| 634000330 | | C. PALMER DIE CASTING, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1278<br>OAKLAND, MD  21550 | $472.95 |
| 633000490 | 686 | CHAMP PROSPERITY ENT CO., LTD.<br>ATTN: PRES. OR GEN. COUNSEL<br>ROOM 5, 13TH FL.<br>NO 457 CHENG KUNG ROAD<br>TAINAN    TAIWAN R.O.C. | $11,401.72 |
| 632002150 | | CHROMALOX<br>ATTN: PRES. OR GEN. COUNSEL<br>701 ALPHA DR<br>PITTSBURG, PA  15238 | $4,990.69 |
| 633000520 | 193 | CHUNG HSIN ENTERPRISE LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NO. 16, SEC. 1 GUOR GUANG RD.<br>DAH LII<br>TAICHUNG COUNTY 412<br>TAICHUNG    CHINA | $13,557.60 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 633000550 | | CLAIR HOME PRODUCTS<br>ATTN: PRES. OR GEN. COUNSEL<br>311-16 HONG-CHU VILLAGE<br>LU-CHU HSIANG<br>TAO-YUAN   CHINA | $24,185.50 |
| 632002360 | | COMMERCIAL-WAGNER INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>4101 ASHLAND AVE.<br>BALTIMORE, MD  21205 | $1,276.14 |
| 632002400 | | CONESTOGA-ROVERS & ASSOC.<br>ATTN: PRES. OR GEN. COUNSEL<br>ROUTE 113-559<br>W. UWCHIAN AVENUE SUITE 120<br>EXTON, PA  19341 | $32.91 |
| 634000500 | | COURTENAY WHITEHURST<br>PO BOX 1287<br>NEWNAN, GA  30263 | $210.95 |
| 635000460 | | CUSTOM CRAFT PLASTICS<br>ATTN: PRES. OR GEN. COUNSEL<br>100 KING ARTHUR'S COURT<br>PO BOX 6029J<br>NORTH BRUNSWICK, NJ  08902 | $645.86 |
| 634000530 | | CUSTOMER CHOICE TRANS. INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 1290<br>HULMEVILLE, PA  19047-5543 | $24,396.67 |
| 633000780 | | DALLAS TRANSFER<br>& TERMINAL WAREHOUSE<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 224301<br>DALLAS, TX  75222-4301 | $100.00 |
| 632002770 | | DANA TRANSPORT<br>ATTN: PRES. OR GEN. COUNSEL<br>51 CROWN POINT ROAD<br>PAULSBORO, NJ  08066 | $1,385.00 |
| 632002790 | | DANIELI-BREDA EXTRUSION AND<br>FORGING PRESSES S.P.A.<br>ATTN: PRES. OR GEN. COUNSEL<br>VIALE FULVIO TESTI, 124<br>20092 CINISELLO    BALSAMO ITALY | $2,700.00 |

3

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 632002840 | | DATA DIRECT<br>ATTN: PRES. OR GEN. COUNSEL<br>400 WEST CUMMINGS PARK<br>SUITE 1575<br>WOBURN, MA  01801 | $239.00 |
| 633000830 | | DELAWARE AVENUE DISTRIBUTION CENTER INC<br>ATTN: PRES. OR GEN. COUNSEL<br>700 PATTISON AVE<br>PHILADELPHIA, PA  19148 | $270.00 |
| 632003170 | | DGI SUPPLY<br>ATTN: PRES. OR GEN. COUNSEL<br>95 LOUISE DRIVE<br>SUITE B<br>IVYLAND PA  18974 | $1,240.83 |
| 635000500 | | DOUBLE DOG COMMUNICATIONS<br>ATTN: PRES. OR GEN. COUNSEL<br>2615 JOPPA ROAD<br>YORK, PA  17403 | $70.00 |
| 632003450 | | ELHAUS INDUSTRIEANLAGEN GMBH<br>ATTN: PRES. OR GEN. COUNSEL<br>RUDOLF-DIESEL-STR 1-3<br>78239 RIELASINGEN-WORBLINGEN<br>GERMANY | $2,177.40 |
| 632007540 | 487 | ENERGYPLUS, LLC<br>ANDREW J. FLAME AND HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 NORTH MARKET STREET, SUITE 1000<br>WILMINGTON, DE  19801-1254 | $593,945.22 |
| 632003540 | | EVANS HEAT TREATING COMPANY<br>ATTN: PRES. OR GEN. COUNSEL<br>360 RED LION ROAD<br>HUNTINGDON VALLEY, PA  19006 | $79.50 |

4

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 633001000 | | EVERSAFETY PRECISION INDUSTRY (TIANJIN) CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>LIAO HO BEI ROAD<br>HI-TECH PARK<br>SHATIN, NT   300402 CHINA | $1,983.00 |
| 633001010 | | EVERTEK INDUSTRIES INC<br>ATTN: PRES. OR GEN. COUNSEL<br>SUITE C, 16F, 447, SEC. 3<br>WEN-SHIN ROAD<br>TAICHUNG   CHINA | $21,597.29 |
| 635002080 | | F.C.F.C.U.<br>ATTN: PRES. OR GEN. COUNSEL<br>3301 S. GALLOWAY ST.<br>ROOM 241<br>PHILADELPHIA, PA  19148 | $2,432.50 |
| 632010880 | | FILTER EQUIPMENT CO., INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1440 HWY 34<br>WALL TOWNSHIP, NJ  07753 | $143.12 |
| 633001130 | | FOREVER GREEN HOLDINGS LLC<br>ATTN: PRES. OR GEN. COUNSEL<br>117 FORT LEE RD, UNIT A-11<br>LEONIA, NJ  07605 | $486.00 |
| 633001150 | | FRANK MAYER & ASSOCIATES INC<br>ATTN: PRES. OR GEN. COUNSEL<br>5750 RIVER VALLEY TRAIL<br>ANAHEIM HILLS, CA  92807 | $8,180.28 |
| 632003870 | | FROMM ELECTRIC SUPPLY<br>ATTN: PRES. OR GEN. COUNSEL<br>2020 SPRINGDALE ROAD<br>SUITE 200<br>CHERRY HILL, NJ  08034 | $24,839.44 |
| 635000590 | | FSS,LLC<br>Facility Systems Strategies, LLC<br>2463 152nd Ave. NE<br>Redmond, WA 98052 | $1,132.00 |
| 633001160 | | FUELL'S<br>ATTN: PRES. OR GEN. COUNSEL<br>RR01 BOX 11835<br>MANATI, PR  00674 | $325.62 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| **Schedule Number** | **Claim Number** | **Creditor** | **Amount of Claim** |
|---|---|---|---|
| 633001320 | | GOODWIN IMPORT AND EXPORT CO LTD OF ZHONGSHAN<br>ATTN: PRES. OR GEN. COUNSEL<br>3/F NO 86 BLDG, SHUN JING GARDEN<br>ZHONGSHAN 4 ROAD<br>ZHONGSHAN GD   CHINA | $12,885.25 |
| 635000650 | 179 | GRAFCO<br>ATTN: M. GRAFE<br>20 REGINA ROAD<br>WOODBRIDGE ON  L4L8L6 CANADA | $4,342.32 |
| 632004270 | | GREY HUB TROLLEY WHEEL CO.<br>ATTN: PRES. OR GEN. COUNSEL<br>17265 GABLE AVENUE<br>DETROIT, MI  48212 | $70.58 |
| 633001370 | | GUANG ZHOU SHUN MING HARDWARE<br>ATTN: PRES. OR GEN. COUNSEL<br>YUANGANG VILLAGE, SAN JIANG<br>SHITAN TOWN, ZENGCHENG CITY<br>GUANGDONG PROVINCE   CHINA | $5,406.00 |
| 633001410 | | GUANGZHOU WELOON METALWORK<br>ATTN: PRES. OR GEN. COUNSEL<br>SHASHUI INDUSTRIAL DISTRICT<br>SONGGANG, NANHAI<br>FOSHAN   CHINA | $37,682.05 |
| 635000670 | | GUARDIAN INDUSTRIES CORP.<br>ATTN: PRES. OR GEN. COUNSEL<br>4681 COLLECTIONS CENTER<br>CHIGAGO, IL  60693 | $16,545.40 |
| 633001430 | | HAINING ANJIE LOCKS CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>88 XIUCHUAN E,<br>ROAD CHANGGAN TOWN HANNING<br>ZHEJIANG   CHINA | $12,947.16 |
| 633001440 | | HANDY HARDWARE WHOLESALE INC<br>ATTN:  CINDY RODRIGUEZ<br>8300 TEWANTIN DR<br>HOUSTON, TX  77061 | $3,479.00 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 633001490 | | HANLIX INT'L CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>533 CHUNG SHAN ROAD, SHALU<br>TAICHUNG HSIEN    TAIWAN | $146,331.45 |
| 633001530 | | HARWELL INDUSTRIES LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>PO BOX 267<br>NO 157, LANE 175, GWO-SHENG RD<br>CHANGHUA    TAIWAN | $58,910.38 |
| 633001540 | | HAVE A CUP<br>ATTN: PRES. OR GEN. COUNSEL<br>1000 WASHINGTON AVE<br>CROYDON, PA  19021 | $347.10 |
| 633001560 | | HENG HING METAL FACTORY LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>RM 515,5/F,VANTA INDUSTRIAL CENTRE,<br>21-33 TAI LIN PAI ROAD<br>KWAI CHUNG    CHINA | $17,220.07 |
| 633001570 | | HENNEN & ASSOCIATES<br>ATTN: PRES. OR GEN. COUNSEL<br>10581 CR2300 (75474)<br>PO BOX 1449<br>QUINLAN, TX  75474-1449 | $550.00 |
| 634000810 | | HUBLEY<br>ATTN: PRES. OR GEN. COUNSEL<br>128 JOHN SEVIER CIRCLE<br>ROGERSVILLE, TN  37857 | $51.64 |
| 632004660 | | HUGHES CONSULTANTS, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>65 OLD HIGHWAY 22<br>SUITE 10<br>CLINTON, NJ  08809 | $1,500.00 |
| 632004690 | | HYDRAULIC SOLUTIONS<br>DIVISION OF EASTERN LIFT TRUCK<br>ATTN: PRES. OR GEN. COUNSEL<br>549 E. LINWOOD AVENUE<br>MAPLE SHADE, NJ  08052 | $2,604.23 |
| 633001690 | | INNER MONGOLIA ACME<br>HARDWARE CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>ROOM 1-4302, FANG TING GARDEN<br>NO 535 DONG FENG ROAD<br>HOHHOT    CHINA | $18,291.84 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 633001780 | 132 | JASON HARDWARE CO., LTD<br>ATTN: JASON WANG, CEO<br>LI-DE INDUSTRIAL ESTATE LIANXIA,<br>CHENGHAI DISTRICT, SHAN TOU CITY<br>GUANG DONG PROVINCE   515834 CHINA | $17,975.00 |
| 633001810 | | JETSTAR CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>16F, NO401, SEC 1, CHUNG SHAN ROAD<br>CHANG HUA CITY   TAIWAN | $2,139.24 |
| 633001820 | | JIAXIN YINMAO INTL TRADING CO<br>ATTN: PRES. OR GEN. COUNSEL<br>NO. 562 HONGXING ROAD<br>JIAXING   314001 CHINA | $22,903.77 |
| 633001940 | | KAMBO SECURITY PRODUCTS<br>ATTN: PRES. OR GEN. COUNSEL<br>UNIT 01-02, 5-FL.<br>KWAI FUNG STREET<br>KWAI CHUNG, N.T.   CHINA | $144,090.52 |
| 633001980 | | KINSUN INTERNATIONAL<br>TRADE CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>A-1203, NO 129, XINHUA RD<br>WUHAN   CHINA | $2,880.00 |
| 632011020 | | LAWNMOWERS UNLIMITED INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>491 ROUTE 38 WEST<br>MAPLE SHADE, NJ  08052 | $250.00 |
| | 903 | LEBHAR-FRIEDMAN, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>425 PARK AVENUE<br>NEW YORK, NY  10022 | $5,000.00 |
| 635000860 | | LEE ELECTRIC, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>P.O. BOX 238<br>309 51ST STREET<br>WEST NEW YORK, NJ  07093 | $935.00 |
| 632011040 | | LEN DOR SPECIALTIES, INC.<br>ATTN: PRES. OR GEN. COUNSEL<br>1298 S. 28TH STREET<br>HARRISBURG, PA  17111 | $186.71 |

8

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| | 443 | LOMAS, L. ROBERTO P.E.<br>1432 WOODFORD RD.<br>CLEMMONS, NC  27012 | $2,733.60 |
| 633002140 | | LOXON LOCK CO<br>ATTN: PRES. OR GEN. COUNSEL<br>6F,NO.76 SEC.1, ROOSEVELT RD<br>TAIPEI   10074 TAIWAN | $3,237.09 |
| 633002290 | 129 | MIRILLAS OPTICAS, S.L.<br>ATTN: JOSE M PEDRET, ADMINISTRATOR<br>CUARTEL DE LEVANTE, 7<br>PARETS DEL VALLES   08150 BARCELONA, SPAIN | $1,699.20 |
| 633002430 | | NEW HOCHA ALUMINUM IND CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NANHAI FOSHAN<br>XING XIAN RD,M DALI TOWN<br>NANHAI CITY, 321 NATIONAL RD<br>GUANGDONG   528231 CHINA | $127,574.47 |
| 633002460 | | NINGBO JINTIAN IMPORT<br>& EXPORT CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>6F, GUANGFA MANSION<br>473 LINGQIAO RD<br>NINGBO   315000 CHINA | $24,902.10 |
| 632006860 | | OMAV S.P.A.<br>ATTN: PRES. OR GEN. COUNSEL<br>VIA STACCA, 2<br>25050 RODENGO SAIANO BS<br>ITALY | $780.00 |
| 635001350 | | ROYALPLAST DOOR SYSTEMS CO.<br>ATTN: PRES. OR GEN. COUNSEL<br>5770 HIGHWAY #7 WEST<br>WOODBRIDGE ON  L4L 3A2 CANADA | $39,243.40 |

9

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 633002890 | | SHANGHAI ELECTRIC INTL<br>ATTN: PRES. OR GEN. COUNSEL<br>F6, TOWER 1,<br>SHANGHAI RESOURCE PLAZA<br>NO 268 ZHONGSHAN ROAD(S)<br>SHANGHAI   200010 CHINA | $42,004.28 |
| 633002930 | | SHUNDE HUATAI METAL GOODS<br>ATTN: PRES. OR GEN. COUNSEL<br>NO. 1 HEAN INDUSTRY ROAD<br>LELIU TOWN<br>SHUNDE CITY<br>GUANGDONG   CHINA | $3,255.12 |
| 633003060 | | STYLUS SYSTEMS INC<br>DBA FLATWORLD SOLUTIONS INC<br>ATTN: PRES. OR GEN. COUNSEL<br>#210 5A CROSS,<br>3RD BLOCK, HRBR LAYOUT<br>BANGALORE   560043 INDIA | $2,554.13 |
| 633003230 | | TIANJIN ZONGHENG IND&TRADE CO<br>ATTN: PRES. OR GEN. COUNSEL<br>NO 168 BALDI ROAD, NANKAI DISTRICT<br>TIANJIN   CHINA | $137,742.10 |
| 633003290 | | TRADUCTA INC<br>ATTN: PRES. OR GEN. COUNSEL<br>35, CHEMIN BELLA VISTA<br>ST-BASILE-LE-GRAND QC  J3N 1L1 CANADA | $70.00 |
| 633003730 | | YONG AN PRINTING CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>JING YE STREET<br>CHEN YONG INDUSTRIAL PARK<br>PAN YU, GUANGZHOU<br>GUANGDONG   CHINA | $2,413.00 |
| 633003740 | | YONGFENG ALUMINUM CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>XIEBIAN INDUSTRIAL AREAL, DALI TOWN<br>NANHAI FOSHAN CITY<br>GUANGDONG   CHINA | $54,962.94 |

*Approved by Judge Gloria M. Burns August  04, 2010*

| Schedule Number | Claim Number | Creditor | Amount of Claim |
|---|---|---|---|
| 633003760 | | YUHUA AUTOMOBILE SPARE PARTS<br>ATTN: PRES. OR GEN. COUNSEL<br>MANUFACTURING CO LTD<br>NO 3 ZHENGDA ROAD<br>HAIBEI INDUSTRIAL, HAIAN<br>RUIAN   CHINA | $5,244.00 |
| 633003770 | | YUYAO HOLY METAL CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>INDUSTRY A BOROUGH<br>HUANG JIABU TOWN<br>YUYAO<br>NINGBO   CHINA | $1,702.00 |
| 633003780 | | YUYAO MUNICIPAL COMMERCIAL<br>FOREIGN TRADE CO LTD<br>ATTN: PRES. OR GEN. COUNSEL<br>NO 57 YANGMING EAST ROAD<br>YUYAO<br>ZHEJIANG   CHINA | $15,589.20 |

*Approved by Judge Gloria M. Burns August  04, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: bdrayton              Page 1 of 1            Date Rcvd: Aug 04, 2010
Case: 08-14631                Form ID: pdf903             Total Noticed: 3

The following entities were noticed by first class mail on Aug 06, 2010.
db           +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204
aty          +Kevin M. McKenna,    Latsha Davis Yohe & McKenna,    350 Eagleview Boulevard,    Suite 100,
               Exton, PA 19341-1178
aty          +Timothy W. Garvey,    Latsha, Davis, Yohe & McKenna,    3000 Atrium Way,    Suite 251,
               Mt. Laurel, NJ 08054-3926
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2010**               **Signature:**   _Joseph Speetjens_