| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br>Stephanie S. Park, Esq.<br><br>**COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>A Professional Corporation<br>25 Main Street<br>P. O. Box 800<br>Hackensack, NJ 07602-0800<br>(201) 489-3000<br>(201) 489-1536  Facsimile<br>Ilana Volkov, Esq.<br>Felice Yudkin, Esq.<br><br>Co-Counsel for the Class 10 Liquidation Trust | |
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al*.<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-14631 (GMB)<br><br>Judge:  Hon. Gloria M. Burns<br><br>Hearing Date:  July 27, 2010 |

Order Filed on 8/4/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

**ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S
MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE BANKRUPTCY CODE IN
PART, ADJOURNING THE MOTION AS TO CERTAIN CLAIMS AND GRANTING RELATED RELIEF
(Claim Numbers: 2, 9, 159, 160, 218, 241, 311, 356, 388, 682, 683, 694
Scheduled Numbers: 632005240, 632005340, 632005850, 632007660, 632007910, 632008410, 632008630,
632010010, 632010560, 632010700, 632011000, 633003700, 634001200, 634001820, 634002260, 635000840,
635001820, 635001890, 635001940, 635002010)**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: 8/4/2010**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

45765/0003-6889997v1

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No.: 08-14631 (GMB)
Caption of Order: ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE BANKRUPTCY CODE IN PART, ADJOURNING THE MOTION AS TO CERTAIN CLAIMS AND GRANTING  RELATED RELIEF

THIS MATTER having been brought before the Court by the Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned reorganized debtors, upon a motion (the "Motion") for an order disallowing certain claims, as more fully set forth in the Motion and the exhibits thereto, pursuant to §§ 105 and 502(d) of Title 11 of the United States Code, as amended, and Rule 3007 of the Federal Rules of Bankruptcy Procedures; and the Trust having modified the exhibits to (i) adjourn the Motion with respect to any party as to whom the Trust has not yet resolved its avoidance claims; (ii) withdraw the Motion with respect to any party with whom the Trust has reached a settlement of avoidance claims that does not include a waiver of general unsecured claims or with respect to any party against whom the Trust has dismissed its avoidance action, and (iii) identify any party with whom the Trust has reached a settlement of avoidance claims that includes a waiver of unsecured claims; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion, and upon the record taken before me, and no adverse interest being represented and for good cause,  it is

**ORDERED**, that the Motion is adjourned until September 27, 2010 at 10:00 a.m. with respect to the claims set forth on **Exhibit A** hereto, and objections to the adjourned Motion are due on or before September 20, 2010 at 5:00 p.m.

**ORDERED**, that the Motion is withdrawn with respect to the claims set forth on **Exhibit B** hereto.

45765/0003-6889997v1

*Approved by Judge Gloria M. Burns August  04, 2010*

(Page 3)
Debtor:              SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No.:            08-14631 (GMB)
Caption of Order:    ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE BANKRUPTCY CODE IN PART, ADJOURNING THE MOTION AS TO CERTAIN CLAIMS AND GRANTING RELATED RELIEF

**ORDERED**, that the Motion is granted with respect to the claims set forth on **Exhibit C** hereto, and the claims identified as "claims to be expunged" on Exhibit C are hereby disallowed and expunged.

**ORDERED**, that notwithstanding the Claims Objection Deadline (as defined in the Motion) nothing herein shall preclude the Trust from filing additional or supplemental objections to the Disputed Claims (as defined in the Motion) on additional or alternative factual or legal grounds.

45765/0003-6889997v1

*Approved by Judge Gloria M. Burns August 04, 2010*

# **EXHIBIT A**

*Adjourned Objections pursuant to § 502(d)*

| Name and Address of Claimant | **Claims to be Expunged** | **Claim Amount** | **Additional Notice Parties** |
|---|---|---|---|
| ACE PALLET CORP<br>PO BOX 228<br>PAULSBORO, NJ 08066<br>ATTN: CYNTHIA UNGER | Scheduled<br>Scheduled<br>Scheduled | $7,761.00<br>$1,183.00<br>$44,443.00 | JOHN M. MAKOWSKI, ESQ.<br>GREENTREE EXECUTIVE CAMPUS<br>4003 LINCOLN DRIVE WEST, SUITE C<br>MARLTON, NJ 08053-1523 |
| CROWN CREDIT COMPANY<br>P.O. BOX 640352<br>CINCINNATI, OH 45264-0352 | Scheduled<br>Scheduled | $273.15<br>$3,670.33 | JOHN C. KILGANNON, ESQ.<br>STEVENS & LEE<br>1456 MARLTON PIKE EAST<br>SUITE 506<br>CHERRY HILL, NJ 08034<br><br>ROBERT G. HANSEMAN, ESQ.<br>SEBALY SHILLITO DYER<br>A LEGAL PROFESSIONAL ASSOCIATION<br>40 N. MAIN STREET<br>1900 KETTERING TOWER<br>DAYTON, OH 45423 |
| DGI SUPPLY<br>95 LOUISE DRIVE, SUITE B<br>IVYLAND, PA 18974 | Scheduled | $1,240.83 | DGI SUPPLY – A DOALL COMPANY<br>1480 SOUTH WOLF ROAD<br>WHEELING, IL 60090<br><br>KATHERINE AGNELLI, ESQ.<br>MARIN GOODMAN<br>500 MAMARONECK AVE. – SUITE 501<br>HARRISON, NY 10528 |
| FITZPATRICK CONTAINER<br>800 EAST WALNUT STREET<br>NORTH WALES, PA 19454<br>ATTN: JIM ZEBROWSKI | Scheduled | $30,103.38 | MELISSA ANN SIMOLA, ESQ.<br>HALBERSTADT CURLEY, LLC<br>1100 E. HECTOR ST., SUITE 425<br>CONSHOHOCKEN, PA 19428 |
| GRABELL, STEVEN<br>C/O ASHELY CHAN, ESQUIRE<br>HANGLEY ARONCHICK<br>SEGAL & PUDLIN<br>20 BRACE ROAD, SUITE 201<br>CHERRY HILL, NJ 08034-2634 | 641 | $2,021,274.00 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| GRAYS TRUCKING<br>735 BROAD STREET<br>BEVERLY, NJ 08010 | Scheduled | $1,009.15 | MICHEL VANDERMAY<br>735 BROAD STREET<br>BEVERLY, NJ 08010 |
| HOUGHTON METAL FINISHING<br>1075 WINDWARD RIDGE PKWY<br>SUITE 180<br>ALPHARETTA, GA 30005 | Scheduled | $74,633.62 | HOUGHTON METAL FINISHING CO.<br>C/O HOUGHTON INTERNATIONAL INC.<br>ATTN: PAUL DEVIVO, PRESIDENT<br>MADISON & VAN BUREN AVENUES<br>PO BOX 930<br>VALLEY FORGE, PA 19482-0930<br><br>GLENN A. MANOCHI, ESQ.<br>LIGHTMAN & MANOCHI<br>1520 LOCUST STREET, 12TH FLOOR |

45765/0003-6889997v1

*Approved by Judge Gloria M. Burns August 04, 2010*

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| | | | PHILADELPHIA, PA 19102 |
| HOUSEHOLD METALS, INC<br>645 E. ERIE AVE.<br>PHILADELPHIA, PA 19134<br>ATTN: DAWN WILBEKIATIS | Scheduled | $26,694.15 | JOE BODNAR, ESQ.<br>LAW OFFICES OF JOSEPH J. BODNAR<br>POST OFFICE BOX 1022<br>2101 NORTH HARRISON STREET<br>WILMINGTON, DE 19899-1022 |
| (INGERSOLL RAND d/b/a)<br>SCHLAGE LOCK COMPANY<br>75 REMITTANCE DRIVE<br>STE 6079<br>CHICAGO, IL 60675-6079 | Scheduled | $5,005.04 | ALEX KRESS, ESQ.<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN, NJ 07962-1981 |
| KENDALL, HELENE<br>C/O KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102 | 599<br>Scheduled | $1,551,110.01<br>$1,512,389.98 | JAMES M. MATOUR, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| MALBER TOOL<br>2115 BYBERRY ROAD<br>HUNTINGDON VALLEY, PA 19006<br>ATTN: TOM ORLIK | Scheduled | $72,068.86 | JOSHUA B. LADOV, ESQ.<br>LIPSKY AND BRANDT<br>1101 MARKET STREET, SUITE 2820<br>PHILADELPHIA, PA 19107-2993 |
| M E B LOGISTICS<br>PO BOX 1644<br>DOYLESTOWN, PA 18901 | Scheduled | $9,870.69 | MICHAEL BOWMAN<br>PO BOX 1644<br>DOYLESTOWN, PA 18901 |
| MELTON TRUCK LINES, INC.<br>808 N 161ST E. AVE.<br>TULSA, OK 74116<br>ATTN: LISA M. FAGLEMAN | 395<br>Scheduled | $139,960.66<br>$122,151.71 | JOHN HOWLAND, ESQ.<br>ROSENSTEIN, FIST & RINGOLD<br>525 S. MAIN, STE 700<br>TULSA, OK 74103 |
| METAL KOTING<br>1430 MARTIN GROVE ROAD<br>ATTN: TONY FARRUGIA<br>REXDALE, ON M9W 4Y1<br>CANADA | Scheduled | $73,653.48 | SAMUEL R. GRAFTON, ESQ.<br>POPPER & GRAFTON<br>225 WEST 24TH STREET, STE 1609<br>NEW YORK, NY 10122 |
| NORTHEAST METAL TRADERS, INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | 488<br>Scheduled | $11,493.65<br>$227,977.12 | DAVID L. BRAVERMAN, ESQ.<br>SCOTT SHECTMAN, ESQ.<br>BRAVERMAN KASKEY, P.C.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET, 56TH FLOOR<br>PHILADELPHIA, PA 19103 |
| OILGEAR COMPANY, THE<br>C/O COFACE NORTH AMERICA, INC.<br>50 MILLSTONE RD., BLDG. 100, STE. 360<br>EAST WINDSOR, NJ 08520<br>ATTN AMY SCHMIDT AS AGENT | 173<br>Scheduled | $23,254.05<br>$23,254.05 | THERESA F. SEEM, ESQ.<br>1800 W WOODBURY LANE<br>GLENDALE, WI 53209 |
| POLYONE CORP<br>DEPT CH 10489 | Scheduled | $164,813.78 | MARK WEINTRAUB, ESQ.<br>JEREMY M. CAMPANA, ESQ. |

*Approved by Judge Gloria M. Burns August 04, 2010*

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| ATTN: DEBBIE NOSKI PALATINE, IL 60055-0489 | | | THOMPON HINE 3900 KEY CENTER 127 PUBLIC SQUARE CLEVELAND, OH 44114-1291 |
| PREMIER WINDOWS INC. P.O. BOX 62 THURMOND, NC 28683 ATTN: JAMIE CAUDILL, PRESIDENT | 537 | $57,406.00 | JUNE ALLISON, ESQ. WISHART NORRIS HENNINGER & PITTMAN 6832 MORRISON BOULEVARD CHARLOTTE, NC 28211 |
| QUAKER CITY CHEMICALS 7360 MILNOR STREET PHILADELPHIA, PA 19136 | 37 Scheduled Scheduled | Undetermined $2,919.74 Contingent and Unliquidated | JOSEPH F. RIGA, ESQ. MCDOWELL RIGA A PROFESSIONAL CORPORATION 46 W. MAIN STREET MAPLESHADE, NJ 08052 |
| RAPTURE TRAILER, INC. 2411 BIG OAK ROAD LANGHORNE, PA 19047 | Scheduled | $17,170.92 | JOHN R. CRAYTON, ESQ. 33 WEST SECOND STREET MOORESTOWN, NJ 08057 |
| RIVER ROAD RECYCLING 450 37TH ST. PENNSAUKEN, NJ 08110 ATTN: MARK WANG | 463 Scheduled | $33,437.34 $33,437.34 | CHRISTOPHER WANG 450 37TH ST. PENNSAUKEN, NJ 08110  CHRISTOPHER WANG P.O. BOX 302 PENNSAUKEN, NJ 08110 |
| ROYALPLAST DOOR SYSTEMS CO. 5770 HIGHWAY #7 WEST WOODBRIDGE, ON L4L 3A2 CANADA | Scheduled | $39,243.40 | JENNIFER DEL MEDICO, ESQ. JONES DAY 222 EAST 41ST STREET NEW YORK, NY 10017-6702  BRETT J. BERLIN, ESQ. JONES DAY 1420 PEACHTREE STREET N.E., SUITE 800 ATLANTA, GA 30309-3053 |
| SERVICE ALUMINUM CORPORATION 3300 NORTH RIDGE ROAD SUITE 290 ELLICOTT CITY, MD 21043 | Scheduled | $9,374.80 | HILLARY JURY, ESQ. ERIC J. SNYDER, ESQ. SILLER WILK, LLP 675 3RD AVENUE NEW YORK, NY 10017 |
| SHAPES UNLIMITED, INC. 590 E WESTERN RESERVE RD YOUNGSTOWN, OH 44514 ATTN D FISHER, TREASURER | 7 Scheduled | $23,119.72 $23,119.72 | JEFFREY S. CIANCIULLI, ESQ. WEIR & PARTNERS LLP THE LIBERTY VIEW BUILDING, SUITE 310 457 HADDONFIELD ROAD CHERRY HILL, NJ 08002  JEREMY TEABERRY, ESQ. HENDERSON COVINGTON 6 FEDERAL PLAZA, SUITE 1300 YOUNGSTOWN, OH 44503 |
| SORENSEN, PAUL JR. 508 LEONARD LANE | 643 | $650,000.00 | JAMES M. MATOUR, ESQ. HANGLEY ARONCHICK SEGAL & |

3

45765/0003-6889997v1

*Approved by Judge Gloria M. Burns August 04, 2010*

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| MULLICA HILL, NJ 08062 | | | PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| SWIMLINE CORPORATION<br>191 RODEO DRIVE<br>EDGEWOOD, NY 11717 | Scheduled | $32,586.78 | JEFFREY N. LEVY, ESQ.<br>TASHLIK, KREUTZER, GOLDWYN & CRANDELL P.C.<br>40 CUTTERMILL ROAD<br>GREAT NECK, NY 11021 |
| UNEEDA BOLT & SCREW CO INC<br>10 CAPITOL DRIVE<br>MOONACHIE, NJ 07074<br>ATTN: ELI BRICKMAN, PRES. | 777<br>Scheduled | $149,217.14<br>$126,985.68 | KELLY CURTIN, ESQ.<br>PORZIO BROMBERG & NEWMAN P.C.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962-1997 |
| VERIZON<br>P.O. BOX 4833<br>TRENTON, NJ 08650-4833 | Scheduled | $115.20 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON<br>P.O. BOX 4648<br>TRENTON, NJ 08650-4648 | Scheduled | $1,170.92 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON<br>P.O. BOX 660748<br>DALLAS, TX 75266-0748 | Scheduled | $54.70 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | 691<br>901 | $4,408.43<br>$660.77 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON WIRELESS-PA<br>P.O. BOX 25505<br>LEHIGH VLY, PA 18002-5505 | Scheduled | $1,187.74 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| WAGSTAFF, INC.<br>3910 N FLORA ROD<br>SPOKANE, WA 99216<br>ATTN KENDALL B PARKES, CFO | 301<br>Scheduled | $17,897.50<br>$27,252.50 | ANTHONY D. BUONADONNA, ESQ.<br>BUONADONNA & BENSON, P.C.<br>1138 EAST CHESTNUT AVENUE, SUITE 2A<br>VINELAND, NJ 08360 |
| WINDOW DEPOT USA<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211<br>ATTN JIM VENABLE, PRESIDENT | 212<br>Scheduled | $55,838.83<br>$29,799.16 | RICHARD L. RAMSAY, ESQ.<br>EICHENBAUM, LILES & HEISTER, PA<br>124 WEST CAPITOL AVENUE, SUITE 1900<br>LITTLE ROCK, AR 72201 |

*Approved by Judge Gloria M. Burns August 04, 2010*

## EXHIBIT B

*Withdrawn Objections*

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Reason |
|---|---|---|---|
| 7 OIL COMPANY INC.<br>PO BOX 2526<br>CINNAMINSON, NJ 08077<br>ATTN: MICHAEL CAIRN | 71<br>Scheduled | $8,849.36<br>$8,849.36 | Claimant's right to any claim(s) is unaffected by this Motion pursuant to settlement agreement entered into between the Claimant and the Trust. |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | 518<br>Scheduled<br>785 | $336,156.47<br>$336,156.47<br>$208,237.76 | Claimant's right to any claim(s) is unaffected by this Motion pursuant to settlement agreement entered into between the Claimant and the Trust. |
| AMERICAN EXPRESS<br>P.O. BOX 1270<br>NEWARK, NJ 07101-1270 | Scheduled<br>Scheduled | $599.95<br>$585.93 | Claimant's right to any claim(s) is unaffected by this Motion pursuant to settlement agreement entered into between the Claimant and the Trust. |
| AMERICAN EXPRESS<br>TRAVEL RELATED SVCS CO INC<br>CORP CARD – C/O BECKET & LEE LLP<br>ATTN: KENNETH W. KLEPPINGER, ESQ.<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 401<br>402<br>403 | $1,649.14<br>$11,801.53<br>$6,460.98 | Claimant's right to any claim(s) is unaffected by this Motion pursuant to settlement agreement entered into between the Claimant and the Trust. |
| AQUA PA<br>PO BOX 1229<br>NEWARK, NJ 07101-1229 | Scheduled | $3,491.24 | Preference complaint against Claimant has been dismissed. |
| CELADON LOGISTICS SERVICES, INC.<br>9503 E 33RD ST<br>INDIANAPOLIS, IN 46235<br>ATTN CINDY FESSELMEYER | 22<br>Scheduled | $12,870.47<br>$13.035.77 | Preference complaint against Claimant has been dismissed. |
| DAC PRODUCTS, INC.<br>100 CENTURY POINT DRIVE<br>EAST BEND, NC 27018 | Scheduled | $1,485.25 | Claimant's right to any claim(s) is unaffected by this Motion pursuant to settlement agreement entered into between the Claimant and the Trust. |
| EXCO EXTRUSION DIES<br>56617 NORTH BAY DRIVE<br>CHESTERFIELD, MI 48051<br>ATTN: JANET SLEDMERE, CONTROLLER | 394<br>Scheduled | $335,030.58<br>$410,735.74 | Claimant's right to any claim(s) is unaffected by this Motion pursuant to settlement agreement entered into between the Claimant and the Trust. |
| ODL INC<br>215 E ROOSEVELT AVE<br>ZEELAND, MI 49464<br>ATTN AMY L DEHEEUW | 349<br>Scheduled | $14,480.90<br>$14,033.90 | Claimant's right to any claim(s) is unaffected by this Motion pursuant to settlement agreement entered into between the Claimant and the Trust. |
| ROUX ASSOCIATES INC.<br>209 SHAFTER STREET<br>ISLANDIA, NY 11749-5074<br>ATTN: SUSAN SULLIVAN, ESQ.<br>GENERAL COUNSEL | Scheduled | $508.54 | Claimant's right to any claim(s) is unaffected by this Motion pursuant to settlement agreement entered into between the Claimant and the Trust. |

## EXHIBIT C

*Disallowed and Expunged Claims*

| Name and Address of Claimant | Claim to be Expunged | Claim Amount |
|---|---|---|
| JOHN BRIDGE SONS INC.<br>1201 W 9TH STREET<br>CHESTER, PA 19013<br>ATTN GARY J WATKINS, OWNER | 9<br>Scheduled - 632005240 | $31,458.63<br>$37,864.24 |
| K & M TRANSPORT LLC<br>526 RAILROAD BLVD.<br>BUENA, NJ 08310 | Scheduled - 632005340 | $35,096.48 |
| LARSON ALLEN<br>18 SENTRY PARK W. STE 300<br>BLUE BELL, PA 19422 | Scheduled - 632011000<br>Scheduled - 635000840 | $12,299.73<br>$1,671.25 |
| MATALCO INC.<br>850 INTERMODAL DRIVE<br>BRAMPTON, ON L6T 0B5<br>CANADA | Scheduled - 632005850 | $11,030.03 |
| MEDALCO METALS, INC.<br>245 RUSSELL ST., UNIT 16<br>HADLEY, MA 01035 | 311<br>Scheduled - 634001200 | $62,908.72<br>$62,908.72 |
| PSK STEEL CORP.<br>PO BOX 308<br>HUBBARD, OH 44425<br>ATTN PATRICIA J LYDIC, OFFICE MANAGER | 2<br>Scheduled - 632007660 | $38,683.00<br>$26,683.00 |
| R-MAC TRANSPORT<br>C/O BRYAN C SCHROLL, ESQUIRE<br>LAW OFFICES OF BRYAN C SCHROLL<br>172 BRANDYWINE DRIVE<br>MARLTON, NJ 08053 | 241<br>Scheduled - 632007910 | $19,252.32<br>$19,252.32 |
| SAMUEL STRAPPING SYSTEMS INC<br>1455 JAMES PKWY<br>HEATH, OH 430564007 | 356<br>Scheduled - 632008410 | $13,676.31<br>$13,624.20 |
| SHIELDALLOY METALLURGICAL CORP<br>545 BECKETT ROAD, SUITE 208<br>SWEDESBORO, NJ 08085 | Scheduled - 632008630 | $71,140.56 |
| UNITED PACKAGING SUPPLY<br>727 WICKER AVENUE<br>BENSALEM, PA 19020 | 159<br>Scheduled - 632010010<br>160<br>Scheduled - 635001820<br>Scheduled - 634001820 | $9,934.11<br>$14,299.11<br>$9,759.90<br>$8,601.90<br>$890.44 |
| VISION INDUSTRIES GROUP<br>500 METUCHEN ROAD<br>SOUTH PLAINFIELD, NJ 07080<br>ATTN EDWARD N WEIZER, CONTROLLER | 218<br>Scheduled - 635001890 | $8,382.15<br>$7,091.00 |
| WILLIER ELECTRIC MOTOR CO., INC.<br>P.O. BOX 98<br>1 LINDEN AVENUE<br>GIBBSBORO, NJ 08026 | Scheduled - 632010560<br>Scheduled - 635001940 | $17,378.64<br>$504.27 |

45765/0003-6889997v1

*Approved by Judge Gloria M. Burns August 04, 2010*

| | | |
|---|---|---|
| YELLOW TRANSPORTATION, INC.<br>10990 ROE AVE<br>OVERLAND PARK, KS 66211 | 682<br>Scheduled - 633003700<br>683<br>Scheduled - 635002010<br>684 | $51,386.20<br>$52,539.46<br>$5,483.54<br>$5,369.14<br>$17,442.96 |
| YELLOW TRANSPORTATION, INC.<br>P.O. 13850<br>NEWARK, NJ 07188-0850 | Scheduled - 634002260 | $349.17 |
| ZYMOTIC IMPORTS LTD<br>1361 MONMOUTH ROAD<br>EASTAMPTON, NJ 08060-3900<br>ATTN: JOHN STRONG | 388<br>Scheduled - 632010700 | $14,895.08<br>$14,655.08 |

7

45765/0003-6889997v1

*Approved by Judge Gloria M. Burns August 04, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: bdrayton              Page 1 of 1              Date Rcvd: Aug 04, 2010
Case: 08-14631                Form ID: pdf903             Total Noticed: 3
```

The following entities were noticed by first class mail on Aug 06, 2010.
```
db          +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204
aty         +Kevin M. McKenna,    Latsha Davis Yohe & McKenna,   350 Eagleview Boulevard,   Suite 100,
              Exton, PA 19341-1178
aty         +Timothy W. Garvey,    Latsha, Davis, Yohe & McKenna,   3000 Atrium Way,   Suite 251,
              Mt. Laurel, NJ 08054-3926
```

The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2010**                           **Signature:**    _Joseph Speetjens_