**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.
Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
|  | : HON. GLORIA M. BURNS |
|  | : CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | : |
|  | : Chapter 11 |
| Reorganized Debtors. | : (Jointly Administered) |
|  | : |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                         )  SS.:
COUNTY OF BERGEN      )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On August 6, 2010, I caused to be served a true copy of the *Order Granting the Class 10 Liquidation Trust's Motion Objecting to Claims Under Section 502(d) of the Bankruptcy Code in Part, Adjourning the Motion as to Certain Claims and Granting Related Relief,* which was signed by the Honorable Gloria M. Burns on August 4, 2010, *via first class mail,* on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

3. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                      */s/ Cynthia Braden*
                                                                      CYNTHIA BRADEN

Sworn and subscribed to before me
this 10th day of August, 2010.

    */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

# SHAPES/ARCH HOLDINGS L.L.C., ET AL.

## 502(d) OBJECTION SERVICE LIST

| | | |
|---|---|---|
| Donald F. MacMaster, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>**Office of the United States Trustee** | Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>**Attorneys for Debtors** | Mark E. Felger, Esq.<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>**Attorneys for Debtors** |
| Robert Lapowsky, Esq.<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>**Special Counsel to Debtors** | Internal Revenue Service<br>955 S. Springfield Avenue<br>P.O. Box 724<br>Springfield, NJ 07081-0724 | Internal Revenue Service<br>1050 Waverly Place<br>Holtsville, NY 00501 |
| Joel Shapiro, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998<br>**Attys for ASI Funding, LLC, Arcus ASI, Inc.** | Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>**Attorneys for Glencore Ltd.** | Jennifer M. Davies, Esq.<br>Sherry D. Lowe, Esq.<br>Lamm Rubenstone LLC<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053<br>**Attorneys for Modern Handling Equipment** |
| Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzbug & Ellers<br>260 South Broad Street<br>Philadelphia, PA 19102<br>**Attys for A. J. Grossman and Frank Kessler** | David Phillips, Todd Galante, Jeffrey Zalkin<br>LeClairRyan<br>Two Penn Plaza East<br>Newark, NJ 07105-2249<br>**Attorneys for De Lage Landen Financial** | Emmanuel Argentieri, Esq./Oren Klein, Esq.<br>Parker McCay<br>3 Greensreet Centre; 7001 Lincoln Dr. West<br>PO Box 974<br>Marlton, NJ 08053<br>**Attorneys for Pennsauken Township** |
| Newark U.S. Attorney's Office<br>970 Broad Street, 7th Floor<br>Newark, NJ 07102 | **Camden U.S. Attorney's Office**<br>Camden Federal Building And U.S. Courthouse<br>P.O. Box 2098<br>401 Market Street, 4th Floor<br>Camden, NJ 08101 | NJ Attorney General<br>Richard J, Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625 |
| Mark J. Dorval, Esq.<br>Stradley Ronon Stevens & Young LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103<br>**Attys for CIT Group/Business Credit, Inc.** | Louis DeLucia, Alan Brody, Alyson Fiedler<br>Greenberg Traurig, LLP<br>200 Park Ave.<br>Florham Park, NJ 07932<br>**Attorneys for Arch Acquisition I, LLC** | Attorney General – NJ<br>Richard J, Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625 |

{00126642.1 / 0631-002}

| | | |
|---|---|---|
| Timothy A. Bortz,<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1184<br>**Office of Unemployment Tax - Pennsylvania** | John R. Morton, Jr. Esq.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057<br>**Attys for Jaguar Credit Corporation & Wells Fargo Equipment Finance, Inc.** | Christine R. Etheridge, Bankruptcy Administration<br>1738 Bass Road, P.O. Box 13708<br>Macon, GA 31208-3708<br>**IKON Financial Services** |
| Joseph M. Garemore, Esq.<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096<br>**Attys for Pollution Control Camden County** | Gilbert B. Weisman, Esq.<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>**American Express Travel Related Svcs Co.** | Cheryl L. Cooper, Esq.<br>Holston, MacDonald, Uzdavinis<br>66 Euclid Street, P.O. Box 358<br>Woodbury, NJ 08096<br>**Attorneys for Steven Battel** |
| Stephen Richman, T. Kohn, R. M. Pettigrew<br>Markowitz & Richman<br>1100 North American Building<br>121 South Broad Street<br>Philadelphia, PA 19107<br>**Attorneys for U.I.U. Health & Welfare Fund** | Robyn F. Pollack, Esq.<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>**Attorneys for SL Industries, Inc**. | Kelly A. Krail, Esq. & Kathleen J. Collins, Esq.<br>Litchfield Cavo LLP<br>1800 Chapel Avenue West, Suite 360<br>Cherry Hill, NJ 08002<br>**Attorneys for Quickway, Inc.** |
| Sam Della Fera, Jr., Esq.<br>Trenk, DiPasquale, Webster<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>**Attys for Metal Mgmt NE, Metal Mgmt CT.** | David Aaronson, et al.<br>One Logan Square, 18th and Cherry Streets<br>Philadelphia, PA 19103<br>Attys for Sears, GA-Pacific, Glidden, Avery Dennison, Borden, Crowley., Garrett-Buchanan, Southeastern PA Trans. Authority | Bruce Buechler, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>**Attys for Sun Capital Partners Group IV, Inc.** |
| Andrew J. Flame, Howard A. Cohn<br>Drinker Biddle & Reath LLP<br>1100 North Market Street<br>Wilmington, DE 19801-1254<br>**Attorneys for PPL Energyplus, LLC** | William G. Wright, Esq.<br>Capehart & Scatchard, P.A.<br>Laurel Corporate Center, Ste. 300 S<br>8000 Midlantic Drive<br>Mount Laurel, NJ 08054<br>**Attorneys for GE Capital Corporation** | John C. Sullivan, Esq.<br>Post & Schell PC<br>1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103<br>**Attys for Liberty Mut, Wausau Underwriters** |
| Donald G. Frankel<br>One Gateway Center, Suite 616<br>Newton, MA 02458<br>**Env Natural Resources Div. U.S. Dep of Justice** | John J. Winter, Esq.<br>The Chartwell Law Offices, LLP<br>Valley Forge Corp. Ctr.<br>970 Rittenhouse Rd., Suite 300<br>Eagleville, PA 19403<br>**Attorneys for PPG Industries, Inc.** | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Jeanine D. Clark, Esq. ****<br>Margolis Edelstein<br>100 Century Parkway, Suite 200<br>Mount Laurel, New Jersey 08054<br>**Attys for Shaw Alloy Piping Prod.** | Tyler S. Graden, Esq.<br>Conrad O'Brien Gellman & Rohn, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102-1916<br>**Attorneys for Rohm and Haas Company** | Michael J. Reynolds, Esq.<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>**Attys for Nationwide** |

45765/0003-6924928v1

| | | |
|---|---|---|
| Melissa A. Pena<br>Norris, McLaughlin & Marcus<br>721 Rt. 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876-1018<br>**Atty. Combustion Eng, Successor of C-E Glass** | Shawn M. Christianson, Esq.<br>Buchalter Nemer, PC<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>**Attorneys for Oracle Credit Corporation** | Linda S. Fossi, Esq.<br>Deily, Mooney & Glastetter, LLP<br>One Greentree Centre<br>10000 Lincoln Drive East – Suite 201<br>Marlton, NJ 08053<br>**Attorneys for DCFS Trust** |
| Philip S. Rosen, Esq.<br>Zeichner Ellman & Krause LLP<br>103 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>**Attys for National Union Fire Ins.** | A. Dennis Terrell, Esq.<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>**Attys for Nationwide** | ACE PALLET CORP<br>PO BOX 228<br>PAULSBORO, NJ 08066<br>ATTN: CYNTHIA UNGER |
| Leah A. Bynon<br>United States Attorney's Office<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>**US Customs and Border Protection** | Nola R. Bencze, James J. O'Toole<br>Buchanan Ingersoll & Rooney PC<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103<br>**Attys for Waste Management of NJ, Inc.** | AQUA PA<br>ATTN: ANDREW HENRY, ASSISTANT GENERAL COUNSEL<br>762 W. LANCASTER AVENUE<br>BRYN MAWR, PA 19010 |
| 7 OIL COMPANY INC.<br>PO BOX 2526<br>CINNAMINSON, NJ 08077<br>ATTN: MICHAEL CAIRN | 7 OIL COMPANY INC.<br>PO BOX 2526<br>CINNAMINSON, NJ 08077<br>ATTN: LINDA KAPRAL | CROWN CREDIT COMPANY<br>P.O. BOX 640352<br>CINCINNATI, OH 45264-0352 |
| JOHN M. MAKOWSKI, ESQ.<br>GREENTREE EXECUTIVE CAMPUS<br>4003 LINCOLN DRIVE WEST, SUITE C<br>MARLTON, NJ 08053-1523<br>**ATTY FOR ACE PALLET CORP.** | AQUA PA<br>PO BOX 1229<br>NEWARK, NJ 07101-1229 | DGI SUPPLY-A DOALL COMPANY<br>1480 SOUTH WOLF ROAD<br>WHEELING IL 60090 |
| CELADON LOGISTICS SERVICES, INC.<br>9503 E 33RD ST<br>INDIANAPOLIS, IN 46235<br>ATTN CINDY FESSELMEYER | JOHN S. MAIRO, ESQ.<br>100 SOUTHGATE PARKWAY<br>P.O. BOX 1997<br>MORRISTOWN, NJ 07962-1997<br>**ATTY FOR CELADON LOGISTICS SERVICES** | FITZPATRICK CONTAINER<br>800 EAST WALNUT STREET<br>NORTH WALES, PA 19454<br>ATTN: JIM ZEBROWSKI |
| JOHN C. KILGANNON, ESQ.<br>STEVENS & LEE<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103<br>**ATTY FOR CROWN CREDIT COMPANY** | VICTOR A. VEPRAUSKAS IV, ESQ.<br>BEIER HOWLETT, P.C.<br>200 E. LONG LAKE RD., STE. 110<br>BLOOMFIELD HILLS, MI 48304<br>**ATTY FOR EXCO EXTRUSION** | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103<br>**ATTY FOR STEVEN GRABELL, HELENE KENDALL, PAUL SORENSEN** |

3

45765/0003-6924928v1

| | | |
|---|---|---|
| EXCO EXTRUSION DIES<br>56617 NORTH BAY DRIVE<br>CHESTERFIELD, MI 48051<br>ATTN: JANET SLEDMERE, CONTROLLER | GRABELL, STEVEN<br>C/O ASHELY CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>20 BRACE ROAD, SUITE 201<br>CHERRY HILL, NJ 08034-2634 | JOE BODNAR, ESQ.<br>POST OFFICE BOX 1022<br>2101 NORTH HARRISON STREET<br>WILMINGTON, DE 19899-1022<br>**ATTY FOR HOUSEHOLD METALS** |
| MELISSA ANN SIMOLA, ESQ.<br>HALBERSTADT CURLEY, LLC<br>1100 E. HECTOR ST., SUITE 425<br>CONSHOHOCKEN, PA 19428<br>**ATTY FOR FITZPATRICK CONTAINER** | GRAYS TRUCKING<br>ATTN: MICHAEL VANDERMAY<br>735 BROAD STREET<br>BEVERLY, NJ 08010 | K & M TRANSPORT LLC<br>526 RAILROAD BLVD.<br>BUENA, NJ 08310 |
| GRAYS TRUCKING<br>735 BROAD STREET<br>BEVERLY, NJ 08010 | HOUSEHOLD METALS, INC<br>645 E. ERIE AVE.<br>PHILADELPHIA, PA 19134<br>ATTN: DAWN WILBEKIATIS | MALBER TOOL<br>2115 BYBERRY ROAD<br>HUNTINGDON VALLEY, PA 19006<br>ATTN: TOM ORLIK |
| HOUGHTON METAL FINISHING CO.<br>C/O HOUGHTON INTERNATIONAL INC.<br>ATTN: PAUL DEVIVO, PRESIDENT<br>MADISON & VAN BUREN AVENUES<br>PO BOX 930<br>VALLEY FORGE, PA 19482-0930 | ALEX KRESS, ESQ.<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN, NJ   07962-1981<br>**ATTY FOR INGERSOLL RAND** | KIMBERLY SALOMON, ESQ.<br>FORMAN HOLT ELIADES & RAVIN LLC<br>80 ROUTE 4 EAST, SUITE 290<br>PARAMUS, NJ   07652<br>**ATTY FOR MATALCO** |
| (INGERSOLL RAND d/b/a) SCHLAGE LOCK COMPANY<br>75 REMITTANCE DRIVE<br>STE 6079<br>CHICAGO, IL 60675-6079 | MATALCO INC.<br>850 INTERMODAL DRIVE<br>BRAMPTON, ON L6T 0B5<br>CANADA | JOHN HOWLAND, ESQ.<br>ROSENSTEIN, FIST & RINGOLD<br>525 S. MAIN, STE 700<br>TULSA, OK 74103<br>**ATTY FOR MELTON TRUCK LINES** |
| KENDALL, HELENE<br>C/O KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102 | MELTON TRUCK LINES, INC.<br>808 N 161ST E. AVE.<br>TULSA, OK 74116<br>ATTN: LISA M. FAGLEMAN | DAVID L. BRAVERMAN, ESQ.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET, 56TH FLOOR<br>PHILADELPHIA, PA 19103<br>**ATTY FOR NE METAL TRADERS** |
| JOSH LADOV, ESQ.<br>LIPSKY AND BRANDT<br>1200 LAUREL OAK ROAD, SUITE 104<br>VOORHEES, NJ 08043<br>**ATTY FOR MALBER TOOL** | NORTHEAST METAL TRADERS, INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | OILGEAR COMPANY, THE<br>C/O COFACE NORTH AMERICA, INC.<br>50 MILLSTONE RD., BLDG. 100, STE. 360<br>EAST WINDSOR, NJ 08520<br>ATTN AMY SCHMIDT AS AGENT |

4

| | | |
|---|---|---|
| M E B LOGISTICS<br>PO BOX 1644<br>DOYLESTOWN, PA 18901 | GORDON TOERING, ESQ.<br>900 FIFTH THIRD CENTER<br>111 LYON STREET NW<br>GRAND RAPIDS, MI 49503-2487<br>**ATTY FOR ODL INC.** | MARK WEINTRAUB, ESQ.<br>3900 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291<br>**ATTY FOR POLYONE CORP** |
| METAL KOTING<br>1430 MARTIN GROVE ROAD<br>ATTN: TONY FARRUGIA<br>REXDALE, ON M9W 4Y1<br>CANADA | POLYONE CORP<br>DEPT CH 10489<br>ATTN: DEBBIE NOSKI<br>PALATINE, IL 60055-0489 | QUAKER CITY CHEMICALS<br>7360 MILNOR STREET<br>PHILADELPHIA, PA 19136 |
| ODL INC<br>215 E ROOSEVELT AVE<br>ZEELAND, MI 49464<br>ATTN AMY L DEHEEUW | PSK STEEL CORP.<br>PO BOX 308<br>HUBBARD, OH 44425<br>ATTN PATRICIA J LYDIC, OFFICE MANAGER | JOHN R. CRAYTON, ESQ.<br>33 WEST SECOND STREET<br>MOORESTOWN, NJ 08057<br>**ATTY FOR RAPTURE TRAILER, INC.** |
| OILGEAR CO.<br>2300 S. 51st STREET<br>MILWAUKEE, WI 53219<br>ATTN: HOWARD LAUNSTEIN | RAPTURE TRAILER, INC.<br>2411 BIG OAK ROAD<br>LANGHORNE, PA 19047 | JENNIFER DEL MEDICO, ESQ.<br>JONES DAY<br>222 EAST 41ST STREET<br>NEW YORK, NY 10017-6702<br>**ATTY FOR ROYALPLAST** |
| PREMIER WINDOWS INC.<br>P.O. BOX 62<br>THURMOND, NC 28683<br>ATTN: JAMIE CAUDILL, PRESIDENT | ROYALPLAST DOOR SYSTEMS CO.<br>5770 HIGHWAY #7 WEST<br>WOODBRIDGE, ON L4L 3A2<br>CANADA | HILLARY JURY, ESQ.<br>ERIC J. SNYDER, ESQ.<br>SILLER WILK, LLP<br>675 3RD AVENUE<br>NEW YORK, NY 10017<br>**ATTY FOR SVC ALUMINUM** |
| JOSEPH F. RIGA, ESQ.<br>MCDOWELL RIGA<br>46 W. MAIN STREET<br>MAPLE SHADE, NJ 08052<br>**ATTY FOR QUAKER CITY CHEMICALS** | SERVICE ALUMINUM CORPORATION<br>3300 NORTH RIDGE ROAD<br>SUITE 290<br>ELLICOTT CITY, MD 21043 | JEREMY TEABERRY, ESQ.<br>HENDERSON COVINGTON<br>6 FEDERAL PLAZA, SUITE 1300<br>YOUNGSTOWN, OH 44503<br>**ATTY FOR SHAPES UNLIMITED** |
| RIVER ROAD RECYCLING<br>450 37TH ST.<br>PENNSAUKEN, NJ 08110<br>ATTN: MARK WANG | JEFFREY S. CIANCIULLI, ESQ.<br>WEIR & PARTNERS LLP<br>THE WIDENER BUILDING<br>1339 CHESTNUT STREET, STE. 500<br>PHILADELPHIA, PA 19107<br>**ATTY FOR SHAPES UNLIMITED** | SWIMLINE CORPORATION<br>191 RODEO DRIVE<br>EDGEWOOD, NY 11717 |

45765/0003-6924928v1

| | | |
|---|---|---|
| ROUX ASSOCIATES INC.<br>209 SHAFTER STREET<br>ISLANDIA, NY 11749-5074<br>ATTN: SUSAN SULLIVAN, ESQ.<br>GENERAL COUNSEL | VERIZON<br>P.O. BOX 4648<br>TRENTON, NJ 08650-4648 | VERIZON<br>P.O. BOX 4833<br>TRENTON, NJ 08650-4833 |
| SHAPES UNLIMITED, INC.<br>590 E WESTERN RESERVE RD<br>YOUNGSTOWN, OH 44514<br>ATTN D FISHER, TREASURER | VERIZON WIRELESS-PA<br>P.O. BOX 25505<br>LEHIGH VLY, PA 18002-5505 | VERIZON<br>P.O. BOX 660748<br>DALLAS, TX 75266-0748 |
| SORENSEN, PAUL JR.<br>508 LEONARD LANE<br>MULLICA HILL, NJ 08062 | WAGSTAFF, INC.<br>3910 N FLORA ROD<br>SPOKANE, WA 99216<br>ATTN KENDALL B PARKES, CFO | VISION INDUSTRIES GROUP<br>500 METUCHEN ROAD<br>SOUTH PLAINFIELD, NJ 07080<br>ATTN EDWARD N WEIZER, CONTROLLER |
| ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031<br>**ATTY FOR VERIZON** | MICHAEL J. ROESCHENTHALER, ESQ.<br>MCGUIREWOODS LLP<br>625 LIBERTY AVENUE, 23RD FLOOR<br>PITTSBURGH, PA 15222<br>**ATTY FOR ALCOA** | ANTHONY D. BUONADONNA, ESQ.<br>BUONADONNA & BENSON, P.C.<br>1138 EAST CHESTNUT AVENUE, SUITE 2A<br>VINELAND, NJ 08360<br>**ATTY FOR WAGSTAFF** |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | AMERICAN EXPRESS TRAVEL RELATED<br>CO INC CORP CARD - C/O BECKET & LEE<br>ATTN: KENNETH W. KLEPPINGER, ESQ.<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | AMERICAN EXPRESS<br>P.O. BOX 1270<br>NEWARK, NJ 07101-1270 |
| RICHARD KAPLAN, ESQ.<br>RUBIN KAPLAN & ASSOCIATES<br>200 CENTENNIAL AVE, SUITE 110<br>PISCATAWAY, NJ 08854<br>**ATTY FOR VISION INDUSTRIES** | PETER CONNOR, ESQ.<br>LYON & FITZPATRICK, LLP<br>14 BOBALA ROAD<br>HOLYOKE, MA 01040<br>**ATTY FOR MEDALCO METALS** | DAC PRODUCTS, INC.<br>100 CENTURY POINT DRIVE<br>EAST BEND, NC 27018 |
| ALCOA INC.<br>PAUL KOPATICH<br>201 ISABELLA STREET<br>PITTSBURGH, PA 15212 | ZYMOTIC IMPORTS LTD<br>1361 MONMOUTH ROAD<br>EASTAMPTON, NJ 08060-3900<br>ATTN: JOHN STRONG | WINDOW DEPOT USA<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211<br>ATTN JIM VENABLE, PRESIDENT |

45765/0003-6924928v1

| | | |
|---|---|---|
| EUGENE J. CHIKOWSKI, ESQ.<br>FOUR PENN CENTER, 2ND FLOOR<br>1600 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA 19103<br>**ATTY FOR AMERICAN EXPRESS** | ROBERT W. SEITZER, ESQ.<br>MASCHMEYER KARALIS P.C.<br>1900 SPRUCE STREET<br>PHILADELPHIA, PA 19103<br>**ATTY FOR JOHN BRIDGE SONS** | CHRISTINE A. PINTO, ESQ.<br>THREE GREENTREE CENTRE<br>7001 LINCOLN DRIVE WEST<br>P.O. BOX 974<br>MARLTON, NJ  08053-0974<br>**ATTY FOR ZYMOTIC IMPORTS** |
| MEDALCO METALS, INC.<br>245 RUSSELL ST., UNIT 16<br>HADLEY, MA 01035 | R-MAC TRANSPORT<br>C/O BRYAN C SCHROLL, ESQUIRE<br>LAW OFFICES OF BRYAN C SCHROLL<br>172 BRANDYWINE DRIVE<br>MARLTON, NJ 08053 | LARSON ALLEN<br>18 SENTRY PARK W. STE 300<br>BLUE BELL, PA 19422 |
| RICHARD L. RAMSAY, ESQ.<br>EICHENBAUM, LILES & HEISTER, PA<br>124 WEST CAPITOL AVENUE, SUITE 1900<br>LITTLE ROCK, AR 72201<br>**ATTY FOR WINDOW DEPOT** | BRAD WISNIEWSKI, ESQ.<br>WISNIEWSKI & ASSOCIATES, P.C.<br>118 N. CLINTON STREET, SUITE 100-5<br>CHICAGO, IL 60661<br>**ATTY FOR SAMUEL STRAPPING** | ROBERT J. BOWMAN, ESQ.<br>2 SHEPPARD ROAD<br>SHEPPARD OFFICE PARK, SUITE 603<br>VOORHEES, NJ  08043<br>**ATTY FOR R-MAC TRANSPORT** |
| JOHN BRIDGE SONS INC.<br>1201 W 9TH STREET<br>CHESTER, PA 19013<br>ATTN GARY J WATKINS, OWNER | UNITED PACKAGING SUPPLY<br>727 WICKER AVENUE<br>BENSALEM, PA 19020 | SHIELDALLOY METALLURGICAL CORP<br>35 SOUTH WEST BLVD.<br>NEWFIELD, NJ 08344 |
| CASS S. WEIL, ESQ.<br>4800 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS, MN<br>**ATTY FOR LARSON ALLEN** | SERGIO I. SCUTERI, ESQUIRE<br>CAPEHART & SCATCHARD, P.A.<br>8000 MIDLANTIC DRIVE, SUITE 300<br>MOUNT LAUREL, NJ 08054<br>**ATTY FOR WILLIER  ELECTRIC** | STEPHEN C. GOLDBLUM, ESQ.<br>2617 HUNTINGDON PIKE<br>HUNTINGDON VALLEY, PA 19006<br>**ATTY FOR UNITED PACKAGING** |
| SAMUEL STRAPPING SYSTEMS INC<br>1455 JAMES PKWY<br>HEATH, OH 430564007 | YELLOW TRANSPORTATION, INC.<br>P.O. 13850<br>NEWARK, NJ 07188-0850 | YELLOW TRANSPORTATION, INC.<br>10990 ROE AVE<br>OVERLAND PARK, KS 66211 |
| TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215<br>**ATTY FOR SHIELDALLOY** | OLIVIA LIN, ESQ.<br>2500 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114<br>**ATTY FOR YELLOW TRANSPORTATION** | WILLIER ELECTRIC MOTOR CO., INC.<br>P.O. BOX 98<br>1 LINDEN AVENUE<br>GIBBSBORO, NJ 08026 |

45765/0003-6924928v1

| | | |
|---|---|---|
| ROBERT G. HANSEMAN, ESQ.<br>SEBALY SHILLITO DYER<br>ATTYS FOR CROWN CREDIT CO.<br>40 N. MAIN STREET<br>1900 KETTERING TOWER<br>DAYTON, OH 45423 | CHARLES THOMSON, ESQ.<br>ASSISTANT GENERAL COUNSEL<br>DGI SUPPLY/ DOALL COMPANY<br>1480 SOUTH WOLF ROAD<br>WHEELING, IL 60090 | GLENN A. MANOCHI, ESQ.<br>LIGHTMAN & MANOCHI<br>1520 LOCUST STREET, 12TH FLOOR<br>PHILADELPHIA, PA 19102<br>ATTYS FOR HOUGHTON METAL FINISHING |
| MICHAEL BOWMAN<br>PO BOX 1644<br>DOYLESTOWN, PA 18901 | SAMUEL R. GRAFTON, ESQ.<br>POPPER & GRAFTON<br>225 WEST 24TH STREET, STE 1609<br>NEW YORK, NY 10122<br>ATTYS FOR METAL KOTING | THERESA F. SEEM, ESQ.<br>1800 W WOODBURY LANE<br>GLENDALE, WI 53209<br>ATTYS FOR THE OILGEAR CO. |
| JUNE ALLISON, ESQ.<br>WISHART NORRIS HENNINGER & PITTMAN<br>6832 MORRISON BOULEVARD<br>CHARLOTTE, NC 28211<br>ATTYS FOR PREMIER WINDOWS INC. | CHRISTOPHER WANG<br>450 37TH ST.<br>PENNSAUKEN, NJ 08110 | CHRISTOPHER WANG<br>P.O. BOX 302<br>PENNSAUKEN, NJ 08110 |
| BRETT J. BERLIN, ESQ.<br>JONES DAY<br>1420 PEACHTREE STREET N.E., SUITE 800<br>ATLANTA, GA 30309-3053<br>ATTYS FOR ROYALPLAST DOOR SYSTEMS | | |

45765/0003-6924928v1