**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for The Class 10 Liquidation Trust

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. GLORIA M. BURNS CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.,* Reorganized Debtors. | Chapter 11 (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY   )
                                         ) SS.:
COUNTY OF BERGEN     )

   CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

   1.   I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman

& Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

45765/0003-6926211v1

2. On August 6, 2010, I caused to be served a true copy of the *Order Granting The Class 10 Liquidation Trust's Fifth Omnibus Objection to Claims,* which was signed by the Honorable Gloria M. Burns on August 4, 2010, *via first class mail,* on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

3. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Cynthia Braden*
CYNTHIA BRADEN

Sworn and subscribed to before me
this 10th day of August, 2010.

*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

45765/0003-6926211v1

# SHAPES/ARCH HOLDINGS L.L.C., *et al.*
## SERVICE LIST
### (FIFTH OMNIBUS CLAIMS OBJECTION)

| | | |
|---|---|---|
| DONALD F. MACMASTER, ESQ.<br>ONE NEWARK CENTER, SUITE 2100<br>NEWARK, NJ 07102<br>**OFFICE OF THE UNITED STATES TRUSTEE** | JERROLD N. POSLUSNY, JR., ESQ.<br>COZEN O'CONNOR<br>LIBERTYVIEW, SUITE 300<br>457 HADDONFIELD ROAD<br>CHERRY HILL, NJ 08002<br>**ATTORNEYS FOR DEBTORS** | MARK E. FELGER, ESQ.<br>COZEN O'CONNOR<br>CHASE MANHATTAN CENTRE<br>1201 NORTH MARKET STREET, SUITE 1400<br>WILMINGTON, DE 19801<br>**ATTORNEYS FOR DEBTORS** |
| ROBERT LAPOWSKY, ESQ.<br>STEVENS & LEE, P.C.<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103<br>**SPECIAL COUNSEL TO DEBTORS** | INTERNAL REVENUE SERVICE<br>955 S. SPRINGFIELD AVENUE<br>P.O. BOX 724<br>SPRINGFIELD, NJ 07081-0724 | INTERNAL REVENUE SERVICE<br>1050 WAVERLY PLACE<br>HOLTSVILLE, NY 00501 |
| NEWARK U.S. ATTORNEY'S OFFICE<br>970 BROAD STREET, 7TH FLOOR<br>NEWARK, NJ 07102 | **CAMDEN U.S. ATTORNEY'S OFFICE**<br>CAMDEN FEDERAL BUILDING AND U.S. COURTHOUSE<br>P.O. BOX 2098<br>401 MARKET STREET, 4TH FLOOR<br>CAMDEN, NJ 08101 | NJ ATTORNEY GENERAL<br>RICHARD J, HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON, NJ 08625 |
| JOEL SHAPIRO, ESQ.<br>BLANK ROME LLP<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA, PA 19103-6998<br>**ATTYS FOR ASI FUNDING, LLC, ARCUS ASI, INC.** | STEVEN J. REISMAN, ESQ.<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>**ATTORNEYS FOR GLENCORE LTD.** | JENNIFER M. DAVIES, ESQ.<br>SHERRY D. LOWE, ESQ.<br>LAMM RUBENSTONE LLC<br>3600 HORIZON BLVD., SUITE 200<br>TREVOSE, PA 19053<br>**ATTORNEYS FOR MODERN HANDLING EQUIPMENT** |
| JEFFREY KURTZMAN, ESQ.<br>KLEHR HARRISON HARVEY BRANZBUG & ELLERS<br>260 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19102<br>**ATTYS FOR A. J. GROSSMAN AND FRANK KESSLER** | DAVID PHILLIPS, TODD GALANTE, JEFFREY ZALKIN<br>LECLAIRRYAN<br>TWO PENN PLAZA EAST<br>NEWARK, NJ 07105-2249<br>**ATTORNEYS FOR DE LAGE LANDEN FINANCIAL** | EMMANUEL ARGENTIERI, ESQ./OREN KLEIN, ESQ.<br>PARKER MCCAY<br>3 GREENSREET CENTRE; 7001 LINCOLN DR. WEST<br>PO BOX 974<br>MARLTON, NJ 08053<br>**ATTORNEYS FOR PENNSAUKEN** |
| MARK J. DORVAL, ESQ.<br>STRADLEY RONON STEVENS & YOUNG LLP<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103<br>**ATTYS FOR CIT GROUP/BUSINESS CREDIT, INC.** | LOUIS DELUCIA, ALAN BRODY, ALYSON FIEDLER<br>GREENBERG TRAURIG, LLP<br>200 PARK AVE.<br>FLORHAM PARK, NJ 07932<br>**ATTORNEYS FOR ARCH ACQUISITION I, LLC** | CHRISTINE R. ETHERIDGE, BANKRUPTCY ADMINISTRATION<br>1738 BASS ROAD, P.O. BOX 13708<br>MACON, GA 31208-3708<br>**IKON FINANCIAL SERVICES** |
| TIMOTHY A. BORTZ,<br>625 CHERRY STREET, ROOM 203<br>READING, PA 19602-1184<br>**OFFICE OF UNEMPLOYMENT TAX - PENNSYLVANIA** | JOHN R. MORTON, JR. ESQ.<br>110 MARTER AVENUE, SUITE 301<br>MOORESTOWN, NJ 08057<br>**ATTYS FOR JAGUAR CREDIT CORPORATION &**<br>**WELLS FARGO EQUIPMENT FINANCE, INC.** | CHERYL L. COOPER, ESQ.<br>HOLSTON, MACDONALD, UZDAVINIS<br>66 EUCLID STREET, P.O. BOX 358<br>WOODBURY, NJ 08096<br>**ATTORNEYS FOR STEVEN BATTEL** |

| | | |
|---|---|---|
| JOSEPH M. GAREMORE, ESQ.<br>BROWN & CONNERY, LLP<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096<br>**ATTYS FOR POLLUTION CONTROL CAMDEN COUNTY** | GILBERT B. WEISMAN, ESQ.<br>C/O BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701<br>**AMERICAN EXPRESS TRAVEL RELATED SVCS CO.** | KELLY A. KRAIL, ESQ. & KATHLEEN J. COLLINS, ESQ.<br>LITCHFIELD CAVO LLP<br>1800 CHAPEL AVENUE WEST, SUITE 360<br>CHERRY HILL, NJ 08002<br>**ATTORNEYS FOR QUICKWAY, INC.** |
| STEPHEN RICHMAN, T. KOHN, R. M. PETTIGREW<br>MARKOWITZ & RICHMAN<br>1100 NORTH AMERICAN BUILDING<br>121 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19107<br>**ATTORNEYS FOR U.I.U. HEALTH & WELFARE FUND** | ROBYN F. POLLACK, ESQ.<br>SAUL EWING LLP<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA, PA 19102<br>**ATTORNEYS FOR SL INDUSTRIES, INC**. | BRUCE BUECHLER, ESQ.<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br>**ATTYS FOR SUN CAPITAL PARTNERS GROUP IV, INC.** |
| SAM DELLA FERA, JR., ESQ.<br>TRENK, DIPASQUALE, WEBSTER<br>347 MT. PLEASANT AVENUE, SUITE 300<br>WEST ORANGE, NJ 07052<br>**ATTYS FOR METAL MGMT NE, METAL MGMT CT.** | David B. Aaronson, Esq.<br>Drinker Biddle & Reath LLP<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-6996<br>**ATTYS FOR SEARS, GA-PACIFIC, GLIDDEN, AVERY DENNISON, BORDEN, CROWLEY., GARRETT-BUCHANAN, SOUTHEASTERN PA TRANS. AUTHORITY** | JOHN C. SULLIVAN, ESQ.<br>POST & SCHELL PC<br>1600 JOHN F. KENNEDY BOULEVARD<br>PHILADELPHIA, PA 19103<br>**ATTYS FOR LIBERTY MUT, WAUSAU UNDERWRITERS** |
| ALAN P. FOX, ESQ.<br>CAPEHART & SCATCHARD, P.A..<br>LAUREL CORPORATE CENTET – SUITE 300 S<br>8000 MIDLANTIC DRIVE<br>MOUNT LAUREL, NJ 08054<br>**ATTORNEYS FOR CREDITOR, COLOR ~~SOURCE, INC~~** | WILLIAM G. WRIGHT, ESQ.<br>CAPEHART & SCATCHARD, P.A.<br>LAUREL CORPORATE CENTER, STE. 300 S<br>8000 MIDLANTIC DRIVE<br>MOUNT LAUREL, NJ 08054<br>**ATTORNEYS FOR GE CAPITAL CORPORATION** | TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 |
| ANDREW J. FLAME, HOWARD A. COHN<br>DRINKER BIDDLE & REATH LLP<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19801-1254<br>**ATTORNEYS FOR PPL ENERGYPLUS, LLC** | JOHN J. WINTER, ESQ.<br>THE CHARTWELL LAW OFFICES, LLP<br>VALLEY FORGE CORP. CTR.<br>970 RITTENHOUSE RD., SUITE 300<br>EAGLEVILLE, PA 19403<br>**ATTORNEYS FOR PPG INDUSTRIES, INC.** | MICHAEL J. REYNOLDS, ESQ.<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NEW JERSEY 07932-1047<br>**ATTYS FOR NATIONWIDE** |
| DONALD G. FRANKEL<br>ONE GATEWAY CENTER, SUITE 616<br>NEWTON, MA 02458<br>**ENV NATURAL RESOURCES DIV. U.S. DEP OF JUSTICE** | TYLER S. GRADEN, ESQ.<br>CONRAD O'BRIEN GELLMAN & ROHN, P.C.<br>1515 MARKET STREET, 16TH FLOOR<br>PHILADELPHIA, PA 19102-1916<br>**ATTORNEYS FOR ROHM AND HAAS COMPANY** | LINDA S. FOSSI, ESQ.<br>DEILY, MOONEY & GLASTETTER, LLP<br>ONE GREENTREE CENTRE<br>10000 LINCOLN DRIVE EAST – SUITE 201<br>MARLTON, NJ 08053<br>**ATTORNEYS FOR DCFS TRUST** |
| JEANINE D. CLARK, ESQ.<br>MARGOLIS EDELSTEIN<br>100 CENTURY PARKWAY, SUITE 200<br>MOUNT LAUREL, NEW JERSEY 08054<br>**ATTYS FOR SHAW ALLOY PIPING PROD.** | SHAWN M. CHRISTIANSON, ESQ.<br>BUCHALTER NEMER, PC<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105-2126<br>**ATTORNEYS FOR ORACLE CREDIT CORPORATION** | EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY NJ 08854 |
| MELISSA A. PENA<br>NORRIS, MCLAUGHLIN & MARCUS<br>721 RT. 202-206<br>P.O. BOX 1018<br>SOMERVILLE, NJ 08876-1018<br>**ATTY. COMBUSTION ENG, SUCCESSOR OF C-E GLASS** | A. DENNIS TERRELL, ESQ.<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NEW JERSEY 07932-1047<br>**ATTYS FOR NATIONWIDE** | PERFECT TRADE DEVELOPMENT CO.<br>ROOM A, 7/12F.<br>MAO TAI CENTURY TOWER<br>NO. 83 ZHONG HE BEI ROAD<br>HANGZHOU, CHINA |

| | | |
|---|---|---|
| PHILIP S. ROSEN, ESQ.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>103 EISENHOWER PARKWAY<br>ROSELAND, NEW JERSEY 07068<br>**ATTYS FOR NATIONAL UNION FIRE INS.** | NOLA R. BENCZE, ESQ.<br>BUCHANAN, INGERSOLL & ROONEY<br>700 ALEXANDER PARK, SUITE 300<br>PRINCETON, NJ 08540<br>**ATTYS FOR WASTE MANAGEMENT OF NJ, INC.** | MID-ATLANTIC CNC, INC<br>ATTN GARY PROSCIA, VP FINANCE<br>260 EVANS WAY<br>BRANCHBURG NJ 08876 |
| LEAH A. BYNON<br>UNITED STATES ATTORNEY'S OFFICE<br>970 BROAD STREET, SUITE 700<br>NEWARK, NJ 07102<br>**US CUSTOMS AND BORDER PROTECTION** | DAVID L. BRAVERMAN, ESQ.<br>BRAVERMAN KASKEY, P.C.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET, 56TH FLOOR<br>PHILADELPHIA, PA 19103<br>**ATTY FOR NE METAL TRADERS** | MCMASTER-CARR SUPPLY COMPANY<br>PO BOX 5370<br>PRINCETON NJ 08543 |
| PENNSAUKEN TOWNSHIP<br>MUNICIPAL BUILDING<br>5605 N. CRESCENT BLVD.<br>ATTN: BILL BUFFINGTON<br>PENNSAUKEN NJ 08110 | EMMANUEL J. ARGENTIERI, ESQ.<br>PARKER MCCAY PA - THREE GREENTREE CENTRE<br>7001 LINCOLN DRIVE WEST - PO BOX 974<br>MARLTON, NJ 08053-0974 | GMAC<br>PO BOX 130424<br>ROSEVILLE MN 55113 |
| RAGGEDY, INC. D/B/A HANDYMAN CONNECTION<br>OF MIDDLE TENNESSEE, WINDOW DEPOT USA<br>C/O JOHN H. ROWLAND / BAKER DONELSON<br>211 COMMERCE STREET, SUITE 1000<br>NASHVILLE TN 37201 | EICHENBAUM, LILES & HEISTER, PA<br>RICHARD L. RAMSAY, ESQ.<br>124 WEST CAPITOL AVENUE, SUITE 1900<br>LITTLE ROCK, ARKANSAS 72201<br>COUNSEL TO WINDOW DEPOT | SPS COMMERCE<br>333 S 7TH STREET, STE 1000<br>MINNEAPOLIS MN 55402 |
| PYROTEK INC.<br>9503 E. MONTGOMERY AVE.<br>SPOKANE VALLEY WA 99206 | MARSHALL & QUENTZEL, LLC<br>C/O ALUMET SUPPLY, INC.<br>155 WILLOWBROOK BLVD.<br>WAYNE NJ 07470 | SHAW ALLOY PIPING PRODUCTS<br>JEANINE D. CLARK, ESQ.<br>MARGOLIS EDELSTEIN<br>100 CENTURY PARKWAY, SUITE 200<br>MOUNT LAUREL, NEW JERSEY 08054 |
| RED WINGSHOE MOBILE<br>7B JULES LANE<br>NEW BRUNSWICK NJ 08901 | BURNER DYNAMICS, INC<br>5865 OLD LEEDS ROAD<br>SUITE A<br>BIRMINGHAM AL 35210 | UNDERWRITERS LABORATORIES<br>CORP OFFICE<br>333 PFINGSTON ROAD<br>NORTHBROOK IL 60062 |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON IL 61701 | | |