**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.
Co-Counsel for The Class 10 Liquidation Trust

| | |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered) |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>Plaintiff,<br>v.<br><br>ACE PALLET CORPORATION<br>GDHWD & EBERLE, INC.<br>GRAYS TRUCKING<br>K&M TRANSPORT LLC<br>MAL-BER MANUFACTURING CO.<br>QUAKER CITY CHEMICALS, INC.<br>ROYALPLAST DOOR SYSTEMS CO.<br>SERVICE ALUMINUM INCORPORATED<br>SWIMLINE CORPORATION,<br><br>Defendants. | ADV. NO. 10-01370<br>ADV. NO. 10-01341<br>ADV. NO. 10-01342<br>ADV. NO. 09-02962<br>ADV. NO. 10-01348<br>ADV. NO. 10-01354<br>ADV. NO. 10-01381<br>ADV. NO. 10-01330<br>ADV. NO. 10-01031<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY    )
                                          )  SS.:
COUNTY OF BERGEN    )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for The Class 10 Liquidation Trust (the "Trust").

2. On August 13, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

    (a) Third Omnibus Notice Of Settlement.

3. On August 16, 2010, I caused true copies of the above-referenced pleading to be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                      */s/ Cynthia Braden*
                                                      CYNTHIA BRADEN

Sworn and subscribed to before me
this 19th day of August, 2010.

    */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/1

45765/0003-6929383v1

**SHAPES/ARCH HOLDINGS L.L.C.,** *ET AL.*
**CASE NO. 08-14631 (GMB)**

## SERVICE LIST

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Attorneys for Debtors
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Alan J. Brody, Esq.
Greenberg & Traurig, LLP
Attorneys for Debtors
200 Park Avenue
Florham Park, NJ 07932

John M. Makowski, Esq.
Attys for Ace Pallet Corporation a/k/a Ace
Pallet Corp.
Greentree Executive Campus
4003 Lincoln Drive West, Suite C
Marlton, NJ 08053-1523

Ace Pallet Corp.
Attn: Cynthia Unger
PO Box 228
Paulsboro, NJ 08066

John M. Riccione, Esq.
Aronbert Goldgehn Davis & Garmisa
Attys for GDHWD & Eberle, Inc.
330 North Wabash Ave., Suite 1700
Chicago, IL 60611-3586

GDWH & Eberle, Inc.
Attn: Richard Dousman, President
330 N. Wabash, Ste. 1700
Chicago, IL 60611

Grays Trucking
Attn: Michael Vandermay
735 Broad Street
Beverly, NJ 08010

K & M Transport LLC
Attn: Brian Levari
526 Railroad Blvd.
Buena, NJ 08310

Mal-Ber Manufacturing Co.
Attn: Ken Sanford, President
2115 Byberry Road
Huntingdon Valley, PA 19006

Quaker City Chemicals
Attn: Lee Metzman, President
7360 Milnor Street
Philadelphia, PA 19136

Joseph F. Riga, Esq.
McDowell Riga
Attys for Quaker City Chemicals
46 W. Main Street
Maple Shade, NJ 08052

Brett J. Berlin, Esq.
Jones Day
Attys for RoyalPlast Door Systems
1420 Peachtree Street N.E., Suite 800
Atlanta, GA  30309-3053

Jennifer Del Medico, Esq.
Jones Day
Attys for RoyalPlast Door Systems
222 East 41st Street
New York, NY 10017-6702

RoyalPlast Door Systems Co.
Attn: Joel I. Beerman
5770 Highway #7 West
Woodbridge, ON L4l 3A2
Canada

2

RoyalPlast Door Systems Co.
1085 des Cheminots
Lachenaie J6W 061
Canada

RoyalPlast Door Systems Co.
71 Royal Group Crescent
Woodbridge, Ontario
L4H 1X9 Canada

Service Aluminum Corporation
3300 North Ridge Road
Suite 290
Ellicott City, MD 21043

Eric J. Synder, Esq.
Wilk Auslander LLP
Attys for Service Aluminum Corp.
675 Third Avenue
New York, NY 10017

Swimline Corporation
191 Rodeo Drive
Edgewood, NY 11717

Jeffrey N. Levy, Esq.
Tashlik, Kreutzer, Goldwyn & Crandell P.C.
Attys for Swimline Corporation
40 Cuttermill Road
Great Neck, NY 11021

3