UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO:  JAMES J. WALDRON, CLERK

CASE NO.   08-14631 (GMB)
ADV. NO.   10-01394 (GMB)
IN RE:   Shapes/Arch Holdings, L.L.C., *et al.*
(Jointly Administered)
The Class 10 Liquidation Trust v.
Uneeda Bolt & Screw Co., Inc.

CHAPTER 11

**INFORMATION FOR NOTICE OF SETTLEMENT OF CONTROVERSY**

The Class 10 Liquidation Trust (the "Class 10 Trust") proposes a settlement of claims and an action, the nature of which is described below.

If any creditor or other party in interest has an objection to the settlement, an objection and request for a hearing on such objection shall be in writing, served upon the Class 10 Trust's counsel and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the Class 10 Trust's counsel no later than September 27, 2010.

In the event an objection is timely filed, a hearing thereon will be held on October 4, 2010, at 10:00 a.m., before the Honorable Gloria M. Burns, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101.

If no objection is filed with the Clerk and served upon the person named below on or before thirteen days from the date of this notice, the settlement will be consummated as proposed.

The nature of the action and the terms of the settlement are as follows:

| NATURE OF ACTION | PERTINENT TERMS OF THE SETTLEMENT |
|---|---|
| The Class 10 Trust made a demand against Uneeda Bolt & Screw Co., Inc. ("Uneeda") seeking recovery of $52,748.61 in transfers made by one or more of the Debtors to Defendant during the 90- day period preceding the Debtors' Chapter 11 filings under 11 USC § 547. | Uneeda and the Class 10 Trust have entered into a settlement agreement resolving the demand. Pursuant to the settlement agreement, Uneeda has agreed to make payment to the Class 10 Trust in the amount of $16,700 in full satisfaction of any avoidance claims the Class 10 Trust has or might have against Uneeda. The Trust has agreed that upon the settlement becoming effective and payment received, Uneeda shall have an allowed 502(h) claim for the amount of the settlement payment. |

Requests for additional information about the nature of the action or the terms of the settlement should be directed to:

NAME:   Daniel A. Griffith, Esq.
Chad J. Toms, Esq.   Donna H. Lieberman, Esq.
ADDRESS:   WHITEFORD, TAYLOR & PRESTON, LLC   HALPERIN BATTAGLIA RAICHT, LLP
1220 N. Market Street, Suite 608   555 Madison Avenue – 9th Floor
Wilmington, Delaware 19801   New York, New York 10022
TELEPHONE NO:   (302) 357-3254   (212) 765-9100

SUBMITTED BY: Chad J. Toms, Esq.   POSITION: Co-counsel for the   PHONE:   (302) 357-3253
Class 10 Trust's

DATED:   September 13, 2010

{00121318.1 / 0631-003}45961/0001-6374548v2

FOR CLERK'S OFFICE USE ONLY
TYPE OF TASK:  11
FORM # <u>BL</u>   STATEMENT <u>11S</u>

NJ LOCAL FORM 10