Whiteford, Taylor & Preston, LLC
1220 N. Market Street, Suite 608
Wilmington, DE 19801
302.353.4144
302.661.7950
Daniel A. Griffith, Esquire
Chad J. Toms, Esquire

Co-counsel for the Class 10 Trust's

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| | : HON. GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS, L.L.C., et al., | : CASE NO. 08-14631 (GMB) |
| | : |
| Reorganized Debtors. | : Chapter 11 |
| | : (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Chad J. Toms, Esquire certify that on this 13th day of September 2010, a copy of the *Class 10 Trust's Information for Notice of Settlement of Controversy* was electronically filed with the United States Bankruptcy Court for the District of New Jersey and sent via first class mail, postage prepaid to:

Donald F. MacMaster, Esquire
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esquire
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Kelly D. Curtin, Esquire
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

/s/ Chad J. Toms
Chad J. Toms, Esquire