STEVENS & LEE, P.C.
1456 Marlton Pike East
Suite 506
Cherry Hill, NJ 08034
(856) 354-9200
John C. Kilgannon, Esq.
jck@stevenslee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In the Matter of: | HONORABLE GLORIA M. BURNS |
|---|---|
| SHAPES/ARCH HOLDINGS, LLC, *et al.*, | CASE NO. 08-14631(GMB) (Jointly Administered) |
| Reorganized Debtors. | Chapter 11 |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee, | ADV. NO. 10-01338-GMB |
| Plaintiff, vs. | |
| CROWN CREDIT COMPANY, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

John C. Kilgannon hereby certifies that on September 15, 2010, true and correct copies of *Crown Credit Company's Response To The Class 10 Liquidation Trust's Motion Objecting To Claims Pursuant To Section 502(D) Of The Bankruptcy Code And Requesting Related Relief* were served on all parties in interest through the Court's CM/ECF system, and additionally, upon the parties set forth on the attached service list via electronic mail.

*/s/ John C. Kilgannon*
John C. Kilgannon, Esq.
1456 Marlton Pike East
Suite 506
Cherry Hill, NJ 08034
(856) 354-9200
jck@stevenslee.com
*Counsel for Defendant, Crown Credit Company*

## SERVICE LIST

| **Recipient:** | **Representing:** |
| --- | --- |
| Donna H. Lieberman<br>Halperin Battaglia Raicht, LLP<br>555 Madison Avenue, 9th Floor<br>New York, NY 10019-3310<br>dlieberman@halperinlaw.net | The Class 10 Liquidation Trust |
| Ilana Volkov<br>Cole, Schotz, Meisel, Forman & Leonard<br>25 Main St.<br>Hackensack, NJ 07601<br>ivolkov@coleschotz.com | The Class 10 Liquidation Trust |
| Felice R. Yudkin<br>Cole, Schotz, Meisel, Forman & Leonard<br>25 Main Street<br>Hackensack, NJ 07602<br>fyudkin@coleschotz.com | The Class 10 Liquidation Trust |