**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone (212) 765-9100
Facsimile (212) 765-0964
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE SCHOTZ MEISEL FORMAN & LEONARD, P.A.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602
Telephone (201) 489-3000
Facsimile (201) 489-1536
Ilana Volkov, Esq.
Felice Yudkin, Esq.

Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.,*<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered) |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>FITZPATRICK CONTAINER COMPANY, HOUGHTON METAL FINISHING CO., HOUSEHOLD METALS, INC., INGERSOLL RAND COMPANY d/b/a SCHLAGE LOCK COMPANY, THE OILGEAR COMPANY, and RAPTURE TRAILER,<br><br>Defendants. | ADV. PRO. NO. 10-01374 (GMB)<br>ADV. PRO. NO. 10-01343 (GMB)<br>ADV. PRO. NO. 09-02961 (GMB)<br><br>ADV. PRO. NO. 10-01389 (GMB)<br>ADV. PRO. NO. 10-01027 (GMB)<br>ADV. PRO. NO. 10-01355 (GMB)<br><br>**FOURTH OMNIBUS NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the Class 10 Liquidation Trust (the "Class 10 Trust") is seeking approval of settlement agreements (collectively, the "Settlements") with certain

45765/0003-7004070v1

adversary proceeding defendants (collectively, the "Defendants").  The Agreements with the Defendants are annexed hereto as **Exhibits A – F**.

PLEASE TAKE FURTHER NOTICE any objections to the Settlements must be filed in writing and served upon the Class 10 Trust's counsel and filed with the Clerk of the Bankruptcy Court no later than September 28, 2010.

PLEASE TAKE FURTHER NOTICE in the event an objection to a Settlement is timely filed, a hearing thereon will be held on October 4, 2010 at 10:00 a.m. before the Honorable Gloria M. Burns, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 300 Cooper Street, 4th Floor, Camden, New Jersey, 08101.

PLEASE TAKE FURTHER NOTICE that if no objections to the Settlements are timely filed, the Court may enter and order approving the Settlements.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.


By:   */s/ Felice R. Yudkin*
     Ilana Volkov
     Felice R. Yudkin
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602

-and-

HALPERIN BATTAGLIA RAICHT, LLP
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone:  (212) 765-9100
Facsimile:  (212) 765-0964

Co-Counsel for the Class 10 Liquidation Trust

Dated:  September 15, 2010

2