|  |  |
|---|---|
| In the Matter of: | : UNITED STATES BANKRUPTCY<br>: COURT FOR THE DISTRICT OF NEW<br>: JERSEY |
|  | : |
|  | : HON. GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | : CASE NO. 08-14631 (GMB) |
|  | : |
| Reorganized Debtors. | : Chapter 11<br>: (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Scott P. Shectman, Esquire, hereby certify, on this 17th day of September, 2010, caused a true and correct copy of the foregoing Opposition of Northeast Metal Traders, Inc. to the Class Ten Liquidation Trust's Motion Objecting to Claims Under Section 502(d) of the Bankruptcy Code to be electronically filed with the Court, and served upon the following counsel of record by electronic mail via the Court's CM/ECF System pursuant to Local Bankruptcy Rule 7005-1:

Alan J. Brody, Esquire
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Email: brodya@gtlaw.com
*Attorney for Debtor Shapes/Arch Holdings L.L.C.*

Jerrold N. Poslusny, Jr., Esquire
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Email: jposlusny@cozen.com
*Attorney for Debtor Shapes/Arch Holdings L.L.C.*

John C. Kilgannon, Esquire
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, Pennsylvania 19103
Email: jck@stevenslee.com
*Attorney for Debtor Shapes/Arch Holdings L.L.C.*

Kevin M. McKenna, Esquire
Latsha Davis Yohe & McKenna
350 Eagleview Boulevard
Suite 100
Exton, Pennsylvania 19341
Email: kmckenna@ldylaw.com
*Attorney for Debtor Shapes/Arch Holdings L.L.C.*

Ilana Volkov, Esquire
Cole, Schotz, Meisel, Forman & Leonard
25 Main Street
Hackensack, New Jersey 07601
Email: ivolkov@coleschotz.com
*Attorney for Trustee, Class 10 Liquidation Trust*

Donald F. MacMaster, Esquire
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, New Jersey 07102
Email: Donald.F.MacMaster@usdoj.gov
*U.S. Trustee*

Michael D. Sirota, Esquire
Cole, Schotz, Meisel, Forman & Leonard
25 Main Street
Hackensack, New Jersey 07601
Email: msirota@coleschotz.com
*Attorney for Creditor Committee*

Donna H. Lieberman, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, New York 10019
*Attorney for Creditor Committee*

Walter Benzija, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, New York 10022
Email: **wbenzija@halperinlaw.net**
*Attorney for Creditor Committee*

David B. Aaronson, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103
Email: **david.aaronson@dbr.com**
*Attorney for Creditor Committee*
*(Lightman Drum Company Superfund Site PRP Group)*

_____
Scott P. Shectman