## **EXHIBIT A**

*Adjourned Objections pursuant to § 502(d)*

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| CROWN CREDIT COMPANY<br>P.O. BOX 640352<br>CINCINNATI, OH 45264-0352 | Scheduled<br>Scheduled | $273.15<br>$3,670.33 | JOHN C. KILGANNON, ESQ.<br>STEVENS & LEE<br>1456 MARLTON PIKE EAST<br>SUITE 506<br>CHERRY HILL, NJ 08034<br><br>ROBERT G. HANSEMAN, ESQ.<br>SEBALY SHILLITO DYER<br>A LEGAL PROFESSIONAL ASSOCIATION<br>40 N. MAIN STREET<br>1900 KETTERING TOWER<br>DAYTON, OH 45423 |
| DGI SUPPLY<br>95 LOUISE DRIVE, SUITE B<br>IVYLAND, PA 18974 | Scheduled | $1,240.83 | DGI SUPPLY – A DOALL COMPANY<br>1480 SOUTH WOLF ROAD<br>WHEELING, IL 60090<br><br>KATHERINE AGNELLI, ESQ.<br>MARIN GOODMAN<br>500 MAMARONECK AVE.<br>SUITE 501<br>HARRISON, NY 10528 |
| FITZPATRICK CONTAINER<br>800 EAST WALNUT STREET<br>NORTH WALES, PA 19454<br>ATTN: JIM ZEBROWSKI | Scheduled | $30,103.38 | MELISSA ANN SIMOLA, ESQ.<br>HALBERSTADT CURLEY, LLC<br>1100 E. HECTOR ST., SUITE 425<br>CONSHOHOCKEN, PA 19428 |
| GRABELL, STEVEN<br>C/O ASHELY CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>20 BRACE ROAD, SUITE 201<br>CHERRY HILL, NJ 08034-2634 | 641 | $2,021,274.00 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| HOUGHTON METAL FINISHING<br>1075 WINDWARD RIDGE PKWY<br>SUITE 180<br>ALPHARETTA, GA 30005 | Scheduled | $74,633.62 | HOUGHTON METAL FINISHING CO.<br>C/O HOUGHTON INTERNATIONAL INC.<br>ATTN: PAUL DEVIVO, PRESIDENT<br>MADISON & VAN BUREN AVENUES<br>PO BOX 930<br>VALLEY FORGE, PA 19482-0930<br><br>GLENN A. MANOCHI, ESQ.<br>LIGHTMAN & MANOCHI<br>1520 LOCUST STREET, 12TH FLOOR<br>PHILADELPHIA, PA 19102 |
| HOUSEHOLD METALS, INC<br>645 E. ERIE AVE.<br>PHILADELPHIA, PA 19134<br>ATTN: DAWN WILBEKIATIS | Scheduled | $26,694.15 | JOE BODNAR, ESQ.<br>LAW OFFICES OF JOSEPH J. BODNAR<br>POST OFFICE BOX 1022<br>2101 NORTH HARRISON STREET<br>WILMINGTON, DE 19899-1022 |

45765/0003-7010543v1

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| (INGERSOLL RAND d/b/a) SCHLAGE LOCK COMPANY 75 REMITTANCE DRIVE STE 6079 CHICAGO, IL 60675-6079 | Scheduled | $5,005.04 | ALEX KRESS, ESQ. RIKER DANZIG SCHERER HYLAND & PERRETTI LLP HEADQUARTERS PLAZA ONE SPEEDWELL AVENUE MORRISTOWN, NJ 07962-1981 |
| KENDALL, HELENE C/O KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS 260 S. BROAD STREET PHILADELPHIA, PA 19102 | 599 Scheduled | $1,551,110.01 $1,512,389.98 | JAMES M. MATOUR, ESQUIRE HANGLEY ARONCHICK SEGAL & PUDLIN ONE LOGAN SQUARE, 27TH FLOOR PHILADELPHIA, PA 19103 |
| M E B LOGISTICS PO BOX 1644 DOYLESTOWN, PA 18901 | Scheduled | $9,870.69 | MICHAEL BOWMAN PO BOX 1644 DOYLESTOWN, PA 18901 |
| MELTON TRUCK LINES, INC. 808 N 161ST E. AVE. TULSA, OK 74116 ATTN: LISA M. FAGLEMAN | 395 Scheduled | $139,960.66 $122,151.71 | JOHN HOWLAND, ESQ. ROSENSTEIN, FIST & RINGOLD 525 S. MAIN, STE 700 TULSA, OK 74103 |
| METAL KOTING 1430 MARTIN GROVE ROAD ATTN: TONY FARRUGIA REXDALE, ON M9W 4Y1 CANADA | Scheduled | $73,653.48 | SAMUEL R. GRAFTON, ESQ. POPPER & GRAFTON 225 WEST 24TH STREET, STE 1609 NEW YORK, NY 10122 |
| NORTHEAST METAL TRADERS, INC. IRA R. DEICHES, ESQ. DEICHES & FERSCHMANN, P.C. 25 WILKINS AVENUE HADDONFIELD, NJ 08033 | 488 Scheduled | $11,493.65 $227,977.12 | DAVID L. BRAVERMAN, ESQ. SCOTT SHECTMAN, ESQ. BRAVERMAN KASKEY, P.C. ONE LIBERTY PLACE 1650 MARKET STREET, 56TH FLOOR PHILADELPHIA, PA 19103 |
| OILGEAR COMPANY, THE C/O COFACE NORTH AMERICA, INC. 50 MILLSTONE RD., BLDG. 100, STE. 360 EAST WINDSOR, NJ 08520 ATTN AMY SCHMIDT AS AGENT | 173 Scheduled | $23,254.05 $23,254.05 | THERESA F. SEEM, ESQ. 1800 W WOODBURY LANE GLENDALE, WI 53209 |
| POLYONE CORP DEPT CH 10489 ATTN: DEBBIE NOSKI PALATINE, IL 60055-0489 | Scheduled | $164,813.78 | MARK WEINTRAUB, ESQ. JEREMY M. CAMPANA, ESQ. THOMPSON HINE 3900 KEY CENTER 127 PUBLIC SQUARE CLEVELAND, OH 44114-1291 |
| PREMIER WINDOWS INC. P.O. BOX 62 THURMOND, NC 28683 ATTN: JAMIE CAUDILL, PRESIDENT | 537 | $57,406.00 | JUNE ALLISON, ESQ. WISHART NORRIS HENNINGER & PITTMAN 6832 MORRISON BOULEVARD CHARLOTTE, NC 28211 |

45765/0003-7010543v1

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| RIVER ROAD RECYCLING<br>450 37TH ST.<br>PENNSAUKEN, NJ 08110<br>ATTN: MARK WANG | 463<br>Scheduled | $33,437.34<br>$33,437.34 | CHRISTOPHER WANG<br>450 37TH ST.<br>PENNSAUKEN, NJ 08110<br><br>CHRISTOPHER WANG<br>P.O. BOX 302<br>PENNSAUKEN, NJ 08110 |
| SHAPES UNLIMITED, INC.<br>590 E WESTERN RESERVE RD<br>YOUNGSTOWN, OH 44514<br>ATTN D FISHER, TREASURER | 7<br>Scheduled | $23,119.72<br>$23,119.72 | JEFFREY S. CIANCIULLI, ESQ.<br>WEIR & PARTNERS LLP<br>THE LIBERTY VIEW BUILDING, SUITE 310<br>457 HADDONFIELD ROAD<br>CHERRY HILL, NJ 08002<br><br>JEREMY TEABERRY, ESQ.<br>HENDERSON COVINGTON<br>6 FEDERAL PLAZA, SUITE 1300<br>YOUNGSTOWN, OH 44503 |
| SORENSEN, PAUL JR.<br>508 LEONARD LANE<br>MULLICA HILL, NJ 08062 | 643 | $650,000.00 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| UNEEDA BOLT & SCREW CO INC<br>10 CAPITOL DRIVE<br>MOONACHIE, NJ 07074<br>ATTN: ELI BRICKMAN, PRES. | 777<br>Scheduled | $149,217.14<br>$126,985.68 | KELLY CURTIN, ESQ.<br>PORZIO BROMBERG & NEWMAN P.C.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962-1997 |
| VERIZON<br>P.O. BOX 4833<br>TRENTON, NJ 08650-4833 | Scheduled | $115.20 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON<br>P.O. BOX 4648<br>TRENTON, NJ 08650-4648 | Scheduled | $1,170.92 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON<br>P.O. BOX 660748<br>DALLAS, TX 75266-0748 | Scheduled | $54.70 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | 691<br>901 | $4,408.43<br>$660.77 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON WIRELESS-PA<br>P.O. BOX 25505<br>LEHIGH VLY, PA 18002-5505 | Scheduled | $1,187.74 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| WAGSTAFF, INC.<br>3910 N FLORA ROAD<br>SPOKANE, WA 99216<br>ATTN KENDALL B PARKES, CFO | 301<br>Scheduled | $17,897.50<br>$27,252.50 | ANTHONY D. BUONADONNA, ESQ.<br>BUONADONNA & BENSON, P.C.<br>1138 EAST CHESTNUT AVENUE, SUITE 2A<br>VINELAND, NJ 08360 |

45765/0003-7010543v1

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| WINDOW DEPOT USA<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211<br>ATTN JIM VENABLE, PRESIDENT | 212<br>Scheduled | $55,838.83<br>$29,799.16 | RICHARD L. RAMSAY, ESQ.<br>EICHENBAUM, LILES & HEISTER, PA<br>124 WEST CAPITOL AVENUE,<br>SUITE 1900<br>LITTLE ROCK, AR 72201 |

45765/0003-7010543v1

## **EXHIBIT B**
*Withdrawn Objections*

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Reason |
|---|---|---|---|
| GRAYS TRUCKING<br>735 BROAD STREET<br>BEVERLY, NJ 08010 | Scheduled | $1,009.15 | Claimant's right to any claim(s) is unaffected by this Motion pursuant to settlement agreement entered into between the Claimant and the Trust. |
| MALBER TOOL<br>2115 BYBERRY ROAD<br>HUNTINGDON VALLEY, PA 19006<br>ATTN: TOM ORLIK | Scheduled | $72,068.86 | Claimant's right to any claim(s) is unaffected by this Motion pursuant to settlement agreement entered into between the Claimant and the Trust. |

## **EXHIBIT C**
*Disallowed and Expunged Claims*

| Name and Address of Claimant | Claim to be Expunged | Claim Amount |
|---|---|---|
| ACE PALLET CORP<br>PO BOX 228<br>PAULSBORO, NJ 08066<br>ATTN: CYNTHIA UNGER | Scheduled<br>Scheduled<br>Scheduled | $7,761.00<br>$1,183.00<br>$44,443.00 |
| QUAKER CITY CHEMICALS<br>7360 MILNOR STREET<br>PHILADELPHIA, PA 19136 | 37<br>Scheduled<br>Scheduled | Undetermined<br>$2,919.74<br>Contingent and Unliquidated |
| ROYALPLAST DOOR SYSTEMS CO.<br>5770 HIGHWAY #7 WEST<br>WOODBRIDGE, ON L4L 3A2<br>CANADA | Scheduled | $39,243.40 |
| SERVICE ALUMINUM CORPORATION<br>3300 NORTH RIDGE ROAD<br>SUITE 290<br>ELLICOTT CITY, MD 21043 | Scheduled | $9,374.80 |
| SWIMLINE CORPORATION<br>191 RODEO DRIVE<br>EDGEWOOD, NY 11717 | Scheduled | $32,586.78 |

45765/0003-7010543v1