# Exhibit A

## Remaining Avoidance Actions

| Adv. Pro. No. | Name |
|---|---|
| 09-02957 GMB | The Class 10 Liquidation Trust v. Magretech |
| 09-02963 GMB | The Class 10 Liquidation Trust v. DGI Supply |
| 10-01329-GMB | The Class 10 Liquidation Trust v. Compressed Air Equipment, Inc. |
| 10-01033-GMB | The Class 10 Liquidation Trust v. Toco Products, Inc. |
| 10-01338-GMB | The Class 10 Liquidation Trust v. Crown Credit Company |
| 10-01346-GMB | The Class 10 Liquidation Trust v. Lamatek, Inc. |
| 10-01352-GMB | The Class 10 Liquidation Trust v. Metal Koting |
| 10-01353-GMB | The Class 10 Liquidation Trust v. National Accreditation and Management Institute |
| 10-01361-GMB | The Class 10 Liquidation Trust v. Shapes Unlimited, Inc. |
| 10-01363-GMB | The Class 10 Liquidation Trust v. South Jersey Processing Inc. |
| 10-01377-GMB | The Class 10 Liquidation Trust v. Northeast Metal Traders, Inc. |
| 10-01379-GMB | The Class 10 Liquidation Trust v. Polyone Corporation |
| 10-01380-GMB | The Class 10 Liquidation Trust v. Premier Window |
| 10-01382-GMB | The Class 10 Liquidation Trust v. Verizon |
| 10-01383-GMB | The Class 10 Liquidation Trust v. Wagstaff, Inc. |
| 10-01392-GMB | The Class 10 Liquidation Trust v. HD Supply |
| 10-01398-GMB | The Class 10 Liquidation Trust v. Carpey et al.[1] |
| 10-02119-GMB | The Class 10 Liquidation Trust v. Window Depot USA |

---

[1] Adversary Proceeding 10-01398 was commenced against twelve defendants. The Class 10 Liquidation Trust has settled its claims against two of those defendants, Craig & Lori Seller. The litigation is continuing against the remaining ten defendants.

{00132817.1 / 0631-003}