
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for The Class 10 Liquidation Trust

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| | HON. GLORIA M. BURNS |
| | CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | |
| | Chapter 11 |
| Reorganized Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                              )   SS.:
COUNTY OF BERGEN     )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On September 17, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

(a) Notice of Adjournment of Hearing on The Class 10 Liquidation Trust's Motion Objecting to Claims Under Section 502(d) of the Bankruptcy Code.

3. On September 17, 2010, I caused true copies of the above-referenced pleading to be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                            */s/ Cynthia Braden*
                                                            CYNTHIA BRADEN

Sworn and subscribed to before me
this 22nd day of September, 2010.

    */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

## SHAPES/ARCH HOLDINGS, L.L.C., *et al.*

### SERVICE LIST

CROWN CREDIT COMPANY
P.O. BOX 640352
CINCINNATI, OH 45264-0352

DGI SUPPLY
95 LOUISE DRIVE, SUITE B
IVYLAND, PA  18974

FITZPATRICK CONTAINER
800 EAST WALNUT STREET
NORTH WALES, PA 19454
ATTN: JIM ZEBROWSKI

GRABELL, STEVEN
C/O ASHELY CHAN, ESQUIRE
HANGLEY ARONCHICK SEGAL & PUDLIN
20 BRACE ROAD, SUITE 201
CHERRY HILL, NJ 08034-2634

HOUGHTON METAL FINISHING
SUITE 180
1075 WINDWARD RIDGE PKWY
ALPHARETTA, GA 30005

HOUSEHOLD METALS, INC
645 E. ERIE AVE.
PHILADELPHIA, PA 19134
ATTN: DAWN WILBEKIATIS

(INGERSOLL RAND d/b/a)
SCHLAGE LOCK COMPANY
75 REMITTANCE DRIVE
STE 6079
CHICAGO, IL 60675-6079

KENDALL, HELENE
C/O KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS
260 S. BROAD STREET
PHILADELPHIA, PA 19102

M E B LOGISTICS
PO BOX 1644
DOYLESTOWN, PA 18901

MELTON TRUCK LINES, INC.
808 N 161ST E. AVE.
TULSA, OK 74116
ATTN: LISA M. FAGLEMAN

METAL KOTING
ATTN: TONY FARRUGIA
1430 MARTIN GROVE ROAD
REXDALE, ON M9W 4Y1
CANADA

NORTHEAST METAL TRADERS, INC.
IRA R. DEICHES, ESQ.
DEICHES & FERSCHMANN, P.C.
25 WILKINS AVENUE
HADDONFIELD, NJ 08033

OILGEAR COMPANY, THE
C/O COFACE NORTH AMERICA, INC.
50 MILLSTONE RD., BLDG. 100, STE. 360
EAST WINDSOR, NJ 08520
ATTN AMY SCHMIDT AS AGENT

POLYONE CORP
DEPT CH 10489
PALATINE, IL 60055-0489
ATTN: DEBBIE NOSKI

PREMIER WINDOWS INC.
P.O. BOX 62
THURMOND, NC 28683
ATTN: JAMIE CAUDILL, PRESIDENT

RIVER ROAD RECYCLING
450 37TH ST.
PENNSAUKEN, NJ 08110
ATTN: MARK WANG

SHAPES UNLIMITED, INC.
590 E WESTERN RESERVE RD
YOUNGSTOWN, OH 44514
ATTN D FISHER, TREASURER

SORENSEN, PAUL JR.
508 LEONARD LANE
MULLICA HILL, NJ 08062

UNEEDA BOLT & SCREW CO INC
10 CAPITOL DRIVE
MOONACHIE, NJ 07074
ATTN: ELI BRICKMAN, PRES.

VERIZON
P.O. BOX 4833
TRENTON, NJ 08650-4833

VERIZON
P.O. BOX 4648
TRENTON, NJ 08650-4648

2

VERIZON
P.O. BOX 660748
DALLAS, TX 75266-0748

VERIZON WIRELESS NORTHEAST
PO BOX 3397
BLOOMINGTON, IL 61701

VERIZON WIRELESS-PA
P.O. BOX 25505
LEHIGH VALLEY, PA 18002-5505

WAGSTAFF, INC.
3910 N FLORA ROAD
SPOKANE, WA 99216
ATTN KENDALL B PARKES, CFO

WINDOW DEPOT USA
10800 FINANCIAL CENTER PARKWAY
#280
LITTLE ROCK, AR 72211
ATTN JIM VENABLE, PRESIDENT

JOHN C. KILGANNON, ESQ.
STEVENS & LEE
SUITE 506
1456 MARLTON PIKE EAST
CHERRY HILL, NJ 08034

ROBERT G. HANSEMAN, ESQ.
SEBALY SHILLITO DYER
A LEGAL PROFESSIONAL
ASSOCIATION
40 N. MAIN STREET
1900 KETTERING TOWER
DAYTON, OH 45423

DGI SUPPLY – A DOALL COMPANY
1480 SOUTH WOLF ROAD
WHEELING, IL  60090

KATHERINE AGNELLI, ESQ.
MARIN GOODMAN
SUITE 501
500 MAMARONECK AVE.
HARRISON, NY 10528

MELISSA ANN SIMOLA, ESQ.
HALBERSTADT CURLEY, LLC
1100 E. HECTOR ST., SUITE 425
CONSHOHOCKEN, PA 19428

3

JAMES M. MATOUR, ESQ.
HANGLEY ARONCHICK SEGAL &
PUDLIN
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103

HOUGHTON METAL FINISHING CO.
C/O HOUGHTON INTERNATIONAL
INC.
MADISON & VAN BUREN AVENUES
PO BOX 930
VALLEY FORGE, PA 19482-0930
ATTN: PAUL DEVIVO, PRESIDENT

GLENN A. MANOCHI, ESQ.
LIGHTMAN & MANOCHI
1520 LOCUST STREET, 12TH FLOOR
PHILADELPHIA, PA 19102

JOE BODNAR, ESQ.
LAW OFFICES OF JOSEPH J. BODNAR
2101 NORTH HARRISON STREET
P O BOX 1022
WILMINGTON, DE 19899-1022

ALEX KRESS, ESQ.
RIKER DANZIG SCHERER HYLAND &
PERRETTI LLP
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981

JAMES M. MATOUR, ESQ.
HANGLEY ARONCHICK SEGAL &
PUDLIN
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103

MICHAEL BOWMAN
PO BOX 1644
DOYLESTOWN, PA 18901

SAMUEL R. GRAFTON, ESQ.
POPPER & GRAFTON
225 WEST 24TH STREET, STE 1609
NEW YORK, NY 10122

JOHN HOWLAND, ESQ.
ROSENSTEIN, FIST & RINGOLD
525 S. MAIN STREET, STE 700
TULSA, OK 74103

4

DAVID L. BRAVERMAN, ESQ.
SCOTT SHECTMAN, ESQ.
BRAVERMAN KASKEY, P.C.
ONE LIBERTY PLACE
1650 MARKET STREET, 56TH FLOOR
PHILADELPHIA, PA 19103

THERESA F. SEEM, ESQ.
1800 W WOODBURY LANE
GLENDALE, WI 53209

MARK WEINTRAUB, ESQ.
JEREMY M. CAMPANA, ESQ.
THOMPSON HINE
3900 KEY CENTER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1291

JUNE ALLISON, ESQ.
WISHART NORRIS HENNINGER &
PITTMAN
6832 MORRISON BOULEVARD
CHARLOTTE, NC 28211

CHRISTOPHER WANG
450 37TH ST.
PENNSAUKEN, NJ 08110

CHRISTOPHER WANG
P.O. BOX 302
PENNSAUKEN, NJ  08110

JEFFREY S. CIANCIULLI, ESQ.
WEIR & PARTNERS LLP
THE LIBERTY VIEW BUILDING, SUITE 310
457 HADDONFIELD ROAD
CHERRY HILL, NJ  08002

JEREMY TEABERRY, ESQ.
HENDERSON COVINGTON
6 FEDERAL PLAZA, SUITE 1300
YOUNGSTOWN, OH  44503

JAMES M. MATOUR, ESQ.
HANGLEY ARONCHICK SEGAL &
PUDLIN
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103

KELLY CURTIN, ESQ.
PORZIO BROMBERG & NEWMAN P.C.
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997

5

ZACH WILSON, ESQ.
ARNALL GOLDEN GREGORY LLP
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

ANTHONY D. BUONADONNA, ESQ.
BUONADONNA & BENSON, P.C.
1138 EAST CHESTNUT AVENUE, SUITE 2A
VINELAND, NJ 08360

RICHARD L. RAMSAY, ESQ.
EICHENBAUM, LILES & HEISTER, PA
124 WEST CAPITOL AVENUE, SUITE 1900
LITTLE ROCK, AR 72201

GRAYS TRUCKING
735 BROAD STREET
BEVERLY, NJ 08010

MALBER TOOL
2115 BYBERRY ROAD
HUNTINGDON VALLEY, PA 19006
ATTN: TOM ORLIK

ACE PALLET CORP
PO BOX 228
PAULSBORO, NJ 08066
ATTN: CYNTHIA UNGER

QUAKER CITY CHEMICALS
7360 MILNOR STREET
PHILADELPHIA, PA  19136

ROYALPLAST DOOR SYSTEMS CO.
5770 HIGHWAY #7 WEST
WOODBRIDGE, ON L4L 3A2
CANADA

SERVICE ALUMINUM CORPORATION
3300 NORTH RIDGE ROAD
SUITE 290
ELLICOTT CITY, MD 21043

SWIMLINE CORPORATION
191 RODEO DRIVE
EDGEWOOD, NY 11717