**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.
Co-Counsel for The Class 10 Liquidation Trust

| | |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered) |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>Plaintiff,<br>v.<br><br>FITZPATRICK CONTAINER COMPANY, HOUGHTON METAL FINISHING CO., HOUSEHOLD METALS, INC., INGERSOLL RAND COMPANY d/b/a SCHLAGE LOCK COMPANY, THE OILGEAR COMPANY, and RAPTURE TRAILER,<br><br>Defendants. | ADV. PRO. NO. 10-01374 (GMB)<br>ADV. PRO. NO. 10-01343 (GMB)<br>ADV. PRO. NO. 09-02961 (GMB)<br><br>ADV. PRO. NO. 10-01389 (GMB)<br>ADV. PRO. NO. 10-01027 (GMB)<br>ADV. PRO. NO. 10-01355 (GMB)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY     )
                                              )   SS.:
COUNTY OF BERGEN        )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

45765/0003-7025073v1

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for The Class 10 Liquidation Trust (the "Trust").

2. On September 15, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

    (a) Fourth Omnibus Notice Of Settlement.

3. On September 23, 2010, I caused true copies of the above-referenced pleading to be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                */s/ Cynthia Braden*
                                                CYNTHIA BRADEN

Sworn and subscribed to before me
this 23rd day of September, 2010.

    */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

45765/0003-7025073v1

**SHAPES/ARCH HOLDINGS L.L.C.,** *ET AL.*
**CASE NO. 08-14631 (GMB)**

**SERVICE LIST**

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Attorneys for Debtors
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Alan J. Brody, Esq.
Greenberg & Traurig, LLP
Attorneys for Debtors
200 Park Avenue
Florham Park, NJ 07932

Melissa Ann Simola, Esq.
Halberstadt Curley, LLC
Attorneys for Fitzpatrick Container Co.
1100 E. Hector St., Suite 425
Conshohocken, PA 19428

Glenn A. Manochi, Esq.
Lightman & Manochi
Attys. for Houghton Metal Finishing Co.
1520 Locust Street, 12th Floor
Philadelphia, PA 19102

Joseph J. Bodnar, Esq.
Law Offices of Joseph J. Bodnar
Attorneys for Household Metals, Inc.
2101 North Harrison Street
Post Office Box 1022
Wilmington, DE 19899-1022

Heather Favar, Esq.
Assistant General Counsel
Ingersoll Rand
d/b/a Schlage Lock Company
75 Remittance Drive, Ste. 6079
Chicago, IL 60675-6079

Anne Aaronson, Esq.
Dilworth Paxson LLP
Attorneys for The Oilgear Company
1500 Market Street, Suite 3500E
Philadelphia, PA  19102

John R. Crayton, Esq.
Attorneys for Rapture Trailer, Inc.
33 West Second Street
Moorestown, NJ  08057