Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08−14631−GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shapes/Arch Holdings L.L.C.
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   22−3413451

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 4, 2010, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1061 − 972
Order Granting Motion re: Second Order Granting the Class 10 Liquidation Trust's Motion Objecting to Claims Under Section 501(d) of the Bankruptcy Code in Part, Adjouring the Motion as to Certain Claims and Granting Related Relief. Motion adjourned to January 10, 2011 at 10:00 a.m. in Courtroom 4C. (Related Doc # [972]). The following parties were served: Debtor, Debtor 's Attorney, US Trustee and Movant 's Attorney. Signed on 10/1/2010. (bed)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 4, 2010
JJW: bed

                                                                                                                                     James J. Waldron
                                                                                                                                     Clerk