Order Filed on
10/1/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>Court Plaza North<br>25 Main Street<br>P. O. Box 800<br>Hackensack, NJ 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br>Felice R. Yudkin, Esq.<br><br>Co-Counsel for the Class 10 Liquidation Trust |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al*.<br><br>Reorganized Debtors. |

Chapter 11

Case No. 08-14631 (GMB)

Judge: Hon. Gloria M. Burns

**SECOND ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S
MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE
BANKRUPTCY CODE IN PART, ADJOURNING THE MOTION AS TO CERTAIN
CLAIMS AND GRANTING RELATED RELIEF**
(Filed Claim Number: 37; Scheduled Numbers: 632000200, 632007740, 632007750,
632011300, 633000060, 634000040; 634002210, 635001350)

The relief set forth on the following pages, numbered two (2), and three (3) is hereby

**ORDERED**.

**DATED: 10/1/2010**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

45765/0003-7028626v1

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No. | 08-14631 (GMB) |
| Caption of Order: | SECOND ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE BANKRUPTCY CODE IN PART, ADJOURNING THE MOTION AS TO CERTAIN CLAIMS AND GRANTING RELATED RELIEF |

THIS MATTER having been brought before the Court by the Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned reorganized debtors, upon a motion (the "Motion") for an order disallowing certain claims, as more fully set forth in the Motion and the exhibits thereto, pursuant to §§ 105 and 502(d) of Title 11 of the United States Code, as amended, and Rule 3007 of the Federal Rules of Bankruptcy Procedures; and having been adjourned from time to time; and the Court having entered an Order dated August 4, 2010 resolving the Motion with respect to certain of the claims; and the Trust having modified the exhibits to this Order to reflect, as to remaining claims, (i) further adjournments of the Motion with respect to any party as to whom the Trust has not yet resolved its avoidance claims; (ii) withdrawal of the Motion with respect to any party with whom the Trust has reached a settlement of avoidance claims that does not include a waiver of general unsecured claims or with respect to any party against whom the Trust has dismissed its avoidance action without such a waiver, and (iii) those parties with whom the Trust has reached a settlement of avoidance claims that includes a waiver of unsecured claims; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion, and upon the record taken before me, and no adverse interest being represented and for good cause, it is

ORDERED, that the Motion is adjourned until January 10, 2011 at 10:00 a.m. with respect to the claims set forth on Exhibit A hereto, and objections to the adjourned Motion are due on or before January 3, 2010 at 5:00 p.m.

45765/0003-7028626v1

*Approved by Judge Gloria M. Burns October 01, 2010*

(Page 3)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al.*
Case No. 08-14631 (GMB)
Caption of Order: SECOND ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE BANKRUPTCY CODE IN PART, ADJOURNING THE MOTION AS TO CERTAIN CLAIMS AND GRANTING RELATED RELIEF

ORDERED, that the Motion is withdrawn with respect to the claims set forth on Exhibit B hereto.

ORDERED, that the Motion is granted with respect to the claims set forth on Exhibit C hereto, and the claims identified as "claims to be expunged" on Exhibit C are hereby disallowed and expunged.

ORDERED, that notwithstanding the Claims Objection Deadline (as defined in the Motion) nothing herein shall preclude the Trust from filing additional or supplemental objections to the Disputed Claims (as defined in the Motion) on additional or alternative factual or legal grounds.

45765/0003-7028626v1

*Approved by Judge Gloria M. Burns October 01, 2010*

### EXHIBIT A
*Adjourned Objections pursuant to § 502(d)*

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| CROWN CREDIT COMPANY<br>P.O. BOX 640352<br>CINCINNATI, OH 45264-0352 | Scheduled<br>Scheduled | $273.15<br>$3,670.33 | JOHN C. KILGANNON, ESQ.<br>STEVENS & LEE<br>1456 MARLTON PIKE EAST<br>SUITE 506<br>CHERRY HILL, NJ 08034<br><br>ROBERT G. HANSEMAN, ESQ.<br>SEBALY SHILLITO DYER<br>A LEGAL PROFESSIONAL ASSOCIATION<br>40 N. MAIN STREET<br>1900 KETTERING TOWER<br>DAYTON, OH 45423 |
| DGI SUPPLY<br>95 LOUISE DRIVE, SUITE B<br>IVYLAND, PA 18974 | Scheduled | $1,240.83 | DGI SUPPLY – A DOALL COMPANY<br>1480 SOUTH WOLF ROAD<br>WHEELING, IL 60090<br><br>KATHERINE AGNELLI, ESQ.<br>MARIN GOODMAN<br>500 MAMARONECK AVE. – SUITE 501<br>HARRISON, NY 10528 |
| FITZPATRICK CONTAINER<br>800 EAST WALNUT STREET<br>NORTH WALES, PA 19454<br>ATTN: JIM ZEBROWSKI | Scheduled | $30,103.38 | MELISSA ANN SIMOLA, ESQ.<br>HALBERSTADT CURLEY, LLC<br>1100 E. HECTOR ST., SUITE 425<br>CONSHOHOCKEN, PA 19428 |
| GRABELL, STEVEN<br>C/O ASHELY CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>20 BRACE ROAD, SUITE 201<br>CHERRY HILL, NJ 08034-2634 | 641 | $2,021,274.00 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| HOUGHTON METAL FINISHING<br>1075 WINDWARD RIDGE PKWY<br>SUITE 180<br>ALPHARETTA, GA 30005 | Scheduled | $74,633.62 | HOUGHTON METAL FINISHING CO. C/O HOUGHTON INTERNATIONAL INC.<br>ATTN: PAUL DEVIVO, PRESIDENT<br>MADISON & VAN BUREN AVENUES<br>PO BOX 930<br>VALLEY FORGE, PA 19482-0930<br><br>GLENN A. MANOCHI, ESQ.<br>LIGHTMAN & MANOCHI<br>1520 LOCUST STREET, 12TH |

45765/0003-7028626v1

*Approved by Judge Gloria M. Burns October 01, 2010*

| | | | |
|---|---|---|---|
| | | | FLOOR<br>PHILADELPHIA, PA 19102 |
| HOUSEHOLD METALS, INC<br>645 E. ERIE AVE.<br>PHILADELPHIA, PA 19134<br>ATTN: DAWN WILBEKIATIS | Scheduled | $26,694.15 | JOE BODNAR, ESQ.<br>LAW OFFICES OF JOSEPH J. BODNAR<br>POST OFFICE BOX 1022<br>2101 NORTH HARRISON STREET<br>WILMINGTON, DE 19899-1022 |
| (INGERSOLL RAND d/b/a) SCHLAGE LOCK COMPANY<br>75 REMITTANCE DRIVE STE 6079<br>CHICAGO, IL 60675-6079 | Scheduled | $5,005.04 | ALEX KRESS, ESQ.<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN, NJ 07962-1981 |
| KENDALL, HELENE<br>C/O KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102 | 599<br>Scheduled | $1,551,110.01<br>$1,512,389.98 | JAMES M. MATOUR, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| M E B LOGISTICS<br>PO BOX 1644<br>DOYLESTOWN, PA 18901 | Scheduled | $9,870.69 | MICHAEL BOWMAN<br>PO BOX 1644<br>DOYLESTOWN, PA 18901 |
| MELTON TRUCK LINES, INC.<br>808 N 161ST E. AVE.<br>TULSA, OK 74116<br>ATTN: LISA M. FAGLEMAN | 395<br>Scheduled | $139,960.66<br>$122,151.71 | JOHN HOWLAND, ESQ.<br>ROSENSTEIN, FIST & RINGOLD<br>525 S. MAIN, STE 700<br>TULSA, OK 74103 |
| METAL KOTING<br>1430 MARTIN GROVE ROAD<br>ATTN: TONY FARRUGIA<br>REXDALE, ON M9W 4Y1 CANADA | Scheduled | $73,653.48 | SAMUEL R. GRAFTON, ESQ.<br>POPPER & GRAFTON<br>225 WEST 24TH STREET, STE 1609<br>NEW YORK, NY 10122 |
| NORTHEAST METAL TRADERS, INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | 488<br>Scheduled | $11,493.65<br>$227,977.12 | DAVID L. BRAVERMAN, ESQ.<br>SCOTT SHECTMAN, ESQ.<br>BRAVERMAN KASKEY, P.C.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET, 56TH FLOOR<br>PHILADELPHIA, PA 19103 |
| OILGEAR COMPANY, THE<br>C/O COFACE NORTH AMERICA, INC.<br>50 MILLSTONE RD., BLDG. 100, STE. 360<br>EAST WINDSOR, NJ 08520<br>ATTN AMY SCHMIDT AS AGENT | 173<br>Scheduled | $23,254.05<br>$23,254.05 | THERESA F. SEEM, ESQ.<br>1800 W WOODBURY LANE<br>GLENDALE, WI 53209 |
| POLYONE CORP<br>DEPT CH 10489 | | | MARK WEINTRAUB, ESQ.<br>JEREMY M. CAMPANA, ESQ. |

45765/0003-7028626v1

*Approved by Judge Gloria M. Burns October 01, 2010*

| | | | |
|---|---|---|---|
| ATTN: DEBBIE NOSKI<br>PALATINE, IL 60055-0489 | Scheduled | $164,813.78 | THOMPON HINE<br>3900 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291 |
| PREMIER WINDOWS INC.<br>P.O. BOX 62<br>THURMOND, NC 28683<br>ATTN: JAMIE CAUDILL, PRESIDENT | 537 | $57,406.00 | JUNE ALLISON, ESQ.<br>WISHART NORRIS HENNINGER & PITTMAN<br>6832 MORRISON BOULEVARD<br>CHARLOTTE, NC 28211 |
| RAPTURE TRAILER, INC.<br>2411 BIG OAK ROAD<br>LANGHORNE, PA 19047 | Scheduled | $17,170.92 | JOHN R. CRAYTON, ESQ.<br>33 WEST SECOND STREET<br>MOORESTOWN, NJ 08057 |
| RIVER ROAD RECYCLING<br>450 37TH ST.<br>PENNSAUKEN, NJ 08110<br>ATTN: MARK WANG | 463<br>Scheduled | $33,437.34<br>$33,437.34 | CHRISTOPHER WANG<br>450 37TH ST.<br>PENNSAUKEN, NJ 08110<br><br>CHRISTOPHER WANG<br>P.O. BOX 302<br>PENNSAUKEN, NJ 08110 |
| SHAPES UNLIMITED, INC.<br>590 E WESTERN RESERVE RD<br>YOUNGSTOWN, OH 44514<br>ATTN D FISHER, TREASURER | 7<br>Scheduled | $23,119.72<br>$23,119.72 | JEFFREY S. CIANCIULLI, ESQ.<br>WEIR & PARTNERS LLP<br>THE LIBERTY VIEW BUILDING, SUITE 310<br>457 HADDONFIELD ROAD<br>CHERRY HILL, NJ 08002<br><br>JEREMY TEABERRY, ESQ.<br>HENDERSON COVINGTON<br>6 FEDERAL PLAZA, SUITE 1300<br>YOUNGSTOWN, OH 44503 |
| SORENSEN, PAUL JR.<br>508 LEONARD LANE<br>MULLICA HILL, NJ 08062 | 643 | $650,000.00 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| UNEEDA BOLT & SCREW CO INC<br>10 CAPITOL DRIVE<br>MOONACHIE, NJ 07074<br>ATTN: ELI BRICKMAN, PRES. | 777<br>Scheduled | $149,217.14<br>$126,985.68 | KELLY CURTIN, ESQ.<br>PORZIO BROMBERG & NEWMAN P.C.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962-1997 |
| VERIZON<br>P.O. BOX 4833<br>TRENTON, NJ 08650-4833 | Scheduled | $115.20 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON<br>P.O. BOX 4648<br>TRENTON, NJ 08650-4648 | Scheduled | $1,170.92 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON<br>P.O. BOX 660748<br>DALLAS, TX 75266-0748 | Scheduled | $54.70 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100 |

45765/0003-7028626v1

*Approved by Judge Gloria M. Burns October 01, 2010*

| | | | ATLANTA, GA 30363-1031 |
|---|---|---|---|
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | 691<br>901 | $4,408.43<br>$660.77 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| VERIZON WIRELESS-PA<br>P.O. BOX 25505<br>LEHIGH VLY, PA 18002-5505 | Scheduled | $1,187.74 | ZACH WILSON, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 |
| WAGSTAFF, INC.<br>3910 N FLORA ROD<br>SPOKANE, WA 99216<br>ATTN KENDALL B PARKES, CFO | 301<br>Scheduled | $17,897.50<br>$27,252.50 | ANTHONY D. BUONADONNA, ESQ.<br>BUONADONNA & BENSON, P.C.<br>1138 EAST CHESTNUT AVENUE, SUITE 2A<br>VINELAND, NJ 08360 |
| WINDOW DEPOT USA<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211<br>ATTN JIM VENABLE, PRESIDENT | 212<br>Scheduled | $55,838.83<br>$29,799.16 | RICHARD L. RAMSAY, ESQ.<br>EICHENBAUM, LILES & HEISTER, PA<br>124 WEST CAPITOL AVENUE, SUITE 1900<br>LITTLE ROCK, AR 72201 |

45765/0003-7028626v1

*Approved by Judge Gloria M. Burns October 01, 2010*

## EXHIBIT B
*Withdrawn Objections*

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Reason |
|---|---|---|---|
| GRAYS TRUCKING<br>735 BROAD STREET<br>BEVERLY, NJ 08010 | Scheduled | $1,009.15 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| MALBER TOOL<br>2115 BYBERRY ROAD<br>HUNTINGDON VALLEY, PA 19006<br>ATTN: TOM ORLIK | Scheduled | $72,068.86 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |

45765/0003-7028626v1

*Approved by Judge Gloria M. Burns October 01, 2010*

# EXHIBIT C
*Disallowed and Expunged Claims*

| **Name and Address of Claimant** | **Claim to be Expunged** | **Claim Amount** |
|---|---|---|
| ACE PALLET CORP<br>PO BOX 228<br>PAULSBORO, NJ 08066<br>ATTN: CYNTHIA UNGER | Scheduled- 633000060<br>Scheduled- 632000200<br>Scheduled- 634000040 | $7,761.00<br>$1,183.00<br>$44,443.00 |
| QUAKER CITY CHEMICALS<br>7360 MILNOR STREET<br>PHILADELPHIA, PA 19136 | 37<br>Scheduled- 632007740<br>Scheduled- 632007750 | Undetermined<br>$2,919.74<br>Contingent and Unliquidated |
| ROYALPLAST DOOR SYSTEMS CO.<br>5770 HIGHWAY #7 WEST<br>WOODBRIDGE, ON L4L 3A2<br>CANADA | Scheduled- 635001350 | $39,243.40 |
| SERVICE ALUMINUM CORPORATION<br>3300 NORTH RIDGE ROAD<br>SUITE 290<br>ELLICOTT CITY, MD 21043 | Scheduled- 632011300 | $9,374.80 |
| SWIMLINE CORPORATION<br>191 RODEO DRIVE<br>EDGEWOOD, NY 11717 | Scheduled- 634002210 | $32,586.78 |

45765/0003-7028626v1

*Approved by Judge Gloria M. Burns October 01, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: bdrayton              Page 1 of 1                  Date Rcvd: Oct 04, 2010
Case: 08-14631                Form ID: pdf903             Total Noticed: 3

The following entities were noticed by first class mail on Oct 06, 2010.
db           +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204
aty          +Kevin M. McKenna,    Latsha Davis Yohe & McKenna,    350 Eagleview Boulevard,    Suite 100,
               Exton, PA 19341-1178
aty          +Timothy W. Garvey,    Latsha, Davis, Yohe & McKenna,    3000 Atrium Way,    Suite 251,
               Mt. Laurel, NJ 08054-3926

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**                    **Signature:** _Joseph Speetjens_