WARE, STREITZ & THOMPSON
10 Pitman Avenue
Pitman, New Jersey 08071
(856) 589-6300

Attorneys for Secured Creditor
Compressed Air Equipment, Inc.
GARY D. THOMPSON, ESQUIRE
GT 5057

_____

|  |  |
|---|---|
| In the Matter of: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
|  | : HONORABLE GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS, L.L.C., | : |
| et al., | : CASE NO.:  08-14631 (GMB) |
|  | : ADV. NO.:  10-01329 (GMB) |
|  | : |
| Reorganized Debtors. | :         Chapter 11 |
|  |         (Jointly Administered) |

**OBJECTION TO MOTION FOR AN ORDER MODIFYING GLOBAL PROCEDURES**

The defendant, Compressed Air Equipment, Inc. objects to the motion of the Class 10 Liquidation Trust for an order modifying global procedures and establishing mediation procedures with respect to remaining avoidance actions to the extent that all mediations will be held in Hackensack, New Jersey or in New York, New York. It is requested that the Court expand the requested relief to provide for mediations in Gloucester and/or Camden County, New Jersey in addition to the Hackensack and New York, New York locations.

WARE, STREITZ & THOMPSON

*/S/ Gary D. Thompson*
By:   _____
Gary D. Thompson, Esquire

Dated:   October 12, 2010