WARE, STREITZ & THOMPSON
10 Pitman Avenue
Pitman, New Jersey 08071
(856) 589-6300

Attorneys for Secured Creditor
Compressed Air Equipment, Inc.
GARY D. THOMPSON, ESQUIRE
GT 5057

_____

|  |  |
|---|---|
|  | : UNITED STATES BANKRUPTCY COURT |
| In the Matter of: | : FOR THE DISTRICT OF NEW JERSEY |
|  | : HONORABLE GLORIA M. BURNS |
| SHAPES/ARCH  HOLDINGS, L.L.C., | : |
| et al., | : CASE NO.:  08-14631 (GMB) |
|  | : ADV. NO.:  10-01329 (GMB) |
|  | : |
| Reorganized Debtors. | :      Chapter 11 |
| _____ | (Jointly Administered) |

## CERTIFICATION OF SERVICE

I, Gary D. Thompson, Esquire do hereby certify:

1. I am a partner with the law firm of Ware, Streitz & Thompson, attorneys for secured creditor, Compressed Air Equipment, Inc.

2. On October 13, 2010 I did serve upon all parties set forth on the attached Service List herein, by regular mail, postage prepaid, a copy of the Objection to Motion Modifying Global Procedures.

3. I certify that the foregoing statements made by me are true to the best of my knowledge and belief and I am aware that if I have made any statements herein that are willfully false, I am subject to punishment.

*/S/ Gary D. Thompson*
_____
Gary D. Thompson, Esquire

Dated:   October 13, 2010