# SHAPES/ARCH HOLDINGS, L.L.C., ET AL.

## SERVICE LIST

Donald F. MacMaster, Esquire
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esquire
Cozen O'Connor
Libertyview, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 No. Market Street, Ste. 1400
Wilmington, DE 19801

Alan J. Brody, Esquire
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, NJ 07932

Ashely Chan, Esquire
Hangley Aronchick Segal & Pudlin
20 Brace Road, Suite 201
Cherry Hill, NJ 08034-2634

Kendall, Helene
c/o Klehr, Harrison, Harvey, Branzburg & Ellers
260 S. Broad Street
Philadelphia, PA 19102

John C. Kilgannon, Esquire
Stevens & Lee
1456 Marlton Pike East
Suite 506
Cherry Hill, NJ 08034

Robert G. Hanseman, Esquire
Sebaly Shillito Dyer
40 N. Main Street
1900 Kettering Tower
Dayton, OH 45423

Katherine Agnelli, Esquire
Marin Goodman
500 Mamaroneck Avenue
Suite 501
Harrison, NY 10528

James M. Matour, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

Samuel R. Grafton, Esquire
Popper & Grafton
225 West 24th Street, Suite 1609
New York, NY 10122

David L. Braverman, Esquire
Scott Shectman, Esquire
Braverman Kaskey, P.C.
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA 19103

Mark Weintraub, Esquire
Jeremy M. Campana, Esquire
Thompson Hine
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291

June Allison, Esquire
Wishart Norris Henninger & Pittman
6832 Morrison Boulevard
Charlotte, NC 28211

Jeffrey S. Cianciulli, Esquire
Weir & Partners, LLP
The Liberty View Building
Suite 310
457 Haddonfield Road
Cherry Hill, NJ 08002

Jeremy Teaberry, Esquire
Henderson Covington
6 Federal Plaza, Suite 1300
Youngstown, OH 44503

Zach Wilson, Esquire
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Anthony D. Buonadonna, Esquire
Buonadonna & Benson, P.C.
1138 East Chestnut Avenue
Suite 2A
Vineland, New Jersey 08360

Richard L. Ramsay, Esquire
Eichenbaum, Liles & Heister, PA
124 West Capitol Avenue
Suite 1900
Little Rock, AR 72201

Ilana Volkov, Esquire
Cole, Schotz, Meisel, Foreman & Leonard, P.A.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800

Donna H. Lieberman, Esquire
Carrie E. Mitchell, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Lamatek, Inc.
Attn.: G. Robert Carlson, President
1226 Forest Parkway
West Deptford, NJ 08066

Jeffrey Kurtzman, Esquire
Klehr Harrison Harvey Branzbug LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103

HD Supply, Inc.
10641 Scripts Summit Ct.
San Diego, CA 92131

HD Supply
Attn.:  Officer/Managing Agent/General Agent/
          Authorized Agent
13285 Marrywood Ct.
Alpharetta, GA 30004