**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.
Co-Counsel for The Class 10 Liquidation Trust

| | |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered) |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>Plaintiff,<br>v.<br><br>NATIONAL ACCREDITATION AND MANAGEMENT INSTITUTE, INC., PREMIER WINDOW, INC., SHAPES UNLIMITED, INC., and VERIZON a/k/a VERIZON WIRELESS<br><br>Defendants. | ADV. PRO. NO. 10-01353 (GMB)<br>ADV. PRO. NO. 10-01380 (GMB)<br>ADV. PRO. NO. 10-01361 (GMB)<br>ADV. PRO. NO. 10-01382 (GMB)<br><br><br><br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY    )
                                              )  SS.:
COUNTY OF BERGEN     )

      FRANCES PISANO, of full age, being duly sworn according to law, upon her oath,

deposes and says:

      1.      I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman

& Leonard, P.A., co-counsel for The Class 10 Liquidation Trust (the "Trust").

45765/0003-7088889v1

2. On October 13, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

(a) Fifth Omnibus Notice Of Settlement.

3. On October 13, 2010, I caused true copies of the above-referenced pleading to be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        */s/ Frances Pisano*
                                        FRANCES PISANO

Sworn and subscribed to before me
this 19th day of October, 2010.

   */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

45765/0003-7088889v1

**SHAPES/ARCH HOLDINGS L.L.C., *ET AL.*
CASE NO. 08-14631 (GMB)**

## SERVICE LIST

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
*Attorneys for Debtors*
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Alan J. Brody, Esq.
Greenberg & Traurig, LLP
*Attorneys for Debtors*
200 Park Avenue
Florham Park, NJ 07932

James Johnson. Esq.
Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
*Attorneys for National Accreditation and
Management Institute, Inc.*
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA 24401

June K. Allison, Esq.
Wishart, Norris, Henninger & Pittman, P.A.
*Attorney for Premier Window, Inc*.
6832 Morrison Boulevard
Charlotte, NJ 28211

Jeremy R. Teaberry, Esq.
Henderson Covington, Messenger, Newman &
Thomas Co., L.P.A.
*Attorney for Shapes Unlimited, Inc.*
6 Federal Plaza Central, Suite 1300
Youngstown, OH 44503

Zach Wilson, Esq.
Arnall Golden Gregory LLP
*Attorney for Verizon*
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

2