**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. GLORIA M. BURNS CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, Debtors. | Chapter 11 (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                                ) SS.:
COUNTY OF BERGEN        )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On October 20, 2010, I caused to be served a true copy of the *Order Approving and Adopting Global Procedures with Respect to Avoidance Actions,* which was signed by the Honorable Gloria M. Burns on October 18, 2010, *via first class mail,* on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

3. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                                     */s/ Cynthia Braden*
                                                                                   CYNTHIA BRADEN

Sworn and subscribed to before me
this 22nd day of October 2010.

*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

**SHAPES/ARCH HOLDINGS, L.L.C.,** *ET AL.*

**SERVICE LIST**

DONALD F. MACMASTER, ESQ.
OFFICE OF THE UNITED STATES
TRUSTEE
ONE NEWARK CENTER, SUITE 2100
NEWARK, NJ 07102

JERROLD N. POSLUSNY, JR., ESQ.
COZEN O'CONNOR
LIBERTYVIEW, SUITE 300
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002

MARK E. FELGER, ESQ.
COZEN O'CONNOR
CHASE MANHATTAN CENTRE
1201 NO. MARKET STREET, STE. 1400
WILMINGTON, DE 19801

ALAN J. BRODY, ESQ.
GREENBERG TRAURIG, LLP
200 PARK AVENUE
FLORHAM PARK, NJ 07932

ASHELY CHAN, ESQ.
HANGLEY ARONCHICK
SEGAL & PUDLIN
ATTYS FOR STEVEN GRABELL, LINDA
FLEISCHER, HELENE KENDALL AND
PAUL SORENSON, JR.,
20 BRACE ROAD, SUITE 201
CHERRY HILL, NJ 08034-2634

KENDALL, HELENE
C/O KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS
260 S. BROAD STREET
PHILADELPHIA, PA 19102

45765/0003-7098726v1

JOHN C. KILGANNON, ESQ.
STEVENS & LEE
ATTORNEYS FOR CROWN CREDIT
COMPANY AND MAGRETECH
1456 MARLTON PIKE EAST
SUITE 506
CHERRY HILL, NJ 08034

ROBERT G. HANSEMAN, ESQ.
SEBALY SHILLITO DYER
40 N. MAIN STREET
1900 KETTERING TOWER
DAYTON, OH 45423

KATHERINE AGNELLI, ESQ.
MARIN GOODMAN
ATTORNEYS FOR DGI SUPPLY
500 MAMARONECK AVE.
SUITE 501
HARRISON, NY 10528

JAMES M. MATOUR, ESQ.
HANGLEY ARONCHICK
SEGAL & PUDLIN
ATTORNEYS FOR HELENE KENDALL
AND SORENSON, JR.
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103

SAMUEL R. GRAFTON, ESQ.
POPPER & GRAFTON
ATTORNEYS FOR METAL KOTING
225 WEST 24TH STREET, STE 1609
NEW YORK, NY 10122

DAVID L. BRAVERMAN, ESQ.
SCOTT SHECTMAN, ESQ.
BRAVERMAN KASKEY, P.C.
ATTORNEYS FOR NORTHEAST METAL
TRADERS, INC.
ONE LIBERTY PLACE
1650 MARKET STREET, 56TH FLOOR
PHILADELPHIA, PA 19103

MARK WEINTRAUB, ESQ.
JEREMY M. CAMPANA, ESQ.
THOMPSON HINE
ATTORNEYS FOR POLYONE CORP.
3900 KEY CENTER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1291

JUNE ALLISON, ESQ.
WISHART NORRIS
HENNINGER & PITTMAN
ATTYS FOR PREMIER WINDOWS INC.
6832 MORRISON BOULEVARD
CHARLOTTE, NC 28211

JEFFREY S. CIANCIULLI, ESQ.
WEIR & PARTNERS LLP
ATTYS FOR SHAPES UNLIMITED INC.
THE LIBERTY VIEW BUILDING
SUITE 310
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002

JEREMY TEABERRY, ESQ.
HENDERSON COVINGTON
ATTYS FOR SHAPES UNLIMITED INC.
6 FEDERAL PLAZA, SUITE 1300
YOUNGSTOWN, OH 44503

ZACH WILSON, ESQ.
ARNALL GOLDEN GREGORY LLP
ATTORNEYS FOR VERIZON
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

ANTHONY D. BUONADONNA, ESQ.
BUONADONNA & BENSON, P.C.
ATTORNEYS FOR WAGSTAFF, INC.
AND TOCO PRODUCTS, INC.
1138 EAST CHESTNUT AVENUE
SUITE 2A
VINELAND, NJ 08360

RICHARD L. RAMSAY, ESQ.
EICHENBAUM, LILES & HEISTER, PA
ATTYS FOR WINDOW DEPOT USA
124 WEST CAPITOL AVENUE
SUITE 1900
LITTLE ROCK, AR 72201

GARY D. THOMPSON, ESQUIRE
WARE, STREITZ & THOMPSON
ATTORNEYS FOR COMPRESSED AIR
EQUIPMENT, INC.
10 PITMAN AVENUE
PITMAN, NEW JERSEY 08071

LAMATEK, INC.
ATTN: G. ROBERT CARLSON,
PRESIDENT
1226 FOREST PARKWAY
WEST DEPTFORD, NJ 08066

JEFFREY KURTZMAN , ESQ.
KLEHR HARRISON HARVEY
BRANZBUG LLP
ATTYS FOR NANCY CARPEY, ELLEN
GROSSMAN, RICHARD GROSSMAN,
BETH ANN KESSLER, CECELIA
KESSLER, AMY LABOZ
1835 MARKET STREET
SUITE 1400
PHILADELPHIA, PA 19103

HD SUPPLY, INC.
10641 SCRIPTS SUMMIT CT.
SAN DIEGO, CA 92131

HD SUPPLY
ATTN: OFFICER/MANAGING
AGENT/GENERAL
AGENT/AUTHORIZED AGENT
13285 MARRYWOOD CT
ALPHARETTA, GA 30004

4