

**Felice R. Yudkin**
ASSOCIATE
ADMITTED IN NJ AND NY

**Reply to New Jersey Office**
WRITER'S DIRECT LINE: 201-525-6261
WRITER'S DIRECT FAX: 201-678-6261
WRITER'S E-MAIL: FYUDKIN@COLESCHOTZ.COM

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201-489-3000   201-489-1536 FAX
—
NEW YORK
—
DELAWARE
—
MARYLAND
—
TEXAS

November 1, 2010

**Via CM/ECF Filing and First Class Mail**

To: All the Defendants and Counsel Listed
on Exhibit A

Re: Shapes/Arch Holdings L.L.C., *et al*.
Case No. 08-14361 (GMB)
Pre-trial Conferences

Dear Sir/Madam:

Please be advised that the Court has adjourned the pre-trial conferences in the adversary proceedings listed on Exhibit A hereto, which were previously scheduled for November 9, 2010 at 10:00 a.m. to **February 8, 2011 at 10:00 a.m**. The pre-trial conferences will be held before the Honorable Gloria M. Burns, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Fourth Floor, Camden, New Jersey 08101.

If you have any questions regarding the adjournment of the pre-trial conferences, please contact the undersigned counsel to the Class 10 Liquidation Trust, Felice Yudkin, Esq. at (201) 489-3000 or Donna H. Lieberman, Esq. of Halperin Battaglia Raicht, LLP at (212) 765-9100.

Very truly yours,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

*/s/ Felice R. Yudkin*

Felice R. Yudkin

FRY:cab

**EXHIBIT A**

| Name | Adv. Pro. No. | Address |
|---|---|---|
| COMPRESSED AIR EQUIPMENT, INC., | 10-01329 | Gary D. Thompson, Esq.<br>Ware, Streitz & Thompson<br>10 Pitman Avenue<br>Pitman, New Jersey 08071 |
| CROWN CREDIT COMPANY | 10-01338 | John C. Kilgannon, Esq.<br>1456 Marlton Pike East, Suite 506<br>Cherry Hill, NJ 08034<br><br>Robert G. Hanseman, Esq.<br>Sebaly Shillito + Dyer<br>A Legal Professional Association<br>40 N. Main Street<br>1900 Kettering Tower<br>Dayton, OH 45423 |
| HD SUPPLY a/k/a HDS IP HOLDING, LLC | 10-03192 | Glenn Reisman, Esq.<br>Two Corporate Drive<br>PO Box 861<br>Shelton, CT 06484-0861 |
| LAMATEK, INC. | 10-01346 | Lamatek, Inc.<br>Attn: G. Robert Carlson, President<br>1226 Forest Parkway<br>West Deptford, NJ 08066 |
| METAL KOTING | 10-01352 | Sam Grafton, Esq.<br>1430 Martin Grove Road<br>Rexdale, Ontario<br>M9W 4Y1 CANADA |
| NANCY CARPEY, ELLEN GROSSMAN, RICHARD GROSSMAN, CECELIA KESSLER, BETH ANN KESSLER, AMY LAPOZ, LINDA FLEISHER, STEVEN GRABELL, HELENE KENDALL, andPAUL SORENSON | 10-01398 | Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>457 Haddonfield Road, Suite 510<br>Cherry Hill, NJ 08002<br><br>Stephen Goldblum, Esq.<br>Semanoff Ormsby Greenberg & Torchia, LLC<br>2617 Huntingdon Pike<br>Huntingdon Valley, PA 19006<br><br>James M. Matour, Esq.<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103 |
| NORTHEAST METAL TRADERS, INC. | 10-01377 | David L. Braverman, Esq.<br>Braverman Kaskey, P.C.<br>One Liberty Place<br>1650 Market Street, 56th Floor<br>Philadelphia, PA 19103 |
| POLYONE CORPORATION | 10-01379 | Mark Weintraub, Esq.<br>Thompson Hine<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1291 |
| SOUTH JERSEY PROCESSING INC. | 10-01363 | Thomas J. Orr, Esq.<br>321 High Street<br>Burlington, NJ 08016 |

| | | |
|---|---|---|
| TOCO PRODUCTS, INC. | 10-01033 | Anthony D. Buonadonna, Esq.<br>Buonadonna & Benson, P.C.<br>1138 East Chestnut Avenue, Suite 2A<br>Vineland, NJ 08360 |
| WAGSTAFF, INC. | 10-01383 | Anthony D. Buonadonna, Esq.<br>Buonadonna & Benson, P.C.<br>1138 East Chestnut Avenue, Suite 2A<br>Vineland, NJ 08360 |
| WINDOW DEPOT USA | 10-02119 | Richard L. Ramsay, Esq.<br>Eichenbaum, Liles & Heister, PA<br>124 West Capitol Avenue, Suite 1900<br>Little Rock, Arkansas 72201 |