**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.
Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
|  | : HON. GLORIA M. BURNS |
|  | : CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | : |
|  | : Chapter 11 |
| Reorganized Debtors. | : (Jointly Administered) |
|  | : |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                                            )    SS.:
COUNTY OF BERGEN      )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

1.  I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman

& Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

45765/0003-7144444v1

      2.      On November 1, 2010, I caused to be served, by first class mail, a letter rescheduling the pre-trial conferences in certain adversary proceedings from November 9, 2010 to February 8, 2011, at 10:00 a.m., on the parties listed on **Exhibit A** attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

      3.      All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                          */s/ Cynthia Braden*
                                                         CYNTHIA BRADEN

Sworn and subscribed to before me
this 3rd day of November, 2010.

    */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

# **EXHIBIT A**

| Name | Adv. Pro. No. | Address |
|---|---|---|
| COMPRESSED AIR EQUIPMENT, INC., | 10-01329 | Gary D. Thompson, Esq.<br>Ware, Streitz & Thompson<br>10 Pitman Avenue<br>Pitman, New Jersey 08071 |
| CROWN CREDIT COMPANY | 10-01338 | John C. Kilgannon, Esq.<br>1456 Marlton Pike East, Suite 506<br>Cherry Hill, NJ 08034<br><br>Robert G. Hanseman, Esq.<br>Sebaly Shillito + Dyer<br>A Legal Professional Association<br>40 N. Main Street<br>1900 Kettering Tower<br>Dayton, OH 45423 |
| HD SUPPLY a/k/a HDS IP HOLDING, LLC | 10-03192 | Glenn Reisman, Esq.<br>Two Corporate Drive<br>PO Box 861<br>Shelton, CT  06484-0861 |
| LAMATEK, INC. | 10-01346 | Lamatek, Inc.<br>Attn: G. Robert Carlson, President<br>1226 Forest Parkway<br>West Deptford, NJ 08066 |
| METAL KOTING | 10-01352 | Sam Grafton, Esq.<br>1430 Martin Grove Road<br>Rexdale, Ontario<br>M9W 4Y1 CANADA |
| NANCY CARPEY, ELLEN GROSSMAN, RICHARD GROSSMAN, CECELIA KESSLER, BETH ANN KESSLER, AMY LAPOZ, LINDA FLEISHER, STEVEN GRABELL, HELENE KENDALL, andPAUL SORENSON | 10-01398 | Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>457 Haddonfield Road, Suite 510<br>Cherry Hill, NJ  08002<br><br>Stephen Goldblum, Esq.<br>Semanoff Ormsby Greenberg & Torchia, LLC<br>2617 Huntingdon Pike<br>Huntingdon Valley, PA 19006<br><br>James M. Matour, Esq.<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103 |

3

| | | |
|---|---|---|
| NORTHEAST METAL TRADERS, INC. | 10-01377 | David L. Braverman, Esq.<br>Braverman Kaskey, P.C.<br>One Liberty Place<br>1650 Market Street, 56th Floor<br>Philadelphia, PA 19103 |
| POLYONE CORPORATION | 10-01379 | Mark Weintraub, Esq.<br>Thompson Hine<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1291 |
| SOUTH JERSEY PROCESSING INC. | 10-01363 | Thomas J. Orr, Esq.<br>321 High Street<br>Burlington, NJ 08016 |
| TOCO PRODUCTS, INC. | 10-01033 | Anthony D. Buonadonna, Esq.<br>Buonadonna & Benson, P.C.<br>1138 East Chestnut Avenue, Suite 2A<br>Vineland, NJ 08360 |
| WAGSTAFF, INC. | 10-01383 | Anthony D. Buonadonna, Esq.<br>Buonadonna & Benson, P.C.<br>1138 East Chestnut Avenue, Suite 2A<br>Vineland, NJ 08360 |
| WINDOW DEPOT USA | 10-02119 | Richard L. Ramsay, Esq.<br>Eichenbaum, Liles & Heister, PA<br>124 West Capitol Avenue, Suite 1900<br>Little Rock, Arkansas 72201 |

45765/0003-7144444v1