**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.
Co-Counsel for The Class 10 Liquidation Trust

| | |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered) |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>Plaintiff,<br>v.<br><br>CROWN CREDIT COMPANY, POLYONE CORPORATION, WINDOW DEPOT USA, and WAGSTAFF, INC.,<br><br>Defendants. | ADV. PRO. NO. 10-01338 (GMB)<br>ADV. PRO. NO. 10-01379 (GMB)<br>ADV. PRO. NO. 10-02119 (GMB)<br>ADV. PRO. NO. 10-01383(GMB)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY        )
                                                )    SS.:
COUNTY OF BERGEN         )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for The Class 10 Liquidation Trust (the "Trust").

45765/0003-7164366v1

2. On November 11, 2010, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

(a) Sixth Omnibus Notice Of Settlement.

3. On November 11, 2010, I caused true copies of the above-referenced pleading to be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                      */s/ Cynthia Braden*
                                                      CYNTHIA BRADEN

Sworn and subscribed to before me
this 11th day of November, 2010.

*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

**SHAPES/ARCH HOLDINGS L.L.C.,** *ET AL.*
**CASE NO. 08-14631 (GMB)**

## SERVICE LIST

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Attorneys for Debtors
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Alan J. Brody, Esq.
Greenberg & Traurig, LLP
Attorneys for Debtors
200 Park Avenue
Florham Park, NJ 07932

John C. Kilgannon, Esq.
Stevens & Lee
Attorneys for Crown Credit Co.
1818 Market Street
29th Floor
Philadelphia, PA 19103

Mark A. Weintraub, Esq.
Thompson Hine LLP
Attorneys for Polyone Corp.
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291

Richard L. Ramsay, Esq.
Eichenbaum, Liles & Heister, PA
Attorneys for Window Depot USA
124 West Capitol Avenue, Suite 1900
Little Rock, Arkansas 72201

Alan Giebner, Esq.
Buonadonna & Benson, P.C.
Attorneys for Wagstaff, Inc.
1138 East Chestnut Ave.,
Suite 2A
Vineland, NJ 08360