Order Filed on 11/10/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br>Felice R. Yudkin, Esq.<br>Co-Counsel for the Class 10 Liquidation Trust | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 08-14631<br><br>Judge: Hon. Gloria M. Burns |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br>Plaintiff,<br>v.<br><br>NATIONAL ACCREDITATION AND MANAGEMENT INSTITUTE, INC.,<br>PREMIER WINDOW, INC.,<br>SHAPES UNLIMITED, INC., and<br>VERIZON a/k/a VERIZON WIRELESS,<br><br>Defendants. | ADV. PRO. NO. 10-01353 (GMB)<br><br>ADV. PRO. NO. 10-01380 (GMB)<br>ADV. PRO. NO. 09-01361 (GMB)<br>ADV. PRO. NO. 10-01382 (GMB) |

**ORDER APPROVING SETTLEMENT AGREEMENTS WITH CERTAIN
ADVERSARY PROCEEDING DEFENDANTS**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 11/10/2010**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

45765/0003-7150145v1

(Page 2)
Debtor:             SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No.            08-14631(GMB)
Caption of Order:   ORDER APPROVING SETTLEMENT AGREEMENTS WITH
                    CERTAIN ADVERSARY PROCEEDING DEFENDANTS

This matter came before the Court on the Fifth Omnibus Notice of Settlement (the "Fifth Notice") of the Class 10 Liquidation Trust, also known as the Shapes Liquidation Trust (the "Trust"), established upon the effective date of the Chapter 11 plan of the above-captioned debtors, for entry of an order seeking approval of the settlement agreements (collectively, the "Settlements") attached to the Fifth Notice[1]; and the Court having determined that adequate notice of the Fifth Notice and the Settlements has been given pursuant to Fed. R. Bankr. P. 2002 and the Court's Orders (a) Approving and Adopting Global Procedures with Respect to Avoidance Actions and (b) Modifying Global Procedures and Establishing Mediation Procedures with Respect to Remaining Avoidance Actions, dated April 27, 2010 and October 18, 2010, respectively; and the Court having considered the Fifth Notice and the Settlements; and no objections or responses having been received to the Fifth Notice or the Settlements; and the Court having determined that good cause exists for the entry of this Order;

It is ORDERED that:

1. The Settlements are APPROVED.

2. A true copy of this Order shall be served on each of the Defendants within seven (7) days hereof.

3. This Order shall be docketed in each of the above-captioned adversary proceedings.

---

[1] Capitalized terms used herein and not otherwise shall have the meaning ascribed to them in the Fifth Notice.

45765/0003-7150145v1

*Approved by Judge Gloria M. Burns November 10, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: bdrayton              Page 1 of 1                   Date Rcvd: Nov 12, 2010
Case: 08-14631                Form ID: pdf903             Total Noticed: 3

The following entities were noticed by first class mail on Nov 14, 2010.
db           +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204
aty          +Kevin M. McKenna,    Latsha Davis Yohe & McKenna,    350 Eagleview Boulevard,    Suite 100,
               Exton, PA 19341-1178
aty          +Timothy W. Garvey,    Latsha, Davis, Yohe & McKenna,    3000 Atrium Way,    Suite 251,
               Mt. Laurel, NJ 08054-3926
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2010**                     **Signature:**     _Joseph Speetjens_