**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212)765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street, P. O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| In the Matter of: | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>: HONORABLE GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS, L.L.C., *et al.,* | : CASE NO. 08-14631(GMB) |
| Reorganized Debtors. | :<br>: Chapter 11<br>: (Jointly Administered)<br>: |
|  | : **NOTICE OF MOTION OF THE CLASS 10 LIQUIDATION TRUST FOR AN ORDER MODIFYING CERTAIN OF THE DEADLINES ESTABLISHED IN THE GLOBAL PROCEDURES ORDER DATED OCTOBER 18, 2010**<br><br>HEARING DATE AND TIME:<br>January 3, 2011, at 10:00 a.m.<br><br>ORAL ARGUMENT WAIVED UNLESS OBJECTIONS TIMELY FILED |

TO:    All Parties-in-Interest

**PLEASE TAKE NOTICE** that on January 3, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorneys for the Class 10 Liquidation Trust, shall move before the Honorable Gloria M. Burns, United States Bankruptcy Judge, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101, for entry of an Order modifying certain of the deadlines established in the Global Procedures Order dated October 18, 2010 (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned shall rely on the accompanying Application, which sets forth the relevant factual and legal bases upon which the requested relief should be granted.  A proposed Order granting the requested relief also is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

45765/0003-7198609v1

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the undersigned does not request oral argument unless objections are timely filed.

      Respectfully submitted,

      COLE, SCHOTZ, MEISEL,
      FORMAN & LEONARD, P.A.

      By:  */s/ Felice R. Yudkin*
          Ilana Volkov
          Felice R. Yudkin
      Court Plaza North
      25 Main Street
      P.O. Box 800
      Hackensack, New Jersey 07602
      (201) 489-3000
      (201) 489-1536  Facsimile

      -and-

      HALPERIN BATTAGLIA RAICHT, LLP
      Donna H. Lieberman, Esq.
      Carrie E. Mitchell, Esq.
      555 Madison Avenue, 9th Floor
      New York, New York 10022
      Telephone:  (212) 765-9100
      Facsimile:  (212) 765-0964

DATED:  November 29, 2010