# **EXHIBIT B**

**Exhibit B**

| **Adv. Pro. No.** | **Name** |
|---|---|
| | |
| | |
| 10-01329-GMB | The Class 10 Liquidation Trust v. Compressed Air Equipment, Inc. |
| 10-01033-GMB | The Class 10 Liquidation Trust v. Toco Products, Inc. |
| 10-01346-GMB | The Class 10 Liquidation Trust v. Lamatek, Inc. |
| 10-01352-GMB | The Class 10 Liquidation Trust v. Metal Koting |
| 10-01363-GMB | The Class 10 Liquidation Trust v. South Jersey Processing Inc. |
| 10-01377-GMB | The Class 10 Liquidation Trust v. Northeast Metal Traders, Inc. |
| 10-01392-GMB | The Class 10 Liquidation Trust v. HD Supply |
| 10-01398-GMB | The Class 10 Liquidation Trust v. Carpey et al.[1] |

---

[1] Adversary Proceeding 10-01398 was commenced against twelve defendants. The Class 10 Liquidation Trust has settled its claims against two of those defendants, Craig & Lori Seller. The litigation is continuing against the remaining ten defendants.

{00136281.1 / 0631-003}