**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone (212) 765-9100
Facsimile (212) 765-0964
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE SCHOTZ MEISEL**
**FORMAN & LEONARD, P.A.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602
Telephone (201) 489-3000
Facsimile (201) 489-1536
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered) |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>METAL KOTING,<br><br>Defendant. | ADV. PRO. NO. 10-01352 (GMB)<br><br>**SEVENTH OMNIBUS NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the Class 10 Liquidation Trust (the "Class 10 Trust") is

seeking approval of settlement agreement (the "Settlement") with a certain adversary proceeding

{00136681.1 / 0631-003}127996

defendant (the "Defendant").  The Agreement with the Defendant is annexed hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE any objections to the Settlement must be filed in writing and served upon the Class 10 Trust's counsel and filed with the Clerk of the Bankruptcy Court no later than December 28, 2010.

PLEASE TAKE FURTHER NOTICE in the event an objection to the Settlement is timely filed, a hearing thereon will be held on January 3, 2011 at 10:00 a.m. before the Honorable Gloria M. Burns, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 300 Cooper Street, 4th Floor, Camden, New Jersey, 08101.

PLEASE TAKE FURTHER NOTICE that if no objections to the Settlement is timely filed, the Court may enter an order approving the Settlement.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.


By:   */s/ Felice R. Yudkin*
      Ilana Volkov
      Felice R. Yudkin

-and-

HALPERIN BATTAGLIA RAICHT, LLP
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone:  (212) 765-9100
Facsimile:  (212) 765-0964

Co-Counsel for the Class 10 Liquidation Trust

Dated:  December 15, 2010