| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>Telephone (212) 765-9100<br>Facsimile (212) 765-0964<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br>Felice R. Yudkin, Esq.<br>Co-Counsel for the Class 10 Liquidation Trust | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.,*<br><br>               Reorganized Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 08-14631<br><br>Judge: Hon. Gloria M. Burns |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br>          Plaintiff,<br>     v.<br><br>METAL KOTING,<br>          Defendant. | ADV. PRO. NO. 10-01352 (GMB) |

**ORDER APPROVING SETTLEMENT AGREEMENT WITH CERTAIN
ADVERSARY PROCEEDING DEFENDANT**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 1/3/2011**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

45765/0003-7278098v1

(Page 2)
Debtor:              SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No.             08-14631(GMB)
Caption of Order:    ORDER APPROVING SETTLEMENT AGREEMENTS WITH
                     CERTAIN ADVERSARY PROCEEDING DEFENDANT

This matter came before the Court on the Seventh Omnibus Notice of Settlement (the "Seventh Notice") of the Class 10 Liquidation Trust, also known as the Shapes Liquidation Trust (the "Trust"), established upon the effective date of the Chapter 11 plan of the above-captioned debtors, for entry of an order seeking approval of the settlement agreement (the "Settlement") attached to the Seventh Notice[1]; and the Court having determined that adequate notice of the Seventh Notice and the Settlement has been given pursuant to Fed. R. Bankr. P. 2002 and the Court's Orders (a) Approving and Adopting Global Procedures with Respect to Avoidance Actions and (b) Modifying Global Procedures and Establishing Mediation Procedures with Respect to Remaining Avoidance Actions, dated April 27, 2010 and October 18, 2010, respectively; and the Court having considered the Seventh Notice and the Settlement; and no objections or responses having been received to the Seventh Notice or the Settlement; and the Court having determined that good cause exists for the entry of this Order;

It is ORDERED that:

1. The Settlement is APPROVED.

2. A true copy of this Order shall be served on the Defendant within seven (7) days hereof.

3. This Order shall be docketed in each of the above-captioned adversary proceedings.

---

[1] Capitalized terms used herein and not otherwise shall have the meaning ascribed to them in the Seventh Notice.

45765/0003-7278098v1

*Approved by Judge Gloria M. Burns January  03, 2011*