# EXHIBIT A

*Adjourned Objections pursuant to § 502(d)*

| **Name and Address of Claimant** | **Claims** | **Claim Amount** | **Notice Parties** |
|---|---|---|---|
| GRABELL, STEVEN<br>C/O ASHELY CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>20 BRACE ROAD, SUITE 201<br>CHERRY HILL, NJ 08034-2634 | 641 | $2,021,274.00 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| KENDALL, HELENE<br>C/O KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102 | 599<br>Scheduled | $1,551,110.01<br>$1,512,389.98 | JAMES M. MATOUR, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| NORTHEAST METAL TRADERS, INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | 488<br>Scheduled | $11,493.65<br>$227,977.12 | DAVID L. BRAVERMAN, ESQ.<br>SCOTT SHECTMAN, ESQ.<br>BRAVERMAN KASKEY, P.C.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET, 56TH FLOOR<br>PHILADELPHIA, PA 19103 |
| SORENSEN, PAUL JR.<br>508 LEONARD LANE<br>MULLICA HILL, NJ 08062 | 643 | $650,000.00 | JAMES M. MATOUR, ESQ.<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |

00136951

# EXHIBIT B

*Objections Withdrawn as to these Claims*

| Name and Address of Claimant | Claims | Claim Amounts | Reason for Withdrawal |
|---|---|---|---|
| CROWN CREDIT COMPANY<br>P.O. BOX 640352<br>CINCINNATI, OH 45264-0352 | Scheduled<br>Scheduled | $273.15<br>$3,670.33 | These claims are not affected by the settlement of the avoidance action. |
| HOUGHTON METAL FINISHING<br>1075 WINDWARD RIDGE PKWY<br>SUITE 180<br>ALPHARETTA, GA 30005 | Scheduled | $74,633.62 | This claim is not affected by the settlement of the avoidance action. |
| (INGERSOLL RAND d/b/a)<br>SCHLAGE LOCK COMPANY<br>75 REMITTANCE DRIVE<br>STE 6079<br>CHICAGO, IL 60675-6079 | Scheduled | $5,005.04 | This claim is not affected by the settlement of the avoidance action. |
| METAL KOTING<br>1430 MARTIN GROVE ROAD<br>ATTN: TONY FARRUGIA<br>REXDALE, ON M9W 4Y1<br>CANADA | Scheduled | $73,653.48 | This claim is not affected by the settlement of the avoidance action. |
| POLYONE CORP<br>DEPT CH 10489<br>ATTN: DEBBIE NOSKI<br>PALATINE, IL 60055-0489 | Scheduled | $164,813.78 | This claim is not affected by the settlement of the avoidance action. |
| UNEEDA BOLT & SCREW CO INC<br>10 CAPITOL DRIVE<br>MOONACHIE, NJ 07074<br>ATTN: ELI BRICKMAN, PRES. | 777<br>Scheduled | $149,217.14<br>$126,985.68 | These claims are not affected by the settlement of the avoidance action. |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | 691<br>901 | $4,408.43<br>$660.77 | These claims are not affected by the settlement of the avoidance action. |
| VERIZON WIRELESS-PA<br>P.O. BOX 25505<br>LEHIGH VLY, PA 18002-5505 | Scheduled | $1,187.74 | This claim is not affected by the settlement of the avoidance action. |
| WINDOW DEPOT USA<br>10800 FINANCIAL CENTER<br>PARKWAY #280<br>LITTLE ROCK, AR 72211<br>ATTN JIM VENABLE, PRESIDENT | 212<br>Scheduled | $55,838.83<br>$29,799.16 | These claims are not affected by the settlement of the avoidance action. |

00136951

## **EXHIBIT C**
*Claims to be Disallowed and Expunged*

| Name and Address of Claimant | Claim to be Expunged | Claim Amount |
|---|---|---|
| DGI SUPPLY<br>95 LOUISE DRIVE, SUITE B<br>IVYLAND, PA 18974 | Scheduled | $1,240.83 |
| FITZPATRICK CONTAINER<br>800 EAST WALNUT STREET<br>NORTH WALES, PA 19454<br>ATTN: JIM ZEBROWSKI | Scheduled | $30,103.38 |
| M E B LOGISTICS<br>PO BOX 1644<br>DOYLESTOWN, PA 18901 | Scheduled | $9,870.69 |
| MELTON TRUCK LINES, INC.<br>808 N 161ST E. AVE.<br>TULSA, OK 74116<br>ATTN: LISA M. FAGLEMAN | 395<br>Scheduled | $139,960.66<br>$122,151.71 |
| OILGEAR COMPANY, THE<br>C/O COFACE NORTH AMERICA, INC.<br>50 MILLSTONE RD., BLDG. 100, STE. 360<br>EAST WINDSOR, NJ 08520<br>ATTN AMY SCHMIDT AS AGENT | 173<br>Scheduled | $23,254.05<br>$23,254.05 |
| PREMIER WINDOWS INC.<br>P.O. BOX 62<br>THURMOND, NC 28683<br>ATTN: JAMIE CAUDILL, PRESIDENT | 537 | $57,406.00 |
| RAPTURE TRAILER, INC.<br>2411 BIG OAK ROAD<br>LANGHORNE, PA 19047 | Scheduled | $17,170.92 |
| RIVER ROAD RECYCLING<br>450 37TH ST.<br>PENNSAUKEN, NJ 08110<br>ATTN: MARK WANG | 463<br>Scheduled | $33,437.34<br>$33,437.34 |
| SHAPES UNLIMITED, INC.<br>590 E WESTERN RESERVE RD<br>YOUNGSTOWN, OH 44514<br>ATTN D FISHER, TREASURER | 7<br>Scheduled | $23,119.72<br>$23,119.72 |
| VERIZON<br>P.O. BOX 4833<br>TRENTON, NJ 08650-4833 | Scheduled | $115.20 |
| VERIZON<br>P.O. BOX 4648<br>TRENTON, NJ 08650-4648 | Scheduled | $1,170.92 |
| VERIZON<br>P.O. BOX 660748<br>DALLAS, TX 75266-0748 | Scheduled | $54.70 |
|  |  |  |

00136951

| | | |
|---|---|---|
| WAGSTAFF, INC.<br>3910 N FLORA ROD<br>SPOKANE, WA 99216<br>ATTN KENDALL B PARKES, CFO | 301<br>Scheduled | $17,897.50<br>$27,252.50 |

00136951