**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for The Class 10 Liquidation Trust

| | |
|---|---|
| In re: <br><br> SHAPES/ARCH HOLDINGS L.L.C., *et al.*, <br><br> Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT <br> FOR THE DISTRICT OF NEW JERSEY <br> HONORABLE GLORIA M. BURNS <br> CASE NO. 08-14631 (GMB) <br><br> Chapter 11 <br> (Jointly Administered) |

STATE OF NEW JERSEY        )
                                              )    SS.:
COUNTY OF BERGEN        )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for The Class 10 Liquidation Trust (the "Trust").

2. On January 4, 2011, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

45765/0003-7285329v1

    (a)  Notice of Adjournment as to Certain Claims of Motion for an Order Disallowing Claims Pursuant to Sections 105 and 502(d) of the Bankruptcy Code.

  3.  On January 5, 2011, I caused true copies of the above-referenced pleading to be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

  4.  All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

  I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                    */s/ Cynthia Braden*
                    CYNTHIA BRADEN

Sworn and subscribed to before me
this 5th day of January, 2011.

 */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

45765/0003-7285329v1

**SHAPES/ARCH HOLDINGS L.L.C., *ET AL.*
CASE NO. 08-14631 (GMB)**

## SERVICE LIST

CROWN CREDIT COMPANY
P.O. BOX 640352
CINCINNATI, OH 45264-0352

DGI SUPPLY
95 LOUISE DRIVE, SUITE B
IVYLAND, PA 18974

DGI SUPPLY –
A DOALL COMPANY
1480 SOUTH WOLF ROAD
WHEELING, IL 60090

KATHERINE AGNELLI, ESQ.
MARIN GOODMAN
SUITE 501
500 MAMARONECK AVE.
HARRISON, NY 10528

FITZPATRICK CONTAINER
ATTN: JIM ZEBROWSKI
800 EAST WALNUT STREET
NORTH WALES, PA 19454

GRABELL, STEVEN
C/O ASHELY CHAN, ESQUIRE
HANGLEY ARONCHICK SEGAL
& PUDLIN
20 BRACE ROAD, SUITE 201
CHERRY HILL, NJ 08034-2634

HOUGHTON METAL FINISHING
SUITE 180
1075 WINDWARD RIDGE PKWY
ALPHARETTA, GA 30005

INGERSOLL RAND d/b/a
SCHLAGE LOCK COMPANY
75 REMITTANCE DRIVE
STE 6079
CHICAGO, IL 60675-6079

M E B LOGISTICS
PO BOX 1644
DOYLESTOWN, PA 18901

MELTON TRUCK LINES, INC.
ATTN: LISA M. FAGLEMAN
808 N 161ST E. AVE.
TULSA, OK 74116

METAL KOTING
ATTN: TONY FARRUGIA
1430 MARTIN GROVE ROAD
REXDALE, ON M9W 4Y1
CANADA

NORTHEAST METAL TRADERS, INC.
IRA R. DEICHES, ESQ.
DEICHES & FERSCHMANN, P.C.
25 WILKINS AVENUE
HADDONFIELD, NJ 08033

OILGEAR COMPANY, THE
ATTN AMY SCHMIDT AS AGENT
C/O COFACE NORTH AMERICA, INC.
50 MILLSTONE RD.
BLDG. 100, STE. 360
EAST WINDSOR, NJ 08520

ANNE AARONSON, ESQ.
DILWORTH PAXSON LLP
1500 MARKET STREET
SUITE 3500E
PHILADELPHIA, PA 19102

POLYONE CORP
DEPT CH 10489
PALATINE, IL 60055-0489
ATTN: DEBBIE NOSKI

PREMIER WINDOWS INC.
ATTN: JAMIE CAUDILL, PRES.
P.O. BOX 62
THURMOND, NC 28683

RIVER ROAD RECYCLING
ATTN: MARK WANG
450 37TH ST.
PENNSAUKEN, NJ 08110

LAW OFFICES OF HOFFMAN DI MUZIO
JOSEPH SLACHETKA, ESQ.
23-35 HUNTER STREET
WOODBURY, NJ 08096-7007

SHAPES UNLIMITED, INC.
ATTN D FISHER, TREASURER
590 E WESTERN RESERVE RD
YOUNGSTOWN, OH 44514

2

HENDERSON, COVINGTON, MESSENGER,
NEWMAN & THOMAS CO., L.P.A.
ATTN: JEREMY R. TEABERRY, ESQ.
6 FEDERAL PLAZA CENTRAL, SUITE 1300
YOUNGSTOWN, OH 44503

UNEEDA BOLT & SCREW CO INC
ATTN: ELI BRICKMAN, PRES.
10 CAPITOL DRIVE
MOONACHIE, NJ 07074

KELLY D. CURTIN, ESQ.
PORZIO, BROMBERG & NEWMAN, P.C.
100 SOUTHGATE PARKWAY
P.O. BOX 1997
MORRISTOWN, NJ 07962-1997

VERIZON
P.O. BOX 4833
TRENTON, NJ 08650-4833

VERIZON
P.O. BOX 4648
TRENTON, NJ 08650-4648

VERIZON
P.O. BOX 660748
DALLAS, TX 75266-0748

VERIZON WIRELESS NORTHEAST
PO BOX 3397
BLOOMINGTON, IL 61701

VERIZON WIRELESS-PA
P.O. BOX 25505
LEHIGH VALLEY, PA 18002-5505

WAGSTAFF, INC.
ATTN KENDALL B PARKES, CFO
3910 N FLORA ROAD
SPOKANE, WA 99216

WINDOW DEPOT USA
ATTN JIM VENABLE, PRESIDENT
10800 FINANCIAL CTR PARKWAY #280
LITTLE ROCK, AR 72211

JOHN C. KILGANNON, ESQ.
STEVENS & LEE
SUITE 506
1456 MARLTON PIKE EAST
CHERRY HILL, NJ 08034

ROBERT G. HANSEMAN, ESQ.
SEBALY SHILLITO DYER
A LEGAL PROFESSIONAL ASSOC
40 N. MAIN STREET
1900 KETTERING TOWER
DAYTON, OH 45423

MELISSA ANN SIMOLA, ESQ.
HALBERSTADT CURLEY, LLC
1100 E. HECTOR ST., SUITE 425
CONSHOHOCKEN, PA 19428

JAMES M. MATOUR, ESQ.
HANGLEY ARONCHICK SEGAL
& PUDLIN
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103

HOUGHTON METAL FINISHING CO.
C/O HOUGHTON INTERNATIONAL INC.
ATTN: PAUL DEVIVO, PRESIDENT
MADISON & VAN BUREN AVENUES
PO BOX 930
VALLEY FORGE, PA 19482-0930

GLENN A. MANOCHI, ESQ.
LIGHTMAN & MANOCHI
1520 LOCUST STREET, 12TH FLOOR
PHILADELPHIA, PA 19102

JOE BODNAR, ESQ.
LAW OFFICES OF JOSEPH J. BODNAR
2101 NORTH HARRISON STREET
P O BOX 1022
WILMINGTON, DE 19899-1022

ALEX KRESS, ESQ.
RIKER DANZIG SCHERER HYLAND &
PERRETTI LLP
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981

MICHAEL BOWMAN
PO BOX 1644
DOYLESTOWN, PA 18901

SAMUEL R. GRAFTON, ESQ.
POPPER & GRAFTON
225 WEST 24TH STREET, STE 1609
NEW YORK, NY 10122

4

JOHN HOWLAND, ESQ.
ROSENSTEIN, FIST & RINGOLD
525 S. MAIN STREET, STE 700
TULSA, OK 74103

DAVID L. BRAVERMAN, ESQ.
SCOTT SHECTMAN, ESQ.
BRAVERMAN KASKEY, P.C.
ONE LIBERTY PLACE
1650 MARKET STREET, 56TH FLOOR
PHILADELPHIA, PA 19103

THERESA F. SEEM, ESQ.
1800 W WOODBURY LANE
GLENDALE, WI 53209

MARK WEINTRAUB, ESQ.
JEREMY M. CAMPANA, ESQ.
THOMPSON HINE
3900 KEY CENTER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1291

JUNE ALLISON, ESQ.
WISHART NORRIS HENNINGER &
PITTMAN
6832 MORRISON BOULEVARD
CHARLOTTE, NC 28211

CHRISTOPHER WANG
450 37TH ST.
PENNSAUKEN, NJ 08110

CHRISTOPHER WANG
P.O. BOX 302
PENNSAUKEN, NJ 08110

JEFFREY S. CIANCIULLI, ESQ.
WEIR & PARTNERS LLP
THE LIBERTY VIEW BUILDING, STE 310
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002

JEREMY TEABERRY, ESQ.
HENDERSON COVINGTON
6 FEDERAL PLAZA, SUITE 1300
YOUNGSTOWN, OH 44503

JAMES M. MATOUR, ESQ.
HANGLEY ARONCHICK SEGAL
& PUDLIN
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103

5

KELLY CURTIN, ESQ.
PORZIO BROMBERG & NEWMAN P.C.
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997

ZACH WILSON, ESQ.
ARNALL GOLDEN GREGORY LLP
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

ANTHONY D. BUONADONNA, ESQ.
BUONADONNA & BENSON, P.C.
1138 EAST CHESTNUT AVE, STE 2A
VINELAND, NJ 08360

RICHARD L. RAMSAY, ESQ.
EICHENBAUM, LILES & HEISTER, PA
124 WEST CAPITOL AVE, STE 1900
LITTLE ROCK, AR 72201

SERVICE ALUMINUM CORPORATION
3300 NORTH RIDGE ROAD
SUITE 290
ELLICOTT CITY, MD 21043

RAPTURE TRAILER, INC.
2411 BIG OAK ROAD
LANGHORNE, PA 19047

JOHN R. CRAYTON, ESQ.
33 WEST SECOND STREET
MOORESTOWN, NJ 08057