## State of New Jersey

| Chris Christie<br>*Governor*<br><br>Kim Guadagno<br>*Lt. Governor* | Office of the Attorney General<br>Department of Law and Public Safety<br>Division of Gaming Enforcement<br>P.O. Box 047<br>Trenton, NJ 08625-0047 | Paula T. Dow<br>*Attorney General*<br><br>Josh Lichtblau<br>*Director* |
|---|---|---|

January 3, 2011

United States Bankruptcy Court
District of New Jersey
U.S. Post Office & Courthouse
P.O. Box 2067
Camden, NJ 08101-2067
Attn: James J. Waldron, Clerk

    Re:    Case No. 09-20711 (JHW)
              Adamar of New Jersey, Inc. and Manchester Mall, Inc.
              (Jointly Administered)

Dear Mr. Waldron:

    The Division of Gaming Enforcement within the State of New Jersey, Department of Law and Public Safety hereby requests that its administrative expense claim #763, which relates to *State of New Jersey v. Tropicana*, Casino Control Commission Docket #09-0728-VC (a rules of the game complaint case filed on December 23, 2009 with the Casino Control Commission), be dismissed.

    Thank you for your attention to this matter, and I can be reached at (609) 777-2306 if you have any questions.

                                  Respectfully submitted,

                                  JOSH LICHTBLAU
                                  DIRECTOR

                        By: _____
                              Mary Jo Flaherty
                              Deputy Attorney General

S:\Flaherty\1311s2.wpd
c:    Ryan T. Jareck
      Kurtzman Carson Consultants, LLC
      William Downey



*(609) 292-9394*
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*