**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. GLORIA M. BURNS CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | |
| Reorganized Debtors. | Chapter 11 (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY  )
                     )  SS.:
COUNTY OF BERGEN     )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1.   I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

45765/0003-7328135v1

2. On January 25, 2011, I caused to be served a true copy of the *Order Modifying Certain of the Deadlines Established in the Global Procedures Order Dated October 18, 2010,* which was signed by the Honorable Gloria M. Burns on January 21, 2011, *via first class mail,* on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

3. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                      */s/ Cynthia Braden*
                                                      CYNTHIA BRADEN

Sworn and subscribed to before me
this 25th day of January, 2011.

    */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

45765/0003-7328135v1

**SHAPES/ARCH HOLDINGS, L.L.C.,** *ET AL.*

**SERVICE LIST**

DONALD F. MACMASTER, ESQ.
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
NEWARK, NJ 07102

JERROLD N. POSLUSNY, JR., ESQ.
COZEN O'CONNOR
LIBERTYVIEW, SUITE 300
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002

ALAN J. BRODY, ESQ.
GREENBERG TRAURIG, LLP
200 PARK AVENUE
FLORHAM PARK, NJ 07932

ASHELY CHAN, ESQ.
HANGLEY ARONCHICK
SEGAL & PUDLIN
ATTYS FOR STEVEN GRABELL, LINDA FLEISCHER, HELENE KENDALL AND PAUL SORENSON, JR.,
20 BRACE ROAD, SUITE 201
CHERRY HILL, NJ 08034-2634

KENDALL, HELENE
C/O KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS
260 S. BROAD STREET
PHILADELPHIA, PA 19102

ROBERT G. HANSEMAN, ESQ.
SEBALY SHILLITO DYER
40 N. MAIN STREET
1900 KETTERING TOWER
DAYTON, OH 45423

JAMES M. MATOUR, ESQ.
HANGLEY ARONCHICK
SEGAL & PUDLIN
ATTORNEYS FOR HELENE KENDALL
AND PAUL SORENSON, JR.
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103

SAMUEL R. GRAFTON, ESQ.
POPPER & GRAFTON
ATTORNEYS FOR METAL KOTING
225 WEST 24TH STREET, STE 1609
NEW YORK, NY 10122

DAVID L. BRAVERMAN, ESQ.
SCOTT SHECTMAN, ESQ.
BRAVERMAN KASKEY, P.C.
ATTORNEYS FOR NORTHEAST METAL
TRADERS, INC.
ONE LIBERTY PLACE
1650 MARKET STREET, 56TH FLOOR
PHILADELPHIA, PA 19103

GARY D. THOMPSON, ESQUIRE
WARE, STREITZ & THOMPSON
ATTORNEYS FOR COMPRESSED AIR
EQUIPMENT, INC.
10 PITMAN AVENUE
PITMAN, NEW JERSEY 08071

LAMATEK, INC.
ATTN: G. ROBERT CARLSON,
PRESIDENT
1226 FOREST PARKWAY
WEST DEPTFORD, NJ 08066

GLENN REISMAN, ESQ.
REISMAN LAW FIRM
TWO CORPORATE DRIVE
PO BOX 861
SHELTON, CT 06484-0861

HD SUPPLY, INC.
10641 SCRIPTS SUMMIT CT.
SAN DIEGO, CA 92131

2

HD SUPPLY
ATTN: OFFICER/MANAGING AGENT/GENERAL AGENT/AUTHORIZED AGENT
13285 MARRYWOOD CT
ALPHARETTA, GA 30004

ANTHONY D. BUONADONNA
BUONADONNA & BENSON, P.C.
ATTYS FOR TOCO PRODUCTS
1138 EAST CHESTNUT AVENUE, SUITE 2A
VINELAND, NJ 08360

THOMAS J. ORR, ESQ.
ATTYS FOR SOUTH JERSEY PROCESSING
321 HIGH STREET
BURLINGTON, NJ  08016

JEFFREY KURTZMAN , ESQ.
KLEHR HARRISON HARVEY BRANZBUG LLP
ATTYS FOR NANCY CARPEY, ELLEN GROSSMAN, RICHARD GROSSMAN, BETH ANN KESSLER, CECELIA KESSLER, AMY LABOZ
1835 MARKET STREET
SUITE 1400
PHILADELPHIA, PA 19103

3