

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201-489-3000   201-489-1536 FAX
—
NEW YORK
—
DELAWARE
—
MARYLAND
—
TEXAS

**Felice R. Yudkin**
ASSOCIATE
ADMITTED IN NJ AND NY

Reply to New Jersey Office
WRITER'S DIRECT LINE: 201-525-6261
WRITER'S DIRECT FAX: 201-678-6261
WRITER'S E-MAIL: FYUDKIN@COLESCHOTZ.COM

January 31, 2011

**Via CM/ECF Filing and First Class Mail**

To: All the Defendants and Counsel Listed
on Exhibit A

Re: Shapes/Arch Holdings L.L.C., *et al*.
Case No. 08-14361 (GMB)
Pre-trial Conferences

Dear Sir/Madam:

Please be advised that the Court has adjourned the pre-trial conferences in the adversary proceedings listed on Exhibit A hereto, which were previously scheduled for February 8, 2011 at 10:00 a.m. to **March 8, 2011 at 10:00 a.m**. The pre-trial conferences will be held before the Honorable Gloria M. Burns, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Fourth Floor, Camden, New Jersey 08101.

If you have any questions regarding the adjournment of the pre-trial conferences, please contact the undersigned counsel to the Class 10 Liquidation Trust, Felice Yudkin, Esq. at (201) 489-3000 or Donna H. Lieberman, Esq. of Halperin Battaglia Raicht, LLP at (212) 765-9100.

Very truly yours,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

*/s/ Felice R. Yudkin*

Felice R. Yudkin

FRY:cab

WWW.COLESCHOTZ.COM

45765/0003-7340557v1

# EXHIBIT A

## SHAPES/ARCH HOLDINGS, L.L.C., *ET AL.*

### SERVICE LIST

DONALD F. MACMASTER, ESQ.
OFFICE OF THE UNITED STATES
TRUSTEE
ONE NEWARK CENTER, SUITE 2100
NEWARK, NJ 07102

JERROLD N. POSLUSNY, JR., ESQ.
COZEN O'CONNOR
LIBERTYVIEW, SUITE 300
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002

ALAN J. BRODY, ESQ.
GREENBERG TRAURIG, LLP
200 PARK AVENUE
FLORHAM PARK, NJ 07932

ASHELY CHAN, ESQ.
HANGLEY ARONCHICK
SEGAL & PUDLIN
ATTYS FOR STEVEN GRABELL, LINDA
FLEISCHER, HELENE KENDALL AND
PAUL SORENSON, JR.,
20 BRACE ROAD, SUITE 201
CHERRY HILL, NJ 08034-2634

KENDALL, HELENE
C/O KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS
260 S. BROAD STREET
PHILADELPHIA, PA 19102

ROBERT G. HANSEMAN, ESQ.
SEBALY SHILLITO DYER
40 N. MAIN STREET
1900 KETTERING TOWER
DAYTON, OH 45423

JAMES M. MATOUR, ESQ.
HANGLEY ARONCHICK
SEGAL & PUDLIN
ATTORNEYS FOR HELENE KENDALL
AND PAUL SORENSON, JR.
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103

SAMUEL R. GRAFTON, ESQ.
POPPER & GRAFTON
ATTORNEYS FOR METAL KOTING
225 WEST 24TH STREET, STE 1609
NEW YORK, NY 10122

DAVID L. BRAVERMAN, ESQ.
SCOTT SHECTMAN, ESQ.
BRAVERMAN KASKEY, P.C.
ATTORNEYS FOR NORTHEAST METAL
TRADERS, INC.
ONE LIBERTY PLACE
1650 MARKET STREET, 56TH FLOOR
PHILADELPHIA, PA 19103

GARY D. THOMPSON, ESQUIRE
WARE, STREITZ & THOMPSON
ATTORNEYS FOR COMPRESSED AIR
EQUIPMENT, INC.
10 PITMAN AVENUE
PITMAN, NEW JERSEY 08071

LAMATEK, INC.
ATTN: G. ROBERT CARLSON,
PRESIDENT
1226 FOREST PARKWAY
WEST DEPTFORD, NJ 08066

GLENN REISMAN, ESQ.
REISMAN LAW FIRM
TWO CORPORATE DRIVE
PO BOX 861
SHELTON, CT 06484-0861

HD SUPPLY, INC.
10641 SCRIPTS SUMMIT CT.
SAN DIEGO, CA 92131

HD SUPPLY
ATTN: OFFICER/MANAGING AGENT/GENERAL AGENT/AUTHORIZED AGENT
13285 MARRYWOOD CT
ALPHARETTA, GA 30004

ANTHONY D. BUONADONNA
BUONADONNA & BENSON, P.C.
ATTYS FOR TOCO PRODUCTS
1138 EAST CHESTNUT AVENUE, SUITE 2A
VINELAND, NJ 08360

THOMAS J. ORR, ESQ.
ATTYS FOR SOUTH JERSEY PROCESSING
321 HIGH STREET
BURLINGTON, NJ  08016

JEFFREY KURTZMAN , ESQ.
KLEHR HARRISON HARVEY BRANZBUG LLP
ATTYS FOR NANCY CARPEY, ELLEN GROSSMAN, RICHARD GROSSMAN, BETH ANN KESSLER, CECELIA KESSLER, AMY LABOZ
1835 MARKET STREET
SUITE 1400
PHILADELPHIA, PA 19103