Order Filed on
**2/10/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>25 Main Street<br>P. O. Box 800<br>Hackensack, NJ 07602-0800<br>(201) 489-3000<br>(201) 489-1536  Facsimile<br>Ilana Volkov, Esq.<br>Felice Yudkin, Esq.<br>Co-Counsel for The Class 10 Liquidation Trust | Chapter 11<br><br>Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns |
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>                    Reorganized Debtors. | |
| THE CLASS 10 LIQUIDATION TRUST, by and<br>through Steven D. Sass, as Trustee,<br><br>                    Plaintiff,<br>            vs.<br><br>HELENE KENDALL,<br>LAMATEK, INC.,<br>LINDA FLEISHER, and<br>PAUL SORENSEN, JR.,<br><br><br>                    Defendants. | ADV. PRO. NO. 10-01398 (GMB)<br>ADV. PRO. NO. 10-01346 (GMB)<br>ADV. PRO. NO. 10-01398 (GMB)<br>ADV. PRO. NO. 10-01398 (GMB) |

## <u>ORDER APPROVING SETTLEMENT AGREEMENTS WITH CERTAIN<br>ADVERSARY PROCEEDING DEFENDANTS</u>

The relief set forth on the following pages, numbered two (2), is hereby ORDERED.

**DATED: 2/10/2011**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No.: | 08-14631 |
| Caption of Order: | ORDER APPROVING SETTLEMENT AGREEMENTS WITH CERTAIN ADVERSARY PROCEEDING DEFENDANTS |

THIS MATTER came before the Court on the Eighth Omnibus Notice Settlement (the "Eighth Notice") of the Class 10 Liquidation Trust, also known as the Shapes Liquidation Trust (the "Trust"), established upon the effective date of the Chapter 11 plan of the above-captioned debtors, for entry of an order seeking approval of the settlement agreements (collectively, the "Settlements") attached to the Eighth Notice[1]; and the Court having determined that adequate notice of the Eighth Notice and the Settlements has been given pursuant to Fed. R. Bankr. P. 2002 and the Court's Orders (a) Approving and Adopting Global Procedures with Respect to Avoidance Actions and (b) Modifying Global Procedures and Establishing Mediation Procedures with Respect to Remaining Avoidance Actions, dated April 27, 2010 and October 18, 2010, respectively; and the Court having considered the Eighth Notice and the Settlements; and no objections or responses having been received to the Eighth Notice or the Settlements; and the Court having determined that good cause exists for entry of this Order;

IT IS ORDERED that:

1.      The Settlements are APPROVED.

2.      A true copy of this Order shall be served on each of the Defendants within seven (7) days hereof.

3.      This Order shall be docketed in each of the above-captioned adversary proceedings.

---

[1] Capitalized terms used herein and not otherwise shall have the meaning ascribed to them in the Eighth Notice.

*Approved by Judge Gloria M. Burns February  10, 2011*