**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone (212) 765-9100
Facsimile (212) 765-0964
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE SCHOTZ MEISEL**
**FORMAN & LEONARD, P.A.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602
Telephone (201) 489-3000
Facsimile (201) 489-1536
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.
Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.,*<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered) |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>Plaintiff,<br>v.<br><br>TOCO PRODUCTS INC.,<br><br>Defendant. | ADV. PRO. NO. 10-01033 (GMB)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY    )
                       )  SS.:
COUNTY OF BERGEN       )

  CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

45765/0003-7500476v1

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for The Class 10 Liquidation Trust (the "Trust").

2. On April 4, 2011, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

   (a) Ninth Omnibus Notice Of Settlement.

3. On April 4, 2011, I caused a true copy of the above-referenced pleading to be served, *via first class mail*, on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

4. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                  */s/ Cynthia Braden*
                                                  CYNTHIA BRADEN

Sworn and subscribed to before me
this 4th day of April, 2011.

    */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

45765/0003-7500476v1

**SHAPES/ARCH HOLDINGS L.L.C., *ET AL.*
CASE NO. 08-14631 (GMB)**

**SERVICE LIST**

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
Attorneys for Debtors
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Alan J. Brody, Esq.
Greenberg & Traurig, LLP
Attorneys for Debtors
200 Park Avenue
Florham Park, NJ 07932

Anthony D. Buonadonna, Esq.
Alan Giebner, Esq.
Buonadonna & Benson, P.C.
1138 East Chestnut Avenue, Suite 2A
Vineland, NJ 08360