**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for The Class 10 Liquidation Trust

|  |  |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al*.,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HON. GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br><br>**NOTICE OF ADJOURNMENT AS TO CERTAIN CLAIMS OF MOTION FOR AN ORDER DISALLOWING CLAIMS PURSUANT TO SECTIONS 105 AND 502(d) OF THE BANKRUPTCY CODE** |

TO:     All Parties-in-Interest

**PLEASE TAKE NOTICE** that the motion of the Class 10 Liquidation Trust (the

"Trust") of Shapes/Arch Holdings, L.L.C., *et al*. for an order disallowing certain claims

pursuant to sections 105 and 502(d) of the Bankruptcy Code (the "Motion") has been

adjourned from **April 11, 2011 at 10:00 a.m. to July 11, 2011 at 10:00 a.m., with**

**respect to those claims as to which no settlement has been reached between the**

45765/0003-7506108v1

**avoidance action defendant and the Trust. A list of those claimants and claims is attached hereto as Exhibit "A".** The adjourned motion will be heard before the Honorable Gloria M. Burns, United States Bankruptcy Judge, on **July 11, 2011 at 10:00 a.m.**

If the Motion is being adjourned as to your claim(s) and you do not want the Court to grant the relief requested by the Trust, or if you want the Court to consider your views on the Motion, then on or before **July 5, 2011 at 5:00 p.m.** (EST), you or your attorney must:

1) File with the Court a response explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P. O. Box 2067, Camden, New Jersey 08101-2067. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before July 5, 2011.

2) You **must** also mail a copy to: Donna H. Lieberman, Esq., Halperin Battaglia Raicht, LLP, 555 Madison Avenue, 9th Floor, New York, New York 10022, again so that your response will be **received** on or before July 5, 2011.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE that the Motion is not being adjourned with respect to those claims that have been resolved pursuant to approved settlements between the Trust and the relevant avoidance action**

45765/0003-7506108v1

**defendants. Prior to April 11, 2011, the Trust will submit a proposed order to the Court with respect to those claims that reflects the terms of the settlement agreements, all as more fully detailed in Exhibit "B" hereto.**

       COLE, SCHOTZ, MEISEL,
       FORMAN & LEONARD, P.A.

       By:   */s/ Felice R. Yudkin*
          Ilana Volkov, Esq.
          Felice R. Yudkin, Esq.
          Court Plaza North
          25 Main Street
          P.O. Box 800
          Hackensack, New Jersey 07602
          Telephone: (201) 489-3000
          Facsimile: (201) 489-1536

          -and-

       HALPERIN BATTAGLIA RAICHT, LLP
       Donna H. Lieberman, Esq.
       Carrie E. Mitchell, Esq.
       555 Madison Avenue, 9th Floor
       New York, New York 10022
       Telephone: (212) 765-9100
       Facsimile: (212) 765-0964

       Co-Counsel for the Class 10 Liquidation Trust

DATED: April 5, 2011