## **EXHIBIT A**

*Adjourned Objections pursuant to § 502(d)*

| **Name and Address of Claimant** | **Claims** | **Claim Amount** | **Notice Parties** |
|---|---|---|---|
| NORTHEAST METAL TRADERS, INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | 488<br>Scheduled | $11,493.65<br>$227,977.12 | DAVID L. BRAVERMAN, ESQ.<br>SCOTT SHECTMAN, ESQ.<br>BRAVERMAN KASKEY, P.C.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET,<br>56TH FLOOR<br>PHILADELPHIA, PA 19103 |

# EXHIBIT B

*Objections Withdrawn as to these Claims*

| Name and Address of Claimant | Claims | Claim Amounts | Reason for Withdrawal |
|---|---|---|---|
| GRABELL, STEVEN<br>C/O ASHELY CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>20 BRACE ROAD, SUITE 201<br>CHERRY HILL, NJ 08034-2634 | 641 | $2,021,274.00 | Pursuant to the settlement of the avoidance action, claim 641 is allowed as a general unsecured claim in the amount of $1,981,275.00. |
| KENDALL, HELENE<br>C/O KLEHR, HARRISON, HARVEY, BRANZBURG<br>& ELLERS<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102 | 599<br>Scheduled | $1,551,110.01<br>$1,512,389.98 | This claim is not affected by the settlement of the avoidance action. |
| SORENSEN, PAUL JR.<br>508 LEONARD LANE<br>MULLICA HILL, NJ 08062 | 643 | $650,000.00 | This claim is not affected by the settlement of the avoidance action. |