| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| **HALPERIN BATTAGLIA RAICHT, LLP**<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>**COLE SCHOTZ MEISEL**<br>**FORMAN & LEONARD, P.A.**<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br>Felice R. Yudkin, Esq.<br>Co-Counsel for the Class 10 Liquidation Trust |
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.,*<br><br>Reorganized Debtors. |

Order Filed on 4/14/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

Chapter 11

Case No. 08-14631 (GMB)

Judge: Gloria M. Burns

**THIRD ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S
MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE
BANKRUPTCY CODE IN PART, ADJOURNING THE MOTION AS TO CERTAIN
CLAIMS AND GRANTING RELATED RELIEF**
**(Filed Claim Numbers: 7, 173, 301, 395, 463, 537; Scheduled Numbers: 632003170,
632005960, 632006860, 632008030, 632010190, 632010200, 632010310, 632011340,
633002150, 634000660, 635001280, 635001480)**

The relief set forth on the following pages, numbered two (2), and three (3) is

hereby **ORDERED**.

**DATED: 4/14/2011**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

45765/0003-7533067v1

Page (2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No.: | 08-14631 (GMB) |
| Caption of Order: | THIRD ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE BANKRUPTCY CODE IN PART, ADJOURNING THE MOTION AS TO CERTAIN CLAIMS AND GRANTING RELATED RELIEF |

THIS MATTER having been brought before the Court by the Class 10 Liquidation Trust (the "Trust") of Shapes/Arch Holdings, L.L.C., *et al.*, the above-captioned reorganized debtors, upon a motion (the "Motion") for an order disallowing certain claims, as more fully set forth in the Motion and the exhibits thereto, pursuant to §§ 105 and 502(d) of Title 11 of the United States Code, as amended, and Rule 3007 of the Federal Rules of Bankruptcy Procedures; and having been adjourned from time to time; and the Court having entered an Order dated August 4, 2010 resolving the Motion with respect to certain of the claims; and the Trust having modified the exhibits to this Order to reflect, as to remaining claims, (i) further adjournments of the Motion with respect to any party as to whom the Trust has not yet resolved its avoidance claims; (ii) withdrawal of the Motion with respect to any party with whom the Trust has reached a settlement of avoidance claims that does not include a waiver of general unsecured claims or with respect to any party against whom the Trust has dismissed its avoidance action without such a waiver, and (iii) those parties with whom the Trust has reached a settlement of avoidance claims that includes a waiver of unsecured claims; and upon the affidavit of service of the Motion indicating that due and proper service was made upon, among others, the holders of claims subject to the Motion, and upon the record taken before me, and no adverse interest being represented and for good cause, it is

**ORDERED**, that the Motion is adjourned until July 11, 2011 at 10:00 a.m. with respect to the claims set forth on **Exhibit A** hereto, and objections to the adjourned Motion are due on or before July 5, 2011 at 5:00 p.m.

**ORDERED**, that the Motion is withdrawn with respect to the claims set forth on **Exhibit B** hereto.

45765/0003-7533067v1

*Approved by Judge Gloria M. Burns April 14, 2011*

Page (3)
Debtor:          SHAPES/ARCH HOLDINGS L.L.C., *et al.*
Case No.:        08-14631 (GMB)
Caption of Order**:**  THIRD ORDER GRANTING THE CLASS 10 LIQUIDATION TRUST'S MOTION OBJECTING TO CLAIMS UNDER SECTION 502(d) OF THE BANKRUPTCY CODE IN PART, ADJOURNING THE MOTION AS TO CERTAIN CLAIMS AND GRANTING RELATED RELIEF

**ORDERED**, that the Motion is granted with respect to the claims set forth on **Exhibit C** hereto, and the claims identified as "claims to be expunged" on Exhibit C are hereby disallowed and expunged.

**ORDERED**, that notwithstanding the Claims Objection Deadline (as defined in the Motion) nothing herein shall preclude the Trust from filing additional or supplemental objections to the Disputed Claims (as defined in the Motion) on additional or alternative factual or legal grounds.

45765/0003-7533067v1

*Approved by Judge Gloria M. Burns April 14, 2011*

# EXHIBIT A

*Adjourned Objections pursuant to § 502(d)*

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Additional Notice Parties |
|---|---|---|---|
| NORTHEAST METAL TRADERS, INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | 488<br>Scheduled | $11,493.65<br>$227,977.12 | DAVID L. BRAVERMAN, ESQ.<br>SCOTT SHECTMAN, ESQ.<br>BRAVERMAN KASKEY, P.C.<br>ONE LIBERTY PLACE<br>1650 MARKET STREET, 56TH FLOOR<br>PHILADELPHIA, PA 19103 |

*Approved by Judge Gloria M. Burns April 14, 2011*

## EXHIBIT B

*Withdrawn Objections*

| Name and Address of Claimant | Claims to be Expunged | Claim Amount | Reason |
|---|---|---|---|
| CROWN CREDIT COMPANY<br>P.O. BOX 640352<br>CINCINNATI, OH 45264-0352 | Scheduled<br>Scheduled | $273.15<br>$3,670.33 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| GRABELL, STEVEN<br>C/O ASHELY CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>20 BRACE ROAD, SUITE 201<br>CHERRY HILL, NJ 08034-2634 | 641 | $2,021,274.00 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| HOUGHTON METAL FINISHING<br>1075 WINDWARD RIDGE PKWY<br>SUITE 180<br>ALPHARETTA, GA 30005 | Scheduled | $74,633.62 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| HOUSEHOLD METALS, INC<br>645 E. ERIE AVE.<br>PHILADELPHIA, PA 19134<br>ATTN: DAWN WILBEKIATIS | Scheduled | $26,694.15 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| (INGERSOLL RAND d/b/a) SCHLAGE LOCK COMPANY<br>75 REMITTANCE DRIVE<br>STE 6079<br>CHICAGO, IL 60675-6079 | Scheduled | $5,005.04 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| KENDALL, HELENE<br>C/O KLEHR, HARRISON, HARVEY, BRANZBURG<br>& ELLERS<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102 | 599<br>Scheduled | $1,551,110.01<br>$1,512,389.98 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| METAL KOTING<br>1430 MARTIN GROVE ROAD<br>ATTN: TONY FARRUGIA<br>REXDALE, ON M9W 4Y1<br>CANADA | Scheduled | $73,653.48 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| POLYONE CORP<br>DEPT CH 10489<br>ATTN: DEBBIE NOSKI<br>PALATINE, IL 60055-0489 | Scheduled | $164,813.78 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |

45765/0003-7533067v1

*Approved by Judge Gloria M. Burns April 14, 2011*

| | | | |
|---|---|---|---|
| SORENSEN, PAUL JR.<br>508 LEONARD LANE<br>MULLICA HILL, NJ 08062 | 643 | $650,000.00 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| UNEEDA BOLT & SCREW CO INC<br>10 CAPITOL DRIVE<br>MOONACHIE, NJ 07074<br>ATTN: ELI BRICKMAN, PRES. | 777<br>Scheduled | $149,217.14<br>$126,985.68 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | 691<br>901 | $4,408.43<br>$660.77 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| VERIZON WIRELESS-PA<br>P.O. BOX 25505<br>LEHIGH VLY, PA 18002-5505 | Scheduled | $1,187.74 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |
| WINDOW DEPOT USA<br>10800 FINANCIAL CENTER PARKWAY #280<br>LITTLE ROCK, AR 72211<br>ATTN JIM VENABLE, PRESIDENT | 212<br>Scheduled | $55,838.83<br>$29,799.16 | Claimant's rights under existing claim(s) unaffected by this Motion pursuant to settlement agreement between the Claimant and the Trust. |

45765/0003-7533067v1

*Approved by Judge Gloria M. Burns April 14, 2011*

## EXHIBIT C

*Disallowed and Expunged Claims*

| Name and Address of Claimant | Claim to be Expunged | Claim Amount |
|---|---|---|
| DGI SUPPLY<br>95 LOUISE DRIVE, SUITE B<br>IVYLAND, PA  18974 | Scheduled | $1,240.83 |
| FITZPATRICK CONTAINER<br>800 EAST WALNUT STREET<br>NORTH WALES, PA 19454<br>ATTN: JIM ZEBROWSKI | Scheduled | $30,103.38 |
| M E B LOGISTICS<br>PO BOX 1644<br>DOYLESTOWN, PA 18901 | Scheduled | $9,870.69 |
| MELTON TRUCK LINES, INC.<br>808 N 161ST E. AVE.<br>TULSA, OK 74116<br>ATTN: LISA M. FAGLEMAN | 395<br>Scheduled | $139,960.66<br>$122,151.71 |
| OILGEAR COMPANY, THE<br>C/O COFACE NORTH AMERICA, INC.<br>50 MILLSTONE RD., BLDG. 100, STE. 360<br>EAST WINDSOR, NJ 08520<br>ATTN AMY SCHMIDT AS AGENT | 173<br>Scheduled | $23,254.05<br>$23,254.05 |
| PREMIER WINDOWS INC.<br>P.O. BOX 62<br>THURMOND, NC 28683<br>ATTN: JAMIE CAUDILL, PRESIDENT | 537 | $57,406.00 |
| RAPTURE TRAILER, INC.<br>2411 BIG OAK ROAD<br>LANGHORNE, PA 19047 | Scheduled | $17,170.92 |
| RIVER ROAD RECYCLING<br>450 37TH ST.<br>PENNSAUKEN, NJ 08110<br>ATTN: MARK WANG | 463<br>Scheduled | $33,437.34<br>$33,437.34 |
| SHAPES UNLIMITED, INC.<br>590 E WESTERN RESERVE RD<br>YOUNGSTOWN, OH 44514<br>ATTN D FISHER, TREASURER | 7<br>Scheduled | $23,119.72<br>$23,119.72 |

| | | |
|---|---|---|
| VERIZON<br>P.O. BOX 4833<br>TRENTON, NJ 08650-4833 | Scheduled | $115.20 |
| VERIZON<br>P.O. BOX 4648<br>TRENTON, NJ 08650-4648 | Scheduled | $1,170.92 |
| VERIZON<br>P.O. BOX 660748<br>DALLAS, TX 75266-0748 | Scheduled | $54.70 |
| WAGSTAFF, INC.<br>3910 N FLORA ROD<br>SPOKANE, WA 99216<br>ATTN KENDALL B PARKES, CFO | 301<br>Scheduled | $17,897.50<br>$27,252.50 |

{00140822.2 / 0631-002}
45765/0003-7533067v1

*Approved by Judge Gloria M. Burns April 14, 2011*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 08-14631-GMB
Shapes/Arch Holdings L.L.C.                                                 Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: bdrayton           Page 1 of 1              Date Rcvd: Apr 15, 2011
                              Form ID: pdf903          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2011.
db          +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204
aty         +Kevin M. McKenna,    Latsha Davis Yohe & McKenna,    350 Eagleview Boulevard,    Suite 100,
              Exton, PA 19341-1178
aty         +Timothy W. Garvey,    Latsha, Davis, Yohe & McKenna,    3000 Atrium Way,    Suite 251,
              Mt. Laurel, NJ 08054-3926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2011**                        **Signature:** _Joseph Speetjens_