**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for The Class 10 Liquidation Trust

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. GLORIA M. BURNS CASE NO. 08-14631(GMB) |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | |
| Reorganized Debtors. | Chapter 11 (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY  )
                    )  SS.:
COUNTY OF BERGEN    )

CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

1. I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2. On April 15, 2011, I caused to be served a true copy of the *Third Order Granting the Class 10 Liquidation Trust's Motion Objecting to Claims Under Section 502(d) of the Bankruptcy Code in Part, Adjourning the Motion as to Certain Claims and Granting Related Relief,* which was signed by the Honorable Gloria M. Burns on April 14, 2011, *via first class mail,* on all parties on the Service List attached hereto, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey.

3. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                                 */s/ Cynthia Braden*
                                                                                CYNTHIA BRADEN

Sworn and subscribed to before me
this 18th day of April, 2011.

    */s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/11

2

**SHAPES/ARCH HOLDINGS, L.L.C.,** *et al.*

## SERVICE LIST

NORTHEAST METAL
TRADERS, INC.
IRA R. DEICHES, ESQ.
DEICHES & FERSCHMANN, P.C.
25 WILKINS AVENUE
HADDONFIELD, NJ 08033

DAVID L. BRAVERMAN, ESQ.
SCOTT SHECTMAN, ESQ.
BRAVERMAN KASKEY, P.C.
ONE LIBERTY PLACE
1650 MARKET STREET, 56TH FLOOR
PHILADELPHIA, PA 19103

CROWN CREDIT COMPANY
P.O. BOX 640352
CINCINNATI, OHIO 45264-0352

GRABELL, STEVEN
C/O ASHELY CHAN, ESQUIRE
HANGLEY ARONCHICK SEGAL & PUDLIN
20 BRACE ROAD, SUITE 201
CHERRY HILL, NJ 08034-2634

HOUGHTON METAL FINISHING
1075 WINDWARD RIDGE PKWY
SUITE 180
ALPHARETTA, GA 30005

HOUSEHOLD METALS, INC
ATTN: DAWN WILBEKIATIS
645 E. ERIE AVE.
PHILADELPHIA, PA 19134

(INGERSOLL RAND d/b/a)
SCHLAGE LOCK COMPANY
75 REMITTANCE DRIVE
STE 6079
CHICAGO, IL 60675-6079

KENDALL, HELENE
C/O KLEHR, HARRISON, HARVEY,
BRANZBURG
& ELLERS
260 S. BROAD STREET
PHILADELPHIA, PA 19102

METAL KOTING
1430 MARTIN GROVE ROAD
ATTN: TONY FARRUGIA
REXDALE, ON M9W 4&1
CANADA

POLYONE CORP
ATTN: DEBBIE NOSKI
DEPT CH 10489
PALATINE, IL 60055-0489

SORENSEN, PAUL JR.
508 LEONARD LANE
MULLICA HILL, NJ 08062

UNEEDA BOLT & SCREW CO INC
ATTN: ELI BRICKMAN, PRES.
10 CAPITOL DRIVE
MOONACHIE, NJ 07074

VERIZON WIRELESS NORTHEAST
PO BOX 3397
BLOOMINGTON, IL 61701

VERIZON WIRELESS-PA
P.O. BOX 25505
LEHIGH VALLEY, PA 18002-5505

WINDOW DEPOT USA
ATTN JIM VENABLE, PRESIDENT
10800 FINANCIAL CENTER
PARKWAY #280
LITTLE ROCK, AR 72211

DGI SUPPLY
95 LOUISE DRIVE, SUITE B
IVYLAND, PA 18974

FITZPATRICK CONTAINER
ATTN: JIM ZEBROWSKI
800 EAST WALNUT STREET
NORTH WALES, PA 19454

M E B LOGISTICS
PO BOX 1644
DOYLESTOWN, PA 18901

MELTON TRUCK LINES, INC.
ATTN: LISA M. FAGLEMAN
808 N 161ST E. AVE.
TULSA, OK 74116

2

45765/0003-7542263v1

OILGEAR COMPANY, THE
C/O COFACE NORTH AMERICA, INC.
ATTN AMY SCHMIDT AS AGENT
50 MILLSTONE RD., BLDG. 100, STE. 360
EAST WINDSOR, NJ 08520

PREMIER WINDOWS INC.
ATTN: JAMIE CAUDILL, PRESIDENT
P.O. BOX 62
THURMOND, NC 28683

RAPTURE TRAILER, INC.
2411 BIG OAK ROAD
LANGHORNE, PA 19047

RIVER ROAD RECYCLING
ATTN: MARK WANG
450 37TH ST.
PENNSAUKEN, NJ 08110

SHAPES UNLIMITED, INC.
ATTN D FISHER, TREASURER
590 E WESTERN RESERVE RD
YOUNGSTOWN, OH 44514

VERIZON
P.O. BOX 4833
TRENTON, NJ 08650-4833

VERIZON
P.O. BOX 4648
TRENTON, NJ 08650-4648

VERIZON
P.O. BOX 660748
DALLAS, TX 75266-0748

WAGSTAFF, INC.
ATTN KENDALL B PARKES, CFO
3910 N FLORA ROAD
SPOKANE, WA 99216

3