Order Filed on
4/26/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>25 Main Street<br>P. O. Box 800<br>Hackensack, NJ 07602-0800<br>(201) 489-3000<br>(201) 489-1536  Facsimile<br>Ilana Volkov, Esq.<br>Felice R. Yudkin, Esq.<br>Co-Counsel for The Class 10 Liquidation Trust | Chapter 11 |
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>          Reorganized Debtors. | Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>          Plaintiff,<br>    vs.<br><br>TOCO PRODUCTS INC.,<br><br>          Defendant. | ADV. PRO. NO. 10-01033 (GMB) |

### ORDER APPROVING SETTLEMENT AGREEMENT WITH CERTAIN ADVERSARY PROCEEDING DEFENDANT

The relief set forth on the following pages, numbered two (2), is hereby ORDERED.

**DATED: 4/26/2011**

45765/0003-7536497v1

Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al.*
Case No.: 08-14631
Caption of Order: ORDER APPROVING SETTLEMENT AGREEMENT WITH CERTAIN ADVERSARY PROCEEDING DEFENDANT

---

THIS MATTER came before the Court on the Ninth Omnibus Notice Settlement (the "Ninth Notice") of the Class 10 Liquidation Trust, also known as the Shapes Liquidation Trust (the "Trust"), established upon the effective date of the Chapter 11 plan of the above-captioned debtors, for entry of an order seeking approval of the settlement agreements (collectively, the "Settlements") attached to the Ninth Notice[1]; and the Court having determined that adequate notice of the Ninth Notice and the Settlement has been given pursuant to Fed. R. Bankr. P. 2002 and the Court's Orders (a) Approving and Adopting Global Procedures with Respect to Avoidance Actions and (b) Modifying Global Procedures and Establishing Mediation Procedures with Respect to Remaining Avoidance Actions, dated April 27, 2010 and October 18, 2010, respectively; and the Court having considered the Ninth Notice and the Settlements; and no objections or responses having been received to the Ninth Notice or the Settlements; and the Court having determined that good cause exists for entry of this Order;

IT IS ORDERED that:

1. The Settlement is APPROVED.

2. A true copy of this Order shall be served on each of the Defendants within seven (7) days hereof.

3. This Order shall be docketed in each of the above-captioned adversary proceedings.

---

[1] Capitalized terms used herein and not otherwise shall have the meaning ascribed to them in the Ninth Notice.

45765/0003-7536497v1

*Approved by Judge Gloria M. Burns April 26, 2011*