*Order Filed on 4/26/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>25 Main Street<br>P. O. Box 800<br>Hackensack, NJ 07602-0800<br>(201) 489-3000<br>(201) 489-1536  Facsimile<br>Ilana Volkov, Esq.<br>Felice R. Yudkin, Esq.<br>Co-Counsel for The Class 10 Liquidation Trust | |
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>              Plaintiff,<br>     vs.<br><br>TOCO PRODUCTS INC.,<br><br>              Defendant. | <br><br><br><br><br><br>ADV. PRO. NO. 10-01033 (GMB) |

**ORDER APPROVING SETTLEMENT AGREEMENT WITH CERTAIN
ADVERSARY PROCEEDING DEFENDANT**

The relief set forth on the following pages, numbered two (2), is hereby ORDERED.

**DATED: 4/26/2011**

45765/0003-7536497v1

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)
Debtor: SHAPES/ARCH HOLDINGS L.L.C., *et al.*
Case No.: 08-14631
Caption of Order: ORDER APPROVING SETTLEMENT AGREEMENT WITH CERTAIN ADVERSARY PROCEEDING DEFENDANT

THIS MATTER came before the Court on the Ninth Omnibus Notice Settlement (the "Ninth Notice") of the Class 10 Liquidation Trust, also known as the Shapes Liquidation Trust (the "Trust"), established upon the effective date of the Chapter 11 plan of the above-captioned debtors, for entry of an order seeking approval of the settlement agreements (collectively, the "Settlements") attached to the Ninth Notice[1]; and the Court having determined that adequate notice of the Ninth Notice and the Settlement has been given pursuant to Fed. R. Bankr. P. 2002 and the Court's Orders (a) Approving and Adopting Global Procedures with Respect to Avoidance Actions and (b) Modifying Global Procedures and Establishing Mediation Procedures with Respect to Remaining Avoidance Actions, dated April 27, 2010 and October 18, 2010, respectively; and the Court having considered the Ninth Notice and the Settlements; and no objections or responses having been received to the Ninth Notice or the Settlements; and the Court having determined that good cause exists for entry of this Order;

IT IS ORDERED that:

1. The Settlement is APPROVED.

2. A true copy of this Order shall be served on each of the Defendants within seven (7) days hereof.

3. This Order shall be docketed in each of the above-captioned adversary proceedings.

---

[1] Capitalized terms used herein and not otherwise shall have the meaning ascribed to them in the Ninth Notice.

45765/0003-7536497v1

*Approved by Judge Gloria M. Burns April 26, 2011*

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 08-14631-GMB
Shapes/Arch Holdings L.L.C.                                     Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: bdrayton             Page 1 of 1             Date Rcvd: Apr 26, 2011
                              Form ID: pdf903            Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2011.
db           +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204
aty          +Kevin M. McKenna,   Latsha Davis Yohe & McKenna,    350 Eagleview Boulevard,    Suite 100,
               Exton, PA 19341-1178
aty          +Timothy W. Garvey,    Latsha, Davis, Yohe & McKenna,    3000 Atrium Way,    Suite 251,
               Mt. Laurel, NJ 08054-3926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2011**                    **Signature:**    _Joseph Speetjens_