**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for The Class 10 Liquidation Trust

| | |
|---|---|
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered) |

STATE OF NEW JERSEY     )
                                            )   SS.:
COUNTY OF BERGEN       )

      CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

      1.     I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman

& Leonard, P.A., co-counsel for The Class 10 Liquidation Trust (the "Trust").

      2.     On June 28, 2011, this office electronically filed with the United States

Bankruptcy Court for the District of New Jersey the following:

(a) Notice of Adjournment as to Certain Claims of Motion for an Order Disallowing Claims Pursuant to Sections 105 and 502(d) of the Bankruptcy Code.

3. On June 28, 2011, I caused a true copy of the above-referenced pleading to be served, *via first class mail*, on the party listed below, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey:

> David L. Braverman, Esq.
> Scott Shectman, Esq.
> Braverman Kaskey, P.C.
> Attorneys for Northeast Metal Traders, Inc.
> One Liberty Place
> 1650 Market Street, 56th Floor
> Philadelphia, PA 19103

4. On June 29, 2011, I caused a true copy of the above-referenced pleading to be served, *via first class mail*, on the parties listed below, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New Jersey:

| | |
|---|---|
| Donald F. MacMaster, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Jerrold N. Poslusny, Jr., Esq.<br>Cozen O'Connor<br>Attorneys for Debtors<br>Liberty View, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 |
| Alan J. Brody, Esq.<br>Greenberg & Traurig, LLP<br>Attorneys for Debtors<br>200 Park Avenue<br>Florham Park, NJ 07932 | Northeast Metal Traders, Inc.<br>Ira R. Deiches, Esq.<br>Deiches & Ferschmann, P.C.<br>25 Wilkins Avenue<br>Haddonfield, NJ 08033 |

5. All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-referenced pleadings *via electronic service*.

45765/0003-7717875v1

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                        */s/ Cynthia Braden*
                                                        CYNTHIA BRADEN

Sworn and subscribed to before me
this 29th day of June, 2011.

*/s/ Julie Mamone*
JULIE MAMONE
A Notary Public of New Jersey
My Commission Expires 9/18/1

3