Kevin M. McKenna (KM4502)
Timothy W. Garvey (TG9134)
LATSHA, DAVIS & McKENNA, P.C.
3000 Atrium Way, Suite 251
Mt. Laurel, NJ  08054
(856) 231-5351
kmckenna@ldylaw.com
tgarvey@ldylaw.com

Attorneys for Debtors

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2011 JUL 29 AM 10:16

JAMES J WALDRON
BY: /s/
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | CHAPTER 11 |
| SHAPES/ARCH HOLDINGS, LLC, et al | CASE NO. 08-14631 (GMB) (Jointly Administered) |
| Debtors | Claim No.: 603 |
| | Hearing Date: August 23, 2011 |

**APPLICATION TO LIMIT NOTICE OF DEBTORS AND DEBTORS IN POSSESSION MOTION FOR AN ORDER PURUSANT TO 11 U.S.C. SECTON 105(a) AND FED. R. BANKR.P.9019(b) AUTHORIZING AND APPROVING A SETTLEMENT OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION'S CLAIMS FOR NATURAL RESOURCE DAMAGES RELATED TO THE 9000 RIVER ROAD SITE**

TO: THE HONORABLE GLORIA M. BURNS

   Timothy W. Garvey, Esq., respectfully represents:

1. We represent the above named Debtors and Debtors in possession and are familiar with the above matter through personal knowledge a review of the file.

2. The Debtors have filed a motion for an order pursuant to

11 U.S.C. Section 105(a) and Fed. R. Bankr. P. 9019(b) authorizing and approving a settlement of the New Jersey Department of Environmental Protection's (the "NJDEP") claim for Natural Resource Damages related to the 9000 River Road Site (the "Motion").

3.   Limited notice of the Motion is requested as there were over 12,000 creditors in these cases.  The Debtors submit that the cost of serving the Motion on all creditors is unreasonable and unnecessary because the terms of the settlement are similar to the terms of the settlement of similar claims for Natural Resource Damages as disclosed in the Plan and the Modification to the Plan filed in July 2008 and the settlement is being funded by insurance.

4.   The undersigned requests that the Motion be served on: (a) counsel for CIT, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) the Internal Revenue Service, (e) the New Jersey Attorney General, (f) the Commonwealth of Pennsylvania Department of Revenue, (g) counsel to the Trust, (h) the NJDEP, (i) the United States Department of Justice, (j) the Debtors' insurers and (k) all parties on the Master Service List.  In light of the nature of the relief requested herein, the Debtors submit that no further notice is necessary.

WHEREFORE, the undersigned requests entry of the Order submitted herewith.

                                  Respectfully submitted,
                                  LATSHA, DAVIS & McKENNA, P.C.

BY: _____
                                  Kevin M. McKenna (KM4502)
                                  Timothy W. Garvey (TG9134)
                                  Attorney for Debtors

Dated: July 29, 2011

3