Order Filed on
**7/29/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **KEVIN M. McKENNA (KM4502)**<br>**LATSHA, DAVIS & McKENNA, P.C.**<br>3000 Atrium Way, Suite 251<br>Mt. Laurel, NJ  08054<br>(856) 231-5351<br>Attorneys for the Debtors |
| In re :<br><br>SHAPES/ARCH HOLDINGS LLC, <u>et al</u>.<br><br>                    Debtors. |

Case No. 08-14631 (GMB)

Judge: Gloria M. Burns

Chapter: 11

### ORDER LIMITING NOTICE

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: 7/29/2011**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

DATED: _____    _____
Honorable Gloria M. Burns
United States Bankruptcy Court

Page 2

Shapes/Arch Holdings, LLC, et al.

Case No.: 08-14631 (GMB)

Order Limiting Notice
_____

Upon consideration of the application of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), for an order limiting notice of the Debtors' motion for an order pursuant to 11 U.S.C. Section 105(a) and Fed. R. Bankr. P. 9019(b) authorizing and approving a settlement with the NJDEP for its claim for Natural Resource Damages related to the 9000 River Road Site (the "Motion"), and for good cause shown, it is hereby **ORDERED**:

1. that the application is **GRANTED**,

2. that true and correct copies of the Motion shall be served upon (a) counsel for CIT, (b) counsel for Arch, (c) the Office of the United States Trustee, (d) the Internal Revenue Service, (e) the New Jersey Attorney General, (f) the Commonwealth of Pennsylvania Department of Revenue, (g) counsel to the Trust, (h) the NJDEP, (i) the United States Department of Justice, (j)

2

the Debtors' insurers and (k) all parties on the Master Service List.

3. that no further notice is necessary.

*Approved by Judge Gloria M. Burns July 29, 2011*