Kevin M. McKenna (KM4502)
Timothy W. Garvey (TG9134)
LATSHA, DAVIS & McKENNA, P.C.
3000 Atrium Way, Suite 251
Mt. Laurel, NJ  08054
(856) 231-5351
kmckenna@ldylaw.com
tgarvey@ldylaw.com

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2011 JUL 29  AM 10: 16

JAMES J WALDRON
BY: [signature]
DEPUTY CLERK

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | CHAPTER 11 |
| SHAPES/ARCH HOLDINGS, LLC, et al | CASE NO. 08-14631 (GMB) (Jointly Administered) |
| Debtors | Claim No.: 603 |
| | Hearing Date: August 23, 2011 |

### NOTICE OF DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. SECTION 105(a) AND FED. R. BANKR. P. 9019(b) AUTHORIZING AND APPROVING A SETTLEMENT WITH THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION

Pursuant to Fed. R. Bankr. P. 2002(a)(3), you are hereby notified that the above captioned reorganized Debtors, by and through their undersigned counsel, have filed a motion for an order pursuant to 11 U.S.C. Section 105(a) and Fed. R. Bank. P. 9019(b) authorizing and approving a settlement with the New Jersey Department of Environmental Protection (the "Motion").

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).

If you do not want the Court grant the relief requested by the movant, or if you want the Court to consider your views on

the motion, then on or before August 16, 2011 you or your attorney must:

File with the Court an answer explaining your position at: Clerk, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, 2nd Floor, P.O. Box 2067, Camden, NJ 08101-2067. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the dated stated above.

You **must** also mail a copy to:

Kevin M. McKenna, Esq.
Timothy W. Garvey, Esq.
Latsha, Davis & McKenna, P.C.,
3000 Atrium Way, Suite 251,
Mt. Laurel, NJ  08054.

Attend a hearing scheduled to be held on August 23, 2011 at 10:00 am in

Courtroom 4C, United States Bankruptcy Court,
Mitchell H. Cohen U.S. Courthouse,
400 Cooper Street, 4th Floor,
Camden, NJ  08101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relieve sough in the Motion and May enter and order granting that Relief.

> Respectfully submitted,
> LATSHA, DAVIS & McKENNA, P.C.
>
> By: _____
> Kevin M. McKenna (KM4502)
> Timothy W. Garvey (TG9134)
> Attorney for Debtors

Dated: July 29, 2011