Kevin M. McKenna (KM4502)
Timothy W. Garvey (TG9134)
LATSHA, DAVIS & McKENNA, P.C.
3000 Atrium Way, Suite 251
Mt. Laurel, NJ  08054
(856) 231-5351
kmckenna@ldylaw.com
tgarvey@ldylaw.com

Attorneys for Debtors

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2011 JUL 29 AM 10: 16

JAMES J WALDRON

BY:_____
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | CHAPTER 11 |
| SHAPES/ARCH HOLDINGS, LLC, et al | CASE NO. 08-14631 (GMB) (Jointly Administered) |
| Debtors | Claim No.: 603 |
| | Hearing Date: August 23, 2011 |

**CERTIFICATE OF SERVICE PURSUANT TO LBR 9013-3**

Timothy W. Garvey, Esq., hereby certifies that on the 29 day of July, 2011 a true and correct copy of the foregoing Motion for Approval of the Settlement of the New Jersey DEP claim for Natural Resource Damages related to the 9000 River Road Site, together with all supporting papers, was served on the following by Regular, First Class U.S. Mail:

(a) Counsel for CIT Group/ Business Credit, Inc.
    Michael J. Cordone
    Stradley Ronon Stevens & Young LLP
    Woodland Falls Corporation Park

    200 Lake Drive East
    Cherry Hill, NJ 08002

(b) Counsel for Arch

    Jerrold N. Poslusny, Jr., Esq.
    Cozen O'Connor
    Attorneys for Debtors
    Liberty View, Suite 300
    457 Haddonfield Road
    Cherry Hill, NJ 08002

(c) Office of the United States Trustee

    Donald F. MacMaster, Esq.
    Office of the United States Trustee
    One Newark Center, Suite 2100
    Newark, NJ 07102

(d) Internal Revenue Service (IRS)
    P.O. Box 21126
    Philadelphia, PA 19114

(e) New Jersey Attorney General
    Office Division of Law
    Attn: Tracy Richardson, Esq.
    Richard J. Hughes Justice Complex
    25 Market Street, P.O. Box 112
    Trenton, NJ08625-0112

(f) Commonwealth of Pennsylvania Department of Revenue
    Corporation Bureau
    401 North Street
    Room 206
    Harrisburg, PA 17120

(g) Counsel to the Trust
    Ilana Volkov, Esq.
    Felice R. Yudkin, Esq.
    Cole, Schotz, Meisel, Forman & Leonard
    Co-Counsel for Class 10 Liquidation Trust
    25 Main Street

        P.O. Box 800
        Hackensack, NJ 07602-0800

(h)    New Jersey Department of Environmental Protection
        Richard Engel
        Chief, Deputy Attorney General
        Cost Recovery/Natural Resource Damages Section
        Hughes Justice Complex - 7th Floor
        P. O. Box 093
        Trenton, NJ  08625-0093

(i)    US Department of Justice
        Environmental Enforcement Section
        Donald Goodfriend Frankel
        One Gateway Center
        Suite 616
        Newton, MA 02458

(j)    Debtors insurers

(k)    all parties on the Master Service List.

Signed: _____    Dated: July 29, 2011

3