Order Filed on
9/12/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **KEVIN M. McKENNA (KM4502)**<br>**LATSHA DAVIS & McKENNA, PC**<br>3000 Atrium Way, Suite 251<br>Mt. Laurel, NJ  08054<br>(856) 231-5351<br>Attorneys for the Debtors |
| In re :<br><br>SHAPES/ARCH HOLDINGS LLC, et al.<br><br>                                  Debtors. |

Case No. 08-14631 (GMG)

Judge: Gloria M. Burns

Chapter: 11

## ORDER APPROVING SETTLEMENT OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION'S CLAIMS FOR NATURAL RESOURCE DAMAGES RELATED TO THE 9000 RIVER ROAD SITE

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: 9/12/2011**

DATED: _____

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Honorable Gloria M. Burns
United States Bankruptcy Court

Page 2

Shapes/ Arch Holdings LLC, et al

Case No. 08-14631 (GMB)

Order Approving Settlement with the New Jersey DEP

Upon consideration of the Debtors' motion for an order pursuant to 11 U.S.C. Section 105 (a) and Fed. R. R. Bank. P. 9019 (b) authorizing and approving a settlement with the New Jersey Department of Environmental Protection (the "Motion"), and good cause appearing therefore, it is hereby ORDERED:

1. That the Motion is GRANTED.

2. That the Consent Order attached to the Motion is approved.

2

*Approved by Judge Gloria M. Burns September 12, 2011*