| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **KEVIN M. McKENNA (KM4502)**<br>**LATSHA DAVIS & McKENNA, PC**<br>3000 Atrium Way, Suite 251<br>Mt. Laurel, NJ  08054<br>(856) 231-5351<br>Attorneys for the Debtors | |
| In re :<br><br>SHAPES/ARCH HOLDINGS LLC, <u>et al.</u><br><br>                         Debtors. | Case No. 08-14631 (GMG)<br><br>Judge: Gloria M. Burns<br><br>Chapter: 11 |

Order Filed on
9/12/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

**ORDER APPROVING SETTLEMENT OF THE NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION'S CLAIMS FOR NATURAL RESOURCE DAMAGES
RELATED TO THE 9000 RIVER ROAD SITE**

      The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: 9/12/2011**
DATED: _____

_/s/ Gloria M. Burns_
Honorable Gloria M Burns
United States Bankruptcy Court Judge
Honorable Gloria M. Burns
United States Bankruptcy Court

Page 2

Shapes/ Arch Holdings LLC, et al

Case No. 08-14631 (GMB)

Order Approving Settlement with the New Jersey DEP

Upon consideration of the Debtors' motion for an order pursuant to 11 U.S.C. Section 105 (a) and Fed. R. R. Bank. P. 9019 (b) authorizing and approving a settlement with the New Jersey Department of Environmental Protection (the "Motion"), and good cause appearing therefore, it is hereby ORDERED:

1. That the Motion is GRANTED.

2. That the Consent Order attached to the Motion is approved.

2

*Approved by Judge Gloria M. Burns September 12, 2011*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 08-14631-GMB
Shapes/Arch Holdings L.L.C.                                         Chapter 11
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0312-1          User: mmcgetti             Page 1 of 1              Date Rcvd: Sep 15, 2011
                              Form ID: pdf903            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2011.
db           +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204
aty          +Kevin M. McKenna,    Latsha Davis Yohe & McKenna,    350 Eagleview Boulevard,    Suite 100,
               Exton, PA 19341-1178
aty          +Timothy W. Garvey,    Latsha, Davis, Yohe & McKenna,    3000 Atrium Way,    Suite 251,
               Mt. Laurel, NJ 08054-3926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2011**              **Signature:**    _Joseph Speetjens_