# **EXHIBIT A**

*Adjourned Objection pursuant to § 502(d)*

| **Name and Address of Claimant** | **Claim** | **Claim Amount** | **Notice Parties** |
|---|---|---|---|
| NORTHEAST METAL TRADERS, INC.<br>IRA R. DEICHES, ESQ.<br>DEICHES & FERSCHMANN, P.C.<br>25 WILKINS AVENUE<br>HADDONFIELD, NJ 08033 | 488<br>Scheduled | $11,493.65<br>$227,977.12 | DAVID L. BRAVERMAN, ESQ.<br>BRAVERMAN KASKEY, P.C.<br>ONE LIBERTY PLACE<br>1650 MARKET ST., 56TH FL.<br>PHILADELPHIA, PA 19103 |