**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: __Shapes Liquidating Trust__     Bank: _____ BNY Mellon

Bankruptcy Number: ____ 08-14631     Account Number: _____ 9200-0176922-65

Date of Confirmation: ___ 3/16/2008     Account Type: _____ Money Market

Reporting Period (month/year): _____ Qtr Ending June 30, 2011

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 1,608,638.68 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ | |
| Collection of Accounts Receivable: | $ | |
| Proceeds from Litigation (settlement or otherwise): | $ | 4663.02 |
| Sale of Debtor's Assets: | $ | |
| Capital Infusion pursuant to the Plan: | $ | |
| Total of cash received: | | 4663.02 |

Total of cash available:                    1,613,301.70

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | |
| All other disbursements made in the ordinary course: | $ | |
| Total Disbursements | $ | 0 |

Ending Cash Balance                    $    1,613,301.70

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

__11/6/11__     __[signature] TRUSTEE__
Date        Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust___      Bank: _____ BNY Mellon

Bankruptcy Number: ____ 08-14631      Account Number: _____ 9200-0176922-66

Date of Confirmation: ___ 3/16/2008      Account Type: _____ Checking

Reporting Period (month/year): _____ Qtr Ending June 30, 2011

| | |
|---|---|
| Beginning Cash Balance: | $ 234,545.59 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ |
| Collection of Accounts Receivable: | $ |
| Proceeds from Litigation (settlement or otherwise): | $ |
| Sale of Debtor's Assets: | $ |
| Capital Infusion pursuant to the Plan: | $ |
| Total of cash received: | $ - |
| Total of cash available: | $ 234,545.59 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 5,273.29 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 134,122.91 |
| All other disbursements made in the ordinary course: | $ |
| Total Disbursements | $ 139,396.20 |
| Ending Cash Balance | $ 95,149.39 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

11/6/11                      [signature], TRUSTEE
Date                         Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust_____   Bank: _____Wimington Trust

Bankruptcy Number:____ 08-14631   Account Number:_____ 089660-000

Date of Confirmation:___ 3/16/2008   Account Type:_____ Money Market

Reporting Period (month/year):_____ Qtr Ending June 30, 2011

| | |
|---|---|
| Beginning Cash Balance: | $ 2,226,662.57 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 55.51  Interest |
| Collection of Accounts Receivable: | $ |
| Proceeds from Litigation (settlement or otherwise): | $ |
| Sale of Debtor's Assets: | $ |
| Capital Infusion pursuant to the Plan: | $ |
| Total of cash received: | $ 55.51 |
| Total of cash available: | $ 2,226,718.08 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ |
| All other disbursements made in the ordinary course: | $ |
| Total Disbursements | $ 0 |
| Ending Cash Balance | $ 2,226,718.08 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

___11/6/11___   _____ Trustee
Date            Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

| ASSETS | Month | Month |
|---|---|---|
| Cash (Unrestricted) | | 3,935,169.17 |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |