OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust_____   Bank: _____ BNY Mellon

Bankruptcy Number: ____ 08-14631   Account Number: _____ 9200-0176922-65

Date of Confirmation: ___ 3/16/2008   Account Type: _____ Money Market

Reporting Period (month/year): _____ Qtr Ending September 30, 2011

| | | |
|---|---|---|
| Beginning Cash Balance: | $ 1,613,301.70 | |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ | |
| Collection of Accounts Receivable: | $ | |
| Proceeds from Litigation (settlement or otherwise): | $ 40.59 | |
| Sale of Debtor's Assets: | $ | |
| Capital Infusion pursuant to the Plan: | $ | |
| Total of cash received: | $ 40.59 | |
| Total of cash available: | $ 1,613,342.29 | |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | |
| All other disbursements made in the ordinary course: | $ | |
| Total Disbursements | $ | - |
| Ending Cash Balance | $ 1,613,342.29 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_11-7-11_   _[signature] Plan Trustee Representative_
Date        Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust_____    Bank: _____ BNY Mellon

Bankruptcy Number: ___ 08-14631    Account Number: _____ 9200-0176922-66

Date of Confirmation: ___ 3/16/2008    Account Type: _____ Checking

Reporting Period (month/year): _____ Qtr Ending September 30, 2011

    Beginning Cash Balance:    $_____ 95,149.39

All receipts received by the debtor:

    Cash Sales:    $_____

    Collection of Accounts Receivable:    $_____

    Proceeds from Litigation (settlement or otherwise):    $_____

    Sale of Debtor's Assets:    $_____

    Capital Infusion pursuant to the Plan:    $_____

    Total of cash received:    $_____

Total of cash available:    $_____ 95,149.39

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
    claims of bankruptcy professionals:    $_____

    Disbursements made pursuant to the administrative claims of
    bankruptcy professionals:    $_____ 83,634.64

    All other disbursements made in the ordinary course:    $_____

    Total Disbursements    $_____ 83,634.64

Ending Cash Balance    $_____ 11,514.75

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_11/7/11_    _L K Smally_ Plan Trustee Representative
Date            Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust_____    Bank: _____ Wimington Trust

Bankruptcy Number: ____ 08-14631    Account Number: _____ 089660-000

Date of Confirmation: ___ 3/16/2008    Account Type: _____ Money Market

Reporting Period (month/year): _____ Qtr Ending September 30, 2011

|  |  |  |
|---|---|---|
| Beginning Cash Balance: | $ | 2,226,718.08 |

All receipts received by the debtor:

|  |  |  |
|---|---|---|
| Cash Sales: | $ | 56.12 Interest |
| Collection of Accounts Receivable: | $ |  |
| Proceeds from Litigation (settlement or otherwise): | $ |  |
| Sale of Debtor's Assets: | $ |  |
| Capital Infusion pursuant to the Plan: | $ |  |
| Total of cash received: | $ | 56.12 |
| Total of cash available: | $ | 2,226,774.20 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

|  |  |  |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ |  |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ |  |
| All other disbursements made in the ordinary course: | $ |  |
| Total Disbursements | $ | 0 |
| Ending Cash Balance | $ | 2,226,774.20 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_11-7-11_    _L K Small_  Plan Trustee Representative
Date         Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

| | Month | Month |
|---|---|---|
| **ASSETS** | | |
| Cash (Unrestricted) | | 3,935,265.88 |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |