**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna Lieberman, Esq.
Carrie E. Mitchell, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.
Co-Counsel for Plaintiff, The Class 10 Liquidation Trust

|  |  |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.,*<br><br>       Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE GLORIA M. BURNS CASE NO. 08-14631 (GMB)<br><br>    Chapter 11<br>(Jointly Administered) |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>       Plaintiff,<br>   v.<br><br>NORTHEAST METAL TRADERS, INC.,<br><br>       Defendant. |   ADV. NO. 10-01377 (GMB)<br><br><br><br>    **AFFIDAVIT OF SERVICE** |

| | | |
|---|---|---|
| STATE OF NEW JERSEY | ) | |
| | ) | SS.: |
| COUNTY OF BERGEN | ) | |

     CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath,

deposes and says:

1.      I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel for the Class 10 Liquidation Trust (the "Trust").

2.      On January 10, 2012, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following:

          a.      *Information for Notice of Settlement of Controversy with Northeast Metal Traders, Inc.*

3.      On January 13, 2012, I caused a true copy of the Notice to be served, *via regular mail, first class delivery,* on the parties listed below:

Donald F. MacMaster, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Jerrold N. Poslusny, Jr., Esq.
Cozen O'Connor
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

David L. Braverman, Esq.
Braverman Kaskey, P.C.
Attorneys for Northeast Metal
Traders, Inc.
One Liberty Place
1650 Market Street, 56th Floor
Philadelphia, PA 19103

Mark E. Felger, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

I swear that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        */s/ Cynthia Braden*
                                        CYNTHIA BRADEN

Sworn and subscribed to before me
this 13th day of January, 2012.

          */s/ Caroline DeCourcey-Cote*
CAROLINE DECOURCEY-COTE
A Notary Public of the State of New Jersey
My Commission Expires March 30, 2014