## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust_____    Bank: _____ BNY Mellon

Bankruptcy Number: ____ 08-14631    Account Number: _____ 9200-0176922-65

Date of Confirmation: ___ 3/16/2008    Account Type: _____ Money Market

Reporting Period (month/year): _____ Qtr Ending December 31, 2011

Beginning Cash Balance:    $_____ 1,613,342.29

All receipts received by the debtor:

Cash Sales:    $_____ 36.46    interest

Collection of Accounts Receivable:    $_____

Proceeds from Litigation (settlement or otherwise):    $_____ 12,921.91

Sale of Debtor's Assets:    $_____

Capital Infusion pursuant to the Plan:    $_____

Total of cash received:    $_____ 12,958.37

Total of cash available:    $_____ 1,626,300.66

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $_____

Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $_____

All other disbursements made in the ordinary course:    $_____ 200,000.00    Transfer to account 66

Total Disbursements    200,000.00    -

Ending Cash Balance    $_____ 1,426,300.66

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/25/2012    [signature] TRUSTEE
Date    Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust_____     Bank: _____ BNY Mellon

Bankruptcy Number: ____ 08-14631     Account Number: _____ 9200-0176922-66

Date of Confirmation: ___ 3/16/2008     Account Type: _____ Checking

Reporting Period (month/year): _____ Qtr Ending December 31, 2011

| | |
|---|---|
| Beginning Cash Balance: | $ 11,514.75 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 2,545.77 |
| Collection of Accounts Receivable: | $ |
| Proceeds from Litigation (settlement or otherwise): | $ |
| Sale of Debtor's Assets: | $ |
| Capital Infusion pursuant to the Plan: | $ 200,000.00   transfer from acct 65 |
| Total of cash received: | $ 202,545.77 |
| Total of cash available: | $ 214,060.52 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 83,035.54 |
| All other disbursements made in the ordinary course: | $ |
| Total Disbursements | $ 83,035.54 |
| Ending Cash Balance | $ 131,024.98 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

__1/25/2012__     __[signature], TRUSTEE__
Date                     Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust_____    Bank: _____ Wimington Trust

Bankruptcy Number: ____ 08-14631    Account Number: _____ 089660-000

Date of Confirmation: ___ 3/16/2008    Account Type: _____ Money Market

Reporting Period (month/year): _____ Qtr Ending December 31, 2011

    Beginning Cash Balance:    $_____ 2,226,774.20

All receipts received by the debtor:

    Cash Sales:    $_____ 37.21 Interest

    Collection of Accounts Receivable:    $_____

    Proceeds from Litigation (settlement or otherwise):    $_____

    Sale of Debtor's Assets:    $_____

    Capital Infusion pursuant to the Plan:    $_____

    Total of cash received:    $_____ 37.21

Total of cash available:    $_____ 2,226,811.41

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $_____

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $_____

    All other disbursements made in the ordinary course:    $_____

    Total Disbursements    $_____ 0

Ending Cash Balance    $_____ 2,226,811.41

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/25/2012    [signature] , Trustee
Date    Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

| ASSETS | Month | Month |
|---|---|---|
| Cash (Unrestricted) | | 3,784,137.05 |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |