| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue – 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br>Scott A. Ziluck, Esq.<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Ilana Volkov, Esq.<br>Felice R. Yudkin, Esq.<br><br>Co-Counsel to the Class 10 Liquidation Trust | |
| In re:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>      Reorganized Debtors. | Chapter 11<br><br>Case No. 08-14631<br>(Jointly Administered)<br><br>Judge: Hon. Gloria M. Burns<br><br>Hearing Date:  March 13, 2012 |

**ORDER PURSUANT TO FED. R. BANKR. P. 9016 AND
FED. R. CIV. P. 45 QUASHING THE SUBPOENA ISSUED BY
<u>A. JEROME GROSSMAN AND FRANK KESSLER</u>**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No. | 08-14631(GMB) |
| Caption of Order: | ORDER PURSUANT TO FED. R. BANKR. P. 9016 AND FED. R. CIV. P. 45 QUASHING THE SUBPOENA ISSUED BY A. JEROME GROSSMAN AND FRANK KESSLER |

THIS MATTER having been opened to the Court by Class 10 Liquidation Trust (the "Trust"), by and through its counsel, upon motion (the "Motion) for entry of an Order pursuant to Fed. R. Bankr. P. 9016 and Fed. R. Civ. P. 45 quashing the subpoena issued by A. Jerome Grossman and Frank Kessler (the "Subpoena"); and it appearing that good and sufficient notice of the Motion having been provided, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered all the motion papers, the opposition thereto, if any, and the arguments of counsel; and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1. The Subpoena be and hereby is quashed and the Trust is excused from compliance with the Subpoena pursuant to Fed. R. Bankr. P. 9016 and Fed. R. Civ. P. 45.

2. Trust's counsel shall serve a true copy of this Order on all parties-in-interest by regular mail within seven (7) days hereof.