**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
Scott A. Ziluck, Esq.

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for The Class 10 Liquidation Trust

|  |  |
|---|---|
| In the Matter of: | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>: HONORABLE GLORIA M. BURNS |
| SHAPES/ARCH HOLDINGS, L.L.C., *et al.,* | : CASE NO. 08-14631(GMB) |
| Reorganized Debtors. | : (Jointly Administered) |
|  | : Chapter 11 |
|  | : **AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY    )
                                             )    SS.:
COUNTY OF BERGEN     )

   CYNTHIA BRADEN, of full age, being duly sworn according to law, upon her oath, deposes and says:

   1.  I am employed as a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., co-counsel to the Class 10 Liquidation Trust (the "<u>Trust</u>").

45765/0003-8314804v1

2.  On February 16, 2012, this office electronically filed with the United States Bankruptcy Court for the District of New Jersey the following documents:

    a.  Notice of Motion of The Class 10 Liquidation Trust for Entry of an Order Quashing the Subpoena Issued by A. Jerome Grossman and Frank Kessler Pursuant to Fed. R. Bankr. P. 9016 and Fed. R. Civ. P. 45;

    b.  Application in Support; and

    c.  Proposed form of Order.

3.  On February 16, 2012, this office caused to be served, *via United States Mail, first class delivery*, a copy of the pleadings as referenced above, to the party listed below:

> Jeffrey Kurtzman, Esq.
> Klehr, Harrison, Harvey, Branzburg, LLP
> 457 Haddonfield Road, Suite 510
> Cherry Hill, NJ 08002

4.  All parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above referenced pleadings *via electronic service*.

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                      */s/ Cynthia Braden*
                      CYNTHIA BRADEN

Sworn and subscribed to before me
this 17th day of February, 2012.

*/s/ Caroline DeCourcey Cote*
CAROLINE DECOURCEY-COTE
A Notary Public of New Jersey
My Commission Expires March 30, 2014

45765/0003-8314804v1