**HALPERIN BATTAGLIA
RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York  10022
(212) 765-9100
(212) 765-0964  Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
Scott A. Ziluck, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel for the Class 10 Liquidation Trust

|  |  |
|---|---|
| | : UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| | : HON. GLORIA M. BURNS |
| In the Matter of: | : CASE NO. 08-14631 (GMB) |
| | : |
| SHAPES/ARCH HOLDINGS L.L.C., *et al.*, | : Chapter 11 |
| | : |
| Reorganized Debtors. | : **NOTICE OF WITHDRAWAL OF CLASS** |
| | : **10 LIQUIDATION TRUST'S MOTION** |
| | : **FOR AN ORDER DISALLOWING** |
| | : **CERTAIN CLAIMS PURSUANT TO** |
| | : **SECTIONS 105 AND 502(d) OF THE** |
| | : **BANKRUPTCY CODE** |

PLEASE TAKE NOTICE that the attorneys for the Class 10 Liquidation Trust (the

"Trust") of Shapes/Arch Holdings, L.L.C., *et al.*, hereby withdraw the motion of the Trust for an

order disallowing certain claims pursuant to section 105 and 502(d) of the Bankruptcy Code (the

"Motion") [Docket No. 972] as it relates to the claimant listed on Exhibit A annexed hereto.

Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.


By_____/s/ Felice R. Yudkin_____
    Ilana Volkov
    Felice R. Yudkin
    Court Plaza North
    25 Main Street
    P.O. Box 800
    Hackensack, New Jersey 07602-0800
    (201) 489-3000
    (201) 489-1536 Facsimile

             -and-

HALPERIN BATTAGLIA RAICHT, LLP
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
Scott A. Ziluck, Esq.
55 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100
(212)765-0964 Facsimile

Co-Counsel for the Class 10 Liquidation Trust

DATED:  March 1, 2012

2

## <u>EXHIBIT A</u>

### *<u>Withdrawn Objection</u>*

| <u>Name and Address of Claimant</u> | <u>Claims</u> | <u>Claim Amount</u> | <u>Notice Parties</u> |
|---|---|---|---|
| NORTHEAST METAL TRADERS, INC. IRA R. DEICHES, ESQ. DEICHES & FERSCHMANN, P.C. 25 WILKINS AVENUE HADDONFIELD, NJ 08033 | 488 Scheduled | $11,493.65 $227,977.12 | DAVID L. BRAVERMAN, ESQ. JOHN KASKEY, ESQ. BRAVERMAN KASKEY, P.C. ONE LIBERTY PLACE 1650 MARKET STREET, 56TH FLOOR PHILADELPHIA, PA 19103 |