Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 08−14631−GMB
Chapter: 11
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shapes/Arch Holdings L.L.C.
9000 River Road
Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
22−3413451

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 16, 2012, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1133 − 1129
Order Granting Motion Quashing The Subpeona Issued By A. Jerome Grossman and Frank Kessler (Related Doc # 1129). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Movant's Attorney. Signed on 3/16/2012. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 16, 2012
JJW: kvr

James J. Waldron
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                        Case No. 08-14631-GMB
Shapes/Arch Holdings L.L.C.                                   Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: kryan              Page 1 of 3       Date Rcvd: Mar 16, 2012
                             Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2012.
aty          +Donna H. Lieberman,   Halperin Battaglia Raicht, LLP,   555 Madison Avenue, 9th Floor,
              New York, NY 10022-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
              Office of Unemployment Compensation Tax Services (OUCTS), Department
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2012**            **Signature:**    _Joseph Speetjens_

```
District/off: 0312-1          User: kryan              Page 2 of 3              Date Rcvd: Mar 16, 2012
                              Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2012 at the address(es) listed below:

         Alan J. Brody    on behalf of Creditor   Arch Acquisition I, LLC brodya@gtlaw.com,
          baronw@gtlaw.com;cusumanod@gtlaw.com
         Alan P. Fox    on behalf of Creditor   Color Source, Inc. afox@capehart.com,
          bankruptcy@capehart.com
         Alyson M. Fiedler    on behalf of Creditor   Arch Acquisition I, LLC afiedler@schiffhardin.com,
          sodavis@schiffhardin.com
         Andrew J. Flame    on behalf of Creditor   PPL ENERGYPLUS, LLC andrew.flame@dbr.com
         Andrew Patrick Henry    on behalf of Creditor   Aqua Pennsylvania, Inc. aphenry@aquaamerica.com
         Ashely M. Chan    on behalf of Creditor Steven Grabell achan@hangley.com
         Bruce D. Buechler    on behalf of Creditor   Euler Hermes ACI bbuechler@lowenstein.com
         Carol R. Cobb    on behalf of Creditor   Ward Sand & Materials, Inc. carolrogerscobb@verizon.net
         Chad J. Toms    on behalf of Plaintiff   The Shapes Liquidation Trust a/k/a Class 10 Liquidation
          Trust, by and through Steven D. Sass, as Trustee ctoms@wtplaw.com,
          hrusso@wtplaw.com;lsmeltzer@wtplaw.com
         Cheryl L. Cooper    on behalf of Creditor Steven Battel cheryl@ocpclaw.com,   ccooperattny@gmail.com
         Daniel J Yablonsky    on behalf of Creditor   American Express Travel Related Services Company,
          Inc. ecfmail@yablaw.com
         David B. Aaronson    on behalf of Attorney   Drinker Biddle & Reath LLP daaronson@mccarter.com
         David L. Braverman    on behalf of Creditor   Northeast Metal Traders Inc. dbraver@braverlaw.com,
          dmarano@braverlaw.com;dmayfield@braverlaw.com;sshectman@braverlaw.com;jkaskey@braverlaw.com
         David R Lyons    on behalf of Creditor   GMAC davidl@ldvlaw.com
         David W. Phillips    on behalf of Creditor   De Lage Landen Financial Services, Inc.
          david.phillips@leclairryan.com
         Diane E. Vuocolo    on behalf of Creditor   Arch Acquisition I, LLC vuocolod@gtlaw.com
         Donald F. MacMaster    on behalf of U.S. Trustee   United States Trustee
          Donald.F.MacMaster@usdoj.gov
         Donald Goodfriend Frankel    on behalf of Creditor   National Oceanic and Atmospheric
          Administration donald.frankel@usdoj.gov
         Emmanuel J. Argentieri    on behalf of Creditor   Pennsauken Township eargentieri@parkermccay.com,
          narena@parkermccay.com;BKcourtnotices@parkermccay.com
         Eric H. Lindenman    on behalf of Creditor   Caldwell Manufacturing Co. elindenman@harrisbeach.com,
          kgriffith@harrisbeach.com;bkemail@harrisbeach.com
         Felice R. Yudkin    on behalf of Plaintiff   The Class 10 Liquidation Trust fyudkin@coleschotz.com,
          fpisano@coleschotz.com
         Frank  Peretore    on behalf of Creditor   National City Commercial Capital Company, LLC
          peretore@peretore.com
         Gary D. Thompson    on behalf of Creditor   Compressed Air Equipment, Inc. gdt@verizon.net
         Glenn A. Manochi    on behalf of Defendant   Houghton Metal Finishing Co. gmanochi@lightmanlaw.com
         Hillary  Jury    on behalf of Defendant   Service Aluminum Corporation hjury@sillerwilk.com,
          esnyder@wilkauslander.com
         Howard  Gershman    on behalf of Defendant   Mati Sales LLC howard@gershman-law.com
         Ilana  Volkov    on behalf of Creditor Committee   Cole, Schotz, Meisel, Forman & Leonard, P.A.
          ivolkov@coleschotz.com
         Jeffrey  Kurtzman    on behalf of Creditor   A. Jerome Grossman and Frank Kessler jkurtzma@klehr.com
         Jeffrey S. Cianciulli    on behalf of Defendant   Shapes Unlimited, Inc.
          jcianciulli@weirpartners.com
         Jennifer D. Gould    on behalf of Creditor   Modern Handling Equipment Company
          lstarkman@lammrubenstone.com
         Jennifer L. Del Medico    on behalf of Defendant   Royalplast Door Systems Co.
          jdelmedico@jonesday.com
         Jeremy M. Campana    on behalf of Defendant   Polyone Corporation jeremy.campana@thompsonhine.com,
          rob.folland@thompsonhine.com
         Jerrold N. Poslusny    on behalf of Debtor   Accu-Weld L.L.C. jposlusny@cozen.com,    dreyes@cozen.com
         Jerrold S. Kulback    on behalf of Creditor   Waste Management of New Jersey, Inc.
          jkulback@archerlaw.com
         Joel C. Shapiro    on behalf of Interested Party   Arcus ASI Funding, LLC and Arcus ASI, Inc.
          shapiro-jc@blankrome.com,   hutches@blankrome.com;senese@blankrome.com
         John  Crayton    on behalf of Defendant   Rapture Trailer, Inc. jcrayton@verizon.net,
          nydia.ramirez@verizon.net
         John C. Kilgannon    on behalf of Creditor   Crown Credit Company jck@stevenslee.com
         John E. Kaskey    on behalf of Creditor   Northeast Metal Traders Inc. jkaskey@braverlaw.com,
          dmarano@braverlaw.com;dpowell@braverlaw.com
         John J. Winter    on behalf of Creditor   PPG Industries, Inc. jwinter@chartwelllaw.com,
          amcclinton@chartwelllaw.com
         John M. Makowski    on behalf of Defendant   Ace Pallet Corporation jmmesquire@comcast.net,
          jmmesquire@aol.com
         John R. Morton    on behalf of Creditor   Ford Motor Credit Company, LLC
          mortonlaw.bcraig@verizon.net,   mortonlaw.lgriffith@verizon.net
         Joseph F. Riga    on behalf of Defendant   Quaker City Chemicals, Inc. jriga@mrattorneys.com
         Joseph G. Gibbons    on behalf of Creditor   Century Indemnity Company gibbonsj@whiteandwilliams.com
         Joseph J. Slachetka    on behalf of Defendant   River Road Recycling, Inc. jslachetka@hdhlaw.com,
          lmcevoy@hdhlaw.com;rshoffman@hdhlaw.com
         Joseph L. Schwartz    on behalf of Creditor   Zhongshan Hua Feng Lock Products Co., Ltd.
          jschwartz@riker.com
         Joseph M. Garemore    on behalf of Creditor   Pollution Control Financing Authority of Camden
          County jgaremore@brownconnery.com
         Joshua B. Ladov    on behalf of Defendant   Mal-ber Manufacturing Co. jladov@ladovlaw.com,
          admin@ladovlaw.com

```
District/off: 0312-1           User: kryan                 Page 3 of 3                  Date Rcvd: Mar 16, 2012
                               Form ID: orderntc           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Katherine   Wade-Battle     on behalf of Creditor   CCMUA MARIANNE@ccmua.org
              Leah A. Bynon     on behalf of Creditor   United States Customs and Border Protection
               leah.bynon@usdoj.gov
              Linda S. Fossi    on behalf of Creditor   DCFS Trust dlemanowicz@deilylawfirm.com,
               dlemanowicz@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
              Louis T. DeLucia     on behalf of Creditor   Arch Acquisition I, LLC ldelucia@schiffhardin.com,
               sodavis@schiffhardin.com
              Marita E. Cammarano     on behalf of Creditor   Nationwide Industries, Inc. marita.cammarano@dbr.com
              Mark J. Dorval    on behalf of Creditor   THE CIT GROUP/BUSINESS CREDIT, INC. mdorval@stradley.com
              Melissa A. Pena    on behalf of Creditor   Combustion Engineering, Inc., Successor by Merger to C-E
               Glass, Inc. mapena@nmmlaw.com, JSpezzacatena@nmmlaw.com
              Michael   Stafford    on behalf of Creditor   Cooper Electric Supply Co. mjsnorddemaio@aol.com,
               norddemaio@aol.com
              Michael D. Sirota     on behalf of Attorney   Halperin Battaglia Raicht, LLP msirota@coleschotz.com
              Nina M. Varughese    on behalf of Creditor   PECO Energy Company ninavarughese@yahoo.com
              Nola R. Bencze    on behalf of Creditor   Waste Management of New Jersey, Inc. nola.bencze@bipc.com,
               jessica.trout@bipc.com;heidi.smiegocki@bipc.com
              Oren   Klein    on behalf of Creditor   Pennsauken Township oklein@parkermccay.com,
               narena@parkermccay.com;BKcourtnotices@parkermccay.com
              Philip Seth Rosen     on behalf of Creditor   American International Group Inc. prosen@zeklaw.com,
               mdavis@zeklaw.com;agiacobbe@zeklaw.com;pjanovsky@zeklaw.com;jvanroy@zeklaw.com;mmccarthy@zeklaw.c
               om
              R. Matthew Pettigrew     on behalf of Creditor   United Independent Union Health & Welfare Fund
               mpettigrew@markowitzandrichman.com
              Rachel Jeanne Lehr     on behalf of Interested Party   State of New Jersey, Department of
               Environmental Protection Rachel.Lehr@law.dol.lps.state.nj.us, rjlehr@aol.com
              Ramanjit K. Chawla    on behalf of Creditor   State Of New Jersey Division Of Taxation
               chawlram@law.dol.lps.state.nj.us
              Robert K. Scheinbaum     on behalf of Defendant   GDHWD & Eberle, Inc. a/k/a Grossman, De Bartolo,
               Hannon, Wolens, Dousman & Eberle, Inc. rscheinbaum@podvey.com
              Robert M. Marshall    on behalf of Creditor   Alumet Supply, Inc. rmarshall@mqlaw.net
              Robyn   Pollack    on behalf of Creditor   Exco Extrusion Dies rpollack@saul.com
              Sam   Della Fera    on behalf of Creditor   Metal Management Connecticut, Inc.
               sdellafera@trenklawfirm.com
              Sergio I. Scuteri    on behalf of Defendant Christopher Greaney sscuteri@capehart.com
              Stephan William Milo     on behalf of Defendant   National Accreditation and Management Institute,
               Inc. smilo@wawlaw.com,
               hvanlear@wawlaw.com;jjohnson@wawlaw.com;KRichman@wawlaw.com;ehebb@wawlaw.com
              Stephen C. Goldblum     on behalf of Defendant Craig Seller sgoldblum@sogtlaw.com
              Steven J. Reisman     on behalf of Creditor   Glencore Ltd. sreisman@curtis.com,
               jdrew@curtis.com;lharrison@curtis.com
              Suzanne M. Klar     on behalf of Creditor   Public Service Electric & Gas Company
               suzanne.klar@pseg.com
              Thomas J Orr    on behalf of Creditor   South Jersey Processing, Inc. tom@torrlaw.com,
               xerna@aol.com
              United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Vincent T. Cieslik    on behalf of Creditor   Rohm and Haas Company vcieslik@conradobrien.com,
               sobrien@conradobrien.com
              Walter   Benzija    on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
               wbenzija@halperinlaw.net, cmitchell@halperinlaw.net;lgu@halperinlaw.net;ncohen@halperinlaw.net
              William G. Wright     on behalf of Creditor   General Electric Capital Corporation
               wwright@capehart.com, jlafferty@capehart.com
                                                                                             TOTAL: 77
```