Order Filed on
**03/16/2012**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
(212) 765-0964 Facsimile
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
Scott A. Ziluck, Esq.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Ilana Volkov, Esq.
Felice R. Yudkin, Esq.

Co-Counsel to the Class 10 Liquidation Trust

In re:

SHAPES/ARCH HOLDINGS L.L.C., *et al.*,

Reorganized Debtors.

Chapter 11

Case No. 08-14631
(Jointly Administered)

Judge: Hon. Gloria M. Burns

Hearing Date:  March 13, 2012

### ORDER PURSUANT TO FED. R. BANKR. P. 9016 AND FED. R. CIV. P. 45 QUASHING THE SUBPOENA ISSUED BY A. JEROME GROSSMAN AND FRANK KESSLER

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

ORDERED.

**DATED: 03/16/2012**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

{00189514.1 / 0631-002 }

(Page 2)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al.* |
| Case No. | 08-14631(GMB) |
| Caption of Order: | ORDER PURSUANT TO FED. R. BANKR. P. 9016 AND FED. R. CIV. P. 45 QUASHING THE SUBPOENA ISSUED BY A. JEROME GROSSMAN AND FRANK KESSLER |

THIS MATTER having been opened to the Court by Class 10 Liquidation Trust (the "Trust"), by and through its counsel, upon motion (the "Motion") for entry of an Order pursuant to Fed. R. Bankr. P. 9016 and Fed. R. Civ. P. 45 quashing the subpoena issued by A. Jerome Grossman and Frank Kessler (the "Subpoena"); and it appearing that good and sufficient notice of the Motion having been provided, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered all the motion papers, the opposition thereto, if any, and the arguments of counsel; and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1.      The Subpoena is hereby quashed and the Trust is excused from compliance with the Subpoena pursuant to Fed. R. Bankr. P. 9016 and Fed. R. Civ. P. 45 except to the extent provided in paragraphs two and three herein.

2.      The Trust's counsel shall provide all documents relating to the payment of the claims of A. Jerome Grossman and Frank Kessler (the "Claimants") against the Debtors[1] within 30 days of entry of this Order (the "Payment Documents").

3.      The Trust's counsel shall provide all documents relating to the basis upon which distributions on account of the Claimants claims have been withheld or delayed within 30 days of entry of this Order (the "Distribution Documents").

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

*Approved by Judge Gloria M. Burns March  16, 2012*

(Page 3)

| | |
|---|---|
| Debtor: | SHAPES/ARCH HOLDINGS L.L.C., *et al*. |
| Case No. | 08-14631(GMB) |
| Caption of Order: | ORDER PURSUANT TO FED. R. BANKR. P. 9016 AND FED. R. CIV. P. 45 QUASHING THE SUBPOENA ISSUED BY A. JEROME GROSSMAN AND FRANK KESSLER |

4.      Upon receipt and review of the Payment Documents and the Distribution Documents, Claimants' counsel may seek the deposition of the Trustee upon a showing of good cause made by application to the Court.

5.      The Trust's counsel shall serve a true copy of this Order on all parties-in-interest by regular mail within seven (7) days hereof.

*Approved by Judge Gloria M. Burns March  16, 2012*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 08-14631-GMB
Shapes/Arch Holdings L.L.C.                                                 Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: kryan          Page 1 of 3          Date Rcvd: Mar 16, 2012
                             Form ID: pdf903       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2012.
db          +Shapes/Arch Holdings L.L.C.,   9000 River Road,   Delair, NJ 08110-3204
aty         +Kevin M. McKenna,   Latsha Davis Yohe & McKenna,   350 Eagleview Boulevard,   Suite 100,
             Exton, PA 19341-1178
aty         +Timothy W. Garvey,   Latsha, Davis, Yohe & McKenna,   3000 Atrium Way,   Suite 251,
             Mt. Laurel, NJ 08054-3926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
            Office of Unemployment Compensation Tax Services (OUCTS), Department
                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2012**                    **Signature:**   _Joseph Speetjens_

District/off: 0312-1          User: kryan           Page 2 of 3              Date Rcvd: Mar 16, 2012
                             Form ID: pdf903        Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2012 at the address(es) listed below:

          Alan J. Brody   on behalf of Creditor  Arch Acquisition I, LLC brodya@gtlaw.com,
            baronw@gtlaw.com;cusumanod@gtlaw.com
          Alan P. Fox   on behalf of Creditor  Color Source, Inc. afox@capehart.com,
            bankruptcy@capehart.com
          Alyson M. Fiedler   on behalf of Creditor  Arch Acquisition I, LLC afiedler@schiffhardin.com,
            sodavis@schiffhardin.com
          Andrew J. Flame   on behalf of Creditor  PPL ENERGYPLUS, LLC andrew.flame@dbr.com
          Andrew Patrick Henry   on behalf of Creditor  Aqua Pennsylvania, Inc. aphenry@aquaamerica.com
          Ashely M. Chan   on behalf of Creditor Steven Grabell achan@hangley.com
          Bruce D. Buechler   on behalf of Creditor  Euler Hermes ACI bbuechler@lowenstein.com
          Carol R. Cobb   on behalf of Creditor  Ward Sand & Materials, Inc. carolrogerscobb@verizon.net
          Chad J. Toms   on behalf of Plaintiff  The Shapes Liquidation Trust a/k/a Class 10 Liquidation
            Trust, by and through Steven D. Sass, as Trustee ctoms@wtplaw.com,
            hrusso@wtplaw.com;lsmeltzer@wtplaw.com
          Cheryl L. Cooper   on behalf of Creditor Steven Battel cheryl@ocpclaw.com,  ccooperattny@gmail.com
          Daniel J Yablonsky   on behalf of Creditor  American Express Travel Related Services Company,
            Inc. ecfmail@yablaw.com
          David B. Aaronson   on behalf of Attorney  Drinker Biddle & Reath LLP daaronson@mccarter.com
          David L. Braverman   on behalf of Creditor  Northeast Metal Traders Inc. dbraver@braverlaw.com,
            dmarano@braverlaw.com;dmayfield@braverlaw.com;sshectman@braverlaw.com;jkaskey@braverlaw.com
          David R Lyons   on behalf of Creditor  GMAC davidl@ldvlaw.com
          David W. Phillips   on behalf of Creditor  De Lage Landen Financial Services, Inc.
            david.phillips@leclairryan.com
          Diane E. Vuocolo   on behalf of Creditor  Arch Acquisition I, LLC vuocolod@gtlaw.com
          Donald F. MacMaster   on behalf of U.S. Trustee  United States Trustee
            Donald.F.MacMaster@usdoj.gov
          Donald Goodfriend Frankel    on behalf of Creditor  National Oceanic and Atmospheric
            Administration donald.frankel@usdoj.gov
          Emmanuel J. Argentieri   on behalf of Creditor  Pennsauken Township eargentieri@parkermccay.com,
            narena@parkermccay.com;BKcourtnotices@parkermccay.com
          Eric H. Lindenman   on behalf of Creditor  Caldwell Manufacturing Co. elindenman@harrisbeach.com,
            kgriffith@harrisbeach.com;bkemail@harrisbeach.com
          Felice K. Yudkin   on behalf of Plaintiff  The Class 10 Liquidation Trust fyudkin@coleschotz.com,
            fpisano@coleschotz.com
          Frank  Peretore   on behalf of Creditor  National City Commercial Capital Company, LLC
            peretore@peretore.com
          Gary D. Thompson   on behalf of Creditor  Compressed Air Equipment, Inc. gdt@verizon.net
          Glenn A. Manochi   on behalf of Defendant  Houghton Metal Finishing Co. gmanochi@lightmanlaw.com
          Hillary  Jury   on behalf of Defendant  Service Aluminum Corporation hjury@sillerwilk.com,
            esnyder@wilkauslander.com
          Howard  Gershman   on behalf of Defendant  Mati Sales LLC howard@gershman-law.com
          Ilana  Volkov   on behalf of Creditor Committee  Cole, Schotz, Meisel, Forman & Leonard, P.A.
            ivolkov@coleschotz.com
          Jeffrey  Kurtzman   on behalf of Creditor  A. Jerome Grossman and Frank Kessler jkurtzma@klehr.com
          Jeffrey S. Cianciulli   on behalf of Defendant  Shapes Unlimited, Inc.
            jcianciulli@weirpartners.com
          Jennifer D. Gould   on behalf of Creditor  Modern Handling Equipment Company
            lstarkman@lammrubenstone.com
          Jennifer L. Del Medico   on behalf of Defendant  Royalplast Door Systems Co.
            jdelmedico@jonesday.com
          Jeremy M. Campana   on behalf of Defendant  Polyone Corporation jeremy.campana@thompsonhine.com,
            rob.folland@thompsonhine.com
          Jerrold N. Poslusny   on behalf of Debtor  Accu-Weld L.L.C. jposlusny@cozen.com,  dreyes@cozen.com
          Jerrold S. Kulback   on behalf of Creditor  Waste Management of New Jersey, Inc.
            jkulback@archerlaw.com
          Joel C. Shapiro   on behalf of Interested Party  Arcus ASI Funding, LLC and Arcus ASI, Inc.
            shapiro-jc@blankrome.com,  hutches@blankrome.com;senese@blankrome.com
          John  Crayton   on behalf of Defendant  Rapture Trailer, Inc. jcrayton@verizon.net,
            nydia.ramirez@verizon.net
          John C. Kilgannon   on behalf of Creditor  Crown Credit Company jck@stevenslee.com
          John E. Kaskey   on behalf of Creditor  Northeast Metal Traders Inc. jkaskey@braverlaw.com,
            dmarano@braverlaw.com;dpowell@braverlaw.com
          John J. Winter   on behalf of Creditor  PPG Industries, Inc. jwinter@chartwelllaw.com,
            amcclinton@chartwelllaw.com
          John M. Makowski   on behalf of Defendant  Ace Pallet Corporation jmmesquire@comcast.net,
            jmmesquire@aol.com
          John R. Morton   on behalf of Creditor  Ford Motor Credit Company, LLC
            mortonlaw.bcraig@verizon.net,  mortonlaw.lgriffith@verizon.net
          Joseph F. Riga   on behalf of Defendant  Quaker City Chemicals, Inc. jriga@mrattorneys.com
          Joseph G. Gibbons   on behalf of Creditor  Century Indemnity Company gibbonsj@whiteandwilliams.com
          Joseph J. Slachetka   on behalf of Defendant  River Road Recycling, Inc. jslachetka@hdhlaw.com,
            lmcevoy@hdhlaw.com;rshoffman@hdhlaw.com
          Joseph L. Schwartz   on behalf of Creditor  Zhongshan Hua Feng Lock Products Co., Ltd.
            jschwartz@riker.com
          Joseph M. Garemore   on behalf of Creditor  Pollution Control Financing Authority of Camden
            County jgaremore@brownconnery.com
          Joshua B. Ladov   on behalf of Defendant  Mal-ber Manufacturing Co. jladov@ladovlaw.com,
            admin@ladovlaw.com

District/off: 0312-1          User: kryan          Page 3 of 3          Date Rcvd: Mar 16, 2012
                             Form ID: pdf903        Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Katherine  Wade-Battle   on behalf of Creditor   CCMUA MARIANNE@ccmua.org
              Leah A. Bynon   on behalf of Creditor   United States Customs and Border Protection
               leah.bynon@usdoj.gov
              Linda S. Fossi   on behalf of Creditor   DCFS Trust dlemanowicz@deilylawfirm.com,
               dlemanowicz@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
              Louis T. DeLucia   on behalf of Creditor   Arch Acquisition I, LLC ldelucia@schiffhardin.com,
               sodavis@schiffhardin.com
              Marita E. Cammarano   on behalf of Creditor   Nationwide Industries, Inc. marita.cammarano@dbr.com
              Mark J. Dorval   on behalf of Creditor   THE CIT GROUP/BUSINESS CREDIT, INC. mdorval@stradley.com
              Melissa A. Pena   on behalf of Creditor   Combustion Engineering, Inc., Successor by Merger to C-E
               Glass, Inc. mapena@nmmlaw.com, JSpezzacatena@nmmlaw.com
              Michael  Stafford   on behalf of Creditor   Cooper Electric Supply Co. mjsnorddemaio@aol.com,
               norddemaio@aol.com
              Michael D. Sirota   on behalf of Attorney   Halperin Battaglia Raicht, LLP msirota@coleschotz.com
              Nina M. Varughese   on behalf of Creditor   PECO Energy Company ninavarughese@yahoo.com
              Nola R. Bencze   on behalf of Creditor   Waste Management of New Jersey, Inc. nola.bencze@bipc.com,
               jessica.trout@bipc.com;heidi.smiegocki@bipc.com
              Oren  Klein   on behalf of Creditor   Pennsauken Township oklein@parkermccay.com,
               narena@parkermccay.com;BKcourtnotices@parkermccay.com
              Philip Seth Rosen   on behalf of Creditor   American International Group Inc. prosen@zeklaw.com,
               mdavis@zeklaw.com;agiacobbe@zeklaw.com;pjanovsky@zeklaw.com;jvanroy@zeklaw.com;mmccarthy@zeklaw.c
               om
              R. Matthew Pettigrew   on behalf of Creditor   United Independent Union Health & Welfare Fund
               mpettigrew@markowitzandrichman.com
              Rachel Jeanne Lehr   on behalf of Interested Party   State of New Jersey, Department of
               Environmental Protection Rachel.Lehr@law.dol.lps.state.nj.us, rjlehr@aol.com
              Ramanjit K. Chawla   on behalf of Creditor   State Of New Jersey Division Of Taxation
               chawlram@law.dol.lps.state.nj.us
              Robert K. Scheinbaum   on behalf of Defendant   GDHWD & Eberle, Inc. a/k/a Grossman, De Bartolo,
               Hannon, Wolens, Dousman & Eberle, Inc. rscheinbaum@podvey.com
              Robert M. Marshall   on behalf of Creditor   Alumet Supply, Inc. rmarshall@mqlaw.net
              Robyn  Pollack   on behalf of Creditor   Exco Extrusion Dies rpollack@saul.com
              Sam  Della Fera   on behalf of Creditor   Metal Management Connecticut, Inc.
               sdellafera@trenklawfirm.com
              Sergio I. Scuteri   on behalf of Defendant Christopher Greaney sscuteri@capehart.com
              Stephan William Milo   on behalf of Defendant   National Accreditation and Management Institute,
               Inc. smilo@wawlaw.com,
               hvanlear@wawlaw.com;jjohnson@wawlaw.com;KRichman@wawlaw.com;ehebb@wawlaw.com
              Stephen C. Goldblum   on behalf of Defendant Craig Seller sgoldblum@sogtlaw.com
              Steven J. Reisman   on behalf of Creditor   Glencore Ltd. sreisman@curtis.com,
               jdrew@curtis.com;lharrison@curtis.com
              Suzanne M. Klar   on behalf of Creditor   Public Service Electric & Gas Company
               suzanne.klar@pseg.com
              Thomas J Orr   on behalf of Creditor   South Jersey Processing, Inc. tom@torrlaw.com,
               xerna@aol.com
              United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
              Vincent T. Cieslik   on behalf of Creditor   Rohm and Haas Company vcieslik@conradobrien.com,
               sobrien@conradobrien.com
              Walter  Benzija   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
               wbenzija@halperinlaw.net,  cmitchell@halperinlaw.net;lgu@halperinlaw.net;ncohen@halperinlaw.net
              William G. Wright   on behalf of Creditor   General Electric Capital Corporation
               wwright@capehart.com,  jlafferty@capehart.com
                                                                                            TOTAL: 77