**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ____Shapes Liquidating Trust_____ Bank: _____ BNY Mellon

Bankruptcy Number: ____ 08-14631 Account Number: _____ 9200-0176922-66

Date of Confirmation: ___ 3/16/2008 Account Type: _____ Checking

Reporting Period (month/year): _____ Qtr Ending March 31, 2012

| | | |
|---|---|---|
| Beginning Cash Balance: | $ 131,024.98 | |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $_____ | |
| Collection of Accounts Receivable: | $_____ | |
| Proceeds from Litigation (settlement or otherwise): | $_____ | |
| Sale of Debtor's Assets: | $_____ | |
| Capital Infusion pursuant to the Plan: | $ 500,000.00 | transfer from acct 65 |
| Total of cash received: | $ 500,000.00 | |
| Total of cash available: | $ 631,024.98 | |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 91,554.22 | Unsecured Claims |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 103,854.50 | |
| All other disbursements made in the ordinary course: | $ 975.00 | US Trustee |
| Total Disbursements | $ 196,383.72 | |
| Ending Cash Balance | $ 434,641.26 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/28/2012                    [signature] Trustee
Date                         Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust_____    Bank: _____ BNY Mellon

Bankruptcy Number: ____ 08-14631    Account Number: _____ 9200-0176922-65

Date of Confirmation: ___ 3/16/2008    Account Type: _____ Money Market

Reporting Period (month/year): _____ Qtr Ending March 31, 2012

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 1,426,300.66 |

All receipts received by the debtor:

| | | | |
|---|---|---|---|
| Cash Sales: | $ | 12.08 | interest |
| Collection of Accounts Receivable: | $ | | |
| Proceeds from Litigation (settlement or otherwise): | $ | 260,000.00 | |
| Sale of Debtor's Assets: | $ | | |
| Capital Infusion pursuant to the Plan: | $ | | |
| Total of cash received: | $ | 260,012.08 | |

Total of cash available:    $    1,686,312.74

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | | |
|---|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | | |
| All other disbursements made in the ordinary course: | $ | 500,000.00 | Transfer to account 66 |
| Total Disbursements | | 500,000.00 | - |

Ending Cash Balance    $    1,186,312.74

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_4/28/2012_       _____ TRUSTEE
Date              Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust_____    Bank: _____ Wilmington Trust

Bankruptcy Number: ____ 08-14631    Account Number: _____ 089660-000

Date of Confirmation: ___ 3/16/2008    Account Type: _____ Money Market

Reporting Period (month/year): _____ Qtr Ending March 31, 2012

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 2,226,811.41 |

All receipts received by the debtor:

| | | | |
|---|---|---|---|
| Cash Sales: | $ | 18.00 | Interest |
| Collection of Accounts Receivable: | $ | | |
| Proceeds from Litigation (settlement or otherwise): | $ | | |
| Sale of Debtor's Assets: | $ | | |
| Capital Infusion pursuant to the Plan: | $ | | |
| Total of cash received: | $ | 18.00 | |
| Total of cash available: | $ | 2,226,829.41 | |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | |
| All other disbursements made in the ordinary course: | $ | |
| Total Disbursements | $ | 0 |
| Ending Cash Balance | $ | 2,226,829.41 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_4/28/2012_    _[signature]_, Trustee
Date         Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

05/01/2012 01:08 4106307233 PAGE 04/04

Case 08-14631-GMB   Doc 1136   Filed 05/03/12   Entered 05/03/12 11:50:29   Desc Main
Shapes Liquidating Trust 1st Qtr 2012   Document   Page 4 of 4

| Assets | Month | Month |
|---|---|---|
| Cash (Unrestricted) |  | 3,847,783.41 |
| Cash (Restricted) |  |  |
| Accounts Receivable (Net) |  |  |
| Inventory |  |  |
| Notes Receivable |  |  |
| Prepaid Expenses |  |  |
| Other (Attach List) |  |  |
| Total Current Assets |  |  |
| **Property, Plant & Equipment** |  |  |
| Real Property & Improvements |  |  |
| Machinery & Equipment |  |  |
| Furniture, fixtures & Office Equipment |  |  |
| Vehicles |  |  |
| Leasehold Improvements |  |  |
| Less: Accumulated Depreciation/Depletion |  |  |
| Total Property, Plant & Equipment |  |  |
| Due from Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| Total Assets |  |  |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** |  |  |
| Accounts Payable |  |  |
| Taxes Payable |  |  |
| Notes Payable |  |  |
| Professional Fees |  |  |
| Secured Debt |  |  |
| Due to Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| Total Postpetition Liabilities |  |  |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** |  |  |
| Secured Debt - Per Plan |  |  |
| Priority Debt - Per Plan |  |  |
| Unsecured Debt - Per Plan |  |  |
| Other (Attach List) - Per Plan |  |  |
| Total Pre-petition Liabilities |  |  |
| Total Liabilities |  |  |
| **Equity** |  |  |
| Common Stock |  |  |
| Retained Earnings (Deficit) |  |  |
| Total Equity (Deficit) |  |  |
| Total Liabilities & Owners' Equity |  |  |