**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Telephone (212) 765-9100
Facsimile (212) 765-0964
Donna H. Lieberman, Esq.
Carrie E. Mitchell, Esq.
Scott A. Ziluck, Esq.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602
Telephone (201) 489-3000
Facsimile (201) 489-1536
Ilana Volkov, Esq.
Jason R. Finkelstein, Esq.
Co-Counsel for the Class 10 Liquidation Trust

| | |
|---|---|
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>Reorganized Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 08-14631 (GMB)<br><br>Chapter 11<br>(Jointly Administered) |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY CARPEY, ELLEN GROSSMAN, RICHARD GROSSMAN, CECELIA KESSLER, BETH ANN KESSLER, AND AMY LABOZ<br><br>Defendants. | ADV. PRO. NO. 10-01398 (GMB)<br><br>**TENTH OMNIBUS NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the Class 10 Liquidation Trust (the "Class 10 Trust") is

seeking approval of a settlement agreement (the "Settlement") with certain adversary proceeding

45765/0003-8635542v1

defendants (collectively, the "Defendants").  The Agreement with the Defendants is annexed hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE any objections to the Settlement must be filed in writing and served upon the Class 10 Trust's counsel and filed with the Clerk of the Bankruptcy Court no later than July 10, 2012.

PLEASE TAKE FURTHER NOTICE in the event an objection to a Settlement is timely filed, a hearing thereon will be held on July 17, 2012 at 10:00 a.m. before the Honorable Gloria M. Burns, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 300 Cooper Street, 4th Floor, Camden, New Jersey, 08101.

PLEASE TAKE FURTHER NOTICE that if no objections to the Settlement are timely filed, the Court may enter and order approving the Settlement.

> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
>
> By: /s/ Ilana Volkov
> Ilana Volkov
> Jason R. Finkelstein
> Court Plaza North
> 25 Main Street
> P.O. Box 800
> Hackensack, New Jersey 07602
>
> -and-
>
> HALPERIN BATTAGLIA RAICHT, LLP
> Donna H. Lieberman, Esq.
> Carrie E. Mitchell, Esq.
> Scott A. Ziluck, Esq.
> 555 Madison Avenue, 9th Floor
> New York, New York 10022
>
> Co-Counsel for the Class 10 Liquidation Trust

Dated: June 26, 2012