| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022<br>(212) 765-9100<br>(212) 765-0964 Facsimile<br>Donna H. Lieberman, Esq.<br>Carrie E. Mitchell, Esq.<br>Scott A. Ziluck, Esq.<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>25 Main Street<br>P. O. Box 800<br>Hackensack, NJ 07602-0800<br>(201) 489-3000<br>(201) 489-1536  Facsimile<br>Co-counsel for Class 10 Liquidation Trust | |
| In the Matter of:<br><br>SHAPES/ARCH HOLDINGS L.L.C., *et al.*,<br><br>         Reorganized Debtors. | Chapter 11<br><br>Case No. 08-14631 (GMB)<br>(Jointly Administered)<br><br>Judge:  Hon. Gloria M. Burns |
| THE CLASS 10 LIQUIDATION TRUST, by and through Steven D. Sass, as Trustee,<br><br>         Plaintiff,<br><br>         vs.<br><br>NANCY CARPEY, ELLEN GROSSMAN, RICHARD GROSSMAN, CECELIA KESSLER, BETH ANN KESSLER, AND AMY LABOZ,<br><br>         Defendants. | ADV. PRO. NO. 10-01398 (GMB) |

**ORDER APPROVING SETTLEMENT AGREEMENTS WITH CERTAIN ADVERSARY PROCEEDING DEFENDANTS**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

(Page 2)
Debtor:             SHAPES/ARCH HOLDINGS L.L.C., *et al*.
Case No.:           08-12631 (GMB), Adv. No. 08-14631 (GMB)
Caption of Order:   ORDER APPROVING SETTLEMENT AGREEMENTS WITH
                    CERTAIN ADVERSARY PROCEEDING DEFENDANTS
_____

This matter came before the Court on the Tenth Omnibus Notice of Settlement (the "Tenth Notice") of the Class 10 Liquidation Trust, also known as the Shapes Liquidation Trust (the "Trust"), established upon the effective date of the Chapter 11 plan of the above-captioned debtors, for entry of an order seeking approval of the settlement agreement (the "Settlement") attached to the Tenth Notice[1]; and the Court having determined that adequate notice of the Tenth Notice and the Settlement has been given pursuant to Fed. R. Bankr. P. 2002 and the Court's Orders (a) Approving and Adopting Global Procedures with Respect to Avoidance Actions and (b) Modifying Global Procedures and Establishing Mediation Procedures with Respect to Remaining Avoidance Actions, dated April 27, 2010 and October 18, 2010, respectively; and the Court having considered the Tenth Notice and the Settlement; and no objections or responses having been received to the Tenth Notice or the Settlement; and the Court having determined that good cause exists for entry of this Order;

IT IS ORDERED that:

1. The Settlement is APPROVED.

2. A true copy of this Order shall be served on each of the Defendants within seven (7) days hereof.

3. This Order shall be docketed in each of the above-captioned adversary proceeding.

---

[1] Capitalized terms used herein and not otherwise shall have the meaning ascribed to them in the Ninth Notice.

45765/0003-8635572v1