OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust___    Bank: _____ BNY Mellon

Bankruptcy Number: ___ 08-14631    Account Number: _____ 9200-0176922-65

Date of Confirmation: ___ 3/16/2008    Account Type: _____ Money Market

Reporting Period (month/year): _____ Qtr Ending July 31, 2012

| | | |
|---|---|---|
| Beginning Cash Balance: | $ 1,186,312.74 | |
| All receipts received by the debtor: | | |
| Cash Sales: | $ | |
| Collection of Accounts Receivable: | $ | |
| Proceeds from Litigation (settlement or otherwise): | $ | |
| Sale of Debtor's Assets: | $ | |
| Capital Infusion pursuant to the Plan: | $ 2,226,000.00 | Tranfer from Wilimington Trust |
| Total of cash received: | $ 2,226,000.00 | |
| Total of cash available: | $ 3,412,312.74 | |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | |
| All other disbursements made in the ordinary course: | $ 2,000,000.00 | Transfer to account 66 |
| Total Disbursements | 2,000,000.00 | - |
| Ending Cash Balance | $ 1,412,312.74 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

8/1/2012    [signature] , TRUSTEE
Date    Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust___     Bank: _____ BNY Mellon

Bankruptcy Number: ____ 08-14631     Account Number: _____ 9200-0176922-66

Date of Confirmation: ___ 3/16/2008     Account Type: _____ Checking

Reporting Period (month/year): _____ Qtr Ending July 31, 2012

| | | |
|---|---|---|
| Beginning Cash Balance: | $ 131,024.98 | |
| All receipts received by the debtor: | | |
| Cash Sales: | $ | |
| Collection of Accounts Receivable: | $ | |
| Proceeds from Litigation (settlement or otherwise): | $ | |
| Sale of Debtor's Assets: | $ | |
| Capital Infusion pursuant to the Plan: | $ 2,000,000.00 | transfer from acct 65 |
| Total of cash received: | $ 2,000,000.00 | |
| Total of cash available: | $ 2,131,024.98 | |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 1,595,579.14 | Unsecured Claims |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 119,464,.02 | |
| All other disbursements made in the ordinary course: | $ 1,625.00 | US Trustee |
| Total Disbursements | $ 1,597,204.14 | |
| Ending Cash Balance | $ 533,820.84 | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

8/1/2012                    _[signature]_, TRUSTEE
Date                             Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust___    Bank: _____Wimington Trust

Bankruptcy Number: ___08-14631    Account Number: _____089660-000

Date of Confirmation: ___3/16/2008    Account Type: _____Money Market

Reporting Period (month/year): _____Qtr Ending July 31, 2012

Beginning Cash Balance:    $_____ 2,226,829.41

All receipts received by the debtor:

Cash Sales:    $_____    Interest

Collection of Accounts Receivable:    $_____

Proceeds from Litigation (settlement or otherwise):    $_____

Sale of Debtor's Assets:    $_____

Capital Infusion pursuant to the Plan:    $_____

Total of cash received:    $_____    -

Total of cash available:    $_____ 2,226,829.41

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:    $_____ 2,226,000.00    Transfer to Mellon for Distribution

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:    $_____

All other disbursements made in the ordinary course:    $_____

Total Disbursements    2,226,000.00    0

Ending Cash Balance    $_____    829.41

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

8/1/2012    [signature] TRUSTEE
Date    Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

| ASSETS | Month | Month |
|---|---|---|
| Cash (Unrestricted) | | 1,946,962.99 |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |