Order Filed on
09/28/2012
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esquire (JS 5127)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

| In Re: | Case No.: 08-14631/GMB |
| --- | --- |
| Shapes/Arch Holdings LLC, et al., | Hearing Date: |
| Debtor. | Judge: Hon. Gloria M. Burns |

**ORDER CLOSING CASE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 09/28/2012**

Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

Page 2 of 2
Debtor Shapes/Arch Holdings LLC, et al.
Chapter 11 Case No.: 08-14631/GMB
**Order Closing Case**

---

This matter came to the attention of the Court upon the issuance of the Bankruptcy Clerk's Notice of Intent to Close the Chapter 11 Case of Shapes/Arch Holdings LLC pursuant to Federal Rule of Bankruptcy Procedure 3022. For good cause shown, it is hereby

**ORDERED**, that the Chapter 11 case be and hereby is closed; and it is further

**ORDERED** that no later than fifteen (15) days following entry of this Order, the Class 10 Liquidation Trust (the "Trust") shall file the third quarter 2012 post-confirmation quarterly report with the Court and serve a copy on the Office of the U.S. Trustee and pay any and all statutory fees due pursuant to 28 U.S.C. § 1930(a)(6); and it is further

**ORDERED** that should the Trust fail to comply with this Order, the case will be reopened upon the submission of a certificate of default by the U.S. Trustee, by and through counsel, on five (5) days' notice to the Trust and the Trust's counsel, without the need for filing a separate motion to reopen this case. The Trust consents to the reopening of this case pursuant to the procedure set forth herein.

*Approved by Judge Gloria M. Burns September 28, 2012*