| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ROBERTA A. DeANGELIS<br>UNITED STATES TRUSTEE, REGION 3<br>Jeffrey M. Sponder, Esquire (JS 5127)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993 | |
| In Re:<br><br>Shapes/Arch Holdings LLC, et al.,<br><br>　　　　　　　　　Debtor. | Case No.: 08-14631/GMB<br><br>Hearing Date:<br><br>Judge: Hon. Gloria M. Burns |

Order Filed on 09/28/2012 by Clerk U.S. Bankruptcy Court District of New Jersey

### ORDER CLOSING CASE

　　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 09/28/2012**

Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

Page 2 of 2
Debtor Shapes/Arch Holdings LLC, et al.
Chapter 11 Case No.: 08-14631/GMB
**Order Closing Case**

_____

This matter came to the attention of the Court upon the issuance of the Bankruptcy Clerk's Notice of Intent to Close the Chapter 11 Case of Shapes/Arch Holdings LLC pursuant to Federal Rule of Bankruptcy Procedure 3022.  For good cause shown, it is hereby

**ORDERED**, that the Chapter 11 case be and hereby is closed; and it is further

**ORDERED** that no later than fifteen (15) days following entry of this Order, the Class 10 Liquidation Trust (the "Trust") shall file the third quarter 2012 post-confirmation quarterly report with the Court and serve a copy on the Office of the U.S. Trustee and pay any and all statutory fees due pursuant to 28 U.S.C. § 1930(a)(6); and it is further

**ORDERED** that should the Trust fail to comply with this Order, the case will be reopened upon the submission of a certificate of default by the U.S. Trustee, by and through counsel, on five (5) days' notice to the Trust and the Trust's counsel, without the need for filing a separate motion to reopen this case.  The Trust consents to the reopening of this case pursuant to the procedure set forth herein.

*Approved by Judge Gloria M. Burns September 28, 2012*

United States Bankruptcy Court
District of New Jersey

In re:  
Shapes/Arch Holdings L.L.C.  
    Debtor

Case No. 08-14631-GMB  
Chapter 11

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: ldavis | Page 1 of 2 | Date Rcvd: Sep 28, 2012 |
| | Form ID: pdf903 | Total Noticed: 3 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2012.
```
db         +Shapes/Arch Holdings L.L.C.,    9000 River Road,    Delair, NJ 08110-3204
aty        +Kevin M. McKenna,    Latsha Davis Yohe & McKenna,    350 Eagleview Boulevard,    Suite 100,
             Exton, PA 19341-1178
aty        +Timothy W. Garvey,    Latsha, Davis, Yohe & McKenna,    3000 Atrium Way,    Suite 251,
             Mt. Laurel, NJ 08054-3926
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0312-1           User: ldavis                Page 2 of 2                   Date Rcvd: Sep 28, 2012
                               Form ID: pdf903             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2012 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0