OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust___         Bank: _____BNY Mellon

Bankruptcy Number: ___08-14631                        Account Number: _____9200-0176922-65

Date of Confirmation: ___3/16/2008                    Account Type: _____Money Market

Reporting Period (month/year): _____ Qtr Ending September 30, 2012

    Beginning Cash Balance:                                $_____ 1,412,312.74

All receipts received by the debtor:

    Cash Sales:                                            $_____

    Collection of Accounts Receivable:                     $_____

    Proceeds from Litigation (settlement or otherwise):    $_____ 31.91

    Sale of Debtor's Assets:                               $_____

    Capital Infusion pursuant to the Plan:                 $_____

    Total of cash received:                                $_____ 31.91

Total of cash available:                                   $_____ 1,412,344.65

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:                $_____

    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:                          $_____

    All other disbursements made in the ordinary course:   $_____

    Total Disbursements

Ending Cash Balance                                        $_____ 1,412,344.65

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____          _____ Trustee
Date                     Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust___   Bank: _____ BNY Mellon

Bankruptcy Number: ____ 08-14631   Account Number: _____ 9200-0176922-66

Date of Confirmation: ___ 3/16/2008   Account Type: _____ Checking

Reporting Period (month/year): _____ Qtr Ending September 30, 2012

| | | |
|---|---|---|
| Beginning Cash Balance: | $ | 533,820.84 |

All receipts received by the debtor:

| | | | |
|---|---|---|---|
| Cash Sales: | $ | 85,149.69 | Void checks |
| Cash adjustment | | 184,152.36 | |
| Collection of Accounts Receivable: | $ | | |
| Proceeds from Litigation (settlement or otherwise): | $ | | |
| Sale of Debtor's Assets: | $ | | |
| Capital Infusion pursuant to the Plan: | $ | | |
| Total of cash received: | $ | 269,302.05 | |

| | | |
|---|---|---|
| Total of cash available: | $ | 803,122.89 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | 161,038.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | 72,882.18 |
| All other disbursements made in the ordinary course: | $ | 6,500.00 |
| Total Disbursements | $ | 240,420.18 |
| Ending Cash Balance | $ | 562,702.71 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/5/2012                [signature], TRUSTEE
Date                     Name/Title

Debtor: _____ Shapes Liquidating Trust

Case Number: _____ 08-14631

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ___Shapes Liquidating Trust___      Bank: ___Wimington Trust___

Bankruptcy Number: ___08-14631___      Account Number: ___089660-000___

Date of Confirmation: ___3/16/2008___      Account Type: ___Money Market___

Reporting Period (month/year): ___Qtr Ending September 30, 2012___

| | |
|---|---|
| Beginning Cash Balance: | $ 829.41 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ |
| Collection of Accounts Receivable: | $ |
| Proceeds from Litigation (settlement or otherwise): | $ |
| Sale of Debtor's Assets: | $ |
| Capital Infusion pursuant to the Plan: | $ |
| Total of cash received: | $ - |
| Total of cash available: | $ 829.41 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ |
| All other disbursements made in the ordinary course: | $ |
| Total Disbursements | 0 |
| Ending Cash Balance | $ 829.41 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/5/2012      [signature] TRUSTEE
Date           Name/Title

Debtor: ___Shapes Liquidating Trust___

Case Number: ___08-14631___

Shapes Liquidating Trust

| ASSETS | Month | Month |
|---|---|---|
| Cash (Unrestricted) | | 1,975,876.77 |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |